```
                IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE


IN RE:                        )      Case No. 08-13141 (KJC)
                              )      (Jointly Administered)
                              )
TRIBUNE COMPANY, et al.,      )      Chapter 11

                              )      Courtroom 5
                              )      824 Market Street
              Debtors.        )      Wilmington, Delaware
                              )
                              )      February 28, 2012
                              )      3:00 P.M.


                   TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:               Sidley Austin, LLP
                           BY: JAMES BENDERNAGEL, ESQ.
                           BY: JESSICA BOETLER, ESQ.
                           One South Dearborn
                           Chicago, IL  60603
                           (312) 853-7000


                           Cole, Schotz, Meisel, Forman
                           & Leonard, P.A.
                           BY: J. KATE STICKLES, ESQ.
                           500 Delaware Avenue, Suite 410
                           Wilmington, DE  19801
                           (302) 652-3131


ECRO:                      AL LUGANO

Transcription Service:     DIAZ DATA SERVICES
                           331 Schuylkill Street
                           Harrisburg, Pennsylvania 17110
                           (717) 233-6664
                           www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
 1   APPEARANCES:
 2   (Continued)
 3
 4   For Wilmington Trust:      Sullivan Hazeltine Allinson, LLC
 5                              BY:  WILLIAM D. SULLIVAN, ESQ.
 6                              901 North Market Street, Ste. 1300
 7                              Wilmington, DE  19801
 8                              (302) 428-8195
 9
10   For Official Committee     Landis, Rath & Cobb
11   of Unsecured Creditors:    BY: DAN RATH, ESQ.
12                              BY: ADAM LANDIS, ESQ.
13                              919 Market Street, Suite 1800
14                              Wilmington, DE 19801
15                              (302) 467-4400
16
17                              Chadbourne & Parke, LLP
18                              BY: DAVID LEMAY, ESQ.
19                              BY: MARC ASHLEY, ESQ.
20                              30 Rockefeller Plaza
21                              New York, NY 10112
22                              (212) 408-5100
23
24                              Zuckerman Spaeder, LLP
25                              BY: JAMES SOTTILE, ESQ.
26                              1800 M Street, NW
27                              Suite 1000
28                              Washington, DC 20036-5807
29                              (202) 778-1800
30
31   For Aurelius Capital
32   Management:                Akin Gump Strauss Hauer & Feld, LLP
33                              BY: DAVID ZENSKY, ESQ.
34                              One Bryant Park
35                              New York, NY  10036-6745
36                              (212) 872-1000
37
38   For JP Morgan:             Richards Layton & Finger
39                              BY: ROBERT STEARN, ESQ.
40                              One Rodney Square
41                              920 North King Street
42                              Wilmington, DE  19801
43                              (302) 651-7700
44
45                              Davis Polk & WARDWELL,
46                              BY: ELLIOTT MOSKOWITZ, ESQ.
47                              BY: ELI VONNEGUT, ESQ.
48                              450 Lexington Avenue
49                              New York, NY  10017
50                              (212) 450-4331
51
52
53
```

```
 1   APPEARANCES:
 2   (Continued)
 3
 4   For Merrill Lynch:        Potter Anderson Corroon, LLP
 5                             BY: STEPHEN MCNEILL, ESQ.
 6                             Hercules Plaza
 7                             1313 North Market Street, 6th Floor
 8                             Wilmington, DE  19801
 9                             (302) 984-6033
10
11   For Credit Agreement
12   Lenders:                  Young Conaway Stargatt & Taylor
13                             BY: M. BLAKE CLEARY, ESQ.
14                             Rodney Square
15                             1000 North King Street
16                             Wilmington, DE  19801
17                             (302) 571-3287
18
19                             Dewey & Lebeouf
20                             BY: JAMES JOHNSTON, ESQ.
21                             333 South Grand Ave., Ste. 2600
22                             Los Angeles, CA  90071-1530
23                             (213) 621-6030
24
25   For WTC:                  Brown Rudnick
26                             BY: MARTIN S. SIEGEL, ESQ.
27                             7 Times Square #47
28                             New York, NY  10036-6536
29                             (212) 209-4800
30
31   For DBTCA:                McCarter & English
32                             BY: KATHARINE MAYER, ESQ.
33                             BY: DAVID ADLER, ESQ.
34                             405 North King Street, 8th Floor
35                             Wilmington, DE  19801
36                             (302) 984-6312
37
38   For Law Debenture:        Kasowitz Benson Torres & Friedman
39                             BY: DAVID ROSNER, ESQ.
40                             BY: MATT STEIN, ESQ.
41                             1633 Broadway
42                             New York, NY  10019
43                             (212) 506-1800
44
45                             Bifferato Gentilotti
46                             BY: GARVAN MCDANIEL, ESQ.
47                             800 North King St. Plaza Level
48                             Wilmington, DE 19801
49                             (302) 429-1900
50
```

```
1    APPEARANCES:
2    (Continued)
3
4    For Aurelius:                Ashby & Geddes, PA
5                                 BY: AMANDA M. WINFREE, ESQ.
6                                 500 Delaware Avenue
7                                 Wilmington, DE  19899
8                                 (302) 654-1888
9
10   For TM Retirees:            Teitelbaum & Baskin, LLP
11                                BY: JAY TEITELBAUM, ESQ.
12                                3 Barker Avenue, Third Floor
13                                White Plains, NY 10601
14                                (914) 437-7670
15
16                                Hiller & Arban, LLC
17                                BY: ADAM HILLER, ESQ.
18                                1500 North French St., 2nd Floor
19                                Wilmington, DE  19801'
20                                (302) 442-7676
21
22   TELEPHONIC APPEARANCES:
23
24   For Former Directors
25   And Officers:               Grippo & Elden, LLC
26                                BY: GEORGE R. DOUGHERTY, ESQ.
27                                 (312) 704-7700
28
29   For Official Committee
30   of Unsecured Creditors:     Chadbourne & Parke, LLP
31                                BY: DOUGLAS DEUTSCH, ESQ.
32                                BY: THOMAS MCCORMACK, ESQ.
33                                BY: HOWARD SEIFE, ESQ.
34                                BY: MARC ROITMAN, ESQ.
35                                (212) 408-5100
36
37                                Zuckerman Spaeder, LLP
38                                BY: GRAEME BUSH, ESQ.
39                                BY: ANDREW CARIDAS, ESQ.
40                                BY: ANDREW GOLDFARB, ESQ.
41                                (202) 778-1800
42
43   For Davidson Kempner:       Schulte Roth & Zabel, LLP
44                                BY: KAREN S. PARK, ESQ.
45                                (212) 756-2036
46
47
48
49
50
```

```
 1  APPEARANCES:
 2  (Continued)
 3
 4  For Defendants, Employees
 5  Compensation Defendant's
 6  Group:                    Frank Gecker, LLP
 7                            BY: JOSEPH FRANK, ESQ.
 8                            BY: REED HEILIGMAN, ESQ.
 9                            (312) 276-1400, EXT. 1432
10
11  For Debtor, Tribune:      Sidley Austin
12                            BY: KEVIN LANTRY, ESQ.
13                            BY: ALLISON E. ROSS STROMBERG, ESQ.
14                            BY: KERRIANN MILLS, ESQ.
15                            BY: THOMAS E. ROSS, ESQ.
16                            BY: JILLIAN LUDWIG, ESQ.
17                            BY: BRYAN KRAKAUER, ESQ.
18                            BY: DAVID MILES, ESQ.
19                            BY: BRETT MYRICK, ESQ.
20                            (312) 853-7030
21
22                            Tribune
23                            BY: DON LIEBENTRITT
24                            (312) 222-3651
25                            BY: DAVE ELDERSVELD
26                            (312) 222-4707
27                            BY: GARY WEITMAN
28                            (312) 222-3394
29
30  For Bank of America:      O'Melveny & Myers (NY Office)
31                            BY: EVAN JONES, ESQ.
32                            BY: DANIEL CANTOR, ESQ.
33                            BY: DANIEL S. SHAMAH, ESQ.
34                            (212) 326-2000
35
36                            Bank of America
37                            BY: ESTER CHUNG, ESQ.
38                            (646) 855-6705
39
40  For Bigalow:              Sperling & Slater
41                            BY: GWEN NOLAN, ESQ.
42                            (312) 641-3200
43
44  For The Seaport Group:    Seaport Group
45                            BY: KENNETH SMALLEY, ESQ.
46                            (212) 616-7763
47  For Halcyon Asset
48  Management:               Halcyon Asset Management
49                            BY: IGOR FUKS, ESQ.
50                            (212) 303-9453
```

```
 1  APPEARANCES:
 2  (Continued)
 3
 4  For Royal Bank of
 5  Scotland:                    Cadwalder Wickersham and Taft
 6                               BY: MICHELLE MAMAN, ESQ.
 7                               (212) 504-6000
 8
 9  For SuttonBrook
10  Capital Management:          SuttonBrook Capital Management LP
11                               BY: CAROL L. BALE
12                               (212) 588-6640
13
14  For Credit Agreement
15  Lenders:                     Dewey & LeBoeuf, LLP
16                               BY: JOSHUA MESTER, ESQ.
17                               (213) 621-6016
18
19  For EGI-TRB:                 Jenner & Block, LLP
20                               BY: ANDREW VAIL, ESQ.
21                               (312) 840-8688
22
23  For Amalgamated Bank:        Millbank Tweed Hadley & McCloy
24                               BY: ALAN STONE, ESQ.
25                               (212) 530-5285
26
27  For Dow Jones:               Dow Jones & Co.
28                               BY: PEG BRICKLEY
29                               (215) 462-0953
30
31  For Aurelius Capital
32  Management:                  Akin Gump Strauss Hauer & Feld LLP
33                               BY: PHILLIP DUBLIN, ESQ.
34                               (212) 872-8083
35
36                               Aurelius Capital Management, LP
37                               BY: MATTHEW A. ZLOTO, ESQ.
38                               (646) 445-6518
39
40  For Matthew Frank:           Alvarez & Marsal, LLC
41                               BY: MATTHEW FRANK
42                               (312) 371-9955
43
44  For Wilmington Trust:        Brown Rudnick, LLP
45                               BY: GORDON NOVOD, ESQ.
46                               (212) 209-4940
47
48  For Stark Entities:          Quarles & Brady, LLP
49                               BY: ERIC J. VAN SCHYNDLE, ESQ.
50                               (414) 277-5155
```

```
 1
 2    APPEARANCES:
 3    (Continued)
 4
 5    For Arrowgrass:            Arrowgrass Capital Partners, US LP
 6                               BY: DAVID DUNN, ESQ.
 7                               (212) 584-5946
 8
 9    For Special Committee
10    Of the Board of
11    Directors:                Jones Day
12                               BY: BRAD ERENS, ESQ.
13                               (312) 269-4050
14
15    For Angelo Gordon:        Wilmer Cutler Pickering Hale & Dorr
16                               BY: ANDREW N. GOLDMAN, ESQ.
17                               (212) 230-8836
18
19    For Chicago Fundamental
20    Investment Partners:      Chicago Fundamental Investment
21                               Partners
22                               BY: PETER GRUSZKA, ESQ.
23                               (312) 416-4215
24
25    For Barclays:             Latham & Watkins, LLP
26                               BY: DAVID HAMMERMAN, ESQ.
27                               (212) 906-1398
28
29                               Barclays Capital, Inc.
30                               BY: OLIVIA MAURO, ESQ.
31                               (212) 412-6773
32
33    For Anna Kalenchits:      BY: ANNA KALENCHITS
34                               (212) 723-1808
35
36    For Law Debenture:        Kasowitz Benson Torres & Friedman
37                               BY: SHERON KORPUS, ESQ.
38                               (212) 506-1700
39                               BY: CHRISTINE MONTENEGRO, ESQ.
40                               (212) 506-1715
41
42    For Merrill Lynch:        Kaye Scholer, LLP
43                               BY: PAUL MIGNANO, ESQ.
44                               (212) 836-8525
45
46    For Goldman Sacks:        Goldman Sacks & Co.
47                               BY: FREDERICK MORRIS, ESQ.
48                               (212) 902-2886
49
50
```

```
 1  APPEARANCES:
 2  (Continued)
 3
 4  For Citigroup:          Paul Weiss Rifkind Wharton &
 5                          Garrison
 6                          BY: SHANNON PENNOCK, ESQ.
 7                          (212) 373-3000
 8
 9  New York State Common
10  Retirement Fund:        Morgan Lewis & Brockius, LLP
11                          BY: MENACHEM O. ZELMANOVITZ, ESQ.
12                          (212) 309-6000
13
```

```
1   WILMINGTON, DELAWARE, TUESDAY, FEBRUARY 28, 2012, 3:03 P.M.

2   THE CLERK:  All rise.  Be seated, please.

3             THE COURT:  Good afternoon, everyone.

4             ALL:  Good afternoon, Your Honor.

5             MR. BENDERNAGEL:  Your Honor, Jim Bendernagel for

6   the debtors.

7             There are two issues on the agenda for today.

8   Both of them in the nature of status conferences in a sense.

9   One relates to next week's allocation hearing.  The other

10  relates to the confirmation schedule that the parties have

11  been working to put together to get us ready for the

12  confirmation hearing in May.

13            I'll start with the allocation disputes issue.

14  And what we were hoping to accomplish today was there are a

15  bunch of logistical issues and a couple of substantive

16  issues that we wanted to bring to your attention.  Let me

17  just tick off what they are and then I'll take them in

18  order.  One is what the order of presentation is going to be

19  next week with -- and how that's going to be structured.

20  The parties have consulted and I think we have a proposal

21  that most people agree to.

22            THE COURT:  Just remember what Judge Gross says.

23  Just because you speak last, doesn't mean, you know, that's

24  what sticks with the Court.

25                      (Laughter)
```

1          MR. BENDERNAGEL:  I get the impression under this

2   schedule, people are going to be speaking a lot.

3                    (Laughter)

4          MR. BENDERNAGEL:  But the second issue is what

5   we're going to do about exhibits to facilitate getting that

6   material to the Court and we have a proposal with respect to

7   that.

8          There's a bunch of stipulations that are floating

9   around, some closer to final, and others some may be never

10  finalized, and we'll just give you a status on that.

11         There is the question of witnesses next week.

12  There's at least one witness that has been proposed to

13  testify live and there's a possibility of a second witness

14  and we ought to talk about that.

15         And then there's the Motion In Limine that Mr.

16  Rosner filed on behalf of Law Debenture and Deutsche Bank

17  yesterday.  And there's going to be a question as to how to

18  deal with that and we'll come to that last.

19         There may be other issues that I've forgotten,

20  but why don't I start with the proposed order, and if I can,

21  I'd like to hand out a document that will sort of indicate

22  what we have in mind in that regard and possibly help you

23  out.  I've got copies for other people.  And people have

24  seen this, it's been distributed.

25         THE COURT:  All right, thanks.  If you, please.

1        MR. BENDERNAGEL:  Your Honor, what this is is

2   sort of a two page schedule of the essentially major issues

3   for the allocation disputes and who the principal parties in

4   interest are that have presented briefs.  And what we are

5   proposing here is the order in which each of these issues

6   would be taken up, starting on Monday morning.  The thought

7   was that it would be better to address these issues one by

8   one.  That's how we've done stuff in the past, and here it

9   makes a lot of sense, because the parties that have joined

10  issue on various issues, differ from issue to issue.

11       We thought we'd start with the PHONES and EGI

12  issues as to whether, in fact, they are subordinated.  The

13  logic of that is it sort of picks up where we were in

14  December with the PHONES, then goes to EGI.

15       And then the next issues are contractual

16  subordination issues.  Essentially, whether, in fact, the

17  Swap, the retirees, and then the other parent claims that

18  are not Swap or retirees are either senior indebtedness or

19  senior obligations under the PHONES notes.

20       And turning to the next page, what's been

21  characterized as the unfair discrimination issue.  It's the

22  question of assuming that some or all of the other parent

23  claims are not senior indebtedness, is the plan treatment

24  appropriate or not.

25       The next issue is the recoverability of post-

1  petition interest by the beneficiary of the PHONES and EGI

2  subordination agreements, and then the allowed amounts of

3  the PHONES and then the relative priority between EGI and

4  the PHONES in that interest.

5       This picks up all of the allocation disputes.

6  It's in an order that at least the debtor thought made some

7  sense.  We've run it by other parties.  There was some

8  discussion.  I think this is where people have come out and

9  the like.

10      In terms of the parties in interest, we did not

11 list on the chart, people that had filed joinders, simply

12 because it seemed rather repetitive.  It wasn't meant to

13 exclude people from getting up and saying what they want at

14 the hearing, it was just to give you an idea of who the

15 principal players are with respect to each issue.

16      And I think at least for most of the issues up

17 until the second -- the last three issues, I think we

18 probably have right who the first party is that ought to

19 speak.  After that, there's no real rhyme or reason as to

20 who comes next.  And, you know, obviously, the debtors'

21 interest here is more in just putting together a structure

22 that's efficient, that the parties can move forward and get

23 through the thing.  There's only one or two issues that we

24 have very much, if anything, to say about the like.

25      But, you know, we wanted to solicit your views in

1  this regard.  And obviously, if other people want to comment

2  on the schedule, I'm prepared to yield the microphone at

3  this juncture.

4          THE COURT:  I'll hear from others, if anyone

5  wishes to be heard.

6          MR. SIEGEL:  Martin Siegel of Brown Rudnick on

7  behalf of Wilmington Trust, indenture trustee for the

8  PHONES.

9          While we don't have an issue with the order of

10  presentation, we did have discussions among counsel.

11  There's a footnote that I wanted to bring to the Court's

12  attention.  Most of the discussions among counsel were

13  whether the characterization of the issue in this short

14  chart is correct or may have some other implications.  And

15  we could not agree on language.  Just using the first one as

16  an example, it's Wilmington Trust's position that it's a

17  misstated position because it's only with respect to senior

18  indebtedness and the issue is otherwise broadly stated and

19  it's been misinterpreted by the parties.

20          I'm not going to go through the other issues,

21  Your Honor, but I'm standing to at least advise the Court

22  that we don't think that the characterization of the forming

23  of the issues is accurate.  We have a Scheduling Order.  We

24  think that sets forth the positions.  The parties have set

25  forth their positions in their pleadings.  And we wanted to

1    make sure that the Court's aware that there is a note that

2    says the way these issues are characterized, shouldn't be

3    taken as that being the issue.

4            Also, and others may speak to this as well, Mr.

5    Bendernagel somewhat raised the issue of who goes first with

6    respect to any of these issues.  And at least, I think it's

7    Wilmington Trust's position, I know Law Debenture has spoken

8    on the same point, that at least on those issues where it's

9    clear who has the burden of proof, somebody claiming

10   subordination, we think that that person ought to go first.

11           It's a little bit more difficult on some of the

12   other issues; for instance, on post-petition interest.  You

13   know, it's less clear as to who has the burden of proof on

14   that issue and that may be something that the Court wants to

15   address, but that is a second issue that needs to be -- once

16   we get the order of what issue goes first, we need to at

17   least discuss who goes first on that particular issue.  And

18   any guidance the Court gives us on that matter would help

19   the preparation.

20           THE COURT:  I mean, I -- it probably isn't

21   helpful to the parties, but from the Court's standpoint, on

22   the issues in which there's no obvious first speaker, it

23   really is of no moment to me.  You know, I -- it's probably

24   more important to counsel who want to get the last word in.

25                   (Laughter)

1          THE COURT:  You know, in the nature of reply or

2     rebuttal.  But as long as I hear all the pertinent argument,

3     you know --

4          MR. SIEGEL:  Perhaps, Your Honor, on those where

5     there's no clear burden.  You know, no clear -- a clear

6     person having the burden, perhaps we should discuss that

7     later in the day when we talk about live witnesses, how you

8     want exhibits, and things like that nature.  Because it may

9     be that if there are no live witnesses and all we're going

10    to do is -- and the documents are going to come in through

11    the briefing and the stipulations, most of them are business

12    records, it may be the issue of who has -- who goes first is

13    only with respect to oral argument.  And it may play out

14    differently than if it was an evidentiary presentation.

15         THE COURT:  Well here's what I've begun to tell

16    people.  And it seems to me a perfectly rational way to go

17    about it, although not how counsel would necessarily look at

18    it, but if you were the Judge, what do you think you would

19    make -- what would make sense to you?

20         MR. SIEGEL:  They'd go first and we get the last

21    word.

22                        (Laughter)

23         THE COURT:  Well, I thought I'd ask anyway.

24         MR. SIEGEL:  But again, Your Honor, I think once

25    we discuss some of the other issues, and then to the extent

1  that there's still an open issue, we'd come back to who goes

2  first on some of those issues.

3              THE COURT:  Okay.

4              MR. SIEGEL:  That may be helpful.  Thank you.

5              THE COURT:  Does anyone else wish to be heard?

6              MR. JOHNSTON:  Good afternoon, Your Honor.  Jim

7  Johnston of Dewey & LeBeouf on behalf of Oaktree Capital

8  Management as the older of the Swap claim involved in the

9  allocation disputes.

10             Just for the record, Your Honor, we tend to agree

11 that the order of presentation probably is of no moment, but

12 we do not agree with the statement that Mr. Siegel made that

13 there's a burden of proof or a clear burden of proof that

14 rests with a party "seeking subordination".  You'll see that

15 issue addressed in the briefs.  So I just wanted to make it

16 clear that we don't agree with that position.  Thank you.

17             THE COURT:  All right.  Does anyone else wish to

18 be heard?

19                  (No audible response.)

20             THE COURT:  Okay.

21             MR. BENDERNAGEL:  Does this order work for you,

22 Your Honor?

23             THE COURT:  It works for me.

24             MR. BENDERNAGEL:  Okay.  Moving to the second

25 issue and it sort of plays off the orders, and that is how

1  to deal with the exhibits.

2         The idea on the phone yesterday was that maybe

3  the -- you know, because there's a lot of overlap in

4  exhibits.  For instance, everybody cites to the PHONES

5  subordination document and the like.  And your having 10

6  copies of that isn't going to help anybody.

7         The idea was that maybe the debtors could take

8  the lead and put together a set of binders for the Court.

9  As you know yesterday, all the parties filed lists of the

10 exhibits they intend to rely on.  We've had the benefit of

11 that.  And we've started to put together a set of binders

12 for the Court.  And, you know, obviously, we'll tell people

13 what's in these binders.  You know, one set of binders.  And

14 it may not -- there may be -- this is more groups than

15 binders necessarily, but when we put the PHONES

16 subordination documents, the operative documents together,

17 put the EGI operative documents together, it seems to me,

18 that there's a whole bunch of documents that relate to the

19 Swap issue that could be segregated out so that you'd have

20 that.  The bunch of documents relating to the retiree

21 claims, some in, some disputed, but most of them are going

22 to have to be in the record just to preserve a point on

23 appeal.

24         THE COURT:  Well, but for the issues raised, for

25 example, in the Law Debenture Motion in Limine, are there

1  going to be, or are there disputes about admissibility of

2  most of the documents?

3          MR. BENDERNAGEL:  It depends on the issue.  I

4  mean, that is the only case in which there seems to be a lot

5  of disputes.  You know, with respect to the allowed amount

6  of the PHONES for instance, there's a stipulation that

7  basically lays out all the facts on that issue that's been

8  agreed to by the parties that are involved in that issue.

9  And all the documents that are related to that have been

10 agreed can come into evidence.

11         THE COURT:  And I, by the way, I do want to talk

12 about that.  I did get the certification yesterday, but held

13 it to ask a question, but I don't want to get sidetracked

14 yet.

15         MR. BENDERNAGEL:  Sure.  My sense is that

16 progress has been made.  If you're just looking at the

17 groups of documents, I think with respect to the first two

18 issues, the PHONES and the EGI notes by in large, there are

19 no document dispute issues there.  It's just the operative

20 documents.  And in the case of EGI, they have a chart that

21 shows the amounts that they would get under certain

22 scenarios, which I think has been largely agreed to by the

23 parties.

24         With respect to the Swap, there are a bunch of

25 documents that Oaktree wants to put forward.  They've sent

1    around a stipulation.  I don't think anybody's really

2    disputing that those are the operative documents that you

3    need.  And I don't anticipate a problem there.

4              With respect to the retirees, which is probably

5    the group that has the biggest documents, there are some

6    documents that have been designated by Mr. Teitelbaum that

7    have been subject to criticism by Mr. Rosner, and that's the

8    subject of the Motion in Limine.  There are other documents

9    that he's designated that aren't being attacked.

10             And there are documents that we've put forward

11   not with respect to Mr. Teitelbaum's claims, but with

12   respect to this small group of about $5 million of other

13   retirees that essentially are in that class and are

14   similarly situated and it just seemed to us it was important

15   to get that information in front of you.  All that is is

16   operative documents.  I don't anticipate evidentiary issues

17   there.

18             With respect to this other class of non-Swap,

19   non-retirees, the only thing that is relevant there is a

20   list that the debtors put together identifying who those

21   people are so that when you rule on it, you know who it is

22   that you're ruling about.

23             The discrimination claim, I think there's only

24   one document that anybody's talked to which is an agreed

25   upon schedule that shows what the various impacts are if the

1  Swap is senior, if the retirees are senior, et cetera.  And

2  I don't think there's a dispute there.

3          I don't know that there are any new documents

4  with respect to the post-petition interest claim beyond the

5  operative documents that relate to the PHONES and EGI's

6  subordination. The allowed amount of the claims I've already

7  talked about.

8          And then the relative priority of EGI versus the

9  PHONES, well you've seen some of the debate back and forth

10  between Mr. Bradford and Mr. Siegel.  But my sense is from

11  an evidentiary standpoint, most of that's been worked out.

12  So I really think the major evidentiary question is going to

13  be regarding the Motion in Limine that's been put in front

14  of you.

15          THE COURT:  How many -- what's the universe of

16  exhibits, you know if we were to put a number on it?

17          MR. BENDERNAGEL:  It's certainly less than a

18  hundred.

19          THE COURT:  Okay.

20          MR. BENDERNAGEL:  But, you know, exactly how

21  many, I'm not sure.  And our intention was to number these

22  consecutively and not have them being submitted by separate

23  parties.  I haven't really discussed people -- that.  But

24  it's just easier we label them ADH-1, 2, 3, et cetera.

25          THE COURT:  Easier for the Court as well.

1          MR. BENDERNAGEL:  So we'll take care of that.

2    And I think, you know, we'll certainly share how we're

3    grouping these things with people before we get it done.

4    But our goal is to try to get at least everything that's

5    been identified up till now, over to you Friday afternoon.

6          THE COURT:  Okay.

7          MR. BENDERNAGEL:  That takes care of that issue,

8    unless somebody wants to speak to it.  You probably object.

9          MR. SIEGEL:  I guess my turn again.  Martin

10   Siegel from Brown Rudnick for Wilmington Trust.

11          With regard to the EGI, PHONES issue which is

12   last on the agenda, there are some potential evidentiary

13   issues and I've been discussing with Mr. Bradford the best

14   way to handle it.  We thought, you know, we'd at some point

15   during today, perhaps when we talk about the In Limine

16   Motion.  Wilmington Trust objects to at least a portion, if

17   not all of the proposed testimony of a videotape deposition

18   that Mr. Bradford intends to submit.  And there may be a few

19   other documents.  We don't object on -- we agree that

20   they're business records, but we may object to relevancy.

21   And so -- and Mr. Bradford who's capable of speaking for

22   himself, but generally objects to some of the relevancy and

23   the fact that some of our documents are parole evidence.  So

24   there will be some evidentiary disputes between EGI and TRB.

25          The only other sort of reservation of rights, all

1  of the stipulations concerning business records contain an

2  exception that parties still may be able to object on

3  relevancy or similar type grounds.  I think those types of

4  objections for the most part can be handled in the reply

5  briefs.  That now that we now exhibits people want to

6  introduce, probably that can be done in the reply briefs, to

7  the extent any remain.  But we may have to deal with, I

8  think separate briefing on the EGI and PHONES issues,

9  probably is a better way, it's just Your Honor's view of

10  when you want to put them in.

11            THE COURT:  Well, I guess we'll get to this.  We

12  might as well get to it now, frankly.  And that is the Law

13  Debenture Motion in Limine.  I received it just this

14  afternoon and I have read it.  It's not my intention to rule

15  on it before the hearing.  And what prompts that is a

16  consequence of in part of Mr. -- what prompts my comment is

17  in part in consequence of what Mr. Siegel was saying.  I did

18  deal with evidentiary issues at the hearing and not before.

19            As we go further down this schedule, as I

20  mentioned the last time, I'm just more and more convinced

21  that dealing with things, you know, once a week or twice a

22  week is just not efficient and uneconomical for the estate.

23  And to the extent there are evidentiary issues to be

24  determined at the hearing, that's when it will be.  I intend

25  not to make any of those decisions before the scheduled

1  hearing.

2          MR. ROSNER:  I can appreciate that, Your Honor.

3  It's David Rosner from Kasowitz Benson on behalf of Law

4  Debenture.

5          We heard you loud and clear the other day on this

6  point.  We felt obligated.  I felt obligated to file the

7  motion in advance of the hearing for a couple of reasons.

8  One is that -- well is the way we actually viewed this was

9  not so much as a Motion in Limine, but a Motion to Enforce

10  the Order and Ruling that Your Honor had already given.

11  Because we've actually now found ourselves by virtue of

12  what's been submitted by the retirees, to be in a worse

13  position than if you had granted the motion, because they've

14  now submitted in our view, expert accounting evidence.  We

15  don't have, you know, an expert witness nor are we going to

16  go find one and, you know, have them deposed.

17          THE COURT:  Mr. Rosner, don't argue the motion

18  now.  I wasn't criticizing you for filing it.  I'm simply

19  saying I'm not going to decide it today.

20          MR. ROSNER:  Then there is one further point I

21  would like to raise.  And in not arguing the motion, there

22  does -- there is one problem in the -- Mr. Teitelbaum's, I

23  guess it's in the brief, not in their declaration, and that

24  there is a Footnote 12 that says that they may now be

25  calling a new witness at the hearing.  And I don't know if

1   that's the case.  If that is the case and that's a witness

2   who will need to be deposed right now and then presented.  I

3   don't know whether it's going to be a live witness or not.

4           I viewed the status conference, Your Honor, as

5   something -- and as Mr. Bendernagel in providing you with an

6   order of events, to kind of shape what the hearing is going

7   to look like, how many witnesses there are going to be.

8   Believe me, none of us wants to go and take Mr. Whitman's

9   deposition if that's who it's going to be.  But if he's

10  going to be called, I think we should at least find that out

11  today.  And maybe Your Honor will decide that no, there

12  should be no further witnesses, discovery is closed.  We

13  would ask for the latter, but at least we need to know where

14  we're going.

15          THE COURT:  All right, thank you.

16          MR. BENDERNAGEL:  Your Honor, let me address the

17  witness issue, as well as the point that Mr. Rosner just

18  made.

19          Right now there's essentially two possible

20  witnesses.  One witness is Sue Bell.  She was designated by

21  the retirees.  She's subject to the Motion in Limine, but I

22  don't think anybody's challenging that she is an appropriate

23  witness.  She was designated on the 31st.  And she's going

24  to testify about the retiree claim.

25          The second witness is Mr. Whitman.  Now Mr.

1  Whitman is not a new witness.  Mr. Whitman was identified by

2  us on January 31 with respect to three areas.  And our

3  intention was not to put him forward as an expert.  But to

4  the extent people needed documents authenticated or things

5  explained, that he would be available to testify, if it came

6  to that.

7       We identified three specific areas at the time.

8  One was the allowed amount of the PHONES.  And Mr. Whitman

9  assisted the parties in working through that.  And there's

10  absolutely no reason for him testify simply because

11  everything's been stipulated to.

12       The second issue related to the amount of the

13  non-Teitelbaum retiree claims and the amount of the other

14  claims as I've been referring to it.  We answered an

15  interrogatory from Wilmington Trust on that issue.  Mr.

16  Whitman was the one that put together the two schedules and

17  pulled the operative documents.

18       We sent around a stipulation to people and

19  indicated to them that these should come into the record.

20  Nobody's objected to it, but nobody's -- not everybody's

21  agreed to it.  If Mr. Whitman -- if it's still objected, if

22  there's somebody that has an objection, or if the Court

23  wants to speak to Mr. Whitman about that, we intend to have

24  him here and we'll put him on the stand to answer that.  I

25  don't think there's any reason in the world to take his

1  deposition on that because he's not going to say anything

2  that isn't fairly evident from what's there.  And if people

3  want to talk to him informally, I'd be glad to let him talk

4  to people informally.  We've done that on a number of

5  issues.

6          The third issue had to do with these recovery

7  charts.  And Mr. Whitman worked with the various parties to

8  make sure that the numbers that were being generated were

9  consistent with what was in the plan.  And, you know,

10  there's stipulations floating around on those.  I think with

11  respect to the chart that it relates to the unfair

12  discrimination issue, I don't think there's any controversy.

13  I'm not sure there's any controversy with respect to the EGI

14  thing, but we sent a stipulation with respect to that.

15          The final area is we would, you know, Mr.

16  Teitelbaum had come to the company and asked the company a

17  very discreet question, and that was I look at your 10K, I

18  look at your 10Q from 2007 and 2008, and I see these

19  categories essentially where is the type of claim I have on

20  your balance sheet.  And we pointed out to him that there

21  was some in current liabilities, some in longer term

22  liabilities, and told him what the line item was.  And he

23  asked well, what else is in that line item and how much of

24  that line item is my kind of stuff as opposed to other

25  stuff?  We gave him the trial balances.  And that's what

1  this argument is about.  A trial balance from a 10Q that you

2  can see fits exactly to the two line items in the 10Q that

3  he was interested in.

4          I don't think there's any reason in the world to

5  take Mr. Whitman's thing.  We sent around a stipulation last

6  week.  I don't see how anybody could fight about this issue,

7  yet I saw in the Motion in Limine that all of sudden this is

8  made to sound like it was some cataclysmic event.  This is a

9  basic business record that basically shows what the trial

10 balances are supporting the company's 10K.  To the extent

11 anyone in this courtroom has asked us that type of

12 information, we've sat down and talked to them.

13         If Mr. Rosner wants to speak to Mr. Whitman on

14 the phone and ask him what's in this balance, I'm perfectly

15 happy to make him available in that regard.  There's no

16 reason in the world though for a deposition.  And quite

17 frankly, there's no reason in the world that Mr. Whitman has

18 to appear at trial in this respect.  It should be stipulated

19 to.  Anything else is just gamesmanship, in my opinion, but

20 I don't want to argue that part of the motion so I'll stop.

21                      (Laughter)

22         MR. BENDERNAGEL:  But it sounds like I have, but

23 --

24                      (Laughter)

25         MR. BENDERNAGEL:  -- in any event, those are the

1  two witnesses.  I don't think Mr. Whitman needs to testify

2  in this proceeding.  I think the stuff is pretty

3  straightforward.

4             THE COURT:  But you'll have him here.

5             MR. BENDERNAGEL:  We will.

6             THE COURT:  Okay.

7             MR. BENDERNAGEL:  Because you may have questions

8  and it's important that you have the answers to those

9  questions.

10            THE COURT:  All right, thank you.  Now while

11 we're there, if we could, Mr. Bendernagel, on the

12 certification with respect to the PHONES issues that I

13 received yesterday, certain parties have entered into the

14 stipulation.  Do you know whether this creates any issues

15 with others?  Are there others who aren't accepting what has

16 been agreed to by some, but not all?

17            MR. BENDERNAGEL:  No.  As I understand it and

18 there are others that are closer to this and the like, but

19 Mr. Novod, Mr. Flegg, Ms. Newman, and the folks at Barclays,

20 spent numeral hours on this issue.  They consulted with Mr.

21 Whitman, at least Mr. Flegg did.  And as far as I know,

22 anybody that's been interested in this issue has had the

23 opportunity to chime in.  I think this has been run by

24 Deutsche Bank and Deutsche Bank doesn't have a problem.

25 Deutsche Bank not as indenture trustee for the notes, but is

1   the former indenture trustee for the PHONES.  And my sense

2   is that everybody that expressed an interest has signed off

3   and that there is no evidentiary dispute with respect to

4   that issue.  Mr. Siegel is that right?

5           MR. SIEGEL:  Yes, I agree with that.

6           THE COURT:  Okay.  So does anyone have a contrary

7   view?

8                   (No audible response.)

9           THE COURT:  All right.  Well in light of that --

10          MR. NOVOD:  Your Honor, this is Gordon Novod on

11  the phone.  May I be heard on this issue?

12          THE COURT:  You may.

13          MR. NOVOD:  Okay, Your Honor, thank you.  Gordon

14  Novod for Wilmington Trust.  My partner, Marty Siegel's in

15  the courtroom and had intended to handle the hearing.

16  However, in light of the Court's comments, I thought I would

17  address Deutsche Bank and their role in the stipulation.

18          Deutsche Bank while they provided information in

19  the form of their answers to interrogatories and other

20  documentary evidence is not a party to the stipulation.

21  They have been asked to join and had declined to join

22  because they didn't feel that they were a party to this

23  allocation dispute.

24          So I wanted to just make that clear for the

25  record, the Court's record today, that Deutsche Bank has not

1  formally joined the certification of counsel, nor have they

2  joined the stipulation.

3       THE COURT:  All right.  I understand.  I'm just

4  -- my concern was that -- well, I wanted to know whether

5  this was putting these issues to bed or will they be the

6  subject of further dispute.  And it sounds like at least for

7  present purposes, they're not going to be the subject of

8  further dispute.  Okay, thank you.  That order has been

9  signed.

10       MR. NOVOD:  Thank you, Your Honor.

11       MR. TEITELBAUM:  Your Honor, Jay Teitelbaum,

12  Teitelbaum & Baskin for the retirees.

13       Just to, I guess, address the in limine point and

14  the witness point.  To be crystal clear, based upon the

15  inability of the parties standing here today to agree to

16  anything essentially with respect to the trial balance or

17  admissibility of the 10K's, Q's, et cetera.  It would be our

18  intention to have Mr. Whitman testify on those points.  We

19  think that's appropriate given the facts that are laid out

20  in our opening brief.  In particular, that the operative

21  document, the trial balance was produced late in the day on

22  the 22nd, about a day before we filed.

23       The other thing I'd like to -- two things I'd

24  like to point out.  I know Your Honor said you're not ruling

25  on the in limine.  I'm not going to argue it, but I do want

1    to point something out that should be out sooner rather than

2    later because it's troublesome.   There's an allegation that

3    we violated the Court Order with respect to confidentiality

4    here.   Your Honor, I will assure the Court.   I will

5    represent to the Court, that we, before attaching the trial

6    balance to our brief, received an email from Mr.

7    Bendernagel.   The client has agreed to waive off on the

8    confidentiality designation, Your Honor.   So we did not

9    violate anything.   I just want the Court to be perfectly

10   aware of that and have that in in your mind when reviewing

11   these issues.

12            Your Honor, with respect to the in limine, in

13   particular, without arguing the merits, we would like to

14   suggest to Your Honor, that particularly in light of Mr.

15   Rosner's strident argument last week in opposition to our

16   motion, that any deviation from the Scheduling Order was

17   prejudicial to the parties.   I'll note, there is no

18   provision or In Limine Motions in the Scheduling Order.

19   That the result of filing that motion has prejudiced and

20   will continue to prejudice because as Your Honor knows,

21   we're all on a tight schedule and we're all standing here

22   spending time over something that probably is more

23   appropriately an evidentiary objection at the hearing,

24   rather than a formal motion which we will now have to

25   respond to.   So I would point out, there is no provision in

1  the Scheduling Order for such a motion.

2          THE COURT:  As far as I'm concerned, you don't

3  have to respond to it.  If you wish to argue at the hearing,

4  you may do that.

5          MR. TEITELBAUM:  Yeah.  Your Honor, I was

6  actually perfectly prepared to argue it today until I heard

7  that you weren't interested in hearing it, but that's fine.

8  Thank you, Your Honor.

9          MR. BENDERNAGEL:  Your Honor, I think that,

10  unless you have questions, covers the issues that we had

11  wanted to bring up in connection with the allocation

12  disputes with --

13          MR. SIEGEL:  Your Honor, just -- obviously, your

14  order's clear that we'll have the discussion on Monday

15  regarding evidentiary objections.  But is it all right to at

16  least address those issues in advance and you'll have them

17  in the brief?  That is, you don't want us to first raise

18  them on Monday, we can address them in our reply brief, so

19  at least the Court has the benefit of knowing what they are

20  in advance?

21          THE COURT:  You might as well.

22          MR. SIEGEL:  Thank you.

23          THE COURT:  And it sounds -- on Mr. Whitman, it

24  sounds like there's no need for a deposition.  But it sounds

25  like he'll be here.  And it sounds like Mr. Teitelbaum, if I

1   determine at the time it's appropriate, based upon the

2   questions he's asking, for him to examine the witness, he'll

3   be available to do that.

4           MR. BENDERNAGEL:  That's correct.

5           THE COURT:  Okay.

6           MR. BENDERNAGEL:  And, you know, my offer to Mr.

7   Rosner, if he wants to speak to Mr. Whitman, we can arrange

8   that as well.

9           THE COURT:  All right, thank you.

10          MR. BENDERNAGEL:  The one last issue on the

11  allocation issue.  Mr. Bradford had asked that we just raise

12  this issue to make it clear.

13          THE COURT:  I'm sorry, before we leave, Mr.

14  Teitelbaum, I don't remember seeing an order denying the

15  retirees' motion.

16          MR. TEITELBAUM:  Well --

17          THE COURT:  I think I'd ask counsel to prepare --

18          MR. TEITELBAUM:  -- actually, Mr. Rosner and I

19  talked about it and we were going to submit an order, but I

20  think we just got sidetracked with a couple of things.  I'll

21  ask my office just to do a very simple order just denying

22  the motion.

23          THE COURT:  All right.

24          MR. TEITELBAUM:  We apologize.  We had spoken

25  about agreeing on a form of order, but I guess other things

1   came up.  Thank you.

2              MR. BENDERNAGEL:  One last issue, Your Honor.

3   Mr. Bradford had just wanted to point out that the parties

4   view in terms of making the presentations as to the

5   allocation disputes is that they're looking for the Court to

6   rule on the legal issues that are surrounded to that.  That

7   I think he's concerned that nobody accuse him or any other

8   party of a failure of proof, if they don't say what the

9   specific dollar is of the impact of one of your specific

10  rulings.  Simply because, you know, it seems that it would

11  be a lot easier to find out what your rulings are and then

12  figure out what the impact is.  And I think that's the whole

13  reason of doing this as opposed to having a gazillion

14  different presentations made to you in the context of next

15  week's hearing as to what the dollar impacts are as they

16  relate to most of the issues.  Obviously, the dollar impacts

17  as they relate to the discrimination issue is a different

18  kettle of fish and that's important.  But Mr. Bradford, I

19  think is on the phone if he wants to comment on that.  He'd

20  ask that we just raise that issue.

21             THE COURT:  Mr. Bradford, would you care to be

22  heard?

23             MR. BRADFORD:  Mr. Bendernagel has raised the

24  issue that I had concern about.  I think that there is

25  agreement among the parties.  And that Mr. Bendernagel has

1 │ accurately stated our collective view, but we wanted to make

2 │ sure that that view was shared by the Court.  And I

3 │ apologize, I should have said that the outset, David

4 │ Bradford on behalf of EGI-TRB from Jenner & Block.  Thank

5 │ you, Your Honor.

6 │            THE COURT:  You know, I think it does fairly

7 │ represent my view.  And I, you know, I'll repeat my own

8 │ reservation of rights.  And that is I agree that I would

9 │ hear these disputes, but with the caveat that I may decide

10 │ they don't need to be decided, or that I might decide them

11 │ at or directly in conjunction with confirmation.

12 │            MR. BENDERNAGEL:  Understood, Your Honor.

13 │            THE COURT:  Okay.

14 │            MR. BENDERNAGEL:  I think that finishes the topic

15 │ number one.  Topic number two will be a lot shorter.

16 │            MR. SIEGEL:  Just one more question.

17 │            MR. BENDERNAGEL:  You're going to be put on a

18 │ time clock.

19 │            MR. SIEGEL:  Your Honor, there is at least one

20 │ more just procedural question.  As I said, Mr. Bradford may

21 │ seek to introduce some videotape depositions.  And at least

22 │ when we were talking about it, we weren't sure how Your

23 │ Honor would like those to be presented, should he decide to

24 │ do it.  And also then to hear either our objections or

25 │ counter designation should you take it.  We assume that you

1    don't, you know -- we preferred not to have it in the

2    courtroom and, you know, but again, it's up to Your Honor as

3    to whether you want us to submit videotape designations or

4    play them at --

5            THE COURT:  Well how -- talk to me about time

6    consumption here?

7            MR. SIEGEL:  Mr. -- I'll have to defer to Mr.

8    Bradford because the one who may seek to introduce them.

9            THE COURT:  Mr. Bradford?

10           MR. BRADFORD:  Thank you, Your Honor.  Again,

11   David Bradford, EGI-TRB, Jenner & Block.

12           I don't believe that if we submitted video during

13   the hearing, we would ask the Court to view more than five

14   or ten minutes of video.  This will depend upon the Court's

15   ruling on the parole evidence.  But if certain evidence

16   comes in on behalf of the PHONES, we have testimony that

17   relates to the parole evidence.  What I would suggest is

18   that we submit the entirety of our designations to the Court

19   and the Court could observe that, view that at the Court's

20   leisure, rather than take everybody's time at the hearing

21   with that.  But there may be a few instances where it may be

22   helpful to the presentation to present the testimony in

23   conjunction with the argument.  And if we did that, again,

24   it would not be more than say five to ten minutes.

25           THE COURT:  Mr. Siegel?

1          MR. SIEGEL:  Leaving aside how he may want to use

2    it, the deposition that you will presumably not have ruled

3    on in his argument, I have no problem in both sides

4    submitting whatever designations they are.  If you decide

5    that it's relevant in something and admissible, then you'll

6    have the opportunity to review it when you get around to it.

7          THE COURT:  I'll make the popcorn.

8                        (Laughter)

9          THE COURT:  Okay.

10          MR. BENDERNAGEL:  Your Honor, maybe you ought to

11    just ask is there anything else on the allocation disputes.

12                        (Laughter)

13          THE COURT:  Anyone else wish to be heard on

14    allocation?

15                   (No audible response.)

16          THE COURT:  All right.

17          MR. BENDERNAGEL:  That brings us to the second

18    issue, Your Honor, the confirmation schedule.  As you can

19    remember back at the end of January, we had talked about

20    utilizing this date to get an order entered setting forth

21    the dates for the rest of the schedule after March 5 in

22    terms of, you know, when fact depositions will start, those

23    kind of things.  And we've made progress in that regard.

24    There is a draft order circulating.  We're not quite there

25    yet.  I don't think it matters whether we're there today or

1  on Monday.  My sense is there isn't really an operative date

2  until the end of March that's important, so I think the best

3  thing to do is for the parties to continue working on the

4  schedule.  The good news is, I think there's agreements on

5  all the dates.

6              I think the three issues, just to give you an

7  idea of what the problems are, to the extent they're even

8  problems.  Are one, is it worth trying to incorporate in

9  this, some limitation on the overall scope of discovery.

10  There's been some discussion along those lines, you know,

11  obviously doing something along those lines in a procedural

12  order is never easy to do.  And we had some success in doing

13  that in the procedural order for this proceeding and it's

14  worth taking an attempt at it.  If we fail, you know,

15  there's obviously other ways to deal with that.

16              The second question is just the total number of

17  depositions.  There's a certain aspect of paranoia here in

18  the sense that I doubt that there are going to be a lot of

19  fact depositions this time around, but people don't want to

20  commit themselves prematurely to a number and that's

21  understandable.  And people are trying to work out where

22  they can agree and disagree in that area.  And then there's

23  a question just on the sequencing of the experts and what

24  information will be made available.

25              THE COURT:  Let me ask you to pause there, Mr.

1   Bendernagel.  And I'll just, for whatever it's worth, and

2   I'm sure the parties recognize this, I mean, I know there's

3   a concern about what might happen in the next Court, but the

4   most important focus ought to be on getting to me in the

5   most focused way, those things which are truly important and

6   material.  And so much of what is presented is not.  And

7   that's not a criticism.  I understand why my records are as

8   extensive as they are.  But if you want to know how to help

9   me in the best way possible, that would be it.  So, please,

10  work that into your respective philosophies about what it is

11  you're going to toss my way.

12           MR. BENDERNAGEL:  Well it's not the first time

13  you've made that speech.  Maybe we'll get it right once in

14  the case.

15           THE COURT:  You know --

16                     (Laughter)

17           THE COURT:  -- my teenager gets hearing -- is

18  tired of hearing me repeat myself so --

19                     (Laughter)

20           THE COURT:  -- you know, it's nothing new from

21  me.

22           MR. BENDERNAGEL:  We'll take that into

23  consideration.  My sense is that we're going to be able to

24  work those issues out.  And but the reality is, this

25  hearing's only two days long, so there's only so much you

1  can do.

2              THE COURT:  Only so much damage that can be done,

3  okay.

4              MR. BENDERNAGEL:  Your Honor, I don't know, if

5  somebody wants to comment on that, but I don't think there's

6  much to comment on.  But that sort of concludes the two

7  items on the agenda.

8              I suppose there's a question that Mr. Zensky's

9  going to want to ask you and Mr. Sottile possibly.  And that

10  is I know Mr. Zensky sent you a letter last night regarding

11  the --

12              THE COURT:  And I'm ready for him.

13                        (Laughter)

14              MR. BENDERNAGEL:  All right.  I'll yield to Mr.

15  Zensky.

16              THE COURT:  All right.

17              MR. ZENSKY:  Good afternoon, Your Honor.  For the

18  record, David Zensky, Akin, Gump, Strauss, Hauer & Feld for

19  Aurelius Capital Management.

20              Mr. Bendernagel again has stolen my thunder.

21  Yes, we brought the Court up to date on the developments in

22  the Tribune MDL proceedings by way of letter posted or filed

23  last night and delivered to chambers this morning.

24  Obviously, we think time is of the essence to get the

25  Court's rulings and views on the two Stay Motions, Lift Stay

1   Motions that are before it.  And I'm available to answer any

2   questions about the status of that proceeding or the order

3   or anything else on that topic, Your Honor.

4           THE COURT:  Okay.  Now this was not on the agenda

5   for today's discussion, but I do think it's a timely

6   opportunity to talk about it.  I will tell you, I had a very

7   pleasant discussion with Judge Pauley this morning to whom I

8   sent your letter.  So it is now in his hands.

9           MR. ZENSKY:  Okay.

10          THE COURT:  And I think the sensible thing to do

11  is to the extent that an existing Stay Order or orders of

12  this Court would stand in the way of allowing the parties to

13  comply with his Master Case Order No. 1, which was filed on

14  February 23, it should be lifted.  So I -- well, put it this

15  way, that's the place where I came to after getting an

16  update and after speaking with Judge Pauley.  I think it's

17  our -- he can speak for himself obviously, our joint view

18  that we ought not to get in each other's way.  And I think

19  that to the extent there is a time during which he and I

20  must and should talk to each other about process, that at

21  least based on my conversation today with him is going to

22  be, I think, a fairly helpful exercise.

23          In any event, that's my inclination.  I had

24  originally -- well, let me just take a step back.  I don't

25  think anyone had asked for me to extend the stay through

1   confirmation.  Maybe somebody did, but most of the parties

2   did not.  Some had different dates in mind.  I had said at

3   one point that I thought I would just do it for simplicity

4   sake through confirmation.  But based on how things have

5   developed, I think I'm inclined to lift the stay, to the

6   extent that anyone needs to participate in the process that

7   Judge Pauley has now ordered.

8           Now there are two other things though, that I

9   think we need to talk about.  I understand that the one part

10  of these non-Bankruptcy Court proceedings that were pending

11  in California are also going to be drawn into the MDL

12  process which hadn't been done at the last time we spoke.

13  And secondly, I know there's that subsidiary issue of how

14  you split the FitzSimons' claims and/or defendants and I did

15  --

16          MR. ZENSKY:  That's the other adversary, Your

17  Honor.

18          THE COURT:  Yes.  And I didn't -- but it's a tag

19  along with the MDL process.  And I wanted to ask the parties

20  today where you stood with that and how that should fit into

21  any order you would have me enter lifting at least in part

22  the stay to involve -- so the parties could deal with the

23  process that Judge Pauley has now ordered.

24          MR. ZENSKY:  Right.  Let me take a step back and

25  try to respond or address the couple of points that Your

1  Honor has raised.

2          In expressing, I think the intent to lift the

3  stay in part, as to at least the stay that was in effect on

4  the noteholder complaints, in order to comply with the

5  order, it sounds as if the Court is contemplating that there

6  will be further orders addressing the stay at some point

7  because that would not dispose of our motion in its

8  entirety, if it's -- if the order ultimately is expressed

9  the way Your Honor just described it.

10          THE COURT:  It is.  My -- as I said, I read the

11  order.  I discussed Judge Pauley's order with him.  And I

12  said my inclination is to -- since he's entered that order,

13  allowing and ordering certain activity, but still keeping a

14  District Court Stay in place, I wanted to put everyone on a

15  level playing field, I think is -- which is in the main what

16  your letter had requested, so that you wouldn't be behind

17  other parties in the process.

18          MR. ZENSKY:  Yeah, I think that part of it was

19  more directed to Mr. Sottile's case which he'll address, I'm

20  sure, Your Honor.  But I think the problem with a partial

21  resolution of his motion is that it leaves the action in the

22  Bankruptcy Court because the committee had objected to the

23  transfer of the FitzSimons case until Your Honor dispose of

24  the Motion to Extend the Stay in FitzSimons.

25          THE COURT:  Well it was a kinda-sorta objection,

1   I had, so --

2          MR. ZENSKY:  Yeah, it was just until the Court

3   rules.

4          THE COURT:  Yeah, yeah.

5          MR. ZENSKY:  And our -- what we were trying to

6   get across in our letter, Your Honor, was that any delay

7   associated with disposition of the committee motion, keeps

8   the committee and the unique defendants in this Court, but

9   were under orders to coordinate and report back to Judge

10  Pauley in his courtroom.

11         THE COURT:  No, I understand that.  And I'm --

12  what I'm telling you is if we can do it, I'd like to get to

13  a place where that all gets resolved.

14         MR. ZENSKY:  Okay.  As would we, Your Honor.

15         THE COURT:  Yeah.

16         MR. ZENSKY:  The third question you raised was

17  with respect to the California case.  I'm -- we're not

18  counsel of record in that case, but I'm not aware of any

19  development that that case was going to be moved to the MDL.

20  It's certainly common in MDL practice to coordinate the

21  federal cases with the related state case.  And I believe

22  there would be some effort to do that here, so that

23  discovery and depositions would be coordinated to the extent

24  they needed to be.  But that case, to my knowledge, Your

25  Honor is still pending in California State Court.

1  Everything else has been moved to the -- to Judge Pauley

2  with the exception of the FitzSimons case and the sliver of

3  the JP Morgan adversary, which is I think the one, Your

4  Honor was asking about, and Mr. Sottile can report on the

5  status of that.

6           THE COURT:  Okay.

7           MR. ZENSKY:  There is one other piece of this

8  that may come as news to Court.  And that is that Mr. Zell

9  himself actually started a lawsuit against hundreds of the

10 shareholders to claw back money that they received in the

11 LBO.  That he -- that case was removed to Federal Court.

12 And that one will now likely also be sent to Judge Pauley as

13 well.

14          THE COURT:  What a lucky guy.

15                    (Laughter)

16          THE COURT:  Okay.

17          MR. ZENSKY:  So, I don't know, I'm sure the Court

18 wants to hear from Mr. Sottile and anyone else who wants to

19 be heard.  And then I guess the Court is looking for some

20 form of proposed order from the parties --

21          THE COURT:  I am.

22          MR. ZENSKY:  -- when we -- when we're done?

23          THE COURT:  Yes.

24          MR. ZENSKY:  Okay.

25          MR. SOTTILE:  Good afternoon, Your Honor.  Jim

1  Sottile of Zuckerman Spaeder, special counsel to the

2  official committee of unsecured creditors.

3            Your Honor, I think the Court has already

4  anticipated where the committee was likely to be given Judge

5  Pauley's order and the Court's conversations with Judge

6  Pauley.  We do think it's important that the FitzSimons

7  action not fall procedurally behind the related actions that

8  are already in front of Judge Pauley.  And we think probably

9  the best procedural way to do that at this point, Your

10  Honor, would be for the Court to extend the stay of

11  FitzSimons only until the case is transferred to Judge

12  Pauley.

13            THE COURT:  And that's expected to occur sometime

14  in March, I take it?

15            MR. SOTTILE:  Your Honor, right now, the motion

16  that's before the Court by the committee seeking to extend

17  the stay of FitzSimons, seeks to extend the stay through

18  March 23, I believe.  The way in which we frame the

19  requested relief to the MDL panel, which I think is the

20  other part of what the Court is focusing on, is that the

21  case would transfer seven days after this Court rules on the

22  committees' motion to you to extend the stay of FitzSimons

23  to March 23.

24            I think, Your Honor, that the way to thread this

25  needle would be for the Court to now grant the committees'

1  motion in part by extending the stay of FitzSimons until the

2  case is transferred to Judge Pauley.  The effect of that

3  will be that the transfer will take place seven days after

4  the Court's Order is entered.  So the case will then get to

5  Judge Pauley.  Your stay, if you were to accept that

6  approach, would terminate, but Judge Pauley's existing stay

7  would remain into place, and the FitzSimons' case would be

8  aligned with the state law constructive fraudulent

9  conveyance cases before Judge Pauley.

10          Your Honor, that would leave, as the Court has

11  already alluded to, the couple of additional claims that are

12  in the JP Morgan adversary proceeding that were asserted

13  against financial advisors of Tribune and the LBO.  Your

14  Honor, we will be filing no later than Friday, a Motion to

15  Sever those claims from that JP Morgan case and consolidate

16  them with FitzSimons.

17          THE COURT:  Um-hum.

18          MR. SOTTILE:  And the intention would be that

19  they would transfer along with FitzSimons to the MDL.  If

20  the timing doesn't quite work, Your Honor, we would not

21  suggest holding up the transfer of FitzSimons, if those

22  cases end up transferring a week or something behind, I

23  don't think it's of any great moment.

24          So in brief, Your Honor, that's the procedural

25  path that we would suggest to the Court.  And we would be

1  happy if the Court is inclined to go down that road, to work

2  on an agreed order for the Court's consideration with

3  interested parties.

4            THE COURT:  Well, let me ask two questions.

5            MR. SOTTILE:  Certainly, Your Honor.

6            THE COURT:  First, Mr. Zensky, does that cause

7  any heartburn for you, really?

8            MR. ZENSKY:  I'm sorry what is the "this" in your

9  question?  Mr. Sottile made a number of comments, I just

10  want to --

11            THE COURT:  His proposal for timing on how I

12  should address the committees' motion.

13            MR. ZENSKY:  As we said at the original hearing,

14  Your Honor, we would prefer to have FitzSimons just

15  transferred as soon as possible, so that those parties can

16  began participating in the process that Judge Pauley has set

17  in motion.  I think the first report is due on March 20 or

18  thereabouts or March 30, I don't have the date in front of

19  me.  So to the extent we hold up or the Court delays

20  transferring FitzSimons until we deal with the severance

21  issue, that could create some issues, but if it's a weak

22  difference, it may not matter.

23            MR. SOTTILE:  Just to be clear, Your Honor.  Jim

24  Sottile again for the committee.

25            We're not suggesting that you hold up the

1    transfer of FitzSimons for the severance.  If it happens

2    that that all occurs at the same time so that the claims are

3    moved to FitzSimons and then the transfer occurs, great.  If

4    not, the committees' view would be, FitzSimons should go

5    ahead and transfer and we can have a separate later transfer

6    of the advisor claims which would be severed out of the

7    lender complaint.

8                MR. ZENSKY:  It sounds like I think we're saying

9    the same thing on that, Your Honor.

10                THE COURT:  Okay.

11                MR. ZENSKY:  If that's responsive.

12                THE COURT:  And I'll hear from anyone else that

13    wished to be heard, but I'm going to give you a couple

14    minutes now to talk about it and see if you can't --

15                MR. ZENSKY:  Right.

16                THE COURT:  -- come to some agreement about that.

17                MR. ZENSKY:  Right.  The only other thing I would

18    say in terms of the proposed resolution, Your Honor, is that

19    we'll end up, I think with something of an anomaly, if I

20    understand the Court's intentions.  Is that the adversary

21    will be transferred and no longer subject to any stay of

22    this Court, it will become subject to Judge Pauley's stay

23    which remain in effect until he says it's not in effect.

24    But the Court contemplates the noteholders are still subject

25    in some respect to the stay that dates back to last April

1  25.  And I'm not sure that makes any sense.  And whether

2  that leaves us somehow subject to a different set of

3  limitations than the other parties will be.

4          THE COURT:  Well, my intention at least for the

5  near future was not to do that.  I just don't want to look

6  too far down the road at this point.

7          MR. BENDERNAGEL:  Your Honor, may I be heard?

8          THE COURT:  Yes.

9          MR. BENDERNAGEL:  I think there's a little bit of

10  confusion here because you had started off by saying you're

11  going to lift your stay in part.  And yet if, in fact, you

12  transfer the case, the question is what jurisdiction do you

13  have to impose any kind of stay?  And I think I know the

14  answer to this question.  And that's when you have personal

15  jurisdiction over the committee and over these parties as

16  part of the bankruptcy, and you can certainly, you know,

17  direct what you think they can and can't do independent of

18  whether, in fact, the FitzSimons case is there.  In fact,

19  you know, there was no case here to begin with for you to do

20  that to begin with so --

21          THE COURT:  Well, you know, I guess somebody

22  could make the argument I don't have it now.

23          MR. BENDERNAGEL:  Well, no, or that you do have

24  it and, you know, you're transferring isn't going to make

25  any difference.  But I do think that there's a tricky

1   jurisdictional issue that has to be worked out.  And I don't

2   think everybody's talking on the same piece of paper.  But I

3   think conceptually what you're suggesting is that you want

4   -- ultimately, you want FitzSimons and the other tag along

5   stuff out of here and in New York.

6              THE COURT:  And imbedded -- yes.  And imbedded in

7   that goal is the conclusion that I've reached given how

8   Judge Pauley has begun to schedule things, that the mischief

9   that -- and I know Mr. Zensky doesn't like it when I use

10  that word, but the mischief that could occur between now and

11  confirmation really looks pretty minimal to me.  And that

12  was, I guess, the driving force in my keeping the stay in

13  place.

14             MR. BENDERNAGEL:  And well, that's my reaction.

15  As long as you have some ability to control this process

16  because as we've indicated a bunch of times, what we're

17  interested in is making sure that there's a mechanism in

18  place to make sure that we don't get off track here and

19  towards confirmation.  And the fact you've got a dialogue

20  going with Judge Pauley, and the fact that you're going to

21  continue to, you know, sculpt what you expect the parties to

22  do is more than sufficient.  And it's just a matter of how

23  we put that in an order.  And I think the parties can work

24  together to do that.

25             THE COURT:  Yeah, okay.

1          MR. SOTTILE:  Your Honor, Jim Sottile again.  I

2    think the Court was about to suggest that we break and take

3    a couple minutes to discuss.  Do you want us to do that?

4          THE COURT:  I'd like to see if you could just

5    come to some resolution now.  If you can't, you can't, but

6    take ten or fifteen minutes, if you would, and see if you

7    can think through those things.  I know that this was not on

8    today's agenda, but I am ready to, well, lengthen the leash

9    anyway, put it that way.

10                         (Laughter)

11          MR. SOTTILE:  Thank you, Your Honor.  We'll

12    endeavor to make as much progress as we can and report back

13    to the Court.

14          THE COURT:  Okay.  Now is there anything else

15    that we should talk about today?

16          MR. BENDERNAGEL:  I think that's the last thing

17    that we had on our agenda, Your Honor.  Well, wait.

18          MR. MOSKOWITZ:  I rise with some peril.  Your

19    Honor, Elliot Moskowitz from the law firm of Davis, Polk &

20    Wardwell representing JP Morgan.

21          Just a quick question that may help the

22    discussions that are about to take place, go more smoothly.

23    Let's see, just a clarification.  When -- and maybe Mr.

24    Zensky partially addressed this.  I want to just see if I

25    can get it crystal clear.  The stay is lifted with -- as I

1  heard Your Honor, the stay is going to be lifted to allow

2  the parties to comply with Judge Pauley's February 23 Order

3  and to conduct all the activities that are set forth in

4  those orders which are essentially organizational activities

5  and case administration order -- case administration type

6  activities.  Is it correct though, to interpret Your Honor's

7  remarks and then to have a proposed order that provides that

8  for now the Court Stay is otherwise in place?

9          THE COURT:  And that paralleled what the District

10  Court put in its order.

11          MR. MOSKOWITZ:  Yes.

12          THE COURT:  And I thought that would be

13  appropriate.

14          MR. MOSKOWITZ:  Paragraph 16.

15          THE COURT:  Although, look, we're moving toward

16  the end on this, I think some time, I hope in the near

17  future.  But yes, that was my present intention.

18          MR. MOSKOWITZ:  And, Your Honor is correct, it's

19  reflected in Paragraph 16 of the 20 -- the February 23

20  Order.

21          THE COURT:  Yeah.

22          MR. MOSKOWITZ:  Thank you, Your Honor.

23          THE COURT:  Okay.  All right.  Let's take a

24  fifteen minute recess.

25              (Recess from 3:59 p.m. to 4:19 p.m.)

1          THE CLERK:  All rise.  Be seated, please.

2          THE COURT:  Mr. Sottile?

3          MR. SOTTILE:  Thank you, Your Honor.  Your Honor,

4    I think the parties were able to reach agreement on the

5    outlines of a resolution of the pending motions with respect

6    to the stays of both the state law claims and of FitzSimons.

7    There's one outstanding issue that Mr. Zensky will address

8    after I describe the points on which I think the parties

9    have agreement.

10          THE COURT:  Okay.

11          MR. SOTTILE:  Your Honor, let me -- there are

12    three sets of claims at issue here.  There are the state law

13    constructive fraudulent conveyance claims now pending before

14    Judge Pauley.  There's the FitzSimons' action now pending

15    before this Court.  And then there are the claims in the JPM

16    adversary proceeding before this Court that are not going to

17    be settled under the DCL plan.

18          You have before you, Your Honor, motions with

19    respect to the stays of the state law claims in front of

20    Judge Pauley and the stay of FitzSimons.  We would propose

21    the following resolution to the Court.  And if it is

22    satisfactory to the Court, we'd put this in the form of an

23    agreed order.

24          The existing stay of the state law constructive

25    fraudulent conveyance claims would remain in effect pursuant

1  to its original terms, except that the party -- the stay

2  would be lifted to the extent necessary to permit the

3  parties to comply with the order that has just been entered

4  by Judge Pauley.

5          Turning to FitzSimons, the Court would enter an

6  order on the committees' motion to extend the stay of

7  FitzSimons that would modify the stay of FitzSimons so that

8  it would match up to the existing stay of the state law

9  constructive fraudulent conveyance claims as modified to

10 permit the parties to comply with the order just entered by

11 Judge Pauley.

12         The same resolution would apply to those claims

13 that are now a part of the JPM adversary proceeding, but

14 they would not be settled under the DCL plan.  The same stay

15 would remain in effect, subject to the exception that I've

16 described to the extent necessary to comply with Judge

17 Pauley's order.

18         The procedural mechanisms that would follow, Your

19 Honor, with respect to moving claims from this Court to

20 Judge Pauley would be as follows.  The entry of this Court's

21 order with respect to the committees' Motion to Extend the

22 Stay of FitzSimons for a limited period, would result in the

23 transfer of FitzSimons, seven days after the entry of the

24 order to Judge Pauley subject to this Court's Stay Order and

25 to Judge Pauley's Order.

1          And the way we would achieve that is we would

2    recite in the order that this is the order contemplated by

3    the committees' Motion to the MDL panel, the woulda-sorta-

4    maybe opposition.  And then we would advise the MDL panel

5    that this Court had entered the contemplated order and that

6    FitzSimons should, pursuant to the committees' opposition to

7    the conditional transfer order, order that FitzSimons be

8    transferred seven days hence to the MDL proceedings before

9    Judge Pauley.

10          The last procedural piece is respect to those

11   claims now a part of the JPM adversary proceeding that would

12   not be settled under the DCL plan.

13          Your Honor, we believe that the defendants of

14   those claims will not object to their severance into a

15   separate proceeding.  So that we'll have one proceeding, the

16   JPM adversary, all of which will be settled in the DCL plan

17   separate proceeding with those claims now in the JPM

18   adversary that aren't going to be settled.  We believe there

19   may be opposition on the part of the defendants to

20   consolidating those claims from the JPM case with

21   FitzSimons.

22          To short circuit procedural issues, Your Honor,

23   what we contemplate doing is simply moving to sever which we

24   expect is not going to be opposed.  And once this Court, if

25   it is so minded, grants our Motion to Sever those claims out

1   of the JPM adversary, we would file a notice with the MDL

2   panel, a so called tag along notice, that in our judgment,

3   those are cases that should tag along with the other cases

4   that have been transferred to the MDL proceedings before

5   Judge Pauley.  And if any of the defendants wish to oppose,

6   they obviously have the opportunity to do so before the MDL

7   panel.

8           Your Honor, we believe that that resolution is

9   acceptable to the parties of interest, and will move those

10  cases that ought to move to Judge Pauley there, and permit

11  the parties to begin to take steps in those proceedings to

12  the extent contemplated by Judge Pauley's existing order.

13          There is one issue, Your Honor, that goes beyond

14  those that I've just described which I think are agreed to

15  by all parties that Mr. Zensky wants to speak to that would

16  be in addition to those items that have been agreed.

17          MR. ZENSKY:  David Zensky, Akin, Gump, Strauss,

18  Hauer & Feld.

19          Your Honor, just -- I'm not sure if Mr. Sottile

20  got this point, but on the items that were agreed to that he

21  described, I think it was contemplated by the parties, that

22  the order would also recite that at whatever time this Court

23  determines to ultimately lift whatever of the stay is left,

24  it would be for all the cases at the same time.  That we

25  were going to be on the same track, the committee case and

1  the state law cases.  I think that was contemplated by the

2  Court in its earlier comments and it's certainly something

3  the parties discussed.  So that's something that we would

4  foresee being in the proposed order.

5          MR. SOTTILE:  Just to be clear, Your Honor, we

6  would agree with Mr. Zensky in that regard.

7          THE COURT:  All right.

8          MR. ZENSKY:  The point that met with some

9  opposition in our discussion in the hallway, Your Honor, is

10 as follows.  We would like the proposed order to again, to

11 the extent this is even necessary under the April 25 order

12 from last year which imposed the initial stay, to permit us

13 to comply with the February 23 order, should be extended to

14 whatever other orders Judge Pauley issues in respect to

15 directing the parties to take action in his courtroom.  For

16 example, if he schedules a case management conference for

17 May 10, May 30, June 15, I don't think it's economical for

18 everyone to run back to you and ask if we're permitted to

19 that, particularly, since the Court has opened a dialogue

20 with Judge Pauley and presumably expressed its interest or

21 concerns with respect to that proceeding.

22          So we would propose to have the order lift the

23 stay to permit the parties to comply with not just the

24 February 23 order, but any other orders duly issued by Judge

25 Pauley, so that we don't have to go through this again, Your

1   Honor.

2          THE COURT:  Mr. Bendernagel?

3          MR. BENDERNAGEL:  I sort of understand where Mr.

4   Zensky is going, but there's a real possibility that the

5   tail could eat the dog in that situation in the sense that

6   by allowing that, you'd have a situation where you were

7   essentially ceding all your jurisdiction to Judge Pauley.  I

8   understand what he's saying --

9          THE COURT:  Which ultimately is what ought to

10  happen, I think.

11         MR. BENDERNAGEL:  Well, I think that's right.

12         THE COURT:  Yeah.

13         MR. BENDERNAGEL:  But I think in the interim,

14  we're sort of gradually transitioning into that situation.

15  And the two caveats what he's saying, we may be able to work

16  out.  One is that he can't go in and ask for an order to

17  lift the stay in its entirety before Judge Pauley without

18  coming back to this Court, otherwise, there's no stay in

19  this Court.  And it seems to me, if he's going to file that

20  -- I see his point that if as Judge Pauley is administering

21  this thing and he decides I want to have another meeting,

22  that everybody doesn't have to run back here.

23         THE COURT:  And I, you know, frankly --

24         MR. BENDERNAGEL:  I think that make sense.

25         THE COURT:  Yeah, and I don't think I want to be

1  put in that position.

2          MR. BENDERNAGEL:  No, and nobody wants to put you

3  in that position, I am quite sure.  Now, look it, my sense

4  is the protection people have is that if somebody thinks

5  that Judge Pauley has done something that really is going to

6  cripple his case, they could come back here and say this a

7  problem, can you talk to Judge Pauley or this is what our

8  concern is.  And the Court would be open in that regard.  So

9  I think we can draft around that.  I mean, I think there's a

10 difference between an order that's initiated by Judge Pauley

11 as opposed to an order that Judge Pauley puts into place as

12 a result of something one of the plaintiff's does.  And I

13 think they're stayed from asking to essentially lift the

14 stay in just one jurisdiction as opposed to the others.

15         So I think if we continue to talk, we can work

16 that through that issue because I don't think we're talking

17 about the fact that, you know, if there's a meeting on May 5

18 and the Judge says let's have a meeting on May 6, that we've

19 got to go talk to Judge Carey to find out whether, in fact,

20 there can be a meeting on May 6.  That's sort of ridiculous,

21 but --

22         THE COURT:  I think if Judge Pauley orders a

23 meeting on May 6, I think you ought to go.

24         MR. BENDERNAGEL:  Well, I doubt if I could be

25 part of that, but --

1                         (Laughter)

2                  MR. SOTTILE:   Your Honor, Jim Sottile of

3    Zuckerman Spaeder again, for the committee.

4                  Your Honor, I think that in large measure, I

5    agree with Mr. Zensky and Mr. Bendernagel, that -- to this

6    extent.   That this Court should not be in the position of

7    approving Judge Pauley's decision to ask the parties to

8    submit a proposal on how to go forward with the case or to

9    appear for a case management conference.

10                 And I do think, as Mr. Bendernagel has suggested,

11   that if any of the parties believes that Judge Pauley is

12   acting in way that prejudices their rights and that they

13   think calls for this Court's intervention, those parties can

14   obviously file an appropriate motion with this Court.   And

15   if this Court agrees, this Court can take whatever action it

16   deems appropriate.

17                 Let us work on drafting around this point, Your

18   Honor, to reflect the reality that Judge Pauley should not

19   be subject to this Court's supervision step-by-step as he

20   begins to move this case forward, while recognizing that

21   parties may wish to come back to this Court on more

22   substantial matters.

23                 THE COURT:   You know, Mr. Sottile, I will say,

24   after I've listened to what counsel have to say, it

25   convinces me that Mr. Zensky is correct and I'll tell you

1   why.   Because I have expressed to Judge Pauley what I've

2   told the parties here and what was argued to me is that my

3   focus in continuing the stay in any form was simply to

4   hinder any activity that would interfere with the

5   confirmation process here.   I'm now convinced that well,

6   anything can happen.   It doesn't look like -- put it this

7   way, the risk of that happening, looks to me as of today, to

8   be fairly minimal.

9        And the other thing -- and I expressed that to

10  Judge Pauley.   The other thing, I think the parties need to

11  acknowledge is that, you know, he's equally capable, it

12  seems to me of hearing that argument.   If there should come

13  a time when it would become necessary, that you suggest to

14  him I'd otherwise like to make here.   You know, appointed by

15  the president, confirmed my --

16                        (Laughter)

17        MR. SOTTILE:   Indeed, Your Honor.   Your Honor, I

18  think that as I indicated earlier, that I largely agree with

19  Mr. Zensky that the parties should be permitted to comply

20  with orders entered by Judge Pauley.   And if for some reason

21  people think things are going off the rails in a way that

22  might interfere with the proceedings before this Court, they

23  can take whatever action they deem appropriate before this

24  Court.

25        THE COURT:   Yeah, and I -- let me make a

1  rejoinder there.  And I say this, you know, without any

2  naiveté.  I really hope that we won't face that situation.

3  Honest to goodness, I hope we don't.  And I expect we won't.

4           MR. SOTTILE:  I do not expect that we will, Your

5  Honor.  And we will do our very best to ensure that it

6  doesn't happen.  I do think that the parties are largely in

7  accord, Your Honor, that these cases should begin to move

8  forward and not before this Court.  And that given the

9  passage of time, and how Judge Pauley is proceeding, the

10 risks of prejudice to the proceedings here has at least

11 greatly diminished.

12          So I do think that the parties are in accord in

13 terms of approach here.  It sounds like the Court is happily

14 for all of us, similarly minded.

15          THE COURT:  Well, you only need one Judge really.

16                        (Laughter)

17          THE COURT:  Okay.

18          MR. SOTTILE:  Indeed, Your Honor.

19          THE COURT:  All right, so --

20          MR. SOTTILE:  Your Honor, we'll confer further

21 and submit a proposed order for the Court.

22          THE COURT:  All right.  And if you can't come to

23 that happy place, reach out and I'll talk to the parties by

24 conference telephone.

25          MR. SOTTILE:  We will do our very best not to

1    avail ourselves of that possibility, Your Honor.

2              THE COURT:  All right, thank you.  Mr.

3    Bendernagel, anything further for today?

4              MR. BENDERNAGEL:  I think that's it, Your Honor.

5              THE COURT:  All right.  Thank you all very much.

6    That concludes this hearing.  Court will stand adjourned.

7         (Whereupon, at 4:33 p.m., the hearing was adjourned.)

8                         CERTIFICATION

9         I certify that the foregoing is a correct

10   transcript from the electronic sound recording of the

11   proceedings in the above-entitled matter.

12

13

14   _____        28 February 2012
15   Traci L. Calaman, Transcriber                  Date
16

17

18

| Word | Page:Line |
|---|---|

**10k's**(1) 30:17

**ability**(1) 51:15

**able**(4) 22:2 39:23 54:4 59:15

**about**(35) 10:5 10:14 12:24 15:7 15:17 18:1 18:12 19:12 19:22 20:7 21:15 24:24 25:23 27:1 27:6 30:22 33:19 33:25 34:24 35:22 36:5 37:19 39:3 39:10 41:2 41:6 41:20 42:9 45:4 49:14 49:16 52:2 52:15 52:22 60:17

**aboveentitled** (1) 64:11

**absolutely**(1) 25:10

**accept**(1) 47:5

**acceptable**(1) 57:9

**accepting**(1) 28:15

**accomplish**(1) 9:25

**accord**(2) 63:7 63:12

**accounting**(1) 23:14

**accurate**(1) 13:23

**accurately**(1) 35:1

**accuse**(1) 34:7

**achieve**(1) 56:1

**acknowledge**(1) 62:11

**across**(1) 44:6

**acting**(1) 61:12

**action**(6) 43:21 46:7 54:14 58:15 61:15 62:23

**actions**(1) 46:7

**activities**(3) 53:3 53:4 53:6

**activity**(2) 43:13 62:4

**actually**(5) 23:8 23:11 32:6 33:18 45:9

**adam**(2) 2:18 4:17

**addition**(1) 57:16

**additional**(1) 47:11

**address**(11) 11:7 14:15 14:25 29:17 30:13 32:16 32:18 42:25 43:19 48:12 54:7

**addressed**(2) 16:15 52:24

**addressing**(1) 43:6

**adh-1**(1) 20:24

**adjourned**(2) 64:6 64:7

**adler**(1) 3:36

**administered**(1) 1:6

**administering**(1) 59:20

**administration**(2) 53:5 53:5

**admissibility**(2) 18:1 30:17

**admissible**(1) 37:5

**advance**(3) 23:7 32:16 32:20

**adversary**(10) 42:16 45:3 47:12 49:20 54:16 55:13 56:11 56:16 56:18 57:1

**advise**(3) 13:21 56:4

**advisor**(1) 49:6

**advisors**(1) 47:13

**after**(9) 12:19 37:21 41:15 41:16 46:21 47:3 54:8 55:23 61:24

**afternoon**(9) 9:14 9:15 16:6 21:5 22:14 40:17 45:25

**again**(11) 15:24 21:9 36:2 36:10 36:23 40:20 48:24 52:1 58:10 58:25 61:3

**against**(2) 45:9 47:13

**agenda**(6) 9:18 21:12 40:7 41:4 52:8 62:18

**agree**(13) 9:32 13:15 16:10 16:12 16:16 21:19 29:5 30:15 35:8 38:22 58:6 61:5 62:18

**agreed**(12) 18:8 18:10 18:22 19:24 25:21 28:16 31:7 48:2 54:23 57:14 57:16 57:20

**agreeing**(1) 33:25

**agreement**(6) 3:14 6:24 34:25 49:16 54:4 54:9

**agreements**(2) 12:2 38:4

**agrees**(1) 61:15

**ahead**(1) 49:5

**akin**(2) 2:45 6:74 40:18 57:17

**alan**(1) 6:37

**aligned**(1) 47:8

**all**(45) 9:13 9:15 10:25 11:22 12:5 15:2 15:9 16:17 17:9 18:7 18:9 19:5 19:11 21:17 21:25 24:15 27:7 28:10 28:16 29:9 30:3 30:21 31:21 32:15 33:9 33:23 37:16 38:5 40:14 40:16 44:13 49:2 53:3 53:23 54:1 56:16 57:15 57:24 58:7 59:7 63:14 63:19 63:22 64:2 64:5 64:5

**allegation**(1) 31:2

**allinson**(1) 2:10

**allison**(1) 5:19

**allocation**(11) 9:20 9:24 11:3 12:5 16:9 29:23 32:11 33:11 34:5 37:11 37:14

**allow**(1) 53:1

**allowed**(4) 12:2 18:5 20:6 25:8

**allowing**(3) 41:12 43:13 59:6

**along**(7) 38:10 38:11 42:19 47:19 51:4 57:2 57:3

**already**(5) 20:6 23:10 46:3 46:8 47:11

**also**(5) 14:4 35:24 42:11 45:12 57:22

**although**(2) 15:17 53:15

**alvarez**(1) 6:88

**amalgamated**(1) 6:36

**amanda**(1) 4:5

**america**(2) 5:58 5:64

**among**(3) 13:10 13:12 34:25

**amount**(5) 18:5 20:6 25:8 25:12 25:13

**amounts**(2) 21:2 24:25

**and**(299) 4:55 6:5 9:25 9:26 9:28 9:30 9:31 10:6 10:9 10:10 10:13 10:14 10:15 10:16 10:17 10:18 10:20 10:22 10:23 11:3 11:4 11:8 11:11 11:15 11:17 11:20 12:1 12:2 12:3 12:3 12:8 12:13 12:16 12:20 12:22 13:1 13:14 13:18 13:18 13:25 14:4 14:6 14:14 14:17 14:19 15:9 15:10 15:11 15:13 15:16 15:20 15:25 16:25 16:25 17:5 17:8 17:11 17:12 17:13 18:9 18:11 18:18 18:20 19:3 19:7 19:10 19:13 19:14 20:1 20:5 20:8 20:9 20:10 20:21 20:22 21:2 21:13 21:18 21:21 21:21 21:22 21:24 22:8 22:12 22:14 22:15 22:18 22:20 22:22 22:23 23:5 23:10 23:16 23:21 23:23 23:25 24:1 24:2 24:5 24:4 24:8 24:11 24:23 25:2 25:8 25:9 25:13 25:16 25:18 25:24 26:2 26:7 26:9 26:16 26:17 26:18 26:18 26:20 26:22 26:23 26:25 27:12 27:14 27:16 28:8 28:17 28:18 28:19 28:21 28:24 29:1 29:3 29:15 29:17 29:19 29:21 30:6 30:13 31:10 31:19 31:21 32:16 32:23 32:25 33:6 33:18 33:19 34:11 34:12 34:18 34:25 35:2 35:7 35:8 35:21 35:24 36:2 36:19 36:23 37:5 37:23 38:12 38:13 38:20 38:21 38:22 38:22 38:23 39:1 39:1 39:5 39:6 39:6 39:24 40:9 40:9 40:12 40:23 40:25 41:1 41:10 41:16 41:18 41:19 41:20 42:13 42:14 42:18 42:20 42:24 43:11 43:13 44:5 44:8 44:9 44:11 44:21 44:25 45:2 45:4 45:8 45:12 45:18 45:19 46:5 46:8 46:13 47:7 47:13 47:15 47:18 47:25 49:3 49:5 49:15 49:25 49:12 49:14 49:23 50:1 50:11 50:13 50:14 50:15 50:16 50:17 50:24 51:1 51:4 51:5 51:6 51:6 51:7 51:10 51:11 51:14 51:18 51:19 51:20 51:22 51:23 52:2 52:6 52:12 52:23 53:3 53:5 53:7 53:9 53:12 53:18 54:6 54:15 54:20 54:21 55:24 56:1 56:4 56:5 56:24 57:5 57:7 57:9 57:10 57:25 58:2 58:18 58:20 59:15 59:16 59:19 59:21 59:23 59:25 60:2 60:6 60:8 60:12 60:18 61:5 61:10 61:12 61:14 61:25 62:2 62:9 62:9 62:20 62:25 63:1 63:3 63:5 63:8 63:8 63:9 63:21 63:22 63:23

**and/or**(1) 42:14

**anderson**(1) 3:6

**andrew**(4) 4:71 4:72 6:31 7:17

**angeles**(1) 3:25

**angelo**(1) 7:16

**anna**(2) 7:34 7:34

**anomaly**(1) 49:19

**another**(1) 59:21

**answer**(3) 25:24 41:1 50:14

**answered**(1) 25:14

**answers**(2) 28:8 29:19

**anticipate**(2) 19:3 19:16

**anticipated**(1) 46:4

**any**(30) 14:6 14:18 20:3 22:7 22:25 25:25 26:12 26:13 27:4 27:22 28:14 31:16 34:7 41:1 41:23 42:21 44:6 44:18 47:23 48:7 49:21 50:1 50:13 50:25 57:5 58:24 61:11 62:3 62:4 63:1

**anybody**(3) 17:6 27:6 28:22

**anybody's**(3) 19:1 19:24 24:22

**anyone**(10) 13:4 16:5 16:17 27:11 29:6 37:13 41:25 42:6 45:18 49:12

**anything**(10) 12:24 26:1 27:19 30:16 31:9 37:11 41:3 52:14 62:6 64:3

**anyway**(2) 15:23 52:9

**apologize**(2) 33:24 35:3

**appeal**(1) 17:23

**appear**(2) 27:18 61:9

**appearances**(1) 4:39

**apply**(1) 55:12

**appointed**(1) 62:14

**appreciate**(1) 23:2

**approach**(2) 47:6 63:13

**appropriate**(8) 11:24 24:22 30:19 33:1 53:13 61:14 61:16 62:23

**appropriately**(1) 31:23

**approving**(1) 61:7

**april**(2) 49:25 58:11

**arban**(1) 4:16

**are**(77) 9:18 9:25 9:28 10:2 10:8 11:4 11:4 11:12 11:15 11:18 11:18 11:23 12:15 14:2 15:9 15:10 15:11 17:21 17:25 18:1 18:8 18:9 18:18 18:23 18:24 19:2 19:5 19:8 19:10 19:13 19:18 19:21 19:25 20:1 20:3 21:12 21:23 22:23 23:15 24:7 27:10 27:25 28:15 28:18 28:18 30:19 32:19 34:6 34:11 34:15 37:4 38:7 38:8 38:18 38:21 39:1 39:7 39:8 41:1 42:8 42:11 46:8 47:11 49:2 49:24 52:22 53:7 53:4 54:11 54:12 54:15 54:16 55:13 57:3 57:4 62:21 63:6 63:12

**area**(2) 26:15 38:22

**areas**(2) 25:2 25:7

**aren't**(3) 19:9 28:15 56:18

**argue**(5) 23:17 27:20 30:25 32:3 32:6

**argued**(1) 62:2

**arguing**(2) 23:21 31:13

**argument**(8) 15:2 15:13 27:1 31:15 36:23 37:3 50:22 62:12

**around**(9) 10:9 19:1 25:18 26:10 27:5 37:6 38:19 60:9 61:17

**arrange**(1) 33:7

**arrowgrass**(2) 7:6 7:6

**ashby**(1) 4:4

**ashley**(1) 2:26

**aside**(1) 37:1

**ask**(16) 15:23 18:13 24:13 27:14 33:17 33:21 34:20 36:13 37:11 38:25 40:9 42:19 48:4 58:18 59:16 61:7

**asked**(6) 26:16 26:23 27:11 29:21 33:11 41:25

**asking**(3) 33:2 45:4 60:13

**aspect**(1) 38:17

**asserted**(1) 47:12

**assisted**(1) 25:9

**associated**(1) 44:7

**assume**(1) 35:25

**assuming**(1) 11:22

**assure**(1) 31:4

**attaching**(1) 31:5

**attacked**(1) 19:9

**attempt**(1) 38:14

**attention**(2) 9:27 13:12

**audible**(3) 16:19 29:8 37:15

**aurelius**(5) 2:44 4:4 6:73 6:83 40:19

**austin**(2) 1:23 5:16

**authenticated**(1) 25:4

**avail**(1) 64:1

**available**(5) 25:5 27:15 33:3 38:24 41:1

**ave**(1) 3:24

**avenue**(1) 1:35 2:67 4:6 4:12

**aware**(3) 14:1 34:10 44:18

**back**(14) 16:1 20:9 37:19 41:24 42:24 44:9 45:10 49:25 52:12 58:18 59:18 59:22 60:6 61:21

**balance**(6) 26:20 27:1 27:14 30:16 30:21 31:6

**balances**(2) 26:25 27:10

**bale**(1) 6:17

**bank**(11) 5:58 5:64 6:4 6:36 10:16 28:24 28:24 28:25 29:17 29:18 29:25

**bankruptcy**(4) 1:1 1:20 43:22 50:16

**barclays**(3) 7:26 7:30 28:19

**barker**(1) 4:12

**based**(4) 30:14 33:1 41:21 42:4

**basic**(1) 27:9

**basically**(2) 18:7 27:9

**baskin**(2) 4:10 30:12

**because**(22) 9:34 11:9 12:12 13:17 15:8 17:3 23:11 23:13 25:10 26:1 28:7 29:22 31:2 31:20 34:10 36:8 43:7 43:22 50:10 51:16 60:16 62:1

**become**(2) 49:22 62:13

**bed**(1) 30:5

**been**(29) 9:22 10:12 10:24 11:20 13:19 18:7 18:9 18:16 18:22 19:6 19:7 20:11 20:13 21:15 21:13 23:12 25:11 25:14 28:16 28:22 28:23 29:21 30:8 38:10 42:12 45:1 55:3 57:4 57:16

**before**(22) 1:19 21:3 22:15 22:18 22:25 30:22 31:5 33:13 41:1 46:16 47:9 54:13 54:15 54:16 54:18 56:8 57:4 57:6 59:17 62:22 62:23 63:8

**began**(1) 48:16

**begin**(4) 50:19 50:20 57:11 63:7

**begins**(1) 61:20

**behalf**(10) 10:16 13:7 16:7 23:3 35:4 36:16 36:19 43:16 46:7 47:22

**behind**(3) 43:16 46:7 47:22

**being**(5) 14:3 19:9 26:8 58:4

**believe**(7) 24:8 36:12 44:21 46:18 56:13 56:18 57:8

**believes**(1) 61:11

**bell**(1) 24:20

**bendernagel**(58) 1:24 9:16 9:16 10:1 10:4 11:1 14:5 16:21 16:24 18:13 18:15 20:17 20:20 21:1 21:7 24:5 24:16 27:22 27:25 28:5 28:7 28:12 28:17 31:7 32:9 33:4 33:6 33:10 34:2 34:23 34:25 35:12 35:14 35:17 37:10 37:17 39:1 39:12 39:22 40:4 40:14 40:20 50:7 50:9 50:23 51:4 52:16 59:2 59:3 59:11 59:19 59:24 60:2 60:24 61:5 61:10 64:3 64:4

**beneficiary**(1) 12:1

| Word | Page:Line |
|------|-----------|
| benefit(2) | 17:10 32:19 |
| benson(3) | 3:41 7:37 23:3 |
| best(6) | 21:13 38:2 39:9 46:9 63:5 63:25 |
| better(2) | 11:7 22:9 |
| between(5) | 12:3 20:10 21:24 51:10 60:10 |
| beyond(2) | 20:4 57:13 |
| bifferato(1) | 3:48 |
| bigalow(1) | 5:84 |
| biggest(1) | 19:5 |
| binders(5) | 17:8 17:11 17:13 17:13 17:15 |
| bit(2) | 14:11 50:9 |
| blake(1) | 3:16 |
| block(3) | 6:30 35:4 36:11 |
| board(1) | 7:11 |
| boetler(1) | 1:25 |
| both(3) | 9:19 37:3 54:6 |
| brad(1) | 7:13 |
| bradford(15) | 20:10 21:13 21:18 21:21 33:11 34:3 34:18 34:21 34:23 35:4 35:20 36:8 36:9 36:10 36:11 |
| break(1) | 52:2 |
| brett(1) | 5:27 |
| brickley(1) | 6:52 |
| brief(6) | 23:23 30:20 31:6 32:17 32:18 |
| briefing(2) | 15:11 22:8 |
| briefs(4) | 11:4 16:15 22:5 22:6 |
| bring(3) | 9:27 13:11 32:11 |
| brings(1) | 37:17 |
| broadly(1) | 13:18 |
| broadway(1) | 3:44 |
| brockius(1) | 8:10 |
| brought(1) | 40:21 |
| brown(3) | 3:28 13:6 21:10 |
| bryan(1) | 5:25 |
| bryant(1) | 2:48 |
| bunch(6) | 9:26 10:8 17:18 17:20 18:24 51:16 |
| burden(6) | 14:9 14:13 15:5 15:6 16:13 16:13 |
| bush(1) | 4:70 |
| business(5) | 15:11 21:20 22:1 27:9 |
| but(81) | 10:4 10:20 12:25 13:21 14:15 14:21 15:2 15:18 15:24 16:11 17:15 17:21 17:24 18:12 18:13 19:11 20:10 20:20 20:23 21:14 22:10 22:11 22:22 22:7 23:9 24:9 24:13 24:21 25:3 25:20 26:14 27:19 27:22 27:22 28:16 28:18 28:25 30:25 32:7 32:15 32:24 33:19 33:25 34:18 35:1 35:9 36:2 36:15 36:25 38:19 39:3 39:8 39:24 40:5 40:6 41:5 42:1 42:4 42:18 43:13 43:20 44:8 44:18 44:24 47:6 48:21 49:13 49:24 50:25 51:2 51:10 52:5 52:8 53:17 55:13 57:20 58:24 59:4 59:13 60:21 60:25 |
| cadwalader(1) | 6:5 |
| calaman(1) | 64:15 |
| california(3) | 42:11 44:17 44:25 |
| called(2) | 24:10 57:2 |
| calling(1) | 23:25 |
| calls(1) | 61:13 |
| came(3) | 25:5 34:1 41:15 |
| can(32) | 10:20 12:22 18:10 22:4 22:6 23:2 27:2 32:18 33:7 37:18 38:22 40:1 40:2 41:17 44:12 45:4 48:15 49:5 50:16 50:17 51:23 52:7 52:12 52:25 60:7 60:9 60:15 60:20 61:13 61:15 62:6 62:23 |
| can't(6) | 49:14 50:17 52:5 52:5 59:16 63:22 |
| cantor(1) | 5:60 |
| capable(2) | 21:21 62:11 |
| capital(9) | 2:44 6:16 6:16 6:73 6:83 7:6 7:30 16:7 40:19 |
| care(3) | 21:1 21:7 34:21 |
| carey(1) | 1:19 60:19 |
| caridas(1) | 4:71 |
| carol(1) | 6:17 |
| case(34) | 1:5 18:4 18:20 24:1 24:1 39:14 41:13 43:19 43:23 44:17 44:18 44:19 44:21 44:24 45:2 45:11 46:11 46:21 47:2 47:4 47:7 47:15 50:12 50:18 50:19 53:5 53:5 56:20 57:25 58:16 60:6 61:8 61:9 61:20 |
| cases(9) | 44:21 47:9 47:22 57:3 57:3 57:10 57:24 58:1 63:7 |
| cataclysmic(1) | 27:8 |
| categories(1) | 26:19 |
| cause(1) | 48:6 |
| caveat(1) | 35:9 |
| caveats(1) | 59:15 |
| ceding(1) | 59:7 |
| certain(5) | 18:21 28:13 36:15 38:17 43:13 |
| certification(4) | 18:12 28:12 30:1 64:8 |
| certify(1) | 64:9 |
| cetera(3) | 20:1 20:24 30:17 |
| chadbourne(2) | 2:23 4:60 |
| challenging(1) | 24:22 |
| chambers(1) | 40:23 |
| chapter(1) | 1:8 |
| characterization(2) | 13:13 13:22 |
| characterized(2) | 11:21 14:2 |
| chart(4) | 12:11 13:14 18:20 26:11 |
| charts(1) | 26:7 |
| chicago(3) | 1:28 7:20 7:21 |
| chime(1) | 28:23 |
| christine(1) | 7:40 |
| chung(1) | 5:65 |
| circuit(1) | 56:22 |
| circulating(1) | 37:24 |
| cites(1) | 17:4 |
| citigroup(1) | 8:4 |
| claim(5) | 16:8 19:23 20:4 24:24 26:19 |
| claiming(1) | 14:9 |
| claims(26) | 11:17 11:23 17:21 19:11 20:6 25:13 25:14 42:14 47:11 47:15 49:2 49:6 54:6 54:12 54:13 54:15 54:19 54:25 55:9 55:12 55:19 56:11 56:14 56:17 56:20 56:25 |
| clarification(1) | 52:23 |
| class(2) | 19:13 19:18 |
| claw(1) | 45:10 |
| clear(15) | 14:9 14:13 15:5 15:5 15:5 16:13 16:16 23:5 29:24 30:14 32:14 33:12 44:23 52:25 58:5 |
| cleary(1) | 3:16 |
| clerk(2) | 9:13 54:1 |
| client(1) | 31:7 |
| clock(1) | 35:18 |
| closed(1) | 24:12 |
| closer(2) | 10:9 28:18 |
| cobb(1) | 2:16 |
| cole(1) | 1:31 |
| collective(1) | 35:1 |
| come(14) | 10:18 12:8 15:10 16:1 18:10 25:19 26:16 45:8 49:16 52:5 60:6 61:21 62:12 63:22 |
| comes(2) | 12:20 36:16 |
| coming(1) | 59:18 |
| comment(5) | 13:1 22:16 34:19 40:5 40:6 |
| comments(2) | 29:16 48:9 58:2 |
| committee(13) | 2:16 4:59 7:10 43:22 44:7 44:8 46:2 46:4 46:16 48:24 50:15 57:25 61:3 |
| committees(8) | 46:22 46:25 48:12 49:4 55:6 55:21 56:3 56:6 |
| common(2) | 8:9 44:20 |
| company(3) | 1:8 26:16 26:16 |
| company's(1) | 27:10 |
| compensation(1) | 5:5 |
| complaint(1) | 49:7 |
| complaints(1) | 43:4 |
| comply(9) | 41:13 43:4 43:4 53:2 55:3 55:10 55:16 58:13 58:23 62:19 |
| conaway(1) | 3:15 |
| conceptually(1) | 51:3 |
| concern(4) | 30:4 34:24 39:3 60:8 |
| concerned(2) | 32:2 34:7 |
| concerning(1) | 22:1 |
| concerns(1) | 58:21 |
| concludes(2) | 40:6 64:6 |
| conclusion(1) | 51:7 |
| conditional(1) | 56:7 |
| conduct(1) | 53:3 |
| confer(1) | 63:20 |
| conference(4) | 24:4 58:16 61:9 63:24 |
| conferences(1) | 9:19 |
| confidentiality(2) | 31:3 31:8 |
| confirmation(9) | 9:21 9:23 35:11 37:18 42:1 42:4 51:11 51:19 62:5 |
| confirmed(1) | 62:15 |
| confusion(1) | 50:10 |
| conjunction(2) | 35:11 36:23 |
| connection(1) | 32:11 |
| consecutively(1) | 20:22 |
| consent(2) | 22:16 22:17 |
| consideration(1) | 39:23 48:2 |
| consistent(1) | 26:9 |
| consolidate(1) | 47:15 |
| consolidating(1) | 56:20 |
| constructive(4) | 47:8 54:13 54:24 55:9 |
| consulted(2) | 9:31 38:20 |
| consumption(1) | 36:6 |
| contain(1) | 22:1 |
| contemplate(1) | 56:23 |
| contemplated(5) | 56:2 56:5 57:12 57:21 |
| contemplates(1) | 49:24 |
| contemplating(1) | 43:5 |
| context(1) | 34:14 |
| continue(4) | 31:20 38:3 51:21 60:15 |
| continued(7) | 2:2 3:2 4:2 5:2 6:2 7:4 8:2 |
| continuing(1) | 62:3 |
| contractual(1) | 11:15 |
| contrary(1) | 29:6 |
| control(1) | 51:15 |
| controversy(2) | 26:12 26:13 |
| conversation(1) | 41:21 |
| conversations(1) | 46:5 |
| conveyance(4) | 47:9 54:13 54:25 55:9 |
| convinced(2) | 22:20 62:5 |
| convinces(1) | 61:25 |
| coordinate(2) | 44:9 44:20 |
| coordinated(1) | 44:23 |
| copies(2) | 10:23 17:6 |
| correct(6) | 13:14 33:4 53:6 53:18 61:25 |
| corroon(1) | 3:6 |
| could(14) | 13:15 17:7 17:19 27:6 28:11 36:19 42:22 48:21 50:22 51:10 52:4 59:5 60:6 60:24 |
| counsel(9) | 13:10 13:12 14:24 15:17 30:1 33:17 44:18 46:1 61:24 |
| counter(1) | 35:25 |
| couple(7) | 9:26 23:7 33:20 42:25 47:11 49:13 52:3 |
| court(179) | 1:1 9:14 9:33 9:35 10:6 10:25 13:4 13:21 14:14 14:18 14:20 15:1 15:15 15:23 16:3 16:5 16:17 16:20 16:23 17:8 17:12 17:24 18:11 20:15 20:19 20:25 20:25 21:6 22:11 23:17 24:15 25:22 28:4 28:6 28:10 29:6 29:9 29:12 30:3 31:3 31:4 31:5 31:9 32:2 32:19 32:21 32:23 33:5 33:9 33:13 33:17 33:23 34:5 34:21 35:2 35:6 35:13 36:5 36:9 36:13 36:18 36:19 36:25 37:7 37:9 37:13 37:16 38:25 39:3 39:15 39:17 39:20 40:2 40:12 40:16 40:21 41:4 41:10 41:12 42:10 42:18 43:5 43:10 43:14 43:22 43:25 44:2 44:4 44:8 44:11 44:15 44:25 45:6 45:8 45:11 45:14 45:16 45:17 45:19 45:21 45:23 46:3 46:10 46:13 46:16 46:20 46:21 46:25 47:10 47:17 47:25 48:1 48:4 48:6 48:11 48:19 49:10 49:12 49:14 49:22 49:24 50:4 50:8 50:21 51:6 51:25 52:2 52:4 52:13 52:14 53:8 53:9 53:10 53:12 53:15 53:21 53:23 54:2 54:10 54:15 54:16 54:21 54:22 55:5 55:19 56:5 56:24 57:22 58:7 58:19 59:2 59:9 59:12 59:18 59:19 59:23 59:25 60:8 60:22 61:6 61:14 61:15 61:15 61:21 61:23 62:22 62:24 62:25 63:8 63:13 63:15 63:17 63:19 63:21 63:22 64:2 64:5 64:6 |
| court's(16) | 13:11 14:1 14:21 29:16 29:25 36:14 36:19 40:25 46:5 47:4 48:2 49:20 55:20 55:24 61:13 61:19 |
| courtroom(6) | 1:10 27:11 29:15 36:2 44:10 58:15 |
| covers(1) | 32:10 |
| create(1) | 48:21 |
| creates(1) | 28:14 |
| credit(2) | 3:14 6:24 |
| creditors(2) | 2:17 4:60 46:2 |
| cripple(1) | 60:6 |
| criticism(2) | 19:7 39:7 |
| criticizing(1) | 23:18 |
| crystal(2) | 30:14 52:25 |
| current(1) | 26:21 |
| cutler(1) | 7:16 |
| damage(1) | 40:2 |
| dan(1) | 2:17 |
| daniel(2) | 5:60 5:61 |
| data(1) | 1:41 |
| date(5) | 37:20 38:1 40:21 48:18 64:15 |
| dates(4) | 37:21 38:5 42:2 49:25 |
| dave(1) | 5:33 |
| davidson(1) | 4:85 |
| davis(2) | 2:64 52:19 |
| day(5) | 7:12 15:7 23:5 30:21 30:22 |
| days(5) | 39:25 46:21 47:3 55:23 56:8 |
| dbtca(1) | 3:34 |
| dcl(4) | 54:17 55:14 56:12 56:16 |
| deal(7) | 10:18 17:1 22:7 22:18 38:15 42:22 48:20 |
| dealing(1) | 22:21 |
| dearborn(1) | 1:27 |
| debate(1) | 20:9 |
| debenture(5) | 3:41 7:37 10:16 14:7 17:25 22:13 23:4 |
| debtor(2) | 5:16 12:6 |
| debtors(6) | 1:12 1:23 9:17 12:20 17:7 |
| december(1) | 11:14 |
| decide(6) | 23:19 24:11 35:9 35:10 35:23 37:4 |
| decided(1) | 35:10 |
| decides(1) | 59:21 |
| decision(1) | 61:7 |
| decisions(1) | 22:25 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**declaration**(1) 23:23
**declined**(1) 29:21
**deem**(1) 62:23
**deems**(1) 61:16
**defendant's**(1) 5:5
**defendants**(6) 5:4 42:14 44:8 56:13 56:19 57:5

**defer**(1) 36:7
**delaware**(5) 1:2 1:12 1:35 4:6 9:11
**delay**(1) 44:6
**delays**(1) 48:19
**delivered**(1) 40:23
**denying**(2) 33:14 33:21
**depend**(1) 36:14
**depends**(1) 18:3
**deposed**(2) 23:16 24:2
**deposition**(6) 21:17 24:9 26:1 27:16 32:24 37:2

**depositions**(5) 35:21 37:22 38:17 38:19 44:23

**describe**(1) 54:8
**described**(4) 43:9 55:16 57:14 57:21
**designated**(4) 19:6 19:9 24:20 24:23
**designation**(2) 31:8 35:25
**designations**(3) 36:3 36:18 37:4
**determine**(1) 33:1
**determined**(1) 22:24
**determines**(1) 57:23
**deutsch**(1) 4:61
**deutsche**(7) 10:16 28:24 28:24 28:25 29:17 29:18 29:25

**developed**(1) 42:5
**development**(1) 44:19
**developments**(1) 40:21
**deviation**(1) 31:16
**dewey**(3) 3:22 6:25 16:7
**dialogue**(2) 51:19 58:19
**diaz**(1) 1:41
**did**(10) 12:10 13:10 18:12 22:17 28:21 31:8 36:23 42:1 42:2 42:14
**didn't**(2) 29:22 42:18
**differ**(1) 11:10
**difference**(3) 48:22 50:25 60:10
**different**(4) 34:14 34:17 42:2 50:2
**differently**(1) 15:14
**difficult**(1) 14:11
**diminished**(1) 63:11
**direct**(1) 50:17
**directed**(1) 43:19
**directing**(1) 58:15
**directly**(1) 35:11
**directors**(2) 4:54 7:12
**disagree**(1) 38:22
**discovery**(3) 24:12 38:9 44:23
**discreet**(1) 26:1
**discrimination**(4) 11:21 19:23 26:12 34:17
**discuss**(4) 14:17 15:6 52:3 52:3
**discussed**(3) 20:23 43:11 58:3
**discussing**(1) 21:13
**discussion**(6) 12:8 32:14 38:10 41:5 41:7 58:9

**discussions**(3) 13:10 13:12 52:22
**dispose**(2) 43:7 43:23
**disposition**(1) 44:7
**dispute**(6) 18:19 20:2 29:3 29:23 30:6 30:8
**disputed**(1) 17:21
**disputes**(11) 9:24 11:3 12:5 16:9 18:1 18:5 21:24 32:12 34:5 35:9 37:11

**disputing**(1) 19:2
**distributed**(1) 10:24
**district**(3) 1:2 43:14 53:9
**document**(5) 10:21 17:5 18:19 19:24 30:21

**documentary**(1) 29:20
**documents**(23) 15:10 17:16 17:16 17:17 17:18 17:20 18:2 18:9 18:17 18:20 18:25 19:2 19:5 19:6 19:8 19:10 19:16 20:3 20:5 21:19 21:23 24:5 24:17

**does**(8) 16:5 16:17 16:21 23:22 29:6 35:6 48:6 60:12

**doesn't**(7) 9:34 28:24 47:20 51:9 59:22 62:6 63:6

**dog**(1) 59:5
**doing**(4) 34:9 34:15 38:11 38:12 56:23
**dollar**(3) 34:9 34:15 34:16
**don**(1) 5:31
**don't**(46) 10:20 13:9 13:22 16:16 18:13 19:1 19:3 19:16 20:2 20:3 21:19 23:15 23:17 23:25 24:3 24:22 25:25 26:12 27:4 27:6 27:20 28:1 32:2 32:17 33:14 34:8 35:10 36:1 36:12 37:25 38:19 40:4 40:5 41:24 45:17 47:23 48:18 50:5 50:22 51:1 51:18 58:17 58:25 59:25 60:16 63:3

**done**(8) 11:8 21:3 22:6 26:4 40:2 42:12 45:22 60:5

**dorr**(1) 7:16
**doubt**(2) 38:18 60:24
**dougherty**(1) 4:56
**douglas**(1) 4:61
**dow**(2) 6:51 6:51
**down**(4) 22:19 27:12 48:1 50:6
**draft**(2) 37:24 60:9
**drafting**(1) 61:17
**drawn**(1) 42:11
**driving**(1) 51:12
**dublin**(1) 6:75
**due**(1) 48:17
**duly**(1) 58:24
**dunn**(1) 7:7
**during**(3) 21:15 36:12 41:19

**each**(4) 11:5 12:15 41:18 41:20
**earlier**(2) 58:2 62:18
**easier**(3) 20:24 20:25 34:11
**easy**(1) 38:12
**eat**(1) 59:5
**economical**(1) 58:17
**ecro**(1) 1:39
**effect**(6) 43:3 47:2 49:23 49:23 54:25
**efficient**(2) 12:22 22:22
**effort**(1) 44:22
**egi**(12) 11:11 11:14 12:1 12:3 17:17 18:18 18:20 20:8 21:11 21:24 22:8 26:13

**egi's**(1) 20:5
**egi-trb**(2) 6:30 35:4 36:11
**either**(2) 11:18 35:24
**elden**(1) 4:55
**eldersveld**(1) 5:33
**electronic**(2) 1:47 64:10
**eli**(1) 2:66
**elliot**(1) 52:19
**elliott**(1) 2:65
**else**(11) 16:5 16:17 26:23 27:19 37:1 37:13 41:3 45:1 45:18 49:12 52:14

**email**(1) 31:6
**employees**(1) 5:4
**end**(5) 37:19 38:2 47:22 49:19 53:16
**endeavor**(1) 52:12
**enforce**(1) 23:9
**english**(1) 3:34
**ensure**(1) 63:5
**enter**(2) 42:21 55:5
**entered**(5) 28:13 37:20 43:12 47:4 55:3 55:10 56:5 62:20

**entirety**(3) 36:18 43:8 59:17

**entry**(2) 55:20 55:23
**equally**(1) 60:21
**erens**(1) 7:13
**esq**(67) 1:24 1:26 1:34 2:11 2:17 2:18 2:25 2:26 2:32 2:47 2:58 2:65 2:66 3:8 3:16 3:23 3:29 3:35 3:36 3:42 3:43 3:49 4:5 4:11 4:17 4:56 4:62 4:63 4:64 4:66 4:70 4:71 4:72 4:86 5:7 5:8 5:18 5:19 5:20 5:21 5:24 5:25 5:26 5:27 5:59 5:60 5:61 5:65 5:85 6:6 6:27 6:31 6:37 6:75 6:84 7:7 7:13 7:17 7:23 7:27 7:31 7:38 7:40 7:44 7:48 8:6 8:11

**estate**(1) 22:22
**ester**(1) 5:65
**evan**(1) 5:59
**even**(3) 37:58:11
**event**(3) 27:8 27:25 41:23
**events**(1) 24:6
**everybody**(1) 17:4 29:2 59:22
**everybody's**(3) 25:20 36:20 51:2
**everyone**(3) 9:14 43:14 58:18
**everything**(2) 21:4 45:1
**everything's**(1) 25:11
**evidence**(7) 18:10 21:23 23:14 29:20 36:15 36:15 36:17

**evident**(1) 26:2
**evidentiary**(15) 15:14 19:16 20:11 20:12 21:12 21:24 22:18 22:23 29:3 31:23 32:15

**exactly**(2) 20:20 27:2
**examine**(1) 33:2
**example**(3) 13:16 17:25 58:16
**except**(1) 55:1
**exception**(3) 22:2 45:2 55:15
**exclude**(1) 12:13
**exercise**(1) 41:22
**exhibits**(5) 10:5 15:8 17:1 17:4 17:10 20:16 22:5

**existing**(5) 41:11 47:6 54:24 55:8 57:12
**expect**(4) 51:21 56:24 63:3 63:4
**expected**(1) 46:13
**expert**(3) 23:14 23:15 25:3
**experts**(1) 38:23
**explained**(1) 25:5
**expressed**(5) 29:2 43:8 58:20 62:1 62:9
**expressing**(1) 43:2
**ext**(1) 5:9
**extend**(8) 41:25 43:24 46:10 46:16 46:17 46:22 55:6 55:21

**extended**(1) 58:13
**extending**(1) 47:1
**extensive**(1) 39:8
**extent**(16) 15:25 22:7 22:23 25:4 27:10 38:7 41:11 41:19 42:6 44:23 48:19 55:2 55:16 57:12 58:11 61:6

**face**(1) 63:2
**facilitate**(1) 10:5
**fact**(12) 11:12 11:16 21:23 37:22 38:19 50:11 50:18 50:18 51:19 51:20 60:17 60:19

**facts**(2) 18:7 30:19
**fail**(1) 38:14
**failure**(1) 34:8
**fairly**(4) 26:2 35:6 41:22 62:8
**fall**(1) 46:7
**far**(3) 28:21 32:2 50:6
**february**(4) 1:14 9:11 41:14 52:3 53:19 58:13 58:24 64:14

**federal**(2) 44:21 45:11

**feel**(1) 29:22
**feld**(4) 2:45 6:74 40:18 57:18
**felt**(2) 23:6 23:6
**few**(2) 21:18 36:21
**field**(1) 43:15
**fifteen**(2) 52:6 53:24
**fight**(1) 27:6
**figure**(1) 34:12
**file**(3) 23:6 57:1 59:19 61:14
**filed**(6) 10:16 12:11 17:9 30:22 40:22
**filing**(3) 23:18 31:19 47:14
**final**(2) 10:9 26:15
**finalized**(1) 10:10
**financial**(1) 47:13
**find**(4) 23:16 24:10 34:11 60:19
**fine**(1) 32:7
**finger**(1) 2:57
**finishes**(1) 35:14
**firm**(1) 52:19
**first**(15) 12:18 13:15 14:5 14:10 14:16 14:17 14:22 15:12 15:20 16:2 18:17 32:17 39:12 48:6 48:17

**fish**(1) 34:18
**fit**(1) 42:20
**fits**(1) 27:2
**fitzsimons**(31) 42:14 43:23 43:24 45:2 46:6 46:11 46:17 46:22 47:1 47:7 47:16 47:19 47:21 48:14 48:20 49:1 49:3 49:4 50:18 51:4 54:6 54:14 54:20 55:5 55:7 55:7 55:22 55:23 56:6 56:7 56:21

**five**(2) 36:13 36:24
**flegg**(2) 28:19 28:21
**floating**(2) 10:8 26:10
**floor**(4) 3:10 3:37 4:12 4:18
**focus**(2) 39:4 62:3
**focused**(1) 39:5
**focusing**(1) 46:20
**folks**(1) 28:19
**follow**(1) 55:18
**following**(1) 54:21
**follows**(2) 55:20 58:10
**footnote**(2) 13:11 23:24
**for**(111) 1:2 1:23 2:10 2:16 2:44 2:57 3:6 3:14 3:28 3:34 3:41 4:4 4:10 4:54 4:59 4:85 5:4 5:16 5:58 5:84 5:100 6:4 6:19 6:24 6:30 6:36 6:51 6:73 6:88 7:6 7:10 7:16 7:20 7:26 7:34 7:37 7:43 7:47 8:4 9:16 9:18 9:22 10:23 11:3 12:16 13:7 14:12 16:10 16:21 16:23 17:4 17:8 17:12 17:24 17:24 18:6 20:25 21:10 21:21 22:4 22:22 23:7 23:18 24:13 25:10 27:16 28:25 29:1 29:14 29:24 30:6 30:12 32:1 32:24 33:2 34:5 37:21 38:3 38:13 39:1 40:12 40:17 40:18 41:5 41:17 41:25 42:5 43:19 46:10 46:25 48:2 48:7 48:11 48:24 49:1 50:4 50:19 53:8 55:22 57:13 58:15 58:16 58:17 59:16 61:3 61:9 61:13 62:20 63:14 62:1 64:3

**force**(1) 51:12
**foregoing**(1) 64:9
**foresee**(1) 58:4
**forgotten**(1) 10:19
**form**(5) 29:19 33:25 45:20 54:22 62:3
**formal**(1) 31:24
**formally**(1) 30:1
**forman**(1) 1:31
**former**(2) 4:54 29:1
**forming**(1) 13:22
**forth**(5) 13:24 13:25 20:9 37:20 53:3
**forward**(7) 12:22 18:25 19:10 25:3 61:8 61:20 63:8

**found**(1) 23:11
**frame**(1) 46:18
**frank**(4) 5:6 5:7 6:88 6:89
**frankly**(3) 22:12 27:17 59:23

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **fraudulent**(4) 47:8 54:13 54:25 55:9 | | **gwen**(1) 5:85 | | **his**(10) 25:25 37:3 41:8 41:13 43:21 44:10 48:11 58:15 59:20 60:6 | | **intend**(3) 17:10 22:24 25:23 |
| **frederick**(1) 7:48 | | **had**(27) 12:11 17:10 23:10 23:13 26:6 26:16 28:22 29:15 29:21 32:10 33:11 33:24 34:3 34:24 37:19 38:12 41:6 41:23 41:25 42:2 42:2 43:16 43:22 44:1 50:10 52:17 56:5 | | | | **intended**(1) 29:15 |
| **french**(1) 4:18 | | | | **hold**(2) 48:19 48:25 | | **intends**(1) 21:18 |
| **friday**(2) 21:5 47:14 | | | | **holding**(1) 47:21 | | **intent**(1) 43:2 |
| **friedman**(3) 3:41 7:37 | | | | **honest**(1) 63:3 | | **intention**(7) 20:21 22:14 25:3 30:18 47:18 50:4 53:17 |
| **from**(26) 11:10 12:13 13:4 14:21 20:10 21:10 23:3 25:15 26:2 26:18 27:1 31:6 31:16 35:4 39:20 45:18 45:20 47:15 49:12 52:19 53:25 55:19 56:20 58:12 60:13 64:10 | | **hadley**(1) 6:36 | | **honor**(95) 9:15 9:16 11:1 13:21 15:4 15:24 16:6 16:10 16:22 23:2 23:10 24:4 24:11 24:16 29:10 29:13 30:10 30:11 30:24 31:4 31:8 31:12 31:14 31:20 32:5 32:8 32:9 32:13 34:2 35:5 35:12 35:19 35:23 36:2 36:10 37:10 37:18 40:4 40:17 41:3 42:17 43:1 43:9 43:20 43:23 44:6 44:14 44:25 45:4 45:25 46:3 46:10 46:15 46:24 47:10 47:14 47:20 47:24 48:5 48:14 48:23 49:9 49:18 50:7 52:1 52:11 52:17 52:19 53:1 53:18 53:22 54:3 54:3 54:11 54:18 55:19 56:13 56:22 57:8 57:13 57:19 58:5 58:9 59:1 61:2 61:4 61:8 61:18 62:17 62:17 63:5 63:7 63:18 63:20 64:1 64:4 | | |
| | | **hadn't**(1) 42:12 | | | | **intentions**(1) 49:20 |
| | | **hale**(1) 7:16 | | | | **interest**(10) 11:4 12:1 12:4 12:10 12:21 14:12 20:4 29:2 57:9 58:20 |
| **front**(5) 19:15 20:13 46:8 48:18 54:19 | | **hallway**(1) 58:9 | | | | |
| **fund**(1) 8:10 | | **hammerman**(1) 7:27 | | | | **interested**(5) 27:3 28:22 32:7 48:3 51:17 |
| **fundamental**(2) 7:20 7:21 | | **hand**(1) 10:21 | | | | **interfere**(2) 62:4 62:22 |
| **further**(8) 22:19 23:20 24:12 30:6 30:8 43:6 63:20 64:3 | | **handle**(2) 21:14 29:15 | | | | **interim**(1) 59:13 |
| | | **handled**(1) 22:4 | | | | **interpret**(1) 53:6 |
| | | **hands**(1) 41:8 | | | | **interrogatories**(1) 29:19 |
| **future**(2) 50:5 53:17 | | **happen**(4) 39:3 59:10 62:6 63:6 | | | | **interrogatory**(1) 25:15 |
| **gamesmanship**(1) 27:19 | | **happening**(1) 62:7 | | | | **intervention**(1) 61:13 |
| **garrison**(1) 8:5 | | **happens**(1) 49:1 | | **honor's**(2) 22:9 53:6 | | **into**(11) 18:10 25:19 28:13 39:10 39:22 42:11 42:20 47:7 56:14 59:14 59:14 60:11 |
| **garvan**(1) 3:49 | | **happily**(1) 63:13 | | **honorable**(1) 1:19 | | |
| **gary**(1) 5:35 | | **happy**(3) 27:15 48:1 63:23 | | **hope**(3) 53:16 63:2 63:3 | | |
| **gave**(1) 26:25 | | **harrisburg**(1) 1:43 | | **hoping**(1) 9:25 | | **introduce**(3) 22:6 35:21 36:8 |
| **gazillion**(1) 34:13 | | **has**(37) 10:12 14:7 14:9 14:13 15:12 18:16 18:22 19:5 25:22 27:11 27:17 28:15 28:22 28:23 29:2 29:25 30:8 31:7 31:19 32:19 34:23 34:25 40:20 42:7 42:23 43:1 45:1 46:3 47:10 48:16 51:1 51:8 55:3 58:19 60:5 61:10 63:10 | | **hours**(1) 28:20 | | **investment**(2) 7:21 7:21 |
| **gecker**(1) 5:6 | | | | **how**(24) 9:30 10:17 11:8 15:7 15:17 16:25 20:15 20:20 21:2 24:7 26:23 27:6 35:22 36:5 37:1 39:8 42:4 42:13 42:20 48:11 51:7 51:22 61:8 63:9 | | **involve**(1) 42:22 |
| **geddes**(1) 4:4 | | | | | | **involved**(2) 16:8 18:8 |
| **generally**(1) 21:22 | | | | | | **isn't**(5) 14:20 17:6 26:2 38:1 50:24 |
| **generated**(1) 26:8 | | | | | | |
| **gentilotti**(1) 3:48 | | **hauer**(4) 2:45 6:74 40:18 57:18 | | | | **issue**(52) 9:24 10:4 11:10 11:10 11:10 11:21 11:25 12:15 13:9 13:13 13:18 14:3 14:5 14:14 14:15 14:16 14:17 15:12 16:1 16:15 16:25 17:19 18:3 18:7 18:8 21:7 21:11 24:17 25:12 25:15 26:6 26:12 27:6 28:20 28:22 29:4 29:11 33:10 33:11 33:12 34:2 34:17 34:20 34:24 37:18 42:13 48:21 51:1 54:7 54:12 57:13 60:16 |
| **george**(1) 4:56 | | **have**(78) 9:21 9:31 9:31 10:6 10:22 10:23 11:4 11:9 12:8 12:18 12:24 13:9 13:10 13:14 13:24 13:24 17:19 17:22 18:9 18:20 19:6 19:7 20:22 22:7 22:14 23:15 23:16 25:23 26:19 27:22 28:4 28:7 28:8 28:13 28:24 29:6 29:21 30:1 30:18 31:10 31:24 32:3 32:10 32:14 32:16 35:3 36:1 36:7 36:16 37:2 37:3 37:6 42:4 42:7 48:16 48:18 49:5 50:13 50:14 50:22 50:23 51:15 53:7 54:9 54:18 56:15 57:4 57:6 57:16 58:22 58:25 59:6 59:21 60:2 60:6 60:18 61:24 62:1 | | | | |
| **get**(24) 9:22 10:1 12:22 14:16 14:24 15:20 18:12 18:13 18:21 19:16 19:15 21:3 21:4 22:11 22:12 37:6 37:20 39:13 40:24 41:18 44:6 44:12 47:4 51:18 52:25 | | | | | | |
| | | | | | | |
| | | | | | **i'd**(9) 10:21 15:23 26:3 30:23 30:23 33:17 44:12 52:4 62:14 | | **issued**(1) 58:24 |
| **gets**(2) 39:17 44:13 | | | | | | **issues**(45) 9:18 9:26 9:27 10:19 11:2 11:5 11:7 11:10 11:12 11:15 11:16 12:16 12:17 12:23 13:20 13:23 14:2 14:6 14:8 14:12 14:22 15:25 16:2 17:24 18:18 18:19 19:16 21:13 22:8 22:18 22:23 26:5 28:12 28:14 30:5 31:11 32:10 32:16 34:6 34:16 38:6 39:24 48:21 56:22 58:14 |
| **getting**(4) 10:5 12:13 39:4 41:15 | | | | | | |
| **give**(4) 10:10 12:14 38:6 49:13 | | **haven't**(1) 20:23 | | **i'll**(14) 9:24 9:28 13:4 27:20 31:17 33:20 35:7 36:7 37:7 39:1 40:14 49:12 61:25 63:23 | | |
| **given**(5) 12:10 30:19 46:4 51:7 63:8 | | **having**(3) 15:6 17:5 34:13 | | | | |
| **gives**(1) 14:18 | | **hazeltine**(1) 2:10 | | | | |
| **glad**(1) 26:3 | | **he'd**(1) 34:19 | | **i'm**(28) 13:2 13:20 13:21 20:21 22:20 23:18 23:19 26:13 27:14 30:3 30:25 32:2 33:13 39:2 40:12 41:1 41:2 42:5 43:19 44:11 44:12 44:17 44:18 45:17 48:8 49:13 50:1 57:19 62:5 | | **it's**(44) 10:24 11:21 12:6 13:16 13:16 13:17 14:6 14:8 14:11 14:13 14:23 18:19 20:17 20:24 22:9 22:14 23:3 23:23 24:3 24:9 25:21 28:8 31:2 33:1 36:2 37:5 38:13 39:1 39:12 39:20 41:5 41:16 42:18 43:8 44:20 46:6 47:23 48:21 49:23 51:22 53:18 58:2 58:17 |
| **goal**(2) 21:4 51:7 | | **he'll**(3) 32:25 33:2 43:19 | | | | |
| **goes**(7) 11:14 14:16 14:17 15:12 16:1 57:13 | | **he's**(10) 19:9 24:9 26:1 33:2 34:7 43:12 59:8 59:15 59:19 62:11 | | | | |
| | | | | **idea**(4) 12:14 17:2 17:7 38:7 | | |
| | | **hear**(6) 13:4 15:2 35:9 35:24 45:18 49:12 | | **identified**(3) 21:5 25:1 25:7 | | **item**(3) 26:22 26:23 26:24 |
| **goldfarb**(1) 4:72 | | **heard**(12) 14:5 16:5 16:18 23:5 29:11 32:6 34:22 37:13 45:19 49:13 50:7 53:1 | | **identifying**(1) 19:20 | | **items**(4) 27:2 40:7 57:16 57:20 |
| **goldman**(3) 7:17 7:47 7:47 | | | | **imbedded**(2) 51:6 51:6 | | **its**(6) 43:7 53:10 55:1 58:2 58:20 59:17 |
| **good**(6) 9:14 9:15 16:6 38:4 40:17 45:25 | | | | **impact**(2) 34:9 34:12 | | **james**(1) 1:24 2:32 3:23 |
| **goodness**(1) 63:3 | | **hearing**(23) 9:20 9:23 12:14 22:15 22:18 22:24 23:1 23:7 23:25 24:6 29:15 31:23 32:3 32:7 34:15 36:13 36:20 39:17 39:18 48:13 62:12 64:6 64:7 | | **impacts**(3) 19:25 34:15 34:16 | | **january**(2) 25:2 37:19 |
| **gordon**(3) 7:16 29:10 29:13 | | | | **implications**(1) 13:14 | | **jay**(2) 4:11 30:11 |
| **got**(5) 10:23 33:20 51:19 57:20 60:19 | | | | **important**(8) 14:24 19:14 28:8 34:18 38:2 39:4 39:5 46:6 | | **jenner**(3) 6:30 35:4 36:11 |
| **gradually**(1) 59:14 | | | | | | **jessica**(1) 1:25 |
| **graeme**(1) 4:70 | | **hearing's**(1) 39:25 | | | | **jillian**(1) 5:24 |
| **grand**(1) 3:24 | | **heartburn**(1) 48:7 | | **impose**(1) 50:13 | | **jim**(6) 9:16 16:6 45:25 48:23 52:1 61:2 |
| **grant**(1) 46:25 | | **heiligman**(1) 5:8 | | **imposed**(1) 58:12 | | **johnston**(3) 3:23 16:6 16:7 |
| **granted**(1) 23:13 | | **held**(1) 18:12 | | **impression**(1) 10:1 | | **join**(2) 29:21 29:21 |
| **grants**(1) 56:25 | | **help**(5) 10:22 14:18 17:6 39:8 52:21 | | **inability**(1) 30:15 | | **joinders**(1) 12:11 |
| **great**(2) 47:23 49:3 | | **helpful**(4) 14:21 16:4 36:22 41:22 | | **inc**(1) 7:30 | | **joined**(3) 11:9 30:1 30:2 |
| **greatly**(1) 63:11 | | **hence**(1) 56:8 | | **inclination**(2) 41:23 43:12 | | **joint**(1) 41:17 |
| **grippo**(1) 4:55 | | **hercules**(1) 3:9 | | **inclined**(2) 42:5 48:1 | | **jointly**(1) 1:6 |
| **gross**(1) 9:33 | | **here**(24) 11:5 11:8 12:21 25:24 28:4 30:15 31:4 31:21 32:25 36:6 38:17 44:22 50:10 50:19 51:5 51:18 54:12 59:22 60:6 62:2 62:5 62:14 63:10 63:13 | | **incorporate**(1) 38:8 | | **jones**(4) 5:59 6:51 6:51 7:12 |
| **grounds**(1) 22:3 | | | | **indebtedness**(3) 11:18 11:23 13:18 | | **joseph**(1) 5:7 |
| **group**(5) 5:6 5:100 5:100 19:5 19:12 | | | | **indeed**(2) 62:17 63:18 | | **joshua**(1) 6:26 |
| **grouping**(1) 21:3 | | | | **indenture**(3) 13:7 28:25 29:1 | | **jpm**(7) 54:15 55:13 56:11 56:16 56:17 56:20 57:1 |
| **groups**(2) 17:14 18:17 | | **here's**(1) 15:15 | | **independent**(1) 50:17 | | |
| **gruszka**(1) 7:23 | | **hiller**(2) 4:16 4:17 | | **indicate**(1) 10:21 | | |
| **guess**(8) 22:11 22:11 23:23 30:13 33:25 45:19 50:21 51:12 | | **him**(18) 25:3 25:10 25:24 25:24 26:3 26:3 26:20 26:22 26:25 27:14 27:15 28:4 33:2 34:7 40:12 41:21 43:11 62:14 | | **indicated**(2) 25:19 51:16 62:18 | | |
| | | | | **informally**(2) 26:1 26:4 | | |
| **guidance**(1) 14:18 | | | | **information**(4) 19:15 27:12 29:18 38:24 | | |
| **gump**(4) 2:45 6:74 40:18 57:17 | | | | **initial**(1) 58:12 | | |
| **guy**(1) 45:14 | | **himself**(3) 21:22 41:17 45:9 | | **initiated**(1) 60:10 | | |
| | | **hinder**(1) 62:4 | | **instance**(3) 14:12 17:4 18:6 | | |
| | | | | **instances**(1) 36:21 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| judge(58) 1:19 1:20 9:33 15:18 41:7 41:16 42:7 42:23 43:11 44:9 45:1 45:12 46:4 46:5 46:8 46:11 47:2 47:5 47:6 47:9 48:16 49:22 51:8 51:20 53:2 54:14 54:20 55:4 55:11 55:16 55:20 55:24 55:25 56:9 57:5 57:10 57:12 58:14 58:20 58:24 59:7 59:20 60:5 60:7 60:10 60:11 60:18 60:19 60:22 61:7 61:11 61:18 62:1 62:10 62:20 63:9 63:15 | | lawsuit(1) 45:9 | | ludwig(1) 5:24 | | minutes(5) 36:14 36:24 49:14 52:3 52:6 |
| | | lays(1) 18:7 | | lugano(1) 1:39 | | mischief(2) 51:8 51:10 |
| | | layton(1) 2:57 | | lynch(2) 3:6 7:43 | | misinterpreted(1) 13:19 |
| | | lbo(2) 45:11 47:13 | | made(10) 12:6 16:12 18:16 24:18 27:8 34:14 37:23 38:24 39:13 48:9 | | misstated(1) 13:17 |
| | | lead(1) 17:8 | | | | modified(1) 55:9 |
| | | leash(1) 52:8 | | main(1) 43:15 | | modify(1) 55:7 |
| judgment(1) 57:2 | | least(22) 10:12 12:6 12:16 13:21 14:6 14:8 14:17 21:4 21:16 24:10 24:13 28:21 30:6 32:16 32:19 35:19 35:21 41:21 42:21 43:3 50:4 63:10 | | major(2) 11:2 20:12 | | moment(1) 14:23 16:11 47:23 |
| juncture(1) 13:3 | | | | make(18) 14:1 15:19 15:19 16:15 22:25 26:8 27:15 29:24 33:12 35:1 37:7 50:22 50:24 51:18 52:12 59:24 62:14 62:25 | | monday(4) 31:6 32:14 32:18 38:1 |
| june(1) 58:17 | | leave(2) 33:13 47:10 | | | | money(1) 45:10 |
| jurisdiction(4) 50:12 50:15 59:7 60:14 | | leaves(2) 43:21 50:2 | | makes(2) 11:9 50:1 | | montenegro(1) 7:40 |
| jurisdictional(1) 51:1 | | leaving(1) 37:1 | | making(2) 34:4 51:17 | | |
| just(58) 9:28 9:33 9:34 10:10 12:14 12:21 13:15 16:10 16:15 17:02 18:16 18:19 19:14 20:24 22:13 22:20 22:22 24:17 27:19 29:24 30:3 30:13 31:9 32:13 33:11 33:20 33:21 33:21 34:3 34:20 35:16 35:20 37:11 38:6 38:16 38:23 39:1 41:24 42:3 43:9 44:2 48:9 48:14 48:23 50:5 51:22 52:4 52:21 52:23 52:24 55:3 55:10 57:14 57:19 58:5 58:23 60:14 | | lebeouf(2) 3:22 16:7 | | maman(1) 6:6 | | more(15) 12:21 14:11 14:24 17:14 22:20 22:20 31:22 35:16 35:20 36:13 36:24 43:19 51:22 52:22 61:21 |
| | | leboeuf(1) 6:25 | | management(2) 2:45 6:16 6:16 6:74 6:83 16:8 40:19 58:16 61:9 | | |
| | | left(1) 57:23 | | | | morgan(6) 2:57 8:10 45:3 47:12 47:15 52:20 |
| | | legal(1) 34:6 | | many(3) 20:15 20:21 24:7 | | |
| | | leisure(1) 16:20 | | marc(2) 2:26 4:66 | | morning(3) 11:6 40:23 41:7 |
| | | lemay(1) 2:24 | | march(7) 37:21 38:2 46:14 46:18 46:23 48:17 48:18 | | morris(1) 7:48 |
| | | lender(1) 49:7 | | | | moskowitz(7) 2:65 52:18 52:19 53:11 53:14 53:18 53:22 |
| | | lenders(2) 3:15 6:25 | | market(4) 1:11 2:12 2:19 3:10 | | |
| kalenchits(2) 7:34 7:34 | | lengthen(1) 52:8 | | marsal(1) 6:88 | | most(12) 9:32 12:16 13:12 15:11 17:21 18:2 20:11 22:4 34:16 39:4 39:5 42:1 |
| karen(1) 4:86 | | leonard(1) 1:32 | | martin(3) 3:29 13:6 21:9 | | |
| kasowitz(3) 3:41 7:37 23:3 | | less(2) 14:13 20:17 | | marty(1) 29:14 | | motion(36) 10:15 17:25 19:8 20:13 21:16 22:13 23:7 23:9 23:9 23:13 23:17 23:21 24:21 27:7 27:20 31:16 31:19 31:24 32:1 33:15 33:22 43:7 43:21 43:24 44:7 46:15 46:22 47:1 47:14 48:12 48:17 55:6 55:21 56:3 56:25 61:14 |
| kate(1) 1:34 | | let(10) 9:27 24:16 26:3 38:25 41:24 41:24 48:4 54:11 61:17 62:25 | | master(1) 41:13 | | |
| katharine(1) 3:35 | | | | match(1) 55:8 | | |
| kaye(1) 7:43 | | let's(5) 52:23 53:23 60:18 | | material(2) 10:6 39:6 | | |
| keeping(2) 43:13 51:12 | | letter(5) 40:10 40:22 41:8 43:16 44:6 | | matt(1) 3:43 | | |
| keeps(1) 44:7 | | level(2) 3:50 43:15 | | matter(4) 14:18 48:22 51:22 64:11 | | |
| kempner(1) 4:85 | | lewis(1) 8:10 | | matters(2) 37:25 61:22 | | motions(5) 31:18 40:25 41:1 54:5 54:18 |
| kerriann(1) 5:20 | | lexington(1) 2:67 | | matthew(3) 6:84 6:88 6:89 | | move(5) 12:22 57:9 57:10 61:20 63:7 |
| kettle(1) 34:18 | | liabilities(2) 26:21 26:22 | | mauro(1) 7:31 | | moved(3) 44:19 45:1 49:3 |
| kevin(2) 1:19 5:17 | | liebentritt(1) 5:31 | | may(40) 9:23 10:9 10:19 13:14 14:4 14:14 15:8 15:12 15:13 16:4 17:14 17:14 21:18 21:20 22:2 22:7 23:24 28:7 29:11 29:12 32:4 35:9 35:20 36:8 36:21 36:21 37:1 45:8 48:22 50:7 52:21 56:19 58:17 58:17 59:15 60:17 60:18 60:20 60:23 61:21 | | moving(6) 16:24 53:15 55:19 56:23 |
| kind(4) 24:6 26:24 37:23 50:13 | | lift(8) 40:25 42:5 43:2 50:11 57:23 58:22 59:17 60:13 | | | | much(9) 12:24 23:9 26:23 39:6 39:25 40:2 40:6 52:12 64:5 |
| kinda-sorta(1) 43:25 | | | | | | |
| king(4) 2:60 3:18 3:37 3:50 | | lifted(4) 41:14 52:25 53:1 55:2 | | maybe(8) 17:2 17:7 24:11 37:10 39:13 42:1 52:21 56:4 | | must(1) 41:20 |
| kjc(1) 1:5 | | lifting(1) 42:21 | | mayer(1) 3:35 | | myers(1) 5:58 |
| know(63) 9:34 12:20 12:25 14:7 14:13 14:23 15:1 15:3 15:5 17:3 17:9 17:12 17:13 18:5 19:21 20:3 20:16 20:20 21:2 21:14 22:21 23:15 23:16 23:25 24:3 24:5 26:9 26:15 28:14 28:21 30:4 30:24 33:6 34:10 35:6 35:7 36:1 36:2 37:22 38:10 38:14 39:2 39:8 39:15 39:20 40:4 40:10 42:13 45:17 50:13 50:16 50:19 50:21 50:24 51:9 51:21 52:7 59:23 60:17 61:23 62:11 62:14 63:11 | | light(3) 29:9 29:16 31:14 | | mccarter(1) 3:34 | | myrick(1) 5:27 |
| | | like(26) 10:21 12:9 12:24 15:8 17:5 23:21 24:7 27:8 27:22 28:18 30:6 30:23 30:24 31:13 32:24 32:25 32:25 35:25 44:12 49:8 51:9 52:4 58:10 62:6 62:14 63:13 | | mccloy(1) 6:36 | | myself(1) 39:18 |
| | | | | mccormack(1) 4:63 | | naiveté(1) 63:2 |
| | | | | mcdaniel(1) 3:49 | | nature(2) 19:9 15:1 15:8 |
| | | likely(2) 45:12 46:4 | | mcneill(1) 3:8 | | near(2) 50:5 53:16 |
| | | limine(10) 10:15 17:25 19:8 20:13 21:15 22:13 23:9 24:21 27:7 30:13 30:25 31:12 31:18 | | mdl(13) 40:22 42:11 42:19 44:19 44:20 46:19 47:19 56:3 56:4 56:8 57:1 57:4 57:6 | | necessarily(2) 15:17 17:15 |
| knowing(1) 32:19 | | | | | | necessary(4) 55:2 55:16 58:11 62:13 |
| knowledge(1) 44:24 | | limitation(1) 38:9 | | mean(5) 9:34 14:20 18:4 39:2 60:9 | | need(9) 14:16 19:3 24:2 24:13 32:24 35:10 42:9 62:10 63:5 |
| knows(1) 31:20 | | limitations(1) 50:3 | | meant(1) 12:12 | | |
| korpus(1) 7:38 | | limited(1) 55:22 | | measure(1) 61:4 | | |
| krakauer(1) 5:25 | | line(4) 26:22 26:23 26:24 27:2 | | mechanism(1) 51:17 | | needed(2) 25:4 44:24 |
| label(1) 20:24 | | lines(2) 38:10 38:11 | | mechanisms(1) 55:18 | | needle(1) 46:25 |
| laid(1) 30:19 | | list(2) 12:11 19:20 | | meeting(5) 59:21 60:17 60:18 60:20 60:23 | | needs(3) 14:15 28:1 42:6 |
| landis(2) 2:16 2:18 | | listened(1) 61:24 | | meisel(1) 1:31 | | never(2) 10:9 38:12 |
| language(1) 13:15 | | lists(1) 17:9 | | menachem(1) 8:11 | | new(11) 2:28 2:49 2:68 3:31 3:45 8:9 20:3 23:25 25:1 39:20 51:5 |
| lantry(1) 5:17 | | little(2) 14:11 50:9 | | mentioned(1) 22:20 | | |
| large(2) 18:18 61:4 | | live(4) 10:13 15:7 15:9 24:3 | | merits(1) 31:13 | | |
| largely(3) 18:22 62:18 63:6 | | llc(4) 2:10 4:16 4:55 6:88 | | merrill(3) 3:6 7:43 | | newman(1) 28:19 |
| last(18) 9:34 10:18 12:17 14:24 15:20 21:12 22:20 27:5 31:15 33:10 34:2 40:10 40:23 42:12 49:23 52:16 56:10 58:12 | | llp(16) 1:23 2:23 2:31 2:45 3:6 4:10 4:60 4:69 4:85 5:6 6:25 6:30 6:74 7:26 7:43 8:10 | | mester(1) 6:26 | | news(2) 38:4 45:8 |
| | | logic(1) 11:13 | | met(1) 58:8 | | next(9) 9:20 9:30 10:11 11:15 11:20 11:25 12:20 34:14 39:3 |
| | | logistical(1) 9:26 | | michelle(1) 6:6 | | |
| late(1) 30:21 | | long(3) 15:2 39:25 51:15 | | microphone(1) 13:2 | | |
| later(4) 15:7 31:2 47:14 49:5 | | longer(2) 26:21 49:21 | | might(5) 22:12 32:21 35:10 39:3 62:22 | | night(2) 40:10 40:23 |
| latham(1) 7:26 | | look(5) 15:17 24:7 26:17 26:18 50:5 53:15 60:3 62:6 | | mignano(1) 7:44 | | nobody(2) 34:7 60:2 |
| latter(1) 24:13 | | | | miles(1) 5:26 | | nobody's(2) 25:20 25:20 |
| laughter(16) 9:36 10:3 14:25 15:22 27:21 27:24 37:8 37:12 39:16 39:19 40:13 45:15 52:10 61:1 62:16 63:16 | | looking(3) 18:16 34:5 45:19 | | millbank(1) 6:36 | | nolan(1) 5:85 |
| | | looks(2) 51:11 62:7 | | million(1) 19:12 | | non-bankruptcy(1) 42:10 |
| | | los(1) 3:25 | | mills(1) 5:20 | | non-retirees(1) 19:19 |
| | | lot(7) 10:2 11:9 17:3 18:4 34:11 35:15 38:18 | | mind(3) 10:22 31:10 42:2 | | non-swap(1) 19:18 |
| | | | | minded(2) 56:25 63:14 | | non-teitelbaum(1) 25:13 |
| law(15) 3:41 7:37 10:16 14:7 17:25 22:12 23:3 47:8 52:19 54:6 54:12 54:19 54:24 55:8 58:1 | | loud(1) 23:5 | | minimal(2) 51:11 62:8 | | none(1) 24:8 |
| | | lucky(1) 45:14 | | minute(1) 53:24 | | nor(2) 23:15 30:1 |
| | | | | | | north(7) 2:12 2:60 3:10 3:18 3:37 3:50 4:18 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| not(69) 11:18 11:23 11:24 12:10 13:15 13:20 15:17 16:12 16:17 19:14 19:11 20:21 20:22 21:17 22:14 22:18 22:22 22:25 23:9 23:19 23:21 23:23 24:3 25:1 25:3 25:20 26:1 26:13 28:16 28:25 29:20 29:25 30:7 30:24 30:25 31:8 36:1 36:24 37:2 37:24 39:6 39:7 39:12 41:4 41:18 42:2 43:7 44:17 44:18 46:7 47:20 48:22 48:25 49:4 49:23 50:1 50:5 52:7 54:16 55:14 56:12 56:14 56:24 57:19 58:23 61:6 61:18 63:4 63:8 63:25 | | opinion(1) 27:19 | | particular(3) 14:17 30:20 31:13 | | pointed(1) 26:20 | |
| | | opportunity(4) 28:23 37:6 41:6 57:6 | | particularly(2) 31:14 58:19 | | points(3) 30:18 42:25 54:8 | |
| | | oppose(1) 57:5 | | parties(58) 9:21 9:31 11:3 11:9 12:7 | | polk(2) 2:64 52:19 | |
| | | opposed(5) 26:24 34:13 56:24 60:11 60:14 | | 12:10 12:22 13:19 13:24 14:21 17:9 18:8 | | popcorn(1) 37:7 | |
| | | opposition(5) 31:15 56:4 56:6 56:19 58:9 | | 18:23 20:23 22:2 25:9 26:7 28:13 30:15 | | portion(1) 21:16 | |
| | | oral(1) 15:13 | | 31:17 34:3 34:25 38:3 39:2 41:12 42:1 | | position(8) 13:16 13:17 14:7 16:16 23:13 | |
| | | order(71) 9:29 9:29 10:20 11:5 12:6 13:9 | | 42:19 42:22 43:17 45:20 48:3 48:15 50:3 | | 60:1 60:3 61:6 | |
| | | 13:23 14:16 16:11 16:21 23:10 24:6 30:8 | | 50:15 51:21 51:23 53:2 54:4 54:8 55:3 | | | |
| | | 31:3 31:16 31:18 32:1 33:14 33:19 33:21 | | 55:10 57:9 57:11 57:15 57:21 58:3 58:15 | | | |
| note(2) 14:1 31:17 | | 33:25 37:20 37:24 38:12 38:13 41:2 41:11 | | 58:23 61:7 61:11 61:13 61:21 62:2 62:10 | | positions(2) 13:24 13:25 | |
| noteholder(1) 43:4 | | 41:13 42:21 43:4 43:5 43:8 43:11 43:11 | | 62:19 63:6 63:12 63:23 | | possibility(3) 10:13 59:4 64:1 | |
| noteholders(1) 49:24 | | 43:12 45:20 46:5 47:4 48:2 51:23 53:2 | | | | possible(3) 24:19 39:9 48:15 | |
| notes(3) 11:19 18:18 28:25 | | 53:5 53:7 53:10 53:20 54:23 55:3 55:6 | | partner(1) 29:14 | | possibly(2) 10:22 40:9 | |
| nothing(1) 39:20 | | 55:10 55:17 55:21 55:24 55:24 55:25 56:2 | | partners(3) 7:6 7:21 7:22 | | post(1) 11:25 | |
| notice(2) 57:1 57:2 | | 56:2 56:5 56:7 56:7 57:12 57:22 58:4 | | party(6) 12:18 16:14 29:20 29:22 34:8 | | post-petition(2) 14:12 20:4 | |
| novod(6) 28:19 29:10 29:10 29:13 29:14 | | 58:10 58:11 58:13 58:22 58:24 59:16 | | passage(1) 63:9 | | posted(1) 40:22 | |
| 30:10 | | 60:10 60:11 63:21 | | past(1) 11:8 | | potential(1) 21:12 | |
| | | | | path(1) 47:25 | | potter(1) 3:6 | |
| now(34) 21:5 22:5 22:5 22:12 23:11 23:14 | | order's(1) 32:14 | | paul(2) 7:44 8:4 | | ppearances(8) 1:22 2:1 3:1 4:1 5:1 6:1 | |
| 23:18 23:24 24:2 24:19 24:25 28:10 31:24 | | ordered(2) 42:7 42:23 | | pauley(42) 41:7 41:16 42:7 42:23 44:10 | | 7:3 8:1 | |
| 41:4 41:8 42:7 42:8 42:23 45:12 46:15 | | ordering(1) 43:13 | | 45:1 45:12 46:6 46:8 46:12 47:2 47:5 | | | |
| 46:25 49:14 50:22 51:10 52:5 52:14 53:8 | | orders(9) 16:25 41:11 43:6 44:9 53:4 | | 47:9 48:16 51:8 51:20 54:14 54:20 55:4 | | practice(1) 44:20 | |
| 54:13 54:14 55:13 56:11 56:17 60:3 62:5 | | 54:14 58:24 60:22 62:20 | | 55:11 55:20 55:24 56:9 57:5 57:10 58:14 | | prefer(1) 48:14 | |
| | | | | 58:20 58:25 59:7 59:17 59:20 60:5 60:7 | | preferred(1) 36:1 | |
| numbers(8) 20:16 20:21 26:4 35:15 35:15 | | organizational(1) 53:4 | | 60:10 60:11 60:22 61:11 61:18 62:1 62:10 | | prejudice(1) 31:20 63:10 | |
| 38:16 38:20 48:9 | | original(2) 48:13 55:1 | | 62:20 63:9 | | prejudiced(1) 31:19 | |
| | | originally(1) 41:24 | | | | prejudices(1) 61:12 | |
| numbers(1) 26:8 | | other(38) 9:20 10:19 10:23 11:17 11:22 | | pauley's(9) 43:11 46:5 47:6 49:22 53:2 | | prejudicial(1) 31:17 | |
| numeral(1) 28:20 | | 12:7 13:1 13:14 13:20 14:12 15:25 19:8 | | 55:17 55:25 57:12 61:7 | | prematurely(1) 38:20 | |
| | | 19:12 19:18 21:19 21:25 23:5 25:13 26:24 | | | | preparation(1) 14:19 | |
| o'melveny(1) 5:58 | | 29:19 30:23 33:25 34:7 38:15 41:20 42:8 | | pause(1) 38:25 | | prepare(1) 33:17 | |
| oaktree(2) 16:7 18:25 | | 42:16 43:17 45:7 46:20 49:17 50:3 51:4 | | peg(1) 6:52 | | prepared(2) 13:2 32:6 | |
| object(5) 21:8 21:19 21:20 22:2 56:14 | | 57:3 58:14 58:24 62:9 62:10 | | pending(5) 42:10 44:25 54:5 54:13 54:14 | | present(3) 30:7 36:22 53:17 | |
| objected(1) 35:20 25:21 43:22 | | | | pennock(1) 8:6 | | presentation(5) 9:29 13:10 15:14 16:11 | |
| objection(5) 35:22 31:23 43:25 | | other's(1) 41:18 | | pennsylvania(1) 1:43 | | 36:22 | |
| objections(3) 22:4 32:15 35:24 | | others(7) 10:9 14:4 14:4 28:15 28:15 | | people(22) 9:32 10:2 10:23 10:23 12:8 | | | |
| objects(2) 21:16 21:22 | | 28:18 60:14 | | 12:11 12:13 13:1 15:16 17:12 19:21 20:23 | | presentations(2) 34:4 34:14 | |
| obligated(2) 23:6 23:6 | | | | 21:3 22:5 24:5 25:18 26:2 26:4 38:19 | | presented(4) 11:4 24:2 35:23 39:6 | |
| obligations(1) 11:19 | | otherwise(4) 13:18 53:8 59:18 62:14 | | 38:21 60:4 62:21 | | preserve(1) 17:22 | |
| observe(1) 36:19 | | ought(9) 10:14 12:18 14:10 37:10 39:4 | | | | president(2) 62:15 | |
| obvious(1) 14:22 | | 41:18 57:10 59:9 60:23 | | perfectly(4) 15:16 27:14 31:9 32:6 | | presumably(2) 37:2 58:20 | |
| obviously(11) 12:20 13:1 17:12 32:13 | | | | perhaps(3) 15:4 15:6 21:15 | | pretty(2) 28:2 51:11 | |
| 34:16 38:11 38:15 40:24 41:17 57:6 61:14 | | our(25) 20:21 21:4 21:23 23:14 25:2 | | peril(1) 52:18 | | principal(2) 11:3 12:15 | |
| | | 30:17 30:20 31:6 31:15 32:18 35:1 35:24 | | period(1) 55:22 | | priority(2) 12:3 20:8 | |
| occur(2) 46:13 51:10 | | 36:18 41:17 41:17 43:7 44:5 44:6 52:17 | | permit(5) 55:2 55:10 57:10 58:12 58:23 | | probably(10) 12:18 14:20 14:23 16:11 | |
| occurs(2) 49:2 49:3 | | 56:25 57:2 58:9 60:7 63:5 63:25 | | permitted(2) 58:18 62:19 | | 19:4 21:8 22:6 22:9 31:22 46:8 | |
| off(7) 9:28 16:25 29:2 31:7 50:10 51:18 | | | | person(2) 14:10 15:6 | | | |
| 62:21 | | ourselves(2) 23:11 64:1 | | personal(1) 50:14 | | problem(6) 19:3 23:22 28:24 37:3 43:20 | |
| | | out(7) 26:10 21:10 22:3 12:8 15:13 17:19 18:7 | | pertinent(1) 15:2 | | 60:7 | |
| offer(1) 33:6 | | 20:11 24:10 26:20 30:19 30:24 31:1 31:1 | | peter(1) 7:23 | | | |
| office(2) 5:58 33:21 | | 31:25 34:3 34:11 34:12 38:21 39:24 49:6 | | petition(1) 12:1 | | problems(2) 38:7 38:8 | |
| officers(1) 4:55 | | 51:1 51:5 56:25 59:16 60:19 63:23 | | phillip(1) 6:75 | | procedural(8) 35:20 38:11 38:13 46:9 | |
| official(3) 2:16 4:59 46:2 | | | | phillip(1) 12:1 | | 47:24 55:18 56:10 56:22 | |
| okay(25) 16:3 16:20 16:24 20:19 21:6 | | outlines(1) 54:5 | | philosophies(1) 39:10 | | | |
| 28:6 29:6 29:13 30:8 33:6 33:8 33:13 37:9 | | outset(1) 35:3 | | phone(4) 17:2 27:14 29:11 34:19 | | procedurally(1) 46:7 | |
| 40:3 41:4 41:9 44:14 45:6 45:16 45:24 | | outstanding(1) 54:7 | | phones(19) 17:11 11:14 11:19 12:1 12:3 | | proceeding(12) 28:2 38:13 41:2 47:12 | |
| 49:10 51:25 52:14 53:23 54:10 63:17 | | over(4) 21:5 31:22 50:15 50:15 | | 12:4 13:8 17:4 17:15 18:6 18:18 20:5 | | 54:16 55:13 56:11 56:15 56:15 57:23 58:7 | |
| | | overall(1) 38:9 | | 20:9 21:11 22:8 25:8 28:12 29:1 36:16 | | 58:21 63:9 | |
| older(1) 16:8 | | overlap(1) 17:3 | | | | | |
| olivia(1) 7:31 | | own(1) 35:7 | | pickering(1) 7:16 | | proceedings(10) 1:18 1:47 40:22 42:10 | |
| once(5) 14:15 15:24 22:21 39:13 56:24 | | | | picks(2) 11:13 12:5 | | 56:8 57:4 57:11 62:22 63:10 64:11 | |
| one(39) 1:27 2:48 2:59 9:20 9:29 10:12 | | p.a(1) 1:32 | | piece(3) 45:7 51:2 56:10 | | | |
| 11:7 11:8 12:23 13:15 17:13 17:13 19:24 | | p.m(5) 1:15 9:12 33:25 33:25 64:7 | | place(11) 41:15 43:14 44:13 47:3 47:7 | | process(9) 41:20 42:6 42:12 42:19 42:23 | |
| 23:16 23:20 23:22 24:20 25:8 33:6 33:10 | | page(2) 11:2 11:20 | | 51:13 51:18 52:22 53:8 60:11 63:23 | | 43:17 48:16 51:15 62:5 | |
| 34:2 34:9 35:15 35:16 35:19 36:8 38:8 | | panel(5) 46:19 56:3 56:4 57:2 57:7 | | | | | |
| 42:3 42:9 45:3 45:7 45:12 54:7 56:15 | | paper(1) 51:2 | | plains(1) 4:13 | | produced(2) 1:48 30:21 | |
| 57:13 59:16 60:12 60:14 63:15 | | paragraph(2) 53:14 53:19 | | plaintiff's(1) 60:12 | | progress(3) 18:16 37:23 52:12 | |
| | | paralleled(1) 53:9 | | plan(6) 11:23 26:9 54:17 55:14 56:12 | | prompts(2) 22:15 22:16 | |
| only(13) 12:23 13:17 15:13 18:4 19:19 | | paranoia(1) 38:17 | | play(2) 15:13 36:4 | | proof(5) 14:9 14:13 16:13 16:13 34:8 | |
| 19:23 21:25 39:25 39:25 40:2 46:11 49:17 | | parent(1) 11:17 11:22 | | players(1) 12:15 | | proposal(4) 9:31 10:6 48:11 61:8 | |
| 63:15 | | park(2) 2:48 4:86 | | playing(1) 43:15 | | propose(2) 54:20 58:22 | |
| | | parole(3) 21:23 36:15 36:17 | | plays(1) 16:25 | | proposed(9) 10:12 10:20 21:17 45:20 | |
| open(2) 16:1 60:8 | | part(16) 22:4 22:16 22:17 27:20 42:9 | | plaza(3) 2:27 3:9 3:50 | | 49:18 53:7 58:4 58:10 63:21 | |
| opened(1) 58:19 | | 42:21 43:3 43:18 46:20 47:1 50:11 50:16 | | pleadings(1) 13:25 | | | |
| opening(1) 30:20 | | 55:13 56:11 56:19 60:25 | | pleasant(1) 41:7 | | proposing(1) 11:5 | |
| operative(9) 17:16 17:17 18:19 19:2 19:16 | | | | please(4) 9:13 10:25 39:9 54:1 | | protection(1) 60:4 | |
| 20:5 25:17 30:20 38:1 | | partial(1) 43:20 | | point(20) 14:8 17:22 21:14 23:6 23:20 | | provided(1) 29:18 | |
| | | partially(1) 52:24 | | 24:17 30:13 30:14 30:24 31:1 31:25 34:3 | | provides(1) 53:7 | |
| | | participate(1) 42:6 | | 42:3 43:6 46:9 50:6 57:20 58:8 59:20 | | providing(1) 24:5 | |
| | | participating(1) 48:16 | | 61:17 | | provision(2) 31:18 31:25 | |
| | | | | | | pulled(1) 25:17 | |

| Word | Page:Line |
|---|---|

purposes(1) 30:7
pursuant(2) 54:25 56:6
put(24) 9:22 17:8 17:11 17:15 17:17 18:25 19:10 19:20 20:13 20:16 22:10 25:3 25:16 25:24 35:17 41:14 43:14 51:23 52:9 53:10 54:22 60:1 60:2 62:6

puts(1) 60:11
putting(1) 12:21 30:5

q's(3) 30:17

question(16) 10:11 10:17 11:22 18:13 20:12 26:17 35:16 35:20 38:16 38:23 40:8 44:16 48:9 50:12 50:14 52:21

questions(6) 28:7 28:9 32:10 33:2 41:2
quick(1) 52:21
quite(4) 27:16 37:24 47:20 60:3

rails(1) 62:21
raise(4) 23:21 32:17 33:11 34:20
raised(5) 14:5 17:24 34:23 43:1 44:16
rath(2) 2:16 2:17
rather(4) 12:12 31:1 31:24 36:20
rational(1) 15:16
reach(2) 54:4 63:23
reached(1) 51:7
reaction(1) 51:14
read(2) 22:14 43:10
ready(3) 9:22 40:12 52:8
real(2) 12:19 59:4
reality(2) 39:24 61:18
really(10) 14:23 19:1 20:12 20:23 38:1 48:7 51:11 60:5 63:2 63:15

reason(8) 12:19 25:10 25:25 27:4 27:16 27:17 34:13 62:20

reasons(1) 23:7
rebuttal(1) 15:2
received(4) 22:13 28:13 31:6 45:10
recess(2) 53:24 53:25
recite(2) 56:2 57:22
recognize(1) 39:2
recognizing(1) 21:6
record(8) 16:10 17:22 25:19 27:9 29:25 29:25 40:18 44:18

recorded(1) 1:47
recording(2) 1:47 64:10
records(4) 15:12 21:20 22:1 39:7
recoverability(1) 11:25
recovery(1) 26:6
reed(1) 5:8
referring(1) 25:14
reflect(1) 61:18
reflected(1) 53:19

regard(7) 10:22 13:1 17:11 27:15 37:23 58:6 60:8

regarding(3) 20:13 32:15 40:10
rejoinder(1) 63:1
relate(4) 17:18 20:5 34:16 34:17
related(4) 18:9 25:12 44:21 46:7
relates(4) 9:20 9:21 26:11 36:17
relating(1) 17:20
relative(2) 12:3 20:8
relevancy(3) 21:20 21:22 22:3
relevant(2) 19:19 37:5
relief(1) 46:19
rely(1) 17:10
remain(5) 22:7 47:7 49:23 54:25 55:15
remarks(1) 53:7
remember(3) 9:33 33:14 37:19
removed(1) 45:11
repeat(1) 35:7 39:18
repetitive(1) 12:12
reply(4) 15:1 22:4 22:6 32:18
report(4) 44:9 45:4 48:17 52:12
represent(2) 31:5 35:7
representing(1) 52:20

requested(2) 43:16 46:19
reservation(1) 25:25 35:8
resolution(7) 43:21 49:18 52:5 54:5 54:21 55:12 57:8

resolved(1) 44:13
respect(32) 10:6 12:15 13:17 14:6 15:13 18:5 18:17 18:24 19:4 19:11 19:12 19:18 20:4 22:5 26:11 26:13 26:14 27:18 28:12 29:3 30:16 31:3 31:12 44:17 49:25 54:5 54:19 55:19 55:21 56:10 58:14 58:21

respective(1) 39:10
respond(3) 31:25 32:3 42:25
response(3) 16:19 29:8 37:15
responsive(1) 49:11
rest(1) 37:21
rests(1) 16:14
result(3) 31:19 55:22 60:12
retiree(1) 17:20 24:24 25:13
retirees(10) 4:10 11:17 11:18 19:4 19:13 20:1 23:12 24:21 30:12 33:15

retirement(1) 8:10
review(1) 37:6
reviewing(1) 31:10
rhyme(1) 57:13
richards(1) 2:57
ridiculous(1) 60:20
rifkind(1) 8:4

right(28) 10:25 12:18 16:17 24:2 24:15 24:19 24:10 29:4 29:9 30:3 32:15 33:9 33:23 37:16 39:13 40:14 40:16 42:24 46:15 49:15 49:17 53:23 58:7 59:11 63:19 63:22 64:2 64:5

rights(3) 21:25 35:8 61:12
rise(3) 9:13 52:18 54:1
risk(1) 62:7
risks(1) 63:10
road(2) 48:1 50:6
robert(1) 2:58
rockefeller(1) 2:27
rodney(2) 2:59 31:4
roitman(1) 4:66
role(1) 29:17
rosner(11) 3:42 10:16 19:7 23:2 23:3 23:17 23:20 24:17 27:13 33:7 33:18

rosner's(1) 31:15
ross(2) 5:19 5:21
roth(1) 4:85
royal(1) 6:4
rudnick(3) 3:28 13:6 21:10
rule(1) 19:21 22:14 34:6
ruled(1) 4:85
rules(2) 44:3 46:21
ruling(4) 19:22 23:10 30:24 36:15
rulings(3) 34:10 34:11 40:25
run(4) 12:7 28:23 58:18 59:22
sacks(1) 7:47 7:47
said(7) 30:24 35:3 35:20 42:2 43:10 43:12 48:13

sake(1) 42:4
same(6) 14:8 49:2 49:9 51:2 55:12 55:14 57:24 57:25

sat(1) 27:12
satisfactorily(1) 54:22
saw(1) 27:7
say(9) 12:24 26:1 34:8 36:24 49:18 60:6 61:23 61:24 63:1

saying(7) 12:13 22:17 23:19 49:8 50:10 59:8 59:15

says(5) 9:33 14:12 23:24 49:23 60:18
scenarios(1) 18:22

schedule(11) 9:21 10:2 11:2 13:2 19:25 22:19 31:21 37:18 37:21 38:4 51:8

scheduled(1) 22:25
schedules(2) 25:16 58:16
scheduling(4) 13:23 31:16 31:18 32:1
scholer(1) 7:43
schotz(1) 1:31
schulte(1) 4:85
schuylkill(1) 1:42
scope(1) 38:9
scotland(1) 6:5
sculpt(1) 5:13
seaport(2) 5:100 5:100
seated(1) 9:13 54:1
second(9) 10:4 10:13 12:17 14:15 16:24 24:25 25:12 37:17 38:16

secondly(1) 42:13
see(10) 16:14 26:18 27:2 27:6 49:14 52:4 52:6 52:23 52:24 59:20

seeing(1) 33:14
seek(2) 35:21 36:8
seeking(2) 16:14 46:16
seeks(1) 46:17
seemed(2) 12:12 19:14
seems(6) 15:16 17:17 18:4 34:10 59:19 62:12

seen(2) 10:24 20:9
segregated(1) 17:19
seife(1) 5:21
senior(6) 11:18 11:19 11:23 13:17 20:1 20:1

sense(14) 9:19 11:9 12:7 15:19 18:15 20:10 29:1 38:1 38:18 39:23 50:1 59:5 59:24 60:3

sensible(1) 41:10
sent(7) 18:25 25:18 26:14 27:5 40:10 41:8 45:12

separate(5) 10:22 22:8 49:5 56:15 56:17

sequencing(1) 38:23
service(2) 1:41 1:48
services(1) 1:41
set(7) 13:24 17:8 17:11 17:13 48:16 50:2 53:3

sets(1) 13:24 54:12
setting(1) 37:20
settled(5) 54:17 55:14 56:12 56:16 56:18
seven(4) 46:21 47:3 55:23 56:8
sever(3) 47:15 56:23 56:25
severance(3) 48:20 49:1 56:14
severed(1) 49:6
shamah(1) 5:61
shannon(1) 8:6
shape(1) 24:6
share(1) 21:2
shared(1) 35:2
shareholders(1) 45:10
she(3) 24:20 24:22 24:23
she's(2) 24:21 24:23
sheet(1) 26:20
sheron(1) 7:38
short(2) 13:13 56:22
shorter(1) 35:15
should(25) 15:6 24:10 24:12 25:19 27:18 31:1 35:3 35:23 35:25 41:14 41:20 42:20 48:12 49:4 52:15 56:6 57:3 58:13 61:6 61:18 62:12 62:16 63:7

shouldn't(1) 14:2
shows(3) 18:21 19:25 27:9
sides(1) 37:3
sidetracked(2) 18:13 33:20
sidley(2) 1:23 5:16

siegel(21) 3:29 13:6 13:6 15:4 15:20 15:24 16:4 16:12 20:10 21:9 22:10 22:17 29:4 29:5 32:13 32:22 35:16 35:19 36:7 36:25 37:1

siegel's(1) 29:14
signed(2) 29:2 30:9
similar(1) 22:3
similarly(2) 19:14 63:14
simple(1) 33:21
simplicity(1) 42:3
simply(6) 12:11 23:18 25:10 34:10 56:23 62:3

since(2) 43:12 58:19
situated(1) 19:14
situation(4) 59:5 59:6 59:14 63:2
slater(1) 5:84
sliver(1) 45:2
small(1) 19:12
smoothly(1) 52:22
solicit(1) 12:25
some(39) 10:9 10:9 11:22 12:6 12:7 13:14 14:11 15:25 16:2 17:21 17:21 19:5 20:9 21:12 21:14 21:22 21:23 26:21 26:21 26:21 27:8 28:16 35:21 38:9 38:10 38:12 42:2 43:6 44:22 45:19 48:21 49:16 49:25 51:15 52:5 52:18 53:16 58:8 62:20

somebody(5) 14:9 21:8 25:22 40:5 42:1 50:21 60:4

somehow(1) 50:2
something(12) 14:14 24:5 31:1 31:22 37:5 38:11 47:22 49:19 58:2 58:3 60:5 60:12

sometime(1) 46:13
somewhat(1) 14:5
soon(1) 48:15
sooner(1) 31:1
sorry(12) 10:21 11:13 16:25 21:25 40:6 59:3 59:14 60:20

sottile(28) 2:32 40:9 45:4 45:18 45:25 46:1 46:15 47:18 48:5 48:9 48:23 48:24 52:1 52:1 52:11 54:2 54:3 54:11 57:19 58:5 61:2 61:2 61:23 62:17 63:4 63:18 63:20 63:25

sottile's(1) 43:19
sound(1) 1:47 27:8 64:10
sounds(9) 27:22 30:6 32:23 32:24 32:24 32:25 43:5 49:8 63:13

south(2) 1:27 3:24
spaeder(4) 2:31 4:69 46:1 61:3
speak(9) 9:34 12:19 14:4 21:8 25:23 27:13 33:7 41:17 57:15

speaker(1) 14:22
speaking(5) 10:2 21:21 41:16
special(2) 7:10 46:1
specific(3) 25:7 34:9 34:9
speech(1) 39:13
spending(1) 31:22
spent(1) 28:20
sperling(1) 5:84
split(1) 42:14
spoke(1) 42:12
spoken(2) 14:7 33:24
square(1) 2:59 3:17 3:30
stand(1) 25:24 41:12 64:6
standing(3) 13:21 30:15 31:21
standpoint(2) 14:21 20:11
stargatt(1) 3:15
start(4) 9:24 10:20 11:11 37:22
started(3) 17:11 45:9 50:10
starting(1) 11:6

| Word | Page:Line |
|---|---|
| **state**(10) 8:9  44:21  44:25  47:8  54:6  54:12 | |
| 54:19  54:24  55:8  58:1 | |
| | |
| **stated**(2) 13:18  35:1 | |
| **statement**(1) 16:12 | |
| **states**(2) 1:1  1:20 | |
| **status**(5) 9:19  10:10  24:4  41:2  45:5 | |
| **stay**(43) 40:25  40:25  41:11  41:25  42:5 | |
| 42:22  43:3  43:3  43:6  43:14  43:24  46:10 | |
| 46:17  46:17  46:22  47:1  47:5  47:6  49:21 | |
| 49:22  49:25  50:11  50:13  51:12  52:25  53:1 | |
| 53:8  54:20  54:24  55:1  55:6  55:7  55:8 | |
| 55:14  55:22  55:24  57:23  58:12  58:23 | |
| 59:17  59:18  60:14  62:3 | |
| | |
| **stayed**(1) 60:13 | |
| **stays**(2) 54:6  54:19 | |
| **ste**(2) 2:12  3:24 | |
| **stearn**(1) 2:58 | |
| **stein**(1) 3:43 | |
| **step**(2) 41:24  42:24 | |
| **step-by-step**(1) 61:19 | |
| **stephen**(1) 3:8 | |
| **steps**(1) 57:11 | |
| **stickles**(1) 1:34 | |
| **sticks**(1) 9:35 | |
| **still**(6) 16:1  22:2  25:21  43:13  44:25  49:24 | |
| **stipulated**(2) 25:11  27:18 | |
| **stipulation**(9) 18:6  19:1  25:18  26:14  27:5 | |
| 28:14  29:17  29:20  30:2 | |
| | |
| **stipulations**(4) 10:8  15:11  22:1  26:10 | |
| **stolen**(1) 40:20 | |
| **stone**(1) 6:37 | |
| **stood**(1) 42:20 | |
| **stop**(1) 27:20 | |
| **straightforward**(1) 28:3 | |
| **strauss**(4) 2:45  6:74  40:18  57:17 | |
| **street**(9) 1:11  1:42  2:12  2:19  2:33  2:60 | |
| 3:10  3:18  3:37 | |
| | |
| **strident**(1) 31:15 | |
| **stromberg**(1) 5:19 | |
| **structure**(1) 12:21 | |
| **structured**(1) 9:30 | |
| **stuff**(5) 11:8  26:24  26:25  28:2  51:5 | |
| **subject**(12) 9:7  19:8  24:21  30:6  30:7 | |
| 49:21  49:22  49:24  50:2  50:25  55:24  61:19 | |
| **submit**(6) 21:18  33:19  36:3  36:18  61:8 | |
| 63:21 | |
| | |
| **submitted**(4) 20:22  23:12  23:14  36:12 | |
| **submitting**(1) 37:4 | |
| **subordinated**(1) 11:12 | |
| **subordination**(7) 11:16  12:2  14:10  16:14 | |
| 17:5  17:16  20:6 | |
| | |
| **subsidiary**(1) 42:13 | |
| **substantial**(1) 61:22 | |
| **substantive**(1) 9:26 | |
| **success**(1) 38:12 | |
| **such**(1) 32:1 | |
| **sudden**(1) 27:7 | |
| **sue**(1) 24:20 | |
| **sufficient**(1) 51:22 | |
| **suggest**(6) 31:14  36:17  47:21  47:25  52:2 | |
| 62:13 | |
| | |
| **suggested**(1) 61:10 | |
| **suggesting**(2) 48:25  51:3 | |
| **suite**(3) 1:35  2:19  2:34 | |
| **sullivan**(2) 2:10  2:11 | |
| **supervision**(1) 61:19 | |
| **supporting**(1) 27:10 | |
| **suppose**(1) 40:8 | |

| Word | Page:Line |
|---|---|
| **sure**(15) 14:1  18:15  20:21  26:8  26:13  35:2 | |
| 35:22  39:2  43:20  45:17  50:1  51:17  51:18 | |
| 57:19  60:3 | |
| | |
| **surrounded**(1) 34:6 | |
| **suttonbrook**(2) 6:15  6:16 | |
| **swap**(6) 11:17  11:18  16:8  17:19  18:24 | |
| **taft**(1) 6:5 | |
| **tag**(4) 42:18  51:4  57:2  57:3 | |
| **tail**(1) 59:5 | |
| **take**(21) 9:28  17:7  21:1  24:8  25:25  27:5 | |
| 35:25  36:20  39:22  41:24  42:24  46:14  47:3 | |
| 52:2  52:6  52:22  53:23  57:11  58:15  61:15 | |
| 62:23 | |
| | |
| **taken**(2) 11:6  14:3 | |
| **takes**(1) 21:7 | |
| **taking**(1) 38:14 | |
| **talk**(16) 10:14  15:7  18:11  21:15  26:3  26:3 | |
| 36:5  41:6  41:20  42:9  49:14  52:15  60:7 | |
| 60:15  60:19  63:23 | |
| | |
| **talked**(5) 19:24  20:7  27:12  33:19  37:19 | |
| **talking**(3) 35:22  51:2  60:16 | |
| **taylor**(1) 3:15 | |
| **teenager**(1) 39:17 | |
| **teitelbaum**(13) 4:10  4:11  19:6  26:16  30:11 | |
| 30:11  30:12  32:5  32:25  33:14  33:16  33:18 | |
| 33:24 | |
| | |
| **teitelbaum's**(2) 19:11  23:22 | |
| **telephone**(1) 63:24 | |
| **telephonic**(1) 4:39 | |
| **tell**(4) 15:15  17:12  41:6  61:25 | |
| **telling**(1) 44:12 | |
| **ten**(3) 36:14  36:24  52:6 | |
| **tend**(1) 16:10 | |
| **term**(1) 26:21 | |
| **terminate**(1) 47:6 | |
| **terms**(6) 12:10  34:4  37:22  49:18  55:1 | |
| **testify**(6) 10:13  24:24  25:5  25:10  28:1 | |
| 30:18 | |
| | |
| **testimony**(3) 21:17  36:16  36:22 | |
| **than**(12) 15:14  17:14  20:17  23:13  31:1 | |
| 31:24  36:13  36:20  36:24  47:14  50:3  51:22 | |
| | |
| **thank**(18) 16:4  16:16  24:15  28:10  29:13 | |
| 30:8  30:10  32:8  32:22  33:9  34:1  35:4 | |
| 36:10  52:11  53:22  54:3  64:2  64:5 | |
| | |
| **thanks**(1) 10:25 | |

| Word | Page:Line |
|---|---|
| **that**(301) 9:21  9:27  9:32  10:5  10:7  10:8 | |
| 10:10  10:12  10:14  10:15  10:18  10:18 | |
| 10:19  10:21  10:22  11:4  11:7  11:9  11:13 | |
| 11:17  11:22  12:4  12:6  12:11  12:18  12:19 | |
| 12:22  12:23  13:11  13:16  13:22  13:22 | |
| 13:24  14:1  14:1  14:1  14:3  14:8  14:10 | |
| 14:10  14:14  14:14  14:14  14:15  14:15 | |
| 14:17  14:18  15:6  15:8  15:9  16:1  16:4 | |
| 16:11  16:12  16:12  16:13  16:14  16:16 | |
| 16:16  16:25  17:2  17:6  17:7  17:11  17:18 | |
| 17:18  17:19  17:19  17:20  18:4  18:6  18:7 | |
| 18:8  18:8  18:9  18:9  18:12  18:15  18:20 | |
| 18:21  18:25  19:2  19:2  19:5  19:6  19:6 | |
| 19:8  19:9  19:10  19:13  19:13  19:15  19:15 | |
| 19:19  19:21  19:22  19:24  19:25  20:3 | |
| 20:5  20:23  21:1  21:7  21:7  21:18  21:19 | |
| 21:23  22:2  22:5  22:5  22:6  22:12  22:15 | |
| 22:21  23:2  23:8  23:10  23:23  23:24  23:24 | |
| 24:1  24:10  24:11  24:17  24:22  25:5  25:6 | |
| 25:9  25:15  25:16  25:19  25:22  25:23  25:24 | |
| 26:1  26:2  26:4  26:8  26:8  26:11  26:14 | |
| 26:17  26:20  26:23  26:24  27:1  27:2  27:7 | |
| 27:9  27:11  27:15  27:17  27:20  28:8  28:12 | |
| 28:18  29:2  29:2  29:3  29:4  29:4  29:5  29:9 | |
| 29:22  29:24  29:25  30:4  30:8  30:19  30:20 | |
| 31:1  31:2  31:5  31:10  31:10  31:14  31:16 | |
| 31:19  31:19  31:22  32:4  32:7  32:9  32:10 | |
| 34:6  34:6  34:6  34:7  34:10  34:19  34:20 | |
| 34:20  34:24  34:24  34:25  35:2  35:3  35:3 | |
| 35:8  35:8  35:9  35:10  35:14  35:25  36:12 | |
| 36:16  36:18  36:19  36:19  36:21  36:23  37:2 | |
| 37:5  37:17  37:23  38:13  38:15  38:18  38:18 | |
| 38:22  39:9  39:10  39:13  39:22  39:23  40:5 | |
| 40:5  40:6  40:8  40:9  41:1  41:2  41:3  41:11 | |
| 41:18  41:19  41:20  42:3  42:6  42:6  42:8 | |
| 42:9  42:10  42:13  42:20  42:20  42:23  42:25 | |
| 43:3  43:5  43:7  43:12  43:16  43:18  43:22 | |
| 44:6  44:11  44:13  44:18  44:19  44:19  44:22 | |
| 44:22  44:24  45:5  45:8  45:8  45:8  45:10 | |
| 45:11  45:11  45:12  46:6  46:7  46:9  46:20 | |
| 46:24  47:2  47:3  47:5  47:10  47:11  47:12 | |
| 47:15  47:18  47:25  48:1  48:6  48:15  48:16 | |
| 48:21  48:25  49:2 | |
| | |
| **that**(140) 49:2  49:2  49:2  49:9  49:12  49:16 | |
| 49:18  49:20  49:25  50:1  50:2  50:5  50:20 | |
| 50:23  50:25  51:1  51:3  51:7  51:7  51:8 | |
| 51:9  51:10  51:10  51:11  51:17  51:18  51:20 | |
| 51:23  51:24  52:2  52:3  52:7  52:9  52:15 | |
| 52:17  52:21  52:22  53:3  53:7  53:7  53:9 | |
| 53:12  53:17  54:7  54:16  55:1  55:3  55:7 | |
| 55:7  55:13  55:15  56:1  56:1  56:2  56:5 | |
| 56:5  56:7  56:11  56:13  56:15  56:18  57:2 | |
| 57:3  57:4  57:8  57:8  57:10  57:13  57:14 | |
| 57:15  57:15  57:16  57:20  57:20  57:21 | |
| 57:22  57:24  58:1  58:3  58:6  58:8  58:19 | |
| 58:21  58:25  59:4  59:5  59:6  59:6  59:14 | |
| 59:16  59:19  59:20  59:22  59:24  60:1  60:3 | |
| 60:4  60:5  60:5  60:8  60:9  60:10  60:16 | |
| 60:16  60:17  60:18  60:25  61:4  61:5  61:6 | |
| 61:11  61:11  61:12  61:12  61:18  61:20 | |
| 61:25  62:1  62:4  62:5  62:7  62:9  62:11 | |
| 62:12  62:13  62:18  62:18  62:19  62:21  63:2 | |
| 63:2  63:4  63:5  63:6  63:7  63:8  63:12 | |
| 63:23  64:1  64:6  64:9 | |
| | |
| **that's**(38) 9:31  9:34  11:8  12:22  18:7  19:7 | |
| 20:11  20:13  21:4  22:24  24:1  24:1  24:9 | |
| 26:25  28:22  30:19  32:7  33:4  34:12  34:18 | |
| 38:2  38:20  39:7  41:15  41:23  42:16  46:13 | |
| 46:16  47:24  49:11  50:14  51:14  52:16  58:3 | |
| 59:11  60:10  60:20  64:4 | |

| Word | Page:Line |
|---|---|
| **the**(301) 1:1  1:2  1:19  5:100  7:11  9:13 | |
| 9:14  9:17  9:18  9:19  9:20  9:21  9:21  9:22 | |
| 9:24  9:29  9:31  9:33  9:35  10:1  10:4  10:6 | |
| 10:11  10:15  10:20  10:25  11:2  11:3  11:3 | |
| 11:5  11:6  11:8  11:9  11:11  11:12  11:14 | |
| 11:15  11:16  11:17  11:17  11:19  11:20  11:21 | |
| 11:21  11:23  11:25  11:25  12:1  12:1 | |
| 12:2  12:3  12:3  12:4  12:5  12:6  12:9  12:10 | |
| 12:11  12:14  12:14  12:16  12:17  12:17 | |
| 12:18  12:20  12:22  12:23  12:24  13:2  13:2 | |
| 13:4  13:7  13:9  13:11  13:12  13:13  13:13 | |
| 13:15  13:18  13:19  13:20  13:21  13:22 | |
| 13:22  13:23  13:24  13:24  14:1  14:2  14:3 | |
| 14:5  14:8  14:9  14:11  14:13  14:14  14:14 | |
| 14:18  14:19  14:20  14:21  14:21  14:22 | |
| 14:24  15:1  15:1  15:2  15:6  15:7  15:10 | |
| 15:11  15:12  15:15  15:18  15:20 | |
| 15:23  15:25  15:25  16:3  16:5  16:8  16:8 | |
| 16:8  16:10  16:11  16:12  16:15  16:17  16:20 | |
| 16:23  16:24  16:25  17:1  17:2  17:2  17:3 | |
| 17:4  17:5  17:7  17:7  17:8  17:8  17:9  17:9 | |
| 17:10  17:12  17:15  17:16  17:17  17:18 | |
| 17:20  17:20  17:22  17:24  17:24  17:25  18:2 | |
| 18:3  18:4  18:5  18:6  18:7  18:8  18:9  18:11 | |
| 18:11  18:12  18:16  18:17  18:18  18:18 | |
| 18:19  18:20  18:21  18:22  18:24  19:2  19:4 | |
| 19:5  19:5  19:7  19:8  19:9  19:19  19:20  19:23 | |
| 19:25  19:25  20:1  20:4  20:4  20:5  20:6 | |
| 20:6  20:8  20:8  20:9  20:12  20:13  20:15 | |
| 20:15  20:19  20:25  20:25  21:6  21:11  21:12 | |
| 21:13  21:15  21:17  21:22  21:23  21:25  22:1 | |
| 22:4  22:4  22:6  22:7  22:8  22:11  22:12 | |
| 22:15  22:18  22:20  22:22  22:23  22:24 | |
| 22:25  23:5  23:6  23:7  23:8  23:10  23:12 | |
| 23:13  23:17  23:17  23:21  23:22  23:23 | |
| 23:25  24:1  24:1  24:4  24:6  24:13  24:15 | |
| 24:16  24:17  24:21  24:21  24:21  24:24 | |
| 24:25  25:4  25:7  25:8  25:8  25:9  25:12 | |
| 25:12  25:12  25:13  25:13  25:16  25:16 | |
| 25:17  25:19  25:22  25:24  25:25  26:6  26:7 | |
| 26:8  26:9  26:11  26:11  26:13  26:15  26:16 | |
| 26:16  26:19  26:22  26:25  27:2  27:2  27:4 | |
| 27:7  27:9  27:10  27:10  27:14  27:16  27:17 | |
| 27:20  27:25  28:2  28:4  28:6  28:8 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

the(301) 28:10  28:11  28:12  28:13  28:18  28:19  28:22  28:25  29:1  29:1  29:6  29:9  29:11  29:12  29:15  29:15  29:16  29:17  29:19  29:20  29:24  29:25  30:1  30:2  30:3  30:5  30:7  30:12  30:13  30:14  30:14  30:15  30:16  30:17  30:20  30:21  30:21  30:22  30:23  30:25  31:3  31:4  31:5  31:5  31:7  31:17  31:19  31:12  31:13  31:16  31:17  31:18  31:19  31:23  32:1  32:2  32:3  32:10  32:11  32:14  32:17  32:19  32:19  32:21  32:23  33:1  33:1  33:2  33:5  33:9  33:10  33:10  33:13  33:14  33:17  33:22  33:23  34:3  34:4  34:4  34:5  34:6  34:8  34:9  34:12  34:12  34:14  34:15  34:16  34:16  34:17  34:19  34:21  34:23  34:25  35:2  35:3  35:6  35:9  35:13  35:14  36:1  36:5  36:8  36:9  36:13  36:13  36:14  36:15  36:16  36:17  36:18  36:18  36:19  36:20  36:22  36:22  36:23  36:25  37:2  37:6  37:7  37:7  37:9  37:11  37:13  37:16  37:17  37:18  37:19  37:21  37:21  37:21  38:2  38:2  38:3  38:3  38:4  38:5  38:6  38:7  38:7  38:9  38:13  38:16  38:16  38:18  38:23  38:23  38:25  39:2  39:3  39:3  39:4  39:9  39:12  39:14  39:15  39:17  39:20  39:24  40:2  40:6  40:7  40:11  40:12  40:16  40:17  40:21  40:22  40:24  40:24  40:25  41:2  41:2  41:4  41:4  41:10  41:10  41:11  41:12  41:12  41:15  41:19  41:21  42:1  42:5  42:5  42:6  42:9  42:11  42:12  42:14  42:16  42:18  42:21  42:19  42:22  42:22  42:22  42:25  43:2  43:2  43:3  43:4  43:4  43:5  43:6  43:8  43:9  43:10  43:10  43:15  43:17  43:20  43:21  43:21  43:22  43:22  43:23  43:24  43:25  44:2  44:4  44:7  44:8  44:8  44:11  44:15  44:16  44:17  44:19  44:20  44:21  44:23  45:1  45:2  45:2  45:3  45:3  45:4  45:6  45:9  45:10  45:14  45:16  45:17  45:19  45:20  45:21  45:23  46:1  46:3  46:4  46:5  46:6  46:7  46:9  46:10  46:10  46:11  46:13  46:15  46:16  46:16  46:17  46:18  46:18  46:19  46:19  46:20  46:20  46:21  46:22  46:24  46:25  46:25  47:1  47:1  47:2  47:3  47:4  47:4  47:7  47:8  47:10  47:11  47:12  47:13  47:17  47:18  47:19  47:24

the(248)  47:25  48:1  48:2  48:4  48:6  48:8  48:11  48:12  48:13  48:16  48:17  48:18  48:19  48:19  48:20  48:24  48:25  49:1  49:2  49:2  49:3  49:4  49:6  49:6  49:9  49:10  49:12  49:16  49:17  49:18  49:20  49:20  49:24  49:24  49:25  50:3  50:4  50:6  50:8  50:12  50:12  50:13  50:15  50:16  50:18  50:21  50:22  51:2  51:4  51:6  51:7  51:8  51:10  51:12  51:12  51:19  51:20  51:21  51:23  51:25  52:2  52:4  52:8  52:13  52:14  52:16  52:19  52:21  52:25  53:1  53:2  53:3  53:19  53:19  53:21  53:23  54:1  54:2  54:4  54:4  54:5  54:6  54:6  54:8  54:8  54:10  54:12  54:14  54:15  54:17  54:19  54:19  54:20  54:21  54:21  54:22  54:22  54:24  54:24  55:1  55:1  55:2  55:2  55:3  55:5  55:6  55:6  55:7  55:8  55:8  55:10  55:10  55:12  55:13  55:14  55:14  55:15  55:16  55:18  55:20  55:21  55:21  55:22  55:23  55:23  56:1  56:2  56:2  56:3  56:3  56:3  56:4  56:5  56:6  56:7  56:8  56:10  56:11  56:12  56:13  56:16  56:16  56:17  56:19  56:19  56:20  57:1  57:3  57:4  57:5  57:6  57:6  57:9  57:11  57:12  57:20  57:21  57:22  57:23  57:24  57:24  57:25  57:25  58:1  58:1  58:3  58:4  58:7  58:8  58:11  58:12  58:18  58:13  58:15  58:19  58:22  58:22  58:23  58:23  59:2  59:4  59:5  59:5  59:9  59:12  59:13  59:15  59:17  59:23  59:25  60:4  60:8  60:12  60:13  60:14  60:17  60:18  60:22  61:3  61:6  61:7  61:8  61:11  61:18  61:23  62:2  62:5  62:19  62:21  62:22  62:9  62:10  62:15  62:16  62:19  63:2  63:3  63:8  63:8  63:9  63:10  63:12  63:13  63:15  63:17  63:19  63:21  63:22  63:23  64:2  64:5  64:7  64:9  64:10  64:10  64:11

they're(5)  21:20  30:7  34:5  38:7  60:13
they've(2)  18:25  23:13
thing(13)  12:23  19:19  26:14  27:5  30:23  38:3  41:10  49:9  49:17  52:16  59:21  62:9  62:10
things(14)  15:8  21:3  22:21  25:4  30:23  33:20  33:25  37:23  39:5  42:4  42:8  51:8  52:7  62:21
think(104)  9:31  12:8  12:16  12:17  13:22  13:24  14:6  14:10  15:18  15:24  18:17  18:22  19:1  19:23  20:2  20:12  21:2  22:3  22:8  24:10  24:22  25:25  26:10  26:12  27:4  28:1  28:22  28:23  30:19  32:9  33:17  33:20  34:7  34:12  34:19  34:24  35:6  35:14  37:25  38:2  38:4  38:6  40:5  40:24  41:5  41:10  41:16  41:18  41:22  41:25  42:9  43:13  43:15  43:18  43:20  45:3  46:3  46:6  46:8  46:19  46:24  47:23  48:17  49:8  49:19  50:9  50:13  50:17  50:25  51:2  51:3  51:23  52:2  52:7  52:16  53:14  54:4  54:8  57:14  57:21  58:1  58:17  59:10  59:11  59:13  59:24  59:25  60:9  60:9  60:13  60:15  60:16  60:22  60:23  61:4  61:10  61:13  62:10  62:18  62:21  63:6  63:12  64:4
thinks(1)  60:4
third(3)  4:12  26:6  44:16
this(95)  10:1  10:24  11:1  12:5  12:8  13:1  13:3  13:13  14:4  16:21  17:14  19:12  19:18  22:11  22:13  22:19  23:5  23:8  27:1  27:6  27:7  27:8  27:11  27:14  27:18  28:2  28:14  29:22  30:5  33:12  34:13  36:14  37:20  38:13  38:19  39:2  39:24  40:23  41:4  41:7  41:12  41:14  44:8  45:7  46:9  46:21  46:24  42:20  50:6  50:14  51:15  52:7  52:24  53:16  54:15  54:16  54:22  55:19  55:20  55:24  56:2  56:5  56:24  57:20  57:22  58:11  58:25  59:18  59:19  59:21  60:6  60:7  61:5  61:6  61:13  61:14  61:15  61:15  61:17  61:19  61:20  61:21  62:6  62:22  62:23  63:1  63:8  64:6
thomas(2)  4:63  5:21
those(35)  14:8  15:4  16:2  19:2  19:20  22:3  22:25  26:10  27:25  28:8  30:18  32:16  35:23  37:22  38:10  38:11  39:5  39:24  47:15  47:21  48:15  52:7  53:4  55:12  56:10  56:14  56:17  56:20  56:25  57:3  57:9  57:11  57:14  57:16  61:13
though(3)  27:16  42:8  53:6
thought(8)  11:6  11:11  12:6  15:23  21:14  29:16  42:3  53:12
thread(1)  46:24
three(5)  12:17  25:2  25:7  38:6  54:12
through(10)  12:23  13:20  15:10  25:9  41:25  42:4  46:17  52:7  58:25  60:16
thunder(1)  40:20
tick(1)  9:28
tight(1)  31:21
till(1)  21:5
time(18)  22:20  25:7  31:22  33:1  35:18  36:5  38:20  38:19  39:12  40:24  41:19  42:12  49:2  53:16  57:22  57:24  62:13  63:9
timely(1)  41:5
times(2)  3:30  51:16
timing(2)  47:20  48:11
tired(1)  39:18
today(14)  9:18  9:25  21:15  23:19  24:11  29:25  30:15  32:6  37:25  41:21  42:20  52:15  62:7  64:3
today's(2)  41:5  52:8
together(9)  9:22  12:21  17:8  17:11  17:16  17:17  19:20  25:16  51:24
told(2)  26:22  62:2
too(1)  50:6

topic(3)  35:14  35:15  41:3
torres(2)  3:41  7:37
toss(1)  39:11
total(1)  38:16
toward(1)  53:15
towards(1)  51:9
traci(1)  64:15
track(2)  51:18  57:25
transcriber(1)  64:15
transcript(3)  1:18  1:48  64:10
transcription(2)  1:41  1:48
transfer(12)  43:23  46:21  47:3  47:19  47:21  49:1  49:3  49:5  49:5  50:12  55:23  56:7
transferred(6)  46:11  47:2  48:15  49:21  56:8  57:4
transferring(1)  47:22  48:20  50:24
transitioning(1)  59:14
trb(1)  21:24
treatment(1)  11:23
trial(7)  26:25  27:1  27:9  27:18  30:16  30:21  31:5
tribune(5)  1:8  5:16  5:30  40:22  47:13
tricky(1)  50:25
troublesome(1)  31:2
truly(1)  39:5
trust(6)  2:10  13:7  21:10  21:16  25:15  29:14
trust's(2)  13:16  14:7
trustee(3)  13:7  28:25  29:1
try(2)  21:4  42:25
trying(3)  38:8  38:21  44:5
tuesday(1)  9:11
turn(1)  21:9
turning(1)  11:20  55:5
tweed(1)  6:36
twice(1)  22:21
two(16)  11:2  12:23  18:17  24:19  25:16  27:2  28:1  30:23  35:15  39:25  40:6  40:25  42:8  48:4  58:4  59:15
type(4)  22:3  26:19  27:11  53:5
types(1)  22:3
ultimately(4)  43:8  51:4  57:23  59:9
um-hum(1)  47:17
under(8)  10:1  11:19  18:21  44:9  54:17  55:14  56:12  58:11
understand(8)  28:17  30:3  39:7  42:9  44:11  49:20  59:3  59:8
understandable(1)  38:21
understood(1)  35:12
uneconomical(1)  22:22
unfair(1)  11:21  26:11
unique(1)  44:8
united(1)  1:1  1:20
universe(1)  20:15
unless(2)  21:8  32:10
unsecured(3)  2:17  4:60  46:2
until(9)  12:17  32:6  38:2  43:23  44:2  46:11  47:1  48:20  49:23
update(1)  41:16
upon(4)  19:25  30:14  33:1  36:14
use(2)  37:1  51:9
using(1)  13:15
utilizing(1)  37:20
vail(1)  6:31
various(3)  11:10  19:25  26:7
versus(1)  20:8
very(7)  12:24  26:17  33:21  41:6  63:5  63:25  64:5
video(2)  36:12  36:14
videotape(3)  21:17  35:21  36:3

their(7)  13:25  13:25  23:23  29:17  29:19  56:14  61:12

them(17)  9:19  9:28  15:11  17:21  20:22  20:24  22:10  23:16  25:19  27:12  32:16  32:18  32:18  35:10  36:4  36:8  47:16

themselves(1)  38:20
then(21)  9:28  10:15  11:14  11:15  11:17  12:2  12:5  15:25  20:8  23:20  24:2  34:11  35:24  37:5  38:22  45:19  47:4  49:3  53:7  54:15  56:4
there(67)  9:18  9:25  10:11  10:19  12:7  14:1  15:9  17:14  17:25  18:1  18:4  18:18  18:19  18:24  19:3  19:5  19:8  19:10  19:17  19:19  20:2  20:3  21:12  21:18  21:24  22:23  23:20  23:21  23:22  23:24  24:7  24:11  26:2  26:20  28:11  28:15  28:18  29:3  31:17  31:25  34:24  35:19  36:21  37:11  37:24  37:24  37:25  38:1  38:18  38:25  41:19  42:8  43:5  44:22  45:7  50:18  50:19  52:14  54:11  54:12  54:15  56:18  57:10  57:13  60:20  62:12  63:1
there's(48)  10:8  10:12  10:13  10:15  10:17  12:19  12:23  13:11  14:22  15:5  16:1  16:13  17:3  17:18  18:6  19:23  20:2  24:19  25:9  25:22  25:25  26:10  26:12  26:13  27:4  27:15  27:17  31:2  32:24  38:4  38:10  38:15  38:17  38:22  39:2  39:25  40:5  40:8  42:13  50:9  50:25  51:17  54:7  54:14  59:4  59:18  60:9  60:17
thereabouts(1)  48:18
these(16)  11:5  11:7  14:2  14:6  17:13  20:21  21:3  25:19  26:6  26:18  30:5  31:11  35:9  42:10  50:15  63:7
they(32)  9:28  11:12  12:13  17:10  18:20  18:21  23:24  28:20  29:18  29:21  29:22  29:22  30:1  30:5  32:19  34:8  34:15  34:17  35:10  37:4  38:22  39:8  44:24  45:10  47:19  50:17  55:14  57:6  60:6  61:12  62:22  62:23
they'd(1)  15:20

| Word | Page:Line |
|------|-----------|
| view(11) 22:9 23:14 29:7 34:4 35:1 35:2 35:7 36:13 36:19 41:17 49:4 | |
| viewed(2) 23:8 24:4 | |
| views(2) 12:25 40:25 | |
| violate(1) 31:9 | |
| violated(1) 31:3 | |
| virtue(1) 23:11 | |
| vonnegut(1) 2:66 | |
| wait(1) 52:17 | |
| waive(1) 31:7 | |
| want(26) 12:13 13:1 14:24 15:8 18:11 18:13 22:5 22:10 26:3 27:20 30:25 31:9 32:17 36:3 37:1 38:19 39:8 40:9 48:10 50:5 51:3 51:4 52:23 52:24 59:21 59:25 | |
| wanted(12) 9:27 12:25 13:11 13:25 16:5 29:24 30:4 32:11 34:3 35:1 42:19 43:14 | |
| wants(13) 14:14 18:25 21:8 24:8 25:23 27:13 33:7 34:9 40:5 45:18 45:18 57:15 60:2 | |
| wardwell(2) 2:64 52:20 | |
| was(52) 9:25 11:7 12:7 12:14 15:14 17:2 17:7 19:14 20:21 22:17 23:8 24:20 24:23 25:1 25:3 25:8 25:16 26:9 26:17 26:21 26:22 27:3 27:8 30:4 30:5 30:21 31:16 32:5 35:2 41:4 41:13 43:18 43:25 44:2 44:6 44:16 44:19 45:4 45:11 46:4 50:5 50:19 51:12 52:2 52:7 53:17 57:21 58:1 62:2 62:3 64:7 | |
| washington(1) 2:35 | |
| wasn't(2) 12:12 23:18 | |
| watkins(1) 7:26 | |
| way(22) 14:2 15:16 18:11 21:14 22:9 23:8 39:5 39:9 39:11 40:22 41:12 41:15 41:18 43:9 46:9 46:18 46:24 52:9 56:1 61:12 62:7 62:21 | |
| ways(1) 38:15 | |
| we'd(4) 11:11 16:1 21:14 54:22 | |
| we'll(14) 10:10 10:18 17:12 21:1 21:2 22:11 25:24 32:14 39:13 39:22 49:19 52:11 56:15 63:5 | |
| we're(19) 10:5 15:9 21:2 24:14 28:11 31:21 31:21 37:24 37:25 39:23 44:17 45:22 48:25 49:8 51:16 53:15 58:18 59:14 60:16 | |
| we've(11) 11:8 12:7 17:10 17:11 19:10 23:11 26:4 27:12 37:23 51:16 60:18 | |
| weak(1) 48:21 | |
| week(7) 9:30 10:11 22:21 22:22 27:6 31:15 47:22 | |
| week's(2) 9:20 34:15 | |
| weiss(1) 8:4 | |
| weitman(1) 5:35 | |
| well(33) 14:4 15:15 15:23 17:24 20:9 20:25 22:11 22:12 23:8 24:17 26:23 29:9 30:4 32:21 33:8 33:16 36:5 39:12 41:14 41:24 43:25 45:13 48:4 50:4 50:21 51:23 51:14 52:8 52:17 59:11 60:24 62:5 63:15 | |
| were(19) 9:25 11:13 13:12 15:18 20:16 26:8 26:8 29:22 33:19 35:22 42:10 44:5 44:9 47:5 47:12 54:4 57:20 57:25 59:6 | |
| weren't(2) 32:7 35:22 | |
| wharton(1) 8:4 | |

| Word | Page:Line |
|------|-----------|
| what(56) 9:25 9:28 9:29 9:33 9:35 10:4 10:22 11:1 11:4 12:13 14:16 15:15 15:18 15:19 19:25 22:15 22:16 22:17 24:6 26:9 26:22 26:23 26:25 27:9 28:15 32:19 34:8 34:11 34:12 34:15 36:17 38:7 38:23 39:3 39:6 39:10 43:15 44:5 44:12 45:14 46:20 48:8 50:12 50:17 51:3 51:16 51:21 53:9 56:23 59:8 59:9 59:15 60:7 61:24 62:1 62:2 | |
| what's(6) 11:20 17:13 20:15 23:12 23:12 27:14 | |
| whatever(7) 37:4 39:1 57:22 57:23 58:14 61:15 62:23 | |
| when(16) 15:7 17:15 19:21 21:15 22:10 22:24 31:10 35:22 37:6 37:22 45:22 45:22 50:14 51:9 52:23 62:13 | |
| where(14) 11:13 12:8 14:8 15:4 24:13 26:19 36:21 38:21 41:15 42:20 44:13 46:4 59:3 59:6 | |
| whereupon(1) 64:7 | |
| whether(11) 11:12 11:16 13:13 24:3 28:14 30:4 36:3 37:25 50:1 50:18 60:19 | |
| which(26) 11:5 14:22 18:4 18:22 19:4 19:24 21:11 31:24 39:5 41:4 41:9 42:12 43:15 43:19 45:3 46:18 46:19 49:6 49:23 53:4 54:8 56:16 56:23 57:14 58:12 59:9 | |
| while(4) 13:9 28:10 29:18 61:20 | |
| white(1) 4:13 | |
| whitman(15) 24:25 25:1 25:1 25:8 25:16 25:21 25:23 26:7 27:13 27:17 28:1 28:21 30:18 32:23 33:7 | |
| whitman's(2) 24:8 27:5 | |
| who(19) 11:3 12:14 12:18 12:20 14:5 14:9 14:13 14:17 14:24 15:12 15:12 16:1 19:20 19:21 24:2 24:9 28:15 36:8 45:18 | |
| who's(1) 21:21 | |
| whole(2) 17:18 34:12 | |
| whom(1) 41:7 | |
| why(3) 10:20 39:7 62:1 | |
| wickersham(1) 6:5 | |
| will(35) 10:21 21:24 22:24 24:2 24:11 28:5 30:5 31:4 31:4 31:20 32:24 35:15 36:14 37:2 37:22 38:24 41:6 43:6 45:12 47:3 47:3 47:4 47:14 49:21 49:22 50:3 54:7 54:14 56:16 57:9 61:23 63:4 63:5 63:25 64:6 | |
| william(1) 2:11 | |
| wilmer(1) 7:16 | |
| wilmington(20) 1:12 1:36 2:10 2:13 2:20 2:61 3:11 3:19 3:38 3:51 4:7 4:19 9:11 13:7 13:16 14:7 21:10 21:16 25:15 29:14 | |
| winfree(1) 4:5 | |
| wish(6) 16:5 16:17 32:3 37:13 57:5 61:21 | |
| wished(1) 49:13 | |
| wishes(1) 13:5 | |
| with(106) 9:24 9:30 9:35 10:6 10:18 10:20 11:11 11:14 12:15 13:9 13:17 14:6 15:13 16:12 16:14 16:16 17:1 18:5 18:17 18:24 19:4 19:11 19:11 19:18 20:4 21:3 21:11 21:13 22:7 22:18 22:21 24:5 25:2 26:6 26:7 26:9 26:10 26:13 26:14 28:18 28:15 28:20 29:3 29:5 30:16 31:3 31:12 32:11 32:12 33:20 35:9 35:11 36:21 36:23 38:15 41:7 41:13 41:16 41:21 42:19 42:20 42:22 43:4 43:11 43:20 44:7 44:17 44:21 45:2 46:5 47:8 47:16 47:19 48:2 48:20 49:19 50:19 50:24 51:20 52:18 52:25 53:2 54:5 54:18 55:3 55:10 55:16 55:19 55:21 56:17 56:20 57:1 57:3 58:6 58:8 58:13 58:20 58:21 58:23 61:5 61:8 61:14 62:4 62:18 62:20 62:22 | |

| Word | Page:Line |
|------|-----------|
| without(3) 31:13 59:17 63:1 | |
| witness(13) 10:12 10:13 23:15 23:25 24:1 24:3 24:17 24:20 24:23 24:25 25:1 30:14 33:2 | |
| witnesses(7) 10:11 15:7 15:9 24:7 24:12 24:20 28:1 | |
| won't(2) 63:2 63:3 | |
| word(3) 14:24 15:21 51:10 | |
| work(10) 16:21 38:21 39:19 39:24 47:20 48:1 51:23 59:15 60:15 61:17 | |
| worked(3) 20:11 26:7 51:1 | |
| working(3) 9:22 25:9 38:3 | |
| works(1) 16:23 | |
| world(4) 25:25 27:4 27:16 27:17 | |
| worse(1) 23:12 | |
| worth(3) 38:8 38:14 39:1 | |
| would(75) 11:6 11:7 14:18 15:17 15:18 15:19 18:21 23:21 24:13 25:5 26:15 29:16 30:17 31:13 31:25 34:10 34:21 35:8 35:23 36:13 36:17 36:24 39:9 41:12 42:3 42:21 43:7 44:14 44:22 44:23 46:10 46:21 46:25 47:6 47:7 47:7 47:10 47:18 47:19 47:20 47:25 47:25 48:14 49:4 49:6 49:17 52:6 53:12 54:20 54:25 55:2 55:5 55:7 55:8 55:12 55:14 55:15 55:18 55:20 55:22 56:1 56:1 56:4 56:11 57:1 57:15 57:22 57:24 58:3 58:6 58:10 58:22 60:8 62:4 62:13 | |
| woulda-sorta(1) 56:3 | |
| wouldn't(1) 43:16 | |
| wtc(1) 3:28 | |
| www.diazdata.com(1) 1:45 | |
| yeah(11) 32:5 43:18 44:2 44:4 44:4 44:15 51:25 53:21 59:12 59:25 62:25 | |
| year(1) 58:12 | |
| yes(8) 29:5 40:21 42:18 45:23 50:8 51:6 53:11 53:17 | |
| yesterday(5) 10:17 17:2 17:9 18:12 28:13 | |
| yet(4) 18:14 27:7 37:25 50:11 | |
| yield(2) 13:2 40:14 | |
| york(7) 2:28 2:49 2:68 3:31 3:45 8:9 51:5 | |
| you(155) 9:34 9:34 10:10 10:22 10:25 12:14 12:20 12:25 14:12 14:23 15:1 15:3 15:5 15:7 15:18 15:18 15:18 15:19 16:4 16:16 16:21 17:3 17:9 17:12 17:13 18:5 19:2 19:15 19:21 19:21 20:14 20:16 20:20 21:2 21:5 21:8 21:14 22:10 22:21 22:25 23:13 23:15 23:16 23:18 24:5 24:15 26:9 26:15 27:1 28:7 28:8 28:10 28:14 29:12 29:13 30:8 30:10 32:2 32:3 32:4 32:7 32:8 32:10 32:17 32:21 32:22 33:8 33:9 34:1 34:10 34:14 34:21 35:5 35:6 35:7 35:25 35:25 36:1 36:2 36:3 36:10 37:2 37:4 37:6 37:10 37:18 37:22 38:6 38:10 38:14 38:25 39:8 39:15 39:20 39:25 40:9 40:10 41:6 42:14 42:20 42:21 43:16 44:12 44:16 46:22 47:5 48:7 48:25 49:13 49:14 50:10 50:11 50:12 50:14 50:16 50:16 50:17 50:19 50:19 50:21 50:23 50:24 51:3 51:4 51:15 51:21 51:21 52:3 52:4 52:5 52:5 52:6 52:6 52:11 53:22 54:3 54:18 54:18 58:18 59:6 59:23 60:2 60:7 60:17 60:23 61:23 61:25 62:1 62:13 62:14 63:1 63:15 63:22 64:2 64:5 | |
| you'd(2) 17:19 59:6 | |
| you'll(4) 16:14 28:4 32:16 37:5 | |
| you're(9) 18:16 19:22 30:24 35:17 39:11 50:10 50:24 51:3 51:20 | |
| you've(4) 20:9 39:13 51:19 | |
| young(1) 3:15 | |

| Word | Page:Line |
|------|-----------|
| your(114) 9:15 9:16 9:27 11:1 12:25 13:21 15:4 15:24 16:6 16:10 16:22 17:5 22:9 23:2 23:10 24:4 24:11 24:16 26:17 26:18 26:20 29:10 29:13 30:10 30:11 30:24 31:4 31:8 31:10 31:12 31:14 31:20 32:5 32:8 32:9 32:13 32:13 34:2 34:9 34:11 35:5 35:12 35:19 35:22 36:2 36:10 37:10 37:18 39:04 40:07 41:3 41:8 42:16 42:25 43:9 43:16 43:20 43:23 44:6 44:14 44:24 45:3 45:6 46:3 46:9 46:15 46:24 47:5 47:10 47:13 47:20 47:24 48:5 48:8 48:14 48:23 49:9 49:18 50:7 50:11 52:1 52:11 52:17 52:18 53:1 53:6 53:18 53:22 54:3 54:3 54:11 54:18 55:18 56:13 56:22 57:8 57:13 57:19 58:5 58:9 58:25 59:7 61:2 61:4 61:17 62:17 63:4 63:7 63:18 63:20 64:1 64:4 | |
| zabel(1) 4:85 | |
| zell(1) 45:8 | |
| zelmanovitz(1) 8:11 | |
| zensky(36) 2:47 40:10 40:15 40:17 40:18 41:9 42:16 43:18 44:2 44:5 44:14 44:16 45:7 45:17 45:22 45:24 48:6 48:8 48:13 49:8 49:11 49:15 49:17 51:9 52:24 54:7 57:15 57:17 57:17 58:6 58:8 59:4 61:5 61:25 62:19 | |
| zensky's(1) 40:8 | |
| zloto(1) 6:84 | |
| zuckerman(4) 2:31 4:69 46:1 61:3 | |
| "this"(1) 48:8 | |