# Notice Recipients

District/Off: 0311−1           User: Brandon           Date Created: 3/1/2012
Case: 08−13141−KJC           Form ID: ntcBK           Total: 25

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | Carl D. Neff | cneff@ciardilaw.com |
| aty | J. Kate Stickles | kstickles@coleschotz.com |
| aty | J. Kate Stickles | kstickles@coleschotz.com |
| aty | John H. Strock, III | jstrock@foxrothschild.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |
| aty | Norman L. Pernick | bankruptcy@coleschotz.com |
| aty | Patricia K. Smoots | psmoots@mcguirewoods.com |
| aty | Patrick J. Reilley | preilley@coleschotz.com |
| aty | Patrick Theodore Garvey | garveyp@jbltd.com |
| aty | Robert S. Brady | bankfilings@ycst.com |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Tribune Company | 435 N. Michigan Avenue        Chicago, IL 60611 |
| aty | Carl D. Neff | Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801    U.S.A. |
| aty | Edward Cerasia, II | Seyfarth Shaw LLP    620 Eighth Avenue    32nd Floor    New York, NY 10018 |
| aty | George R. Dougherty | Grippo &Elden LLC    111 S. Wacker Drive    Chicago, IL 60606 |
| aty | Gregory Kopacz | McDermott, Will &Emery LLP    340 Madison Avenue    New York, NY 10173−3922 |
| aty | Holly Snow | Paul Hastings LLP    191 N. Wacker Drive, 30th Floor    Chicago, IL 60606 |
| aty | James F. Conlan | Sidley Austin LLP    One South Dearborn Street    Chicago, IL 60603 |
| aty | Jared D. Zajac | McDermott Will &Emery LLP    340 Madison Avenue    New York, NY 10173−0002 |
| aty | John R. McCambridge | Grippo &Elden    111 S. Wacker Drive    Chicago, IL 60606 |
| aty | Michael W. Kazan | Grippo &Elden LLC    111 S. Wacker Drive    Chicago, IL 60606 |
| aty | O. Andrew F. Wilson | Emery Celli Brinkerhoff &Abady LLP    75 Rockefeller Plaza, 20th Floor    New York, NY 10019 |
| aty | Patrick T. Nash | Grippo &Elden    111 S. Wacker Drive    Chicago, IL 60606 |
| aty | Stephen Novack | Novack and Macey LLP    100 North Riverside Plaza    Chicago, IL 312−419−6900 312−419−6928 |

TOTAL: 13