IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) (Jointly Administered)<br>)<br>)<br>) Re: Dkt. No. 11053<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David H. Hixson of the firm Jenner & Block LLP to represent EGI-TRB, LLC and Samuel Zell in the above-captioned cases.

Dated: March 1, 2012

BLANK ROME LLP

By: */s/ David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: Carickhoff@blankrome.com

*Counsel to EGI-TRB, LLC and Samuel Zell*

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: March 1, 2012

The Honorable Kevin J. Carey
United States Bankruptcy Judge

135030.01600/40200125v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Second and Seventh Circuits and submit to the disciplinary jurisdiction of this Court for any alleged misconduct on my part which occurs in connection with these cases. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: March 1, 2012

David H. Hixson
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 923-8305
Facsimile: (312) 923-8405
Email: DHixson@jenner.com

135030.01600/40200125v.1