IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | : | |
| | : | (Jointly Administered) |
| Debtors. | : | **Objection Date: March 21, 2012 at 4:00 p.m.** |
| | : | **Hearing Date:** *Only if Objections are filed* |

### NOTICE OF FEE APPLICATION

| | | |
|---|---|---|
| David M. Klauder, Esquire | Stuart M. Brown, Esquire | Brian Trust, Esquire |
| Office of the United States Trustee | R. Craig Martin, Esquire | Amit K. Trehan, Esquire |
| J. Caleb Boggs Federal Building | DLA Piper LLP (US) | Mayer Brown LLP |
| 844 King Street, Suite 2207, Lockbox 35 | 919 North Market Street, Suite 1500 | 1675 Broadway |
| Wilmington, DE 19801 | Wilmington, DE 19801 | New York, NY 10019-5820 |
| (U.S. Trustee) | (Counsel to Barclays Bank PLC) | (Counsel to Barclays Bank PLC) |
| | | |
| Kenneth P. Kansa, Esquire | Howard Seife, Esquire | Adam G. Landis, Esquire |
| Jillian K. Ludwig, Esquire | David M. LeMay, Esquire | Matthew B. McGuire, Esquire |
| Sidley Austin LLP | Douglas E. Deutsch, Esquire | Landis Rath & Cobb LLP |
| One South Dearborn Street | Chadbourne & Parke LLP | 919 Market Street, Ste. 1800 |
| Chicago, IL 60603 | 30 Rockefeller Plaza | Wilmington, DE 19801 |
| (Counsel to Debtors) | New York, NY 10112 | (Counsel to Creditors' Committee) |
| | (Counsel to Creditors' Committee) | |
| | | |
| Donald S. Bernstein, Esquire | Mark D. Collins, Esquire | John F. Theil, Esquire |
| James A. Florack, Esquire | Richards, Layton & Finger, P.A. | Stuart Maue |
| Damian S. Schaible, Esquire | 920 N. King Street | 3840 McKelvey Rd. |
| Davis Polk & Wardwell | P.O. Box 551 | St. Louis, MO 63044 |
| 450 Lexington Avenue | Wilmington, DE 19899-0511 | (Fee Auditor) |
| New York, NY 10017 | (Counsel to Administrative Agent for | |
| (Counsel to Administrative Agent for | Prepetition Lenders, JPMorgan | |
| Prepetition Lenders, JPMorgan Chase | Chase Bank, N.A.) | |
| Bank, N.A.) | | |

PLEASE TAKE NOTICE that, on March 1, 2012, the **Eighteenth Monthly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of January 1, 2012 through January 31, 2012** (the "Application"), which seeks approval of a monthly fee application for professional services rendered to the Debtors in the amount of $3,369.50, and reimbursement of expenses in the amount of $1,358.60, was filed with the Court.

You are required to file a response, if any, to the Application on or before **March 21, 2012 at 4:00 p.m.** (Eastern Time).

46429/0001-7156124v18

At the same time, you must also serve a copy of the response upon Applicant and Debtors' counsel so that it is received by **4:00 p.m. on March 21, 2012**:

| | | |
|---|---|---|
| Norman L. Pernick, Esquire | Kenneth P. Kansa, Esquire | Seth Berlin, Esquire |
| J. Kate Stickles, Esquire | Jillian K. Ludwig, Esquire | **LEVINE SULLIVAN KOCH &** |
| **COLE, SCHOTZ, MEISEL,** | **SIDLEY AUSTIN LLP** | **SCHULZ, L.L.P.** |
| **FORMAN & LEONARD, P.A.** | One South Dearborn Street | 1050 17th Street N.W., Suite 800 |
| 500 Delaware Avenue, Suite 1410 | Chicago, IL  60603 | Washington, D.C.  20036 |
| Wilmington, DE  19801 | kkansa@sidley.com | sberlin@lskslaw.com |
| npernick@coleschotz.com | | |

A HEARING ON THE APPLICATION WILL BE HELD, ONLY IF AN OBJECTION IS TIMELY FILED, OR THE COURT DIRECTS OTHERWISE, AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  March 1, 2012

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian L. Ludwig
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-7156124v18