# EXHIBIT A




Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

February 1, 2012 Invoice 2360 DAS

In Reference To: 00499-008 - General

Client: Tribune Company

**Professional Services**

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 01/09/12 | PJS | Legal research regarding copyright issue. | 0.30<br>335.00/hr | 100.50 |
| 01/09/12 | RP | Review research relating to copyright issue (.6); draft memorandum to client regarding same (.6). | 1.20<br>455.00/hr | 546.00 |
| | | **For professional services rendered** | **1.50** | **$646.50** |
| | | **Total Amount of this Bill** | | **$646.50** |

**Levine Sullivan Koch & Schulz, L.L.P.**

February 1, 2012
I.D. 00499-008 - DAS Invoice 2360
Re: General Page 2

**Timekeeper Summary**

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 1.20 | 455.00 | 546.00 |
| Paul J. Safier | 0.30 | 335.00 | 100.50 |
| **Totals** | **1.50** | | **$646.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605




Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

February 1, 2012

Invoice 2386 NES

In Reference To: 00499-071 - Henke

Client: Tribune Company

---

**Professional Services**

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 01/17/12 | NES | Review Henke response to settlement offer. | 0.20<br>455.00/hr | 91.00 |
| | | **For professional services rendered** | **0.20** | **$91.00** |
| | | **Total Amount of this Bill** | | **$91.00** |

**Levine Sullivan Koch & Schulz, L.L.P.**



I.D. 00499-071 - NES
Re: Henke

**Timekeeper Summary**

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 0.20 | 455.00 | 91.00 |
| **Totals** | **0.20** | | **$91.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605




Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

February 1, 2012 Invoice 2322 RP

In Reference To: 00499-077 - Journal Publ. v. Hartford Courant

Client: Tribune Company

**Disbursements**

| Description | Amount |
| --- | --- |
| Electronic Document Management Services | 1,358.60 |
| **Total Disbursements** | **$1,358.60** |
| **Total Amount of this Bill** | **$1,358.60** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

February 1, 2012 Invoice 2249 SDB

In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues

Client: Tribune Company

---

**Professional Services**

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 01/10/12 | SDB | Review and revise sixth quarterly fee application. | 0.40<br>455.00/hr | 182.00 |
| 01/10/12 | SDJ | Draft and revise sixth quarterly fee application and review monthly invoices regarding same. | 1.20<br>335.00/hr | 402.00 |
| 01/10/12 | JPB | Review and revise sixth quarterly fee application for accuracy. | 1.00<br>195.00/hr | 195.00 |
| 01/11/12 | SDJ | Review and revise sixth quarterly fee application and communicate with local counsel regarding service and filing. | 2.00<br>335.00/hr | 670.00 |
| 01/19/12 | SDJ | Communicate with local counsel and client regarding certificate of no objection for sixteenth monthly fee application. | 0.30<br>335.00/hr | 100.50 |
| 01/30/12 | SDJ | Draft and revise seventeenth monthly fee application and review invoices regarding same. | 1.20<br>335.00/hr | 402.00 |
| 01/31/12 | SDB | Review notice from court regarding hearing and address same (.2); review and revise seventeenth monthly fee application (.4). | 0.60<br>455.00/hr | 273.00 |
| 01/31/12 | SDJ | Revise seventeenth monthly fee application and communicate with local counsel regarding filing and service (.6); review notice regarding eighth quarterly period hearing date and communicate with J. Ludwig regarding same (.5). | 1.10<br>335.00/hr | 368.50 |
| 01/31/12 | JPB | Review and revise seventeenth monthly fee application for accuracy. | 0.20<br>195.00/hr | 39.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

February 1, 2012
Invoice 2249
Page 2

I.D. 00499-080 - SDB
Re: Tribune Company - Fee Application-Bankruptcy Retention Issues

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | **For professional services rendered** | **8.00** | **$2,632.00** |
| | | **Total Amount of this Bill** | | **$2,632.00** |

**Levine Sullivan Koch & Schulz, L.L.P.**



I.D. 00499-080 - SDB
Re: Tribune Company - Fee Application-Bankruptcy Retention Issues

**Timekeeper Summary**

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 1.00 | 455.00 | 455.00 |
| Shaina D. Jones | 5.80 | 335.00 | 1,943.00 |
| Jennifer P. Burke | 1.20 | 195.00 | 234.00 |
| **Totals** | **8.00** | | **$2,632.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605