IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> TRIBUNE COMPANY, et al., ) <br> ) <br> Debtors. ) <br> ) <br> ) | Chapter 11 <br> Case No. 08-13141 (KJC) <br> Jointly Administered <br><br> **Related to ECF No. 10999** |

## JOINDER-IN-PART OF AURELIUS CAPITAL MANAGEMENT, LP TO OPENING BRIEF OF WILMINGTON TRUST COMPANY, AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES NOTES, ON THE ALLOCATION DISPUTES

Aurelius Capital Management, LP, on behalf of its managed entities (collectively, "Aurelius"),[1] by and through its undersigned counsel, hereby joins (the "Joinder") in part in the opening brief [ECF No. 10999] (the "Opening Brief") of Wilmington Trust Company ("Wilmington Trust"), in its capacity as successor indenture trustee for the PHONES Notes.[2]

Aurelius joins in certain positions articulated in section III of the Opening Brief with respect to classification of the Other Parent Claims. Specifically, Aurelius joins in Wilmington Trust's assertions that:

(i)  the Swap Claim is not "Indebtedness," and thus cannot constitute "Senior Indebtedness"[3] to which the PHONES are subordinated because the Swap Claim is not an obligation

---

[1] Entities managed by Aurelius own a substantial amount of Senior Notes and PHONES Notes. Neither Aurelius nor any of its managed entities owe any fiduciary duties to any party in interest in these cases nor is Aurelius or any of its managed entities an insider of Tribune or any of its affiliates.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Third Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Proposed DCL Plan")

[3] Pursuant to the terms of the Proposed DCL Plan, the Senior Lenders and Bridge Lenders have waived their right to be treated as "Senior Indebtedness" under the PHONES Indenture with respect to Settlement consideration provided by the Senior Lenders, Bridge Lenders, and Settling Step Two Payees, and Litigation and Creditors' Trust recoveries. Only the Senior Noteholders, and Other Parent Claims (if any) determined by the Court to constitute Senior Indebtedness, benefit from the PHONES Subordination with respect to these distributions and recoveries. *See* Subordination Allocation Index, attached as Ex. A to DCL Supplemental Disclosure Document, dated February 20, 2012 [ECF No. 10959], at 7, n.13; DCL Responsive Statement, dated December 10, 2010 [ECF No. 7141]; DCL Specific Disclosure Statement, dated December 8, 2010 [ECF No. 7135], at 19. As such, "Senior Indebtedness," as used herein, does not include the Senior Lenders and Bridge Lenders with respect to Settlement consideration and Litigation and Creditors' Trust recoveries.

1

represented by notes, bonds, debentures or similar evidence of Indebtedness nor is the Swap Claim Indebtedness for borrowed money;

(ii) the Retiree Claims are not "Indebtedness," and thus cannot constitute "Senior Indebtedness" to which the PHONES are subordinated because the Retiree Claims are not claims for the deferred purchase price of services other than on normal trade terms;

(iii) Trade Claims are expressly excluded from the definition of "Senior Indebtedness" under the PHONES Indenture;

(iv) other claims in the Other Parent Claim catch-all class do not qualify as "Senior Indebtedness" under the PHONES Indenture.

Aurelius reserves all rights to amend or supplement this Joinder.

**WHEREFORE**, Aurelius respectfully requests that the Court rule that (i) the Class 1F Other Parent Claims, including (a) the Swap Claim, (b) Retiree Claims, (c) Trade Claims, and (d) other claims in the Other Parent Claim catch-all class, are not "Senior Indebtedness" under the PHONES Indenture; and grant such other relief as the Court deems just, proper and equitable.

Dated: March 2, 2012

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
| Daniel H. Golden | |
| David M. Zensky | _____ |
| Philip C. Dublin | William P. Bowden (I.D. No. 2553) |
| Deborah J. Newman | Amanda M. Winfree (I.D. No. 4615) |
| One Bryant Park | Leigh-Anne M. Raport (I.D. No. 5055) |
| New York, NY  10036 | 500 Delaware Avenue, P.O. Box 1150 |
| (212) 872-1000 | Wilmington, DE  19899 |
| | (302) 654-1888 |

*Counsel for Aurelius Capital Management, LP*