# EXHIBIT A



SEYFARTH
ATTORNEYS
SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Invoice No. 1941685
0276 57634 / 57634-000007
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through December 31, 2011

**Marcia E. Sinclair Harassment; IDHR Charge No. 2008CN4074**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/01/11 | N. Riesco | L212 | | Edit and revise answer to complaint, specifically, potential affirmative defenses. | 0.70 | 280.00 |
| 12/02/11 | N. Riesco | L212 | | Finalize/file answer to complaint. | 0.50 | 200.00 |

| | | |
|---|---|---|
| **Total Hours** | | 1.20 |
| **Total Fees** | | $480.00 |
| **Less Discount** | | ($48.00) |
| **Total Fees After Discount** | | $432.00 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 1.20 | hours at | $400.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| **Disbursements** | **Value** | |
| --- | --- | --- |
| Copying | 4.40 | |
| **Total Disbursements** | | 4.40 |
| **Total Amount Due** | | $436.40 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1941685
0276 57634 / 57634-000007
Marcia E. Sinclair Harassment; IDHR Charge No.
2008CN4074

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $480.00 |
| Less Discount | ($48.00) |
| Total Fees after Discount | $432.00 |
| Total Disbursements | 4.40 |
| Total Fees and Disbursements This Statement | $436.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



# SEYFARTH
## ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Invoice No. 1941680
0276 12575 / 12575-000301
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through December 31, 2011

Photographer(s) Recall Grievance: Case No. 16 300 00214 11

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/05/11 | K. Michaels | C300 | | Review of deposition transcript from first day of hearing. | 2.30 | 1,334.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Hours | | | | | 2.30 | |
| Total Fees | | | | | | $1,334.00 |
| Less Discount | | | | | | ($133.40) |
| Total Fees After Discount | | | | | | $1,200.60 |

Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 2.30 | hours at | $580.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Disbursements | Value |
|---|---|
| Out of Town Travel - K. Michaels - Airfare - 10/18/2011 | 431.14 |
| Out of Town Travel - K. Michaels - Airfare - 10/24 - 10/26/2011 | 551.40 |
| Total Disbursements | |
| Total Amount Due | |

**Total Disbursements**      982.54

**Total Amount Due**      $2,183.14



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1941680
0276 12575 / 12575-000301
Photographer(s) Recall Grievance: Case No. 16 300
00214 11

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,334.00 |
| Less Discount | ($133.40) |
| Total Fees after Discount | $1,200.60 |
| Total Disbursements | 982.54 |
| Total Fees and Disbursements This Statement | $2,183.14 |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Invoice No. 1941683
0276 12575 / 12575-000302
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through December 31, 2011

**Ed Gunts Retaliation; NLRB Case No. 05-CA-065316**

| Disbursements | Value | |
|---|---|---|
| Out of Town Travel – K. Michaels – Airfare – 11/03/2011 | 278.70 | |
| Out of Town Travel – K. Michaels – Airfare – 11/02/2011 | 265.31 | |
| **Total Disbursements** | | 544.01 |
| **Total Fees And Disbursements This Statement** | | **$544.01** |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1941683
0276 12575 / 12575-000302
Ed Gunts Retaliation; NLRB Case No. 05-CA-065316

## INVOICE SUMMARY

Total Fees                                                    $0.00

Total Disbursements                                          544.01

Total Fees and Disbursements This Statement                 $544.01

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

PAYMENT BY CHECK VIA STANDARD MAIL:
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY CHECK VIA OVERNIGHT MAIL:
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY WIRE TO:
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012
**REVISED**

Invoice No. 1941701
0276 36377 / 36377-000001
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2011

**Corporate Labor Relations Matters 0000001096**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/01/11 | Z. Robert | C200 | | Research withdrawal liability in connection with special project. | 1.80 | 657.00 |
| 12/02/11 | A. Greetis | C300 | | Draft memo identifying employee benefit legal issues connection with special project. | 1.70 | 867.00 |
| 12/05/11 | J. Sherman | C300 | | Work on special project analysis (2.50); telephone conference with A. Barnes regarding same (.50). | 3.00 | 2,085.00 |
| 12/05/11 | K. Michaels | C300 | | Review of draft project consolidation analysis. | 0.50 | 290.00 |
| 12/05/11 | I. Lazar | L120 | | Research arbitration decisions in connection with special project. | 2.20 | 671.00 |
| 12/05/11 | Z. Robert | B220 | | Research into partial and complete withdraw standard (1.20); conference with A. Greetis regarding same (.50). | 1.70 | 620.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1941701

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/05/11 | A. Greetis | C300 | | Discuss with Z. Robert research into total and partial withdrawal issues (.50); research same (2.70); discuss open issues with A. Barnes (.60); draft memorandum regarding same (1.40). | 5.20 | 2,652.00 |
| 12/06/11 | R. Kramer | C300 | | Conferences with A. Greetis regarding withdrawal liability. | 0.30 | 162.00 |
| 12/06/11 | J. Downing | C300 | | Research and provide summary of formula for determining whether partial termination has occurred. | 0.50 | 190.00 |
| 12/06/11 | Z. Robert | B220 | | Research on withdrawal liability (3.00); draft memo and conference with A. Greetis regarding same (4.00). | 7.00 | 2,555.00 |
| 12/06/11 | A. Greetis | C300 | | Draft memorandum regarding employee benefits legal issues related to consolidation project (6.00); discuss research issues with Z. Robert (.50); review research (.70); correspond with A. Barnes regarding issues (.20); discuss with R. Kramer and A. Douglass regarding multiemployer plan matters (.30). | 7.70 | 3,927.00 |
| 12/07/11 | J. Sherman | C300 | | Telephone conference with A. Barnes (.30); work on special project analysis (3.00). | 3.30 | 2,293.50 |
| 12/07/11 | A. Greetis | C300 | | Discuss with J. Sherman edits and revisions to employee benefit legal issues memorandum (.40); follow up edits to same (.50); correspond with A. Barnes regarding open issues in same (.30). | 1.20 | 612.00 |
| 12/08/11 | J. Sherman | C300 | | Multiple telephone conferences with A. Barnes to discuss labor relations issues related to special project (1.80); direction to A. Greetis regarding employee benefit analysis and work on same (.70); work on labor analysis (1.00). | 3.50 | 2,432.50 |



Invoice No. 1941701

Page 3

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/08/11 | A. Greetis | C300 | | Further edits to employee benefits memorandum (1.30); discuss same with J. Sherman (.20); further edits to memo (.20). | 1.70 | 867.00 |
| 12/09/11 | P. Miller | P250 | | Review of materials and revise memoranda on special project (2.60); conferences with A. Greetis and J. Sherman regarding same (.70). | 3.30 | 2,112.00 |
| 12/09/11 | A. Greetis | C300 | | Revise employee benefits liability memorandum (1.80); transmit to J. Sherman (.10); discuss same with P. Miller (.30). | 2.20 | 1,122.00 |
| 12/10/11 | A. Greetis | C300 | | Revise employee benefits liability per Friday discussion with P. Miller (2.60); transmit same to P. Miller for review (.10). | 2.70 | 1,377.00 |
| 12/11/11 | P. Miller | P250 | | Review of materials and revise memoranda on special project (1.70); correspondence with A. Greetis (.30). | 2.00 | 1,280.00 |
| 12/11/11 | A. Greetis | C300 | | Revise employee benefits liability memorandum and transmit same to J. Sherman for review (1.50); review correspondence from J. Sherman additional changes to same (.20). | 1.70 | 867.00 |
| 12/12/11 | J. Sherman | C300 | | Finalizing memorandum regarding consolidation project. | 6.50 | 4,517.50 |
| 12/12/11 | A. Greetis | C300 | | Revise employee benefits liability memorandum per J. Sherman's comments and suggestions (1.30); transmit same to J. Sherman; transmit same to A. Barnes (.10); follow up conference calls with A. Barnes regarding memorandum (.30); revise versions per A. Barnes reviews (.90). | 2.70 | 1,377.00 |

**Total Hours**                                                   62.40

**Total Fees**                                              $33,534.00

**Less Discount**                                          ($3,353.40)

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1941701

Page 4

Tribune Company/Sherman

**Total Fees After Discount**                                                   $30,180.60

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 16.30 | hours at | $695.00 | per hour |
| R. Kramer | Partner | - | 0.30 | hours at | $540.00 | per hour |
| K. Michaels | Partner | - | 0.50 | hours at | $580.00 | per hour |
| P. Miller | Partner | - | 5.30 | hours at | $640.00 | per hour |
| J. Downing | Associate | - | 0.50 | hours at | $380.00 | per hour |
| I. Lazar | Associate | - | 2.20 | hours at | $305.00 | per hour |
| Z. Robert | Associate | - | 10.50 | hours at | $365.00 | per hour |
| A. Greetis | Partner | - | 26.80 | hours at | $510.00 | per hour |

| Date | Disbursements | Value |
|---|---|---|
| | **Copying** | |
| 12/02/11 | Copying | 0.10 |
| | **Online Research** | |
| 12/05/11 | Inv#: 824221468 Office: CHICAGO User: ROBERT, ZACHARIAH A KEYCITE | 3.90 |
| 12/05/11 | Inv#: 824221468 Office: CHICAGO User: ROBERT, ZACHARIAH A WESTLAW DOCUMENTS | 18.73 |
| 12/05/11 | Inv#: 824221468 Office: CHICAGO User: ROBERT, ZACHARIAH A TRANSACTIONAL ONLINE FINDS | 18.73 |
| 12/05/11 | Inv#: 824221468 Office: CHICAGO User: ROBERT, ZACHARIAH A TRANSACTIONAL SEARCHES | 29.23 |
| 12/06/11 | Inv#: 824221468 Office: CHICAGO User: ROBERT, ZACHARIAH A KEYCITE | 1.30 |
| 12/06/11 | Inv#: 824221468 Office: CHICAGO User: ROBERT, ZACHARIAH A TRANSACTIONAL ONLINE FINDS | 31.22 |
| 12/06/11 | Inv#: 824221468 Office: CHICAGO User: ROBERT, ZACHARIAH A WESTLAW DOCUMENTS | 59.94 |
| 12/06/11 | Inv#: 824221468 Office: CHICAGO User: ROBERT, ZACHARIAH A TRANSACTIONAL SEARCHES | 87.69 |

**Total Disbursements**                                                          250.84

**Total Amount Due**                                                            $30,431.44



# SEYFARTH
**ATTORNEYS**
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012
**REVISED**

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1941701
0276 36377 / 36377-000001
Corporate Labor Relations Matters 0000001096

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $33,534.00 |
| Less Discount | ($3,353.40) |
| Total Fees after Discount | $30,180.60 |
| Total Disbursements | 250.84 |
| Total Fees and Disbursements This Statement | $30,431.44 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Invoice No. 1941704
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2011

### Bankruptcy Fee Application 0000001891

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/12/11 | J. McManus | B110 | | Review court's agenda regarding fee applications hearing (.10); prepare for hearing (.10); prepare Twenty-Fifth Monthly Fee Application (1.10). | 1.30 | 357.50 |
| 12/21/11 | J. McManus | B110 | | Attend to fee payment matters (.20); revise Twenty-Fifth Monthly Fee Application (.70). | 0.90 | 247.50 |
| 12/22/11 | J. Sherman | C300 | | Redact statements for privilege from November 1 through November 21. | 0.50 | 347.50 |
| 12/29/11 | J. McManus | B110 | | Conference with O. Reyes regarding attention to fee payment matters. | 0.20 | 55.00 |

**Total Hours**          2.90

**Total Fees**          $1,007.50

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1941704

Page 2

Tribune Company/Sherman

**Less Discount** ($100.75)

**Total Fees After Discount** $906.75

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.50 | hours at | $695.00 | per hour |
| J. McManus | Paralegal | - | 2.40 | hours at | $275.00 | per hour |

**Total Disbursements** 0.00

**Total Amount Due** $906.75



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Invoice No. 1941704
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,007.50 |
| Less Discount | ($100.75) |
| Total Fees after Discount | $906.75 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $906.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Invoice No. 1941744
0276 11089 / 11089-000038
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2011

### Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No. 2011-62692

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/06/11 | M. Truong | L310 | | Review numerous correspondence, file materials, discovery requests to plaintiff (.40); prepare employment, medical, psychological, social security, and tax releases for same (.80). | 1.20 | 258.00 |
| 12/06/11 | M. Truong | L310 | | Conferences with counsel regarding preparation of disclosure forms to plaintiff. | 0.10 | 21.50 |
| 12/06/11 | F. Issa | L310 | | Attention to medical, employment, social security earnings information, and income tax authorizations in preparation for serving with defendant's first request for production of documents to plaintiff. | 0.20 | 88.00 |
| 12/13/11 | F. Issa | L150 | | Preparation of litigation budget. | 0.70 | 308.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1941744

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/13/11 | F. Issa | L310 | | Prepare/exchange email correspondence with J. Osick regarding plaintiff's responses to defendant's request for disclosure. | 0.20 | 88.00 |
| 12/13/11 | F. Issa | L310 | | Receive/review plaintiff's responses to defendant's request for disclosure. | 0.50 | 220.00 |
| 12/15/11 | A. Castillo | L110 | | Analyses/review of EEOC documentation in connection with K. Fisher claim. | 0.50 | 112.50 |
| 12/29/11 | J. Collins | L120 | | Review documents provided by EEOC in response to FOIA request. | 1.00 | 570.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 4.40 | |
| **Total Fees** | | | $1,666.00 |
| **Less Discount** | | | ($166.60) |
| **Total Fees After Discount** | | | $1,499.40 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Collins | Partner | - | 1.00 | hours at | $570.00 | per hour |
| M. Truong | Paralegal | - | 1.30 | hours at | $215.00 | per hour |
| A. Castillo | Paralegal | - | 0.50 | hours at | $225.00 | per hour |
| F. Issa | Senior Counsel | - | 1.60 | hours at | $440.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Plaintiffs Records - TEXAS WORKFORCE COMMISSION | 87.80 |
| Plaintiffs Records - U.S. TREASURY | 25.00 |
| **Total Disbursements** | 112.80 |
| **Total Amount Due** | $1,612.20 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1941744
0276 11089 / 11089-000038
Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No.
2011-62692

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,666.00 |
| Less Discount | ($166.60) |
| Total Fees after Discount | $1,499.40 |
| Total Disbursements | 112.80 |
| Total Fees and Disbursements This Statement | $1,612.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Invoice No. 1941724
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through December 31, 2011

<u>Allen v. am New York</u>

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/14/11 | A. Warshaw | L160 | | Review statistics regarding claims filed to ensure compliance with upcoming deadline for claims filed (.20); email with E. Cerasia regarding upcoming deadline (.20). | 0.40 | 142.00 |
| 12/15/11 | E. Cerasia II | L120 | | Review Gilardi's weekly status report as to new claims filed and email to J. Osick regarding same. | 0.10 | 73.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $215.00 |
| **Less Discount** | | ($21.50) |
| **Total Fees After Discount** | | $193.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS  SHAW LLP

Invoice No. 1941724

Page 2

Tribune Company

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.10 | hours at | $730.00 | per hour |
| A. Warshaw | Associate | - | 0.40 | hours at | $355.00 | per hour |

**Total Disbursements**                                                        0.00

**Total Amount Due**                                                        $193.50



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1941724
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $215.00 |
| Less Discount | ($21.50) |
| Total Fees after Discount | $193.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $193.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Invoice No. 1941726
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through December 31, 2011

**Karen Scott v. WPIX**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/15/11 | E. Cerasia II | L160 | | Prepare email correspondence to J. Osick with estimated budget for 2012. | 0.20 | 146.00 |
| 12/21/11 | E. Cerasia II | L240 | | Review/analyze court's decision denying summary judgment and communicate with A. Cabrera regarding same and trial issues (.50); email correspondence to J. Osick and A. Foran regarding court's decision/rationale and next steps (.30); telephone conference with B. Berlamino regarding same (.30). | 1.10 | 803.00 |
| 12/21/11 | A. Cabrera | L120 | | Review decision on summary judgment. | 0.30 | 132.00 |

| | | |
|---|---|---|
| Total Hours | | 1.60 |
| Total Fees | | $1,081.00 |
| Less Discount | | ($108.10) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1941726

Page 2

Tribune Company

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Fees After Discount** | | | | | | | $972.90 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 1.30 | hours at | $730.00 | per hour |
| A. Cabrera | Associate | - | 0.30 | hours at | $440.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Overnight Delivery/Local Messenger | 10.07 |
| Online Research | 771.94 |
| Deposition Transcripts | 157.00 |
| **Total Disbursements** | 939.01 |
| **Total Amount Due** | $1,911.91 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1941726
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,081.00 |
| Less Discount | ($108.10) |
| Total Fees after Discount | $972.90 |
| Total Disbursements | 939.01 |
| Total Fees and Disbursements This Statement | $1,911.91 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw, LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS    SHAW LLP

131 SOUTH DEARBORN<br>
SUITE 2400<br>
CHICAGO, ILLINOIS 60603-5577<br>
(312) 460-5000<br>
FEDERAL ID 36-2152202<br>
<br>
ATLANTA<br>
BOSTON<br>
CHICAGO<br>
HOUSTON<br>
LOS ANGELES<br>
NEW YORK<br>
SACRAMENTO<br>
SAN FRANCISCO<br>
WASHINGTON, D.C.<br>
BRUSSELS

January 10, 2012

Invoice No. 1941732<br>
0276 68308 / 68308-000007<br>
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through December 31, 2011

### Sal Marchiano v. Betty Ellen Berlamino

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/01/11 | A. Cabrera | L120 | | Review notes on plaintiff's production (.40); review case summary in preparation of court status conference (.40). | 0.80 | 352.00 |
| 12/01/11 | A. Cabrera | L390 | | Follow-up with M.J. Dickson regarding court ruling and additional discovery. | 0.50 | 220.00 |
| 12/01/11 | A. Cabrera | L450 | | Represent B. Berlamino at status conference before Magistrate Judge Freeman. | 2.50 | 1,100.00 |
| 12/10/11 | A. Ianni | L210 | | Draft answer to fourth-party complaint. | 1.30 | 461.50 |
| 12/12/11 | E. Cerasia II | L210 | | Draft/revise WPIX's answer and defenses to K. Scott's fourth-party complaint. | 0.20 | 146.00 |
| 12/12/11 | A. Ianni | L210 | | Meeting with E. Cerasia regarding Answer to fourth party complaint (.20); revise anser to fourth party complaint (.20). | 0.40 | 142.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT<br>
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE<br>
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1941732

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/14/11 | A. Ianni | L210 | | Draft Rule 7.1 statement (.30); final revisions to Answer to fourth party complaint and Rule 7.1 statement (.20). | 0.50 | 177.50 |
| 12/15/11 | E. Cerasia II | L160 | . | Prepare/revise estimated litigation budget and email correspondence with J. Osick regarding same. | 0.20 | 146.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 6.40 | |
| **Total Fees** | | | | | | $2,745.00 |
| **Less Discount** | | | | | | ($274.50) |
| **Total Fees After Discount** | | | | | | $2,470.50 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.40 | hours at | $730.00 | per hour |
| A. Cabrera | Associate | - | 3.80 | hours at | $440.00 | per hour |
| A. Ianni | Associate | - | 2.20 | hours at | $355.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $2,470.50 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1941732
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,745.00 |
| Less Discount | ($274.50) |
| Total Fees after Discount | $2,470.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,470.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Invoice No. 1941736
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through December 31, 2011

**Larry Hoff v. WPIX, et al.**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/01/11 | A. Ianni | L230 | | Represent defendants at court status conference (2.40); prepare email to A. Foran regarding same (.40). | 2.80 | 994.00 |
| 12/06/11 | A. Ianni | L230 | | Email to A. Foran regarding scheduling order. | 0.10 | 35.50 |
| 12/08/11 | E. Cerasia II | L210 | | Draft/revise WPIX and Tribune's answer and defenses to K. Scott's cross-claim for indemnification. | 0.50 | 365.00 |
| 12/08/11 | A. Ianni | L210 | | Draft and revise answer to K. Scott's cross-claims. | 1.10 | 390.50 |
| 12/10/11 | A. Ianni | L210 | | Revise initial disclosures. | 0.10 | 35.50 |
| 12/12/11 | A. Ianni | L210 | | Continue to revise initial disclosures. | 0.20 | 71.00 |
| 12/13/11 | E. Cerasia II | L310 | | Draft/revise defendants' Rule 26 disclosures. | 0.30 | 219.00 |

# SEYFARTH SHAW LLP
**ATTORNEYS**

Invoice No. 1941736

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/13/11 | A. Ianni | L210 | | Draft initial disclosures (.30); communications E. Cerasia regarding same (.10); memorandum to A. Foran regarding same (.10). | 0.50 | 177.50 |
| 12/15/11 | E. Cerasia II | L160 | | Prepare estimated litigation budget (.30); email correspondence with J. Osick regarding same (.10). | 0.40 | 292.00 |
| 12/16/11 | A. Ianni | L210 | | Revise initial disclosures (.10); correspondence to D. Wigdor, L. Pearson, and K. Rubinstein regarding same (.20). | 0.30 | 106.50 |
| 12/19/11 | A. Ianni | L310 | | Review K. Scott's first requests for production. | 0.30 | 106.50 |

| | | |
|---|---|---|
| **Total Hours** | 6.60 | |
| **Total Fees** | | $2,793.00 |
| **Less Discount** | | ($279.30) |
| **Total Fees After Discount** | | $2,513.70 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 1.20 | hours at | $730.00 | per hour |
| A. Ianni | Associate | - | 5.40 | hours at | $355.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $2,513.70 |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1941736
0276 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,793.00 |
| Less Discount | ($279.30) |
| Total Fees after Discount | $2,513.70 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,513.70 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |


**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Invoice No. 1941718
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through December 31, 2011

**East Coast Properties**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/05/11 | T. Haley | L120 | | Review Hartford distribution RFP. | 1.40 | 938.00 |
| 12/06/11 | T. Haley | L120 | | Revise RFP for the Hartford Courant distributors. | 1.70 | 1,139.00 |
| 12/14/11 | T. Haley | C300 | | Correspondence with D. Bralow regarding GPS tracking issues. | 0.10 | 67.00 |
| 12/14/11 | T. Haley | C300 | | Analyze issues regarding GPS tracking proposal. | 0.10 | 67.00 |
| 12/15/11 | T. Haley | C300 | | Correspondence to D. Bralow regarding GPS tracking issues. | 0.30 | 201.00 |
| 12/20/11 | C. Olson | C300 | | Review Hartford termination letter (.10); discussion with T. Haley regarding same (.40). | 0.50 | 345.00 |
| 12/20/11 | T. Haley | C300 | | Draft termination letter (.50); revise distributor advertisement (1.20). | 1.70 | 1,139.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1941718

Page 2

Tribune Company/Olson

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/20/11 | T. Haley | C300 | | Telephone conference with D. Bralow regarding termination letter for Hartford (.20); distribution advertisement and transition to large distributorship (.10). | 0.30 | 201.00 |
| 12/20/11 | T. Haley | C300 | | Review Hartford termination letter (.10) and distribution advertisement sent by D. Bralow (.10). | 0.20 | 134.00 |
| 12/22/11 | T. Haley | L120 | | Telephone conference with D. Bralow in follow-up to Hartford circulation executive conference call. | 0.30 | 201.00 |
| 12/22/11 | T. Haley | L120 | | Review speaking points in preparation for conference call. | 0.30 | 201.00 |
| 12/22/11 | T. Haley | L120 | | Telephone conference with D. Bralow (.50) and Hartford circulation executives regarding transition to large distributor system (.50). | 1.00 | 670.00 |
| 12/27/11 | T. Haley | C300 | | Correspondence with D. Bralow regarding WARN Act. | 0.30 | 201.00 |
| 12/27/11 | T. Haley | C300 | | Review the Times and Tribune contract in preparation for call with D. Bralow. | 0.70 | 469.00 |
| 12/27/11 | T. Haley | C300 | | Begin draft of distribution agreement. | 0.40 | 268.00 |
| 12/27/11 | T. Haley | C300 | | Telephone conference with D. Bralow regarding Hartford transition to large distribution system and distributor contract. | 0.50 | 335.00 |
| 12/27/11 | T. Haley | C300 | | Correspondence with C. Olson regarding WARN Act issue. | 0.10 | 67.00 |

| | | |
|---|---|---|
| **Total Hours** | 9.90 | |
| **Total Fees** | | $6,643.00 |
| **Less Discount** | | ($664.30) |
| **Total Fees After Discount** | | $5,978.70 |

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1941718

Page 3

Tribune Company/Olson

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 0.50 | hours at | $690.00 | per hour | |
| T. Haley | Sr Partner I | - | 9.40 | hours at | $670.00 | per hour | |

## Disbursements

| | Value |
|---|---|
| Long Distance Telephone - 10/11 | 145.95 |

| | |
|---|---|
| **Total Disbursements** | 145.95 |
| **Total Amount Due** | $6,124.65 |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

Invoice No. 1941718
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,643.00 |
| Less Discount | ($664.30) |
| Total Fees after Discount | $5,978.70 |
| Total Disbursements | 145.95 |
| Total Fees and Disbursements This Statement | $6,124.65 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Invoice No. 1941686
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2011

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/07/11 | J. Meer | L160 | | Telephone conference with I. Goldstone regarding amended settlement agreement. | 0.40 | 236.00 |
| 12/07/11 | J. Meer | L160 | | Exchange emails with K. Lantry regarding same. | 0.10 | 59.00 |
| 12/07/11 | J. Meer | L160 | | Exchange emails with I. Goldstone regarding same. | 0.20 | 118.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.70 | |
| **Total Fees** | | $413.00 |
| **Less Discount** | | ($41.30) |
| **Total Fees After Discount** | | $371.70 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1941686

Page 2

Ira H. Goldstone

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 0.70 | hours at | $590.00 | per hour |

**Total Disbursements**                                   0.00

**Total Amount Due**                                   $371.70



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA.
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1941686
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $413.00 |
| Less Discount | ($41.30) |
| Total Fees after Discount | $371.70 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $371.70 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH** ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

Invoice No. 1941694
0276 33175 / 33175-000025
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through December 31, 2011

**Jose Luis Velazquez v. California Community News Corporation; Case No. KC060599**

| Disbursements | Value |
|---|---|
| LEXISNEXIS RISK SOLUTIONS GA INC. FKA CHOICEPOINT PUBLIC 10/31 | 27.05 |
| **Total Disbursements** | 27.05 |
| **Total Fees And Disbursements This Statement** | **$27.05** |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

January 10, 2012

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1941694
0276 33175 / 33175-000025
Jose Luis Velazquez v. California Community News
Corporation; Case No. KC060599

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 27.05 |
| Total Fees and Disbursements This Statement | $27.05 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |