IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                              :   Chapter 11 Cases
                                                    :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :   (Jointly Administered)
                                                    :
                    Debtors.                        :   Preliminary Statement Deadline: 1/31/12
                                                    :   Hearing Date: 3/5/12 10:00 a.m. (Eastern)
                                                    :
---------------------------------------------------x   Re: Docket No. 11069

## JOINDER OF BRIGADE CAPITAL MANAGEMENT, LLC IN THE "JOINT RESPONSE BRIEF OF LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS WITH RESPECT TO THE ALLOCATION DISPUTES"

Brigade Capital Management, LLC ("Brigade"), on behalf of its managed entities, by and through its undersigned counsel, hereby joins in the "*Joint Response Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas With Respect to the Allocation Disputes*" [D.I. 11069] filed by Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture trustee under that certain Indenture dated March 19, 1996 between Tribune Company (with its debtor subsidiaries, "Tribune"), (successor to The Times Mirror company) and Citibank, N.A., and Deutsche Bank Trust Company Americas ("DBTCA"), successor trustee under (i) that certain Indenture dated March 1, 1992, by and between Tribune and Continental Bank, N.A.; (ii) that certain Indenture dated January 30, 1995, by and between Tribune and First Interstate Bank for California; and (iii) that certain Indenture dated January 1, 1997, by and between Tribune and Bank of Montreal Trust Company. In addition, Brigade submits the following clarification with respect to assertions made by Oaktree Capital Management, L.P. ("Oaktree") at pages 9-10 of Oaktree's opening brief.[1]

---

[1] See *Oaktree Capital Management, L.P.'s Opening Brief Regarding Allocation Disputes*, dated February 24, 2012 [D.I. 11003] at 9-10 (the "Oaktree Opening Brief").

Brigade's Joinder in LDTC & DBTCA's Joint Response Brief re Allocation Disputes.DOC

1.      In the Oaktree Opening Brief, Oaktree asserts that the "Noteholders" (defined in the Oaktree Opening Brief to mean, collectively, Wilmington Trust Company, Aurelius Capital Management, LP, Law Debenture and DBTCA) made a "concession with respect to the seniority of the Swap Claim vis-à-vis the PHONES Notes." See Oaktree Opening Brief at 9. In support of its assertion, Oaktree cites to and quotes from a pleading filed by the former proponents of the Noteholder Plan (as defined in the Oaktree Opening Brief), objecting to confirmation of the Second Amended Plan (as defined in the Oaktree Opening Brief). Id. at 9-10 (quoting from *Objection of Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization (Part I)* (De 8013 at ¶ 396 (the "NPP Objection")). Oaktree goes on to assert that each of the Noteholders (as defined in the Oaktree Opening Brief) "has now recanted that concession." Id. at 10.

2.      Brigade wishes to clarify for the Court that neither Brigade nor any of its managed entities joined in the NPP Objection or was a proponent of the Noteholder Plan. Accordingly, the Court should not consider any of the assertions made by Oaktree at pages 9-10 of its opening brief to apply either to Brigade or any of its managed entities.

DATED: March 2, 2012

　　　　　　　　　　　　　　　　　　　　　　　　
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email:        loizides@loizides.com

- and -

Isaac M. Pachulski (CA SBN 62337)
STUTMAN TREISTER & GLATT
1901 Avenue of the Stars, #1200
Los Angeles, CA 90067
Telephone:    (310) 228-5600
Facsimile:    (310) 228-5788
Email:        ipachulski@stutman.com

*Counsel for Brigade Capital Management, LLC*