IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on March 2, 2012, true and correct copies of the **JOINDER OF BRIGADE CAPITAL MANAGEMENT, LLC IN THE "JOINT RESPONSE BRIEF OF LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS WITH RESPECT TO THE ALLOCATION DISPUTES"** were served on the parties listed on the attached service list as indicated thereon.

DATED: March 2, 2012

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
Email:  loizides@loizides.com

**SERVICE LIST**

**VIA FIRST-CLASS MAIL**

William D. Sullivan, Esquire
Elihu E. Allinson, III, Esquire
SULLIVAN HAZELTINE ALLINSON LLC
4901 N. Market Street, Suite 1300
Wilmington, DE 19801
*Counsel to Wilmington Trust Co.*

Robert J. Stark, Esquire
Daniel J. Saval, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
*Counsel to Wilmington Trust Co.*

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
ASHBY & GEDDES PA
500 Delaware Avenue, 8th Floor
Po Box 1150
Wilmington, DE 19899-1150
*Counsel to Aurelius Capital Mgmt.*

Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
*Counsel to Aurelius (Mediation Party)*

Lawrence V. Gelber, Esquire
Adam L. Hirsch, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
*Counsel to Suttonbrook Capital Mgmt LP*

David Adler, Esquire
MCCARTER & ENGLISH LLP
245 Park Ave, 27th Floor
New York, NY 10167
*Counsel to Deutsche Bank Trust Co. Americas*

James J. Freebery, IV, Esquire
MCCARTER & ENGLISH LLP
Renaissance Center
405 N. King Street, 8th Floor
Wilmington, DE 19801
*Counsel to Deutsche Bank Trust Co. Americas*

David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Sheron Korpus, Esquire
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
*Counsel to Law Debenture Trust Co. of New York*

Garvin F. McDaniel, Esquire
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801