IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re:                                            :    Chapter 11 Cases
                                                  :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                          :    (Jointly Administered)
                                                  :
                         Debtors.                 :    **Re: Docket Nos. 11069 and 11070**
------------------------------------------------------x

## CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on March 2, 2012, he caused copies of the *Joint Response of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas With Respect to the Allocation Disputes* [Docket No. 11069] and *Joinder of Davison Kempner Capital Management LLC, as Investment Advisors, to Joint Response of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas With Respect to the Allocation Disputes* [Docket No. 11070] to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties *via* Electronic Mail:

| | |
|---|---|
| J. Kate Stickles | Adam G. Landis |
| KStickles@coleschotz.com | Matthew McGuire |
| Cole, Schotz, Meisel, Forman & Leonard | Daniel Rath |
| 500 Delaware Avenue, Suite 1410 | James Green |
| Wilmington, DE 19801 | landis@lrclaw.com |
| | mcguire@lrclaw.com |
| Howard Seife | rath@lrclaw.com |
| David M. Lemay | green@lrclaw.com |
| Douglas E. Deutsch | Landis Rath & Cobb LLP |
| Andrew Rosenblatt | 919 Market Street, Suite 1800 |
| hseife@chadbourne.com | Wilmington, DE 19801 |
| dlemay@chadbourne.com | |
| ddeutsch@chadbourne.com | |
| arosenblatt@chadbourne.com | |
| Chadbourne & Parke LLP | |
| 30 Rockefeller Plaza | |
| New York, NY 10112 | |

1

Dewey & LeBoeuf
Bruce Bennett
Joshua Mester
James Johnston
bbennett@dl.com
jmester@dl.com
JJohnston@dl.com
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530

James F. Conlan,
James W. Ducayet
James Bendernagel
Jessica Boelter
Kevin Lantry
Bryan Krakauer
James Bendernage
Kenneth Kansa
Jeffrey Steen
Dennis Twomey
Kerriann Mills
Thomas Ross
 jconlan@sidley.com
jducayet@sidley.com
jbendernagel@sidley.com
jboelter@sidley.com
klantry@sidley.com
bkrakauer@sidley.com
jbendernagel@sidley.com
kkansa@sidley.com
jsteen@sidley.com
dtwomey@sidley.com
kmills@sidley.com
tom.ross@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Donald S. Bernstein
Eli Vonnegut
Damian S. Schaible
Donald.bernstein@davispolk.com
damian.schaible@davispolk.com
eli.vonnegut@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Young Conaway Stargatt & Taylor, LLP
M. Blake Cleary
mbcleary@ycst.com
Rodney Square
1000 North King Street
Wilmington, DE 19801

Akin Gump Strauss Hauer & Feld Llp
Jason Sunshine
David Zensky
Philip Dublin
Deborah Newman
Daniel Golden
Sara Brauner
Abid Qureshi
Meredith Lahaie
jsunshine@akingump.com
dzensky@AkinGump.com
pdublin@AkinGump.com
djnewman@akingump.com
dgolden@AkinGump.com
sbrauner@akingump.com
aqureshi@AkinGump.com
mlahaie@akingump.com
One Bryant Park
New York, NY 10036

William P. Bowden,
Leigh-Anne Raport

Chris Warnick
Amanda Winfree
WBowden@ashby-geddes.com
LRaport@ashby-geddes.com
CWarnick@ashby-geddes.com
AWinfree@ashby-geddes.com
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Avenue
P.O. Box 1150
Wilmington, DE 19899

Brown Rudnick LLP
Robert J. Stark
Gordon Novod
Martin Siegel
rstark@brownrudnick.com
msiegel@brownrudnick.com
gnovod@brownrudnick.com
Seven Times Square
New York, NY 10036

Jenner & Block LLP
Catherine L. Steege
Andrew W. Vail
David Bradford
csteege@jenner.com
avail@jenner.com
dbradford@jenner.com
330 N. Wabash Avenue
Chicago, IL 60611-7603

McCarter & English, LLP
David Adler
James Freeberry
adler@mccarter.com
jfreebery@mccarter.com
245 Park Ave, 27th Fl
New York, NY 10167

McCarter & English, LLP
Katharine L. Mayer
kmayer@mccarter.com
Renaissance Centre
405 N. Market Street, 8th Fl
Wilmington, DE 19801

Hiller & Arban, LLC
Adam Hiller
Brian Arban
ahiller@hillerarban.com
barban@hillerarban.com
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801

Teitelbaum & Baskin, LLP
Jay Teitelbaum
Geoffrey McDonald
jteitelbaum@tblawllp.com
gmcdonald@tblawllp.com
3 Barker Avenue, Third Floor
White Plains, NY 10601

Wilmer Cutler Pickering Hale and Dorr
Andrew Goldman
andrew.goldman@wilmerhale.com
399 Park Avenue
New York, NY 10022

Zuckerman Spaeder LLP
James Sottile
jsottile@zuckerman.com
1800 M Street, NW, Ste 1000
Washington, DC 20036

William Sullivan
bsullivan@sha-llc.com
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Stutman Treister & Glatt
Isaac Pachulski
ipachulski@stutman.com
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

Schulte Roth & Zabel LLC
Adam Harris
adam.harris@srz.com
919 Third Avenue
New York, New York 10022

3

Don Liebentritt  
dliebentrirr@tribune.com

David Eldersveld  
deldersveld@tribune.com

Dated: March 2, 2012  
       Wilmington, Delaware

By: */s/ Garvan F. McDaniel*  
    Garvan F. McDaniel (No. 4167)  
    Mary E. Augustine (I.D. No. 4477)  
    800 N. King Street, Plaza Level  
    Wilmington, Delaware 19801  
    Telephone:  302- 429-1900  
    Facsimile:   302-429-8600

    *Co-Counsel for Law Debenture Trust Company of New York*