## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Ref. No.: 10692** |

## STIPULATION ON DOCUMENTS RELEVANT TO THE ALLOCATION DISPUTES OFFERED BY OAKTREE CAPITAL MANAGEMENT, L.P.

Tribune Company ("Tribune"), on its own behalf and on behalf of each jointly administered debtor (collectively, the "Debtors"); the TM Retirees, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., EGI-TRB, LLC, Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes, Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes, Aurelius Capital Management, LP, and Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes by and through their respective attorneys, HEREBY STIPULATE and AGREE to the following facts (the "Stipulated Facts"), solely in connection with the Allocation Disputes, as defined in the Court's scheduling order (the "Scheduling Order") dated January 24, 2012 [Docket No. 10692], to be resolved at the Allocation Disputes Hearing scheduled for March 5 and 6, 2012. All parties' objections regarding the relevance and weight of the Stipulated Facts to the Allocation Disputes are hereby expressly preserved.

WHEREAS the Scheduling Order establishes a procedure for the litigation of certain Allocation Disputes defined therein;

IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, by their undersigned counsel, as follows:

1)        The following documents may be treated for evidentiary purposes in connection with the Allocation Disputes as Records of a Regularly Conducted Activity as that phrase is used in Federal Rule of Evidence 803(6) and that they may be treated as records of Regular Conducted Activity without the need for the testimony of the custodian or another qualified witness, or by a certification that complies with Federal Rules of Evidence Rule 902(11) for the purposes of the Allocation Disputes:

| Description of Exhibit | Bates Range |
|---|---|
| Indenture dated as of April 1, 1999 between Tribune Company and Bank of Montreal Trust Company | WTC-001 to WTC-077 |
| Tribune Company Prospectus Supplement dated April 9, 1999 | OCMS-945 to OCMS-992 |
| Credit Agreement dated as of May 17, 2007 | OCMS-1131 to OCMS-1354 |
| 1992 ISDA Master Agreement, dated as of July 2, 2007 and Rate Swap Confirmations | OCMS-1456 to OCMS-1496 |
| Notice of Early Termination dated December 8, 2008 by Barclays Bank PLC to Tribune Company | OCMS-169 to OCMS-170 |
| Statement of Payment on Early Termination of ISDA Master Agreement dated December 9, 2008 issued by Barclays Bank PLC to Tribune Company | OCMS-172 to OCMS-174 |
| Subordination Agreement dated as of December 20, 2007 by EGI-TRB L.L.C. in favor of the holders of Senior Obligations | OCMS-1426 to OCMS-1431 |
| Proof of Claim against Tribune Company filed by Barclays Bank PLC | OCMS-108 to OCMS-174 |
| Partial Transfer of Claims Other Than For Security from Barclays Bank PLC to various funds or accounts | OCMS-837 to OCMS-866 |

| Description of Exhibit | Bates Range |
|---|---|
| managed by Oaktree Capital Management, L.P. | |
| Guarantee Agreement dated June 4, 2007 | OCMS-147 to OCMS-167 |
| Form 10-K for Tribune Company for fiscal year ended December 30, 2007 | OCMS-175 to OCMS-412 |
| Form 10-Q for Tribune Company for the quarterly period ending March 30, 2008 | OCMS-612 to OCMS-671 |
| Form 10-Q for Tribune Company for the quarterly period ending June 29, 2008 | OCMS-672 to OCMS-737 |
| Form 10-Q for Tribune Company for the quarterly period ending September 28, 2008 | OCMS-738 to OCMS-836 |
| Bridge Credit Agreement dated as of June 19, 2006 | OCMS-993 to OCMS-1054 |
| Credit Agreement dated as of June 19, 2006 | OCMS-1055 to OCMS-1130 |

IN WITNESS WHEREOF and in agreement herewith, by and through their counsel, the Parties have executed and delivered this Stipulation as of the date first set forth below.

Dated: March 2, 2012
       Wilmington, Delaware

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**


By: /s/ J. Kate Stickles

Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
(302) 652-3131

-and-

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
James W. Ducayet
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000

*Counsel for Debtors and Debtors-In-
Possession*

Dated: February ____, 2012
           Wilmington, Delaware

**HILLER & ARBAN, LLC**

By_____
Adam Hiller
1500 North French Street, Second Floor
Wilmington, Delaware 19801
(302) 442-7677

-and-

**TEITELBAUM & BASKIN, LLP**
Jay Teitelbaum
1 Barker Avenue
White Plains, New York 10601
(914) 437-7670

*Counsel for TM Retirees*

Dated: March 2, 2012
       Wilmington, Delaware

**LANDIS, RATH & COBB LLP**

By:

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
(302) 467-4400

- and -

**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
Andrew Rosenblatt Marc B. Roitman
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

- and -

**ZUCKERMAN SPAEDER LLP**
Graeme W. Bush
James Sottile
1800 M Street, N.W.
Suite 1000 Washington, DC 20036
(202) 778-1800

*Counsel for the Official Committee of
Unsecured Creditors*

Dated: March 2, 2012
      Wilmington, Delaware

**BLANK ROME LLP**

By: _____
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400

- and -

**JENNER & BLOCK LLP**
David J. Bradford (admitted *pro hac vice*)
Catherine L. Steege (admitted *pro hac vice*)
Andrew W. Vail (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654 Telephone: (312) 222-9350
*Counsel for EGI-TRB, LLC*

Dated: March __, 2012
      Wilmington, Delaware

**BIFFERATO GENTILOTTI LLC**

By:_____
Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302-429-1900

-and-

**KASOWITZ, BENSON, TORRES
   & FRIEDMAN LLP**
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York
10019 212-506-1700

*Counsel for Law Debenture Trust
Company of New York, solely in its
capacity as successor Indenture Trustee
for certain series of Senior Notes*

US1 32341742 2

Dated:  March __, 2012
    Wilmington, Delaware

**BLANK ROME LLP**

By: _____
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400

- and -

**JENNER & BLOCK LLP**
David J. Bradford (admitted *pro hac vice*)
Catherine L. Steege (admitted *pro hac vice*)
Andrew W. Vail (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654 Telephone: (312) 222-9350
*Counsel for EGI-TRB, LLC*

Dated:  March 2, 2012
    Wilmington, Delaware

**BIFFERATO GENTILOTTI LLC**

By: */s/ Garvan F. McDaniel*
Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302-429-1900

-and-

**KASOWITZ, BENSON, TORRES**
  **& FRIEDMAN LLP**
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York
10019 212-506-1700

*Counsel for Law Debenture Trust
Company of New York, solely in its
capacity as successor Indenture Trustee
for certain series of Senior Notes*

US1 32341742.2

Dated: March 2, 2012
       Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: _____

Katharine L. Mayer (I.D. No. 3758)
Renaissance Centre
405 N. King Street
Wilmington, Delaware 19801
302-984-6300

-and-

**McCARTER & ENGLISH, LLP**
David J. Adler
245 Park Avenue
New York, New York 10167 212-609-6800

*Counsel for Deutsche Bank Trust
Company Americas, solely in its
capacity as successor Indenture
Trustee for certain series of Senior
Notes*

Dated: March __, 2012
       Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

By:_____
William P. Bowden
Amanda Winfree
500 Delaware Ave P.O. Box 1150
Wilmington, DE 19899
302-654-1888

-and-

**AKIN GUMP STRAUSS HAUER & FELD
LLP**
Daniel H. Golden
David M. Zensky
One Bryant Park
Philip C. Dublin
Deborah Newman
New York, NY 10036-6745
212 872-1000

*Counsel for Aurelius Capital Management, LP*

US1 32341742.2

Dated: March __, 2012
      Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By:_____

Katharine L. Mayer (I.D. No. 3758)
Renaissance Centre
405 N. King Street
Wilmington, Delaware 19801
 302-984-6300

-and-

**McCARTER & ENGLISH, LLP**
David J. Adler
245 Park Avenue
New York, New York 10167 212-609-
6800

*Counsel for Deutsche Bank Trust
Company Americas, solely in its
capacity as successor Indenture
Trustee for certain series of Senior
Notes*

Dated: March __, 2012
      Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

By:_____*N/A*_____
William P. Bowden
Amanda Winfree
500 Delaware Ave P.O. Box 1150
Wilmington, DE 19899
302-654-1888

-and-

**AKIN GUMP STRAUSS HAUER & FELD
LLP**
Daniel H. Golden
David M. Zensky
One Bryant Park
Philip C. Dublin
Deborah Newman
New York, NY 10036-6745
212 872-1000

*Counsel for Aurelius Capital Management, LP*

Dated: March 2, 2012
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT &
TAYLOR LLP**

By: _____
Robert S. Brady (Bar No. 2847)
M. Blake Cleary (Bar No. 3614)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone (302) 571-6600
Facsimile (302) 571-1253

-and-

**DEWEY & LEBOEUF LLP**
Bruce Bennett
James O. Johnston
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071-1530
Telephone (213) 621-6000

*Attorneys for Oaktree Capital Management,
L.P.*

US1 32341742.2

Dated:  March 2, 2012
       Wilmington, Delaware

**SULLIVAN HAZELTINE ALLINSON LLC**

By: /s/ William D. Sullivan

William D. Sullivan (I.D. No.2820)
Elihu E. Allinson, III (I.D. No. 3476)
901 N. Market St., Suite 1300
Wilmington, DE 19801
302-428-8191

-and-

**BROWN RUDNICK LLP**
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036
212-209-4800

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*

So Ordered:

_____

United States Bankruptcy Judge

US1 32341742.2