IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket No. 11054 |

### NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 5, 2012 AT 10:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

## MATTERS GOING FORWARD

1.  Hearing on Allocation Disputes[3]

    Deadline to File Preliminary Statements: January 31, 2012 at 11:59 p.m.
    Deadline to File Opening Brief: February 24, 2012 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

[3] The Allocation Disputes will be presented in the order discussed on the record at the February 28, 2012 status conference.

46429/0001-8339592v4

Deadline to File Response Brief: March 2, 2012 at 12:00 p.m.

Responses:

(a) Debtors' Preliminary Statement Regarding Allocation Disputes (Filed January 31, 2012) (Docket No. 10776)

(b) Position Statement of Barclays Bank PLC and Waterstone Capital Management LP Regarding Allocation Disputes (Filed January 31, 2012) (Docket No. 10777)

(c) Oaktree Capital Management, L.P.'s Preliminary Statement on Allocation Disputes (Filed January 31, 2012) (Docket No. 10782)

(d) Law Debenture Trust Company of New York's Preliminary Statement (Filed January 31, 2012) (Docket No. 10784)

(e) Preliminary Statement of TM Retirees with Respect to Resolution of Allocation Disputes in Connection with Confirmation of the Third Amended DCL Plan (Filed January 31, 2012) (Docket No. 10787)

(f) Preliminary Statement of Aurelius Capital Management, LP, on Allocation Disputes (Filed January 31, 2012) (Docket No. 10789)

(g) EGI-TRB's Preliminary Statement on Allocation Disputes (Filed January 31, 2012) (Docket No. 10791)

(h) Preliminary Statement of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, on the Allocation Disputes (Filed January 31, 2012) (Docket No. 10792)

(i) Preliminary Statement of the Official Committee of Unsecured Creditors in Connection with Resolution of the Allocation Disputes (Filed January 31, 2012) (Docket No. 10793)

(j) Joinder of Deutsche Bank Trust Company Americas to Preliminary Statement of Law Debenture Trust Company of New York in Connection with Allocation Disputes (Filed January 31, 2012) (Docket No. 10794)

(k) EGI-TRB's Amended Preliminary Statement on Allocation Disputes (Filed January 31, 2012) (Docket No. 10800)

(l) Opening Brief of TM Retirees with Respect to Resolution of Allocation Disputes in Connection with Confirmation of the Third Amended DCL Plan (Filed February 24, 2012) (Docket No. 10994)

46429/0001-8339592v4

(m)      Declaration of Jay Teitelbaum in Support of Opening Brief of TM Retirees with Respect to Resolution of Allocation Disputes in Connection with Confirmation of the Third Amended DCL Plan (Filed February 24, 2012) (Docket No. 10996)

(n)      Declaration of Susan Bell Pursuant to 28 U.S.C. § 1746, in Support of Opening Brief of TM Retirees with Respect to Resolution of Allocation Disputes in Connection with Confirmation of the Third Amended DCL Plan (Filed February 24, 2012) (Docket No. 10998)

(o)      Opening Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, on the Allocation Disputes (Filed February 24, 2012) (Docket No. 10999)

(p)      Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute (Filed February 24, 2012) (Docket No. 11000)

(q)      EGI-TRB, LLC's Opening Brief in Support of Its Position on Allocation Disputes Identified in Its Preliminary Statement (Filed February 24, 2012) (Docket No. 11001)

(r)      Oaktree Capital Management, L.P.'s Opening Brief Regarding Allocation Disputes (Filed February 24, 2012) (Docket No. 11003)

(s)      Debtors' Opening Brief Regarding Factual Information Relevant to Allocation Disputes (Filed February 24, 2012) (Docket No. 11004)

(t)      Joinder of the Debtors to Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute (Filed February 24, 2012) (Docket No. 11005)

(u)      Joinder of Barclays Bank PLC and Waterstone Capital Management LP to the Opening Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes on the Allocation Disputes (Filed February 28, 2012) (Docket No. 11006)

(v)      Brief of Aurelius Capital Management, LP in Support of Its Positions Regarding the Allocation Disputes (Filed February 24, 2012) (Docket No. 11007)

(w)      Appendix A to EGI-TRB, LLC's Opening Brief in Support of Its Position on Allocation Disputes Identified in Its Preliminary Statement (Filed February 24, 2012) (Docket No. 11008)

(x)      Appendix of Exhibits in Support of Oaktree Capital Management, L.P.'s Opening Brief Regarding Allocation Disputes (Filed February 24, 2012) (Docket No. 11009)

(y) Joint Opening Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Disputes (Filed February 24, 2012) (Docket No. 11010)

(z) Binder of Exhibits Referenced in Opening Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes on the Allocation Disputes (Filed February 28, 2012) (Docket No. 11011)

(aa) Joinder of Davidson Kempner Capital Management LLC, as Investment Advisor, to Joint Opening Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to Allocation Disputes (Filed February 24, 2012) (Docket No. 11012)

(bb) Joinder of Brigade Capital Management, LLC in the "Joint Opening Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Dispute" (Filed February 24, 2012) (Docket No. 11013)

(cc) Notice of Filing Revised Appendix B to Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute (Filed February 24, 2012) (Docket No. 11015)

(dd) Debtors' Notice of Documents for Use in Connection with the Allocation Disputes (Filed February 27, 2012) (Docket No. 11022)

(ee) Statement of TM Retirees Identifying Documents Upon Which They Will Rely at the Allocation Disputes Hearing in Connection with Confirmation of the Third Amended DCL Plan (Filed February 27, 2012) (Docket No. 11024)

(ff) List of Exhibits on Which Oaktree Capital Management, L.P. Intends to Rely at Allocation Disputes Hearing (Filed February 27, 2012) (Docket No. 11025)

(gg) Notice of Documents on Which the Official Committee of Unsecured Creditors Intends to Rely in Connection with the Allocation Disputes Hearing (Filed February 27, 2012) (Docket No. 11026)

(hh) EGI-TRB, LLC's Exhibit List for the Allocation Disputes Hearing (Filed February 27, 2012) (Docket No. 11028)

(ii) List of Exhibits on Which Aurelius Capital Management, LP Intends to Rely at Allocation Disputes Hearing (Filed February 27, 2012) (Docket No. 11029)

(jj) Wilmington Trust Company's Proposed List of Trial Exhibits (Filed February 27, 2012) (Docket No. 11030)

(kk) Law Debenture Trust Company of New York's Notice of Documents for Use in Connection with the Allocation Disputes (Filed February 27, 2012) (Docket No. 11031)

46429/0001-8339592v4

(ll) Joinder-in-Part of Aurelius Capital Management, LP to Joint Opening Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Disputes (Filed March 2, 2012) (Docket No. 11060)

(mm) Joinder-in-Part of Aurelius Capital Management, LP to Opening Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, on the Allocation Disputes (Filed March 2, 2012) (Docket No. 11061)

(nn) Reply Brief of TM Retirees with Respect to Resolution of Allocation Disputes in Connection with Confirmation of the Third Amended DCL Plan (Filed March 2, 2012) (Docket No. 11064)

(oo) EGI-TRB, LLC's Response Brief Related to Allocation Disputes (Filed March 2, 2012) (Docket No. 11065)

(pp) Debtors' Response Brief Regarding Allocation Disputes (Filed March 2, 2012) (Docket No. 11066)

(qq) Oaktree Capital Management, L.P.', Response Brief Regarding Allocation Disputes (Filed March 2, 2012) (Docket No. 11067)

(rr) Reply Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute (Filed March 2, 2012) (Docket No. 11068)

(ss) Joint Response Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Disputes (Filed March 2, 2012) (Docket No. 11069)

(tt) Joinder of Davidson Kempner Capital Management LLC, as Investment Advisor, to Joint Response Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to Allocation Disputes (Filed March 2, 2012) (Docket No. 11070)

(uu) Joinder of the Debtors to Reply Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute (Filed March 2, 2012) (Docket No. 11071)

(vv) Response Brief of Aurelius Capital Management, LP in Further Support of Its Positions Regarding the Allocation Disputes (Filed March 2, 2012) (Docket No. 11072)

(ww) Reply Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, on the Allocation Disputes (Filed March 2, 2012) (Docket No. 11073)

(xx) Stipulation on Certain Facts Relevant to the Allocation Disputes (Filed March 2, 2012) (Docket No. 11074)

    (yy)    Stipulation on Documents Relevant to the Allocation Disputes Offered by Oaktree Capital Management, L.P. **(Filed March 2, 2012) (Docket No. 11079)**

    (zz)    **Joinder of Brigade Capital Management, LLC in the "Joint Response Brief of Law Debenture Trust Company of New York and Deutche Bank Trust Company Americas with Respect to the Allocation Disputes" (Filed March 2, 2012) (Docket No. 11076)**

    (aaa)    **Partial Joinder of the Official Committee of Unsecured Creditors to the Debtors' Response Brief Regarding Allocation Disputes (Filed March 2, 2012) (Docket No. 11080)**

    (bbb)    **Master Exhibit List for Use in Connection with the Allocation Disputes Hearing (Filed March 5, 2012) (Docket No. 11084)**

Related Documents:

    (a)    Order Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan (Entered January 24, 2012) (Docket No. 10692)

    (b)    Order Approving Stipulation By and Among the Debtors, Aurelius Capital Management, Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, Barclays Bank PLC, and Waterstone Capital Management, L.P. on Certain Facts Relevant to the Allocation Disputes and the Determination of the Allowed Amount of the PHONES Claim (Entered February 28, 2012) (Docket No. 11041)

    (c)    Order Denying Motion of TM Retirees to Clarify or Modify Allocation Disputes Scheduling Order to Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes (Entered February 29, 2012) (Docket No. 11049)

    Status:    This matter will be going forward.

2.    Law Debenture Trust Company of New York's Motion to Enforce Court Order, or in the Alternative, in Limine to Exclude Declaration of Jay Teitelbaum and Certain Portions of the Declaration of Susan Bell (Filed February 28, 2012) (Docket No. 11033)

    Objection Deadline: Responses may be presented at the hearing. [See 02/28/12 Hrg. Tr. at 32:2-4]

    Responses: None at this time.

46429/0001-8339592v4

Related Documents:

(a) Declaration of Jay Teitelbaum in Support of Opening Brief of TM Retirees with Respect to Resolution of Allocation Disputes in Connection with Confirmation of the Third Amended DCL Plan (Filed February 24, 2012) (Docket No. 10996)

(b) Declaration of Susan Bell Pursuant to 28 U.S.C. § 1746, in Support of Opening Brief of TM Retirees with Respect to Resolution of Allocation Disputes in Connection with Confirmation of the Third Amended DCL Plan (Filed February 24, 2012) (Docket No. 10998)

Status:  This matter will be going forward.

Dated: March 5, 2012

    SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

James F. Bendernagel, Jr.
Ronald S. Flagg
1501 K St., N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ [signature]
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-8339592v4