# Exhibit A



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

February 28, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:282211
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

### STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through January 31, 2012.

| | | |
|---|---|---|
| By Graeme W. Bush<br>3.90 hours at $875.00 per hour | $ | 3,412.50 |
| By James Sottile<br>33.80 hours at $790.00 per hour | $ | 26,702.00 |
| By Andrew N. Goldfarb<br>25.30 hours at $640.00 per hour | $ | 16,192.00 |
| By P. Andrew Torrez<br>5.50 hours at $610.00 per hour | $ | 3,355.00 |
| By Andrew Caridas<br>3.80 hours at $375.00 per hour | $ | 1,425.00 |
| By Lisa Medoro<br>19.00 hours at $280.00 per hour | $ | 5,320.00 |
| TOTAL FEES | $ | 56,406.50 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 56,406.50 |

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC

February 28, 2012                                                                    Page 2
DESCRIPTION OF SERVICES                                              CLIENT: 12464
                                                                            MATTER: 0001

James Sottile

| | |
|---|---|
| 01/03/12 | 0.20 Teleconference with D. Zensky (Akin) re MDL Conditional Transfer Order re FitzSimons. |
| 01/03/12 | 0.10 Note to Committee counsel re teleconference with D. Zensky (Akin). |
| 01/04/12 | 0.20 Teleconference with J. Bendernagel (Sidley) re scheduling of confirmation proceedings on revised DCL Plan. |
| 01/04/12 | 0.50 Teleconference with D. Deutsch, T. McCormack and M. Ashley (Chadbourne), A. Goldfarb and D. Rath (Landis Rath) re objection to MDL conditional transfer order. |
| 01/04/12 | 0.10 Teleconference with D. Zensky (Akin) re notice of objection to MDL conditional transfer order. |
| 01/04/12 | 0.10 Review objection to MDL conditional transfer order. |
| 01/05/12 | 0.40 Prepare for Tribune Creditors Committee meeting. |
| 01/05/12 | 0.20 Teleconference with D. Rath (Landis Rath) re stay of FitzSimons and dismissal of shareholders who received less than $100,000 in LBO proceeds. |
| 01/05/12 | 1.00 Participate in Tribune Creditors Committee meeting. |
| 01/07/12 | 0.60 Call with J. Bendernagel (Sidley) re claims against shareholders with less than $100,000 in LBO proceeds and allocation dispute protocol. |
| 01/09/12 | 0.60 Prepare for and participate in conference call with DCL counsel re procedure for resolving allocation disputes and for confirmation proceedings. |
| 01/09/12 | 0.20 Teleconference with D. LeMay, A. Rosenblatt and M. Roitman (C&P) re allocation disputes and confirmation process. |
| 01/09/12 | 2.60 Close analysis of merits of transfer of FitzSimons action to SDNY as part of MDL consolidation including review of Holwell decisions. |
| 01/10/12 | 0.50 Participate in weekly Committee professionals' call re bankruptcy and litigation proceedings. |
| 01/11/12 | 0.40 E-mail correspondence and teleconferences with D. Rath (Landis Rath) and A. Goldfarb re issues on MDL transfer and memo to Committee re same. |

| 01/11/12 | 0.40 | Edit memo to Committee re MDL transfer of FitzSimons. |
|---|---|---|
| 01/11/12 | 0.40 | Teleconference with J. Bendernagel (Sidley) re stay of FitzSimons and dismissal of shareholders receiving less than $100,000. |
| 01/12/12 | 1.20 | Prepare for and participate in telephonic Committee meeting. |
| 01/12/12 | 0.50 | Review motion to lift stay of state law claims and consider relationship with stay of FitzSimons. |
| 01/12/12 | 1.90 | Review/analyze arguments made by Zell, Morgan Stanley and other defendants re merits of claims in adversary proceedings and review key cases and documents relied on. |
| 01/13/12 | 0.30 | Call with H. Seife, D. LeMay, T. McCormack, M. Ashley (Chadbourne) re motion to lift stay of state law claims, FitzSimons stay. |
| 01/13/12 | 0.50 | Call with DCL counsel re motion to lift stay of state law claims. |
| 01/13/12 | 0.40 | Edit motion to extend FitzSimons stay. |
| 01/13/12 | 0.20 | Call with D. LeMay and M. Ashley (Chadbourne) re next steps on stay motions. |
| 01/13/12 | 1.50 | Draft outline of work to be done to prepare FitzSimons action for active litigation. |
| 01/16/12 | 0.70 | Teleconference with H. Seife, D. LeMay, D. Deutsch and M. Ashley (Chadbourne) re extending stay of FitzSimons. |
| 01/16/12 | 0.50 | Edit motion to extend stay of FitzSimons. |
| 01/17/12 | 0.40 | Participate in weekly Committee professionals' call re status of bankruptcy and confirmation proceedings. |
| 01/17/12 | 0.30 | Teleconference with D. Zensky and D. Newman (Akin) re stays of FitzSimons and state law actions. |
| 01/17/12 | 0.30 | Teleconferences with G. Novod (Brown Rudnick) and D. Adler (McCarter) re stays of litigation. |
| 01/17/12 | 1.40 | Draft and edit motion to extend stay of FitzSimons. |
| 01/17/12 | 0.30 | Teleconference with J. Bendernagel (Sidley) re litigation stays. |
| 01/17/12 | 1.70 | Research and analyze MDL Rules and caselaw relevant to litigation stays and motion to vacate transfer. |
| 01/17/12 | 0.30 | Teleconferences with D. Zensky (Akin) re issues on motion to extend stay of FitzSimons. |

| | | |
|---|---|---|
| 01/17/12 | 0.20 | Teleconference with M. Siegel (Brown Rudnick) re motion to extend stay of FitzSimons. |
| 01/18/12 | 0.30 | Teleconference with D. Zensky (Akin) re issues on stay of FitzSimons action. |
| 01/18/12 | 0.30 | Teleconference with M. Siegel (Brown Rudnick) re issues on stay of FitzSimons. |
| 01/18/12 | 0.10 | Teleconference with D. Deutsch (Chadbourne) re limited motion to vacate transfer of FitzSimons. |
| 01/18/12 | 0.30 | E-mail correspondence with D. Rath (Landis Rath) and A. Goldfarb re issues on limited motion to vacate stay of FitzSimons. |
| 01/18/12 | 0.60 | Edit limited motion to vacate stay of FitzSimons. |
| 01/18/12 | 0.10 | Review and edit posting note for limited motion to vacate transfer order. |
| 01/19/12 | 0.40 | Revisions to limited motion to vacate conditional transfer order. |
| 01/19/12 | 1.40 | Further research re proceedings in transferor court before MDL transfer and effect following transfer. |
| 01/19/12 | 0.50 | Review status of service of complaints and issues with international service. |
| 01/20/12 | 0.40 | Review JPMorgan draft opposition to motion to lift stay of state law claims. |
| 01/20/12 | 2.40 | Review unfair discrimination case law and analyze merits of arguments re treatment of retirees and other parent creditors in DCL Plan; review memoranda re same and underlying factual record. |
| 01/23/12 | 0.60 | Teleconference with DCL counsel re opposition to motion to lift stay of state law actions and confirmation-related issues. |
| 01/24/12 | 0.40 | Teleconference with D. Zensky (Akin) and J. Bendernagel (Sidley - for part) re proposed resolution of litigation stay motions. |
| 01/25/12 | 0.30 | Edit response to motion to lift stay of state law claims. |
| 01/25/12 | 0.30 | Review retirees' draft objection to motion to lift stay of state law claims. |
| 01/25/12 | 0.40 | Review/analyze chart re allocation of settlement in various scenarios. |

February 28, 2012                                                          Page 5

| 01/26/12 | 0.30 | Further revisions to response to motion to lift stay of state law claims. |
|---|---|---|
| 01/26/12 | 0.20 | Review draft response to Aurelius document requests to Committee and e-mail to M. Ashley (Chadbourne) re same. |
| 01/26/12 | 0.90 | Further analysis of arguments re allocation disputes concerning retirees and other parent creditors. |
| 01/27/12 | 0.60 | Review Aurelius objection to Committee motion to extend stay of FitzSimons and cases and factual material cited therein. |
| 01/27/12 | 0.30 | Call with J. Bendernagel (Sidley) re issues on stay motions. |
| 01/29/12 | 0.30 | Edit reply on motion to extend FitzSimons stay. |
| 01/30/12 | 0.30 | Edit settlement release language relating to Morgan Stanley. |
| 01/30/12 | 0.70 | Review filings re stay motions. |
| 01/31/12 | 0.30 | Teleconference with J. Bendernagel (Sidley) re argument on stay motions. |

P. Andrew Torrez

| 01/02/12 | 0.90 | Review follow-up memorandum regarding conditional transfer order by MDL Panel. |
|---|---|---|
| 01/03/12 | 0.90 | Review Judge Carey's Memorandum and Order on motions for reconsideration. |
| 01/11/12 | 0.40 | Review draft statement on scheduling. |
| 01/11/12 | 0.20 | Review notice of appeal by Wilmington Trust regarding PHONES subordination and supporting declaration. |
| 01/12/12 | 0.40 | Review memorandum regarding MDL transfer issues. |
| 01/12/12 | 0.10 | Review order granting motion to amend FitzSimons complaint. |
| 01/12/12 | 0.10 | Review order granting supplemental motion to extend stay of avoidance actions. |
| 01/31/12 | 0.30 | Review notice of appeal by Wilmington Trust regarding PHONES subordination and supporting declaration. |
| 01/31/12 | 0.70 | Review memorandum assessing move to vacate conditional transfer order of MDL panel. |
| 01/31/12 | 0.40 | Review DCL Plan Proponents' proposed schedules for resolution of allocation disputes. |

February 28, 2012                                                                          Page 6

| 01/31/12 | 0.30 | Review Committee's third motion to amend definition of 'termination event'. |
|---|---|---|
| 01/31/12 | 0.30 | Review draft 'limited motion' to vacate or modify conditional transfer order. |
| 01/31/12 | 0.50 | Review DCL draft objection to Wilmington Trust's motion for leave to appeal Bankruptcy Court's decision on PHONES subordination. |

**Andrew N. Goldfarb**

| 01/02/12 | 0.50 | Draft and revise memo to Committee re MDL transfer order. |
|---|---|---|
| 01/02/12 | 0.10 | Confer via email with D. Deutsch (C&P) and J. Sottile re same. |
| 01/02/12 | 0.20 | Attention to memo and filing re BlackRock and modification of appearance. |
| 01/03/12 | 0.20 | Review shareholder production from numerous parties. |
| 01/03/12 | 0.10 | Call with S. Sulkowski (Milbank) re production of shareholder information from Milbank clients in FitzSimons. |
| 01/03/12 | 0.10 | Email to Weil Gotshal re Morgan Stanley production. |
| 01/03/12 | 0.10 | Email with J. Green (LRC) re shareholder discovery and service. |
| 01/03/12 | 0.10 | Email with D. Rath (LRC) re service update. |
| 01/03/12 | 0.10 | Review MDL orders. |
| 01/03/12 | 0.30 | Review Bankruptcy Court decision on reconsideration. |
| 01/04/12 | 0.50 | Call with J. Sottile and C&P re MDL transfer order strategy. |
| 01/04/12 | 0.10 | Review MDL Rules in connection with CTO. |
| 01/04/12 | 0.10 | Call with MDL panel clerk re CTO notice of objection. |
| 01/04/12 | 0.20 | Revise MDL notice of objection. |
| 01/04/12 | 0.10 | Email C&P, LRC, and J. Sottile revised notice of objection. |
| 01/04/12 | 0.30 | Weekly professionals' call re status of litigation and bankruptcy proceedings. |
| 01/04/12 | 0.30 | Call with M. Ashley (C&P) re case status and MDL issues. |
| 01/04/12 | 0.30 | Finalize and file Notice of Objection via ECF. |
| 01/04/12 | 0.10 | Review other MDL filings. |

| 01/04/12 | 0.10 | Email S. Sulkowski (Milbank) re shareholder production issues in FitzSimons. |
|---|---|---|
| 01/05/12 | 0.20 | Review and update draft threshold brief and send to D. Deutsch (C&P) and K. Lantry (Sidley). |
| 01/05/12 | 0.20 | Review Milbank client spreadsheets with J. Clark for Exhibit A project in FitzSimons. |
| 01/05/12 | 0.20 | Email with S. Sulkowski (Milbank) re shareholder production. |
| 01/05/12 | 0.40 | Review and analyze Milbank spreadsheets re production in FitzSimons. |
| 01/05/12 | 0.20 | Send recent FitzSimons shareholder productions to parties that subpoenaed Committee. |
| 01/06/12 | 0.30 | Call with D. Rath, J. Green and R. Butcher (LRC) re threshold brief timing and shareholder discovery. |
| 01/06/12 | 0.40 | Call with J. Bendernagel (Sidley) re draft threshold brief. |
| 01/06/12 | 0.10 | Emails with D. Rath (LRC) re draft threshold memorandum. |
| 01/09/12 | 0.50 | Revise threshold draft brief per J. Bendernagel's comments. |
| 01/09/12 | 0.10 | Email M. Ashley (C&P) re revised draft threshold brief. |
| 01/09/12 | 0.10 | Review comments on draft threshold brief. |
| 01/09/12 | 0.10 | Send materials to J. Green (LRC) for MDL memorandum. |
| 01/09/12 | 0.50 | Review spreadsheet re shareholder production of Miblank clients in FitzSimons. |
| 01/09/12 | 0.10 | Email to J. Clark re revisions to spreadsheet of productions of Milbank clients. |
| 01/10/12 | 0.40 | Review and revise draft memo from LRC on MDL proceeding. |
| 01/10/12 | 0.20 | Call with D. Rath (LRC) re MDL memorandum. |
| 01/10/12 | 0.20 | Analyze Ex. A to FitzSimons complaint for Northern Trust party. |
| 01/10/12 | 0.40 | Review and further revise Milbank productions spreadsheet. |
| 01/10/12 | 0.40 | Review JPM transfers in connection with shareholder discovery. |
| 01/10/12 | 0.40 | Prepare draft proposed order for threshold motion. |
| 01/10/12 | 0.20 | Review second draft of the LRC memorandum on MDL. |

February 28, 2012                                                                                           Page 8

| | |
|---|---|
| 01/10/12 | 0.40 Participate in weekly professionals' call re status of bankruptcy and litigation proceedings. |
| 01/10/12 | 0.20 Review Chadbourne & Parke comments to draft memo on MDL. |
| 01/11/12 | 0.20 Review and revise draft LRC memo on MDL transfer. |
| 01/11/12 | 0.10 Call with D. Rath (LRC) re same. |
| 01/11/12 | 0.30 Research and respond to Northern Trust question re shareholder production and Exh. A to FitzSimons. |
| 01/11/12 | 1.00 Attend omnibus court hearing telephonically. |
| 01/11/12 | 0.50 Call with LRC and J. Sottile re MDL transfer issues. |
| 01/11/12 | 0.20 Call with J. Green (LRC) re MDL Rules and transfer issues. |
| 01/11/12 | 0.30 Prepare and file notice of appearance for MDL via ECF. |
| 01/11/12 | 0.20 Review MDL Rules in connection with CTO. |
| 01/11/12 | 0.10 Review second revised version of draft memo addressing the timing of transfer. |
| 01/11/12 | 0.20 Call with P. Guirguis (Fulbright) re shareholder service issues for Northern Trust in FitzSimons. |
| 01/11/12 | 0.40 Review and revise 3rd draft of MDL memorandum to Committee. |
| 01/11/12 | 0.10 Email final Committee memorandum to Chadbourne & Parke for Intralinks posting. |
| 01/13/12 | 0.20 Review Noteholders' motion to lift stay. |
| 01/13/12 | 0.30 Review revised motion on stay extension for FitzSimons. |
| 01/16/12 | 0.70 Call with J. Sottile and D. Rath and J. Green (LRC) re litigation strategy re FitzSimons. |
| 01/16/12 | 0.40 Revise draft of Committee stay extension motion for FitzSimons. |
| 01/16/12 | 0.40 Revise and edit second draft of Committee stay extension motion for FitzSimons. |
| 01/16/12 | 0.10 Email draft Committee stay extension motion to LRC and C&P for FitzSimons. |
| 01/16/12 | 0.40 Prepare spreadsheet for A. Chang (DPW) for JPM shareholder production. |
| 01/17/12 | 0.70 Participate in weekly professionals' call re bankruptcy and litigation proceedings. |

| 01/17/12 | 0.10 | Confer with J. Sottile re draft stay extension brief for FitzSimons. |
| 01/17/12 | 0.20 | Review and edit revised draft stay extension motion for FitzSimons. |
| 01/17/12 | 1.20 | Draft limited motion to vacate CTO in MDL. |
| 01/18/12 | 0.30 | Review revised MDL limited motion to vacate. |
| 01/18/12 | 0.30 | Draft and revise Intralinks for Chadbourn & Parke posting note re draft brief. |
| 01/18/12 | 0.10 | Confer with D. Rath (LRC) re MDL motion. |
| 01/18/12 | 0.80 | Revise UCC limited motion to vacate per J. Sottile comments. |
| 01/18/12 | 0.10 | Confer with J. Green (SVG) re service of extension motion in lender action. |
| 01/18/12 | 0.10 | Confer with L. Medoro re lender action service list. |
| 01/18/12 | 0.70 | Research and prepare corporate disclosure statement for MDL filing. |
| 01/18/12 | 0.10 | Emails with J. Sottile and D. Rath (LRC) re lender action claims that need to be moved to FitzSimons. |
| 01/18/12 | 0.10 | Review Lender Action complaint. |
| 01/18/12 | 0.10 | Review emails re Committee strategy for motion to vacate MDL. |
| 01/19/12 | 0.70 | Review, finalize, and file MDL limited motion to vacate. |
| 01/19/12 | 0.40 | Call with A. Chang (DPW) re JPM shareholder production. |
| 01/19/12 | 0.40 | Draft proposed order on limited motion to vacate the CTO in MDL. |
| 01/23/12 | 0.20 | Respond to J. Sottile question re shareholder action defendants. |
| 01/23/12 | 0.10 | Email LRC re shareholder action defendants. |
| 01/23/12 | 0.20 | Call with J. Goldsmith and C. Doniak (Akin Gump) re Exhibit A issues and confidentiality agreement. |
| 01/23/12 | 0.10 | Email to LRC and J. Sottile re Akin call and next steps. |
| 01/24/12 | 0.10 | Review LRC draft of Committee opposition to motion to lift stay on state law claims. |
| 01/24/12 | 0.20 | Call and email with S. Sulkowski (Milbank) re shareholder action service in FitzSimons. |

| 01/24/12 | 0.30 | Participate in weekly professionals' call re bankruptcy and litigation proceedings. |
| 01/25/12 | 0.10 | Call with A. Rosenblatt (C&P) re motion to lift stay. |
| 01/25/12 | 0.10 | Email D. Rath (LRC) and J. Sottile re motion to lift stay. |
| 01/25/12 | 0.10 | Emails with J. Boelter (Sidley) and M. Roitman (C&P) re Noteholders' state law actions. |
| 01/26/12 | 0.20 | Draft email to Allstate counsel re shareholder's action. |
| 01/27/12 | 0.10 | Call with J. Green (LRC) re reply on Committee stay motion. |
| 01/27/12 | 0.20 | Confer with J. Sottile re reply on Committee stay motion. |
| 01/27/12 | 0.10 | Email K. Scully (Akin) re Ex. A to state law amended complaints. |
| 01/27/12 | 0.10 | Review Noteholders' opposition to stay motion. |
| 01/31/12 | 0.50 | Participate in weekly professionals' call re status of bankruptcy and litigation proceedings. |

**Graeme W. Bush**

| 01/02/12 | 0.20 | Telephone call with J. Sottile regarding status of MDL proceedings and FitzSimons. |
| 01/04/12 | 0.50 | Telephone conference with Chadbourne & Parke and Zuckerman attorneys regarding transfer order and Aurelius request. |
| 01/04/12 | 0.70 | Review Zuckerman Spaeder memorandum to UCC regarding transfer order and Judge Carey's decision on motion for reconsideration. |
| 01/04/12 | 0.40 | Telephone conference with UCC professionals re status of bankruptcy and litigation proceedings. |
| 01/04/12 | 0.20 | Review e-mails from Messrs. Sottile and Goldfarb regarding notice to MDL court. |
| 01/05/12 | 0.40 | E-mails exchange to DCL Plan Proponents regarding negotiations with Aurelius. |
| 01/11/12 | 0.20 | Review e-mail reports on hearing regarding allocation and confirmation. |
| 01/13/12 | 0.20 | Confer with J. Sottile regarding advice to UCC regarding stay of FitzSimons. |
| 01/13/12 | 0.30 | Review e-mails and drafts from DCL Proponents regarding proposed order for Court. |

February 28, 2012                                                                                    Page 11

| 01/15/12 | 0.20 | Telephone call with J. Sottile regarding FitzSimons' stay issue and UCC meeting. |
| 01/16/12 | 0.30 | E-mail exchange with DCL Plan Proponents regarding changes negotiated in scheduling order. |
| 01/16/12 | 0.10 | Telephone call with J. Sottile regarding advice to UCC on stay of FitzSimons. |
| 01/17/12 | 0.20 | Confer with J. Sottile regarding status and strategy regarding stay of FitzSimons suit. |

**Andrew Caridas**

| 01/12/12 | 1.40 | Research and direct international service of process. |
| 01/13/12 | 2.40 | Research and direct international service of process. |

**Lisa Medoro**

| 01/03/12 | 4.00 | Prepare and print labels in preparation of mailings to international defendants in lender action; research addresses and proper format of the same for defendants located internationally. |
| 01/09/12 | 1.70 | Continue to research addresses and proper format of the same for defendants located internationally for lender action. |
| 01/10/12 | 3.30 | Research addresses and proper format of the same for defendants located internationally for lender action. |
| 01/12/12 | 0.20 | Call with A. Caridas regarding service of international defendants for lender action. |
| 01/18/12 | 0.70 | Review, edit and revise list of lender action defendants who were served complaint successfully and whose certificates of service were filed with the Court. |
| 01/19/12 | 1.80 | Research addresses and proper format of the same for defendants located internationally for lender action service. |
| 01/20/12 | 4.00 | Continue to research addresses and proper format of the same for defendants located internationally for lender action service. |
| 01/24/12 | 3.30 | Continue to research addresses and proper format of the same for defendants located internationally for lender action service. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

February 28, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:282212
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

_____

STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through January 31, 2012.

By Andrew N. Goldfarb
   2.50  hours at $640.00  per hour

$     1,600.00

| | |
|---|---|
| TOTAL FEES | $   1,600.00 |
| TOTAL EXPENSES | $       0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $   1,600.00 |

February 28, 2012                                                                Page 2

DESCRIPTION OF SERVICES                                    CLIENT: 12464
                                                           MATTER: 0002


Andrew N. Goldfarb

| | | |
|---|---|---|
| 01/03/12 | 0.30 | Review and finalize Zuckerman Spaeder 28th monthly fee application. |
| 01/05/12 | 0.20 | Email to J. Sottile re reviewed September time re inquiry. |
| 01/06/12 | 0.20 | Review November time per J. Sottile's inquiry. |
| 01/06/12 | 0.10 | Email to J. Sottile re same. |
| 01/09/12 | 0.20 | Confer with J. Sottile re Oct-Dec 2012 Zuckerman Spaeder fee applications. |
| 01/09/12 | 0.10 | Revise and finalize Zuckerman Spaeder 28th monthly fee application. |
| 01/12/12 | 1.00 | Draft and review 9th interim Zuckerman Spaeder fee application. |
| 01/13/12 | 0.40 | Review, finalize and file Zuckerman Spaeder 9th interim fee application. |