# Exhibit B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
27th Monthly Fee Application
Period 1/1/12-1/31/12

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| **TRAVEL** | | | | |
| | $ 837.40 | 11/2/2011 | JS | |
| | $ 450.00 | 11/9/2011 | JS | |
| | $ 166.00 | 11/16/2011 | JS | |
| | $ 213.00 | 11/17/2011 | JS | |
| | $ 1,392.60 | 11/30/2011 | JS | |
| | $ 181.00 | 11/22/2011 | JS | |
| | $ 245.00 | 12/13/2011 | JS | |
| | $ 161.00 | 12/14/2011 | JS | |
| Total | $ 3,646.00 | | | $ 3,646.00 |
| **TAXI SERVICE** | | | | |
| | $ 44.00 | 11/17/2011 | JS | |
| | $ 12.00 | 10/31/2011 | JS | |
| | $ 86.50 | 11/2/2011 | JS | |
| | $ 70.00 | 11/30/2011 | JS | |
| | $ 29.00 | 11/22/2011 | JS | |
| | $ 22.00 | 12/13/2011 | JS | |
| | $ 41.40 | 12/14/2011 | JS | |
| | $ 37.80 | 12/20/2011 | SPN | |
| Total | $ 342.70 | | | $ 342.70 |
| **GAS/MILLEAGE** | | | | |
| | $ 118.80 | 10/31/2011 | JS | |
| Total | $ 118.80 | | | $ 118.80 |
| **MISC/ TIPS** | | | | |
| | $ 4.50 | 11/16/2011 | JS | |
| Total | $ 4.50 | | | $ 4.50 |
| **HOTEL** | | | | |
| | $ 637.31 | 11/16/2011 | JS | |
| Total | $ 637.31 | | | $ 637.31 |
| **MEALS** | | | | |
| | $ 263.93 | 11/16/2011 | JS | |
| | $ 116.25 | 12/20/2011 | JS | |
| Total | $ 380.18 | | | $ 380.18 |
| **FILING FEE** | | | | |
| Parcels, Inc. | $ 5,190.00 | 1/9/2012 | | |
| Total | $ 5,190.00 | | | $ 5,190.00 |
| **IN HOUSE PHOTOCOPY** | | | | |
| | $ 55.20 | 12/7/2011 | | |
| Total | $ 55.20 | | | $ 55.20 |
| **PROCESS SERVICE** | | | | |
| EPS Process Service, Inc. | $ 97.99 | | | |
| Total | $ 97.99 | | | $ 97.99 |
| **POSTAGE** | | | | |
| | $ 7.95 | 11/30/2011 | | |
| | $ 0.44 | 12/1/2011 | | |

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| Total | $ 8.39 | | | $ 8.39 |
| **EXPRESS DELIVERY** | | | | |
| FedEx | $ 10.60 | 12/28/2011 | | |
| Total | $ 10.60 | | | $ 10.60 |
| **WESTLAW RESEARCH** | | | | |
| | $ 49.21 | 11/30/2011 | | |
| | $ 1,281.98 | 12/31/2011 | | |
| Total | $ 1,331.19 | | | $ 1,331.19 |
| **TELEPHONE REIMBURSEMENT** | | | | |
| Soundpath Conferencing | $ 16.00 | 12/13/2011 | | |
| Soundpath Conferencing | $ 14.62 | 12/13/2011 | | |
| Soundpath Conferencing | $ 2.15 | 12/13/2011 | | |
| Soundpath Conferencing | $ 5.60 | 12/27/2011 | | |
| Soundpath Conferencing | $ 8.88 | 12/27/2011 | | |
| Total | $ 47.25 | | | $ 47.25 |
| **CELL PHONE REIMBURSEMENTS** | | | | |
| AT&T Mobility | $ 60.39 | 10/26/2011 | ANG | |
| Total | $ 60.39 | | | $ 60.39 |
| **LONG DISTANCE CALLS** | | | | |
| | $ 0.12 | 12/1/2011 | | |
| | $ 0.12 | 12/2/2011 | | |
| | $ 0.72 | 12/2/2011 | | |
| | $ 1.08 | 12/2/2011 | | |
| | $ 1.20 | 12/2/2011 | | |
| | $ 0.24 | 12/2/2011 | | |
| | $ 0.12 | 12/2/2011 | | |
| | $ 0.24 | 12/2/2011 | | |
| | $ 0.36 | 12/2/2011 | | |
| | $ 1.92 | 12/5/2011 | | |
| | $ 0.12 | 12/5/2011 | | |
| | $ 0.12 | 12/6/2011 | | |
| | $ 0.24 | 12/6/2011 | | |
| | $ 0.12 | 12/6/2011 | | |
| | $ 0.12 | 12/6/2011 | | |
| | $ 0.12 | 12/7/2011 | | |
| | $ 1.32 | 12/7/2011 | | |
| | $ 0.72 | 12/7/2011 | | |
| | $ 0.12 | 12/7/2011 | | |
| | $ 0.12 | 12/7/2011 | | |
| | $ 1.68 | 12/7/2011 | | |
| | $ 1.44 | 12/7/2011 | | |
| | $ 0.12 | 12/7/2011 | | |
| | $ 0.60 | 12/7/2011 | | |
| | $ 5.28 | 12/8/2011 | | |
| | $ 0.60 | 12/8/2011 | | |
| | $ 0.12 | 12/8/2011 | | |
| | $ 0.12 | 12/8/2011 | | |
| | $ 0.12 | 12/9/2011 | | |
| | $ 0.12 | 12/9/2011 | | |
| | $ 0.24 | 12/12/2011 | | |
| | $ 1.44 | 12/12/2011 | | |
| | $ 1.44 | 12/12/2011 | | |
| | $ 0.12 | 12/13/2011 | | |
| | $ 0.60 | 12/14/2011 | | |
| | $ 0.24 | 12/14/2011 | | |
| | $ 0.12 | 12/15/2011 | | |
| | $ 0.12 | 12/15/2011 | | |
| | $ 0.12 | 12/15/2011 | | |
| | $ 1.56 | 12/15/2011 | | |
| | $ 0.12 | 12/15/2011 | | |
| | $ 0.12 | 12/15/2011 | | |
| | $ 0.84 | 12/15/2011 | | |
| | $ 0.48 | 12/15/2011 | | |
| | $ 0.36 | 12/16/2011 | | |

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| | $ 1.08 | 12/16/2011 | |
| | $ 0.60 | 12/16/2011 | |
| | $ 0.12 | 12/16/2011 | |
| | $ 0.12 | 12/16/2011 | |
| | $ 0.12 | 12/16/2011 | |
| | $ 0.24 | 12/16/2011 | |
| | $ 0.12 | 12/16/2011 | |
| | $ 1.32 | 12/19/2011 | |
| | $ 0.60 | 12/19/2011 | |
| | $ 0.48 | 12/19/2011 | |
| | $ 1.92 | 12/20/2011 | |
| | $ 0.24 | 12/20/2011 | |
| | $ 0.48 | 12/20/2011 | |
| | $ 0.48 | 12/20/2011 | |
| | $ 0.96 | 12/21/2011 | |
| | $ 0.12 | 12/21/2011 | |
| | $ 0.12 | 12/21/2011 | |
| | $ 0.96 | 12/21/2011 | |
| | $ 0.96 | 12/21/2011 | |
| | $ 0.12 | 12/21/2011 | |
| | $ 0.12 | 12/21/2011 | |
| | $ 0.12 | 12/21/2011 | |
| | $ 0.12 | 12/21/2011 | |
| | $ 0.12 | 12/21/2011 | |
| | $ 1.32 | 12/22/2011 | |
| | $ 1.32 | 12/22/2011 | |
| | $ 0.48 | 12/22/2011 | |
| | $ 1.92 | 12/22/2011 | |
| | $ 1.92 | 12/22/2011 | |
| | $ 0.84 | 12/22/2011 | |
| | $ 0.12 | 12/22/2011 | |
| | $ 0.24 | 12/29/2011 | |
| | $ 0.12 | 12/29/2011 | |
| | $ 0.36 | 12/29/2011 | |
| | $ 0.24 | 1/3/2012 | |
| | $ 0.12 | 1/3/2012 | |
| | $ 0.96 | 1/5/2012 | |
| | $ 1.56 | 1/5/2012 | |
| | $ 0.12 | 1/6/2012 | |
| | $ 3.12 | 1/6/2012 | |
| | $ 1.68 | 1/6/2012 | |
| | $ 0.96 | 1/10/2012 | |
| | $ 1.92 | 1/11/2012 | |
| | $ 0.12 | 1/11/2012 | |
| | $ 2.16 | 1/12/2012 | |
| | $ 0.48 | 1/12/2012 | |
| | $ 2.04 | 1/13/2012 | |
| | $ 0.36 | 1/13/2012 | |
| | $ 3.12 | 1/13/2012 | |
| | $ 6.96 | 1/13/2012 | |
| | $ 0.12 | 1/13/2012 | |
| | $ 0.12 | 1/13/2012 | |
| | $ 0.24 | 1/13/2012 | |
| | $ 0.24 | 1/17/2012 | |
| | $ 0.12 | 1/17/2012 | |
| | $ 0.96 | 1/17/2012 | |
| | $ 1.32 | 1/17/2012 | |
| | $ 0.12 | 1/17/2012 | |
| | $ 0.24 | 1/17/2012 | |
| | $ 0.12 | 1/17/2012 | |
| | $ 0.60 | 1/17/2012 | |
| | $ 0.36 | 1/17/2012 | |
| | $ 0.96 | 1/17/2012 | |
| | $ 0.12 | 1/17/2012 | |
| | $ 1.80 | 1/17/2012 | |
| | $ 0.12 | 1/17/2012 | |
| | $ 0.12 | 1/18/2012 | |
| | $ 1.92 | 1/19/2012 | |
| | $ 0.12 | 1/19/2012 | |
| | $ 1.80 | 1/19/2012 | |
| | $ 1.56 | 1/20/2012 | |
| | $ 0.24 | 1/20/2012 | |
| | $ 1.32 | 1/24/2012 | |

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| | $ 2.04 | 1/24/2012 | |
| | $ 1.08 | 1/24/2012 | |
| | $ 0.36 | 1/26/2012 | |
| | $ 0.24 | 1/26/2012 | |
| | $ 1.08 | 1/26/2012 | |
| | $ 0.12 | 1/26/2012 | |
| | $ 1.08 | 1/27/2012 | |
| | $ 0.12 | 1/30/2012 | |
| Total | $ 94.32 | | $ 94.32 |
| | | | |
| GRAND TOTAL | | | $ 12,024.82 |