

**R·M·S**

RECEIVABLE MANAGEMENT SERVICES

307 International Circle, Suite 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rms-iqor.com

Phyllis A. Hayes
Paralegal – Bankruptcy Services

February 28, 2012

Clerk
U.S. Bankruptcy Court
District of Delaware
824 Market St., 3rd Fl
Wilmington, DE 19801

In re: Tribune Company("Debtor")
Case No. 08-13141-KJC (Chapter 11)
Claim No. 6781– EMC Corporation @ $24,595.51

Dear Clerk:

This letter serves to withdraw Proof of Claim numbered 6781 filed on June 9, 2011, in the above referenced case. The claim has been fully satisfied.

If any other documentation or notification is required, please let me know.

Thanking you in advance,

Sincerely,

Phyllis A. Hayes
Receivable Management Services
Agent for Creditor, EMC Corporation

PAH/tbm

Alvarez & Marshal
Attn.: Jodi Ehrenhofer, Director
55 West Monroe, Ste. 4000
Chicago, IL 60603

Sidley Austin LLP
Attn.: Kenneth P. Kansa, Esq.
One South Dearborn
Chicago, Il 60603

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

Cole, Scholtz, Meisel, Forman & Leonard, P.A.
Attn.: Norman L. Pernick, Esq.
1000N West St., Ste. 1200
Wilmington, DE 19801