# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 11085 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                         ) ss.:
COUNTY OF NEW YORK  )

DAVID MALO, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Second Amended Agenda_ DI 11085_Aff_3-5-12.doc

2. On March 5, 2012, I caused to be served the "Notice of Second Amended Agenda of Matters Scheduled for Hearing on March 5, 2012 at 10:00 A.M. Before the Honorable Kevin J. Carey, " dated March 5, 2012 [Docket No. 11085], by causing true and correct copies to be delivered by facsimile to those parties listed on the annexed Exhibit A, and by email to those parties listed on the annexed Exhibit B.

*/s/ David R. Malo*
David Malo

Sworn to before me this
6th day of March, 2012

*/s/ Cassandra Murray*
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

| Name/Firm | Fax |
|---|---|
| A.M. Saccullo Legal, LLC  Attn: Anthony M Saccullo; Thomas H Kovach | 302-836-8787 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Daniel H Golden; Philip Dublin; David M. Zensky | 212-872-1002 |
| Archer & Greiner, P.C.  Attn: John V Fiorella, Charles J Brown | 302-777-4352 |
| Ashby & Geddes, P.A.  Attn: William Bowden; Amanda M Winfree | 302-654-2067 |
| Ballard Spahr LLP  Attn: Christopher S Chow; Leslie C Heilman | 302-252-4466 |
| Barnes & Thornburg LLP  Attn: David M Powlen, E. Rebecca Workman | 317-231-7433 |
| Bayard, P.A.  Attn: Justin R Alberto, Ashley Stitzer | 302-658-6395 |
| Bifferato Gentilotti LLC  Attn: Garvan F McDaniel; Mary E. Augustine | 302-429-8600 |
| Bifferato LLC  Attn: Ian Connor Bifferato; Kevin G Collins; Thomas F Driscoll; J Zachary Haupt | 302-254-5383 |
| Blank Rome LLP  Attn: David W Carickhoff | 302-425-6464 |
| Brown Rudnick LLP  Attn: Robert J Stark; Martin S Siegel; Gordon Z Novod | 212-209-4801 |
| Brown Stone Nimeroff LLC  Attn: Jami B Nimeroff | 302-351-2744 |
| Chadbourne & Parke LLP  Attn: Howard Seife; David M LeMay; Douglas E Deutsche | 212-541-5369 |
| Ciardi Ciardi & Astin  Attn: Daniel K. Astin, John D. McLaughlin, Jr. | 302-658-1300 |
| Cooch and Taylor, P.A.  Attn: Susan E Kaufman | 302-984-3939 |
| Cozen O'Connor  Attn: Mark E Felger | 302-295-2013 |
| Cross & Simon, LLC  Attn: Christopher P Simon; Joseph Grey | 302-777-4224 |
| Davis Polk & Wardwell  Attn: Benjamin S. Kaminetzky; Elliot Moskowitz; Karen Luftglass | 212-607-7999 |
| Dewey & Leboeuf LLP  Attn: Bruce Bennett; James O Johnston; Joshua M Mester | 213-621-6100 |
| DLA Piper LLP (US)  Attn: Stuart M Brown; R.Craig Martin; Michelle E. Marino | 302-394-2341 |
| Duane Morris LLP  Attn: Lawrence J Kotler | 302-657-4901 |
| Duane Morris LLP  Attn: Michael R Lastowski; Sommer L Ross | 302-657-4901 |
| Duane Morris LLP  Attn: Richard W Riley | 302-657-4901 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-425-0432 |
| Eckert, Seamans, Cherin & Mellott, LLC   Attn: Tara L. Lattomus | 302-425-0432 |
| Elliott Greenleaf  Attn: Rafael X. Zahralddin-Aravena | 302-384-9399 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-656-3714 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-384-9399 |
| Fox Rothschild LLP  Attn: Jeffrey M Schlerf; John H Strock | 302-656-8920 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: Edward A Friedman; William P Weintraub | 212-833-1250 |
| Greenberg Traurig, LLP  Attn: Dennis A Meloro | 302-661-7360 |
| Hiller & Arban, LLC  Attn: Adam Hiller, Brian Arban | 302-442-7045 |
| Jenner & Block  LLP  Attn: David J Bradford; Catherine L. Steege; Andrew W. Vail | 312 527-0484 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: David S Rosner;  Sheron Korpus; Christine A. Montenegro; Matthew B. Stein | 212-506-1800 |
| Kaye Scholer LLP  Attn: Madlyn Gleich Primoff; Jane W Parver; Joseph W Drayton | 212-836-6525 |
| Klehr Harrison Harvey Branzburg LLP  Attn: Michael W Yurkewicz | 302-426-9193 |
| Landis Rath & Cobb LLP  Attn: Adam G Landis; Matthew B. McGuire | 302-467-4450 |
| Latham & Watkins LLP  Attn: Robert J. Rosenberg; David A. Hammerman | 212-751-4864 |

| Name/Firm | Fax |
|---|---|
| Loizides, P.A.  Attn: Christopher D Loizides | 302-654-0728 |
| Margolis Edelstein  Attn: James E Huggett | 302-888-1119 |
| Mayer Brown LLP  Attn: Frederick D Hyman; Brian Trust; Amit K Trehan; Barbara Yan | 212-262-1910 |
| McCarter & English, LLP  Attn: David Adler | 212-609-6921 |
| McCarter & English, LLP  Attn: Katherine L Mayer; James J. Freebery IV | 302-984-6399 |
| Michael P. Morton | 302-426-1300 |
| Monzack Mersky McLaughlin & Browder, P.A.  Attn: Rachel B Mersky | 302-656-2769 |
| Morgan, Lewis & Bockius LLP  Attn: Colm F Connolly | 302-574-3001 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Derek C Abbott; Curtis S Miller | 302-658-3989 |
| Office of the United States Trustee  Attn: David M Klauder | 302-573-6497 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Laura Davis Jones; Timothy P Cairns | 302-652-4400 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP  Attn: Joseph L Christensen | 302-655-4420 |
| Pepper Hamilton LLP  Attn: David B Stratton; John H Schanne II | 302-421-8390 |
| Phillips, Goldman & Spence, P.A.  Attn: John C Phillips | 302-655-4210 |
| Pinckney, Harris & Weidinger, LLC  Attn: Donna Harris | 302-442-7046 |
| Polsinelli Shughart PC  Attn: Christopher A Ward | 302-252-0921 |
| Potter Anderson & Corroon LLP  Attn: Laurie Silverstein | 302-658-1192 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-651-7701 |
| Rosenthal, Monhait & Goddess, PA  Attn: Norman M. Monhait | 302-658-7567 |
| Seitz, van Ogtrop & Green, P.A.  Attn: R Karl Hill, James S. Green, Sr., Patricia P. McGonigle | 302-888-0606 |
| Sidley Austin LLP  Attn: James F Conlan; Bryan Krakauer | 312-853-7036 |
| Sidley Austin LLP  Attn: Kevin T Lantry | 213-896-6600 |
| Silverman McDonald & Friedman  Attn: Brian E Lutness | 302-888-2923 |
| Stradley, Ronon, Stevens & Young, LLP  Attn: Antranig Garibian | 302-295-4801 |
| Stutman Treister & Glatt  Attn: Isaac M. Pachulski | 310-228-5788 |
| Sullivan Hazeltine Allinson LLC  Attn: William Hazeltine; William D Sullivan; Elihu E Allinson III | 302-428-8195 |
| Teitelbaum & Baskin, LLP  Attn: Jay Teitelbaum | 914-437-7672 |
| The Rosner Law Group LLC  Attn: Frederick B Rosner; Scott J Leonhardt | 302-351-8010 |
| Tybout Redfearn and Pell  Attn: Sherry Ruggiero Fallon | 302-658-4018 |
| U. S. Attorney's Office  Attn: Ellen W Slights | 302-573-6431 |
| Weil, Gotshal & Manges LLP  Attn: Jonathan D. Polkes; Michael F. Walsh; Richard Slack | 212-310-8007 |
| Wilmer Cutler Pickering Hale and Dorr LLP  Attn: Andrew Goldman | 212-230-8888 |
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Young Conaway Stargatt & Taylor, LLP  Attn: Robert S Brady; M Blake Cleary | 302-571-1253 |
| Zuckerman Spaeder LLP  Attn: Graeme W Bush; James Sottile | 202-822-8106 |

**EXHIBIT B**

| Name/Firm | Email: |
|---|---|
| A.M. SACCULLO LEGAL, LLC | ams@saccullolegal.com; kovach@saccullolegal.com |
| ABATO, RUBENSTEIN AND ABATO, P.A. | csbott@abato.com; besders@abato.com |
| ACXIOM CORPORATION | cbblac@acxiom.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | dgolden@akingump.com;pdublin@akingump.com |
| ALLISON, SLUTSKY & KENNEDY, PC | cowan@ask-attorneys.com |
| ANDREW S. CONWAY, ESQUIRE | aconway@taubman.com |
| ARCHER & GREINER, PC | jfiorella@archerlaw.com |
| ARKIN KAPLAN RICE LLP | hkaplan@arkin-law.com; ddavidian@arkin-law.com |
| ASHBY & GEDDES, P.A. | WBOWDEN@ASHBY-GEDDES.COM; kskomorucha@ashby-geddes.com |
| ASHBY & GEDDES, PA | wbowden@ashby-geddes.com; awinfree@ashby-geddes.com |
| ASKOUNIS & DARCY, PC | taskounis@askounisdarcy.com |
| BALLARD SPAHR LLP | chowc@ballardspahr.com;maydt@ballardspahr.com |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | william.barrett@bfkn.com; ray.rezner@bfkn.com; roger.stetson@bfkn.com |
| BARNES & THORNBURG LLP | DAVID.POWLEN@BTLAW.COM |
| BARTLETT HACKETT FEINBERG PC | ffm@bostonbusinesslaw.com |
| BAYARD, P.A. | jalberto@bayardlaw.com |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | jlosardo@bbwg.com |
| BIFFERATO GENTILOTTI LLC | gmcdaniel@bglawde.com |
| BIFFERATO LLC | cbifferato@bifferato.com; kcollins@bifferato |
| BLAKELEY & BLAKELEY LLP | JWHITE@BLAKELEYLLP.COM |
| BLANK ROME LLP | carickhoff@blankrome.com |
| BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN | DAVE@BHDRL.COM |
| BRACEWELL & GUILIANI LLP | evan.flaschen@bgllp.com; daniel.connolly@bgllp.com; |
| BROWN RUDNICK LLP | rstark@brownrudnick.com; gnovod@brownrudnick.com |
| BROWN STONE NIMEROFF LLC | jnimeroff@bsnlawyers.com |
| BRYAN CAVE LLP | michelle.mcmahon@bryancave.com |
| BUCHALTER NEMER | pwebster@buchalter.com |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| CANON USA, INC | rweinstein@cusa.canon.com |
| CAPITALSOURCE FINANCE LLC | jfungaroli@capitalsource.com |
| CHADBOURNE & PARKE LLP | hseife@chadbourne.com; dlemay@chadbourne.com; |
| CHRISTINE Z. HERI | heri.christine@dol.gov |
| CIARDI CARDI & ASTIN | jmclaughlin@ciardilaw.com |
| CIARDI, CIARDI & ASTIN | rsteinberg@ciardilaw.com |
| COHEN WEISS & SIMON LLP | bceccotti@cwsny.com |
| COLE SCHOTZ MEISEL FORMAN & LEONARD, PA | kstickles@coleschotz.com; npernick@coleschotz.com |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF | ra-li-ucts-bankhbg@state.pa.us |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF | cmomjian@attorneygeneral.gov |
| COOCH & TAYLOR PA | skaufman@coochtaylor.com |
| COTCHETT, PITRE & MCCARTHY | pgregory@cpmlegal.com |
| COZEN O'CONNOR | mfelger@cozen.com |
| CROSS & SIMON LLC | csimon@crosslaw.com |
| CROSS & SIMON, LLC | jgrey@crosslaw.com |
| CROUDACE & DIETRICH LLP | MARK.NITIKMAN@C2D2LAW.COM |
| CROWELL & MORING LLP | mblumenthal@crowell.com |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL | ELAINE_COLE@TAX.STATE.NY.US |
| DAVIS POLK & WARDELL LLP | tribuneco.routing@dpw.com |
| DEWEY & LEBOEUF LLP | asalpeter@dl.com; tnohos@dl.com |
| DLA PIPER LLP (US) | stuart.brown@dlapiper.com; craig.martin@dlapiper.com; |
| DLA PIPER LLP (US) | jodie.buchman@dlapiper.com |
| DUANE MORRIS | ljkotler@duanemorris.com |
| DUANE MORRIS LLP | mlastowski@duanemorris.com; slross@duanemorris.com |
| DUANE MORRIS LLP | rwriley@duanemorris.com; slross@duanemorris.com |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | kelkins@elkinskalt.com |
| ELLIOTT GREENLEAF | rxza@elliottgreenleaf.com; jms@elliottgreenleaf.com |
| ELLIOTT GREENLEAF | wmk@elliottgreenleaf.com |
| ENTWISTLE & CAPPUCCI LLP | vcappucci@entwistle-law.com |
| ERVIN COHEN & JESSUP LLP | kmiller@ecjlaw.com |

| Name/Firm | Email: |
|---|---|
| FOLEY & LARDNER LLP | MBRAZA@FOLEY.COM |
| FOLEY & LARDNER LLP | MSMALL@FOLEY.COM |
| FOX ROTHSCHILD LLP | jschlerf@foxrothschild.com; jstrock@foxrothschild.com |
| FRANK/GECKER LLP | JFRANK@FGLLP.COM |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | fred.fellmeth@vitecgroup.com |
| FREEBORN & PETERS LLP | ahammer@freebornpeters.com;deggert@freebornpeters.com |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | efriedman@fklaw.com; wweintraub@fklaw.com |
| FRIEDMAN LAW GROUP | jfriedman@jbflawfirm.com |
| FURMAN GREGORY LLC | don@fgd-law.com |
| GATEWAY PACIFIC PROPERTIES, INC. | rkbgwhw@aol.com |
| GE MONEY BANK | claims@recoverycorp.com |
| GOHN HANKEY & STICHEL LLP | jberlage@ghsllp.com |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | bmd@gsrnh.com |
| GREENBERG TRAURIG, LLP | MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP | GARLANDK@GTLAW.COM |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP | etredinnick@greeneradovsky.com |
| HANNAFAN & HANNAFAN, LTD. | mth@hannafanlaw.com; bth@hannafanlaw.com; jam@hannafanlaw.com |
| HARRIS CORPORATION | adeglomi@harris.com |
| HERRICK FEINSTEIN LLP | prubin@herrick.com; SSELBST@HERRICK.COM |
| HEWLETT-PACKARD COMPANY | ken.higman@hp.com |
| HEWLETT-PACKARD COMPANY | ramona.neal@hp.com |
| HOGAN LOVELLS | ira.greene@hoganlovells.com; scott.golden@hoganlovells.com |
| IBM CORPORATION | bhshide@us.ibm.com |
| J. SCOTT DOUGLASS | jsdlaw@msn.com |
| JD THOMPSON LAW | JDT@JDTHOMPSONLAW.COM |
| JENNER & BLOCK LLP | dbradford@jenner.com; csteege@jenner.com;avail@jenner.com |
| K&L GATES LLP | Charles.smith@klgates.com |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | drosner@kasowitz.com; aglenn@kasowitz.com |
| KATTEN MUCHIN ROSENMAN LLP | john.sieger@kattenlaw.com; avesselinovitch@kattenlaw.com; daniel.polatsek@kattenlaw.com; joshua.gadharf@kattenlaw.com |
| KAYE SCHOLER LLP | mprimoff@kayescholer.com |
| KELLEY DRYE & WARREN LLP | KDWBankruptcyDepartment@kelleydrye.com |
| KING & SPALDING LLP | asteinberg@kslaw.com; sdavidson@kslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | kklee@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | lbogdanoff@ktbslaw.com; mbarash@ktbslaw.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | myurkewicz@klehr.com |
| LABATON SUCHAROW LLP | ckeller@labaton.com; mstocker@labaton.com |
| LANDIS RATH & COBB LLP | landis@lrclaw.com; mcguire@lrclaw.com |
| LESLIE A. COHEN, ESQUIRE | LESLIE@LESLIECOHENLAW.COM |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | dfeinberg@lewisfeinberg.com; ajongco@lewisfeinberg.com; |
| LINDA BOYLE | linda.boyle@twtelecom.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | houston_bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LOIZIDES, P.A. | loizides@loizides.com |
| LOWENSTEIN SANDLER PC | jsherwood@lowenstein.com; ilevee@lowenstein.com |
| MAGNOZZI & KYE, LLP | adoshi@magnozzikye.com |
| MANATT, PHELPS & PHILLIPS, LLP | ikallick@manatt.com; ihernandez@manatt.com |
| MARGOLIS EDELSTEIN | jhuggett@margolisedelstein.com |
| MAUREEN A. MCGREEVEY, ESQUIRE | maureen.mcgreevey@sungard.com |
| MAYER BROWN LLP | btrust@mayerbrown.com; fhyman@mayerbrown.com; |
| MCCARTER & ENGLISH, LLP | dadler@mccarter.com |
| MCCARTER & ENGLISH, LLP | kmayer@mccarter.com |
| MCGUIRE WOODS LLP | psmoots@mcguirewoods.com; pcatanese@mcguirewoods.com |
| MCPHARLIN SPRINKLES & THOMAS, LLP | emseid@mstpartners.com |
| MEITES, MULDER & GLINK | trmeites@mmmglaw.com; mmmulder@mmmglaw.com |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. | WALDMEIRD@MICHIGAN.GOV |
| MICHAEL SCHLOSS | SCHLOSS.MICHAEL@DOL.GOV |
| MISSOURI DEPARTMENT OF REVENUE | deecf@dor.mo.gov |

| Name/Firm | Email: |
|---|---|
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | RMERSKY@MONLAW.COM |
| MORGAN, LEWIS & BOCKIUS LLP | cconnolly@morganlewis.com |
| MORGAN, LEWIS & BOCKIUS LLP | charles.jackson@morganlewis.com; tbecker@morganlewis.com |
| MORGAN, LEWIS & BOCKIUS LLP | mzelmanovitz@morganlewis.com; rmauceri@morganlewis.com |
| MORGAN, LEWIS & BOCKIUS LLP | rmauceri@morganlewis.com |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | cmcmanus@muchshelist.com |
| NAVIGANT CONSULTING, INC. | monica.weed@navigantconsulting.com |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | RHANLEY@NOLANPLUMHOFF.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | david.klauder@usdoj.gov |
| O'MELVENY & MYERS LLP | BBUTWIN@OMM.COM; DCANTOR@OMM.COM; DSHAMAH@OMM.COM |
| O'MELVENY & MYERS LLP | EJONES@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com; tcairns@pszjlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | CDAVIDOW@PAULWEISS.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP | SSHIMSHAK@PAULWEISS.COM; AGORDON@PAULWEISS.COM; DBROWN@PAULWEISS.COM; LSHUMEJDA@PAULWEISS.COM |
| PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | cmomjian@attorneygeneral.gov |
| PENSION BENEFIT GUARANTY CORPORATION | anderson.frank@pbgc.gov; efile@pbgc.gov |
| PEPPER HAMILTON LLP | strattond@pepperlaw.com;raportl@pepperlaw.com |
| PEPPER HAMILTON LLP | STRATTOND@PEPPERLAW.COM;SCHANNEJ@PEPPERLAW.COM |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | jcp@pgslaw.com |
| PINCKNEY, HARRIS & WEIDINGER, LLC | ahiller@phw-law.com |
| POLSINELLI SHUGHART PC | cward@polsinelli.com; skatona@polsinelli.com |
| PROSKAUER ROSE LLP | mzohn@proskauer.com |
| QUARLES & BRADY LLP | philip.martino@quarles.com |
| RICHARDS, LAYTON & FINGER, PA | collins@rlf.com |
| RIDDELL WILLIAMS, P.S. | jshickich@riddellwilliams.com; mmilano@riddellwilliams.com |
| ROMERO LAW FIRM | romero@mromerolawfirm.com |
| ROSENTHAL, MONHAIT & GODDESS, PA | nmonhait@rmgglaw.com |
| RUSKIN MASCOU FALTISCHEK, P.C. | MAMATO@RMFPC.COM |
| RUSKIN MOSCOU FALTISCHEK, P.C. | MAMATO@RMFPC.COM |
| SAUL EWING LLP | mminuti@saul.com |
| SCHULTE ROTH & ZABEL LLP | lawrence.gelber@srz.com |
| SEITZ, VAN OGTROP & GREEN, P.A. | khill@svglaw.com |
| SIDLEY AUSTIN LLP | jconlan@sidley.com; bkrakauer@sidley.com |
| SIDLEY AUSTIN LLP | klantry@sidley.com |
| SIMON PROPERTY GROUP, INC. | RTUCKER@SIMON.COM |
| SIRLIN GALLOGLY & LESSER, P.C. | DPLON@SIRLINLAW.COM |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | eobrien@sbchlaw.com |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | agaribian@stradley.com |
| STUART MAUE | a.dalton@smmj.com |
| SULLIVAN HAZELTINE ALLINSON LLC | whazeltine@sha-llc.com |
| SULLIVAN HAZELTINE ALLISON LLC | whazeltine@sha-llc.com |
| TEITELBAUM & BASKIN, LLP | jteitelbaum@tblawllp.com |
| THE DSF GROUP | amuscovitz@dsfadvisors.com |
| THE REIMANN LAW GROUP | dreimann@reimannlawgroup.com |
| THE ROSNER LAW GROUP | rosner@teamrosner.com |
| THE SEAPORT GROUP LLC | Sfriedberg@Theseaportgroup.com |
| TOOD M. HOEPKER, ESQ. | tmhoepker@yahoo.com |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | JCRISWELL@TSMP.COM |
| TWENTIETH TELEVISION, INC. | jodie.rea@fox.com |
| TYBOUT REDFEARN AND PELL | sfallon@trplaw.com |
| U.S. DEPARTMENT OF JUSTICE | YONATAN.GELBLUM@USDOJ.GOV |
| UNGARETTI & HARRIS | grmesires@uhlaw.com |
| UNITED STATES DEPARTMENT OF JUSTICE | matthew.troy@usdoj.gov |
| UNITED STATES DEPARTMENT OF LABOR | gerson.leonard@dol.gov |
| US ATTORNEY'S OFFICE | ellen.slights@usdoj.gov |
| VORYS SATER SEYMOUR & PEASE LLP | Tscobb@vssp.com |
| VORYS, SATER, SEYMOUR AND PEASE LLP | tscobb@vorys.com |

| Name/Firm | Email: |
|---|---|
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | wayne.smith@warnerbros.com |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L | dgonzales@wsh-law.com |
| WHITE & CASE LLP | tlauria@whitecase.com; guzzi@whitecase.com; |
| WILLKIE FARR & GALLAGHER LLP | alipkin@willkie.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | andrew.goldman@wilmerhale.com |
| WINSTON & STRAWN LLP | dneier@winston.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RBRADY@YCST.COM; MBCLEARY@YCST.COM |
| ZUCKERMAN SPAEDER LLP | gbush@zuckerman.com |
| ZUCKERMAN SPAEDER LLP | vguldi@zuckerman.com |
| ZWERDLKING PAUL KAHN & WOLLY PC | rpaul@zwerdling.com |