UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TRIBUNE COMPANY,** *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors, | ) | Case No. 08-13141 (KJC) |
| | ) | **(JOINTLY ADMINISTERED)** |
| | ) | |
| | ) | |

AMENDED NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that NBC Universal Inc. and certain of its affiliates including Universal City Studios Productions LLLP (collectively, "NBC") hereby appear by their counsel, Thompson & Knight LLP (which firm is substituting for Crowell & Moring LLP) and Brown Stone Nimeroff LLC, and demand, pursuant to Section 1109(c) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in the case and all papers served or required to be served in the case, be given to and served upon the undersigned attorneys on its behalf, at the address set forth below, attention:

| | |
|---|---|
| **Michael V. Blumenthal, Esq.** | **Jami B. Nimeroff, Esq.** |
| **Thompson & Knight LLP** | **Brown Stone Nimeroff LLC** |
| **900 Third Avenue, 20th Floor** | **901 N. Market Street, Suite 1300** |
| **New York, New York 10022** | **Wilmington, DE 19801** |
| **(212) 751-3321 Tel** | **(302) 428-8142 Tel** |
| **(214) 999-9279 Fax** | **(302) 351-2744 Fax** |
| **E-mail: michael.blumenthal@tklaw.com** | **Email: jnimeroff@bsnlawyers.com** |

PLEASE TAKE FURTHER NOTICE, the foregoing demand includes not only the notices and papers referred to the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or

demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect in any way the debtor or property or proceeds in which the debtor may claim an interest.

Dated: March 6, 2012
      Wilmington, DE

Respectfully Submitted,

BROWN STONE NIMEROFF LLC

/s/ Jami B. Nimeroff
Jami B. Nimeroff, Esquire
901 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 428-8142 Tel
(302) 351-2744 Fax
Email: jnimeroff@bsnlawyers.com

and

Michael V. Blumenthal
THOMPSON & KNIGHT LLP
900 Third Avenue, 20th Floor
New York, New York 10022
(212) 751-3321

*Attorneys for NBC Universal Inc. and certain of its affiliates including Universal City Studios Productions LLLP*

## Service List

| | | |
|---|---|---|
| Justin R. Alberto<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | Mary E. Augustine<br>Bifferato Gentilotti<br>800 N. King St.<br>Plaza Level<br>Wilmington, DE 19801 | Patricia E Bender<br>5415 N. Sheridan Rd<br>Suite 1411<br>Chicago, IL 60640 |
| Elihu Ezekiel Allinson, III<br>Sullivan Hazeltine Allinson LLC<br>901 North Market Street, Sioté 1300<br>Suite 1300<br>Wilmington, DE 19801 | Allison R Axenrod<br>Claims Recevery Group LLC<br>92 Union Avenue<br>Cresskill, NJ 07626 | Bruce Bennett<br>Dewey & Leboeuf LLP<br>333 South Grand Avenue<br>Suite 2600<br>Los Angeles, CA 90071 |
| Michael S. Amato<br>Ruskin Moscou Faltischek, P.C.<br>1425 RXR Plaza<br>Uniondale, NY 11556 | Kimberly Bacher<br>Shaw Gussis Fishman Glantz<br>Wolfson & Tow<br>321 N. Clark St., Suite 800<br>Chicago, IL 60610 | Ian Connor Bifferato<br>Bifferato LLC<br>800 N. King Street<br>First Floor<br>Wilmington, DE 19801 |
| Frank A. Anderson<br>Pension Benefit Guaranty Corporation<br>1200 K Street N.W., Suite 340<br>Washington, DC 20005 | Scott Baena<br>Bilzin, Sumberg, Baena, Price & Axelrod<br>2500Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL 33131-2336 | Mark M. Billion<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19702 |
| Brian L. Arban<br>Hiller & Arban, LLC<br>1500 North French Street<br>Wilmington, DE 19801 | Willliam J. Barrett<br>Barack Ferrazzano<br>Kirschbaum & Nagelberg<br>200 West Madison St<br>Suite 3900<br>Chicago, IL 60606 | L. John N. Bird<br>Fox Rothschild LLP<br>919 North Market St., 16th Floor<br>Wilmington, DE 19801 |
| Thomas V. Askounis<br>Askounis & Darcy. PC<br>401 North Michigan Ave., Suite 550<br>Chicago, IL 60611 | | C B Blackard<br>301 E Dave Ward Drive<br>P.O. Box 2000<br>Conway, AR 72033-2000 |
| Daniel K. Astin<br>Ciardi, Ciardi & Astin, P.C.<br>919 N. Market Street, Suite 700<br>Wilmington, DE 19899 | James R.W. Bayes<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006 | Corey Smith Bott<br>Abato Rubenstein and Abato, PA<br>809 Gleneagles Court<br>Suite 320<br>Baltimore, MD 21286 |
| Jean-Marie L. Atamian<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 | Richard Michael Beck<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | William Pierce Bowden<br>Ashby & Geddes<br>500 Delaware Avenue<br>8th Floor, P.O. Box 1150<br>Wilmington, DE 19899 |
| John M. August<br>Herrick, Feinstein LLP<br>One Gateway Center<br>22nd Floor<br>Newark, NJ 07102 | Theodore M. Becker<br>Morgan Lewis & Bockius LLP<br>77 West Wacker Drive<br>Chicago, IL 60601-5094 | |

| | | |
|---|---|---|
| David J. Bradford<br>Jenner & Block LLP<br>333 North Clark Street<br>Chicago, IL 60654-3456 | Sally A. Buckman<br>Lerman Senter, PLLC<br>2000 K Street NW, Suite 600<br>Washington, DC 20006 | Paul J. Catanese<br>McGuireWoods LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601-1818 |
| Robert S. Brady<br>Young, Conaway, Stargatt & Taylor<br>1000 North King Street<br>Wilmington, DE 19801 | Rebecca L. Butcher<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | Edward Cerasia, II<br>Seyfarth Shaw LLP<br>620 Eighth Avenue<br>32nd Floor<br>New York, NY 10018 |
| Patrick M. Brannigan<br>Cross and Simon<br>913 N. Market Steet<br>P.O. Box 1380<br>11th Floor<br>Wilmington, DE 19899 | Daniel B. Butz<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899<br><br>Vincent R Cappucci<br>ENTWISTLE & CAPPUCCI LLP | Alicia Llosa Chang<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |
| Amy D. Brown<br>Margolis Edelstein<br>750 Shipyard Drive<br>Suite 102<br>Wilmington, DE 19801 | 280 Park Avenue, 26th Floor West<br>New York,, NY 10017<br><br>Kevin M. Capuzzi<br>Pinckney, Harris & Weidinger, LLC | Camela J. Chapman<br>Howard County Office of Law<br>3430 Courthouse Drive<br>Ellicott City, MD 21043 |
| Charles J. Brown<br>Archer & Greiner, P.C.<br>300 Delaware Avenue, Suite 1370<br>Wilmington, DE 19801 | 1220 North Market Street<br>Suite 950<br>Wilmington, DE 19801<br><br>David W. Carickhoff<br>Blank Rome LLP | William E. Chipman, Jr.<br>Cousins, Chipman & Brown, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1110<br>Wilmington, DE 19801 |
| Kimberly A. Brown<br>Landis Rath & Cobb LLP<br>919 N. Market Street<br>Suite 1800<br>PO Box 2087<br>Wilmington, DE 19899 | 1201 Market Street, Suite 800<br>Wilmington, DE 19801<br><br>James C. Carignan<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19801 | Christopher S. Chow<br>Ballard Spahr Andrews & Ingersoll, LLP<br>919 N. Market St., 12th Flr.<br>Wilmington, DE 19801<br><br>Joseph L. Christensen<br>Paul, Weiss, Rifkind, Wharton<br>& Garrison LLP |
| Ronald K. Brown<br>Law Office of Ronald K. Brown, Jr.<br>901 Dove Street, Suite 120<br>Newport Beach, CA 92660 | Brian T. Carney<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park | 500 Delaware Ave Suite 200<br>P.O. Box 32<br>Wilmington, DE 19899-0032 |
| Stuart M. Brown<br>DLA Piper LLP (US)<br>919 N. Market Street, Suite 1500<br>Wilmington, DE 19801 | New York, NY 10036-6745<br><br>Thomas P. Carroll<br>U.S Dept of Justice, Env. & Nat.Res.Div.<br>P.O.Box 7611 | Shawn M. Christianson<br>Buchalter Nemer, P.C.<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 |
| Kate R. Buck<br>McCarter & English, LLP<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | Washington, DC 20044-7611 | |

2

Nancy Chung
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745

M. Blake Cleary
Young, Conaway, Stargatt & Taylor
1000 North King Street
Wilmington, DE 19801

Richard Scott Cobb
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Leslie A Cohen
Leslie Cohen Law PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401

Kevin G. Collins
Bifferato LLC
800 N. King Street, First Floor
Wilmington, DE 19801

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

Timothy J. Conklin
Foster & Buick
2040 Aberdeen Court
Sycamore, IL 60178

James F. Conlan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Colm F. Connolly
Morgan, Lewis & Bockius LLP
The Nemours Building
1007 North Orange Street
Suite 501
Wilmington, DE 19801

Andrew S. Conway
The Taubman Company
Suite 300
200 East Long Lake Road
Bloomfield Hills, MI 48304

D Elaine Conway
Jackson Walker LLP
Jackson & Walker LLP
1401 McKinney St Ste 1900
Houston, TX 77010

Linda K. Cooper
Legal Fee Consultants, Inc.
4745 West 136th Street
Leawood, KS 63044

Thomas W. Corbett, Jr.
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Jordan A Cortez
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, NY 10017

Scott D. Cousins
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Angie M. Cowan
Allison, Slutsky & Kennedy, P.C.
230 West Monroe Street, Suite 2600
Chicago, IL 60606

W. Andrew Dalton
Stuart Maue Mitchell & James, Ltd.
3840 McKelvey Road
St. Louis, MO 63044

Andrew S. Dash
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Deana Davidian
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022

Scott I. Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Tom W. Davidson
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036

John Louis Decker
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

John D. Demmy, Esq
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

John P. Dillman
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064

Caroline R. Djang
Jeffers,Mangels,Butler & Marmaro LLP
1900 Avenue of the stars 7th floor
Los Angeles, CA 90067

Heather L. Donald
State of Michigan
Department of Attorney General
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Amish R. Doshi
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, NY 11743

George R. Dougherty
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

Thomas F. Driscoll, III
Bifferato LLC
800 N. King St., Plaza Level
Wilmington, DE 19801

Philip C. Dublin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745

Devon J. Eggert
Freeborn & Peters LLP
311 South Wacker Drive
Chicago, IL 60606

Landon Ellis
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Michael E. Emrich
Reverside Claims LLC
P.O. Box 626
Planetarium Station
New York, NY 10024

Margaret Fleming England
The Darby Law Firm, LLC
515 Market Street
Wilmington, DE 19801

Brian G. Esders
Abato Rubenstein and Abato P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

Justin Cory Falgowski
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801

Sherry Ruggiero Fallon
Tybout, Redfearn & Pell
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899

Michael J. Farnan
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
PO BOX 1266
Wilmington, DE 19899

Thomas R. Fawkes
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Mark E. Felger
Cozen O'Connor
1201 N. Market Street, Ste 1400
Wilmington, DE 19801

Adolph F. Fellmeth
The Schmerling Group
261 Old York Road
Suite 514
Jenkintown, PA 19046

John V. Fiorella
Archer & Greiner
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801

Norman P. Fivel
NYS Department of Law
The Capitol
Albany, NY 12224

Evan D. Flaschen
Bracewell & Giuliani LLP
225 Asylum Street
Suite 2600
Hartford, CT 06103

Heather Marie Fossen Forrest
Jackson Walker L.L.P.
901 Main Street
Suite 6000
Dallas, TX 75202

Katisha D. Fortune
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Gregory W. Fox
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

Joseph D. Frank
Frank / Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654

Simon E. Fraser
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801

Joel E. Friedlander
Bouchard, Margules & Friedlander
222 Delaware Avenue, Suite 1102
Wilmington, DE 19801

Edward A. Friedman
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

Jerome Bennett Friedman
Friedman Law Group
1901 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

Joshua A. Gadharf
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

Kevin P. Garland
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404

Patrick Theodore Garvey
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603

Frances Gecker
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

Lawrence V. Gelber
Schulte Roth & Zobel LLP
919 Third Avenue
New York, NY 10022

Yonatan Gelblum
U.S. Department of Justice Tax
Division
P.O.Box 227
Washington, DC 20044

Ronald S. Gellert
Eckert Seamans Cherin & Mellott
LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Leonard H. Gerson
United States Department of Labor
Office of the Solicitor
Plan Benefits Security Division
P O Box 1914
Washington, DC 20013

Leonard H. Gerson
United States Department of Labor
P.O. Box 1914 (N-4611)
Washington, DC 20013

Daniel H. Golden
Akin Gump Strauss Hauer & Feld
LLP
One Bryant Park
New York, NY 10036-6745

Scott Golden
Hogan & Hartson LLP
875 Third Avenua
New York, NY 10022

Andrew N. Goldman
Wilmer Cutler Picking Hale & Dorr,
LLP
399 Park Avenue
New York, NY 10022

Jason Goldsmith
Akin Gump Strauss Hauer & Feld
LLP
One Bryant Park
New York, NY 10036-6745

Douglas R. Gonzales
Weiss Serota Helfman
200 E. Broward Blvd
Suite 1900
Fort Lauderdale, FL 33301

Donald L. Gouge, Jr.
Donald L. Gouge, Jr., LLC
800 King Street , Suite 303
P.O. Box 1674
Wilmington, DE 19899

James S. Green, Sr.
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue
Suite1500
Wilmington, DE 19801

Robert A. Greenfield
Stutman Treister & Glatt
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

Scott Greissman
White & Case LLP
1155 Avenue of the America
New York, NY 10036-2787

Joseph Grey
Cross & Simon LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Virginia Whitehill Guldi
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

Gregg R. Hague
Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, IL 60603

Aaron L. Hammer
Sugar, Felsenthal, Grais & Hammer
LLP
30 N. La Salle Street
Suite 3000
Chicago, IL 60602

Andrew W. Hammond
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Robert L Hanley, Jr
Nolan, Plumhoff & Williams, Chtd
Suite 700- Nottingham Centre
502 Washington Ave
Towson, MD 21204

Blake T. Hannafan
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, IL 60601

Michael T. Hannafan
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, IL 60601

5

Tara Hannon
Mandel, Katz, Manna & Brosnan LLP
The Law Building
210 Route 303
Valley Cottage, NY 10989

Donna L. Harris
Pinckney, Harris & Weidinger, LLC
1220 N. Market Street, Suite 950
Wilmington, DE 19801

William A. Hazeltine
Sullivan Hazeltine Allinson LLC
901 North Market Street
Suite 1300
Wilmington, DE 19801

Reed A. Heiligman
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654

Leslie C. Heilman
Ballard Spahr LLP
919 N. Market Street
11th Floor
Wilmington, DE 19801

Michael A. Henry
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060

Christine Zuehlke Heri
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn, Rm 844
Chicago, IL 60604

Ileana M. Hernandez
Manatt Phelps & Shillips, LLP
11355 W. Olympic Boulevard
Los Angeles, CA 90064

R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899

David G. Hille
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Adam Hiller
Hiller & Arban, LLC
1500 North French Street, 2nd Floor
Wilmington, DE 19801

Adam L Hirsch
Schulte Roth & Zabel
919 Third Avenue
New York, NY 10022

Daniel K. Hogan
The Hogan Firm
1311 Delaware Ave
Wilmington, DE 19806

Jennifer R. Hoover
Benesch Friedlander Coplan & Aronoff
222 Delaware Ave.
Suite 801
Wilmington, DE 19801

Meghan Colleen Horn
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

James E. Huggett
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE 19801

Mark T Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Mark T Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Mitchell P. Hurley
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745

Lawrence M. Jacobson
Glickfeld Fields & Jacobson LLP
315 South Beverly Drive, Suite 415
Beverly Hills, CA 90212-4301

Bruce E. Jameson, ESQ
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801

Kizzy L. Jarashow
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

Ericka Fredricks Johnson
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue , Suite 1501
Wilmington, DE 19801

James Johnston
Dewey & LeBoeuf LLP
333 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071

Nathan Jones
US Debt Recovery
940 Southwood Blvd. Suite 101
Incline Village, NV 89451

Charles Joseph
Joseph Herzfeld Hester & Kirschenbaum
757 Third Avenue, 25th Floor
New York, NY 10017

Michael Joseph Joyce
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

Ivan Lerer Kallick
Manatt Phelps & Phillips, LLP
11344 West Olympic Boulevard
Los Angeles, CA 90064

Benjamin S. Kaminetzky
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Howard J. Kaplan
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022

Shanti M. Katona
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Susan E. Kaufman
Cooch and Taylor, P.A.
1000 West Street
10th Floor
Wilmington, DE 19801

Michael W. Kazan
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

Benjamin W. Keenan
Ashby & Geddes
222 Delaware Avenue
17th Floor, PO Box 1150
Wilmington, DE 19899

William M. Kelleher
Gordon Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806

Christopher J Keller
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

Gregory Kopacz
McDermott, Will & Emery LLP
340 Madison Avenue
New York, NY 10173-3922

Lawrence Joel Kotler
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

Bryan Krakauer
Sidley AustinLLP
One S. Dearborn Street
Chicago, IL 60603

Micah R Krohn
Frank / Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654

Robert J. Lack
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Neil Raymond Lapinski
Elliott Greenleaf
1105 North Market Street
Suite 1700
P.O. Box 2327
Wilmington, DE 19899

Thomas E. Lauria
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Evan S. Lederman
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

George T. Lees, III
Rawle & Henderson, LLP
300 Delaware Ave.
Suite 1015
P.O. Box 588
Wilmington, DE

David S. Leinwand
Amroc Invenstments, LLC
535 Madison Avenue
15th Floor
New York, NY 10022

Raymond Howard Lemisch
Benesch Friedlander Coplan & Aronoff,
222 Delaware Avenue
Suite 801
Wilmington, DE 19801

Scott J. Leonhardt
The Rosner Law Group LLC
824 Market Street
Suite 810
Wilmington, DE 19801

Daniel N. Lerman
Robbins, Russell, Englert, Orseck, Unter
1801 K Street, NW
Suite 411L
Washington, DC 20006

Ira M. Levee
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ 07068

Andrew Levy
Paul Weiss Rifkind Wharton Garrison
2001 K Street NW
Washington, DC 20006

| | | |
|---|---|---|
| Laura Lindgren<br>Hennigan, Bennett & Dorman LLP<br>865 S. Figueroa Street<br>Suite 2900<br>Los Angeles, CA 90017 | D. Ross Martin<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 | Patricia P. McGonigle<br>Seitz, Van Ogtrop & Green P.A.<br>222 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19899 |
| Susan L Lissant<br>Missouri Department of Revenue<br>P.O. Box 475<br>Jefferson City, MO 65105 | R. Craig Martin<br>DLA Piper LLP (US)<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801 | James A. McGuinness<br>Hannafan & Hannafan, Ltd.<br>One East Wacker Drive, Suite 2800<br>Chicago, IL 60601 |
| David G. Litvack<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Lynn M. Marvin<br>Jones Day<br>222 Est 41st Street<br>New York, NY 10017 | Matthew B. McGuire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899 |
| Christopher Dean Loizides<br>Loizides, P.A.<br>1225 King Street<br>Suite 800<br>Wilmington, DE 19801 | Rachel Jaffe Mauceri<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921 | John D. McLaughlin, Jr.<br>Ciardi Ciardi & Astin<br>919 North Market Street, Suite 700<br>Wilmington, DE 19801 |
| Joshua G. Losardo<br>Belkin Burden Wenig & Goldman, LLP<br>270 Madison Avenue<br>New York, NY 10016 | Katharine L. Mayer<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | Michelle McMahon<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Brian E. Lutness<br>Silverman McDonald & Friedman<br>1010 N. Bancroft Parkway, Suite 22<br>Wilmington, DE 19805 | John R. McCambridge<br>Grippo & Elden<br>111 S. Wacker Drive<br>Chicago, IL 60606 | R. Stephen McNeill<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>P.O. Box 651<br>Wilmington, DE 19899 |
| Thomas G. Macauley<br>Zuckerman and Spaeder LLP<br>919 Market Street<br>Suite 990<br>P.O. Box 1028<br>Wilmington, DE 19899 | Elizabeth R. McColm<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Dennis A. Meloro<br>Greenberg Traurig<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 |
| Robert W. Mallard<br>Dorsey & Whitney (Delaware) LLP<br>300 Delaware Avenue<br>Suite 1010<br>Wilmington, DE 19801 | Garvan F. McDaniel<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br><br>Frank F. McGinn<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 | Evelyn J. Meltzer<br>Pepper Hamilton LLP<br>Hercules Plaza<br>Suite 5100, 1313 N. Market Street<br>Wilmington, DE 19899 |

Rachel B. Mersky
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street
Suite 400
Wilmington, DE 19801

George R. Mesires
Ungaretti & Harris LLP
Three First National Plaza
70 W. Madison Street, Suite 3500
Chicago, IL 60602

Joshua M. Mester
Dewey & LeBoeuf LLP
333 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071

Maria Ann Milano
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1192

Curtis S. Miller
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801

Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Kenneth Miller
Ervin Cohen & Jessup, LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Robert K. Minkoff
Jefferies
One Station Place
Stamford, CT 06902

Carol E. Momjian
PA Office of Attorney General
21 South 12 Street
3rd Floor
Philadelphia, PA 19107

Francis A. Monaco Jr.
Womble Carlyle Sandridge & Rice
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Norman M. Monhait
Rosenthal Monhait & Goddess, P.A
919 Market Street
Suite 1401
Citizens Bank Center
Wilmington, DE 19801

Charles O. Monk, II
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, MD 21202-3171

Christine A. Montenegro
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Edmon L. Morton
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Michael P. Morton
Michael P. Morton, P.A.
1203 N. Orange Street
Wilmington, DE 19801

Adam Scott Moskowitz
ASM Capital, LP
22 Jennings Lane
Woodbury, NY 11797

Elliot Moskowitz
Davis Polk & Wardwell
450 Lexington Avenue
New York NY 10022

Kathleen A. Murphy
Reed Smith LLP
1201 Market Street Suite 1500
Wilmington, DE 19801

Patrick T. Nash
Grippo & Elden
111 S. Wacker Drive
Chicago, IL 60606

Nicholas J. Nastasi
Saul Ewing, LLP
Centre Square West
1500 Market Street
38th Floor
Philadelphia, PA 19102-2186

Ramona Neal
11311 Chinden Boulevard
Mailstop 314
Boise, ID 83714-0021

Hal Neier
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

Mark A. Neubauer
Steptoe & Johnson
Suite 2800
2121 Avenue of the Stars
Los Angeles, CA 90067-5052

James D. Newbold
Office of the Illinois Attorney General
100 W Randolph Street
Chicago, IL 60601

Deborah J. Newman
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745

Jami B. Nimeroff
Brown Stone Nimeroff LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Therese King Nohos
Dewey & LeBoeuf LLP
Two Prudential Plaza, Suite 3700
180 North Stetson Avenue
Chicago, IL 60601

Stephen Novack
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 312-419-6900

Gordon Z. Novod
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Edward Patrick O'Brien
Stempel Bennett Claman & Hochbery.
655 Third Avenue
New York, NY 10017

Eamonn O'Hagan
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

Matthew C. Oxman
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, NY 10019

Isaac Pachulski
STUTMAN TREISTER & GLATT
1901 Aenue of the Stars, 12th floor
Los Angeles, CA 90067

Michael D. Palmer
Joseph Herzfeld Hester & Kirschenbaum
757 Third Avenue, 25th Floor
New York, NY 10017

Mona A. Parikh
Buchanan Ingersoll & Rooney PC
1105 North Market Street, Suite 1900
Wilmington, DE 19801-1228

Norman L. Pernick
Cole, Schotz, Meisel, Forman
500 Delaware Avenue,Suite 1410
Wilmington, DE 19801

Robert J. Pfister
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

John C. Phillips, Jr
Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806

Joan E. Pilver
State of Connecticut
PO Box 120
55 Elm Street 4th Floor
Hartford, CT 06141-0120

Joanne P. Pinckney
Pinckney, Harris & Weidinger, LLC
1220 N. Market Street, Suite 950
Wilmington, DE 19382

Dana S. Plon
Sirlin Gallogly & Lesser, P.C.
123 South Broad Street
Suite 2100
Philadelphia, PA 19109

Daniel J. Polatsek
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

Jonathan D. Polkes
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

David M. Powlen
Barnes & Thornburg
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Kerry L. Quinn
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Abid Qureshi
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745

Eve Klindera Reed
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

David William Reimann
The Reimann Law Group
1960 E. Grand Avenue
Suite 1665
El Segundo, CA 90245

Henry J. Ricardo
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

Jeffrey N. Rich
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022

Timothy M. Riffin
Greenberg Traurig, LLP
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

Richard W. Riley
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

10

Fred B. Ringel
Robinson Brog Leinward et al.
875 Third Avenue
9th Floor
New York, NY 10022

Lawrence Robbins
1801 K Street NW
Suite 411L
Washington, DC 20006

Richard A. Robinson
Reed Smith
1201 Market Street
Suite 1500
Wilmington, DE 19801

Marc B Roitman
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Martha E. Romero
Romero Law Firm
7743 South Painter Avenue
Suite E
Whittier, CA 90602

Alan Michael Root
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801

Samuel K. Rosen
Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

Frederick Brian Rosner
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

Sommer L. Ross
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Sommer Leigh Ross
Duane Morris, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

Ronald Rowland
RMS
307 Hunt Circle, Suite 270
Hunt Valley, MD 21030

Anthony M. Saccullo
A M Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701

Alan Salpeter
Dewey & LeBoeuf LLP
Two Prudential Plaza, Suite 3700
180 North Stetson Avenue
Chicago, IL 60601

Jason Beram Sanjana
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022

John Henry Schanne, II
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709

Jeffrey M. Schlerf
Fox Rothschild LLP
Ctizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, DE 19899-2323

Michael Alan Schloss
US Department of Labor
200 Constitution Avenue
N.W. Room N-4611
Washington, DC 20210

Eric Lopez Schnabel
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801

Andrew Schoulder
Bracewell & Giuliani LLP
1251 Avenue of the Americas
49th Floor
New York, NY 10020-11401

Steven C. Schwendemann
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63301

Robert A. Schwinger
Chasbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

John M. Seaman
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807

Elaine M Seid
McPharlin Sprinkles &Thomas, LLP
10 Almaden Blvd, Ste 1460
San Jose, CA 95113

Meredith S. Senter, Jr.
Lerman Senter, PLLC
2000 K Street NW
Suite 600
Washington, DC 20006

Maurie J. Shalmone
Longacre Master Fund LTD
1700 Broadway
Suite 1403
New York, NY 10019

Fredrick E. Sherman
Jones Day
222 East 41st Street
New York, NY 10017-6702

John K. Sherwood
Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ 07068

Joseph Emil Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1192

John P. Sieger
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

Glen Silverstein
Leader and Berkon LLP
630 Third Avenue
New York, NY 10017

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Paul N. Silverstein
Andrews & Kurth L.L.P.
450 Lexington Avenue, 15 Floor
New York, NY 10017

Michael L. Simes
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Christopher Page Simon
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19899

Drew G. Sloan
Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Wayne M. Smith
Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522

Patricia K. Smoots
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818

Holly Snow
Paul Hastings LLP
191 N. Wacker Drive, 30th Floor
Chicago, IL 60606

Dean S. Sommer
Young Sommer Ward Ritzenberg Wooley
Executive Woods
5 Palisades Drive
Albany, NY 12205

Douglas A. Sondgeroth
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456

Gina S. Spiegelman
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Gayle C. Sproul
Levine Sullivan Koch & Schulz, LLP
2112 Walnut Street, Third Floor
Philadelphia, PA 19103

Robert J. Stearn
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Robert J. Stearn Jr.
Richards, Layton & Finger, P. A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

Catherine Steege
Jenner & Block
353 N. Clark Street
Chicago, IL 60654

Arthur Steinberg
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Rick A. Steinberg
Ciardi Ciardi & Astin
100 Church Street, 8th Floor
New York, NY 10007

Jonathan M. Stemerman
Elliott Greenleaf
1105 North Market Street
Suite 1700
Wilmington, DE 19801

David M. Stern
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Michael W Stocker
LABATON SUCHAROW LLP
140 Broadway
New York, NY

David B. Stratton
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19899-1709

John H. Strock, III
Fox Rothschild LLP
919 N. Market St., Suite 1300
P.O Box 2323
Wilmington, DE 19899-2323

Brian A. Sullivan
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899

William D. Sullivan
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801

Eric Michael Sutty
Fox Rothschild LLP
Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, De 19899-2323

Daniel R. Swetnam
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215

Jay Teitelbaum
Teitelbaum & Baskin LLP
3 Barker Avenue
Third Floor
White Plains, NY 10601

Brain K. Telfair
Telfair Law Firm, LLC
3007 Brook Road
Richmond, VA 23227

John F. Theil
Stuart Maue, Ltd.
3840 McKelvey Road
St. Louis, MO 63044

Christina Maycen Thompson
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

Edward J. Tredinnick
Greene Radovsky Maloney
Share & Hennigh
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111-4106

Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Matthew J. Troy
U.S. Department of Justice
Civil Division
P.O. Box 875 Ben Franklin Station
Washington, DC 20044-0875

A. Brent Truitt
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017

Ronald Mark Tucker
Simon Property Group, LP
225 West Washington Street
Indianapolis, IN 46204

Gerard Uzzi
White & Case LLP
1155 Avenue of the America
New York, NY 10036-2787

Andrew W. Vail
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654-3456

Alexander S. Vesselinovitch
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

Shai Y. Waisman
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael L. Waldman
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
1801 K Street, NW
Suite 411L
Washington, DC 20006

Deborah Waldmeir
State of Michigan
Dept of Attorney General
3030 W. Grand Blvd, Suite 10-200
Detroit, MI 48202

Matthew M. Walsh
Dewey & LeBoeuf
333 South Grand Avenue
Suite 2600
Los Angeles, CA 90071

Christopher A. Ward
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Pamela K. Webster
Buchalter Nemer
1000 Welshire Blvd., Suite 1500
Los Angeles, CA 90017

Brian S. Weinstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

William P. Weintraub
Friedman Kaplan Seiler & Adelman
7 Times Square
New York, NY 10036

Gilbert B. Weisman
Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Helen Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

13

Kristina M. Wesch
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745

Marilyn Ann Wethekam
Horwood Marcus & Berk Chartered
180 North LaSalle Street
Suite 3700
Chicago, IL 60601

Johnny White
Blakeley & Blakeley LLP
2 Park Plaza
Suite 400
Irvine, CA 92614

William Douglas White
McCarthy & White PLLC
1751 Pinnacle Drive
Suite 1115
McLean, VA 22102

Richard E. Wiley
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Eric R. Wilson
Kelly Drye & Warren LLP
101 Park Avenue
New York, NY 10778

O. Andrew F. Wilson
Emery Celli Brinkerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

Amanda Marie Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor, PO Box 1150
Wilmington, DE 19899

James S. Yoder
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Michael W. Yurkewicz
Klehr Harrison Harvey Branzburg LLP
919 Market St., Suite 1000
Wilmington, DE 19801

Jared D. Zajac
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-0002

Menachem O. Zelmanovitz
Mortgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

David M. Zensky
Akin, Gump, Strauss, Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Scott A Zuber
Day Pitney, LLP
PO Box 1945
Morristown, NJ 07962-1945