March 1, 2011

FILED

2012 MAR -7  AM 9:00

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Sidley Austin LLP
James F. Conlan
One South Dearborn Street
Chicago, IL 60603

RE:   Chapter 11
      Case No. 08-13141 (KJC)

      NOTICE OF DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS
      PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE,
      BANKRUPTCY RULES 3001 AND 3007, AND LOCAL RULE 3007-1

Dear Sirs:

Claimant Katherine M. Chansky (Claim #3251) responds that Claimant's supporting documentation and Debtors' books and records do provide a basis for a priority claim.

Claimant's supporting documentation from the California State Controller which was attached to the claim (see attached copy) shows that the claim was for an Advertising Overpayment which is also recorded in account "MS03 Account Payable" of the Tribune Company (Debtor).

The overpayment for advertising is a deposit toward purchase of a service as allowed under 11 U.S.C. § 507(a)(7).

Claimant petitions the Court to remove the Claimant from the referenced Omnibus Objection and maintain Claimant's claim as a priority claim.

Sincerely,

*Katherine M. Chansky*

Katherine M. Chansky
12001 Falcon Ridge Way
Northridge, CA 91326

Date: 03/10/2009

# JOHN CHIANG
## California State Controller

**UPD**

||||||||| 005464485

KATY CHANSKY
19520 NORDHOFF ST
NORTHRIDGE, CA 91324  ] old Address

New Address

12001 Falcon Ridge Way
Northridge, CA 91324

**THIS IS NOT A BILL**

As the administrator of the State's Unclaimed Property Program, this notice is intended to reunite you with your property **before** it is sent to the State. The business named below has notified our office that it has property that appears to belong to you and has been unsuccessful in contacting you. For a description of the property, see **Type of Property** below.

To claim your property, you must contact the business listed below and present proof that you are the owner of the property. Otherwise, the business is required to send your property to the Unclaimed Property Division of the State Controller's Office. We urge you to contact the business to claim your property.

**Business Contact Information:** TRIBUNE COMPANY
MARK SAAVEDRA
435 NORTH MICHIGAN AVE.
CHICAGO IL 60611

(312)222-5734
TRIBUNEUNCLAIMEDPROPERTY@TRIBUNE.COM

**Type of Property:** MS08 Accounts Payable
**Account Number:** ADVERTISING OVERPAYM
**Amount Reported:** 134.00
**Shares Reported:** .0000
**Date Reported:** 10/31/2008
**Date of Last Contact:** 09/09/2004
**Reported Owner Name:** KATY CHANSKY

**Reported Address:** 19520 NORDHOFF ST
NORTHRIDGE, CA 91324

If you do not contact the business prior to 06/01/2009, the business is required by state law to send it to the State for safekeeping. If that occurs, you are entitled to file a claim for the property with our office at any time in the future. You should be aware, however, that if the property is in the form of securities or safe deposit box contents, the State Controller's Office is required by law to sell the property after a specified time. If your property is sold, you will always be entitled to the net proceeds of the sale. Also, pursuant to state law, the contents of safe deposit boxes with no commercial value may be destroyed after being turned over to the State and allowing a set period of time for the owner to reclaim the property.

Again, to stop your property from being sent to the State, you must contact the business above.
**The State Controller's Office does not have your property at this time.**

State Controller's Office
Unclaimed Property Division
P.O. Box 942850
Sacramento, CA 94250-5873
Ph: (800) 992-4647

UP14-D (01/08)