# EXHIBIT A

**Tribune Co.** 
Time Log

## Moelis & Company
### Summary of Hours Worked
### January 1, 2012 - January 31, 2012

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 7.0 |
| Ashish Ajmera | Senior Vice President | 13.5 |
| Jason Warsavsky | Associate | 13.5 |
| Sandhya Sistla | Analyst | 24.5 |
| | **Total Moelis Team Hours** | **58.5** |

**Tribune Co.**                                                                                   MOELIS & COMPANY

Time Log - January 2012

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 7.0 |
| Ashish Ajmera | Senior Vice President | 13.5 |
| Jason Warsavsky | Associate | 13.5 |
| Sandhya Sistla | Analyst | 24.5 |
| **Total** | | **58.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 1/4/2012 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 1/4/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 1/4/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 1/4/2012 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 1/5/2012 | 1.0 | UCC Meeting |
| Ashish Ajmera | 1/5/2012 | 1.0 | UCC Meeting |
| Jason Warsavsky | 1/5/2012 | 1.0 | UCC Meeting |
| Sandhya Sistla | 1/5/2012 | 1.0 | UCC Meeting |
| Ashish Ajmera | 1/9/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jason Warsavsky | 1/9/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 1/9/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 1/9/2012 | 0.5 | Recovery Analysis |
| Ashish Ajmera | 1/9/2012 | 1.0 | Recovery Analysis |
| Jason Warsavsky | 1/9/2012 | 1.0 | Recovery Analysis |
| Sandhya Sistla | 1/9/2012 | 3.0 | Recovery Analysis |
| Zul Jamal | 1/10/2012 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 1/10/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 1/10/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 1/10/2012 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 1/12/2012 | 1.0 | UCC Meeting |
| Ashish Ajmera | 1/12/2012 | 1.0 | UCC Meeting |
| Jason Warsavsky | 1/12/2012 | 1.0 | UCC Meeting |
| Sandhya Sistla | 1/12/2012 | 1.0 | UCC Meeting |
| Ashish Ajmera | 1/16/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jason Warsavsky | 1/16/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 1/16/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 1/17/2012 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 1/17/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 1/17/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 1/17/2012 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 1/18/2012 | 0.5 | Recovery Analysis Discussion with A&M |
| Jason Warsavsky | 1/18/2012 | 0.5 | Recovery Analysis Discussion with A&M |
| Sandhya Sistla | 1/18/2012 | 0.5 | Recovery Analysis Discussion with A&M |
| Zul Jamal | 1/19/2012 | 0.5 | Recovery Analysis |
| Ashish Ajmera | 1/19/2012 | 0.5 | Recovery Analysis |
| Jason Warsavsky | 1/19/2012 | 0.5 | Recovery Analysis |
| Sandhya Sistla | 1/19/2012 | 2.0 | Recovery Analysis |
| Ashish Ajmera | 1/20/2012 | 0.5 | Recovery Analysis Discussion with FTI |
| Jason Warsavsky | 1/20/2012 | 0.5 | Recovery Analysis Discussion with FTI |
| Sandhya Sistla | 1/20/2012 | 0.5 | Recovery Analysis Discussion with FTI |
| Ashish Ajmera | 1/20/2012 | 1.5 | Monthly FA Call and follow-up analysis |
| Jason Warsavsky | 1/20/2012 | 1.5 | Monthly FA Call and follow-up analysis |
| Sandhya Sistla | 1/20/2012 | 1.5 | Monthly FA Call and follow-up analysis |
| Ashish Ajmera | 1/23/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jason Warsavsky | 1/23/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 1/23/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 1/24/2012 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 1/24/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 1/24/2012 | 1.0 | Weekly UCC Advisor Call |

**Tribune Co.**  
Time Log - January 2012

**MOELIS & COMPANY**

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 7.0 |
| Ashish Ajmera | Senior Vice President | 13.5 |
| Jason Warsavsky | Associate | 13.5 |
| Sandhya Sistla | Analyst | 24.5 |
| **Total** | | **58.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Sandhya Sistla | 1/24/2012 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 1/26/2012 | 0.5 | Recovery Analysis |
| Jason Warsavsky | 1/26/2012 | 0.5 | Recovery Analysis |
| Sandhya Sistla | 1/26/2012 | 2.0 | Recovery Analysis |
| | **Total** | **58.5** | |