# EXHIBIT B

# Tribune Co.

Moelis & Company - January 2012 Expense Summary

|  | January 2012 |
|---|---:|
| Airfare | $ - |
| Lodging | - |
| Travel / Overtime / Weekend meals | - |
| Taxi / Transportation / Parking | - |
| Telephone | - |
| Presentations | 27.97 |
| Other | - |
| **Total** | **$ 27.97** |

**Tribune Co.**
Moelis & Company - January 2012 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **PRESENTATIONS** | | | | | | |
| | 1/10/2012 | PRESENTATION | Presentation Services | Sistla | $11.92 | 11.92 |
| | 1/11/2012 | PRESENTATION | Presentation Services | Sistla | 16.05 | 16.05 |
| | | | | **Total Requested** | | **$27.97** |
| | | | | **Month Total** | | **$27.97** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City.
   - Hotel rooms in New York City subject to $350 per night cap
   - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
   - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location