# EXHIBIT A

# ALLOCATION DISPUTES HEARING TRANSCRIPT
# MARCH 6, 2012

```
              IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE

IN RE:                          )    Case No. 08-13141 (KJC)
                                )    (Jointly Administered)
                                )
TRIBUNE COMPANY, et al.,        )    Chapter 11
                                )
                                )    Courtroom 5
                                )    824 Market Street
         Debtors.               )    Wilmington, Delaware
                                )
                                )    March 6, 2012
                                )    9:30 a.m.

                    TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                 UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:             Sidley Austin, LLP
                         BY: JAMES BENDERNAGEL, ESQ.
                         One South Dearborn
                         Chicago, IL  60603
                         (312) 853-7000

                         BY: RONALD S. FLAGG, ESQ.
                         1501 K Street, NW
                         Washington, DC  20005
                         (202) 736-8000

                         BY: KEVIN T. LANTRY, ESQ.
                         555 West Fifth Street
                         Los Angeles, CA  90013
                         (213) 896-6000

                         Cole, Schotz, Meisel, Forman
                         & Leonard, P.A.
                         BY: NORMAN PERNICK, ESQ.
                         500 Delaware Avenue, Suite 410
                         Wilmington, DE  19801
                         (302) 652-3131

ECRO:                    AL LUGANO

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com
```

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

1  WILMINGTON, DELAWARE, WEDNESDAY, MARCH 6, 2012 9:39 A.M.
2           THE COURT: Good morning everyone.
3           COUNSEL: Good morning, Your Honor.
4           MR. BENDERNAGEL: Good morning, Your Honor, Jim
5  Bendernagel for the debtors. Before we start, there's at
6  least one procedural matter that I wanted to address, Your
7  Honor, if I could?
8           THE COURT: All right. Go ahead.
9           MR. BENDERNAGEL: Yesterday in marking the
10 exhibits and entering them into evidence, I failed to note
11 with respect to a handful of documents relating to the non-
12 Teitelbaum Retirees that those documents, and this is
13 denoted on the exhibit list, were offered under seal because
14 they contain personal information. The debtor took that
15 precaution simply because we didn't know what else to do
16 with respect to those documents in the sense that those
17 individuals are not here. And rather than just publish
18 them, we put them under seal. It's Exhibits 46, 47, 50, 51,
19 56 --
20          THE COURT: Mr. Bendernagel, start again and --
21          MR. BENDERNAGEL: Okay.
22          THE COURT: -- go slowly if you would.
23          MR. BENDERNAGEL: The exhibit numbers are 46, 47,
24 50, 51, 56, 60, 61, 63, and 64. They're noted that way on
25 the exhibit list, and nobody's objected to that treatment,

1  but I wanted to just make a note on the record in that
2  regard and explain why we did it that way.
3              THE COURT: Okay. Well, let me ask for the
4  record if anyone has any objection to the Court accepting
5  those exhibits under seal.
6                       (No audible response)
7              THE COURT: I hear no objection. I'll order from
8  the bench that they are accepted on the condition that they
9  are under seal and shall remain so until further Order of
10 the Court. Okay.
11 (Exhibits 46, 47, 50, 51, 56, 60, 63 and 64 are admitted
12 into evidence under seal.)
13             MR. BENDERNAGEL: All right. Unless there's
14 something else that the Court wants to discuss, we're ready
15 to move on to the next issue.
16             THE COURT: No, I'll just say if you have a clean
17 copy of the proposed confirmation schedule Order, I'm happy
18 to sign it.
19             MR. BENDERNAGEL: All right. We'll get that to
20 you at the next --
21             THE COURT: All right.
22             MR. BENDERNAGEL: Do we have one? We'll give
23 that to you at the break, Your Honor.
24             THE COURT: Okay.
25             MR. BENDERNAGEL: The next issue is the one we