# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Hearing Date: March 5-6, 2012<br>**Related to D.I. 10692, 11084, 11110** |

## AMENDED MASTER EXHIBIT LIST FOR USE IN CONNECTION WITH THE ALLOCATION DISPUTES HEARING

By agreement of the parties and at the direction of this Court, Tribune Company

("Tribune"), on its own behalf and on behalf of each jointly administered debtor (collectively,

the "Debtors"), by and through its attorneys, hereby submits this Amended Master Exhibit List

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com Corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc. f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

for Use in Connection with the Allocation Disputes Hearing (the "Amended ADH Exhibit List").[2]

The Amended ADH Exhibit List modifies the exhibit list previously filed with the Court on March 5, 2012 [D.I. 11084], to include information on the evidentiary status of each exhibit. It comprises the documents identified by the parties pursuant to ¶ 16 of the Allocation Disputes Order as documents on which they intended to rely at the Allocation Disputes Hearing, grouped by the following categories:  (1) PHONES Operative Documents; (2) EGI-TRB Operative Documents; (3) Swap; (4) Retirees; (5) Remaining Other Parent Claims; (6) Unfair Discrimination; (7) High/Low PHONES; and (8) PHONES/EGI-TRB Priority.  It contains basic information such as the exhibit number, date, a description, Bates/D.I., the party or parties that identified the exhibit, and a binder number.[3]  Further, the "Date Admitted" column reflects the evidentiary status of each exhibit.  The following exhibits are labeled "Confidential – Attorneys' Eyes Only" pursuant to the December 15, 2009 Depository Order entered in this case [D.I. 2858]:  ADH Exhibits 39-40, 46-47, 50-51, 56, 60-61, 63-64.

---

[2] Capitalized terms have the meanings defined in the Order Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan [Docket No. 10692] (the "Allocation Disputes Order").

[3] The Debtors have provided the Court with (i) binders containing the exhibits in each category, (ii) a binder of demonstratives used at the Allocation Disputes Hearing, and (iii) electronic copies of all exhibits and demonstratives on a compact disk.

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 1. | 3/31/1999 | Prospectus for the PHONES Indenture | WTC0000525-40 | WTC | (1) PHONES Operative Documents | 3/5/2012 |
| 2. | 4/1/1999 | Indenture dated as of April 1, 1999 between Tribune Company and Bank of Montreal Trust Company (the "PHONES Indenture") | WTC0000001-77 | EGI-TRB, Retirees, Oaktree, Law Debenture, Aurelius, WTC | (1) PHONES Operative Documents | 3/5/2012 |
| 3. | 4/1/1999 | TRIBUNE COMPANY 8,000,000 PHONES: Exchangeable Subordinated Debenture Due 2029 (Exchangeable for Cash Based on Value of America Online, Inc. Common Stock) | WTC0000094-114 | EGI-TRB, Aurelius, WTC | (1) PHONES Operative Documents | 3/5/2012 |
| 4. | 4/7/1999 | Prospectus Supplement for the PHONES Notes | WTC0000541-85 | Oaktree, WTC | (1) PHONES Operative Documents | 3/5/2012 |
| 5. | 4/23/2007 | Subordinated Exchangeable Promissory Note (EGI-TRB Step One Note) | TRB0135496-510 | EGI-TRB, WTC | (2) EGI-TRB Operative Documents | 3/5/2012 |
| 6. | 12/20/2007 | Subordinated Promissory Note for $160,413,496.43 | TRB0506433-39 | EGI-TRB, WTC | (2) EGI-TRB Operative Documents | 3/5/2012 |

1

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 7. | 12/20/2007 | Subordinated Promissory Note for $35,714,285.71 | TRB0506440-46 | WTC | (2) EGI-TRB Operative Documents | 3/5/2012 |
| 8. | 12/20/2007 | Subordination Agreement (EGI-TRB Step Two Notes Subordination Agreement) | TRB0524215-20 | EGI-TRB, Retirees, Oaktree, Law Debenture, WTC | (2) EGI-TRB Operative Documents | 3/5/2012 |
| 9. | 6/19/2006 | Bridge Credit Agreement | OCMS0000993-1054 | Oaktree | (3) Swap | 3/5/2012 |
| 10. | 6/19/2006 | Credit Agreement | OCMS0001055-130 | Oaktree | (3) Swap | 3/5/2012 |
| 11. | 5/17/2007 | Credit Agreement | OCMS0001131-354 | Oaktree | (3) Swap | 3/5/2012 |
| 12. | 6/4/2007 | Guarantee Agreement | OCMS0000147-67 | Oaktree | (3) Swap | 3/5/2012 |
| 13. | 7/2/2007 | 1992 ISDA Master Agreement, dated as of July 2, 2007 and Rate Swap Confirmations | OCMS0001456-96 | Oaktree | (3) swap | 3/5/2012 |
| 14. | 3/20/2008 | Form 10-K for Tribune Company for fiscal year ended December 30, 2007 | OCMS0000175-412 | Oaktree | (3) swap | 3/5/2012 |

2

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 15. | 5/8/2008 | Form 10-Q for Tribune Company for the quarterly period ending March 30, 2008 | OCM0000612-71 | Oaktree | (3) Swap | 3/5/2012 |
| 16. | 8/13/2008 | Form 10-Q for Tribune Company for the quarterly period ending June 29, 2008 | OCMS0000672-737 | Oaktree | (3) Swap | 3/5/2012 |
| 17. | 11/10/2008 | Tribune Company Form 10-Q for the quarterly period ending September 28, 2008 filed with the SEC | OCMS0000738-836 | Oaktree | (3) Swap | 3/5/2012 |
| 18. | 12/8/2008 | Notice of Early Termination dated December 8, 2008 by Barclays Bank PLC to Tribune Company | OCMS0000169-70 | Oaktree | (3) Swap | 3/5/2012 |
| 19. | 12/9/2008 | Statement of Payment on Early Termination of ISDA Master Agreement dated December 9, 2008 issued by Barclays Bank PLC to Tribune Company | OCMS0000172-74 | Oaktree | (3) Swap | 3/5/2012 |
| 20. | 6/11/2009 | Proof of Claim against Tribune Company filed by Barclays Bank PLC | OCMS0000108-74 | Oaktree | (3) Swap | 3/5/2012 |

3

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 21. | 7/14/2010 | Partial Transfer of Claims Other Than For Security from Barclays Bank PLC to various funds or accounts managed by Oaktree Capital Management, L.P. | OCMS0000837-66 | Oaktree | (3) Swap | 3/5/2012 |
| 22. | 4/14/2011 | April 14, 2011 Hearing Transcript | N/A | Oaktree, WTC | (3) Swap | 3/5/2012 |
| 23. | 2/3/2012 | List of Retirees (other than those represented by Teitelbaum & Baskin, LLP) | TRB2000102 | Debtors, WTC | (4) Retirees | 3/5/2012 |
| 23(a). | 3/1/2012 | List of Retirees (other than those represented by Teitelbaum & Baskin, LLP) (revised) (Exhibit A to Debtors' Reply Brief) | N/A | Debtors | (4) Retirees | 3/5/2012 |
| 24. | 2/6/2012 | Times Mirror Negotiated Retiree Claim Chart (Declaration of Susan Bell, Ex. A) | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 25. | N/A | Retirees Proofs of Claim (as identified in Declaration of Susan Bell, Ex. A) | N/A | Retirees | (4) Retirees | Withdrawn – 3/5/2012 |
| 26. | 2/15/2012 | Excerpted Deposition Transcript 2/15/2012 (Susan Bell, TM Retirees) | N/A | WTC | (4) Retirees | 3/5/2012 |
| 27. | 3/5/1987 | Times Mirror Pension Plan for Directors | N/A | Retirees | (4) Retirees | 3/5/2012 |

4

46429/0001-8370630v1

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 28. | 1/1/1993 | Times Mirror Supplemental Retirement Plan | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 29. | 1/1/1994 | Times Mirror Company Excess Pension Plan | TRB2000010-16 | Debtors, Retirees | (4) Retirees | 3/5/2012 |
| 30. | 4/1/1994 | Times Mirror Deferred Compensation Plan for Executives | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 31. | 1/1/1997 | Times Mirror Non-Employee Directors Stock Plan and Times Mirror Deferred Compensation Plan for Directors | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 32. | 6/30/1999 | Description of Pension Plan for Times Mirror's Board of Directors | TRB2000008-09 | Debtors | (4) Retirees | 3/5/2012 |
| 33. | 5/5/2000 | Times Mirror Notice of Special Meeting of Stockholders (excerpts) | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 34. | 5/5/2000 | Tribune Notice of Special Meeting of Stockholders | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 35. | 12/22/2005 | Times Mirror Company Deferred Compensation Plan for Executives | TRB2000046-58 | Debtors | (4) Retirees | 3/5/2012 |
| 36. | 12/22/2005 | Tribune Company Directors' Deferred Compensation Plan | TRB2000059-65 | Debtors | (4) Retirees | 3/5/2012 |

5

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 37. | 10/18/2006 | Tribune Company Supplemental Defined Contribution Plan | TRB2000088-96 | Debtors | (4) Retirees | 3/5/2012 |
| 38. | N/A | Individual Agreement of Otis Chandler | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 39. | 4/30/1973 | J. Howard Wood Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000017-27 | Debtors | (4) Retirees | 3/5/2012 – Debtors' Request to Place Under Seal Pending (See Certification of Counsel filed 3/8/2012 [D.I. 11110]) |
| 40. | 11/8/1977 | Robert D. Nelson Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000083-87 | Debtors | (4) Retirees | 3/5/2012 – Debtors' Request to Place Under Seal Pending (See Certification of Counsel filed 3/8/2012 [D.I. 11110]) |
| 41. | 4/27/1981 | Individual Agreement of Harvey Gutry, Jr. | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 42. | 6/1/1982 | Individual Agreement of William P. Keller | N/A | Retirees | (4) Retirees | 3/5/2012 |

6

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 43. | 12/30/1983 | Individual Agreement of Martin P. Levin | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 44. | 3/30/1984 | Individual Agreement of Peter J. Fernald | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 45. | 12/31/1985 | Individual Agreement of Robert C. Lobdell | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 46. | 5/21/1986 | William D. Crawford Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000042-45 | Debtors, Retirees | (4) Retirees | Admitted 3/5/2012; Admitted Under Seal 3/6/2012 |
| 47. | 1/15/1987 | Richard C. Thomson Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000097-101 | Debtors | (4) Retirees | Admitted 3/5/2012; Admitted Under Seal 3/6/2012 |
| 48. | 5/6/1988 | Individual Agreement of Michael J. Forgione | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 49. | 5/22/1989 | Individual Agreement of James W. Wallace | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 50. | 8/22/1989 | John J. McCrory Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000071-82 | Debtors | (4) Retirees | Admitted 3/5/2012; Admitted Under Seal 3/6/2012 |

7

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 51. | 10/6/1989 | W. H. James Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000066 | Debtors | (4) Retirees | Admitted 3/5/2012; Admitted Under Seal 3/6/2012 |
| 52. | 12/13/1991 | Individual Agreement of Donald S. Kellerman | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 53. | 1/24/1992 | Individual Agreement of George C. Kuekes | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 54. | 5/21/1992 | Individual Agreement of Daniel Frost | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 55. | 3/8/1994 | Individual Agreement of Larry W. Peterson | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 56. | 3/3/1995 | Joseph Inbornone Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000067 | Debtors | (4) Retirees | Admitted 3/5/2012; Admitted Under Seal 3/6/2012 |
| 57. | 5/1/1995 | Individual Agreement of Mark H. Willes | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 58. | 3/11/1996 | Individual Agreement of Lee J. Guittar | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 59. | 7/21/1998 | Individual Agreement of Kathleen G. McGuinness | N/A | Retirees | (4) Retirees | 3/5/2012 |

8

46429/0001-8370630v1

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 60. | 9/10/1998 | Charles T. Brumback Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000032 | Debtors | (4) Retirees | Admitted 3/5/2012; Admitted Under Seal 3/6/2012 |
| 61. | 9/18/1998 | Stanton Cook Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000033-41 | Debtors | (4) Retirees | Admitted 3/5/2012; Admitted Under Seal 3/6/2012[4] |
| 62. | 11/1/1999 | Individual Agreement of William A. Niese | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 63. | 12/21/2003 | Anthony Colosimo Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000028-31 | Debtors | (4) Retirees | Admitted 3/5/2012; Admitted Under Seal 3/6/2012 |
| 64. | 3/18/2004 | Ronald Lichtman Letter Agreement — *Confidential – Attorneys' Eyes Only* | TRB2000068-70 | Debtors | (4) Retirees | Admitted 3/5/2012; Admitted Under Seal 3/6/2012 |
| 65. | 2012 | Fundamentals of Intermediate Accounting, Kieso, Weygandt, & Warfield, 14th Edition (excerpts) | N/A | Retirees | (4) Retirees | Objection Sustained – 3/5/2012 |

---

[4] The official transcript mistakenly omits the Court's admission under seal of ADH Exhibit 61. Compare Tr. 3/6 at 7:23–8:10 ("MR. BENDERNAGEL: The exhibit numbers are 46, 47, 50, 51, 56, 60, 61, 63, and 64 ...."), with Tr. 3/6 at 8:11-12 (reporter noting, "Exhibits 46, 47, 50, 51, 56, 60, 63 and 64 are admitted into evidence under seal.").

46429/0001-8370650v1

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 66. | 12/1985 | Financial Accounting Standards No. 87 and 150 Employers' Accounting for Pensions | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 67. | 4/17/2002 | Joint Committee on Taxation, Present Law and Background Related to Executive Compensation, (JCX-29-02) (excerpts) | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 68. | 6/24/2011 | Internal Revenue Service Nonqualified Deferred Compensation Audit Techniques Guide 02-2005 | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 69. | N/A | SEC Form 8-K – Instructions – Information to be Included in the Report – Section 2, Item 2.01 – Completion of Acquisitions or Disposition of Assets | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 70. | 3/29/1996 | Times Mirror Form 10-K (FY 1995) filed with the SEC (excerpts) | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 71. | 3/18/1997 | Times Mirror Form 10-K (FY 1996) filed with the SEC (excerpts) | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 72. | 3/27/1998 | Times Mirror Form 10-K (FY 1997) filed with the SEC (excerpts) | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 73. | 3/25/1999 | Times Mirror Form 10-K (FY 1998) filed with the SEC (excerpts) | N/A | Retirees | (4) Retirees | 3/5/2012 |

10

46429/0001-8370630v1

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 74. | 3/13/2000 | Tribune Company Form 8-K filed with the SEC | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 75. | 3/13/2000 | Agreement and Plan of Merger between Tribune Company and Times Mirror Company (excerpts) | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 76. | 3/30/2000 | Times Mirror Form 10-K/A (FY 1999) filed with the SEC (excerpts) | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 77. | 6/12/2000 | Tribune Company Form 8-K filed with the SEC | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 78. | 3/27/2001 | Tribune Company Form 10-K (FY 2000) filed with the SEC (excerpts) | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 79. | 3/20/2008 | Tribune Company Form 10-K (FY 2007) filed with the SEC (excerpts) | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 80. | 11/10/2008 | Tribune Company Form 10-Q filed with the SEC | N/A | Retirees | (4) Retirees | 3/5/2012 |
| 81. | 5/18/2010 | DCL Plan, Exhibit 5.14.3 (Retiree Settlement Agreement) | D.I. 4693 | WTC | (4) Retirees | 3/5/2012 |
| 82. | 2/22/2012 | Consolidated Tribune Company Trial Balance | TRB2000126-33 | Retirees | (4) Retirees | 3/5/2012[5] |

---

[5] The official transcript mistakenly omits the Court's admission of ADH Exhibit 82.  See Tr. 3/5 at 145:1-7.

46429/0001-8370650v1

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 83. | 2/3/2012 | List of Other Parent Claims (other than the Retirees and Swap Counterparty) | TRB2000103-21 | Debtors, WTC | (5) Remaining Other Parent Claims | 3/5/2012 |
| 83(a). | 3/1/2012 | List of Other Parent Claims (other than the Retirees and Swap Counterparty) (revised) (Exhibit A to Debtors' Reply Brief) | N/A | Debtors | (5) Remaining Other Parent Claims | 3/5/2012 |
| 84. | 12/8/2010 | Joint Disclosure Statement (and exhibits) | D.I. 7134 | UCC | (6) Unfair Discrimination | 3/6/2012 |
| 85. | 12/8/2010 | DCL Specific Disclosure Statement (and exhibits) | D.I. 7135 | UCC | (6) Unfair Discrimination | 3/6/2012 |
| 86. | 12/15/2010 | Joint Disclosure Statement Blackline | D.I. 7198 | UCC | (6) Unfair Discrimination | 3/6/2012 |
| 87. | 2/20/2012 | Third Amended DCL Plan | D.I. 10958 | UCC, Retirees | (6) Unfair Discrimination | 3/6/2012 |
| 88. | 2/20/2012 | Supplemental Disclosure Document | D.I. 10959 | UCC | (6) Unfair Discrimination | 3/6/2012 |
| 89. | 2/24/2012 | Subordination Scenario Recovery Charts | D.I. 11015, App. B | UCC, Oaktree, Law Debenture | (6) Unfair Discrimination | 3/6/2012 |

12

46429/0001-8370650v1

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 90. | 2/24/2012 | Recovery Charts attached as Exhibits D and E to the Debtors' Opening Brief Regarding Factual Information Relevant to Allocation Disputes | D.I. 11004, Exs. D & E | Oaktree | (6) Unfair Discrimination | 3/6/2012 |
| 91. | N/A | Listing Prepared by DBTCA Concerning PHONES Tendered for Exchange | WTC0000115 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |
| 92. | 6/9/2010 | Schedule Prepared by Tribune Company Concerning PHONES Tendered for Exchange | WTC0000116-17 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |
| 93. | N/A | Redacted Copies of Executed Revised Exchange Notices | WTC0000118-57 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |
| 94. | 4/1/1999 | Form of Revised Exchange Notice and Internal Procedures | WTC 0000089-93 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |
| 95. | 9/12/2008 | Email from Jack Rodden to Chandler Bigelow, David Eldersveld, Patrick Shanahan, and Bruno Caridine (all Tribune Company) re: PHONES Exchangeable Notes | TRB0573164 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |
| 96. | 9/12/2008 | Redacted Copy of Executed Exchange Request Letter from Deutsche Bank Securities Services NJ, Inc. to DBTCA re: PHONES Exchange | TRB0573277 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |

13

46429/0001-8370630v1

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 97. | 9/12/2008 | Redacted Copy of Executed Exchange Request Letter from Morgan Stanley | TRB0573339 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |
| 98. | 9/17/2008 | Email from David Contino (DBTCA) to James Langdon (Sidley), David Eldersveld (Tribune Company), Jack Rodden (Tribune Company), and Kevin Blatchford (Sidley) re: PHONES Exchange Notice and Instructions | TRB0573513-16 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |
| 99. | 11/17/2008 | Wire Transfer Request Form Dated November 17, 2008, Officers' Certificate of Tribune Company and Electronic Withdrawals Concerning November 2008 Quarterly Interest Payment and Dividend to PHONES Holders | TRB2000122-25 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |
| 100. | 11/26/2008 | Redacted Copy of Executed Revised Exchange Notice, Credit Suisse (USA) LLC | TRB0585353-54 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |

14

46429/0001-8370630v1

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---------|------|------------------------|-----------|-------------------|--------|---------------|
| 101. | 12/24/2008 | Email from James Langdon (Sidley) to David Eldersveld, Don Liebentritt, Chandler Bigelow, and Jack Rodden (all Tribune Company) re: DBTCA/Wilmington Trust/Tribune Instrument of Resignation, Appointment and Acceptance | TRB0586604-07 | Aurelius | (7) High/Low PHONES | 3/6/2012 |
| 102. | 12/24/2008 | Email from James Langdon (Sidley) to David Eldersveld, Don Liebentritt, Chandler Bigelow, and Jack Rodden (all Tribune Company) re: DBTCA/Wilmington Trust/Tribune Instrument of Resignation, Appointment and Acceptance | TRB0586616-19 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |
| 103. | 12/30/2008 | Letter from DBTCA to Tribune Company Dated December 30, 2008 Concerning PHONES Tendered for Exchange | WTC0000078-79 | WTC | (7) High/Low PHONES | 3/6/2012 |
| 104. | 1/14/2009 | Letter from David Eldersveld (Tribune Company) to DBTCA Concerning PHONES Tendered for Exchange | WTC0000086 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |

15

46429/0001-8370630v1

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 105. | 5/6/2010 | Email from Jack Rodden (Tribune Company) to Patrick Healy (WTC) Containing Schedule Prepared by Tribune Company Concerning PHONES Tendered for Exchange | WTC0000496-98 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |
| 106. | 12/10/2010 | Debtors' Responsive Statement in Connection with Solicitation of the Competing Plans (excerpts) | D.I. 7141 | WTC | (7) High/Low PHONES | 3/6/2012 |
| 107. | 1/24/2011 | Order Temporarily Allowing Claims of Wilmington Trust Company Pursuant to Bankruptcy Rule 3018(a) | D.I. 7626 | WTC | (7) High/Low PHONES | 3/6/2012 |
| 108. | 3/8/2011 | Excerpted Hearing Transcript 3/8/2011 (Mr. Kurtz Direct) (excerpts) | N/A | WTC | (7) High/Low PHONES | 3/6/2012 |
| 109. | 3/9/2011 | Excerpted Hearing Transcript 3/9/2011 (Ms. Kulnis, JP Morgan Direct) (excerpts) | N/A | WTC | (7) High/Low PHONES | 3/6/2012 |
| 110. | 4/14/2011 | Excerpted Hearing Transcript 4/14/2011 (Mr. Johnston on Behalf of Oaktree and Angelo Gordon) (excerpts) | N/A | WTC | (7) High/Low PHONES | 3/6/2012 |

16

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 111. | 5/11/2011 | DCL Plan Proponents Post-Trial Brief in Support of Confirmation of Second Amended Joint Plan of Reorganization (excerpts) | D.I. 8897 | WTC | (7) High/Low PHONES | 3/6/2012 |
| 112. | 10/28/2011 | Amended Declaration (Fourth Supplemental) of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC, Exhibit B-3 | D.I. 10090 | WTC | (7) High/Low PHONES | 3/6/2012 |
| 113. | 2/13/2012 | Email from Jennifer Anderson (WTC) to Gordon Novod (Brown Rudnick) and Patrick Healy (WTC) re: DTC outstanding balance | WTC000524 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |
| 114. | 2/19/2012 | DBTCA's Responses and Objections to the First Set of Interrogatories of Wilmington Trust | N/A | WTC | (7) High/Low PHONES | 3/6/2012 |
| 115. | 2/24/2012 | PHONES Claim Stipulation | D.I. 11016 | Aurelius, WTC | (7) High/Low PHONES | 3/6/2012 |
| 116. | 3/23/2007 | Email Exchange Between Mark Hianik (Tribune Company) and Nils Larsen (EGI), Chandler Bigelow (Tribune Company), and Daniel Kazan (Tribune Company) with Attached Term Sheets | D&P_TR091749-52 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |

17

46429/0001-8370630v1

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---------|------|------------------------|------------|-------------------|--------|---------------|
| 117. | 3/23/2007 | Email from Nils Larsen (EGI) with Attached Term Sheets | EGI-LAW 00031058-61 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 118. | 3/23/2007 | Email Exchange Between Nils Larsen (EGI) and Daniel Kazan (Tribune Company) | TRB0082471 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 119. | 3/24/2007 | Email Exchange Between Daniel Kazan (Tribune Company) and Elyse Bluth (Duff & Phelps) | D&P_TR091748 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 120. | 3/27/2007 | Email Exchange Between Julie Persily (Citigroup) and Christina Mohr (Citigroup) | CITI-TRIB-CC 00025351-52 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 121. | 3/27/2007 | Email Exchange Between Julie Persily (Citigroup) and Chandler Bigelow (Tribune Company) | CITI-TRIB-CC 00049261-62 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 122. | 3/27/2007 | Email Exchange Between Patricia Deans (JP Morgan) and Chandler Bigelow (Tribune Company) | CITI-TRIB-CC 00050005 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 123. | 3/27/2007 | Email Exchange Between Peter Cohen (JP Morgan) and Chandler Bigelow (Tribune Company) | CITI-TRIB-CC 00050289-90 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |

18

4642900001-837063ov1

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 124. | 3/27/2007 | Email Exchange From Chandler Bigelow (Tribune Company) with Attached Moody's Schedule | CITI-TRIB-CC 00050753-54 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 125. | 3/27/2007 | Letter from Moody's Investors Service to Donald C. Grenesko (Tribune Company) | Examiner's Exhibit 214, TRB0099118-23 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 126. | 3/27/2007 | Email Exchange Between Julie Persily (Citigroup) and Todd Kaplan (Moody's) | JPM_00233966-67 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 127. | 3/27/2007 | Email Exchange Between Chandler Bigelow (Tribune Company) and Patricia Deans (JP Morgan) | JPM_00291398 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 128. | 3/27/2007 | Email Exchange Between Peter Cohen (JP Morgan) and Joachim Sonne (JP Morgan) | JPM-00226635-38 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 129. | 3/27/2007 | Email Exchange Between John Puchalla (Moody's) and Chandler Bigelow (Tribune Company) | TRB0086033 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 130. | 3/27/2007 | Email Exchange Between Chandler Bigelow (Tribune Company) and John Puchalla (Moody's) | TRB0090708-11 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |

19

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 131. | 3/27/2007 | Email Exchange Between Chandler Bigelow (Tribune Company) and Patricia Deans (JP Morgan) | TRIB-G0026946 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 132. | 3/27/2007 | Email Exchange Between Chandler Bigelow (Tribune Company) and Julie Persily (Citigroup) | TRIB-G0026947 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 133. | 3/27/2007 | Email Exchange Between John Puchalla (Moody's) and Chandler Bigelow (Tribune Company) | TRIB-G0026948 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 134. | 3/27/2007 | Email Exchange Between Chandler Bigelow (Tribune Company) and Peter Cohen (JP Morgan) | TRIB-G0026949-51 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 135. | 3/27/2007 | Email Exchange Between Chandler Bigelow (Tribune Company) and Joachim Sonne (JP Morgan) | TRIB-G0026952-54 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 136. | 3/27/2007 | Email Exchange Between Joachim Sonne (JP Morgan) and Chandler Bigelow (Tribune Company) | TRIB-G0035142-44 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 137. | 4/5/2007 | Tribune Company Form 8-K filed with the SEC | N/A | EGI-TRB | (8) PHONES/ EGI-TRB Priority | 3/6/2012 |

46429/0001-8370630v1

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 138. | 4/5/2007 | Email Exchange Between Ruthellyn Musil (Tribune Company) and Mark W. Hianik (Tribune Company) | TRB1249941-43 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 139. | 4/24/2007 | Tribune Company Form 8-K filed with the SEC | N/A | EGI-TRB | (8) PHONES/ EGI-TRB Priority | 3/6/2012 |
| 140. | 5/15/2007 | EGI-TRB Subordination Agreement (Draft) | EGI-LAW 00243356-62 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 141. | 5/22/2007 | Email Exchange Between Denise Ryan (Cahill) and Farhad Patel (Jenner) with JPM/Cahill Comments to the Form of Junior Capital Note and Subordination Agreement Relating to the Zell Subordination Note | TRB1169511-26 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 142. | 5/23/2007 | EGI-TRB Form of Subordination Agreement Draft (Comparison Version 4) | EGI-LAW 00243363-70 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 143. | 5/24/2007 | EGI-TRB Form of Subordination Agreement Draft (Version 4) | EGI-LAW 00243371-76 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |

21

46429/0001-8370650v1

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 144. | 6/29/2007 | Email from Chandler Bigelow (Tribune Company) to Chris Hochschild (EGI) with Attached Schedule | EGI-LAW 00108858-59 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 145. | 7/13/2007 | Tribune Company Definitive Proxy Statement filed with the SEC | N/A | EGI-TRB | (8) PHONES/ EGI-TRB Priority | 3/6/2012 |
| 146. | 11/2/2007 | EGI-TRB Subordination Agreement Draft (Version 5) | EGI-LAW 00243377-82 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 147. | 12/17/2007 | EGI-TRB Subordination Agreement Draft (Version 6) | EGI-LAW 00243383-90 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 148. | 12/17/2007 | EGI-TRB Subordination Agreement (with Comparison Version 6) | EGI-LAW 00243391-404 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 149. | 12/19/2007 | EGI-TRB Subordination Agreement (Version 7) | EGI-LAW 00243405-12 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 150. | 6/2/2009 | Letter from G. Jenkins of Goldberg Kohn to B. Krakauer of Sidley Austin | EGI-LAW 00243345-47 | EGI-TRB | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |

22

| ADH EX. | DATE | DESCRIPTION OF DOCUMENT | BATES/D.I. | IDENTIFYING PARTY | BINDER | DATE ADMITTED |
|---|---|---|---|---|---|---|
| 151. | 7/2010 | Examiner's Report (Excerpts) | Examiner's Report, Vol. I., p. 199 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted for PHONES/EGI-TRB Priority Issue Only |
| 152. | 11/17/2012 | Alvarez & Marsal model produced by Debtors to Aurelius on February 4, 2012 | TRB2000004 | UCC, EGI-TRB | (8) PHONES/ EGI-TRB Priority | 3/6/2012 |
| 153. | 2/8/2012 | Letter Brief by EGI-TRB on Discovery Disputes | D.I. 10879 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 |
| 154. | 2/21/2012 | Order Regarding Stipulation between Wilmington Trust and EGI-TRB, LLC Regarding Allocation Disputes Hearing | D.I. 10961 | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 |
| 155. | 2/21/2012 | Stipulation between Wilmington Trust and EGI-TRB, LLC Regarding Allocation Disputes Hearing | D.I. 10961, Ex. A | WTC | (8) PHONES/ EGI-TRB Priority | 3/6/2012 |
| 156. | 2/23/2012 | Deposition Testimony of William Pate | N/A | EGI-TRB | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |
| 157. | 2/23/2012 | Deposition Testimony of Christopher Hochschild | N/A | EGI-TRB | (8) PHONES/ EGI-TRB Priority | 3/6/2012 – Admitted Conditionally |

23

46429/0001-8370630v1

Dated: Wilmington, Delaware
   March 9, 2012

Respectfully submitted,

SIDLEY AUSTIN LLP

James F. Conlan
Kevin T. Lantry
One South Dearborn Street
Chicago, IL  60603
(312) 853-700

James F. Bendernagel, Jr.
Ronald S. Flagg
1501 K St., N.W.
Washington, D.C. 20005
 (202) 736-8000

   -and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
 (302) 652-313

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

24

46429/0001-8370630v1