IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>**Objection Date: March 29, 2012 at 4:00 p.m.**<br>Hearing Date: *Only if Objections are filed* |

## THIRTY-SIXTH FEE APPLICATION OF SIDLEY AUSTIN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD OF DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

| | |
|---|---|
| Name of Applicant: | **Sidley Austin LLP** |
| Authorized to Provide<br>Professional Services to: | **Debtors** |
| Date of Retention: | **February 20, 2009 (nunc pro tunc to December 8, 2008)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought: | **December 1, 2011 through December 31, 2011** |
| Amount of compensation sought as actual, reasonable and necessary: | **$1,366,288.75** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | **$48,313.18** |

This is a(n):     __X__ monthly          _____ interim          _____ final application

Requested Payment Amount:

| | |
|---|---|
| Fees at 80% | **$1,093,031.00** |
| Expenses at 100% | **$48,313.18** |

## FEE SUMMARY FOR THE PERIOD FROM
## DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chris E. Abbinante | Partner/ Corporate/ 14 years. Admitted 1997. | $825 | 2.50 | $2,062.50 |
| Suresh T. Advani | Partner/ Tax/ 19 years. Admitted 1992. | $875 | 3.20 | $2,800.00 |
| Richard W. Astle | Partner/ Corporate/ 31 years. Admitted 1980. | $775 | 3.20 | $2,480.00 |
| Larry A. Barden | Partner/ Corporate/ 29 years. Admitted 1982. | $900 | 18.70 | $16,830.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 34 years. Admitted 1977. | $850 | 123.30 | $104,805.00 |
| Kevin F. Blatchford | Partner/ Litigation/ 25 years. Admitted 1986. | $750 | 21.40 | $16,050.00 |
| Mark B. Blocker | Partner/ Litigation/ 23 years. Admitted 1988. | $725 | .30 | $217.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jessica C.K. Boelter | Partner/ Bankruptcy/ 9 years. Admitted 2002. | $700 | 99.10 | $66,920.00 |
| Frank J. Broccolo | Partner/ Litigation/ 11 years. Admitted 2000. | $650 | 1.40 | $910.00 |
| James N. Cahan | Partner/ Environmental/ 35 years. Admitted 1976. | $675 | 5.70 | $3,847.50 |
| Michael A. Clark | Partner/ Tax/ 32 years. Admitted 1979. | $750 | .50 | $375.00 |
| James F. Conlan | Partner/ Bankruptcy/ 23 years. Admitted 1988. | $975 | 50.00 | $48,750.00 |
| Stephen G. Contopulos | Partner/ Litigation/ 39 years. Admitted 1972. | $775 | .20 | $155.00 |
| Michael W. Davis | Partner/ Litigation/ 36 years. Admitted 1975. | $825 | .30 | $247.50 |
| James W. Ducayet | Partner/ Litigation/ 15 years. Admitted 1996. | $750 | .30 | $225.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert A. Ferencz | Partner/ Employee Benefits/ 38 years. Admitted 1973. | $750 | 11.20 | $8,400.00 |
| Max C. Fischer | Partner/ Employment/ 15 years. Admitted 1995. | $650 | 7.30 | $4,745.00 |
| Brian J. Gold | Partner/ Employment/ 29 years. Admitted 1982. | $750 | 35.70 | $26,775.00 |
| Scott J. Heyman | Partner/ Tax/ 24 years Admitted 1987. | $750 | .20 | $150.00 |
| Robert W. Hirth | Partner/ Litigation/ 32 years. Admitted 1979. | $900 | 124.40 | $111,960.00 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 19 years. Admitted 1992. | $750 | 8.90 | $6,675.00 |
| Eamon P. Joyce | Partner/ Litigation/ 8 years. Admitted 2003. | $700 | .10 | $70.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kenneth P. Kansa | Partner/ Bankruptcy/ 12 years. Admitted 1999. | $750 | 19.40 | $14,550.00 |
| Erin E. Kelly | Partner/ Litigation/ 15 years Admitted 1996. | $725 | .80 | $580.00 |
| Colleen M. Kenney | Partner/ Litigation/ 20 years. Admitted 1991. | $700 | 2.00 | $1,400.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 29 years. Admitted 1982. | $950 | 37.10 | $35,245.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 20 years. Admitted 1991. | $900 | 91.10 | $79,560.00 |
| Scott R. Lassar | Partner/ Litigation/ 36 years. Admitted 1975. | $950 | 12.90 | $12,255.00 |
| Robert J. Lewis | Partner/ Global Finance/ 16 years. Admitted 1995. | $725 | .50 | $362.50 |
| Jonathan D. Lotsoff | Partner/ Employment/ 17 years. Admitted 1994. | $700 | 29.10 | $20,370.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Larry J. Nyhan | Partner/ Bankruptcy/ 31 years. Admitted 1980. | $975 | 2.10 | $2,047.50 |
| Kevin R. Pryor | Partner/ Tax/ 14 years. Admitted 1997. | $700 | .60 | $420.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 29 years. Admitted 1982. | $750 | 8.90 | $6,675.00 |
| Joel G. Samuels | Partner/ Bankruptcy/ 27 years. Admitted 1984. | $875 | 25.90 | $20,650.00 |
| Mark D. Schneider | Partner/ Communications/ 26 years. Admitted 1985. | $725 | 14.30 | $10,367.50 |
| Stewart R. Shepherd | Partner/ Employee Benefits/ 35 years. Admitted 1976. | $750 | 1.30 | $975.00 |
| Jeffrey C. Steen | Partner/ Bankruptcy/ 27 years. Admitted 1984. | $875 | 153.60 | $133,306.25 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dennis M. Twomey | Partner/ Bankruptcy/ 11 years. Admitted 2000. | $725 | 50.70 | $36,757.50 |
| Alan M. Unger | Partner/ Litigation/ 32 years. Admitted 1979. | $900 | 7.40 | $6,660.00 |
| James P. Young | Partner/ Litigation/ 18 years. Admitted 1993. | $650 | 1.30 | $845.00 |
| Lawrence R. Fullerton | Senior Counsel/ Litigation/ 33 years. Admitted 1978. | $850 | 3.50 | $2,975.00 |
| William A. Evanoff | Counsel/ Corporate/ 11 years. Admitted 2000. | $675 | .50 | $337.50 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 32 years. Admitted 1979. | $725 | 76.40 | $55,390.00 |
| James D. Weiss | Counsel/ Employment/ 18 years. Admitted 1993. | $625 | 102.40 | $64,000.00 |

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gabriel E. Bedoya | Associate/ Litigation/ > 1 year. Bar Admission Pending. | $375 | 13.40 | $5,025.00 |
| Daniel C. Craig | Associate/ Litigation/ > 1 year. Admitted 2011. | $325 | 6.40 | $2,080.00 |
| Jason J. Englund | Associate/ Employment/ 3 years. Admitted 2008. | $405 | 14.70 | $5,953.50 |
| Colin J. Garry | Associate/ Litigation/ 3 years. Admitted 2008. | $535 | 9.50 | $5,082.50 |
| Michael T. Gustafson | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $375 | 80.90 | $30,337.50 |
| Timothy R. Hargadon | Associate/ Litigation/ 1 year. Admitted 2010. | $425 | 5.10 | $2,167.50 |
| Geoffrey M. King | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 69.20 | $29,410.00 |
| Candice L. Kline | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 24.20 | $11,495.00 |

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Marc A. Korman | Associate/ Litigation/ 1 year. Admitted 2010. | $325 | 5.30 | $1,722.50 |
| Christopher S. Krueger | Associate/ Corporate/ 3 years. Admitted 2008. | $405 | .30 | $121.50 |
| Francis S. Lam | Associate/ Employment/ > 1 year. Admitted 2011. | $340 | 9.90 | $3,366.00 |
| James P. Langdon | Associate/ Corporate/ 5 years. Admitted 2006. | $495 | 3.50 | $1,732.50 |
| Jillian K. Ludwig | Associate/ Bankruptcy/ 4 years. Admitted 2007. | $535 | 133.50 | $71,422.50 |
| Rachel F. Margolis | Associate/ Employment/ 3 years. Admitted 2008. | $405 | 2.20 | $891.00 |
| Matthew G. Martinez | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 21.20 | $10,070.00 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 6 years. Admitted 2005. | $625 | 41.20 | $25,750.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ryan C. Morris | Associate/ Litigation/ 4 years. Admitted 2007. | $525 | 18.00 | $9,450.00 |
| Sophia Park Mullen | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $535 | .90 | $481.50 |
| Brett H. Myrick | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 124.90 | $53,082.50 |
| Tom A. Paskowitz | Associate/ Litigation/ 5 years. Admitted 2006. | $625 | 2.90 | $1,812.50 |
| Katherine A. Roberts | Associate/ Employment/ 3 years. Admitted 2008. | $440 | 13.70 | $6,028.00 |
| Steve W. Robinson | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 23.20 | $9,860.00 |
| Thomas E. Ross | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 66.50 | $24,272.50 |
| Richard M. Silverman | Associate/ Tax/ 4 years. Admitted 2007. | $450 | 20.10 | $9,045.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lydia Hill Slaby | Associate/ Bankruptcy/ > 1 year. Bar Admission Pending. | $315 | 41.80 | $15,675.00 |
| Adam M. Snyder | Associate/ Corporate/ 4 years. Admitted 2007. | $450 | .20 | $90.00 |
| Matt Stevens | Associate/ Corporate/ 3 years. Admitted 2008. | $405 | 33.50 | $13,567.50 |
| Allison Ross Stromberg | Associate/ Litigation/ 3 years. Admitted 2008. | $475 | 122.90 | $58,377.50 |
| Tim M. Swan | Associate/ Corporate/ 5 years. Admitted 2006. | $495 | 1.10 | $544.50 |
| Angela Eavy | Staff Attorney/ Litigation/ 7 years. Admitted 2004. | $355 | .30 | $106.50 |
| Paula G. Friedman | Staff Attorney/ Communications/ 22 years. Admitted 1989. | $300 | 5.50 | $1,650.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Beryl E. Dennis | Senior Legal Assistant/ Litigation/ 25 years. | $300 | .80 | $240.00 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 10 years. | $240 | 13.70 | $3,288.00 |
| Randall C. Luce | Senior Legal Assistant/ Litigation/ 14 years. | $290 | 4.90 | $1,421.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 25 years. | $300 | 18.60 | $5,580.00 |
| John Meehan | Legal Assistant/ Appellate Group/ 9 years. | $250 | 6.00 | $1,500.00 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 15 years. | $255 | 17.30 | $4,411.50 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $200 | 26.80 | $5,360.00 |
| Jeffrey V. Bosh | Director Librarian/ 26 years. | $150 | .30 | $45.00 |
| Ellen J. Kreis | Librarian/ 12 years. | $100 | .30 | $30.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Amy Weiner | Librarian/ 17 years. | $125 | .30 | $37.50 |
| Tiffany Katata | Project Assistant/ 3 years. | $115 | 8.80 | $1,012.00 |
| Diliana Stamatova | Project Assistant/ 6 years. | $115 | 11.00 | $1,265.00 |
| Ricardo A. Murray | Docket Clerk/ 23 years. | $100 | 2.50 | $250.00 |
| **Grand Total** | | | 2,187.00 | $1,366,288.75 |
| **Blended Rate** | | $624.73 | | |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Matters (20100) | 55.30 | $26,956.00[1] |
| Fee Applications (30390) | 180.10 | $66,653.00 |
| Executory Contracts and Leases (30410) | .40 | $214.00 |
| Litigated Matters (30470) | 693.40 | $462,087.00 |
| Travel Time (30480) (with 50% discount) | 19.50 | $7,986.25 |
| Plan and Disclosure Statement (30500) | 721.60 | $497,172.50 |
| Professional Retention (30510) | 20.60 | $9,460.50 |
| Tax Matters (30520) | 22.10 | $11,807.50 |
| Claims Processing (30530) | 67.30 | $38,556.50 |
| Business Operations (30550) | 75.60 | $42,630.50 |
| Case Administration (30560) | 38.10 | $15,576.50 |
| Creditor Communications (30570) | .60 | $240.00 |
| Employee Matters (30590) | 292.40 | $186,948.50 |
| **TOTAL** | **2,187.00** | **$1,366,288.75** |

---

[1] $25,306.00 of this amount represents professional fees for FCC-related services attributable to Newspaper Crossownership (49.80 hrs., $25,306.00 fees) which have been separately invoiced at the request of the Debtors.

15

## EXPENSE SUMMARY FOR THE PERIOD FROM
## DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[2] | Various | $4,878.62 |
| Court Costs | | $845.00 |
| Duplicating Charges[3] | | $727.83 |
| Document Delivery Services | | $253.31 |
| Ground Transportation | | $1,685.87 |
| Lexis Research Service[4] | Lexis | $10,245.11 |
| Legal Support Services | | $13,761.67 |
| Meals – Out of Town | | $703.74 |
| Meals | | $84.50 |
| Messenger Services | | $1,532.72 |
| Overtime | | $264.24 |
| Document Production | | $1,850.00 |
| Publications | | $45.00 |
| Search Services | | $173.22 |
| Telephone Tolls | | $734.47 |
| Travel/Lodging | | $3,480.65 |
| Westlaw Research Service[4] | Westlaw | $7,047.23 |
| | | |
| **Total** | | **$48,313.18** |

---

[2] Sidley submits that, to the best of its knowledge, air transportation utilized during the period covered by this Application was charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters.

[3] Sidley's rate for standard (non-color) copying is $0.10 per page and is in compliance with the rates as required by Local Rule 2016-2(e)(iii).

[4] Sidley charges its clients for computer-assisted legal research at a rate that recovers no more than the Firm's cost.

LA1 2366647V.1