*MARCH, 5, 2012*

United States Bankruptcy Court                                  Case # 08-13141 (KJC)

824 Market Street, 3rd Floor

Wilmington, Delaware 19801

2012 MAR -9 AM 9:21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Response by Thomson Inc., aka Thales Broadcast & Multimedia, since changed to present name Thomson Broadcast LLC

To whom it may concern,

I am writing this letter relative to Case # 08-13141 (KJC) as instructed under the Fifty first Omnibus (substantive) Objection to Claims pursuant to Sections 502(b) and 558 of the bankruptcy code, Bankruptcy Rules 3001, 3003, and 3007, and local rule 3007-1.

I am enclosing documentation relative to the original contract and associated terms and conditions.

WTXX and Thomson Inc entered into a contract for the delivery of certain equipment and services as shown as Contract # 6681-060807-R2, originally made in 2007 and amended in 2008 to include more goods services.

Whereas, Thomson Inc completed said project in a timely and professional fashion and billed for the payment due under the contract. The invoice included the Taxes due to the State of Connecticut, unless, a certificate evidencing exemption of these taxes was provided to Thomson Inc prior to delivery of the equipment and services under the contract.

After considerable communications back and forth, Thomson Inc received a copy of a tax exempt form for WTIC (copy attached). Unfortunately according to the State of Connecticut, the document did not cover WTXX, nor was it dated for the appropriate period in which the equipment and services were delivered.

Thomson Inc appropriately paid taxes to the State of Connecticut for this project, which was in compliance with our terms and Conditions pursuant to our contract with WTXX under Article 4 Taxes and Duties.

Further we enclose a copy of intercompany correspondence and appropriate documentation showing these taxes were paid by Thomson Inc under the known name of Thales Broadcast and Multimedia, as required by Connecticut State Law. Please note that there was company name change in 2007 due to change of ownership.

We continued to request the appropriate documentation proving the Tax exempt status of WTXX for the years 2007 and 2008, and have yet to receive it. The time allowed for application for credit from the state of Connecticut is now expired according to Connecticut general Statute 12-425

(Documents attached). These funds are no longer recoverable even if WTXX can prove tax exempt status in the future.

In general, we never received a correct exemption certificate, neither with the correct company name or the correct time period stated on it.

We paid the taxes according to the terms and conditions of the contract.

We cannot get the money back from the State of Connecticut.

Thomson Inc sold this receivable at a significant loss to Riverside Claims in 2009 and the taxes unpaid by WTXX, but paid by Thomson Inc, were a part of the total amount.

Despite all our efforts, we could not find a satisfactory resolution for this issue.

Should you need any further information or clarification, please contact me anytime.

Sincerely,

Matthew Geoghegan
Finance Manager
Thomson Broadcast LLC
104 Feeding Hills Rd, Southwick, Massachusetts, 01077
(413) 998-1100