# Form OS-114 - Print                                              2007

## Connecticut Sales and Use Tax Return

| | |
|---|---|
| **Organization Name:** THALES BROADCAST AND MULTIMEDIA INC | **CT REG:** 9334681001 |
| **Business Trade Name:** THALES BROADCAST AND MULTIMEDIA INC | |
| **Period Ending:** 12/31/2007 | **Due Date:** 01/31/2008 |
| **Account Type:** C (Checking) | **Payment Date:** 02/08/2008 |
| **Routing Number:** 021000021 | **Account Number:** xxxxxxxxxxxx0073 |
| **Payment Amount:** $19,241.00 | |
| **User ID:** thomsonct | **User Phone:** 413-998-1110 |
| **User Email:** rafal.dybacki@thomson.net | |

**Taxpayer Copy**

Do NOT mail to the Department of Revenue Services.

Your Confirmation Number is: **08W1101222045**

| | | | | |
|---|---|---|---|---|
| 1. | Gross receipts from sales of goods | 1. | $ | 672,660.00 |
| 2. | Gross receipts from leases and rentals | 2. | $ | 0.00 |
| 3. | Gross receipts from labor and services | 3. | $ | 0.00 |
| 4. | Purchases of goods by your business subject to use tax | 4. | $ | 0.00 |
| 5. | Leases and rentals by your business subject to use tax | 5. | $ | 0.00 |
| 6. | Purchases of services by your business subject to use tax | 6. | $ | 0.00 |
| 7. | Total of Lines 1 through 6 | 7. | $ | 672,660.00 |
| 8. | Total deductions | 8. | $ | 370,151.00 |
| 9. | Balance subject to tax (Line 8 will be subtracted from Line 7 and displayed here -- not less than zero.) | 9. | $ | 302,509.00 |
| 10. | Gross amount of tax due (Line 9 will be multiplied by 6% and displayed here.) | 10. | $ | 18,151.00 |
| 11. | Credits (To receive an authorized tax credit, you must have received a credit notice from DRS.) | 11. | $ | 0.00 |
| 12. | Net amount of tax due (Line 11 will be subtracted from Line 10 and displayed here.) | 12. | $ | 18,151.00 |
| 13a. | Penalty | 13a. | $ | 908.00 |
| 13b. | Interest | 13b. | $ | 182.00 |

Taxpayer Service Center - Print

Page 2 of 2

14. Total Amount Due (Lines 12 and 13 will be added and the result displayed here.)   14.   $   19,241.00

## Deductions

| Line # and Description | Total Amount | Adjusted Total Amount |
|---|---|---|
| 43 - Federal, Connecticut or municipal agencies - leases and rentals | $ 370,151.00 | $ 370,151.00 |
| | **Total Deductions:** $ | **370,151.00** |

Taxpayer Service Center - Print                                          Page 1 of 2

# Form OS-114 - Print                                                    2008

## Connecticut Sales and Use Tax Return

| | | |
|---|---|---|
| **Organization Name:** | THALES BROADCAST AND MULTIMEDIA INC | **CT REG:** 9334681001 |
| **Business Trade Name:** | THALES BROADCAST AND MULTIMEDIA INC | |
| **Period Ending:** 03/31/2008 | | **Due Date:** 04/30/2008 |

| | |
|---|---|
| **Account Type:** C (Checking) | **Payment Date:** 05/05/2008 |
| **Routing Number:** 021000021 | **Account Number:** xxxxxxxxxxxx0073 |
| **Payment Amount:** $1,413.00 | |

| | |
|---|---|
| **User ID:** thomsonct | **User Phone:** 530-478-3157 |
| **User Email:** julie.heath@thomson.net | |

### Taxpayer Copy
### Do NOT mail to the Department of Revenue Services.

**Your Confirmation Number is: 08W1103729007**

| # | Description | | | Amount |
|---|---|---|---|---|
| 1. | Gross receipts from sales of goods | 1. | $ | 22,860.00 |
| 2. | Gross receipts from leases and rentals | 2. | $ | 0.00 |
| 3. | Gross receipts from labor and services | 3. | $ | 0 00 |
| 4. | Purchases of goods by your business subject to use tax | 4. | $ | 0.00 |
| 5. | Leases and rentals by your business subject to use tax | 5. | $ | 0.00 |
| 6. | Purchases of services by your business subject to use tax | 6. | $ | 0.00 |
| 7. | Total of Lines 1 through 6 | 7. | $ | 22,860.00 |
| 8 | Total deductions | 8. | $ | 0.00 |
| 9. | Balance subject to tax (Line 8 will be subtracted from Line 7 and displayed here -- not less than zero.) | 9. | $ | 22,860.00 |
| 10. | Gross amount of tax due (Line 9 will be multiplied by 6% and displayed here.) | 10. | $ | 1,372.00 |
| 11. | Credits (To receive an authorized tax credit, you must have received a credit notice from DRS.) | 11. | $ | 0.00 |
| 12. | Net amount of tax due (Line 11 will be subtracted from Line 10 and displayed here.) | 12. | $ | 1,372.00 |

Taxpayer Service Center - Print

Page 2 of 2

| | | | | |
|---|---|---|---|---|
| 13a. | Penalty | 13a. | $ | 27.00 |
| 13b. | Interest | 13b. | $ | 14.00 |
| 14. | Total Amount Due (Lines 12 and 13 will be added and the result displayed here.) | 14. | $ | 1,413.00 |

*Wrong Company* [handwritten annotation circling purchaser name]

| Name of Purchaser | Address | CT Tax Registration Number (If none, explain) | Federal Employer ID # |
|---|---|---|---|
| Tribune Television Company DBA WTIC-TV | 285 Broad Street Hartford, CT 06115 | 5634381000 | 06-1251634 |
| Name of Seller | Address | CT Tax Registration Number (If none, explain) | Federal Employer ID # |
|  |  |  |  |

Check one box:

[✓] Blanket Certificate    [ ] Certificate for One Purchase Only

Check the appropriate box and provide a written description of each item purchased:

[ ] Filmed and taped television and radio programs and any materials which become an ingredient or component part of films or tapes used directly in the production and transmission of finished programs: (1) broadcast to the general public by a television or radio station, or (2) used for purposes of accredited medical or surgical training, including any equipment used for that purpose.

[ ] Motion picture or video production equipment or sound recording equipment purchased or leased for use in this state for production activities which become an ingredient or component part of any master tapes, records, video tapes, or film produced for commercial entertainment, commercial advertising, or commercial educational purposes.

[X] Equipment including, but not limited to, antennas used directly in the production or broadcast of programs to the general public by a television or radio station.

Description

*Conversion of analog transmitter to digital, related equipment.*

### Declaration by Purchaser

Item(s) described above qualify for exemption under Conn. Gen. Stat. §12-412(44).

Declaration: I declare under penalty of law that I have examined this return or document (including any accompanying schedules and statements) and, to the best of my knowledge and belief, it is true, complete, and correct. I understand the penalty for willfully delivering a false return or document to DRS is a fine of not more than $5,000, or imprisonment for not more than five years, or both.

| Tribune Television Company DBA WTIC-TV |
|---|
| Name of Purchasing Company |

| [signature] | Controller | 08/06/09 |
|---|---|---|
| Authorized Signature of Owner or Officer | Title | Date |

*OUT OF DATE RANGE
2007 + 2008 Needed* [handwritten]

38 (Rev. 07/05)