# Wiley Finance

# Investment Banking

## Valuation, Leveraged Buyouts, and Mergers & Acquisitions

**JOSHUA ROSENBAUM**
**JOSHUA PEARL**
FOREWORD BY JOSEPH R. PERELLA

Copyright © 2009 by Joshua Rosenbaum and Joshua Pearl. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008, or online at http://www.wiley.com/go/permissions.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or for technical support, please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books. For more information about Wiley products, visit our web site at www.wiley.com.

*Library of Congress Cataloging-in-Publication Data:*

Rosenbaum, Joshua, 1971–
   Investment banking : valuation, leveraged buyouts, and mergers & acquisitions / Joshua Rosenbaum, Joshua Pearl.
      p. cm. — (Wiley finance series)
   Includes bibliographical references and index.
   ISBN 978-0-470-44220-3 (cloth)
 1. Investment banking.   2. Valuation.   3. Leveraged buyouts.   4. Consolidation and merger of corporations.   I. Pearl, Joshua, 1981–   II. Title.
   HG4534.R67 2009
   332.6'6068—dc22
                                                                            2008049819

Printed in the United States of America.

10  9  8  7  6  5  4  3  2  1

An increase in A/R represents a use of cash. Hence, companies strive to minimize their DSO so as to speed up their collection of cash. Increases in a company's DSO can be the result of numerous factors, including customer leverage or renegotiation of terms, worsening customer credit, poor collection systems, or change in product mix, for example. This increase in the cash cycle decreases short-term liquidity as the company has less cash on hand to fund short-term business operations and meet current debt obligations.

*Inventory*  Inventory refers to the value of a company's raw materials, work in progress, and finished goods. It is customarily projected on the basis of days inventory held (DIH), as shown in Exhibit 3.9.

**EXHIBIT 3.9**   Calculation of DIH

$$DIH = \frac{Inventory}{COGS} \times 365$$

DIH measures the number of days it takes a company to sell its inventory. For example, a DIH of 90 implies that, on average, it takes 90 days for the company to turn its inventory (or approximately four "inventory turns" per year, as discussed in more detail below). An increase in inventory represents a use of cash. Therefore, companies strive to minimize DIH and turn their inventory as quickly as possible so as to minimize the amount of cash it ties up. Additionally, idle inventory is susceptible to damage, theft, or obsolescence due to newer products or technologies.

An alternate approach for measuring a company's efficiency at selling its inventory is the inventory turns ratio. As depicted in the Exhibit 3.10, inventory turns measures the number of times a company turns over its inventory in a given year. As with DIH, inventory turns is used together with COGS to project future inventory levels.

**EXHIBIT 3.10**   Calculation of Inventory Turns

$$Inventory\ Turns = COGS / Inventory$$

*Prepaid Expenses and Other Current Assets*  Prepaid expenses are payments made by a company before a product has been delivered or a service has been performed. For example, insurance premiums are typically paid upfront although they cover a longer term period (e.g., six months or a year). Prepaid expenses and other current assets are typically projected as a percentage of sales in line with historical levels. As with A/R and inventory, an increase in prepaid expenses and other current assets represents a use of cash.

Current Liabilities

*Accounts Payable*  Accounts payable refers to amounts owed by a company for products and services already purchased. A/P is customarily projected on the basis of days payable outstanding (DPO), as shown in Exhibit 3.11.

**EXHIBIT 3.11** Calculation of DPO

$$DPO = \frac{A/P}{COGS} \times 365$$

DPO measures the number of days it takes for a company to make payment on its outstanding purchases of goods and services. For example, a DPO of 30 implies that the company takes 30 days on average to pay its suppliers. The higher a company's DPO, the more time it has available to use its cash on hand for various business purposes before paying outstanding bills.

An increase in A/P represents a source of cash. Therefore, as opposed to DSO, companies aspire to maximize or "push out" (within reason) their DPO so as to increase short-term liquidity.

*Accrued Liabilities and Other Current Liabilities* Accrued liabilities are expenses such as salaries, rent, interest, and taxes that have been incurred by a company but not yet paid. As with prepaid expenses and other current assets, accrued liabilities and other current liabilities are typically projected as a percentage of sales in line with historical levels. As with A/P, an increase in accrued liabilities and other current liabilities represents a source of cash.

**Free Cash Flow Projections** Once all of the above items have been projected, annual FCF for the projection period is relatively easy to calculate in accordance with the formula first introduced in Exhibit 3.3. The projection period FCF, however, represents only a portion of the target's value. The remainder is captured in the terminal value, which is discussed in Step IV.

## STEP III. CALCULATE WEIGHTED AVERAGE COST OF CAPITAL

WACC is a broadly accepted standard for use as the discount rate to calculate the present value of a company's projected FCF and terminal value. It represents the weighted average of the required return on the invested capital (customarily debt and equity) in a given company. As debt and equity components have different risk profiles and tax ramifications, WACC is dependent on a company's "target" capital structure.

WACC can also be thought of as an opportunity cost of capital or what an investor would expect to earn in an alternative investment with a similar risk profile. Companies with diverse business segments may have different costs of capital for their various businesses. In these instances, it may be advisable to conduct a DCF using a "sum of the parts" approach in which a separate DCF analysis is performed for each distinct business segment, each with its own WACC. The values for each business segment are then summed to arrive at an implied enterprise valuation for the entire company.