IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re:                                              :    Chapter 11 Cases
                                                    :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :    (Jointly Administered)
                                                    :
                        Debtors.                    :
------------------------------------------------------x  Related Dkt. No. 11134

**JOINDER OF LAW DEBENTURE TRUST COMPANY OF NEW YORK
TO LIMITED OBJECTION OF AURELIUS CAPITAL MANAGEMENT, LP
TO THE DCL PLAN PROPONENTS' SUPPLEMENTAL DISCLOSURE
DOCUMENT RELATING TO THIRD AMENDED JOINT PLAN
OF REORGANIZATION (AS MODIFIED FEBRUARY 20, 2012)**

Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture trustee under that certain Indenture dated March 19, 1996 between Tribune Company (with its debtor subsidiaries, "Tribune" or the "Debtors") (successor to The Times Mirror Company) and Citibank, N.A., for the 6.61% Debentures due 2027 and the 7 1/4 % Debentures due 2096 (as amended, the "Indenture"), by and through its undersigned counsel, hereby respectfully submits this joinder (the "Joinder") to the *Limited Objection Of Aurelius Capital Management, LP To The DCL Plan Proponents' Supplemental Disclosure Document Relating To Third Amended Joint Plan Of Reorganization (As Modified February 20, 2012)* [Dkt. No. 11134] (the "Aurelius Disclosure Statement Limited Objection").

## JOINDER

Law Debenture joins in the Aurelius Disclosure Statement Limited Objection and supports the factual and legal arguments set forth therein and submits that Court condition approval of the DCL Supplemental Disclosure Document on modifications to address the issues raised therein.

**WHEREFORE**, Law Debenture respectfully requests that the Court grant the relief requested in the Aurelius Disclosure Statement Limited Objection and such other and further relief as is just and proper.

Dated: March 9, 2012
       Wilmington, Delaware

Respectfully submitted,

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Sheron Korpus
Christine Montenegro
Matthew B. Stein
**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Co-Counsel for Law Debenture Trust Company of New York*