IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TRIBUNE COMPANY, et al | : | CASE NO. 08-13141 (KJC) |
| | : | |
| DEBTORS | : | Jointly Administered |
| | : | |
| | : | Hearing Date March 22, 2012 at 2:30 p.m. ET |
| | : | Response Deadline: March 15, 2012 at 4:00 p.m. ET |

**CITY OF HARTFORD'S RESPONSE TO DEBTORS'
<u>FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS</u>**

The Claimant, City of Hartford (the "City"), hereby responds to the Debtors' Fifty-Second Omnibus Objection to Claims dated February 21, 2012 (the "Objection"), and in support thereof states the following.

The Debtors allege the City filed its proof of claim late. The Objection sets forth the City's claim information on Schedule C along with various others creditors who allegedly also filed a late proof of claim. However, the City did not file a late proof of claim. Instead, it <u>amended</u> a prior proof of claim that was timely filed.

Attached hereto as **Exhibit A** is a copy of the City's Amended Claim at issue. In the top right hand corner of said Amended Claim is a box with a check mark on it; to the right it contains the following language: "Check this box to indicate that this claim amends a previously filed claim." The Amended Claim identifies the Original Claim (No. 3591) which itself was filed in a timely manner back on June 6, 2009. Thus, the claim at issue is an amended proof of claim

which, as set forth below, relates to the same conduct of the Debtor as the Original Claim it amended.

Within this Circuit, one of the leading cases on amendments to proof of claims is <u>In Re: Trans World Airlines</u>, 145 F. 3rd 124 (3rd Cir. 1998). "Bankruptcy Rule 7015 provides that amendments to claims shall be governed by Rule 15 of the Federal Rules of Civil Procedure, Fed. R. Bankr. P. 7015, which commits the decision to grant or deny leave to amend to the trial court's sound discretion." <u>In Re: TWA</u> at 141, *citing* <u>Coventy v. United States Steel Corp.</u>, 856 F. 2nd 514, 518 (3rd Cir. 1988). The <u>TWA</u> court further noted that the "amendment of a claim under Fed. R. Bankr. P. 7015 should be granted where the purpose is to cure a defect in the claim as originally filed, to describe the claim with greater particularly or to plead a new theory of recovery on the facts set forth in the original claim." <u>In Re: TWA</u> at 141, citing <u>Hatzel & Buehler, Inc. v. Station Plaza Assocs.</u>, 150 Br. 560, 562 (Bankr. D. Del. 1993)

Turning to the case at bar, the City's Original Claim (**Exhibit B**) was for $279.00 due and owing The Hartford Parking Authority for "Parking tickets." Therefore, the Debtors' conduct that gave rise to this claim involved the parking of one or more motor vehicles on City property without paying for the same. The Amended Claim relates to the exact, identical conduct. That is, it sets forth a claim of $43,138.25 due and owing The Hartford Parking Authority for "parking & parking tickets". The Amended Claim cures a defect in the claim as originally filed because it describes the amount due with greater particularity. In either instance, the conduct of the Debtor is identical: parking on City property without paying for the same.

As <u>In re: TWA</u> also pointed out, "the grounds justifying denial of leave to amend are undue delay, bad faith, dilatory motive, prejudice and futility." <u>TWA</u> at 141, *citing* <u>Hatzel &</u>

Buehler, Inc. v. Station Plaza Assocs., *supra* at 562. It is the City's position that none of those grounds are present.

The undersigned has made inquiry as to why the Original Claim did not include the full amount due and owing. It boils down to a simple clerical mistake by a City employee. Thereafter, an inquiry was made to the undersigned regarding the status of this reorganization. After further inquiry, it was determined the amount claimed due on the Original Claim was incorrect, with the Amended Claim being filed immediately thereafter. There certainly was no bad faith or dilatory motives involved. The City is nothing more than a simple, unsecured creditor with no other involvement in the pending reorganization. Finally, the Debtors In Possession will suffer no prejudice due to the amendment. There has yet to be an approved plan of reorganization. The epiqsystems.com website which sets forth the "Status of Proceedings For This Case" indicates there is now before this Court for its consideration a Third Amended DCL Plan.[1] Any plan approved by this Court will concern itself with billions of dollars worth of debt. While the contemplated payment to general unsecured creditors is currently unknown by this Claimant, one thing is certain. The impact of the City's Amended Proof of Claim upon this reorganization will be minimal.

WHEREFORE, for all the foregoing reasons, the City of Hartford requests that its Amended Claim be allowed in full, and the Debtors' Fifty-Second Omnibus Objection be overruled as it pertains to the City of Hartford's claim.

---

[1] The irony of which is not lost upon this claimant.

Dated at Hartford, Connecticut this 12th day of March 2012.

                    CREDITOR, CITY OF HARTFORD

BY _____
           Edward C. Taiman, Jr.
           Sabia Taiman, LLC
           450 Church Street
           Hartford, CT 06103
           Tel. 860-541-2077
           Federal Bar No. ct 01319
           Its Attorneys
           Email: etaiman@sabialaw.com

## **CERTIFICATION OF SERVICE**

This is to certify that on this 12th day of March 2012, a copy of the foregoing was mailed via U.S. mail, postage prepaid to the following:

James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb, LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

The Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 207 – Lockbox #35
Wilmington, DE 19899-0035

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman
 & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

How and Seif
David M. Lemay, Esq.
Douglas E. Deutsch, Esq.
Chadourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

_____
Edward C. Taiman, Jr.

4

| UNITED STATES BANKRUPTCY COURT  District of Delaware | PROOF OF CLAIM |
|---|---|

| Name of Debtor: The Hartford Courant Co. | Case Number: 08-13211 (KJC) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
City of Hartford

Name and address where notices should be sent:
Edward C. Taiman, Jr., Esq., c/o Sabia Taiman, LLC
450 Church Street
Hartford, CT 06103-1107

Telephone number:
(860) 541-2077

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 3591
(*If known*)

Filed on: 06/06/2009

Name and address where payment should be sent (if different from above):
City of Hartford, CT
Attn: Carlene Harvey, Hartford Parking Authority
63 Forest Hills Drive, 06032

Telephone number:
(860) 677-4727

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 43,138.25

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** parking & parking tickets
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 5TKT

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe:

   Value of Property: $_____  Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____   Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   **Amount entitled to priority:**
   $ 43,138.25

   *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: 04/20/2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

Edward C. Taiman, Jr., Attorney for City of Hartford

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT A

3/10/11 at 14:39:11.04

## Connecticut Parking Services, Inc.
### Aged Receivables
As of Feb 28, 2011

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Customer ID / Customer / Contact / Telephone 1 | Invoice No | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| 28<br>Key Technology<br>Mr. John Frank<br>914-765-4208 | 8588<br>8615<br>8652 | 1,050.00<br>3.00<br>1,050.00 | | | | 1,050.00<br>3.00<br>1,050.00 |
| 28<br>Key Technology | | 2,103.00 | | | | 2,103.00 |
| 37<br>DAIN RAUSCHER<br>PAMELA | 8641 | 4,818.50 | | | | 4,818.50 |
| 37<br>DAIN RAUSCHER | | 4,818.50 | | | | 4,818.50 |
| 39<br>WTIC FOX 61<br>Attn: Ivonne Pabon | 6769<br>6837<br>6838<br>6905<br>6908 | | | | 18,317.50<br>18,355.00<br>1,119.50<br>4,210.00<br>857.25 | 18,317.50<br>18,355.00<br>1,119.50<br>4,210.00<br>857.25 |
| 39<br>WTIC FOX 61 | | | | | 42,859.25 | 42,859.25 |
| 39V<br>WTIC FOX 61-VAL<br>Attn: Ivonne Pabon | 6859<br>6917 | | | | 1,528.00<br>1,164.50 | 1,528.00<br>1,164.50 |
| 39V<br>WTIC FOX 61-VAL | | | | | 2,692.50 | 2,692.50 |
| 4<br>CITIGROUP | 8621<br>8637 | 50.00<br>9,750.00 | | | | 50.00<br>9,750.00 |
| 4<br>CITIGROUP | | 9,800.00 | | | | 9,800.00 |
| 41<br>NATIONAL LABOR RELATIO | 8269 | | | | 300.00 | 300.00 |
| 41<br>NATIONAL LABOR RELATI | | | | | 300.00 | 300.00 |

# Invoice

Connecticut Parking Services, Inc.
MAT GARAGE
55 South Chapel Street
Hartford, CT  06103

Voice:   860-524-1764
Fax:

Invoice Number: 6769
Invoice Date: 9/25/08
Page: 1

Sold To:
WTIC FOX 61
PO BOX 118250
BU21540
CHICAGO, IL  60611-8250

Please remit all payments to:
Connecticut Parking
Services, Inc.
709 Park Street
Hartford, CT 06106

Customer ID: 39

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
|  | Net 15 Days |  | 10/10/08 |

| Description | Amount |
|---|---|
| MONTHLY PARKING FOR OCTOBER | 16,962.26 |
| SEPTEMBER FOR 8180, 8031, 806421226 | 212.26 |
| 1/2 SEPTEMBER 8116, 8160, 8184 | 106.13 |

Check No:

Subtotal              17,280.65
Sales Tax              1,036.85
Total Invoice Amount  18,317.50
Payment Received
TOTAL                 18,317.50

# Invoice

**Connecticut Parking Services, Inc.**
MAT GARAGE
55 South Chapel Street
Hartford, CT  06103

Voice:   860-524-1764
Fax:

Invoice Number: 6837
Invoice Date: 10/27/08
Page: 1

Sold To:
   WTIC FOX 61
   PO BOX 118250
   BU21540
   CHICAGO, IL  60611-8250

Please remit all payments to:
Connecticut Parking
Services, Inc.
709 Park Street
Hartford, CT 06106

Customer ID: 39

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
|  | Net 15 Days |  | 11/11/08 |

| Description | Amount |
|---|---|
| MONTHLY PARKING FOR NOVEMBER | 17,033.02 |
| #8041 PIZZOFERRATO FOR OCTOBER | 141.51 |
| #8105 HAYES, #5330 FRANK 1/2 MONTH FOR OCTOBER | 141.51 |

|  |  |
|---|---|
| Subtotal | 17,316.04 |
| Sales Tax | 1,038.96 |
| Total Invoice Amount | 18,355.00 |
| Payment Received |  |
| TOTAL | 18,355.00 |

Check No:

# Invoice

**Connecticut Parking Services, Inc.**
MAT GARAGE
55 South Chapel Street
Hartford, CT 06103

Voice: 860-524-1764
Fax:

Invoice Number: 6838
Invoice Date: 10/31/08
Page: 1

Sold To:
WTIC FOX 61
PO BOX 118250
BU21540
CHICAGO, IL 60611-8250

Please remit all payments to:
Connecticut Parking
Services, Inc.
709 Park Street
Hartford, CT 06106

Customer ID: 39

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
|  | Net 15 Days |  | 11/15/08 |

| Description | Amount |
|---|---|
| OVERTIME BILLING FOR OCTOBER | 1,056.13 |

|  |  |
|---|---|
| Subtotal | 1,056.13 |
| Sales Tax | 63.37 |
| Total Invoice Amount | 1,119.50 |
| Payment Received |  |
| TOTAL | 1,119.50 |

Check No:

# Invoice

**Connecticut Parking Services, Inc.**
MAT GARAGE
55 South Chapel Street
Hartford, CT  06103

Voice:  860-524-1764
Fax:

Invoice Number: 6905
Invoice Date: 11/26/08
Page: 1

Sold To:
WTIC FOX 61
PO BOX 118250
BU21540
CHICAGO, IL  60611-8250

Please remit all payments to:
Connecticut Parking
Services, Inc.
709 Park Street
Hartford, CT 06106

Customer ID: 39

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
|  | Net 15 Days |  | 12/11/08 |

| Description | Amount |
|---|---|
| MONTHLY PARKING FOR DECEMBER | 16,962.26 |
| NOVEMBER PARKING FOR #1519 | 141.51 |

Check No:

Subtotal       17,103.77
Sales Tax       1,026.23
Total Invoice Amount   18,130.00
Payment Received
TOTAL          18,130.00

# Invoice

Connecticut Parking Services, Inc.
MAT GARAGE
55 South Chapel Street
Hartford, CT  06103

Voice:  860-524-1764
Fax:

Invoice Number: 6908
Invoice Date: 12/2/08
Page: 1

Sold To:
WTIC FOX 61
PO BOX 118250
BU21540
CHICAGO, IL  60611-8250

Customer ID: 39

Please remit all payments to:
Connecticut Parking
Services, Inc.
709 Park Street
Hartford, CT 06106

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
|  | Net 15 Days |  | 12/17/08 |

| Description | Amount |
|---|---|
| OVERTIME BILLING FOR NOVEMBER | 808.73 |

|  |  |
|---|---|
| Subtotal | 808.73 |
| Sales Tax | 48.52 |
| Total Invoice Amount | 857.25 |
| Payment Received |  |
| TOTAL | 857.25 |

Check No:

# Invoice

**Connecticut Parking Services, Inc.**
MAT GARAGE
55 South Chapel Street
Hartford, CT  06103

Voice:  860-524-1764
Fax:

Invoice Number: 6917
Invoice Date: 12/4/08
Page: 1

**Sold To:**
WTIC FOX 61
PO BOX 118250
BU21540
CHICAGO, IL  60611-8250

Customer ID: 39

Please remit all payments to:
Connecticut Parking
Services, Inc.
709 Park Street
Hartford, CT  06106

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
|  | Net 15 Days |  | 12/19/08 |

| Description | Amount |
|---|---|
| VALIDATIONS FOR NOVEMBER - 225 TICKETS | 1,098.58 |

Subtotal: 1,098.58
Sales Tax: 65.92
Total Invoice Amount: 1,164.50
Payment Received:
Check No:
TOTAL: 1,164.50

# Invoice

**Connecticut Parking Services, Inc.**
MAT GARAGE
55 South Chapel Street
Hartford, CT  06103

Voice:  860-524-1764
Fax:

Invoice Number: 6859
Invoice Date: 11/5/08
Page: 1

Sold To:
WTIC FOX 61
PO BOX 118250
BU21540
CHICAGO, IL  60611-8250

Customer ID: 39

Please remit all payments to:
Connecticut Parking
Services, Inc.
709 Park Street
Hartford, CT 06106

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | Net 15 Days | | 11/20/08 |

| Description | Amount |
|---|---|
| VALIDATIONS FOR OCTOBER - 226 TICKETS | 1,441.51 |

|  |  |
|---|---|
| Subtotal | 1,441.51 |
| Sales Tax | 86.49 |
| Total Invoice Amount | 1,528.00 |
| Payment Received | |
| **TOTAL** | 1,528.00 |

Check No:

# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)    0000003591

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| The Hartford Courant Co. | 08-13211 (KJC) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

City of Hartford, CT
Attorney Kenneth B. Kaufman
63 Forest Hills Drive
Farmington, CT 06032

Telephone number: (860) 677-4727   Email Address: kenneth@attorneykaufman.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**
City of Hartford, CT
Attn: Carlene Harvey, Hartford Parking Authority
160 Market Street
Hartford, CT 06103

Telephone number: (860) 757-0880   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 279.00

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $

2. **Basis for Claim:** Parking tickets
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 5TKT
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $ _____   Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____   Basis for perfection: _____

   Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph U.S.C. § 507(a)(____).

   Amount entitled to priority:
   $ _____

   *Amounts are subject to adjustment and every 3 years thereafter with commenced on or after the date

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT US[E]
FILED / REC[EIVED]
JUN 0 [5]
EPIQ BANKRUPT[CY]

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 6/3/2009 | Attorney Kenneth B. Kaufman    /s/ Kenneth B. Kaufman |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 1[52 and 3571].

**EXHIBIT B**

```
                    CITY OF HARTFORD PARKING TICKET SYSTEM
           L I C E N S E   I N Q U I R Y   R E P O R T   A S   O F  05/20/2009


    ---LICENSE-PLATE----   -REGISTRATION-INFORMATION-   -ALTERNATE-INFORMATION--
    ST/PLATE:CT/14CNP      THE HARTFORD COURANT         NO PERMIT ON FILE
    REG.EXP:  05/31/2008   285 BROAD ST
    OPTION: DISPLAY ALL    HARTFORD, CT 06101
    DOB:      03/20/1983   SCOFLAW: NOT ON FILE         SOC.SEC.NO:


TICKET NO. C ISS-DATE PAY-DATE  VIO -PLACE-  -FINE- PENAMT -DISM-  -PAID- AMTDUE NH

0026612330   02/02/05 06/30/05  34  93 PRAT  33.00   33.00    .00   66.00    .00 1
5040088820   10/10/06 WARNING   13  LAFAYET  15.00     .00  15.00     .00    .00
5100049395   06/20/06 WARNING   13  SHELDON  15.00     .00  15.00     .00    .00
5100050209   06/22/06 **OPEN**  13  MAIN ST  15.00   30.00    .00     .00  45.00 5Y
5170101520   12/14/06 **OPEN**  13  JEWELL   15.00   30.00    .00     .00  45.00 3Y


              Tickets Displayed:          5
              Tickets Open:               2
              Tickets Closed:             3
              Amount Fine/Penalty:   $186.00
              Amount Paid/Dism:       $96.00
              Amount Due:             $90.00

          * * *   E N D   O F   R E P O R T   * * *
```

```
                    CITY OF HARTFORD PARKING TICKET SYSTEM
          L I C E N S E   I N Q U I R Y   R E P O R T   A S   O F  05/20/2009


    ---LICENSE-PLATE----   -REGISTRATION-INFORMATION-   -ALTERNATE-INFORMATION--
    ST/PLATE:CT/195TKT     THE HARTFORD COURANT         NO PERMIT ON FILE
    REG.EXP:  10/31/2008   285 BROAD ST
    OPTION: DISPLAY ALL    HARTFORD, CT 06101
    DOB:      08/05/1980   SCOFLAW: NOT ON FILE         SOC.SEC.NO:


TICKET NO. C ISS-DATE PAY-DATE  VIO -PLACE-  -FINE-  PENAMT  -DISM-  -PAID-  AMTDUE NH

0002877819   05/12/06 **OPEN**   13  555 MAI  15.00   30.00    .00     .00    45.00 6Y
5050216924   03/18/09 WARNING    12  30 LAFA  25.00     .00  25.00     .00      .00  Y
5110072567   11/16/06 **OPEN**   13  MAIN ST  15.00   30.00    .00     .00    45.00 4Y
5170091016   10/26/06 11/02/06   13  LAFAYET  15.00     .00    .00   15.00      .00 1Y
5170205996   10/17/08 **OPEN**   34  93 PRAT  33.00   66.00    .00     .00    99.00 3Y


              Tickets Displayed:           5
              Tickets Open:                3
              Tickets Closed:              2
              Amount Fine/Penalty:    $229.00
              Amount Paid/Dism:        $40.00
              Amount Due:             $189.00

         * * *   E N D   O F   R E P O R T   * * *
```



UPS shipping envelope label:

**Extremely Urgent**

This envelope is for use with the following services:
- UPS Next Day Air®
- UPS Worldwide Express™
- UPS 2nd Day Air®

Apply shipping documents on this side.

Do not use this envelope for:
- UPS Ground
- UPS Standard
- UPS 3 Day Select®
- UPS Worldwide Expedited™

Call 1-800-PICK-UPS® (1-800-742-5877) or visit UPS.com®

For UPS Next Day Air services, there is no weight limit for envelopes containing letters, business correspondence.

THE UBM OFFICE OF KB KAUFMAN
(860) 677-4727
THE UPS STORE #3537
222 MAIN ST.
FARMINGTON CT 06032

SHIP TRIBUNE COMPANY CLAIMS PROCESSING
TO: C/O EPIQ BANKRUPTCY SOLUTIONS
3RD FL
757 THIRD AVE
NEW YORK NY 10017

RECEIVED JUN 05 2009

NY 100 7-02

UPS 2ND DAY AIR
TRACKING #: 1Z A32 V00 02 5947 8467

BILLING: P/P

REF #1: 43888543
REF #2: 43888543