IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2012 MAR 13  PM 1:41

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, ET. AL. | ) | Case No. 08-13141 (KJC) |
| | ) | |
| DEBTORS | ) | |
| | ) | |

## NOTICE OF MOTION

To:
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Norman L. Pernick, J. Kate Stickles, Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, De. 19801
(302) 652-3117

Sidley Austin LLP
James F. Conlan, Bryan Krakauer, Kenneth P. Kansa, Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7036

Adam G. Landis
Matthew B. McGuire
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Facsimile (302) 467-4450

PLEASE TAKE NOTICE that Joann Parker on March 12, 2012, before the hour of 5:00 p.m., mailed by U.S. Overnight Express Mail, for filing by the Clerk of the United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, the attached:

1. MOTION FOR SHORTENED NOTICE PURSUANT TO Local Rules For The United States Bankruptcy Court District of Delaware, Rule 9006-1 (E)

2. JOANN PARKER'S MOTION FOR LEAVE TO ALLOW EXPERT WITNESS OPINION TESTIMONY TELEPHONIC ALLY. IN THE, ALTERNATIVE, FOR AN EXTENSION OF TIME TO TAKE THE EVIDENTIARY DEPOSITION OF HER EXPERT WITNESS FOR ADMISSION OF TESTIMONY PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 32 (a) (3) (B)

## CERTIFICATE OF MAILING AND SERVICE

PLEASE TAKE NOTICE that I, Patricia E. Bender, attorney for Claimant, Joann Parker, certify that I caused this Notice and attached Motions to be faxed and mailed by U.S. Mail, prepaid postage, Chicago, Illinois, to the above listed attorneys for Debtors and Committee, at the above fax numbers and addresses before the hour of 5:00 p.m., on March 12, 2012.

Patricia E. Bender

Patricia E. Bender
Attorney for Joann Parker
5415 N. Sheridan Rd.
Suite 1411
Chicago, Illinois 60640
(773) 878-7148