IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, ET. AL. | ) | Case No. 08-13141 (KJC) |
| | ) | |
| DEBTORS | ) | |
| | ) | |

MOTION FOR SHORTENED NOTICE PURSUANT TO LOCAL RULE 9006-1(e)

INTRODUCTION

NOW COMES Joanne Parker, by and through her out of state counsel, pursuant to Rule 9010-1 (e) (iii), Local Rules For The United States Bankruptcy Court District of Delaware, motioning for shortened notice, and in support states:

1. That an evidentiary hearing is set for March 22, 2012, on the herein matter.

2. That Parker desires to present expert opinion witness testimony from the psychiatrist who treated her during the relevant time period, Dr. Ghada Albeheary.

3. That due to matters out of counsel's control Dr. Albeheary has not made herself available until recently.

4. That counsel has only been able to communicate with Dr. Albeheary by e-mail. Dr. has indicated that she will be available for expert testimony by telephone, but not in person.

5. That counsel did not have sufficient time after conferring with Dr. Albeheary to notice her for a deposition pursuant to Fed. Civil Procedure Rule 32 ( a) (3) (B), or to bring the herein motion within the (14) day time requirement.

6. That counsel has an attached Motion requesting leave to allow Dr. Albeheary to testify by telephone or to grant an extension to take her deposition.

7. That without the expert opinon testimon y of Dr. Albeheary , Parker will not be able to adequate prosecute her Motion for late proof of claim, based upon eexcusable neglect, due to her

mental impairment.

WHEREFORE, PARKER prays for a shortened notice of motion.

                                            Respectfully submitted:

                                            Joann Parker

                                            By: *Patricia Bender*

                                            Attorney for Joann Parker

Patricia E. Bender  
Attorney at Law  
5415 N. Sheridan Rd.  
Suite 1411  
Chicago, Illinois 60640  
(773) 878-7148