# EXHIBIT "B"

# EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

## January 1, 2012 through January 31, 2012

| Project Code | Description | Hour | Amount |
|---|---|---:|---:|
| 5735.00002 | Cash Management | 2.2 | 1,463.00 |
| 5735.00004 | Current Financials | 128.4 | 81,295.50 |
| 5735.00007 | Employee Issues | 18.9 | 11,911.50 |
| 5735.00008 | Plan of Reorganization | 8.8 | 5,456.00 |
| 5735.00015 | UCC Meetings | 8.1 | 5,211.00 |
| 5735.00017 | Billing and Retention | 22.4 | 14,108.50 |
| | | **188.8** | **$119,445.50** |

Re:              Cash Management
Client/Matter #  005735.00002

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 01/03/12 | BH | Call with tribune advisors on return of cash dividends to corporate accounts. | 0.60 |
| 01/03/12 | BH | Draft memo to Chadbourne on Tribune position regarding return of cash dividend proceeds to corporate accounts. | 0.50 |
| 01/11/12 | BH | Call with Tribune advisors on the status of Tribune response to our request for return of cash dividend proceeds to corporate accounts. | 0.60 |
| 01/30/12 | BH | Call with Tribune advisors on request to transfer cash dividend proceeds to corporate accounts. | 0.50 |
|  |  | **Total Hours** | **2.20** |

Re: Cash Management  
Client/Matter # 005735.00002

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 2.20 | 665.00 | 1,463.00 |
| **Total Hours & Fees** | **2.20** | | **1,463.00** |

Re:  Current Financials
Client/Matter #  005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/03/12 | ANL | Prepared weekly status update. | 2.10 |
| 01/03/12 | ANL | Reviewed weekly revenue flash reports and cash reports. | 1.80 |
| 01/03/12 | ANL | Reviewed Legacy.com documents. | 1.50 |
| 01/04/12 | ANL | Reviewed valuation report on Legacy.com. | 1.50 |
| 01/04/12 | ANL | Reviewed Legacy.com waterfall distribution analysis. | 1.20 |
| 01/04/12 | ANL | Reviewed Legacy.com tax analysis. | 1.30 |
| 01/04/12 | ANL | Prepared weekly status update. | 2.10 |
| 01/04/12 | BH | Review financial information on the proposed sale of Legacy.com and the financial impact to Tribune. | 1.80 |
| 01/04/12 | BH | Analyze weekly financial results compared to Plan. | 1.60 |
| 01/04/12 | BH | Prepare report to committee on weekly results to Plan. | 0.90 |
| 01/05/12 | BH | Draft verbal comments for presentation of financial report to Committee. | 1.30 |
| 01/05/12 | ANL | Reviewed 13 week cash flow forecast. | 1.10 |
| 01/05/12 | ANL | Reviewed Classified Ventures agreements and Legacy.com documents. | 1.70 |
| 01/05/12 | ANL | Reviewed weekly revenue flash reports. | 0.90 |
| 01/06/12 | ANL | Reviewed weekly cash reports. | 1.10 |
| 01/06/12 | ANL | Prepared weekly status update. | 1.50 |
| 01/06/12 | ANL | Reviewed Legacy.com documents. | 1.60 |
| 01/06/12 | BH | Discuss the 2012 Operating Plan timing with Tribune advisors. | 0.50 |
| 01/06/12 | BH | Obtain an update on status of sale proceedings of Legacy.com from Tribune advisors. | 0.50 |
| 01/09/12 | ANL | Prepared weekly status update. | 1.20 |
| 01/09/12 | ANL | Reviewed November 2011 results. | 1.60 |
| 01/09/12 | ANL | Reviewed weekly publishing flash reports. | 0.50 |
| 01/09/12 | ANL | Reviewed new 13 week cash flow forecast. | 1.10 |
| 01/10/12 | ANL | Prepared trailing 12 month analysis for TV pacings. | 0.50 |
| 01/10/12 | ANL | Reviewed 2011 monthly results and new 13 week cash flow forecast. | 1.60 |
| 01/10/12 | ANL | Prepared summary of industry and Tribune news. | 0.60 |
| 01/10/12 | ANL | Prepared weekly status update. | 1.50 |
| 01/10/12 | BH | Analyze weekly financial results compared to Plan. | 1.50 |
| 01/10/12 | BH | Prepare report to Committee on weekly results to Plan. | 0.90 |
| 01/11/12 | ANL | Prepared summary of 2011 monthly results and new 13 week cash flow forecast. | 2.30 |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/11/12 | ANL | Prepared weekly status update. | 2.20 |
| 01/11/12 | BH | Draft memo to Chadbourne on status of potential sale of Legacy.com. | 1.30 |
| 01/11/12 | BH | Obtain update from Tribune advisors on status of potential sale of Legacy.com. | 0.70 |
| 01/12/12 | BH | Prepare verbal comments for presentation of financial results during UCC meeting call. | 1.00 |
| 01/12/12 | ANL | Reviewed industry news and analyst notes on media industry. | 0.70 |
| 01/12/12 | ANL | Prepared summary of publishing ad revenue. | 0.80 |
| 01/12/12 | ANL | Prepared summary of broadcasting pacings. | 1.10 |
| 01/12/12 | ANL | Prepared weekly cash summary and 13 week cash flow forecast. | 0.90 |
| 01/13/12 | ANL | Reviewed Tribune 2011 operating plan. | 1.20 |
| 01/13/12 | ANL | Prepared summary of publishing and broadcasting income statements. | 1.80 |
| 01/13/12 | BH | Review Moelis Media Update. | 0.60 |
| 01/16/12 | ANL | Reviewed cash flow forecast | 1.20 |
| 01/16/12 | ANL | Prepared weekly status update. | 2.30 |
| 01/16/12 | ANL | Reviewed weekly revenue flash reports. | 1.30 |
| 01/17/12 | ANL | Reviewed Legacy.com memo from Debtors. | 1.20 |
| 01/17/12 | ANL | Reviewed November 2011 and December 2011 results. | 1.80 |
| 01/17/12 | ANL | Reviewed Legacy.com letter of intent from buyer. | 0.50 |
| 01/17/12 | BH | Analyze weekly financial results compared to Plan. | 1.20 |
| 01/17/12 | BH | Draft memo to Chadbourne on reported buyout program offered at Chicago Tribune. | 0.90 |
| 01/17/12 | BH | Review buyout program proposed by Chicago Tribune. | 1.60 |
| 01/17/12 | BH | Prepare reports to Committee on weekly results to Plan. | 1.10 |
| 01/18/12 | BH | Review and analyze the Letter of Intent provided for professional eyes only regarding the potential sale of Legacy.com. | 2.60 |
| 01/18/12 | BH | Draft memo to Chadbourne on newsroom buyout program announced at Chicago Tribune. | 0.60 |
| 01/18/12 | ANL | Reviewed Legacy.com related documents. | 2.50 |
| 01/18/12 | ANL | Prepared weekly status update. | 1.80 |
| 01/19/12 | ANL | Reviewed December 2011 and Q4 2011 preliminary results. | 2.10 |
| 01/19/12 | ANL | Prepared weekly status update. | 1.80 |
| 01/19/12 | ANL | Reviewed Legacy.com letter of intent from buyer and related documents. | 0.70 |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/19/12 | ANL | Reviewed weekly pacing reports and cash reports. | 1.30 |
| 01/20/12 | ANL | Participated in conference call with A&M and Debtors regarding December 2011 and Q4 2011 results. | 0.70 |
| 01/20/12 | ANL | Reviewed December 2011 and Q4 2011 preliminary results. | 1.80 |
| 01/20/12 | BH | Review and analyze the motion regarding license agreement with Local TV of technology rights. | 2.10 |
| 01/20/12 | ANL | Reviewed TV pacing reports and weekly cash flow results. | 1.20 |
| 01/20/12 | ANL | Prepared weekly status update. | 1.50 |
| 01/23/12 | ANL | Prepared weekly status update. | 1.30 |
| 01/23/12 | ANL | Prepared TV pacing report summary. | 1.10 |
| 01/23/12 | BH | Review Moelis Media update. | 0.60 |
| 01/23/12 | ANL | Reviewed Moelis media update. | 0.60 |
| 01/23/12 | ANL | Reviewed November 2011 and December 2011 results. | 1.30 |
| 01/23/12 | ANL | Prepared summary of Q4 and full year 2011 results. | 1.80 |
| 01/23/12 | ANL | Reviewed documents related to allocation disputes. | 1.50 |
| 01/23/12 | BH | Review and analyze Tribune Q4 2011 results compared to Plan. | 3.80 |
| 01/24/12 | BH | Follow-up with Tribune advisors on status of due diligence regarding potential sale of Legacy.com. | 0.40 |
| 01/24/12 | ANL | Prepared summary of publishing and broadcasting quarterly results. | 1.80 |
| 01/24/12 | ANL | Prepared summary of Q4 and full year 2011 results. | 1.10 |
| 01/24/12 | ANL | Reviewed Q2 2011, Q3 2011 and Q4 2011 publishing and broadcasting results. | 2.30 |
| 01/25/12 | ANL | Prepared weekly status update. | 1.70 |
| 01/25/12 | BH | Analyze weekly financial results compared to Plan. | 1.30 |
| 01/25/12 | BH | Prepare report to Committee on weekly results to Plan. | 1.10 |
| 01/26/12 | BH | Review Moelis Media Update. | 0.50 |
| 01/26/12 | ANL | Revised summary of Q4 2011 results and 2011 MIP update. | 1.80 |
| 01/26/12 | ANL | Reviewed bondholder objection to WTC motion | 1.20 |
| 01/26/12 | ANL | Reviewed December 2011 monthly operating report. | 0.90 |
| 01/27/12 | BH | Obtain status update from Tribune advisors on sale of Legacy.com. | 0.40 |
| 01/30/12 | BH | Review sealed documents regarding details in support of motion to license technology. | 1.10 |
| 01/30/12 | BH | Draft recommendation to Committee on motion to license technology with Local TV. | 1.40 |
| 01/30/12 | ANL | Reviewed Local TV LLC license agreement and supporting documents. | 2.10 |

Re: Current Financials  
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/31/12 | ANL | Reviewed December 2011 Brown Book. | 1.80 |
| 01/31/12 | ANL | Reviewed Local TV LLC motion. | 1.10 |
| 01/31/12 | ANL | Prepared summary of publishing and broadcasting full year 2011 results. | 2.10 |
| 01/31/12 | ANL | Prepared memo to the Committee on Local TV licensing agreement and economics of the deal. | 1.50 |
| 01/31/12 | ANL | Reviewed Local TV LLC license agreement and supporting documents. | 1.20 |
| 01/31/12 | BH | Discuss potential equity investment with Tribune advisors. | 0.70 |
| 01/31/12 | BH | Draft memo to Chadbourne on potential equity investment being contemplated by Tribune. | 1.00 |
| 01/31/12 | BH | Prepare presentation to Committee of final 2011 Operating Results compared to Plan. | 2.50 |
| | | **Total Hours** | **128.40** |

Re:             Current Financials
Client/Matter # 005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 90.90 | 620.00 | 56,358.00 |
| Brad Hall | 37.50 | 665.00 | 24,937.50 |
| **Total Hours & Fees** | **128.40** | | **81,295.50** |

Re:            Employee Issues
Client/Matter #   005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/11/12 | ANL | Prepared 10th interim fee data for fee examiner. | 1.20 |
| 01/19/12 | ANL | Reviewed documents related to Chicago Tribune severance and voluntary reduction program. | 0.50 |
| 01/19/12 | BH | Draft report to Chadbourne on newsroom buyout program announced at Chicago Tribune. | 1.70 |
| 01/20/12 | ANL | Reviewed 2011 MIP documents and results. | 1.30 |
| 01/23/12 | BH | Review of final 2011 MIP payouts per court approved plan. | 1.90 |
| 01/24/12 | ANL | Reviewed 2011 MIP detail report. | 2.30 |
| 01/24/12 | ANL | Prepared 2011 MIP update presentation to UCC. | 0.90 |
| 01/25/12 | BH | Review severance payments to insiders as proposed by Tribune. | 0.70 |
| 01/25/12 | ANL | Reviewed detail severance information for TMS and KSWB insiders. | 0.80 |
| 01/25/12 | ANL | Reviewed detail severance information for Daily Press insiders. | 0.40 |
| 01/25/12 | ANL | Reviewed 2011 MIP detail report. | 1.80 |
| 01/25/12 | ANL | Prepared summary of 2011 MIP payments and targets. | 0.60 |
| 01/25/12 | ANL | Reviewed 2011 MIP motion and Mercer reports. | 0.70 |
| 01/26/12 | ANL | Reviewed 2011 MIP motion and Mercer reports. | 1.50 |
| 01/30/12 | ANL | Reviewed 2011 MIP motion and Mercer reports. | 1.10 |
| 01/31/12 | ANL | Reviewed 2011 MIP motion and Mercer reports. | 1.50 |
| | | **Total Hours** | **18.90** |

Re: Employee Issues
Client/Matter # 005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Albert Leung | 14.60 | 620.00 | 9,052.00 |
| Brad Hall | 4.30 | 665.00 | 2,859.50 |
| **Total Hours & Fees** | **18.90** | | **11,911.50** |

Re:             Plan of Reorganization
Client/Matter # 005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/04/12 | ANL | Review memo and order on reconsideration. | 1.60 |
| 01/05/12 | ANL | Reviewed amended DCL plan distributions. | 1.80 |
| 01/05/12 | ANL | Reviewed motion to reconsideration and order. | 0.60 |
| 01/10/12 | ANL | Reviewed statement of scheduling. | 1.20 |
| 01/11/12 | ANL | Reviewed shareholder claims lawsuit and multi district litigation issues. | 1.30 |
| 01/13/12 | ANL | Reviewed MDL, subordination decision motions, and memo re shareholder discovery. | 2.30 |
| | | **Total Hours** | **8.80** |

Re:             Plan of Reorganization
Client/Matter # 005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 8.80 | 620.00 | 5,456.00 |
| **Total Hours & Fees** | **8.80** | | **5,456.00** |

Re: UCC Meetings  
Client/Matter # 005735.00015

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/04/12 | BH | Participate in UCC professionals meeting hosted by Chadbourne. | 0.40 |
| 01/05/12 | ANL | Participated in UCC telephonic meeting. | 0.90 |
| 01/05/12 | BH | Participate in UCC meeting and present report on financial results. | 1.10 |
| 01/10/12 | ANL | Participated in Tribune professionals' call. | 0.50 |
| 01/10/12 | BH | Participate in UCC professionals call hosted by Chadbourne. | 0.50 |
| 01/12/12 | BH | Participate in UCC meeting and present report on financial results. | 0.70 |
| 01/12/12 | ANL | Reviewed UCC meeting minutes and supplement. | 0.80 |
| 01/12/12 | ANL | Participated in UCC telephonic meeting. | 1.20 |
| 01/17/12 | BH | Participate in UCC professionals call hosted by Chadbourne. | 0.50 |
| 01/24/12 | BH | Participate in UCC professionals meeting hosted by Chadbourne. | 0.40 |
| 01/24/12 | ANL | Participated in Tribune UCC professionals telephonic meeting. | 0.50 |
| 01/31/12 | BH | Participate in UCC professionals call hosted by Chadbourne | 0.60 |
| | | **Total Hours** | **8.10** |

Re:            UCC Meetings
Client/Matter #   005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 3.90 | 620.00 | 2,418.00 |
| Brad Hall | 4.20 | 665.00 | 2,793.00 |
| **Total Hours & Fees** | **8.10** | | **5,211.00** |

Re: Billing and Retention
Client/Matter # 005735.00017

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 01/05/12 | AH | Review 12th interim fee application | 0.30 |
| 01/06/12 | ANL | Prepared December 2011 fee application. | 1.30 |
| 01/06/12 | ANL | Prepared 12th interim fee application. | 1.70 |
| 01/09/12 | ANL | Prepared 12th interim fee application. | 0.80 |
| 01/09/12 | ANL | Prepared December 2011 fee application. | 1.80 |
| 01/09/12 | BH | Review and edit monthly fee application. | 1.50 |
| 01/10/12 | ANL | Prepared 10th interim fee data for fee examiner. | 1.10 |
| 01/10/12 | ANL | Prepared December 2011 fee application. | 1.80 |
| 01/19/12 | ANL | Prepared response to the fee examiner preliminary report on 8th interim fee period. | 1.70 |
| 01/20/12 | ANL | Prepared response to the fee examiner preliminary report on 8th interim fee period. | 1.20 |
| 01/23/12 | ANL | Prepared response to the fee examiner preliminary report on 8th interim fee period. | 1.20 |
| 01/25/12 | ANL | Prepared December 2011 fee application and exhibits. | 2.20 |
| 01/26/12 | ANL | Prepared December 2011 fee application and exhibits. | 0.80 |
| 01/30/12 | ANL | Prepared December 2011 fee application and exhibits. | 1.80 |
| 01/31/12 | BH | Review and edit fee application. | 1.40 |
| 01/31/12 | ANL | Prepared December 2011 fee application and exhibits. | 1.80 |
| | | **Total Hours** | **22.40** |

Re:            Billing and Retention
Client/Matter #    005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Alan Holtz | 0.30 | 920.00 | 276.00 |
| Albert Leung | 19.20 | 620.00 | 11,904.00 |
| Brad Hall | 2.90 | 665.00 | 1,928.50 |
| **Total Hours & Fees** | **22.40** | | **14,108.50** |