# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

January 1, 2012 through January 31, 2012

| Expenses | Amount |
|---|---|
| Meals & Tips | 40.28 |
| Postage/Messenger/Courier | 43.94 |
| **Total Disbursements** | **84.22** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 11/28/11 | Postage/Messenger/Courier - - VENDOR: Federal Express Corporation Delivery to Albert Leung | 23.94 |
| 11/28/11 | Postage/Messenger/Courier - - VENDOR: Federal Express Corporation Delivery to Albert Leung | 20.00 |
| 01/13/12 | Meals & Tips Albert Leung - Dinner | 40.28 |
| | **Total Disbursements** | **84.22** |