## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al.* | |
| Plaintiff, | Adversary Proceeding No. 10-54010 (KJC) |
| v. | |
| DENNIS J. FITZSIMONS, *et al.*, | |
| Defendants. | |

## MODIFIED ENTRIES OF APPEARANCE FOR LANDIS RATH & COBB LLP AND ZUCKERMAN SPAEDER LLP

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 9010(b), Zuckerman Spaeder LLP ("Zuckerman") and Landis Rath & Cobb LLP ("LRC") modify their respective entries of appearance as counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned adversary proceeding (the "Adversary Proceeding").

On February 20, 2009, the Court entered an order approving the Committee's application *nunc pro tunc* to retain LRC as counsel to the Committee [Main Case D.I. 428].

On September 3, 2009, the Court entered an order approving the Committee's application to retain Zuckerman as special counsel to the Committee [Main Case D.I. 2088].

On May 4, 2011, LRC modified its appearance to clarify that it is appearing as sole counsel to the Committee in the Adversary Proceeding with respect to all claims and actions against The Goldman Sachs Group Inc. and affiliates thereof ("Goldman") [Adv. Proc. D.I. 112].

On November 15, 2011, and January 3, 2012, Zuckerman and LRC further modified their appearances [Adv. Proc. D.I. 336, 398] to clarify that LRC is appearing as sole counsel to the Committee in the Adversary Proceeding with respect to all claims and actions against (i) Hartford Life Insurance Co. and affiliated entities, (ii) BNY Mellon, and (iii) BlackRock, Inc. and affiliated entities.

Zuckerman and LRC now further modify their respective appearances. Zuckerman and LRC will continue to represent the Committee in the Adversary Proceeding with respect to all claims and actions against all parties, except that LRC will serve as sole counsel to the Committee in the Adversary Proceeding with respect to all claims and actions against (a) the above-identified parties; (b) Anchorage Capital Group LLC and affiliated entities; (c) Monarch Financial Corporation and affiliated entities; and (d) York Capital Management LP.

Dated: March 13, 2012
     Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Daniel B. Rath (No.3022)
Matthew B. McGuire (No. 4366)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and –

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M Street, NW, Suite 1000
Washington, DC  20036
Telephone:  (202) 778-1800
Facsimile:  (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*