

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | LOS ANGELES |
| 1501 K STREET, N.W. | BRUSSELS | NEW YORK |
| WASHINGTON, D.C. 20005 | CHICAGO | PALO ALTO |
| (202) 736 8000 | DALLAS | SAN FRANCISCO |
| (202) 736 8711 FAX | FRANKFURT | SHANGHAI |
| | GENEVA | SINGAPORE |
| | HONG KONG | SYDNEY |
| | HOUSTON | TOKYO |
| | LONDON | WASHINGTON, D.C. |

jbendernagel@sidley.com
(202) 736 8136

FOUNDED 1866

March 14, 2012

**By Hand**

Judge Kevin J. Carey
U.S. Bankruptcy Court for the District of
Delaware
824 North Market Street
Wilmington, DE 19801

        Re:    <u>In re Tribune Co., Case No. 08-13141 (KJC)</u>

Dear Judge Carey:

        On behalf of the Debtors, we submit this response to the letter dated March 13, 2012, on behalf of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas (together, the "<u>Senior Noteholders</u>"), requesting that the Court strike and disregard the Debtors' rebuttal letter dated March 9, 2012, concerning Allocation Dispute No. 6.

        In affording the parties the opportunity to file two-page supplemental letters in lieu of oral rebuttal, the Court did not suggest that those letters could only address arguments made for the first time at oral argument. Tr. 3/6 at 171:25-172:1. In any event, the Debtors' March 9 letter plainly constitutes proper rebuttal to arguments raised at the hearing. During his argument, counsel for Wilmington Trust Company asserted that the distributions made to the Other Parent Claimants under the DCL Plan violate the Bankruptcy Code by depriving the Senior Noteholders of their purported legal "*entitlement*" to 100% of the settlement proceeds that would be distributed to holders of the PHONES and EGI-TRB Notes but for the contractual subordination of that debt. *See, e.g.,* Tr. 3/6 at 65:10-66:5. The Debtors' rebuttal letter squarely addresses this contention.

        Accordingly, the Senior Noteholders' request to strike the Debtors' rebuttal letter should be denied. Although the Debtors do not agree with the points raised in the surrebuttal letter that is attached to the Senior Noteholders' submission, our views regarding these matters are set forth in our March 9 letter and we do not see any reason to further extend the dialogue.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.

DC1 2396405v.1



March 14, 2012
Page 2

                              Very truly yours,

                              James F. Bendernagel, Jr. /TER

                              James F. Bendernagel, Jr.

JFB:moo

DC1 2396405v.1