## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | |
| Debtors. | Cases No. 08-13141 (KJC)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF TRIBUNE COMPANY, *et al.*, | |
| Plaintiff, | Adversary Proceeding No. 10-54010 (KJC) |
| v. | |
| DENNIS J. FITZSIMONS, *et al.*, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Linda M. Rogers being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 14th day of March, 2012, she caused a copy of the following:

## *MODIFIED ENTRIES OF APPEARANCE FOR LANDIS RATH & COBB LLP AND ZUCKERMAN SPAEDER LLP*
## [MAIN CASE DKT. NO. 11148 AND ADVERSARY DKT. NO. 477]

to be served upon the parties identified on the attached list via first class mail and hand-delivery to the City of Wilmington addresses.

                                 _____
                                   Linda M. Rogers

SWORN TO AND SUBSCRIBED before me this 14th day of March, 2012.

_____
Notary Public

TRIBUNE ADVERSARY SERVICE LIST

1506 FIRST CLASS MAIL AND
HAND DELIVERY TO WILMINGTON ADDRESSES
ONLY

(CO-COUNSEL FOR I.B.E.W. LOCAL 103 TRUST FUND)
CHRISTOPHER J. KELLER, ESQUIRE
MICHAEL W. STOCKER, ESQUIRE
LABATON SUCHAROW LLP
140 BROADWAY
NEW YORK, NY  10005

(CO-COUNSEL FOR I.B.E.W. LOCAL 103 TRUST FUND)
MICHAEL S. ETKIN, ESQUIRE
JOHN K. SHERWOOD, ESQUIRE
IRA LEVEE, ESQUIRE
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NEW JERSEY  07068

(COUNSEL FOR 3M EMPLOYEES WELFARE
BENEFITS ASSOCIATION TRUST 1 AND EMPLOYEE
RETIREMENT INCOME PLAN TRUST OF MINNESOTA
MINING & MANUFACTURING CO.)
RAFAEL X. ZAHRALDDIN-ARAVENA, ESQUIRE
JONATHAN M. STERNERMAN, ESQUIRE
ELLIOTT GREENLEAF
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

(COUNSEL FOR 3M EMPLOYEES WELFARE
BENEFITS ASSOCIATION TRUST 1 AND EMPLOYEE
RETIREMENT INCOME PLAN TRUST OF MINNESOTA
MINING & MANUFACTURING CO.)
STEVEN J. BEILKE, ESQUIRE
3M CENTER BUILDING 220-9E-02
ST. PAUL, MN 55144

(COUNSEL FOR EDMUND D. HAIGLER, JR.)
WILLIAM G. BLASDEL, JR., ESQUIRE
3038 CHURCH ROAD
LAFAYETTE HILL, PA  19444

(COUNSEL FOR EIGHTH DISTRICT ELECTRICAL
PENSION FUND)
KERRY K. FENNELLY
MELISSA W. COOK & ASSOCIATES
3444 CAMINO DEL RIO NORTH, SUITE 106
SAN DIEGO, CA  92108

(COUNSEL FOR EMPLOYEES' RETIREMENT SYSTEM
OF GEORGIA)
MARY KIMMEY WARE
ASSISTANT ATTORNEY GENERAL
40 CAPITOL SQUARE, S.W.
ATLANTA, GA  30334

(COUNSEL FOR ESTATE OF LEAVITT J POPE)
RICHARD F. MARKERT
BLEAKLEY PLATT & SCHMIDT, LLP
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NY  10601

(COUNSEL FOR LOUISIANA STATE EMPLOYEES'
RETIREMENT SYSTEM)
JOHN K. SHERWOOD
IRA M. LEVEE
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NJ  07068

(COUNSEL FOR MICHIGAN DEPARTMENT OF
TREASURY - BUREAU OF INVESTMENTS)
MICHAEL F. MURPHY
JENNIFER M. JACKSON
MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
P.O. BOX 30754
LANSING, MI  48909

(COUNSEL FOR ROBERT B GREENE JR TRUSTU/A
11/06/86)
LELAND H. CHAIT
SUGAR FELSENTHAL GRAIS & HAMMER LLP
30 N. LA SALLE STREET, SUITE 3000
CHICAGO, IL  60602

(COUNSEL FOR VIRGINIA COLLEGE SAVINGS PLAN)
STEVEN N. COUSINS
ARMSTRONG TEASDALE
7700 FORSYTH BOULEVARD, SUITE 1800
ST. LOUIS, MO 63105

(COUNSEL FOR WILLIAM R. HOUGH)
TERRI N. THOMAS, ESQUIRE
FISHER & SAULS, P.A.
100 SECOND AVENUE SOUTH, STE. 701
ST. PETERSBURG, FL 33701

(COUNSEL TO AURELIUS CAPITAL MANAGEMENT
LP)
DANIEL H. GOLDEN, ESQUIRE
PHILIP C. DUBLIN, ESQUIRE
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY  10036

(COUNSEL TO AURELIUS CAPITAL MANAGEMENT
LP)
EDWARD A. FRIEDMAN, ESQUIRE
WILLIAM P. WEINTRAUB, ESQUIRE
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6516

(COUNSEL TO AURELIUS CAPITAL MANAGEMENT
LP)
WILLIAM P. BOWDEN, ESQUIRE
AMANDA WINFREE, ESQUIRE
ASHBY & GEDDES, P.A.
500 DELAWARE AVENUE
WILMINGTON, DE  19801

(COUNSEL TO BEVERLY MACKINTOSH,
INDIVIDUALLY AND AS TRUSTEES OF THE TRUST
U/A DTD 8/22/1989 BY MARY CONIGLIO GSTT TE
TRUST AND THE TRUST U/A DTD 8/22/1989 BY MARY
CONIGLIO)
DUANE D. WERB
WERB & SULLIVAN
300 DELAWARE AVENUE, SUITE 1300
WILMINGTON, DE  19801

(COUNSEL TO BEVERLY MACKINTOSH,
INDIVIDUALLY AND AS TRUSTEES OF THE TRUST
U/A DTD 8/22/1989 BY MARY CONIGLIO GSTT TE
TRUST AND THE TRUST U/A DTD 8/22/1989 BY MARY
CONIGLIO)
PETER G. HERMES
DANA K. ETRE
HERMES, NETBURN, O'CONNOR & SPEARING, P.C.
265 FRANKLIN STREET, 7TH FLOOR
BOSTON, MA  02110

(COUNSEL TO DEBTORS)
BRYAN KRAKAUER, ESQUIRE
JAMES F. CONLAN, ESQUIRE
KENNETH P. KANSA, ESQUIRE
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL  60603

(COUNSEL TO DEBTORS)
NORMAN L. PERNICK, ESQUIRE
J. KATE STICKLES, ESQUIRE
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE  19801

(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)
KATHERINE L. MAYER, ESQUIRE
MCCARTER & ENGLISH, LLP
RENAISSANCE CENTRE
405 N. KING STREET
WILMINGTON, DE  19801

(COUNSEL TO HARRIS, N.A. AND BMO HARRIS BANK)
DAVID S. BARRITT, ESQ.
CHAPMAN AND CUTLER LLP
111 WEST MONROE STREET
CHICAGO, IL  60603

(COUNSEL TO INVESCO STRUCTURED CORE FUND (F/K/A AIM S&P 500 INDEX FUND), POWERSHARES EXCHANGE-TRADED FUND TRUST; BALANCED FUND (CURRENTLY CALLED MANAGED VOLATILITY FUND), A SERIES OF BRIDGEWAY, NATIONWIDE FUNDS, NATIONWIDE MUTUAL FUNDS, NATIONWIDE FUND ADVISORS, GUIDEMARK LARGE CAP VALUE FUND)
BENJAMIN E. GORDON, ESQUIRE
STRADLEY, RONON, STEVENS &YOUNG, LLP
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19106-7098

(COUNSEL TO INVESCO STRUCTURED CORE FUND (F/K/A AIM S&P 500 INDEX FUND), POWERSHARES EXCHANGE-TRADED FUND TRUST; BALANCED FUND (CURRENTLY CALLED MANAGED VOLATILITY FUND), A SERIES OF BRIDGEWAY, NATIONWIDE FUNDS, NATIONWIDE MUTUAL FUNDS, NATIONWIDE FUND ADVISORS, GUIDEMARK LARGE CAP VALUE FUND)
ANTRANIG N. GARIBIAN, ESQUIRE
STRADLEY, RONON, STEVENS &YOUNG, LLP
1000 N. WEST STREET, SUITE 1278
WILMINGTON, DE 19801-1697

(COUNSEL TO ITG INC. F/K/A INVESTMENT TECHNOLOGY GROUP, INC.)
DANIEL H. TABAK
COHEN & GRESSER LLP
800 THIRD AVENUE
NEW YORK, NY  10022

(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK)
DAVID S. ROSNER, ESQUIRE
SHERON KORPUS, ESQUIRE
CHRISTINE MONTENEGRO, ESQUIRE
MATTHEW B. STEIN, ESQUIRE
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NY  10019

(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK)
GARVAN F. MCDANIEL, ESQUIRE
BIFFERATO GENTILOTTI LLC
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE  19801

(COUNSEL TO RETIREMENT CLAIMANTS)
ADAM HILLER, ESQUIRE
HILLER & ARBAN, LLC
1500 NORTH FRENCH STREET
WILMINGTON, DE  19801

(COUNSEL TO RETIREMENT CLAIMANTS)
JAY TEITELBAUM, ESQUIRE
TEITELBAUM & BASKIN, LLP
COUNSELORS AT LAW
1 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NEW YORK  10601

1199SEIU GREATER NY PENSION FUND LCV
C/O OFFICER OR MANAGING AGENT
330 WEST 42ND STREET, 30TH FLOOR
NEW YORK, NY 10036

1199SEIU HEALTHCARE EMPLOYEES PENSION FUND
LC
C/O OFFICER OR MANAGING AGENT
330 WEST 42ND STREET, 30TH FLOOR
NEW YORK, NY 10036

1199SEIU HEALTHCARE EMPLOYEES PENSION FUND
MCV
C/O OFFICER OR MANAGING AGENT
330 WEST 42ND STREET, 30TH FLOOR
NEW YORK, NY 10036

1994 ALICIA P. GUGGENHEIM TRUST
C/O FRIEDMAN & HUEY ASSOCIATES LLP
1313 W. 175TH STREET
HOMEWOOD, IL 60430

3M EMPLOYEES WELFARE BENEFITS ASSOCIATION
TRUST I
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
3M CENTER BUILDING 224-5S-21
ST PAUL, MN 55144

A & P ASSOCIATES
ATTN: ARTHUR S CASEY SB ADVISOR
813 DILIGENCE DRIVE
SUITE 116
NEWPORT NEWS, VA 23606-4237

A & P ASSOCIATES
C/O OFFICER OR MANAGING AGENT
813 DILIGENCE DRIVE
SUITE 116
NEWPORT NEWS, VA 23606-4237

A ERICKSON AND VIRGINIA G SHUSTER
16 CARRIAGE DRIVE
SIMSBURY, CT 06070-2164

ABIGAIL WALLACH
617 VENTURA BLVD
ENDWELL, NY 13760-2541

ADAGE CAPITAL ADVISORS, L.L.C.
NATIONAL CORPORATE RESEARCH, LTD
615 SOUTH DUPONT HWY
DOVER, DE 19901

ADALY INVESTMENT MANAGEMENT CO
F/B/O ADALY OPPORTUNITY FUND
C/O OFFICER OR MANAGING AGENT
TD SECURITIES INC.
31 W 52ND ST
NEW YORK, NY 10019-6118

ADAM W. POTTER
P. O. BOX 1905
EAST HAMPTON, NY 11937

ADAM W. POTTER
USAA FEDERAL SAVINGS BANK C/F
P. O. BOX 1905
EAST HAMPTON, NY 11937

ADRIANNE BAKER REILLY ESTATE
ATTN: MR WILLIAM R LYNCH OR CURRENT
TRUSTEE OR EXECUTOR
1855 BAY RD APT 103
VERO BEACH, FL 32963-3073

ADVANCED SERIES TRUST-AST QMA US EQUITY
ALPHA PORTFOLIO
C/O OFFICER OR MANAGING AGENT
751 BROAD STREET
NEWARK, NJ  07102-3777

ADVISORONE BEROLINA FUND
ATTN: W. PATRICK CLARKE, PRESIDENT
ADVISORONE FUNDS
4020 SOUTH 147TH STREET
OMAHA, NE 68137

ADVISORONE BEROLINA FUND
C/O OFFICER OR MANAGING AGENT
ADVISORONE FUNDS
4020 SOUTH 147TH STREET
OMAHA, NE 68137

AINSLEY G. MOLONEY, ESQUIRE
P. SABIN WILLET, ESQUIRE
BINGHAM MCCUTCHEN LLP
ONE FEDERAL STREET
BOSTON, MA 02110-1726

ALAN DEVANEY AND JILL DEVANEY
1806 N ORLEANS ST
CHICAGO, IL 60614

ALAN J. STONE, ESQUIRE
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA, 46TH FLOOR
NEW YORK, NY 10005-1413

ALASKA PERMANENT FUND CORPORATION
C/O OFFICER OR MANAGING AGENT
801 WEST 10TH STREET STE 302
JUNEAU ALA, KA 99802-5500

ALCATEL-LUCENT INVESTMENT MGMT CO
C/O OFFICER OR MANAGING AGENT
24 FEDERAL STREET, STE 600
BOSTON, MA 02110

ALEXANDER D AND PAULA SOLON
66 THE HEMLOCKS
ROSLYN, NY 11576

ALEXANDER R. BILUS, ESQUIRE
MICHAEL S. DOLUISIO, ESQUIRE
DECHERT LLP
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104-2808

ALFRED V TJARKS, ALFRED V TJARKS RETIREMENT
PLAN DTD 02/18/85
C/O ALFRED V TJARKS JR OR CURRENT TRUSTEE
3625 TERRACE VIEW DR
ENCINO, CA 91436-4019

ALFRED W. MERKEL, MARLOWE G. MERKEL TR UA
11 SEP 85
C/O TRUSTEE FOR ALFRED W. MERKEL, MARLOWE
G. MERKEL TR UA 11 SEP 85
858 VALLEY CREST ST
LA CANADA, CA 91011-2432

ALIZA LEAH ROZMAN, U/A DTD 10/08/82
C/O MARJORIE ROZMAN, NANETTE ROSENBERG OR
CURRENT TRUSTEE
229 PARK AVE
N CALDWELL, NJ 07006

ALLEN C. TANNER JR,
701 TOWNE CENTER DR STE 800
NEWPORT NEWS, VA 23606-4294

ALLSTATE INSURANCE COMPANY
ATTN: PAUL SCHUTT
ASSISTANT VP INVESTMENT OPERATIONS
3075 SANDERS ROAD SUITE G4A
NORTHBROOK, IL 60062-7127

ALOYSIUS J & EUGENE F FRANZ FOUNDATION FOR
THE CONGREGATION OF THE MISSION
C/O OFFICER OR MANAGING AGENT
PO BOX 23808
NEW ORLEANS, LA 70183-0808

ALPHA WINDWARD LLC
SAMUEL B. CARR, JR.
200 LOWDER BROOK DRIVE
SUITE 2400
WESTWOOD, MA 02090

ALPINE ASSOCIATES II, L.P.
C/O OFFICER OR MANAGING AGENT
100 UNION AVENUE,
CRESSKILL, NJ 7626

ALPINE ASSOCIATES OFFSHORE FUND II LTD.
C/O OFFICER OR MANAGING AGENT
100 UNION AVENUE,
CRESSKILL, NJ 7626

ALPINE ASSOCIATES OFFSHORE FUND LTD.
C/O OFFICER OR MANAGING AGENT
100 UNION AVENUE,
CRESSKILL, NJ 7626

ALPINE ASSOCIATES, A LIMITED PARTNERSHIP
C/O OFFICER OR MANAGING AGENT
100 UNION AVENUE,
CRESSKILL, NJ 07626

ALPINE PARTNERS, L.P.
C/O OFFICER OR MANAGING AGENT
100 UNION AVENUE,
CRESSKILL, NJ 07626

ALSON CAPITAL PARTNERS LLC
DEREK WEBB
CHIEF FINANCIAL OFFICER
250 W 57TH STREET, SUITE 2514
NEW YORK, NY  10107-2500

AMALGAMATED BANK
C/O OFFICER OR MANAGING AGENT
275 SEVENTH AVENUE
NEW YORK, NY  10001

AMEREN MANAGEMENT HEALTH TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
1901 CHOUTEAU AVENUE
PO BOX 66149 MC1070
ST LOUIS, MO 63166-6149

AMEREN MANAGEMENT HEALTH TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
AMEREN SERVICES COMPANY
607 EAST ADAMS STREET
MC C-1020
SPRINGFIELD, IL 62739

AMERICAN INTERNATIONAL GROUP, INC.
UNITED STATES CORPORATION COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE  19808

AMETEK INC EMPLOYEES MASTER RETIREMENT
TRUST
C/O TRUSTEE FOR AMETEK INC EMPLOYEES
MASTER RETIREMENT TRUST
37 N.VALLEY ROAD
PAOLI, PA 19301-0801

AMIDA PARTNERS MASTER FUND LTD
C/O OFFICER OR MANAGING AGENT
AMIDA CAPITAL MANAGEMENT
623 5TH AVE., 25TH FLOOR
NEW YORK, NY  10022-9127

AMUNDI INVESTMENT SOLUTIONS AMERICAS LLC
C/O OFFICER OR MANAGING AGENT
1301 AVE OF THE AMERICAS, FL 38
NEW YORK, NY 10019-6022

AMY D. ROY
ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

AMY W FONG TRUST, U/A DTD 06/14/1988
C/O DR ARNOLD D FONG OR CURRENT TRUSTEE
P.O. BOX 3224
PONTE VEDRA, FL 32004-322

ANADARKO PETROLEUM CORP.
C/O OFFICER OR MANAGING AGENT
1201 LAKE ROBBINS DRIVE
THE WOODLANDS, TX 77380

ANCHIN BLOCK & ANCHIN
A/C LINCOLN FD TAX ADVANTAGE
ATTN: JEFF ROSENTHAL
1375 BROADWAY
NEW YORK, NY 10018-7001

ANCHIN BLOCK & ANCHIN
A/C LINCOLN FD TAX ADVANTAGE
C/O OFFICER OR MANAGING AGENT
1375 BROADWAY
NEW YORK, NY 10018-7001

ANDERSEN DEFINED BENEFIT
C/O TRUST LEGAL COUNSEL EP-MN-WS4L
US BANK AS TRUSTEE
60 LIVINGSTON AVE
ST PAUL, MN 55107

ANDREA REIMANN-CIARDELLI, U/A DTD 04/28/2006
C/O TRUSTEE FOR ANDREA REIMANN-CIARDELLI,
U/A DTD 04/28/2006
80 S MAIN ST STE 202
HANOVER, NH 03755

ANDREW J. MCKENNA TRUST
C/O TRUSTEE OF ANDREW J. MCKENNA TRUST
60 LOCUST ROAD
WINNETKA, IL  60093

ANNE ELIZABETH MCKENNY 2007
C/O ANNE E MCKENNY OR CURRENT TRUSTEE
129 INVERNESS ST
HOWELL, MI 48843-1143

ANNE MCCUTCHEON LEWIS TRUST, U/A DTD
10/26/1987
C/O OLIVER MCCUTCHEON LEWIS OR CURRENT
TRUSTEE
3400 RESERVOIR RD NW
WASHINGTON, DC 20007-2328

ANNE MCKENNY TRUST
C/O CLARA WHITNEY FOR ANNE MCKENNY,
TRUSTEE
BANK OF AMERICA
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

ANNE-MARIE S GREENBERG
16 SKYVIEW RD
SUDBURY, MA 01776

ANNUITY RETIREMENT TRUST
ARIEL/ABT/ABBOTT LABORATORIES
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
200 E RANDOLPH SUITE 2900
CHICAGO, IL 60601-6536

ANTHONY AND JACQUELINE MARRO
PO BOX 944
BENNINGTON, VT 05201

ANTHONY C. WHITE
THOMAS W. PALMER
THOMPSON HINE LLP
41 SOUTH HIGH STREET, SUITE 1700
COLUMBUS, OH  43215-6101

ANTOINETTE B BRUMBAUGH TRUST
C/O ANTOINETTE B BRUMBAUGH, TRUSTEE
PO BOX 755
WOODACRE, CA 94973

APERIO GROUP LLC
C/O JULIE L. FIEBER
STEIN & LUBIN LLP
600 MONTGOMERY STREET, 14TH FLOOR
SAN FRANCISCO, CA  94111

AQR ABSOLUTE RETURN MASTER ACCOUNT, L.P.
C/O OFFICER OR MANAGING AGENT
AQR CAPITAL MANAGEMENT, LLC
TWO GREENWICH PLAZA
GREENWICH , CT 06830

AQR GLOBAL STOCK SELECTION HV MASTER
ACCOUNT LTD.
C/O OFFICER OR MANAGING AGENT
AQR CAPITAL MANAGEMENT, LLC
TWO GREENWICH PLAZA
GREENWICH , CT 06830

AQR R. C. EQUITY AUSTRALIA FUND
C/O OFFICER OR MANAGING AGENT
AQR CAPITAL MANAGEMENT, LLC
TWO GREENWICH PLAZA
GREENWICH , CT 6830

ARC REVOCABLE TRUST
C/O MR. ROBERT SNYDER
SNYDER CAHOON & CO. PLLC
80 SOUTH MAIN STREET SUITE 202
HANOVER, NH 03755

ARC REVOCABLE TRUST
C/O TRUSTEE FOR ARC REVOCABLE TRUST
SNYDER CAHOON & CO. PLLC
80 SOUTH MAIN STREET SUITE 202
HANOVER, NH 03755

ARCHDIOCESAN PENSION PLAN (NY)
C/O OFFICER OR MANAGING AGENT
1011 FIRST AVE
NEW YORK, NY 10022

ARCHDIOCESE OF CINCINNATI
C/O OFFICER OR MANAGING AGENT
100 EAST EIGHTH STREET
CINCINNATI, OH 45202

ARCHDIOCESE OF NEW YORK MASTER TRUST
C/O OFFICER OR MANAGING AGENT
1011 FIRST AVENUE
NEW YORK, NY 10022-4134

ARIEL CAP MANAGEMENT INC
A/C MUNI EMPLOYEES ANNUITYARIEL/MUNEMP
AND BENEFIT FUND -CHI
C/O OFFICER OR MANAGING AGENT
200 E RANDOLPH DRIVE STE 2900
CHICAGO, IL 60601-6536

ARIEL CAP MANAGEMENT INC
ARIEL PRIM A/C PRIM
C/O OFFICER OR MANAGING AGENT
200 E RANDOLPH SUITE 2900
CHICAGO, IL 60601-6536

ARIEL CAP MGMT INC
ARIEL UOFI A/C UNIV OF IL URBANA CHAMPAIG
C/O OFFICER OR MANAGING AGENT
200 EAST RANDOLPHSUITE 2900
CHICAGO, IL 60601-6536

ARIEL CAPITAL MANAGEMENT
C/O OFFICER OR MANAGING AGENT
ARIEL/AGF ARIEL GROWTH FUND
200 EAST RANDOLPH, SUITE 2900
CHICAGO, IL 60601-6536

ARIEL/APRF/ARIEL APPRECIATION FUND
C/O OFFICER OR MANAGING AGENT
200 E RANDOLPH SUITE 2900
CHICAGO, IL 60601-6536

ARIEL/MAXMID/MAXIM MIDCAP PORTFOLIO
C/O OFFICER OR MANAGING AGENT
200 E RANDOLPH SUITE 2900
CHICAGO, IL 60601-6536

ARIZONA STATE RETIREMENT SYSTEM
ATTN: LEGAL COUNSEL
3300 NORTH CENTRAL AVENUE, 14TH FLOOR
PHOENIX, ARIZONA 85012

ARIZONA STATE RETIREMENT SYSTEM
C/O OFFICER OR MANAGING AGENT
3300 NORTH CENTRAL AVENUE
SUITE 1400
PHOENIX, AZ 85012

ARMSTRONG WORLD INDUSTRIES MASTER TRUST
C/O TRUSTEE FOR ARMSTRONG WORLD
INDUSTRIES MASTER TRUST
2500 COLUMBIA AVENUE
LANCASTER , PA  17604

ART C. ARANILLA
MARSHALL, DENNEHEY, WARNER, COLEMAN &
GOGGIN
1220 N. MARKET STREET, 5TH FL.
WILMINGTON, DE  19801

ARTHUR E GOLDBERG
718 RIDGE AVENUE
EVANSTON, IL 60202-2683

ARTHUR HOYER ROLLOVER IRA
C/O SCOTTRADE INC, TRUSTEE OR CURRENT
TRUSTEE
1121 GRAY FOX WAY
PAHRUMP, NV 89048-9192

ARTHUR R. HOYER
THELMA L. LEMTS
PO BOX 2168
PAHRUMP, NV 89048-2168

ARTHUR SHAWN CASEY
813 DILIGENCE DR STE 116
NEWPORT NEWS, VA 23606-4237

ASSETMARK LARGE CAP VALUE FUND
ATTN: CHRIS VILLAS-CHERNAK
2300 CONTRA COSTA BLVD, SUITE 425
PLEASANT HILL, CA  94523-3968

ASSETMARK LARGE CAP VALUE FUND
C/O OFFICER OR MANAGING AGENT
2300 CONTRA COSTA BLVD, SUITE 425
PLEASANT HILL, CA  94523-3968

AUSTIN TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
336 S.CONGRESS AVE SUITE 100
AUSTIN, TX 78704

AUTOMOBILE MECHANICS LOCAL 701 LCV
C/O OFFICER OR MANAGING AGENT
500 WEST PLAINFILED ROAD
COUNTRYSIDE, IL 60525

AUTOMOTIVE INDUSTRIES PENSI0N TRUST FUND
C/O OFFICER OR MANAGING AGENT
ASSOCIATED THIRD PARY ADMIN
1640 S LOOP RD
ALAMEDA , CA  94502

AUTOMOTIVE MACHINISTS PENSION FUND
C/O OFFICER OR MANAGING AGENT
2815 SECOND AVE, STE 300
PO BOX 34203
SEATTLE, WA 98124

AVERY DENNISON MASTER RETIREMENT TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
150 NORTH ORANGE GROVE BLVD
PASADENA, CA 91103

AXA EQUITABLE LIFE INSURANCE CO
C/O OFFICER OR MANAGING AGENT
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

AXELSON FAM. LIMITED PARTNERSHIP
C/O STEPHEN AXELSON AND LINDA AXELSON
10603 N 100TH STREET
SCOTTSDALE, AZ 85260-6301

B TRADE SERVICES LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

BACAP EQUITY FUND XX1
BANK OF AMERICA
C/O OFFICER OR MANAGING AGENT
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

BALDWIN ENTERPRISES, INC
C/O OFFICER OR MANAGING AGENT
315 PARK AVENUE SOUTH, 20TH FLOOR
NEW YORK, NY 10010

BANK OF AMERICA NA
ATTN: EFP MIDDLE OFFICE/OPS MGR.
NY1-301-40-02
ONE BRYANT PARK 3RD FLOOR
NEW YORK, NY 10036-6728

BANK OF AMERICA NA
C/O OFFICER OR MANAGING AGENT
ONE BRYANT PARK 3RD FLOOR
NEW YORK, NY 10036-6728

BANK OF AMERICA
C/O OFFICER OR MANAGING AGENT
ONE EAST CENTER ST
FAYETTEVILLE, AR 72701

BANK OF HAWAII
C/O OFFICER OR MANAGING AGENT
130 MERCHANT ST.
P.O. BOX 2900
HONOLULU, HI 96846

BANK OF OKLAHOMA-NA
C/O OFFICER OR MANAGING AGENT
6242 EAST 41ST STREET
TULSA, OK 74135

BAPTIST FOUNDATION OF TEXAS
C/O OFFICER OR MANAGING AGENT
1601 ELM STREET-SUITE 1700
DALLAS, TX 75201

BARBARA CLEMENTS HELLER REVOCABLE TRUST
DTD 3/22/01
C/O TRUSTEE FOR BARBARA CLEMENTS HELLER
REVOCABLE TRUST DTD 3/22/01
508 WEST LAKVIEW ST.
ORLANDO, FL 32804-6823

BARBARA K. WARNER
P.O. BOX 303
NOTRE DAME, IN  46556

BARBARA M. J. WOOD LIVING TRUST U/A/D 9/17/81
C/O TRUSTEE OF BARBARA M. J. WOOD LIVING
TRUST U/A/D 9/17/81
THE NORTHERN TRUST COMPANY
505 LASALLE STREET
CHICAGO, IL  60603

BARBARA MARTELL
702 E HYMAN AVE
ASPEN, CO 81611-2080

BARRY DAVID KUPFERBERG & LORI BANNER
KUPFERBERG
290 ROCKINGSTONE AVENUE
LARCHMONT, NY 10538

BAXTER INTERNATIONAL INC.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

BECHTEL CORPORATION
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

BELL ATLANTIC MASTER TRUST
C/O OFFICER OR MANAGING AGENT
ONE VERIZON WAY BLDG.7
BASKING RIDGE, NJ 07920

BELLSOUTH CORP.
NON-REPRESENTABLE HEALTH CARE TRUST
C/O OFFICER OR MANAGING AGENT
FIRST QUADRANT
800 EAST COLORADO BOULEVARD SUITE 900
PASADENA, CA 91101

BENJAMIN J. VERDUSCO TRUST, U/A DTD 12/13/1989
C/O CATHERINE A VERDUSCO OR CURRENT
TRUSTEE
215 S SANTA FE AVE # 9
LOS ANGELES, CA 90012

BERKELEY CAPITAL MANAGEMENT
KEVIN CUCCIAS
CHIEF EXECUTIVE OFFICER
ONE BUSH STREET
12TH FLOOR
SAN FRANCISCO, CA  94111-4113

BERNADETTE FINGLETON
342 LOTUS PL
BREA, CA 92821-3541

BERNARD AND RENA SHAPIRO, INTERVIVOS TRUST
A/C #1 DTD 10/15/87
C/O BERNARD SHAPIRO OR CURRENT TRUSTEE
1666 20TH ST
SANTA MONICA, CA 90404-3827

BERNARD OSHER TRUST
C/O BERNARD OSHER TRUSTEE
ONE FERRY BUILDING
SUITE 255
SAN FRANCISCO, CA 94111-4243

BERNARD RABINOWITZ, U/A/D 09-11-2006
C/O BERNARD RABINOWITZ OR CURRENT TRUSTEE
269 RUE MARSEILLE
DAYTON, OH 45429-1883

BETTY BEAIRD
7530 INWOOD DR
HOUSTON, TX 77063-1802

BETTY ELLEN BERLAMINO
87 JOYCE RD
TENAFLY, NJ 07670

BEVERLY PERRY
6920 WEBSTER ST
DOWNERS GROVE, IL 60516-3509

BINHUA  MAO
ROTH IRA ETRADE CUSTODIAN
1010 CATHERINES WOODS DR
NISKAYUNA, NY 12309-1327

BLACK DIAMOND ARBITRAGE OFFSHORE LTD.
C/O OFFICER OR MANAGING AGENT
CARLSON CAPITAL L.P.
ATTN: LEGAL DEPARTMENT
2100 MCKINNEY AVENUE SUITE 1800
DALLAS, TX 75201

BLACK DIAMOND OFFSHORE LTD.
C/O OFFICER OR MANAGING AGENT
CARLSON CAPITAL L.P.
ATTN: LEGAL DEPARTMENT
2100 MCKINNEY AVENUE SUITE 1800
DALLAS, TX 75201

BLACKBURN TRUST
C/O TRUSTEE FOR BLACKBURN TRUST
1295 LITTLE HARBOR LANE
VERO BEACH, FL 32963

BLACKPORT CAPITAL FUND LTD
C/O OFFICER OR MANAGING AGENT
280 PARK AVENUE
NEW YORK, NY 10017-1216

BLANDINA ROJEK CHAR LD. TRUST
C/O FRIEDMAN & HUEY ASSOCIATES
1313 WEST 175TH STREET
HOMEWOOD, IL 60430

BLEND SURVIVOR'S TR DTD 12/2/99
C/O ROBERT R BLEND, THOMAS R BLEND CO-
TRUSTEES OR CURRENT TRUSTEE
MOUNTAIN VIEW RETIREMENT HOME
7900 N LA CANADA #2121
TUCSON, AZ 85704-2079

BLUE CROSS & BLUE SHIELD OF KA
ATTN: STEVE MORRIS
1133 SW TOPEKA BLVD
TOPEKA, KS 66629-0001

BLUECROSS BLUESHIELD OF KS
C/O OFFICER OR MANAGING AGENT
1133 SW TOPEKA BLVD
TOPEKA, KS 66629-0001

BLYTHE T BELENKY
676 WINDING BLUFF WAY
CLARKSVILLE, TN 37040-5763

BOA PENSION-CMG LARGECAP INDEX
C/O OFFICER OR MANAGING AGENT
BANK OF AMERICA
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

BON SECOURS HEALTH SYSTEM, INC
C/O OFFICER OR MANAGING AGENT
1505 MARRIOTTSVILLE RD.
MARRIOTTSVILLE, MD 21104-1399

BOSTON TRUST & INVESTMENT MANAGEMENT
COMPANY
C/O OFFICER OR MANAGING AGENT
ONE BEACON STREET 33RD FLR
BOSTON, MA 02108

BRIAN BEHMER
DLA PIPER
401 B STREET, SUITE 1700
SAN DIEGO, CALIF. 92101-4297

BRIAN MCGOVERN
2675 ALBANY AVE
W HARTFORD, CT 06117-2305

BRICKLAYERS & TROWEL TRADES INTL PENSION
FUND MCV
C/O OFFICER OR MANAGING AGENT
620 F STREET, NW, STE 700
WASHINGTON, DC 20004

BRISTOL COUNTY RETIREMENT SYSTEM LCV
C/O OFFICER OR MANAGING AGENT
645 COUNTY STREET
TRENTON, NJ 02780

BRISTOL-MYERS SQUIBB COMPANY MASTER
RETIREMENT TRUST
ATTN: BOB RAMNARINE
BRISTOL MYERS SQUIBB DIRECTOR GLOBAL
PENSION AND SAVINGS INVESTMENT
MANAGEMENT
ROUTE 206 & PROVINCELINE ROAD
PRINCETON, NJ 08543

BRISTOL-MYERS SQUIBB COMPANY MASTER
RETIREMENT TRUST
C/O OFFICER OR MANAGING AGENT OR CURRENT
TRUSTEE
GLOBAL PENSION AND SAVINGS INVESTMENT
MANAGEMENT
ROUTE 206 & PROVINCELINE ROAD
PRINCETON, NJ 08543

BRISTOL-MYERS SQUIBB COMPANY MASTER
TRUST LCV
C/O OFFICER OR MANAGING AGENT
ROUTE 206, PROVINCE LINE ROAD
PRINCETON, NJ 08543

BROADCASTING, WATERMAN
INVESTMENT CORPORATION
C/O OFFICER OR MANAGING AGENT
P.O. BOX 7578
FT MYERS, FL 33911-7578

BRUMBACK FAMILY LLC
CHARLES T. BRUMBACK
C/O MR. LINDSEY N. ALIEN, CPA
P.O. BOX 100
LAKE BLUFF, IL   60044-0100

BUILDING TRADES UNITED PENSION TRUST FUND
C/O OFFICER OR MANAGING AGENT
500 ELM GROVE ROAD
PO BOX 530
ELM GROVE, WI 53122

BURROUGHS WELLCOME FUND
ATTN: SCOTT SCHOEDLER
P.O. BOX 13901
RESEACH TRIANGLE PARK
DURHAM, NC 27709-3901

BURROUGHS WELLCOME FUND
C/O OFFICER OR MANAGING AGENT
P.O. BOX 13901
RESEACH TRIANGLE PARK
DURHAM, NC 27709-3901

C HUGH STEPHENS, U/A DTD 11/08/2002
C/O C HUGH STEPHENS OR CURRENT TRUSTEE
2075 62ND ST
FENNVILLE, MI 49408-9407

CALIFORNIA IRONWORKERS FIELD PENSION TRUST
C/O TRUSTEE FOR CALIFORNIA IRONWORKERS
FIELD PENSION TRUST
131 EL MOLINO AVE SUITE 330
PASADENA, CA 91101-1873

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT
SYSTEM
JOHN A MIKITA
SENIOR STAFF COUNSEL
400 Q STREET
LINCOLN PLAZA EAST, ROOM 1820
SACRAMENTO, CA 95814

CAMILLA CHANDLER FAMILY FOUNDATION
C/O OFFICER OR MANAGING AGENT
875 COMSTOCK AVENUE #8E AND 8F
LOS ANGELES, CA 90024

CANADIAN IMPERIAL HOLDINGS INC.
C/O OFFICER OR MANAGING AGENT
300 MADISON AVE
NEW YORK, NY 10017-3903

CARA LEIGH GILESPIE-WILSON
PO BOX 535
BANGALL, NY 12506-0535

CARA LEIGH GILESPIE-WILSON
PO BOX 535
BANGALL, NY 12506-0535

CARLYLE MULTI-STRATEGY MASTER FUND LTD
WILMINGTON TRUST CORPORATION COMPANY
RODNEY SQUARE NORTH
1100 N. MARKET STREET
WILMINGTON, DE 19801

CARPENTERS PENSION TRUST FOR NORTHERN
CALIFORNIA
C/O TRUSTEE FOR CARPENTERS PENSION TRUST
FOR NORTHERN CALIFORNIA
444 HEGENBERGER ROAD
OAKLAN, CA 94621

CARROLL PITTMAN, LOU E PITTMAN TR UA 04/30/02
PITTMAN TRUST
C/O TRUSTEE FOR CARROLL PITTMAN, LOU E
PITTMAN TR UA 04/30/02 PITTMAN TRUST
39002 180TH AVE SE
AUBURN, WA 98092-9768

CASEY AND ASSOCIATES, LLP
C/O ARTHUR S CASEY
813 DILIGENCE DRIVE
SUITE 116
NEWPORT NEWS, VA 23606-4237

CASEY AND ASSOCIATES, LLP
C/O OFFICER OR MANAGING AGENT
813 DILIGENCE DRIVE
SUITE 116
NEWPORT NEWS, VA 23606-4237

CATERPILLAR INC MASTER TRUST
ATTN: LOCI COLAW
100 NE ADAMS STREET
PEORIA, IL 60629

CATERPILLAR INC MASTER TRUST
C/O OFFICER OR MANAGING AGENT OR CURRENT
TRUSTEE
100 NE ADAMS STREET
PEORIA, IL 60629

CATERPILLAR
C/O OFFICER OR MANAGING AGENT
100 NORTHEAST ADAMS ST, AB 5315
PEORIA, IL 61629

CATERPILLAR, INC. 401(K) PLAN LCV
C/O OFFICER OR MANAGING AGENT
100 NORTHEAST ADAMS ST, AB 5315
PEORIA, IL 61629

CATHERINE A. CAMPBELL TRUST UAD 9/21/1995
C/O ROBERT D. CAMPBELL OR CURRENT TRUSTEE
3100 N. MARINA VIEW DRIVE
PORT CLINTON, OH 43452-9689

CATHERINE L. NEWELL, ESQUIRE
DFA INVESTMENT DIMENSIONS GROUP, INC.
6300 BEE CAVE ROAD, BLDG ONE
AUSTIN, TX 78746

CATHOLIC UNITED INVESTMENT TRUST
C/O TRUSTEE FOR CATHOLIC UNITED INVESTMENT
TRUST
20 NORTH WACKER DRIVE
STE 2000
CHICAGO, IL 60606

CAXTON ASSOCIATES, LP
F/K/A CAXTON ASSOCIATES, LLC
C/O REGISTERED AGENT
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

CAXTON INTERNATIONAL LIMITED
C/O OFFICER OR MANAGING DIRECTOR
C/O CAXTON ASSOCIATES LP
731 ALEXANDER ROAD, BUILDING 2
PRINCETON, NJ 08540

CBS MASTER TRUST
C/O TRUSTEE FOR CBS MASTER TRUST
51 WEST 52ND STREET 18TH FLOOR
NEW YORK, NY 10019-6188

CEDAR GROVE CEM ASSN PERP CARE RESERVE
FUND
C/O OFFICER OR MANAGING AGENT
P.O. BOX 228
FLUSHING, NY 11352-0228

CEDE & CO
C/O OFFICER OR MANAGING AGENT
DEPOSITORY TRUST CO
55 WATER STREET
NEW YORK, NY 10041

CENTRAL STATES SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
C/O OFFICER OR MANAGING AGENT
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018-4938

CEY LIVING TRUST 5/14/87
C/O RONALD C CEY & FRANCES L CEY TRUSTEES,
OR CURRENT TRUSTEE
22714 CREOLE ROAD
WOODLAND HILLS, CA 91364-3925

CHARLES C. CASALNOVA
CORPORATE COUNSEL
F.N.B. CORPORATION
ONE F.N.B,. BOULEVARD
HERMITAGE, PA 16148-3363

CHARLES C. JACKSON, ESQUIRE
THEODORE M. BECKER, ESQUIRE
MORGAN, LEWIS & BOCKIUS LLP
77 WEST WACKER DRIVE
CHICAGO, IL 60601

CHARLES E EDWARDS FAMILY TRUST, U/A DTD
04/11/1990 (SUB ACCT MLI)
C/O CHARLES E EDWARDS OR CURRENT TRUSTEE
5661 ESCONDIDA BLVD S
ST PETERSBURG, FL 33715-1455

CHARLES E. HUGEL
2665 NORTH OCEAN BLVD
GULF STREAM, FL 33483-7365

CHARLES FRIEDMAN
2360 N.W. 12TH STREET
DELRAY BEACH, FL 33445

CHARLES R . BAUGH, JR. AND BARBARA BAUGH
7336 HEATHLEY DR.
LAKE WORTH, FL 33467

CHARLES T. AND MARY HOWE BRUMBACK
DESCENDANTS TRUST
C/O TRUSTEE OF CHARLES T. AND MARY HOWE
BRUMBACK DESCENDANTS TRUST
NORTHERN TRUST, NA
505 LASALLE STREET
CHICAGO, IL  60603

CHARLEY CHUNYU LU & BIYING ZHANG COMM
PROP
2035 EMPRESS AVE
SOUTH PASADENA, CA 91030

CHARLOTTE BRODER REVOCABLE LIVING TRUST
C/O TRUSTEE FOR CHARLOTTE BRODER
REVOCABLE LIVING TRUST
4191 ROUND TOP DRIVE
HONOLULU, HI 96822-5039

CHARLOTTE O'BRIEN
5555 N SHERIDAN RD., APT. 1101
CHICAGO, IL 60640-1624

CHEETAH + CO
C/O T. ROWE PRICE ASSOCIATES INC
RESEARCH LIBRARY
100 E PRATT ST.
BALTIMORE, MD 21202

CHERRY JACKSON SVEEN
P.O. BOX 1477
FRANKLIN, NC 28744-1477

CHERRY SUE JACKSON
1 WELCOME LANE
OPELIKA, AL 36801-4896

CHRISTIANA CARE HEALTH SERVICES
INVESTMENT FUND
C/O OFFICER OR MANAGING AGENT
200 HYGEIA DRIVE, STE 2600
NEWARK, DE 19713

CHRISTIANA CARE HEALTH SERVICES RET. PLAN
C/O OFFICER OR MANAGING AGENT
200 HYGEIA DRIVE, STE 2600
NEWARK, DE 19713

CHRISTIANA CARE HEALTH SERVICES
RETIREMENT PLAN
C/O WILMINGTON TRUST COMPANY TRUSTEE, M&T
BANK OR CURRENT TRUSTEE
200 HYGEIA DRIVE
NEWARK, DE 19713

CHRISTIANA CARE HEALTH SERVICES, INC.
C/O WILMINGTON TRUST COMPANY AS AGENT,
M&T BANK OR CURRENT OFFICER OR MANAGING
AGENT
200 HYGEIA DRIVE
NEWARK, DE 19713

CHRISTIANA CARE UNRESTRICTED INVESTMENT
FUND
C/O OFFICER OR MANAGING AGENT
200 HYGEIA DRIVE, STE 2600
NEWARK, DE 19713

CHRISTOPHER A. WARD, ESQUIRE
SHANTI M. KATONA, ESQUIRE
POLSINELLI SHUGHART PC
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

CHRISTOPHER J APPLEBY TRUST U/A DTD 12/13/1989
C/O JEFFREY J APPLEBY OR CURRENT TRUSTEE
9814 CARSON PL
ESCONDIDO, CA 92029

CHRISTOPHER J. GIAIMO
BAKER & HOSTETLER LLP
1050 CONNECTICUT AVENUE, NW
SUITE 1100
WASHINGTON, DC 20036-5304

CHRISTOPHER J. KELLER, ESQUIRE
MICHAEL W. STOCKER, ESQUIRE
LABATON SUCHAROW LLP
140 BROADWAY
NEW YORK, NY  10005

CHRISTOPHER LINDBLAD, CHRIS LINDBLAD
REVOCABLE TRUST U/A/D 04-20-2000
C/O TRUSTEE FOR CHRIS LINDBLAD REVOCABLE
TRUST U/A/D 04-20-2000
902 OAK STREET
WINNETKA, IL 60093-2441

CHRISTOPHER MENTING
CLAY GREENE
NORTHWESTERN MUTUAL LAW DEPARTMENT
720 E. WISCONSIN, ROOM 450
MILWAUKEE, WI 53202

CHRISTOPHER R. BELMONTE, ESQUIRE
SATTERLEE STEPHENS BURKE & BURKE LLP
230 PARK AVENUE
NEW YORK, NY  10169

CHRISTUS HEALTH OPERATING FUND LCV
C/O OFFICER OR MANAGING AGENT
2707 NORTH LOOP WEST
HOUSTON, TX 77008

CHRYSLER LCC
CIMS 485-02-0
C/O OFFICER OR MANAGING AGENT
1000 CHRSYLER DRIVE
AUBURN HILLS, MI 48326

CHW RETIREMENT TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
185 BERRY STREET, STE 300
SAN FRANCISCO, CA 94107

CIM XVI LLC
C/O OFFICER OR MANAGING AGENT
405 LEXINGTON AVE 63RD FL
NEW YORK, NY 10174

CIRI GILLESPIE
PO BOX 2322
BRATTLEBORO, VT 05303-2322

CITADEL DERIVATIVES GROUP LLC
C/O OFFICER OR MANAGING AGENT
131 SOUTH DEARBORN ST 32 FL
CHICAGO, IL 60603

CITI GOLDEN TREE LTD.
C/O OFFICER OR MANAGING AGENT
GOLDREN TREE ASSET MANAGEMENT LP
300 PARK AVENUE 20TH FLOOR
NEW YORK, NY 10022

CITIGROUP GLOBAL MARKETS INC.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

CITIGROUP GLOBAL MARKETS INC.
VIKRAM S. PANDIT
CEO
388 GREENWICH STREET
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS LTD
ATTN:NAM IPB ASSET SERVICING
C/O OFFICER OR MANAGING AGENT
111 WALL ST.
NEW YORK, NY 10043-1000

CITIGROUP PENSION PLAN
C/O OFFICER OR MANAGING AGENT
425 PARK AVENUE, 4TH FLOOR
NEW YORK, NY 10022

CITY OF ATLANTA POLICE OFFICERS PENSION
FUND LCV
C/O OFFICER OR MANAGING AGENT
68 MITCHELL STREET, SW, STE 10100
ATLANTA, GA 30303

CITY OF ATLANTA,GENERAL EMPLOYEES PENSION
FUND
C/O OFFICER OR MANAGING AGENT
55 TRINTY AVE SWNSUITE 1350
ATLANT, GA 30335-0317

CITY OF LOS ANGELES FIRE AND POLICE PENSION
PLAN
ATTN: TOM LOPEZ, CIO
360 E 2ND STREET, 6TH FLOOR
LOS ANGELES, CA 90012

CITY OF LOS ANGELES FIRE AND POLICE PENSION
PLAN
C/O OFFICER OR MANAGING AGENT
360 E 2ND STREET, 6TH FLOOR
LOS ANGELES, CA 90012

CITY OF RICHMOND LCV
ATTN: CLARA B. WOODY
900 EAST BROAD ST RM 400
RICHMOND, VA 23219

CITY OF RICHMOND LCV
C/O OFFICER OR MANAGING AGENT
900 E BROAD STREET, ROOM 400
RICHMOND, VA 23219

CITY OF ST. LOUIS ERS LCV
C/O OFFICER OR MANAGING AGENT
1114 MARKET ST, STE 900
ST LOUIS, MO 63101

CLARA BUSCH ORTHWEIN IRREVOCABLE TRUST
C/O BANK OF AMERICA OR CURRENT TRUSTEE
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

CLAYTON COUNTY EMPLOYEES RETIREMENT
SYSYSTEM
C/O OFFICER OR MANAGING AGENT
112 SMITH STREET
JONESBORO, GA 30236

CLEVELAND BAKERS & TEAMSTERS PENSION
FUND LCV
C/O OFFICER OR MANAGING AGENT
9665 ROCKSIDE DRIVE, STE D
VALLEY VIEW, OH 44125

CNH MASTER ACCOUNT L.P.
C/O OFFICER OR MANAGING AGENT
CNH PARTNERS, LLC
TWO GREENWICH PLAZA
GREENWICH , CT 6830

CNI CHARTER FUNDS
C/O UMB FUND SERVICES, INC. AS TRANSFER
AGENT FOR THE CNI CHARTER FUNDS
803 WEST MICHIGAN STREET
MILWAUKEE, WISCONSIN 53233

CNI CHARTER FUNDS
RICH GERSHEN
PRESIDENT & CEO
400 NORTH ROXBURY DRIVE
BEVERLY HILLS, CA 90210

COLLECTIVE INVESTMENT TR FOR EE BENEFIT
PLANS
C/O TRUSTEE FOR COLLECTIVE INVESTMENT TR
FOR EE BENEFIT PLANS
UBS FIDUCIARY TRUST CO.
1200 HARBOR BLVD, 6TH FLOOR
WEEHAWKEN, NJ 07086

COLLEGE OF THE OZARKS LCV
C/O OFFICER OR MANAGING AGENT
PO BOX 17
POINT COOKOUT, MO 65726

COLORADO PUBLIC EMPLOYEES' RETIREMENT
ASSOCIATION
ATTN: JENNIFER PAQUETTE, CIO
1301 PENNSYLVANIA ST.
DENVER, CO  80203-2386

COLORADO PUBLIC EMPLOYEES' RETIREMENT
ASSOCIATION
C/O OFFICER OR MANAGING AGENT
1301 PENNSYLVANIA ST.
DENVER, CO  80203-2386

COLUMBIA MANAGEMENT GROUP
C/O OFFICER OR MANAGING AGENT
LIBERTY FINANCIAL SERVICES CO
ONE FINANCIAL CENTER
BOSTON, MA 02111

COMMONWEALTH OF PA TREASURY DEPARTMENT
FUNDS
C/O OFFICER OR MANAGING AGENT
ROOM 121 FINANCE BUILDING
HARRISBURG, PA 17120

COMMUNITY OF CHRIST CHURCH LCV
C/O OFFICER OR MANAGING AGENT
6320 LOMAR AVE
OVERLAND PARK, KS 66202

COMPASS BANK
TRUST DIVISION
SHANE CLANTON, ESQ.
GENERAL COUNSEL
15 SOUTH 20TH STREET S #100
BIRMINGHAM, AL 35233-2011

CONAIR CORPORATION
C/O OFFICER OR MANAGING AGENT
150 MILFORD ROAD
EAST WINDSOR, NJ 08520

CONNECTICUT GENERAL LIFE INSURANCE
COMPANY
C/O OFFICER OR MANAGING AGENT
900 COTTAGE GROVE RD
HARTFORD, CT 06152

CONNELL FAMILY PARTNERSHIP TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
CONNELL LIMITED PARTNERSHIP
ONE INTERNATIONAL PLACE 31ST FLOOR
BOSTON, MA 02110

CONSOLIDATED EDISON COMPANY OF NEW YORK
KEVIN BURKE
CEO
4 IRVING PL, RM 1610
NEW YORK, NY 10003

CONSTANCE TOLBERT YESO
PO BOX 337
MARTINS FERRY, OH 43935-0337

CUST EDWARD E NEISSER MARITAL TRUST
C/O SHERWIN A ZUCKERMAN OR CURRENT
TRUSTEE
ASSET MANAGEMENT INVESTORS LLC
191 N WACKER DR STE 1501
CHICAGO, IL 60606-1899

CUST NEISSER INVESTMENT LP
C/O OFFICER OR MANAGING AGENT
NEISSER INVESTMENT LP
191 N WACKER DR STE 1500
CHICAGO, IL 60606-1899

CUST NEISSER INVESTMENT LP
C/O SHERWIN ZUCKERMAN
NEISSER INVESTMENT LP
191 N WACKER DR STE 1500
CHICAGO, IL 60606-1899

D E SHAW VALENCE PORTFOLIO LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

D.C. RETIREMENT BOARD
D.C. RETIREMENT FUNDS
ATTN: MR DARRICK O. ROSS
900 7TH STREET NW 2ND FLOOR
WASHINGTON, DC 20001

D.C. RETIREMENT BOARD
D.C. RETIREMENT FUNDS
C/O OFFICER OR MANAGING AGENT
900 7TH STREET NW 2ND FLOOR
WASHINGTON, DC 20001

D.E. SHAW & CO., INC.
JOHN D. LOVI
STEPTOE & JOHNSON LLP
750 SEVENTH AVENUE
NEW YORK, NY  10019

DAIMLERCHRYSLER CORP. VEBA LCV
C/O OFFICER OR MANAGING AGENT
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

DAIMLERCHRYSLER CORP.
C/O OFFICER OR MANAGING AGENT
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

DAIMLERCHRYSLER CORPORATION
CIMS 485-02-0
C/O OFFICER OR MANAGING AGENT
1000 CHRYSLER DRIVE
AUBURN HILLS, MI  48326

DALLAS POLICE AND FIRE PENSION SYSTEM
C/O OFFICER OR MANAGING AGENT
4100 HARRY HINES BOULEVARD, SUITE 100
DALLAS, TX 75219

DALTON TRUST AGREEMENT, U/A DTD 10/03/2007
C/O DEREK M. DALTON, KAREN E. DALTON OR
CURRENT TRUSTEE
7622 VIA CAPRI
LA JOLLA, CA 92037-4036

DANIEL A. SHMIKLER
SPERLING & SLATER
55 WEST MONROE STREET, SUITE 3200
CHICAGO, ILLINOIS 60603

DANIEL B. OLDHAM
219 ROBIN HILL RD
NASHVILLE, TN 37205-3523

DANIEL H. RENBERG
8882 COLLINGWOOD DR
LOS ANGELES, CA 90069

DANIEL J. DONOVAN
DONOVAN & RAINIE, LLC
20 SOUTH CHARLES STREET
SUITE 300
BALTIMORE, MD  21201

DANIEL OPAT ET AL, U/A DTD 08/31/2006
C/O DANIEL OPAT, TRACY OPAT OR CURRENT
TRUSTEE
8331 CASTLE DR
MUNSTER, IN 46321

DAVID A. WILSON, ESQUIRE
THOMPSON HINE LLP
PARTNER
1920 N STREET, NW SUITE 800
WASHINGTON, D.C. 20036-1600

DAVID D. GRUMHAUS, 1990 TRUST
C/O TRUSTEE FOR DAVID D. GRUMHAUS, 1990
TRUST
197 N. GREEN BAY ROAD
LAKE FOREST, IL 60045

DAVID ERTEL AND BETH ERTEL
16 TAHITI BEACH ISLAND RD
CORAL GABLES, FL 33143-6540

DAVID J. BRADFORD
CATHERINE L. STEEGE
ANDREW W. VAIL
JENNER & BLOCK LLP
353 NORTH CLARK ST.
CHICAGO, IL 60654

DAVID L. NELSON, DAVID L. NELSON REVOCABLE
TRUST 02/11/91 U-A
C/O TRUSTEE FOR DAVID L. NELSON REVOCABLE
TRUST 02/11/91 U-A
4351 W COLLEGE AVE, SUITE 218
APPLETON, WI 54914-3928

DAVID M. KLAUDER, ESQUIRE
OFFICE OF THE UNITED STATES TRUSTEE
844 N. KING STREET, SUITE 2207
LOCK BOX 35
WILMINGTON, DE  19801

DAVID NEIER, ESQUIRE
WINSTON & STRAWN LLP
200 PARK AVENUE
NEW YORK, NY 10166

DAVID S. MORDKOFF, ESQUIRE
PROSKAUER ROSE LLP
1585 BROADWAY
NEW YORK, NY 10036-8299

DAVID T.K. LU
1117 E. PUTNAM AVE.
#320
RIVERSIDE, CT 06878-1333

DAVID W BROWN, ESQUIRE
STEPHEN J SHIMSHAK, ESQUIRE
ANDREW GORDON, ESQUIRE
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

DBSO SECURITIES LTD.
C/O OFFICER OR MANAGING AGENT
1345 AVENUE OF THE AMERICAS 29TH FLOOR
NEW YORK, NY 10105-0302

DE PAUL UNIVERSITY
C/O OFFICER OF MANAGING AGENT
1 EAST JACKSON BLVD
CHICAGO, IL 60604

DEAN L. DAVENPORT
P. O. BOX 22040
LITTLE ROCK, AR 72221

DEBORAH L BRICE
C/O JOHN LEVIN
595 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10022-1907

DEBRA A. GASTLER
4236 BAKMAN AVENUE
STUDIO CITY, CA 91602-3007

DEERE & COMPANY WELFARE BENEFIT TRUST #1
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
ONE JOHN DEERE PLACE
MOLINE, IL 61265

DELOS INSURANCE COMPANY
ATTN: MR. SCOTT VAN PELT
120 WEST 45TH STREET 36TH FLOOR
NEW YORK, NY 10036

DELOS INSURANCE COMPANY
C/O OFFICER OR MANAGING AGENT
120 WEST 45TH STREET 36TH FLOOR
NEW YORK, NY 10036

DENISE PALMER REVOCABLE TRUST U/A/D 10-28-1991
C/O DENISE E PALMER, TRUSTEE OR CURRENT TRUSTEE
4606 W BEACH PARK DRIVE
TAMPA, FL 33609-3705

DETROIT POLICEMAN AND FIREMAN RETIREMENT SYSTEM
C/O OFFICER OR MANAGING AGENT
2 WOODWARD AVE RM 908
DETROIT, MI 48226

DIA MID CAP VALUE PORTFOLIO
C/O OFFICER OR MANAGING AGENT
TRANSAMERICA ASSET MGMT
570 CARILLON PARKWAY
ST PETERSBURG, FL 33716-1202

DIAMONDBACK CAPITAL MANAGEMENT, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

DIANE BUCHANAN WILSEY
2352 PINE STREET
SAN FRANCISCO, CA 94115-2715

DIRECT EDGE ECN LLC
C/O OFFICER OR MANAGING AGENT
FIRM TRADING
545 WASHINGTON BLVD.
JERSEY CITY, NJ 07310

DIRECTOR'S GUILD OF AMERICA PRODUCER
PENSION TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
8436 WEST THIRD STREET
SUITE 900
LOS ANGELES, CA 90048-4189

DOHENY EYE INSTITUTE
DEVELOPMENT OFFICE
C/O OFFICER OR MANAGING AGENT
1450 SAN PABLO STREET
LOS ANGELES, CA 90033-4500

DOLORES C. MIERKIEWICZ
2618 HAWTHORNE ST
FRANKLIN PARK, IL 60131-3228

DOMINION RESOURCES  RETIREMENT PLAN
C/O OFFICER OR MANAGING AGENT
120 TREDEGAR STREET
RICHMOND, VA 23219

DOMINION RESOURCES, INC. DEFINED BENEFIT
MASTER TRUST
C/O TRUSTEE FOR DOMINION RESOURCES, INC.
DEFINED BENEFIT MASTER TRUST
120 TREDEGAR ST. PH
RICHMOND, VA 23219

DON & IRENE BARON FAM TR 7B-251
C/O CUSTODIAN OR TRUSTEE
OAKMONT MANAGEMENT
77 OAKMONT DR
LOS ANGELES, CA 90049-1901

DON E CARTER
PO BOX 30684
SEA ISLAND, GA 31561-068

DONALD L MILLER, U/A DTD 05/20/1982
C/O DONALD L MILLER OR CURRENT TRUSTEE
100 LAKESHORE DR APT 1156
N PALM BEACH, FL 33408

DONALD M. HINMAN, JR.
9231 SOUTH 86TH COURT
HICKORY HILLS, IL  60457-1705

DONALD ROONEY AND SARA ROONEY
7637 S ONEIDA ST
ENGLEWOOD, CO 80112

DORIS KEATS FRANK, TR UA 03/07/00 REVOCABLE
TRUST
C/O DORIS KEATS FRANK OR CURRENT TRUSTEE
919 S CHESTER AVE
PARK RIDGE, IL 60068-4682

DOROTHY C. PATTERSON IRREV TRUST #2 U/A/D 12-
21-93
C/O TRUSTEE OF DOROTHY C. PATTERSON IRREV
TRUST #2 U/A/D 12-21-93
NORTHERN TRUST, NA
505 LASALLE STREET
CHICAGO, IL  60603

DOROTHY CAHN TRUST
C/O KENNETH CAHN TRUSTEE
2531 STONEBRIDGE LANE
NORTHBROOK, IL 60062-8107

DOROTHY CAHN, THE DOROTHY CAHN TRUST UAD
07/03/1981
C/O KENNETH CAHN TRUSTEE
PO BOX 3
HIGHLAND PARK, IL 60035

DOROTHY E. HINZE
2640 SOMERSET DRIVE
WESTCHESTER , IL 60154

DOROTHY QUAAL REVOCABLE TRUST
C/O DOROTHY QUAAL TRUSTEE
C/O WARD L QUAAL TRUSTEE
520 GREEN BAY ROAD
WINNETKA, IL  60093

DOROTHY RUSSELL SHATTUCK
34 BARNEY'S JOY ROAD
SOUTH DARTMOUTH, MA 02748

DOUBLE BLACK DIAMOND OFFSHORE LTD.
C/O CARLSON CAPITAL L.P.
ATTN: LEGAL DEPARTMENT
2100 MCKINNEY AVENUE SUITE 1800
DALLAS, TX 75201

DOUGLAS B STEWART
C/O STARBUCK TISDALE & ASSOC
111 W MICHELTORENA ST
SANTA BARBARA, CA 93101

DOUGLAS H DITTRICK AND BARBARA S DITTRICK
364 MANCHESTER RD
RIDGEWOOD, NJ 07450-1213

DOUGLAS M. & JUDITH A. LIGHT REV. TRUST
C/O D. LIGHT & J. LIGHT OR CURRENT TRUSTEE
48733 HIDDEN OAKS
UTICA, MI 48317

DR. DAVID L. HOEXTER IRA R/O
C/O DELAWARE CHARTER G&T TRUSTEE, FBO DR.
DAVID L. HOEXTER IRA R/O
300 EAST 74TH ST.
NEW YORK, NY 10021-3712

DR. DAVID L. HOEXTER IRA R/O
C/O TRUSTEE FOR FBO DR. DAVID L. HOEXTER IRA
R/O
300 EAST 74TH ST.
NEW YORK, NY 10021-3712

DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD
- K
ATTN: EDOUARD CHOUTE
1345 AVENUE OF THE AMERICAS 23RD FLOOR
NEW YORK, NY 10105-0200

DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD
- K
C/O OFFICER OR MANAGING AGENT
1345 AVENUE OF THE AMERICAS 23RD FLOOR
NEW YORK, NY 10105-0200

DREYFUS ACTIVE MIDCAP FUND
STRATEGIC FUNDS, INC.
C/O OFFICER OR MANAGING AGENT
200 PARK AVENUE
NEW YORK, NY 10166

DREYFUS BSC S&P 500 ST INDX FD
C/O OFFICER OR MANAGING AGENT
THE DREYFUS/LAUREL FUNDS INC
200 PARK AVENUE
NEW YORK, NY 10166

DREYFUS INDEX FUNDS, INC. DREYF US S&P 500
INDEX FUND
C/O OFFICER OR MANAGING AGENT
200 PARK AVENUE
NEW YORK, NY 10166

DREYFUS STOCK INDEX FUND, INC.
C/O OFFICER OR MANAGING AGENT
200 PARK AVENUE
NEW YORK, NY 10166

DT BROAD MARKET STOCK INDEX FUND
C/O OFFICER OR MANAGING AGENT
135 SANTILLI HIGHWAY
EVERETT, MA 02149

DUDLEY S. TAFT
312 WALNUT STREET, SUITE 3550
CINCINNATI, OH  45202

DUKE ENERGY CORPORATION
MASTER DECOM TR-ACCOUNTING MECHANISM
C/O OFFICER OR MANAGING AGENT
526 SOUTH CHURCH STREET
CHARLOTTE, NC 28202-1904

DUKE POWER COMPANY NON-QUALIFIED EQUITY
NUCLEAR DECOMMISSIONING TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
DUKE ENERGY CORPORATION
422 SOUTH CHURCH STREET
CHARLOTTE, NC 28202

E DONALD HEYMANN TRUST
C/O MR. E. DONALD HEYMANN TOR CURRENT
TRUSTEE
624 CROFTON AVE S
HIGHLAND PARK, IL 60035-3908

E L SANFORD HILDREN/MASON
C/O BANK OF AMERICA OR CURRENT TRUSTEE
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

EAC MANAGEMENT LP
MIKE DONATELLI
MANAGING MEMBER, GENERAL PARTNER
888 SEVENTH AVENUE 32ND FLOOR
NEW YORK, NY 10106

EATON VANCE MULTI CAP GROWTH PORTFOLIO
C/O LYNN A STOUT, TRUSTEE
15242 FRIENDS ST
PACIFIC PALISADES, CA 90272

EATON VANCE MULTI CAP GROWTH PORTFOLIO
C/O OFFICER OR MANAGING AGENT
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

EATON VANCE TAX MANAGED GLOBAL BUY-
WRITE OPPORTUNITIES FUND
C/O ALAN R. DYNNER, TRUSTEE FOR EATON VANCE
TAX MANAGED GLOBAL BUY-WRITE
OPPORTUNITIES FUND
227 BEACON STREET
BOSTON, MA 02116

EATON VANCE TAX MANAGED GLOBAL BUY-
WRITE OPPORTUNITIES FUND
C/O OFFICER OR MANAGING AGENT
THE EATON VANCE BUILDING
225 STATE STREET
BOSTON, MA 02109

EATON VANCE TAX MANAGED GROWTH
PORTFOLIO
C/O OFFICER OR MANAGING AGENT
C/O TAX-MANAGED GROWTH PORTFOLIO
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

EATON VANCE TAX MANAGED GROWTH
PORTFOLIO
C/O TAX-MANAGED GROWTH PORTFOLIO
HEIDI L. STELGER, TRUSTEE
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

EATON VANCE TAX MANAGED MULTI-CAP
GROWTH PORTFOLIO
C/O BENJAMIN C ESTY, TRUSTEE
4 BALLARD TERRACE
LEXINGTON, MA 02420

EATON VANCE TAX MANAGED MULTI-CAP
GROWTH PORTFOLIO
C/O OFFICER OR MANAGING AGENT
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

EDSON W. MURRAY
867 MILLERS PARK RD
ELK RAPIDS, MI 49629-9704

EDWARD J SIDNEY TR UA 07/22/76 TRUST
C/O EDWARD J. SIDNEY, TRUSTEE OR CURRENT
TRUSTEE
970 AURORA AVE THE ACADEMY APT A201
BOULDER, CO 80302

EDWIN J HAYES JR, U/A DTD 05/26/2006
C/O EDWIN J HAYES, TRUSTEE FOR EDWIN J HAYES
JR, U/A DTD 05/26/2006
P.O. BOX 1493
EAST DENNIS, MA 02641

EDWIN J HAYES JR, U/A DTD 05/26/2006
C/O TRUSTEE FOR EDWIN J HAYES JR, U/A DTD
05/26/2006
P.O. BOX 1493
EAST DENNIS, MA 02641

EFH RETIREMENT PLAN MASTER TRUST
C/O TRUSTEE OF EFH RETIREMENT PLAN MASTER
TRUST
1601 BRYAN STREET
DALLAS, TX 75201

ELECTROLUX HOME PRODUCTS, INC. MASTER
TRUST
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
20445 EMERALD PARKWAY SW
STE:250
CLEVELAND O, IO 44135-0920

ELIZABETH H VANMERKENSTEIJN
211 CENTRAL PARK WEST 2G
NEW YORK, NY 10024-6020

ELIZABETH MIZE ELICKER REV TR-PL
C/O ELIZABETH M ELICKER OR CURRENT TRUSTEE
5630 WISCONSIN AVE APT 1801
CHEVY CHASE, MD 20815-4458

ELLEN JOHNSON TWADDELL
P O BOX 401
BARNESVILLE, MD 20838

ELLEN JOHNSON TWADDELL
PO BOX 406
BARNESVILLE, MD 20838-0406

EMANUEL E. GEDULD 2005 FAMILY TRUST
C/O TRUSTEE FOR EMANUEL E. GEDULD 2005
FAMILY TRUST
279 CENTRAL PARK WEST APT. 12A
NEW YORK, NY 10024-3080

EMANUEL GRUSS
180 E 79TH ST, APT 15G
NEW YORK, NY 10075-0569

EMBARQ CORPORATION MCV
C/O OFFICER OR MANAGING AGENT
THE NORTHERN TRUST COMPANY OF
CONNECTICUT
300 ATLANTIC STREET, STE 400
STAMFORD, CT 06901

EMBURY JANET U CHLN TR GRACE FD
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
111 WEST MONROE STREET
CHICAGO, IL 60603

EMBURY JANET U CHLN TR J LEY FD
C/O TRUSTEE FOR EMBURY JANET U CHLN TR J LEY
FD
111 WEST MONROE STREET
CHICAGO, IL 60603

EMONMOBIL INVESTMENT FUND
ATTN: LORI BEARD
WON MOBIL OIL CORPORATION
5959 LAS COLINAS BLVD
IRVINE, TX 75039

EMONMOBIL INVESTMENT FUND
ATTN: STEVE SEGIEN
WON MOBIL INVESTMENT MANAGEMENT INC.
5959 LAS COLINAS BLVD
IRVINE, TX 75039

EMONMOBIL INVESTMENT FUND
C/O OFFICER OR MANAGING AGENT
WON MOBIL INVESTMENT MANAGEMENT INC.
5959 LAS COLINAS BLVD
IRVINE, TX 75039

EMONMOBIL INVESTMENT FUND
C/O OFFICER OR MANAGING AGENT
WON MOBIL OIL CORPORATION
5959 LAS COLINAS BLVD
IRVINE, TX 75039

EMPIRE STATE CARPENTERS PENSION FUND LCV
C/O OFFICER OR MANAGING AGENT
270 MOTOR PARKWAY
HAUPPAGE, NY 11788

EMPLOYEE RETIREMENT INCOME PLN TR OF MINN
MNG & MFG CO
C/O OFFICER OR MANAGING AGENT
3M CENTER BLDG 224-5S-21
ST PAUL, MN 55144-1000

EMPLOYEES RETIREMENT SYSTEM OF TEXAS
C/O OFFICER OR MANAGING AGENT
200 EAST 18TH STREET
AUSTIN, TX 78701

ENSIGN PEAK ADVISORS INC LCV
C/O OFFICER OR MANAGING AGENT
50 E NORTH TEMPLE ST
SALT LAKE CITY, UT 84150

ENZO S RICCIARDELLI
1090 RAVOLI DRIVE
PACIFIC PALISADES, CA 90272

EQ ADVISORS TRUST - EQ/EQUITY 500 INDEX
PORTFOLIO
C/O OFFICER OR MANAGING AGENT
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

EQ ADVISORS TRUST - EQ/GAMCO MERGERS AND
ACQUISITIONS PORTFOLIO
C/O TRUSTEE FOR EQ ADVISORS TRUST -
EQ/GAMCO MERGERS AND ACQUISITIONS
PORTFOLIO
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

EQ ADVISORS TRUST - EQ/MID CAP VALUE PLUS
PORTFOLIO
C/O OFFICER OR MANAGING AGENT
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

EQUIFAX INC MASTER TRUST
C/O TRUSTEE FOR EQUIFAX INC MASTER TRUST
1550 PEACHTREE STREET
ATLANTA, GA 30309

EQUITRUST SERIES FUND, INC.
C/O OFFICER OR MANAGING AGENT
5400 UNIVERSITY AVENUE
WEST DES MOINES, IA 50266

EQUITRUST VARIABLE INSURANCE SERIES FUND
C/O OFFICER OR MANAGING AGENT
5400 UNIVERSITY AVENUE
WEST DES MOINES, IA 50266

EQUITY INDEX FUND B
ATTN: LEGAL DEPARTMENT
400 HOWARD STREET
SAN FRANCISCO, CA  94105

EQUITY INDEX FUND B
C/O OFFICER OR MANAGING AGENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

EQUITY INDEX FUND
ATTN: LEGAL DEPARTMENT
400 HOWARD STREET
SAN FRANCISCO, CA  94105

EQUITY INDEX FUND
C/O OFFICER OR MANAGING AGENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

EQUITY INDEX TRUST
C/O TRUSTEE OF EQUITY INDEX TRUST
1 UNIVERSITY SQUARE DRIVE
PRINCETON, NJ  08540

EQUITY INVESTMENT CORP
C/O OFFICER OR MANAGING AGENT
3007 PIEDMONT ROAD SUITE 200
ATLANTA, GA 30305-2630

EQUITY LEAGUE PENSION TRUST FUND
C/O OFFICER OF MANAGING AGENT
165 WEST 46 STREET
14TH FLOOR
NEW YORK, NY 10036-2582

EQUITY LEAGUE PENSION TRUST LCV
C/O OFFICER OR MANAGING AGENT
165 W 46TH STREET
NEW YORK, NY 10036

ERIC D. BOYLE, ESQUIRE
FRANKLIN & PROKOPIK
300 DELAWARE AVE., STE. 1340
WILMINGTON, DE  19801

ERIC D. WERTHMAN
484 1ST STREET
BROOKLYN, NY 11215-2606

ERIC I CHANG
3876 CORINA WAY
PALO ALTO, CA 94303

ERIC MORRIS AND SHANNON MORRIS
1016 MORRELL AVE
BURLINGAME, CA 94010

ERMINE P PEAVY FAMILY LP
C/O OFFICER OR MANAGING AGENT
7512 GLENSHANNON CIRCLE
DALLAS, TX 75225

ERTURK OZBEK, DTD 06/29/1999 REVOCABLE TRUST
C/O  TRUSTEE OF ERTURK OZBEK, DTD 06/29/1999
REVOCABLE TRUST
2052 NORTH KENMORE
CHICAGO, IL 60614-4108

EUGENE AND ROSE MARIE TAYLOR
150 HOLLY AVE
STATEN ISLAND, NY 10308-2349

EVANGELICAL LUTHERAN CHURCH IN AMERICA
BOARD OF PENSIONS
C/O OFFICER OR MANAGING AGENT
800 MARQUETTE AVENUE
SUITE 1050
MINNEAPOLIS, MN 55402-2885

EVELYN COOPER AURANDT, TR U-A 10-12-71
C/O TRUSTEE FOR EVELYN COOPER AURANDT, TR
U-A 10-12-71
1035 PARK AVE
RIVER FOREST, IL 60305

EVERGREEN INVESTMENT SERVICES FUND
ADMINISTRATION
C/O OFFICER OR MANAGING AGENT
EVERGREEN ASSET MANAGEMENT
ATTN: RAYMOND PESCARO
200 BERKLEY ST
BOSTON, MA 02116

EVERGREEN INVESTMENT
EVERGREEN ASSET MANAGEMENT
C/O YUKARI NAKANO, RAYMOND PESCARO OR
OFFICER OR MANAGING AGENT
200 BERKELEY STREET
BOSTON, MA 02116

EVOL CAPITAL MANAGEMENT LLC PORTFOLIO
MARGIN ACCOUNT
C/O OFFICER OR MANAGING AGENT
AM INVESTMENT PARTNERS LLC
ONE LIBERTY PLAZA, SUITE 2700
NEW YORK, NY 10006-1427

EXCEL REALTY FUND, LP
C/O OFFICER OR MANAGING AGENT
17140 BERNARDO CENTER DRIVE
NUMBER 300
SAN DIEGO, CA 92128-2093

F HANES BYERLY
1000 ARMORY DRIVE
FRANKLIN, VA 23851-1852

FARMERS INSURANCE GROUP
C/O OFFICER OR MANAGING AGENT
4680 WILSHIRE BLVD
LOS ANGELES, CA 90010

FBO ANNE G TAYLOR U/A DTD 10/16/2000 BY
WALTER K GRAHAM
C/O WALTER E GRAHAM OR CURRENT TRUSTEE
3601 BECHLER LN
WINSTON SALEM, NC 27106

FEDERATED AMERICAN LEADERS FUND
C/O OFFICER OR MANAGING AGENT
4000 ERICSSON DRIVE
WARRENDALE, PA  15086-7561

FEDERATED CAPITAL INCOME FUND
C/O OFFICER OR MANAGING AGENT
4000 ERICSSON DRIVE
WARRENDALE, PA  15086-7561

FEDERATED CLOVER VALUE FUND II
C/O OFFICER OR MANAGING AGENT
4004 ERICSSON DRIVE
WARRENDALE, PA  15086-7565

FEDERATED EQUITY INCOME FUND II
C/O OFFICER OR MANAGING AGENT
4005 ERICSSON DRIVE
WARRENDALE, PA  15086-7566

FEDERATED EQUITY INCOME FUND
C/O OFFICER OR MANAGING AGENT
4000 ERICSSON DRIVE
WARRENDALE, PA  15086-7561

FEDERATED INV COUNSELING, INC
FAO: FMSAF
C/O OFFICER OR MANAGING AGENT
1001 LIBERTY AVENUE
PITTSBURGH, PA 15222-3714

FEDERATED INVESTORS INC.
C/O OFFICER OR MANAGING AGENT
FEDERATED INVESTORS TOWER
RICH THOMAS
1001 LIBERTY AVENUE
PITTSBURGH, PA 15222-3779

FEDERATED MDT STOCK TRUST
C/O REGISTERD AGENT
DONNELLY, CONROY & GELHAAR, LLP
ONE BEACON STREET, 33RD FLOOR
BOSTON, MA 02108

FEDERATED MDT STOCK TRUST
FEDERATED INVESTORS FUNDS
4000 ERICSSON DRIVE
WARRENDALE, PA 15086-7561

FEDERATED MTD STOCK TRUST
C/O OFFICER OR MANAGING AGENT OR CURRENT
TRUSTEE
4001 ERICSSON DRIVE
WARRENDALE, PA  15086-7562

FEDERATED MUNI AND STOCK ADVANTAGE FUND
C/O OFFICER OR MANAGING AGENT
4000 ERICSSON DRIVE
WARRENDALE, PA  15086-7561

FELICITY E APPLEBY TRUST U/A DTD 12/13/1989
C/O JEFFREY J APPLEBY OR CURRENT TRUSTEE
9814 CARSON PL
ESCONDIDO, CA 92029

FELIX WEN GUANG TONG TOD
C/O OFFICER OR MANAGING AGENT OR TRUSTEE
FOR FELIX WEN GUANG TONG TOD
1189 RAMBLEWOOD WAY
SAN MATEO, CA 94403-4917

FIDUCIARY SSB
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111

FIERSTEIN COMPANY
C/O JESSE FIERSTEIN
BRAM & IAN FIERSTEIN
MICAH FIERSTEIN
12 SECOR RD
SCARSDALE, NY 10583-7112

FIERSTEIN COMPANY
C/O OFFICER OR MANAGING AGENT
12 SECOR RD
SCARSDALE, NY 10583-7112

FIRST AMERICAN EQUITY INDEX FUND
C/O OFFICER OR MANAGING AGENT
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

FIRST AMERICAN INVESTMENT FUNDS, INC. -
EQUITY INDEX FUND
C/O OFFICER OR MANAGING AGENT
800 NICOLLET MALL
MINNEAPOLIS, MN 55042

FIRST INVESTORS MANAGEMENT COMPANY, INC.
JOSEPH I. BENEDEK
TREASURER
110 WALL STREET, FLR. 5
NEW YORK, NY 10005

FIRST NEW YORK SECURITIES LLC
ATTN: DON ERENBERG
90 PARK AVENUE, 5TH FLOOR
NEW YORK, NY 10016-1301

FIRST NEW YORK SECURITIES LLC
C/O OFFICER OR MANAGING AGENT
90 PARK AVENUE, 5TH FLOOR
NEW YORK, NY 10016-1301

FIXED INCOME SECURITIES, L.P.
MICHAEL P. DUDLEY
SVP, CHIEF COMPLIANCE OFFICER
18925 BASE CAMP ROAD
MONUMENT, CO 80132

FLICK FAMILY REVOCABLE TRUST
C/O JOHN E. FLICK & LOIS L. FLICK TRUSTEES
31 SEAVIEW DRIVE
SANTA BARBARA, CA 93108-2844

FLORENCE S BRADSHAW
3825 KAREN LYNN DR
GLENDALE, CA 91206-1219

FLORIDA POWER CORP NON-QUAL
C/O DONALD F. RAY
PROGRESS ENERGY SERVICE CO
410 SO WILMINGTON ST PEB 19C5
RALEIGH, NC 27601

FLORIDA POWER CORP NON-QUAL
C/O OFFICER OR MANAGING AGENT
PROGRESS ENERGY SERVICE CO
410 SO WILMINGTON ST PEB 19C5
RALEIGH, NC 27601

FLORIDA RETIREMENT SYSTEM
C/O FLORIDA SECRETARY OF STATE
KURT S. BROWNING
RA GRAY BUILDING
500 SOUTH BRONOUGH STREET
TALLAHASSEE, FL 32399-0250

FLORIDA STATE BOARD OF ADMINISTRATION
C/O OFFICER OR MANAGING AGENT
1801 HERMITAGE BLVD SUITE 100
TALLAHASSEE, FL 32308

FM GLOBAL PENSION
C/O OFFICER OR MANAGING AGENT
PO BOX 9198
WALTHAM, MA 02454-9198

FOLIO INVESTING F/K/A FOLIO INVESTMENTS, INC.
JOSEPH GWOZDZ
CFO
8180 GREENSBORO DRIVE
MCLEAN, VA  22102

FOLKSAMERICA REINSURANCE COMPANY
ATTN: MS. CHRISTINE REPASY
WHITE MOUNTAIN RE SERVICES
628 HEBRON AVENUE
BUILDING 2 SUITE 501
GLASTONBURY, CT 06033

FOLKSAMERICA REINSURANCE COMPANY
C/O OFFICER OR MANAGING AGENT
WHITE MOUNTAIN RE SERVICES
628 HEBRON AVENUE
BUILDING 2 SUITE 501
GLASTONBURY, CT 06033

FORD MOTOR COMPANY
C/O OFFICER OR MANAGING AGENT
ARIEL CAPITAL MANAGEMENT
200 EAST RANDOLPHSUITE 2900
CHICAGO, IL 60601-6536

FORDHAM UNIVERSITY
C/O OFFICER OR MANAGING AGENT
441 EAST FORDHAM ROAD
BRONX, NY 10548

FORESTAL FUNDING MASTER TRUST
WILMINGTON TRUST CO. AS OWNER &
TRUSTEE FOR THE FORESTAL FUNDING MASTER
TRUST
C/O OFFICER OR MANAGING AGENT
100 WALL STREET 16TH FLOOR
NEW YORK, NY 10005-3716

FORESTAL FUNDING MASTER TRUST
WILMINGTON TRUST CO. AS OWNER &
TRUSTEE FOR THE
C/O US TRUST - ATTN: JANET O'HARA
100 WALL STREET 16TH FLOOR
NEW YORK, NY 10005-3716

FOULARD AND CO
C/O T ROWE PRICE ASSOCIATES
RESEARCH LIBRARY
100 EAST PRATT ST
BALTIMORE, MD 21202

FRANCIS G DUGGAN AND JEANETTE M DUGGAN
1030 E OCEAN BLVD APT 708
LONG BEACH, CA 90802-5592

FRANK MALONEY AND KATHLEEN MALONEY
15508 SUNSET RIDGE DR
ORLAND PARK, IL 60462

FRED J EYCHANER
1645 W FULLERTON AVENUE
CHICAGO, IL 60614-1919

FRED PHILLIP PETTIJOHN (DECEASED) (AS
BENFICIARY OF ELAINE W. PETTIJOHN
IRREVOCABLE TRUST)
C/O GEORGETTE PETTIJOHN, PERSONAL
REPRESENTATIVE
1564 MARION AVENUE
TALLAHASSEE, FL  23203

FREDERICK GOLDSTEIN
4B PEELE HOUSE SQ
MANCHESTER, MA 01944-1319

FREDERICK V. LOCHBIHLER
CHAPMAN AND CUTLER LLP
111 WEST MONROE STREET
CHICAGO, IL 60603

FREDERICKA PAFF & CARLYLE PAFF HEDRICK
PO BOX 5386
MADISON, WI 53705-0386

FREEMAN ASSOCIATES INVESTMENT
MANAGEMENT LLC
C/O CT CORPORATION SYSTEM
818 WEST 7TH STREET
LOS ANGELES, CA 90017

FREEMAN ASSOCIATES INVESTMENT
MANAGEMENT LLC
C/O FREEMAN INVESTMENT MANAGEMENT
3460 MARRON ROAD, SUITE 103
OCEANSIDE, CA 92056-4675

FROST NATIONAL BANK
C/O OFFICER OR MANAGING AGENT
100 WEST HOUSTON STREET
P.O. BOX 1600 BOND DEPT/ACCT REC.
SAN ANTONIO, TX 78296

FULL VALUE PARTNERS LP
C/O OFFICER OR MANAGING AGENT
PARK 80 WEST, PLAZA TWO, SUITE 750
SADDLEBROOK, NJ 07663

FUND AMERICAN REINSURANCE COMPANY, LTD.
ATTN: MS. CHRISTINE REPASY
WHITE MOUNTAIN RE SERVICES
628 HEBRON AVENUE
BUILDING 2 SUITE 501
GLASTONBURY, CT 06033

FUND AMERICAN REINSURANCE COMPANY, LTD.
C/O OFFICER OR MANAGING AGENT
WHITE MOUNTAIN RE SERVICES
628 HEBRON AVENUE
BUILDING 2 SUITE 501
GLASTONBURY, CT 06033

GAIL C SCHLANG
35845 OLD KINSMAN RD
CHAGRIN FALLS, OH 44022-6671

GAINSVILLE POLICE & FIREFIGHTERS LCV
C/O BRIAN SERGEANT
200 E UNIVERSITY AVE, ROOM 314, STATION 8,
PO BOX 490
GAINESVILLE, FL 32602-0490

GAINSVILLE POLICE & FIREFIGHTERS LCV
C/O OFFICER OR MANAGING AGENT
200 E UNIVERSITY AVE, ROOM 314, STATION 8,
PO BOX 490
GAINESVILLE, FL 32602-0490

GARY R. NORTON
415 CHARMAN ST
OREGON CITY, OR 97045-3209

GARY S. GROSSINGER
151 E LAKE COOK ROAD
PALATINE, IL 60074-9375

GBL ALPHA EDGE COMMON TRUST FD
C/O STATE ST BANK & TRUST CO, TRUSTEE
ONE LINCOLN STREET
BOSTON, MA 02111-2901

GENERAL MOTORS INVESTMENT MANAGEMENT
CORPORATION
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

GEORGE BLOSSOM III, TR K3-3219IA2
C/O GEORGE W BLOSSOM III OR CURRENT TRUSTEE
1101 PEMBRIDGE DR APT 215
LAKE FOREST, IL 60045-4223

GEORGE E. KEELER
1327 UNION STREET
BOX 219
NORTH MARSHFIELD, MA 02059

GEORGE M. MOSS
252-03 82ND DRIVE
BELLEROSE, NY 11426

GEORGE WILLIAM BUCK, UTA CHARLES SCHWAB &
CO. INC., SEP-IRA DTD 4/8/93
C/O TRUSTEE FOR GEORGE WILLIAM BUCK, UTA
CHARLES SCHWAB & CO. INC., SEP-IRA DTD 4/8/93
10806 PASO ROBLES AVENUE
GRANADA HILLS, CA 91344

GERALD W AGEMA REVOCABLE TRUST
C/O GERALD W AGEMA, TRUSTEE
12630 S TIMBERLANE DR
PALOS PARK, IL 60464

GINA MAZZAFERRI AND THOMAS PERRY
125 S LA GRANGE RD
LA GRANGE, IL 60525

GM PROMARK LARGE CAP BLEND FUND
C/O OFFICER OR MANAGING AGENT
767 FIFTH AVENUE
NEW YORK, NY 10153

GOFEN AND GLOSSBERG, L.L.C.
WILLIAM H. GOFEN
455 CITYFRONT PLAZA SUITE 3000
CHICAGO, IL 60611

GOLDENTREE MASTER FUND II, LTD.
C/O OFFICER OR MANAGING AGENT
GOLDREN TREE ASSET MANAGEMENT LP
300 PARK AVENUE 20TH FLOOR
NEW YORK, NY 10022

GOLDENTREE MASTER FUND, LTD., C/O
GOLDENTREE ASSET MANAGEMENT LP
NATIONAL CORPORATE RESEARCH, LTD.
615 SOUTH DUPONT HWY
DOVER, DE 19901

GOLDENTREE MULTISTRATEGY OFFSHORE FUND
C/O OFFICER OR MANAGING AGENT
GOLDREN TREE ASSET MANAGEMENT LP
300 PARK AVENUE 20TH FLOOR
NEW YORK, NY 10022

GOLDMAN SACHS INTERNATIONAL HOLDINGS, LLC
C/O REGISTERED AGENT
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE  19801

GOLDMAN SACHS TRUST
C/O REGISTERED AGENT
DELAWARE CORPORATION ORGANIZERS, INC.
1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DE  19801

GOLDMAN SACHS VARIABLE INSURANCE TRUST
C/O REGISTERED AGENT
DELAWARE CORPORATION ORGANIZERS, INC.
1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DE  19801

GOLDSHER INVESTMENT CO INC
C/O OFFICER OR MANAGING AGENT
1910 FIRST ST #406
HIGHLAND PARK, IL 60035

GOOD STEWARD TRADING COMPANY SPC
C/O OFFICER OR MANAGING AGENT
HIGHLAND GOOD STEWARD MANAGEMENT
2545 HIGHLAND AVENUE, SUITE 200
BIRMINGHAM , AL 35205

GRACE M MITCHELL
369 RACETRACK RD
HO-HO-KUS, NJ 07423-1627

GRAPHIC ARTS JOINT PENSION TRUST
C/O JOHN PRICE OR CURRENT TRUSTEE
1900 L STREET, NW, STE 710
WASHINGTON, DC 20036

GRYPHON HIDDEN VALUE VIII LP
C/O OFFICER OR MANAGING AGENT
HALCYON MANAGEMENT CO. LLC
477 MADISON AVENUE
NEW YORK, NY 10022-5802

GRYPHON HIDDEN VALUES VIII L.P.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

GUARDIAN VC 500 INDEX FUND
C/O OFFICER OR MANAGING AGENT
GUARDIAN INVESTORS SERVICES CO
388 MARKET STREET, SUITE 1700
SAN FRANCISCO, CA 94111

GUARDIAN VC 500 INDEX FUND
GUARDIAN INVESTORS SERVICES CO
ATTN: ROBERT CRIMMINS
388 MARKET STREET, SUITE 1700
SAN FRANCISCO, CA 94111

GUGGENHEIN PORTFOLIO LIX, LLC
ATTN: PATRICK HUGHES
135 EAST 57TH STREET, 11TH FLOOR
NEW YORK, NY 10022-2050

GUGGENHEIN PORTFOLIO LIX, LLC
C/O OFFICER OR MANAGING AGENT
135 EAST 57TH STREET, 11TH FLOOR
NEW YORK, NY 10022-2050

GUIDEMARK LARGE CAP VALUE FUND
ATTN: MS. STARR FROHLICH
GENWORTH FINANCIAL WEALTH MANAGEMENT
2300 CONTRA COSTA BLVD, SUITE 600
PLEASANT HILL, CA 94523

GUIDEMARK LARGE CAP VALUE FUND
C/O OFFICER OR MANAGING AGENT
GENWORTH FINANCIAL WEALTH MANAGEMENT
2300 CONTRA COSTA BLVD, SUITE 600
PLEASANT HILL, CA 94523

GULCO CORPORATION
C/O JOEL FRIEDMAN, ESQ
500 WEST MADISON ST, SUITE 3700
CHICAGO, IL 60061

HALCYON DIVERSIFIED FUND LP
C/O OFFICER OR MANAGING AGENT
477 MADISON AVE, 8 FL
NEW YORK, NY 10022

HALCYON SPECIAL SITUATIONS LP
C/O OFFICER OR MANAGING AGENT
477 MADISON AVE, 8 FL
NEW YORK, NY 10022

HALLIBURTON CO.
ATTN: SHARON PARKES
10200 BELLAIRE BLVD, 3SW14A
HOUSTON, TX 77072-5299

HALLIBURTON CO.
C/O OFFICER OR MANAGING AGENT
10200 BELLAIRE BLVD, 3SW14A
HOUSTON, TX 77072-5299

HAMMOND FAMILY TRUST U/A/D 02-11-1988
C/O PAUL THEODORE HAMMOND, KAREN
HAMMOND, TRUSTEES
180 S. LAKE AVE. #540
PASADENA, CA 91101-2666

HANNA JONAS MILLER
1811 PEPPERIDGE DR
ORLANDO, FL 32806-1527

HANNAH SMITH TRUST
C/O ALISON S ANDREWS OR CURRENT TRUSTEE
THE HIGHLANDS, CHERRY LOOP
SEATTLE, WA 98177

HARBOR CAPITAL ADVISORS LCV
C/O OFFICER OR MANAGING AGENT
111 S WACKER DRIVE, 34TH FLOOR
CHICAGO, IL 60606

HARBOR CAPITAL GROUP TRUST
ATTN: LINDA MOLENDA OR CURRENT TRUSTEE
HARBOR CAPITAL ADVISORS INC
111 S WACKER DRIVE, 34TH FLOOR
CHICAGO, IL 60606

HARBOR MID CAP VALUE FUND
C/O OFFICER OR MANAGING AGENT
111 S WACKER DRIVE, 34TH FLOOR
CHICAGO, IL 60606

HARTFORD INDEX FUND
C/O OFFICER OR MANAGING AGENT
HARTFORD INVESTMENT MANAGEMENT
55 FARMINGTON AVE.
HARTFORD, CT 06105

HARTFORD INDEX FUND
C/O OFFICER OR MANAGING AGENT
HARTFORD INVESTMENT MANAGEMENT
PO BOX 1744
HARTFORD, CT 06114-1744

HARTFORD LIFE INSURANCE COMPANY
C/O OFFICER OR MANAGING AGENT
55 FARMINGTON AVENUE
HARTFORD, CT 6105

HARVEY BOOKMAN
1053 E 4TH ST
BROOKLYN, NY 11230-3304

HARVEY BOOKMAN
1053 E 4TH ST
BROOKLYN, NY 11230-3304

HARVEY R. HELLER
P.O. BOX 770249
WINTER GARDEN, FL 34777-0249

HAVENS PARTNERS ENHANCED FUND, L.P.
C/O OFFICER OR MANAGING AGENT
600 LEXINGTON AVENUE
NEW YORK, NY 10022

HAVENS PARTNERS, L.P.
C/O OFFICER OR MANAGING AGENT
600 LEXINGTON AVENUE
NEW YORK, NY 10022

(COUNSEL TO HCA MASTER RETIREMENT TRUST
LCV)
VICTOR G. MILIONE, ESQUIRE
LEE HARRINGTON, ESQUIRE
NIXON PEABODY LLP
100 SUMMER STREET
BOSTON, MASSACHUSETTS 02110-1832

HCA, INC. MASTER RETIREMENT TRUST
ATTN: JAMES T. GLASSCOCK, VP
INVESTMENTS HCA
ONE PARK PLAZA
NASHVILLE, TN 37203

HCA, INC. MASTER RETIREMENT TRUST
C/O TRUSTEE OF HCA, INC. MASTER RETIREMENT
TRUST
INVESTMENTS HCA
ONE PARK PLAZA
NASHVILLE, TN 37203

HEARST EQUITY APPRECIATION PLAN
C/O OFFICER OR MANAGING AGENT
300 WEST 57TH STREET
NEW YORK, NY 10019

HEDGEHOG CAPITAL LLC
HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HIGHWAY
LEWES, DE 19958

HEDONIC CAPITAL LLC
HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HIGHWAY
LEWES, DE 19958

HELEN BROWN, JEAN SAMOS & GAIL SAMOS
JOHNSON
3728 KEENAN LN
GLENVIEW, IL 60026-1194

HELEN BUTTENWIESER, HELEN BUTTENWIESER
TRUST 7/28/38
C/O LAWRENCE B. BUTTENWIESER, ESQ.
575 MADISON A VENUE, 21ST FLOOR
NEW YORK, NY 10022

HENRY G BARKHAUSEN, TR 12/14/36 TRUST
C/O TRUSTEE FOR HENRY G BARKHAUSEN, TR
12/14/36 TRUST
111 WEST MONROE STREET
CHICAGO, IL 60603

HENRY M HARPER JR TRUST, TR UA 12/22/93
C/O HENRY M. HARPER JR. OR CURRENT TRUSTEE
3737 NORTH OCEAN BLVD
GULF STREAM, FL 33483-7436

HENRY R DEKAN
6533 W. 143RD ST., 2ND FLOOR
ORLAND PARK, IL  60462-2762

HERBERT ANTHONY CLARK, JR
3708 PALOMA ST
LOS ANGELES, CA 90011-2828

HERBERT VANCE, HERBERT VANCE TR 8/9/71
C/O DOROTHY J. VANCE OR CURRENT TRUSTEE
LAKE FOREST PLACE
1100 PEMBRIDGE DRIVE - APT. 159
LAKE FOREST, IL 60045

HFR ASSET MANAGEMENT LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

HFR ASSET MANAGEMENT,LLC
C/O OFFICER OR MANAGING AGENT
3033 EXCELSIOR BLVD, SUITE 300
MINNEAPOLIS, MN  55416

HHS PARTNERSHIP
C/O OFFICER OR MANAGING AGENT
222 S. PENNSYLVANIA AVE., SUITE 200
WINTER PARK, FL 32789-4105

HIGHMARK INC
C/O OFFICER OR MANAGING AGENT
FIFTH AVE PLACE
120 FIFTH AVE, SUITE 911
PITTSBURGH, PA 15222-3099

HIMAN BROWN, TR UA 11/20/02 HIMAN BROWN
REVOCABLE TRUST
C/O CONRAD K. CHIU, ESQUIRE
PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6569

HOMELAND INSURANCE COMPANY OF NEW YORK
C/O OFFICER OR MANAGING AGENT
ONEBEACON INSURANCE CO.
ONE BEACON LANE
CANTON, MA 02021

HOMELAND INSURANCE COMPANY OF NEW YORK
C/O ONEBEACON INSURANCE CO.
ATTN: MR. BRAD RICH
GENERAL COUNSEL
ONE BEACON LANE
CANTON, MA 02021

HON HARRY F. BYRD, HON HARRY F. BYRD REV
TRUST U/A DTD 1/25/8
C/O TRUSTEE OF HON HARRY F. BYRD REV TRUST
U/A DTD 1/25/8
2 N. KENT STREET
WINCHESTER, VA 22601-5038

HONEYWELL INTERNATIONAL INC. MASTER
RETIREMENT TRUST
ATTN: NATHAN MERKEL
HONEYWELL INTERNATIONAL, INC.
101 COLUMBIA DRIVE
MORRISTOWN, NJ 07962

HONEYWELL INTERNATIONAL INC. MASTER
RETIREMENT TRUST
C/O TRUSTEE OF HONEYWELL INTERNATIONAL
INC. MASTER RETIREMENT TRUST
HONEYWELL INTERNATIONAL, INC.
101 COLUMBIA DRIVE
MORRISTOWN, NJ 07962

HOWARD BERKOWITZ
C/O OFFICER OR MANAGING AGENT
BLACKROCK HPB MANAGEMENT
40 EAST 52ND ST. 18TH FLOOR
NEW YORK, NY 10022-5911

HUDSON BAY FUND LP
NATIONAL CORPORATE RESEARCH, LTD.
615 SOUTH DUPONT HWY
DOVER, DE 19901

HUGH LAWSON BROWN & ERLINE P. BROWN
P. O. BOX 26
STARKVILLE, MS 39759

HUNTINGTON TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
917 EUCLID AVENUE, CM27
CLEVELAND, OH 44115-1401

HUSSMAN STRATEGIC GROWTH FUND
ATTN: JOHN HUSSMAN
HUSSMAN ECONOMETRICS ADVISORS, INC.
5136 DORSEY HALL RD
ELLICOTT CITY, MD 21042-7870

HUSSMAN STRATEGIC GROWTH FUND
C/O OFFICER OR MANAGING AGENT
5136 DORSEY HALL DRIVE
ELLICOTT CITY, MD  21042

HUSSMAN STRATEGIC GROWTH FUND
C/O OFFICER OR MANAGING AGENT
HUSSMAN ECONOMETRICS ADVISORS, INC.
5136 DORSEY HALL RD
ELLICOTT CITY, MD 21042-7870

HUSSMAN STRATEGIC GROWTH FUND
C/O OFFICER OR MANAGING AGENT
HUSSMAN INVESTMENT TRUST
P. O. BOX 46707
CINCINNATI, OH 45246-0707

I.B.E.W. 103 - IBEW LOCAL 103 PENSION PLAN
C/O MICHAEL S. ETKIN, ESQUIRE
JOHN K. SHERWOOD, ESQUIRE
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NEW JERSEY  07068

IBEW-NECA EQUITY INDEX FUND
C/O OFFICER OR MANAGING AGENT
CHEVY CHASE TRUST
7501 WISCONSIN AVENUE, 14TH FLR
BETHESDA, MD 20814

IBM RETIREMENT FUNDS
C/O OFFICER OR MANAGING AGENT
1133 WESTCHESTER AVENUE
WHITE PLAINS, NY 10604-3505

IL STUDENT ASSISTANCE COMMISSION LCV
C/O OFFICER OR MANAGING AGENT
1755 LAKE COOK ROAD
DEERFIELD, IL 60015

ILLINOIS MUNICIPAL RETIREMENT FUND LCV
C/O OFFICER OR MANAGING AGENT
2211 S YORK ROAD, SUITE 500
OAKBROOK, IL 60523

ILLINOIS MUNICIPAL RETIREMENT FUND
ATTN: WALTER KOZIOL
2211 YORK ROAD, SUITE 500
OAK BROOK, IL 60523

ILLINOIS MUNICIPAL RETIREMENT FUND
C/O OFFICER OR MANAGING AGENT
2211 YORK ROAD, SUITE 500
OAK BROOK, IL 60523

ILLINOIS STATE BOARD OF INVESTMENT
ATTN: KATHY SPINATO
180 NORTH LASALLE STREET, SUITE 2015
CHICAGO, IL 60601

ILLINOIS STATE BOARD OF INVESTMENT
C/O ILLINOIS SECRETARY OF STATE
JESSE WHITE
213 STATE CAPITOL
SPRINGFIELD, IL 62756

ILLINOIS STATE BOARD OF INVESTMENT
C/O OFFICER OR MANAGING AGENT
180 NORTH LASALLE STREET, SUITE 2015
CHICAGO, IL 60601

ILLINOIS STUDENT ASSISTANCE COMMISSION
ATTN: ANNIE PIKE
100 W. RANDOLPH, SUITE 3-200
CHICAGO, IL 60601

ILLINOIS STUDENT ASSISTANCE COMMISSION
C/O OFFICER OR MANAGING AGENT
100 W. RANDOLPH, SUITE 3-200
CHICAGO, IL 60601

IM CERVURITE FAMILY LLC
CERVURITE FAMILY LLC
J & J MANAGEMENT SERVICES INC
ATTN: EDITH BETZ
1034 S BRENTWOOD BLVD, STE 1860
SAINT LOUIS, MO 63117-1229

ING INVESTMENT TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
10 STATE HOUSE SQUARE SH12
HARTFORD, CT 06103-3607

ING LARGECAP VALUE FUND
ATTN: MARIA ANDERSON
7337 E DOUBLETREE RANCH RD
SCOTTSDALE, AZ  85258-2034

ING LARGECAP VALUE FUND
C/O OFFICER OR MANAGING AGENT
7337 E DOUBLETREE RANCH RD
SCOTTSDALE, AZ  85258-2034

ING LARGECAP VALUE FUND
C/O OFFICER OR MANAGING AGENT
ING
7337 E. DOUBLETREE RANCH ROAD
SCOTTSDALE, AZ 85258

ING STOCK INDEX PORTFOLIO
ATTN: G. STEPHEN WASTEK
VICE PRESIDENT AND COUNSEL
ING
7337 E. DOUBLETREE RANCH ROAD
SCOTTSDALE, AZ 85258

ING STOCK INDEX PORTFOLIO
C/O OFFICER OR MANAGING AGENT
ING
7337 E. DOUBLETREE RANCH ROAD
SCOTTSDALE, AZ 85258

ING US STOCK INDEX PORTFOLIO
C/O OFFICER OR MANAGING AGENT
7337 E DOUBLETREE RANCH ROAD
SCOTTSDALE, AZ 85258-2034

INSTITUTIONAL BENCHMARKS SERIES (MASTER
FEEDER) LIMITED
C/O LYRA CAPITAL LLC
ATTN: DONNA DUA
1301 AVENUE OF THE AMERICAS, 38TH FLOOR
NEW YORK, NY 10019

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL 25 MASTER TRUST PLANS
C/O OFFICER OR MANAGING AGENT
372 VANDERBILT MOTOR PARKWAY
HAUPPAUGE, NY 11788

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL 25
C/O OFFICER OR MANAGING AGENT
372 VANDERBILT MOTOR PARKWAY
HAUPPAUGE, NY 11788

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL 357 PENSION TRUST FUND
ZENITH ADMINISTRATORS, INC
C/O OFFICER OR MANAGING AGENT
PO BOX 26359
LAS VEGAS, NV 89126

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL 98 PENSION PLAN MV
C/O OFFICER OR MANAGING AGENT
1701 SPRING GARDEN STREET
PHILADELPHIA, PA 19130

INTERNATIONAL UNION OF OPERATING
ENGINEERS
C/O OFFICER OR MANAGING AGENT
65 SPRINGFIELD AVE, SECOND FLOOR
SPRINGFIELD, NJ 07081

INTL. UNION PAINTERS & ALLIED TRADES
INDUSTRY PENSION FUND
C/O OFFICER OR MANAGING AGENT
1750 NEW YORK AVE, NW, STE 501
WASHINGTON, DC 20006

INVESCO SPG INDEX TRUST
C/O TRUSTEE OF INVESCO SPG INDEX TRUST
4005 KENNETT PIKE, SUITE 250
GREENVILLE, DE 19807

INVOC
WILMINGTON TRUST COMPANY CUSTODIAN
INVESTMENT OPERATING COMPANY LLC
C/O OFFICER OR MANAGING AGENT
1499 HUNTINGTON DRIVE, SUITE 305
SOUTH PASADENA, CA 91030

IRA JUDITH E NEISSER
C/O OFFICER OR MANAGING AGENT
BANK OF AMERICA
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

IRA WILLIS BAKER, JR
9214 DOVE MEADOW DR
DALLAS, TX 75243-6325

IRENE M F AND TIMOTHY A SEWELL
2310 DEWES ST
GLENVIEW, IL 60025

IRENE M. FREUTEL REV TR U/A DTD 04/28/2001
C/O IRENE M. FREUTEL OR CURRENT TRUSTEE
2310 DEWES ST
GLENVIEW, IL 60025

IRIS B. MAHONEY, IRIS B. MAHONEY REV TR U/A/D
04/10/98
C/O IRIS B. MAHONEY &
PAUL M. MAHONEY TTEES
150 W. FIRST ST #280
CLAREMONT, CA 91711-4739

IRVING S. GILMORE FOUNDATION LCV
C/O OFFICER OR MANAGING AGENT
136 E MICHIGAN AVE, SUITE 900
KALAMAZOO, MI 49007

IRWIN GROSSINGER TR DTD 9/1/65
ATTN: CAROLINE GROSSINGER OR CURRENT
TRUSTEE
6900 N MCCORMICK BLVD
LINCOLNWOOD, IL 60712-2788

I-SHARES RUSSELL 1000 VALUE INDEX FUND
ATTN: LEGAL DEPARTMENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

I-SHARES RUSSELL 1000 VALUE INDEX FUND
C/O OFFICER OR MANAGING AGENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

I-SHARES RUSSELL MIDCAP INDEX FUND
ATTN: LEGAL DEPARTMENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

I-SHARES RUSSELL MIDCAP INDEX FUND
C/O OFFICER OR MANAGING AGENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

I-SHARES RUSSELL MIDCAP VALUE INDEX FUND
ATTN: LEGAL DEPARTMENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

I-SHARES RUSSELL MIDCAP VALUE INDEX FUND
C/O OFFICER OR MANAGING AGENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

I-SHARES S&P 500 INDEX FUND
ATTN: LEGAL DEPARTMENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

I-SHARES S&P 500 INDEX FUND
C/O OFFICER OR MANAGING AGENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

I-SHARES S&P 500 VALUE INDEX FUND
ATTN: LEGAL DEPARTMENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

I-SHARES S&P 500 VALUE INDEX FUND
C/O OFFICER OR MANAGING AGENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

J S MCDONNELL CAT B-DEUTSCHE
C/O OFFICER OR MANAGING AGENT
J & J MANAGEMENT SERVICES INC
1034 S BRENTWOOD BLVD, STE 1860
SAINT LOUIS, MO 63117-1229

J S MCDONNELL CAT B-DEUTSCHE
J & J MANAGEMENT SERVICES INC
ATTN: EDITH BETZ
1034 S BRENTWOOD BLVD, STE 1860
SAINT LOUIS, MO 63117-1229

J. MICHAEL SUTHERLAND, ESQUIRE
CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, L.L.P.
901 MAIN STREET, SUITE 5500
DALLAS, TX 75202

JACK D. MCMANUS AND JOHN R. MCMANUS
5200 N. KNOXVILLE AVENUE
PEORIA, IL 61614

JACK E. MEADOWS
2225 TWELVE OAKS DR
FAYETTEVILLE, AR 72703-6116

JACKSON CAPITAL PTRS,LP-MAIN-PL
ATTN: MR. ALAN L. GARNER
6720 N SCOTTSDALE RD, STE 220
SCOTTSDALE, AZ 85253-4401

JACKSON CAPITAL PTRS,LP-MAIN-PL
C/O OFFICER OR MANAGING AGENT
6720 N SCOTTSDALE RD, STE 220
SCOTTSDALE, AZ 85253-4401

JACQUELINE E AUTRY, AUTRY COMMUNITY
PROPERTY TRUST, U/A DTD 03/15/1985
C/O JACQUELINE E AUTRY OR CURRENT TRUSTEE
4383 COLFAX AVE
STUDIO CITY, CA 91604-2837

JAHAN P. RAISSI
SHARTSIS FRIESE LLP
ONE MARITIME PLAZA, 18TH FLOOR
SAN FRANCISCO, CA  94111-3598

JAMES C WARREN
4228 N GREENVIEW AVE
CHICAGO, IL 60613

JAMES DIETZ
3744 MINTURN DR
LOVELAND, CO 80538-2085

JAMES E CUSHING JR AND THERESE M CUSHING
6429 224TH AVE NE
REDMOND, WA 98053-8147

JAMES F POLK TRUST U/A DTD 12/13/1989
C/O JEFFREY J. APPLEBY OR CURRENT TRUSTEE
9814 CARSON PL
ESCONDIDO, CA 92029

JAMES KING AND JUDIE KING
1108 N DERBYSHIRE DR
ARLINGTON HTS, IL 60004

JAMES L. LOCKWOOD
4028 CHESAPEAKE AVE.
HAMPTON, VA 23669

JAMES M. LACHEY
1445 ROXBURY RD
COLUMBUS, OH 43212

JAMES T SMITH TRUST U/A DTD 10/09/1995
C/O JAMES T. SMITH OR CURRENT TRUSTEE
358 E 85TH ST
CHICAGO, IL 60619

JANE D. MEADOWS
2225 TWELVE OAKS DR
FAYETTEVILLE, AR 72703-6116

JANICE F. WINBURN
255 SADDLEBROOK TER
ROSWELL, GA 30075

JANICE M. MCGURN TRUST U/A DTD 09/22/1987
C/O JANICE M. MCGURN OR CURRENT TRUSTEE
5229 DUVALL DR
BETHESDA, MD 20816-1875

JANNA L GADDEN
1906 SILVERWOOD LN
LOS ANGELES, CA 90041-3127

JASON A. JANIK
304 BLUEBONNET DR
LAFAYETTE, LA 70508-5412

JASON M. KARAFFA
DLA PIPER LLP (US)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

JAVAD RASSOULI
8414 WHIRLAWAY STREET
ALTA LOMA, CA 91701

JEAN SHAULIS BLACK, JEAN S. BLACK TRUST
C/O TRUSTEE OF JEAN S. BLACK TRUST
4067 W GULF DR
SANIBEL, FL 33957-5209

JEFFERSON R SOLENDER
9131 DEVONSHIRE DR
DALLAS, TX 75209-2411

JEFFREY SCHATZ AND KIMBERLY SCHATZ
2450 E 5TH AVE UNIT N
DENVER, CO 80206-4245

JENNIFER M. JACKSON
ASSISTANT ATTORNEY GENERAL
STATE OPERATIONS DIVISION
P.O. BOX 30754
LANSING, MICHIGAN  48909

JENNIFER S. KABAT
SENIOR STAFF ATTORNEY
1301 PENNSYLVANIA STREET
DENVER, CO 80203

JEROME & MARIA MARKOWITZ
767 3RD AVENUE, 6TH FLOOR
NEW YORK, NY 10017-9026

JEROME A MANNING, JOHN A LEVIN, ANN L
BRONFMAN, TTE U/W FRANCES LOEB
C/O ANN L BRONFMAN OR CURRENT TRUSTEE
2700 CALVERT ST, NW, APT 107
WASHINGTON, DC  20008-2663

JEROME BLANK, JEROME BLANK DECLARATION OF
TRUST U/A DTD 9/19/96
C/O TRUSTEE OF JEROME BLANK DECLARATION OF
TRUST U/A DTD 9/19/96
3455 NW 54TH STREET
MIAMI, FL 33142-3309

JESSE WERTHMAN
484 1ST STREET
BROOKLYN, NY 11215-2606

JESSICA LIVELY
CADWALADER, WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

JESSNICK PARTNERS, L.P.
ATTN: BOB K. KNIGHT - MANAGING GENERAL
PARTNER
ONE FERRY BUILDING, SUITE 255
SAN FRANCISCO , CA 94111

JESSNICK PARTNERS, L.P.
C/O OFFICER OR MANAGING AGENT
ONE FERRY BUILDING, SUITE 255
SAN FRANCISCO , CA 94111

JHF II EQUITY - INCOME FUND
C/O OFFICER OR MANAGING AGENT
601 CONGRESS STREET
BOSTON, MA  02210-2801

JHF II SPECTRUM INCOME FUND
C/O OFFICER OR MANAGING AGENT
601 CONGRESS STREET
BOSTON,  MA  02210-2801

JHT 500 INDEX TRUST B
C/O OFFICER OR MANAGING AGENT
JOHN HANCOCK FINANCIAL
601 CONGRESS ST.
BOSTON, MA 02210-2805

JHT 500 INDEX TRUST B
JOHN HANCOCK FINANCIAL
ATTN: GORDON SHONE
601 CONGRESS ST.
BOSTON, MA 02210-2805

JHT EQUITY INCOME TRUST
C/O OFFICER OR MANAGING AGENT OR CURRENT
TRUSTEE
601 CONGRESS STREET
BOSTON,  MA  02210-2801

JHT MID VALUE TRUST
C/O OFFICER OR MANAGING AGENT OR CURRENT
TRUSTEE
601 CONGRESS STREET
BOSTON,  MA  02210-2801

JHT NEW INCOME TRUST
C/O OFFICER OR MANAGING AGENT OR CURRENT
TRUSTEE
601 CONGRESS STREET
BOSTON,  MA  02210-2801

JHT TOTAL STOCK MARKET INDEX T
C/O OFFICER OR MANAGING AGENT
JOHN HANCOCK FINANCIAL
601 CONGRESS STREET
BOSTON, MA 02210-2805

JHT TOTAL STOCK MARKET INDEX T
JOHN HANCOCK FINANCIAL
ATTN: GORDON SHONE
601 CONGRESS STREET
BOSTON, MA 02210-2805

JNL/MELLON CAPITAL MANAGEMENT S&P 500
INDEX FUND
C/O OFFICER OR MANAGING AGENT
ONE CORPORATE WAY
LANSING, MI 48951

JOAN E CLARK
1 VENUS DR
LOUDONVILLE, NY 12211-2217

JOANNA  STURM
1618 29TH STREET N.W.
WASHINGTON, DC 20007-2901

JOANNE DESHEROW SANGER LIV TR U/A DTD
03/29/2004
C/O JOANNE DESHEROW SANGER OR CURRENT
TRUSTEE
884 VIA DEL MONTE
PALOS VERDES ESTATES, CA 90274

JOE FRANK
2644 ASBURY AVENUE
EVANSTON, IL 60201

JOE LAMPORT
MERCER PARK, LP
767 FIFTH AVENUE
19TH FLOOR
NEW YORK, NY  10153

JOE YOUSSRY KELADA
SEP IRA E*TRADE CUSTODIAN
P.O. BOX 2877
GRANITE BAY, CA 95746

JOEL A. FEUER
GIBSON, DUNN & CRUTCHER LLP
2029 CENTURY PARK EAST
LOS ANGELES, CA  90067-3026

JOEL FRIEDLANDER, ESQUIRE
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 DELAWARE AVENUE
SUITE 1400
WILMINGTON, DE 19801

JOHN A ORB JR TRUST U/A/D 11/02/04
C/O TRUSTEE OF JOHN A ORB JR TRUST U/A/D
11/02/04
12253 CONGRESSIONAL AVE
BOYNTON BEACH, FL 33437-6008

JOHN D. WORTHINGTON, IV
3366 ALDINO ROAD
CHURCHVILLE, MD 21028

JOHN D. WORTHINGTON, IV
P.O. BOX 147
CHURCHVILLE, MD  21028

JOHN DEERE PENSION TRUST
C/O TRUSTEE OF JOHN DEERE PENSION TRUST
ONE JOHN DEERE PLACE
MOLINE, IL 61265-8098

JOHN E MAYASICH TRUST U/A DTD 04/23/2007
C/O JOHN E. MAYASICH OR CURRENT TRUSTEE
801 MCKINLEY AVE, APT 108
EVELETH, MN 55734

JOHN E. AND JANN M. REARDON, JOHN E. AND
JANN M. REARDON TRUST U/A DTD 11/03/1999
C/O TRUSTEE OF JOHN E. AND JANN M. REARDON
TRUST U/A DTD 11/03/1999
1325 N ASTOR ST # 5
CHICAGO, IL 60610

JOHN F. BARNARD, JOHN F. BARNARD TRUST UAD
4/4/03
C/O JOHN F. BARNARD & JANICE
WILLIAMS ANDERSON CO TTEES
3001 VEAZEY TERRACE NW
APARTMENT # 1502
WASHINGTON, DC 20008-5409

JOHN F. MANGAN, JR.
2220 RED FOX TRAIL
CHARLOTTE, NC 28211

JOHN F. POELKING AND LAURIE H. POELKING
825 N CHESTNUT AVE
ARLINGTON HTS, IL 60004

JOHN H. RHODES,
22200 MAKAH RD
WOODWAY, WA 98020

JOHN HANCOCK FINANCIAL JHT 500 INDEX TRUST
ATTN: GORDON SHONE
601 CONGRESS STREET
BOSTON, MA 02210-2805

JOHN HANCOCK FINANCIAL JHT 500 INDEX TRUST
C/O TRUSTEE OF JOHN HANCOCK FINANCIAL JHT
500 INDEX TRUST
601 CONGRESS STREET
BOSTON, MA 02210-2805

JOHN HANCOCK FINANCIAL SERVICES, INC.
JAMES BOYLE, PRESIDENT
601 CONGRESS STREET
BOSTON, MA 02210-2805

JOHN J WAGNER AND ROSEMARY WAGNER
402 W OLIVE STREET
LONG BEACH, NY 11561-3128

JOHN J. VITANOVEC, JOHN J. VITANOVEC TRUST
U/A DTD 12/27/1996
C/O JOHN J. VITANOVEC TTEE AND KATHLEEN
GEARY TTEE
1256 FOREST GLEN DR N
WINNETKA, IL 60093

JOHN LANFRANKI & VIRGINIA LANFRANKI TRUST
UA 4/29/80
C/O TRUSTEE FOR JOHN LANFRANKI & VIRGINIA
LANFRANKI TRUST UA 4/29/80
875 MADRONE LN
PATTERSON, CA 95363-2633

JOHN M. LAVINE
335 GREENLEAF ST
EVANSTON, IL 60202-1365

JOHN MICHAEL KELLEHER
300 PASEO ENCINAL
SAN ANTONIA, TX 78212

JOHN P FENDLEY TRUST U/A DTD 11/27/1995
C/O PATRICIA J FENDLEY OR CURRENT TRUSTEE
8008 W STRONG ST
NORRIDGE, IL 60706

JOHN P. SIEGER, ESQUIRE
KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661

JOHN PRITZKER AND LISA PRITZKER
3575 WASHINGTON ST.
SAN FRANCISCO, CA 94118-1848

JOHN R BLACK
333 W NORTH AVE 306
CHICAGO, IL 60610

JOHN R FLANAGAN, CGM IRA CUSTODIAN
C/O TRUSTEE FOR  JOHN R FLANAGAN, CGM IRA
CUSTODIAN
55 E PEARSON ST #4401
CHICAGO, IL 60611-2632

JOHN R STAIB
2042 W POTOMAC AVE
CHICAGO, IL 60622-3152

JOHN R. MCCAMBRIDGE
GEORGE R. DOUGHERTY
MICHAEL W. KAZAN
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

JOHN SPEARS
1285 GULF SHORE BLVD, N APT 7A
NAPLES, FL 34102

JOHN T. MCCUTCHEON JR., JOHN T. MCCUTCHEON
JR. TRUST U/A DTD 10/26/87
C/O ANNE MCCUTCHEON LEWIS TTEE
3400 RESERVOIR RD NW
WASHINGTON, DC 20007

JOHN T. MCCUTHEON III TRUST U/A DTD 10/26/1987
C/O JOHN T. MCCUTHEON IV OR CURRENT TRUSTEE
3400 RESERVOIR RD NW
WASHINGTON, DC 20007-2328

JOHN W PEAVY & LINDA A PEAVY, JOHN W PEAVY
& LINDA A PEAVY JOINT TRUST
C/O TRUSTEE OF JOHN W PEAVY & LINDA A PEAVY
JOINT TRUST
7512 GLENSHANNON CIRCLE
DALLAS, TX 75225

JOHN W. MADIGAN TRUST
C/O JOHN W. MADIGAN TRUSTEE
1160 LAUREL AVENUE
WINNETKA, IL 60093-1820

JON OSCHER
BOX 785
CARTERSVILLE, GA 30120-0785

JONATHAN A . KNEE
114 W 27TH ST, FL 7
NEW YORK, NY 10001

JONATHAN D. POLKES
MICHAEL F. WALSH
RICHARD W. SLACK
ASHISH GANDHI
DAVID G. LITVACK
ANDREA C. SAAVEDRA
WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153

JONATHAN L. KORB
GENERAL COUNSEL
LORING WOLCOTT AND COOLIDGE FIDUCIARY
ADVISORS, LLP
230 CONGRESS STREET
BOSTON, MA 02110-2437

JONATHAN R. EVANS IRA
C/O JONATHAN R. EVANS OR JPMCC CUST
8011 MORNINGSIDE DRIVE
INDIANAPOLIS, IN 46240-2576

JOSEPH A. YOUNG AND SANDRA L. YOUNG
1510 BYRON NELSON PKWY
SOUTHLAKE, TX 76092-9606

JOSEPH C. WYLIE II
K&L GATES LLP
70 W. MADISON ST., STE. 3100
CHICAGO, IL 60602-4207

JOSHUA E. MENARD, ESQUIRE
PRETI FLAHERTY BELIVAAU & PACHIOA PLLP
ATTORNEYS AT LAW
P.O. BOX 1318
CONCORD, NH 03302-1318

JUDITH FARRAR MAHAFFIE
6307 WYNKOOP BLVD
BETHESDA, MD 20817-5931

JUPITER CAPITAL PARTNERS LLC
C/O OFFICER OR MANAGING AGENT
24 CORPORATE PLAZA, SUITE 100
NEWPORT BEACH, CA 92660-7966

JUSTIN A. ALFANO
MILBANK
1 CHASE MANHATTAN PLAZA
NEW YORK, NY  10005

JUSTIN A. ALFANO
SEAN M. MURPHY
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005-1413

KAISER FOUNDATION HEALTH PLAN
C/O OFFICER OR MANAGING AGENT
ONE KAISER PLAZA
OAKLAND, CA 94612

KAISER FOUNDATION HEALTH PLAN
C/O VYVIAN HEATH
ONE KAISER PLAZA
OAKLAND, CA 94612

KAISER PERMANENTE RABBI TRUST
C/O OFFICER OR MANAGING AGENT
ONE KAISER PLAZA, 13TH FL
OAKLAND, CA 94612

KAISER PERMANENTE RABBI TRUST
C/O VYVIAN HEATH
ONE KAISER PLAZA, 13TH FL
OAKLAND, CA 94612

KAMAN CORP MAS TRUST-LSV
C/O OFFICER OR MANAGING AGENT
KAMAN CORP
1332 BLUE HILLS AVE
BLOOMFIELD, CT 06002-5302

KAMAN CORP MAS TRUST-LSV
KAMAN CORP
ATTN: PATRICIA GOLDENBERG
1332 BLUE HILLS AVE
BLOOMFIELD, CT 06002-5302

KAMAN EMPLOYEES' PENSION PLAN
C/O OFFICER OR MANAGING AGENT
1332 BLUE HILLS AVE
BLOOMFIELD, CT 06002

KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM
C/O OFFICER OR MANGING AGENT
611 S. KANSAS AVE., SUITE 100
TOPEKA, KS 66603-3803

KAREN BABCOCK
C/O PHILIP S. BABCOCK
301 14TH AVE. E., APT. 105
SEATTLE, WA  98112-5154

KAREN RAPKIN
PO BOX 19158
BIRMINGHAM, AL 35219-9158

KARL PUTNAM
405 VALPLANO DR
EL PASO, TX 79912

KASZTON FAMILY TRUST UAD 10/23/1997
C/O WILLIAM & PATRICIA KASZTON OR CURRENT
TRUSTEE
41 VAN GOGH WAY
COTO DE CAZA, CA 92679

KATHERINE T GOLDBERG AND STEVEN Y
GOLDBERG
15 SHADY LN
GREENWICH, CT 06831-3607

KATHLEEN GEARY TRUST U/A DTD 12/27/1996
C/O KATHLEEN GEARY, JOHN J. VITANOVEC OR
CURRENT TRUSTEE
1256 FOREST GLEN DR N
WINNETKA, IL 60093

KATHLEEN GUCK & EBEN PUTNAM SMITH
40 MONTAGU STREET
CHARLESTON, SC 29401

KBR
ATTN: SUE EDISON
4100 CLINTON DRIVE
HOUSTON, TX 77020

KBR
C/O OFFICER OR MANAGING AGENT
4100 CLINTON DRIVE
HOUSTON, TX 77020

KENNETH D'ALESSANDRO
5 SPINNING WHEEL LANE
NORWALK, CT 06851

KENNETH J. VYDRA NO. 101 U/A/D 03-10-2006
C/O KENNETH J. VYDRA OR CURRENT TRUSTEE
6516 W. HIGHLAND AVE
CHICAGO, IL 60631-2016

KENNETH S. LEONETTI
FOLEY HOAG LLP
SEAPORT WEST
155 SEAPORT BLVD.
BOSTON, MA 02210

KENTUCKY RETIREMENT SYSTEMS
ATTN: TJ. CARLSON, CHIEF INVESTMENT OFFICER
1260 LOUISVILLE ROAD
FRANKFORT, KY 40601

KENTUCKY RETIREMENT SYSTEMS
C/O OFFICER OR MANAGING AGENT
1260 LOUISVILLE ROAD
FRANKFORT, KY 40601

KEVIN J. MANGAN, ESQUIRE
WOMBLE CARLYLE SANDRIDGE
& RICE LLP
222 DELAWARE AVENUE
SUITE 1501
WILMINGTON, DE 19801

KEVIN J. WALSH, ESQUIRE
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
POPEO, P.C.
ONE FINANCIAL CENTER
BOSTON, MA  02111

KEVIN STONE IRA R/O DELAWARE CHARTER G&T
C/O TRUSTEE FOR KEVIN STONE IRA R/O
DELAWARE CHARTER G&T
1 THROCKMORTON LANE
MILL VALLEY, CA 94941-1736

KRISTIE M. BLASÉ
SCHULTE ROTH & ZABEL LLP
919 THIRD AVENUE
NEW YORK, NY 10022

KURT F. GWYNNE, ESQUIRE,
RICHARD A. ROBINSON,
REED SMITH LLP
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DELAWARE 19801

KV EXECUTION SERVICES LLC
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

L-3 COMMUNICATIONS CORPORATION LCV
C/O OFFICER OR MANAGING AGENT
600 THIRD AVENUE, 35TH FLOOR
NEW YORK, NY 10016

L3 COMMUNICATIONS CORPORATION MASTER
TRUST
C/O OFFICER OR MANAGING AGENT
600 THIRD AVENUE
NEW YORK, NY 10016

LABORERS DISTRICT COUNCIL AND CONTRACTORS
PENSION FUND OF OHIO
C/O OFFICER OR MANAGING AGENT
800 HILLSDOWNE ROAD
WESTERVILLE, OH 43081-3302

LABORERS NATIONAL PENSION FUND
C/O OFFICER OR MANAGING AGENT
PO BOX 803415
14140 MIDWAY ROAD, STE 105
DALLAS, TX 75380-3415

LABRANCHE STRUCTURED PRODUCTS LLC
C/O OFFICER OR MANAGING AGENT
33 WHITEHALL, 9TH FL
NEW YORK, NY 10004-3008

LAFFER INVESTMENTS
C/O OFFICER OR MANAGING AGENT
2909 POSTON AVENUE, 2ND FLOOR
NASHVILLE, TN 37203-1346

LAFFER INVESTMENTS, INC.
ARTHUR B. LAFFER, JR.
CHIEF EXECUTIVE OFFICER
103 MURPHY COURT
NASHVILLE, TN 37203

LANGDON STREET CAPITAL LP
C/O OFFICER OR MANAGING AGENT
MARCH PARTNERS LLC
555 FIFTH AVENUE, 14TH FL
NEW YORK, NY 10017-9257

LARGE CAP VALUE FUND, A SERIES OF SEI
INSTITUTIONAL MANAGED TRUST
C/O OFFICER OR MANAGING AGENT
SEI INSTITUTIONAL MANAGED TRUST
ONE FREEDOM VALLEY DRIVE
OAKS, PA  19456

LARRY & DIXIE HART LIFETIME TRUST
C/O TRUSTEE FOR LARRY & DIXIE HART LIFETIME
TRUST
THE PEOPLES BANK
P.O. BOX 1416
BILOXI, MS 39533-1416

LARRY L BLOOM  AND MARY J BLOOM TRUST 11-
21-95
C/O LARRY L BLOOM AND MARY J BLOOM OR
CURRENT TRUSTEE
1991 CANYON CREEK DR
AURORA, IL 60503-4935

LATANISHIA D. WALTERS
HASKELL SLAUGHTER YOUNG & RODIKER, LLC
1400 PARK PLACE TOWER
2001 PARK, PLACE NORTH
BIRMINGHAM, AL 35203

LAURALYN D. MATOS
367 SILVER LANE
EAST HARTFORD, CT 06118-1027

LAWRENCE H BURKS
6600 BEACHVIEW DR. NO. 310
RCH PALOS VRD, CA 90275-6940

LAWRENCE J. KOTLER, ESQUIRE
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA  19103-4196

LAY EMPLOYEES OF THE ARCHDIOCESE OF
CINCINNATI DEFINED BENEFIT PLAN
US BANK AS TRUSTEE
C/O TRUST LEGAL COUNSEL EP-MN-WS4L OR
CURRENT TRUSTEE
60 LIVINGSTON AVE
ST PAUL, MN 55107

LEE U GILLESPIE REV TR U/A - DEC'D 05/20/10
C/O TRUSTEE FOR LEE U GILLESPIE REV TR U/A -
DEC'D 05/20/10
835 PONUS RIDGE
NEW CANAAN, CT 06840-3417

LEGG MASON PARTNERS
ATTN: KAPREL OZSOLAK
55 WATER STREEET
NEW YORK, NY 10041

LEGG MASON PARTNERS
C/O OFFICER OR MANAGING AGENT
55 WATER STREEET
NEW YORK, NY 10041

LENOX HILL HOSPITAL
DEVELOPMENT DEPT.
ATTN: SHERRIE HAMMOND
100 EAST 77TH STREET
NEW YORK, NY 10075-1850

LENOX HILL HOSPITAL
DEVELOPMENT DEPT.
C/O OFFICER AND MANAGING AGENT
100 EAST 77TH STREET
NEW YORK, NY 10075-1850

LEONARD A. GAIL, ESQUIRE
MASSEY & GAIL LLP
50 EAST WASHINGTON ST., SUITE 400
CHICAGO, IL 60602

LEONARD HILL, HILL REVOCABLE LIVING TRUST
DTD 12/24/91
C/O TRUSTEE OF HILL REVOCABLE LIVING TRUST
DTD 12/24/91
350 N. JUNE ST.
LOS ANGELES, CA 90004-1042

LEWIS TAMAN
221 NORTH LASALLE
ROOM # 2016
CHICAGO, IL   60601-1206

LEXIBLE MANAGERS: PORTFOLIO 1 OFFSHORE LP
C/O OFFICER OR MANAGING AGENT
GOLDMAN SACHS
200 WEST ST, 38TH FLOOR
NEW YORK, NY 10282-2198

LFT PARTNERSHIP
C/O OFFICER OR MANGING AGENT
440 W. ONTARIO
CHICAGO, IL 60610-4014

LIBERTY FINANCIAL SERVICES CO
ATTN: KEVIN CONNAUGHTON
COLUMBIA MANAGEMENT GROUP
ONE FINANCIAL CENTER
BOSTON, MA 02111

LIBERTY MUTUAL INSURANCE COMPANY
CORPORATION SERVICE COMPANY
84 STATE STREET
BOSTON, MA  02109

LIBERTY MUTUAL LIFE INSURANCE COMPANY
C/O OFFICER OR MANGING AGENT
175 BERKELEY STREET
BOSTON, MA 02117-0140

LISA G. HAAS
21 SUNSET ROAD
DARIEN, CT 06820-3527

LOCKHEED MARTIN CORP.
ATTN: WILLIAM STAEDELI
LMIM CO
6901 ROCKLEDGE DRIVE - 4TH FLOOR
BETHESDA, MD 20817

LOCKHEED MARTIN CORP.
C/O OFFICER OR MANAGING AGENT
6901 ROCKLEDGE DRIVE - 4TH FLOOR
BETHESDA, MD 20817

LOCKWOOD BROTHERS INC.
JAMES A. LOCKWOOD, JR.
220 SALTERS CREEK ROAD
HAMPTON, VA 23661

LOEB ARBITRAGE B FUND LP
C/O OFFICER OR MANAGING AGENT
61 BROADWAY 24TH FL
NEW YORK, NY 10006-2835

LOEB ARBITRAGE FUND INVESTMENT A/C UNDER
SEC 1236 & 475 OF I R C
ATTN: GIDEON KING
61 BROADWAY, STE 2450
NEW YORK, NY 10006-2701

LOEB ARBITRAGE FUND INVESTMENT A/C UNDER
SEC 1236 & 475 OF I R C
C/O OFFICER OR MANAGING AGENT
61 BROADWAY, STE 2450
NEW YORK, NY 10006-2701

LOEB ARBITRAGE MANAGEMENT LP
C/O ALEXANDER MCMILLAN
61 BROADWAY
NEW YORK, NY  10006

LOEB ARBITRAGE MANAGEMENT LP
C/O OFFICER OR MANAGING AGENT
61 BROADWAY
NEW YORK, NY  10006

LOEB ARBITRAGE MANAGEMENT LP
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

LOEB OFFSHORE B FUND LTD
C/O OFFICER OR MANAGING AGENT
61 BROADWAY, 24TH FLOOR
NEW YORK, NY 10006-2835

LOEB OFFSHORE FUND LTD
(A/C OF CORR B/D LOEB PARTNERS)
C/O OFFICER OR MANAGING AGENT
61 BROADWAY, SUITE 2450
NEW YORK, NY 10006-2701

LOEB PARTNERS CORP INVESTMENT A/C UNDER
SEC 1236 & 475 OF I R C
ATTN: ARTHUR LEE
61 BROADWAY, SUITE 2450
NEW YORK, NY 10006-2701

LOEB PARTNERS CORP INVESTMENT
C/O OFFICER OR MANAGING AGENT
A/C UNDER SEC 1236 & 475 OF I R C
61 BROADWAY, SUITE 2450
NEW YORK, NY 10006-2701

LOIS D KALIEBE TRUST U/A DTD 03/05/1993
C/O MRS. LOIS D KALIEBE OR CURRENT TRUSTEE
1 S 245 SPRING RD., UNIT 2G
OAKBROOK TER, IL 60181

LOLITA WAGNER LIVING TRUST U/A/D 10/07/88
C/O LOLITA K. WAGNER OR CURRENT TRUSTEE
3206 DELAWARE PL
COSTA MESA, CA 92626-2206

LOOMIS SAYLES CREDIT ALPHA MASTER FUND
C/O OFFICER OR MANAGING AGENT
ONE FINANCIAL CENTER
BOSTON, MA  02111

LORETTA C. FINLAY U/A DTD 02/04/1994
C/O LORETTA C. FINLAY OR CURRENT TRUSTEE
2000 GARLANDS LN, UNIT 2211
BARRINGTON, IL 60010-3374

LORI ANN TALARICO
353 1/2 23RD STREET
SAN FRANCISCO, CA 94110-3010

LOUIS G GILBERT AND RENEE GILBERT
4830 SUGAR MILL RD
DALLAS, TX 75244-6932

LOUISE R. OUTHOUSE REVOCABLE LIVING TRUST
LOUISE R. OUTHOUSE TRUSTEE
2741 N. SALISBURY STREET
APT. 2108
WEST LAFAYETTE, IN 47906

LSV ENHANCED INDEX (CORE) EQUITY TRUST
ATTN: TREMAINE ATKINSON OR CURRENT
TRUSTEE
LSV ASSET MANAGEMENT
155 NORTH WACKER, SUITE 4600
CHICAGO, IL 60606

LSV ENHANCED INDEX CORE EQUITY TRUST
C/O LSV ASSET MANAGEMENT
155 N WACKER DR, STE 4600
CHICAGO, IL 60606

LSV ENHANCED INDEX CORE EQUITY TRUST
C/O TRUSTEE OF LSV ENHANCED INDEX CORE
EQUITY TRUST
155 N WACKER DR, STE 4600
CHICAGO, IL 60606

LSV U.S. LARGE CAP LONG/SHORT FUND L.P.
C/O OFFICER OR MANAGING AGENT
LSV ASSET MANAGEMENT
155 N WACKER DR, STE 4600
CHICAGO, IL 60606

LSV US LARGE CAP LONG/SHORT
FUND LP
C/O OFFICER OR MANAGING AGENT
1 NORTH WACKER DRIVE, SUITE 4000
CHICAGO, IL 60606-2828

LSV VALUE EQUITY FUND
C/O OFFICER OR MANAGING AGENT
ADVISORS INNER CIRCLE FUND
ONE FREEDOM VALLEY DRIVE
OAKS, PA  19456

LSV VALUE EQUITY FUND
C/O OFFICER OR MANAGING AGENT
SEI INVESTMENTS DISTRIBUTION CO
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

LUCENT TECHNOLOGIES
C/O OFFICER OR MANAGING AGENT
24 FEDERAL STREET, STE 600
BOSTON, MA 02110

LUCENT TECHNOLOGIES INC.
PATRICIA F. RUSSO
CHAIRMAN & CEO
600 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974

LUCILE MCVEY DUNN, LUCILE MCVEY DUNN
TRUST U/A DTD 12/19/1991
C/O TRUSTEE OF LUCILE MCVEY DUNN TRUST U/A
DTD 12/19/1991
1775 S SAN GABRIEL BLVD
SAN MARINO, CA 91108

LUCY A O'CONNOR TRUST
BANK OF AMERICA
C/O OFFICER OR MANAGING AGENT
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

LUCY A O'CONNOR TRUST
C/O TRUSTEE FOR LUCY A O'CONNOR TRUST
BANK OF AMERICA
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

LVIP SSGA S&P 500 INDEX FUND
C/O OFFICER OR MANAGING AGENT
1300 SOUTH CLINTON STEREET
FORT WAYNE, IN 46802

LYONDELL CHEMICAL CO. DEFINED BENEFIT PLAN
LCV
C/O OFFICER OR MANAGING AGENT
ONE HOUSTON CTR, STE 700
1221 MCKINNEY ST
HOUSTON, TX 77010

LYXOR/BLACK DIAMOND ARBITRAGE FUND
LIMITED
C/O OFFICER OR MANAGING AGENT
CARLSON CAPITAL L.P.
2100 MCKINNEY AVENUE, SUITE 1800
DALLAS, TX 75201

M & J INVESTMENT GROUP L.P.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

M&T BANK VISION MID CAP STOCK FUND
C/O OFFICER OR MANAGING AGENT
100 EAST PRATT ST, 15TH FLOOR
BALTIMORE, MD 21202

MACARTHUR FOUNDATION SCV
C/O OFFICER OR MANAGING AGENT
140 SOUTH DEARBORN ST, STE 1200
CHICAGO, IL 60603

MADISON STREET FUND QP FUND LP
ATTN: DREW HAYWORTH
5613 DTC PARKWAY, SUITE 310
GREENWOOD VILLAGE, CO 80111-3031

MADISON STREET FUND QP FUND LP
C/O OFFICER OR MANAGING AGENT
5613 DTC PARKWAY, SUITE 310
GREENWOOD VILLAGE, CO 80111-3031

MADISON STREET FUND, L.P.
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

MAIN STREET AMERICA ASSURANCE CO.
ATTN: MR. TOM FRASER
55 WEST STREET
KEENE, NH 03431

MAIN STREET AMERICA ASSURANCE CO.
C/O OFFICER OR MANAGING AGENT
55 WEST STREET
KEENE, NH 03431

MANAGED PORTFOLIO OF THE EQUITRUST
VARIABLE INSURANCE SERIES FUND
C/O FBL FINANCIAL GROUP INC.
ATTN: MICHELLE INGLE LEGAL
5400 UNIVERSITY AVENUE
WEST DES MOINES, IA 50266

MANAGED PORTFOLIO OF THE EQUITRUST
VARIABLE INSURANCE SERIES FUND
C/O OFFICER OR MANAGING AGENT
FBL FINANCIAL GROUP INC.
5400 UNIVERSITY AVENUE
WEST DES MOINES, IA 50266

MANVILLE PERSONAL INJURY SETTLEMENT TRUST
C/O TRUSTEE FOR MANVILLE PERSONAL INJURY
SETTLEMENT TRUST
4 TRINITY PASS
POUND RIDGE, NY 10576

MAPLE PARTNERS AMERICA INC.
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

MARCH GLOBAL ASSOCIATES, LLC
NOUBAR TOROSSIAN
CONTROLLER
555 5TH AVENUE, #14
NEW YORK, NY 10017

MARGARET DURKIN AND JIM ROCHE
302 WISNER ST
PARK RIDGE, IL 60068

MARGARET G ARNONE
3200 BEL AIR DRIVE
LAS VEGAS, NV 89109

MARGARET K. CRANE TRUST
C/O MARGARET K. CRANE OR CURRENT TRUSTEE
863 PEMBRIDGE DR
LAKE FOREST, IL 60045-4202

MARGARET MCKENZIE, MARGARET MCKENZIE
LIVING TST U/A DTD 02/23/1994
C/O SAN PASQUAL FIDUCIARY TRUST CO.
RICHARD S. ARNOLD
624 SOUTH GRAND AVE., SUITE 2625
LOS ANGELES, CA 90017

MARGARET R CONIGLIO TRUST U/A DTD 08/22/1989
C/O MARGARET R. CONIGLIO OR CURRENT
TRUSTEE
36 PARSONS HILL RD
WENHAM, MA 01984

MARGARET S RITCH
4701 CONNECTICUT AVE NW
APT 103
WASHINGTON, DC 20008

MARIAN P. JAMES TR/IMA
C/O TRUSTEE FOR MARIAN P. JAMES TR/IMA
27 ATLANTIC DR
LITTLE COMPTON, RI 02837-1404

MARK A HUGHES & DANICA F HUGHES
1418 PASQUALITO DR
SAN MARINO, CA 91108

MARK ALLEN ITKIN TRUST 36966
C/O MARK A. ITKIN OR CURRENT TRUSTEE
9240 SWALLOW DR
LOS ANGELES, CA 90069-1128

MARK DOMAS
PO BOX 41
MONTCLAIR, CA 91763

MARK GOLDSTEIN, GENERAL COUNSEL
FIRST EAGLE INVESTMENT MANAGEMENT, LLC
AN ARNHOLD AND S. BLEICHROEDER COMPANY
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105-4300

MARK I. SEIDEN
1920 BISHOP ROAD
BELMONT, CA 94002

MARK N. PARRY, ESQUIRE
MOSES & SINGER LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY  10174-1299

MARK PETTIJOHN (AS BENFICIARY OF ELAINE W.
PETTIJOHN IRREVOCABLE TRUST)
427 OLD MAGNOLIA ROAD
CRAWFORDVILLE, FL  32327

MARK S. & DONNA C. LIES
4570 FOXTAIL CIRCLE
GREENWOOD VLG, CO 80121-3942

MARK W. MADIGAN AND STEPHANIE A. MADIGAN
1250 LINDENWOOD DR
WINNETKA, IL 60093

MARSHFIELD CLINIC MASTER TRUST
C/O OFFICER OR MANAGING AGENT
82 DEVONSHIRE ST
BOSTON, MA 02109-3614

MARTHA POPE
173 DORCHESTER ROAD
SCARSDALE, NY 10583-6052

MARTIN J. CRISP, ESQUIRE
ROPES & GRAY
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

MARY ANNE VYDRA U/A/D 03-10-2006
C/O MARY ANNE VYDRA OR CURRENT TRUSTEE
6516 W. HIGHLAND AVE
CHICAGO, IL 60631-2016

MARY EATON
WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
NEW YORK, NY  10019-6099

MARY K LAWLER U/A DTD 06/18/1996
C/O MARY K. LAWLER OR CURRENT TRUSTEE
290 BAY AVE
HALESITE, NY 11743

MARY NEVILLE HANKEY
3457 MEADOWLAKE LANE
HOUSTON, TX 77027-4106

MARY SHAW MCCUTCHEON TRUST, U/A DTD
10/26/1987
C/O J MCCUTCHEON III OR CURRENT TRUSTEE
3400 RESERVOIR RD NW
WASHINGTON, DC 20007-2328

MASS MUTUAL SELECT INDEXED EQUITY FUND
C/O OFFICER OR MANAGING AGENT
1295 STATE STREET
SPRINGFIELD , MA  01111

MASSMUTUAL PREMIER ENHANCED INDEX VALUE
FUND
C/O OFFICER OR MANAGING AGENT
1295 STATE STREET
SPRINGFIELD , MA 01111

MASSMUTUAL PREMIER SMALL COMPANY
OPPORTUNITIES FUND
C/O OFFICER OR MANAGING AGENT
1295 STATE STREET
SPRINGFIELD , MA 01111

MASSMUTUAL SELECT DIVERSIFIED VALUE FUND
C/O OFFICER OR MANAGING AGENT
1295 STATE STREET
SPRINGFIELD , MA 01111

MASSMUTUAL SELECT DIVERSIFIED VALUE FUND
C/O OFFICER OR MANAGING AGENT
1295 STATE STREET
SPRINGFIELD, MA  01111

MASSMUTUAL SELECT INDEXED EQUITY FUND
C/O OFFICER OR MANAGING AGENT
1295 STATE STREET
SPRINGFIELD , MA 01111

MASTER S&P 500 INDEX SERIES OF QUANTITATIVE
MASTER SERIES TRUST
C/O OFFICER OR MANAGING AGENT
100 BELLEVUE PARKWAY
WILMINGTON, DE  19809

MATSCO INCORPORATED
EQUITY PORTFOLIO
C/O OFFICER OR MANAGING AGENT
PO BOX 970
MARIETTA, GA 30061

MATTHEW HALBOWER
123 OXFORD ROAD
KENILWORTH, IL 60043-1206

MATTHEW R. KIPP, ESQUIRE
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

MATTHEW SOLUM
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY  10022

MAXIM SERIES FUND, INC.
MITCHELL THOMAS GRENFELL GRAYE, PRESIDENT
8515 EAST ORCHARD ROAD
GREENWOOD VILLAGE, CO 80111

MAXIM T. ROWE PRICE EQUITY/INCOME
PORTFOLIO
C/O OFFICER OR MANAGING AGENT
8515 E. ORCHARD ROAD
GREENWOOD VILLAGE, CO  80111

MC INVESTMENT PARTNERS LLC
C/O OFFICER OR MANAGING AGENT
12625 HIGH BLUFF DR
SAN DIEGO, CA 92130-2025

MCCONNELL FOUNDATION
C/O OFFICER OR MANAGING AGENT
800 SHASTA VIEW DRIVE
REDDING, CA 96003

MCWETHY J I/T SHRD
C/O OFFICER OR MANAGING AGENT
6720 N. SCOTTSDALE ROAD, SUITE 111
SCOTTSDALE, AZ 85253

MEL L. AND BETH JANE SHULTZ
27 BILTMORE ESTATES
PHOENIX, AZ 85016

MEL L.SHULTZ
27 BILTMORE ESTATES
PHOENIX, AZ 85016

MELISSA MONSON
471 BAILHACHE AVENUE
HEALDSBURG, CA 95448-9430

MELLON CAPITAL MANAGEMENT
ALEXANDER HUBERTS, PRESIDENT
50 FREMONT ST., SUITE 3900
SAN FRANCISCO, CA 94105

MER ROUGE PROPERTIES, LLC, SERIES A
C/O W JONES CO-TTEE/A WILLIAMS TR E OR
CURRENT TRUSTEE
3868 PLYMOUTH ROAD
PEPPER PIKE, OH 44124

MERCER GLOBAL INVESTMENTS
ATTN: MARK CLERMONT
99 HIGH STREET, 8TH FLOOR
BOSTON, MA 02110-1599

MERCER GLOBAL INVESTMENTS
C/O OFFICER OR MANAGING AGENT
99 HIGH STREET, 8TH FLOOR
BOSTON, MA 02110-1599

MERRILL LYNCH FINANCIAL MARKET EQUITY
FINANCING GROUP
ATTN: PATRICIA MOORE
250 VESEY STREET, 18TH FL
NEW YORK, NY 10080

MERRILL LYNCH FINANCIAL MARKET EQUITY
FINANCING GROUP
C/O OFFICER OR MANAGING AGENT
250 VESEY STREET, 18TH FL
NEW YORK, NY 10080

MERRILL LYNCH FINANCIAL MARKET
EQUITY FINANCING GROUP
SINGLE STOCK
ATTN: PATRICIA MOORE
250 VESEY STREET, 18TH FL
NEW YORK, NY 10080

MERRILL LYNCH FINANCIAL MARKET
EQUITY FINANCING GROUP
SINGLE STOCK
C/O OFFICER OR MANAGING AGENT
250 VESEY STREET, 18TH FL
NEW YORK, NY 10080

MERRILL LYNCH
C/O OFFICER OR MANAGING AGENT
4 WORLD FINANCIAL CENTER
250 VESEY ST
NEW YORK, NY 10080

METROPOLITAN LIFE INSURANCE CO
ATTN: NORA GERENA
1095 AVE OF THE AMERICAS
NEW YORK, NY 10036-3690

METROPOLITAN LIFE INSURANCE CO
C/O OFFICER OR MANAGING AGENT
1095 AVE OF THE AMERICAS
NEW YORK, NY 10036-3690

METROPOLITAN LIFE INSURANCE COMPANY
C/O OFFICER OR MANAGING AGENT
27-01 QUEENS PLAZA NORTH
LONG ISLAND CITY, NY 11101

METZNER FAMILY FOUNDATION 1M-579
C/O MARK J. METZNER OR CURRENT CUSTODIAN
3 LAKEWOOD DR
GLENCOE, IL 60022-1326

MFP INVESTORS LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE  19801

MGI US SMALL/MID CAP VALUE EQUITY FUND
C/O OFFICER OR MANAGING AGENT
1166 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

MICHAEL A SILVER
210 W SCOTT ST APT E
CHICAGO, IL 60610

MICHAEL A. CARDOZO
100 CHURCH STREET
NEW YORK, NY  10007

MICHAEL A. GOLD, ESQUIRE
ELIZABETH A. CULLEY, ESQUIRE
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 AVENUE OF THE STARS, SEVENTH FLOOR
LOS ANGELES, CA 90067-4308

MICHAEL DOCKTERMAN, ESQUIRE
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 WEST WACKER DRIVE
SUITE 3000
CHICAGO, IL 60606

MICHAEL E. BEE TRUST UAD 10/20/2003
C/O MICHAEL E. BEE OR CURRENT TRUSTEE
2569 NORFOLK RD
CLEVELAND HEIGHTS, OH 44106

MICHAEL EIGNER & LINDA EIGNER
3674 TOULOUSE DRIVE
PALM BEACH GARDENS, FL 33410

MICHAEL G. MURPHY AND MARY THERESE
MURPHY
76 PINEHURST CT
ROTONDA WEST, FL 33947-2013

MICHAEL K REILLY TRUST U/A DTD 09/25/1995
C/O MICHAEL K. REILLY OR CURRENT TRUSTEE
7861 SE GOLFHOUSE DR
HOBE SOUND, FL 33455-8011

MICHAEL LOEB
91 CENTRAL PARK WEST
NEW YORK, NY 10023-4609

MICHAEL P. RICHMAN
PATTON BOGGS LLP
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

MICHAEL PLONSKI AND NEDRA PLONSKI
2207 WINDWARD LN
NEWPORT BEACH, CA 92660-3715

MICHAEL R QUINLAN U/A DTD 09/04/1979
C/O MICHAEL R. QUINLAN OR CURRENT TRUSTEE
4 CHARLETON PL
OAK BROOK, IL 60523

MICHAEL T. HANNAFAN
BLAKE T. HANNAFAN
HANNAFAN & HANNAFAN, LTD.
ONE EAST WACKER DRIVE
SUITE 2800
CHICAGO, IL 60601

MID-ATLANTIC REG COU CARP PENSION PL
C/O OFFICER OR MANAGING AGENT
GEMGROUP
6009 OXON HILL ROAD, SUITE #416
OXON HILL, MD 20745

MILIKEN STOCK FUND (7R)
C/O OFFICER OR MANAGING AGENT
T ROWE PRICE TRUST CO
100 EAST PRATT STREET
BALTIMORE, MD 21202

MILL SHARES HOLDINGS (BERMUDA) LTD.
C/O OFFICER OR MANAGING AGENT
ONEBEACON INSURANCE CO.
ATTN: MR. BRAD RICH, GENERAL COUNSEL
ONE BEACON LANE
CANTON, MA 02021

MILLENCO LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

MINI TR U/A EDWARD H LINDSAY
C/O TRUSTEE FOR MINI TR U/A EDWARD H
LINDSAY
BANK OF AMERICA
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

MINNESOTA STATE BOARD OF INVESTMENT
HOWARD BICKER
EXECUTIVE DIRECTOR
60 EMPIRE DRIVE SUITE 355
SAINT PAUL, MN 55103

MINNETTE R. ECKHOUSE TRUST #502 U/W/O
C/O JAMES H. ECKHOUSE AND JILL E. BERUBE OR
CURRENT TRUSTEES
4222 MURIETTA AVENUE
SHERMAN OAKS, CA 91423-4225

MIRIAM A. PAWEL
1091 LINDA GLEN DR
PASADENA, CA 91105

MIRIAM SUSAN ZACH
1719 NW 23RD AVE APT 2D
GAINESVILLE, FL 32605-3006

ML EQUITY INDEX TRUST
C/O OFFICER OR MANAGING AGENT
MERRILL LYNCH TRUST COMPANY
101 HUDSON ST # 8
JERSEY CITY, NJ 07302

ML LARGE CAPITALIZATION IN MERRILL LYNCH
TRUST COMPANY
ATTN: DAVE BERNAL
101 HUDSON ST # 8
JERSEY CITY, NJ 07302

ML LARGE CAPITALIZATION IN MERRILL LYNCH
TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
101 HUDSON ST # 8
JERSEY CITY, NJ 07302

MML BLEND FUND
C/O OFFICER OR MANAGING AGENT
1295 STATE STREET
SPRINGFIELD , MA 01111

MML EQUITY INCOME FUND
C/O OFFICER OR MANAGING AGENT
1295 STATE STREET
SPRINGFIELD , MA 01111

MML EQUITY INCOME FUND
C/O OFFICER OR MANAGING AGENT
1295 STATE STREET
SPRINGFIELD, MA  01111

MML EQUITY INDEX FUND
C/O OFFICER OR MANAGING AGENT
1295 STATE STREET
SPRINGFIELD , MA 01111

MONICA K. HINMAN
9231 SOUTH 86TH COURT
HICKORY HILLS, IL 60457-1705

MORGAN STANLEY
C/O OFFICER OR MANAGING AGENT
ONE PIERPONT PLAZA
BROOKLYN, NY 11201

MR BERNARD E WATERMAN AND MRS EDITH B
WATERMAN
3719 CENTRAL AVENUE
FORT MYERS, FL 33901

MR KENNETH PETERSEN
11 WALDRON DRIVE
MARTINVILLE, NJ 08836-2201

MR MICHAEL W DUNAWAY U/A/D 07-05-1991
FBO DUNAWAY FAMILY TRUST
C/O MRS TRUDY V DUNAWAY OR CURRENT
TRUSTEE
1223 PACIFIC OAKS PL. STE 102
ESCONDIDO, CA 92029-2913

MR RICHARD M ADER
3250 SANDOWN PARK RD
KESWICK, VA 22947

MR ROBERT R BLEND, BLEND DECEDENT'S TRUST,
UAD 12/2/99
C/O THOMAS R BLEND OR CURRENT TRUSTEE
7900 N LA CANADA #2121
TUCSON, AZ 85704-2079

MR SPENCER W BEARD AND MRS SHARRON R
BEARD
6541 FIREBRAND ST
LOS ANGELES, CA 90045

MS ALICE C. GARNER
6720 N SCOTTSDALE RD STE 220
SCOTTSDALE, AZ 85253-4401

MS ANNA H DEMING
38 KILLDEER RD
HAMDEN, CT 06517-3528

MS CAROL FORACE
2000 LINWOOD AVE APT 14C
FORT LEE, NJ 07024

MS S&P 500 INDEX FUND
C/O OFFICER OR MANAGING AGENT
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

MS SELECT-VALUE ADDED MARKET
C/O OFFICER OR MANAGING AGENT
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

MS. BLANDINA ROJEK
SMOKE RISE FARM
SOUTH WOODSTOCK, VT 05071

MTB MID CAP STOCK FUND
C/O OFFICER OR MANAGING AGENT
100 E PRATT STREET
BALTIMORE, MD 21202

MUNDER INDEX 500 FUND
C/O OFFICER OR MANAGING AGENT
MUNDER CAPITAL MANAGEMENT
480 PIERCE STREET
BIRMINGHAM, MI 48009

MUNDER INDEX 500 FUND
MUNDER CAPITAL MANAGEMENT
ATTN: CHERIE UGOROWSKI / DAVE RUMPH
480 PIERCE STREET
BIRMINGHAM, MI 48009

MUTUAL OF AMER LIFE INS COA/C EQUITY-INDEX
FUND MACM 8
C/O OFFICER OR MANAGING AGENT
320 PARK AVENUE
NEW YORK, NY 10022-6815

MUTUAL OF AMERICA CAPITAL MANAGEMENT
CORPORATION
AMIR LEAR
PRESIDENT AND CHIEF OPERATING OFFICER
320 PARK AVENUE
NEW YORK, NY 10022

MUTUAL OF AMERICA CAPITAL MANAGEMENT
CORPORATION
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

MUTUAL OF AMERICA INSTITUTIONAL FUNDS, INC.
GEORGE L. MEDLIN
CHIEF FINANCIAL OFFICER AND TREASURER
320 PARK AVENUE
NEW YORK, NY 10022

MUTUAL OF AMERICA INVESTMENT CORP.
C/O OFFICER OR MANAGING AGENT
320 PARK AVENUE
NEW YORK, NY 10222

MUTUAL OF AMERICA INVESTMENT CORPORATION
GEORGE L. MEDLIN
CHIEF FINANCIAL OFFICER AND TREASURER
320 PARK AVENUE
NEW YORK, NY 10022

MYRNA RAMIREZ AND MONSERRATE RAMIREZ
4015 70TH AVE E
ELLENTON, FL 34222

MYRON L. HENDRIX
1189 LASCOMBES
BOURBONNAIS, IL 60914-4536

NANCY A COOK
1112 CAMINO SAN ACACIO
SANTA FE, NM 87505

NANCY CROSSMAN
1209 N ASTOR ST APT 6S
CHICAGO, IL 60610-2655

NANCY EVERETT
NICOLE E. WRIGLEY
WINSTON & STRAWN LLP
35 W. WACKER AVE.
CHICAGO, IL 60601-9703

NANCY G. LEZETTE
144 LOOMIS RD
CHATHAM, NY 12037-9790

NATIONAL ASBESTOS WORKERS PENSION FUND
C/O OFFICER OR MANAGING AGENT
CARDAY ASSOCIATES
7130 COLUMBIA GATEWAY DRIVE, STE A
COLUMBIA, MD 21046

NATIONAL AUTOMATIC SPRINKLER INDUSTRY
PENSION FUND
C/O OFFICER OR MANAGING AGENT
NATIONAL AUTOMATIC SPRINKLER INDUSTRY
8000 CORPORATE DRIVE
LANDOVER, MD 20785

NATIONAL AUTOMATIC SPRINKLER INDUSTRY
PENSION FUND
NATIONAL AUTOMATIC SPRINKLER INDUSTRY
ATT: MICHAEL JACOBSON, FUND ADMINISTRATOR
8000 CORPORATE DRIVE
LANDOVER, MD 20785

NATIONAL ELECTRICAL BENEFIT FUND TRUST
C/O OFFICER OR MANAGING AGENT
2400 RESEARCH BLVD, SUITE 500
ROCKVILLE, MD 20850

NATIONAL ELECTRICAL BENEFIT FUND
ATTN: TERRANCE MOLOZNIK
900 SEVENTH STREET N.W.
WASHINGTON, DC 20001

NATIONAL ELECTRICAL BENEFIT FUND
C/O OFFICER OR MANAGING AGENT
900 SEVENTH STREET N.W.
WASHINGTON, DC 20001

NATIONAL GEOGRAPHIC SOCIETY, MCV
C/O OFFICER OR MANAGING AGENT
1145 17TH ST, NW
WASHINGTON, DC 20036

NATIONAL GRANGE MUTUAL
C/O OFFICER OR MANAGING AGENT
MAIN STREET AMERICA
55 WEST ST
KEENE, NH 03431

NATIONAL GRANGE MUTUAL
MAIN STREET AMERICA
ATTN: TOM FRAZIER
55 WEST ST
KEENE, NH 03431

NATIONAL RAILROAD RETIREMENT INVESTMENT
TRUST
ATTN: GRACE RESSLER OR CATHERINE LYNCH
1250 EYE STREET, N.W., SUITE 500
WASHINGTON, DC 20005-5930

NATIONAL RAILROAD RETIREMENT INVESTMENT
TRUST
C/O OFFICER OR MANAGING AGENT OR CURRENT
TRUSTEE
1250 EYE STREET, N.W., SUITE 500
WASHINGTON, DC 20005-5930

NATIONAL ROOFING INDUSTRY PENSION FUND
C/O OFFICER OR MANAGING AGENT
1600 L STREET, NW, STE 800
WASHINGTON, DC 20036

NATIONWIDE FUND ADVISORS F/K/A GARTMORE
MUTUAL FUND CAPITAL TRUST
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE  19801

NATIONWIDE FUNDS
C/O OFFICER OR MANAGING AGENT
1000 CONTINENTAL DRIVE, SUITE 400
KING OF PRUSSIA, PA  19406

NATIONWIDE MUTUAL FUNDS F/K/A GARTMORE
MUTUAL FUNDS
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE  19808

NATIXIS FINANCIAL PRODUCTS INC PORTFOLIO
MARGIN ACCOUNT
C/O OFFICER OR MANAGING AGENT
NATIXIS FINANCIAL PRODUCTS INC
9 WEST 57TH STREET, 36TH FL
NEW YORK, NY 10019-2704

NEAL CREIGHTON AND JOAN H CREIGHTON
PO BOX 507
LANCASTER, VA 22503-0507

NEAL R. TROUM, ESQUIRE
STRADLEY RONON STEVENS & YOUNG, LLP
30 VALLEY STREAM PARKWAY
MALVERN, PA 19355-1481

NEW EAGLE HOLDINGS LLC
RISK ARBITRAGE
C/O ASB ADVISORS LLC
ATTN: ANGELO LEWNES
1345 AVENUE OF AMERICAS
NEW YORK, NY 10105

NEW EAGLE HOLDINGS LLC
RISK ARBITRAGE
C/O OFFICER OR MANAGING AGENT
ASB ADVISORS LLC
1345 AVENUE OF AMERICAS
NEW YORK, NY 10105

NEW ENGLAND HEALTH CARE EMPLOYEES
PENSION FUND
C/O OFFICER OR MANAGING AGENT
77 HUYSHOPE AVE, 2ND FLOOR
HARTFORD, CT 06106

NEW JERSEY TRANSIT - MTA ALLOCATION
C/O OFFICER OR MANAGING AGENT
ONE PENN PLAZA E
NEWARK, NJ 07105-2246

NEW JERSEY TRANSIT CORPORATION LCV
C/O OFFICER OR MANAGING AGENT
180 BOYDEN AVE
MAPLEWOOD, NJ 07040

NEW YORK CITY BOARD OF EDUCATION
RETIREMENT SYSTEM
ATTN: LEGAL DEPARTMENT
65 COURT STREET, 16TH FLOOR
BROOKLYN, NY 11201

NEW YORK CITY DEFERRED COMPENSATION PLAN
C/O OFFICER OR MANAGING AGENT
40 RECTOR STREET, 3RD FLOOR
NEW YORK, NY 10006

NEW YORK CITY DISTRICT COUNCIL CARPENTERS
PENSION FUND LCV
C/O OFFICER OR MANAGING AGENT
395 HUDSON STREET, 9TH FLOOR
NEW YORK, NY 10014

NEW YORK LIFE INSURANCE CO.
C/O OFFICER OR MANAGING AGENT
51 MADISON AVENUE, ROOM 209
NEW YORK, NY 10010

NEW YORK STATE COMMON RETIREMENT FUND
C/O OFFICER OR MANAGING AGENT
110 STATE STREET
ALBANY , NY 12236

NEW YORK STATE INSURANCE FUND
C/O OFFICER OR MANAGING AGENT
199 CHURCH ST
NEW YORK, NY 10007

NEW YORK STATE TEACHERS RET SYSTEM
(NYSTRS)
ATTN: DAN BARZOWSKAS
10 CORPORATE WOODS DRIVE
ALBANY, NY 12211-2395

NEW YORK STATE TEACHERS RET SYSTEM
(NYSTRS)
C/O OFFICER OR MANAGING AGENT
10 CORPORATE WOODS DRIVE
ALBANY, NY 12211-2395

NGM INSURANCE COMPANY
ATTN: MR. TOM FRASER
55 WEST STREET
KEENE, NH 03431

NGM INSURANCE COMPANY
C/O OFFICER OR MANAGING AGENT
55 WEST STREET
KEENE, NH 03431

NICHOLAS H. WERTHMAN
2434 24TH STREET
SAN FRANCISCO, CA 94110-3507

NINTH STREET PARTNERS LTD.
C/O OFFICER OR MANAGING AGENT
P.O. BOX 770249
WINTER GARDENS, FL 34777-0249

NJ TRANSIT AMALGAMATED TRANSIT UNION LCV
C/O OFFICER OR MANAGING AGENT
180 BOYDEN AVE
MAPLEWOOD, NJ 07040

NON-REPRESENTABLE HEALTH CARE TRUST
C/O TRUSTEE FOR NON-REPRESENTABLE HEALTH
CARE TRUST
BELLSOUTH CORP.
FIRST QUADRANT
800 EAST COLORADO BOULEVARD SUITE 900
PASADENA, CA 91101

NORMA B. WEBB
P.O. BOX 187
LURAY, VA 22835

NORMAN M. MONHAIT, ESQUIRE
ROSENTHAL, MONHAIT & GODDESS, PA
919 MARKET STREET, SUITE 1401
P.O. BOX 1070
WILMINGTON, DE 19899

NORTH DAKOTA STATE INVESTMENT BOARD
PENSION TRUST
C/O OFFICER OR MANAGING AGENT
PO BOX 7100
BISMARCK, ND 58507

NORTHERN LARGE CAP VALUE FUND
ATTN: ERIC SCHWEITZER, SR. VICE PRESIDENT
50 SOUTH LASALLE ST.
CHICAGO, IL 60603

NORTHERN LARGE CAP VALUE FUND
C/O OFFICER OR MANAGING AGENT
50 SOUTH LASALLE ST.
CHICAGO, IL 60603

NORTHERN MULTI MANAGER MID CAP FUND
C/O OFFICER OR MANAGING AGENT
THE NORTHERN TRUST COMPANY OF
CONNECTICUT
300 ATLANTIC STREET, STE 400
STAMFORD, CT 06901

NORTHERN TRUST CC AFGT MCV
C/O OFFICER OR MANAGING AGENT
THE NORTHERN TRUST COMPANY OF
CONNECTICUT
300 ATLANTIC STREET, STE 400
STAMFORD, CT 06901

NORTHERN TRUST CC EBT MCV
C/O OFFICER OR MANAGING AGENT
THE NORTHERN TRUST COMPANY OF
CONNECTICUT
300 ATLANTIC STREET, STE 400
STAMFORD, CT 06901

NORTHWESTERN MUTUAL LIFE
C/O OFFICER OR MANAGING AGENT
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

NORTHWESTERN MUTUAL SERIES FUND INC.
INDEX 500 PORTFOLIO
ATTN: CLAY GREENE ASSISTANT GENERAL
COUNSEL OR OFFICER OR MANAGING AGENT
THE NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

NORTHWESTERN MUTUAL SERIES FUND INC.
SMALL CAP VALUE PORTFOLIO
C/O OFFICER OR MANAGING AGENT
THE NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY
GENERAL COUNSEL
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

NORTHWESTERN MUTUAL SERIES FUND INC.
SMALL CAP VALUE PORTFOLIO
C/O THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY
ATTN: CLAY GREENE ASSISTANT GENERAL
COUNSEL
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

NORTHWESTERN MUTUAL SERIES FUND INC.
MR MARK GEORGE DOLL
PRESIDENT
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

NORTHWESTERN MUTUAL SERIES FUND, INC.
PATRICIA L. VAN KAMPEN
PRESIDENT
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

NORTHWESTERN MUTUAL SERIES FUND, INC.,
EQUITY INCOME PORTFOLIO
C/O OFFICER OR MANAGING AGENT
THE NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI  53202

NORTHWESTERN MUTUAL
C/O THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY
ATTN: CLAY GREENE, ASSISTANT GENERAL
COUNSEL
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

NT COLLECTIVE RUSSELL 1000 VALUE INDEX FUND
- LENDING
ATTN: ERIC SCHWEITZER, SR. VICE PRESIDENT
50 SOUTH LASALLE ST.
CHICAGO, IL 60603

NT COLLECTIVE RUSSELL 1000 VALUE INDEX FUND
- LENDING
C/O OFFICER OR MANAGING AGENT
50 SOUTH LASALLE ST.
CHICAGO, IL 60603

NT COLLECTIVE S&P 500 INDEX FUND LENDING
ATTN: ERIC SCHWEITZER, SR. VICE PRESIDENT
50 SOUTH LASALLE ST.
CHICAGO, IL 60603

NT COLLECTIVE S&P 500 INDEX FUND LENDING
C/O OFFICER OR MANAGING AGENT
50 SOUTH LASALLE ST.
CHICAGO, IL 60603

NT COLLECTIVE S&P 500 INDEX FUND NON
LENDING
ATTN: ERIC SCHWEITZER, SR. VICE PRESIDENT
50 SOUTH LASALLE ST.
CHICAGO, IL 60603

NT COLLECTIVE S&P 500 INDEX FUND NON
LENDING
C/O OFFICER OR MANAGING AGENT
50 SOUTH LASALLE ST.
CHICAGO, IL 60603

NTGI-QM COMMON DAILY S&P 500 EQUITY INDEX
FUND - LENDING
ATTN: ERIC SCHWEITZER, SR. VICE PRESIDENT
50 SOUTH LASALLE ST.
CHICAGO, IL 60603

NTGI-QM COMMON DAILY S&P 500 EQUITY INDEX
FUND - LENDING
C/O OFFICER OR MANAGING AGENT
50 SOUTH LASALLE ST.
CHICAGO, IL 60603

NUVEEN EQUITY INDEX FUND
C/O OFFICER OR MANAGING AGENT
NUVEEN INVESTMENTS LLC
333 WEST WACKER DRIVE
CHICAGO, IL 60606

NUVEEN EQUITY INDEX FUND
NUVEEN INVESTMENTS LLC
ATTN: STEPHEN D FOY
333 WEST WACKER DRIVE
CHICAGO, IL 60606

NY STATE INSURANCE FUND
C/O OFFICER OR MANAGING AGENT
199 CHURCH STREET
NEW YORK, NY 10007

NYC DISTRICT COUNCIL CARPENTERS PENSION
C/O OFFICER OR MANAGING AGENT
395 HUDSON ST, 9 FL
NEW YORK, NY 10014

NYC DISTRICT COUNCIL CARPENTERS WELFARE
C/O OFFICER OR MANAGING AGENT
395 HUDSON ST, 9FL
NEW YORK, NY 10014

NYC FIRE RETIREMENT SYSTEM
C/O OFFICER OR MANAGING AGENT
NYC RETIREMENT SYSTEM
1 CENTRE STREET
NEW YORK, NY 10007

NYC POLICE OFFICERS VARIABLE
C/O OFFICER OR MANAGING AGENT
NYC RETIREMENT SYSTEMS
1 CENTRE STREET
NEW YORK, NY 10007

NYC POLICE RETIREMENT SYSTEM
C/O OFFICER OR MANAGING AGENT
NYC RETIREMENT SYSTEM
1 CENTRE STREET
NEW YORK, NY 10007

NYC POLICE SUPERIORS VARIABLE
C/O OFFICER OR MANAGING AGENT
NYC RETIREMENT SYSTEMS
1 CENTRE STREET
NEW YORK, NY 10007

NYLIM-QS LARGE CAP ENHANCED FUND LP
C/O OFFICER OR MANAGING AGENT
51 MADISON AVE, 2ND FLOOR
NEW YORK, NY 10010

O.C. SMITH & P.L. PIERCE JOINT REV LIVING TRUST
DTD 7/18/2005
C/O PATRICIA L. PIERCE OR CURRENT TRUSTEE
P.O. BOX 11
MENASHA, WI 54952-0011

OHIO BUREAU OF WORKERS COMPENSATION
C/O OFFICER OR MANAGING AGENT
30 W. SPRING STREET
COLUMBUS, OH 43215

OHIO BUREAU OF WORKERS' COMPENSATION
C/O OFFICER OR MANAGING AGENT
30 WEST SPRING ST, SUITE L-27
COLUMBUS , OH 43266-0561

OHIO CARPENTERS' PENSION FUND
ATTN: JAMES J. DEMPSEY
3611 CHESTER AVE.
CLEVELAND, OH 44114

OHIO CARPENTERS' PENSION FUND
C/O OFFICER OR MANAGING AGENT
3611 CHESTER AVE.
CLEVELAND, OH 44114

OHIO NATIONAL FUND, INC. BLUE CHIP FUND
ATTN: JOSEPH M. FISCHER
ONE FINANCIAL WAY
CINCINNATI, OH 45242

OHIO NATIONAL FUND, INC. BLUE CHIP FUND
C/O OFFICER OR MANAGING AGENT
ONE FINANCIAL WAY
CINCINNATI, OH 45242

OHIO NATL FUND, INC. STRATEGIC VALUE
PORTFOLIO
C/O OFFICER OR MANAGING AGENT
OHIO NATIONAL FINANCIAL SERVICES
ONE FINANCIAL WAY
CINCINNATI, OH 45242

OHIO NATL FUND, INC. STRATEGIC VALUE
PORTFOLIO
OHIO NATIONAL FINANCIAL SERVICES
ATTN: TODD BROCKMAN
ONE FINANCIAL WAY
CINCINNATI, OH 45242

OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM
ATTN: KAREN E. CARRAHER
DIRECTOR - FINANCE
277 EAST TOWN STREET
COLUMBUS, OH 43215

OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM
C/O OFFICER OR MANAGING AGENT
277 EAST TOWN STREET
COLUMBUS, OH 43215

OHLSON ENTERPRISES
C/O OFFICER OR MANAGING AGENT
610 N WILLIAM ST
JOLIET, IL 60435

OLIN CORP.
C/O OFFICER OR MANAGING AGENT
190 CARONDELET PLAZA, STE 1530
CLAYTON, MO 63105

OMAR F. JOHNSON, JR.
PO BOX 271
PLS VRDS EST, CA 90274-0271

OMIMEX INVESTMENTS, LLC
C/O OFFICER OR MANAGING AGENT
7950 JOHN T WHITE RD
FT WORTH, TX 76120-3608

ONE BEACON AMERICA INSURANCE
COMPANY
T. MICHAEL MILLER
PRESIDENT & CEO
ONE BEACON LANE
CANTON, MA 02021

ONEBEACON INSURANCE SAVINGS PLAN - FULLY
MANAGED
ATTN: MR. BRAD RICH, GENERAL COUNSEL
ONE BEACON LANE
CANTON, MA 02021

ONEBEACON INSURANCE SAVINGS PLAN - FULLY
MANAGED
C/O OFFICER OR MANAGING AGENT
ONE BEACON LANE
CANTON, MA 02021

OPPENHEIMER FUND INC
C/O OFFICER OR MANAGING AGENT
6803 S. TUCSON WAY
CENTENNIAL, CO 80112-3924

OPPENHEIMER MAIN STREET OPPORTUNITY FUND
(N/K/A OPPENHEIMER MAIN STREET SELECT FUND)
C/O OFFICER OR MANAGING AGENT
6803 SOUTH TUSCON WAY
CENTENNIAL, CO  80112-3924

OPPENHEIMER MAIN STREET SMALL CAP FUND/VA
C/O OFFICER OR MANAGING AGENT
6803 SOUTH TUSCON WAY
CENTENNIAL, CO  80112-3924

OPPORTUNITY PARTNERS LP
C/O OFFICER OR MANAGING AGENT
60 HERITAGE DRIVE
PLEASANTVILLE, NY 10570-1419

OPTION OPPORTUNITIES COMPANY
C/O OFFICER OR MANAGING AGENT
339 SHERIDAN ROAD
WINNETKA, IL 60093-4227

OSBORNE INTERIN TST DTD 2/7/02
C/O TRUSTEE FOR OSBORNE INTERIN TST DTD
2/7/02
2307 LAKE SHORE DRIVE
LEAGUE CITY, TX  77573

PA MUNICIPAL RETIREMENT SYSTEM LCV
C/O OFFICER OR MANAGING AGENT
PO BOX 1165
HARRISBURG, PA 17108-1165

PACIFIC HEIGHTS ASSET MANAGEMENT, LLC
ATTN: OFFICER OR DIRECTOR
600 MONTGOMERY STREET, SUITE 4100
SAN FRANCISCO CA 94111-2816

PACIFIC SELECT FUND - EQUITY INDEX PORTFOLIO
C/O OFFICER OR MANAGING AGENT
700 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA  92660-6397

PACIFICORP RETIREMENT PLAN
ATTN: MR. FRANK BURKHARTSMEYER
825 NE MULTNOMAH ST, 19TH FLOOR
PORTLAND, OR 97232-4116

PACIFICORP RETIREMENT PLAN
C/O OFFICER OR MANAGING AGENT
825 NE MULTNOMAH ST, 19TH FLOOR
PORTLAND, OR 97232-4116

PACIFICORP
C/O OFFICER OR MANAGING AGENT
4551 ATHERTON DR
SALT LAKE CITY, UT 04123-3400

PACTIV CORPORATION
ATTN: JASON P. SMITH
1900 WEST FIELD COURT
LAKE FOREST, IL 60045

PACTIV CORPORATION
C/O OFFICER OR MANAGING AGENT
1900 WEST FIELD COURT
LAKE FOREST, IL 60045

PALMER & DODGE A/C F/B/O PALMER & DODGE
C/O OFFICER OR MANAGING AGENT
111 HUNTINGTON AVE
BOSTON, MA 02199-7613

PALOMA SECURITIES LLC
PAUL BESIGNANO, VICE PRESIDENT
TWO AMERICAN LANE
GREENWICH, CT 06836

PALOMA SECURITIES, LLC
C/O OFFICER OR MANAGING AGENT
SUNRISE PARTNERS
TWO AMERICAN LANE
GREENWICH, CT  06836

PANDION II CHARITABLE REMAINDER UNITRUST
U/A DTD 12/22/2005
C/O PETER R. BRINCKERHOFF OR CURRENT
TRUSTEE
25 LAKE DR
RIVERSIDE, CT 06878

PANDORA SELECT PARTNERS, LP
C/O OFFICER OR MANAGING AGENT
3033 EXCELSIOR BLVD, SUITE 300
MINNEAPOLIS, MN  55416

PAPER PRODUCTS LOCAL 27 PENSION FUND
C/O OFFICER OR MANAGING AGENT
45-18 COURT SQUARE, STE 600
LONG ISLAND CITY, NY 11101

PAROCHIAL EMPLOYEES RETIREMENT SYSTERM
LOUISIANA
C/O OFFICER OR MANAGING AGENT
7905 WRENWOOD BLVD
BATON ROUGE, LA 70809

PATIENCE HUMPHREY
1422 EUCLID AVE., #1030
CLEVELAND, OH 44115-2001

PATRICIA FULTON EEK REV TR U/A DTD 09/25/1987
C/O NATHANIEL SISSON EEK OR CURRENT
TRUSTEE
800 W IMHOFF RD
NORMAN, OK 73072-7538

PATRICIA I WALSH
823 ASHLAND AVE
RIVER FOREST, IL 60305

PATRICK G RYAN
C/O RYAN ENTERPRISES GROUP LLC
150 NORTH MICHIGAN AVE, SUITE 2100
CHICAGO, IL 60601-7559

PATRICK J. MCGLINN INDIVIDUAL RETIREMENT
ACCOUNT
C/O PATRICK J. MCGLINN OR CURRENT CUSTODIAN
2937 PRISCILLA AVE
HIGHLAND PARK, IL 60035-1363

PAUL C. KONRAD AND KIRSTEN KONRAD
1327 W WASHINGTON BLVD
CHICAGO, IL 60607

PAUL D BORMAN
719 MAPLEHILL LN
BIRMINGHAM, MI 48009-1675

PAUL M MAHONEY U/W/O PAUL P MAHONEY DTD
12/28/1978
C/O PAUL M. MAHONEY OR CURRENT TRUSTEE
150 W. FIRST ST #280
CLAREMONT, CA 91711-4739

PAUL R GERKEN
12 LAKE DRIVE SOUTH
PO BOX 102CI
NEW FAIRFIELD, CT 06812-3502

PAVERS & ROAD BUILDERS PENSION FUND
C/O OFFICER OR MANAGING AGENT
136-25 37TH AVE, 2ND FLOOR
FLUSHING, NY 11354

PEAK6 PERFORMANCE MANAGEMENT LLC
C/O OFFICER OR MANAGING AGENT
141 W. JACKSON BOULEVARD, SUITE 500
CHICAGO, IL 60604

PENNSYLVANIA GENERAL INSURANCE CO.
ATTN: MR. BRAD RICH
GENERAL COUNSEL
ONEBEACON INSURANCE CO.
ONE BEACON LANE
CANTON, MA 02021

PENNSYLVANIA GENERAL INSURANCE CO.
C/O OFFICER OR MANAGING AGENT
ONEBEACON INSURANCE CO.
ONE BEACON LANE
CANTON, MA 02021

PENNSYLVANIA MUNICIPAL RETIREMENT SYSTEM
C/O OFFICER OR MANAGING AGENT
EASTGATE CENTER, SUITE 301
1010 NORTH SEVENTH STREET
HARRISBURG, PA 17102

PENSION COMMINGLE FUND
C/O OFFICER OR MANAGING AGENT
THE SUMITOMO TRUST & BANKING CO. LTD.
TRUSTEE
527 MADISON AVENUE
NEW YORK, NY 10022

PENSION COMMINGLE FUND
C/O OFFICER OR MANAGING AGENT
THE SUMITOMO TRUST & BANKING CO. LTD.
TRUSTEE
528 MADISON AVENUE
NEW YORK, NY 10023

PENSION FUND ASSOCIATION FOR LOCAL
GOVERNMENT OFFICIALS
C/O OFFICER OR MANAGING AGENT
THE SUMITOMO TRUST & BANKING CO. LTD.
532 MADISON AVENUE
NEW YORK, NY 10027

PENSION FUND OF THE CHRISTIAN CHURCH
(DISCIPLES OF CHRIST)
C/O OFFICER OR MANAGING AGENT
130 EAST WASHINGTON ST., 11TH FLOOR
INDIANAPOLIS, IN 46204

PENSION RESERVES INVESTMENT TRUST FUND
C/O OFFICER OR MANAGING AGENT
PRIM BOARD
84 STATE STREET, SUITE 250
BOSTON, MA 02109

PENSION TRUST FUND LOCAL UNION #27
C/O OFFICER OR MANAGING AGENT
45-18 COURT SQUARE, SUITE 600
LONG ISLAND CITY, NY 11101-4347

PETER G. LAGEN
9130 S OAKLEY AVENUE
CHICAGO, IL 60620-6220

PETER GUIRGUIS, ESQUIRE
FULBRIGHT & JAWORSKI L.L.P
666 FIFTH AVENUE
NEW YORK, NY 10103-3198

PETER RIZZO AND KIMBERLY RIZZO
2024 FRANKLIN DRIVE
GLENVIEW, IL 60026-1075

PETER W. KING
4807 E VILLA THERESA DR
SCOTTSDALE, AZ 85254

PFPC, INC.
ATTN: DANIEL BRAIDWOOD
163 BELLEVUE PARKWAY
WILMINGTON, DE 19809

PFPC, INC.
C/O OFFICER OR MANAGING AGENT
163 BELLEVUE PARKWAY
WILMINGTON, DE 19809

PG&E POSTRET. MEDICAL PLAN TR. MGMT &
NONBARGAINING UNIT RET.
C/O OFFICER OR MANAGING AGENT
ONE MARKET SPEAR TOWER, SUITE 2300
SAN FRANCISCO, CA 94105

PG&E QUAL CPUC NDT PARTNERSHIP
C/O OFFICER OR MANAGING AGENT
ONE MARKET SPEAR TOWER
SAN FRANCISCO, CA 94105

PHILIP B CHASE REVOCABLE TRUST, U/A/D 07/28/94
C/O CHASE L LEAVITT OR CURRENT TRUSTEE
4712 ADMIRALTY WAY #561
MARINA DEL REY, CA 90292-6905

PHILIP B DOHERTY TRUST U/A DTD 04/28/2000
C/O PHILIP B. DOHERTY OR CURRENT TRUSTEE
329 E MADISON ST
ELMHURST, IL 60126

PHILIPS ELECTRONICS N.A. CORP MASTER
RETIREMENT TRUST
C/O OFFICER OR MANAGING AGENT
PHILIPS ELECTRONICS OF N.A. CORP
3000 MINUTEMAN ROAD
BUILDING 1 - M/S 109
ANDOVER, MA 01810

PHOENISX INC
ARIEL/PHNX
C/O OFFICER OR MANAGING AGENT
200 E RANDOLPH, SUITE 2900
CHICAGO, IL 60601-6536

PINNACLE HEALTH SYSTEM BOARD DESIGNATED
LCV
C/O OFFICER OR MANAGING AGENT
PO BOX 8700
HARRISBURG, PA 17105-8700

PITTMAN TRUST
C/O OFFICER OR MANAGING AGENT
21523 SE 416TH ST
ENUMCLAW, WA 98022-9052

PLEIADES INVESTMENT PARTNERS - G, L.P.
ATTN: CHARLES KEATES
6022 WEST CHESTER PIKE
NEWTOWN SQUARE, PA 19073

PLEIADES INVESTMENT PARTNERS - G, L.P.
C/O OFFICER OR MANAGING AGENT
6022 WEST CHESTER PIKE
NEWTOWN SQUARE, PA 19073

PLUMBERS & PIPEFITTERS NATIONAL PENSION
FUND MCV
C/O OFFICER OR MANAGING AGENT
103 ORONOCO ST
ALEXANDRIA, VA 22314

PLUMBERS AND PIPEFITTERS LOCAL 507
C/O OFFICER OR MANAGING AGENT
1295 BUTTERFIELD ROAD
AURORA, IL 60504

POLICE RETIREMENT SYSTEM OF K.C., MISSOURI
LCV
C/O OFFICER OR MANAGING AGENT
1328 AGNES STREET
KANSAS CITY, MO 64127

POLLY H WERTHMAN IRRV TRUST UA
C/O TRUSTEE OF POLLY H WERTHMAN IRRV TRUST
UA
BANK OF AMERICA CORPORATE CENTER
100 N. TRYON ST
CHARLOTTE, NC 28255

POLLY H. HOWELLS
484 FIRST STREET
BROOKLYN, NY 11215-2606

POLLY HOWELLS
484 FIRST STREET
BROOKLYN, NY  11215

POWERSHARES FTSE RAFI US 1000 PORTFOLIO
301 WEST ROOSEVELT ROAD
WHEATON, IL 60187

PRIAC FUNDS
C/O OFFICER OR MANAGING AGENT
751 BROAD STREET
NEWARK, NJ 07102

PRINCETON THEOLOGICAL SEMINARY
C/O OFFICER OR MANAGING AGENT
64 MERCER STREET
PRINCETON, NJ 08542

PRINCIPAL FUNDS INC-LARGECAP BLEND FUND II
C/O OFFICER OR MANAGING AGENT
PRINCIPAL FINANCIAL GROUP
711 HIGH ST.
DES MOINES, IA 50392

PRINCIPAL VARIABLE CONTRACTS FUND, INC.
RALPH C. EUCHER
PRESIDENT AND CEO
711 HIGH STREET
DES MOINES, IA 50392-2080

PRISM PARTNERS I, L.P.
PRISM PARTNERS IV LEVERAGED OFFSHORE FUND
PRISM PARTNERS OFFSHORE FUND
PRISM PARTNERS II OFFSHORE FUND
JERALD M. WEINTRAUB
44 MONTGOMERY STREET SUITE 4100
SAN FRANCISCO, CA 94104-4814

PRO SHARES ULTRA S&P 500
C/O OFFICER OR MANAGING AGENT
7501 WISCONSIN AVE
BETHESDA, MD 20814

PROGRESS ENERGY SERVICE CO
ATTN: DONALD F. RAY
410 SO WILMINGTON ST PEB 19C5
RALEIGH, NC 27601

PROGRESS ENERGY SERVICE CO
C/O OFFICER OR MANAGING AGENT
410 SO WILMINGTON ST PEB 19C5
RALEIGH, NC 27601

PROGRESSIVE CASUALTY INSURANCE
GLENN RENWICK
CHAIRMAN & PRESIDENT
630 WILSON MILLS RD
MAYFIELD VILLAGE OH,  44143

PROSPECTOR SUMMIT FUND, L.P.
C/O PROSPECTOR PARTNERS LLC
ATTN: PETER PERUGINI OR OFFICER OR MANAGING
AGENT
370 CHURCH STREET
GUILFORD, CT 06437

PRUDENTIAL INS. (PDI)
(PRUDENTIAL INSURANCE CO AMERICA)
C/O OFFICER OR MANAGING AGENT
751 BROAD STREET
NEWARK, NJ 07102-3771

PRUDENTIAL INSURANCE COMPANY OF AMERICA
ATTN: RICHARD A. MILLER, ESQ.
GATEWAY CENTER 2, 5TH FLOOR
NEWARK, NJ  07102

PRUDENTIAL INSURANCE COMPANY OF AMERICA
C/O OFFICER OR MANAGING AGENT
GATEWAY CENTER 2, 5TH FLOOR
NEWARK, NJ  07102

PRUDENTIAL INV PORTFOLIO 3
PRUDENTIAL STATEGIC VALUE FUND
C/O OFFICER OR MANAGING AGENT
100 MULBERRY ST GATEWAY CTR 3
NEWARK, NJ 07102

PRUDENTIAL INV PORTFOLIOS 8
PRUDENTIAL STOCK INDEX FUND
C/O OFFICER OR MANAGING AGENT
100 MULBERRY STREET
NEWARK, NJ

PRUDENTIAL RETIREMENT INSURANCE AND
ANNUITY COMPANY
C/O OFFICER OR MANAGING AGENT
751 BROAD ST 23RD FLOOR
NEWARK, NJ 07102

PS BUYBACK ACHIEVERS PORT
C/O OFFICER OR MANAGING AGENT
301 WEST ROOSEVELT ROAD
WHEATON, IL 60187

PUBLIC EMPLOYEE RETIREMENT SYSTEM OF
IDAHO
C/O OFFICER OR MANAGING AGENT
607 NORTH EIGHTH STREET
BOISE, ID 83702

PUBLIC EMPLOYEES' RETIREMENT
SYSTEM OF MISSISSIPPI
PAT ROBERTSON
EXECUTIVE DIRECTOR
429 MISSISSIPPI STREET
JACKSON, MS 39201-1005

PUTNAM S&P 500 FUND
C/O OFFICER OR MANAGING AGENT
ONE POST OFFICE SQUARE
BOSTON , MA 02109

PUTNAM S&P 500 INDEX FUND
C/O OFFICER OR MANAGING AGENT
PUTNAM FIDUCIARY TRUST COMPANY, TRUSTEE
ONE POST OFFICE SQUARE
BOSTON, MA 02109

Q4 PARTNERS LP
C/O OFFICER OR MANAGING AGENT
116 COLES ST. #2
JERSEY CITY, NJ 07302

QCM ABSOLUTE RETURN FUND
C/O MR JERRY PAUL
QUIXOTE PARTNERS LLC
5442 S DAYTON CT
GREENWOOD VILLAGE, CO 80111

QCM ABSOLUTE RETURN FUND
C/O OFFICER OR MANAGING AGENT
QUIXOTE PARTNERS LLC
5442 S DAYTON CT
GREENWOOD VILLAGE, CO 80111

QUINN MARTIN DOLAN
1260 MAGNOLIA DRIVE
CONCORD, CA 94520-4033

R MARK MALLORY TRUST
C/O R MARK MALLORY TRUSTEE
3312 LAKEWOOD CT
GLENVIEW, IL 60026

R.E. GINNA NUCLEAR POWER PLANT LLC MASTER
DECOMMISSIONING TRUST
C/O OFFICER OR MANAGING AGENT
CONSTELLATION ENERGY GROUP
100 CONSTELLATION WAY SUITE 600C
16TH FLOOR
BALTIMORE, MD 21202

R.E. GINNA QUALIFIED DECOMMISSIONING TRUST
C/O TRUSTEE OF RE GINNA QUALIFIED
DECOMMISSIONING TRUST
750 EAST PRATT STREET 16TH FL
BALTIMORE, MD 21202

R.J. SCAGGS, ESQUIRE
GREGORY W. WERKHEISER, ESQUIRE
ALBERT J. CARROLL, ESQUIRE
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. MARKET STREET
P.O. BOX 1347
WILMINGTON, DE  19899-1347

RABO CAPITAL SERVICES, INC.
RABOBANK NEDERLAND
245 PARK AVENUE
NEW YORK, NY 10167

RAE F PATTERSON SELF TRUST
C/O MRS RAE F PATTERSON OR CURRENT TRUSTEE
400 S NORTHWEST HWY UNIT 302
PARK RIDGE, IL 60068-4906

RANDALL T. SIMS
1370 AVENUE OF AMERICAS, 29TH FLOOR
NEW YORK, NY  10019-4619

RAYMOND JOHN FRANK, TR UA 03/07/00
REVOCABLE TRUST
C/O RAYMOND JOHN FRANK OR CURRENT TRUSTEE
919 S CHESTER AVE
PARK RIDGE, IL 60068-4682

RAYTHEON MASTER PENSION TRUST LARGE
CAP/LONG/SHORT
C/O TRUSTEE OF RAYTHEON MASTER PENSION
TRUST LARGE CAP/LONG/SHORT
135 SANTILLI HIGHWAY
EVERETT, MA 02149-1906

RAYTHEON MASTER PENSION TRUST LCV L/S
C/O TRUSTEE OF RAYTHEON MASTER PENSION
TRUST LCV L/S
870 WINTER STREET
WALTHAM, MA 02451

RB&W/GAMCO
ATTN: ELIZABETH BORIS
6065 PARKLAND BLVD.
CLEVELAND, OH 44124

RB&W/GAMCO
C/O OFFICER OR MANAGING AGENT
6065 PARKLAND BLVD.
CLEVELAND, OH 44124

RBS CITIZENS N.A.
C/O CITIZENS FINANCIAL GROUP INC
C/O OFFICER OR MANAGING AGENT
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903-1339

REFORM PENSION BOARD LCV
C/O OFFICER OR MANAGING AGENT
355 LEXINGTON AVENUE
NEW YORK, NY 10017-6603

REGENTS OF THE UNIVERSITY OF MICHIGAN
C/O OFFICER OR MANAGING AGENT
101 NORTH MAIN STREET STE 525
ANN ARBOR, MI 48104-5517

REGIONS FINANCIAL CORPORATION
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE  19808

REMPEL BROTHERS
C/O OFFICER OR MANAGING AGENT
5608 ROCKWELL DR.
BAKERSFIELD, CA 93308

REMPEL BROTHERS
C/O RICHARD REMPEL
5608 ROCKWELL DR.
BAKERSFIELD, CA 93308

RENEE H. MILLER LIVING TRUST
C/O TRUSTEE FOR RENEE H. MILLER LIVING TRUST
430 E. PALMYRA AVENUE
ORANGE, CA 92866

REPUBLIC BANK AND TRUST CO.
C/O OFFICER OR MANAGING AGENT
REPUBLIC CORPORATE CTR.
601 W. MARKET STREET
LOUISVILLE, KY 40202

RESEARCH AFFILIATES FUNDAMENTAL INDEX LP
C/O OFFICER OR MANAGING AGENT
620 NEWPORT CENTER DRIVE
SUITE 900
NEWPORT BEACH, CA 92660-8038

RETIREMENT SYSTEM OF ALABAMA
C/O DALE WEAVER
135 SOUTH UNION STREET
MONTGOMERY, AL 36130-2150

REX LOGAN STURM, JR
PO BOX 341
21730 PEACHTREE ROAD
BARNESVILLE, MD 20838-0341

RHETA R. SMITH
2223 PINE STREET
PHILADELPHIA , PA 19103

RHUMBLINE S.A. FREE S&P INDEX
ATTN: WAYNE OWEN
30 ROWES WHARF
BOSTON, MA 02171

RHUMBLINE S.A. FREE S&P INDEX
C/O OFFICER OR MANAGING AGENT
30 ROWES WHARF
BOSTON, MA 02171

RIC DIVERSIFIED EQUITY
C/O OFFICER OR MANAGING AGENT
RUSSELL INVESTMENTS
1301 SECOND AVENUE
SEATTLE, WA  98101

RICHARD & CAROL ASKIN, U/A DTD 09/27/1990
ASKIN FAMILY TRUST
RICHARD & CAROL ASKIN TTEE
13650 MARINA POINTE DR UNIT 15
UNIT 1503
MARINA DEL REY, CA 90292-9292

RICHARD & DESPINA HAIGLER, RICHARD &
DESPINA HAIGLER LIVING TRUST UA 11/04/91
C/O TRUSTEE OF RICHARD & DESPINA HAIGLER
LIVING TRUST UA 11/04/91
810 LEMOS LN
FREMONT, CA 94539-3776

RICHARD C. FREEDMAN AND LYNDA M. FREEDMAN
6677 SILVERMOUND DRIVE
MENTOR, OH 44060-8416

RICHARD D DUDLEY
3713 VISTA CIRCLE
WAUSAU, WI 54403-8135

RICHARD J. BERNARD
BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

RICHARD KALLENBERGER AND NANCY
KALLENBERGER
4710 SNOWMOUNTAIN RD
YAKIMA, WA 98908-2845

RICHARD MORABITO
CGM IRA ROLLOVER CUSTODIAN
3705 N. NORDICA AVE
CHICAGO, IL 60634-2324

RICHARD PANIAGUA
PO BOX 301
SAWYER, MI 49125

RICHARD ROTT
502 BRIAR PLACE
CHICAGO, IL 60657-4652

RICHARD S. MILLER, ESQUIRE
ROBERT T. HONEYWELL, ESQUIRE
K&L GATES LLP
599 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

RICHARD SALDINGER, ESQUIRE
SHAW GUSSIS FISHMAN GLANTZ WOLFSON &
TOWBIN LLC
321 N. CLARK, SUITE 800
CHICAGO, IL 60654

RIEF RMP LLC
ATTN: MARK SILBER
RENAISSANCE TECHNOLOGIES LLC
800 THIRD AVENUE
NEW YORK, NY  10022

RIEF RMP LLC
C/O OFFICER OR MANAGING AGENT
RENAISSANCE TECHNOLOGIES LLC
800 THIRD AVENUE
NEW YORK, NY  10022

RIEF RMP LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

RIEF TRADING LLC
ATTN: MARK SILBER
RENAISSANCE TECHNOLOGIES LLC
800 THIRD AVENUE
NEW YORK, NY  10022

RIEF TRADING LLC
C/O OFFICER OR MANAGING AGENT
RENAISSANCE TECHNOLOGIES LLC
800 THIRD AVENUE
NEW YORK, NY  10022

RIEF TRADING LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

ROBERT A. & ESTHER G. FOX
943 COATES ROAD
MEADOWBROOK, PA 19046

ROBERT A. SIMINS AND JAMIE A. SIMINS
20 ZABRISKIE TERRACE
MONSEY, NY 10952-1913

ROBERT A. SKINNER
ROPES & GRAY LLP
PRUDENTIAL TOWER, 800 BOYLSTON STREET
BOSTON, MA  02199-3600

ROBERT C & NANCY LOBDELL, LOBDELL FAMILY
TRUST UA 08/20/96
C/O TRUSTEE OF LOBDELL FAMILY TRUST
2439 SHARON OAKS DR
MENLO PARK, CA 94025-6828

ROBERT C. & LAURENA P. HUBER
25642 SE 41ST ST
ISSAQUAH, WA 98029-5728

ROBERT C. PALMER, IRA R/O
C/O DELAWARE CHARTER G&T  OR CURRENT
TRUSTEE
2480 DONA ANA RD. SW
DEMING, NM 88030-7452

ROBERT D. NELSON
1131 JUGADOR COURT
LAKE SAN MARCOS, CA 92078-4834

ROBERT DISHON FAMILY TRUST
C/O 1ST SOURCE BANK AS TRUSTEE
100 N. MICHIGAN STREET
SOUTH BEND, IN 46601

ROBERT J BROOKES, TR U/A 3/10/87 FBO RJ
BROOKES & V M BROOKES
C/O TRUSTEE FOR ROBERT J BROOKES, TR U/A
3/10/87
149 SO HUDSON PLACE
LOS ANGELES, CA 90004-1037

ROBERT J. KUHN DECL OF TR DTD 4-6-92
C/O THOMAS J. KUHN TRUSTEE OR CURRENT
TRUSTEE
ALEXANDER X KUHN & CO
123 WEST FRONT STREET, STE 200
WHEATON, IL 60187

ROBERT JOSEPH WHITE U/A/D 06/16/99
C/O ROBERT J WHITE OR CURRENT TRUSTEE
1001 JEFFRIES WAY
MIDLOTHIAN, VA 23114-4334

ROBERT M BERGER
1506 SHERIDAN RD
HIGHLAND PARK, IL 60035

ROBERT M. TREBOUX
129 E 60TH ST
NEW YORK, NY 10022

ROBERT PARRILLO, U/A DTD 12/27/1990 BY ROBERT
PARRILLO
C/O ROBERT PARRILLO, TRUSTEE OR CURRENT
TRUSTEE
1 LAS OLAS CIR
FT LAUDERDALE, FL 33316-1604

ROBERT PLOTKIN, ESQUIRE
MCGUIRE WOODS LLP
2001 K. STREET, SUITE 400
WASHINGTON, DC 20006-1040

ROBERT S SPLITHOFF TRUST U/A/D 05-27-1992
C/O ROBERT S. SPLITHOFF OR CURRENT TRUSTEE
224 S WATERMAN AVE
ARLINGTON HEIGHTS, IL 60004

ROBERT W YOUNG
813 VALLEY CREEK DRIVE
PLANO, TX 75075-8123

ROBYN L. MOTLEY
120 FORMBY
WILLIAMSBURG, VA 23188

RODMAN W. MOORHEAD, III
3465 N PINES WAY, PMB 25211
WILSON, WY 83014-9127

RODOLFO V GIL
P.O. BOX 9124
CALABASAS, CA 91372

RONIN CAPITAL LLC
C/O OFFICER OR MANAGING AGENT
230 S LASALLE ST/STE 688
CHICAGO, IL 60604

ROSEMARY T. COX REVOCABLE TRUST DTD
5/21/2004
C/O ROSEMARY T. COX OR CURRENT TRUSTEE
950 ADMIRALTY PARADE
NAPLES, FL  34102-7873

ROSENBERG REVOCABLE TRUST
CLAUDE AND LOUISE ROSENBERG TRUSTEES
C/O KEN HILLER
FOLGER LEVIN LLP
199 FREMONT STREET 23RD FLOOR
SAN FRANCISCO, CA 94105

ROTHSCHILD INVESTMENT CORP IL
ATTN: RICHARD FORMAN KARGER
311 SOUTH WACKER DRIVE SUITE 6500
CHICAGO, IL 60606

ROY J. CARVER CHARITABLE TRUST
C/O TRUSTEE FOR ROY J. CARVER CHARITABLE
TRUST
202 IOWA AVE
MUSCATINE, IA 52761

RUSSELL 1000 INDEX FUND
ATTN: LEGAL DEPARTMENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

RUSSELL 1000 INDEX FUND
C/O OFFICER OR MANAGING AGENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

RUSSELL 1000 VALUE FUND B
ATTN: LEGAL DEPARTMENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

RUSSELL 1000 VALUE FUND B
C/O OFFICER OR MANAGING AGENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

RUSSELL 1000 VALUE FUND
ATTN: LEGAL DEPARTMENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

RUSSELL 1000 VALUE FUND
C/O OFFICER OR MANAGING AGENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

RUSSELL 3000 INDEX FUND
ATTN: LEGAL DEPARTMENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

RUSSELL 3000 INDEX FUND
C/O OFFICER OR MANAGING AGENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

RUSSELL EQUITY I FUND
C/O OFFICER OR MANAGING AGENT
RUSSELL INVESTMENTS
1301 SECOND AVENUE
SEATTLE, WA  98101

RUTH GRUENTHAL
300 W END AVE
NEW YORK, NY 10023

RUTH MCCORMICK TANKERSLEY, TR UA 10/06/92
THE RUTH MCCORMICK TANKERSLEY REVOCABLE
TRUST
C/O RICHARD DUFFIELD
3430 E SUNRISE DR, SUITE 200
TUCSON, AZ 85718

RUTH MCCORMICK TANKERSLEY, TR UA 10/06/92
THE RUTH MCCORMICK TANKERSLEY REVOCABLE
TRUST
C/O TRUSTEE OF THE RUTH MCCORMICK
TANKERSLEY REVOCABLE TRUST
3430 E SUNRISE DR, SUITE 200
TUCSON, AZ 85718

RYDEX INVESTMENTS
A/C 67
C/O OFFICER OR MANAGING AGENT
9601 BLACKWELL ROAD SUITE 500
ROCKVILLE, MD 20850-6478

RYDEX SERIES FUNDS MULTI-HEDGE STRATEGIES
FUND
ATTN MICHAEL SCALZI, OLGA VONIKAKI
SECURITY GLOBAL INVESTORS-RYDEX/SGI
805 KING FARM BLVD, SUITE 600
ROCKVILLE, MD 20850

RYDEX SERIES FUNDS MULTI-HEDGE STRATEGIES
FUND
C/O OFFICER OR MANAGING AGENT
SECURITY GLOBAL INVESTORS-RYDEX/SGI
805 KING FARM BLVD, SUITE 600
ROCKVILLE, MD 20850

RYDEX VARIABLE S&P 500 PURE VALUE FUND
SECURITY GLOBAL INVESTORS-RYDEX/SGI
ATTN MICHAEL SCALZI, OLGA VONIKAKI
805 KING FARM BLVD, SUITE 600
ROCKVILLE, MD 20850

RYDEX VARIABLE S&P 500 PURE VALUE FUND
SECURITY GLOBAL INVESTORS-RYDEX/SGI
C/O OFFICER OR MANAGING AGENT
805 KING FARM BLVD, SUITE 600
ROCKVILLE, MD 20850

S & CO. INC.
DUDLEY H. WILLIS
PARTNER
50 CONGRESS STREET
BOSTON, MA  02109

S & P 500 INDEX EQUAL WEIGHT
C/O OFFICER OR MANAGING AGENT
ADVISORY RESEARCH INC
180 N STETSON
SUITE 5780
CHICAGO, IL 60601-6737

S KEATING AND CAROL RHOADS U/A DTD
11/07/1994
C/O S KEATING RHOADS AND CAROL RHOADS, OR
CURRENT TRUSTEE
2611 NIDO WAY
LAGUNA BEACH, CA 92651

SACRAMENTO COUNTY EMPLOYEES RETIREMENT
SYSTEM
C/O JEFF STATES OR OFFICER OR MANAGING
AGENT
980 9TH ST STE 1800
SACRAMENTO, CA 95812-0687

SAINT LOUIS UNIVERSITY
C/O OFFICER OR MANAGING AGENT
3545 LAFAYETTE AVE 6FL
SALUS CENTER
ST LOUIS, MO 63104

SALAVATION ARMY SOUTHERN TERRITORY
C/O OFFICER OR MANAGING AGENT
1424 NORTHEAST EXPRESSWAY
ATLANTA, GA 30329

SALVATION ARMY CENTRAL TERRITORY
C/O OFFICER OR MANAGING AGENT
10 W ALGONQUIN ROAD
DES PLAINES, IL 60016

SAMUEL P RECKFORD
28 RIDGE TERRACE
SHORT HILLS, NJ 07078-2427

SANFORD C. BERNSTEIN FUND, INC.
DIANNE F. LOB, PRESIDENT
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

SANTA FE ART FOUNDATION
C/O OFFICER OR MANAGING AGENT
P.O. BOX 2437
SANTA FE, NM 87504-2437

SARA A LIGHTBOURN
22343 CADET LN
PT CHARLOTTE, FL  33952-4713

SARA JOYCE TRUST U/A DTD 1/7/2005
C/O M. JOYCE & S. JOYCE TRUSTEE, OR CURRENT
TRUSTEE
125 E. MAPLE STREET
HINSDALE, IL 60521

SARAH A. SULKOWSKI
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K STREET, NW, SUITE 1100
WASHINGTON, DC  20006

SARGEANT & LUANN JOYS LIV TR U/A DTD
09/23/2001
PLEDGED TO ML LENDER
C/O SARGEANT E & LUANN G JOYS TRUSTEES, OR
CURRENT TRUSTEE
1999 CEDAR DR
GRAFTON, WI 53024-2704

SAVANNAH RIVER NUCLEAR SOLUTIONS LLC
MASTER TRUST
C/O OFFICER OR MANAGING AGENT
BLDG 703-47A ROOM 111
AIKEN, SC 29808

SBC MASTER PENSION TRUST
C/O TRUSTEE OF SBC MASTER PENSION TRUST
208 S AKARD ST, 27TH FLOOR
DALLAS, TX 75201

SBC MASTER PENSION TRUST
C/O TRUSTEE OF SBC MASTER PENSION TRUST
208 S AKARD ST, 27TH FLOOR
DALLAS, TX 75201

SBL FUND SERIES H
NORTHERN TRUST GLOBAL INVESTMENT
C/O OFFICER OR MANAGING AGENT
50 S LA SALLE ST STE 1
CHICAGO, IL 60603-1003

SC EDISON NUCLEAR FACILITIES QUALIFIED CPUC
DECOM MASTER TRUST
C/O TRUSTEE OF SC EDISON NUCLEAR FACILITIES
QUALIFIED CPUC DECOM MASTER TRUST
2244 WALNUT GROVE AVENUE
ROSEMEAD, CA 91770

SCHEIERMANN LIVING TRUST, U/A DTD 08/28/1997
C/O ANNE SCHEIERMANN OR CURRENT TRUSTEE
842 MONACO DR
PUNTA GORDA, FL 33950

SCHOOL EMPLOYEES RETIREMENT SYSTEM OF
OHIO
C/O OFFICER OR MANAGING AGENT
300 E. BROAD ST SUITE 100
COLUMBUS, OH 43215

SCHWAB 1000 INDEX FUND (2M25)
C/O OFFICER OR MANAGING AGENT
211 MAIN STREET
SAN FRANCISCO, CA  94105

SCHWAB INSTITUTIONAL SELECT S&P 500 FUND
(2M37)
C/O OFFICER OR MANAGING AGENT
211 MAIN STREET
SAN FRANCISCO, CA  94105

SCHWAB S&P 500 INDEX FUND (2M32)
C/O OFFICER OR MANAGING AGENT
211 MAIN STREET
SAN FRANCISCO, CA  94105

SCOTT C SMITH TRUST
C/O SCOTT C SMITH TRUSTEE
1361 HACKBERRY LN
WINNETKA, IL 60093

SCOTT R COOK
10618 LUCAS ROAD
WOODSTOCK, IL 60098-7448

SDG&E QUALIFIED NUCLEAR DECOMMISSIONING
TRUST PARTNERSHIP
C/O OFFICER OR MANAGING AGENT
101 ASH STREET HQ 10F
SAN DIEGO, CA 92101-3017

SECURITY BENEFIT LIFE INSURANCE COMPANY
KRIS ALAN ROBBINS, PRESIDENT
ONE SECURITY BENEFIT PLACE
TOPEKA, KS 66636-0001

SEI INSTITUTIONAL INVESTMENT TRUST - LARGE
CAP FUND
SEI INVESTMENT MANAGEMENT
ATTN: MR THOMAS WILLIAMS
1 FREEDOM VALLEY DRIVE
OAKS, PA  19456

SEI INSTITUTIONAL INVESTMENT TRUST - LARGE
CAP FUND
SEI INVESTMENT MANAGEMENT
C/O OFFICER OR MANAGING AGENT
1 FREEDOM VALLEY DRIVE
OAKS, PA  19456

SEI S&P 500 INDEX FUND
C/O MR THOMAS WILLIAMS
SEI INVESTMENT MANAGEMENT
1 FREEDOM VALLEY DRIVE
OAKS, PA  19456

SEI S&P 500 INDEX FUND
C/O OFFICER OR MANAGING AGENT
SEI INVESTMENT MANAGEMENT
1 FREEDOM VALLEY DRIVE
OAKS, PA  19456

SEI SIIT LCV
C/O OFFICER OR MANAGING AGENT
SEI INVESTMENTS DISTRIBUTION CO
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

SEI SIMT LCV
C/O OFFICER OR MANAGING AGENT
C/O SEI INVESTMENTS DISTRIBUTION CO
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

SEI SIMT LCV
C/O SEI INVESTMENTS DISTRIBUTION CO
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

SEI SIMT TAX MANAGED LARGE CAP
C/O OFFICER OR MANAGING AGENT
SEI INVESTMENTS DISTRIBUTION CO
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

SEIU MASTER PENSION TRUST LCV
C/O OFFICER OR MANAGING AGENT
1313 L ST, NW
WASHINGTON, DC 20005

SELF-INSURANCE RESERVE FUND - MASTER
TRUST INVESTMENT ACCOUNTS
C/O WILMINGTON TRUST COMPANY TRUSTEE, OR
CURRENT TRUSTEE
200 HYGEIA DRIVE
NEWARK, DE 19713

SEMPRA ENERGY PENSION MSTR TRST
C/O TRUSTEE FOR SEMPRA ENERGY PENSION MSTR
TRST
101 ASH STREET
SAN DIEGO, CA 92101

SENTINEL INVESTMENT PARTNERS LTD
C/O OFFICER OR MANAGING AGENT
SENTINEL CAPITAL ADVISERS LLC
59 MAIDEN LANE 6TH FL
NEW YORK, NY 10038-4646

SGIF LARGE CAP VALUE FUND (R1V ENHANCED)
C/O OFFICER OR MANAGING AGENT
SEI INVESTMENTS
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

SHARON ANNE BRADFORD CHRISTHILF
4201 LINKWOOD RD
BALTIMORE, MD 21210-2914

SHARON B. CHRISTHILF
4201 LINKWOOD ROAD
BALTIMORE, MD 21210-2914

SHARON B. ZELL, SHARON B. ZELL FAMILY TRUST
#2
DTD 1/21/94 RESTATED 5/10/96
SHARON B. ZELL TRUSTEE
C/O MIKE FELTMAN
P.O. BOX 9280
KETCHUM, ID 83340-7163

SHARON ROSENHAUSE
2100 S OCEAN LN APT 708
FT LAUDERDALE, FL 33316

SHEET METAL WORKERS LOCAL #73
ATTN: NACY LALLENSACK
4530 ROOSEVELT ROAD
HILLSIDE, IL 60162

SHEET METAL WORKERS LOCAL #73
C/O OFFICER OR MANAGING AGENT
4530 ROOSEVELT ROAD
HILLSIDE, IL 60162

SHERBET + CO
C/O OFFICER OR MANAGING AGENT
T ROWE PRICE ASSOCIATES
FUND ACCOUNTING DEPT
100 EAST PRATT ST
BALTIMORE, MD 21204

SHERRY P. BRODER U/A DTD 1/1/94
C/O SHERRY BRODER ESQ. TRUSTEE, OR CURRENT
TRUSTEE
4191 ROUND TOP DRIVE
HONOLULU, HI 96822-5039

SHIRLEY J SPERLING AND SUSAN J MARTIN
49 TABOR RD
MECHANICVILLE, NY 12118-3409

SI TRUST SERVICING
C/O OFFICER OR MANAGING AGENT
80 WEST STREET SUITE 201
RUTLAND, VT 05701

SI TRUST SERVICING
JOHN ARSENAULT
EXECUTIVE VICE PRESIDENT
80 WEST STREET SUITE 201
RUTLAND , VT 05701

SILVERCREST ASSET MANAGEMENT GROUP LLC
DAVID CAMPBELL
1330 AVENUE OF THE AMERICAS 38TH FLOOR
NEW YORK, NY  10019

SIRIUS INTERNATIONAL INSURANCE
CORPORATION
C/O MS. CHRISTINE REPASY
WHITE MOUNTAIN RE SERVICES
628 HEBRON AVENUE
BUILDING 2 SUITE 501
GLASTONBURY, CT 06033

SIRIUS INTERNATIONAL INSURANCE
CORPORATION
C/O OFFICER OR MANAGING AGENT
WHITE MOUNTAIN RE SERVICES
628 HEBRON AVENUE
BUILDING 2 SUITE 501
GLASTONBURY, CT 06033

SMOKE RISE FOUNDATION, INC.
C/O FRIEDMAN & HUEY ASSOCIATES
1313 W. 175TH STREET
HOMEWOOD, IL 60430

SOUTH CAROLINA RETIREMENT SYSTEM
MARK HAMMOND
SOUTH CAROLINA SECRETARY OF STATE
SUITE 525
COLUMBIA, SC 29201

SOUTH DAKOTA RETIREMENT SYSTEM "MF"
ACCOUNT
C/O OFFICER OR MANAGING AGENT
4009 WEST 49TH STREET #300
SIOUX FALLS, SD 57106-5221

SOUTHERN COMPANY SYSTEM MASTER
RETIREMENT TRUST
C/O TRUSTEE FOR SOUTHERN COMPANY SYSTEM
MASTER RETIREMENT TRUST
30 IVAN ALLEN JR. BLVD., NW
ATLANTA, GA 30308

SOUTHERN ELECTRICAL RETIREMENT FUND DTD
8/22/1975
C/O PAUL GASS & LANNY SMITH TRUSTEES OR
CURRENT TRUSTEE
SANFORD C. BERNSTEIN & CO.
50 NORTH FRONT STREET 12TH
MEMPHIS, TN 38103

SOUTHERN NEVADA CULINARY & BARTENDERS
PENSION TRUST FUND
C/O OFFICER OR MANAGING AGENT
BARTENDERS LOCAL # 165
4825 W. NEVSO DRIVE
LAS VEGAS, NV 89103

SOUTHERN NEVADA CULINARY & BARTENDERS
PENSION TRUST FUND
C/O TERRY GREENWALD
BARTENDERS LOCAL # 165
4825 W. NEVSO DRIVE
LAS VEGAS, NV 89103

SOUTHWEST CARPENTERS PENSION TRUST MCV
C/O TRUSTEE OF SOUTHWEST CARPENTERS
PENSION TRUST MCV
533 S FREMONT AVE, 7TH FLOOR
LOS ANGELES, CA 90071

SPINNING WHEEL LP
C/O AL KOPLIN
7035 BIG SPRINGS COURT
LAS VEGAS, NV 89113-1361

SPINNING WHEEL LP
C/O OFFICER OR MANAGING AGENT
7035 BIG SPRINGS COURT
LAS VEGAS, NV 89113-1361

SPRINT CORPORATION
C/O OFFICER OR MANAGING AGENT
THE NORTHERN TRUST COMPANY OF
CONNECTICUT
300 ATLANTIC STREET, STE 400
STAMFORD, CT 06901

SSGA JAPAN CO LTD
C/O ANDREW LETTS
STATE STREET GLOBAL ADV BOSTON
2 INTERNATIONAL PLACE
BOSTON, MA 02110

SSGA JAPAN CO LTD
C/O OFFICER OR MANAGING AGENT
STATE STREET GLOBAL ADV BOSTON
2 INTERNATIONAL PLACE
BOSTON, MA 02110

SSGA S&P 500 INDEX FUND
C/O OFFICER OR MANAGING AGENT
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA  02111-2900

STANFORD UNIVERSITY LCV
C/O OFFICER OR MANAGING AGENT
2770 SAND HILL ROAD
MENLO PARK, CA 94026

STANLEY G. HARRIS, STANLEY G. HARRIS TR 6/13/45
CHARITY
C/O TRUSTEE OF STANLEY G. HARRIS TR 6/13/45
CHARITY
111 WEST MONROE STREET
CHICAGO, IL 60603

STANLEY G. HARRIS, STANLEY G. HARRIS TRUST
6/10/46
C/O TRUSTEE OF STANLEY G. HARRIS TRUST 6/10/46
111 WEST MONROE STREET
CHICAGO, IL 60603

STANLEY G. HARRIS, STANLEY G. HARRIS TRUST
6/17/65
C/O TRUSTEE OF STANLEY G. HARRIS TRUST 6/17/65
111 WEST MONROE STREET
CHICAGO, IL 60603

STARK ASSET MANAGEMENT
TODD MW TURALL
3600 S. LAKE DR.
ST. FRANCIS, WI 53235-3716

STARK GLOBAL OPPORTUNITIES MANAGEMENT
LLC
F/K/A STARK EVENT MANAGEMENT LLC
DANIEL J. MCNALLY
GENERAL COUNSEL
3600 SOUTH LAKE DRIVE
ST. FRANCIS, WI 53235-3716

STARK GLOBAL OPPORTUNITIES MASTER FUND
LTD.
BRIAN STARK
CHIEF EXECUTIVE OFFICER AND CHIEF
INVESTMENT OFFICER
STARK INVESTMENTS 3600 SOUTH LAKE DRIVE
ST. FRANCIS, WI 53235

STARK MASTER FUND LTD.
BRIAN STARK
CHIEF EXECUTIVE OFFICER AND CHIEF
INVESTMENT OFFICER
STARK INVESTMENTS 3600 SOUTH LAKE DRIVE
ST. FRANCIS, WI 53235

STARK OFFSHORE MANAGEMENT, LLC
DANIEL J. MCNALLY
GENERAL COUNSEL
3600 SOUTH LAKE DRIVE
ST. FRANCIS, WI 53235-3716

STATE FARM FIRE & CASUALTY INSURANCE
COMPANY
C/O OFFICER OR MANAGING AGENT
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE FARM FIRE & CASUALTY INSURANCE
COMPANY
ATTN: CHERYL REICHTER
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE FARM FIRE & CASUALTY INSURANCE
COMPANY
C/O OFFICER OR MANAING AGENT
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE FARM INSURANCE COMPANIES EMPLOYEE
RETIREMENT TRUST
ATTN: CHERYL REICHTER
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE FARM INSURANCE COMPANIES EMPLOYEE
RETIREMENT TRUST
C/O OFFICER OR MANAGING AGENT
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL  61710

STATE FARM LIFE INSURANCE COMPANY
C/O OFFICER OR MANAGING AGENT
STATE FARM FIRE & CASUALTY INSURANCE
COMPANY
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE FARM LIFE INSURANCE COMPANY
C/O STATE FARM FIRE & CASUALTY INSURANCE
COMPANY
ATTN: CHERYL REICHTER
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY
C/O OFFICER OR MANAGING AGENT
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY
STATE FARM FIRE & CASUALTY INSURANCE
COMPANY
ATTN: CHERYL REICHTER
ONE STATE FARM PLAZA, INVESTMENT
ACCOUNTING-D3
BLOOMINGTON, IL 61710

STATE OF CALIFORNIA MASTER TRUST
C/O TRUSTEE OF STATE OF CALIFORNIA MASTER
TRUST
1800 15TH STREET
SACRAMENTO, CA 95814

STATE OF CALIFORNIA STATE TEACHERS
RETIREMENT SYSTEM
POST OFFICE BOX15275
100 WATERFRONT PLACE 14TH FL
SACRAMENTO, CA 95605-2807

STATE OF CONNECTICUT
OFFICE OF THE TREASURER
KAREN JANNETTY
DEP CHIEF OF STAFF
55 ELM STREET
HARTFORD, CT 06106-1773

STATE ST BANK
GBL APLHA EDGE COMMON TRST FD & TRUST
COMPANY
C/O OFFICER OR MANAGING AGENT
STATE ST BANK & TRUST CO
ONE LINCOLN STREET
BOSTON, MA 02111-2901

STATE STREET BANK & TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
10 CORPORATE WOODS DRIVE
ALBANY, NY  12211-2395

STATE STREET GLOBAL ADV BOSTON
C/O OFFICER OR MANAGING AGENT
SSGA JAPAN CO LTD
2 INTERNATIONAL PLACE
BOSTON, MA 02110

STATE STREET GLOBAL ADVISORS
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

STATE STREET LUX
TWEEDY BROWNE COMPANY LLC
C/O LAURA LYNN FORD
350 PARK AVENUE 9TH FLOOR
NEW YORK, NY 10022

STATE STREET LUX
TWEEDY BROWNE COMPANY LLC
C/O OFFICER OR MANAGING AGENT
350 PARK AVENUE 9TH FLOOR
NEW YORK, NY 10022

STEAMFITTERS LOCAL 420 LCV
C/O OFFICER OR MANAGING AGENT
14420 TOWNSEND ROAD, STE B
PHILADELPHIA, PA 19154

STEPHEN AXELSON AND LINDA AXELSON
C/O AXELSON FAM. LIMITED PARTNERSHIP
10603 N 100TH STREET
SCOTTSDALE, AZ 85260-6301

STEPHEN E QUAST IRA 12/31/1995 ACCT # 62K82255
C/O STEPHEN E. QUAST OR CURRENT TRUSTEE
MERRILL LYNCH
1832 N MAUD AVE, STE 5915
CHICAGO, IL 60614-4906

STEPHEN L. RATNER, ESQUIRE
HARRY FISCHER, ESQUIRE
PROSKAUER ROSE LLP
ELEVEN TIMES SQUARE
NEW YORK, NY  10036-8299

STEPHEN V. D'AMORE, ESQUIRE
WINSTON & STRAWN LLP
35 W. WACKER DRIVE
CHICAGO, IL 60601-9703

STEVEN J. VENEZIA
UPTON & HATFIELD, LLP
8 SCHOOL STREET
P.O. BOX 13
HILLSBOROUGH, NH  03244-0013

STEVEN RAPKIN
727 WASHINGTON STREET
HOBOKEN, NJ 07030-5065

STEVEN T. HOORT
ROPES & GRAY LLP
PRUDENTIAL TOWER, 800 BOYLSTON STREET
BOSTON, MA 02199-3600

STEWARD MULTI-MANAGER EQUITY FUNDS
C/O OFFICER OR MANAGING AGENT
CITI FUND SERVICES, INC
PO BOX 183004
COLUMBUS, OH  43218-3004

STOCK INDEX PORTFOLIO, A SERIES OF THE
PRUDENTIAL SERIES FUND, INC.
C/O OFFICER OR MANAGING AGENT
100 MULBERRY ST
NEWARK, NJ 07102-4077

STRATEGIC FUNDS, INC.
DREYFUS ACTIVE MIDCAP FUND
C/O OFFICER OR MANAGING AGENT
200 PARK AVENUE
NEW YORK, NY 10166

SUN CREATIVE INVESTMENTS LP
C/O OFFICER OR MANAGING AGENT
5056 MACOMB ST NW
WASHINGTON, DC 20016-2673

SUN CREATIVE INVESTMENTS LP
C/O ROBERT BURKA
5056 MACOMB ST NW
WASHINGTON, DC 20016-2673

SUNAMERICA ASSET MANAGEMENT CO.
JUMM
C/O GREG KINGSTON
2929 ALLEN PARKWAY
HOUSTON, TX 77019-1701

SUNAMERICA ASSET MANAGEMENT CO.
JUMM
C/O OFFICER OR MANAGING AGENT
2929 ALLEN PARKWAY
HOUSTON, TX 77019-1701

SUNAMERICA ASSET MANAGEMENT
VARIABLE ANNUITY LIFE INSURANCE CO
JUJE
GREG KINGSTON
2929 ALLEN PARKWAY
HOUSTON, TX 77019-1701

SUNGARD-CENTRAL TRUST & INVESTMENT CO
C/O OFFICER OR MANAGING AGENT
720 E. BROADWAY
COLOMBIA, MO

SUNRISE PARTNERS LP
DOUGLAS AMBROSE, VICE PRESIDENT
TWO AMERICAN LANE
GREENWICH, CT 06836

SUSAN H SHANE U/A DTD 08/09/1991
C/O SUSAN H SHANE TRUSTEE, OR CURRENT
TRUSTEE
250 COTTINI WAY
BONNY DOON, CA 95060

SUSAN K CUNNINGHAM
109 DIANA RD
PORTAGE, IN 46368-8702

SUSQUEHANNA CAPITAL GROUP
JONATHAN FIEBACH, PRESIDENT
401 CITY LINE AVE, STE 220
BALA CYNWYD, PA 19004-1122

SYMETRA FINANCIAL CORP
NATIONAL REGISTERED AGENTS, INC.
160 GREENTREE DRIVE, SUITE 101
DOVER, DE 19904

SYMETRA LIFE INSURANCE CO.
RANDY TALBOT, PRESIDENT
777 108TH AVENUE N.E. SUITE 1200
BELLEVUE, WA 98004-5135

T. ROWE PRICE EQUITY INCOME PORTFOLIO
C/O OFFICER OR MANAGING AGENT
7337 E. DOUBLETREE RANCH ROAD
SCOTTSDALE, AZ 85258

T. ROWE PRICE EQUITY INCOME TRUST
C/O TRUSTEE OF T. ROWE PRICE EQUITY INCOME
TRUST
100 EAST PRATT STREET
BALTIMORE, MD 21292

T.ROWE PRICE ASSOCIATES
C/O OFFICER OR MANAGING AGENT
RESEARCH LIBRARY
100 EAST PRATT STREET
BALTIMORE, MD 21202

TAFT BROADCASTING
C/O OFFICER OR MANAGING AGENT
312 WALNUT STREET, SUITE 3550
CINCINNATI, OH  45202

TALON OPPORTUNITY PARTNERS LP
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

TAMAR SECURITIES INC
C/O OFFICER OR MANAGING AGENT
23811 CHAGRIN BLVD, SUITE 200
BEACHWOOD, OH 44122-5525

TASKFORCE & CO
C/O OFFICER OR MANAGING AGENT
T. ROWE PRICE ASSOCIATES
RESEARCH LIBRARY
100 EAST PRATT ST.
BALTIMORE, MD 21202

TAX-MANAGED LARGE CAP FUND, A SERIES OF SEI
INSTITUTIONAL MANAGED TRUST
C/O OFFICER OR MANAGING AGENT
SEI INSTITUTIONAL MANAGED TRUST
ONE FREEDOM VALLEY DRIVE
OAKS, PA  19456

TBK PARTNERS, LLC
C/O OFFICER OR MANAGING AGENT
350 9TH FLOOR
NEW YORK, NY  10022

TBK PARTNERS, LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

TD BANK, NA
C/O OFFICER OR MANAGING AGENT
143 N/O MAIN STREET
CONCORD, NH 03301

TE CALEL PORTFOLIO, LTD
200 WEST STREET
NEW YORK, NY 10282

TEACHER RETIREMENT SYSTEM OF TEXAS
C/O JERRY ALBRIGHT OR CURRENT OFFICER OR
MANAGING AGENT
1000 RED RIVER STREET
AUSTIN, TX 78701-2698

TEAMSTERS JOINT COUNCIL NO. 83 OF VIRGINIA
C/O OFFICER OR MANAGING AGENT
WEST END ADMINISTRATORS, INC.
 8814 FARGO ROAD, STE 200
RICHMOND, VA 23229-4673

TERENCE RHODEN
PO BOX 670718
DALLAS, TX 75367-0718

TEXAS EDUCATION AGENCY
C/O OFFICER OR MANAGING AGENT
1701 NORTH CONGRESS AVENUE
AUSTIN, TX 78701-1494

TEXTRON INC MASTER TRUST
C/O ELLEN HAYES OR CURRENT TRUSTEE
40 WESTMINSTER STREET
PROVIDENCE, RI 02903

THE 2000 PECKHAM FAMILY TRUST U/A/D 07-14-2000
FBO
ATTN: GEORGE J. PECKHAM, IMOGENE S. PECKHAM
OR CURRENT TRUSTEE
1943 WEST 233RD STREET
TORRANCE, CA 90501-5530

THE ADVISORS INNER CIRCLE FUND - VALUE
EQUITY FUND
C/O OFFICER OR MANAGING AGENT
LSV ASSET MANAGEMENT
155 N WACKER DRIVE, SUITE 4600
CHICAGO, IL 60606

THE ADVISORS INNER CIRCLE FUND - VALUE
EQUITY FUND
LSV ASSET MANAGEMENT
MS LESLIE KONDZIELA
155 N WACKER DRIVE, SUITE 4600
CHICAGO, IL 60606

THE ALLIANCE BERNSTEIN PORTFOLIOS
C/O JOSEPH J. MANTINEO
TREASURER AND CHIEF FINANCIAL OFFICER
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

THE BOARD OF TRUSTEES OF THE LELAND
STANFORD JR UNIV
C/O OFFICER OR MANAGING AGENT
2770 SAND HILL ROAD
MENLO PARK, CA 94025

THE BOEING COMPANY EMPLOYEES RETIREMENT
PLANS MASTER TRUST
C/O TRUSTEE OF THE BOEING COMPANY
EMPLOYEES RETIREMENT PLANS MASTER TRUST
100 NORTH RIVERSIDE PLAZA
CHICAGO, IL 60606

THE BURROUGHS WELLCOME FUND LCV
C/O OFFICER OR MANAGING AGENT
PO BOX 13901
RESEARCH TRIANGLE PARK, NC 27709-3901

THE CALDWELL FOUNDATION
C/O OFFICER OR MANAGING AGENT
2215 MARTIN LUTHER KING
TYLER, TX 75712

THE CONSOLIDATED EDISON RETIREMENT PLAN
C/O OFFICER OR MANAGING AGENT
4 IRVING PLACE
NEW YORK, NY 10003

THE DFA INVESTMENT TRUST COMPANY
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

THE EMPLOYERS' FIRE INSURANCE COMPANY
C/O ONEBEACON INSURANCE CO.
ATTN: MR. BRAD RICH GENERAL COUNSEL OR
CURRENT OFFICER OR MANAGING AGENT
ONE BEACON LANE
CANTON, MA 02021

THE GABELLI EQUITY TRUST INC
C/O OFFICER OR MANAGING AGENT
ONE CORPORATE CENTER
RYE, NY 10580

THE GABELLI GLOBAL DEAL FUND
C/O OFFICER OR MANAGING AGENT
1 CORPORATE CENTER
RYE, NY 10580

THE GABELLI VALUE FUND, INC.
C/O OFFICER OR MANAGING AGENT
ONE CORPORATE CENTER
RYE, NY 10580-1422

THE GLASSELL FOUNDATION
919 MILAM STREET SUITE 2010
HOUSTON, TX 77002-5422

THE GLENMEDE TRUST COMPANY, N.A.
JAMES R. BELANGER
SENIOR VICE PRESIDENT, CORPORATE COUNSEL
ONE LIBERTY PLACE, SUITE 1200
1650 MARKET STREET
PHILADELPHIA, PA 19103-7391

THE GOLDMAN SACHS GROUP, INC.
REGISTERED AGENT
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

THE GRACE TRUST
C/O DUANE SHELTON TYDINGS AND
JOHN HEALEY TRUSTEES, OR CURRENT TRUSTEE
3514 HAMLET PLACE
CHEVY CHASE, MD 20815-4816

THE HARTFORD
C/O JOHN LADD
200 HOPMEADOW STREET
SIMSBURY, CT 06089

THE HARTFORD
C/O OFFICER OR MANAGING AGENT
200 HOPMEADOW STREET
SIMSBURY, CT 06089

THE HELEN GROSSMAN TRUST U/A/D 09/08/99
C/O HELEN GROSSMAN, LAURIE H. WEAVER,
TRUSTEES OR CURRENT TRUSTEE
648 UNIVERSITY DR
LOMPOC, CA 93436-7838

THE HENRY FRANCIS DUPONT WINTERTHUR
MUSEUM, INC.
C/O OFFICER OR MANAGING AGENT
WILMINGTON TRUST COMPANY AS AGENT
5105 KENNETT PIKE
WILMINGTON, DE 19735

THE JOHN & BETTY ALTMAN FAMILY TRUST UAD
05/16/86
C/O JOHN M. ALTMAN & BETTY ANN ALTMAN OR
CURRENT TRUSTEE
500 LARSEN ROAD
APTOS, CA 95003-2636

THE KROGER COMPANY MASTER RETIREMENT
TRUST
C/O OFFICER OR MANAGING AGENT
2800 EAST 4TH STREET
HUTCHINSON, KS 67504-1266

THE MERGER FUND
C/O OFFICER OR MANAGING AGENT
FIRSTAR TRUST COMPANY
100 SUMMIT LAKE DRIVE
VALHALLA, NY 10595-1339

THE MERGER FUND VL
FREDERICK W. GREEN
PRESIDENT
100 SUMMIT LAKE DRIVE
VALHALLA, NY 10595

THE MERGER FUND
ATTN: BONNIE SMITH
FIRSTAR TRUST COMPANY
100 SUMMIT LAKE DRIVE
VALHALLA, NY 10595-1339

THE MINNESOTA STATE BOARD OF INVESTMENT
ATTN: ARTHUR BLAUZDA
55 SHERBURNE AVE., RM. 105
SAINT PAUL, MN 55155

THE MINNESOTA STATE BOARD OF INVESTMENT
C/O OFFICER OR MANAGING AGENT
55 SHERBURNE AVE., RM. 105
SAINT PAUL, MN 55155

THE NEW YORK PROVINCE OF THE SOCIETY OF
JESUS
C/O OFFICER OR MANAGING AGENT
39 EAST 83RD STREET
NEW YORK, NY 10028

THE NORTHERN ASSURANCE CO. OF AMERICA
ATTN: MR. BRAD RICH GENERAL COUNSEL OR
CURRENT OFFICER OR MANAGING AGENT
ONEBEACON INSURANCE CO.
ONE BEACON LANE
CANTON, MA 02021

THE PEOPLES BANK
C/O OFFICE OR MANAGING AGENT
222 SOUTH MAIN STREET
PRATT, KS 67124

THE PETERS CORPORATION
C/O OFFICER OR MANAGING AGENT
P.O. BOX 908
SANTA FE, NM 87504-0908

THE ROMAN CATHOLIC ARCHBISHOP OF LA
ARCHDIOCESE OF LOS ANGELES
C/O MR. RANDY STEINER OR CURRENT OFFICER OR
MANAGING AGENT
3424 WILSHIRE BLVD.
LOS ANGELES, CA 90010-2241

THE SALVATION ARMY CENTRAL TERRITORIAL
C/O OFFICER OR MANAGING AGENT
10 WEST ALGONQUIN ROAD
DES PLAINES, IL 60016

THE SCRIPPS FAMILY REV. TRUST
U/A/D 02-16-2006/SB
C/O BARRY H. AND
GAIL D. SCRIPPS TRUSTEE
1008 GENIUS DR.
WINTER PARK, FL 32789-5122

THE SIRAGUSA FOUNDATION
C/O OFFICER OR MANAGING AGENT
1 EAST WACKER DRIVE, SUITE 2910
CHICAGO, IL 60601-1912

THE SPURGEON FAMILY LIMITED
PARTNERSHIP
C/O CHARLES H. SPURGEON
220 RAMONA AVE
EL CERRITO, CA 94530-4145

THE SPURGEON FAMILY LIMITED
PARTNERSHIP
C/O OFFICER OR MANAGENT AGENT
220 RAMONA AVE
EL CERRITO, CA 94530-4145

THE UNIVERSAL INSTITUTIONAL FUNDS, INC.
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

THE VALUE LINE INCOME FUND
C/O OFFICER OR MANAGING AGENT
VALUE LINE, INC.
VALUE LINE ASSET MANAGEMENT PORTFOLIO
ADMINISTRATION
220 EAST 42ND ST. 5TH FLOOR
NEW YORK, NY 10017

THE VANGUARD GROUP
A/C 05228-00-K/INSTL INDEX
C/O OFFICER OR MANAGING AGENT
100 VANGUARD BLVD V26
MALVERN, PA 19355-2331

THE VANGUARD GROUP, INC.
C/O OFFICER OR MANAGING AGENT
100 VANGUARD BLVD
MALVERN, PA  19355

THE VICTORY PORTFOLIOS
MICHAEL POLICARPO II
PRESIDENT
3435 STELZER RD
COLUMBUS, OH 43219

THE WALT DISNEY COMPANY
ATTN: MR. MITCH POLON
500 SO. BUENA VISTA ST.
BURBANK, CA 91521-0504

THE WALT DISNEY COMPANY
C/O OFFICER OR MANAGING AGENT
500 SO. BUENA VISTA ST.
BURBANK, CA 91521-0504

THE WHITTIER TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
1600 HUNTINGTON DRIVE
SOUT PASADENA, CA 91030

THERESE KING-NOHOS, ESQUIRE
DEWEY & LEBOEUF
TWO PRUDENTIAL PLAZA
SUITE 3700
180 NORTH STESON AVENUE
CHICAGO, IL 60601

THOMAS DECEDENT'S TRUST
U/D/T 6/12/1981
C/O WILLIAM F. THOMAS OR CURRENT TRUSTEE
16025 VALLEY WOOD ROAD
SHERMAN OAKS, CA 91403-4738

THOMAS E MITCHELL
369 RACETRACK RD
HO HO KUS, NJ 07423-1627

THOMAS E. MITCHELL
369 RACETRACK RD
HO HO KUS, NJ 07423-1627

THOMAS E. MITCHELL, III
369 RACETRACK RD
HO HO KUS, NJ 07423-1627

THOMAS F. HOLT, JR.
WILLIAM G. POTTER
K&L GATES LLP
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111

THOMAS G AYERS TRUST
C/O JOHN S AYERS TRUSTEE AND
CATHERINE A ALLEN TRUSTEE
595 RIVERVIEW DR
ANN ARBOR, MI 48104

THOMAS J. MAJORANA
CGM IRA CUSTODIAN
96 SHORE ROAD APT D2
PORT WASHINGTON, NY 11050-2229

THOMAS T BYRD, TR UA 01/25/82 HARRY F BYRD JR
REVOCABLE TRUST
C/O HARRY F BYRD JR, TRUSTEE OR CURRENT
TRUSTEE
2 N KENT ST
WINCHESTER, VA 22601-5038

THOMASYNE C. HUBERT
TOD THOMAS G. HUBERT
901 SOUTH EDGEWOOD LANE
MT PROSPECT, IL 60056-4058

THRIFT PLAN FOR THE EMPLOYEES OF THE
FEDERAL RESERVE SYSTEM
C/O OFFICER OR MANAGING AGENT
1 RIVERFRONT PLAZA, SUITE 100
NEWARK, NJ 07102

TIAA-CREF
C/O OFFICER OR MANAGING AGENT
730 THIRD AVE
NEW YORK, NY 10017

TIAA-CREF
TIM GEHMAN
730 THIRD AVE
NEW YORK, NY 10017

TIMOTHY R. KENNEDY & SUSAN M. KENNEDY
2075 CHARLES DRIVE
HELLERTOWN, PA 18055

TIMOTHY S. PECARO & SUSAN S. PECARO
1344 LANCIA DRIVE
MC LEAN, VA 22102-2204

TOBEY MARIE DALUZ, ESQUIRE
BALLARD SPAHR LLP
919 N. MARKET ST., 11TH FL
WILMINGTON, DE 19801

TOMMIE L CORDERO TR UA 12/09/90 TRUST
C/O TRUSTEE FOR TOMMIE L CORDERO TR UA
12/09/90 TRUST
13211 ROYALCREST CT #194
LA MIRADA, CA 90638

TOWER GREENSPUN DGSPT, LLC
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

TOWER GREENSPUN JGGSTP, LLC
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

TOWER GREENSPUN SGFFT, LLC
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

TOWER GREENSPUN, L.L.C.
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

TRADEWORX ULTRA SELECT LP
TMS/ITS SETT A/C FOR TRADEWORX
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE RD SUITE 400
WILMINGTON, DE 19808-1645

TRANSAMERICA BLACKROCK LARGE CAP VALUE
VP (F/K/A TRANSAMERICA T. ROWE PRICE EQUITY
INCOME VP)
C/O OFFICER OR MANAGING AGENT
570 CARILLON PARKWAY
ST. PETERSBURG, FL  33716

TRANSAMERICA PARTNERS MID VALUE
PORTFOLIO (F/K/A TRANSAMERICA PARTNERS MID-
CAP VALUE; DIVERSIFIED INVESTORS MID-CAP
VALUE)
C/O OFFICER OR MANAGING AGENT
570 CARILLON PARKWAY
ST. PETERSBURG, FL  33716

TRANSIT EMPLOYEES RETIREMENT
C/O OFFICER OR MANAGING AGENT
200 E RANDOLPH SUITE 2900
CHICAGO, IL 60601-6536

TREASURER OF THE STATE OF N.C.
ELAINE F. MARSHALL
NORTH CAROLINA SECRETARY OF STATE
2 SOUTH SALISBURY STREET
RALEIGH, NC 27601

TRIBECA INVESTMENTS LLC
C/O OFFICER OR MANAGING AGENT
MORGAN STANLEY & CO INC
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

TROON & CO
A PARTNERSHIP
C/O OFFICER OR MANAGING AGENT
BOX 1655
SOUTH BEND, IN 46634-1655

TRP INSTL COM TR FD EQY INDEX TR
C/O TRUSTEE FOR TRP INSTL COM TR FD EQY
INDEX TR
T. ROWE PRICE TRUST CO.
100 EAST PRATT STREET
BALTIMORE MARYL, ND 21202

TRP STRUCTURED RESEARCH TRUST
C/O T ROWE PRICE TRUST COMPANY
100 EAST PRATT STREET
BALITMORE, MD 21202

TRUST CO. OF VERMONT
JOHN R. DAVIDSON
151 MAIN STREET
BRATTLEBORO, VT 5301

TRUST D FOR A PORTION OF THE ASSETS OF THE
KODAK RET INC FD PLN
C/O OFFICER OR MANAGING AGENT
LIBERTY VIEW
HARBORSIDE FIN'L CTR PLAZA
103 SECOND ST SUITE 202
JERSEY CITY, NJ 7311

TTEES WATCH HOUSE TRUST
C/O PAUL A SILVER
HINCKLEY ALLEN & SNYDER LLP
1500 FLEET CTR
PROVIDENCE, RI 02903-2319

TWEEDY BROWNE COMPANY LLC
STATE STREET LUX
C/O LAURA LYNN FORD
350 PARK AVENUE 9TH FLOOR
NEW YORK, NY 10022

TWEEDY BROWNE COMPANY LLC
STATE STREET LUX
C/O OFFICER OR MANAGING AGENT
350 PARK AVENUE 9TH FLOOR
NEW YORK, NY 10022

TWEEDY BROWNE VALUE FUND
C/O OFFICER OR MANAGING AGENT
350 PARK AVENUE
NEW YORK, NY 10022

TWIN CITY PIPE TRADES PENSION FUND LCV
C/O OFFICER OR MANAGING AGENT
700 TRANSFER ROAD
ST PAUL, MN 55114

U/A CARRINGTON M. LLOYD, JR. PLD
C/O BANK OF AMERICA
BANK OF AMERICA CORPORATE CENTER
CHARLOTTE, NC 28255

U/W/O HENRY CARSON JACKSON, IRREVOCABLE
MANAGEMENT TRUST, UA 12-17-96 TRUST A-2
C/O CHERRY SUE JACKSON, TRUSTEE OR CURRENT
TRUSTEE
P.O. BOX 71
OPELIKA, AL 36803-0071

UA LOCAL UNION OFFICE & EMPLOYEES
C/O OFFICER OR MANAGING AGENT
3 PARK PLACE
ANNAPOLIS, MD 21401

UAD 12/9/98 VICTORIA BADALI DEC OF LIVING
FAMILY TRUST
C/O VINCENT A G BADALI, OR CURRENT TRUSTEE
1 HUNT CLUB DR
ST CHARLES, IL 60174

UBS INDEX TRUST
PRESIDENT
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6028

UD VS RISLEY CJ DE SIEYES ETAL
DR CHARLES J DE SIEYES
35 OLD POWERHOUSE RD
FALMOUTH, ME 04105-1615

UFCW INTERNATIONAL UNION-INDUSTRY PENSION
FUND
C/O OFFICER OR MANAGING AGENT
1775 K STREET, NW
WASHINGTON, DC 20006-1598

UFCW MIDWEST PENSION FUND
C/O OFFICER OR MANAGING AGENT
1300 HIGGINS ROAD, STE 300
PARK RIDGE, IL 60068

UMC BENEFIT BOARD, INC
C/O OFFICER OR MANAGING AGENT
1201 DAVIS STREET
EVANSTON, IL 60201-1118

UMWA 1974 PENSION TRUST
C/O TRUSTEE FOR UMWA 1974 PENSION TRUST
2121 K STREET NW
WASHINGTON, DC 20037

UMWA HEALTH AND RETIREMENT
C/O OFFICER OR MANAGING AGENT
2121 K STREET NW
WASHINGTON, DC 20037

UNION BANK & TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
312 CENTRAL AVENUE
MINNEAPOLIS, MN 55414

UNITED CHURCH OF CHRIST DEFINED
CONTRIBUTION
C/O OFFICER OR MANAGING AGENT
475 RIVERSIDE DRIVE ROOM 1020
NEW YORK, NY 10115-1126

UNITED DEFENSE LP
C/O MARK MANION
1525 WILSON BLVD. STE 700
ARLINGTON, VA 22209

UNITED DEFENSE LP
C/O OFFICER OR MANAGING AGENT
1525 WILSON BLVD. STE 700
ARLINGTON, VA 22209

UNITED TECHNOLOGIES CORP.
C/O OFFICER OR MANAGING AGENT
MASTER RETIREMENT TRUST
UNITED TECHNOLOGIES BUILDING
HARTFORD, CT 06101

US BANK NATIONAL ASSOCATION
C/O OFFICER OR MANAGING AGENT
801 NORTH CLARK STREET
CHICAGO, IL 60610

US EQUITY MARKET FUND A
ATTN: LEGAL DEPARTMENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

US EQUITY MARKET FUND A
C/O OFFICER OR MANAGING AGENT
400 HOWARD STREET
SAN FRANCISO, CA  94105

USAA MUTUAL FUND INC.
C/O OFFICER OR MANAGING AGENT
USAA INVESTMENT COMPANY
ROBERT GALINDO A03W
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

USAA MUTUAL FUND, INC.
ATTN: ROBERTO GALINDO
9800 FREDERICKSBURG RD
SAN ANTONIO, TX  78240

USAA MUTUAL FUND, INC.
C/O OFFICER OR MANAGING AGENT
9800 FREDERICKSBURG RD
SAN ANTONIO, TX  78240

V TRADER PRO LLC
C/O OFFICER OR MANAGING AGENT
220 BUSH ST
SAN FRANCISCO, CA 94104

VALUE GROWTH PORTFOLIO OF THE EQUITRUST
VARIABLE INSURANCE SERIES FUND
C/O FBL FINANCIAL GROUP INC. ATTN: MICHELLE
INGLE LEGAL
5400 UNIVERSITY AVENUE
WEST DES MOINES, IA 50266

VALUE GROWTH PORTFOLIO OF THE EQUITRUST
VARIABLE INSURANCE SERIES FUND
C/O OFFICER OR MANAGING AGENT
C/O FBL FINANCIAL GROUP INC.
5400 UNIVERSITY AVENUE
WEST DES MOINES, IA 50266

VANDERBILT PARTNERS, LLC.
C/O OFFICER OR MANAGING AGENT
350 PARK AVENUE 9TH FLOOR
NEW YORK
NEW YORK, NY 10022

VANGARD FIDUCIARY TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
RUSSELL 1000 VALUE/VANGUARD GRP, INC
P O BOX 2600
VALLEY FORGE, PA 19482

VANGUARD - 143-VVIF MIDCAP INDEX
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD - 143-VVIF MIDCAP INDEX
THE VANGUARD GROUP
MR. JOHN RAIDY
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD - VGD FTSE SOCIAL INDEX
C/O MR. JOHN RAIDY
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD - VGD FTSE SOCIAL INDEX
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD ASSET ALLOCATION FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP, INC
PO BOX 1110
VALLEY FORGE, PA  19482-1110

VANGUARD BAL INDEX EQUITY
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP, INC
PO BOX 1110
VALLEY FORGE, PA  19482-1110

VANGUARD EQUITY INCOME
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP, INC
PO BOX 1110
VALLEY FORGE, PA  19482-1110

VANGUARD GROWTH & INCOME FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP, INC
PO BOX 1110
VALLEY FORGE, PA  19482-1110

VANGUARD GROWTH AND INCOME FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD GROWTH AND INCOME FUND
THE VANGUARD GROUP
MR. JOHN RAIDY
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD GRP, INC RUSSELL 1000 VALUE FUND
C/O OFFICER OR MANAGING AGENT
VANGARD FIDUCIARY TRUST COMPANY
P O BOX 2600
VALLEY FORGE, PA 19482

VANGUARD INDEX 500 FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP, INC
PO BOX 1110
VALLEY FORGE, PA  19482-1110

VANGUARD INSTITUTIONAL INDEX FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD INSTITUTIONAL INDEX FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP, INC
PO BOX 1110
VALLEY FORGE, PA  19482-1110

VANGUARD INSTITUTIONAL INDEX FUND
THE VANGUARD GROUP
MR. JOHN RAIDY
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD INSTITUTIONAL TOTAL STOCK
MARKET INDEX FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP, INC
PO BOX 1110
VALLEY FORGE, PA  19482-1110

VANGUARD MID-CAP INDEX FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP, INC
PO BOX 1110
VALLEY FORGE, PA  19482-1110

VANGUARD MID-CAP VALUE INDEX FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP, INC
PO BOX 1110
VALLEY FORGE, PA  19482-1110

VANGUARD STRUCTURED LARGE - CAP EQUITY
FUND
C/O OFFICER OR MANAGING AGENT
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD TAX MANAGED GROWTH & INCOME
FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP, INC
PO BOX 1110
VALLEY FORGE, PA  19482-1110

VANGUARD TOTAL STOCK MARKET INDEX FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP, INC
PO BOX 1110
VALLEY FORGE, PA  19482-1110

VANGUARD VALUE INDEX FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP, INC
PO BOX 1105
VALLEY FORGE, PA  19482-1105

VANGUARD VALUED INDEX FUND-EQUITY INDEX
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VANGUARD VVIF MIDCAP INDEX FUND
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP, INC
PO BOX 1105
VALLEY FORGE, PA  19482-1105

VARIABLE ANNUITY LIFE INS CO
C/O OFFICER OR MANAGING AGENT
SUNAMERICA ASSET MANAGEMENT
JUJE
GREG KINGSTON
2929 ALLEN PARKWAY
HOUSTON, TX 77019-1701

VEBA PARTNERSHIP N LP
C/O OFFICER OR MANAGING AGENT
ONE VERIZON WAY BLDG.7
BASKING RIDGE, NJ 07920

VERIZON MASTER SAVINGS TRUST
C/O OFFICER OF MANAGING AGENT
295 N. MAPLE AVE,  BLDG. 7
BASKING RIDGE, NJ 07920

VERN M STRICKLER
2528 DUKE PL
COSTA MESA, CA 92626-6339

VERNA R. HARRAH, VERNA R. HARRAH TRUST
SPECIAL ACCOUNT DTD 9/5/86
VERNA HARRAH TRUSTEE
C/O GATTO POPE & WALWICK LLP
550 WEST C STREET SUITE 1700
SAN DIEGO, CA 92101-3568

VFTC - VANGUARD COMPANY STOCK 21
ATTN: MR. JOHN RAIDY
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VFTC - VANGUARD COMPANY STOCK 21
C/O OFFICER OF MANAGING AGENT
THE VANGUARD GROUP
100 VANGUARD BLVD
MALVERN, PA  19355

VIKRAM PARVATANENI
63 HOWARD STREET EXT
SALEM, MA 01970

VILMA L CHANTILES AND NICHOLAS G CHANTILES
13 CIRCLE RD
SCARSDALE, NY 10583-5321

VINCENT R. CAPPUCCI, ESQUIRE
JORDAN A. CORTEZ, ESQUIRE
ENTWISTLE & CAPPUCCI LLP
280 PARK AVENUE, 26 FLOOR WEST
NEW YORK, NY 10017

VIOLET PAYNE AND LESLIE PAYNE
167 BROOKLYN AVE
HUNTINGTON, NY 11743

VIRGIL SMITH RAY
PO BOX 160937
AUSTIN, TX 78716

VIRGINIA RETIREMENT SYSTEM
C/O OFFICER OR MANAGING AGENT
1200 EAST MAIN STREET
RICHMOND, VA 23218-2500

VIRGINIA SONNENSCHEIN TRUST
C/O TRUSTEE FOR VIRGINIA SONNENSCHEIN TRUST
64 LOCUST RD
WINNETKA, IL 60093-3751

VIRGINIA SONNENSCHEIN TRUST
C/O VIRGINIA SONNENSCHEIN CUSTODIAN
64 LOCUST RD
WINNETKA, IL 60093-3751

VOLUTION ALL-CAP EQUITY FUND
C/O OFFICER OR MANAGING AGENT
DIREXION FUNDS
ATTN: ADAM GOULD
33 WHITEHALL STREET, 10TH FLOOR
NEW YORK, NY 10004

VT STATE RETIREMENT
C/O OFFICER OR MANAGING AGENT
109 STATE STREET 4TH FL
MONTPELIER, VT 05602

VT STATE RETIREMENT
C/O STEVE WISLOSKI
109 STATE STREET 4TH FL
MONTPELIER, VT 05602

W ELLIS GIDDENS LIVING TRUST UAD
C/O W GIDDENS OR CURRENT TRUSTEE
3754 LYTLE ROAD
BAINBRIDGE ISLAND, WA 98110

W.P., LAUGHLIN, W.P. LAUGHLIN TRUST
C/O TRUSTEE FOR W.P. LAUGHLIN TRUST
MICHIGAN TRUST BANK
136 EAST MICHIGAN AVENUE SUITE 1201
KALAMAZOO, MI 49007-3936

WABASH HARVEST PARTNERS LP
C/O OFFICER OR MANAGING AGENT
HARVEST ADVISORS, LLC
600 MADISON AVENUE, 11TH FLOOR
NEW YORK, NY  10022

WALKER HOUSE SPV LTD
C/O OFFICER OR MANAGING AGENT
415 MADISON AVENUE
2ND FLOOR
NEW YORK, NY 10017-7958

WALTER E GRAHAM, U/A DTD 10/16/2000
C/O ANNE G TAYLOR OR CURRENT TRUSTEE
36 MAGNOLIA AVE
NEWTON, MA 02458

WAMU PENSION PLAN MASTER TRUST
C/O TRUSTEE FOR WAMU PENSION PLAN MASTER
TRUST
1301 SECOND AVENUE, WMC-3601
SEATTLE, WA 98101

WARD L QUAAL
520 GREEN BAY ROAD
WINNETKA, IL  60093

WARREN B. WILLIAMSON
760 HOLLADAY RD
PASADENA, CA 91106

WARREN B. WILLIAMSON
CHANDIS SECURITIES
350 W COLORADO BLVD, STE 230
PASADENA, CA 91105-1855

WARREN J EIDE
1222 BROADLEAF LN
SAN JOSE, CA 95128-1212

WASHINGTON AREA CARPENTERS PENSION FUND
C/O OFFICER OR MANAGING AGENT
6009 OXON HILL ROAD, STE 416
OXON HILL, MD 20745

WATER AND POWER EMPLOYEES' RET DISAB &
DEATH BENEFIT INS PLAN
C/O OFFICER OR MANAGING AGENT
111 NORTH HOPE STREET
LOS ANGELES, CA 90012-2690

WATERMAN BROADCASTING CORP
EMPLOYEE PROFIT SHARING PLAN U/A 01/01/1974
C/O OFFICER OR MANAGING AGENT
P.O. BOX 7578
FT MYERS, FL 33911-7578

WAYNE F. MCNULTY DCSD AND IRENE M
MCNULTY DCSD JTWROS
C/O MARY KATHLEEN MCNULTY OR CURRENT
TRUSTEE
1342 JONES ST, APT 5
SAN FRANCISCO, CA 94109-4134

WAYNE F. MCNULTY DCSD
C/O MARY KATHLEEN MCNULTY OR CURRENT
TRUSTEE
1342 JONES ST APT 5
SAN FRANCISCO, CA 94109-4134

WAYNE HUMMER TRUST CO NA
C/O OFFICER OR MANAGING AGENT
664 NORTH WESTERN AVENUE
SUITE 900
LAKE FOREST, IL 60045

WELLSPAN HEALTH INC. NON-ERISA
C/O OFFICER OR MANAGING AGENT
WELLSPAN OFFICE CENTER
45 MONUMENT ROAD
YORK, PA 17403

WELLSPAN HEALTH MASTER TRUST
C/O OFFICER OR MANAGING AGENT
147 GETTYS STREET
GETTYSBURG, PA 17325

WELLSPAN HEALTH PENSION LCV
C/O OFFICER OR MANAGING AGENT
45 MONUMENT ROAD, WELLSPAN OFFICE CENTER
YORK, PA 17403

WELLSPAN HEALTH SYSTEM
C/O OFFICER OR MANAGING AGENT
140 N DUKE ST
YORK, PA 17405 2767

WENDY & NATALIE TR-UW WALTER BLUM
C/O MR DAVID R COGGINS JR OR CURRENT
TRUSTEE
1730 IRVING AVE S
MINNEAPOLIS, MN 55403-2817

WERB & SULLIVAN
DUANE D. WERB
300 DELAWARE AVENUE, SUITE 1300
WILMINGTON, DE 19801

WHITE MOUNTAINS REINSURANCE COMPANY OF
AMERICA
DWIGHT EVANS
PRESIDENT AND CEO
ONE LIBERTY PLAZA-9TH FLOOR
NEW YORK, NY 10006

WHITEBOX DIVERSIFIED CONVERTIBLE
ARBITRAGE FUND, LP
C/O OFFICER OR MANAGING AGENT
3033 EXCELSIOR BLVD, SUITE 300
MINNEAPOLIS, MN 55416

WHITEBOX HIGH YIELD FUND, LP
C/O OFFICER OR MANAGING AGENT
3033 EXCELSIOR BLVD, SUITE 300
MINNEAPOLIS, MN 55416

WILL K. WEINSTEIN, WILL K. WEINSTEIN
REVOCABLE TRUST U/A DTD 2-27-90
C/O WILL K. WEINSTEIN, TRUSTEE OR CURRENT
TRUSTEE
ONE FERRY BUILDING, SUITE 255
SAN FRANCISCO, CA 94111-4243

WILLIAM  MURPHY & BARBARA MURPHY
7 THOMAS PLACE
ROWAYTON, CT 06853-1500

WILLIAM APFELBAUM
NORTHERN TRUST VALUE
2 DEARFIELD DR #1A
GREENWICH, CT 06831-5301

WILLIAM B DENHART NONQUALIFYING TRUST
UNDER WILL OF WILLIAM B DENHART
US BANK AS TRUSTEE
C/O TRUST LEGAL COUNSEL EP-MN-WS4L
60 LIVINGSTON AVE
ST PAUL, MN 55107

WILLIAM D MAC DONALD & NANCY L MAC
DONALD TRUST TR UA 7 21
C/O WILLIAM D. MAC DONALD & NANCY L. MAC
DONALD OR CURRENT TRUSTEE
2008 GRAYLOCK AVE
MONTEREY PARK, CA 91754-6431

WILLIAM F. WARCHOL
5558 S TALMAN AVE
CHICAGO, IL  60629-1034

WILLIAM J. BARRETT
RAY G. REZNER
ROGER H. STETSON
BARACK FERRAZZANO KIRSCHBAUM &
NAGELBERG LLP
200 WEST MADISON STREET, SUITE 3900
CHICAGO, IL  60606

WILLIAM JAMES BELL TRUST
C/O WILLIAM J BELL TRUSTEE
C/O BELL PHILLIP TELEVISION
7800 BEVERLEY BLVD. SUITE 3371
LOS ANGELES, CA 90036-2112

WILLIAM K. DODDS, ESQUIRE
DECHERT LLP
1095 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036-6797

WILLIAM MAHER, ASBESTOS WORKERS 32 PENSION
FUND
C/O WILLIAM MAHER OR CURRENT TRUSTEE
318 CLEVELAND AVENUE
HIGHLAND PARK, NJ 08904-1845

WILLIAM P HAMMOND TRUST U/A DTD 08/11/1992
C/O WILLIAM P HAMMOND TRUSTEE OR CURRENT
TRUSTEE
144 ELLIS RD
MILFORD, NJ 08848-1559

WILLIAMM & JANE HAYS CHARITABLE
REMAINDER UNITRUST
C/O US BANK AS TRUSTEE
TRUST LEGAL COUNSEL EP-MN-WS4L
60 LIVINGSTON AVE
ST PAUL, MN 55107

WILLIAMS ANDERSON TWADDELL
PO BOX 406
BARNESVILLE, MD 20838-0406

WILLIE H. SHERROUSE
3800 PLACID DRIVE
MONROE, LA 71201

WILSHIRE MUTUAL FUNDS, INC.
MICHAEL WAUTERS
TREASURER
1299 OCEAN AVENUE SUITE 700
SANTA MONICA, CA 90401

WILSHIRE VARIABLE INSURANCE TRUST
LAWRENCE DAVANZO, PRESIDENT
1299 OCEAN AVENUE, SUITE 700
SANTA MONICA , CA 90401

WINCHESTER EVENING STAR INC.
THOMAS T. BYRD
2 N. KENT STREET
WINCHESTER, VA 22601-5038

WINDSOR II VANGUARD
C/O OFFICER OR MANAGING AGENT
THE VANGUARD GROUP, INC
PO BOX 1110
VALLEY FORGE, PA  19482-1110

WINDY A. HILLMAN
WARGO & FRENCH LLP
1170 PEACHTREE STREET, N.E.
SUITE 2020
ATLANTA, GEORGIA 30309

WIRTZ CORPORATION
MAX E. MOHLER
680 LAKE SHORE DRIVE
19TH FLOOR
CHICAGO, IL 60611-4548

WOLVERINE ASSET MANAGEMENT, INC.
JAMES T. EASTERLING
3500 THREE FIRST NATIONAL PLAZA
CHICAGO, IL 60602

WORLDWIDE TRANSACTIONS LIMITED
C/O OFFICER OR MANAGING AGENT
CARLSON CAPITAL L.P.
ATTN: LEGAL DEPARTMENT
2100 MCKINNEY AVENUE SUITE 1800
DALLAS, TX 75201

WPML LIMITED PARTNERSHIP, PERSONAL
CUSTODY
ATTN: JOSEPH C LINNEN
1721 N HUDSON AVENUE
CHICAGO, IL 60614-5610

WPML LIMITED PARTNERSHIP, PERSONAL
CUSTODY
C/O OFFICER OR MANAGING AGENT
1721 N HUDSON AVENUE
CHICAGO, IL 60614-5610

WYETH MASTER RETIREMENT TRUST
ATTN: CHRISTI FALLON OR CURRENT TRUSTEE
PFIZER INC.
235 EAST 42ND STREET
NEW YORK, NY  10017

YIELD STRATEGIES FUND I LP
C/O CAMDEN ASSET MANAGEMENT
 BRUCE MILES ELIOT
2029 CENTURY PARK EAST, SUITE 2010
LOS ANGELES, CA 90067

YNEZ VIOLE O'NEILL
241 S WINDSOR BLVD
LOS ANGELES, CA 90004-3819

ZEBRA CAPITAL MANAGEMENT, LLC
RAVI BANERJEE
PARTNER - COO
612 WHEELERS FARMS ROAD
MILFORD, CT 06461

ZEVIN ASSET MANAGEMENT LLC F/K/A ROBERT
BROOK ZEVIN ASSOCIATES, INC.
ROBERT BROOKE ZEVIN
50 CONGRESS STREET
SUITE 1040
BOSTON, MA 02109

ZOLTAN AND LIDIA HORVATH
38877 N KENMORE RD
ANTIOCH, IL 60002-7119

ZOOLOGICAL SOCIETY OF SAN DIEGO
C/O OFFICER OR MANAGING AGENT
2920 ZOO DRIVE
SAN DIEGO, CA 92112

**Tribune Company, et al.
08-13141 (KJC)
2002 Service List**

50 – Hand Delivery
165 – First Class Mail

*Via First Class Mail*
(Debtors)
Chandler Bigelow, III
Sr. Vice President & CFO
Tribune Company
435 N. Michigan Avenue
Chicago, IL  60611

*Via First Class Mail*
(Official Committee of Unsecured Creditors)
Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

*Via First Class Mail*
(Counsel to Banc of America Leasing & Capital LLC)
Thomas V. Asdounis, Esq.
Asdounis & Darcy, PC
401 North Michigan Avenue
Suite 550
Chicago, IL  60611

*Via First Class Mail*
Barclays Capital Inc.
Attn:  US Client Valuations Group
200 Park Avenue
New York, NY  10166

*Via First Class Mail*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

*Via Hand Delivery*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

*Via Hand Delivery*
David Klauder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Sony Pictures Television)
Pamela Kohlman Webster
Buchalter Nemer
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA  90017-2457

*Via Hand Delivery*
(Counsel to Oracle America, Inc.)
James E. Huggett, Esq.
Margolis Edelstein
705 Shipyard Drive
Suite 102
Wilmington, DE 19801

*Via First Class Mail*
Ruth Weinstein
Canon USA, Inc.
1 Canon Plaza
New Hyde Park, NY  11042

*Via Hand Delivery*
(Counsel to American Federation of Television & Radio Artists)
Susan E. Kaufman, Esq.
Cooch & Taylor PA
1000 West Street, 10th Floor
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to American Federation of Television & Radio Artists)
Babette A. Ceccoti, Esq.
Cohen Weiss & Simon LLP
330 West 42nd Street
New York, NY  10036

*Via First Class Mail*
(Counsel to JPMorgan Chase Bank, N.A.)
Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

*Via Hand Delivery*
(Counsel to Washington-Baltimore Newspaper Guild, Local 32035-TNG-CWA)
Christopher P. Simon, Esq.
Cross & Simon LLC
913 North Market Street, 11th Floor
Wilmington, DE  19899

*Via Hand Delivery*
(Counsel to Barclays Bank PLC)
Stuart M. Brown, Esq.
R. Craig Martin, Esq.
Michelle E. Marino, Esq.
DLA Piper LLP (US)
919 N. Market Street, Suite 1500
Wilmington, DE  19801

*Via First Class Mail*
Deutsche Bank Trust AG
60 Wall Street
New York, NY  10005

*Via First Class Mail*
(Counsel to Corestaff Services)
Jan I. Berlage, Esq.
Gohn Hankey & Stichel LLP
201North Charles Street
Baltimore, MD  21201

*Via Hand Delivery*
(Counsel to Intelsat Corporation)
Frederick B. Rosner, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Canon USA Inc, Intelsat Corporation)
Paul Rubin, Esq.
Stephen B. Selbst, Esq.
Herrick Feinstein LLP
Two Park Avenue
New York, NY  10016

**Via Hand Delivery**
(Counsel to Corestaff Services)
William M. Kelleher
Elliott Greenleaf
1105 N. Market St., Suite 1700
Wilmington, DE  19899

**Via First Class Mail**
Beverly H. Shideler
IBM Corporation
Two Lincoln Centre
Villa Park, IL  60181

**Via First Class Mail**
Anthony DeGlomine, III,
Harris Corporation
1025 W. Nasa Blvd.
Mail Stop A-11A
Melbourne, FL  32919

**Via First Class Mail**
Internal Revenue Service
Attn:  Room 1150
31 Hopkins Plaza
Baltimore, MD  21201

**Via First Class Mail**
(Counsel to Abitibi Bowater, Inc., Abitibi Consolidated Sales
and Bowater, Inc.)
Scott A. Golden, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022

**Via First Class Mail**
Miriam Kulnis
JPMorgan Chase Bank, NA
One Chase Plaza
New York, NY  10005

**Via First Class Mail**
Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326

**Via First Class Mail**
(Counsel to Greatbanc Trust Company)
Charles R. Smith, Esq.
K&L Gates LLP
210 6th Ave., Suite 1100
Pittsburgh, PA  15222-2312

**Via First Class Mail**
JP Morgan Chase Bank, NA As Agent
1111 Fannin, 10th Floor
Houston, TX  77002

**Via First Class Mail**
(Counsel to Telerep, LLC)
Erick R. Wilson, Esq.
Howard S. Steel, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

*Via First Class Mail*
(Counsel to Greatbanc Trust Company)
Jeffery N. Rich, Esq.
599 Lexington Ave.
K&L Gates LLP
New York, NY  10022-6030

*Via First Class Mail*
(Counsel to Barclays)
Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019

*Via First Class Mail*
(Counsel to Merrill Lynch Capital Corp as Admin Agent)
Margo B. Schonholtz, Esq.
Madlyn Gleich Primioff, Esq.
Kayle Scholer LLP
425 Park Avenue
New York, NY  10022

*Via Hand Delivery*
(Counsel to Deutsche Bank Trust Company Americas)
Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Dallas County)
Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX  75201

*Via First Class Mail*
(Counsel to CF 4242 Bryn Mawr LLC)
Colleen E. McManus, Esq.
Much Shelist Deneberg Ament & Rubenstein, PC
191 North Wacker Drive, Suite 1800
Chicago, IL  60606

*Via First Class Mail*
(Counsel to Deutsche Bank Trust Company Americas)
David Adler, Esq.
G. Amanda Mallan, Esq.
McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY  10167

*Via Hand Delivery*
(Counsel to JPMorgan Chase Bank, N.A.)
Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, PA
920 North King Street
Wilmington, DE  19801

*Via First Class Mail*
Morgan Stanley Fixed Income
1585 Broadway, 2nd Floor
New York, NY  10036

*Via First Class Mail*
Securities &  Exchange Commission (SEC)
100 F. Street, NE
Washington, DC  20549

***Via Hand Delivery***
(Counsel to Merrill Lynch Capital Corp as Admin Agent)
Laurie Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
PO Box 951
Wilmington, DE  19899-0951

***Via First Class Mail***
(Counsel to Personal Plus, Inc.)
Kelly Singer, Esq.
Squire, Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ  85004-4498

***Via Hand Delivery***
(Counsel to Abitibi Bowater, Inc., Abitibi Consolidated Sales
Corporation & Bowater, Inc.)
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE  19899

***Via First Class Mail***
American Express Travel Related Service Co., Inc.
c/o Becket and Lee LP
P.O. Box 3001
Malvern, PA 19355-0701

***Via First Class Mail***
(Counsel to SLG 220 News Owner LLC as Landlord)
Edmond P. O'Brien, Esq.
Stempel Bennett Claman & Hochberg, PC
675 Third Avenue, 31st Floor
New York, NY  10017

***Via First Class Mail***
Nils Larsen, Managing Director
c/o Equity Group Investments
Tower DC, LLC
Two North Riverside Plaza, Suite 1700
Chicago, IL  60606

***Via First Class Mail***
Scott Friedberg
The Seaport Group LLC
360 Madison Avenue, 22nd Floor
New York, NY  10017

***Via First Class Mail***
Office of The Treasurer
United Sates Treasury
1500 Pennsylvania Avenue, NW
Room 2134
Washington, DC  20220

***Via First Class Mail***
Matthew J. Troy, Esq.
Civil Division
United States Department of Justice
1100 L Street, N.W.
Room 10006
Washington, DC  20530

***Via Hand Delivery***
Ellen W. Slights, Esq.
US Attorney's Office
1201 Market Street, Suite 1100
PO Box 2046
Wilmington, DE  19899-2046

*Via First Class Mail*
Jeffery A. Taylor, US Attorney
US Attorney's Office
Judiciary Center Bldg
555 4th Street NW
Washington, DC  20530

*Via First Class Mail*
Wayne M. Smith, Esq.
Warner Brothers Television Distribution, Inc.
4000 Warner Blvd
Bldg, 156, Room 5158
Burbank, CA  91522

*Via First Class Mail*
(Counsel for AOL LLC & Its Related Entities)
Tiffany Strelow Cobb, Esq.
Vorys Sater Seymour & Pease LLP
52 East Gay Street
Columbus, OH  43215

*Via First Class Mail*
(Counsel to Washington-Baltimore Newspaper Guild, Local
32035, TNG-CWA)
Robert E. Paul, Esq.
Zwerdlking Paul Kahn & Wolly, PC
1025 Connecticut Avenue, NW
Suite 712
Washington, DC  20036-5420

*Via First Class Mail*
(Counsel to Valuation Research Company)
John C. Phillips, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Via First Class Mail*
(Counsel to CapitalSource Finance LLC and DMD Special
Situations Funding LLC)
Joanne Fungaroli, Esquire
CapitalSource Finance LLC
5404 Wisconsin Ave., Suite 200
Chevy Chase, MD  20815

*Via First Class Mail*
(Counsel to Law Debenture Trust Company of New York)
David Rosner, Esq.
Andrew K. Glenn, Esq.
Matthew B. Stein, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

*Via First class Mail*
(Counsel to Valuation Research Corporation)
David Neier, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

*Via First Class Mail*
(Counsel to Harris County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX  77253-3064

*Via First Class Mail*
Kathleen N. Reed
Navistar Leasing Company
425 N. Martingale Road, 18th Floor
Schaumburg, IL  60173

*Via First Class Mail*
Frank A. Anderson, Esquire
Cassandra R. Burton, Esquire
Kartar S. Khalsa, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, DC  20005-4026

*Via First Class Mail*
J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX  77010

*Via Hand Delivery*
(Counsel to Dow Jones & Company, Inc.)
R. Karl Hill, Esq.
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500
P.O. Box 68
Wilmington, DE 19801

*Via First Class Mail*
*(Counsel to various parties)*
Jay Teitelbaum, Esquire
Teitelbaum & Baskin, LLP
1 Barker Avenue, 3rd Floor
White Plains, NY  10601

*Via First Class Mail*
*(Counsel to Twentieth Television, Inc.)*
Martin S. Zohn, Esquire
Proskauer Rose LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067

*Via First Class Mail*
(Counsel to Dow Jones & Company)
Ira S. Green, Esq.
Scott A. Golden, Esq.
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

*Via Hand Delivery*
(Counsel to Twentieth Television, Inc.)
Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

*Via First Class Mail*
Jodie Rea
Twentieth Television, Inc.
2121 Avenue of the Stars, Suite 1754
Los Angeles, CA  90067

*Via First Class Mail*
Mr. Ken Higman
Sr. Default & Recovery Analyst
Hewlett-Packard Company
12610 Park Plaza Dr.
Suite 100
Cerritos, CA 90703-9362

*Via First Class Mail*
(Counsel to Hewlett-Packard Company)
Ramona Neal, Esquire
Corporate Counsel
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID  83714-0021

*Via Hand Delivery*
(Counsel to Law Debenture Trust Company of New York)
Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

*Via First Class Mail*
Susan L. Lissant, Esq.
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475

*Via First Class Mail*
Travelers
Attn:  Mike Lynch
1 Tower Square – 5MN
Hartford, CT  06183-4044

*Via First Class Mail*
(County of San Bernardino, CA)
Martha E. Romero, Esq.
Romero Law Firm
BMR Professional Building
6516 Bright Ave.
Whittier, CA 90601

*Via First Class Mail*
(Counsel to Broward County Revenue Collection Division,
Bankruptcy & Litigation Section)
Jeffrey J. Newton
Hollie N. Hawn
County Attorney for Broward County
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL  33301

*Via First Class Mail*
(Counsel to Cop-Hanging Moss, LLC)
Todd M. Hoepker, Esq.
Todd M. Hoepker, P.A.
P.O. Box 3311
Orlando, FL  32802-3311

*Via First Class Mail*
(Counsel to Catellus Development Corporation)
Edward J. Tredinnick, Esquire
Greene Radovsky Maloney Share & Hennigh LLP
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111

*Via First Class Mail*
(Counsel to Iron Mountain Information Management, Inc.)
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

*Via Hand Delivery*
(Counsel to Navistar Financial Corp. and Navistar Leasing)
John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Ave., Suite 1370
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

*Via First Class Mail*
(Counsel to Anton Bauer, Camera Dynamics, et al.)
Fred Fellmeth, Esquire
Broadcast Systems Division
The Vitec Group plc
200 International Drive
Mt. Olive, NJ 07828

*Via First Class Mail*
Donald R. Furman, Jr., Esquire
Furman Gregory LLC
75 Federal Street, Ninth Floor
Boston, MA 02110

*Via First Class Mail*
(Counsel to PPF OFF Two Park Avenue Owner, LLC)
Alan J. Lipkin, Esquire
Jeremy E. Crystal, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

*Via First Class Mail*
(Counsel to IAM Lodge No. 126)
Angie M. Cowan, Esquire
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

*Via First Class Mail*
(Counsel to NBC)
Michael V. Blumenthal, Esquire
Thompson & Knight LLP
900 Third Avenue, 20th Floor
New York, NY 10022

*Via Hand Delivery*
(Counsel to PPF OFF Two Park Avenue Owner, LLC)
David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899

*Via First Class Mail*
(Counsel to Diablo Investment Co.)
Elaine M. Seid, Esquire
McPharlin Sprinkles & Thomas, LLP
160 W. Santa Clara St., Suite 400
San Jose, CA 95113

*Via Hand Delivery*
(Counsel to NBC)
Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

*Via First Class Mail*
C.B. Blackard, III, Esquire
Corporate Counsel
Acxiom Corporation
301 E. Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000

*Via First Class Mail*
(Counsel to Harris County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

***Via First Class Mail***
(Counsel to 3128 Redhill, LLC)
Mark A. Nitikman, Esquire
Croudace & Dietrich LLP
4750 Von Karman Avenue
Newport Beach, CA 92660

***Via Hand Delivery***
(Counsel to Centerbridge Credit Advisors LLC)
Laura Davis Jones, Esq.
Timothy P. Carins, Esq.
Mark M. Billion, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899

***Via Hand Delivery***
Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
1100 North Market Street
Wilmington, DE 19890

***Via First Class Mail***
Linda Boyle
tx telecom inc.
10475 park Meadows Drive, #400
Littleton, CO 80124

***Via Hand Delivery***
(Counsel to Retirement Claimants)
Adam Hiller, Esquire
Hiller & Arban, LLC
1500 North French Street
Wilmington, DE 19801

***Via Hand Delivery***
(Counsel to The Nielsen Company)
Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

***Via Hand Delivery***
(Counsel to 3128 Redhill, LLC)
Rachel B. Merksy, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

***Via First Class Mail***
(Counsel to Aurelius Capital Management LP)
Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

***Via First Class Mail***
(Counsel to Wilmington Trust Company)
Robert J. Stark, Esquire
Daniel J. Staval, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

***Via Hand Delivery***
(Counsel to Wilmington Trust Company)
William D. Sullivan, Esq.
Elihu E. Allinson, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to St. John Properties)
Robert L. Hanley, Jr., Esquire
Nolan, Plumhoff & Williams, Chartered
Suite 700, Nottingham Centre
502 Washington Avenue
 Towson, MD 21204

*Via First Class Mail*
Carol E. Momjian, Esquire
Senior Deputy Attorney General
Pennsylvania Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

*Via First Class Mail*
(Counsel to Microsoft Corporation)
Joseph E. Shickich, Jr., Esquire
Maria Ann Milano, Esquire
Riddell  Williams, P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 9815403600

*Via First Class Mail*
(Counsel to Retirement Claimants)
Teitelbaum & Baskin, LLP
Counselors at Law
1 Barker Avenue, Third Floor
White Plains, New York 10601

*Via First Class Mail*
(Counsel to Unisys Corporation)
Janet Fitzpatrick
Legal Assistant
Unisys Corporation
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA  19424

*Via First Class Mail*
(Counsel to Unisys)
Dana S. Plon, Esquire
Sirlin Gallogly & Lessesr, P.C.
123 South Broad St., Suite 2100
Philadelphia, PA 19109

*Via First Class Mail*
(Counsel to Northlake Property, LLC, Midwest Warehouse
and Distribution System, Inc. and Bedford Motor Service)
Brian M. Dougherty, Esq.
Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527

*Via First Class Mail*
(Counsel to Jones Lang LaSalle Americas, L.P.)
Joseph D. Frank, Esquire
Frank Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60654

*Via First Class Mail*
(Counsel to Galleria Operating Company, LLC)
Fred B. Ringel, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck, P.C.
875 3rd Avenue, 9th Floor
New York, NY 10022

*Via First Class Mail*
(Counsel to Fisher Printing, Inc.)
Jacqueline A. Criswell, Esquire
Tressler Soderstrom Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 60606-4003

*Via First Class Mail*
(Counsel to CWA/ITV Negotiated Pension Plan)
Michelle McMahon, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

*Via First Class Mail*
Margaret Ann Nolan, County Solicitor
Camela J. Sandmann, Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

*Via Hand Delivery*
(Counsel to Dan Neil, et al.)
Ian Connor Bifferato, Esq.
Kevin Collins, Esq.
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

*Via Hand Delivery*
(Counsel to Northlake Property, LLC, Midwest Warehouse
and Distribution System, Inc. and Bedford Motor Service)
Sherry Ruggiero Fallon, Esq.
Tybout Redfearn & Pell
750 Shipyard Drive, Suite 400
Wilmington, DE 19899

*Via First Class Mail*
(Counsel to Dan Neil, et al.)
Thomas R. Meites, Esq.
Michael M. Mulder, Esq.
Meites, Mulder & Glink
321 S. Plymouth Ct., Suite 1250
Chicago, IL 60604

*Via First Class Mail*
(Counsel to The Nielsen Company)
Patricia K. Smoots, Esq.
Paul J. Cantanese, Esq.
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

*Via First Class Mail*
(Counsel to Local 355 Health, Welfare & Pension Fund)
Corey Smith Bott, Esq.
Brian G. Esders, Esq.
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

*Via First Class Mail*
(Counsel to Enterprise Garage Corp.)
Joshua G. Losardo, Esq.
Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue
New York, NY 10016

*Via First Class Mail*
(Fee Examiner)
John Theil
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

*Via First Class Mail*
(Counsel to Dan Neil, et al.)
Daniel Feinberg, Esq.
Angelica K. Jongco, Esq.
Nina Wasow, Esq.
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
476 9th Street
Oakland, CA 94607

*Via First Class Mail*
Deborah B. Waldmeir, Esq.
Assistant Attorney General
State of Michigan, Dept. of Treasury
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

*Via First Class Mail*
(Counsel to Dan Neil, et al.)
Philip Gregory, Esq.
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010

*Via First Class Mail*
(Counsel to LIT Finance, LP)
Keith D. Elkins, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

*First Class Mail*
Michael Schloss, Esq.
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

*Via First Class Mail*
(Counsel to ARKA/Valencia I)
Kenneth Miller, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

*Via First Class Mail*
(Counsel to KTR South Florida LLC)
George R. Mesires, Esq.
Barack Ferrazzano Kirschbaum
200 West Madison St., Suite 3900
Chicago, IL 60606

*Via First Class Mail*
(Counsel to City of Marimar, Florida and City of Dania Beach, Florida)
Douglas R. Gonzales, Esq.
Weiss Serota Helfman
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, FL 33301

*Via Hand Delivery*
(Counsel to Sony Pictures Television, Inc,.)
Michael R. Lastowski, Esq.
Sommer L. Ross, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

*Via First Class Mail*
United States Department of Labor
Office of the Solicitor
Attn:  Christine Z. Heri, Esquire
230 South Dearborn, Room 844
Chicago, IL 60604

*Via First Class Mail*
(Counsel to Sodexo, Inc.)
Judy D. Thompson, Esq.
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

*Via First Class Mail*
Michael Schloss, Esquire
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

*Via First Class Mail*
(Counsel to Taubman Landlords)
Andrew S. Conway, Esq.
200 East Long Lake Road
Suite 300
Bloomfield Hills, MI 48304

*Via First Class Mail*
(Counsel to Majestic Realty Co., Yorba Park I & Yorba Park
Sub, LLC)
David w. Reimann, Esquire
The Reimann Law Group
1960 East Grand Avenue, Suite 1165
El Segundo, CA 90245

*Via First Class Mail*
Yonatan Gelblum
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

*Via First Class Mail*
Maureen A. McGreevey, Esquire
Senior Litigation Counsel
SunGard
680 E. Swedesford Road
Wayne, PA 19087

*Via First Class Mail*
Leonard H. Gerson, Esquire
Michael Schloss, Esquire
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

*Via First Class Mail*
Elizabeth S. Goldberg, Esq.
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

*Via First Class Mail*
(Counsel to Mercer(US) Inc.)
Aaron L. Hammer, Esquire
Devon J. Eggert, Esquire
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

*Via First Class Mail*
Kamakazee Kiwi Corporation
3835-R East Thousand Oaks Blvd. #343
Westlake Village, CA 91362

*Via First Class Mail*
(Counsel to Barry and Marie Goldenberg)
Michael S. Amato, Esquire
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425

*Via Hand Delivery*
(Counsel for McCormick & Cantigny Foundations)
Richard W. Riley, Esq.
Sommer L. Ross, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Kevin Sorbo)
Leslie A. Cohen, Esq.
Leslie Cohen Law PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401

*Via First Class Mail*
(Counsel for Ricketts and Chicago Baseball Holdings, LLC)
Michael J. Small, Esq.
Foley & Lardner LLP
321 North Clark
Suite 2800
Chicago, IL 60610-4764

*Via First Class Mail*
(Counsel to Kevin Sorbo)
David B. Feldman, Esq.
Bloom Hergott Diemer Rosenthal La Violette
Feldman & Goodman, LLP
150 S. Rodeo Drive, 3rd Floor
Beverly Hills, CA 90212

*Via Hand Delivery*
(Counsel for Ricketts and Chicago Baseball Holdings, LLC)
William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

*Via First Class Mail*
(Counsel for McCormick & Cantigny Foundations)
John P. Sieger, Esq.
Alexander S. Vesselinovitch, Esq.
Daniel J. Polatsek, Esq.
Joshua A. Gadharf, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

*Via Hand Delivery*
(Counsel to Credit Agreement Lenders)
Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building – 17th Floor
1000 West Street
Wilmington, DE 19899

*Via First Class Mail*
(Counsel for Esther Rhein)
Michael S. Amato, Esq.
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425

*Via First Class Mail*
(Counsel to Simone Conigliaro)
James F. Bailey, Jr., Esq.
The Bailey Law Firm
Three Mill Road, Suite 306A
Wilmington, DE 19806

*Via First Class Mail*
(Counsel for Ricketts and Chicago Baseball Holdings, LLC)
Mary K. Braza, Esq.
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

***Via Hand Delivery***
(Counsel to Citicorp North America)
Stephen P. Lamb, Esq.
Joseph L. Christensen, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
500 Delaware Avenue, Suite 200
Wilmington, DE 19899

***Via First Class Mail***
(Counsel to Isaksen Investments, LLC)
J. Bennett Friedman, Esq.
Friedman law Group
1901 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067

***Via First Class Mail***
(Counsel to Citicorp North America)
Charles E. Davidow, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K. Street, N.W.
Washington, DC 20006-1047

***Via First Class Mail***
(Counsel to Credit Agreement Lenders)
Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua M. Mester, Esq.
Dewey & LeBoeuf LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

***Via First Class Mail***
(Counsel to Bank of America)
Bradley J. Butwin, Esq.
Daniel L. Cantor, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

***Via First Class Mail***
(Special Counsel to the Official Committee of
Unsecured Creditors)
Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
Zuckerman Spaeder  LLP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036

***Via Hand Delivery***
(Counsel to Bank of America)
David B. Stratton, Esq.
John H. Schanne, II, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

***Via First Class Mail***
New York State
Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

***Via First Class Mail***
(Counsel to Angelo, Gordon & Co.)
Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

***Via First Class Mail***
(Counsel to Citicorp North America)
Stephen J. Shimshak, Esq.
Andrew Gordon, Esq.
David W. Brown, Esq.
Lauren Shumejda, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*Via First Class Mail*
(Counsel to Examiner)
Lee R. Bogdanoff, Esq.
Martin R. Barash, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049

*Via Hand Delivery*
(Counsel for Morgan Stanley & Co.)
David M. Powlen, Esq.
Barnes & Thornburg, LLP
1000 North Walnut Street, Suite 1200
  Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Wells Fargo, N.A.)
Thomas E. Lauria, Esq.
Gerard H. Uzzi, Esq.
Scott Greissman, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

*Via First Class Mail*
(Counsel to Bank of America)
Evan M. Jones, Esq.
O'Melveny & Myers LLP
400 South Hope Street
  Los Angeles, CA 90071

*Via Hand Delivery*
(Counsel to Kenneth N. Klee, Examiner)
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

*Via First Class Mail*
(Counsel to Barclays Capital)
Jean-Marie L. Atamian, Esq.
Mayer Brown LLP
1675 Broadway
  New York, NY 10019

*Via First Class Mail*
Leonard H. Gerson, Esq.
Trial Attorney
U.S. Department of Labor
Office of the Solicitor, Plan and Benefits Division
P.O. Box 1914
Washington, D.C. 20013

*Via First Class Mail*
(Examiner)
Kenneth N. Klee, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
  Los Angeles, CA 90067-6049

*Via First Class Mail*
(Counsel to Hamdon Entertainment)
Kevin P. Garland, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404

*Via Hand Delivery*
(Counsel to Wells Fargo Bank, N.A.)
Jeffrey M. Schlerf, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class Mail*
Simon Property Group, Inc.
Attn:  Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

*Via First Class Mail*
(Counsel to Turner Broadcasting System, Inc.)
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

*Via First Class Mail*
(Counsel for Aurelius Capital Management, LP)
Edward A. Friedman, Esq.
William P. Weintraub, Esq.
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

*Via First Class Mail*
(Counsel to Truck Drivers and Helpers Local 355 Health
and Welfare Fund and Pension Fund)
Meghan C. Horn, Esq.
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

*Via Hand Delivery*
(Counsel to Step One Lenders)
Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19899

*Via First Class Mail*
(Counsel to Marcia Willette)
Brian E. Lutness, Esq.
Silverman McDonald & Friedman
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

*Via First Class Mail*
(Counsel for Morgan Stanley)
Jonathan D. Polkes, Esquire
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

*Via Hand Delivery*
(Counsel to Hamdon Entertainment)
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Step One Lenders)
Evan D. Flaschen, Esq.
Daniel S. Connolly, Esq.
Andrew Schoulder, Esq.
Bracewell & Giuliani LLP
25 Asylum Street, Suite 2600
Hartford, CT 06103

*Via First Class Mail*
Carol E. Momjian, Esq.
Office of Attorney General
Commonwealth of Pennsylvania
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

*Via First Class Mail*
(Counsel to Bank of America, N.A. and Bank of America
   Securities, LLC)
Daniel S. Shamah, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

*Via Hand Delivery*
(Counsel for Aurelius Capital Management, LP)
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

*Via Hand Delivery*
(Counsel to New York State Common Retirement Fund)
(Counsel to GreatBanc Trust Company)
Colm F. Connolly, Esq.
Morgan, Lewis & Bockius LLP
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Ad Hoc Step One Lender Committee)
Howard J. Kaplan, Esq.
Deanna Davidian, Esq.
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022

*Via First Class Mail*
(Counsel to New York State Common Retirement Fund)
(Counsel to GreatBanc Trust Company)
Menachem O. Zelmanovitz, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

*Via First Class Mail*
(Counsel to Google, Inc.)
Johnny White, Esq.
Blakeley & Blakeley LLP
2 Park Plaza, Suite 400
Irvine, CA 92614

*Via First Class Mail*
(Counsel to Sutton Brook Capital Management LP)
Lawrence V. Gelber, Esq.
Adam L. Hirsch, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

*Via First Class Mail*
(Counsel to Pennsylvania Public School Employees'
Retirement System)
Lawrence J. Kotler, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

*Via First Class Mail*
(Counsel to Constellation NewEnergy)
Jode E. Buchman, Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209

*Via Hand Delivery*
(Counsel to CCI Europe A/S)
Christopher S. Chow, Esq.
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

*Via Hand Delivery*
(Counsel to Navigant Consulting, Inc.)
Christopher D. Loizides, Esq.
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to New York State Common Retirement Fund)
(Counsel to GreatBanc Trust Company)
Charles C. Jackson, Esq.
Theodore M. Becker, Esq.
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601

*Via Hand Delivery*
(Counsel to Daniel Kazan)
Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

*Via Hand Delivery*
(Counsel to Sutton Brook Capital Management LP)
Michael W. Yurkewicz, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Daniel Kazan)
Alan Salpeter, Esq.
Therese King Nohos, Esq.
Dewey & LeBoeuf LLP
Two Prudential Plaza
Suite 3700
180 North Stetson Avenue
Chicago, IL 60601

*Via Hand Delivery*
(Counsel to Constellation NewEnergy)
Joseph Grey, Esq.
Cross & Simon LLC
913 Market Street, Eleventh Floor
Wilmington, DE 19801

*Via Hand Delivery*
(Counsel to Cook County Dept. of Revenue)
Justin R. Alberto, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

*Via First Class Mail*
(Counsel to Navigant Consulting, Inc.)
Monica M. Weed, Esq.
30 S. Wacker Drive, Suite 3550
Chicago, IL 60606

*Via First Class Mail*
(Counsel to Timothy P. Knight)
Anthony M. Saccullo, Esq.
Thomas H. Kovach, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701

*Via First Class Mail*
(Counsel to Cook County Dept. of Revenue)
Philip V. Martino, Esq.
Quarles & Brady LLP
101 East Kennedy Boulevard, Suite 3400
Tampa, FL 33602

*Via First Class Mail*
(Counsel to Timothy P. Knight)
Michael T. Hannafan, Esq.
Blake T. Hannafan, Esq.
James A. McGuiness, Esq.
Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 2800
Chicago, IL 60601

*Via First Class Mail*
(Counsel to Oracle America, Inc.)
Amish R. Doshi, Esq.
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, NY 11743

*Via First Class Mail*
(Counsel to Durham Monsma)
Mark A. Neubauer, Esq.
Steptoe & Johnson
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067

*Via Hand Delivery*
(Counsel to Gabelli Entities)
Norman M. Monhait, Esq.
Rosenthal, Monhait & Goddess, PA
919 Market Street, Suite 1401
Wilmington, DE 19899

*Via Hand Delivery*
(Counsel to Durham Monsma)
Michael P. Morton, Esq.
Michael P. Morton, P.A.
1203 North Orange Street
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Stardust Visions, Inc.)
Rick A. Steinberg, Esq.
Ciardi, Ciardi & Astin
100 Church Street, 8th Floor
New York, NY 10007

*Via First Class Mail*
(Counsel to Gabelli Entities)
Vincent R. Cappucci, Esq.
Jordan A. Cortez, Esq.
Entwistle & Cappucci LLP
280 Park Avenue, 26th Floor West
New York, NY 10017

*Via First Class Mail*
(Counsel to I.B.E.W. Local 103 Trust Fund)
Christopher J. Keller, Esq.
Michael W. Stocker, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 1005

*Via Hand Delivery*
(Counsel to Stardust Visions, Inc.)
Daniel K. Astin, Esq.
John D. McLaughlin, Esq.
Ciardi, Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Crane Kenney)
Kimberly Bacher, Esq.
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60610

***Via First Class Mail***
(Counsel to I.B.E.W. Local 103 Trust Fund and
Louisiana State Employees' Retirement System)
John K. Sherwood, Esq.
Ira Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

***Via First Class Mail***
(Counsel to Office of Unemployment Compensation Tax
  Services)
Joseph Kots, Esq.
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA 19602

***Via First Class Mail***
(Counsel to General Motors Hourly-Rate Employee
Pension Trust)
Arthur J. Steinberg, Esq.
Scott Davidson , Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

***Via First Class Mail***
(Counsel to GreatBanc Trust Company)
William J. Barrett, Esq.
Ray G. Rezner, Esq.
Roger H. Stetson, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

***Via First Class Mail***
(Counsel to California State Teachers' Retirement System)
Ivan L. Kallick, Esq.
Ileana M. Hernandez, Esq.
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064

***Via Hand Delivery***
(Counsel to 3M Employees Welfare Benefits Association Trust 1 and
  Employee Retirement Income Plan Trust of Minnesota Mining &
  Manufacturing Co.)
Rafael X. Zahralddin-Aravena, Esq.
Jonathan M. Stemerman, Esq.
Elliott Greenleaf
1105 North Market Streeet, Suite 1700
Wilmington, DE 19801