# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al., <br><br> Debtors. | Chapter 11 <br><br> Cases No. 08-13141 (KJC) <br> Jointly Administered <br><br> **Ref. Nos. 10634 and 10594** |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, et al., <br><br> Plaintiff, <br><br> vs. <br><br> See Attached Exhibit A, <br><br> Defendants. | Adv. Pro. No. Various (KJC) |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER PARTIALLY LIFTING STAY OF ADVERSARY PROCEEDINGS AND STATE LAW CONSTRUCTIVE FRAUDULENT CONVEYANCE ACTIONS

I, James S. Green, Jr., counsel for the Official Committee of Unsecured Creditors of Tribune Company (the "Committee") hereby certify as follows:

1. On February 2, 2012, the Court held a hearing to consider the *Third Motion Of The Official Committee Of Unsecured Creditors To Amend Definition Of "Termination Event" In Standing And Stay Orders* (the "Committee Stay Motion") [D.I. 10634], the Noteholders'[1] *Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits* (the "Noteholders' Lift Stay Motion," and together with the Committee Stay Motion, the "Motions") [D.I. 10594] and the various responses thereto. The Court further scheduled a status conference for February 15, 2012 regarding the Motions. Thereafter, at the February 28, 2012 hearing (the "Hearing"), the parties in interest further discussed their positions

---

[1] Capitalized terms utilized but not but not defined herein shall have the meaning ascribed to them in the Motions.

{698.001-W0020037.3}

regarding the relief sought in the Motions and the Court directed counsel to submit a proposed form of order.

2. Following the Hearing, the parties in interest conferred and negotiated the proposed form of Order attached hereto as Exhibit B (the "Proposed Order") consistent with the resolution of the Motions as discussed with the Court.

3. Undersigned counsel certifies that none of the parties who appeared on the Motions or any responses thereto object to the Proposed Order and respectfully requests that the Court enter the Proposed Order at its convenience.

Dated: March 14, 2012
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel to the Official Committee of Unsecured Creditors*

- and -

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*

and

Dated: March 14, 2012
      Wilmington, Delaware

**SEITZ, VAN OGTROP & GREEN, P.A.**

/s/ *James S. Green, Sr.*
James S. Green, Sr. (No. 481)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Telephone: (302) 888-0600
Facsimile: (302) 888-0606

*Counsel to the Official Committee of Unsecured Creditors for the Lender Adversary Proceeding*

-and-

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*