IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, ET. AL. | ) | Case No. 08-13141 (KJC) |
| | ) | |
| DEBTORS | ) | |

JOANN PARKER'S REPLY
TO DEBTORS' (1) OBJECTION TO MOTION OF JOANN PARKER FOR LEAVE TO PRESENT EXPERT WITNESS OPINION TESTIMONY TELEPHONICALLY OR TO DELAY EVIDENTIARY HEARING, AND (11) CROSS-MOTION TO STRIKE TESTIMONY OF PROPOSED EXPERT WITNESS EXPERT WITNESS ON GROUNDS OF DELAY

NOW COMES JOANN PARKER, by and through counsel, filing the herein replay to Debtors' Objection and Cross-Motion, as follows:

1. On March 1, 2012, counsel for Parker advised counsel for the Debtor, Ms. Ludwig, that she may call Dr. Albeheary. Ms. Ludwig is local counsel for the Debtors in Chicago, Illinois.

2. On March 9, 2012, counsel for Parker advised counsel for the Debtor, Ms. Ludwig, that she had made contact with Dr. Albeheary, and of Dr. Albeheary's expected opinion testimony. (Attached Exhibit 1)

3. On the evening of March 13, 2012 counsel for Parker and counsel for the Debtor, Ms. Ludwig had a telephone conversation in which we discussed noticing Dr. Albeheary for a deposition, before the evidentiary hearing date of March 22, 2012, The telephone conversation ended with Ms. Ludwig and counsel agreeing to notice the other.

4. On March 13, 2012, in the evening, counsel for Parker received a letter from Dr.. Albeheary containing her opinion concerning Joann Parker. (Attached Exhibit 2)

5. On March 14, 2012, counsel for Parker faxed Dr. Albeheary's report to Ms. Ludwig.

6. After faxing the report to Ms. Ludwig, counsel for Parker received a fax from Epiq, noticing of Debtors' cross- motion to strike Dr. Albeheary's testimony either by way of telephone or deposition.

7. That counsel for Parker reiterate the grounds stated in her Motion For Leave to Allow Expert Witness Opinion Testimony Telephonically. In the Alternative, for an Extension of time to Take the Evidentiary Deposition of Her Expert Witness for Admission of Testimony Pursuant to Federal Rule Civil Procedure 32 (a) (3) ( B), in reply.

WHEREFORE, Parker prays for entry of an order allowing telephonic expert witness opinion testimony. In the alternative, an extension of time to take the evidentiary deposition of Dr. Albeheary for admission of testimony under Fed. Rule Civil Procedure 32(a) (3) (B).

                                      Respectfully submitted:

                                      Joann Parker

                                      By: _____
                                      Attorney for Joann Parker

Patricia E. Bender  
Attorney at Law  
5415 N. Sheridan Rd.  
Suite 1411  
Chicago, Illinois 60640  
(773) 878-7148

**PATRICIA E. BENDER**
**ATTORNEY AT LAW**

*5415 N. Sheridan Rd.*  *Chicago, Illinois 60640*
*Suite 1411*  *(773) 878-7148*

March 9, 2012                                                                                                via e-mail

Sidley Austin LLP
James F. Conlan, Bryan Krakauer,
Kenneth P. Kansa, Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603

In re: Tribune Company, et. al.
    Case No. 08-13141 (KJC)
    Evidentiary Hearing on
    Joann Parker's Motion to File Late Proof of Claim

Dear Ms. Ludwig:

I left you a voice mail message, yesterday, apologizing for the delay in getting this information to you. Attached is Joann Parker's Statement of Undisputed Facts. I was finally able to reach Dr. Albeheary, Ms. Parker's psychiatrist. She will be available to testify, telephonically. Based upon my conversation with her, she will testify that Ms. Parker's mental condition manifested in Ms. Parker not being able to function, including not being able to open her mail.

Sincerely.

Patricia E. Bender

*Dr Albeheary&Associates, SC*
Ghada Albeheary, MD
980 N Michigan Ave
Suite 1083
Ph(312)202-9601 - Fax(312)202-9607

March 13, 2012

Patricia E. Bender
Attorney at Law
5415 N. Sheridan Rd. Suite 1411
Chicago, Illinois 60640
773-878-7148

Re:   Ms. JoAnn Parker

To Whom It May Concern,

This letter is written on behalf of Ms. Parker, who was seen by me July 22, 2009 and February 24, 2010. Ms. Parker's diagnosis is Bipolar Disorder. She presented with severe depression, poor motivation and overall functional impairment. Her functional impairment may affect paying bills, opening mail and other activities of daily living.

Should you require further information, feel free to contact me.

Sincerely,

Ghada Albeheary, MD (as)
Diplomate of the American
Board of Psychiatry and Neurology