IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, ET. AL. | ) | Case No. 08-13141 (KJC) |
| | ) | |
| DEBTORS | ) | |
| | ) | |

FILED
'12 MAR 15 PM 2:46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## NOTICE OF FILING REPLY

To:
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Norman L. Pernick, J. Kate Stickles, Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, De. 19801
(302) 652-3117

Sidley Austin LLP
James F. Conlan, Bryan Krakauer, Kenneth P. Kansa, Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7036

Adam G. Landis
Matthew B. McGuire
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Facsimile (302) 467-4450

PLEASE TAKE NOTICE that Joann Parker on March 14, 2012, before the hour of 5:00 p.m., mailed by U.S. Overnight Express Mail, for filing by the Clerk of the United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, the attached:

### JOANN PARKER'S REPLY
TO DEBTORS' (1) OBJECTION TO MOTION OF JOANN PARKER FOR LEAVE TO PRESENT EXPERT WITNESS OPINION TESTIMONY TELEPHONICALLY OR TO DELAY EVIDENTIARY HEARING, AND (11) CROSS-MOTION TO STRIKE TESTIMONY OF PROPOSED EXPERT WITNESS EXPERT WITNESS ON GROUNDS OF DELAY