## CERTIFICATE OF MAILING AND SERVICE

PLEASE TAKE NOTICE that I, Patricia E. Bender, attorney for Claimant, Joann Parker, certify that I caused this Notice and Reply to be mailed by U.S. Mail, prepaid postage, Chicago, Illinois, to the above listed attorneys for Debtors and Committee, at the above addresses before the hour of 5:00 p.m., on March 14, 2012.

_____
Patricia E. Bender

Patricia E. Bender
Attorney for Joann Parker
5415 N. Sheridan Rd.
Suite 1411
Chicago, Illinois 60640
(773) 878-7148