United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | CHICAGO TRIBUNE PRESS Ser |
|---|---|
| Creditor Name and Address: | 2501 S STATE HWY 121 LEWISVILLE TX 75067 |
| Court Claim Number (if known): | |
| Date Claim Filed: | 6/15/09 |
| Total Amount of Claim Filed: | 272.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 3/13/12

_[signature]_

Print Name: LISA PEARSON
Title (if applicable): TCA II

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

972 350 0662    TRIBUNE                                    01:21:26 p.m.    03-12-2012    5/5

IA168.2 (9-01)

## STATE OF NEW YORK
### DEPARTMENT OF LABOR
Unemployment Insurance Division
Governor W. Averell Harriman State Office Building Campus
Building 12, Room 256
Albany, New York 12240

Dated: 06/15/09

**CLERK OF THE COURT**
**U.S. BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
**824 MARKET ST.**
**WILMINGTON, DE. 19801-0000**

---

**IN THE MATTER OF:**
**CHICAGO TRIBUNE PRESS SERVICE INC**
**87-00307 3**
**ARRANGEMENT #08-13154**
**DEBTOR**

---

Enclosed is a verified claim of the New York State Department of Labor for unemployment insurance taxes due for the periods and amount shown below. The State of New York claims priority in payment under the provisions of the New York State Unemployment Insurance Law.

Please note on this letter your acknowledgement of receipt of this claim (including the claim number) and return it to the NYS Department of Labor, Unemployment Insurance Division, Insolvency Unit, in the enclosed preaddressed envelope.

| | |
|---|---|
| Contributions due for the period from: | 01/01/09 |
| to and including: | 03/31/09  — @ zero balance |
| in the amount of $: | $272.00 |

Indicate Acknowledgement Date

[handwritten: Never received copy]

Claim Nu

LP:
Enc.
cc: J. KATE STICKLES

Very truly yours,

[signature] Pearson

...nissioner of Labor
Pearson
Compliance Agent 2
Employment Insurance Division

Telephone (518) 485-61..                                    Fax (518) 457-3256