# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 03/16/2012
Calendar Time: 11:00 AM ET

2nd Revision 03/16/2012 07:31 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4827936 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4827899 | Patricia E. Bender | (773) 878-7148 | Patricia E. Bender, Attorney at Law | Plaintiff(s), Joann Parker / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4827949 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4827971 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4827766 | Steven H. Church | (302) 661-7606 | Bloomberg, LLP | Interested Party, Bloomberg, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4827907 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4827508 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4828305 | James Ducayet | (312) 853-7621 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4827962 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4827062 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4827356 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4829375 | Matthew Jacobson | (212) 667-1055 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4827063 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4827898 | Adam G. Landis | (302) 467-4444 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4827916 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Peggy Drasal    CourtConfCal2009    Page 1 of 2

| Party | Case | Type | ID | Name | Firm | Phone | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4827055 | Jillian Ludwig | | 312-853-7523 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4827868 | Karen Luftglass | Davis Polk & Wardwell LLP | (212) 450-4775 | Creditor, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4828276 | Katharine L. Mayer | McCarter & English | 302-984-6312 | Creditor, Deutsche Bank Trust Company Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4827928 | Thomas McCormack | Chadbourne & Parke, LLP | (212) 408-5100 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4828028 | Matthew B. McGuire | Landis Rath & Cobb, LLP | (302) 467-4431 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4827704 | Gwen Nolan | Sperling & Slater | (312) 641-3200 | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4827052 | Gordon Novod | Brown Rudnick LLP | 212-209-4940 | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4828011 | Daniel Rath | Landis Rath & Cobb, LLP | 302-467-4400 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4827923 | Marc Roitman | Chadbourne & Parke, LLP | (212) 408-5271 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4827893 | Howard Seife | Chadbourne & Parke, LLP | 212-408-5361 ext. 00 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4827878 | Drew G Sloan | Richards, Layton & Finger, P.A. | (302) 651-7612 | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4827945 | James Sottile | Zuckerman Spaeder LLP | (202) 778-1800 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4827049 | J. Kate Stickles | Cole, Schotz, Meisel, Forman & | (302) 651-2001 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4827114 | | Milbank, Tweed, Hadley & McCloy, | (212) 530-5285 | Creditor, Amalgamated Bank / LISTEN ONLY |