# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket Nos. 10965, 11103, and 11143** |

## ORDER SUSTAINING DEBTORS' FIFTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' Fifty-Second Omnibus (Non-Substantive)

Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to section

502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-

1, disallowing or modifying, as applicable, the Disputed Claims set forth on <u>Exhibit A</u>, <u>Exhibit</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (9481); KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

B, Exhibit C, Exhibit D and Exhibit E hereto; and upon consideration of the Rodden Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained as modified herein; and it is further

ORDERED that the Amended Claims set forth on the attached Exhibit A are hereby disallowed in their entirety; and it is further

ORDERED the Duplicate Claim set forth on the attached Exhibit B is hereby disallowed in its entirety; and it is further

ORDERED that the Late-Filed Claims set forth on the attached Exhibit C are hereby disallowed in their entirety; and it is further

ORDERED that the Modified Debtor Claims set forth on the attached Exhibit D are hereby modified so that each such claim is reassigned to the Debtor specified under the column heading "Modified Debtor;" and it is further

ORDERED that the Insufficient Documentation Claim set forth on the attached Exhibit E is hereby disallowed in its entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Surviving Claims" or "Modified Debtor Claims" on Exhibits A, B or D attached hereto, and the parties' rights with respect to the "Surviving Claims" and "Modified Debtor Claims" are reserved provided, however, that each of the claims identified

as "Surviving Claims" on <u>Exhibit A</u> attached hereto is deemed timely filed to the extent that it

relates back to a claim which was filed on or before the applicable Bar Date; and it is further

ORDERED, that solely with respect to the Debtors' Objections to Claim No.

Claim No. 6749 of The City of Hartford, Connecticut, the Objection (and applicable responsive

pleading deadlines) are adjourned to the next omnibus hearing date scheduled in these chapter 11

cases, being April 25, 2012 at 1:00 p.m. (prevailing Eastern Time), or such other date and time as

the Court directs or the parties consent, and the parties reserve all rights with respect to such

Claim and the Objection thereto; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any

matters, claims or rights arising from or related to the implementation and interpretation of this

Order.

Dated: Wilmington, Delaware

_____, 2012

 

_____

The Honorable Kevin J. Carey
United States Bankruptcy Judge

# **EXHIBIT A**

## **Amended Claims**

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 52: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | KENNEY, CRANE 1021 CHERRY ST WINNETKA, IL 60093-2112 | 06/12/2009 | 08-13141 | 5337 | Undetermined | KENNEY, CRANE 1220 LINDENWOOD WINNETKA, IL 60093 | 10/31/2011 | 08-13141 | 6833 | Undetermined |
| 2 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/11/2011 | 08-13254 | 6824 | $2,619.02* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/26/2012 | 08-13254 | 7093 | $1,417.02* |
| | TOTAL | | | | $2,619.02 | | | | | |

*- Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT B

# Duplicate Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 52: EXHIBIT B - DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | PROMPT GRAPHICS CO 218 N JEFFERSON L1 NO. 2 CHICAGO, IL 60661-1121 | 12/08/2011 | 08-13252 | 7090 | $315.00 | PROMPT GRAPHICS CO 218 N JEFFERSON L1 NO.2 CHICAGO, IL 60661-1121 | 05/26/2009 | 08-13252 | 3124 | $315.00 |
| | | | | TOTAL | $315.00 | | | | | $315.00 |

# EXHIBIT C

# Late-Filed Claim

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 52: EXHIBIT C - LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BAKER, CYNTHIA<br>1320 MCCAY LANE<br>MC LEAN, VA 22101 | | No Debtor Asserted | 12/05/2011 | 7085 | $2,333.15 | Late-Filed Claim |
| 2 | SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | 08-13141 | Tribune Company | 09/22/2011 | 6815 | $32,356.25 | Late-Filed Claim |
| 3 | STANDARD PARKING<br>PO BOX 66179<br>OHARE INTERNATIONAL AIRPORT<br>CHICAGO, IL 60666-0179 | 08-13152 | Chicago Tribune Company | 12/13/2011 | 7088 | $450.00 | Late-Filed Claim |
| | | | | | TOTAL | $35,139.40 | |

# EXHIBIT D

## Modified Debtor Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 52: EXHIBIT D – MODIFIED DEBTOR CLAIMS

| # | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6054 | CORNER LLC C/O PENELOPE PARMES RUTAN & TUCKER LLP 611 ANTON BLVD., 14TH FLOOR COSTA MESA, CA 92626 | 07/10/2009 | $25,480.00 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $25,480.00 |
| 2 | 6789 | FEDEX TECHCONNECT AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE RECOVERY/BANKRUP TCY 3965 AIRWAYS BLVD., MODULE G, 3RD FLOOR MEMPHIS, TN 38115 | 07/14/2011 | $3,231.12 | 08-13223 | Tribune Broadcasting Company | 08-13223 / 08-13241 / 08-13242 / 08-13252 | Tribune Broadcasting Company / Tribune Television Company / Tribune Television Holdings, Inc. / WGN Continental Broadcasting Company / Total¹ | $279.28 / $2,573.11 / $366.20 / $13.53 / $3,231.12 |
| 3 | 6010 | GATEWAY PACIFIC PROPERTIES, INC. C/O RONALD K. BROWN, JR., LAW OFFICES OF RONALD K BROWN, JR. 901 DOVE STREET, SUITE 120 NEWPORT BEACH, CA 92660 | 07/01/2009 | $171,906.50 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $171,906.50 |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 52: EXHIBIT D – MODIFIED DEBTOR CLAIMS

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 5834 | JCPENNEY CORPORATION, INC. C/O ANGIE JENSEN, MS 1122 LEGAL DEPT 6501 LEGACY DRIVE PLANO, TX 75024 | 06/12/2009 | $33,583.32 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $33,583.32 |
| 5 | 2261 | NORTH DALLAS BANK & TRUST CO. ATTN: KELLY L. GREEN 12900 PRESTON RD. DALLAS, TX 75230 | 04/28/2009 | $41,457.84 | 08-13141 | Tribune Company | 08-13235 | Tribune Media Net, Inc. | $41,457.84 |
| 6 | 6062 | SPRECK CORP., A CALIFORNIA CORPORATION SPRECKELS BUILDING 121 BROADWAY, SUITE 600 SAN DIEGO, CA 92101 | 07/13/2009 | $4,475.66 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $4,475.66 |

# **EXHIBIT E**

## **Insufficient Documentation Claims**

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 52: EXHIBIT E - INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ONG, BERNARD 1147 HUNTER ST LOMBARD, IL 60148-4821 | 08-13252 | WGN Continental Broadcasting Company | 05/22/2009 | 3078 | $2,080.00 | No supporting documentation is attached, and no basis for any claim is asserted. The Debtors' books and records do not reflect any basis for the claim. |
| | | | | | TOTAL | $2,080.00 | |