## EXHIBIT A

### HUYNH RESPONSE

## HOI T. HUYNH

2636 N. Drake St., Chicago, IL 60647-1210, Phone: (773) 227-6097, E-mail:huynhthihoi@yahoo.com

Chicago, St. Patrick's Day, March 17, 2012

**VIA U.S. PRIORITY MAIL & EMAIL**

David D. Bird, Clerk of Court
U.S. Bankruptcy Court for the District of Delaware
824 N. Market St., 3rd Floor
Wilmington, DE 19801
helpdeskde@deb.uscourts.gov

Re: TRIBUTE COMPANY, …, Case No. 08-13141
WGN Continental Broadcasting Company, et al., (08-13252)

Dear Mr.Bird:

Please find the enclosed document which is comprised of my Notice of Filing, CLAIMANT HOI HUYNH'S RESPONSE TO DEBTORS' FIFTY-FIRST OMNIBUS with Exhibits I, II, III, IV, and V and Declaration of Service, together in the total of 112 pages.

And I respectfully request that the document to be filed with the Office of the Clerk of the U.S. Bankruptcy Court for the District of Delaware relating to Chapter 11, Case No. 08-13141 (KJC) / 08-13252 for the hearing date: March 22, 2012 before the Honorable Kevin J. Carey.

Respectfully submitted,

_____
Hoi T. Huynh

Enclosures: as stated
C: The Honorable Judge Kevin J. Carey
       All Debtors' Counsels

## HOI T. HUYNH

2636 N. Drake St., Chicago, IL 60647-1210, Phone: (773) 227-6097, E-mail:huynhthihoi@yahoo.com

Chicago, St. Patrick's Day, March 17, 2012

The Honorable Kevin J. Carey
5th Floor, Courtroom #5
824 N. Market Street
Wilmington, DE 19801

Re: TRIBUTE COMPANY, …, Case No. 08-13141
WGN Continental Broadcasting Company, et al., (08-13252)

Dear Judge Carey:

Please find the enclosed is (a) copy of my letter to Mr. David D. Bird requesting my CLAIMANT HOI HUYNH'S RESPONSE TO DEBTORS' FIFTY-FIRST OMNIBUS which is comprised of Exhibits I, II, III, IV, be filed with the Office of the Clerk of the United States Bankruptcy Court for District of Delaware and (b) proposed order which was prepared by me, a non-attorney pro se claimant, regarding the hearing of the above-entitled case which will come before you on Thursday, March 22, 2012.

Very truly and respectfully submitted,

_____

Hoi T. Huynh

Enclosures:- relatively-prepared order
            -copy of letter to Clerk David D. Bird
C: * Mr. David D. Bird and
    * All Debtors' Counsels / through electronic mail system

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | ] | Chapter 11 |
| | ] | |
| TRIBUTE COMPANY, ..., | ] | Case No. 08-13141 |
| WGN Continental Broadcasting Company, et al., | | (08-13252) |
| | | Jointly Administered |

Debtors.

---

### CLAIMANT HOI HUYNH'S RESPONSE TO DEBTORS' FIFTY-FIRST OMNIBUS

Hoi Huynh ("Huynh"), a (the) claimant in the above-captioned chapter 11 case(s), *pro se*, hereby files her response to Dedtors' fifty-first omnibus objection, which untruthfully, inaccurately, and irresponsibly stated on their objection ("Exhibit A") while hearing has been set with this Court before the Honorable Kevin J. Carey on Thursday, March 22, 2012 at 14:30 ET.

Due to Huynh's extraordinary circumstance and emergency situation, as the Court shall see, Huynh attaches five exhibits of total of 108 pages as described bellows:

A/    Exhibit I /1- 9: Claimant Huynh's proof of claim (Amended-Verified Complaint/ filed on April 1, 2011 with U.S. District Court for the Northern District of Illinois)

B/    Exhibit II/ 10-11/1a,b- 2a,b:  Huynh's continuing correspondence with Attorney Charles J. Sennet of Tribune (Parent) Company of WGN-TV regarding her claim shortly after the Complaint 10-cv-0194 has been filed with U.S. District Court for the Northern District of Illinois and sadly it was corruptly dismissed and disposed, Huynh shall set time to have Motion to reopen it in a very near future.

C/    Exhibit III / 12-62: Huynh's APPLICATION (11 A 741) TO EXTEND TIME TO FILE A PETITION FOR A WRIT OF CERTIORARI with Supreme Court

of the United States ( with its Appendix A1, *partial* Appendix B1-33, and Appendix C1-5).

D/    Exhibit IV / 63-102: Huynh's  correspondences with Director Michael Tardy of Administrative of Illinois Courts (Documents relating to Supreme Court of Illinois, Appellate Court of Illinois, First Judicial District-Sixth Division, and her letter to nine executive officers of Cook County with partial attachments)

E/    Exhibit V /1-6:  Huynh's letter to U.S. Attorney for the Northern District of Illinois, Mr. Patrick J. Fitzgerald, requesting for a written apology and taking appropriate actions, with partial attachments.

And pursuant to the supreme law of the United States of America, Huynh states: NO Court can, may, or should neglect while common wisdom teaches us, neglect certainly breeds abuse and neglect. Therefore, Huynh respectfully asks this Honorable Court to enter an order ordering:

1.    That, any Saturday of the rest of the year 2012, News Anchor Jackie Bange, on behalf of WGN (World Greatest News[paper]), to correct and apologize to Huynh regarding its 29-second inaccurate and untruthful broadcasting in the Nine-o'clock Evening News of  January 12, 2008.

2.    That the Tribune Company, as the parent of WGN-TV, shall pay *Pro se* Claimant Huynh (Claim No. 6662) the amount of  $50,000.00 (fifty thousand U.S. dollars), so we all can be reasonably settled and again be citizens of one of the greatest nations on earth, as we are often proud to be.

3.    And any other further relief that the Court deems proper, appropriate, and just according to the law.

Respectfully submitted,

Hoi T. Huynh
*Pro se* Clainant
2636 N. Drake Street
Chicago, IL 60647
 Phone:(773) 227-6097
 Email: huynhthihoi@yahoo.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                            ]         Chapter 11

                                 ]

TRIBUTE COMPANY, ...,         ]         Case No. 08-13141
WGN Continental Broadcasting Company, et al.,             (08-13252)
                                                   Jointly Administered

                               Debtors.

## **ORDER**

This cause coming on before the U.S. Bankruptcy Court for the District of Delaware on the *Pro se* Claimant Hoi Huynh's response to Dedtors' fifty-first omnibus objection of claims, the Court being provided substantial information along with fully advised and all counsels of Debtors (whose names on the bottom of the afore-mentioned objection which filed with this Court on February 21, 2012/ Docket No. 10964) having been duly served with notice through and by electronic mailing system and one hard copy was served to their Chicago office.

IT IS HEREBY ORDERED:

1/ That any Saturday of the rest of the year 2012, News Anchor Jackie Bange, on behalf of WGN (World Greatest News[paper]), to correct and apologize to Claimant Hoi Huynh regarding its 29-second inaccurate and untruthful broadcasting in the Nine-o'clock Evening News of January 12, 2008.

2/ That the Tribune Company, as the parent of WGN-TV, shall pay *Pro se* Claimant Huynh (Claim No. 6662) the amount of $50,000.00 (fifty thousand U.S. dollars), so we all can be reasonably settle and citizens of one of the greatest nations on earth, as we are often proud to be.

Dated:
Wilmington, the First State Delaware
March _____, 2012

_____

The Honorable Kevin J. Carey
United States Bankruptcy Judge

Prepared by Hoi Huynh, *Pro se* Claimant
2636 N. Drake, Chicago, IL 60647
Phone: (773) 227-6097

## DECLARATION OF SERVICE

    I, Hoi Huynh, the non-attorney *pro se* claimant, declare under the penalty of perjury of the law of the United States of America: *Before* or no later than March 20, 2012, I shall personally serve a hard copy (with partial Exhibits – however the first two Exhibits I and II, which directly relative to the Claim, are exactly the same as) of my <u>CLAIMANT HOI HUYNH'S RESPONSE TO DEBTORS' FIFTY-FIRST OMNIBUS</u>, of which I have already sent to the United States Bankruptcy Court for the District of Delaware, to the designated counsels, whose office located in Chicago:

SIDLEY, AUSTIN LLP.
One South Dearborn Street
Chicago, IL 60603

    I also shall electronically send the text of my above-said Response (with partial Exhibits –due to the limited volume in transmitting-) to all other counsels of Debtors, whose names on the bottom of their Objection of Claims which filed with the Court on February 21, 2012/ Docket No. 10964:

1. James F. Conlan:     Jconlan@sidley.com
2. Bryan Krakauer:     Bkrakauer@sidley.com
3. Kenneth P. Kansa:   Kkansa@sidley.com
4. Jillian K. Ludwig:    Jillian.ludwig@sidley.com
5. Norman L. Pernick:  Npernick@coleschotz.com
6. J. Kate Stickles:     Kstickles@colschotz.com
7. Patrick J. Reilley:    Preilley@colschotz

And beyond

Hoi T. Huynh

WGN/TVChanel 9 News - Saturday, JAN. 12, 2008
*Friday, March 20, 2009 5:25 PM*
From:"Hoi Huynh" <huynhthihoi@yahoo.com>
To:csennet@tribune.com, caputog@tribune.com, bangj@tribune.com
Cc:
publiceditor@tribune.com, wgntvinfo@tribune.com, hdardick@tribune.com,
gkern@tribune.com, jcoen@tribune.com, dterry@tribune.com, csadovi@tribute.com

Dear Mr. Sennet,

While we didn't have any good things to talk about our corrupt government with the ailing
economy in this troubled society, it was nice speaking with you. And thank you for your returned
call on Wednesday afternoon, March 11, 2009. Although, I have been waiting for months.

I understand you have a heavy and an unpredictable schedule; I have been unemployed for the
past seven years and still couldn't find the time to do things I wanted to do. So many bad and
wrong things keep coming and I just barely do what I have to do and a little of what I should do!
However, as a professional, Mr. Caputo, the news director should have some kind of courtesy
and he should response to my letters which I have written to him, at least a short note or a phone
call, especially WGN ("World's Greatest Newspaper") TV Channel 9, broadcasted inaccurate,
untrue, and seriously negative news about me! I find that somehow arrogant.

As we talked over the telephone, I suggest that we have to find a simple, reasonable, but
responsible way to correct the mistake that has been made. I did not leave my grandson in the car
to shop and I was not arrested after the police "rescued" my grandson. Instead, Daniel Rivera
pulled me away from my car and wrongly arrested me; then they, those officers of District 17,
waited for the staff of WGN to come, Channel 9's cameraman set up the video, he had a tripod,
opened the car door, woke my grandson up and "kidnapped" him!

I think that I did not ask for anything more than what WGN Channel 9 should have and has to do
(not even wait for me to ask. Perhaps, as you said, "nobody cares"; however, I seriously do and
WGN should). We all make mistakes, but if someone tells us, we have to listen. Any Saturday
night in the next month, please have Ms. Jacky Bange, as she was the Anchor who "read" the
news, apologize to me, (and it should be to the audience too,) and give me the tape of that, and
that was all I asked for at that time; when we talked over the telephone while I requested and you
promised to call me back within a week- before yesterday, March 19, 2009.

Please call me and help to share this e-mail with the News Director and Ms. Bang; we should not
discuss any matter without sharing it with the people we have mentioned. I think that they both
will be happy to know my suggestion and I hope that this could and would be my small part of
contributing to the high standard of journalism that WGN should and wants to stand for. We are
already having overwhelming problems with the irresponsible and unaccountable government.

And I'm looking forward to hearing from you as soon as possible.

Very truly yours
Hoi Huynh
(773) 227-6097


From: Hoi Huynh [mailto:huynhthihoi@yahoo.com]
Sent: *Sunday, April 25, 2010 12:08 PM*
To: Sennet, Charles J.
Subject: Please Disregard..& Thanks

Dear Mr. Sennet:

I'm writing to first, thank you for your phone call last Friday, April 23, 2010. I truly appreciate it.

As I previously said that I did not want to sue anyone, especially these powerful Defendants. I also believe, and want to believe, that each and everyone of us sincerely try to do our best every single day as you have said.

However, while I'm not sure about your sincerity (when telling me about the possible dismissal) during the conversation, but I am certain that what the security person, Mr. Slaughter, asked me to leave the WGN studio was not nice, nor courteous, and absolutely that is not the BEST that "we" strike for. Therefore, I would like to retract my "80% consideration" and ask that you please just disregard what I had said to you last Thursday.

I don't really want to take back anything that I have said, but life is always unfolding so we have to change all the time to fit in with the ever changing life.

Sincerely,
Hoi Huynh
2642 N. Drake
Chicago, IL 60647-1210
(773) 227-6097

_____

From: Sennet, Charles J. <csennet@tribune.com>
Subject: RE: Please Disregard..& Thanks
To: "Hoi Huynh" <huynhthihoi@yahoo.com>
Date: *Tuesday, April 27, 2010, 1:59 PM*

Ms. Huynh:

First, let me say that I was completely sincere in our conversation on Friday. I would not have called you otherwise.

Second, and I should have said this when we spoke, there is no excuse for being discourteous, particularly to someone as courteous and professional as you. I am sorry if you were treated rudely at WGN-TV. It's not every day that someone comes there to serve legal papers, and perhaps the security person didn't know how to handle the situation.

I'm a little confused by your email – I'm not sure what you'd like to retract. You said you would consider our offer, though I said that I didn't believe WGN would entertain paying anything close to $20,000.00, which would probably end our discussions if they include a payment in that amount. Are you saying you're not interested in discussing a settlement, or that you are willing to discuss it further?

I'm sorry for the misunderstanding. This email, like our discussions, is for purposes of discussing settlement only, is not admissible in court by either of us, and does not indicate any position on the substance of your case.

I would appreciate hearing back from you so I know whether we should expect to discuss settlement further. WGN would want to do it at the beginning of the case, rather than some time later after it gets involved in the litigation.

Thank you.
Chuck Sennet

------------------------------------------------------------------------------------------------------------

From: Hoi Huynh <huynhthihoi@yahoo.com>
Subject: RE: Please Disregard..& Thanks
To: " Charles J.Sennet" <csennet@tribune.com>
Date: *Wednesday, April 28, 2010, 8:45 AM*

Mr. Sennet:

Thank you for the email and your compliment.

Please give me a call as soon as possible to set up for a DISCUSSION, I really want to settle with WGN but of course it must be on a true and reasonable ground that we should and have to stand for.

Thank you.
Hoi Huynh
(773) 227-6097

HOI  T.  HUYNH

2636 N. Drake St., Chicago, IL 60647, Phone: (773) 227-6097, E-mail: huynhthihoi@yahoo.com

Washington's Birthday, February 22, 2012

<u>VIA HAND DELIVERY & EMAIL</u>

| Toni Preckwrinkle | Timothy C. Evans |
|---|---|
| Cook County Board President | Chief Judge of Circuit Court of Cook County |
| 118 N. Clark St., # 537 Chicago, IL 60602 | 2600 Daley Center, Chicago, IL 60602 |

| Joseph Berrios | Maria Pappas | David Orr | Eugene Moore |
|---|---|---|---|
| Cook County Assessor | C. C. Treasurer | Cook County Clerk | C.C.Recorder of Deeds |
| 118 N. Clark St., 3rd Fl. | 118 N. Clark St. #112 | 69 W. Washington, 5th Fl. | 118 N. Clark St., 2nd Fl. |
| Chicago, IL 60602 | Chicago, IL 60602 | Chicago, IL 60602 | Chicago, IL 60602 |

| Anita Alverez | Thomas Dart | Patrick M. Blanchard |
|---|---|---|
| Cook County State's Attorney | Cook County Sheriff | Inspector General of Cook County |
| 69 W. Washington, 32nd Fl. | 704 Daley Center | 69 W. Washington, #1160 |
| Chicago, IL 60602 | Chicago, IL 60602 | Chicago, IL 60602 |

Re. **<u>Frauds and Corruption in Every Cook County (and City of Chicago) Offices</u>**

[*]Madame President Preckwrinke, Chief Judge Evans, Assessor Berrios, Treasurer Pappas,
Clerk Orr,  Recorder Moore, State's Attorney Alverez, Sheriff Dart, and Inspector Blanchard:

As I have previously mentioned in many letters to some of you in the past, again I repeat, I didn't have the luck to be an immigrant; I was adopted to this country as a refugee in 1978 after three years with Communist. And in the 60's, I was a teenager and still living in Vietnam, when and where I had always taken showers with clothes on because if something happened, I could run or if worse I just wanted to be certain that I would die in dignity with clothes on. Therefore if I cannot say that I love peace more than any person then, at least, no less than anybody does, and definitely I have never wanted to fight with our government. How could I? English is not even my first language.

---

[*] After being repeatedly abused and neglected, at this time I feel hypocritical to starting with "Dear"

Hence, I'm writing to first let all of you know that this is one of the most difficult letter that I have to write you, who are holding the highest respected offices in the county while I'm a ten-year-unemployed citizen. However, certain limits are simply nonnegotiable because neither any of you, nor I, have the right to negotiate with one another that how many laws we can break or what kinds of frauds government can practice or conduct regardless under whatever names, including the name of Humanity, Health Care or this "Education". And absolutely not when I am the victim of those fraudulent activities, but I have been suffering for too long. In the past ten years while I have been emotionally, psychologically, financially and physically exhausted but still continued to try *everything* to reach each and every of you.

Every single day, after getting up, I have to remind myself of Murphy's law to be prepared but also worried would I survive at the end of the day. I have tried so hard and put tremendous effort in seeking a reasonable and dignified solution for this horrific problem of which was created by your offices for years. Unfortunately, all of you have failed to even have a courtesy to reply. Abuse breeds abuse and neglect breeds abuse and neglect, so now and here, I attach separate documents and demand a response[1] from each of you:

First, to:
### Assessor Joseph Berrios

Attached please find copy of one of my letters to Board President Toni Preckwrinkle (dated April 5, 2011) and a list of 250 properties owns by Chicago Housing Authority and a few from *others* (out of ~2,000)[**] those are exempt for zero property tax which located within the (a) ZIP 60622, where I worked over ten years ago, and (b) 60647, where I currently still living (but not sure about next month, another attack might take place) along with picture of several properties of those- one of which, 2648 N Drake, Chicago, IL 60647, is right in my block. And I have one request along with three questions for you.

The two simple questions first: ($\alpha$) What law exempts those properties with zero tax? ($\beta$) Who are living in these (very nice) properties? While pursuant to Revenue Property Tax Code 35 ILCS §10-235, Division 11/ "Low-income Housing", I have roughly assessed the 250 above mentioned properties as 33 and one-third percent of their "fair market value" and I want to repeat my request in the above mentioned letter to having an opportunity of contributing an ethical and lawful source in raising revenue for the county as well as to have 30% commission so I can rebuild my life. Particularly the County is in big budget deficit while by Union's contract, it needs more money to pay for its employees (more than half of your staff, who do have a high-school diploma but I believe they would fail the GED test at the first attempt and now making ~$70,000 / 2012 - Ms. Isabel Gonzalez or Mr. Dale Franklin can verify this fact). I have been out of work for ten years while your daughter and the whole Berrios', have been "working for US".

Please let me know as soon as possible (3rd question:) when I may submit my work to get paid and more importantly, whenever this problem –illegally certified exempts and unfairly assessed- be fixed within Cook County, as the *law* and *justice* required, then I will immediately pay property taxes, even the "SPECIAL WARRANTY DEED[S]" of my properties have been given away to Wheeler-Dealer Ltd. (or sold to someone else now) and Galaxy Sites LLC by "CHICAGO CITY CLERK" and "COUNTY CLERK".

---

[1] Though there are more questions / requests but I shall ask later in the future. I'm so overwhelmed now.
[**] While for the entire Illinois, the number could be in million's, I have to budget my time and money, which I don't have, very well in order to survive; hence at this time I only look to the ZIP 60622 & 60647.

Second, to:
## **Treasurer Maria Pappas**

The attached are copy of court and print-out from public records relating to my[***] two properties –A/ 2636 N. Drake St., Chicago, IL 60647, where I was force but later arrested, then taken to a hospital, and detained in a mental health center for a week against my will– January 11-18, 2012 (I received bills regarding this event ~$6,000:)- & B/ 2642 N. Drake St., where earlier I was arrested and charged with two misdemeanors – trespassing and damage property/ criminal Case # 11-249376-

And I need your answers for the following questions:

(α ) How could the "CHICAGO CITY CLERK" be the "Grantor" then gave away my property/ PIN 13-26-409-025-0000 to "GALAXY SITES LLC"? (This question will be sent to City Clerk Susana Mendoza too).
(β) Similarly, how could "COOK COUNTY CLERK" has the authority to give away my property / PIN 13-26-409-022-0000 to "WHEELER-DEALER LTD" while I'm currently still paying the home-loan on the house to Bank of America and never missed any payment, then Grantor WHEELER-DEALER LTD transferred the "SPECIAL WARRANTY DEED" to "CHICAGO TITLE LAND TRUST CO TR".

And at this moment, The Bank of New York Mellon Trust Co. – which just reborn in 2007 from the oldest banking corporation in the United States (1784) also the largest deposit bank in the world ($25.5 trillion in assets)- is holding the *special warranty deed* of my property. But Michael A. Johnson of Wheeler-Dearler Ltd. is a supervisor contract with the help from District 14 of Chicago police to create jobs for construction by up-grading *my house.* Day after day, I'm hearing the banging noise from their destruction and feel like being repeatedly stabbed (while my heart is still bleeding from the previous attacks) … ….

Third, to:
## **County Clerk David D. Orr**

Again, I'm reattaching copy of deceptive documents relating to those fraudulent activities in the county and other conspirators, Wheeler-Dealer Ltd. and Interstates Funding / Galaxy Sites LLC, in transferring my properties. However, for emergency reason, plus I understand that you, as the Clerk of the second most populous county in the United States and handle many different offices - vital records, election, voting's, real estates & tax, etc.- when now is the critical time of election. Therefore, here and with your office, I want to focus on the fraud that exhibited as Exhibit A by Brian A. Burak, attorney #32653, sent to me last week his Motion for an Order for Possession and "hearing" set for February 24, 2012, which I have forwarded to you and asked to be scheduled so we can discuss an appropriate action preventing another tragedy that might happen to me again. This time your secretary and scheduler, Ms. Coyle, did not (because she could not) deny those activities are illegal and these documents are frauds; nevertheless, she told me that I have to contact "Independent Inspector General Blanchard" what I have already done multiple times but got no response, just like yours and every other offices. Instead they made me feel as I'm an unwanted intruder who is harassing them – your Manager of Customer Services Phillis Laster called security on me because "[I] disturbed the office".

Mr. Orr, there is no question that you are a good person and honestly want to do the "right things". But I cannot accept the response from your secretary: " *Board of Review Commissioners seem*

---

[***] Chicago Police –District 14th – said, "Not any more" though.

*like a possibility if [my] case resulted from tax problems.*" It's an insult. I have come to the 6[th] Floor numerous times and wrote several letters to the former commissioner of my district, the incumbent assessor, Mr. Joseph Berrios, years ago, 2006-2007, when I begun recognizing *real problems* in banking system: the *real* estates business.

    (A) In general and just be a responsible citizen alone, and I believe you are, you have a responsibility to protect the integrity of the system. (B) Regarding this fraudulent activity in the county, as the head of one of the most important offices – the County Clerk- you are obligated to fix it. (C) In my two specific cases, your name and your signature with "Given [your] hand and seal" gave my property (2642 N. Drake) to Wheeler-Dealer Ltd., then again on the "*25[th] day of October, 2011, David D. Orr County Clerk*" " [] of the County of Cook, Illinois, 118 N. Clark Street, Rm 434, Chicago, …, grant and convey to <u>Galaxy Sites, LLC</u> …[] at <u>820 Church Street, Suite 200, Evanston, IL 60201</u>, its successors and assigns FOREVER, the said [2636 N. Drake Ave., Chicago, Illinois] Real Estate [] described." However, on the "*[] 10[th]* day of *November 2011*" "*the said <u>David D. Orr</u>*", was still as "Grant*or*", and even "*Subscribed and sworn to before*" Notary Public Rajendra C. Pandia to give away 2636 N. Drake /PIN 13-26-409-025-0000, of which on 12/01/2011, at "09:01 AM" the "FOREVER" Grantee Galaxy Sites LLC paid $40 fee to Eugene "Gene" Moore, Cook County Recorder of Deeds for recording the give-away "said Real Estate" (though by "CHICAGO CITY CLERK").

    Regardless whoever has been doing what, the Clerk of Cook County certainly owns me a combination of the general responsibility + the professional obligation + and the ethical mandate. And I'm waiting for your immediate action showing that the County Clerk David D. Orr is not a thief but a responsible, ethical, and professional person.

    Mr. Orr, as you know, I have silently been suffered for too long, I have also patiently tried everything to reach out, and as I previously mentioned from the beginning, this is one of the most difficult letter that I have to write, specially to you, it's heart breaking. But the truth needs to be told, that is respect: respect the law, one another, and ultimately, self-respect. I'm a certified math teacher, therefore, I do not have the right to say that two plus three equals anything else than five is right. Similarly, at the very least I must "FOREVER" disagree that ~ $24,000+ ~ $27,000 = $685,640 (any questions regarding these numbers please call me, phone: #773-227-6097)

Fourth, to:
### Recorder of Deeds Eugene "Gene" Moore

    Due to the fact that Recorder of Deeds Eugene Moore's Office has the whole "FRAUD UNIT" with staff members in the hundreds‾ and at least two attorneys as I know, Supervisor Attorney Paula Lingo and her assistant Attorney Wendy Holderman. The attachments here (although this is not necessary) are the same as above for County Clerk Orr and I straightly go to the point to ask Recorder Moore to please instruct an appropriate staff assisting me in fixing this horrific problem. There is no any other proper and appropriate solution. Recorder of Deeds of Cook County - the second most populous county in the United States and its population is larger than that of 29 individual U.S. states and the combined populations of the seven smallest U.S. states- cannot, may not, and should not conspire to commit frauds and neglect the victims. And definitely calling my home to LIE to me is

---

‾  I'm not very sure and would appreciate it if Recorder Moore can tell me the accurate number, Mr. Quentin Woods said to me that the number cannot be disclosed, while prior to this, Mr. Woods could not differentiate whether what I showed him is fraud or not (and now when nobody can deny the conspiracy and corruption, then Quentin Woods told me, "You have to take us to court!")

FRAUD, (this sentence was added at 1:15 p.m. after someone called in at 1:00 p.m., on February 22, 2012 and lied). Everyone "help[s]" me by instructing me what to do while I could not even know the "instructors'" name. After I was out of my classroom and out of the system, then I was out of my car, and now I'm out of my house, out of the society and people tried to place me in a mental institution. That cannot be "American Dream" but a nightmare in*deed*. And I look to hearing from you no later than Wednesday, March 7, 2012, please.


Fifth, to:
### Cook County State's Attorney Anita Alverez

I'm not sure this letter will make any difference or anything I can ask your office at this point, or even I can have a response, I have written you numerous letters. So I just attach a copy of the short letter from the office of U.S. Attorney for the Northern District of Illinois, dated December 13, 2011, Ms. Alverez, if you look at the copy of the envelope, you should know that I have received the said letter over two months ago. But I could not have the heart to go this far while still tried everything that I could, and I'm still trying, to stop the horrific problem, which I'm enduring from the corruption in the Cook County for getting bigger while struggle to survive. As you know, I was a math teacher so I understand how hard it is to really teach and I sympathize for everyone who is holding a difficult job, like yourself. I did not, and still don't, want to put anyone in an inexplicable situation. However, you are elected to be the chief law officer of the Cook County but every office in the County is breaking the law and I cannot fight with the whole army, nobody can. So as the letter from Mr. Fitzgerald's office stated, I request the State's Attorney of Cook County to take any action that you deem proper and appropriate, before any other tragedy could happen to me. If you do not know which action to take, because the whole county and city are court together, including the *courts,* then within the next ten days, please request the United States Attorney for the Northern District of Illinois to take action, Mr. Patrick J. Fitzgerald must know what action to take. And I look forward to your expeditious and responsible action.

Sixth, to:
### Independent Inspector General of Cook County Patrick M. Blanchard

I believe, and also want to believe, everything I have read about this office, including each and every word from the title above- Independent Inspector General of Cook County Patrick M. Blanchard- Unfortunately, everyone is getting his/her great paychecks and (Unions are) fighting hard for increasing salary, sadly breaking the law but I'm the victim and have been suffering, and more than that, with what I have been endured in the past several months, I could die, and Independent Inspector General of Cook County Patrick M. Blanchard knew well about that; I wrote you letters, I called and left you messages -with crying ( 312- 603-0364, I only call you when I feel some threat) I contacted your office, gave the Executive Assistant hundred pages of document but when I inquired why nobody does any thing. And here is what I got: one of your staff told me to get out of the office, though some of other times he just took the papers but did not let me in; another staff, "We cannot 'help' you" and Mrs. Thompson said "He is a busy man." I don't really know what to say, or whether or not I should still come or call your office any more. Hence, I just attach the same as of to State's Attorney Alvarez and copy of what I believe I saw on line about one of the serious problems in the County and I'm a victim but having been deliberately ignored and neglected: "Corruption in government threatens our country's democracy and national security, impacting everything from how well our borders are secured and our neighborhoods protected…to verdicts handed down in courts…to the quality of our roads and schools. And it takes a significant toll on everyone's pocketbook, wasting billions of tax dollars every year. …"

And my request is the same as of with the Cook County State's Attorney as above:

<u>If you do not know which action to take, because the whole county and city are corrupt together, including the *courts,* then within the next ten days, please request the United States Attorney for the Northern District of Illinois to take action, Mr. Patrick J. Fitzgerald must know what action to take. And I look forward to your expeditious and responsible action.</u>

Seventh,
to:
## Cook County Sheriff Thomas Dart

Due to the care[*] I really have for the two young attorneys who met with me on behalf of Sheriff Dart, this part is reconsidered (however if the Cook County Sheriff's office decides to ignore me, then right after March 7, ten days before St. Patrick's Day, I shall send the part I took out to *everyone*).

## Chief Judge Timothy C. Evans

Chief Judge Evans, I limit myself that never write to a person if after the fifth time and got no response. However, this is the seventh one I'm writing to you but have not yet received or heard any reply from your office albeit they are all serious problems that I have had with the court where you are the chief judge. The first one was in 2003 regarding Judge Bernetta Bush, when she wanted to charge me "contempt of court" because Judge Bush could not argue with me over an obvious forgery of my signature on an unauthorized termination, which was signed by former CEO Arne Duncan, prepared by Marilyn F. Johnson (who is now a judge in your court), and exhibited by Illinois Attorney General's Office to dismiss my complaint. When I was illegally fired by my former employer, Chicago Board of Education, I sued almost 200 persons, including Rev. Jesse Jackson, U.S. Representative Luis V. Gutierrez, then the father of my three children and his organization, and the rest - most of them are *lawyers*. But not of what about my job –I gave it up-, I believe that our children must be taught, Education should not be considered as a business and run directly by politicians or indirectly by lawyers from unions, Board, or court (judges are also lawyers they know how laws are made and how to break them). While the sixth letter was several months ago, on Halloween, October 31, 2011, I wrote you, Clerk Brown and former Director Cynthia Cobbs of AOIC[+] because I did not know where to go about when I was in a devastating situation as a victim of this corrupt government- On the one hand, I have said just be a teacher in an inner city school I already know how hard it is to be, I understand that it's not easy to be a chief judge of "one of the largest unified courts in the world"; but on the other, if I was you, a chief judge, I would be terrified of knowing about those illegal activities in the court. I would do everything to fix them or resign, not even want to be a regular judge.

As what I shared in my last letter, after I was arrested for trespassing my own house on October 24, 2011, in November of 2011, Michael A. Johnson, who charged me with the two misdemeanor charges (criminal case 11-249376) had an older lady – I sincerely believe she is a lady- from a church in south side Chicago into my house to pack all of my personal property for resale for a non-profit organization, but when I wrote letter and sent pictures to Thomas Dart saying that should be prosecuted, then Chicago police- District 14th – told the six male persons, who were ordered by Agent Johnson of Wheeler-Dealer Ltd. there to empty my house, to put my furniture in front of 2636 N. Drake, where one of my daughters and I were, instead. – Now none of my children is here, I don't want them to witness this kind of inhuman and unforgivable behaviors- At the same time, Chicago police also put an ad. on

---

[*] I was raise by Vietnamese culture which taught me that I must respect the elders, care for the younger, and share with the ones have the same level. I believe that it is one of the good ones and want to keep the best of both.
[+] I did not know Mrs. Cobbs has been a judge since September 2011.

Craiglist Logan Square / Free Stuff so people could come to pick what they want, and two days later Superintendent of Chicago Street Sanitation of Ward 35 came with a garbage truck that had three other staff to clean up everything that leftover; while the police used profane language to order me that don't ever call 911 again "for nothing". They would arrest me for harassment… Then in December people took all of my appliances, lawn mower, shovels, while they told me I have to listen and reminded me that, it's not my house any more, don't I remember I was arrested for trespassing. It is worse than what I had had with Communist government, but the worst is that every one knows about this but nobody does anything

Now after 34 years being adopted to America; my profession, family, properties, trust, belief, and mentality are violently and completely deprived[*] …...

Chief Judge Evans, as you have known through court documents Case No.10 CoTD 1923 which I have sent to you and your office, on August 09, 2011, there were two orders entered in your court both by Judge Ballard, one was granting the co-conspirator Wheeler-Dealer Ltd.' Motion for Order for Possession and the other denied my Motion to Dismiss of which I later filed notice of appeal resulted with two appeals in the Appellate Court 11-2646 and 11-2647. After the big mess in the higher court, which still made me feel nauseous, Mandate for Appeal 11-2646 has been issued a couple of weeks ago and as I have previously mentioned in my last letter, "we cannot afford to invite any more problems, ..[but] must work together to fix them." It is time to fix it and I now again request the Chief Judge for an *executive committee order* to correct the horrific problem or whatever proper and appropriate action, you are much more knowledgeable than I am. Please let me know, *as soon as possible*, I must have my house back and equally important, that is the very *right thing to do* (while the criminal case 11-249376 is completely separate, I shall set time to handle that in a civil manner and regarding Wheeler-Dealer Ltd.'s along with Chicago Police's criminal conduct, I shall request Cook County State's Attorney or Illinois Attorney General to take appropriate action as well; while the Sixth Division of Appellate Court I shall first contact Director Michael Tardy of AOIC and would appreciate it if you do something to show that you really care to protecting our legal system about those justices' unacceptable behavior.)

## **<u>Cook County Board President Tony Preckwinkle</u>**

It has been almost a year since I wrote you last letter asking "be scheduled to have a meeting with you while I was still confident that, working cooperatively with you and with your power and dedication, we would be able to resolve those serious problems" "for me and my situation" of which "I have been suffering for [] a decade." Now, after being repeatedly abused and attacked, I don't really know what to do or what to say. So, I just repeat the last part of my previous letter:

Madame President, I would like you to know that I really wish I could write you a nicer and more polite letter. But sincerely ask for your understanding for the lack of this courtesy, if any, which is important to fashion a formal letter. So I would deeply appreciate your kind consideration concerning the courteous matter. Unfortunately sometimes, we have to suffer for spontaneity, honesty, respect for the laws, one another, and most importantly to our very own selves.

---

[*] So the "world-class city" and the Cook County government want to "help" by putting me to a mental health center and I remember Court Reporter Tamika Burnette, License No. 084.004668, has added, "...., along with mental health evaluation and parenting classes." - Transcript pg.108, criminal Case No. 08- MC1- 188366/ Trial June 19, 2008 see PACER- US District Court Case 10-cv-0194, Exhibit C32

My hope is that with our sincerity, intelligence, and dedication; which I believe you have all, while my ten-year-proof of service within a very difficult situation has been proven, there can be no question about mine; I am looking forward to seeing you within a week and positively trust that we shall find a reasonable and dignified solution for our complex problem.

----------

In closing and to Everyone again – Madame President Preckwrinke, Chief Judge Evans, Assessor Berrios, Treasurer Pappas, Clerk Orr, Recorder Moore, State's Attorney Alverez, Sheriff Dart, and Inspector Blanchard - once more time I want to tell to all of you what I said from the beginning, this is one of the most difficult letters that I have to write in my life. But each and all of you know that (i) Despite the fact I'm an educated citizen of the United States of America and living in the "world-class" city, but just in the past several months, I have been arrested twice by Chicago Police with two criminal charges and (ii) placed in a mental health center (iii) while my properties have been fraudulently deprived. (iv) As I have shared in my sixth letter to Chief Judge Evans, dated October 31,-Halloween 2011, after my children[*] sat me down, in those holidays of 2010, and they asked me "to quit" because nobody can fight with the city hall and they have been suffered with me for too long. Then in the past twelve months, only one of my children, Elizabeth, is calling, contacting and checking[**] to make sure with me that I'm okay – perhaps their plan- My daughter also repeatedly asked me to promise that I will let her know, if "anything happens". It's excruciating, it's heart-breaking..(v) In the past couple of weeks, because of the struggle to protect my children from the ugly truth in government and politics, I don't want to tell my daughter another attack might be coming, I have hung up the telephone numerous times to cut off conversations with my only contacting daughter then cried myself to sleep…..

I have learned, through the difficulties, the pain and struggle we face in life, they often create wisdom while besides being a victim of our undeniably corrupt government I had had three years with the Communist and as an old saying said, Only the truth can set us free. But most importantly, what the County and City doing is illegal and to my situation, it is also unethical and immoral. Enough is enough. So while we are vulnerable, I want to end this letter with a beautiful expression from Sara Paddison:

   *"Being vulnerable doesn't have to be threatening. Just have the courage to be sincere, open and honest. This opens the door to deeper communication all around. It creates self-empowerment and the kind of connections with others we all want in life. Speaking from the heart frees us from the secrets that burden us. These secrets are what make us sick or fearful. Speaking truth helps [us] get clarity on []our real heart directives." ...*

                                        Yours truly with hope,

---

[*] As a mother, I would die for my children to live, if that is necessary; however if I do live, then I have to be ME. [**] My other daughter, Michelle, came to John Madden Mental Health Center where I was kept against my will on Saturday, January 14, 2012, but I didn't want any of my children to see their mother in an awful situation which created by an intolerable conduct from the government. We talked over the telephone for about 10 minutes while she spent no less than 4 hours for the whole trip.

Hoi   Huynh<br>
(773) 227-6097

***Attachments: as stated (via email will be separate at different***
***times due to the limit of certain recipients)***
c: Every mentioned person (at least via electronic mail system)
   To be filed as public record that deems proper and necessary.


_____HOI  T.  HUYNH_____
2636 N. Drake St., Chicago, IL 60647, Phone: (773) 227-6097, E-mail: huynhthihoi@yahoo.com

Pi Day, March 14, 2012

<u>VIA EMAIL&HAND DELIVERY</u>

Patrick J. Fitzgerald, U.S. Attorney
United States Department of Justice
U.S. Attorney for Northern District of Illinois Office
219 S. Dearborn St., 5th Floor
Chicago, IL 60604
E-mail: Patrick. J. Fitzgerald@usdoj.gov

<u>**Written Apology and Appropriate Actions Requests**</u>

Mr. Fitzgerald:

It was an embarrassment, but as an educated American, of whom I'm proud to be and living in
Chicago, a "world-class city", but sadly I have been unemployed for more than a decade, my last day
of work at Roberto Clemente High School was Friday, February 1, 2002; I have never received
unemployment benefit in my life, and in the past five months, every single day after getting up, I
have to remind myself of Murphy's law to be prepared but also worried would I survive at the end of
the day. While my family is torn apart and my heart is bleeding from the physical attacks of political
corruption when my properties are illegally deprived just because I do not consider Education as a
business and neither Union nor politicians nor corporate power can tell me how to do *my* job. Now
my head is spinning and my brain twisting to struggle for my own safety and security after being
attacked by Chicago police, threatened by agents from IRS and Chief Counsel Office of U.S.
Department of Treasury and also by the Government Accountability Office (GAO) in Chicago just
because I happened to know, when I was a victim, where and how the small donations, average $100,

to the 2008 presidential fund raising had actually come from. Then on March 1, 2012, the manager of your office, Mr. Paul Borowitz, called my home and blatantly warned me that he would "*contact Marshall shortly*" because I may not call this telephone #312-353-6742. And just a couple of days ago, last Monday, March 12, 2012, I received a short letter dated March 2, 2012 inside an envelope, however, has a stamp 03/09/12, but both, the one-page letter and the envelope, have come from: **U.S. Department of Justice** –United States Attorney's Office Northern District of Illinois to the invalid address: 2642 N. Drake (where and which I'm so emotional to even say or look at, my stomach churns and my heart is beating up to a cardiac arrest level – and you fully acknowledge about this- reattached pictures) by "PATRICK J. FITZGERALD United States Attorney ['s] Screening Committee" while the letter has a content of six sentences in five short paragraphs of (a) inaccurate facts with (b) confusing and irresponsible advice; along with (c) deceiving, (d) intimidating, (e) threatening tactics and (f) false accusation; (g) then ignorantly giving unasked and wrong recommendations as here:

> "*This letter is to acknowledge receipt of your voicemail on February 29th, as well as the many other correspondences dating back to 2007. While we do appreciate your concerns, please be advised that it is not necessary for you to copy us, or make us aware of the action that you have requested or reported to elected officials, and other federal, state or local governmental agencies.*"
>
> *If those agencies require our assistance they will communicate their need once they have had time to review your concerns and process them in accordance with their policies and procedures.*"
>
> *Evidence of violation of federal criminal law may be directed to the Federal Bureau of Investigation. If in the future you feel a need to contact this office by telephone, please limit your call to the paralegal on duty or leave a voice message in the paralegal's voice mailbox.*
>
> *It is highly recommended that you seek the counsel of a private attorney for any of the other matters that you have addressed that are civil in nature*."

While each and every staff member in "U.S. Department of Justice" must remember that no U.S. attorney and his / her office may or should either abuse, corrupt, or neglect. And they have to treat every human being with dignity and respect, so I, as any other human being, am entitled to that right. Unfortunately, I have been silently suffering for more than a decade as a victim while you and your office have become heroes and powerful over our undeniable corrupt government. Much more than that, I have also patiently tried *everything,* and still trying, to reach out to *everyone,* by respectfully writing letters –hundred of letters I have written and this is my fifth one (my limit) to you sincerely seeking a reasonable and dignified solution so I can get out of this intolerable situation (I still have a life to live and need to rebuild it with my children) regarding the serious law-breaking problems in our government. I have come to your office around a hundred times, literally, in the past ten years to submit letters and documents, could be thousand pages at the cost of my own; and much less because I tried to avoid friction and frustration, more than a dozen times, I have called your office line, only several times when I was so worried for my own safety I called you crying and begging. Because I could not get any reasonable response from anyone else. I used to hold you with very high regard even though I disagree that your office unreasonably misused multiple millions of tax-payers' money to create reality court shows for its self-interests while unconscionably hurt and harm the fundamental value of truth and family in community and society but condone for frauds. Everyone – the Good, the Bad, and the Ugly- is, and has been, doing everything just for political purposes with no

respect to the law nor regard to the truth. This kind of conduct absolutely *"would make Lincoln roll over in his grave"*.

Mr. Fitzgerald, I know that time is invaluable and no person can buy time, however, without writing skills I really want to show how much I care by writing long and even boring letters, and I keep trying. Thus, I would like to repeat what I have previously mentioned in my many letters to other officials in the past: I didn't have the luck to be an immigrant; I was adopted to this country as a refugee in 1978 after three years with Communist. And in the 60's, I was a teenager and still living in Vietnam, when and where I had always taken showers with clothes on because if something happened, I could run or if worse I just wanted to be certain that I would die in dignity with clothes on. Therefore if I cannot say that I love peace more than any person, then at least no less than anybody does, and definitely I have never wanted to fight with *our* government. How could I? English is not even my first language.

Nevertheless, some lines have been drawn of which certainly nobody may, can or should cross and some limits are simply nonnegotiable. Such as the chairman of Finance Committee of City of Chicago Alderman Edward Burke and Justice Ann M. Burke of the Supreme Court of Illinois have been violating our Illinois and U.S. Constitutions and as a result in one of my cases on public record, PACER –USDC 10-cv-0194, repeatedly shows (in three different documents) another bad joke: Attorney Lisa M. Franklin of the Law Department of the City of Chicago is representing for the Democratic Party of Cook County. And sadly, the bad joke has been enlarged to USDC 11-cv-2479, then USCA 11-2143, now it has come to Supreme Court of the United States… but you and your office did not do anything to stop the judicial tragedy and turn around making me become the PROBLEM because nobody can "help" me now. It look like I have become everyone's enemy but sadly just because I refuse to cooperate with the law-breakers to distort the truth and break the law.

Then whatever, if you or anyone else, want for explanations, excuses, or arguments, but none can ratify that the Speaker of House Representative of Illinois, Mr. Michael J. Madigan (who is also the chairman of Democratic Party of Illinois-), can own a private law firm (in the heart of the "world-class city" 30 N. LaSalle, Ste. 3906, Chicago, IL 60602), etc. These are serious attacks to the Constitution(s) while millions of people have been paid to take the oath to *"support and defend the Constitution of the United States against all enemies, foreign and domestic,"* and you are one of them. Have you ever discussed with your fellows about these violations? For me, in 1986, upon becoming U.S. citizen, I took a similar oath, although, it was much lighter and I have never being paid to do so. But because of the experience I have had, I took that oath with all my heart, thus in 2007, I wrote Speaker Madigan two letters and one of which I respectfully told him that no law-maker can be or should be law-breaker; when I knew that could cause me a lot of problems while I, and no one else, want problems. Whoever does?

In addition, I also want you to know that it is not easy for me to write you this letter but I need to honestly express what I truly think and feel so I can at least have PEACE with myself while you and your staff have to understand that intimidating, bullying, and bending the truth are all disgraceful abuses while neglecting me, a responsible citizen, certainly is NOT going to keep peace or make peace. The longer I have to suffer, the worse the Office of U.S. Attorney for the Northern District of Illinois of United States Department of Justice is. For my specific circumstance, besides the legal issue, of cause is most important, but there is also an ethical question, which I believe Americans hold dearly. And I have been suffered for too long.

Finally, pursuant to 42 U.S.C. § 1986 (Action for neglect to prevent conspiracy) and 18 U.S.C. § 241 (Conspiracy against rights of citizens), I respectfully conclude this long letter with two requests:

1/ A written apology with signatures, in ink, of yours and Mr. Paul Borowitz regarding his phone call on March 1, 2012, and the above-mentioned letter from your office (attached).

2/ Concerning my upcoming petition for a writ of certiorari with the U.S. Supreme Court (Application 12 A 741) / USDA 11-cv- 2478 & USCA 11-2143, which was fraudulently created by the U.S. District Court for the Northern District of Illinois to deprive my constitutional rights. It's a crime and let go for too long (since April 14, 2011/ ) and to far -Supreme Court of the United States-. It makes our legal system look and sound RIDICULOUS and you have a responsibility to stop that (ridiculosity). Hence, please instruct Assistant U.S. Attorney Thomas P. Walsh to immediately contact me, so we can cooperatively work together to save our courts. We can no longer, and should never, continue these disgraceful abuses of power. Enough is enough.

Truly yours,

Attachments: as stated
c: Every mentioned person in this letter
  (at least through email)
  Be filed as motions or application
  (with respect to my own safety and for court's sake)
  Internet / everyone else of whom I have email address
  (after St. Patrick's Day, if I do not receive my due consideration.)

HOI  T. HUYNH
2636 N. Drake
Chicago, IL 60647
Phone: (773) 227-6097

3-5
(Court Branch #
or District #)

23-5/21 Dec 11
(Court Date/Time)

CPD #014
(Arresting Agency #)

Misdemeanor Complaint    (This form replaces CCG-0655, CCMC-0222 & CCMC-0225)    CCCR N654-10M-6/09/04( )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,

Plaintiff

No. _____ 11249376

v.

HOI T. HUYNH.

Defendant

WHEELER DEALER LTD. _____, complainant, now appears before
(Complainant's Name Printed or Typed)

FILED
OCT 31 2011
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF THE COUNTY, IL

the Circuit Court of Cook County and states the following:

That: HOI T HUYNH. of 2642 N. DRAKE has, on or about
(Defendant)    (Address)

24 OCT 2011, at the location of 2642 N. DRAKE CHICAGO Cook Co.
(Date)    (Place of Offense)

committed the offense(s) of CRIMINAL DAMAGE

in that s/he KNOWINGLY DAMAGED PROPERTY OF WHEELER DEALER LTD; SUCH PROPERTY
BEING 3 DOOR LOCKS, LOCATED AT 2642 N. DRAKE, WITHOUT CONSENT, SAID
DAMAGE BEING LESS THAN $300.00

in violation of 720 Illinois Compiled Statutes 5 / 21-1-1-1A
(Chapter)    (Act)    (Sub Section)

### AOIC Code

| | | | | | | |
|---|---|---|---|---|---|---|

William A John
(Complainant's Signature)

120 N. La Salle
(Complainant's Address)

_____
(Complainant's Telephone)

Michael A. Johnson
(Complainant's Name Printed or Typed)

STATE OF ILLINOIS
COOK COUNTY.  ss:

The complainant, being first duly sworn on oath, deposes and says that s/he read the foregoing complaint by him/her subscribed and that the same is true.

William A John
(Complainant's Signature)

Subscribed and sworn to before me on this 24 day of OCT, 2011

_____
(Judge's/Clerk's/Law Enforcement Officer's Signature)

#19888 - 014 DIST.
(Law Enforcement Officer's Badge No.)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED,    Judge _____
    or    Judge's No. _____

WARRANT ISSUED,    Bail set at: _____
    or

BAIL SET AT: _____ Judge _____
    Judge's No. _____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR X 1 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

HOI T. HUYNH, individually and
               on behalf of taxpayers,

                        Plaintiff,

v.

DANIEL RIVERA (STAR NO. 17204),
KENETH PANG (STAR NO. 2396),
JOHN JARVIS (STAR NO. 844),
WILLIAM BLOCK (BADGE NO. 121),

RICHARD A. DIVINE, CHARISE VALENTE,
ANITA ALVEREZ, DEBBY KIRBY
TIMOTHY C. EVANS, MEGAN DOE,
JOHN / JANE DOE(S),

NGUYEN-TRUNG HIEU, NAIREE HAGOPIAN,
ERIN McEWIN, ANGELA BRENT,
MONICA PEREZ, SPIGHT WALKER,
all in their official, professional, and individual capacities

WGN-TV,
THE CITY OF CHICAGO,
BOARD OF EDUCATION OF THE CITY OF CHICAGO, and
THE DEMOCRATIC ORGANIZATION OF COOK COUNTY,

                    Defendants.

No. 10-C- 0194
JURY TRIAL DEMANDED

JUDGE ROBERT DOW

MAGISTRATE JUDGE:

ARLANDER KEYS

## AMENDED–VERIFIED COMPLAINT

     NOW COMES the PLAINTIFF, Hoi Huynh, pro se, and pursuant to this Complaint,

states the followings against the above-named Defendants,

### JURIDICTION

1.    Jurisdiction of this court arises under 18 U.S.C. §§ 1341, 1511; 1961 through 1967

(racketeer influenced and corrupt organizations-1962), 28 U.S.C. §§ 1331, 1337, 1343(a)

(civil rights and elective franchise), and 1367(a) (supplemental jurisdiction); 42 U.S.C.

I

**UNITED STATES BANKRUPTCY COURT**

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P O Box 5069
New York, NY 10150-5069

# PROOF OF CLAIM

Name of Debtor Against Which Claim is Held

*WGN Continental Broadcasting Co.*

Case No of Debtor

*08-13252*

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 USC § 503.**

**THIS SPACE IS FOR COURT USE ONLY**

Name of Creditor (and name and address where notices should be sent if different from Creditor)

*Hoi T. Huynh*
*2642 N. Drake Street*
*Chicago, IL 60647-1210*

Telephone number *(773) 227-6097* Email Address *huynhthihoaeplus...*

☐ Check this box to indicate that this claim amends a previously filed claim

**Court Claim Number:** _____
*(If known)*

Filed on _____

Name and address where payment should be sent (if different from above)

*Same as above*

Telephone number          Email Address

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

1. **Amount of Claim as of Date Case Filed:** $ *Please see attached letter*

If all or part of your claim is secured, complete Item 4 below, however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority, complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of interest or additional charges

☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 USC §503(b)(9) Please indicate amount entitled to 503(b)(9) $

2. **Basis for Claim:** *Personal injury by Media - WGN (please see attached)* 
   (See instruction #2 on reverse side) *Amended Verified Compl. 10-1094*

3. **Last four digits of any number by which creditor identifies debtor:** _____
   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side)

4. **Secured Claim** (See instruction #4 on reverse side)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

   Nature of property or right of setoff ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe

   Value of Property $ _____ Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any

   $ _____ Basis for perfection _____

   **Amount of Secured Claim:** $ _____ **Amount Unsecured:** $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim

☐ Domestic support obligations under 11 USC § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 USC § 507(a)(4)

☐ Contributions to an employee benefit plan – 11 USC § 507(a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 USC § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 USC § 507(a)(8)

☐ Other – Specify applicable paragraph of 11 USC § 507(a)(____)

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4-1-10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary *(See instruction 7 and definition of "redacted" on reverse side)*

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**

If the documents are not available, please explain

**FOR COURT USE ONLY**

Date:

*October 07, 2010*

**Signature:** The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any

*Huynhthihoa - Hoi Huynh - Claimant / Pro se Plaintiff (of 10-1094)*

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 USC §§ 152 and 3571*

Chicago, October 07, 2010

To Whom It May Concern:

Please find the enclosed is my Proof of Claim against WGN Continental Broadcasting Company and a copy of my Amended-Verified Complaint, Case 10-194, which was filed with the U.S. District Court for the Northern District of Illinois on April 01, 2010 as a proof to support my claim.

At this time, I am seeking for (1) an on-air apology and (2) $50,000 damaged penalty against WGN.

If any additional information is needed, Please kindly contact me.

Sincerely,

Hoi T. Huynh

HOI T. HUYNH
2642 N. Drake
Chicago, IL 60647-1210
Phone: (773) 227-6097
Email: huynhthihoi@yahoo.ca







Hoi Huynh
264-2 N/Dsenka
Chicago, IL 60647-4210
10-104 N. WGN CS-B352

TRiBUNE COMPANY CLAiMS
Processing Center
c/o Epig Bankruptcy Solution, LLC
FDR Station, P.O. Box 5069
New York, NY  10150-5069

HOI  T.  HUYNH
2636 N. Drake St., Chicago, IL 60647, Phone: (773) 227-6097, E-mail: huynhthihoi@yahoo.com

RECEIVED

DECEIVED

Washington's Birthday, February 22, 2012

FEB 2 4 2012

VIA HAND DELIVERY & EMAIL

FEB 2 4 2012

RECEIVED

FEB 2 4 2012

OFFICE OF THE
COOK COUNTY INSPECTOR GENERAL

Toni Preckwrinkle
Cook County Board President
118 N. Clark St., # 537 Chicago, IL 60602

OFFICE PRESIDENT

COOK COUNTY TREASURER

Timothy C. Evans
Chief Judge of Circuit Court of Cook County
Richard J. Daley Center, Chicago, IL 60602

| Joseph Berrios | Maria Pappas | David Orr | Eugene Moore |
|---|---|---|---|
| Cook County Assessor | C. C. Treasurer | Cook County Clerk | C.C.Recorder of Deeds |
| 118 N. Clark St., 3rd Fl. | 118 N. Clark St. #112 | 69 W. Washington, 5th Fl. | 118 N. Clark St., 2nd Fl. |
| Chicago, IL 60602 | Chicago, IL 60602 | Chicago, IL 60602 | Chicago, IL 60602 |

| Anita Alverez | Thomas Dart | Patrick M. Blanchard |
|---|---|---|
| Cook County State's Attorney | Cook County Sheriff | Inspector General of Cook County |
| 69 W. Washington, 32nd Fl. | 704 Daley Center | 69 W. Washington, #1160 |
| Chicago, IL 60602 | Chicago, IL 60602 | Chicago, IL 60602 |

RECEIVED

MAR 05 2012

ATTY REG & DISC COMM
CHICAGO

### RE:  Frauds and Corruption in Every Cook County (and City of Chicago) Offices

Matter: President Preckwrinke, Chief Judge Evans, Assessor Berrios, Treasurer Pappas, Clerk Orr, Recorder Moore, State's Attorney Alverez, Sheriff Dart, and Inspector Blanchard:

As I have previously mentioned in many letters to some of you in the past, again I repeat, I didn't have the luck to be an immigrant; I was adopted to this country as a refugee in 1978 after three years with Communist. And in the 60's, I was a teenager and still living in Vietnam, when and where I had always taken showers with clothes on because if something happened, I could run or if worse I just wanted to be certain that I would die in dignity with clothes on. Therefore if I cannot say that I love peace more than any person then, at least, no less than anybody does, and definitely I have never wanted to fight with our government. How could I? English is not even my first language.

Hence, I'm writing to first let all of you know that this is one of the most difficult letter that I have to write you, who are holding the highest respected offices in the county while I'm a ten-year-unemployed citizen. However, certain limits are simply nonnegotiable because neither any of you, nor I, have the right to negotiate with one another that how many laws we can break or what kinds of frauds government can practice or conduct regardless under whatever names, including the name of Humanity, Health Care or this "Education". And absolutely not when I am the victim of those fraudulent activities, but I have been suffering for too long. In the past ten years while I have been emotionally, psychologically, financially and physically exhausted but still continued to try *everything* to reach each and every of you.

2012 MAR -5  A 10: 40

RECEIVED

---
*  After being repeatedly abused and neglected, at this time I feel hypocritical to starting with "Dear"

No. __11-2646__

## IN THE APPELLATE COURT OF ILLINOIS
### FIRST DISTRICT

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE COUNTY TREASURER AND EX-OFFICIO COUNTY COLLECTOR OF COOK COUNTY, ILLINOIS, FOR JUDGMENT AND ORDER OF SALE AGAINST REAL ESTATE RENDERED DELINQUENT FOR THE NON-PAYMENT OF 2006 TAXES AND PRIOR YEARS,<br><br>PETITION OF WHEELER-DEALER, LTD. FOR TAX DEED, Petitioner-Appellee,<br><br>HOI HUYNH, Respondent-Appellant. | Appeal from the Circuit Court of the First Judicial Circuit<br><br>Cook County, Illinois<br><br>No. 10 CoTD 1923<br><br><br>Honorable Judge Mark J. Ballard Presiding |

### ORDER

This cause coming on before this Court on the Appellee's motion to dismiss, the Court being fully advised and all parties having been duly served with notice;

IT IS HEREBY ORDERED AND DECLARED:

Appellee's motion to dismiss is hereby granted/denied and appellant reinstated.

_____
Justice

_____
Justice

_____
Justice

Prepared by:
David R. Gray, Jr.,
Attorneys for Appellant
120 N. LaSalle Street, Suite 1350
Chicago, Illinois 60602
(312)334-1306

**ORDER ENTERED**

NOV 10 2011

APPELLATE COURT, FIRST DISTRICT