# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $590.00 | 11.00 | $6,490.00 |
| Walker-Bright, Paul R. | Partner. Joined firm in 2008. Member of IL bar since 1994. | $560.00 | .80 | $448.00 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003 | $550.00 | 1.80 | $990.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $490.00 | 6.90 | $3,381.00 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL bar since 2002. | $480.00 | 24.30 | $11,904.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $430.00 | .20 | $86.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $350.00 | 2.70 | $945.00 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $180.00 | 5.30 | $954.00 |
| Todd, Michelle G. | Paralegal. Joined firm in 2008. | $140.00 | 4.70 | $658.00 |
| Somoza, Silvia | Paralegal. Joined firm in 2007. | $140.00 | 3.90 | $546.00 |
| **Grand Total:** | | | 62.10 | $26,402.00 |
| Blended Rate: | | | | $425.15 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $502.99 |

US_ACTIVE-108686316.1-JCFALGOW

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | 14.70 | $5,283.00 |
| Insurance Counseling – 00005 | 33.80 | $16,691.00 |
| Marsh – 00008 | 3.30 | $1,287.00 |
| Fee Applications – 00009 | 10.30 | $3,213.00 |
| **TOTAL:** | **62.10** | **$26,402.00** |

US_ACTIVE-108686316.1-JCFALGOW

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2236706
Invoice Date: February 29, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through January 31, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $5,283.00 | $110.55 | $5,393.55 |
| RE: | Insurance Counseling 503842.00005 | $2,831.00 | $0.00 | $2,831.00 |
| RE: | Marsh 503842.00008 | $1,287.00 | $13.40 | $1,300.40 |
| | **Current Invoice Total:** | **$9,401.00** | **$123.95** | **$9,524.95** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Insurance Counseling 503842.00005 | $13,788.00 | $19.00 | $13,807.00 |
| RE: | Fee Applications 503842.00009 | $3,213.00 | $319.85 | $3,532.85 |
| | **Current Invoice Total:** | **$17,001.00** | **$338.85** | **$17,339.85** |
| | | | **INVOICE TOTAL:** | **$26,864.80** |

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 071000505
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2236706)

## NON-BANKRUPTCY/REORGANIZATION
### RE:     Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/04/12 | SS | Reviewed and updated correspondence file. | 0.50 |
| 01/04/12 | TPL | E-mail exchange with cilent, J. Shugrue regarding timing of appeal, drafting notice of appeal. | 0.40 |
| 01/04/12 | MT | Drafted Notice of Appeal and reviewed court filing procedures and rules regarding same. | 1.30 |
| 01/04/12 | JDS | Analyzed and exchanged emails with client, T. Law regarding appeal of Liquidation Court order regarding LPT claims. | 0.40 |
| 01/05/12 | TPL | Drafted jurisdictional statement for appeal to PA Supreme Court. | 2.50 |
| 01/05/12 | MT | Prepared Notice of Appeal and reviewed court filing procedures and rules regarding same. | 2.10 |
| 01/05/12 | JDS | Analyzed issues related to draft notice of appeal of Liquidation Court's order regarding LPT claims. | 0.60 |
| 01/06/12 | TPL | Revised and finalized notice of appeal and jurisdictional statement. | 2.80 |
| 01/06/12 | MT | Prepared notice of appeal and jurisdictional statement and arranged for filing of same. | 1.30 |
| 01/12/12 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 01/19/12 | JDS | Email to T. Law regarding status and timing of appeal of Liquidation Court decision regarding LPT claims. | 0.10 |
| 01/26/12 | TPL | Prepared e-mail to J. Shugrue regarding Reliance's response to jurisdictional statement and next steps on appeal. | 1.00 |
| 01/26/12 | JDS | Analyzed T. Law emails regarding lack of objection by Reliance to jurisdictional statement, next steps regarding appeal of LPT decision. | 0.30 |
| 01/27/12 | SS | Reviewed and catalogued pleading and correspondence files. | 0.50 |
| 01/30/12 | JDS | Analyzed status, next steps regarding appeal of LPT claim decision. | 0.20 |
| 01/31/12 | TPL | E-mails with J. Shugrue regarding pro hac vice admission of J. Shugrue. | 0.20 |
| 01/31/12 | JDS | Emails with T. Law regarding pro hac vice admission for PA Supreme Court appeal. | 0.20 |

                                    TOTAL FEES:                  $5,283.00

## CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 01/31/2012 | Duplicating/Printing/Scanning | 21.50 |
| 01/31/2012 | Filing Fees | 73.50 |
| 01/31/2012 | Courier Service - Outside | 15.55 |
| | Total Disbursements | 110.55 |
| | Fees & Disbursements | $5,393.55 |

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JDS | J.D. Shugrue | 1.80 | 590.00 | 1,062.00 |
| TPL | T.P. Law | 6.90 | 490.00 | 3,381.00 |
| SS | S. Somoza | 1.30 | 140.00 | 182.00 |
| MT | M. Todd | 4.70 | 140.00 | 658.00 |
| | | 14.70 | | 5,283.00 |

## NON-BANKRUPTCY/REORGANIZATION
### RE:     Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/12/12 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 01/13/12 | PRW | Reviewed liability policies regarding broker recommendation regarding policy endorsement and prepared e-mail to client regarding same. | 0.40 |
| 01/17/12 | LJR | Analyzed insurance summary and policies and emailed J. Shugrue comments with respect to same (.5). | 0.50 |
| 01/18/12 | LJR | Met with cilent, J. Shugrue regarding insurance summary document (.3). | 0.30 |
| 01/18/12 | JDS | Met with client, L. Raines regarding summary of insurance coverages for Board (.3); analyzed and revised same (.5). | 0.80 |
| 01/19/12 | AJM | Reviewed draft report discussing insurance coverage, claims and payments (.3); reviewed correspondence from carriers and defense counsel regarding insurance payments (.3); reviewed insurance settlement agreements (.2); prepared proposed revisions to draft report for board (.3). | 1.10 |
| 01/20/12 | AJM | Emails with J. Shugrue regarding insurance summary report. | 0.20 |
| 01/20/12 | JDS | Analyzed and revised draft report to Board regarding insurance coverages, including emails with client and A. Moss regarding same. | 0.50 |
| 01/23/12 | JDS | Telephone conference with bankruptcy counsel regarding insurance coverage issues involving DOL matter (.2). | 0.20 |
| 01/24/12 | SS | Reviewed and catalogued case correspondence (.4). | 0.40 |
| 01/30/12 | AJM | Reviewed email from D. Davidson (GreatBanc counsel) regarding approval order of Neil settlement (.1); reviewed draft timeline of settlement payments (.2); communications with J. Shugrue regarding same (.1). | 0.40 |
| 01/30/12 | JDS | Emails with A. Moss regarding Neil settlement (.1); analyzed emails from GreatBanc counsel regarding same (.1). | 0.20 |
| 01/31/12 | AJM | Reviewed email from D. Davidson (GreatBanc counsel) regarding final approval order of Neil settlement and timeline of settlement payments. | 0.10 |
| 01/31/12 | JDS | Analyzed email from GreatBanc counsel regarding Neil settlement issues. | 0.20 |

|  | TOTAL FEES: | **$2,831.00** |
|---|---|---|

Fees & Disbursements    $2,831.00

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID  | Names            | Hours | Rate   | Amount   |
|-----|------------------|-------|--------|----------|
| JDS | J.D. Shugrue     | 1.90  | 590.00 | 1,121.00 |
| AJM | A.J. Moss        | 1.80  | 550.00 | 990.00   |
| PRW | P.R. Walker-Bright | 0.40 | 560.00 | 224.00   |
| LJR | L.J. Raines      | 0.80  | 480.00 | 384.00   |
| SS  | S. Somoza        | 0.80  | 140.00 | 112.00   |
|     |                  | 5.70  |        | 2,831.00 |

## NON-BANKRUPTCY/REORGANIZATION
### RE: Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/04/12 | PRW | Email to Marsh counsel regarding appeal in Reliance matter (.2); emails with J. Shugrue regarding same (.2). | 0.40 |
| 01/04/12 | JDS | Emails with P. Walker-Bright directing follow up with Marsh regarding appeal of Reliance LPT claim decision. | 0.20 |
| 01/19/12 | DR | Corresponded with Marsh's counsel regarding issues related to recent claim payment reimbursement request. | 0.40 |
| 01/20/12 | DR | Reviewed recent Tribune reimbursement request and corresponded with client and Marsh's counsel regarding same. | 1.80 |
| 01/24/12 | DR | Corresponded with client and Marsh's counsel regarding discrepancy involving recently submitted reimbursement request. | 0.50 |

　　　　　　　　　　　　　TOTAL FEES:　　　　　　　　$1,287.00

### CURRENT DISBURSEMENTS

| 01/31/2012 | Courier Service - Outside | | 13.40 |
|---|---|---|---|
| | | Total Disbursements | 13.40 |
| | | Fees & Disbursements | $1,300.40 |

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Marsh

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.20 | 590.00 | 118.00 |
| PRW | P.R. Walker-Bright | 0.40 | 560.00 | 224.00 |
| DR | D. Rosenfield | 2.70 | 350.00 | 945.00 |
| | | 3.30 | | 1,287.00 |

## BANKRUPTCY/REORGANIZATION
### RE: Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/04/12 | SS | Reviewed and updated case file. | 0.30 |
| 01/09/12 | LL | Emails with J. Shugrue regarding 12th Interim Application. | 0.10 |
| 01/09/12 | SS | Reviewed and catalogued case file. | 0.20 |
| 01/09/12 | JDS | Analyzed and exchanged emails with L. Lankford regarding upcoming 12th Interim Fee Application filing. | 0.10 |
| 01/11/12 | LL | Drafted RS's 12th Interim Fee Applications and exchanged emails with J. Shugrue regarding same (1.2). | 1.20 |
| 01/11/12 | JDS | Analyzed draft of 12th Quarterly Fee Application and exchanged emails with L. Lankford regarding same (.2); analyzed Fee Examiner's preliminary audit report on 8th Quarterly Fee Application (.3). | 0.50 |
| 01/12/12 | LL | Reviewed and revised RS's Interim Fee Application. | 1.50 |
| 01/12/12 | JCF | Reviewed and revised quarterly fee application. | 0.20 |
| 01/12/12 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 01/12/12 | JDS | Prepared response to Fee Auditor's Preliminary Report regarding 8th Interim Fee Application. | 0.50 |
| 01/13/12 | LL | Finalized Interim Fee Application. | 0.80 |
| 01/17/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 01/19/12 | LL | Drafted RS's 35th Monthly Fee Application (.8); prepared additions to RS's Final Fee Spreadsheet (.5). | 1.30 |
| 01/23/12 | LL | E-mail correspondence with J. Shugrue regarding RS's 35th Monthly Fee Application. | 0.40 |
| 01/23/12 | JDS | Exchanged emails with L. Raines, L. Lankford regarding preparation of 35th Monthly Fee Application. | 0.20 |
| 01/30/12 | JDS | Prepared narrative text for 35th Monthly Fee Application (.4); exchanged emails with Fee Auditor regarding issues concerning 8th Interim Fee Application (.2). | 0.60 |
| 01/31/12 | LJR | Analyzed and assisted in drafting of monthly fee application. | 1.90 |

TOTAL FEES:                                                  $3,213.00

### CURRENT DISBURSEMENTS

01/31/2012  PACER                                                                           7.20

| 01/31/2012 | Duplicating - Outside | | 312.65 |
|---|---|---|---|
| | | Total Disbursements | 319.85 |
| | | Fees & Disbursements | $3,532.85 |

## BANKRUPTCY/REORGANIZATION
### Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.90 | 590.00 | 1,121.00 |
| JCF | J.C. Falgowski | 0.20 | 430.00 | 86.00 |
| LJR | L.J. Raines | 1.90 | 480.00 | 912.00 |
| SS | S. Somoza | 1.00 | 140.00 | 140.00 |
| LL | L. Lankford | 5.30 | 180.00 | 954.00 |
| | | 10.30 | | 3,213.00 |

## BANKRUPTCY/REORGANIZATION
**RE:  Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/03/12 | JDS | Analyzed and exchanged emails with bankruptcy counsel regarding insurance issues involving third-party claim. | 0.50 |
| 01/10/12 | LJR | Analyzed and compiled coverage correspondence and notice correspondence related to pending litigation in connection with defense counsel request (1.1); met with J. Shugrue regarding same (.4); reviewed correspondence and notes regarding insurance status (.4); conferred with J. Shugrue regarding same (.3). | 2.20 |
| 01/10/12 | JDS | Conferred with L. Raines regarding status of insurance claims and issues and follow up with client regarding same (.3); conferred with L. Raines regarding providing claim materials to individual insured counsel (.4). | 0.70 |
| 01/11/12 | LJR | Communications with Tribune team regarding meeting to discuss insurance status. | 0.20 |
| 01/12/12 | LJR | Communications with client regarding meeting to discuss insurance status (.2); communications with client regarding defense counsel request for notice correspondence (.2). | 0.40 |
| 01/12/12 | JDS | Analyzed and exchanged emails with client, L. Raines regarding meeting on insurance status/issues (.2); analyzed and exchanged emails with client, L. Raines regarding individual insured counsel request for insurance claim documents (.2). | 0.40 |
| 01/16/12 | LJR | Communications with defense counsel regarding status with insurer (.2); communications with Tribune team regarding defense counsel request for correspondence (.1); analyzed prior correspondence and materials in preparation for meeting with Tribune to discuss insurance status (1.1). | 1.40 |
| 01/17/12 | LJR | Communications with Tribune team regarding meeting to discuss insurance status (.2); reviewed and analyzed prior insurance claim correspondence and materials in preparation for meeting (1.5); met with J. Shugrue regarding same (.2). | 1.90 |
| 01/17/12 | JDS | Conferred with L. Raines regarding preparation for meeting with client team regarding Preference Action insurance issues. | 0.20 |
| 01/18/12 | LJR | Reviewed insurance-related materials and compiled same in preparation for meeting with Tribune team to discuss insurance status (.7); meeting with Tribune team, J. Shugrue to discuss insurance status (2.0); reviewed notes and materials regarding follow up resulting from meeting (.3). | 3.00 |
| 01/18/12 | JDS | Prepared for and participated in meeting with client, bankruptcy counsel and L. Raines regarding pending coverage issues involving Preference Actions (2.0). | 2.00 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/23/12 | LJR | Reviewed additional notice correspondence received from client (.5); emailed notice correspondence to counsel for individual insured (.3). | 0.80 |
| 01/23/12 | JDS | Telephone conference with client regarding questions regarding liability insurance coverage (.4); email to L. Raines regarding consideration of same (.1). | 0.50 |
| 01/24/12 | LJR | Analyzed defense costs information received from client. | 0.60 |
| 01/24/12 | LJR | Reviewed notes from client meeting and prior communications and defense costs information and began revising letter to carrier on Preference Actions (1.2); reviewed information related to insurance claim matter and defense cost information related to same (.9). | 2.10 |
| 01/24/12 | SS | Reviewed and compiled case correspondence from L. Raines (.2); integrated into correspondence file (.6). | 0.80 |
| 01/25/12 | LJR | Reviewed and analyzed insurance policies and researched Illinois case law in connection with client inquiry (2.2); began drafting response to same (.6). | 2.80 |
| 01/26/12 | LJR | Reviewed and analyzed insurance policies and researched Illinois law in connection with client inquiry (2.3); drafted response to client inquiries and emailed same to J. Shugrue (.7). | 3.40 |
| 01/27/12 | JDS | Telephone conference with Bankruptcy counsel regarding insurance coverage issues involving third-party claims (.2); analyzed questions regarding liability insurance policy coverage and L. Raines evaluation of same, and prepared email to client regarding same (.5). | 0.70 |
| 01/30/12 | JDS | Emails with client regarding pending insurance claim matter (.2). | 0.20 |
| 01/31/12 | LJR | Reviewed and analyzed defense costs information in connection with pending matters (1.7); drafted follow up letter to carrier regarding payment of defense costs (.8); reviewed notes from meeting with client with respect to additional follow up (.3); reviewed correspondence regarding pending fraudulent conveyance lawsuits (.5). | 3.30 |

TOTAL FEES:     <u>$13,788.00</u>

## CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 01/31/2012 | Taxi Expense | 19.00 |
| | Total Disbursements | 19.00 |
| | Fees & Disbursements | $13,807.00 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JDS | J.D. Shugrue | 5.20 | 590.00 | 3,068.00 |
| LJR | L.J. Raines | 22.10 | 480.00 | 10,608.00 |
| SS | S. Somoza | 0.80 | 140.00 | 112.00 |
| | | 28.1 | | 13,788.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2236706
Invoice Date: February 29, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through January 31, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Reliance/Times Mirror 503842.00004 | $5,283.00 | $110.55 | $5,393.55 |
| RE: Insurance Counseling 503842.00005 | $2,831.00 | $0.00 | $2,831.00 |
| RE: Marsh 503842.00008 | $1,287.00 | $13.40 | $1,300.40 |
| **Current Invoice Total:** | **$9,401.00** | **$123.95** | **$9,524.95** |

| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Insurance Counseling 503842.00005 | $13,788.00 | $19.00 | $13,807.00 |
| RE: Fee Applications 503842.00009 | $3,213.00 | $319.85 | $3,532.85 |
| **Current Invoice Total:** | **$17,001.00** | **$338.85** | **$17,339.85** |

**INVOICE TOTAL:**   $26,864.80

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 071000505
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2236706)