# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Outside Duplicating | IKON/DLS | $312.65 |
| Printing, Duplicating, Scanning | | $21.50 |
| Filing Fees | | $73.50 |
| PACER | | $7.20 |
| Taxi | | $19.00 |
| Courier | Parcels/DLS | $28.95 |
| **TOTAL:** | | **$462.80** |

US_ACTIVE-108686316.1-JCFALGOW

**EXPENSE SUMMARY**

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Outside Duplicating | IKON/DLS | | | | $312.65 | | $312.65 |
| Printing/Duplicating & Scanning | | $21.50 | | | | | $21.50 |
| Filing Fees | | $73.50 | | | | | $73.50 |
| PACER | | | | | $7.20 | | $7.20 |
| Taxi | | | $19.00 | | | | $19.00 |
| Courier | Parcels/DLS | $15.55 | | $13.40 | | | $28.95 |
| TOTAL: | | $110.55 | $19.00 | $13.40 | $358.30 | $0.00 | $462.80 |

**CURRENT DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 01/31/2012 | Duplicating/Printing/Scanning | 21.50 |
| 01/31/2012 | Filing Fees | 73.50 |
| 01/31/2012 | Courier Service - Outside | 15.55 |
| | Total Disbursements | 110.55 |
| | Fees & Disbursements | $5,393.55 |

**NON-BANKRUPTCY/REORGANIZATION**
Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.80 | 590.00 | 1,062.00 |
| TPL | T.P. Law | 6.90 | 490.00 | 3,381.00 |
| SS | S. Somoza | 1.30 | 140.00 | 182.00 |
| MT | M. Todd | 4.70 | 140.00 | 658.00 |
| | | 14.70 | | 5,283.00 |

February 29, 2012
RE: Marsh
(503842.00008)

Case 08-13141-BLS    Doc 11185-4    Filed 03/20/12    Page 5 of 8

Invoice 2236706
Page 6

**NON-BANKRUPTCY/REORGANIZATION**
**RE:   Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/04/12 | PRW | Email to Marsh counsel regarding appeal in Reliance matter (.2); emails with J. Shugrue regarding same (.2). | 0.40 |
| 01/04/12 | JDS | Emails with P. Walker-Bright directing follow up with Marsh regarding appeal of Reliance LPT claim decision. | 0.20 |
| 01/19/12 | DR | Corresponded with Marsh's counsel regarding issues related to recent claim payment reimbursement request. | 0.40 |
| 01/20/12 | DR | Reviewed recent Tribune reimbursement request and corresponded with client and Marsh's counsel regarding same. | 1.80 |
| 01/24/12 | DR | Corresponded with client and Marsh's counsel regarding discrepancy involving recently submitted reimbursement request. | 0.50 |

TOTAL FEES:        $1,287.00

**CURRENT DISBURSEMENTS**

| 01/31/2012 | Courier Service - Outside | 13.40 |
|---|---|---|
| | Total Disbursements | 13.40 |
| | Fees & Disbursements | $1,300.40 |

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.20 | 590.00 | 118.00 |
| PRW | P.R. Walker-Bright | 0.40 | 560.00 | 224.00 |
| DR | D. Rosenfield | 2.70 | 350.00 | 945.00 |
| | | 3.30 | | 1,287.00 |

## BANKRUPTCY/REORGANIZATION
### RE:  Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/04/12 | SS | Reviewed and updated case file. | 0.30 |
| 01/09/12 | LL | Emails with J. Shugrue regarding 12th Interim Application. | 0.10 |
| 01/09/12 | SS | Reviewed and catalogued case file. | 0.20 |
| 01/09/12 | JDS | Analyzed and exchanged emails with L. Lankford regarding upcoming 12th Interim Fee Application filing. | 0.10 |
| 01/11/12 | LL | Drafted RS's 12th Interim Fee Applications and exchanged emails with J. Shugrue regarding same (1.2). | 1.20 |
| 01/11/12 | JDS | Analyzed draft of 12th Quarterly Fee Application and exchanged emails with L. Lankford regarding same (.2); analyzed Fee Examiner's preliminary audit report on 8th Quarterly Fee Application (.3). | 0.50 |
| 01/12/12 | LL | Reviewed and revised RS's Interim Fee Application. | 1.50 |
| 01/12/12 | JCF | Reviewed and revised quarterly fee application. | 0.20 |
| 01/12/12 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 01/12/12 | JDS | Prepared response to Fee Auditor's Preliminary Report regarding 8th Interim Fee Application. | 0.50 |
| 01/13/12 | LL | Finalized Interim Fee Application. | 0.80 |
| 01/17/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 01/19/12 | LL | Drafted RS's 35th Monthly Fee Application (.8); prepared additions to RS's Final Fee Spreadsheet (.5). | 1.30 |
| 01/23/12 | LL | E-mail correspondence with J. Shugrue regarding RS's 35th Monthly Fee Application. | 0.40 |
| 01/23/12 | JDS | Exchanged emails with L. Raines, L. Lankford regarding preparation of 35th Monthly Fee Application. | 0.20 |
| 01/30/12 | JDS | Prepared narrative text for 35th Monthly Fee Application (.4); exchanged emails with Fee Auditor regarding issues concerning 8th Interim Fee Application (.2). | 0.60 |
| 01/31/12 | LJR | Analyzed and assisted in drafting of monthly fee application. | 1.90 |

|  |  | TOTAL FEES: | $3,213.00 |
|---|---|---|---|

### CURRENT DISBURSEMENTS

| 01/31/2012 | PACER | | 7.20 |
|---|---|---|---|

| 01/31/2012 | Duplicating - Outside | | | 312.65 |
|---|---|---|---|---|
| | | | Total Disbursements | 319.85 |
| | | | Fees & Disbursements | $3,532.85 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.90 | 590.00 | 1,121.00 |
| JCF | J.C. Falgowski | 0.20 | 430.00 | 86.00 |
| LJR | L.J. Raines | 1.90 | 480.00 | 912.00 |
| SS | S. Somoza | 1.00 | 140.00 | 140.00 |
| LL | L. Lankford | 5.30 | 180.00 | 954.00 |
| | | 10.30 | | 3,213.00 |

## CURRENT DISBURSEMENTS

01/31/2012  Taxi Expense                                                        19.00

                                                   Total Disbursements          19.00

                                                   Fees & Disbursements    $13,807.00

**BANKRUPTCY/REORGANIZATION**
Fee Summary: Insurance Counseling

| ID  | Names        | Hours | Rate   | Amount    |
|-----|--------------|-------|--------|-----------|
| JDS | J.D. Shugrue | 5.20  | 590.00 | 3,068.00  |
| LJR | L.J. Raines  | 22.10 | 480.00 | 10,608.00 |
| SS  | S. Somoza    | 0.80  | 140.00 | 112.00    |
|     |              | 28.1  |        | 13,788.00 |