GORLICK, KRAVITZ & LISTHAUS, P.C.
Barbara S. Mehlsack (BM1390)
17 State Street, 4th Floor
New York, New York 10004-1501
(212) 269-2500
bmehlsack@gkllaw.com

*Attorneys for Laborers National Pension Fund*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Tribune Company, *et al.,* | : | 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Gorlick, Kravitz & Listhaus, P.C. hereby appears in the above-captioned bankruptcy case as counsel of record for Laborers National Pension Fund ("LNPF"). Pursuant to Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Gorlick, Kravitz & Listhaus, P.C. requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the above-captioned proceeding be given and served upon the following person at the address set forth below:

Barbara S. Mehlsack, Esq.
bmehlsack@gkllaw.com
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor,
New York, New York  10004
Tel: (212) 269-2500
Fax: (212) 269-2540

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the above-captioned proceeding whether such notice

formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise which affects the alleged Debtor or the property of the alleged Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Documents nor any subsequent appearance, pleading, claim or suit shall constitute a waiver of LNPF's substantive or procedural rights, including, without limitation:

1. the right to have any and all final orders in any and all non-core matters entered only after *do novo* review by a united States District Judge;

2. the right to trial by jury in any proceeding as to any and all matters so triable, whether or not such matters are designated as legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the § 157(b)(2), and whether such jury trial right is pursuant to statue or the United States Constitution;

3. the right to seek abstention or remand of any matter or proceeding subject to mandatory or discretionary abstention or remand and to have the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal;

4. the rights, remedies and claims against other entities; or

5. any other rights, claims, actions, defenses, setoffs or recoupments to which LNPF is or may be entitled under any agreements or at law or in equity under the United States Constitution.

2

All of the above rights are expressly reserved and preserved by the LNPF without exception.

Dated: March 20, 2012
      New York, New York

                                  GORLICK, KRAVITZ
                                  & LISTHAUS, P.C.

By:                      

                                  Barbara S. Mehlsack (BM1390)
                                  17 State Street, 4th Floor
                                  New York, New York 10004-1501
                                  (212) 269-2500
                                  bmehlsack@gkllaw.com

                                  *Attorneys for Laborers National Pension Fund*