United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Tribune Media Services Inc |
| Creditor Name and Address: | 2501 S. State Highway 121 Bus, Lewisville TX. 75067-4394 |
| Court Claim Number (if known): | |
| Date Claim Filed: | 7/28/11 |
| Total Amount of Claim Filed: | 8510.79 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 3/15/12

*[signature: Debbie Anziano]*

Print Name: Debbie Anziano

Title (if applicable): TCAI

---

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information Identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

> This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

STATE OF NEW YORK
DEPARTMENT OF LABOR
Unemployment Insurance Division
Governor W. Averell Harriman State Office Building Campus
Building 12, Room 256
Albany, New York 12240

DATED: 07/28/11
AMENDED
ARRANGEMENT #08-13236
EMPLOYER REG. NO.: 73-71980 8

126938 010001

**LIQUIDATED ADMINISTRATIVE EXPENSE
CLAIM FOR UNEMPLOYMENT INSURANCE**

CLERK OF THE COURT
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET ST.
WILMINGTON, DE. 19801-0000

IN THE MATTER OF:
TRIBUNE MEDIA SERVICES INC

Debbie Anziano is an agent of the New York State Department of Labor, Unemployment Insurance Division, and is authorized to make this claim on behalf of the Commissioner of Labor of the State of New York pursuant to Article 18 of the Labor Law of the State of New York.

The debtor is liable to the New York State Department of Labor in the sum of $8,510.79 representing unpaid unemployment insurance taxes.

| PERIOD FROM/TO | A/E | Contributions | Section 581D Assessment | Accrued Interest | Posted Interest | Penalty |
|---|---|---|---|---|---|---|
| 10/01/09-09/30/10 | A | | $8,510.79 | | | |
| | | Total: | $8,510.79 | | | |

A - Actual Returns Filed    E - Estimated, no return filed

**Amended Administration Expense Claim supersedes all our Administration Expense Claims heretofore filed herein.**
No part of this debt has been paid. There are no set-offs or counterclaims.

All contributions set forth in the Administrative Expense Claim arose subsequent to the date of petition to wit 12/08/08

All checks in satisfaction of this claim should be made payable to NYS Unemployment Insurance and forwarded to the NYS Department of Labor, Insolvency Unit, at the address indicated above.

Commissioner of Labor

By: Debbie Anziano
Tax Compliance Agent 2
Unemployment Insurance Division

Indicate Acknowledgement Date

Claim Number Assigned _____

Telephone (518) 457-1738          debbie.anziano@labor.state.ny.us          Fax (518) 457-3256
IA37.1AEC (9-01)