# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re

TRIBUNE COMPANY, et al.

                Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **NOTICE IS HEREBY GIVEN** that **Buchalter Nemer**, A Professional Corporation (the "Firm") has moved to:

        **55 Second Street, 17th Floor**
        **San Francisco, California 94105-3493**

    The Firm's phone and fax numbers, and its email addresses remain unchanged.

                BUCHALTER NEMER,
                A Professional Corporation

Dated: March 21, 2012        By: /s/ Shawn M. Christianson
                Shawn M. Christianson, Esq.
                55 2nd Street, 17th Floor
                San Francisco, CA 94105
                Telephone: (415) 227-0900
                Facsimile:  (415) 227-0770

                Attorneys for Creditors, Oracle America, Inc.
                and Oracle Credit Corporation