# HERRICK

NEW YORK
NEWARK
PRINCETON

JOHN M. AUGUST
Direct Tel:   973.274.2529
Direct Fax:  973.274.6402

Email: jaugust@herrick.com

March 21, 2012

<u>VIA ELECTRONIC FILING</u>

United States Bankruptcy Court
District of Delaware
824 N. Market Street
Wilmington, DE 19801

      Re:   In re Tribune Company
              Case No.: 08-13141 (KJC)

Dear Sir/Madam:

      This office represents Canon, U.S.A., Inc. in the above-captioned matter. This letter is to request a withdrawal of appearance.

                                       Respectfully submitted,

                                       John M. August

JA/jc

cc:   Paul Rubin, Esq.