TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                      Date: 03/07/2012
Numerical Claims Register for The Tribune Company (08-13142)

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 137<br>Claim Date: 12/29/2008<br>Debtor: 435 PRODUCTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
| UNSECURED            Claimed: | $0.00   UNLIQ |
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 3557<br>Claim Date: 06/05/2009<br>Debtor: 435 PRODUCTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
| PRIORITY             Claimed:<br>UNSECURED            Claimed: | $79.01   UNLIQ<br>$7.00   UNLIQ |
| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3970<br>Claim Date: 06/09/2009<br>Debtor: 435 PRODUCTION COMPANY |
| PRIORITY             Claimed: | $100,000.00   UNLIQ |
| DIRECTORS GUILD OF AMERICA, INC.<br>C/O JOSEPH KOHANSKI/ DAVID E AHDOOT<br>BUSH GOTTLIEB SINGER LOPEZ ET AL<br>500 N. CENTRAL AVE., STE. 800<br>GLENDALE, CA 91203 | Claim Number: 4767<br>Claim Date: 06/11/2009<br>Debtor: 435 PRODUCTION COMPANY |
| ADMINISTRATIVE       Claimed:<br>UNSECURED            Claimed: | $0.00   UNLIQ<br>$0.00   UNLIQ |
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5219<br>Claim Date: 06/12/2009<br>Debtor: 435 PRODUCTION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
| UNSECURED            Claimed: | $1,182,144.41 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                                                              Date: 03/07/2012
Numerical Claims Register for The Tribune Company (08-13142)

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | | Claim Number: 5456<br>Claim Date: 06/12/2009<br>Debtor: 435 PRODUCTION COMPANY<br>Comments:<br>Amends claim number 137 |
| UNSECURED | Claimed: | $29,494,266.00 |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5585<br>Claim Date: 06/12/2009<br>Debtor: 435 PRODUCTION COMPANY |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $108,594.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 6588<br>Claim Date: 07/12/2010<br>Debtor: 435 PRODUCTION COMPANY |
| PRIORITY | Claimed: | $10,529.31   UNLIQ |
| UNSECURED | Claimed: | $1,500.00   UNLIQ |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 6727<br>Claim Date: 03/04/2011<br>Debtor: 435 PRODUCTION COMPANY<br>Comments:<br>Amends claim 3557 |
| PRIORITY | Claimed: | $5.92 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                                       Date: 03/07/2012
Numerical Claims Register for The Tribune Company (08-13142)

| | |
|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6819<br>Claim Date: 09/26/2011<br>Debtor: 435 PRODUCTION COMPANY |
| ADMINISTRATIVE        Claimed: | $275.04 |

## Summary Page

Total Number of Filed Claims: 15

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | ****************** | $0.00 |
| Priority: | ****************** | $0.00 |
| Secured: | ****************** | $0.00 |
| Unsecured: | ****************** | $0.00 |
| Total: | ****************** | $0.00 |