UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION
    Official Committee of Unsecured Creditors of Tribune    )
        Company, et al. v. FitzSimmons, et al.,    )
        D. Delaware, Bky. Advy. No. 1:10-54010    )    MDL No. 2296

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
## AND VACATING THE MARCH 29, 2012, HEARING SESSION ORDER

    A conditional transfer order was filed in this action (*Tribune*) on December 28, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Tribune* filed a notice of opposition to the proposed transfer. Later, plaintiff in *Tribune* filed a motion and brief to vacate the conditional transfer order. Plaintiff now wishes to withdraw its opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on December 28, 2011, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable William H. Pauley III.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2012, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY _____
Deputy Clerk