# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** March 22, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Daniel B. Rath | Landis Rath + Cobb | The Committee |
| Daniel LeMay | Chadbourne + Parke | " " |
| Marc Roitman | " " | " " |
| James Sottile | Zuckerman Spaeder | Joann Porter |
| Patricia Bender | Attorney | Joann Porter |
| Ken Kansa | Sidley Austin LLP | Tribune Company, et al. |
| Kevin Lantry | " | " |
| James Bendernagel | " | " |
| Jillian Ludwig | " | " |
| Doreen Gordon | Akin Gump | Aurelius Capital |
| Elliot Moskowitz | Davis Polk | JP Morgan |
| Eli Vonnegut | " " | " |
| Drew Sloan | Richards Layton | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** March 22, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | Tribune |
| James Bendernagel | Sidley | " |
| Kevin Lantry | " | " |
| Ken Kansa | " | " |
| Marc Phillips | Connolly Bove Lodge & Hutz | FitzSimons and various officers & directors |
| Thomas Horan | Womble Carlyle | 1) Pearson Financial 2) GreatBanc |
| Laurie Selber Silverstein | Potter Anderson & Corroon | Merrill Lynch |
| R. Stephen McNeill | " | " |
| Katharine Mayer | McCarter & English | DBTCA |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Blake Cleary | Young Conaway | Oaktree/Angelo Gordon Credit Ag Lenders |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 03/22/2012
Calendar Time: 02:30 PM ET

Amended Calendar 03/22/2012 10:25 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4810666 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4836737 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4832026 | Kimberly Bacher | 312-541-0151 | Shaw Gussis Fishman Glantz Wolfson | Interested Party, Crane Kenny / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4838904 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4834918 | Bruce Bennett | 213-621-6021 | Dewey & LeBoeuf LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4840558 | Eric Bilmes | 212-588-5115 | HBK Capital Management | Interested Party, Eric Bilmes / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4836902 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4837806 | David Bralow | (312) 853-7163 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4836751 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4840674 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4828141 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4836764 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4820582 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4836367 | Anthony Conte | (631) 949-1660 | Anthony Conte - In Pro Per/Pro Se | Creditor, Anthony Conte / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4836666 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Peggy Drasal                                                                CourtConfCal2009                                                Page 3 of 6

| Tribune Company | 08-13141 | Hearing | 4835827 | Ephraim Diamond | (646) 282-5841 | DK Partners | | Creditor, Davidson Kempner / LISTEN ONLY |
|---|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4713193 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | | Third Party, Defendants(Former Directors and Officers) / LIVE |
| Tribune Company | 08-13141 | Hearing | 4840564 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4840652 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4836996 | Dave Eldersveld | 312-222-4707 | Tribune Company | | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4836406 | Brad Erens | 312-269-4050 | Jones Day | | Interested Party, Special Committee of the Board of Directors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4841098 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4714460 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4833434 | Matthew Frank | (312) 371-9955 | Alvarez & Marsal LLC. | | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4833469 | Daniel H. Golden | (212) 872-8010 | Akin Gump Strauss Hauer & Feld | | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4836761 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4768069 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4836839 | Scott Greissman | (212) 819-8567 | White & Case | | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4836460 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4714481 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4835641 | Andrea F. Hernandez | (212) 373-3000 | Paul Weiss Rifkind Wharton & | | Creditor, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4834922 | James O. Johnston | 213-621-6030 | Dewey & LeBoeuf LLP | | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4828123 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4836657 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4840551 | Tibita P. Kaneene | (212) 500-1383 | DebtWire | | Interested Party, Tibita P. Kaneene / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4835043 | Michael J. Kelly | (212) 554-1760 | Monarch Alternative Capital LP | | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4837757 | Sheron Korpus | 212-506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4840608 | Stuart Kovensky | 201-541-2121 | Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4836920 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4836913 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4836671 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4836935 | Angela Libby | (212) 450-4433 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4836983 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4836928 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4837796 | Michelle Maman | (212) 504-6000 | Cadwalader Wickersham & Taft | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4840532 | Olivia Mauro | (212) 412-6773 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4836686 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4834924 | Joshua M. Mester | 213-621-6016 | Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4836103 | Paul Mignano | (212) 836-8525 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4836970 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4836958 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4836975 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4720837 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4837877 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4838724 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4768086 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel LLP | Interested Party, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4836088 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4831189 | Natascha B. Riesco | (312) 460-5515 | Seyfarth Shaw LLP | Interested Party, Seyfarth Shaw LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4836678 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Tribune Company | 08-13141 | Hearing | 4836940 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4836949 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4838421 | Marc Schwartz | (212) 209-3122 | Taconic Capital | Interested Party, Taconic Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4836660 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4828166 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4837880 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4836590 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4837791 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4836741 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4837794 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4835692 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4840612 | Diane Streany | (646) 282-2546 | Epiq Systems | Interested Party, Diane Streany / LIVE |
| Tribune Company | 08-13141 | Hearing | 4837748 | Andrew Teno | (305) 704-5786 | Fir Tree | Interested Party, Fir Tree / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4709668 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI - TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4837004 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4832270 | Menachem O. Zelmanovitz | (212) 309-6000 | Morgan Lewis & Bockius LLP | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4833455 | David M. Zensky | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4834880 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |