# EXHIBIT B

# Duplicate Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 52: EXHIBIT B - DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | PROMPT GRAPHICS CO 218 N JEFFERSON LL NO. 2 CHICAGO, IL 60661-1121 | 12/08/2011 | 08-13252 | 7090 | $315.00 | PROMPT GRAPHICS CO 218 N JEFFERSON LL NO.2 CHICAGO, IL 60661-1121 | 05/26/2009 | 08-13252 | 3124 | $315.00 |
| | | | | TOTAL | $315.00 | | | | | |