# EXHIBIT D

## Modified Debtor Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 52: EXHIBIT D – MODIFIED DEBTOR CLAIMS

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6054 | CORNER LLC C/O PENELOPE PARMES RUTAN & TUCKER LLP 611 ANTON BLVD., 14TH FLOOR COSTA MESA, CA 92626 | 07/10/2009 | $25,480.00 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $25,480.00 |
| 2 | 6789 | FEDEX TECHCONNECT AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE RECOVERY/BANKRUPTCY 3965 AIRWAYS BLVD., MODULE G, 3RD FLOOR MEMPHIS, TN 38115 | 07/14/2011 | $3,231.12 | 08-13223 | Tribune Broadcasting Company | 08-13223 08-13241 08-13242 08-13252 | Tribune Broadcasting Company Tribune Television Company Tribune Television Holdings, Inc. WGN Continental Broadcasting Company Total | $279.28 $2,573.11 $365.20 $13.53 $3,231.12 |
| 3 | 6010 | GATEWAY PACIFIC PROPERTIES, INC. C/O RONALD K BROWN, JR. LAW OFFICES OF RONALD K BROWN, JR. 901 DOVE STREET, SUITE 120 NEWPORT BEACH, CA 92660 | 07/01/2009 | $171,906.50 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $171,906.50 |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 52: EXHIBIT D – MODIFIED DEBTOR CLAIMS

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 5834 | JCPENNEY CORPORATION, INC. C/O ANGIE JENSEN, MS 1122 LEGAL DEPT 6501 LEGACY DRIVE PLANO, TX 75024 | 06/12/2009 | $33,583.32 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $33,583.32 |
| 5 | 2261 | NORTH DALLAS BANK & TRUST CO. ATTN: KELLY L. GREEN 12900 PRESTON RD. DALLAS, TX 75230 | 04/28/2009 | $41,457.84 | 08-13141 | Tribune Company | 08-13235 | Tribune Media Net, Inc. | $41,457.84 |
| 6 | 6062 | SPRECK CORP., A CALIFORNIA CORPORATION SPRECKELS BUILDING 121 BROADWAY, SUITE 600 SAN DIEGO, CA 92101 | 07/13/2009 | $4,475.66 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $4,475.66 |