# EXHIBIT E

## Insufficient Documentation Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 52: EXHIBIT E - INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ONG, BERNARD<br>1147 HUNTER ST<br>LOMBARD, IL 60148-4821 | 08-13252 | WGN Continental Broadcasting Company | 05/22/2009 | 3078 | $2,080.00 | No supporting documentation is attached, and no basis for any claim is asserted. The Debtors' books and records do not reflect any basis for the claim. |
| | | | | | TOTAL | $2,080.00 | |