# EXHIBIT 1

## Tribune Thirtieth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Neal & Leroy, LLC<br>203 North LaSalle Street, Suite 2300<br>Chicago, IL 60601 | Zoning and Land Use | $48,000.00 |