### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Hearing Dates:  May 16-17, 2012**<br>**Related to D.I. 11096** |

## DCL PLAN PROPONENTS' DISCLOSURE
## OF IDENTITIES OF EXPERT WITNESSES

Pursuant to ¶ 14 of the Supplemental Scheduling Order Relating to Discovery and the

Submission of Evidence in Connection with Plan Confirmation (the "Supplemental Scheduling

Order") [D.I. 11096], the Debtors, the Official Committee of Unsecured Creditors, Oaktree

Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the

"DCL Plan Proponents"), by and through their undersigned counsel, hereby identify the

following expert witnesses that they may use to present evidence in their case-in-chief under

---

[1] Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com Corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Federal Rules of Evidence 702, 703 or 705, and set forth the topics that each such expert is expected to address at the Confirmation Hearing.

## INTRODUCTION

On October 31, 2011, this Court denied confirmation of the competing plans but found that the Settlement forming the basis of the Second Amended DCL Plan[2] was "achieved as a result of arms-length, good faith negotiations" and was "fair, reasonable, and in the best interest of the Debtors' estates." Confirmation Opinion [D.I. 10133] at 35-39, 79. The Court also determined, among other things, that the total distributable value of the Debtors was $7.019 billion, that the Second Amended DCL Plan was feasible, and that, "assuming that both sets of plan proponents addressed only the flaws in their respective plans and both returned confirmable plans containing terms otherwise similar to those presently proposed, with similar voting results, the [Second Amended DCL] Plan would survive the crucible of § 1129(c)" of the Bankruptcy Code. Id. at 21, 125. However, the Court identified certain discrete components of the Second Amended DCL Plan that would need to be revised in order to achieve confirmation.

To address the deficiencies identified by the Court, on November 18, 2011, the DCL Plan Proponents filed the Third Amended DCL Plan. [D.I. 10273] (as amended on February 20, 2012 [D.I. 10958], and March 16, 2012 [D.I. 11168]). The Third Amended DCL Plan contains modifications that the DCL Plan Proponents believe address each of the issues identified by the Court in the Confirmation Opinion (as amended on December 29, 2011 [D.I. 10532]), provides for procedures to resolve the Allocation Disputes, and resolves subsequent objections raised by various parties by, for example, eliminating the Creditors Trust. A limited resolicitation of votes on the Third Amended DCL Plan allows some classes to revote and make certain elections (*e.g.*,

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Supplemental Disclosure Document or the Third Amended DCL Plan (as may be further amended, modified, or supplemented), infra, as applicable.

between an all-cash distribution and a "strip" of consideration consisting of a portion of Distributable Cash, New Senior Secured Term Loan, and New Common Stock). The Third Amended DCL Plan otherwise preserves the other terms of the Second Amended DCL Plan, including the Settlement.

On March 6, 2012, the Court issued the Supplemental Scheduling Order which sets forth procedures relating to discovery, including the use of expert witnesses, in connection with plan confirmation. [D.I. 11096]. Pursuant to ¶ 14 of that Order, the DCL Plan Proponents hereby identify the following expert witnesses that they may use to present evidence in their case-in-chief on the few remaining issues in this case:

## DISCLOSURES

1.     John G. Chachas – Mr. Chachas is the founder and Managing Partner of Methuselah Advisors L.P., an investment banking and asset management business located at 211 Central Park West, New York, New York 10024. On March 11, 2011, Mr. Chachas provided expert testimony on valuation in connection with the Confirmation Hearing. Tr. 3/11 at 140:16 – 214:6; DCL Exhibits 1104 (Chachas Expert Report), 1494 (Chachas Trial Demonstratives). The Debtors, working with Mr. Chachas and Lazard Frères & Co. LLC, have since updated the Court-approved valuation to reflect the impact of developments since completion of the January 2011 Reorganized Value Analysis.[3] Mr. Chachas is prepared to present expert evidence in support of that update.

2.     Brian Whittman – Mr. Whittman is a Managing Director in the Commercial Restructuring practice of Alvarez & Marsal North America LLC located at 55 W. Monroe Street,

---

[3] As noted in the Supplemental Disclosure Document ([D.I. 10959], as amended on March 7, 2012 [D.I. 11106] and March 16, 2012 [D.I. 11169]), the purpose of this update was to assist parties in connection with the exercise of elections. Id. at 22. See also id. at Exhibits C (Summary of 2012 Valuation Update), D (Summary of Updated Financial Projections); Limited Objection of Aurelius Capital Management, LP to Supplemental Disclosure Document [D.I. 11134] at 2-3 (specifically requesting additional disclosures to assist parties in making elections).

Suite 4000, Chicago, Illinois 60603. On March 14, 2011, Mr. Whittman provided expert

testimony concerning various issues, including liquidation analysis, parent valuation, and

recovery analysis in connection with the Confirmation Hearing. Tr. 3/14 at 16:20 – 102:25;

DCL Exs. 1108 (Whittman Expert Report – Intercompany Claims), 1109 (Whittman Expert

Report – Liquidation Analysis), 1110 (Whittman Expert Report – PV Analysis), 1495 (Whittman

Trial Demonstratives). To the extent necessary, Mr. Whittman is prepared to provide additional

expert testimony on any of the topics of his prior testimony. In addition, Mr. Whittman is

prepared to provide expert testimony as to (i) the potential recoveries discussed in Exhibit B to

the Supplemental Disclosure Document, (ii) the updated financial information and projections in

Exhibit D to the same, and (iii) any adjustments to recoveries as a result of the Court's

forthcoming rulings on the Allocation Disputes.

## RESERVATION OF RIGHTS

The DCL Plan Proponents reserve their rights to supplement and amend this

identification consistent with the orders of the Court, including, but not limited to, their right to

identify experts in response to the identification of experts by other parties-in-interest. The DCL

Plan Proponents further reserve their rights to supplement and amend this identification as a

result of developments stemming from the fact that the hearing regarding the Supplemental

Disclosure Document has been adjourned to March 30, 2012.

46429/0001-8412474V1

Dated: Wilmington, Delaware
         March 26, 2012

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin Lantry
Jessica C. K. Boelter
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

James F. Bendernagel, Jr.
Ronald S. Flagg
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711

              -and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

*/s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117

*Counsel for Debtors and Debtors in
Possession and Certain Non-Debtor
Affiliates*

CHADBOURNE & PARKE LLP
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369

              -and-

LANDIS RATH & COBB LLP

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

-and-

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C.  20036
Telephone:  (202) 778-1800
Facsimile:  (202) 822-8106

*Counsel for the Official Committee of
Unsecured Creditors*

DEWEY & LEBOEUF LLP
Bruce Bennett
James O. Johnston
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone:  (213) 621-6000
Facsimile:  (213) 621-6100

-and-

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ M. Blake Cleary*
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 576-3187

*Counsel For Oaktree Capital Management,
L.P. and Angelo, Gordon & Co., L.P.*

46429/0001-8412474V1

WILMER CUTLER PICKERING HALE &
DORR LLP
Andrew Goldman
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Co-Counsel For Angelo, Gordon & Co, L.P.*


DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Damian S. Schaible
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

    -and-

RICHARDS LAYTON & FINGER

*/s/ Drew G. Sloan*
Mark Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel For JPMorgan Chase Bank, N.A.*