# EXHIBIT A

# CLAIM NO. 267

46429/0001-8412132v1

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT — District of Delaware | PROOF OF CLAIM |
|---|---|

Name of Debtor: _Tribune Company_  
Case Number: _08-13141 (KJC)_

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): _Susan Lefebvre_

Name and address where notices should be sent:  
_Susan Lefebvre_  
_1 Chelsea Place_  
_Farmington, CT 06032_

Telephone number: _860-676-0003_

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____  
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ _____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** _personal injury — Connecticut Docket # HHD-CV-08-5021363-S_  
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _3490_

   3a. Debtor may have scheduled account as: _The Hartford Courant Company_  
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)  
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other  
Describe:

Value of Property: $_____    Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - District of Delaware  
Tribune Company, Et Al.  
08-13141 (KJC)    0000000267

Date: _1/8/09_  
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

_Susan Lefebvre_

FOR COURT USE ONLY  
[Bankruptcy Clerk stamp: JAN -9 2009]

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

[Reset]    [Save As]    [Print]

| | |
|---|---|
| NO. HHD-CV-8-5021363-S | : SUPERIOR COURT |
| SUSAN LEFEBVRE and PHILIP LEFEBVRE | : |
| | : J. D. OF HARTFORD |
| VS. | : |
| JONI ZARKA and THE HARTFORD COURANT COMPANY | : SEPTEMBER 7, 2008 |

## REVISED COMPLAINT

COUNT ONE

1. The plaintiffs Susan Lefebvre and Philip Lefebvre are adult citizens of the United States, of peaceful disposition and good reputation, who reside in Farmington, Connecticut.

2. The defendant Joni Zarka is an adult citizen of the United States who resides in Farmington, Connecticut.

3. The defendant The Hartford Courant Company is a Connecticut corporation which owns and publishes a daily newspaper of general circulation in Hartford. Its agent for service is the Corporation Service Company, 94 Hungerford Street, Hartford, CT 06106.

4. On or about the first week of April, 2008, the defendant Zarka falsely and maliciously stated to Clementina Verge, a reporter for the aforesaid newspaper, that the plaintiff Philip Lefebvre had assaulted her young niece

1

causing the child to become distraught and "fall into my arms sobbing" after the plaintiff Philip Lefebvre in the presence of defendant Zarka had forcibly held the child's arm "jacked against her back" and further stated falsely and maliciously that the plaintiff Susan Lefebvre had stood by passively assenting to such wrongdoing while it took place.

5. As a result, the aforesaid lies were published throughout the State of Connecticut and elsewhere and the plaintiffs were subjected to humiliation, disgrace and emotional distress.

WHEREFORE the plaintiff Susan Lefebvre claims judgment against the defendant Joni Zarka for defamation.

## COUNT TWO

1 - 5. Paragraphs 1 through 5 of Count One are hereby made Paragraphs 1 through 5, respectively, of Count Two.

WHEREFORE the plaintiff Philip Lefebvre claims judgment against the defendant Joni Zarka for defamation.

## COUNT THREE

1 - 5. Paragraphs 1 through 5 of Count One are hereby made Paragraphs 1 through 5, respectively, of Count Three.

2

WHEREFORE the plaintiff Susan Lefebvre claims judgment against the defendant Joni Zarka for invading her privacy by causing her to suffer widespread publicity that placed her in a false light before the public.

## COUNT FOUR

1 - 5. Paragraphs 1 through 5 of Count One are hereby made Paragraphs 1 through 5, respectively, of Count Four.

WHEREFORE the plaintiff Philip Lefebvre claims judgment against the defendant Joni Zarka for invading his privacy by causing him to suffer widespread publicity that placed him in a false light before the public.

## COUNT FIVE (Invasion of Privacy Only)

1 - 4. Paragraphs 1 through 4 of Count One are hereby made Paragraphs 1 through 4, respectively, of Count Five.

5. The defendant newspaper published the said lies on April 6, 2008, in paragraphs 8, 9, 10 and 11 of an article headlined "Children's Prank Opened Door To 6-Year Courtroom Saga" without ever communicating in any way with the plaintiff Susan Lefebvre or seeking her side of the story, and without making any attempt whatever to do so, although the plaintiff Susan Lefebvre is an attorney and easily available to be contacted, thereby intentionally or recklessly

3

disregarding its obligation to be fair to those whose lives and affairs it publicizes.

6. As a result of the reckless misconduct of the defendant newspaper described above, the aforesaid lies were published throughout the State of Connecticut and elsewhere and the plaintiff Susan Lefebvre was subjected to humiliation, disgrace and emotional distress.

WHEREFORE the plaintiff Susan Lefebvre claims judgment against the defendant The Hartford Courant Company for invading her privacy by causing her to suffer widespread publicity that placed her in a false light before the public.

THE PLAINTIFFS

BY_____
JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com
Their Attorney

4

CERTIFICATION OF SERVICE

On September 7, 2008, copies hereof were mailed to Attorneys William S. Fish, Jr., and Paul Guggina at Tyler Cooper & Alcorn, LLP, 185 Asylum Street, CityPlace I, 35th Floor, Hartford, CT 06103; and Attorney William Melley III at 250 Hudson Street, Hartford, CT 06106.

_____
JOHN R. WILLIAMS

5

| | |
|---|---|
| RETURN:  JULY 29, 2008 | SUPERIOR COURT |
| SUSAN LEFEBVRE and<br>PHILIP LEFEBVRE | J. D. OF HARTFORD |
| VS. | |
| JONI ZARKA and<br>THE HARTFORD COURANT COMPANY | JUNE 30, 2008 |

### PRAYER FOR RELIEF

The plaintiffs claim judgment for compensatory damages, punitive damages and costs, each in an amount greater than fifteen thousand dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFFS

BY:_____
JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com
Their Attorney