# EXHIBIT D

# REVISED COMPLAINT

| | |
|---|---|
| NO. HHD-CV-8-5021363-S | SUPERIOR COURT |
| SUSAN LEFEBVRE and PHILIP LEFEBVRE | J. D. OF HARTFORD |
| VS. | |
| JONI ZARKA and THE HARTFORD COURANT COMPANY | SEPTEMBER 7, 2008 |

## REVISED COMPLAINT

### COUNT ONE

1. The plaintiffs Susan Lefebvre and Philip Lefebvre are adult citizens of the United States, of peaceful disposition and good reputation, who reside in Farmington, Connecticut.

2. The defendant Joni Zarka is an adult citizen of the United States who resides in Farmington, Connecticut.

3. The defendant The Hartford Courant Company is a Connecticut corporation which owns and publishes a daily newspaper of general circulation in Hartford. Its agent for service is the Corporation Service Company, 94 Hungerford Street, Hartford, CT 06106.

4. On or about the first week of April, 2008, the defendant Zarka falsely and maliciously stated to Clementina Verge, a reporter for the aforesaid newspaper, that the plaintiff Philip Lefebvre had assaulted her young niece

1

causing the child to become distraught and "fall into my arms sobbing" after the plaintiff Philip Lefebvre in the presence of defendant Zarka had forcibly held the child's arm "jacked against her back" and further stated falsely and maliciously that the plaintiff Susan Lefebvre had stood by passively assenting to such wrongdoing while it took place.

5. As a result, the aforesaid lies were published throughout the State of Connecticut and elsewhere and the plaintiffs were subjected to humiliation, disgrace and emotional distress.

WHEREFORE the plaintiff Susan Lefebvre claims judgment against the defendant Joni Zarka for defamation.

COUNT TWO

1 - 5. Paragraphs 1 through 5 of Count One are hereby made Paragraphs 1 through 5, respectively, of Count Two.

WHEREFORE the plaintiff Philip Lefebvre claims judgment against the defendant Joni Zarka for defamation.

COUNT THREE

1 - 5. Paragraphs 1 through 5 of Count One are hereby made Paragraphs 1 through 5, respectively, of Count Three.

2

WHEREFORE the plaintiff Susan Lefebvre claims judgment against the defendant Joni Zarka for invading her privacy by causing her to suffer widespread publicity that placed her in a false light before the public.

### COUNT FOUR

1 - 5. Paragraphs 1 through 5 of Count One are hereby made Paragraphs 1 through 5, respectively, of Count Four.

WHEREFORE the plaintiff Philip Lefebvre claims judgment against the defendant Joni Zarka for invading his privacy by causing him to suffer widespread publicity that placed him in a false light before the public.

### COUNT FIVE (Invasion of Privacy Only)

1 - 4. Paragraphs 1 through 4 of Count One are hereby made Paragraphs 1 through 4, respectively, of Count Five.

5. The defendant newspaper published the said lies on April 6, 2008, in paragraphs 8, 9, 10 and 11 of an article headlined "Children's Prank Opened Door To 6-Year Courtroom Saga" without ever communicating in any way with the plaintiff Susan Lefebvre or seeking her side of the story, and without making any attempt whatever to do so, although the plaintiff Susan Lefebvre is an attorney and easily available to be contacted, thereby intentionally or recklessly

3

| | |
|---|---|
| RETURN:   JULY 29, 2008 | SUPERIOR COURT |
| SUSAN LEFEBVRE and<br>PHILIP LEFEBVRE | |
| | J. D. OF HARTFORD |
| VS. | |
| JONI ZARKA and<br>THE HARTFORD COURANT COMPANY | JUNE 30, 2008 |

### PRAYER FOR RELIEF

The plaintiffs claim judgment for compensatory damages, punitive damages and costs, each in an amount greater than fifteen thousand dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFFS

BY:_____
JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com
Their Attorney