# EXHIBIT E

## ARTICLE

# KIDS' PRANK OPENED DOOR TO COURT SAGA

Hartford Courant - Hartford, Conn.
Author:           CLEMENTINA VERGE
Date:             Apr 6, 2008
Start Page:       B.1
Section:          CONNECTICUT
Text Word Count:  1094

**Document Text**

What two children intended in 2001 as a prank game of "doorbell ditch" - ringing a doorbell and then running away - sparked a six-year court battle between neighbors in the Devonwood community.

Joni Zarka said her family's connection to neighbors Philip and Susan Lefebvre never went beyond basic greetings, but "they never had a bad incident or any animosity." That changed on Nov. 22, 2001, when Zarka's son, Alexander, and her niece, Adriana Almada, rang the Lefebvres' doorbell twice and bolted.

The child's game resulted in the arrest of Philip Lefebvre on charges that state's attorneys decided in February 2003 not to prosecute. In 2004, Lefebvre countersued in civil court, claiming malicious prosecution. That case eventually ended up before the Appellate Court - the state's second-highest court, which last month sided with a lower court ruling that there was no malicious prosecution.

Court records and interviews explain how the case unfolded.

The Zarkas, who had lived a few houses away from the Lefebvres since 1993, were being visited by Adriana and her family from Arizona, said her attorney, Joseph V. Meaney Jr. of Cranmore, FitzGerald & Meaney in Hartford.

On that Thanksgiving Day, after Adriana and Alexander, then 13 and 11, respectively, rang the doorbell at his residence twice and ran, Lefebvre decided to wait on another neighbor's property in case they repeated the prank.

After a few minutes, Adriana returned to ring the bell. According to court documents, Lefebvre summoned the girl to wait. Instead, she ran toward Alexander, who was waiting on the street, and in the process collided with Lefebvre, who was running toward her, and the two fell on the lawn.

After they stood, Lefebvre took hold of Adriana's wrist, which she initially resisted, led her into his kitchen and continued holding her wrist until Joni Zarka arrived, court documents indicate.

Zarka said it was between 6 and 6:30 in the evening when Alexander rushed into the kitchen, "crying and screaming, 'Oh my God, Mr. Lefebvre attacked Adriana.' "

Zarka said she hurried into her neighbors' kitchen and when Susan Lefebvre told her there had been "an accident," she expected to see Adriana "sitting in a chair with an ice pack." Instead, she found Lefebvre holding the girl's arm "jacked against her back."

"She was in shock," Zarka said of her niece, her voice quivering during a telephone interview. "He let her go and she fell into my arms sobbing. I yelled at him, 'What are you doing to her? What are you doing to her?' "

After they left, Lefebvre called police, worried that Zarka had accused him of assault, court documents state. Police came and told him to either file a complaint or make a statement that the matter was resolved between neighbors. Lefebvre agreed to the latter.

Joni Zarka called police the next day. After taking an affidavit, police interviewed Lefebvre and on his lawn found a broken bracelet resembling one that Adriana reported lost. Two days later Lefebvre left a three-page letter at the police department, further explaining his actions, court documents state.

"The child who rang my doorbell and I collided head on and both fell to the ground," Lefebvre wrote in an affidavit. "(Her head hit my jaw, which is still swollen today.) I stood up first and when she (at this point I realized it was girl.) stood up, I held her wrist. I asked her if she thought this was fun. She squirmed and I put her wrist behind the small of her back. From this point on, she did not squirm or resist me, so I simply held her wrist (somewhat loosely) behind her back."

On the basis of oral and written statements, on Nov. 30, 2001, police charged Lefebvre with third-degree assault, second-degree unlawful restraint and disorderly conduct, documents show.

"It was terrifying for him," said attorney John R. Williams of John R. Williams and Associates in New Haven. "Here is a quiet, law-abiding man who's gone through life never making a wave, and he's arrested and dragged to criminal court."

The charges were nolled on Feb. 24, 2003, meaning that the state would not prosecute, but on May 19, 2004, Lefebvre filed his own suit. In a civil suit, Lefebvre accused the Zarkas and Adriana of malicious prosecution, and also alleged that he suffered injuries after the girl assaulted him at his residence.

On Nov. 30, 2006, a judge in Superior Court in Hartford ruled that Lefebvre lacked evidence to support the malicious prosecution claim, which alleged that the Zarkas and Adriana initiated prosecution without probable cause, court documents indicate.

Court records show that police charged Lefebvre "based largely on [his] statements regarding the incident ... which raised the issue of criminal conduct."

Three weeks later, Lefebvre took his case to the state Appellate Court, seeking to reverse the Superior Court's decision. On Feb. 26, 2008, the Appellate Court upheld the lower court's ruling.

"The whole thing was just blown out of proportion," Meaney said. "The children were incredulous that they were going to be hauled to court over this. If the plaintiff's motive was to send a message, he went about it the wrong way. I am happy that we successfully defended this case, and the Appellate Court agreed with us."

Williams said the children did not take responsibility for their action or offer an apology.

Zarka said, "If when [the Lefebvres] saw the kids playing doorbell dash they would have followed them to the house and come to speak to us or they had called on the phone, I would have certainly made the children go and apologize and maybe even do their leaves as atonement. Children have to be taught right or wrong, but not like that."

The case was closed when the court ruled that Adriana and the Zarkas did not initiate malicious prosecution.

"It was a bad experience for him," said Williams, adding that his client, who did not return a call seeking comment, is not comfortable talking about the ordeal and "just wants to put it behind him."

Joni Zarka said Adriana Almada, who at the time received a ticket for trespassing, is now a 20-year-old student at Arizona State University. Her mother, a single parent, is still paying off between $20,000 and $30,000 incurred in legal fees. They have not returned to Connecticut since 2001.

"You can't even imagine the emotional toll;" Zarka said, adding that she has buried the past but no longer exchanges greetings with her neighbors. "We have no contact whatsoever."

The Zarkas' home is now for sale.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

**Abstract** (Document Summary)

On the basis of oral and written statements, on Nov. 30, 2001, police charged Lefebvre with third-degree assault, second-degree unlawful restraint and disorderly conduct, documents show. On Nov. 30, 2006, a judge in Superior Court in Hartford ruled that Lefebvre lacked evidence to support the malicious prosecution claim, which alleged that the Zarkas and Adriana initiated prosecution without probable cause, court documents indicate.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.