# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### February 1, 2012 through February 29, 2012

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 41.90 | $18,744.50 |
| Committee Meetings | 003 | 50.30 | 33,381.50 |
| Creditor Communications | 004 | 2.00 | 1,490.00 |
| Business Operations | 007 | 90.60 | 61,401.00 |
| Claims Administration/Bar Date | 009 | 37.70 | 19,367.50 |
| Fee/Retention Applications | 010 | 31.40 | 13,059.00 |
| Avoidance Issues | 013 | 18.30 | 11,279.50 |
| Employee Issues | 014 | 1.00 | 559.00 |
| General Litigation | 017 | 1.70 | 1,191.50 |
| Travel | 018 | 17.00 | 5,150.00 |
| Shareholder Claims | 020 | 64.90 | 42,393.50 |
| Plan Litigation | 021 | 631.50 | 436,258.50 |
| **Total** | | **988.30** | **$644,275.50** |

\* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                    For Services Through February 29, 2012

Our Matter #19804.002
            BANKRUPTCY GENERAL


02/01/12   D. BAVA          Review and analysis of docket          1.10 hrs.
                            sheets, including Neil district
                            court litigation and Delaware
                            adversary proceedings re: daily
                            case activity (.60); review,
                            revise and finalize case calendar
                            based on current docket entries
                            (.20); prepare confirmation
                            related deadlines calendar (.10);
                            post certain materials to
                            Intralinks (.20).

02/01/12   H. LAMB          Telephone conference with             0.30 hrs.
                            representatives at Intralinks
                            regarding Committee workspace.

02/02/12   D. BAVA          Review and analysis of docket          1.90 hrs.
                            sheets, including Neil district
                            court litigation and Delaware
                            adversary proceedings re: daily
                            case activity (.80); review,
                            revise and finalize case calendar
                            based on current docket entries
                            (.30); prepare confirmation
                            related deadlines calendar (.10);
                            prepare materials for February 2,
                            2012 hearing for M. Roitman (.30);
                            post certain materials to
                            Intralinks (.40).

02/03/12   D. BAVA          Review and analysis of docket          1.20 hrs.
                            sheets, including Neil district
                            court litigation and Delaware
                            adversary proceedings re: daily
                            case activity (.80); review,
                            revise and finalize case calendar
                            based on current docket entries
                            (.30); prepare confirmation
                            related deadlines calendar (.10).

02/03/12   D. E. DEUTSCH    Exchange e-mails with Howard Seife     1.10 hrs.
                            re: yesterday's hearing and
                            related Committee updates (.2);
                            review and mark listing of items
                            that can be removed from Committee
                            access (.8); related discussion
                            with David Bava (.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 02/06/12 | D. E. DEUTSCH | Review Friday's daily report, pleadings therein and court calendar (.3). | 0.30 hrs. |
| 02/07/12 | J. MARRERO | Review daily report and case calendar | 0.60 hrs. |
| 02/07/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.30); prepare confirmation related deadlines calendar (.10). | 1.20 hrs. |
| 02/08/12 | H. LAMB | Emails with Intralinks representatives regarding workspace (.2); conferences with D.Deutsch regarding same (.2). | 0.40 hrs. |
| 02/08/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.90 hrs. |
| 02/08/12 | D. E. DEUTSCH | Review last five daily reports, pleadings therein and related calendars (.7). | 0.70 hrs. |
| 02/08/12 | J. MARRERO | Review daily docket report and case calendar | 0.70 hrs. |
| 02/09/12 | J. MARRERO | Review daily report and case calendar | 0.60 hrs. |
| 02/09/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/10/12 | H. LAMB | Finalize details re Intralinks for Committee workspace. | 0.20 hrs. |
| 02/10/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10); review and restructure Intralinks materials (.80). | 1.90 hrs. |
| 02/10/12 | J. MARRERO | Review daily report and case calendar | 0.70 hrs. |
| 02/10/12 | D. E. DEUTSCH | Exchange e-mails with David Bava re: Intralinks matter (.2). | 0.20 hrs. |
| 02/10/12 | D. M. LeMAY | Review all latest court filings. | 1.20 hrs. |
| 02/11/12 | D. E. DEUTSCH | Review last three daily pleading reports, pleadings therein and court calendar (.5). | 0.50 hrs. |
| 02/13/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.80 hrs. |
| 02/14/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (1.10); review, revise and finalize case calendar based on current docket entries (.40); prepare confirmation related deadlines calendar (.10); prepare materials for hearing re: February 15, 2012 omnibus hearing (1.10). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     March 22, 2012
435 N. MICHIGAN AVENUE                            Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/14/12 | D. E. DEUTSCH | Review yesterday's pleading report and pleadings therein (.3). | 0.30 hrs. |
| 02/15/12 | D. E. DEUTSCH | Review materials and outline issues to prepare for today's Court hearing re: various matters (2.6); pre-hearing conference with James Sottile and Dan Rath to discuss today's hearing (.4); conference to discuss today's hearing matters with Kevin Lantry (.1); participate in today's hearing (.6). | 3.70 hrs. |
| 02/15/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.90); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.40). | 1.60 hrs. |
| 02/15/12 | D. M. LeMAY | Telephone participation in omnibus hearing. | 0.40 hrs. |
| 02/16/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.30); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.50). | 1.70 hrs. |
| 02/17/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation | 1.10 hrs. |

|  |  | related deadlines calendar (.10). |  |
|---|---|---|---|
| 02/17/12 | M. DISTEFANO | Meeting with D. Deutsch and J. Marrero re: status of case and action items (.7); reviewed case calendar and committee protocols (.2). | 0.90 hrs. |
| 02/17/12 | D. E. DEUTSCH | Meeting with Michael Distefano and Jessica Marrero to discuss various case action items (.6). | 0.60 hrs. |
| 02/20/12 | D. M. LeMAY | Review all latest court filings. | 1.10 hrs. |
| 02/20/12 | D. E. DEUTSCH | Conference with David LeMay to discuss various pending matters (.2). | 0.20 hrs. |
| 02/20/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.80 hrs. |
| 02/21/12 | J. MARRERO | Conference with M.Distefano re: Tribune case calendar, procedure, etc. | 0.50 hrs. |
| 02/21/12 | D. E. DEUTSCH | Review last four daily pleading report (.4). | 0.40 hrs. |
| 02/21/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.80 hrs. |
| 02/22/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2012
Page   6

|            |               | daily case activity (.90); review, revise and finalize case calendar based on current docket entries (.40); prepare confirmation related deadlines calendar (.10). |           |
|------------|---------------|---|-----------|
| 02/22/12   | M. DISTEFANO  | Reviewed court docket filings (.2); | 0.20 hrs. |
| 02/23/12   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.30). | 1.20 hrs. |
| 02/24/12   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.40). | 1.30 hrs. |
| 02/24/12   | D. E. DEUTSCH | Review last three daily reports, pleadings therein and court calendar (.4). | 0.40 hrs. |
| 02/27/12   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.90 hrs. |

| 02/28/12 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.4); conference call with Kevin Lantry re: various case matters (.3). | 0.70 hrs. |
| 02/29/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.30). | 1.60 hrs. |

**Total Fees for Professional Services.............   $18,744.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 2.70 | 2497.50 |
| D. E. DEUTSCH | 745.00 | 9.10 | 6779.50 |
| D. BAVA | 295.00 | 25.00 | 7375.00 |
| H. LAMB | 295.00 | .90 | 265.50 |
| J. MARRERO | 435.00 | 3.10 | 1348.50 |
| M. DISTEFANO | 435.00 | 1.10 | 478.50 |
| TOTALS | | 41.90 | 18744.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                                   For Services Through February 29, 2012

Our Matter #19804.003
              COMMITTEE MEETINGS


| | | | |
|---|---|---|---|
| 02/01/12 | D. E. DEUTSCH | Meeting with Marc Roitman and, in part, Andrew Rosenblatt to discuss issues to be discussed at tomorrow's Committee meeting (.4); conference with Howard Seife to discuss presentation at tomorrow's Committee meeting (.3); review outline points on MDL presentation from Marc Roitman (.2). | 0.90 hrs. |
| 02/01/12 | H. SEIFE | Preparation for Committee meeting. | 1.00 hrs. |
| 02/02/12 | H. SEIFE | Preparation for Committee meeting (.5); telephone meeting of Committee (.8). | 1.30 hrs. |
| 02/02/12 | M. ROITMAN | Meet with C&P team in preparation for Committee meeting (0.5); Take detailed minutes at 2/2/12 Committee meeting (0.6). | 1.10 hrs. |
| 02/02/12 | D. E. DEUTSCH | Prepare outline for today's Committee meeting (.7); attend pre-meeting/prep meeting with Chadbourne and Landis team (.4); participate in Committee meeting (.6). | 1.70 hrs. |
| 02/02/12 | A. ROSENBLATT | Attend pre-meeting w/Seife and team (.4); attend Committee meeting (.7). | 1.10 hrs. |
| 02/02/12 | M. D. ASHLEY | Reviewed pleadings and correspondence in preparation for Committee meeting (1.0); meeting with H. Seife, A. Rosenblatt, D. Deutsch, M. Roitman regarding Committee meeting issues (.4); attended Committee telephonic meeting (.7). | 2.10 hrs. |
| 02/03/12 | M. ROITMAN | Draft agenda for 2/8 Committee Professionals meeting (0.2) | 0.20 hrs. |
| 02/06/12 | D. E. DEUTSCH | Review materials to prepare outline for tomorrow's Committee professional meeting (.8); update related agenda (.3); draft e-mail to professional team re: | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     March 22, 2012
435 N. MICHIGAN AVENUE     Page    2
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| | | tomorrow's meeting and related action items (.1). | |
| 02/07/12 | D. E. DEUTSCH | Prepare for today's Committee professional meeting (.8); participate in same (.6); call with Marc Roitman re: this week's Committee matters (.2). | 1.60 hrs. |
| 02/07/12 | M. D. ASHLEY | Reviewed pleadings and correspondence regarding weekly Committee professionals' call (.8); attended weekly Committee professionals' call (.5); meeting with H. Seife, A. Rosenblatt regarding allocation dispute issues (.2). | 1.50 hrs. |
| 02/07/12 | R. J. GAYDA | Prepare for (.3) and attend Committee professionals' meeting (.6). | 0.90 hrs. |
| 02/07/12 | A. ROSENBLATT | Participate on professional's only call. | 0.60 hrs. |
| 02/08/12 | M. ROITMAN | Draft minutes of 2/2/12 Committee meeting (1.5) | 1.50 hrs. |
| 02/09/12 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman (.2) and David LeMay re: various updates for Committee (.2). | 0.40 hrs. |
| 02/10/12 | D. E. DEUTSCH | Review and edit minutes from February 2, 2012 Committee meeting (.4). | 0.40 hrs. |
| 02/10/12 | M. ROITMAN | Revise minutes re 2/2/12 Committee meeting (0.3); confer with D. Bava re: same (0.1) | 0.40 hrs. |
| 02/13/12 | J. MARRERO | Draft agenda for Committee professionals meeting (0.7); revise same (0.2); draft email re: same to C&P team (0.2); draft emal to Committee professionals re: same (0.2); review and prepare materials for meeting (0.4) | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/13/12 | D. E. DEUTSCH | Exchange e-mails (.2) and hold meeting with Jessica Marrero to discuss various Committee-related action items (.3). | 0.50 hrs. |
| 02/14/12 | D. E. DEUTSCH | Prepare for Committee professionals meeting (.8); participate in meeting (.5); participate in Chadbourne team meeting following call (.4). | 1.70 hrs. |
| 02/14/12 | A. ROSENBLATT | Prepare for (.3) and attend professional's only call re: confirmation update and related issues (.5). | 0.80 hrs. |
| 02/14/12 | J. MARRERO | Review materials in preparation for Committee professionals meeting (0.3); Attend Committee professionals meeting (0.6); draft email to Committee Co-Chairs re: Committee meeting issue (0.2); email correspondence with Committee re: same (0.2) | 1.30 hrs. |
| 02/14/12 | T. J. MCCORMACK | Prep for (0.5) and meeting with professionals to discuss upcoming confirmation hearing and tasks (0.5); follow-up confer with Chadbourne team re: atcion items (0.5). | 1.50 hrs. |
| 02/14/12 | R. J. GAYDA | Participate in Committee professionals' call (.5). | 0.50 hrs. |
| 02/14/12 | M. ROITMAN | Committee Professionals conference call (0.6); confer with C&P team following call (0.4) | 1.00 hrs. |
| 02/14/12 | D. M. LeMAY | Weekly call of Committee professionals. | 0.50 hrs. |
| 02/14/12 | M. D. ASHLEY | Reviewed materials relating to weekly Committee professionals' meeting (.9); attended weekly Committee professionals' meeting (.5); follow-up team meeting regarding confirmation hearing issues (.4). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/20/12 | M. DISTEFANO | Drafted and circulated Committee professionals call agenda (.9); prepared for Professionals conference call (.4); | 1.30 hrs. |
| 02/20/12 | M. ROITMAN | Correspond with M. Distefano and D. Deutsch re: agenda for Committee professionals meeting (0.3) | 0.30 hrs. |
| 02/20/12 | J. MARRERO | Email correspondence with M.Distefano re: committee professionals agenda (0.2) ; review agenda (0.2) | 0.40 hrs. |
| 02/20/12 | D. E. DEUTSCH | Review and edit draft Committee professionals agenda for this week (.3); conference with Michael Distefano to discus various Committee-related matters (.2); exchange e-mails with Michael Distefano re: tomorrow's professional meeting (.2). | 0.70 hrs. |
| 02/21/12 | D. E. DEUTSCH | Prepare for today's Committee professional meeting (.7); participate in meeting (.7) and post-meeting discussion with C&P team on action items (.3); discuss various Committee-related action items with Michael Distefano (.2). | 1.90 hrs. |
| 02/21/12 | D. M. LeMAY | Weekly Committee professionals call. | 0.80 hrs. |
| 02/21/12 | J. MARRERO | Attend Committee professionals meeting | 0.80 hrs. |
| 02/21/12 | M. DISTEFANO | Attend Committee Professionals meeting (.8); drafted email to Committee chairs re: weekly Committee meeting (.5). | 1.30 hrs. |
| 02/21/12 | M. ROITMAN | Committee Professionals Conference Call (0.7); confer with C&P team following call (0.3) | 1.00 hrs. |
| 02/21/12 | A. ROSENBLATT | Participate on professionals' only call (.7); meeting with team following call (.3). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/21/12 | T. J. MCCORMACK | Attend meeting of professionals on allocation issues, confirmation issues and overall status (0.8); follow-up meeting with C&P team on tasks (0.4). | 1.20 hrs. |
| 02/22/12 | M. DISTEFANO | Discussion with D. Deutsch re: upcoming in-person committee meeting (.1); drafted agenda for upcoming professionals meeting (.3). | 0.40 hrs. |
| 02/22/12 | D. E. DEUTSCH | Exchange e-mails with Brad Hall re: upcoming possible in-person Committee meeting and related presentation topics (.3). | 0.30 hrs. |
| 02/23/12 | D. E. DEUTSCH | Call with co-chair Wayne Smith (.3) and Anne Kurinskas re: upcoming Committee meetings and various other Committee matters (.1); review and edit e-mail to Committee re: upcoming meeting matters (.2); discuss various Committee planning issues with Michael Distefano (.2). | 0.80 hrs. |
| 02/23/12 | J. MARRERO | Email correspondence with M.Distefano re: Committee meetings, bylaw requirements, etc. | 0.40 hrs. |
| 02/23/12 | M. DISTEFANO | Meeting with D. Deutsch re: upcoming in-person committee meeting (.2); drafted and revised email to Committee members re: same (.7); | 0.90 hrs. |
| 02/27/12 | J. MARRERO | Draft agenda for Committee professionals meeting (0.2); revise agenda (0.3); draft email re: same to C&P team (0.2); draft email to Committee professionals re same (0.2) | 0.90 hrs. |
| 02/28/12 | M. D. ASHLEY | Reviewed materials relating to weekly Committee professionals' meeting (.5); attended weekly Committee professionals' meeting (.5); team meeting regarding confirmation hearing issues (.2). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2012
Page   6

| 02/28/12 | A. ROSENBLATT | Participate on professional's only call (.6); follow-up meeting with team (.2). | 0.80 hrs. |
|---|---|---|---|
| 02/28/12 | M. DISTEFANO | Attend Committee Professionals Meeting (.6); emailed co-chairs and committee re weekly meeting (.3) | 0.90 hrs. |
| 02/28/12 | J. MARRERO | Attend Committee Professionals meeting | 0.60 hrs. |
| 02/28/12 | D. M. LeMAY | Weekly call of Committee Advisors. | 0.60 hrs. |
| 02/28/12 | D. E. DEUTSCH | Prepare for today's Committee professional meeting (1.1); exchange e-mails with Zul Jamal re: presentation for next Committee meeting (.1); participate in Committee professional meeting (.5); discuss Committee meeting matters with Michael Distefano (.1); review and edit draft memo to Committee re: upcoming Committee meetings (.2). | 2.00 hrs. |
| 02/28/12 | M. ROITMAN | Conference call with Committee Professionals (0.4); confer with C&P team following call (0.2) | 0.60 hrs. |

**Total Fees for Professional Services.............   $33,381.50**

**TIMEKEEPER SUMMARY**

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 1.90 | 1757.50 |
| H. SEIFE | 995.00 | 2.30 | 2288.50 |
| T. J. MCCORMACK | 875.00 | 2.70 | 2362.50 |
| M. D. ASHLEY | 695.00 | 6.60 | 4587.00 |
| A. ROSENBLATT | 745.00 | 4.30 | 3203.50 |
| D. E. DEUTSCH | 745.00 | 14.10 | 10504.50 |
| R. J. GAYDA | 655.00 | 1.40 | 917.00 |
| J. MARRERO | 435.00 | 6.10 | 2653.50 |
| M. DISTEFANO | 435.00 | 4.80 | 2088.00 |
| M. ROITMAN | 495.00 | 6.10 | 3019.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611


                        TOTALS         50.30        33381.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                                   For Services Through February 29, 2012

Our Matter #19804.004
            CREDITOR COMMUNICATIONS


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/01/12 | D. E. DEUTSCH | Review request from JPMorgan re: Intralinks matter (.1); follow-up with David Bava re: same (.1); call with Joe Frank (counsel to various employees) re: status of various matters (.2); draft note to file on same (.1). | 0.50 hrs. |
| 02/02/12 | D. E. DEUTSCH | Review inquiry from creditor (D. Dunn) re: case matter (.2). | 0.20 hrs. |
| 02/08/12 | D. E. DEUTSCH | Call with creditor (Arrowgrass) re: last week's hearing and other matters (.2). | 0.20 hrs. |
| 02/20/12 | D. E. DEUTSCH | Exchange e-mails with Frank Anderson and Craig Yamaoka re: PBGC's position on certain Committee matters (.3); calls with Frank Anderson re: same (.2). | 0.50 hrs. |
| 02/22/12 | D. E. DEUTSCH | Exchange e-mails with Gordon Novod re: open claim dismissal issue (.2); exchange additional related e-mails with David Adler (.2). | 0.40 hrs. |
| 02/23/12 | D. E. DEUTSCH | Call with Gabrielle Davis re: various Committee matters (.2). | 0.20 hrs. |


         Total Fees for Professional Services.............    $1,490.00


                         TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. E. DEUTSCH | | 745.00 | 2.00 | 1490.00 |
| | TOTALS | | 2.00 | 1490.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2012

Page    1

For Services Through February 29, 2012

Our Matter #19804.007
          BUSINESS OPERATIONS


| 02/01/12 | A. KRONSTADT | Reviewed Tribune license agreement and related memos (2.8) and various correspondence with M. Alpert and P. Tanck re: same (.7). | 3.50 hrs. |

| 02/01/12 | M. A. ALPERT | Reviewed documents regarding potential sale of Debtor subsidiary (.4); confs. B. Gruemmer of McDermott, Will & Emery (.3); reviewed documents re: Local TV license (.7); confs re: same (.3). | 1.70 hrs. |

| 02/01/12 | J. A. STENGER | Review correspondence from JPM counsel regarding FCC foreign ownership certification and Class B stock election questionnaire (0.4) and prepare correspondence to D. Deutsch regarding same (0.3); prepare for conference call with FCC debtor and lender counsel regarding same (0.8). | 1.50 hrs. |

| 02/01/12 | H. SEIFE | Review of Moelis report. | 0.30 hrs. |

| 02/01/12 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: foreign ownership certificates and related FCC items (.4); exchange e-mails with Brad Hall re: 2011 business plan analysis (.2). | 0.60 hrs. |

| 02/02/12 | D. E. DEUTSCH | Review FCC certifications and proposed insert for same (.3); exchange e-mails with James Stenger re: same (.2). | 0.50 hrs. |

| 02/02/12 | P. TANCK | Review Tribune Technology Licensing Agreements (IP review) (2.7); phone conversations with Kronstadt and Alpert re: same (.3). | 3.00 hrs. |

| 02/02/12 | H. SEIFE | Review of AlixPartners report on 2011 results. | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                March 22, 2012
435 N. MICHIGAN AVENUE                                       Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/02/12 | J. A. STENGER | Correspondence with D.Deutsch regarding FCC foreign ownership certification and Class B stock election questionnaire (0.5); telephone conference with with Debtor and lender FCC counsel regarding same (0.7); prepare revisions to draft questionnaire at request of FCC lender counsel (2.4). | 3.60 hrs. |
| 02/03/12 | J. A. STENGER | Prepare further revisions to FCC foreign ownership certification and Class B stock election questionnaire (1.9) and prepare correspondence to debtor and lender FCC counsel regarding same (.6). | 2.50 hrs. |
| 02/03/12 | D. E. DEUTSCH | Review update e-mail and related attachments on FCC issues from James Stenger (.4); exchange related e-mails (.1). | 0.50 hrs. |
| 02/07/12 | J. A. STENGER | Review revised foreign ownership certification for FCC exit applications (0.9) and correspondence from lender counsel regarding same (0.5); research regarding amendments to NBCO waiver requests (2.7). | 4.10 hrs. |
| 02/08/12 | J. A. STENGER | Review correspondence from lender counsel regarding meeting with FCC on exit applications (0.6) and prepare follow up correspondence regarding same (0.6); research regarding amendment of comprehensive exhibit for exit applications (1.5) and revise draft from debtors counsel (1.1). | 3.80 hrs. |
| 02/08/12 | H. SEIFE | Review of AlixPartners weekly report. | 0.30 hrs. |
| 02/08/12 | D. E. DEUTSCH | Review five e-mails and attachments from James Stenger re: revisions to various FCC-related documents and next steps related to same (1.1); review memorandum and related case law on FCC claim transfer issue (.6). | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 02/09/12 | J. A. STENGER | Prepare revisions to comprehensive exhibit for exit applications (2.3); prepare correspondence to J. Feore regarding same (.4) and telephone conference with J. Feore regarding same and regarding amendments to NBCO waiver requests (0.4); research revisions to waiver requests (1.8). | 4.90 hrs. |
|---|---|---|---|
| 02/10/12 | J. A. STENGER | Research (2.1) and prepare for (1.3) telephone conference with debtor FCC counsel re Tribune comments in response to FCC request for comments on newspaper broadcast cross-ownership rule. | 3.40 hrs. |
| 02/10/12 | H. SEIFE | Review of Moelis weekly report. | 0.20 hrs. |
| 02/10/12 | D. E. DEUTSCH | Review proposed revised amendments to FCC exit application documents (.5); review weekly AlixPartners' business report (.3). | 0.80 hrs. |
| 02/13/12 | D. E. DEUTSCH | Review revised FCC and FCC-related documents (1.9); related call with James Stenger (.3). | 2.20 hrs. |
| 02/13/12 | J. A. STENGER | Telephone conference with J. Feore and Sidley counsel regarding response to FCC request for comments on newspaper broadcast rule (1.0); research regarding preparation of draft of supporting comments on behalf of Committee per discussion with Debtors' counsel (2.5). | 3.50 hrs. |
| 02/14/12 | D. E. DEUTSCH | Review update from James Stenger re: FCC foreign ownership certification and FCC exit applications (.5). | 0.50 hrs. |
| 02/14/12 | J. A. STENGER | Telephone conference with J. Logan (0.3) and correspondence with E. Reed (0.3) regarding FCC foreign ownership certification and final revisions regarding same (0.9); prepare correspondence to D. Deutsch regarding same and regarding amendments to FCC exit | 3.60 hrs. |

| | | | |
|---|---|---|---|
| | | applications (0.5); research regarding draft of comments on FCC newspaper broadcast cross-ownerhip rule waiver requests in FCC exit applications (1.6). | |
| 02/15/12 | J. A. STENGER | Research regarding draft comments on NBCO waivers for FCC exit applications. | 2.20 hrs. |
| 02/15/12 | H. SEIFE | Review of Moelis weekly report. | 0.20 hrs. |
| 02/16/12 | H. SEIFE | Review of AlixPartners weekly report. | 0.20 hrs. |
| 02/16/12 | J. A. STENGER | Review draft motion regarding FCC foreign ownership certification (0.5) and correspondence with M. Roitman regarding same (0.2). | 0.70 hrs. |
| 02/17/12 | D. E. DEUTSCH | Review weekly AlixPartners' business operations report (.2). | 0.20 hrs. |
| 02/20/12 | J. A. STENGER | Review correspondence from Wiley Rein (0.3) and revised foreign ownership certifications (0.7); prepare correspondence to Wiley Rein regarding same (0.4); telephone conference with J. Logan regarding same (0.3); research regarding amendments to FCC exit applications (0.9). | 2.60 hrs. |
| 02/21/12 | J. A. STENGER | Review correspondence from Dow Lohnes (0.3) and revised draft of foreign ownership certification (1.0); correspondence with J. Logan regarding same (0.4). | 1.70 hrs. |
| 02/21/12 | M. ROITMAN | Call with B. Hall re: dismissal of Publishers Forest Products ch. 11 case (0.2); correspond with D. LeMay and D. Deutsch re: same (0.2) | 0.40 hrs. |
| 02/21/12 | D. E. DEUTSCH | Review revised FCC foreign ownership certificates and related materials (.5); review e-mails between James Stenger and other DCL counsel re: FCC matters (.2); exchange e-mails with Brad Hall re: 2012 business plan (.2). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/22/12 | D. E. DEUTSCH | Review analysis on possible dismissal of single Debtor case (.1); e-mail David LeMay re: next steps with Committee on same (.1); review related Bankruptcy Code provisions and related case law (.3); draft e-mail to Marc Roitman re: proposed next steps to address Debtor dismissal with Committee (.2). | 0.70 hrs. |
| 02/22/12 | M. ROITMAN | Confer/correspond with M. Distefano and D. Deutsch re: dismissal of Publishers Forest Products ch. 11 case (0.2); call with J. Ludwig re: same (0.1) | 0.30 hrs. |
| 02/22/12 | J. A. STENGER | Research (0.9) and prepare draft comments on FCC exit applications (0.8). | 1.70 hrs. |
| 02/22/12 | H. SEIFE | Review of AlixPartners weekly report. | 0.40 hrs. |
| 02/23/12 | M. A. ALPERT | Reviewed background documents re: proposed subsidiary sale transaction (.4); confs. B. Gruemmer (.2) and D. Deutsch re: same (.1). | 0.70 hrs. |
| 02/23/12 | J. A. STENGER | Prepare draft of comments on amendments to NBCO rule for waivers in FCC exit application. | 2.60 hrs. |
| 02/23/12 | D. E. DEUTSCH | Call with Marc Alpert re: update on sale of non-Debtor internet subsidiary (.2); exchange e-mails with Brad Hall re: next steps on 2012 business plan (.1); hold related call with Brad Hall (.2); review revised FCC materials (1.4). | 1.90 hrs. |
| 02/24/12 | D. E. DEUTSCH | Review AlixPartners' weekly business operations report (.3); review multiple e-mails and attachments re: FCC next steps (1.1); exchange e-mails with James Stenger (.3) and, in part, David LeMay on same (.1). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2012
435 N. MICHIGAN AVENUE                               Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/24/12 | J. A. STENGER | Review correspondence from Dow Lohnes (.4) and revised draft of comprehensive exhibit to FCC exit applications (.9); prepare correspondence to J. Logan regarding same (.3); review further revisions from J. Logan regarding exhibit to FCC exit applications (.4); and prepare further revisions regarding same (.7); prepare correspondence to D. Deutsch regarding same (.3); review correspondence from Wiley Rein regarding revised draft of foreign ownership certification (.6); prepare correspondence to J. Logan and D. Deutsch regarding same (.7). | 4.30 hrs. |
| 02/27/12 | A. KRONSTADT | Reviewed documents re: sale of Debtor subsidiary. | 2.10 hrs. |
| 02/27/12 | D. E. DEUTSCH | Review deal documents related to sale of Debtor subsidiary (1.1); hold call with Marc Alpert on same (.2). | 1.30 hrs. |
| 02/27/12 | J. MARRERO | Review analysis from AlixPartners re: payment to insider | 0.20 hrs. |
| 02/27/12 | M. A. ALPERT | Reviewed Merger Agreement for sale of Debtor subsidary business (.4); conf. with D.Deutsch re: same (.2). | 0.60 hrs. |
| 02/28/12 | R. M. LEDER | Review tax provisions of Agreement in connection with sale of Debtor subsidiary. | 1.00 hrs. |
| 02/28/12 | A. KRONSTADT | Reviewed transaction documents re: sale of debtor subsidiary. | 4.50 hrs. |
| 02/28/12 | J. A. STENGER | Review draft of comprehensive exhibit for restructuring applications at the FCC (.9) and correspondence with D. Deutsch and J. Logan regarding same (.6); prepare draft Committee comments on newspaper broadcast rule amendments (1.5). | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    March 22, 2012
435 N. MICHIGAN AVENUE    Page   7
CHICAGO, IL 60611

| 02/28/12 | M. A. ALPERT | Reviewed Merger Agreement re sale of Debtor subsidiary and related memo. | 1.30 hrs. |
| 02/28/12 | D. E. DEUTSCH | Review e-mail and attachments from James Stenger re: new article on issue which could affect FCC approval (.3); exchange related e-mails with James Stenger (.1). | 0.40 hrs. |
| 02/29/12 | M. A. ALPERT | Reviewed Merger Agreement and related memo re: sale of Debtor subsidiary (1.1); meeting with A.Kronstadt re: same (.2) conf. with R.Leder re: tax issues re: same (.2). | 1.50 hrs. |
| 02/29/12 | J. A. STENGER | Prepare revisions to draft comments on FCC newspaper broadcast rule amendments. | 3.10 hrs. |
| 02/29/12 | A. KRONSTADT | Meeting with M. Alpert to discuss transaction documents re: sale of debtor subsidiary. | 0.30 hrs. |
| 02/29/12 | R. M. LEDER | TC Alpert re proposed sale of subsidiary. | 0.20 hrs. |

**Total Fees for Professional Services..............   $61,401.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
| --- | --- | --- | --- |
| H. SEIFE | 995.00 | 2.50 | 2487.50 |
| M. A. ALPERT | 855.00 | 5.80 | 4959.00 |
| R. M. LEDER | 995.00 | 1.20 | 1194.00 |
| J. A. STENGER | 645.00 | 52.80 | 34056.00 |
| D. E. DEUTSCH | 745.00 | 14.00 | 10430.00 |
| P. TANCK | 655.00 | 3.00 | 1965.00 |
| A. KRONSTADT | 565.00 | 10.40 | 5876.00 |
| J. MARRERO | 435.00 | .20 | 87.00 |
| M. ROITMAN | 495.00 | .70 | 346.50 |
| TOTALS | | 90.60 | 61401.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                                 For Services Through February 29, 2012
Our Matter #19804.009
              CLAIMS ADMINISTRATION/BAR DATE
```

| | | | |
|---|---|---|---|
| 02/06/12 | J. MARRERO | Review email correspondene with Debtors' counsel re: pro se claim matters (0.9); email correspondence with D.Deutsch re case calendar (0.2) | 1.10 hrs. |
| 02/06/12 | D. E. DEUTSCH | Review materials on four upcoming claim objections (.3); e-mail Helen Lamb re: status of one of items (.1); review Debtors' draft limited objection to claim motion (.5); exchange e-mails with Jill Ludwig and Kevin Lantry re: related issues (.1); hold call with Jill Ludwig and Kevin Lantry re: joinder to limited objection to claim (.3); call with Kevin Lantry re: additional retiree settlement (.1); e-mail Michael Distefano re: required follow-up on Conte claim matter (.2); exchange e-mails Jill Ludwig on inquiry re: Comparsi claim matter (.3). | 1.90 hrs. |
| 02/07/12 | D. E. DEUTSCH | Exchange e-mails (.3) and hold call with Michael Distefano re: next steps on various claim objections (.3); review draft joinder and related documents (.2); exchange e-mails with Michael Distefano on same (.1). | 0.90 hrs. |
| 02/07/12 | M. DISTEFANO | Drafted joinder to debtors' limited objection to Conte motion (1.9); | 1.90 hrs. |
| 02/08/12 | M. DISTEFANO | Reviewed filed joinder to claim objection. | 0.40 hrs. |
| 02/09/12 | D. E. DEUTSCH | Call with Kevin Lantry re: various claim matters and dismissal of action against alleged insider (.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/14/12 | J. MARRERO | Review claim stipulation re claim #6262 (0.7); draft memorandum re same (0.4); email correspondence with AlixPartners re: same (0.3) | 1.40 hrs. |
| 02/15/12 | J. MARRERO | Email correspondence with M.Roitman re: additional retiree claims (0.3); review Stipulation re: same and underlying retiree claims (0.9); draft summary re: same (0.5). | 1.70 hrs. |
| 02/15/12 | J. MARRERO | Email correspondence with AlixPartners re: Claim 6262 stipulation (0.2); review email correspondence re Conte claim (0.2) | 0.40 hrs. |
| 02/16/12 | J. MARRERO | Conference with AlixPartners re claim 6262 (0.3); review AlixPartners' analysis re: claim 6262 stipulation (0.3); revise memorandum re: same (0.8) | 1.40 hrs. |
| 02/17/12 | J. MARRERO | Revise memo re: claim #6262 (0.5); draft posting to Committee re same (0.3); email correspondence with D.Bava re: same (0.2); Revise summary re: additional retiree claims (0.6); Review underlying claims re: same (0.8); conference with D.Deutsch re: same (0.2). | 2.60 hrs. |
| 02/17/12 | D. E. DEUTSCH | Review memorandum and related documents on proposed settlement on landlord rejection claim (.3); edit related memorandum to Committee (.2); review materials related to claim dismissal (.2); meeting with Jessica Marrero to discuss related follow-up work (.2). | 0.90 hrs. |
| 02/17/12 | M. ROITMAN | Review settlement with additional retiree claimants (0.3); Confer/correspond with J. Marrero and D. Deutsch (0.3) | 0.60 hrs. |
| 02/20/12 | M. ROITMAN | Meet with D. Deutsch re: proposed stipulation with Retiree Claimants (0.2); correspond with D. Deutsch and J. Marrero re: same (0.1) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           March 22, 2012
435 N. MICHIGAN AVENUE                                  Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/20/12 | D. E. DEUTSCH | Review memorandum, draft settlement and related materials on potential settlement with certain employees (.3); draft e-mail to Marc Roitman re: required follow-up on same (.2); research and respond to related inquiry from Marc Roitman (.3); meeting with Jess Marrero to discuss research on possible retiree settlement (.3); call to Kevin Lantry re: preliminary review of retiree settlement stipulation (.1). | 1.20 hrs. |
| 02/20/12 | J. MARRERO | Review email correspondence re: Additional Retiree Settlement (0.2); Review draft stipulation re: Additional Retiree Settlement and underlying claims (0.8) | 1.00 hrs. |
| 02/21/12 | M. DISTEFANO | Reviewed objections to claims. | 0.30 hrs. |
| 02/21/12 | J. MARRERO | Review additional retiree claims Stipulation. | 0.30 hrs. |
| 02/21/12 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry re: various claim matters (.1); call with Kevin Lantry re: treatment of certain retiree claims (.1); discuss further analysis on same with Jessica Marrero (.2); initial review of Debtors' omnibus motions and other claim motions (.4); exchange e-mails with Michael Distefano re: next steps related to same (.2). | 1.00 hrs. |
| 02/22/12 | D. E. DEUTSCH | Review Conte claim objection reply (.2); review memorandum analysis on proposed settlement of certain retiree claims (.2); meeting with Jessica Marrero to discuss next steps with AlixPartners and others on same (.2). | 0.60 hrs. |
| 02/22/12 | M. DISTEFANO | Drafted memo to Committee on objections to claims (4.8); reviewed notice of settlement (0.4); | 5.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/22/12 | J. MARRERO | Conference with M.Distefano re: Debtors omnibus objections and other pending claim objections | 0.30 hrs. |
| 02/22/12 | J. MARRERO | Review additional retiree claim settlement, original retiree settlement and underlying claims (2.1); email correspondence with D.Deutsch re: same (0.2). | 2.30 hrs. |
| 02/23/12 | M. DISTEFANO | Reviewed Debtors' quarterly settlement report (1.6); exchanged emails with Debtors re: same (.3); | 1.90 hrs. |
| 02/23/12 | D. E. DEUTSCH | Call with David Adler re: proposal on dismissal of certain claims (.1); review and revise related e-mail memorandum to counsel to Noteholders (.4); review related responses from David Adler, Gordon Novod and David Rosner (.1). | 0.60 hrs. |
| 02/23/12 | D. E. DEUTSCH | Meeting with Michael Distefano re: schedule on new claim settlements and related next steps (.2). | 0.20 hrs. |
| 02/23/12 | J. MARRERO | Conference with M.Distefano re: claims settlement process (0.2); email correspondence with M.Distefano re same (0.1); review prior claim settlement stipulations in re: Debtors claim settlement report (0.8). | 1.10 hrs. |
| 02/24/12 | D. E. DEUTSCH | Review omnibus claim objections and other claim objection (.5); review and edit related memorandum (.2); meeting with Michael Distefano to discuss related follow-up matters (.3). | 1.00 hrs. |
| 02/24/12 | M. DISTEFANO | Meeting with D. Deutsch re Waller Objection (.4); revised memo re same (.5); | 0.90 hrs. |
| 02/27/12 | M. DISTEFANO | Drafted email to Debtors re Waller claim (.1); call with Sidley re same (.2); revised memo to Committee re same (1.3); | 1.60 hrs. |
| 02/28/12 | M. DISTEFANO | Researched claim of Horizon (.3); | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                 March 22, 2012
435 N. MICHIGAN AVENUE                                       Page    5
CHICAGO, IL 60611


| 02/28/12 | D. E. DEUTSCH | Review e-mail from Debtors' counsel (Allison Stromberg) re: settlement of state tax claim (.2); respond to same (.1); review memorandum to Committee re: Waller Claim objection and edit same (.5). | 0.80 hrs. |

| 02/29/12 | M. DISTEFANO | Further research re: claim of Horizon Media Inc. (.4). | 0.40 hrs. |

| 02/29/12 | M. DISTEFANO | Revised memo re: Waller objection (.9); | 0.90 hrs. |


**Total Fees for Professional Services..............   $19,367.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 9.40 | 7003.00 |
| J. MARRERO | 435.00 | 13.60 | 5916.00 |
| M. DISTEFANO | 435.00 | 13.80 | 6003.00 |
| M. ROITMAN | 495.00 | .90 | 445.50 |
| TOTALS | | 37.70 | 19367.50 |