TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                   For Services Through February 29, 2012

Our Matter #19804.010
          FEE/RETENTION APPLICATIONS


| 02/01/12 | H. LAMB | Comprehensive review of billing proformas/daily time detail in preparation of January fee application. | 3.80 hrs. |
|---|---|---|---|
| 02/05/12 | H. LAMB | Further review of billing proformas/daily time detail in preparation of monthly fee application. | 3.40 hrs. |
| 02/07/12 | D. E. DEUTSCH | Exchange e-mails (.2) and review related documents per Fee Examiner inquiry (.2). | 0.40 hrs. |
| 02/08/12 | D. E. DEUTSCH | Review weekly professional fee application report (.2); review weekly ordinary course professional report(.2). | 0.40 hrs. |
| 02/08/12 | H. LAMB | Begin research and preparation of work description summaries for January fee application. | 2.60 hrs. |
| 02/09/12 | H. LAMB | Review proposed omnibus fee order for seventh interim fee period (.1) and follow-up research to confirm amounts (.2). | 0.30 hrs. |
| 02/12/12 | H. LAMB | Continue research and preparation of work description summaries for January fee application. | 2.50 hrs. |
| 02/13/12 | J. MARRERO | Draft ordinary course professionals weekly report (0.5); draft Professional fee report (0.7) | 1.20 hrs. |
| 02/17/12 | H. LAMB | Continue research and preparation of work description summaries for monthly fee application. | 2.20 hrs. |
| 02/20/12 | D. E. DEUTSCH | Review weekly ordinary course professional report (.2); review weekly professional fee application summary (.2); exchange e-mails with Marc Roitman and, in part, David Bava re: next Committee quarterly fee application report (.3). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/21/12 | D. E. DEUTSCH | Exchange e-mails with David Bava re: summary chart to Committee on billing (.2). | 0.20 hrs. |
| 02/21/12 | J. MARRERO | Review prior affidavits re C&P retention to determine if supplemental affidavit needed. | 0.50 hrs. |
| 02/21/12 | D. BAVA | Prepare 12th quarterly professional fee summary (1.80). | 1.80 hrs. |
| 02/22/12 | M. DISTEFANO | Meeting with M. Roitman re: quarterly fee report (.2); review of fee summaries (.5). | 0.70 hrs. |
| 02/22/12 | J. MARRERO | Review C&P retention affidavits re: new conflict disclosures (0.6); email correspondence with D.Deutsch re: same (0.1); draft recommendation re: disclosure requirements re: same (0.6). | 1.30 hrs. |
| 02/22/12 | D. E. DEUTSCH | Review draft report to Committee on 12th quarterly fee applications (.2); e-mail Marc Roitman and Michael Distefano re: related follow-up (.1); review of January monthly fee application details and edit same (2.9); discuss potential disclosure issue with Jessica Marrero (.2). | 3.40 hrs. |
| 02/23/12 | H. LAMB | Finalize draft of monthly fee application. | 1.40 hrs. |
| 02/24/12 | D. E. DEUTSCH | Review and edit draft January fee application, including narratives (1.3). | 1.30 hrs. |
| 02/27/12 | H. LAMB | Finalize January fee application in accordance with D.Deutsch comments. | 0.90 hrs. |
| 02/27/12 | J. MARRERO | Draft weekly ordinary course professionals report (0.3); draft Professional fee report (0.5). | 0.80 hrs. |
| 02/28/12 | D. E. DEUTSCH | Review weekly professional fee report (.2). | 0.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2012
435 N. MICHIGAN AVENUE                               Page    3
CHICAGO, IL 60611
```

| | | | |
|---|---|---|---|
| 02/28/12 | J. MARRERO | Update ordinary course professional report (0.5) and review docket for updates to professional fee report (0.5). | 1.00 hrs. |
| 02/29/12 | J. MARRERO | Email correspondence with Turkey office re: possible new matter and court representation of same. | 0.40 hrs. |

**Total Fees for Professional Services..............  $13,059.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 6.60 | 4917.00 |
| D. BAVA | 295.00 | 1.80 | 531.00 |
| H. LAMB | 295.00 | 17.10 | 5044.50 |
| J. MARRERO | 435.00 | 5.20 | 2262.00 |
| M. DISTEFANO | 435.00 | .70 | 304.50 |
| TOTALS | | 31.40 | 13059.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through February 29, 2012

Our Matter #19804.013
              AVOIDANCE ISSUES


| | | | |
|---|---|---|---|
| 02/01/12 | Y. YOO | Corresponded by phone with Marc Roitman re: status of insider preference actions (.1); reviewed deadlines for service of process of insider preference actions (.1); drafted email to local counsel, Rick Cobb and Landon Ellis, re: status update on same (.1). | 0.30 hrs. |
| 02/02/12 | Y. YOO | Reviewed Order Granting Third Motion for Extension to Effect Service of Original Process re: pending status of insider preference actions (.4). | 0.40 hrs. |
| 02/06/12 | Y. YOO | Reviewed insider preference action against alleged insider (.2); discussed same with Douglas Deutsch (.1); provided comments to draft email to Aurelius' counsel re: circumstances underlying proposed dismissal of same (.2). | 0.50 hrs. |
| 02/06/12 | D. E. DEUTSCH | Review analysis on possible dismissal of action against alleged insider (.3); begin researching and drafting memorandum to counsel to Aurelius (Danny Golden) re: same (.7); request additional research on related issue from Young Yoo (.2). | 1.20 hrs. |
| 02/07/12 | Y. YOO | Researched issue re: statutory insider status for avoidance purposes (1.9); drafted email summary to Douglas Deutsch re: same (.4). | 2.30 hrs. |
| 02/08/12 | Y. YOO | Corresponded by email with Douglas Deutsch re: insider preference action against alleged insider (.1). | 0.10 hrs. |
| 02/08/12 | D. E. DEUTSCH | Review case law and memorandum from Young Yoo on insider analysis (.5); complete e-mail to counsel to Aurelius (Danny Golden) on related issue (.2); review related | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | responses from Danny Golden (.3); research re: same (.4); exchange related e-mails with Kevin Lantry (.2) and hold related call (.2). |  |
| 02/09/12 | D. E. DEUTSCH | Review and respond to two e-mails from Danny Golden re: dismissal of specific preference claims (.4). | 0.40 hrs. |
| 02/10/12 | D. E. DEUTSCH | Review and respond to e-mail from Daniel Golden re: treatment of preference claim (.4); related call with counsel to Wilmington Trust (Gordon Novod) (.2). | 0.60 hrs. |
| 02/20/12 | J. MARRERO | Review email correspondence re: dismissal of single preference claim against employee (0.6); draft email to Noteholders re: same (0.4). | 1.00 hrs. |
| 02/22/12 | D. E. DEUTSCH | Review materials on possible dismissal of action against insider (.6); draft detailed e-mail memorandum to David Adler, Danny Golden and Gordon Novod on same (.3). | 0.90 hrs. |
| 02/24/12 | D. E. DEUTSCH | Meeting with Young Yoo to discuss motion to extend service on various preference actions (.2); review, research and edit memorandum to Committee on dismissal of preference action against former employee (1.4); review e-mails from/to Rick Cobb on preference deadline matter (.2); discuss edits to memo on dismissal of preference action with Michael Distefano (.3). | 2.10 hrs. |
| 02/24/12 | Y. YOO | Corresponded by email with local counsel, Rick Cobb, re: updated information chart on tolling agreements with professionals (.4); corresponded by phone with local counsel, Rick Cobb, re: updated information chart on tolling agreements with professionals (.1); reviewed Third Motion to Extend Time to Effect Service (.7); discussed same with | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

|  |  | Douglas Deutsch (.1); corresponded by email with Rick Cobb re: comments to same (.1); reviewed status of dismissal of certain insider preference actions under threshold amount (.5). |  |
| 02/24/12 | M. DISTEFANO | Meetings with D. Deutsch re alleged insider preference action (.7); revised memo to Committee re same and circulated (1.6). | 2.30 hrs. |
| 02/27/12 | M. DISTEFANO | Finalize and distribute memo re extension of preference action service deadlines (.6) | 0.60 hrs. |
| 02/27/12 | D. E. DEUTSCH | Review draft motion to extend service in preference actions drafted by Landon Ellis (.4); exchange e-mails with Landon Ellis re: related changes to same (.2); review and edit related posting note (.1); exchange additional e-mails with Landon Ellis re: Committee review of same (.2); exchange e-mails with Michael Distefano re: steps to dismiss preference claim against employee (.2). | 1.10 hrs. |
| 02/29/12 | D. E. DEUTSCH | Exchange e-mails (.1) and hold conference with Michael Distefano re: dismissal of preference action (.2). | 0.30 hrs. |
| 02/29/12 | M. DISTEFANO | Drafted email to LRC re preference dismissal of alleged insider (.5). | 0.50 hrs. |

                    **Total Fees for Professional Services**.............  **$11,279.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 8.40 | 6258.00 |
| J. MARRERO | 435.00 | 1.00 | 435.00 |
| M. DISTEFANO | 435.00 | 3.40 | 1479.00 |
| Y. YOO | 565.00 | 5.50 | 3107.50 |
| TOTALS | | 18.30 | 11279.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page     1

                              For Services Through February 29, 2012

Our Matter #19804.014
              EMPLOYEE ISSUES


| 02/22/12 | J. MARRERO | Review severance terms of former executive (0.2); email correspondence with AlixPartners re same (0.2). | 0.40 hrs. |
| 02/22/12 | D. E. DEUTSCH | Review notice on employee severance (.1) and e-mail Jessica Marrero re: same (.1). | 0.20 hrs. |
| 02/23/12 | J. MARRERO | Email correspondence with AlixPartners re termination of former executive and severance package | 0.20 hrs. |
| 02/28/12 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: termination of executive and related follow-up (.2). | 0.20 hrs. |


          Total Fees for Professional Services.............     $559.00


                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | .40 | 298.00 |
| J. MARRERO | 435.00 | .60 | 261.00 |
| TOTALS | | 1.00 | 559.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                                    For Services Through February 29, 2012
    Our Matter #19804.017
              GENERAL LITIGATION


02/03/12   M. ROITMAN         Review filings in Neil adversary        0.30 hrs.
                              proceeding and revise report on
                              same (0.3)

02/08/12   D. E. DEUTSCH      Review final approval order and         0.80 hrs.
                              various additional documents in
                              Neil action (.5); review last
                              week's weekly adversary reports
                              (.3).

02/10/12   D. E. DEUTSCH      Review update on Neil litigation        0.30 hrs.
                              next steps from US DOL (.3).

02/17/12   D. E. DEUTSCH      Review weekly adversary report          0.30 hrs.
                              (.1) and MDL report (.2).


          **Total Fees for Professional Services..............   $1,191.50**


                          TIMEKEEPER SUMMARY

    Timekeeper's Name            Rate      Hours         Amount

    D. E. DEUTSCH               745.00      1.40         1043.00
    M. ROITMAN                  495.00       .30          148.50
                     TOTALS                 1.70         1191.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                               For Services Through February 29, 2012

  Our Matter #19804.018
           TRAVEL


02/02/12   D. E. DEUTSCH      Non-working travel to/from          2.60 hrs.
                              Delaware to attend court hearing
                              (2.6).

02/15/12   D. E. DEUTSCH      Non-working travel to/from          3.10 hrs.
                              Delaware to attend today's court
                              hearing.

02/23/12   E. DAUCHER        Non-working travel to and from       9.00 hrs.
                              Pate and Hochschild depositions
                              (Jenner & Block offices, Chicago).

02/28/12   M. D. ASHLEY       Non-working travel to and from      2.30 hrs.
                              allocation disputes status
                              conference in Wilmington (2.3).


        **Total Fees for Professional Services..............   $10,300.00**



                        TIMEKEEPER SUMMARY

  Timekeeper's Name          Rate      Hours         Amount

  M. D. ASHLEY              695.00      2.30         1598.50
  D. E. DEUTSCH             745.00      5.70         4246.50
  E. DAUCHER                495.00      9.00         4455.00
                   TOTALS              17.00        10300.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through February 29, 2012

Our Matter #19804.020
            SHAREHOLDER CLAIMS


02/01/12   M. ROITMAN        Draft presentation re: stay        0.70 hrs.
                             motions and MDL Order for 2/2/12
                             Committee meeting (0.5);
                             confer/correspond with D. Deutsch
                             re: same (0.2)

02/01/12   D. E. DEUTSCH     Exchange multiple e-mails with     1.00 hrs.
                             James Sottile re: tomorrow's
                             hearing (.3); hold related call
                             (.2); hold second call with James
                             Sottile re: addressing MDL order
                             with court following tomorrow's
                             hearing outcome (.3); e-mail
                             litigation team re: same (.2).

02/01/12   M. D. ASHLEY      Reviewed court order and related   0.60 hrs.
                             pleadings regarding MDL
                             proceedings (.6).

02/01/12   H. SEIFE          Review of draft memo report on MDL. 0.40 hrs.

02/01/12   T. J. MCCORMACK   Discuss status of MDL proceedings  0.10 hrs.
                             with Marc Ashley (0.1).

02/02/12   T. J. MCCORMACK   T/c Zuckerman re: stay issues      0.20 hrs.
                             (0.2).

02/02/12   H. SEIFE          Preparation for hearing (.8);      1.80 hrs.
                             hearing before J. Carey (1.0).

02/02/12   D. E. DEUTSCH     Review MDL court decision and      4.40 hrs.
                             related filings (1.1); draft
                             e-mail to James Sottile and Howard
                             Seife re: proposed steps to
                             address same (.6); discuss today's
                             hearing matters with James Sottile
                             (.3); participate in meeting with
                             MDL lawyers re: today's hearing
                             (.7); participate in-person in
                             today's hearing (1.4); review and
                             edit related memorandum to
                             Committee (.3).

02/02/12   M. ROITMAN        Telephonic appearance at           2.10 hrs.
                             Bankruptcy Court hearing on
                             motions regarding stays of state
                             law fraudulent conveyance actions
                             (1.4); draft email to Committee
                             reporting on hearing (0.6);

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                   March 22, 2012
435 N. MICHIGAN AVENUE                                         Page    2
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                   |            |
|------------|----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | correspond with D. Deutsch re: same (0.1)                                                                                                                                                                                                          |            |
| 02/02/12   | M. ROITMAN      | Draft memorandum re: tolling of statute of limitations in connection with dismissal of claims (1.6)                                                                                                                                              | 1.60 hrs.  |
| 02/03/12   | D. BAVA         | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.20).                                                                                                                                | 0.20 hrs.  |
| 02/03/12   | M. ROITMAN      | Draft memorandum re: tolling of statute of limitations in connection with dismissal of claims (1.9); confer/correspond with D. Deutsch re: same (0.1)                                                                                           | 2.00 hrs.  |
| 02/03/12   | M. ROITMAN      | Review filings in state law constructive fraudulent conveyance actions and revise report on same (0.4); confer with D. Bava re: same (0.1)                                                                                                      | 0.50 hrs.  |
| 02/03/12   | T. J. MCCORMACK | Review transcript of 2/2 hearing (0.5).                                                                                                                                                                                                          | 0.50 hrs.  |
| 02/07/12   | H. SEIFE        | Review status update of MDL and stay motion.                                                                                                                                                                                                     | 0.40 hrs.  |
| 02/08/12   | H. SEIFE        | Review of J.Holwell resignation and impact on MDL.                                                                                                                                                                                               | 0.40 hrs.  |
| 02/08/12   | D. BAVA         | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.80).                                                                                                                | 0.80 hrs.  |
| 02/08/12   | M. D. ASHLEY    | Emails with J. Sottile regarding status of MDL proceedings (.2); reviewed materials relating to MDL and litigation stay issues (.4).                                                                                                            | 0.60 hrs.  |
| 02/09/12   | M. D. ASHLEY    | Reviewed objection to Committee motion regarding transfer of FitzSimons action to MDL proceedings and related materials (.5); reviewed draft memorandum to Committee regarding FitzSimons service issues and related materials (.6).             | 1.10 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/09/12 | T. J. MCCORMACK | Review draft memo to Committee re: extension of service dates for D&O claims (0.2); review objection to Committee's motion on MDL transfer issues (0.3); t/c Zuckerman re: same (0.1); review e-mails on status of Wilmington dispute with Zell re: discovery (0.2). | 0.80 hrs. |
| 02/10/12 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 0.40 hrs. |
| 02/13/12 | H. SEIFE | Review of MDL emails and activity (.5); review of notice of hearing (.2). | 0.70 hrs. |
| 02/13/12 | T. J. MCCORMACK | Review issues on extension of service date on FitzSimons case with Zuckerman (0.4). | 0.40 hrs. |
| 02/14/12 | T. J. MCCORMACK | Emails with M.Ashley re: MDL proceedings status. | 0.20 hrs. |
| 02/14/12 | T. J. MCCORMACK | Review MDL procedural orders on effect of vacate motions (0.2); review order on 3/29 hearing in CA (0.1); review reassignment order re: Judge Pauley (0.2); review Judge Pauley stay order and emails Zuckerman re: same (0.3); review current drafts of motion re: service adjournment (0.4). | 1.20 hrs. |
| 02/14/12 | M. D. ASHLEY | Emails with T. McCormack regarding status of MDL proceedings (.3); reviewed pleadings relating to MDL proceedings (.6). | 0.90 hrs. |
| 02/14/12 | H. SEIFE | Review of J.Pauley order. | 0.20 hrs. |
| 02/14/12 | M. ROITMAN | Draft memorandum re: update on MDL proceedings (1.4) | 1.40 hrs. |
| 02/15/12 | D. E. DEUTSCH | Review memorandum to Committee re: lender claim issues (.2); exchange e-mails (.1) and call with James Sottile re: same (.1); review draft memorandum to Committee from Zuckerman re: dismissal of certain | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    March 22, 2012
435 N. MICHIGAN AVENUE    Page   4
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | FitzSimons claims (.3); draft e-mail to James Sottile re: required follow-up related to same (.1). |  |
| 02/15/12 | J. MARRERO | Email correspondence with Special Counsel re: memorandum to Committee re FitzSimons - Lender actions (0.3); draft posting to Intralinks re: same (0.2). | 0.50 hrs. |
| 02/15/12 | D. E. DEUTSCH | Review Marc Roitman memorandum to Committee re: update on MDL matters (.3); draft comments on same (.2); exchange related e-mails with Zuckerman re: same (.2). | 0.70 hrs. |
| 02/15/12 | H. SEIFE | Hearing before Judge Carey on stay and MDL issues (.5). | 0.50 hrs. |
| 02/15/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.30). | 0.30 hrs. |
| 02/15/12 | M. ROITMAN | Telephonic appearance at Bankruptcy Court hearing (0.4); Revise memorandum re: update on MDL proceedings (1.3); confer/correspond with D. Deutsch and J. Sottile re: same (0.5) | 2.20 hrs. |
| 02/15/12 | M. D. ASHLEY | Reviewed draft memo regarding FitzSimons action claims and related materials (1.3); emails with D. LeMay, Zuckerman regarding same (.3). | 1.60 hrs. |
| 02/15/12 | T. J. MCCORMACK | Review transcript of 2/10 court conference (0.5). | 0.50 hrs. |
| 02/15/12 | T. J. MCCORMACK | Review docket information on MDL case (0.2); t/c Zuckerman re: status, upcoming tasks (0.3). | 0.50 hrs. |
| 02/16/12 | T. J. MCCORMACK | Review MDL docket on status (0.3); t/c Zuckerman re: remaining service issues (0.3). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/16/12 | M. ROITMAN | Revise memorandum re: update on MDL proceedings (0.2); correspond with J. Sottile and D. Deutsch re: same (0.2); Draft email to Committee re: same (0.2) | 0.60 hrs. |
| 02/16/12 | D. E. DEUTSCH | Review materials to prepare for meeting on claims against Madoff trust (.5); related conference call with James Sottile (.2). | 0.70 hrs. |
| 02/17/12 | C. L. RIVERA | Reviewing recent case activity in related LBO/shareholder lawsuits. | 0.60 hrs. |
| 02/17/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and revise report on same (0.8); | 0.80 hrs. |
| 02/17/12 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40); review and analysis of docket sheet for the period February 1 through February 17, 2012 re: motions to dismiss (.20); preparation of related motions (.80). | 1.40 hrs. |
| 02/17/12 | M. D. ASHLEY | Call with A. Goldfarb regarding status of MDL proceedings (.2); reviewed pleadings and correspondence relating to MDL proceedings (.7). | 0.90 hrs. |
| 02/20/12 | C. L. RIVERA | Reviewing recently filed motions to dismiss in related LBO/shareholder lawsuits. | 1.00 hrs. |
| 02/21/12 | D. E. DEUTSCH | Prepare for (.2) and hold call with Kevin Lantry re: possible dismissal of numerous LBO-related actions (.5). | 0.70 hrs. |
| 02/21/12 | D. E. DEUTSCH | Review materials re: possible dismissal of certain LBO claims (.2); exchange e-mails with James Sottile re: same (.1). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/22/12 | D. E. DEUTSCH | Exchange e-mails with James Sottile re: next steps on possible dismissal of certain claims (.2). | 0.20 hrs. |
| 02/22/12 | D. E. DEUTSCH | Exchange e-mails (.1) and hold call with James Sottile re: next steps with respect to dismissal of certain LBO-related claims (.4). | 0.50 hrs. |
| 02/22/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |
| 02/24/12 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 0.40 hrs. |
| 02/24/12 | D. E. DEUTSCH | Exchange e-mails with James Sottile re: dismissal of claims against certain FitzSimons defendants (.2); review court notice re: MDL (.2); | 0.40 hrs. |
| 02/24/12 | H. SEIFE | Review of MDL order. | 0.20 hrs. |
| 02/27/12 | D. E. DEUTSCH | Review draft motion to extend service deadline for certain actions (.6) and provide preliminary comments to Andrew Goldfarb on same (.5); exchange related e-mails with Andrew Goldfarb (.1); related call with James Sottile (.2); exchange e-mails with James Sottile re: dismissal of certain shareholder-related actions (.2). | 1.60 hrs. |
| 02/27/12 | T. J. MCCORMACK | Review draft motion on service deadlines (0.3); review draft motion to sever advisor claims (0.5); t/c Zuckerman re: same (0.3). | 1.10 hrs. |
| 02/27/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and revise report on same (0.8) | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2012
435 N. MICHIGAN AVENUE                               Page    7
CHICAGO, IL 60611


| 02/28/12 | T. J. MCCORMACK | Review draft motion to extend time for service issues (0.3); t/c Zuckerman re: same (0.1); review draft memo to Committee on Madoff dismissal (0.2); e-mails with M. Ashley re: MDL and stay issues (0.2). | 0.80 hrs. |

| 02/28/12 | M. D. ASHLEY | Emails with J. Sottile, R. Kirby regarding status of MDL proceedings (.4); reviewed materials relating to status of MDL proceedings (.8). | 1.20 hrs. |

| 02/28/12 | M. DISTEFANO | Reviewed letter from Aurelius to the Court (.3); drafted memo on MDL developments (3.6); revise and circulate draft motion on avoidance action service deadline extension (.3); | 4.20 hrs. |

| 02/28/12 | J. MARRERO | Conference with M.Distefano re: potential dismissal of preference claims under threshold. | 0.20 hrs. |

| 02/28/12 | R. M. KIRBY | Review and analyze case management order issued in multidistrict fraudulent conveyance litigation (2.1); review and comment on memo to Committee re same prepared by M. Distefano (1.4). | 3.50 hrs. |

| 02/28/12 | D. E. DEUTSCH | Review draft posting note memorandum and attachments on LBO litigation dismissal (.2); draft e-mail response to Andrew Goldfarb and Michael Distefano on next steps related to same (.1); exchange e-mails with Tom McCormack re: MDL matter (.1); call with Marc Ashley re: same (.1); review revised memorandum to Committee re: LBO lawsuit service extension (.3); exchange e-mails with Andrew Goldfarb re: same and related posting note to Committee (.2); review various e-mails re: MDL lawsuit/stay issue (.3); e-mail Marc Ashley re: response to inquiry on same (.2); participate in part of today's hearing related to MDL/stay issues (1.2). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2012
Page    8

| 02/29/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.60). | 0.60 hrs. |
| 02/29/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions (0.6) | 0.60 hrs. |
| 02/29/12 | M. D. ASHLEY | Revised draft Committee memo regarding MDL proceedings and reviewed related materials (1.3); emails with M. Distefano, Zuckerman regarding same (.4); reviewed draft motion to sever claims and related materials (.9). | 2.60 hrs. |
| 02/29/12 | T. J. MCCORMACK | Review draft submissions on stay issues (0.3); review schedule on service deadlines (0.3); review draft motion to sever advisor (0.3). | 0.90 hrs. |
| 02/29/12 | D. E. DEUTSCH | Review proposed draft motion to sever certain LBO claims (.6); call with Andrew Goldfarb re: same (.2). | 0.80 hrs. |
| 02/29/12 | M. DISTEFANO | Revised memo re MDL updates (.4). | 0.40 hrs. |

**Total Fees for Professional Services.............  $42,393.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | 4.60 | 4577.00 |
| T. J. MCCORMACK | 875.00 | 7.80 | 6825.00 |
| M. D. ASHLEY | 695.00 | 9.50 | 6602.50 |
| D. E. DEUTSCH | 745.00 | 14.80 | 11026.00 |
| D. BAVA | 295.00 | 4.50 | 1327.50 |
| C. L. RIVERA | 665.00 | 1.60 | 1064.00 |
| R. M. KIRBY | 595.00 | 3.50 | 2082.50 |
| J. MARRERO | 435.00 | .70 | 304.50 |
| M. DISTEFANO | 435.00 | 4.60 | 2001.00 |
| M. ROITMAN | 495.00 | 13.30 | 6583.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2012
Page    9

                    TOTALS         64.90        42393.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through February 29, 2012

Our Matter #19804.021
          PLAN LITIGATION


02/01/12   M. ROITMAN          Revise memorandum re: positions        6.70 hrs.
                               taken by parties in preliminary
                               statements (2.6);
                               confer/correspond with D. Deutsch
                               and D. Bava re: same (0.5); Draft
                               presentation re: confirmation
                               process for 2/2/12 Committee
                               meeting (1.8); Draft brief in
                               support of Committee's position on
                               allocation disputes (1.1);
                               Confer/correspond with A.
                               Rosenblatt re: same (0.7);

02/01/12   D. BAVA             Review and analysis of Allocation      3.80 hrs.
                               Disputes preliminary statements
                               re: parties, positions and
                               potential witnesses (.80); prepare
                               related charts (1.80);
                               organization of Allocation
                               Disputes preliminary statements
                               re: parties, positions and
                               potential witnesses (1.20).

02/01/12   A. ROSENBLATT       Review comments to draft unfair        2.90 hrs.
                               discrimination brief (.3); meet
                               with Roitman re: my comments to
                               draft brief related to unfair
                               discrimination (.5); review
                               discovery and allocation dispute
                               position statements in preparation
                               for Committee meeting re: same
                               (1.2); discuss summaries of same
                               with Roitman (.4); emails with
                               Ashley and Roitman re: responding
                               to discovery propounded on
                               Committee (.5).

02/01/12   M. D. ASHLEY        Emails with M. Roitman regarding       1.00 hrs.
                               allocation dispute discovery
                               issues (.3); reviewed pleadings
                               and correspondence relating to
                               allocation dispute discovery (.7).

02/01/12   H. SEIFE            Review of additional allocation        1.80 hrs.
                               dispute statements and filings.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/01/12 | T. J. MCCORMACK | Discuss status of allocation dispute discovery with M. Ashley (0.1). | 0.10 hrs. |
| 02/02/12 | T. J. MCCORMACK | Review parties' positions on allocation dispute, potential discovery and use of evidence (documents or testimony) at hearing on allocation issue (1.2); review expert testimony rule regarding drafts (0.3); status M. Ashley (0.1); review status report on 2/2 hearing (0.2). | 1.80 hrs. |
| 02/02/12 | H. SEIFE | Review of revised allocation chart issues (.8); review and revise draft allocation brief (1.4). | 2.20 hrs. |
| 02/02/12 | R. J. GAYDA | Review relevant pleadings filed in Third Circuit case (.9). | 0.90 hrs. |
| 02/02/12 | M. D. ASHLEY | Emails with Debtors' counsel regarding allocation dispute discovery issues (.2); emails with M. Roitman, Moelis regarding Committee allocation dispute document production issues (.3); reviewed related factual materials (.7); reviewed parties' allocation dispute position statements and related materials (1.3). | 2.50 hrs. |
| 02/02/12 | A. ROSENBLATT | Review revised allocation dispute brief (.4) and discuss with Roitman (.2); review latest draft of allocation recovery chart (.3); emails with Roitman and Ashley re: discovery issues (.3); emails from Moelis re: same (.2); email Deutsch re: timing for ballots and to address FCC issue (.2). | 1.60 hrs. |
| 02/02/12 | D. BAVA | Review and preparation of Allocation Disputes preliminary statements re: parties, positions and potential witnesses (.90). | 0.90 hrs. |
| 02/02/12 | M. ROITMAN | Draft brief in support of Committee's position on allocation disputes (1.7); confer with A. Rosenblatt re: same (0.3); Correspond with M. Ashley and S. | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |          |
|------------|----------------|----|----------|
|            |                | Sistla re: production of subordination scenario recovery model (0.5); call with S. Sistla re: same (0.1). |          |
| 02/02/12   | D. E. DEUTSCH  | Meeting with Dan Rath re: Wilmington Trust appeal issues (.5). | 0.50 hrs. |
| 02/03/12   | M. DISTEFANO   | Reviewed emails re: Moelis production (.6); call with Moelis re: same (.5). | 1.10 hrs. |
| 02/03/12   | M. ROITMAN     | Correspond with M. Ashley re: document production in connection with allocation disputes (0.4); Conference call with Moelis team, A. Rosenblatt and M. Ashley re: same (0.5); Call with DCL co-proponents re: valuation and effect on plan (0.8); Draft brief in support of Committee's position on allocation disputes (2.4); Confer with H. Seife and A. Rosenblatt re: same (0.6); Review subordination scenario recovery charts from Akin Gump (0.3); correspond with S. Sistla re: same (0.1). | 5.10 hrs. |
| 02/03/12   | A. ROSENBLATT  | Review revised allocation dispute recovery chart, including three different litigation trust scenarios (.8); call with Moelis to discuss same (.4); call with Boelter re: Debtor support for allocation dispute and related issues (.3); meeting with H. Seife to discuss allocation dispute (.3); call with Boelter and Bendernagel re: amount of trade claims in OPC class and impact on unfair discrimination issue (.4); participate on DCL call re: valuation and related issues (.8); meet with H. Seife to discuss same (.6); review Aurelius recovery chart (.5); emails with Roitman and Moelis comparing Aurelius chart to Committee chart and identifying differences, etc. (.3); emails with Ashley and | 5.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

|            |                  | Roitman re: discovery requests (.4); review Oaktree discovery response related to allocation disputes (.2). |            |
|------------|------------------|---|------------|
| 02/03/12   | A. K. NELLOS     | Review materials related to service of discovery responses for M. Ashley. | 0.40 hrs. |
| 02/03/12   | M. D. ASHLEY     | Call with T. McCormack regarding allocation dispute discovery issues (.2); call with A. Rosenblatt, M. Roitman, Moelis regarding Committee allocation dispute document production issues (.5); reviewed materials regarding same (1.1); emails with R. Kirby, A. Nellos, M. Roitman, Oaktree's counsel regarding allocation dispute document production issues (.7). | 2.50 hrs. |
| 02/03/12   | H. SEIFE         | Review report on conference call with DCL group (.3); conference with A.Rosenblatt regarding valuation issues (.6); review of Akin e-mail and revised recovery chart (.7). | 1.60 hrs. |
| 02/03/12   | T. J. MCCORMACK  | Review evidentiary and discovery issues relating to allocation hearing (1.3); confer M. Ashley re: same (0.2). | 1.50 hrs. |
| 02/05/12   | M. D. ASHLEY     | Emails with A. Rosenblatt and R. Kirby regarding allocation dispute discovery issues (.3); reviewed materials relating to parties' allocation dispute discovery positions (.6). | 0.90 hrs. |
| 02/06/12   | M. D. ASHLEY     | Emails with A. Rosenblatt, R. Kirby regarding allocation dispute document production issues (.5); revised draft Committee document production letter (.3); reviewed correspondence and pleadings relating to Committee document production (.9); call with J. Bendernagel (Sidley) regarding document production issues (.2); meeting with R. Kirby regarding | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      March 22, 2012
435 N. MICHIGAN AVENUE                             Page    5
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                             |            |
|------------|----------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | Committee document production (.2); emails with J. Bendernagel regarding same (.1); reviewed parties' allocation dispute document production materials (.8); reviewed Wilmington Trust discovery dispute letter and related materials (.8). |            |
| 02/06/12   | R. M. KIRBY    | Drafting letter in response to Aurelius's Allocation Disputes discovery requests.                                                                                                            | 1.80 hrs.  |
| 02/06/12   | H. SEIFE       | Review of document discovery letters (.5); review of Committee document production letter (.4); review of letter to J.Carey (.3).                                                            | 1.20 hrs.  |
| 02/06/12   | A. ROSENBLATT  | Review emails from allocation dispute parties re: discovery, service and responses to discovery requests (.5); review Ashley draft letter responding to discovery served on Committee (.3); review EGI-Trib discovery production (.3); review Wilmington Trust objection to same (.3); review Aurelius recovery chart (.6); call with Moelis team to discuss recovery chart (.5); discuss same with H. Seife (.3); call with Sidley team (Boelter and Twomey) re: recovery chart, claim issue and open issues to resolve re: same (.5); follow up emails with Moelis re: same (.3). | 3.60 hrs.  |
| 02/06/12   | D. E. DEUTSCH  | Review part of transcript from last week's hearing (.4); review notice on docketing of appeals (.2); e-mail Dan Rath re: open issues and next steps related to same (.2).                    | 0.80 hrs.  |
| 02/06/12   | T. J. MCCORMACK | Review draft production letter regarding discovery/information on allocation dispute (0.3); review overall allocation hearing discovery questions, including potential discovery by Committee, potential use of experts at hearing and evidentiary issues re: | 1.40 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2012
Page    6

| | | | |
|---|---|---|---|
| | | same and documents produced by other parties (1.0); discuss status of same with M. Ashley (0.1). | |
| 02/07/12 | D. E. DEUTSCH | Review materials on Wilmington Trust appeal (.3); exchange e-mails with Dan Rath on same (.2). | 0.50 hrs. |
| 02/07/12 | A. ROSENBLATT | Call with D. Golden re: Aurelius recovery chart and reasoning for certain assumptions contained therein (.3); additional comments/revisions to draft brief section re: unfair discrimination (.5); conference with H.Seife regarding valuation and effect on plan (.5). | 1.30 hrs. |
| 02/07/12 | H. SEIFE | Review of Wilmington Trust discovery motion (.2); conference with A.Rosenblatt regarding plan/disclosure statement issues (.6). | 0.80 hrs. |
| 02/07/12 | M. D. ASHLEY | Reviewed materials relating to allocation dispute document productions (.5); reviewed Wilmington Trust's papers on motion for leave to take allocation dispute discovery (.4). | 0.90 hrs. |
| 02/08/12 | M. D. ASHLEY | Call with D. LeMay regarding allocation dispute and confirmation appeal issues (.2); reviewed Wilmington Trust reply brief on motion for leave to appeal and related materials (.9); reviewed materials regarding allocation dispute discovery issues (.8); emails with D. LeMay regarding allocation dispute and appeal issues (.7); emails with D. LeMay, A. Nellos regarding allocation dispute deposition issues (.4); emails with D. Rath regarding confirmation appeal issues (.4). | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/08/12 | H. SEIFE | Review emails from Moelis and A.Rosenblatt regarding recovery charts (.8); review of Zell response letter (.3); review notices of deposition (.3). | 1.40 hrs. |
| 02/08/12 | Y. YOO | Reviewed cases on jurisdictional authority issue (2.3). | 2.30 hrs. |
| 02/08/12 | A. ROSENBLATT | Meet with LeMay and provide update re: past week developments and pressing issues (.3); meeting with Roitman re: same (.3); emails with Moelis team re: recovery chart (.4); call with Sidley (Twomey and Boelter) re: recovery chart and related issues (.5); review revised brief from Roitman (.6); call with Schaible re: proposed tax amendments to plan and issues related thereto (.3); discussions with LeMay re: same (.2); discussions with Leder re same (.2); begin to review amended plan sent from Sidley (.4). | 3.20 hrs. |
| 02/08/12 | D. E. DEUTSCH | Review memorandum by Landis Rath team on certain appeal issues (.5); review case appeal documents from similar case (.4); exchange e-mails with Dan Rath re: appeal matter (.1). | 1.00 hrs. |
| 02/08/12 | D. M. LeMAY | Prepare for (.4) and participate in (.6) call w/Sidley re: recovery scenarios chart (1.0). Review cases and materials re: Divestiture Rule and possible application to Tribune (2.1). | 4.10 hrs. |
| 02/08/12 | M. ROITMAN | Revise brief in support of Committee's positions on allocation disputes (2.6); confer with A. Rosenblatt re: same (0.3); Call with Sidley team re: unfair discrimination allocation dispute (0.5); confer with C&P team following call (0.2); Confer/Correspond with S. Sistla re: subordination scenario recovery charts (0.3); confer/correspond with A. | 4.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                                                          |           |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | Rosenblatt re: same (0.3); Review revised Third Amended DCL Plan and Allocation Dispute Protocol (0.4)                                                                                                                                                                                                                                                                                     |           |
| 02/08/12   | T. J. MCCORMACK | Review issues on allocation dispute, including discovery, timing and use as evidence (1.0); review issues on upcoming allocation discovery (0.8); conference wtih A. Nellos re: status of discovery issues (0.1); review appeal questions on confirmation order and timing of same (0.4).                                                                                                   | 2.30 hrs. |
| 02/09/12   | M. ROITMAN      | Revise brief in support of Committee's positions on allocation disputes (1.4); confer with A. Rosenblatt re: same (0.5); Review revised subordination scenario recovery chart (0.3); correspond with Moelis ream re: same (0.1).                                                                                                                                                           | 2.30 hrs. |
| 02/09/12   | A. ROSENBLATT   | Review amended plan (.5); discuss same with LeMay and Roitman (.3); call with Sidley (Boelter) re: valuation expert issue (.3); provide comments to Roitman re: draft brief and discuss same (.6); provide additional comments to recovery chart to address all comments received from allocation dispute parties (.4); emails with LeMay re: process for responding to Aurelius recovery chart (.3). | 2.40 hrs. |
| 02/09/12   | Y. YOO          | Reviewed cases on jurisdictional authority issue (4.7).                                                                                                                                                                                                                                                                                                                                   | 4.70 hrs. |
| 02/09/12   | A. K. NELLOS    | Begin to review materials relevant to recently-noticed depositions of Chandler Bigelow, Chris Hochschild, and Nils Larsen.                                                                                                                                                                                                                                                                | 1.40 hrs. |
| 02/09/12   | H. SEIFE        | Review of revised draft of Plan and Allocation Dispute Protocol (1.1); review of WTC comments to chart (.3).                                                                                                                                                                                                                                                                              | 1.40 hrs. |