TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page     9
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/09/12 | D. M. LeMAY | Work on subordination scenarios chart. | 0.60 hrs. |
| 02/10/12 | H. SEIFE | Review report on hearing before J.Carey on discovery dispute (.5); review Sidley email regarding comments to recovery chart (.4); review of revised recovery chart (.7). | 1.60 hrs. |
| 02/10/12 | A. K. NELLOS | Exchange emails with M. Ashley regarding depositions. | 0.30 hrs. |
| 02/10/12 | A. ROSENBLATT | Review proposed plan change from Davis Polk (.2) and discuss same with J. Sottile (.3); participate at telephonic discovery conference with Court (.6); review D. Bradford request re: recovery chart (.3); review revised Moelis chart running new scenarios to sync with Aurelius model (.5); email and call to Sidley (Twomey) re: remittal of allocation dispute recovery chart to all parties (.3); discussions with Roitman to finalize recovery chart in preparation for distribution to all allocation dispute parties (.5); draft email and remit allocation dispute recovery chart to all allocation dispute parties (.3). | 3.00 hrs. |
| 02/10/12 | M. ROITMAN | Review proposed amendments to DCL Plan (0.3); Call with J. Sottile and A. Rosenblatt re: same (0.2); Revise subordination scenario recovery charts (1.9); Call with J. Bendernagel re: same (0.2); confer/correspond with Moelis team re: same (0.2); Telephonic appearance at Bankruptcy Court hearing re: allocation dispute discovery (0.5); confer with C&P team following hearing (0.2); correspond with H. Seife re: hearing (0.2); Revise brief in support of Committee's position on allocation disputes (0.9). | 4.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                Page   10
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/10/12 | M. D. ASHLEY | Emails with A. Nellos regarding allocation dispute depositions (.2); reviewed parties' allocation dispute discovery correspondence and related materials (.8); attended court conference regarding allocation dispute discovery issues (.5). | 1.50 hrs. |
| 02/10/12 | D. E. DEUTSCH | Review numerous e-mails and related documents from case parties related to discovery for amended plan confirmation (.7); exchange e-mails with Helen Lamb re: tracking depositions (.1); participate in part of hearing on various discovery disputes (.4). | 1.20 hrs. |
| 02/10/12 | D. M. LeMAY | Participate in conference call hearing in USBC. | 0.50 hrs. |
| 02/10/12 | T. J. MCCORMACK | Review allocation dispute evidentiary issues, including parties' discovery directed to same (0.7); confer M. Ashley re: court conference on allocation issues (0.1). | 0.80 hrs. |
| 02/13/12 | T. J. MCCORMACK | T/c Zuckerman re: potential evidentiary issues on allocation hearing (0.3); review Moelis information/summary on allocation matters (0.4); review designation/scheduling issues on use of fact/expert testimony on allocation issues (0.6). | 1.30 hrs. |
| 02/13/12 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: upcoming deposition issue (.2). | 0.20 hrs. |
| 02/13/12 | A. ROSENBLATT | Multiple emails from allocation parties re: recovery chart and related issues (.6); review Dewey comments to allocation dispute protocol (.3); review proposed changes to release language sent from arrangers and consider same (.3). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page   11
CHICAGO, IL 60611

| 02/13/12 | M. ROITMAN | Revise draft brief in support of Committee's position on allocation disputes (0.6); call with S. Sistla re: effect of updated valuation on unfair discrimination scenarios (0.2). | 0.80 hrs. |
|---|---|---|---|
| 02/13/12 | H. SEIFE | Review of revisions to dispute allocation protocol (.3); review and revised draft Committee brief (1.3). | 1.60 hrs. |
| 02/14/12 | H. SEIFE | Review of comments to recovery chart (.4); review emails regarding S.Bell deposition (.2); review emails regarding hearing witnesses (.4); review of revised drafts to supplemental disclosure documents (1.2). | 2.20 hrs. |
| 02/14/12 | R. J. GAYDA | Research re status plan proceedings in similar large Ch 11 case (1.1); research regarding rejection of plan in similar large case (1.4). | 2.50 hrs. |
| 02/14/12 | Y. YOO | Continue research re: plan jurisdictional authority issue (1.8). | 1.80 hrs. |
| 02/14/12 | M. ROITMAN | Revise brief in support of position on unfair discrimination allocation dispute (0.8); Meet with A.Rosenblatt re: same (0.4); Meet with H.Seife re: same (0.2); Confer/correspond with S. Sistla re: proposed revisions to subordination scenario recovery chart (0.5) | 1.90 hrs. |
| 02/14/12 | A. ROSENBLATT | Multiple emails with Sidley and other parties re: recovery chart (.6); call with Bendernagel re: other parent claim amount and related issues (.5); work on allocation dispute brief and provide draft to H. Seife (1.6); meet with Roitman re: same (.5); review latest version of recovery chart (.2). | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     March 22, 2012
435 N. MICHIGAN AVENUE                     Page   12
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/14/12 | D. E. DEUTSCH | Exchange multiple e-mails with Dan Rath re: appeal issues and related required follow-up (.4); draft e-mail to Marc Roitman re: MDL update for Committee (.2); review and edit draft memorandum to Committee regarding same (.5); exchange further e-mails with Dan Rath re: appeal issues (.2). | 1.30 hrs. |
| 02/14/12 | D. E. DEUTSCH | Review multiple e-mails from numerous case parties re: discovery issues (.4); exchange e-mails with Marc Roitman re: discovery matters (.2); exchange e-mails with Marc Ashley re: upcoming depositions (.3); review proposed settlement provided by Kevin Lantry re: retiree issues (.4); research related to same (.8); e-mail David LeMay and Andrew Rosenblatt re: related next steps (.2). | 2.30 hrs. |
| 02/14/12 | A. K. NELLOS | Review materials related to depositions (1.3), Exchange various emails  with M.Ashley related to upcoming depositions (.3). | 1.60 hrs. |
| 02/14/12 | D. M. LeMAY | Review Creditor Trust provisions of DCL Plan in response to Aurelius request to eliminate same. | 0.80 hrs. |
| 02/14/12 | D. M. LeMAY | Review Position Statements previously filed by all parties on allocation disputes. | 1.10 hrs. |
| 02/14/12 | M. D. ASHLEY | Emails with D. Deutsch, A. Nellos regarding allocation dispute depositions (.4); reviewed factual materials relating to allocation dispute depositions (1.4). | 1.80 hrs. |
| 02/14/12 | T. J. MCCORMACK | Review issues on allocation calculations and possible evidentiary issues regarding same (0.9); review Whitman materials in plan document re: same (0.5). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page   13
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/15/12 | T. J. MCCORMACK | Review status of discovery on allocation issues (0.7). | 0.70 hrs. |
| 02/15/12 | M. D. ASHLEY | Emails with A. Nellos regarding allocation dispute deposition issues (.4); reviewed allocation dispute document productions and related materials (1.3). | 1.70 hrs. |
| 02/15/12 | D. M. LeMAY | Review of revised Plan (2.1), revised Disclosure Document (2.4), proposed insert re: valuation (.6) and draft solicitation procedures motion (.8). | 5.90 hrs. |
| 02/15/12 | D. M. LeMAY | Review latest draft of Committee brief (.8); meeting w/H. Seife, A. Rosenblatt and M. Roitman to review H. Seife comments to brief (.6). | 1.40 hrs. |
| 02/15/12 | M. ROITMAN | Revise brief in support of position on unfair discrimination allocation dispute (8.8); Meet with H. Seife, D. LeMay, A. Rosenblatt re: same (0.5); Revise subordination scenario recovery chart (0.8); correspond with Moelis team re: same (0.4); call with A. Rosenblatt, J. Boelter and D. Twomey re: same (0.2); confer with A. Rosenblatt following call (0.2); Call with A. Rosenblatt and D. Rosner re: plan distributions prior to application of subordination provisions (0.2); Review draft supplemental disclosure document (1.5); confer with A. Rosenblatt re: same (0.2) | 12.80 hrs. |
| 02/15/12 | A. K. NELLOS | Review Retirees production prior to deposition (2.3) and review briefing related to deposition (.6). Attend deposition of Susan Bell (4.4). Prepare summary of deposition (.4). Confer with M. Ashley regarding timing of various issues and other related deposition issues (.4). | 8.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page   14
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/15/12 | A. ROSENBLATT | Emails between allocation dispute parties re: witnesses and related issues (.3); review revised recovery chart sent from Moelis (.2) and Roitman email with questions about calculations (.2); review revised disclosure statement (.8) and revert with comments to K. Mills at Sidley (.6); review Teitelbaum email re: expert witness (.2); meet with H. Seife, D.LeMay and M.Roitman re: comments/thoughts to allocation dispute brief (.6); further discussion re: same with M. Roitman (.3); further emails with Moelis re: new calculations in recovery chart (.2); review Sidley recovery calculations set forth in draft revised disclosure documents (.3); review Roitman comments to disclosure documents (.3); review EGI recovery chart circulated by Jenner & Block (.3); review additional emails from Moelis explaining calculations in recovery chart (.3); review email from Sidley attaching proposed supplemental retiree settlement (.3); review proposed disclosure insert re: valuation sent from Sidley (.3); review update from Roitman re: call with Sidley on recovery chart (.2); review Rosner email objecting to retiree expert witness (.2); call with Rosner re: recovery chart (.2); review updated valuation sent from Sidley (.2); review retiree response to Rosner objection (.1); review Dewey comments to disclosure documents (.3). | 6.40 hrs. |
| 02/15/12 | H. SEIFE | Review and revise draft brief on discrimination issue (.7); meeting with A.Rosenblatt regarding same (.6); preparation for hearing before Judge Carey (.3) hearing on confirmation issues (.8); review of plan revisions (1.1). | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page   15
CHICAGO, IL 60611


| 02/16/12 | H. SEIFE | Review of EGI-TRB chart (.2); conference call with Debtors on valuation (.6); review of draft disclosure statement insert (.7); review draft solicitation motion (.8); review emails regarding EGI-TRB position (.4). | 2.70 hrs. |

02/16/12   A. ROSENBLATT        Participate on DCL Plan Proponent         4.40 hrs.
                                call re: updated valuation (.8);
                                continue to work on finalizing
                                draft of allocation dispute brief
                                (1.4) and discuss same with
                                Roitman and LeMay (.4); emails
                                with Rosner re: recovery chart and
                                related issues (.4); review emails
                                from EGI counsel re: explanations
                                of EGI scenario recovery chart
                                (.2); review EGI revised
                                allocation chart (.3); review
                                Intralinks post to Committee re:
                                amended plan and amended
                                disclosure documents and provide
                                comments to same (.2); review
                                update from Roitman re: recovery
                                chart call with Aurelius (.2);
                                review summary of S. Bell
                                deposition attended by A. Nellos
                                (.2); call with J. Teitelbaum re:
                                allocation disputes (.3).

02/16/12   J. MARRERO           Review Plan documents and draft          3.50 hrs.
                                posting to the Committee re same
                                (0.9); Revise Intralinks posting
                                (0.7); Email correspondence with
                                M.Roitman re: same (0.5); draft
                                email to Committee Co-Chairs re:
                                approval of Committee re: Plan
                                documents (0.6); revise same
                                (0.2); Email correspondence with
                                Co-Chairs re: same (0.4); email
                                correspondence with D.Bava re:
                                posting (0.2).

02/16/12   T. J. MCCORMACK      Review EGI-TRB communications re:         1.10 hrs.
                                depositions of Messrs. Hochschild
                                and Pate (0.3); review allocation
                                issues and prospects for
                                stipulating key facts (0.8).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                Page   16
CHICAGO, IL 60611

| 02/16/12 | D. E. DEUTSCH | Review revised Disclosure Statement draft and provide comments on parts of same (2.8). | 2.80 hrs. |

| 02/16/12 | D. E. DEUTSCH | Exchange e-mails with Marc Ashley re: discovery matters (.2); review materials re: discovery and upcoming depositions (.7); meeting with Eric Daucher to discuss preparation for depositions (.2). | 1.10 hrs. |

| 02/16/12 | A. K. NELLOS | Revise deposition summary of Susan Bell. | 0.60 hrs. |

| 02/16/12 | M. ROITMAN | Call with DCL co-proponents re: updated valuation (0.8); Revise brief in support of position on unfair discrimination allocation dispute (6.1); Confer with A. Rosenblatt and D. LeMay re: same (0.4); Review supplement to solicitation procedures motion (0.5); Confer/correspond with J. Stenger and D. LeMay re: same (0.3); Call with Moelis re: subordination scenario recovery chart (0.2); Conference call with Aurelius and Moelis re: same (0.5); call with Z. Jamal following call with Aurelius (0.1); Meet with A. Rosenblatt re: same (0.3) | 9.20 hrs. |

| 02/16/12 | D. M. LeMAY | Call from K. Lantry re: valuation issue (.2) Review confirmation decision portions dealing w/valuation (.8). Revise draft brief re: unfair discrimination (3.5). Review all cases cited in draft (2.2). Call w/Co-proponents re: valuation update (.6) and review Sidley language re: same (.3). T/c's (2x) w/Zul Jamal at Moelis re: valuation (.3); work on memo to Committee re: revised Plan and Disclosure Statement (.5). | 8.40 hrs. |

| 02/16/12 | M. D. ASHLEY | Emails with D. Deutsch, A. Nellos regarding allocation disputes depositions (.3); revised summary of S. Bell deposition and reviewed related materials (1.2). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     March 22, 2012
435 N. MICHIGAN AVENUE                            Page   17
CHICAGO, IL 60611


| 02/17/12 | M. D. ASHLEY | Reviewed allocation dispute deposition transcript and related materials (1.1). | 1.10 hrs. |
|---|---|---|---|
| 02/17/12 | M. ROITMAN | Call with DCL co-proponents re: valuation update (1.2); Revise subordination scenario recovery chart (1.7); Call with Matt Stein re: same (0.3); call with S. Sistla re: same (0.2); confer with J. Rosenblatt and D. LeMay re: Committee approval of plan (0.3); Call with G. Davis and A. Lipkind re: modifications to Third Amended Plan (0.3); Confer/correspond with M. McGuire and K. Brown re: legal argument in connection with unfair discrimination allocation dispute (0.4) | 4.40 hrs. |
| 02/17/12 | Y. YOO | Continue analysis on plan jurisdictional authority issue (1). | 1.00 hrs. |
| 02/17/12 | D. M. LeMAY | Review and revisions to draft brief regarding unfair discrimination. | 4.70 hrs. |
| 02/17/12 | D. M. LeMAY | Review latest draft of Supplemental Disclosure Document (2.6). Two t/cs with J. Sottile re: pending issue concerning scope of arranger's release under Plan (.6). | 3.20 hrs. |
| 02/17/12 | D. E. DEUTSCH | Review various e-mails from case parties re: discovery disputes (.3); exchange e-mails with David LeMay re: upcoming deposition issues (.2); review discovery-related motion from Jay Teitelbaum (.2); review deposition summary and related exhibits (.4); review research and cases re: new confirmation issue (2.7); meeting with David LeMay to discuss same (.2); review deposition schedule (.1) and exchange e-mails with Eric Daucher and Marc Ashley re: same (.2). | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2012
Page   18

| 02/17/12 | T. J. MCCORMACK | Review transcript of Susan Bell deposition. | 0.60 hrs. |
|---|---|---|---|
| 02/17/12 | J. MARRERO | Draft emails to Committee members re: approval on Plan documents (1.6); Follow up calls and emails with Committee members re: votes on same (0.9); email correspondence with Committee members re: same (0.6) | 3.10 hrs. |
| 02/17/12 | A. ROSENBLATT | Call with Sottile re: release issue in amended plan (.2); review Davis Polk comments to plan documents (.4); emails with Sidley (Twomey) re: status of finalizing recovery chart (.2); review Roitman emails to Sidley re: same (.2); follow-up emails with Sottile re: release language in plan (.3); finalize and remit draft allocation dispute brief to DCL Plan Proponent group (.6); review alternative valuation inserts to be included in disclosure documents (.4); review email from Roitman summarizing call with Law Debenture and status of finalizing recovery chart (.2); final review of amended plan and disclosure documents in advance of Monday filing (1.0). | 3.50 hrs. |
| 02/17/12 | H. SEIFE | Review of comments on disclosure statement and appendix (.8); review and revised unfair discrimination brief (.8). | 1.60 hrs. |
| 02/18/12 | H. SEIFE | Review of revised drafts of disclosure statement and plan (1.1); review of valuation insert (.5). | 1.60 hrs. |
| 02/18/12 | M. ROITMAN | Review revised plan and supplemental disclosure document (1.2); correspond with D. LeMay and A. Rosenblatt re: same (0.3) | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page   19
CHICAGO, IL 60611

| 02/19/12 | D. E. DEUTSCH | Review revised supplemental solicitation materials (1.6); exchange e-mails with James Stenger re: review of parts of same (.2). | 1.80 hrs. |
|---|---|---|---|
| 02/20/12 | H. SEIFE | Review of draft supplemental disclosure (.8); review of revised protocol and ballots (.6); review of valuation insert (.4); review of revised charts (.5); review of revised draft plan (.7); review emails from parties with comments to plan (.8). | 3.80 hrs. |
| 02/20/12 | R. J. GAYDA | Research re confirmation hearing in similar Ch 11 case (.7) and vacatur of prior order (.4). | 1.10 hrs. |
| 02/20/12 | J. MARRERO | Follow up by email and telephone with Committee members re: approval of DCL Plan documents (1.7); email correspondence with M.Roitman re: same (0.2); email correspondence with D.Deutsch re: same (0.2). | 2.10 hrs. |
| 02/20/12 | D. E. DEUTSCH | Review various group e-mail updates re: confirmation discovery matters (.3). | 0.30 hrs. |
| 02/20/12 | D. E. DEUTSCH | Call with Andrew Rosenblatt to discuss various plan/solicitation matters (.2). | 0.20 hrs. |
| 02/20/12 | A. ROSENBLATT | Review and provide comments to revised plan documents (1.6); review comments from Davis Polk and Dewey re: same (1.0); multiple emails with Roitman re: status of recovery chart (.5); emails with allocation dispute parties re: stipulating to admissibility of recovery chart (.5);  work on allocation dispute brief (1.3). | 4.90 hrs. |
| 02/20/12 | A. K. NELLOS | Begin to review materials related to debtors' production. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page   20
CHICAGO, IL 60611


02/20/12   D. M. LeMAY        Review and revise Third Amended        7.50 hrs.
                              Plan and Disclosure Supplement and
                              Resolicitation materials (5.3);
                              various calls and emails with
                              parties to finalize same (2.2)

02/20/12   M. ROITMAN         Confer/correspond with B. Hall and     5.80 hrs.
                              A. Lung re: dismissal of
                              Publishers Forest Products from
                              plan (0.4); confer with D. LeMay
                              re: same (0.2); Review revised
                              resolicitation materials (0.7);
                              call with J. Ludwig re: same
                              (0.2), confer/correspond with D.
                              LeMay re: comments to Plan and
                              Disclosure Statement (0.3); Review
                              revisions to Plan and Disclosure
                              Statement (0.5); confer/correspond
                              with D. LeMay re: same (0.2);
                              correspond with S. Siesta and K.
                              Mills re: same (0.2); Revise
                              subordination scenario recovery
                              chart (1.3); meet with D. LeMay
                              and A. Rosenblatt re: same (0.3);
                              Draft email correspondence to
                              counsel for all case parties re:
                              recovery chart (0.4); call with D.
                              Bradford re: GI's requested
                              revisions to same (0.2);
                              confer/correspond with D. LeMay
                              and A. Rosenblatt re: same (0.5);
                              Revise subordination scenario
                              recovery chart in connection with
                              same (0.4).

02/21/12   M. ROITMAN         Revise brief in support of            2.00 hrs.
                              position on unfair discrimination
                              allocation dispute (0.6); Meet
                              with A. Rosenblatt re: same (0.2),
                              call with J. Bendernagel and A.
                              Rosenblatt re: same (0.1); Call
                              with K. Brown re: unreported
                              Delaware cases in connection with
                              same (0.1); Call with M. Stein re:
                              subordination scenario recovery
                              chart (0.2); Call with G. Novod
                              re: same (0.2); Conference call
                              with Aurelius, Moelis and Law
                              Debenture re: same (0.4); Call
                              with A. Rosenblatt and J.
                              Teitelbaum re: same (0.2);

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page   21
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/21/12 | A. K. NELLOS | Review discovery materials provided by debtors (1.8). Draft email discussing key documents to M. Ashley (.4) | 2.20 hrs. |
| 02/21/12 | T. J. MCCORMACK | T/c with Zuckerman re: confirmation hearing, MDL case, tasks, allocation evidence and related issues (0.8); conference with M. Ashley re: status of same (0.2); review evidentiary issues on allocation hearing (0.8). | 1.80 hrs. |
| 02/21/12 | A. ROSENBLATT | Separate calls with Bendernagel (.5), Johnston (.4) and Vonnegut (.4) re: allocation dispute brief and joinder issue; call with J. Teitelbaum re: allocation dispute brief (.3); call with Roitman and M. Stein re: recovery chart (.3); call with Jenner Block re: recovery charts and related issues (.3); work with Roitman on revising and refining allocation dispute brief (1.8); final review of EGI proposed recovery chart (.3); review summary of A&M's findings re: Publisher's Forest Products and its proposed dismissal from chapter 11 cases (.3); review final version of amended disclosure documents that were filed with Court as sent from Sidley (.4); review Law Debenture objection to retirees calling expert witness at allocation dispute hearing (.3). | 5.30 hrs. |
| 02/21/12 | E. DAUCHER | Discuss deposition of Pate and Hochschild with D. Deutsch (.1); review materials re: same (.3); conference with Jenner & Block re: same (.1). | 0.50 hrs. |
| 02/21/12 | D. E. DEUTSCH | Exchange e-mails with Dan Rath and Kim Brown re: appeal issues (.3); meeting with Eric Daucher to discuss Thursday's depositions (.1); exchange related follow-up e-mails (.1); review various exhibits related to allocation (1.9); initial review of final | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2012
Page    22

| | | | |
|---|---|---|---|
| | | plan/disclosure statement (.9); exchange e-mails with David Bava re: related action item (.1). | |
| 02/21/12 | H. SEIFE | Conference with A.Rosenblatt regarding confirmation issues (1.0); prepare for hearing on allocation (1.2); review of Law Debenture objection (.4). | 2.60 hrs. |
| 02/21/12 | D. M. LeMAY | Revise unfair discrimination brief (3.6); and review cases cited in brief (2.1). | 5.70 hrs. |
| 02/22/12 | D. M. LeMAY | Prepare for (.2) and participate in (.8) telephone hearing in USBC. Review and revision of unfair discrimination brief (4.8). Review Sidley comments to brief (.8) and conferences with A.Rosenblatt and M.Roitman re same (1.0). | 7.60 hrs. |
| 02/22/12 | M. ROITMAN | Meet with D. LeMay and A. Rosenblatt re: subordination scenario recovery chart (0.3); Telephonic appearance at Bankruptcy Court hearing re: Retirees' request to call expert witness at allocation dispute hearing (0.7); Correspond with case parties re: subordination scenario recovery chart (0.3); Review Sidley proposed revisions to brief in support of treatment of creditors under DCL Plan (0.6); Meet with D. LeMay and A. Rosenblatt re: same (0.4); Meet with H. Seife and D. LeMay re: same (0.2); Call with D. Twomey and A. Stromberg re: arguments contained in brief and underlying case law (0.6); Confer with D. LeMay and A. Rosenblatt re: same (0.5); Correspond with H. Seife re: same (0.2); Revise brief in support of treatment of creditors under DCL Plan (7.4). | 11.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page   23
CHICAGO, IL 60611

| 02/22/12 | H. SEIFE | Telephonic hearing before Judge Carey (.8); review of Sidley comments ot draft brief (1.3); review of revised chart (.3). | 2.40 hrs. |
|---|---|---|---|
| 02/22/12 | A. ROSENBLATT | Participate at telephonic hearing re: discovery related issues (.8); multiple calls with counsel for allocation dispute parties, including M. Stein, re: possible stipulation on recovery chart (1.0); continue to work on allocation dispute brief (2.1); participate at meeting with Roitman and LeMay re: revising brief (.3); participate on call with Sidley re: allocation dispute brief (.5); review Sidley comments to allocation dispute brief (.9) and discuss same with LeMay and M.Roitman (.6); emails from Sidley re: discovery issue and stipulation as to materials (.3). | 6.50 hrs. |
| 02/22/12 | T. J. MCCORMACK | Review draft stipulation on documents/evidence for allocation dispute (0.3); confer M. Ashley re: same (0.1); analysis of options for use of evidence at allocation hearing in absence of stip. (1.0). | 1.40 hrs. |
| 02/22/12 | Y. YOO | Continue analysis on plan jurisdictional authority issue (.5). | 0.50 hrs. |
| 02/22/12 | M. D. ASHLEY | Emails with A. Nellos regarding allocation dispute discovery issues (.4); emails with D. LeMay regarding allocation dispute stipulation issues (.3); reviewed correspondence and pleadings relating to allocation dispute discovery issues (1.6); reviewed draft unfair discrimination brief and related materials (.9). | 3.20 hrs. |
| 02/23/12 | M. D. ASHLEY | Call with D. LeMay regarding allocation dispute document production issues (.1); reviewed related materials (1.1); revised draft confirmation hearing | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page   24
CHICAGO, IL 60611

|  |  | scheduling order and reviewed related materials (1.4); emails with team regarding same (.2); emails with M. Roitman regarding Committee's allocation dispute hearing documents (.3). |  |
|---|---|---|---|
| 02/23/12 | E. DAUCHER | Preparation for (1.8) and attendance at Pate and Hochschild depositions (4.2). | 6.00 hrs. |
| 02/23/12 | A. ROSENBLATT | Multiple meetings with Roitman, LeMay and team re: finalizing allocation dispute brief (1.2); review multiple iterations of allocation dispute brief and comments from Sidley re: same (2.5); calls with Sidley re: same (.8); additional work to finalize brief (.6); calls with Law Debenture counsel (M. Stein) re: finalizing recovery chart and getting consent from all parties re: same (.8); emails to allocation parties in interest re: status of recovery chart and latest changes to same (.5); call with J. Teitelbaum re: allocation dispute hearing, briefs and related issues (.3); review draft proposed order of arguments re: allocation disputes and comment on same (.3); review proposed confirmation scheduling order (.3); review Ashley comments to same (.3); review Davis Polk comments to allocation dispute brief (.4). | 8.00 hrs. |
| 02/23/12 | H. SEIFE | Review emails regarding revised brief (.5); review of comments to plan confirmation order (.7); review of revised brief (1.1). | 2.30 hrs. |
| 02/23/12 | D. E. DEUTSCH | Review and analysis of revised plan allocatoin brief issue (2.0); discuss same with M.Roitman (.4). | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page   25
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/23/12 | D. M. LeMAY | Review and revise Unfair Discrimination Brief to reflect internal comments as well as comments from all Co-proponents (9.2); meetings with A.Rosenblatt and M.Roitman re: same (1.3). | 10.50 hrs. |
| 02/23/12 | T. J. MCCORMACK | Review draft scheduling order for confirmation (0.3); confer M. Ashley re: same (0.2); review options for order of evidence on confirmation hearing (0.2); review summary of depositions (0.4). | 1.10 hrs. |
| 02/23/12 | M. DISTEFANO | Review of cases cited in Allocation Brief (2.9). | 2.90 hrs. |
| 02/23/12 | M. ROITMAN | Revise brief in support of position on unfair discrimination allocation dispute (7.4); Confer/correspond with D. LeMay and A. Rosenblatt re: same (1.0); Correspond with DCL co-proponents re: same (0.4); Draft two emails to Committee re: same (0.7); Call with Sidley team re: proposed revisions to same (0.9); Confer with M. Distefano re: research in connection with same (0.4); Revise subordination scenario recovery chart (0.5); draft correspondence to all case parties re: same (0.8); confer with A. Rosenblatt re: same (0.3); | 12.40 hrs. |
| 02/24/12 | D. BAVA | Periodically review court's docket sheet re: opening briefs of parties with respect to Allocation Dispute (.80); prepare documents for hearing on Allocation Disputes (1.60). | 2.40 hrs. |
| 02/24/12 | M. DISTEFANO | Reviewed allocation dispute opening briefs (.4); research on breach of contract issue (3.7); | 4.10 hrs. |
| 02/24/12 | M. ROITMAN | Revise subordination scenario recovery charts (1.5); Correspond with case parties re: same (0.7); Revise brief on allocation disputes (0.8); Confer/correspond with K. Brown and M. McGuire re; | 12.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2012
Page   26

|            |                  |                                                                                                                                                                                                                                                                                                  |            |
|------------|------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                  | same (0.5); Call with DCL co-proponents re: contours of allocation dispute hearing (0.7); Meet with A. Rosenblatt and D. LeMay re: reply brief (0.8); confer with M. Distefano and E. Daucher re: research in connection with same (0.4); Draft reply brief on allocation disputes (4.1); Research re: new case law on unfair discrimination (3.4). |            |
| 02/24/12   | T. J. MCCORMACK  | Review SDNY order on procedural and organizational issues (0.3); confer M. Ashley re: same (0.2).                                                                                                                                                                                                 | 0.50 hrs.  |
| 02/24/12   | J. MARRERO       | Review Allocation Dispute Briefs (2.2); conference with M.Roitman and M.Distefano re: same (0.3); draft posting to Committee re: same (0.5)                                                                                                                                                        | 3.00 hrs.  |
| 02/24/12   | D. M. LeMAY      | Revise and finalize unfair discrimination brief (3.8). Meeting with A.Rosenblatt and M.Roitman re same (.8).  Telephone conference w/DCL Co-proponents regarding Tuesday's hearing (.7). Review briefs on allocation disputes filed by all parties and cases cited therein (6.9).                   | 12.20 hrs. |
| 02/24/12   | H. SEIFE         | Review of revised scheduling order (.3); review of revised brief on allocation (.8); review of final revised chart (.3); review of filed briefs of various parties (2.5).                                                                                                                          | 3.90 hrs.  |
| 02/24/12   | A. ROSENBLATT    | Review allocation dispute brief in connection with finalizing and filing same (.8); review additional comments circulated to proposed confirmation scheduling order (.3); emails and call with D. Newman from Akin re: sign off on recovery chart (.3); review preview of Debtors' allocation dispute brief (.3); review draft of Debtors' joinder to Committee allocation dispute brief (.3); begin to review allocation dispute | 5.50 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2012
Page   27

|            |                |                                                                                                                                                                                                                                                                                                                                       |            |
|------------|----------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | briefs filed by various other allocation dispute parties (.7); review Law Debenture brief on unfair discrimination allocation dispute (.6); review portions of retiree allocation dispute brief (.5); prepare for (.3) and attend meeting with LeMay and Roitman re: outlining response to LD brief and issues to research (.7); review Daucher analysis re: legislative history of 1129 unfair discrimination and emails with Roitman re: same (.4); review summary of Hochschild and Pate depositions sent from Daucher (.3). |            |
| 02/24/12   | E. DAUCHER     | Draft summary of Pate and Hochschild depositions (1.2); discuss same with D. LeMay (.2).                                                                                                                                                                                                                                              | 1.40 hrs.  |
| 02/24/12   | E. DAUCHER     | Research on effect of unfair discrimination legislative history.                                                                                                                                                                                                                                                                     | 2.50 hrs.  |
| 02/24/12   | T. J. MCCORMACK | Review revised scheduling order, order of presentment and related materials from Debtors (0.6); confer with M. Ashley re: all outstanding issues on conf. hearing procedural front (0.5); t/c with Zuckerman, LeMay and Ashley re: scope of confirmation hearing, options with DCL participants, evidence/testimony at allocation hearing (0.7); review transcript of 2/22 hearing (0.5); review edits to confirmation hearing scheduling order (0.3); review Debtors' opening brief on allocation question (0.6); review issues re: stipulated allocation analysis (0.2); review summaries of allocation depositions (0.3); analysis of evidentiary issues for allocation hearing (0.6). | 4.30 hrs.  |
| 02/24/12   | M. D. ASHLEY   | Meeting with T. McCormack regarding allocation dispute and confirmation hearing preparation issues (.5); call with T. McCormack, D. LeMay, J. Sottile                                                                                                                                                                                | 4.80 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page   28
CHICAGO, IL 60611

|  |  | regarding Committee confirmation hearing preparation (.6); call with DCL plan proponents regarding allocation dispute and confirmation hearing issues (.7); reviewed pleadings and correspondence regarding same (1.4); emails with T. McCormack regarding allocation dispute issues (.2); emails with A. Rosenblatt regarding allocation dispute document issues (.1); emails with D. LeMay regarding allocation dispute document stipulation issues (.2); revised draft confirmation hearing scheduling order and reviewed related materials (.8); emails with Zuckerman regarding confirmation issues (.3). |  |
|---|---|---|---|
| 02/25/12 | E. DAUCHER | Research and draft for reply brief in allocation dispute. | 4.80 hrs. |
| 02/25/12 | H. SEIFE | Review of briefs filed by various parties. | 2.40 hrs. |
| 02/25/12 | J. MARRERO | Review all briefs filed re: Allocation Disputes and draft summaries re same | 7.00 hrs. |
| 02/25/12 | D. M. LeMAY | Work on reply brief regarding unfair discrimination. | 5.50 hrs. |
| 02/25/12 | M. DISTEFANO | Research on enforcement of subordination agreement (5.6); | 5.60 hrs. |
| 02/25/12 | M. ROITMAN | Draft Reply Brief on Allocation Disputes (7.1) | 7.10 hrs. |
| 02/26/12 | M. DISTEFANO | Research on subordination issues (3.9); | 3.90 hrs. |
| 02/26/12 | M. ROITMAN | Draft Reply Brief on Allocation Disputes (7.8) | 7.80 hrs. |
| 02/26/12 | J. MARRERO | Draft summaries of allocation dispute briefs | 6.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2012
Page   29

| | | | |
|---|---|---|---|
| 02/26/12 | A. ROSENBLATT | Review briefs filed by allocation dispute parties and provide notes/comments with respect to same (1.6); re-review Law Debenture brief on unfair discrimination point and provide notes to same in preparation for a responsive pleading (1.0). | 2.60 hrs. |
| 02/26/12 | M. D. ASHLEY | Reviewed parties' opening allocation dispute hearing briefs and related materials (2.4). | 2.40 hrs. |
| 02/27/12 | M. D. ASHLEY | Call with all parties regarding allocation dispute and confirmation hearing issues (.8); meeting confirmation D. LeMay, M. Roitman regarding allocation dispute hearing preparation (.2); emails with D. LeMay regarding allocation dispute document stipulations (.2); emails with M. Roitman regarding Committee allocation dispute documents (.2); emails with E. Daucher regarding allocation dispute hearing demonstrative exhibit (.2); revised draft confirmation hearing scheduling order and reviewed related materials (.9); emails with Sidley regarding allocation dispute and confirmation hearing issues (.3); revised draft Committee allocation dispute document list (.7); emails with R. Kirby regarding draft document list (.3); reviewed materials in preparation for allocation disputes status conference (1.6). | 5.40 hrs. |
| 02/27/12 | J. MARRERO | Email correspondence re Allocation Dispute summaries with M.Roitman and A.Rosenblatt (.2); further revisions to Allocation Dispute summaries (.7). | 0.90 hrs. |
| 02/27/12 | E. DAUCHER | Research and drafting re: legislative history pertaining to allocation dispute (4.4); research and drafting re: subordination in cramdown for allocation dispute (3.4); discuss same with D. LeMay | 8.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2012
Page   30

|  |  | (.1); emails re: same with M. Roitman (.3). |  |
|---|---|---|---|
| 02/27/12 | J. MARRERO | Revise summary re: Allocation Dispute Briefs | 1.10 hrs. |
| 02/27/12 | A. ROSENBLATT | Review draft reply allocation dispute brief and provide initial comments to same (1.7); multiple emails with J. Teitelbaum re: allocation dispute and related issues (.4); review LeMay outline of issues for reply brief (.3); review Law Debenture unfair discrimination argument (.4); meet with LeMay, Roitman and Daucher to discuss same (.6); participate on call with all allocation dispute parties re: allocation dispute order and order of arguments at hearing (.8); email to Sottile re: certain issues raised in Wilmington Trust brief (.3); review J. Marrero summary of all allocation dispute briefs for Committee and provide comments to same (.4); review and provide comments to posting message re: same (.2); review revised draft of allocation dispute reply brief (.4); emails with Ashley and others re: stipulations regarding evidence to be used at allocation dispute hearing (.3); emails with Roitman and Ashley re: notice of service of documents to be used at allocation dispute hearing (.3); review notice of exhibits filed by various other allocation dispute parties (.3); review article re: analysis on unfair discrimination (.4). | 6.80 hrs. |
| 02/27/12 | D. E. DEUTSCH | Review revised materials re: allocation disputes (1.4); discuss various confirmation related matters with Andrew Rosenblatt (.2); review revised confirmation exhibits (.7). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2012
435 N. MICHIGAN AVENUE                               Page   31
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/27/12 | T. J. MCCORMACK | Review Debtor stipulation on evidence for documentary materials on allocation hearing (0.4); confer M. Ashley re: same (0.2). | 0.60 hrs. |
| 02/27/12 | H. SEIFE | Review of briefs regarding allocation and other disputes (3.2); review of revised proposed order (.4); review of pre-trial statements regarding documents (.5). | 4.10 hrs. |
| 02/27/12 | D. M. LeMAY | Re-review Law Debenture brief on unfair discrimination (1.6) and review cases cited therein (1.3). Review of legislative history (1.8). Prepare outline of certain issues for reply brief (2.0). Conference call of all parties to allocation disputes (.9). Meeting of C&P team regarding reply brief (.8).  Telephone conference w/Mr. Bendernagel regarding same (.4). Work on reply brief (1.4). | 10.20 hrs. |
| 02/27/12 | M. DISTEFANO | Research on subordination issues (.3) | 0.30 hrs. |
| 02/27/12 | R. M. KIRBY | Drafting notice of documents Committee intends to rely upon at Allocation Disputes Hearing, as per M. Ashley. | 1.10 hrs. |
| 02/27/12 | M. ROITMAN | Draft Reply Brief on Allocation Disputes (10.6); Confer/correspond with D. LeMay, A. Rosenblatt and E. Daucher re: same (0.9); Call with case parties re: allocation dispute hearing contours (0.9); confer with D. LeMay and A. Rosenblatt following call (0.6); | 13.00 hrs. |
| 02/28/12 | M. ROITMAN | Telephonic appearance at bankruptcy court hearing on allocation disputes (1.6); Revise draft reply brief on unfair discrimination allocation dispute (3.8); confer/correspond with A. Rosenblatt, D. LeMay and E. Daucher re: same (0.7); Correspond with M. Ashley and R. Kirby re: allocation dispute exhibits (0.4) | 6.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2012
Page   32

| | | | |
|---|---|---|---|
| 02/28/12 | H. SEIFE | Participate in pre-trial conference before Judge Carey (1.5); conference with D.LeMay regarding reply brief (.5); reviewed and revised draft proposed order (.7); review of motion in limine (.3). | 3.00 hrs. |
| 02/28/12 | R. J. GAYDA | Detailed review and analysis of confirmation order in similar large Ch 11 case. | 1.70 hrs. |
| 02/28/12 | T. J. MCCORMACK | Confer H. Seife re: allocation hearing (0.3); review report on 2/28 hearing (0.2). | 0.50 hrs. |
| 02/28/12 | T. J. MCCORMACK | Review Law Debenture motion re: Retiree submission (0.3). | 0.30 hrs. |
| 02/28/12 | D. M. LeMAY | Prepare for (.8) and attend (1.7) hearing in USBC.  Work on Unfair Discrimination Reply Brief (8.8). | 11.30 hrs. |
| 02/28/12 | J. MARRERO | Review email correspondence with A.Rosenblatt and D.LeMay re: Allocation Disputes (0.2); Draft posting to the Committee re: summaries of Allocation Disputes (0.6) | 0.80 hrs. |
| 02/28/12 | M. DISTEFANO | Participate in Allocation Dispute status conference (1.6); drafted summary for Committee re same (1.8); | 3.40 hrs. |
| 02/28/12 | A. ROSENBLATT | Participate telephonically at allocation dispute status conference before the Court (1.5); review proposed scheduling order and order of arguments in connection with same (.6); review comments from all parties in interest to proposed order (.4); review revised allocation reply brief and meet with Roitman to provide comments to same (1.4); review LeMay comments to same (.4). | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page   33
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/28/12 | E. DAUCHER | Research and drafting for allocation dispute response brief (6.6); discuss same with D. LeMay (.1); emails re: same with M. Roitman (.4). | 7.10 hrs. |
| 02/28/12 | M. D. ASHLEY | Reviewed materials in preparation for allocation disputes status conference (1.7); meetings with D. LeMay, J. Sottile, Landis Rath regarding status conference (.6); attended allocation disputes status conference (1.8); reviewed materials regarding confirmation hearing issues (.9); emails with team regarding allocation dispute and confirmation hearing issues (1.2); reviewed Law Debenture motion in limine (.4); revised summary of allocation disputes status conference (.4). | 7.00 hrs. |
| 02/29/12 | M. D. ASHLEY | Reviewed materials relating to allocation disputes hearing exhibit list (1.1); emails with D. LeMay, R. Kirby, M. Roitman regarding same (.4); emails with E. Daucher regarding allocation dispute demonstrative (.2); reviewed draft UCC unfair discrimination reply brief and related materials (.8). | 2.50 hrs. |
| 02/29/12 | E. DAUCHER | Edit allocation dispute reply brief (.8); further research and drafting re: legislative history pertaining to allocation dispute (1.7); research and drafting re: subordination in cramdown for allocation dispute (3.5); prepare demonstrative for allocation dispute hearing (.8). | 6.80 hrs. |
| 02/29/12 | H. SEIFE | Review of revised draft brief (.8); review of emails with parties regarding allocation dispute hearing issues (1.3). | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            March 22, 2012
435 N. MICHIGAN AVENUE                                   Page   34
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 02/29/12 | A. ROSENBLATT | Continue review of multiple iterations of alllocation dispute reply brief and provide comments (2.6); review Debtors' draft reply allocation dispute brief (.4) and email with LeMay re: same (.2); multiple meetings with Daucher re: exhibits and demonstrative to be used at hearing (.5); review exhibit and provide comments to same (.3); call with Dewey re: same in effort to coordinate hearing exhibits (.3); emails with all allocation dispute parties re: stipulating to admissibility of certain evidence (.5); review proposed master exhibit list circulated by Sidley (.4). | 5.20 hrs. |
| 02/29/12 | D. M. LeMAY | Revision of Reply Brief and Unfair Discrimination (5.1).  Review cases and authorities in draft (2.6). | 7.70 hrs. |
| 02/29/12 | T. J. MCCORMACK | Review of all allocation related materials in preparation for hearing on 3/5 and 3/6, including briefing, charts and evidentiary matters (3.8); review draft briefs regarding allocation issues (0.8); confer M. Ashley re: status and events for hearing (0.3); review testimony on allocation issues (0.7). | 5.60 hrs. |
| 02/29/12 | D. E. DEUTSCH | Review and provide edits to part of revised unfair discrimination brief (1.3). | 1.30 hrs. |
| 02/29/12 | Y. YOO | Reviewed new caselaw on court jurisdictional authority issue (2.5). | 2.50 hrs. |
| 02/29/12 | D. BAVA | Review and prepare materials for hearing on Allocation Dispute (1.10). | 1.10 hrs. |
| 02/29/12 | M. ROITMAN | Revise draft reply brief on unfair discrimination allocation dispute (2.9); confer/correspond with A. Rosenblatt and D. LeMay re: same (0.6); Correspond with DCL | 4.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2012
435 N. MICHIGAN AVENUE                                 Page   35
CHICAGO, IL 60611

co-proponents re: same (0.3);
Confer with E. Daucher re:
demonstrative for allocation
dispute hearing (0.4); Review
allocation dispute hearing exhibit
list (0.3); correspond with M.
Ashley re: same (0.3)


**Total Fees for Professional Services.............. $436,258.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 108.90 | 100732.50 |
| H. SEIFE | 995.00 | 51.80 | 51541.00 |
| T. J. MCCORMACK | 875.00 | 29.10 | 25462.50 |
| M. D. ASHLEY | 695.00 | 51.00 | 35445.00 |
| A. ROSENBLATT | 745.00 | 91.00 | 67795.00 |
| D. E. DEUTSCH | 745.00 | 27.70 | 20636.50 |
| D. BAVA | 295.00 | 8.20 | 2419.00 |
| A. K. NELLOS | 655.00 | 15.20 | 9956.00 |
| E. DAUCHER | 495.00 | 37.30 | 18463.50 |
| R. J. GAYDA | 655.00 | 6.20 | 4061.00 |
| R. M. KIRBY | 595.00 | 2.90 | 1725.50 |
| J. MARRERO | 435.00 | 28.10 | 12223.50 |
| M. DISTEFANO | 435.00 | 21.30 | 9265.50 |
| M. ROITMAN | 495.00 | 140.00 | 69300.00 |
| Y. YOO | 565.00 | 12.80 | 7232.00 |
| TOTALS | | 631.50 | 436258.50 |