# EXHIBIT B

### TRIBUNE COMPANY, et al.
### SUMMARY OF EXPENSES INCURRED
### February 1, 2012 through February 29, 2012

| DISBURSEMENT | AMOUNT |
|---|---|
| Long Distance Travel[1] | $1,209.50 |
| Business Meals/Catering<br>  Late Night/Weekend Meals   $ 452.52<br>  Travel Meals[2]                 $   31.54 | 484.06 |
| Carfare (Late Night/Weekends) | 363.52 |
| Lexis Legal Research | 697.57 |
| Westlaw Legal Research | 4,518.83 |
| Information Retrieval | 143.72 |
| Federal Express | 13.25 |
| Reproduction | 484.30 |
| Court Reporter | 691.90 |
| Paralegal Overtime | 680.13 |
| Telephone Charges [3] | 605.93 |
| Telephone Reimbursement | 43.57 |
| **TOTAL** | **$9,936.28** |

1.   Represents travel on Amtrak to Wilmington, Delaware on February 2, 15 and 28, 2012 to attend hearings in Bankruptcy Court.

2.   Represents meals while traveling.

3.   Total includes charges ($422.43) for conference call services for a Creditors' Committee meeting held on February 2, 2012.

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/07/2012 | | | LDTRAN | 1.00 | 329.50 | 329.50 | TRANSPORTATION - LONG DISTANCE TRAVEL - AMTRAK | 28851549 |
| | | | | | | | (+ $11.50 Taxis) - Vendor: DOUGLAS DEUTSCH | |
| | | | | | | | 2/2/12 TRAVEL TO WILMINGTON, DE FOR TRIBUNE | |
| | | | | | | | HEARING FEB 02 12 | |
| | | | | | | | Vendor=DOUGLAS DEUTSCH  Balance= .00  Amount= 343.52 | |
| | | | | | | | Check #339154  02/08/2012 | |
| 02/17/2012 | | | LDTRAN | 1.00 | 311.00 | 311.00 | TRANSPORTATION - LONG DISTANCE TRAVEL - AMTRAK | 28871492 |
| | | | | | | | (+ $9 TAXI) - Vendor: DOUGLAS DEUTSCH 2/15/12 | |
| | | | | | | | TRAVEL TO WILMINGTON, DE REGARDING TRIBUNE | |
| | | | | | | | Vendor=DOUGLAS DEUTSCH  Balance= .00  Amount= 328.52 | |
| | | | | | | | Check #339335  02/17/2012 | |
| 02/29/2012 | | | LDTRAN | 1.00 | 270.00 | 270.00 | TRANSPORTATION - LONG DISTANCE TRAVEL - AMTRAK | 28890833 |
| | | | | | | | - Vendor: DAVID LEMAY 2/28/12 TRAVEL TO | |
| | | | | | | | WILMINGTON, DE TO ATTEND THE TRIBUNE HEARING | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 270.00 | |
| | | | | | | | Check #339698  02/29/2012 | |
| 02/29/2012 | | | LDTRAN | 1.00 | 299.00 | 299.00 | TRANSPORTATION - LONG DISTANCE TRAVEL - AMTRAK | 28906349 |
| | | | | | | | - Vendor: MARC D ASHLEY 02/28/12 TRIP | |
| | | | | | | | WILIMINGTON, DE TO ATTEND COURT HEARING | |
| | | | | | | | Vendor=MARC D ASHLEY  Balance= .00  Amount= 299.00 | |
| | | | | | | | Check #339720  03/02/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 1,209.50 | 4 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 1,209.50 | | |
| | | GRAND TOTAL:    WORK: | | | | 1,209.50 | 4 records | |
| | | GRAND TOTAL:    BILL: | | | | 1,209.50 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/02/2012 | | | MEALH | 1.00 | 28.31 | 28.31 | MEALS<br>Names of Diners: ROITMAN, MARC<br>Reference No: 248352576<br>Name of Restaurant: MANGIA (48TH ST.)<br>Approved by: MARC ROITMAN<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 3267.48<br>Check #339287  02/14/2012 | 28856336 |
| 02/03/2012 | | | MEALH | 1.00 | 93.86 | 93.86 | MEALS - Vendor: CHADBOURNE & PARKE LLP<br>D.DEUTSCH WORKING MEALS<br>1/10,11,17,21,23,28,31/2012<br>Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 1811.84<br>Check #339152  02/08/2012 | 28849667 |
| 02/08/2012 | | | MEALH | 1.00 | 28.61 | 28.61 | MEALS<br>Names of Diners: ROITMAN, MARC<br>Reference No: 249582345<br>Name of Restaurant: CHOP'T CREATIVE SALAD CO.<br>6TH & PARK)<br>Approved by: MARC ROITMAN<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 2393.61<br>Check #339321  02/15/2012 | 28869225 |
| 02/15/2012 | | | MEALH | 1.00 | 28.82 | 28.82 | MEALS<br>Names of Diners: ROITMAN, MARC<br>Reference No: 251160117<br>Name of Restaurant: CHOP'T CREATIVE SALAD CO.<br>6TH & PARK)<br>Approved by: MARC ROITMAN<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 2630.80<br>Check #339441  02/23/2012 | 28881950 |
| 02/16/2012 | | | MEALH | 1.00 | 30.73 | 30.73 | MEALS<br>Names of Diners: ROITMAN, MARC<br>Reference No: 251396217<br>Name of Restaurant: ROYAL THAI CUISINE<br>Approved by: MARC ROITMAN<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 2630.80<br>Check #339441  02/23/2012 | 28881951 |
| 02/20/2012 | | | MEALH | 1.00 | 27.79 | 27.79 | MEALS<br>Names of Diners: ROITMAN, MARC<br>Reference No: 252113214<br>Name of Restaurant: CALISTA SUPERFOODS<br>Approved by: MARC ROITMAN<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 2699.20<br>Check #339730  03/02/2012 | 28890446 |
| 02/22/2012 | | | MEALH | 1.00 | 30.56 | 30.56 | MEALS<br>Names of Diners: ROITMAN, MARC<br>Reference No: 252573321<br>Name of Restaurant: CALISTA SUPERFOODS<br>Approved by: MARC ROITMAN<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 2699.20<br>Check #339730  03/02/2012 | 28890445 |
| 02/23/2012 | | | MEALH | 1.00 | 15.20 | 15.20 | MEALS - Vendor: CHADBOURNE & PARKE LLP 02/18/12 - QDOBA MEXICAN GRILL - REIMB. FOR MEAL - MARC ROITMAN.<br>Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 648.80<br>Check #339475  02/24/2012 | 28884194 |
| 02/24/2012 | | | MEALH | 1.00 | 31.04 | 31.04 | MEALS<br>Names of Diners: ROITMAN, MARC<br>Reference No: 253028058<br>Name of Restaurant: OUR PLACE<br>Approved by: MICHAEL DISTEFANO<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 2699.20<br>Check #339730  03/02/2012 | 28890448 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/24/2012 | | | MEALH | 1.00 | 29.12 | 29.12 | MEALS | 28890449 |
| | | | | | | | Names of Diners: MARRERO, JESSICA | |
| | | | | | | | Reference No: 253040658 | |
| | | | | | | | Name of Restaurant: DAFNI GREEK TAVERNA | |
| | | | | | | | Approved by: JESSICA MARRERO | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL   Balance= .00   Amount= | |
| | | | | | | | 2699.20 | |
| | | | | | | | Check #339730  03/02/2012 | |
| 02/24/2012 | | | MEALH | 1.00 | 31.03 | 31.03 | MEALS | 28890447 |
| | | | | | | | Names of Diners: DISTEFANO, MICHAEL | |
| | | | | | | | Reference No: 253028058 | |
| | | | | | | | Name of Restaurant: OUR PLACE | |
| | | | | | | | Approved by: MICHAEL DISTEFANO | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL   Balance= .00   Amount= | |
| | | | | | | | 2699.20 | |
| | | | | | | | Check #339730  03/02/2012 | |
| 02/25/2012 | | | MEALH | 1.00 | 31.00 | 31.00 | MEALS | 28890450 |
| | | | | | | | Names of Diners: DISTEFANO, MICHAEL | |
| | | | | | | | Reference No: 253170990 | |
| | | | | | | | Name of Restaurant: CITY LOBSTER | |
| | | | | | | | Approved by: MICHAEL DISTEFANO | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL   Balance= .00   Amount= | |
| | | | | | | | 2699.20 | |
| | | | | | | | Check #339730  03/02/2012 | |
| 02/25/2012 | | | MEALH | 1.00 | 31.00 | 31.00 | MEALS | 28890451 |
| | | | | | | | Names of Diners: MARRERO, JESSICA | |
| | | | | | | | Reference No: 253170990 | |
| | | | | | | | Name of Restaurant: CITY LOBSTER | |
| | | | | | | | Approved by: MICHAEL DISTEFANO | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL   Balance= .00   Amount= | |
| | | | | | | | 2699.20 | |
| | | | | | | | Check #339730  03/02/2012 | |
| 02/27/2012 | | | MEALH | 1.00 | 15.45 | 15.45 | MEALS - Vendor: CHADBOURNE & PARKE LLP 02/28/12 | 28888074 |
| | | | | | | | - AU BON PAIN & WICHCRAFT - REIMB. FOR O/T/ | |
| | | | | | | | MEALS - JESSICA MARRERO. | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 680.86 | |
| | | | | | | | Check #339627  02/28/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 452.52 | 14 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 452.52 | | |
| | | GRAND TOTALS:  WORK: | | | | 452.52 | 14 records | |
| | | GRAND TOTAL:  BILL: | | | | 452.52 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/07/2012 | | | MEALLD | 1.00 | 14.02 | 14.02 | MEALS - LONG DISTANCE TRAVEL - | 28851548 |
| | | | | | | | (Breakfast/Lunch) - Vendor: DOUGLAS DEUTSCH | |
| | | | | | | | 2/2/12 TRAVEL TO WILMINGTON, DE FOR TRIBUNE | |
| | | | | | | | HEARING FEB 02 12 | |
| | | | | | | | Vendor=DOUGLAS DEUTSCH Balance= .00  Amount= 343.52 | |
| | | | | | | | Check #339154  02/08/2012 | |
| 02/17/2012 | | | MEALLD | 1.00 | 17.52 | 17.52 | MEALS - LONG DISTANCE TRAVEL - | 28871491 |
| | | | | | | | (Breakfast/Lunch) - Vendor: DOUGLAS DEUTSCH | |
| | | | | | | | 2/15/12 TRAVEL TO WILMINGTON, DE REGARDING | |
| | | | | | | | TRIBUNE | |
| | | | | | | | Vendor=DOUGLAS DEUTSCH  Balance= .00  Amount= 328.52 | |
| | | | | | | | Check #339335  02/17/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 31.54 | 2 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 31.54 | | |
| | | GRAND TOTAL:      WORK: | | | | 31.54 | 2 records | |
| | | GRAND TOTAL:      BILL: | | | | 31.54 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/03/2012 | | | CAR | 1.00 | 5.00 | 5.00 | CARFARE - Vendor: CHADBOURNE & PARKE LLP SUBWAY | 28849666 |
| | | | | | | | FARE 1/21, 1/28/2012 D.DEUTSCH | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 1811.84 | |
| | | | | | | | Check #339152 02/08/2012 | |
| 02/03/2012 | | | CAR | 1.00 | 63.00 | 63.00 | CARFARE - Vendor: CHADBOURNE & PARKE LLP CABS | 28849668 |
| | | | | | | | D.DEUTSCH 1/10,11,17,21,23,28/2012 | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 1811.84 | |
| | | | | | | | Check #339152 02/08/2012 | |
| 02/13/2012 | | | CAR | 1.00 | 16.00 | 16.00 | CARFARE - Vendor: CHADBOURNE & PARKE LLP 01/29 | 28855407 |
| | | | | | | | & 02/05/12 - REIMB. FOR CAB FARE (WEEKEND | |
| | | | | | | | HOURS) - HELEN LAMB. | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 903.10 | |
| | | | | | | | Check #339259 02/13/2012 | |
| 02/23/2012 | | | CAR | 1.00 | 126.39 | 126.39 | CARFARE - Vendor: CHADBOURNE & PARKE LLP | 28884195 |
| | | | | | | | 01/23,31,02/18,20 & 23/12 - REIMB. FOR TAXI | |
| | | | | | | | FARES - MARC ROITMAN. | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 648.80 | |
| | | | | | | | Check #339475 02/24/2012 | |
| 02/23/2012 | | | CAR | 1.00 | 67.20 | 67.20 | CARFARE | 28933094 |
| | | | | | | | Daucher Eric | |
| | | | | | | | LAGUARDIA AIRPORT | |
| | | | | | | | 77 W 55 ST | |
| | | | | | | | 0032679 | |
| | | | | | | | 543212 | |
| | | | | | | | Vendor=CONCORD LIMOUSINE  Balance= 10671.00  Amount= | |
| | | | | | | | 10671.00 | |
| 02/27/2012 | | | CAR | 1.00 | 85.93 | 85.93 | CARFARE | 28933095 |
| | | | | | | | McCormack Thomas J. | |
| | | | | | | | 49 W 49 ST | |
| | | | | | | | 2 GLENWOOD ROAD | |
| | | | | | | | 0633960 | |
| | | | | | | | 543212 | |
| | | | | | | | Vendor=CONCORD LIMOUSINE  Balance= 10671.00  Amount= | |
| | | | | | | | 10671.00 | |
| | | UNBILLED TOTALS:  WORK: | | | | 363.52 | 6 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 363.52 | | |
| | | GRAND TOTAL:    WORK: | | | | 363.52 | 6 records | |
| | | GRAND TOTAL:    BILL: | | | | 363.52 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|-----------------------|------|----------|------|--------|-------------|------------|
| 02/01/2012 | | | LEXIS | 1.00 | 8.43 | 8.43 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28894797 |
| 02/01/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28894796 |
| 02/02/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28894799 |
| 02/02/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28894798 |
| 02/03/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28894801 |
| 02/03/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28894800 |
| 02/06/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28894802 |
| 02/06/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28894803 |
| 02/07/2012 | | | LEXIS | 1.00 | 59.80 | 59.80 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 2.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28894790 |
| 02/07/2012 | | | LEXIS | 1.00 | 2.87 | 2.87 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28894792 |
| 02/07/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 0<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28894795 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                           Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|------------------------|------|----------|------|--------|-------------|------------|
| 02/07/2012 | | | LEXIS | 1.00 | 16.62 | 16.62 | LEXIS | 28894793 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 3.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/07/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894804 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/07/2012 | | | LEXIS | 1.00 | 22.15 | 22.15 | LEXIS | 28894791 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 4.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/07/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894794 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 39 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/07/2012 | | | LEXIS | 1.00 | 8.43 | 8.43 | LEXIS | 28894805 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD`S SERVICE | |
| 02/08/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 28894808 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD`S SERVICE | |
| 02/08/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894806 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 4 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/08/2012 | | | LEXIS | 1.00 | 49.82 | 49.82 | LEXIS | 28894807 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 9.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/09/2012 | | | LEXIS | 1.00 | 127.32 | 127.32 | LEXIS | 28894810 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 23.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/09/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894809 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 8 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/09/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 28894811 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                      Page 3
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | SHEPARD'S SERVICE | |
| 02/10/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894812 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/10/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 28894813 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 02/13/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 28894815 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 02/13/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894814 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/14/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 28894818 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 02/14/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894816 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 5 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/14/2012 | | | LEXIS | 1.00 | 60.93 | 60.93 | LEXIS | 28894817 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/15/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894819 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/15/2012 | | | LEXIS | 1.00 | 8.43 | 8.43 | LEXIS | 28894820 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 02/16/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894821 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/16/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 28894822 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                      Page 4
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 02/17/2012 | | | LEXIS | 1.00 | 49.84 | 49.84 | LEXIS | 28894824 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 9.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/17/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894823 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 3 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/17/2012 | | | LEXIS | 1.00 | 8.43 | 8.43 | LEXIS | 28894825 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 02/20/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894826 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 0 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/20/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 28894827 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 02/21/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894828 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 0 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/21/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 28894829 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 02/22/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894830 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/22/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 28894831 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 02/23/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894832 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 0 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/23/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 28894833 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|-----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 02/24/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894834 |
| | | | | | | | User Name: DISTEFANO, MICHAEL | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 7R0NHMG | |
| | | | | | | | COLLIER SERVICE | |
| 02/24/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894839 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/24/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894835 |
| | | | | | | | User Name: DISTEFANO, MICHAEL | |
| | | | | | | | CNCT (HMS) or No. of Searches: 19 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 7R0NHMG | |
| | | | | | | | COLLIER SERVICE | |
| 02/24/2012 | | | LEXIS | 1.00 | 18.45 | 18.45 | LEXIS | 28894836 |
| | | | | | | | User Name: DISTEFANO, MICHAEL | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 7R0NHMG | |
| | | | | | | | COLLIER SERVICE | |
| 02/24/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 28894840 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 02/24/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894837 |
| | | | | | | | User Name: DISTEFANO, MICHAEL | |
| | | | | | | | CNCT (HMS) or No. of Searches: 706 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 7R0NHMG | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/24/2012 | | | LEXIS | 1.00 | 16.61 | 16.61 | LEXIS | 28894838 |
| | | | | | | | User Name: DISTEFANO, MICHAEL | |
| | | | | | | | CNCT (HMS) or No. of Searches: 3.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 7R0NHMG | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/25/2012 | | | LEXIS | 1.00 | 79.36 | 79.36 | LEXIS | 28894843 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 02/25/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894844 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 969 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | LAW REVIEWS | |
| 02/25/2012 | | | LEXIS | 1.00 | 16.61 | 16.61 | LEXIS | 28894845 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 3.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | LAW REVIEWS | |
| 02/25/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894846 |
| | | | | | | | User Name: ROITMAN, MARC | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                Page 6
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | CNCT (HMS) or No. of Searches: 906 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/25/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894841 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 02/25/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894842 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 963 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 02/27/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894847 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/27/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 28894848 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD`S SERVICE | |
| 02/28/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28894849 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 0 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/28/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 28894850 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD`S SERVICE | |
| 02/29/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28907984 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 02/29/2012 | | | LEXIS | 1.00 | 8.43 | 8.43 | LEXIS | 28907985 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD`S SERVICE | |
| | | UNBILLED TOTALS:   WORK | | | | 697.57 | 63 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 697.57 | | |
| | | GRAND TOTAL:    WORK: | | | | 697.57 | 63 records | |
| | | GRAND TOTAL:    BILL: | | | | 697.57 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/01/2012 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28849793 |
| 02/02/2012 | | | WEST | 1.00 | 10.42 | 10.42 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 28849809 |
| 02/02/2012 | | | WEST | 1.00 | 76.71 | 76.71 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28849810 |
| 02/03/2012 | | | WEST | 1.00 | 39.20 | 39.20 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Excluded | 28849783 |
| 02/03/2012 | | | WEST | 1.00 | 106.71 | 106.71 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28849825 |
| 02/03/2012 | | | WEST | 1.00 | 95.21 | 95.21 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 28849824 |
| 02/04/2012 | | | WEST | 1.00 | 128.45 | 128.45 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28849639 |
| 02/05/2012 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28852203 |
| 02/06/2012 | | | WEST | 1.00 | 29.11 | 29.11 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28852213 |
| 02/07/2012 | | | WEST | 1.00 | 42.04 | 42.04 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28852237 |
| 02/08/2012 | | | WEST | 1.00 | 80.84 | 80.84 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 28852259 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/09/2012 | | | WEST | 1.00 | 29.10 | 29.10 | INFORMATION RETRIEVAL | 28852280 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/10/2012 | | | WEST | 1.00 | 39.20 | 39.20 | INFORMATION RETRIEVAL | 28852196 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Excluded | |
| 02/10/2012 | | | WEST | 1.00 | 42.04 | 42.04 | INFORMATION RETRIEVAL | 28852300 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/11/2012 | | | WEST | 1.00 | 80.84 | 80.84 | INFORMATION RETRIEVAL | 28852315 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/12/2012 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL | 28856256 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/13/2012 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL | 28869292 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/14/2012 | | | WEST | 1.00 | 132.58 | 132.58 | INFORMATION RETRIEVAL | 28869308 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/15/2012 | | | WEST | 1.00 | 153.07 | 153.07 | INFORMATION RETRIEVAL | 28870495 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/15/2012 | | | WEST | 1.00 | 93.78 | 93.78 | INFORMATION RETRIEVAL | 28870496 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/16/2012 | | | WEST | 1.00 | 106.35 | 106.35 | INFORMATION RETRIEVAL | 28878565 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/16/2012 | | | WEST | 1.00 | 29.10 | 29.10 | INFORMATION RETRIEVAL | 28878566 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                    Page 3
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Included | |
| 02/17/2012 | | | WEST | 1.00 | 54.97 | 54.97 | INFORMATION RETRIEVAL | 28879067 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/18/2012 | | | WEST | 1.00 | 54.97 | 54.97 | INFORMATION RETRIEVAL | 28879078 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/19/2012 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL | 28879088 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/20/2012 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL | 28879099 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/20/2012 | | | WEST | 1.00 | 228.15 | 228.15 | INFORMATION RETRIEVAL | 28879098 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/21/2012 | | | WEST | 1.00 | 54.97 | 54.97 | INFORMATION RETRIEVAL | 28879495 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/22/2012 | | | WEST | 1.00 | 60.72 | 60.72 | INFORMATION RETRIEVAL | 28883373 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/22/2012 | | | WEST | 1.00 | 115.52 | 115.52 | INFORMATION RETRIEVAL | 28883374 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/23/2012 | | | WEST | 1.00 | 384.80 | 384.80 | INFORMATION RETRIEVAL | 28884401 |
| | | | | | | | User Name: DISTEFANO,MICHAEL | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10204933 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/23/2012 | | | WEST | 1.00 | 63.78 | 63.78 | INFORMATION RETRIEVAL | 28884403 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/23/2012 | | | WEST | 1.00 | 32.34 | 32.34 | INFORMATION RETRIEVAL | 28884402 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/24/2012 | | | WEST | 1.00 | 16.17 | 16.17 | INFORMATION RETRIEVAL | 28884423 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/24/2012 | | | WEST | 1.00 | 130.43 | 130.43 | INFORMATION RETRIEVAL | 28884421 |
| | | | | | | | User Name: DISTEFANO,MICHAEL | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10204933 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/24/2012 | | | WEST | 1.00 | 175.70 | 175.70 | INFORMATION RETRIEVAL | 28884422 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/25/2012 | | | WEST | 1.00 | 137.25 | 137.25 | INFORMATION RETRIEVAL | 28888128 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/25/2012 | | | WEST | 1.00 | 40.24 | 40.24 | INFORMATION RETRIEVAL | 28888125 |
| | | | | | | | User Name: DAUCHER,ERIC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7220058 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/25/2012 | | | WEST | 1.00 | 114.26 | 114.26 | INFORMATION RETRIEVAL | 28888126 |
| | | | | | | | User Name: DISTEFANO,MICHAEL | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10204933 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/25/2012 | | | WEST | 1.00 | 110.31 | 110.31 | INFORMATION RETRIEVAL | 28888127 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/26/2012 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL | 28888138 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/26/2012 | | | WEST | 1.00 | 72.21 | 72.21 | INFORMATION RETRIEVAL | 28888137 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/26/2012 | | | WEST | 1.00 | 65.75 | 65.75 | INFORMATION RETRIEVAL | 28888136 |
| | | | | | | | User Name: DISTEFANO,MICHAEL | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10204933 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/27/2012 | | | WEST | 1.00 | 438.58 | 438.58 | INFORMATION RETRIEVAL | 28890525 |
| | | | | | | | User Name: DAUCHER,ERIC | |
| | | | | | | | CNNT(HMS):0:00:00 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Westlaw ID:7220058 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/27/2012 | | | WEST | 1.00 | 100.60 | 100.60 | INFORMATION RETRIEVAL | 28890527 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/27/2012 | | | WEST | 1.00 | 29.10 | 29.10 | INFORMATION RETRIEVAL | 28890528 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/27/2012 | | | WEST | 1.00 | 54.61 | 54.61 | INFORMATION RETRIEVAL | 28890526 |
| | | | | | | | User Name: DISTEFANO,MICHAEL | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10204933 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/28/2012 | | | WEST | 1.00 | 203.37 | 203.37 | INFORMATION RETRIEVAL | 28890549 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/28/2012 | | | WEST | 1.00 | 279.55 | 279.55 | INFORMATION RETRIEVAL | 28890548 |
| | | | | | | | User Name: DAUCHER,ERIC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7220058 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/28/2012 | | | WEST | 1.00 | 106.71 | 106.71 | INFORMATION RETRIEVAL | 28890550 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/29/2012 | | | WEST | 1.00 | 16.17 | 16.17 | INFORMATION RETRIEVAL | 28907612 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 02/29/2012 | | | WEST | 1.00 | 40.24 | 40.24 | INFORMATION RETRIEVAL | 28907611 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| | | UNBILLED TOTALS:  WORK | | | | 4,518.83 | 52 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 4,518.83 | | |
| | | GRAND TOTAL:    WORK: | | | | 4,518.83 | 52 records | |
| | | GRAND TOTAL:    BILL: | | | | 4,518.83 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                          Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 5:47:21 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/25/2012 | | | INFORT | 1.00 | 143.72 | 143.72 | INFORMATION RETRIEVAL | 26910304 |
| | | | | | | | 975275171 | |
| | | | | | | | Bankr. E.D. Ark. | |
| | | | | | | | 2:01-bk-20514 | |
| | | | | | | | DRC | |
| | | | | | | | MARC ROITMAN | |
| | | | | | | | 6664624 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:   WORK: | | | | 143.72 | 1 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 143.72 | | |
| | | | | | | | | |
| | | GRAND TOTAL:       WORK: | | | | 143.72 | 1 records | |
| | | GRAND TOTAL:       BILL: | | | | 143.72 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 02/27/2012 | | | FEDEXH | 1.00 | 13.25 | 13.25 | FEDERAL EXPRESS | 28911056 |
| | | | | | | | HOWARD SEIFE | |
| | | | | | | | Landis Rath & Cobb | |
| | | | | | | | 919 N Market St | |
| | | | | | | | WILMINGTON        DE19801    US | |
| | | | | | | | 41079138701 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= .00  Amount= 2036.40 | |
| | | | | | | | Check #339998  03/14/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 13.25 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 13.25 | | |
| | | GRAND TOTAL:     WORK: | | | | 13.25 | 1 records | |
| | | GRAND TOTAL:     BILL: | | | | 13.25 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 11/02/2011 | | | REPRO | 1.00 | 70.00 | 70.00 | REPRODUCTION<br>From : H. Seife<br>Doc Size: color prints<br><br>ref no: 114664 | 28941055 |
| 11/02/2011 | | | REPRO | 1.00 | 490.00 | 490.00 | REPRODUCTION<br>From : H. Seife<br>Doc Size: color prints<br><br>ref no: 114666 | 28941057 |
| 11/02/2011 | | | REPRO | 1.00 | 630.00 | 630.00 | REPRODUCTION<br>From : H. Seife<br>Doc Size: color prints<br><br>ref no: 114665 | 28941056 |
| 11/02/2011 | | | REPRO | 1.00 | 1,610.00 | 1,610.00 | REPRODUCTION<br>From : H. Seife<br>Doc Size: color prints<br><br>ref no: 114668 | 28941058 |
| 11/09/2011 | | | REPRO | 1.00 | 420.00 | 420.00 | REPRODUCTION<br>From : H. Seife<br>Doc Size: color prints<br><br>ref no: 114677 | 28941059 |
| 01/09/2012 | | | REPRO | 1.00 | 2,644.00 | 2,644.00 | REPRODUCTION<br>From : H. Seife<br>Doc Size: Color Prints<br><br>ref no: 114274 | 28932152 |
| 02/01/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION<br>638282<br>Bava, David<br>4465129<br>Print | 28861774 |
| 02/01/2012 | | | REPRO | 12.00 | 0.20 | 2.40 | REPRODUCTION<br>638295<br>Bava, David<br>4467798<br>Print | 28861775 |
| 02/01/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>638243<br>Roitman, Marc<br>4467416<br>Print | 28861794 |
| 02/01/2012 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION<br>637616<br>Roitman, Marc<br>4341745<br>Print | 28861819 |
| 02/01/2012 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION<br>638270<br>Roitman, Marc<br>4467072<br>Print | 28861772 |
| 02/01/2012 | | | REPRO | 14.00 | 0.20 | 2.80 | REPRODUCTION<br>637926<br>Bava, David<br>4466392<br>Print | 28861771 |
| 02/01/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>638272<br>Bava, David<br>1493811 | 28861773 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Print | |
| 02/02/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28861778 |
| | | | | | | | 638522 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4465129 | |
| | | | | | | | Print | |
| 02/02/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861802 |
| | | | | | | | 639224 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1513819 | |
| | | | | | | | Print | |
| 02/02/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 28861820 |
| | | | | | | | 639265 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 02/02/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28861779 |
| | | | | | | | 638811 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4467798 | |
| | | | | | | | Print | |
| 02/02/2012 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28861776 |
| | | | | | | | 639219 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 02/02/2012 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28861777 |
| | | | | | | | 639223 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 02/03/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28861806 |
| | | | | | | | 640043 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4459371 | |
| | | | | | | | Print | |
| 02/03/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 28861821 |
| | | | | | | | 639595 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 02/03/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28861823 |
| | | | | | | | 639667 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4470721 | |
| | | | | | | | Print | |
| 02/03/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861824 |
| | | | | | | | 639678 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4457099 | |
| | | | | | | | Print | |
| 02/03/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861826 |
| | | | | | | | 640061 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4457099 | |
| | | | | | | | Print | |
| 02/03/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861822 |
| | | | | | | | 639596 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 02/03/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861825 |
| | | | | | | | 640060 | |