Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

Page 3

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4457099 | |
| | | | | | | | Print | |
| 02/03/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28861827 |
| | | | | | | | 640063 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4470721 | |
| | | | | | | | Print | |
| 02/08/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28861803 |
| | | | | | | | 641502 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1513819 | |
| | | | | | | | Print | |
| 02/06/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861808 |
| | | | | | | | 641655 | |
| | | | | | | | Kirby, Robert | |
| | | | | | | | 4474693 | |
| | | | | | | | Print | |
| 02/06/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28861780 |
| | | | | | | | 641493 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1505060 | |
| | | | | | | | Print | |
| 02/06/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 28861781 |
| | | | | | | | 641500 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 02/06/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28861804 |
| | | | | | | | 641503 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1513819 | |
| | | | | | | | Print | |
| 02/06/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 28861782 |
| | | | | | | | 641501 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 02/06/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861807 |
| | | | | | | | 641653 | |
| | | | | | | | Kirby, Robert | |
| | | | | | | | 4474693 | |
| | | | | | | | Print | |
| 02/07/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861783 |
| | | | | | | | 642578 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400085 | |
| | | | | | | | Print | |
| 02/07/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28861812 |
| | | | | | | | 642391 | |
| | | | | | | | Cassara, Cathy | |
| | | | | | | | 3626012 | |
| | | | | | | | Print | |
| 02/07/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28861799 |
| | | | | | | | 641907 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4475985 | |
| | | | | | | | Print | |
| 02/07/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861813 |
| | | | | | | | 642392 | |
| | | | | | | | Cassara, Cathy | |
| | | | | | | | 3626012 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                                Page 4
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/07/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861814 |
| | | | | | | | 642393 | |
| | | | | | | | Cassara, Cathy | |
| | | | | | | | 3626012 | |
| | | | | | | | Print | |
| 02/07/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861817 |
| | | | | | | | 642401 | |
| | | | | | | | Cassara, Cathy | |
| | | | | | | | 3626012 | |
| | | | | | | | Print | |
| 02/07/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861784 |
| | | | | | | | 642586 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400096 | |
| | | | | | | | Print | |
| 02/07/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28861785 |
| | | | | | | | 642861 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4477696 | |
| | | | | | | | Print | |
| 02/07/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861809 |
| | | | | | | | 642387 | |
| | | | | | | | Cassara, Cathy | |
| | | | | | | | 3626012 | |
| | | | | | | | Print | |
| 02/07/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861816 |
| | | | | | | | 642395 | |
| | | | | | | | Cassara, Cathy | |
| | | | | | | | 3626012 | |
| | | | | | | | Print | |
| 02/07/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861786 |
| | | | | | | | 642524 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400073 | |
| | | | | | | | Print | |
| 02/07/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28861810 |
| | | | | | | | 642389 | |
| | | | | | | | Cassara, Cathy | |
| | | | | | | | 3626012 | |
| | | | | | | | Print | |
| 02/07/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28861811 |
| | | | | | | | 642390 | |
| | | | | | | | Cassara, Cathy | |
| | | | | | | | 3626012 | |
| | | | | | | | Print | |
| 02/07/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861815 |
| | | | | | | | 642394 | |
| | | | | | | | Cassara, Cathy | |
| | | | | | | | 3626012 | |
| | | | | | | | Print | |
| 02/08/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28861828 |
| | | | | | | | 643943 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4470721 | |
| | | | | | | | Print | |
| 02/08/2012 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28861830 |
| | | | | | | | 644165 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 02/08/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28861795 |
| | | | | | | | 644311 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4481138 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | Print | |
| 02/08/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861829 |
| | | | | | | | 643944 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4457099 | |
| | | | | | | | Print | |
| 02/08/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28861831 |
| | | | | | | | 644229 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 02/08/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28861800 |
| | | | | | | | 643815 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4436667 | |
| | | | | | | | Print | |
| 02/09/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28861805 |
| | | | | | | | 645154 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1513819 | |
| | | | | | | | Print | |
| 02/09/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861832 |
| | | | | | | | 645152 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 02/09/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 28861787 |
| | | | | | | | 645151 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 02/09/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28861797 |
| | | | | | | | 644893 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4451620 | |
| | | | | | | | Print | |
| 02/09/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861833 |
| | | | | | | | 645153 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 02/10/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28861790 |
| | | | | | | | 645855 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 02/10/2012 | | | REPRO | 40.00 | 0.20 | 8.00 | REPRODUCTION | 28852495 |
| | | | | | | | User Name: Deutsch, Douglas E. | |
| | | | | | | | Time of Day: (H:M:S): 14:56 | |
| | | | | | | | 705470 | |
| 02/10/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28861789 |
| | | | | | | | 645845 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 02/10/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861834 |
| | | | | | | | 645575 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4489517 | |
| | | | | | | | Print | |
| 02/10/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28861788 |
| | | | | | | | 645603 | |
| | | | | | | | Pender, Sheila | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 520045 | |
| | | | | | | | Print | |
| 02/13/2012 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28861835 |
| | | | | | | | 647623 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 02/14/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28901902 |
| | | | | | | | 648410 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |
| | | | | | | | Print | |
| 02/14/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901957 |
| | | | | | | | 648866 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4509627 | |
| | | | | | | | Print | |
| 02/14/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861791 |
| | | | | | | | 648116 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4506793 | |
| | | | | | | | Print | |
| 02/14/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28861792 |
| | | | | | | | 648140 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4506793 | |
| | | | | | | | Print | |
| 02/14/2012 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28901959 |
| | | | | | | | 648883 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 02/15/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901958 |
| | | | | | | | 649795 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4509627 | |
| | | | | | | | Print | |
| 02/15/2012 | | | REPRO | 38.00 | 0.20 | 7.60 | REPRODUCTION | 28901960 |
| | | | | | | | 650083 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 02/15/2012 | | | REPRO | 38.00 | 0.20 | 7.60 | REPRODUCTION | 28901961 |
| | | | | | | | 649970 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 02/16/2012 | | | REPRO | 20.00 | 0.20 | 4.00 | REPRODUCTION | 28878234 |
| | | | | | | | User Name: Roitman  , Marc | |
| | | | | | | | Time of Day: (H:M:S): 17:46 | |
| | | | | | | | 716967 | |
| 02/16/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901904 |
| | | | | | | | 651200 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4524463 | |
| | | | | | | | Print | |
| 02/16/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901927 |
| | | | | | | | 651135 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 02/16/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901918 |
| | | | | | | | 651113 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4508728 | |
| | | | | | | | Print | |
| 02/16/2012 | | | REPRO | 17.00 | 0.20 | 3.40 | REPRODUCTION | 28901903 |
| | | | | | | | 651145 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 02/16/2012 | | | REPRO | 20.00 | 0.20 | 4.00 | REPRODUCTION | 28901962 |
| | | | | | | | 650775 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 02/16/2012 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28878233 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 11:05 | |
| | | | | | | | 716826 | |
| 02/16/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901928 |
| | | | | | | | 651136 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 02/16/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901929 |
| | | | | | | | 651132 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 02/16/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901946 |
| | | | | | | | 651147 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1513819 | |
| | | | | | | | Print | |
| 02/17/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28880649 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 16:57 | |
| | | | | | | | 719707 | |
| 02/17/2012 | | | REPRO | 20.00 | 0.20 | 4.00 | REPRODUCTION | 28901963 |
| | | | | | | | 651402 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4341745 | |
| | | | | | | | Print | |
| 02/17/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28880647 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 15:43 | |
| | | | | | | | 719670 | |
| 02/17/2012 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28880648 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 16:11 | |
| | | | | | | | 719685 | |
| 02/17/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901905 |
| | | | | | | | 652243 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400073 | |
| | | | | | | | Print | |
| 02/17/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901930 |
| | | | | | | | 651376 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 02/17/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28901906 |
| | | | | | | | 652330 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                    Page 8
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | Print | |
| 02/17/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901907 |
| | | | | | | | 652473 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400096 | |
| | | | | | | | Print | |
| 02/17/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901919 |
| | | | | | | | 651991 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4508728 | |
| | | | | | | | Print | |
| 02/20/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901908 |
| | | | | | | | 652705 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4527063 | |
| | | | | | | | Print | |
| 02/20/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901909 |
| | | | | | | | 652710 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4527063 | |
| | | | | | | | Print | |
| 02/21/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901931 |
| | | | | | | | 654274 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4530154 | |
| | | | | | | | Print | |
| 02/21/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901932 |
| | | | | | | | 654748 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4530942 | |
| | | | | | | | Print | |
| 02/21/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901964 |
| | | | | | | | 654039 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4466476 | |
| | | | | | | | Print | |
| 02/21/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28880952 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 11:01 | |
| | | | | | | | 724633 | |
| 02/22/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901933 |
| | | | | | | | 655661 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4530942 | |
| | | | | | | | Print | |
| 02/22/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901947 |
| | | | | | | | 654959 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4532249 | |
| | | | | | | | Print | |
| 02/22/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28901920 |
| | | | | | | | 655491 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4532281 | |
| | | | | | | | Print | |
| 02/22/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901948 |
| | | | | | | | 654993 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4532249 | |
| | | | | | | | Print | |
| 02/22/2012 | | | REPRO | 1531.00 | 0.20 | 306.20 | REPRODUCTION | 28883657 |
| | | | | | | | User Name: Hand, Rashaan | |
| | | | | | | | Time of Day: (H:M:S): 12:58 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]    Page 9
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 728246 | |
| 02/22/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901949 |
| | | | | | | | 655041 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4532249 | |
| | | | | | | | Print | |
| 02/22/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28901965 |
| | | | | | | | 655698 | |
| | | | | | | | Rosenblatt, Andrew | |
| | | | | | | | 4523640 | |
| | | | | | | | Print | |
| 02/23/2012 | | | REPRO | 79.00 | 0.20 | 15.80 | REPRODUCTION | 28884702 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:49 | |
| | | | | | | | 730141 | |
| 02/23/2012 | | | REPRO | 44.00 | 0.20 | 8.80 | REPRODUCTION | 28885117 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 15:46 | |
| | | | | | | | Scan File 728528 | |
| 02/23/2012 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28885120 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:54 | |
| | | | | | | | Scan File 728555 | |
| 02/23/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901934 |
| | | | | | | | 656258 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 02/23/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901935 |
| | | | | | | | 656322 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 02/23/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901940 |
| | | | | | | | 656479 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 02/23/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901941 |
| | | | | | | | 656596 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 02/23/2012 | | | REPRO | 44.00 | 0.20 | 8.80 | REPRODUCTION | 28885116 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 14:52 | |
| | | | | | | | Scan File 728505 | |
| 02/23/2012 | | | REPRO | 17.00 | 0.20 | 3.40 | REPRODUCTION | 28901910 |
| | | | | | | | 656488 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 02/23/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28901937 |
| | | | | | | | 656357 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 02/23/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901950 |
| | | | | | | | 656489 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1513819 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

Page 10

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/23/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28901966 |
| | | | | | | | 655991 | |
| | | | | | | | Rosenblatt, Andrew | |
| | | | | | | | 4523640 | |
| | | | | | | | Print | |
| 02/23/2012 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION | 28901967 |
| | | | | | | | 656301 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4525480 | |
| | | | | | | | Print | |
| 02/23/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 28884703 |
| | | | | | | | User Name: Fremer, Suzanne | |
| | | | | | | | Time of Day: (H:M:S): 13:13 | |
| | | | | | | | 730051 | |
| 02/23/2012 | | | REPRO | 27.00 | 0.20 | 5.40 | REPRODUCTION | 28885119 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:53 | |
| | | | | | | | Scan File 728554 | |
| 02/23/2012 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28901936 |
| | | | | | | | 656356 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4479773 | |
| | | | | | | | Print | |
| 02/23/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901968 |
| | | | | | | | 656302 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4525480 | |
| | | | | | | | Print | |
| 02/23/2012 | | | REPRO | 117.00 | 0.20 | 23.40 | REPRODUCTION | 28884701 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 13:13 | |
| | | | | | | | 730052 | |
| 02/23/2012 | | | REPRO | 27.00 | 0.20 | 5.40 | REPRODUCTION | 28885118 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:52 | |
| | | | | | | | Scan File 728553 | |
| 02/23/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28885121 |
| | | | | | | | User Name: Roitman , Marc | |
| | | | | | | | Time of Day: (H:M:S): 14:23 | |
| | | | | | | | Scan File 728493 | |
| 02/23/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901938 |
| | | | | | | | 656435 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 02/23/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901939 |
| | | | | | | | 656461 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 02/24/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28901911 |
| | | | | | | | 657428 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4540420 | |
| | | | | | | | Print | |
| 02/24/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28901921 |
| | | | | | | | 657200 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4347962 | |
| | | | | | | | Print | |
| 02/24/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28901924 |
| | | | | | | | 657374 | |
| | | | | | | | Distefano, Michael | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | 4347962 | |
| | | | | | | | Print | |
| 02/24/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901944 |
| | | | | | | | 657252 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4479773 | |
| | | | | | | | Print | |
| 02/24/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28901945 |
| | | | | | | | 657282 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 02/24/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28901969 |
| | | | | | | | 657093 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4525480 | |
| | | | | | | | Print | |
| 02/24/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28901942 |
| | | | | | | | 657192 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 02/24/2012 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28901943 |
| | | | | | | | 657193 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4479773 | |
| | | | | | | | Print | |
| 02/24/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901951 |
| | | | | | | | 657436 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4540636 | |
| | | | | | | | Print | |
| 02/24/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901922 |
| | | | | | | | 657239 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4347962 | |
| | | | | | | | Print | |
| 02/24/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28901923 |
| | | | | | | | 657341 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4347962 | |
| | | | | | | | Print | |
| 02/26/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28901970 |
| | | | | | | | 657512 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4540403 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901974 |
| | | | | | | | 657982 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4542156 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28901975 |
| | | | | | | | 657983 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4542156 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION | 28901980 |
| | | | | | | | 658066 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4540622 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901912 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | 657756 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400096 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28901915 |
| | | | | | | | 658269 | |
| | | | | | | | Stenger, James | |
| | | | | | | | 4542524 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901925 |
| | | | | | | | 658371 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4532281 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901956 |
| | | | | | | | 658340 | |
| | | | | | | | Kirby, Robert | |
| | | | | | | | 4542907 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 28901972 |
| | | | | | | | 657753 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4540622 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28901977 |
| | | | | | | | 658022 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4542156 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28888672 |
| | | | | | | | User Name: Roitman , Marc | |
| | | | | | | | Time of Day: (H:M:S): 19:07 | |
| | | | | | | | Scan File 733049 | |
| 02/27/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901913 |
| | | | | | | | 657990 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400073 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28901976 |
| | | | | | | | 658021 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4540622 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28901981 |
| | | | | | | | 658067 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4542156 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28901916 |
| | | | | | | | 658289 | |
| | | | | | | | Colletti, Lisa | |
| | | | | | | | 4542524 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901926 |
| | | | | | | | 658372 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4532281 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28901971 |
| | | | | | | | 658386 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4540403 | |
| | | | | | | | Print | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/27/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901973 |
| | | | | | | | 657979 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4542156 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28901978 |
| | | | | | | | 658026 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4542156 | |
| | | | | | | | Print | |
| 02/27/2012 | | | REPRO | 20.00 | 0.20 | 4.00 | REPRODUCTION | 28901979 |
| | | | | | | | 658056 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4540622 | |
| | | | | | | | Print | |
| 02/28/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901952 |
| | | | | | | | 659021 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4544281 | |
| | | | | | | | Print | |
| 02/28/2012 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28901983 |
| | | | | | | | 658653 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4540622 | |
| | | | | | | | Print | |
| 02/28/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28901953 |
| | | | | | | | 659029 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4544281 | |
| | | | | | | | Print | |
| 02/28/2012 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28901986 |
| | | | | | | | 659117 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4540622 | |
| | | | | | | | Print | |
| 02/28/2012 | | | REPRO | 20.00 | 0.20 | 4.00 | REPRODUCTION | 28901917 |
| | | | | | | | 659102 | |
| | | | | | | | Stenger, James | |
| | | | | | | | 4544756 | |
| | | | | | | | Print | |
| 02/28/2012 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28901984 |
| | | | | | | | 659207 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4540622 | |
| | | | | | | | Print | |
| 02/28/2012 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28901985 |
| | | | | | | | 659267 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4540622 | |
| | | | | | | | Print | |
| 02/28/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28901914 |
| | | | | | | | 659025 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1813469 | |
| | | | | | | | Print | |
| 02/28/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28901954 |
| | | | | | | | 659282 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4544281 | |
| | | | | | | | Print | |
| 02/28/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28901955 |
| | | | | | | | 659298 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4544281 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Print | |
| 02/28/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28901982 |
| | | | | | | | 658555 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4540403 | |
| | | | | | | | Print | |
| 02/29/2012 | | | REPRO | 30.00 | 0.20 | 6.00 | REPRODUCTION | 28893169 |
| | | | | | | | User Name: Hand, Rashaan | |
| | | | | | | | Time of Day: (H:M:S): 11:56 | |
| | | | | | | | 740995 | |
| 02/29/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28922404 |
| | | | | | | | 659763 | |
| | | | | | | | Colletti, Lisa | |
| | | | | | | | 4547597 | |
| | | | | | | | Print | |
| 02/29/2012 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION | 28922444 |
| | | | | | | | 660069 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4547331 | |
| | | | | | | | Print | |
| 02/29/2012 | | | REPRO | 1309.00 | 0.20 | 261.80 | REPRODUCTION | 28893168 |
| | | | | | | | User Name: Hand, Rashaan | |
| | | | | | | | Time of Day: (H:M:S): 11:20 | |
| | | | | | | | 741000 | |
| 02/29/2012 | | | REPRO | 568.00 | 0.20 | 113.60 | REPRODUCTION | 28893170 |
| | | | | | | | User Name: Gardner, Norman | |
| | | | | | | | Time of Day: (H:M:S): 18:53 | |
| | | | | | | | 741117 | |
| 02/29/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28922410 |
| | | | | | | | 659756 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4532281 | |
| | | | | | | | Print | |
| | | UNBILLED TOTALS:   WORK | | | | 6,831.40 | 175 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 484.30 | | |
| | | GRAND TOTAL:      WORK: | | | | 6,831.40 | 175 records | |
| | | GRAND TOTAL:      BILL: | | | | 484.30 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 02/28/2012 | | | CRTRPT | 1.00 | 691.90 | 691.90 | COURT REPORTER - Vendor: VERITEXT NEW YORK | 28889180 |
| | | | | | | | REPORTING CO. DEPOSITION  TRANSCRIPT OF SUSAN | |
| | | | | | | | BELL | |
| | | | | | | | Vendor=VERITEXT NEW YORK REPORTING CO.  Balance= .00 | |
| | | | | | | | Amount= 691.90 | |
| | | | | | | | Check #339600  02/28/2012 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:   WORK | | | | 691.90 | 1 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 691.90 | | |
| | | | | | | | | |
| | | GRAND TOTAL:       WORK: | | | | 691.90 | 1 records | |
| | | GRAND TOTAL:       BILL: | | | | 691.90 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/15/2012 | | | OTPARA | 2.00 | 81.17 | 162.33 | PARALEGAL OVERTIME PR 02/15/2012- D.BAVA | 28870732 |
| 02/29/2012 | | | OTPARA | 2.00 | 81.16 | 162.32 | PARALEGAL OVERTIME PR 02/29/2012-D.BAVA | 28884337 |
| 02/29/2012 | | | OTPARA | 2.00 | 81.16 | 162.32 | PARALEGAL OVERTIME PR 02/29/2012-D.BAVA | 28884339 |
| 02/29/2012 | | | OTPARA | 1.13 | 81.16 | 91.71 | PARALEGAL OVERTIME PR 02/29/2012-D.BAVA | 28884336 |
| 02/29/2012 | | | OTPARA | 1.25 | 81.16 | 101.45 | PARALEGAL OVERTIME PR 02/29/2012-D.BAVA | 28884338 |
| | | UNBILLED TOTALS:   WORK | | | | 680.13 | 5 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 680.13 | | |
| | | GRAND TOTAL:      WORK: | | | | 680.13 | 5 records | |
| | | GRAND TOTAL:      BILL: | | | | 680.13 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 01/04/2012 | | | TEL | 124.00 | 0.08 | 9.52 | TELEPHONE CHARGES<br>CALLER: Howard Seife<br>CNCT : 124<br>NUMBER of CALLERS:: 3<br>TIME of DAY: 11:56<br>Not E.nte > MAT | 28835613 |
| 01/16/2012 | | | TEL | 232.00 | 0.08 | 17.81 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 232<br>NUMBER of CALLERS:: 5<br>TIME of DAY: 10:56 | 28885466 |
| 01/17/2012 | | | TEL | 332.00 | 0.08 | 25.49 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 332<br>NUMBER of CALLERS:: 11<br>TIME of DAY: 09:56<br>19804..02 > MAT | 28885605 |
| 01/18/2012 | | | TEL | 134.00 | 0.08 | 10.29 | TELEPHONE CHARGES<br>CALLER: Augusto Caceres<br>CNCT : 134<br>NUMBER of CALLERS:: 2<br>TIME of DAY: 18:00<br>Not E.nte > MAT | 28885629 |
| 01/18/2012 | | | TEL | 80.00 | 0.08 | 6.14 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 80<br>NUMBER of CALLERS:: 3<br>TIME of DAY: 10:28 | 28885467 |
| 01/19/2012 | | | TEL | 51.00 | 0.08 | 3.92 | TELEPHONE CHARGES<br>CALLER: Marc Roitman<br>CNCT : 51<br>NUMBER of CALLERS:: 3<br>TIME of DAY: 09:57 | 28885473 |
| 01/24/2012 | | | TEL | 153.00 | 0.08 | 11.74 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 153<br>NUMBER of CALLERS:: 7<br>TIME of DAY: 09:56 | 28885468 |
| 01/24/2012 | | | TEL | 85.00 | 0.08 | 6.52 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 85<br>NUMBER of CALLERS:: 3<br>TIME of DAY: 14:30 | 28885469 |
| 01/25/2012 | | | TEL | 98.00 | 0.08 | 7.52 | TELEPHONE CHARGES<br>CALLER: Marc Roitman<br>CNCT : 98<br>NUMBER of CALLERS:: 3<br>TIME of DAY: 09:57 | 28885474 |
| 01/26/2012 | | | TEL | 109.00 | 0.08 | 8.36 | TELEPHONE CHARGES<br>CALLER: Marc Roitman<br>CNCT : 109<br>NUMBER of CALLERS:: 2<br>TIME of DAY: 10:27 | 28885475 |
| 01/31/2012 | | | TEL | 281.00 | 0.08 | 21.58 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 281<br>NUMBER of CALLERS:: 8<br>TIME of DAY: 09:54 | 28885470 |
| 02/01/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 17:40<br>NUM CALLED: 3125958500<br>685537 | 28850266 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/01/2012 | | | TEL | 7.00 | 0.02 | 0.16 | TELEPHONE CHARGES | 28850267 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 7 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:41 | |
| | | | | | | | NUM CALLED: 3122761400 | |
| | | | | | | | 685553 | |
| 02/01/2012 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES | 28850265 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:32 | |
| | | | | | | | NUM CALLED: 2027781894 | |
| | | | | | | | 685531 | |
| 02/02/2012 | | | TEL | 556.00 | 0.76 | 422.43 | TELEPHONE CHARGES | 28885472 |
| | | | | | | | CALLER: Howard Seife | |
| | | | | | | | CNCT : 556 | |
| | | | | | | | NUMBER of CALLERS:: 18 | |
| | | | | | | | TIME of DAY: 11:19 | |
| 02/02/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 28850436 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:38 | |
| | | | | | | | NUM CALLED: 3104432368 | |
| | | | | | | | 688063 | |
| 02/06/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28853264 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:13 | |
| | | | | | | | NUM CALLED: 3024674438 | |
| | | | | | | | 693165 | |
| 02/06/2012 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES | 28853265 |
| | | | | | | | EXT: 265194 | |
| | | | | | | | CNCT: 6 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:25 | |
| | | | | | | | NUM CALLED: 2027368000 | |
| | | | | | | | 693372 | |
| 02/07/2012 | | | TEL | 219.00 | 0.08 | 16.81 | TELEPHONE CHARGES | 28885471 |
| | | | | | | | CALLER: Douglas E. Deutsch | |
| | | | | | | | CNCT : 219 | |
| | | | | | | | NUMBER of CALLERS:: 8 | |
| | | | | | | | TIME of DAY: 09:24 | |
| 02/08/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28853595 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:38 | |
| | | | | | | | NUM CALLED: 2136216030 | |
| | | | | | | | 699171 | |
| 02/08/2012 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES | 28853596 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:28 | |
| | | | | | | | NUM CALLED: 3104432368 | |
| | | | | | | | 699481 | |
| 02/09/2012 | | | TEL | 219.00 | 0.08 | 16.81 | TELEPHONE CHARGES | 28885885 |
| | | | | | | | CALLER: Thomas J. McCormack | |
| | | | | | | | CNCT : 219 | |
| | | | | | | | NUMBER of CALLERS:: 3 | |
| | | | | | | | TIME of DAY: 17:58 | |
| | | | | | | | Not E.nte > MAT | |
| 02/09/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28852892 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:37 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 701618 | |
| 02/10/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28853055 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:42 | |
| | | | | | | | NUM CALLED: 3128537438 | |
| | | | | | | | 704844 | |
| 02/10/2012 | | | TEL | 8.00 | 0.02 | 0.18 | TELEPHONE CHARGES | 28853054 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 8 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:04 | |
| | | | | | | | NUM CALLED: 3038660107 | |
| | | | | | | | 704140 | |
| 02/10/2012 | | | TEL | 189.00 | 0.08 | 14.51 | TELEPHONE CHARGES | 28885903 |
| | | | | | | | CALLER: Thomas J. McCormack | |
| | | | | | | | CNCT : 189 | |
| | | | | | | | NUMBER of CALLERS: : 4 | |
| | | | | | | | TIME of DAY: 09:58 | |
| | | | | | | | Not E.nte > MAT | |
| 02/14/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28868962 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:50 | |
| | | | | | | | NUM CALLED: 3024674416 | |
| | | | | | | | 711125 | |
| 02/16/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28878356 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:26 | |
| | | | | | | | NUM CALLED: 3104432368 | |
| | | | | | | | 715844 | |
| 02/16/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28878357 |
| | | | | | | | EXT: 265204 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:27 | |
| | | | | | | | NUM CALLED: 8189546007 | |
| | | | | | | | 715998 | |
| 02/17/2012 | | | TEL | 8.00 | 0.04 | 0.34 | TELEPHONE CHARGES | 28881095 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 8 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:57 | |
| | | | | | | | NUM CALLED: 5162270647 | |
| | | | | | | | 718314 | |
| 02/17/2012 | | | TEL | 9.00 | 0.02 | 0.21 | TELEPHONE CHARGES | 28881096 |
| | | | | | | | EXT: 265194 | |
| | | | | | | | CNCT: 9 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:58 | |
| | | | | | | | NUM CALLED: 2027781800 | |
| | | | | | | | 719071 | |
| 02/20/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 28881230 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:55 | |
| | | | | | | | NUM CALLED: 3129232975 | |
| | | | | | | | 721537 | |
| 02/20/2012 | | | TEL | 4.00 | 0.02 | 0.09 | TELEPHONE CHARGES | 28881229 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:46 | |
| | | | | | | | NUM CALLED: 4156480308 | |
| | | | | | | | 721069 | |
| 02/20/2012 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES | 28881228 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 6 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:22 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 720894 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/20/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28881227 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:02 | |
| | | | | | | | NUM CALLED: 2138966022 | |
| | | | | | | | 720976 | |
| 02/21/2012 | | | TEL | 22.00 | 0.02 | 0.51 | TELEPHONE CHARGES | 28881355 |
| | | | | | | | EXT: 265182 | |
| | | | | | | | CNCT: 22 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:01 | |
| | | | | | | | NUM CALLED: 2027781894 | |
| | | | | | | | 723818 | |
| 02/22/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28883828 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:58 | |
| | | | | | | | NUM CALLED: 2109787424 | |
| | | | | | | | 726305 | |
| 02/22/2012 | | | TEL | 19.00 | 0.02 | 0.44 | TELEPHONE CHARGES | 28883829 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 19 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:01 | |
| | | | | | | | NUM CALLED: 2027781894 | |
| | | | | | | | 726920 | |
| 02/22/2012 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES | 28883830 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 6 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:25 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 726549 | |
| 02/22/2012 | | | TEL | 34.00 | 0.02 | 0.78 | TELEPHONE CHARGES | 28883831 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 34 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:36 | |
| | | | | | | | NUM CALLED: 3128530497 | |
| | | | | | | | 727308 | |
| 02/23/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 28884902 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:58 | |
| | | | | | | | NUM CALLED: 3128530497 | |
| | | | | | | | 729565 | |
| 02/23/2012 | | | TEL | 14.00 | 0.02 | 0.32 | TELEPHONE CHARGES | 28884898 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 14 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:14 | |
| | | | | | | | NUM CALLED: 3172632346 | |
| | | | | | | | 729636 | |
| 02/23/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28884900 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:41 | |
| | | | | | | | NUM CALLED: 3024674416 | |
| | | | | | | | 729899 | |
| 02/23/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28884901 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:45 | |
| | | | | | | | NUM CALLED: 3024674416 | |
| | | | | | | | 729190 | |
| 02/23/2012 | | | TEL | 17.00 | 0.02 | 0.39 | TELEPHONE CHARGES | 28884897 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 17 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:39 | |
| | | | | | | | NUM CALLED: 8189546007 | |
| | | | | | | | 729210 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

Page 5

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/23/2012 | | | TEL | 8.00 | 0.02 | 0.18 | TELEPHONE CHARGES | 28884899 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 8 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:29 | |
| | | | | | | | NUM CALLED: 8185606670 | |
| | | | | | | | 729680 | |
| 02/24/2012 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES | 28885025 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:44 | |
| | | | | | | | NUM CALLED: 2032291814 | |
| | | | | | | | 731805 | |
| 02/24/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28885028 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:02 | |
| | | | | | | | NUM CALLED: 3024674436 | |
| | | | | | | | 731841 | |
| 02/24/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28885024 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 09:49 | |
| | | | | | | | NUM CALLED: 3024674438 | |
| | | | | | | | 731131 | |
| 02/24/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 28885026 |
| | | | | | | | EXT: 265150 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:17 | |
| | | | | | | | NUM CALLED: 3024674430 | |
| | | | | | | | 731193 | |
| 02/24/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28885029 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:08 | |
| | | | | | | | NUM CALLED: 3024674416 | |
| | | | | | | | 731990 | |
| 02/24/2012 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 28885027 |
| | | | | | | | EXT: 265150 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:42 | |
| | | | | | | | NUM CALLED: 3024674430 | |
| | | | | | | | 731415 | |
| 02/27/2012 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES | 28888557 |
| | | | | | | | EXT: 265539 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:06 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 734883 | |
| 02/28/2012 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 28893328 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:18 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 737749 | |
| 02/29/2012 | | | TEL | 3.00 | 0.04 | 0.13 | TELEPHONE CHARGES | 28893551 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:10 | |
| | | | | | | | NUM CALLED: 2037085847 | |
| | | | | | | | 739622 | |
| 02/29/2012 | | | TEL | 28.00 | 0.04 | 1.20 | TELEPHONE CHARGES | 28893552 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 28 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:59 | |
| | | | | | | | NUM CALLED: 2037085847 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
|  |  |  |  |  |  |  | 739984 |  |
| 02/29/2012 |  |  | TEL | 4.00 | 0.02 | 0.09 | TELEPHONE CHARGES | 28893553 |
|  |  |  |  |  |  |  | EXT: 265169 |  |
|  |  |  |  |  |  |  | CNCT: 4 |  |
|  |  |  |  |  |  |  | TIME of DAY: (H:M:S): 15:07 |  |
|  |  |  |  |  |  |  | NUM CALLED: 3024674410 |  |
|  |  |  |  |  |  |  | 740102 |  |
|  |  | UNBILLED TOTALS:   WORK |  |  |  | 605.93 | 57 records |  |
|  |  | UNBILLED TOTALS:   BILL: |  |  |  | 605.93 |  |  |
|  |  | GRAND TOTAL:   WORK: |  |  |  | 605.93 | 57 records |  |
|  |  | GRAND TOTAL:   BILL: |  |  |  | 605.93 |  |  |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   3/20/2012 4:24:17 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/28/2012 | | | TELH | 1.00 | 43.57 | 43.57 | TELEPHONE CHARGES - Vendor: HOWARD SEIFE | 28888323 |
| | | | | | | | 1/14-2/13/12 BLACKBERRY PHONE REIMBURSEMENT | |
| | | | | | | | Vendor=HOWARD SEIFE  Balance= .00  Amount= 43.57 | |
| | | | | | | | Check #339666  02/29/2012 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:  WORK | | | | 43.57 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 43.57 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 43.57 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 43.57 | | |