# EXHIBIT A

**Tribune Co.** 
Time Log

## Moelis & Company
## Summary of Hours Worked
### February 1, 2012 - February 29, 2012

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 13.0 |
| Jason Warsavsky | Associate | 24.5 |
| Sandhya Sistla | Analyst | 65.0 |
| | **Total Moelis Team Hours** | **102.5** |

**Tribune Co.**     MOELIS & COMPANY

Time Log - February 2012

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 13.0 |
| Jason Warsavsky | Associate | 24.5 |
| Sandhya Sistla | Analyst | 65.0 |
| **Total** | | **102.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 2/2/2012 | 0.5 | UCC Meeting |
| Jason Warsavsky | 2/2/2012 | 0.5 | UCC Meeting |
| Sandhya Sistla | 2/2/2012 | 0.5 | UCC Meeting |
| Zul Jamal | 2/2/2012 | 1.5 | Review of 2011 Operating Performance & 2012 Plan materials |
| Jason Warsavsky | 2/2/2012 | 1.5 | Review of 2011 Operating Performance & 2012 Plan materials |
| Sandhya Sistla | 2/2/2012 | 4.0 | Review of 2011 Operating Performance & 2012 Plan materials |
| Zul Jamal | 2/3/2012 | 1.0 | Follow Up Analysis on Akin Gump's Recovery Chart |
| Jason Warsavsky | 2/3/2012 | 1.0 | Follow Up Analysis on Akin Gump's Recovery Chart |
| Sandhya Sistla | 2/3/2012 | 4.0 | Follow Up Analysis on Akin Gump's Recovery Chart |
| Jason Warsavsky | 2/6/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 2/6/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 2/7/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 2/7/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 2/7/2012 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 2/7/2012 | 0.5 | Recovery Analysis |
| Jason Warsavsky | 2/7/2012 | 0.5 | Recovery Analysis |
| Sandhya Sistla | 2/7/2012 | 5.0 | Recovery Analysis |
| Jason Warsavsky | 2/13/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 2/13/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 2/14/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 2/14/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 2/14/2012 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 2/14/2012 | 0.5 | Recovery Analysis Discussion |
| Sandhya Sistla | 2/14/2012 | 0.5 | Recovery Analysis Discussion |
| Zul Jamal | 2/14/2012 | 1.0 | Recovery Analysis Discussion with Alix Partners |
| Sandhya Sistla | 2/14/2012 | 1.0 | Recovery Analysis Discussion with Alix Partners |
| Jason Warsavsky | 2/15/2012 | 0.5 | Review of EGI-TRB Recovery Chart |
| Sandhya Sistla | 2/15/2012 | 0.5 | Review of EGI-TRB Recovery Chart |
| Zul Jamal | 2/15/2012 | 0.5 | Recovery Analysis |
| Jason Warsavsky | 2/15/2012 | 0.5 | Recovery Analysis |
| Sandhya Sistla | 2/15/2012 | 1.0 | Recovery Analysis |
| Jason Warsavsky | 2/16/2012 | 1.5 | Monthly FA Call and follow-up analysis |
| Sandhya Sistla | 2/16/2012 | 1.5 | Monthly FA Call and follow-up analysis |
| Zul Jamal | 2/16/2012 | 1.0 | Recovery Analysis Discussion with Aurelius |
| Sandhya Sistla | 2/16/2012 | 1.0 | Recovery Analysis Discussion with Aurelius |
| Zul Jamal | 2/20/2012 | 0.5 | Review of Revised Supplemental Disclosure Document materials |
| Jason Warsavsky | 2/20/2012 | 0.5 | Review of Revised Supplemental Disclosure Document materials |
| Sandhya Sistla | 2/20/2012 | 3.0 | Review of Revised Supplemental Disclosure Document materials |
| Jason Warsavsky | 2/20/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 2/20/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 2/21/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 2/21/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 2/21/2012 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 2/21/2012 | 1.0 | Recovery Analysis Discussion with Aurelius |
| Sandhya Sistla | 2/21/2012 | 1.0 | Recovery Analysis Discussion with Aurelius |
| Zul Jamal | 2/26/2012 | 1.0 | Analysis on Operating Plan Management Meeting & Follow Up Materials |
| Jason Warsavsky | 2/26/2012 | 4.0 | Analysis on Operating Plan Management Meeting & Follow Up Materials |
| Sandhya Sistla | 2/26/2012 | 20.0 | Analysis on Operating Plan Management Meeting & Follow Up Materials |
| Jason Warsavsky | 2/27/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 2/27/2012 | 3.0 | Weekly Media & Debt Pricing Updates |

**Tribune Co.**
Time Log - February 2012

### I. Summary

| Name | Role | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 13.0 |
| Jason Warsavsky | Associate | 24.5 |
| Sandhya Sistla | Analyst | 65.0 |
| **Total** | | **102.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 2/28/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 2/28/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 2/28/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 2/29/2012 | 6.0 | Operating Plan Management Meeting |
| Sandhya Sistla | 2/29/2012 | 6.0 | Operating Plan Management Meeting |
| | **Total** | **102.5** | |