# EXHIBIT B

# Tribune Co.

Moelis & Company - February 2012 Expense Summary

|  | February 2012 |
|---|---:|
| Airfare | $ 1,047.50 |
| Lodging | - |
| Travel / Overtime / Weekend meals | - |
| Taxi / Transportation / Parking | - |
| Telephone | - |
| Presentations | - |
| Other | 8.34 |
| **Total** | **$ 1,055.84** |

**Tribune Co.**
Moelis & Company - February 2012 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| | 2/24/2012 | AIRFARE | Flight to Chicago management meeting (coach ticket) | Sistla | $1,005.50 | $1,005.50 |
| | 2/23/2012 | AIRFARE | Flight booking fees for Chicago management meeting | Jamal | 42.00 | 42.00 |
| | | | | | **Total Requested** | **$1,047.50** |
| **OTHER** | | | | | | |
| | 2/3/2012 | INFO SERVICES | PACER court documents | Jamal | $8.34 | $8.34 |
| | | | | | **Total Requested** | **$8.34** |
| | | | | | **Month Total** | **$1,055.84** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New
     York City.
   - Hotel rooms in New York City subject to $350 per night cap
   - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
   - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location