# EXHIBIT A

**No Liability Claims**

TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 51: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMERDALE TRUST C/O DAVID KISSI PO BOX 77878 ONE MASSACHUSETTS AVE NE WASHINGTON, DC 20013 | 08-13141 | Tribune Company | 02/13/2009 | 940 | Undetermined | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 15-17 of the objection. |
| 2 | HEIMBERG, ERIC 6233 S MAJOR CHICAGO, IL 60638 | 08-13141 | Tribune Company | 06/10/2009 | 4421 | $5,347.20 | Claim asserted for vacation pay in excess of amount to which claimant is entitled to receive under Chicago Tribune Company's vacation pay policy in effect at the time services were performed.[1] Neither Chicago Tribune Company's nor Tribune Company's books and records show that any amounts were due to creditor as of the Petition Date. |
| 3 | HOWARD COUNTY, MARYLAND HOWARD COUNTY OFFICE OF LAW - MARGARET ANN NOLAN, ESQ. CAMELA J. SANDMANN, ESQ. 3430 COURTHOUSE DRIVE ELLICOTT CITY, MD 21043 | 08-13141 | Tribune Company | 03/03/2011 | 6709 | $551.99 | Claim is for late penalty charges. Payment for tax liability in 2010 was released on 10/28/2011 in check number 0026028584. Tax liability was due on or before 10/30/2011. There is no liability related to this claim. |
| 4 | HUYNH, HOLT. 2642 N. DRAKE STREET CHICAGO, IL 60647-1210 | 08-13252 | WGN Continental Broadcasting Company | 10/12/2010 | 6662 | Undetermined | No liability for claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 18-19 of the objection. In addition, this claim was filed after the Bar Date. |

---

[1] A copy of the applicable Chicago Tribune Company vacation pay policy is available upon request to the Debtors.

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 51: EXHIBIT A – NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 5 JACOBSEN, CLARICE<br>5623 N OLCOTT<br>CHICAGO, IL 60631 | 08-13141 | Tribune Company | 05/04/2009 | 2333 | Undetermined | Claim is asserted on account of an alleged injury sustained by claimant's now-deceased spouse in 1976, while working for the Debtor. Claim states that no claim was filed at the time of the alleged injury and no receipts are in existence. The statute of limitations for personal injury claims under Illinois law is two (2) years from the date of the accident. The statute of limitations for workers' compensation claims under Illinois law is three (3) years from the date of the accident or two (2) years from the date of the last payment of benefits. Accordingly, any claim for recovery on account of an injury sustained in 1976 would be time-barred. |
| 6 KISSI, DAVID<br>PO BOX 77878<br>ONE MASSACHUSETTS AVE NE<br>WASHINGTON, DC 20013 | 08-13141 | Tribune Company | 04/22/2009 | 1334 | Undetermined | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 15-17 of the objection. |
| 7 OFFICEMAX<br>ATTN: CREDIT<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563-1255 | 09-13496 | Tribune CNLBC, LLC | 10/19/2009 | 6335 | $5,047.64 | No liability owed to claimant per Debtors' books and records. Claimant included credit amount that was applied to the outstanding balance in account number 0677108. |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 51: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | OKLAHOMA TAX COMMISSION BANKRUPTCY SECTION GENERAL COUNSEL'S OFFICE 120 N. ROBINSON, SUITE 2000 OKLAHOMA CITY, OK 73102-7471 | 08-13203 | Shepard's Inc. | 02/23/2009 | 586 | $2,479.00 | The Claim should be disallowed as it is time-barred by the applicable statute of limitations. The Tax Commission has provided insufficient documentation to justify its assessment of taxes on the Debtor from the time period of October through December of 1996 when the applicable statute of limitations, found in 68 OKL St. § 223, states that, with exceptions not applicable here, no tax assessment shall be made after the expiration of three years from the date the return was required to be filed or the date the return was filed, whichever period expires later. See also El Paso Natural Gas Co. v. Oklahoma Tax Comm'n, 929 P.2d 1002, 1006 (Okla. Ct. App. 1996). |
| 9 | TWTR, INC., ET AL. C/O A-S-K FINANCIAL LLP 2600 EAGAN WOODS DRIVE, SUITE 400 EAGAN, MN 55121 | 08-13141 | Tribune Company | 12/30/2008 | 188 | $13,532.00 | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 20-21 of the objection. |
| 10 | TWTR, INC., ET AL. C/O A-S-K FINANCIAL LLP 2600 EAGAN WOODS DRIVE, SUITE 400 EAGAN, MN 55121 | 08-13241 | Tribune Television Company | 12/30/2008 | 189 | $13,532.00 | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 20-21 of the objection. |
| 11 | TWTR, INC., ET AL. C/O A-S-K FINANCIAL LLP 2600 EAGAN WOODS DRIVE, SUITE 400 EAGAN, MN 55121 | 08-13209 | The Baltimore Sun Company | 12/30/2008 | 190 | $10,000.00 | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 20-21 of the objection. |
| 12 | TWTR, INC., ET AL. C/O A-S-K FINANCIAL LLP 2600 EAGAN WOODS DRIVE, SUITE 400 EAGAN, MN 55121 | 08-13209 | The Baltimore Sun Company | 12/30/2008 | 191 | $10,000.00 | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 20-21 of the objection. |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 51: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | WHITEHALL JEWELERS HOLDINGS, INC., ET AL. C/O ASK FINANCIAL LLP 2600 EAGAN WOODS DRIVE, SUITE 400 EAGAN, MN 55121 | 08-13141 | Tribune Company | 07/17/2009 | 6124 | $29,470.89 | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 20-21 of the objection. |
| | | | | | TOTAL | $89,920.72 | |

# EXHIBIT B

## Substantive Duplicate Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 51: EXHIBIT B – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 1 | A&B PHOTO & PRINT 218 N JEFFERSON STE LLC NO. 2 CHICAGO, IL 60661 | 12/08/2011 | 08-13252 | 7091 | $1,133.68 | A&B PHOTO & PRINT 218 N JEFFERSON STE LL NO.2 CHICAGO, IL 60661 | 05/26/2009 | 08-13252 | 3123 | $1,133.68 | Duplicates liability in remaining claim. |

**TRIBUNE COMPANY, ET AL.**

**OMNIBUS OBJECTION 51: EXHIBIT B – SUBSTANTIVE DUPLICATE CLAIMS**

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 2 | ARTINI-ZAK CORPORATION, INC. ARTINI FINE JEWELRY, INC. 100 PLAZA REAL SOUTH, SUITE B BOCA RATON, FL 33432 | 03/24/2009 | 08-13141 | 838 | Undetermined | ASINNMAZ, ARTHUR 9124 SW 51ST RD #B-102 GAINESVILLE, FL 32608-8171 | 05/08/2009 | 08-13208 | 2578 | Undetermined | Duplicates liability in remaining claims. |
| | | | | | | ARTINI-ZAK CORPORATION, INC. 9124 SW 51ST RD #B-102 GAINESVILLE, FL 32608-8171 | 05/08/2009 | 08-13208 | 2579 | Undetermined | |
| | | | | | | ARTINI-ZAK CORPORATION, INC. 9124 SW 51ST RD #B-102 GAINESVILLE, FL 32608-8171 | 05/08/2009 | 08-13208 | 2580 | Undetermined | |
| | | | | | | ARTINI FINE JEWELRY, INC. D/B/A 5TH 9124 SW 51ST RD #B-102 GAINESVILLE, FL 32608-8171 | 05/08/2009 | 08-13208 | 2581 | Undetermined | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**TRIBUNE COMPANY, ET AL.**

**OMNIBUS OBJECTION 51: EXHIBIT B – SUBSTANTIVE DUPLICATE CLAIMS**

CLAIMS TO BE DISALLOWED

SURVIVING CLAIMS

| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 HARRIS COUNTY TREASURER 1001 PRESTON STE 652 HOUSTON, TX 77002 | 05/19/2009 | 08-13187 | 3102 | $71.01* | HARRIS COUNTY TREASURER 1001 PRESTON STE 652 HOUSTON, TX 77002 | 12/23/2008 | 08-13187 | 28 | $71.01* | Duplicates liability in remaining claim. |
| | | | TOTAL | $1,204.69 | | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 3

# EXHIBIT C

## Modified Amount Claims

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 51: EXHIBIT C – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | | CLASS | AMOUNT | REASON FOR MODIFICATION |
| 1 | BUCKINGHAM, JIM J 2600 SPRINGMILL RD FINDLAY, OH 45840-2860 | 6692 | Tribune Company | Unsecured | Undetermined | | Unsecured | $1.80 | Liquidating claim to reflect Debtors' books and records. |
| 2 | CWA/ITU NEGOTIATED PENSION PLAN MICHELLE MCMAHON, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 2897 | The Baltimore Sun Company | Unsecured | $329,569.00* | | Unsecured | $329,569.00 | Liquidating claim to reflect Debtors' books and records. |
| 3 | FRANKE GREENHOUSE LIST LIPPITT 1226 15TH ST 2ND FL NO.200 DENVER, CO 80202 | 4187 | Tribune Broadcasting Company | Unsecured | $1,047.52 | | Unsecured | $642.35 | Claim reduced to disallow interest and penalties. |
| | | | | TOTAL | $330,616.52 | TOTAL | | $330,213.15 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT D

## Modified Amount, Modified Debtor Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 51: EXHIBIT D - MODIFIED AMOUNT, MODIFIED DEBTOR CLAIMS

| | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | DEBTOR | AMOUNT | REASON FOR MODIFICATION |
| 1 HOLLAND & KNIGHT LLP<br><br>1 EAST BROWARD BLVD, STE 1300<br>FORT LAUDERDALE, FL 33301 | 2260 | Tribune Company | Unsecured | $6,849.12 | Orlando Sentinel Communications Company | $2,881.15 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. In addition, claim reduced by invoices for liabilities not owned by Debtor. |
| 2 LONGACRE OPPORTUNITY FUND, L1<br>TRANSFEROR: SPR INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | 2466 | Tribune Publishing Company | Unsecured | $57,650.50 | Tribune Company | $50,000.00 | Claim reduced to disallow amounts for certain services that were invoiced to Debtor, but for which no timesheets were submitted to Debtor in support of the invoices. Claimant has not provided any evidence that the portion of the claim proposed to be disallowed by this Objection relates to services actually rendered and Debtors' books and records do not reflect work was performed. |
| | | | **TOTAL** | $64,499.62 | | $52,881.15 | |

^ - Documentation supporting payments is available upon request to Debtors.

# EXHIBIT E

## Modified Amount, Modified Priority Claim

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 51: EXHIBIT E - MODIFIED AMOUNT, MODIFIED PRIORITY CLAIMS

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|------|---------|--------|-------|--------|--------|--------|--------|
| 1 CITY OF NEW ORLEANS<br>PO BOX 52828<br>NEW ORLEANS, LA 70152-2828 | 3677 | Tribune Television<br>New Orleans, Inc. | Priority | $160.00 | Unsecured | $80.00 | Claim previously satisfied in part ^ Modified amount reflects Debtors' books and records. In addition, claim asserted priority under 11 U.S.C. § 507 (a)(8). Tax charge is related to parking violations that do not give rise to priority status. |
| | | | TOTAL | $160.00 | TOTAL | $80.00 | |

^ - Documentation supporting payments is available upon request to Debtors.

# EXHIBIT F

## Modified Priority, Modified Debtor Claims

Tribune Company, et al.

Omnibus Objection 51: Exhibit F - Modified Priority, Modified Debtor Claims

| | | | ASSERTED | | | MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT | REASON FOR MODIFICATION | |
| 1 TOWN OF GRIFFITH<br>111 N. BROAD ST.<br>GRIFFITH, IN 46319-2294 | 2855 | No Debtor Asserted | 503(b)(9) | $173.07 | Chicago Tribune Company | Unsecured | $173.07 | Claim included services or other non-goods. | |
| | | | TOTAL | $173.07 | | TOTAL | $173.07 | | |

# EXHIBIT G

## Modified Amount, Modified Priority, Reclassified Claim

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 51: EXHIBIT G - MODIFIED AMOUNT, MODIFIED PRIORITY, RECLASSIFIED CLAIMS

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | PRIORITY STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|
| 1 ROBINSON, WILLIAM E & DOROTHY A<br>JT TEN<br>15500 BUBBLING WELLS RD<br>DESERT HOT SPRINGS, CA 92240-7043 | 6816 | Tribune Company | Priority<br>Secured<br><br>Subtotal | $340.00<br>$340.00<br><br>$680.00 | Unsecured | $340.00 | Claimant duplicated liability owed in priority and secured sections of Proof of Claim form. Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee and claim is not on account of wages or other earnings within 180 days before the Petition Date. In addition, no evidence of perfected lien or security interest provided. |
| | | | TOTAL | $680.00 | TOTAL | $340.00 | |

Page 1 of