# EXHIBIT "A"

DM129 v1

## EXHIBIT "A" – SUMMARY SHEET

December 1, 2011 through and including December 31, 2011

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 4.0 | $2,160.00 |
| Patricia P. McGonigle | Partner; admitted DE 1992 | 1992 | $375.00 | .2 | $75.00 |
| Susan Pappa | Paralegal | N/A | $125.00 | 1.6 | $200.00 |
| | | | Total | 5.8 | $2,435.00 |

**Blended Rate:  $419.83**