# EXHIBIT "B"

222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

|  |  |
|---|---|
| Page: | 1 |
| | March 28, 2012 |
| Account No: | 30402-001M |
| Statement No: | 27878 |

Tribune

For Services Rendered Through 12/31/2011

<u>Fees</u>

| | | Hours | |
|---|---|---|---|
| 12/09/2011 | | | |
| JSG | Reviewing Motion and Order regarding extending stays of adversary proceedings; Prepare same for filing; E-mails and teleconferences regarding same | 1.50 | |
| SLP | Teleconference with James S. Green (home) re filing; Teleconference with Parcels; Draft Certificate of Service; E-mail Parcels (cc: James S. Green) regarding filing of Certificate of Counsel Re 5th Order Definition Termination Event (wait for James S. Green approval); Reviewing e-mails regarding same (certificate not filed) | 1.00 | |
| PPM | Emails to/from Mr. Caridas re: filing of additional certificates of service; | 0.20 | |
| 12/12/2011 | | | |
| SLP | E-file Certification of Counsel re 5th Order Definition Termination Event | 0.30 | |
| JSG | Reviewing docket; Reviewing hearing agenda; Reviewing and file Certification regarding termination event | 1.00 | |
| 12/13/2011 | | | |
| JSG | Attend hearing before Judge Carey | 1.50 | |
| 12/22/2011 | | | |
| SLP | Teleconference with co-counsel and Parcels regarding e-filing Summons/Notice of Pretrial Conference | 0.30 | |
| | For Current Services Rendered | 5.80 | 2,435.0( |

<u>Summary of Fees</u>

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 4.00 | $540.00 | $2,160.00 |
| Patricia P. McGonigle | 0.20 | 375.00 | 75.00 |
| Susan L. Pappa | 1.60 | 125.00 | 200.00 |

Offi Comm of Unsecured Cred Tribune Company et al

| | |
|---|---|
| Account No: | 30402-001M |
| Statement No: | 27878 |

Tribune

Total Current Work                                                    2,435.00