# EXHIBIT "C"

## STATEMENT OF EXPENSE

TOTAL: $0