## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR TELEPHONIC STATUS CONFERENCE ON MARCH 30, 2012
### AT 10:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the telephonic hearing must contact
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## CONTINUED MATTERS

1.  Motion of the Debtors for an Order Establishing Procedures for Compliance with Federal
    Communications Commission Foreign Ownership Requirements (Filed March 5, 2012)
    (Docket No. 11089)

    Objection Deadline: March 16, 2012 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Responses: None.

Related Documents:

    (a)    Notice of (I) Telephonic Status Conference with Respect to (A) Solicitation Procedures and Supplemental Disclosure Document and (B) Anthony Conte's Motion for Relief from Stay; and (II) Rescheduled Hearing on (A) Supplemental Disclosure Document, (B) Solicitation Procedures Motion, and (C) FCC Procedures Motion (Filed March 27, 2012) (Docket No. 11239)

    (b)    Amended Notice of (I) Telephonic Status Conference with Respect to (A) Solicitation Procedures and Supplemental Disclosure Document  and (B) Anthony Conte's Motion for Relief from Stay; and (II) Rescheduled Hearing on (A) Supplemental Disclosure Document, (B) Solicitation Procedures Motion, and (C) FCC Procedures Motion (Filed March 27, 2012) (Docket No. 11242)

Status:    This matter is continued to a date to be determined.  This matter will not be going forward.

2.    Notice of Filing of Supplemental Disclosure Document Relating to Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (As Modified March 16, 2012) (Filed March 16, 2012) (Docket No. 11169)

Objection Deadline: March 9, 2012 at 4:00 p.m.

Responses:

    (a)    Limited Objection of Aurelius Capital Management, LP to the DCL Plan Proponents' Supplemental Disclosure Document Relating to Third Amended Joint Plan of Reorganization (As Modified February 20, 2012) (Filed March 9, 2012) (Docket No. 11134)

    (b)    Joinder of Law Debenture Trust Company of New York to Limited Objection of Aurelius Capital Management, LP to the DCL Plan Proponents' Supplemental Disclosure Document Relating to Third Amended Joint Plan of Reorganization (As Modified February 20, 2012) (Filed March 9, 2012) (Docket No. 11135)

    (c)    DCL Plan Proponents' Reply to Objections to Supplemental Disclosure Document Relating to Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed March 16, 2012) (Docket No. 11167)

46429/0001-8358962v2

(d)     Reply to Objections and Second Supplement to Motion of Debtors for
        Order (I) Approving Supplemental Disclosure Document; (II) Establishing
        Scope, Forms, Procedures, and Deadlines for Resolicitation and
        Tabulation of Votes to Accept or Reject DCL Plan From Certain Classes;
        (III) Authorizing Tabulation of Prior Votes and Elections on DCL Plan
        Made by Holders of Claims in Non-Resolicited Classes; (IV) Scheduling
        the Confirmation Hearing and Establishing Notice and Objection
        Procedures in Respect Thereof; and (V) Granting Related Relief (Filed
        March 16, 2012) (Docket No. 11170)

Related Documents:

(a)     Motion of Debtors for Order (I) Approving Supplemental Disclosure
        Document; (II) Establishing Scope, Forms, Procedures, and Deadlines for
        Resolicitation and Tabulation of Votes to Accept or Reject DCL Plan
        From Certain Classes; (III) Authorizing Tabulation of Prior Votes and
        Elections on DCL Plan Made By Holders of Claims in Non-Resolicited
        Classes; (IV) Scheduling the Confirmation Hearing and Establishing
        Notice and Objection Procedures in Respect Thereof; and (V) Granting
        Related Relief (Filed November 18, 2011) (Docket No. 10274)

(b)     Order Establishing Scheduling for (1) Resolution of the Allocation
        Disputes and (2) Consideration of DCL Plan Proponents' Supplemental
        Disclosure Document, Solicitation Procedures Motion and Plan (Entered
        January 24, 2012) (Docket No. 10692)

(c)     Re-Notice of Hearing on Motion of Debtors for Order (I) Approving
        Supplemental Disclosure Document; (II) Establishing Scope, Forms,
        Procedures, and Deadlines for Resolicitation and Tabulation of Votes to
        Accept or Reject DCL Plan From Certain Classes; (III) Authorizing
        Tabulation of Prior Votes and Elections on DCL Plan Made By Holders of
        Claims in Non-Resolicited Classes; (IV) Scheduling the Confirmation
        Hearing and Establishing Notice and Objection Procedures in Respect
        Thereof; and (V) Granting Related Relief (Filed February 2, 2012)
        (Docket No. 10824)

(d)     Third Amended Joint Plan of Reorganization for Tribune Company and Its
        Subsidiaries Proposed by the Debtors, the Official Committee of
        Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon
        & Co., L.P. and JPMorgan Chase Bank, N.A. (Filed February 20, 2012)
        (Docket No. 10958)

(e)     Supplemental Disclosure Document Relating to Third Amended Joint Plan
        of Reorganization for Tribune Company and Its Subsidiaries Proposed by
        the Debtors, the Official Committee of Unsecured Creditors, Oaktree
        Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan
        Chase Bank, N.A. as Modified February 20, 2012 (Filed February 20,
        2012) (Docket No. 10959)

46429/0001-8358962v2

(f)     Supplement to Motion of Debtors for Order (I) Approving Supplemental Disclosure Document; (II) Establishing Scope, Forms, Procedures, and Deadlines for Resolicitation and Tabulation of Votes to Accept or Reject DCL Plan from Certain Classes; (III) Authorizing Tabulation of Prior Votes and Elections on DCL Plan Made by Holders of Claims in Non-Resolicited Classes; (IV) Scheduling the Confirmation Hearing and Establishing Notice and Objection Procedures in Respect Thereof; and (V) Granting Related Relief (Filed February 20, 2012) (Docket No. 10960)

(g)     Supplemental Scheduling Order Relating to Discovery and the Submission of Evidence in Connection with Plan Confirmation (Entered March 6, 2012) (Docket No. 11096)

(h)     Notice of Filing of Supplemental Disclosure Document, Dated March 7, 2012, Relating to Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (As Modified February 20, 2012) (Filed March 7, 2012) (Docket No. 11106)

(i)      Notice of (I) Rescheduled Hearing on (A) Supplemental Disclosure Document, (B) Solicitation Procedures Motion, and (C) FCC Procedures Motion, and (II) Status Conference with Respect to Solicitation Procedures and Supplemental Disclosure Document (Filed March 16, 2012) (Docket No. 11166)

(j)      Notice of Filing of Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (As Modified March 16, 2012) (Filed March 16, 2012) (Docket No. 11168)

(k)     Notice of (I) Telephonic Status Conference with Respect to (A) Solicitation Procedures and Supplemental Disclosure Document and (B) Anthony Conte's Motion for Relief from Stay; and (II) Rescheduled Hearing on (A) Supplemental Disclosure Document, (B) Solicitation Procedures Motion, and (C) FCC Procedures Motion (Filed March 27, 2012) (Docket No. 11239)

(l)      Amended Notice of (I) Telephonic Status Conference with Respect to (A) Solicitation Procedures and Supplemental Disclosure Document  and (B) Anthony Conte's Motion for Relief from Stay; and (II) Rescheduled Hearing on (A) Supplemental Disclosure Document, (B) Solicitation Procedures Motion, and (C) FCC Procedures Motion (Filed March 27, 2012) (Docket No. 11242)

46429/0001-8358962v2

Status:    This matter is continued to a date to be determined.  This matter will not be going forward.

## STATUS CONFERENCES

3.    Anthony Conte's Motion for Relief from Stay (Filed December 19, 2011) (Docket No. 10472)

Objection Deadline: January 4, 2012 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on February 8, 2012 for the Debtors and the Official Committee of Unsecured Creditors.

Responses Received:

(a)    Debtors' Limited Objection to the Motion of Anthony Conte for (I) Relief from the Automatic Stay as to Media Liability Insurance Policy and (II) Modification of Tribune Company's Schedules of Assets and Liabilities (Filed February 8, 2012) (Docket No. 10872)

(b)    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Limited Objection to the Motion of Anthony Conte for (I) Relief from the Automatic Stay as to Media Liability Insurance Policy and (II) Modification of Tribune Company's Schedules of Assets and Liabilities (Filed February 8, 2012) (Docket No. 10874)

(c)    Reply to the Limited Objection to the Motion of Anthony Conte for (I) Relief from the Automatic Stay as to Media Liability Insurance Policy and (II) Modification of Tribune Company's Schedules of Assets and Liabilities (Filed February 22, 2012) (Docket No. 10971)

Related Documents:

(a)    Notice of (I) Telephonic Status Conference with Respect to (A) Solicitation Procedures and Supplemental Disclosure Document and (B) Anthony Conte's Motion for Relief from Stay; and (II) Rescheduled Hearing on (A) Supplemental Disclosure Document, (B) Solicitation Procedures Motion, and (C) FCC Procedures Motion (Filed March 27, 2012) (Docket No. 11239)

(b)    Amended Notice of (I) Telephonic Status Conference with Respect to (A) Solicitation Procedures and Supplemental Disclosure Document  and (B) Anthony Conte's Motion for Relief from Stay; and (II) Rescheduled Hearing on (A) Supplemental Disclosure Document, (B) Solicitation Procedures Motion, and (C) FCC Procedures Motion (Filed March 27, 2012) (Docket No. 11242)

46429/0001-8358962v2

Status:          A hearing was held on March 22, 2012 and, consistent with the hearing on the Motion, the Debtors circulated to Mr. Conte a proposed stipulation resolving the Motion.  The Debtors anticipate filing the proposed Stipulation and order with the Court prior to the status conference.  This matter will be going forward for a status conference only.

4.    Status Conference with Respect to Solicitation Procedures and Supplemental Disclosure Document

Related Documents:

(a)    Notice of (I) Telephonic Status Conference with Respect to (A) Solicitation Procedures and Supplemental Disclosure Document and (B) Anthony Conte's Motion for Relief from Stay; and (II) Rescheduled Hearing on (A) Supplemental Disclosure Document, (B) Solicitation Procedures Motion, and (C) FCC Procedures Motion (Filed March 27, 2012) (Docket No. 11239)

(b)    Amended Notice of (I) Telephonic Status Conference with Respect to (A) Solicitation Procedures and Supplemental Disclosure Document  and (B) Anthony Conte's Motion for Relief from Stay; and (II) Rescheduled Hearing on (A) Supplemental Disclosure Document, (B) Solicitation Procedures Motion, and (C) FCC Procedures Motion (Filed March 27, 2012) (Docket No. 11242)

Status:          This matter will be going forward for a status conference only.

Dated:  March 28, 2012

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

James F. Bendernagel, Jr.
Ronald S. Flagg
1501 K St., N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

-and-

46429/0001-8358962v2

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

7