# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

January 1, 2012 through and including January 31, 2012

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 12.0 | $6,480.00 |
| Jared T. Green | Associate; admitted DE 2008 | 20008 | $200.00 | 1.0 | $200.00 |
| Susan Pappa | Paralegal | N/A | $125.00 | 3.3 | $412.50 |
| | | | Total | 16.3 | $7,092.50 |

**Blended Rate: $419.83**

81117 v1