# EXHIBIT "B"

SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600 Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
March 28, 2012
Account No: 30402-001M
Statement No: 27880

Tribune

For Services Rendered Through 01/31/2012

### Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/09/2012 | JSG | Reviewing Orders (Case Administration) | 0.20 |
| | JSG | Drafting Monthly Fee Applications and Quarterly Fee Application (Fee Matters) | 3.00 |
| 01/10/2012 | SLP | Begin drafting Quarterly Fee Application (Fee Matters) | 0.50 |
| | JSG | Reviewing agenda for 1/11/12 hearing (Case Administration) | 0.20 |
| 01/12/2012 | JSG | Reviewing, revising and finalizing Quarterly Fee Application (Fee Matters) | 1.50 |
| 01/13/2012 | JTG | Emails with James S. Green Jr.; Review motion (Case Administration) | 1.00 |
| 01/17/2012 | JSG | Reviewing and file Third Motion to Change Definition of Termination Event (Case Administration) | 1.50 |
| | SLP | E-mail from co-counsel regarding Motion to Extend Stay (Case Administration) | 0.10 |
| 01/18/2012 | JSG | Numerous e-mails with Zuckerman Spaeder and Landis Rath and Cobb regarding filing Third Motion to Amend Definition of Termination Event; File and serve same (3.0 Case Admin.); E-mails from Stuart Maue regarding Fee Applications (.1 Fee Matters) | 3.10 |
| | SLP | Receipt of Notices of Electronic Filing; Download Notice of Appearance of JP Morgan; E-file Third Motion to Amend Definition of "Termination Event;" E-mail with co-counsel and Parcels regarding service of same; Draft and E-file Affidavit of Service (Case Administration) | 1.50 |

SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
March 28, 2012
Account No: 30402-001M
Statement No: 27880

Tribune

For Services Rendered Through 01/31/2012

### Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/09/2012 | JSG | Reviewing Orders (Case Administration) | 0.20 |
|  | JSG | Drafting Monthly Fee Applications and Quarterly Fee Application (Fee Matters) | 3.00 |
| 01/10/2012 | SLP | Begin drafting Quarterly Fee Application (Fee Matters) | 0.50 |
|  | JSG | Reviewing agenda for 1/11/12 hearing (Case Administration) | 0.20 |
| 01/12/2012 | JSG | Reviewing, revising and finalizing Quarterly Fee Application (Fee Matters) | 1.50 |
| 01/13/2012 | JTG | Emails with James S. Green Jr.; Review motion (Case Administration) | 1.00 |
| 01/17/2012 | JSG | Reviewing and file Third Motion to Change Definition of Termination Event (Case Administration) | 1.50 |
|  | SLP | E-mail from co-counsel regarding Motion to Extend Stay (Case Administration) | 0.10 |
| 01/18/2012 | JSG | Numerous e-mails with Zuckerman Spaeder and Landis Rath and Cobb regarding filing Third Motion to Amend Definition of Termination Event; File and serve same (3.0 Case Admin.); E-mails from Stuart Maue regarding Fee Applications (.1 Fee Matters) | 3.10 |
|  | SLP | Receipt of Notices of Electronic Filing; Download Notice of Appearance of JP Morgan; E-file Third Motion to Amend Definition of "Termination Event;" E-mail with co-counsel and Parcels regarding service of same; Draft and E-file Affidavit of Service (Case Administration) | 1.50 |

Case 08-13141-BLS   Doc 11248-3   Filed 03/28/12   Page 4 of 4

Offi Comm of Unsecured Cred Tribune Company et al

Page: 2
March 28, 2012
Account No: 30402-001M
Statement No: 27880

Tribune

|  |  |  | Hours |  |
|---|---|---|---|---|
| 01/19/2012 | JSG | E-mails with John Theil at Stuart Maue; Teleconference with John Theil (Fee Matters) | 0.50 |  |
| 01/20/2012 | SLP | Receipt of Notices of Electronic Filing; Download Notice of Withdrawal of Notice of Appearance of JP Morgan; Notice of Appearance of Aim, et al. (Case Administration) |  |  |
| 01/23/2012 | SLP | Receipt of Notices of Electronic Filing; Download Notice of Appearance General Motors, et al. (Case Administration) | 0.20 |  |
| 01/26/2012 | SLP | Receipt of Notices of Electronic Filing; Download Debtors Response to Third Motion to Amend Definition of "Termination Event;" and Letters Regarding Inability to Complete Service (Case Administration) | 0.50 |  |
| 01/30/2012 | JSG | Review and file Aurelius Response in Opposition to Motion to Extend Stay (Case Administration) | 1.00 |  |
|  | SLP | E-mails co-counsel; E-file Reply to Objection of Aurelius to Motion to Amend "Termination Event;" Teleconference with co-counsel; Teleconference with Parcels (Case Administration) | 0.50 |  |
| 01/31/2012 | JSG | Administrative matters - Review service list; Review preferred notices of service; Review agenda for hearing (Case Administration) | 1.00 |  |
|  |  | For Current Services Rendered | 16.30 | 7,092.50 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 12.00 | $540.00 | $6,480.00 |
| Susan L. Pappa | 3.30 | 125.00 | 412.50 |
| Jared T. Green | 1.00 | 200.00 | 200.00 |

### Expenses

| | |
|---|---|
| Photocopies | 86.60 |
| Courier fees | 37.50 |
| Filing Fee paid to USBC via Parcels | 75.00 |
| Paid to Parcels Service Mail Postage & Copies | 4,578.11 |
| Paid to Parcels Service via 1st Class Mail | 2,384.61 |
| Reimbursable Costs Thru 01/31/2012 | 7,161.82 |
| Total Current Work | 14,254.32 |