# EXHIBIT "C"

### STATEMENT OF EXPENSE

| | |
|---|---|
| Photocopies: | $86.60 |
| Courier fees: | $37.50 |
| Filing Fee paid to USBC via Parcels: | $75.00 |
| Paid to Parcels Service Mail Postage and Copies: | $4,578.11 |
| Paid to Parcels Service Mail Postage and Copies: | $2,384.61 |
| TOTAL: | $$7,161.82 |

81117 v1