# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

February 1, 2012 through and including February 29, 2012

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 4.40 | $2,376.00 |
| Susan Pappa | Paralegal | N/A | $125.00 | 26.6 | $3,325.00 |
| | | | Total | 31 | $5,701.00 |

**Blended Rate: $419.83**

81117 v1