# EXHIBIT "B"

81117 v1

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600   Fax: (302) 888-0606
EIN: 51-0387566

|  |  |
|---|---|
| Offi Comm of Unsecured Cred Tribune Company et al | Page: 1<br>March 28, 2012<br>Account No: 30402-001M<br>Statement No: 27880 |

Tribune

For Services Rendered Through 02/29/2012

### Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/01/2012 | JSG | Reviewing hearing agenda; Reviewing statements regarding resolution of allocation disputes | 0.50 |
|  | SLP | Receipt of Notices of Electronic Filing; Download Notice of Withdraw of Notice of Appearance General Motors; Draft and e-file Affidavit of Service of Reply to Objection | 5.00 |
| 02/02/2012 | SLP | Receipt of Return to Sender envelopes; E-mails from/to counsel regarding returns; Secretary of State searches; Draft/revise letter to co-counsel regarding service list; Revising Service List | 3.00 |
|  | SLP | Receipt of Notices of Electronic Filing; Download Notice of Withdrawal of Notice of Withdrawal of Notice of Appearance GM | 0.10 |
| 02/03/2012 | SLP | Receipt of Return to Sender envelopes; E-mails from/to counsel regarding returns; Secretary of State searches; Draft/revise letter to co-counsel regarding service list; Revising Service List | 5.00 |
|  | JSG | Reviewing pleadings and court filings; Reviewing returns of service in lender case; E-mails with Andrew Goldfarb | 1.00 |
| 02/06/2012 | SLP | Receipt of Return to Sender envelopes; E-mails from/to counsel regarding returns; Secretary of State searches; Draft/revise letter to co-counsel regarding service list; Revising Service List | 3.00 |
|  | SLP | E-mails to/from Linda Rogers regarding returns; Teleconference with Court | 0.30 |
| 02/07/2012 | SLP | Receipt of Return to Sender envelopes; E-mails from/to counsel regarding returns; Secretary of State searches; Draft/revise letter to co-counsel |  |

Offi Comm of Unsecured Cred Tribune Company et al

Tribune

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | regarding service list; Revising Service List; Mail same to co-counsel | 3.00 |
| 02/09/2012 | SLP | Receipt of additional returns; Revising Service List; E-mail co-counsel; Teleconference with Lisa Medoro regarding service list and returns; E-mail Ms. Medoro Notice of Appearance (2) and additional returns | 1.50 |
| | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro | 0.50 |
| 02/10/2012 | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro | 0.50 |
| 02/13/2012 | SLP | Receipt of Notices of Electronic Filing; Download Letters Regarding Inability to Complete Service (3); E-mail same to Lisa Medoro | 0.30 |
| | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro | 0.50 |
| 02/14/2012 | JSG | Reviewing Agenda for 2/15/12 hearing; Reviewing service list and returned services | 0.70 |
| | SLP | Receipt of Notices of Electronic Filing; Download Letters Regarding Inability to Serve (5); Add Lisa Medoro to the auto-forward of Notices of Electronic Filing; E-mail co-counsel Letters | 0.50 |
| 02/16/2012 | JSG | Reviewing filings | 0.20 |
| | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro | 0.50 |
| | SLP | Teleconference with Landis Rath Cobb regarding Delaware Claims return envelopes (Parcels) | 0.10 |
| 02/23/2012 | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro | 0.50 |
| 02/24/2012 | JSG | Reviewing and revise Third Motion of Official Committee to Extend Time to Complete Service; E-mails regarding same | 1.00 |
| | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro | 0.50 |
| | SLP | Teleconference with Jeffrey Dorment/Pinebridge regarding correct address; E-mail to Lisa Medoro; Voice mail to Mr. Dorment regarding entities represented and directing him to Ms. Medoro | 0.20 |
| | SLP | E-mail from Andrew Goldfarb; Reviewing docket regarding D.I. reference; E-mail from co-counsel regarding Motion to Extend Lender Complaint | |

Offi Comm of Unsecured Cred Tribune Company et al

Tribune

Page: 3
March 28, 2012
Account No: 30402-001M
Statement No: 27880

| Date | TK | Description | Hours |
|---|---|---|---|
| | | Deadlilne | 0.30 |
| 02/27/2012 | SLP | E-mail from co-counsel requesting docket information regarding foreign service; Reviewing docket; Conference with James S. Green; Order docketed in main case only; Teleconference with Court regarding Order (Order filed in Adversary) | |
| 02/28/2012 | JSG | Reviewing Third Motion to Extend Time for Service; Reviewing Order regarding clerk acceptance of service for foreign defendants | 1.00 |
| | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro | 0.50 |
| 02/29/2012 | SLP | E-file Third Motion to Extend Time; Conference with James S. Green regarding service; E-mails co-counsel, Lisa Medoro and Parcels regarding service; Calendar Objection deadline | 0.80 |

For Current Services Rendered    31.00    5,701.00

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 4.40 | $540.00 | $2,376.00 |
| Susan L. Pappa | 26.60 | 125.00 | 3,325.00 |

### Expenses

| | |
|---|---|
| Photocopies | 26.80 |
| Outside printing | 3,140.16 |
| Reimbursable Costs Thru 02/29/2012 | 3,166.96 |
| Total Current Work | 8,867.96 |

*Remittance is due and payable upon receipt. Thank you.*