# EXHIBIT "C"

## STATEMENT OF EXPENSE

| Photocopies: | $26.80 |
|---|---|
| Paid to Parcels Service Mail Postage and Copies: | $3,140.16 |
| TOTAL: | $$3,166.96 |

81117 v1