# EXHIBIT "A"

{698.001-W0020201.}

# EXHIBIT "A" – SUMMARY SHEET

February 1, 2012 through and including February 29, 2012

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $720.00 | 16.30 | $11,736.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $640.00 | 72.20 | $46,208.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $640.00 | 24.10 | $15,424.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $495.00 | 53.40 | $26,433.00 |
| Matthew B. McGuire | Partner; admitted PA 2001, DE 2003 | May, 2000 | $475.00 | 20.00 | $9,500.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $420.00 | 115.50 | $48,510.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $350.00 | 41.60 | $14,560.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $325.00 | 118.70 | $38,577.50 |

{698.001-W0020201.}

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $325.00 | 7.60 | $2,470.00 |
| Allison Baker | Law Clerk | May, 2012 | $275.00 | 18.20 | $5,005.00 |
| Frances A. Panchak | Paralegal | N/A | $230.00 | 76.50 | $17,595.00 |
| Michelle M. Dero | Paralegal | N/A | $230.00 | 1.40 | $322.00 |
| Cathy A. Adams | Paralegal | N/A | $210.00 | 85.60 | $17,976.00 |
| Linda M. Rogers | Paralegal | N/A | $210.00 | 66.80 | $14,028.00 |
| Anthony C. Dellose | Paralegal | N/A | $200.00 | 20.30 | $4,060.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $130.00 | 7.90 | $1,027.00 |
| | | | Total | 746.10 | $273,431.50 |

**Blended Rate: $366.48**

{698.001-W0020201.}