# EXHIBIT "C"

{698.001-W0020201.}

<pre>
                                                      March 28, 2012
                                               Account No:   698-001
                                               Statement No:   14916
Tribune Company, et al. bankruptcy
</pre>

## Expenses

| | |
|---|---:|
| Postage | 70.70 |
| Overtime Wages | 113.96 |
| Copying | 374.40 |
| Court/Filing Fees | 25.00 |
| Service fee | 1,358.52 |
| Courier Fees | 201.00 |
| Online research | 165.26 |
| Outside Duplication Services | 29,366.94 |
| Document Retrieval | 125.44 |
| Court Reporter fees | 1,205.10 |
| Meals | 225.74 |
| Litigation Support | 56,556.00 |
| Telephonic Court Appearance | 858.00 |
| SUBTOTAL Thru 02/29/2012 | $90,646.06 |

B100  E224 Credit from Vendor - Kurtzman Carson Consultants
      Invoices 353192-375574 billed in error on 32nd
      Fee application (9/26/11 Statement)                    -9,284.22

      Total Credits for Expenses                             -9,284.22

      **TOTAL EXPENSES**                                     $81,361.84

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 12/28/2010 | AGL | U | B100 E113 | | 173.52 | Subpoena fees Huntington National Bank - Invoice 1228201001 | 2342 |
| Subtotal for Transaction Date 12/28/2010 | | | | | Billable | 173.52 | | |
| 698.001 | 12/23/2011 | AGL | U | B100 E102 | | 1,481.01 | Outside printing Digital Legal, LLC - Invoice 62729 | 2325 |
| Subtotal for Transaction Date 12/23/2011 | | | | | Billable | 1,481.01 | | |
| 698.001 | 12/30/2011 | AGL | U | B100 E118 | | 19,243.50 | Litigation support vendors TransPerfect Translations International Invoice 402391 - document translation from English to 6 different languages | 2286 |
| 698.001 | 12/30/2011 | AGL | U | B100 E118 | | 30,000.00 | Litigation support vendors TransPerfect Translations International Invoice 403920 - Additional charges for document translation | 2287 |
| Subtotal for Transaction Date 12/30/2011 | | | | | Billable | 49,243.50 | | |
| 698.001 | 02/01/2012 | AGL | U | B100 E101 | 0.100 | 3.00 | Copying | 2237 |
| Subtotal for Transaction Date 02/01/2012 | | | | | Billable | 3.00 | | |
| 698.001 | 02/02/2012 | AGL | U | B100 E101 | 0.100 | 51.90 | Copying | 2238 |
| 698.001 | 02/02/2012 | AGL | U | B100 E111 | | 68.00 | Meals: Lunch for Chadbourne (1), Zuckerman (1), LRC (2) - Cavanaugh's Restaurant Invoice 105 | 2242 |
| 698.001 | 02/02/2012 | AGL | U | B100 E111 | | 21.50 | Meals: working dinner for K. Brown - Ernest & Scott Invoice 2837 | 2244 |
| 698.001 | 02/02/2012 | AGL | U | B100 E107 | | 27.50 | Delivery services/messengers Digital Legal, LLC - Invoice 63589 | 2246 |
| 698.001 | 02/02/2012 | AGL | U | B100 E217 | | 459.80 | Court Reporter fee Diaz Data Services - Invoice 8746 | 2253 |
| 698.001 | 02/02/2012 | AGL | U | B100 E108 | | 6.50 | Postage | 2260 |
| 698.001 | 02/02/2012 | AGL | U | B100 E228 | | 102.00 | Telephonic Court Appearance American Express - Courtcall IDs 4738515, 4738502 | 2330 |
| Subtotal for Transaction Date 02/02/2012 | | | | | Billable | 737.20 | | |
| 698.001 | 02/03/2012 | AGL | U | B100 E101 | 0.100 | 39.70 | Copying | 2239 |
| 698.001 | 02/03/2012 | AGL | U | B100 E107 | | 20.00 | Delivery services/messengers Digital Legal, LLC - Invoice 63589 | 2247 |
| 698.001 | 02/03/2012 | AGL | U | B100 E108 | | 7.50 | Postage | 2261 |
| Subtotal for Transaction Date 02/03/2012 | | | | | Billable | 67.20 | | |
| 698.001 | 02/05/2012 | AGL | U | B100 E123 | | 1,712.50 | Placers Invoice #M2367 - excel discovery/service project | 2250 |
| Subtotal for Transaction Date 02/05/2012 | | | | | Billable | 1,712.50 | | |
| 698.001 | 02/06/2012 | AGL | U | B100 E101 | 0.100 | 4.30 | Copying | 2240 |
| Subtotal for Transaction Date 02/06/2012 | | | | | Billable | 4.30 | | |
| 698.001 | 02/07/2012 | AGL | U | B100 E101 | 0.100 | 10.00 | Copying | 2241 |
| Subtotal for Transaction Date 02/07/2012 | | | | | Billable | 10.00 | | |
| 698.001 | 02/08/2012 | AGL | U | B100 E107 | | 20.00 | Delivery services/messengers Digital Legal, LLC - Invoice 63681 | 2243 |
| 698.001 | 02/08/2012 | AGL | U | B100 E108 | | 3.60 | Postage | 2263 |
| 698.001 | 02/08/2012 | AGL | U | B100 E101 | 0.100 | 7.80 | Copying | 2272 |
| Subtotal for Transaction Date 02/08/2012 | | | | | Billable | 31.40 | | |
| 698.001 | 02/10/2012 | AGL | U | B100 E107 | | 5.00 | Delivery services/messengers Digital | 2244 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 02/10/2012 | AGL | U | B100 E102 | | 25,592.39 | Outside printing Digital Legal, LLC - Invoice 63681 Outside printing Digital Legal, LLC - Invoice 63707 (docket #408) Service of 3rd amended complaint | 2263 |
| 698.001 | 02/10/2012 | AGL | U | B100 E217 | | 92.15 | Court Reporter fee Diaz Data Services - Invoice 8785 | 2266 |
| 698.001 | 02/10/2012 | AGL | U | B100 E101 | 0.100 | 12.70 | Copying | 2273 |
| 698.001 | 02/10/2012 | AGL | U | B100 E228 | | 150.00 | Telephonic Court Appearance American Express - CourtCall IDs 4757683, 4757721, 4757727, 4757571, 4757633 | 2331 |
| Subtotal for Transaction Date 02/10/2012 | | | | | Billable | 25,852.24 | | |
| 698.001 | 02/12/2012 | AGL | U | B100 E123 | | 2,131.25 | Placers Invoice #M2368 - excel discovery/service project | 2251 |
| 698.001 | 02/12/2012 | AGL | U | B100 E101 | 0.100 | 0.10 | Copying | 2274 |
| Subtotal for Transaction Date 02/12/2012 | | | | | Billable | 2,131.35 | | |
| 698.001 | 02/13/2012 | AGL | U | B100 E101 | 0.100 | 14.30 | Copying | 2275 |
| Subtotal for Transaction Date 02/13/2012 | | | | | Billable | 14.30 | | |
| 698.001 | 02/14/2012 | AGL | U | B100 E224 | | -9,284.22 | Credit from Vendor - Kurtzman Carson Consultants Invoices 353192-375574 billed in error on 32nd Fee application (9/26/11 Statement) | 2245 |
| 698.001 | 02/14/2012 | AGL | U | B100 E107 | | 5.00 | Courier Fees Digital Legal, LLC - Invoice 63827 | 2268 |
| 698.001 | 02/14/2012 | AGL | U | B100 E101 | 0.100 | 39.80 | Copying | 2276 |
| Subtotal for Transaction Date 02/14/2012 | | | | | Billable | -9,239.42 | | |
| 698.001 | 02/15/2012 | AGL | U | B100 E107 | | 15.00 | Delivery services/messengers Digital Legal, LLC - Invoice 63827 | 2269 |
| 698.001 | 02/15/2012 | AGL | U | B100 E111 | | 52.00 | Meals: Breakfast for Chadbourne (1), Zuckerman (1), LRC (2) - Digital Legal, LLC Invoice 63827/Terra Cafe | 2271 |
| 698.001 | 02/15/2012 | AGL | U | B100 E101 | 0.100 | 0.20 | Copying | 2277 |
| 698.001 | 02/15/2012 | AGL | U | B100 E209 | | 36.26 | Overtime secretarial wages - assist with 2/15 hearing preparation | 2290 |
| 698.001 | 02/15/2012 | AGL | U | B100 E228 | | 150.00 | Telephonic Court Appearance American Express - CourtCall IDs 4763209, 4763246, 4763294, 4763204, 4763187 | 2332 |
| Subtotal for Transaction Date 02/15/2012 | | | | | Billable | 253.46 | | |
| 698.001 | 02/16/2012 | AGL | U | B100 E101 | 0.100 | 8.40 | Copying | 2278 |
| 698.001 | 02/16/2012 | AGL | U | B100 E209 | | 38.85 | Overtime secretarial wages - assist R. Cobb with document preparation | 2288 |
| 698.001 | 02/16/2012 | AGL | U | B100 E102 | | 86.69 | Outside printing Digital Legal, LLC - Invoice 63778 | 2294 |
| Subtotal for Transaction Date 02/16/2012 | | | | | Billable | 133.94 | | |
| 698.001 | 02/17/2012 | AGL | U | B100 E107 | | 5.00 | Courier Fees Digital Legal, LLC - Invoice 63827 | 2270 |
| 698.001 | 02/17/2012 | AGL | U | B100 E101 | 0.100 | 25.10 | Copying | 2279 |
| 698.001 | 02/17/2012 | AGL | U | B100 E209 | | 38.85 | Overtime secretarial wages - assist R. Cobb with document preparation | 2289 |
| 698.001 | 02/17/2012 | AGL | U | B100 E108 | | 48.60 | Postage | 2291 |
| 698.001 | 02/17/2012 | AGL | U | B100 E118 | | 1,981.25 | Placers Invoice #M2370 - excel discovery/service project | 2299 |
| Subtotal for Transaction Date 02/17/2012 | | | | | Billable | 2,098.80 | | |
| 698.001 | 02/20/2012 | AGL | U | B100 E113 | | 1,020.00 | Subpoena fees Delaware Claims Agency, LLC Invoice 5 - Address search for 34 defendants. | 2265 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| Subtotal for Transaction Date 02/20/2012 | | | | | Billable | 1,020.00 | | |
| 698.001 | 02/21/2012 | AGL | U | B100 E101 | 0.100 | 11.20 | Copying | 2280 |
| Subtotal for Transaction Date 02/21/2012 | | | | | Billable | 11.20 | | |
| 698.001 | 02/22/2012 | AGL | U | B100 E217 | | 190.45 | Court Reporter fee Diaz Data Services - Invoice 8813 | 2267 |
| 698.001 | 02/22/2012 | AGL | U | B100 E101 | 0.100 | 0.20 | Copying | 2281 |
| 698.001 | 02/22/2012 | AGL | U | B100 E228 | | 120.00 | Telephonic Court Appearance American Express - CourtCall IDs 4773987, 4773867, 4774463, 4774469 | 2333 |
| 698.001 | 02/22/2012 | AGL | U | B100 E228 | | 60.00 | Telephonic Court Appearance American Express - CourtCall IDs 4774421, 4773898 | 2334 |
| Subtotal for Transaction Date 02/22/2012 | | | | | Billable | 370.65 | | |
| 698.001 | 02/23/2012 | AGL | U | B100 E214 | | 25.00 | Filing Fee Clerk, U.S. District Court - Pro hac vice of Marc Roitman | 2264 |
| 698.001 | 02/23/2012 | AGL | U | B100 E101 | 0.100 | 23.10 | Copying | 2282 |
| 698.001 | 02/23/2012 | AGL | U | B100 E108 | | 4.50 | Postage | 2292 |
| 698.001 | 02/23/2012 | AGL | U | B100 E107 | | 28.50 | Courier Fees Digital Legal, LLC - Invoice 64025 | 2296 |
| Subtotal for Transaction Date 02/23/2012 | | | | | Billable | 81.10 | | |
| 698.001 | 02/24/2012 | AGL | U | B100 E101 | 0.100 | 27.10 | Copying | 2283 |
| 698.001 | 02/24/2012 | AGL | U | B100 E107 | | 15.00 | Courier Fees Digital Legal, LLC - Invoice 64025 | 2297 |
| 698.001 | 02/24/2012 | AGL | U | B100 E118 | | 1,487.50 | Placers Invoice #M2371 - excel discovery/service project | 2300 |
| Subtotal for Transaction Date 02/24/2012 | | | | | Billable | 1,529.60 | | |
| 698.001 | 02/27/2012 | AGL | U | B100 E101 | 0.100 | 66.60 | Copying | 2284 |
| 698.001 | 02/27/2012 | AGL | U | B100 E102 | | 179.39 | Outside printing Digital Legal, LLC - Invoice 63997 | 2295 |
| 698.001 | 02/27/2012 | AGL | U | B100 E113 | | 165.00 | Subpoena fees Brandywine Process Servers, Ltd. Invoice 101902 | 2314 |
| Subtotal for Transaction Date 02/27/2012 | | | | | Billable | 410.99 | | |
| 698.001 | 02/28/2012 | AGL | U | B100 E101 | 0.100 | 25.10 | Copying | 2285 |
| 698.001 | 02/28/2012 | AGL | U | B100 E107 | | 60.00 | Courier Fees Digital Legal, LLC - Invoice 64238 | 2308 |
| 698.001 | 02/28/2012 | AGL | U | B100 E111 | | 84.24 | Meals: Lunch for Zuckerman (1), Chadbourne (2), LRC (2) - Digital Legal, LLC Invoice 64238 | 2309 |
| 698.001 | 02/28/2012 | AGL | U | B100 E217 | | 462.70 | Court Reporter fee Diaz Data Services - Invoice 8854 | 2310 |
| 698.001 | 02/28/2012 | AGL | U | B100 E228 | | 276.00 | Telephonic Court Appearance American Express - CourtCall IDs 4787598, 4787605, 4787611, 4787643, 4787590 | 2336 |
| 698.001 | 02/28/2012 | AGL | U | B100 E102 | | 1,417.04 | Outside printing Digital Legal, LLC - Invoice 64059 | 2338 |
| 698.001 | 02/28/2012 | AGL | U | B100 E102 | | 102.31 | Outside printing Digital Legal, LLC - Invoice 64061 | 2340 |
| Subtotal for Transaction Date 02/28/2012 | | | | | Billable | 2,427.39 | | |
| 698.001 | 02/29/2012 | AGL | U | B100 E101 | 0.100 | 3.80 | Copying | 2293 |
| 698.001 | 02/29/2012 | AGL | U | B100 E106 | | 165.26 | Online research LexisNexis Invoice 1202141098 | 2313 |
| 698.001 | 02/29/2012 | AGL | U | B100 E208 | | 125.44 | PACER Document Retrieval | 2315 |
| 698.001 | 02/29/2012 | AGL | U | B100 E102 | | 508.11 | Outside printing Digital Legal, LLC - Invoice 64088 | 2337 |
| Subtotal for Transaction Date 02/29/2012 | | | | | Billable | 802.61 | | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Total for Client ID 698.001** | | | | | Billable | 81,361.84 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| | | | | | **GRAND TOTALS** | | | |
| | | | | | Billable | 81,361.84 | | |