**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.,* | Cases No. 08-13141 (KJC)<br>Jointly Administered |
| Debtors. | **Ref. Nos. 9818 and 10017** |

**CERTIFICATION OF COUNSEL REGARDING THIRTY-SECOND MONTHLY APPLICATION OF LANDIS RATH & COBB LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C.§§ 330 AND 331**

I, Matthew B. McGuire, counsel for the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtors and debtors-in-possession (the "Debtors") hereby certify as follows:

1.      On September 26, 2011, Landis Rath & Cobb LLP ("LRC") filed the *Thirty-Second Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C.§§ 330 and 331* [Docket No. 9818] (the "32nd Monthly Fee Application").  On the 32nd Monthly Fee Application, LRC sought reimbursement for, among other things, expenses totaling $9,284.22 for professional consultant services provided to the Committee by Kurtzman Carson Consultants LLC ("KCC") between January and May of 2011 (the "KCC Expenses").

2.      Following the expiration of the objection deadline and having received no responses to the 32nd Monthly Fee Application, LRC filed a certificate of no objection [Docket No. 10017].  Thereafter, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331* [Docket No. 225], LRC was paid eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.

{698.001-W0020226.}

3.    It has recently come to LRC's attention that the KCC Expenses were erroneously billed on the 32nd Monthly Fee Application.    LRC ultimately canceled payment of the KCC Expenses after learning such amounts were paid directly to KCC by the Debtors.

4.    Accordingly, LRC shall apply a credit to the expenses sought in its thirty-eighth monthly fee application, filed contemporaneously herewith, in the full amount of the KCC Expenses, $9,284.22.

Dated: March 28, 2012
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

- and -

Howard Seife
David M. LeMay
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York  10112
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369

*Counsel for the Official Committee of Unsecured Creditors*