# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 11157 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                               ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Ntc of Teleconference_ DI 11157_Aff_3-15-12.doc

2. On March 15, 2012, I caused to be served the "Notice of Teleconference Scheduled for March 16, 2012 at 11:00 A.M. before the Honorable Kevin J. Carey," dated March 15, 2012 [Docket No. 11157], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Kossivas

Sworn to before me this
23rd day of March, 2012

_____
Notary Public

```
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015
```

**EXHIBIT A**

# THE TRIBUNE COMPANY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: MEGHAN C. HORN, ESQ. (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE FUND AND PENSION FUND) 809 GLENEAGLES COURT, SUITE 320 TOWSON MD 21286 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. | C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 |
| ANDREWS KURTH LLP | ATTN: PAUL SILVERSTEIN, ESQ. COUNSEL FOR THE AD HOC TRADE COMMITTEE 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| CATHOLIC CHARITIES | ATTN: JOSEPH AUGUSTYNIAK 1966 GREENSPRING DRIVE, SUITE 200 TIMONIUM MD 21093 |
| DEWEY & LEBOEUF LLP | BRUCE BENNETT JAMES O. JOHNSTON JOSHUA M. MESTER 333 SOUTH GRAND AVENUE, SUITE 2600 (COUNSEL TO CREDIT AGREEMENT LENDERS) LOS ANGELES CA 90071-1530 |
| DUANE MORRIS LLP | ATTN: MARGERY N. REED, ESQ.; WENDY M. SIMKULAK, ESQ. 30 SOUTH 17TH STREET (COUNSEL TO ACE COMPANIES) PHILADELPHIA PA 19103-4196 |
| ECKERT, SEAMANS, CHERIN & MELLOT, LLC | ATTN. MARGARET F. ENGLAND, ESQUIRE (COUNSEL TO THE NIELSEN COMPANY) 300 DELAWARE AVENUE, SUITE 1210 WILMINGTON DE 19801 |
| HOWARD COUNTY OFFICE OF LAW | ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 21126 PHILADELPHIA PA 19114 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150 31 HOPKINS PLAZA BALTIMORE MD 21201 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVE (COUNSEL TO GREATBANC TRUST COMPANY) NEW YORK NY 10022-6030 |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSDAN OAKS BLVD. #343 WESTLAKE VILLAGE CA 91362 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ. COUNSEL TO STEP ONE SENIOR LENDERS 1201 NORTH MARKET STREET, 18TH FLOOR PO BOX 1347 WILMINGTON DE 19899-1347 |
| NAVISTAR LEASING COMPANY | 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG IL 60173 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) HERCULES PLAZA 1313 N MARKET ST, PO BOX 951 WILMINGTON DE 19899-0951 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC | ATTN. FRED B. RINGEL, ESQ. (COUNSEL TO GALLERIA OPERATING COMPANY, LLC) 875 THIRD AVENUE, 9TH FL NEW YORK NY 10022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SILVERMAN MCDONALD & FRIEDMAN | ATTN: BRIAN E. LUTNESS, ESQ. COUNSEL TO MARCIA WILLETTE GUARDIAN TO ZACHARY MITZKOVITZ 1010 N. BANKCROFT PARKWAY, SUITE 22 WILMINGTON DE 19805 |
| TRAVELERS | NATIONAL ACCOUNTS 1 TOWER SQUARE-5MN HARTFORD CT 06183-4044 |
| UNISYS CORPORATION | ATTN. JANET FITZPATRICK, LEGAL ASSISTANT UNISYS WAY P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| WILMINGTON TRUST COMPANY | ATTN. PATRICK J. HEALY, VICE PRESIDENT RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

**Total Creditor count  22**

**TRB DI 11157 3-15-12**
Patricia E. Bender, Esquire
Attorney for Joann Parker
5415 N. Sheridan Rd., Suite 1411
Chicago, IL  60640

# EXHIBIT B

| NAME | CONTACT | CONTACT | CONTACT | EMAIL |
|---|---|---|---|---|
| ANDREW S. CONWAY, ESQUIRE | | | | aconway@taubman.com |
| HARRIS CORPORATION | ANTHONY DEGLOMINE, III | | | adeglomi@harris.com |
| MAGNOZZI & KYE, LLP | AMISH R. DOSHI, ESQ. | | | adoshi@magnozzikye.com |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ANTRANIG GARIBIAN, ESQ. | | | agaribian@stradley.com |
| FREEBORN & PETERS LLP | AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ. | | | ahammer@freebornpeters.com;deggert@freebornpeters.com |
| PINCKNEY, HARRIS & WEIDINGER, LLC | ADAM HILLER & DONNA HARRIS | | | ahiller@phw-law.com |
| WILLKIE FARR & GALLAGHER LLP | ALAN J. LIPKIN | | | alipkin@willkie.com |
| A.M. SACCULLO LEGAL, LLC | ANTHONY M. SACCULLO, ESQ | THOMAS H. KOVACH, ESQ. | | ams@saccullolegal.com; kovach@saccullolegal.com |
| THE DSF GROUP | ALLAN I. MUSCOVITZ, SR. ACCOUNTANT | | | amuscovitz@dsfadvisors.com |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & | KARTAR S KHALSA, ESQ | | anderson.frank@pbgc.gov; efile@pbgc.gov |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ANDREW GOLDMAN, ESQ. | | | andrew.goldman@wilmerhale.com |
| DEWEY & LEBOEUF LLP | ALAN SALPETER, ESQ. | THERESE KING NOHOS, ESQ. | | asalpeter@dl.com; tnohos@dl.com |
| KING & SPALDING LLP | ARTHUR J. STEINBERG, ESQ. | SCOTT DAVIDSON, ESQ. | | asteinberg@kslaw.com; sdavidson@kslaw.com |
| O'MELVENY & MYERS LLP | B. BUTWIN, D. CANTOR & D. SHAMAH, ESQS. | | | BBUTWIN@OMM.COM; DCANTOR@OMM.COM; DSHAMAH@OMM.COM |
| COHEN WEISS & SIMON LLP | | | BABETTE A CECCOTI | bceccotti@cwsny.com |
| IBM CORPORATION | BEVERLY H SHIDELER | | | bhshide@us.ibm.com |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | BRIAN M. DOUGHERTY | | | bmd@gsrnh.com |
| MAYER BROWN LLP | FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., | JEAN-MARIE L. ATAMIAN, ESQ. | | btrust@mayerbrown.com; fhyman@mayerbrown.com;  jatamian@mayerbrown.com |
| BLANK ROME LLP | DAVID W. CARIKHOFF | | | carickhoff@blankrome.com |
| ACXIOM CORPORATION |  C.B. BLACKARD, III, CORPORATE COUNSEL | | | cbblac@acxiom.com |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS. | | | cbifferato@bifferato.com; kcollins@bifferato.com |
| MORGAN, LEWIS & BOCKIUS LLP | COLM F. CONNOLLY, ESQ. | | | cconnolly@morganlewis.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | CHARLES E. DAVIDOW | | | CDAVIDOW@PAULWEISS.COM |
| MORGAN, LEWIS & BOCKIUS LLP | CHARLES C. JACKSON | THEODORE M. BECKER | | charles.jackson@morganlewis.com; tbecker@morganlewis.com |
| K&L GATES LLP | CHARLES R. SMITH, ESQ. | | | Charles.smith@klgates.com |
| BALLARD SPAHR LLP | CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ | | | chowc@ballardspahr.com;maydt@ballardspahr.com |
| LABATON SUCHAROW LLP | CHRISTOPHER J. KELLER, ESQ. | MICHAEL W. STOCKER, ESQ. | | ckeller@labaton.com; mstocker@labaton.com |
| GE MONEY BANK | C/O RECOVERY MANAGEMENT SYSTEMS CORP. | RAMESH SINGH | | claims@recoverycorp.com |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | COLLEEN E. MCMANUS | | | cmcmanus@muchshelist.com |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, BUREAU OF ACCOUNTS SETTLEMENT | | THOMAS W. CORBETT, JR., ATTORNEY GENERAL | CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY GENERAL | cmomjian@attorneygeneral.gov |
| PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY | | | cmomjian@attorneygeneral.gov |
| RICHARDS, LAYTON & FINGER, PA | MARK D. COLLINS, ESQ. | | | collins@rlf.com |
| ALLISON, SLUTSKY & KENNEDY, PC | ANGIE M. COWAN | | | cowan@ask-attorneys.com |
| ABATO, RUBENSTEIN AND ABATO, P.A. | COREY SMITH BOTT, BRIAN G. ESDERS | | | csbott@abato.com; besders@abato.com |
| CROSS & SIMON LLC | CHRISTOPHER P. SIMON, ESQ. | | | csimon@crosslaw.com |
| POLSINELLI SHUGHART PC | CHRISTOPHER A. WARD, ESQ. | SHANTI M. KATONA, ESQ. | | cward@polsinelli.com; skatona@polsinelli.com |
| MCCARTER & ENGLISH, LLP | DAVID ADLER, ESQ. | | | dadler@mccarter.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ELIZABETH WELLER | | | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN & GOOD MAN, LLP | | ATTN: DAVID B. FELDMAN | | DAVE@BHDRL.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | DAVID M. KLAUDER, ESQ. | | | david.klauder@usdoj.gov |
| BARNES & THORNBURG LLP | DAVID M. POWLEN | | | DAVID.POWLEN@BTLAW.COM |
| JENNER & BLOCK LLP | DAVID J. BRADFORD, CATHERINE L. STEEGE, | ANDREW W. VAIL | | dbradford@jenner.com; csteege@jenner.com;avail@jenner.com |
| MISSOURI DEPARTMENT OF REVENUE | SUSAN L. LISSANT | | | deecf@dor.mo.gov |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS. | | | dfeinberg@lewisfeinberg.com; ajongco@lewisfeinberg.com; nwasow@lewisfeinberg.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS. | | | dgolden@akingump.com;pdublin@akingump.com |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L | DOUGLAS R. GONZALES, ESQUIRE | | | dgonzales@wsh-law.com |
| WINSTON & STRAWN LLP | DAVID NEIER, ESQ. | | | dneier@winston.com |
| FURMAN GREGORY LLC | DONALD R. FURMAN JR. | | | don@fgd-law.com |
| SIRLIN GALLOGLY & LESSER, P.C. | DANA S. PLON, ESQ. | | | DPLON@SIRLINLAW.COM |
| THE REIMANN LAW GROUP | DAVID W. REIMANN, ESQUIRE | | | dreimann@reimannlawgroup.com |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | DAVID S. ROSNER; ANDREW K. GLENN; | SHERON KORPUS | | drosner@kasowitz.com; aglenn@kasowitz.com |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | EDWARD A. FRIEDMAN; WILLIAM P.WEINTRAUB | | | efriedman@fklaw.com; wweintraub@fklaw.com |
| O'MELVENY & MYERS LLP | EVAN M. JONES, ESQ. | | | EJONES@OMM.COM |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL | ELAINE Z. COLE, ESQ. | | | ELAINE_COLE@TAX.STATE.NY.US |
| US ATTORNEY'S OFFICE | ELLEN W. SLIGHTS, ESQ | | | ellen.slights@usdoj.gov |
| MCPHARLIN SPRINKLES & THOMAS, LLP | ELAIN M. SEID | | | emseid@mstpartners.com |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | EDMOND P O'BRIEN ESQ. | | | eobrien@sbclaw.com |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP | EDWARD J. TREDINNICK, ESQ. | | | etredinnick@greeneradovsky.com |
| BRACEWELL & GUILIANI LLP | E. FLASCHEN, ESQ; D. CONNOLLY, ESQ; A | ANDREW SCHOULDER, ESQ | | evan.flaschen@bgllp.com; daniel.connolly@bgllp.com; andrew.schoulder@bgllp.com |
| BARTLETT HACKETT FEINBERG PC | FRANK F. MCGINN (MA BBO# 564729) | | | ffm@bostonbusinesslaw.com |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | IMT/THE VITEC GROUP PLC | | | fred.fellmeth@vitecgroup.com |
| GREENBERG TRAURIG, LLP | KEVIN P. GARLAND, ESQ. | | | GARLANDK@GTLAW.COM |
| ZUCKERMAN SPAEDER LLP | GRAEME W. BUSH, ESQ. | JAMES SOTTILE, ESQ. | | gbush@zuckerman.com |
| UNITED STATES DEPARTMENT OF LABOR | OFFICE OF THE SOLICITOR | MICHAEL SCHLOSS; LEONARD GERSON | | gerson.leonard@dol.gov |
| BIFFERATO GENTILOTTI LLC | GARVAN F. MCDANIEL, ESQ. | | | gmcdaniel@bglawde.com |
| UNGARETTI & HARRIS | GEORGE R. MESIRES, ESQ. | | | grmesires@uhlaw.com |
| CHRISTINE Z. HERI | | | | heri.christine@dol.gov |
| ARKIN KAPLAN RICE LLP | HOWARD J. KAPLAN, ESQ.; DEANNA DAVIDIAN, ESQ. | | | hkaplan@arkin-law.com; ddavidian@arkin-law.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN P DILLMAN | | | houston_bankruptcy@publicans.com |
| CHADBOURNE & PARKE LLP | HOWARD SEIFE, DAVID M LEMAY, DOGULAS E | | | hseife@chadbourne.com; dlemay@chadbourne.com; ddeutsch@chadbourne.comh |
| MANATT, PHELPS & PHILLIPS, LLP | IVAN L. KALLICK | ILEANA M. HERNANDEZ | | ikallick@manatt.com; ihernandez@manatt.com |
| HOGAN LOVELLS | SCOTT A. GOLDEN, IRA S. GREENE, ESQS. | | | ira.greene@hoganlovells.com; scott.golden@hoganlovells.com |
| STUART MAUE | JOHN F. THEIL | | | j.theil@smmj.com |
| BAYARD, P.A. | JUSTIN R. ALBERTO, ESQ. | | | jalberto@bayardlaw.com |
| GOHN HANKEY & STICHEL LLP | JAN I BERLAGE | | | jberlage@ghsllp.com |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | JOHN C. PHILLIPS, ESQ. | | | jcp@pgslaw.com |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | JACQUELINE A. CRISWELL | | | JCRISWELL@TSMP.COM |
| JD THOMPSON LAW | JUDY D. THOMPSON | | | JDT@JDTHOMPSONLAW.COM |
| ARCHER & GREINER, PC | JOHN V. FIORELLA, ESQ. | | | jfiorella@archerlaw.com |
| FRANK/GECKER LLP | JOSEPH D. FRANK | | | JFRANK@FGLLP.COM |
| FRIEDMAN LAW GROUP | J. BENNETT FRIEDMAN, ESQ. | | | jfriedman@jbflawfirm.com |

| Firm | Attorney(s) | Additional | Additional 2 | Email(s) |
|---|---|---|---|---|
| CAPITALSOURCE FINANCE LLC | JOANNE FUNGAROLI, ESQ. | | | jfungaroli@capitalsource.com |
| CROSS & SIMON, LLC | JOSEPH GREY, ESQ. | | | jgrey@crosslaw.com |
| MARGOLIS EDELSTEIN | JAMES E. HUGGETT, ESQ. | | | jhuggett@margolisedelstein.com |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | JOSHUA G. LOSARDO, ESQ. | | | jlosardo@bbwg.com |
| CIARDI CARDI & ASTIN | DANIEL K. ASTIN | JOHN D. MCLAUGHLIN, JR. | | jmclaughlin@ciardilaw.com |
| BROWN STONE NIMEROFF LLC | JAMI B. NIMEROFF, ESQ. | | | jnimeroff@bsnlawyers.com |
| DLA PIPER LLP (US) | JODIE E. BUCHMAN, ESQ. | | | jodie.buchman@dlapiper.com |
| TWENTIETH TELEVISION, INC. | JODIE REA | | | jodie.rea@fox.com |
| KATTEN MUCHIN ROSENMAN LLP | JOHN P. SIEGER; ALEXANDER S. VESSELINOVITCH; | DANIEL J. POLATSEK; JOSHUA A. GADHARF | | john.sieger@kattenlaw.com; avesselinovitch@kattenlaw.com; daniel.polatsek@kattenlaw.com; joshua.gadharf@kattenlaw.com |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS. | | | jschlerf@foxrothschild.com; jstrock@foxrothschild.com |
| J. SCOTT DOUGLASS | | | | jsdlaw@msn.com |
| LOWENSTEIN SANDLER PC | JOHN K. SHERWOOD, ESQ. | IRA LEVEE, ESQ. | | jsherwood@lowenstein.com; ilevee@lowenstein.com |
| RIDDELL WILLIAMS, P.S. | JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO | | | jshickich@riddellwilliams.com; mmilano@riddellwilliams.com |
| TEITELBAUM & BASKIN, LLP | JAY TEITELBAUM | | | jteitelbaum@tblawllp.com |
| BLAKELEY & BLAKELEY LLP | JOHNN WHITE, ESQ. | | | JWHITE@BLAKELEYLLP.COM |
| KELLEY DRYE & WARREN LLP | ERICK R. WILSON, ESQ. | | | KDWBankruptcyDepartment@kelleydrye.com |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | KEITH D. ELKINS, ESQ. | | | kelkins@elkinskalt.com |
| HEWLETT-PACKARD COMPANY | MR. KEN HIGMAN, SR. | | | ken.higman@hp.com |
| SEITZ, VAN OGTROP & GREEN, P.A. | R.KARL HILL, ESQ. | | | khill@svglaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | KENNETH N. KLEE, ESQ. | | | kklee@ktbslaw.com |
| MCCARTER & ENGLISH, LLP | KATHARINE L. MAYER, ESQ. | | | kmayer@mccarter.com |
| ERVIN COHEN & JESSUP LLP | KENNETH MILLER, ESQ. | | | kmiller@ecjlaw.com |
| LANDIS RATH & COBB LLP | ADAM G LANDIS & MATTHEW B MCGUIRE | | | landis@lrclaw.com; mcguire@lrclaw.com |
| SCHULTE ROTH & ZABEL LLP | LAWRENCE V. GELBER, ESQUIRE | | | lawrence.gelber@srz.com |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS. | | | lbogdanoff@ktbslaw.com; mbarash@ktbslaw.com |
| LESLIE A. COHEN, ESQUIRE | LESLIE COHEN LAW, PC | | | LESLIE@LESLIECOHENLAW.COM |
| LINDA BOYLE | TW TELECOM INC. | | | linda.boyle@twtelecom.com |
| DUANE MORRIS | LAWRENCE J. KOTLER, ESQUIRE | | | ljkotler@duanemorris.com |
| PACHULSKI STANG ZIEHL & JONES LLP | LAURA DAVIS JONES | TIMOTHY P. CAIRNS | | ljones@pszjlaw.com; tcairns@pszjlaw.com |
| LOIZIDES, P.A. | CHRISTOPHER D. LOIZIDES | | | loizides@loizides.com |
| RUSKIN MASCOU FALTISCHEK, P.C. | MICHAEL S. AMATO, ESQ. | | | MAMATO@RMFPC.COM |
| RUSKIN MOSCOU FALTISCHEK, P.C. | MICHAEL S. AMATO, ESQ. | | | MAMATO@RMFPC.COM |
| CROUDACE & DIETRICH LLP | MARK A NITIKMAN, ESQUIRE | | | MARK.NITIKMAN@C2D2LAW.COM |
| UNITED STATES DEPARTMENT OF JUSTICE | MATTHEW J. TROY, ESQ. | | | matthew.troy@usdoj.gov |
| MAUREEN A. MCGREEVEY, ESQUIRE | SUNGARD | | | maureen.mcgreevey@sungard.com |
| CROWELL & MORING LLP | MICHAEL V. BLUMENTHAL, ESQ. | | | mblumenthal@crowell.com |
| FOLEY & LARDNER LLP | MARY K. BRAZA, ESQ. | | | MBRAZA@FOLEY.COM |
| GREENBERG TRAURIG, LLP | DENNIS A. MELORO | | | MELOROD@GTLAW.COM |
| COZEN O'CONNOR | MARK E. FELGER, ESQ. | | | mfelger@cozen.com |
| BRYAN CAVE LLP | MICHELLE MCMAHON, ESQ. | | | michelle.mcmahon@bryancave.com |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS | | | mlastowski@duanemorris.com; slross@duanemorris.com |
| SAUL EWING LLP | MARK MINUTI, ESQUIRE | | | mminuti@saul.com |
| NAVIGANT CONSULTING, INC. | MONICA M. WEED, ESQ. | | | monica.weed@navigantconsulting.com |
| KAYE SCHOLER LLP | MADLYN GLEICH PRIMOFF, ESQ | | | mprimoff@kayescholer.com |
| FOLEY & LARDNER LLP | MICHAEL J. SMALL, ESQ. | | | MSMALL@FOLEY.COM |
| HANNAFAN & HANNAFAN, LTD. | MICHAEL T. HANNAFAN, ESQ. | BLAKE T. HANNAFAN, ESQ. | JAMES A. MCGUINNESS, ESQ. | mth@hannafanlaw.com; bth@hannafanlaw.com; jam@hannafanlaw.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | MICHAEL W. YURKEWICZ, ESQUIRE | | | myurkewicz@klehr.com |
| MORGAN, LEWIS & BOCKIUS LLP | MENACHEM O. ZELMANOVITZ, ESQ. | RACHEL JAFFE NAUCERI | | mzelmanovitz@morganlewis.com; rmauceri@morganlewis.com |
| PROSKAUER ROSE LLP | MARTIN S. ZOHN, ESQ. | | | mzohn@proskauer.com |
| ROSENTHAL, MONHAIT & GODDESS, PA | NORMAN M. MONHAIT, ESQ. | | | nmonhait@rmgglaw.com |
| COTCHETT, PITRE & MCCARTHY | PHILIP GREGORY, ESQ. | | | pgregory@cpmlegal.com |
| QUARLES & BRADY LLP | PHILIP V. MARTINO, ESQ. | | | philip.martino@quarles.com |
| HERRICK FEINSTEIN LLP | PAUL RUBIN; STEPHEN B. SELBST, ESQ. | | | prubin@herrick.com; SSELBST@HERRICK.COM |
| MCGUIRE WOODS LLP | PAUL J. CATANESE & PATRICIA K. SMOOTS | | | psmoots@mcguirewoods.com; pcatanese@mcguirewoods.com |
| BUCHALTER NEMER | PAMELA KOHLMAN WEBSTER | | | pwebster@buchalter.com |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF | LABOR AND INDUSTRY | JOSEPH KOTS | | ra-li-ucts-bankhbg@state.pa.us |
| HEWLETT-PACKARD COMPANY | MS. RAMONA NEAL, CORPORATE COUNSEL | | | ramona.neal@hp.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS. | | | RBRADY@YCST.COM; MBCLEARY@YCST.COM |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | ROBERT L. HANLEY, JR. ESQUIRE | | | RHANLEY@NOLANPLUMHOFF.COM |
| GATEWAY PACIFIC PROPERTIES, INC. | C/O RONALD K. BROWN, JR. | | | rkbgwhw@aol.com |
| MORGAN, LEWIS & BOCKIUS LLP | RACHEL JAFFE MAUCERI, ESQ. | | | rmauceri@morganlewis.com |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | RACHEL B. MERSKY, ESQUIRE | | | RMERSKY@MONLAW.COM |
| ROMERO LAW FIRM | MARTHA E. ROMERO, ESQ. | | | romero@mromerolawfirm.com |
| THE ROSNER LAW GROUP | FREDERICK B. ROSNER, ESQ. | | | rosner@teamrosner.com |
| ZWERDLKING PAUL KAHN & WOLLY PC | ROBERT E PAUL ESQ | | | rpaul@zwerdling.com |
| BROWN RUDNICK LLP | ROBERT J. STARK & GORDON Z. NOVOD, ESQS. | | | rstark@brownrudnick.com; gnovod@brownrudnick.com |
| CIARDI, CIARDI & ASTIN | RICK A. STEINBERG | | | rsteinberg@ciardilaw.com |
| SIMON PROPERTY GROUP, INC. | RONALD M. TUCKER, ESQ. | | | RTUCKER@SIMON.COM |
| CANON USA, INC | RUTH WIENSTEIN | | | rweinstein@cusa.canon.com |
| DUANE MORRIS LLP | RICHARD W.RILEY; SOMMER L. ROSS | | | rwriley@duanemorris.com; slross@duanemorris.com |
| ELLIOTT GREENLEAF | RAFAEL X. ZAHRALDDIN-ARAVENA | JONATHAN M. STEMERMAN | | rxza@elliottgreenleaf.com; jms@elliottgreenleaf.com |
| MICHAEL SCHLOSS | | | | SCHLOSS.MICHAEL@DOL.GOV |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ. | | | schristianson@buchalter.com |
| TYBOUT REDFEARN AND PELL | SHERRY RUGGIERO FALLON | | | sfallon@trplaw.com |
| THE SEAPORT GROUP LLC | SCOTT FRIEDBERG | | | Sfriedberg@Theseaportgroup.com |
| COOCH & TAYLOR PA | SUSAN E. KAUFMAN, ESQ. | | | skaufman@coochtaylor.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP | STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. | BROWN, LAUREN SHUMEJDA | | SSHIMSHAK@PAULWEISS.COM; AGORDON@PAULWEISS.COM; DBROWN@PAULWEISS.COM; LSHUMEJDA@PAULWEISS.COM |
| PEPPER HAMILTON LLP | DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ. | | | strattond@pepperlaw.com;raportl@pepperlaw.com |
| PEPPER HAMILTON LLP | DAVID B. STRATTON & JOHN H. SCHANNE, II | | | STRATTOND@PEPPERLAW.COM;SCHANNEJ@PEPPERLAW.COM |
| DLA PIPER LLP (US) | STUART M. BROWN, ESQ., R. CRAIG MARTIN, ESQ. | MICHELLE E. MARINO, ESQ. | | stuart.brown@dlapiper.com; craig.martin@dlapiper.com; michelle.marino@dlapiper.com |
| ASKOUNIS & DARCY, PC | THOMAS V. ASDOUNIS, ESQ. | | | taskounis@askounisdarcy.com |
| WHITE & CASE LLP | THOMAS E. LAURIA, GERARD H. UZZI, SCOTT | GREISSMAN, ESQS. | | tlauria@whitecase.com; guzzi@whitecase.com; sgreissman@whitecase.com |

| | | | | |
|---|---|---|---|---|
| TOOD M. HOEPKER, ESQ. | | | | tmhoepker@yahoo.com |
| DAVIS POLK & WARDELL LLP | DONALD S. BERNSTEIN, ESQ. | JAMES A. FLORACK, ESQ. | DAMIAN S. SCHAIBLE, ESQ. | tribuneco.routing@dpw.com |
| MEITES, MULDER & GLINK | THOMAS MEITES, MICHAEL MULDER, ESQS. | | | trmeites@mmmglaw.com; mmmulder@mmmglaw.com |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB | | | tscobb@vorys.com |
| VORYS SATER SEYMOUR & PEASE LLP | TIFFANY STRELOW COBB | | | Tscobb@vssp.com |
| ENTWISTLE & CAPPUCCI LLP | VINCENT R CAPPUCCI ESQ & JORDAN A CORTEZ ESQ | | | vcappucci@entwistle-law.com |
| ZUCKERMAN SPAEDER LLP | VIRGINIA WHITEHALL GULDI, ESQ. | | | vguldi@zuckerman.com |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. | WALDMEIR, ASSISTANT ATTORNEY GENERAL | | | WALDMEIRD@MICHIGAN.GOV |
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | WAYNE M. SMITH, ESQ. | | | wayne.smith@warnerbros.com |
| ASHBY & GEDDES, PA | WILLIAM P. BOWDEN; AMANDA M. WINFREE | | | wbowden@ashby-geddes.com; awinfree@ashby-geddes.com |
| ASHBY & GEDDES, P.A. | WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS. | | | WBOWDEN@ASHBY-GEDDES.COM; kskomorucha@ashby-geddes.com |
| SULLIVAN HAZELTINE ALLINSON LLC | WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III | | | whazeltine@sha-llc.com |
| SULLIVAN HAZELTINE ALLISON LLC | WILLIAM HAZELTINE, ESQ. | | | whazeltine@sha-llc.com |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | WILLIAM J. BARRETT | RAY G. REZNER | ROGER H. STETSON | william.barrett@bfkn.com; ray.rezner@bfkn.com; roger.stetson@bfkn.com |
| ELLIOTT GREENLEAF | ATTN WILLIAM M KELLEHER | | | wmk@elliottgreenleaf.com |
| U.S. DEPARTMENT OF JUSTICE | YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION | | | YONATAN.GELBLUM@USDOJ.GOV |