# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $590.00 | 14.90 | $8,791.00 |
| Walker-Bright, Paul R. | Partner. Joined firm in 2008. Member of IL bar since 1994. | $560.00 | .40 | $224.00 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003 | $550.00 | 1.20 | $660.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $490.00 | 1.00 | $490.00 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL bar since 2002. | $480.00 | 19.30 | $9,264.00 |
| Yassemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 | 20.30 | $9,135.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $430.00 | .20 | $86.00 |
| Sooy, Nora | Paralegal. Joined firm in 2008. | $200.00 | 2.60 | $520.00 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $180.00 | 7.50 | $1,350.00 |
| Somoza, Silvia | Paralegal. Joined firm in 2007. | $140.00 | 6.50 | $910.00 |
| **Grand Total:** | | | **73.90** | **$31,430.00** |
| Blended Rate: | | | | $425.30 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $500.00 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Reliance/Times Mirror – 00004 | 4.90 | $1,207.00 |
| Insurance Counseling – 00005 | 56.70 | $27,018.00 |
| Fee Applications – 00009 | 12.30 | $3,205.00 |
| **TOTAL:** | **73.90** | **$31,430.00** |

**ReedSmith**

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2246432
Invoice Date: March 28, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through February 29, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror<br>503842.00004 | $1,207.00 | $230.06 | $1,437.06 |
| RE: | Insurance Counseling<br>503842.00005 | $2,279.00 | $0.00 | $2,279.00 |
| | **Current Invoice Total:** | **$3,486.00** | **$230.06** | **$3,716.06** |

| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Insurance Counseling<br>503842.00005 | $24,739.00 | $0.00 | $24,739.00 |
| RE: | Fee Applications<br>503842.00009 | $3,205.00 | $160.85 | $3,365.85 |
| | **Current Invoice Total:** | **$27,944.00** | **$160.85** | **$28,104.85** |

**CURRENT INVOICE TOTAL: $31,820.91**

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2246432)

**NON-BANKRUPTCY/REORGANIZATION**
**RE: Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/01/12 | SS | Reviewed and catalogued case correspondence. | 0.60 |
| 02/02/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 02/03/12 | SS | Reviewed and filed case correspondence. | 0.10 |
| 02/06/12 | NS | Prepared papers for pro hac vice admission for J. Shugrue in appeal before Pennsylvania Supreme Court and prepared forms to conform to Pennsylvania Interest On Lawyers Trust Accounts (IOLTA) Board. | 1.80 |
| 02/06/12 | JDS | Analyzed and exchanged emails with T. Law, N. Sooy regarding pro hac vice admission for PA Supreme Court in connection with appeal of Liquidation Court order regarding LPT claims. | 0.20 |
| 02/07/12 | SS | Prepared files for appeal pleadings. | 0.50 |
| 02/07/12 | TPL | Emails with J. Shugrue, N. Sooy regarding pro hac vice admission. | 0.20 |
| 02/07/12 | NS | Revised draft pro hac vice motion and affidavits for J. Shugrue. | 0.20 |
| 02/07/12 | JDS | Reviewed and approved for filing pro hac vice submission for PA Supreme Court. | 0.30 |
| 02/08/12 | TPL | Emails with J. Shugrue, N. Sooy regarding pro hac vice admission of J. Shugrue in PA Supreme Court | 0.20 |
| 02/08/12 | NS | Finalized pro hac vice motion for J. Shugrue. | 0.60 |

TOTAL FEES: $1,207.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 02/29/2012 | Duplicating/Printing/Scanning | 0.20 |
| 02/29/2012 | Postage Expense | 4.28 |
| 02/29/2012 | Document Scanning/Conversions | 10.00 |
| 02/29/2012 | Filing Fees | 200.00 |
| 02/29/2012 | Courier Service - Outside | 15.58 |
| | Total Disbursements | 230.06 |

Fees & Disbursements $1,437.06

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.50 | 590.00 | 295.00 |
| TPL | T.P. Law | 0.40 | 490.00 | 196.00 |
| SS | S. Somoza | 1.40 | 140.00 | 196.00 |
| NS | N. Sooy | 2.60 | 200.00 | 520.00 |
| | | 4.90 | | 1,207.00 |

**NON-BANKRUPTCY/REORGANIZATION**
**RE: Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/03/12 | SS | Reviewed and organized case correspondence. | 0.70 |
| 02/03/12 | JDS | Analyzed and exchanged emails with client regarding inquiry regarding TPA issue involving Workers' Compensation insurance (.2). | 0.20 |
| 02/07/12 | PRW | Prepared e-mail to C. Leeman regarding new Illinois law on funding TPAs. | 0.10 |
| 02/10/12 | JDS | Analyzed emails from DOL counsel, bankruptcy counsel regarding Neil settlement events (.2). | 0.20 |
| 02/13/12 | AJM | Reviewed timeline of Neil settlement events and communications with J. Shugrue regarding same. | 0.20 |
| 02/13/12 | JDS | Emails with A. Moss regarding Neil settlement (0.2). | 0.20 |
| 02/21/12 | AJM | Reviewed email from bankruptcy counsel and J. Shugrue regarding Chartis shortfall for Neil ERISA settlement payment. | 0.20 |
| 02/21/12 | JDS | Emails with bankruptcy counsel and A. Moss regarding Neil settlement payment issues (0.3). | 0.30 |
| 02/22/12 | AJM | Reviewed email from counsel for Chartis and GreatBanc regarding Chartis settlement payment status (.3); reviewed substantive email from bankruptcy counsel and J. Shugrue regarding same (.2). | 0.50 |
| 02/22/12 | JDS | Analyzed and exchanged emails with bankruptcy counsel, insurers/insurer counsel regarding status of Neil settlement final funding payments. | 0.30 |
| 02/23/12 | AJM | Communications with bankruptcy counsel and J. Shugrue regarding Chartis settlement payment for Neil matter. | 0.30 |
| 02/23/12 | JDS | Analyzed and exchanged emails with bankruptcy counsel, A. Moss regarding Neil settlement payment issues (.2). | 0.20 |
| 02/28/12 | PRW | Emails with client, J. Shugrue regarding California deductible policy issues. | 0.30 |
| 02/28/12 | TPL | E-mail with client, J. Shugrue regarding Zurich workers comp issues. | 0.30 |
| 02/28/12 | TPL | Emails with client, J. Shugrue regarding California deductible policy issues. | 0.30 |
| 02/28/12 | JDS | Analyzed and exchanged emails with client, P. Walker-Bright and T. Law regarding California issue concerning large deductible policies (.3). | 0.30 |

TOTAL FEES: $2,279.00

Fees & Disbursements $2,279.00

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.70 | 590.00 | 1,003.00 |
| AJM | A.J. Moss | 1.20 | 550.00 | 660.00 |
| PRW | P.R. Walker-Bright | 0.40 | 560.00 | 224.00 |
| TPL | T.P. Law | 0.60 | 490.00 | 294.00 |
| SS | S. Somoza | 0.70 | 140.00 | 98.00 |
| | | 4.60 | | 2,279.00 |

**BANKRUPTCY/REORGANIZATION**
**RE: Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/01/12 | LL | Drafted CNO to RS's 34th Monthly Fee Application (.7); drafting/calculations to RS's 35th Monthly Fee Application (1.8); e-mail correspondence with J. Shugrue regarding same (.1). | 2.60 |
| 02/01/12 | SS | Reviewed and catalogued correspondence and court filings. | 1.20 |
| 02/01/12 | JDS | Emails with L. Lankford regarding 35th Monthly Fee Application. | 0.20 |
| 02/02/12 | LL | Reviewed and finalized RS's 34th Monthly Fee Application. | 1.50 |
| 02/02/12 | JCF | Reviewed fee applications. | 0.20 |
| 02/02/12 | JDS | Prepared narrative text for 35th Monthly Fee Application. | 0.60 |
| 02/03/12 | LL | Updates to Final Fee Spreadsheets for 35th Monthly Fee Application. | 1.50 |
| 02/03/12 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 02/03/12 | JDS | Analyzed Fee Auditor's Final Report regarding 8th Interim Fee Application of Reed Smith. | 0.20 |
| 02/07/12 | SS | Reviewed and catalogued pleadings. | 0.20 |
| 02/21/12 | LL | Drafted RS's 36th Monthly Fee Application. | 1.40 |
| 02/21/12 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 02/23/12 | LL | Researched regarding application of payment regarding 7th Interim and e-mail correspondence with J. Shugrue regarding same. | 0.50 |
| 02/23/12 | JDS | Drafted/prepared 36th Monthly Fee Application (.3); analyzed issues regarding 7th Interim Application (.4); emails with L. Lankford regarding same (.2). | 0.90 |
| 02/24/12 | JDS | Drafted/prepared 36th Monthly Fee Application. | 0.60 |

TOTAL FEES: $3,205.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 02/29/2012 | Duplicating/Printing/Scanning | 5.60 |
| 02/29/2012 | Duplicating - Outside | 155.25 |
| | Total Disbursements | 160.85 |
| | Fees & Disbursements | $3,365.85 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.50 | 590.00 | 1,475.00 |
| JCF | J.C. Falgowski | 0.20 | 430.00 | 86.00 |
| SS | S. Somoza | 2.10 | 140.00 | 294.00 |
| LL | L. Lankford | 7.50 | 180.00 | 1,350.00 |
| | | 12.30 | | 3,205.00 |

**BANKRUPTCY/REORGANIZATION**
**RE: Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/01/12 | LJR | Analyzed correspondence related to shareholder fraudulent conveyance actions (.5); analyzed status of various pending matters follow up with respect to same (.8); reviewed notes from same (.3); emails with defense counsel regarding additional defense invoices (.4). | 2.00 |
| 02/01/12 | JDS | Evaluated status, follow-up, analysis regarding outstanding insurance coverage issues and matters. | 0.80 |
| 02/02/12 | SS | Reviewed and catalogued case correspondence. | 1.00 |
| 02/03/12 | JDS | Telephone conference with counsel for individual defendants regarding insurance coverage for various third-party lawsuits and prepared email to client team regarding same (.5); telephone conference with client regarding same (.3). | 0.80 |
| 02/05/12 | LJR | Reviewed materials and drafted correspondence with insurer regarding payments made under D&O policy and request for additional information (.4); communications with defense counsel regarding submission of defense invoices (.1); reviewed comfort order (.2); analyzed additional research on coverage for pending preference lawsuits (.1); communications with defense counsel regarding call to discuss status of preference lawsuits and communications with insurers (.1). | 0.90 |
| 02/06/12 | LJR | Reviewed communications related to Third Amended FitzSimons complaint (.5); analyzed correspondence received from carriers in connection with various pending matters (.2). | 0.70 |
| 02/06/12 | JDS | Analyzed issues regarding notice to insurers of amended complaints in FitzSimons action (.5); analyzed insurer correspondence regarding pending lawsuits (.2). | 0.70 |
| 02/07/12 | LJR | Further analysis/evaluation regarding research on coverage for Preference Lawsuits and strategy in connection with same (.4); analyzed amended FitzSimons complaint and client inquiry in connection with same (.4); began to review and analyze amended FitzSimons complaint (.7). | 1.50 |
| 02/07/12 | JDS | Analyzed emails from insurer regarding insurance policy erosion of limits (.2); analyzed insurance issues related to FitzSimons lawsuit (.4). | 0.60 |
| 02/07/12 | SS | Reviewed and catalogued case correspondence for various sub files. | 0.60 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/08/12 | LJR | Reviewed materials and prepared for conference call with defense counsel in preference actions (.8); call with defense counsel regarding insurance issues regarding preference actions (.8); email to Chubb regarding information on erosion of Chubb policy (.4); met with A. Yessemedis regarding research issues (0.8). | 2.80 |
| 02/08/12 | A.Y. | Met with L. Raines regarding legal research required to respond to denial letters. | 0.80 |
| 02/08/12 | JDS | Prepared for, telephone conference with counsel for individual insureds and L. Raines regarding insurance issues pertaining to pending lawsuits. | 0.70 |
| 02/09/12 | LJR | Reviewed correspondence related to notice of FitzSimons and Fraudulent Conveyance Actions (.3); reviewed email from Chubb related to erosion information (.2); reviewed client email regarding erosion report (.4). | 0.90 |
| 02/09/12 | JDS | Telephone conference with defense counsel for individual insureds regarding coverage issues concerning pending suits (.2); telephone conference with client regarding same (.6); analyzed and exchanged emails with client regarding same (.4); analyzed insurer denial letter regarding fraudulent conveyance suits (.2); analyzed and exchanged emails with L. Raines regarding follow up on various insurance issues (.2). | 1.60 |
| 02/10/12 | JDS | Analyzed and revised draft notice letters to insurers regarding third-party complaints and exchanged emails with client regarding same (.6). | 0.60 |
| 02/13/12 | LJR | Emails with client regarding request to insurer for erosion information and additional communications regarding same (.4); communications with client, J. Shugrue regarding additional lawsuits filed against shareholders and plan for follow up with respect to same (.6); reviewed and pulled materials regarding research related to insurance coverage for pending matters (.9). | 1.90 |
| 02/13/12 | A.Y. | Conducted legal research issues to respond to insurers and develop strategy for addressing same (.9) | 0.90 |
| 02/13/12 | JDS | Communications with client, L. Raines regarding insurance notice issues regarding newly filed EGI suits (.3); analyzed and exchanged emails with client, L. Raines regarding issues related to primary insurer defense costs payments in connection with FitzSimons suit (.3). | 0.60 |
| 02/14/12 | LJR | Emails with client regarding recent lawsuits filed against shareholders. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/14/12 | A.Y. | Reviewed underlying suits in connection with legal research issues (2.2); legal research regarding issues related to policy definitions of "claim" and "loss" (2.5). | 4.70 |
| 02/14/12 | JDS | Prepared email to client regarding issues concerning insurer payment of FitzSimons case defense costs. | 0.30 |
| 02/15/12 | A.Y. | Analyzed insurance policies in connection with legal research issues. | 1.80 |
| 02/16/12 | LJR | Conferred with J. Shugrue regarding status of insurance claims regarding Preference Actions (.2); returned call to defense counsel regarding pending litigation (.2); reviewed defense costs information and other materials and finalized draft letters to carriers (1.2). | 1.60 |
| 02/16/12 | JDS | Conferred with L. Raines regarding insurance coverage for Preference Actions (.2); communications with client regarding notice to insurers regarding EGI lawsuits (.2). | 0.40 |
| 02/17/12 | JDS | Emails with client regarding providing notice to insurers of recently filed EGI suits (.2); analyzed EGI suits in connection with same (.2); analyzed correspondence from counsel for individual insured to insurer and exchanged emails with client regarding same (.2). | 0.60 |
| 02/20/12 | JDS | Emails with client regarding notice to insurers regarding EGI lawsuits. | 0.30 |
| 02/21/12 | JDS | Analyzed and revised draft letters to insurers regarding Preference Actions (0.70). | 0.70 |
| 02/22/12 | A.Y. | Legal research regarding "wrongful act" coverage under insurance policies. | 2.40 |
| 02/23/12 | LJR | Revised draft demand letters for preference lawsuits per J. Shugrue comments (.4); reviewed materials and finalized drafts (.3); follow up regarding defense costs information (.3); emailed team revised letters (.3). | 1.30 |
| 02/23/12 | A.Y. | Analyze case law related to insurance claim issue. | 0.60 |
| 02/23/12 | JDS | Emails with client regarding notice to insurers regarding EGI suits (0.3). | 0.30 |
| 2/23/12 | SS | Reviewed and catalogued case correspondence for various subfiles. | 0.70 |
| 02/24/12 | JDS | Emails with client regarding notice to insurers regarding EGI suits (0.1); emails with client, L. Raines regarding draft correspondence to insurers regarding Preference Suits (0.2). | 0.30 |
| 02/27/12 | LJR | Analyzed third amended Illinois fraudulent conveyance complaints and possible insurance coverage regarding same. | 0.70 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/27/12 | A.Y. | Legal research regarding insurance "claim" and "loss" issues (1.5); legal research regarding insurance duty to reimburse (3.2); draft email memorandum summarizing results of same (.8) | 5.50 |
| 02/27/12 | JDS | Telephone conference with bankruptcy counsel regarding insurance coverage issues related to fraudulent conveyance lawsuits (.6); analyzed emails with client regarding insurance coverage for preference lawsuits (.1). | 0.70 |
| 02/28/12 | LJR | Analyzed information regarding defense costs incurred in connection with preference lawsuits (1.8); reviewed A. Yassemedis research and analysis on insurance coverage issues related to preference lawsuits (.5); emailed G. Smith at Chubb regarding distribution of coverage correspondence (.4); called defense counsel regarding information for comfort order report (.2). | 2.90 |
| 02/28/12 | A.Y. | Conducted legal research regarding insurance "claim" and "loss" issue (2.0); revised email memorandum regarding research summary and send same to team (1.6) | 3.60 |
| 02/28/12 | JDS | Analyzed and exchanged emails with client regarding draft communication to insurers regarding EGI suits (.2). | 0.20 |
| 02/29/12 | LJR | Communications with client regarding defense costs incurred in connection with preference lawsuits (.6); analyzed issues regarding defense costs paid in connection with preference action and revised demand letters to insurance carriers regarding same (1.3). | 1.90 |

TOTAL FEES: $24,739.00

Fees & Disbursements $24,739.00

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 10.20 | 590.00 | 6,018.00 |
| LJR | L.J. Raines | 19.30 | 480.00 | 9,264.00 |
| A.Y. | A. Yassemedis | 20.30 | 450.00 | 9,135.00 |
| SS | S. Somoza | 2.30 | 140.00 | 322.00 |
| | | 52.10 | | 24,739.00 |

**ReedSmith**

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2246432
Invoice Date: March 28, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through February 29, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror<br>503842.00004 | $1,207.00 | $230.06 | $1,437.06 |
| RE: | Insurance Counseling<br>503842.00005 | $2,279.00 | $0.00 | $2,279.00 |
| | **Current Invoice Total:** | **$3,486.00** | **$230.06** | **$3,716.06** |

| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Insurance Counseling<br>503842.00005 | $24,739.00 | $0.00 | $24,739.00 |
| RE: | Fee Applications<br>503842.00009 | $3,205.00 | $160.85 | $3,365.85 |
| | **Current Invoice Total:** | **$27,944.00** | **$160.85** | **$28,104.85** |

**CURRENT INVOICE TOTAL: $31,820.91**

**INVOICE IS PAYABLE UPON RECEIPT**