# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Outside Duplicating | IKON/DLS | $155.25 |
| Printing, Duplicating, Scanning | | $15.80 |
| Filing Fees | | $200.00 |
| Postage | | $4.25 |
| Courier | Parcels/DLS | $15.58 |
| **TOTAL:** | | **$390.91** |

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Outside Duplicating | IKON/DLS | | | | $155.25 | | **$155.25** |
| Printing/Duplicating & Scanning | | $10.20 | | | $5.60 | | **$15.80** |
| Filing Fees | | $200.00 | | | | | **$200.00** |
| Postage | | $4.28 | | | $7.20 | | **$4.25** |
| Courier | Parcels/DLS | $15.58 | | | | | **$15.58** |
| **TOTAL:** | | **$230.06** | **$0.00** | **$0.00** | **$160.85** | **$0.00** | **$390.91** |

US_ACTIVE:\108947600.1\JCFALGOW

**NON-BANKRUPTCY/REORGANIZATION**
**RE:    Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/01/12 | SS | Reviewed and catalogued case correspondence. | 0.60 |
| 02/02/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 02/03/12 | SS | Reviewed and filed case correspondence. | 0.10 |
| 02/06/12 | NS | Prepared papers for pro hac vice admission for J. Shugrue in appeal before Pennsylvania Supreme Court and prepared forms to conform to Pennsylvania Interest On Lawyers Trust Accounts (IOLTA) Board. | 1.80 |
| 02/06/12 | JDS | Analyzed and exchanged emails with T. Law, N. Sooy regarding pro hac vice admission for PA Supreme Court in connection with appeal of Liquidation Court order regarding LPT claims. | 0.20 |
| 02/07/12 | SS | Prepared files for appeal pleadings. | 0.50 |
| 02/07/12 | TPL | Emails with J. Shugrue, N. Sooy regarding pro hac vice admission. | 0.20 |
| 02/07/12 | NS | Revised draft pro hac vice motion and affidavits for J. Shugrue. | 0.20 |
| 02/07/12 | JDS | Reviewed and approved for filing pro hac vice submission for PA Supreme Court. | 0.30 |
| 02/08/12 | TPL | Emails with J. Shugrue, N. Sooy regarding pro hac vice admission of J. Shugrue in PA Supreme Court | 0.20 |
| 02/08/12 | NS | Finalized pro hac vice motion for J. Shugrue. | 0.60 |

TOTAL FEES:          $1,207.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 02/29/2012 | Duplicating/Printing/Scanning | 0.20 |
| 02/29/2012 | Postage Expense | 4.28 |
| 02/29/2012 | Document Scanning/Conversions | 10.00 |
| 02/29/2012 | Filing Fees | 200.00 |
| 02/29/2012 | Courier Service - Outside | 15.58 |
| | Total Disbursements | 230.06 |
| | Fees & Disbursements | $1,437.06 |

## BANKRUPTCY/REORGANIZATION
RE:     **Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/01/12 | LL | Drafted CNO to RS's 34th Monthly Fee Application (.7); drafting/calculations to RS's 35th Monthly Fee Application (1.8); e-mail correspondence with J. Shugrue regarding same (.1). | 2.60 |
| 02/01/12 | SS | Reviewed and catalogued correspondence and court filings. | 1.20 |
| 02/01/12 | JDS | Emails with L. Lankford regarding 35th Monthly Fee Application. | 0.20 |
| 02/02/12 | LL | Reviewed and finalized RS's 34th Monthly Fee Application. | 1.50 |
| 02/02/12 | JCF | Reviewed fee applications. | 0.20 |
| 02/02/12 | JDS | Prepared narrative text for 35th Monthly Fee Application. | 0.60 |
| 02/03/12 | LL | Updates to Final Fee Spreadsheets for 35th Monthly Fee Application. | 1.50 |
| 02/03/12 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 02/03/12 | JDS | Analyzed Fee Auditor's Final Report regarding 8th Interim Fee Application of Reed Smith. | 0.20 |
| 02/07/12 | SS | Reviewed and catalogued pleadings. | 0.20 |
| 02/21/12 | LL | Drafted RS's 36th Monthly Fee Application. | 1.40 |
| 02/21/12 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 02/23/12 | LL | Researched regarding application of payment regarding 7th Interim and e-mail correspondence with J. Shugrue regarding same. | 0.50 |
| 02/23/12 | JDS | Drafted/prepared 36th Monthly Fee Application (.3); analyzed issues regarding 7th Interim Application (.4); emails with L. Lankford regarding same (.2). | 0.90 |
| 02/24/12 | JDS | Drafted/prepared 36th Monthly Fee Application. | 0.60 |

TOTAL FEES:                    $3,205.00

### CURRENT DISBURSEMENTS

| | | |
|------|------|------|
| 02/29/2012 | Duplicating/Printing/Scanning | 5.60 |
| 02/29/2012 | Duplicating - Outside | 155.25 |
| | Total Disbursements | 160.85 |
| | Fees & Disbursements | $3,365.85 |