# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.<br><br>Debtors. | Case No. 08-13141 (KJC)<br><br>Chapter 11 |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS

TO THE HONORABLE KEVIN J. CAREY, THE UNITED STATES TRUSTEE, DEBTOR AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Friedman Law Group, P.C., Attorneys for Landlord Creditor Isaksen Investments, LLC ("Isaksen"), hereby changes its address for service of notices and documents in the above-captioned action, effective immediately.

Isaksen requests that all counsel of record forward copies of notices, pleadings, other filings and all other written or telephonic correspondence as follows:

> J. Bennett Friedman, Esq.
> FRIEDMAN LAW GROUP, P.C.
> 1900 Avenue of the Stars, 11th Floor
> Los Angeles, California 90067
> Telephone: (310) 552-8210
> Facsimile: (310) 733-5442

///

///

///

Dated: March 28, 2012    Respectfully Submitted,

*[signature]*

J. Bennett Friedman, Esq., CA SBN 147056
Friedman Law Group, P.C.
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
T: (310) 552-8210
F: (310) 733-5442
jfriedman@jbflawfirm.com

*Attorneys for Landlord Creditor,*
*Isaksen Investments, LLC*

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067.

     On March 29, 2012, I served the foregoing document described as NOTICE OF ATTORNEY CHANGE OF ADDRESS on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

*<u>See attached list</u>*

BY MAIL:

     I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     Executed on March 29, 2012, at Los Angeles, California.

| | | |
|---|---|---|
| ☐ | (State) | I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| ☒ | (Federal) | I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |

                              /s/Jackeline Martinez
                              Jackeline Martinez

## Service List

### *By Court via ECF*

- Justin R. Alberto    jalberto@bayardlaw.com, bankserve@bayardlaw.com;tmatthews@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
- Elihu Ezekiel Allinson, III    ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
- Michael S. Amato    mamato@rmfpc.com
- Frank A. Anderson    anderson.frank@pbgc.gov, efile@pbgc.gov
- Artemio C. Aranilla    acaranilla@mdwcg.com, sekreps@mdwcg.com;jsshannon@mdwcg.com;jmtarantino@mdwcg.com
- Brian L. Arban    barban@hillerarban.com
- Thomas V. Askounis    taskounis@askounisdarcy.com, rwoolley@askounisdarcy.com
- Daniel K. Astin    dastin@ciardilaw.com, vfrew@ciardilaw.com;dchigges@ciardilaw.com;mflores@ciardilaw.com
- Jean-Marie L. Atamian    jatamian@mayerbrown.com
- Mary E. Augustine    maugustine@bglawde.com
- Mary E. Augustine    maugustine@bglawde.com
- Mary E. Augustine    maugustine@bglawde.com
- Allison R Axenrod    allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com
- Willliam J. Barrett    william.barrett@bfkn.com
- Richard Michael Beck    rbeck@klehr.com, lstanton@klehr.com
- Christopher R. Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Ian Connor Bifferato    cbifferato@bifferato.com
- Mark M. Billion    mbillion@pszjlaw.com, brynn@billionlaw.com
- Alexander R. Bilus    sandy.bilus@dechert.com
- L. John N. Bird    jbird@foxrothschild.com, dkemp@foxrothschild.com
- Michael F. Bonkowski    mbonkowski@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- Eric D. Boyle    eboyle@fandpnet.com, acole@fandpnet.com
- Thad J. Bracegirdle    tbracegirdle@wlblaw.com, ahammer@freebornpeters.com;tfawkes@freebornpeters.com;bkdocketing@freebornpeters.com;sisenberg@freebornpeters.com
- Robert S. Brady    bankfilings@ycst.com
- Patrick M. Brannigan    pbrannigan@crosslaw.com
- Amy D. Brown    abrown@margolisedelstein.com
- Charles J. Brown    cbrown@archerlaw.com, dabernathy@archerlaw.com
- Kimberly A. Brown    brown@lrclaw.com, adams@lrclaw.com
- Stuart M. Brown    stuart.brown@dlapiper.com
- Kate R. Buck    kbuck@mccarter.com
- Rebecca L. Butcher    butcher@lrclaw.com, rogers@lrclaw.com;adams@lrclaw.com;dellose@lrclaw.com
- Kevin M. Capuzzi    kcapuzzi@phw-law.com
- David W. Carickhoff    carickhoff@blankrome.com, senese@blankrome.com
- James C. Carignan    carignaj@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com

- Brian T. Carney    bcarney@akingump.com, nymco@akingump.com
- Thomas P. Carroll    thomas.carroll@usdoj.gov
- Paul J. Catanese    pcatanese@mcguirewoods.com
- Camela J. Chapman    cchapman@co.ho.md.us
- William E. Chipman    chipman@ccbllp.com
- Christopher S. Chow    chowc@ballardspahr.com
- Joseph L. Christensen    jchristensen@paulweiss.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- M. Blake Cleary    bankfilings@ycst.com
- Richard Scott Cobb    cobb@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
- Tiffany Strelow Cobb    tscobb@vorys.com, bjtobin@vorys.com
- Howard A. Cohen    howard.cohen@dbr.com
- Kevin G. Collins    kcollins@bifferato.com
- Mark D. Collins    collins@RLF.com, rbgroup@rlf.com
- Colm F. Connolly    cconnolly@morganlewis.com, lgibson@morganlewis.com
- Andrew S. Conway    Aconway@taubman.com
- L. Jason Cornell    jcornell@foxrothschild.com, dkemp@foxrothschild.com;slynch@foxrothschild.com
- Scott D. Cousins    bankruptcyservice@ccbllp.com, mccloskey@ccbllp.com
- Angie M. Cowan    cowan@ask-attorneys.com
- W. Andrew Dalton    a.dalton@smmj.com
- Scott I. Davidson    sdavidson@kslaw.com
- John Louis Decker    j.decker@smmj.com
- John D. Demmy    jdd@stevenslee.com
- John Patrick DiTomo    jditomo@paulweiss.com
- Denis C. Dice    dcdice@mdwcg.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Caroline R. Djang    crd@jmbm.com
- Heather L. Donald    donaldh@michigan.gov
- Amish R. Doshi    adoshi@magnozzikye.com
- Thomas F. Driscoll    tdriscoll@bifferato.com
- Devon J. Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
- Landon Ellis    ellis@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;dellose@lrclaw.com;rogers@lrclaw.com
- Michael E. Emrich    notice@regencap.com
- Margaret Fleming England    mfe@darbylawllc.com
- Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
- Brian G. Esders    besders@abato.com
- Nancy G. Everett    neverett@winston.com, ecf_bank@winston.com
- Justin Cory Falgowski    jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
- Sherry Ruggiero Fallon    sfallon@trplaw.com
- Michael J. Farnan    mfarnan@saul.com, rwarren@saul.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
- Mark E. Felger    mfelger@cozen.com, mmillis@cozen.com
- Adolph F. Fellmeth    fred.fellmeth@vitecgroup.com
- Kerry K. Fennelly    kerrykessler@gmail.com, ms.courtneylogan@gmail.com;torres.luisadiaz@gmail.com
- John V. Fiorella    jfiorella@archerlaw.com, mfriedman@archerlaw.com;adavid@archerlaw.com
- Norman P. Fivel    norman.fivel@oag.state.ny.us
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
- Simon E. Fraser    sfraser@cozen.com
- Joel E. Friedlander    sbrodowski@bmf-law.com;jspeakman@bmf-law.com
- Jerome Bennett Friedman    jfriedman@jbflawfirm.com, jmartinez@jbflawfirm.com

- Antranig N. Garibian    agaribian@stradley.com, ckelly@stradley.com
- Kevin P. Garland    garlandk@gtlaw.com
- Patrick Theodore Garvey    garveyp@jbltd.com, danelskis@jbltd.com
- Yonatan Gelblum    yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov
- Ronald S. Gellert    rgellert@eckertseamans.com, delawarebankruptcy@eckertseamans.com;rgellert@eckertseamans.com
- Leonard H. Gerson    gerson.leonard@dol.gov
- Christopher J. Giaimo    cgiaimo@bakerlaw.com, jravick@bakerlaw.com
- Scott Golden    sagolden@hhlaw.com
- Andrew N. Goldman    andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com;nancy.manzer@wilmerhale.com;kathryn.bennett@wilmerhale.com;lisa.jack@wilmerhale.com;melanie.dritz@wilmerhale.com;justin.ochs@wilmerhale.com;lipi.shah@wilmerhale.com;michelle.goldis@wilmerhale.com
- Douglas R. Gonzales    dgonzales@wsh-law.com
- Jeffrey M Gorris    jgorris@paulweiss.com
- Donald L. Gouge    dgouge@gougelaw.com, lmartin@gougelaw.com
- James S. Green    jgreen@svglaw.com, spappa@svglaw.com
- James S. Green, Jr.    green@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
- Joseph Grey    jgrey@crosslaw.com
- Virginia Whitehill Guldi    vguldi@zuckerman.com
- Kurt F. Gwynne    kgwynne@reedsmith.com, llankford@reedsmith.com
- Gregg R. Hague    grh@sperling-law.com
- Aaron L. Hammer    ahammer@sugarfgh.com, ccoleman@sugarfgh.com;mbrandess@sugarfgh.com
- Tara Hannon    thannon@loan-law.com
- Lee Harrington    lharrington@nixonpeabody.com
- Donna L. Harris    dharris@phw-law.com
- J. Zachary Haupt    zhaupt@bifferato.com
- William A. Hazeltine    Bankruptcy001@sha-llc.com
- Reed A. Heiligman    rheiligman@fgllp.com, ccarpenter@fgllp.com
- Leslie C. Heilman    heilmanl@ballardspahr.com
- Michael A. Henry    mhenry@grossmcginley.com
- Christine Zuehlke Heri    heri-christine@dol.gov, sol-chi@dol.gov;goldberg.elizabeth@dol.gov
- R. Karl Hill    khill@svglaw.com, cday@svglaw.com
- Adam Hiller    ahiller@hillerarban.com
- Adam Hiller    ahiller@hillerarban.com
- Adam Hiller    ahiller@hillerarban.com
- Adam L Hirsch    adam.hirsch@srz.com, adam.hirsch@srz.com
- Daniel K. Hogan    dkhogan@dkhogan.com, keharvey@dkhogan.com;gpalagruto@dkhogan.com;lcampbell@dkhogan.com
- Robert T. Honeywell    robert.honeywell@klgates.com, richard.miller@klgates.com
- Jennifer R. Hoover    jhoover@beneschlaw.com, ehein@beneschlaw.com;rlemisch@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com
- Meghan Colleen Horn    mhorn@abato.com
- Daniel Horowitz    dhorowit@alumni.law.upenn.edu
- James E. Huggett    jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
- Mark T Hurford    cl@camlev.com
- Mark T Hurford    mhurford@camlev.com
- Joseph H. Huston    jhh@stevenslee.com
- Jennifer M Jackson    JacksonJ5@michigan.gov
- Lawrence M. Jacobson    lmj@gfjlawfirm.com

- Bruce E. Jameson   Bejameson@prickett.com
- Ericka Fredricks Johnson   erjohnson@wcsr.com, pgroff@wcsr.com;klytle@wcsr.com;hsasso@wcsr.com
- Nathan Jones   nate@usdrllc.com
- Michael Joseph Joyce   mjoyce@crosslaw.com
- Ivan Lerer Kallick   ikallick@manatt.com
- Shanti M. Katona   skatona@polsinelli.com, docket@polsinelli.com;LSuprum@Polsinelli.com
- Susan E. Kaufman   skaufman@coochtaylor.com
- Benjamin W. Keenan   bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
- William M. Kelleher   wkelleher@gfmlaw.com
- Julia B. Klein   klein@teamrosner.com
- Lawrence Joel Kotler   ljkotler@duanemorris.com
- Bryan Krakauer   bkrakauer@sidley.com
- Micah R Krohn   mkrohn@fgllp.com, ccarpenter@fgllp.com
- ANDREW GARY LIPKIN   alipkin@law.nyc.gov, andrewlipkin@msn.com
- Robert J. Lack   rlack@fklaw.com, vgarvey@fklaw.com
- Adam G. Landis   landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
- Neil Raymond Lapinski   nrl@elliottgreenleaf.com
- Tara L. Lattomus   delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com
- David S. Leinwand   dleinwand@amroc.com
- Raymond Howard Lemisch   rlemisch@beneschlaw.com, jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
- Scott J. Leonhardt   leonhardt@teamrosner.com
- Ira M. Levee   ilevee@lowenstein.com, krosen@lowenstein.com
- Christopher Dean Loizides   loizides@loizides.com
- Brian E. Lutness   brain@silverman-mcdonald.com
- Thomas G. Macauley   bankr@zuckerman.com
- Robert W. Mallard   mallard.robert@dorsey.com
- Kevin J Mangan   kmangan@wcsr.com, hsasso@wcsr.com
- Brain E. Martin   bmartin@stamostrucco.com
- D. Ross Martin   rmartin@ropesgray.com
- R. Craig Martin   craig.martin@dlapiper.com, charlotte.neuberger@dlapiper.com,carolyn.fox@dlapiper.com
- Katharine L. Mayer   kmayer@mccarter.com
- Elizabeth R. McColm   emccolm@paulweiss.com
- Garvan F. McDaniel   gmcdaniel@bglawde.com, ydalton@bglawde.com
- Frank F. McGinn   ffm@bostonbusinesslaw.com
- Patricia P. McGonigle   pmcgonigle@svglaw.com, dclack@svglaw.com
- Matthew B. McGuire   mcguire@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
- John D. McLaughlin   jmclaughlin@ciardilaw.com, vfrew@ciardilaw.com;dchigges@ciardilaw.com;mflores@ciardilaw.com;jclarke@ciardilaw.com
- Michelle McMahon   michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- R. Stephen McNeill   bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
- Barbara Suzanne Mehlsack   bmehlsack@gkllaw.com
- Dennis A. Meloro   bankruptcydel@gtlaw.com, thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
- Evelyn J. Meltzer   meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com
- Rachel B. Mersky   rmersky@monlaw.com
- George R. Mesires   grmesires@uhlaw.com
- Joshua M. Mester   jmester@dl.com
- Michael P. Migliore   mpm@skjlaw.com
- Maria Ann Milano   mmilano@riddellwilliams.com, ctracy@riddellwilliams.com;jshickich@riddellwilliams.com

- Curtis S. Miller    cmiller@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
- Kathleen M. Miller    kmiller@skjlaw.com, dlm@skjlaw.com
- Robert K. Minkoff    rminkoff@jefferies.com, mrichards@jefferies.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Francis A. Monaco Jr.    fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com
- Norman M. Monhait    nmonhait@rmgglaw.com
- Edmon L. Morton    bankfilings@ycst.com
- Michael P. Morton    mmorton@michaelpmorton.com, mmorton@michaelpmorton.com;shubbs@michaelpmorton.com
- Adam Scott Moskowitz    asmcapital@aol.com
- Claire P. Murphy    cmurphy@sperling-law.com, lsands@sperling-law.com
- Kathleen A. Murphy    kmurphy@reedsmith.com
- Michael F. Murphy    MurphyM2@michigan.gov, ballingerb1@michigan.gov
- Carl D. Neff    cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com
- Mark A. Neubauer    mneubauer@steptoe.com, mrodriguez@steptoe.com;smcloughlin@steptoe.com
- James D. Newbold    James.Newbold@illinois.gov
- Jami B. Nimeroff    jnimeroff@bsnlawyers.com, cmhannan@bsnlawyers.com
- Edward Patrick O'Brien    eobrien@sbchlaw.com
- Mona A. Parikh    mona.parikh@bipc.com
- Mark N. Parry    mparry@mosessinger.com, dkick@mosessinger.com,dbutvick@mosessinger.com
- Norman L. Pernick    bankruptcy@coleschotz.com, npernick@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;tscheuer@coleschotz.com
- Robert J. Pfister    rpfister@ktbslaw.com
- John C. Phillips    tlb@pgslaw.com;scs@pgslaw.com
- Marc J. Phillips    mphillips@cblh.com
- Joan E. Pilver    Joan.Pilver@ct.gov
- Joanne P. Pinckney    jpinckney@phw-law.com, acourtney@phw-law.com;sohara@phw-law.com
- Dana S. Plon    dplon@sirlinlaw.com
- David M. Powlen    dpowlen@btlaw.com
- Leigh-Anne M. Raport    lraport@ashby-geddes.com
- Daniel B. Rath    rath@lrclaw.com, rogers@lrclaw.com;panchak@lrclaw.com
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;tScheuer@Coleschotz.com
- David William Reimann    dreimann@reimannlawgroup.com
- Jeffrey N. Rich    jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com
- Michael P. Richman    mrichman@pattonboggs.com
- Timothy M. Riffin    thomase@gtlaw.com;bankruptcydel@gtlaw.com
- Richard W. Riley    rwriley@duanemorris.com
- Fred B. Ringel    fbr@robinsonbrog.com
- Richard A. Robinson    rrobinson@reedsmith.com
- Martha E. Romero    romero@dslextreme.com
- Alan Michael Root    root@blankrome.com, senese@blankrome.com
- Frederick Brian Rosner    rosner@teamrosner.com
- Sommer Leigh Ross    slross@duanemorris.com
- Brian M Rostocki    brostocki@reedsmith.com
- Anthony M. Saccullo    ams@saccullolegal.com
- Jason Beram Sanjana    jason.sanjana@lw.com
- John Henry Schanne    schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com
- Jeffrey M. Schlerf    jschlerf@foxrothschild.com, dkemp@foxrothschild.com
- Michael Alan Schloss    schloss.michael@dol.gov
- Eric Lopez Schnabel    de.ecf@Dorsey.com

- Andrew Schoulder   andrew.schoulder@bgllp.com,
  josephine.moon@bgllp.com;anna.rozin@bgllp.com;adam.shane@bgllp.com;andrew.schoulder@bgllp.com;daniel.connolly@bgllp.com;david.ball@bgllp.com
- Steven C. Schwendemann   s.schwendemann@smmj.com
- John M. Seaman   seaman@abramsbayliss.com, farro@abramsbayliss.com
- Elaine M Seid   emseid@mstpartners.com
- Maurie J. Shalmone   maurie@longacrellc.com
- John K. Sherwood   jsherwood@lowenstein.com, dclaussen@lowenstein.com
- Joseph Emil Shickich   jshickich@riddellwilliams.com, ctracy@riddellwilliams.com
- Daniel A. Shmikler   dshmikler@sperling-law.com, cmurphy@sperling-law.com,sflorsheim@sperling-law.com
- Hugh H. Shull   hshull@law.nyc.gov
- Glen Silverstein   gsilverstein@leaderberkon.com
- Laurie Selber Silverstein   bankruptcy@potteranderson.com
- Christopher Page Simon   csimon@crosslaw.com
- Drew G. Sloan   dsloan@rlf.com, rbgroup@rlf.com
- Wayne M. Smith   wayne.smith@warnerbros.com
- Patricia K. Smoots   psmoots@mcguirewoods.com
- Robert J. Stearn   stearn@rlf.com, rbgroup@rlf.com
- Robert J. Stearn Jr.   stearn@rlf.com, rbgroup@rlf.com
- Catherine Steege   csteege@jenner.com, docketing@jenner.com;dhixson@jenner.com
- Arthur Steinberg   asteinberg@kslaw.com, rtrowbridge@kslaw.com
- Jonathan M. Stemerman   jms@elliottgreenleaf.com
- J. Kate Stickles   kstickles@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
- J. Kate Stickles   kstickles@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
- Alan J. Stone   astone@milbank.com, arobertson@milbank.com;ssulkowski@milbank.com;aleblanc@milbank.com
- David B. Stratton   strattond@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
- John H. Strock   jstrock@foxrothschild.com, dkemp@foxrothschild.com
- Brian A. Sullivan   bsullivan@werbsullivan.com, abrown@werbsullivan.com
- William D. Sullivan   wdsecfnotices@sha-llc.com
- Daniel R. Swetnam   Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
- Jay Teitelbaum   jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com
- John F. Theil   j.theil@smmj.com
- Christina Maycen Thompson   cthompson@cblh.com
- Judy D. Thompson   jdt@jdthompsonlaw.com
- Edward J. Tredinnick   etredinnick@greeneradovsky.com
- Amit K. Trehan   atrehan@mayerbrown.com, atrehan@mayerbrownrowe.com
- Matthew J. Troy   matthew.troy@usdoj.gov
- Michael T. Trucco   mtrucco@stamostrucco.com, erosenquist@stamostrucco.com
- Ronald Mark Tucker   rtucker@simon.com, bankruptcy@simon.com
- United States Trustee   USTPREGION03.WL.ECF@USDOJ.GOV
- Deborah Waldmeir   waldmeird@michigan.gov, gamep@michigan.gov
- Christopher A. Ward   cward@polsinelli.com, LSuprum@Polsinelli.com
- Mary K. Ware   mware@law.ga.gov
- Pamela K. Webster   pwebster@buchalter.com
- William P. Weintraub   wweintraub@fklaw.com, zhassoun@fklaw.com
- Helen Elizabeth Weller   dallas.bankruptcy@publicans.com
- Duane David Werb   maustria@werbsullivan.com;riorii@werbsullivan.com
- Gregory W. Werkheiser   gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
- Joel M. Wertman   jmwertman@mdwcg.com

- William Douglas White   wdw@mccarthywhite.com, clm@mccarthywhite.ocm
- Eric R. Wilson   KDWBankruptcyDepartment@kelleydrye.com
- Amanda Marie Winfree   awinfree@ashby-geddes.com
- Jeffrey C. Wisler   jwisler@cblh.com
- Alissa S. Wright   alissa.wright@ag.ny.gov, stephanie.rosenberg@ag.ny.gov
- James S. Yoder   yoderj@whiteandwilliams.com
- Michael W. Yurkewicz   myurkewicz@klehr.com
- Rafael Xavier Zahralddin-Aravena   rxza@elliottgreenleaf.com
- Menachem O. Zelmanovitz   mzelmanovitz@morganlewis.com
- David M. Zensky   dzensky@akingump.com, nymco@akingump.com
- Scott A Zuber   szuber@daypitney.com

*Via First Class Mail*

**U.S. Trustee**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491

**Judge**
The Honorable Kevin J. Carey
United States Bankruptcy Court
District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801