# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 03/30/2012
Calendar Time: 10:00 AM ET

Amended Calendar 03/30/2012 06:39 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4810683 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4852259 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4698570 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4833751 | Michael Barnett | 212-719-7347 | OZ Management | Interested Party, Michael Barnett / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4856414 | Kevin M. Becker | (952) 697-4106 | Kevin M. Becker - In Pro Per/Pro Se | Interested Party, Kevin M. Becker / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4849914 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4851124 | Bruce Bennett | 213-621-6021 | Dewey & LeBoeuf LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4853608 | Eric Bilmes | 212-588-5115 | HBK Capital Management | Interested Party, Eric Bilmes / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4849255 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4850007 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4849323 | William Bowden | (302) 654-1888 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4851128 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4837739 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4852265 | Graeme Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4828150 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4852275 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4854476 | Randall Chase | (302) 674-3037 | Associated Press | Interested Party, Associated Press / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4820583 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4848854 | Michael D'Agostino | 860-240-2731 | Bingham McCutchen, LLP | Representing, Michael D'Agostino / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4852245 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4849474 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4739879 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| Tribune Company | 08-13141 | Hearing | 4856384 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4855404 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4850087 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4854762 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4741728 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4833436 | Matthew Frank | (312) 371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4849311 | Daniel H. Golden | (212) 872-8010 | Akin Gump Strauss Hauer & Feld | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4852269 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4768076 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4851604 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4848387 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4850050 | William A. Hazeltine | 302-428-8191 | Sullivan Hazeltine Allinson, LLC | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4741731 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4851688 | Thomas Horan | (302) 252-4339 | Womble Carlyle Sandridge & Rice, | Interested Party, GreatBanc Trust Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4829384 | Matthew Jacobson | (212) 667-1055 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4851121 | James O. Johnston | 213-621-6030 | Dewey & LeBoeuf LLP | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4828131 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4849887 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4851104 | Shanti Katona | (302) 252-0924 | Polsinelli Shughart PC | Interested Party, Daniel Kazan / LIVE |
| Tribune Company | 08-13141 | Hearing | 4835444 | Michael J. Kelly | (212) 554-1760 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4852023 | David Klauder | 302-573-6491 | Office of the United States Trustee | Interested Party, Office of the United States Trustee / LIVE |
| Tribune Company | 08-13141 | Hearing | 4851682 | Sheron Korpus | 212-506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4853646 | Stuart Kovensky | 201-541-2121 | Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4850011 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4832379 | Stephen Lam | (646) 863-7157 | Corre Partners | Creditor, Corre Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4852278 | Adam G. Landis | (302) 467-4444 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4849927 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4852249 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4850077 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4850033 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4726232 | Michelle Maman | (212) 504-6000 | Cadwalader Wickersham & Taft | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4851123 | Michelle Marino | (302) 468-5700 | DLA Piper US, LLP | Interested Party, DLA Piper US, LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4832275 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, New York State Common Retiremenet Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4826839 | Olivia Mauro | (212) 412-6773 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4849779 | Katharine L. Mayer | 302-984-6312 | McCarter & English | Creditor, Deutsche Bank Trust Company Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4852254 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Tribune Company | 08-13141 | Hearing | | Garvan McDaniel | 302-429-1900 | Bifferato Gentilotti LLC | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4851610 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4852291 | R. Stephen McNeill | 302-984-6067 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4849419 | Joshua M. Mester | 213-621-6016 | Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4851127 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4850071 | Francis Monaco | 302-252-4340 | Womble Carlyle Sandridge & Rice, | Creditor, GreatBanc Trust Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4851084 | Frederick Morris | 212-902-2886 | Goldman Sachs & Co. | Creditor, Goldman Sachs / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4849721 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4853638 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Defendant(s), Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4849956 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4849276 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4852509 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel LLP | Interested Party, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4768091 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4849399 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4850042 | Marc J. Phillips | 302-884-6283 | Connolly Bove Lodge & Hutz LLP | Creditor, Others Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4850047 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4849390 | Leigh-Anne Raport | (302) 654-1888 | Ashby & Geddes | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4849339 | Daniel Rath | 302-467-4400 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4852285 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4852251 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4851624 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4850062 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | | 4850038 | | | | |

| Tribune Company | 08-13141 | Hearing | 4849429 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell LLP | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4852239 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4828172 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4853726 | Chaney M. Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4850027 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4849409 | Laurie S. Silverstein | 302-984-6033 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4849442 | Drew G Sloan | (302) 651-7612 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4856383 | Kenneth Smalley | (212) 616-7763 | The Seaport Group | Non-Party, The Seaport Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4853740 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4852262 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4851231 | Jeffrey Steen | 312-853-7824 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4851661 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4850048 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4849883 | Eric M. Sutty | (302) 622-4243 | Fox Rothschild LLP | Creditor, Wells Fargo Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4829976 | Jay Teitelbaum | 914-437-7670 | Teitelbaum & Baskin | Interested Party, William A. Niese / LIVE |
| Tribune Company | 08-13141 | Hearing | 4849913 | Andrew M. Thau | 212-692-5178 | GMP Securities, LLC | Interested Party, GMP Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4848752 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4850021 | Dennis Twomey | 312-853-7824 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4848477 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4850090 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4851113 | Rebecca Workman | (302) 888-0301 | Barnes & Thornburg LLP | Interested Party, Rebecca Workman / LIVE |
| Tribune Company | 08-13141 | Hearing | 4845800 | Ann K. Young | (212) 373-2237 | Paul Weiss Rifkind Wharton & | Interested Party, Citi / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4850121 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |