IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Chapter 11 |
| | ) | |
| | ) | Courtroom 5 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | March 30, 2012 |
| | ) | 11:00 a.m. |

TRANSCRIPT OF TELEPHONIC PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

| | |
|---|---|
| For Debtor: | Sidley Austin, LLP |
| | BY: JAMES BENDERNAGEL, ESQ. |
| | BY: JESSICA BOELTER, ESQ. |
| | BY: BRYAN KRAKAUER, ESQ. |
| | BY: KEVIN LANTRY, ESQ. |
| | BY: JILLIAN LUDWIG, ESQ. |
| | BY: KERRIANN MILLS, ESQ. |
| | BY: BRETT MYRICK, ESQ. |
| | BY: THOMAS E. ROSS, ESQ. |
| | BY: ALLISON E. ROSS STROMBERG, ESQ. |
| | BY: JEFFRY STEEN, ESQ. |
| | BY: DENNIS TWOMEY, ESQ. |
| | (312) 853-7000 |
| | |
| | Cole Schotz Meisel Forman & Leonard, PA |
| | BY: NORMAN L. PERNICK, ESQ. |
| | BY: J. KATE STICKLES, ESQ. |
| | (302) 651-2001 |
| | |
| ECRO: | AL LUGANO |
| | |
| Transcription Service: | DIAZ DATA SERVICES, LLC |
| | 331 Schuylkill Street |
| | Harrisburg, Pennsylvania 17110 |
| | (717) 233-6664 |
| | www.diazdata.com |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
 1   APPEARANCES:
 2   (Continued)
 3
 4   For Official Committee    Landis, Rath & Cobb
 5   of Unsecured Creditors:   BY: DAN RATH, ESQ.
 6                             BY: ADAM LANDIS, ESQ.
 7                             BY: MATTHEW MCGUIRE, ESQ.
 8                             (302) 467-4400
 9
10                             Chadbourne & Parke, LLP
11                             BY: MARC D. ASHLEY, ESQ.
12                             BY: THOMAS MCCORMACK, ESQ.
13                             BY: HOWARD SEIFE, ESQ.
14                             BY: DAVID LEMAY, ESQ.
15                             BY: MARC ROITMAN, ESQ.
16                             BY: DOUGLAS DEUTSCH, ESQ.
17                             (212) 408-5100
18
19                             Zuckerman Spaeder, LLP
20                             BY: JAMES SOTTILE, ESQ.
21                             BY: GRAEME BUSH, ESQ.
22                             BY: ANDREW CARIDAS, ESQ.
23                             BY: ANDREW GOLDFARB, ESQ.
24                             (202) 778-1800
25
26   For Wilmington Trust:     Brown Rudnick
27                             BY: GORDON NOVOD, ESQ.
28                             (212) 209-4800
29
30   For DBTCA:                McCarter & English
31                             BY: KATHARINE MAYER, ESQ.
32                             (302) 984-6312
33
34   For JP Morgan Chase:      Davis Polk
35                             BY: DAMIAN SCHAIBLE, ESQ.
36                             (212) 450-4000
37
38   For Davidson Kempner:     DK Partners
39                             BY: EPHRAIM DIAMOND, ESQ.
40                             (646) 282-5841
41
42   For Wells Fargo:          White & Case
43                             BY: SCOTT GREISSMAN, ESQ.
44                             (212) 819-8567
45
46   For Bigalow:              Sperling & Slater
47                             BY: GWEN NOLAN, ESQ.
48                             (312) 641-3200
49
50
51
```

```
 1   APPEARANCES:
 2   (Continued)
 3
 4   For Nomura Securities:    Nomura Securities
 5                             BY:  MATTHEW JACOBSON, ESQ.
 6                             (212) 667-1055
 7
 8   For Angelo Gordon & Co.: Wilmer Cutler Pickering Hale & Dorr
 9                             BY: ANDREW GOLDMAN, ESQ.
10                             (212) 230-8836
11
12   For JP Morgan Chase:      Richards Layton & Finger
13                             BY: DREW SLOAN, ESQ.
14                             (302) 651-7830
15
16   For Deutsche Bank
17   National Trust Co.:       McCarter & English
18                             BY: DAVID J. ADLER, ESQ.
19                             (212) 609-6847
20
21   For SuttonBrook
22   Capital Management:       SuttonBrook Capital Management, LP
23                             BY: CAROL L. BALE
24                             (212) 588-6640
25
26   For Michael Barnett:      OZ Management
27                             BY: MICHAEL BARNETT
28                             (212) 719-7347
29
30
31   For Interested Party:     Kevin M. Becker, In Pro Per/Pro se
32                             (952) 697-4106
33
34   For Oaktree Capital
35   Management:               Dewey & LeBoeuf, LLP
36                             BY: BRUCE BENNETT, ESQ.
37                             (213) 621-6021
38                             BY: JAMES O. JOHNSTON, ESQ.
39                             (213) 621-6030
40                             BY: JOSHUA MESTER, ESQ.
41                             (213) 621-6016
42
43   For Interested Party:     HBK Capital Management
44                             BY: ERIC BILMES
45                             (212) 588-5115
46
47   For Interested Party:     Kramer Levin Naftalis & Frankel,
48                             LLP
49                             BY: DAVID E. BLABEY, JR., ESQ.
50                             (212) 715-9100
```

```
1   APPEARANCES:
2   (Continued)
3
4   For Aurelius Capital
5   Management:                    Ashby & Geddes
6                                  BY: WILLIAM BOWDEN, ESQ.
7                                  BY: LEIGH-ANNE RAPORT, ESQ.
8                                  (302) 654-1888
9
10                                 Akin Gump Strauss Hauer & Feld
11                                 BY: DANIEL H. GOLDEN, ESQ.
12                                 (212) 872-8010
13
14                                 Aurelius Capital Management
15                                 BY: MATTHEW ZLOTO
16                                 (646) 445-6518
17
18  For Credit Lenders:            Young Conaway Stargatt & Taylor
19                                 BY: ROBERT S. BRADY, ESQ.
20                                 (302) 571-5713
21
22  For Interested Party:          Dow Jones
23                                 BY: PEG BRICKLEY
24                                 (215) 462-0953
25
26  For Bank of America:           O'Melveny & Myers
27                                 BY: DANIEL CANTOR, ESQ.
28                                 BY: DANIEL S. SHAMAH, ESQ.
29                                 (212) 326-2100
30                                 BY: EVAN JONES, ESQ.
31                                 (213) 430-6236
32
33                                 Bank of America
34                                 BY: ESTHER CHUNG
35                                 (646) 855-6705
36
37  For Associated Press:          Associated Press
38                                 BY: RANDALL CHASE
39                                 (302) 674-3037
40
41  For Michael D'Agostino:        Bingham McCuthcen, LLP
42                                 BY: MICHAEL D'AGOSTINO
43                                 (860) 240-2731
44
45
46  For Former Directors
47  And Officers:                  Grippo & Elden, LLC
48                                 BY: GEORGE DOUGHERTY, ESQ.
49                                 (312) 704-7700
50
```

```
 1  APPEARANCES:
 2  (Continued)
 3
 4  For Arrowgrass
 5  Capital Services:        Arrowgrass Capital Partners US, LP
 6                           BY: DAVID DUNN
 7                           (212) 584-5946
 8
 9  For Silver Point
10  Capital:                 Silver Point Capital
11                           BY: MATTHEW EHMER
12                           (203) 542-4219
13
14  For Tribune Company:     Tribune Company
15                           BY: DAVID ELDERSVELD
16                           (312) 222-4707
17                           BY: DON LIEBENTRITT
18                           (312) 222-3651
19                           BY: MICHAEL D. ONEAL
20                           (312) 222-3490
21                           BY: GARY WEITMAN
22                           (312) 222-3394
23
24  For Goldman Sachs:       Goldman Sachs & Co.
25                           BY: LEXI FALLON
26                           (212) 902-0791
27                           BY: FREDERICK MORRIS
28                           (212) 902-2886
29
30  For Employees Compensation
31  Defendant's Group:       Frank Gecker, LLP
32                           BY: JOSEPH FRANK, ESQ.
33                           BY: REED HEILIGMAN, ESQ.
34                           (312) 276-1432
35
36  For Matthew Frank:       Alvarez & Marsal, LLC
37                           BY: MATTHEW FRANK
38                           (312) 371-9955
39
40  For Chicago Fundamental
41  Investment Partners:     Chicago Fundamental Investment
42                           BY: PETER GRUSZKA
43                           (312) 416-4215
44
45  For Wilmington Trust:    Sullivan Hazeltine Allinson, LLC
46                           BY: WILLIAM A. HAZELTINE, ESQ.
47                           (302) 428-8191
48
49  For Anna Kalenchits:     BY: ANNA KALENCHITS
50                           (212) 723-1808
```

```
 1  APPEARANCES:
 2  (Continued)
 3
 4  For GreatBanc Trust Co.: Womble Carlyle Sandridge & Rice
 5                           BY: THOMAS HORAN, ESQ.
 6                           (302) 252-4339
 7                           BY: FRANCIS MONACO, ESQ.
 8                           (302) 252-4340
 9
10  For Daniel Kazan:        Polsinelli Shughart, PC
11                           BY: SHANTI KATONA, ESQ.
12                           (302) 252-0924
13
14  For Monarch Alternative
15  Capital:                 Monarch Alternative Capital, LP
16                           BY: MICHAEL J. KELLY, ESQ.
17                           (212) 554-1760
18
19  For U. S. Trustee:       Office of the United States Trustee
20                           BY: DAVID KLAUDER, ESQ.
21                           (302) 573-6491
22
23  For Law Debenture
24  Trust Co. of NY:         Kasowitz Benson Torres & Friedman
25                           BY: SHERON KORPUS, ESQ.
26                           BY: DAVID ROSNER, ESQ.
27                           BY: MATTHEW STEIN, ESQ.
28                           (212) 506-1700
29
30                           Bifferato Gentilotti, LLC
31                           BY: GARVAN MCDANIEL, ESQ.
32                           (302) 429-1900
33
34  For Onex Credit
35  Partners:                Onex Credit Partners
36                           BY: STUART KOVENSKY
37                           (201) 541-2121
38
39  For Corre Partners:      Corre Partners
40                           BY: STEPHEN LAM
41                           (646) 863-7157
42
43  For Royal Bank of
44  Scotland:                Cadwalader Wickersham & Taft
45                           BY: MICHELLE MAMAN, ESQ.
46                           (212) 504-6000
47
48  For DLA Piper:           DLA Piper US, LLP
49                           BY: MIHELLE MARINO
50                           (302) 468-5700
```

```
 1   APPEARANCES:
 2   (Continued)
 3
 4   For New York State
 5   Common Retirement Fund:   Morgan Lewis & Bockius, LLP
 6                             BY: RACHEL MAUCERI, ESQ.
 7                             (215) 963-5000
 8
 9   For Barclays:             Barclays Capital Inc.
10                             BY: OLIVIA MAURO
11                             (212) 412-6773
12
13   For Merrill Lynch:        Potter Anderson & Carroon, LLP
14                             BY: R. STEPHEN MCNEILL, ESQ.
15                             (302) 984-6067
16                             BY: LAURIE S. SILVERSTIN, ESQ.
17                             (302) 984-6033
18
19                             Kaye Scholer, LLP
20                             BY: JANE PARVER, ESQ.
21                             (212) 836-8510
22                             BY: MADLYN G. PRIMOFF, ESQ.
23                             (212) 836-7042
24
25   For Davidson Kempner:     Schulte Roth & Zabel, LLP
26                             BY: KAREN S. PARK, ESQ.
27                             (212) 756-2036
28
29   For Others Directors:     Connolly Bove Lodge & Hutz, LLP
30                             BY: MARC J. PHILLIPS, ESQ.
31                             (302) 884-6283
32
33   For Canyon Partners:      Canyon Partners, LLC
34                             BY: CHANEY M. SHEFFIELD
35                             (310) 272-1062
36
37   For Robert R. McCormack
38   Foundation & Cantigny
39   Foundation:               Katten Muchin Rossenman, LLP
40                             BY: JOHN SIEGER, ESQ.
41                             (312) 902-5294
42
43   For the Seaport Group:    The Seaport Group
44                             BY: KENNETH SMALLEY
45                             (212) 616-7763
46
47   For Wells Fargo Bank NA:  Fox Rothschild, LLP
48                             BY: ERIC SUTTY, ESQ.
49                             (302) 622-4243
50
```

```
 1   APPEARANCES:
 2   (Continued)
 3
 4   For Citi:              Citi
 5                          BY: REBECCA SONG
 6                          (212) 559-9933
 7
 8                          Paul Weiss Rifkind Wharton &
 9                          Garrison
10                          BY: ANN K. YOUNG, ESQ.
11                          (212) 373-2237
12
13   For William A. Niese:  Teitelbaum & Baskin
14                          BY: JAY TEITELBAUM, ESQ.
15                          (914) 437-7670
16
17   For GMP Securities:    GMP Securities, LLC
18                          BY: ANDREW THAU
19                          (212) 692-5178
20
21   For Contrarian Capital
22   Management:            Contrarian Capital Management
23                          BY: JOSHUA TRUMP
24                          (203) 862-8299
25
26   For EGI-TRB:           Jenner & Block, LLP
27                          BY: ANDREW VAIL, ESQ.
28                          (312) 840-8688
29
30   For Rebecca Workman:   Barnes & Thornburg, LLP
31                          BY: REBECCA WORKMAN
32                          (302) 888-0301
33
34
```

1    WILMINGTON, DELAWARE, FRIDAY, MARCH 30, 2012, 10:03 A.M.

2              THE COURT:  Good morning.  This is Judge Carey.

3    We're on the record in the Tribune Chapter 11 proceedings,

4    really for status.  And unless the parties have anything

5    preliminarily, I just wanted to give a report on where I was

6    and to talk about where we go from here in the way of

7    rescheduling disclosure and possible dates for rescheduling

8    of confirmation.

9              Working on the opinion, I made my way through

10   most of the issues, but still an unfinished product.  But

11   I'm pretty much far along.  But with my schedule and the

12   holidays coming up, I was going to suggest to the parties

13   that we reschedule disclosure for April 13.  So let me ask

14   about availability and whether that creates problems for

15   anyone.  I'll start with the --

16             MR. GOLDEN:  Your Honor Danny Golden.  I don't

17   know whether Kevin Lantry wanted to speak first or not.

18   We've had several conversations with debtors' counsel about

19   trying to project new schedules in light of when the opinion

20   would be issued.  The week of April 9, I know is a

21   particularly bad week for at least people in New York for

22   schedules, but if the disclosure statement hearing was, in

23   fact, scheduled on April 13, I know that from Akin, we could

24   be available for that day.  That would be actually the only

25   day we could be available that week.  And I guess that would

1   obviously depend upon when the allocation dispute decision

2   was actually rendered, how much time it would take the

3   debtor to turnaround their Supplemental Disclosure

4   Statement, which in conversations we've had with them, they

5   thought they could do that in three days.  And then we would

6   have to make sure we had an opportunity to review what they

7   turned around.  But if you're as far along as you indicate,

8   and if that means we're going to see a decision sometime

9   early next week, I think April 13 could probably work at

10  least from our perspective.

11          THE COURT:  No, it's not going to be till the

12  week of, early in the week of the 9th, just because of

13  scheduling issues that I have.

14          MR. GOLDEN:  I see.  Then based upon -- and I'm

15  sure Kevin Lantry is on the phone, if it's early the week of

16  the 9th and they need three days to turn their document

17  around, April 13 may be just a little, a couple of days too

18  short, I'd suggest.

19          MR. LANTRY:  Your Honor, this is Kevin Lantry on

20  behalf of the debtors.  Can you hear me?

21          THE COURT:  I can.

22          MR. LANTRY:  Your Honor, I think, as Danny

23  rightly described, we've worked out a timeline that really,

24  I think in the most compressed version, would need seven

25  days in order for the debtors and the plan proponents to

1  circulate a draft, give a chance to get comments from

2  others.  So I think what we would best do would be to build

3  off of the date you would likely issue your opinion and then

4  give us seven calendar days from there for the hearing.  And

5  that would, I think, allow us to make sure everyone has a

6  chance to give their feedback and hopefully have, as we were

7  talking last week, an uncontested Disclosure Statement

8  Hearing.

9            So assuming you were to enter your opinion on the

10  9th or 10th, that might be the 16th or 17th that would allow

11  us to safely get to the finish line.

12            THE COURT:  Well, I could do -- well that week is

13  a scheduling problem for me.  And I will tell you, on the

14  16th, I would have literally only if we started early, a

15  couple hours in the morning, because I have to be out of my

16  office that day by 11:00 at the latest.  But I would do

17  that, you know, if the parties can promise me that's all the

18  time they'll need to consume.  Other than that, we're

19  sliding to say the 23rd of April.

20            MR. LANTRY:  Your Honor, I'm quite confident that

21  the parties are very motivated to work this out consensually

22  as we advised you last week.  I think if we were to use our

23  current Supplemental Disclosure document, we've worked

24  everything.  So I think the morning of the 16th would work.

25            THE COURT:  Okay.  Well, let's say 9:00 on the

1    16th.

2         MR. LANTRY:  Thank you, Your Honor.

3         THE COURT:  All right.  Now tell me what that

4    does for confirmation.  What neighborhood does that put us

5    in?

6         MR. LANTRY:  Building back from there, we have

7    allotted using your prior schedule, the Court's schedule for

8    everything we need to do from there to the Confirmation

9    Hearing, approximately 53 days.  And so that would be a

10   hearing, on my calculations, June 7 or 8, if we were to use

11   two days.

12        THE COURT:  Well --

13        MR. LANTRY:  We can contract that a little bit.

14   I think we could comfortably compress our briefing schedule

15   on both sides by a day or two, so it could be earlier that

16   week if that would be better as well.

17        THE COURT:  Well, June is a tough month for me,

18   but let me tell you what's available.  Bear with me for a

19   minute.  Let me put it this way.  The way it's current --

20   confirmation is currently configured is two full days, but

21   with a day proceeding that with a couple hours set aside for

22   Motions In Limine.  If you want three days in a row or, you

23   know, two days and a part of a day, I could do that, you

24   know, May 30, 31, and June 1.  June 4 is presently open.

25   The 5th, 6th and 7th are not.  The 8th is open.

1          I do have --

2          MR. GOLDEN:  Your Honor, it's Danny Golden.  Can

3 -- as you're looking at your calendar, can you just indicate

4 starting the week of June 11 what might be open those --

5 that week?

6          THE COURT:  Well nothing, I mean is the short

7 answer.  I'd have a little bit of time on the 11th, but that

8 would be it.

9          MR. GOLDEN:  All right.

10          MR. LANTRY:  Your Honor, I really do think that

11 it won't take two and a half days.  I'm -- I'll defer to the

12 others, but I haven't heard the kind of practice at this

13 stage that would require a Motion In Limine session.  So it

14 certainly is possible that we could use the 31st and 1st

15 with a little bit more tightening.  It might mean less than

16 the full 28-day notice period for voting.  We might need to

17 contract that a day or two, as well as, compressing our

18 confirmation scheduling, but I think we could work it out.

19          THE COURT:  Well here's another alternative.  I

20 could start sometime in the afternoon of the 7th.  And it'd

21 be like, well, like 3:00 probably.  And then we could go to

22 the 8th and carryover to the 11th, if necessary.  I would be

23 willing --

24          MR. GOLDEN:  Your Honor, I think that's a better

25 suggestion.  I think it works better with the timeframes

1   we've talked about.  So that would be acceptable to

2   Aurelius.

3            THE COURT:  How about the debtor?

4            MR. LANTRY:  That's fine, Your Honor.

5            THE COURT:  Anyone else wish to weigh in on that?

6                      (No audible response.)

7            THE COURT:  Okay.  Why don't you confer and

8   revise the Scheduling Order accordingly.  Any other --

9            MR. LANTRY:  Your Honor, is there is a particular

10  time on the 7th for purposes of the order that we would

11  prepare when that would commence?

12           THE COURT:  Yeah, let's say 3:00, because in the

13  morning, I'm presiding at a naturalization ceremony at the

14  University of Delaware and that involves a lot of people and

15  there's some travel time involved, but I'm pretty sure I'd

16  be back by 3:00.

17           MR. LANTRY:  Okay, Your Honor.  We would propose

18  to confer and I think by either tonight or first thing

19  Monday, we will have an agreed-upon Scheduling Order that

20  would reflect these two dates that you've given us.  And I

21  think from the prior Scheduling Order, we can easily build

22  in the balance.

23           THE COURT:  Okay.  Is there -- I see on the

24  agenda for today -- well, let me ask this.  Anything further

25  we need to talk about in connection with disclosure or

1  confirmation scheduling?

2          MR. BENDERNAGEL:  Your Honor, this is Jim

3  Bendernagel.  Just one point of clarification for today.

4  Under the current Scheduling Order there are actually things

5  due today relating to the designation of fact witnesses.

6  And obviously, we're going to move the entire schedule after

7  today to line up with the dates that we've been talking

8  about.  But just so everybody's on the same page, and I

9  don't, you know, it may be that the debtors and the DCL plan

10  proponents are the only one that's going to file.  And if

11  that's the case, we're perfectly willing to file today.  But

12  if others aren't willing to file today, it ought to be -- it

13  might be helpful just to get clarification as to whether

14  that date is going to move or whether that date stands.

15          THE COURT:  What would you prefer?

16          MR. BENDERNAGEL:  Well, we don't care one way or

17  the other.  I mean, I'm perfectly willing to go ahead.  I'd

18  rather not go ahead if others aren't going ahead.  But if

19  people want us to go ahead just to get this out of the way,

20  we'll do that.

21          THE COURT:  Mr. Golden?

22          MR. ZENSKY:  Your Honor, it's David Zensky for

23  Aurelius.  We would suggest that the deadline for today roll

24  to what it would naturally roll to with the extended

25  schedule that Mr. Lantry referred to based on the new

1   hearing, so that the debtors would not have to make that

2   filing today.

3            THE COURT:  All right.

4            MR. BENDERNAGEL:  That's fine with us.

5            THE COURT:  All right.  Does anyone else have a

6   view on that?

7                      (No audible response.)

8            THE COURT:  Okay.  Why don't you proceed in that

9   fashion?

10            MR. BENDERNAGEL:  Thank you.

11            THE COURT:  Okay.  Anything else on

12   disclosure/confirmation scheduling?

13                      (No audible response.)

14            THE COURT:  Okay.  Shall we move onto the third

15   matter on the agenda, the Motion for Relief from Stay?

16            MR. LANTRY:  Your Honor, this is Kevin Lantry on

17   behalf of the debtors again.

18            We have shared a version of the stipulation with

19   Mr. Conte.  He had some suggested changes which we have

20   incorporated.  We anticipate getting that back to him by

21   today or Monday.  And I think we've worked it out, but since

22   we don't have our signatures on it, it might be wise to

23   continue this one more time to the next Omnibus.  Though if

24   we are able to take care of it, we will certainly submit it

25   with Declaration of Counsel.

1          THE COURT:  All right, thank you.  Is there

2   anything else, Mr. Bendernagel or Mr. Lantry, that we need

3   to talk about today?

4          MR. LANTRY:  I don't believe so, Your Honor.

5          THE COURT:  Okay.

6          MR. BENDERNAGEL:  No, that's all, Your Honor.

7          THE COURT:  All right.  Anyone else?

8               (No audible response.)

9          THE COURT:  All right.  Thank you all very much.

10  That concludes this hearing.  The Court will stand in

11  recess.  Have a good weekend, everyone.

12         MR. LANTRY:  Thank you, Your Honor.

13     (Whereupon, at 10:16 a.m., the hearing was adjourned.)

14

15                      CERTIFICATION

16         I certify that the foregoing is a correct

17  transcript from the electronic sound recording of the

18  proceedings in the above-entitled matter.

19

20

21  _____          31 March 2012

22  Traci L. Calaman, Transcriber                  Date

23

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**28-day**(1) 13:16

**a.m**(3) 1:15  9:1  17:13
**able**(1) 16:24
**about**(8) 9:6  9:14  9:18  14:1  14:3  14:25  15:8  17:3

**aboveentitled**  (1) 17:18
**acceptable**(1) 14:1
**accordingly**(1) 14:8
**actually**(3) 9:24  10:2  15:4
**adam**(1) 2:6
**adjourned**(1) 17:13
**adler**(1) 3:18
**administered**(1) 1:6
**advised**(1) 11:22
**after**(1) 15:6
**afternoon**(1) 13:20
**again**(1) 16:17
**agenda**(2) 14:24  16:15
**agreed-upon**(1) 14:19
**ahead**(4) 15:17  15:18  15:18  15:19
**akin**(2) 4:10  9:23
**all**(10) 11:17  12:3  13:9  16:3  16:5  17:1  17:6  17:7  17:9  17:9

**allinson**(1) 5:45
**allison**(1) 1:32
**allocation**(1) 10:1
**allotted**(1) 13:5
**allow**(2) 11:5  11:10
**along**(2) 9:11  10:7
**alternative**(3) 6:14  6:15  13:19
**alvarez**(1) 5:36
**america**(2) 4:26  4:33
**and**(35) 4:47  9:4  9:6  9:7  9:11  9:14  9:25  10:5  10:8  10:14  10:16  10:25  11:3  11:4  11:6  11:13  12:9  12:23  12:23  12:25  13:11  13:14  13:20  13:21  13:22  14:7  14:14  14:14  14:18  14:20  15:6  15:8  15:9  15:10  16:21

**anderson**(1) 7:13
**andrew**(5) 2:22  2:23  3:9  8:18  8:27
**angelo**(1) 3:8
**ann**(1) 8:10
**anna**(2) 5:49  5:49
**another**(1) 13:13
**answer**(1) 13:7
**anticipate**(1) 16:20
**any**(1) 14:8
**anyone**(4) 9:15  14:5  16:5  17:7
**anything**(4) 9:4  14:24  16:11  17:2
**approximately**(1) 12:9
**april**(6) 9:13  9:20  9:23  10:9  10:17  11:19
**are**(5) 11:21  12:25  15:4  15:10  16:24
**aren't**(2) 15:12  15:18
**around**(2) 10:7  10:17
**arrowgrass**(2) 5:4  5:5
**ashby**(1) 4:5
**ashley**(1) 2:11
**aside**(1) 12:21
**ask**(2) 9:13  14:24
**associated**(2) 4:37  4:37
**assuming**(1) 11:9
**audible**(4) 14:6  16:7  16:13  17:8
**aurelius**(4) 4:4  4:14  14:2  15:23
**austin**(1) 1:23
**availability**(1) 9:14
**available**(3) 9:24  9:25  12:18

**back**(3) 12:6  14:16  16:20
**bad**(1) 9:21
**balance**(1) 14:22
**bale**(1) 3:23
**bank**(5) 3:16  4:26  4:33  6:43  7:47
**bankruptcy**(2) 1:1  1:20
**barclays**(2) 7:9  7:9
**barnes**(1) 8:30
**barnett**(2) 3:26  3:27
**based**(2) 10:14  15:25
**baskin**(1) 8:13

**bear**(1) 12:18
**because**(3) 10:12  11:15  14:12
**becker**(1) 3:31
**been**(1) 15:7
**before**(1) 1:19
**behalf**(2) 10:20  16:17
**believe**(1) 17:4
**bendernagel**(8) 1:24  15:2  15:3  15:16  16:4  16:10  17:2  17:6
**bennett**(1) 3:36
**benson**(1) 6:24
**best**(1) 11:2
**better**(3) 12:16  13:24  13:25
**bifferato**(1) 3:42
**bigalow**(1) 2:46
**bilmes**(1) 3:44
**bingham**(1) 4:41
**bit**(3) 12:13  13:7  13:15
**blabey**(1) 3:49
**block**(1) 8:26
**bockius**(1) 7:5
**boelter**(1) 1:25
**both**(1) 12:15
**bove**(1) 7:29
**bowden**(1) 4:6
**brady**(1) 4:19
**brett**(1) 1:30
**brickley**(1) 4:23
**briefing**(1) 12:14
**brown**(1) 2:26
**bruce**(1) 3:36
**bryan**(1) 1:26
**build**(2) 11:2  14:21
**building**(1) 12:6
**bush**(1) 2:21
**but**(16) 9:10  9:10  9:11  10:2  10:7  11:16  12:18  12:20  13:7  13:12  13:18  14:15  15:8  15:11  16:16  16:21

**cadwalader**(1) 6:44
**calaman**(1) 17:22
**calculations**(1) 12:10
**calendar**(2) 11:4  13:3
**can**(7) 10:20  10:21  11:17  12:13  13:2  13:3  14:21
**cantigny**(1) 7:38
**cantor**(1) 4:27
**canyon**(2) 7:33  7:33
**capital**(15) 3:22  3:22  3:34  3:43  4:4  4:14  5:5  5:5  5:5  5:10  5:10  6:15  6:15  7:9  8:21  8:2
**care**(2) 15:16  16:24
**carey**(1) 1:19  9:2
**caridas**(1) 2:22
**carlyle**(1) 6:4
**carol**(1) 3:23
**carroon**(1) 7:13
**carryover**(1) 13:22
**case**(3) 1:5  2:42  15:11
**ceremony**(1) 14:13
**certainly**(2) 13:14  16:24
**certification**(1) 17:15
**certify**(1) 17:16
**chadbourne**(1) 2:10
**chance**(2) 11:1  11:6
**chaney**(1) 7:34
**changes**(1) 16:19
**chapter**(2) 1:8  9:3
**chase**(3) 2:34  3:12  4:38
**chicago**(2) 5:40  5:41
**chung**(1) 4:34
**circulate**(1) 11:1
**citi**(2) 8:4  8:4
**clarification**(2) 15:3  15:13
**cobb**(1) 2:4
**cole**(1) 1:37
**comfortably**(1) 12:14

**coming**(1) 9:12
**commence**(1) 14:11
**comments**(1) 11:1
**committee**(1) 2:4
**common**(1) 7:5
**company**(3) 1:8  5:14  5:14
**compensation**(1) 5:30
**compress**(1) 12:14
**compressed**(1) 10:24
**compressing**(1) 13:17
**conaway**(1) 4:18
**concludes**(1) 17:10
**confer**(2) 14:7  14:18
**confident**(1) 11:20
**configured**(1) 12:20
**confirmation**(6) 9:8  12:4  12:8  12:20  13:18  15:1

**connection**(1) 14:25
**connolly**(1) 7:29
**consensually**(1) 11:21
**consume**(1) 11:18
**conte**(1) 16:19
**continue**(1) 16:23
**continued**(7) 2:2  3:2  4:2  5:2  6:2  7:2  8:2
**contract**(2) 12:13  13:17
**contrarian**(2) 8:21  8:22
**conversations**(2) 9:18  10:4
**corre**(2) 6:39  6:39
**correct**(1) 17:16
**could**(12) 9:23  9:25  10:5  10:9  11:12  12:14  12:15  12:23  13:14  13:18  13:20  13:21
**counsel**(2) 9:18  16:25
**couple**(3) 10:17  11:15  12:21
**court**(28) 1:1  9:2  10:11  10:21  11:12  11:25  12:3  12:12  12:17  13:6  13:19  14:3  14:5  14:7  14:12  14:23  15:15  15:21  16:3  16:5  16:8  16:11  16:14  17:1  17:5  17:7  17:9  17:10
**court's**(1) 12:7
**courtroom**(1) 1:10
**creates**(1) 9:14
**credit**(3) 4:18  6:34  6:35
**creditors**(1) 2:5
**current**(3) 11:23  12:19  15:4
**currently**(1) 12:20
**cutler**(1) 3:8

**damian**(1) 2:35
**dan**(1) 2:5
**daniel**(4) 4:11  4:27  4:28  6:10
**danny**(3) 9:16  10:22  13:2
**data**(1) 1:45
**date**(4) 11:21  12:25  15:14  17:22
**dates**(3) 9:7  14:20  15:7
**david**(8) 2:14  3:18  3:49  5:6  5:15  6:20  6:26  15:22
**davidson**(2) 2:38  7:25
**davis**(1) 2:34
**day**(7) 9:24  9:25  11:16  12:15  12:21  12:23  13:17
**days**(11) 10:5  10:16  10:17  10:25  11:4  12:9  12:11  12:20  12:22  12:23  13:11

**dbtca**(1) 2:30
**dcl**(1) 15:9
**deadline**(1) 15:23
**debenture**(1) 6:23
**debtor**(3) 1:23  10:3  14:3
**debtors**(7) 1:12  9:18  10:20  10:25  15:9  16:1  16:17

**decision**(2) 10:1  10:8
**declaration**(1) 16:25
**defendant's**(1) 5:31
**defer**(1) 13:11
**delaware**(4) 1:2  1:12  9:1  14:14

**dennis**(1) 1:34
**depend**(1) 10:1
**described**(1) 10:23
**designation**(1) 15:5
**deutsch**(2) 2:16
**deutsche**(1) 3:16
**dewey**(1) 3:35
**diamond**(1) 2:39
**diaz**(1) 1:45
**directors**(2) 4:46  7:29
**disclosure**(9) 9:7  9:13  9:22  10:3  11:7  11:23  14:25

**disclosure/confirmation**(1) 16:12
**dispute**(1) 10:1
**district**(1) 1:2
**dla**(2) 6:48  6:48
**document**(2) 10:16  11:23
**does**(3) 12:4  12:4  16:5
**don**(1) 5:17
**don't**(7) 9:16  14:7  15:9  15:16  16:8  16:22  17:4

**dorr**(1) 3:8
**dougherty**(1) 4:48
**douglas**(1) 2:16
**dow**(1) 4:22
**draft**(1) 11:1
**drew**(1) 3:13
**due**(1) 15:5
**dunn**(1) 5:6
**d'agostino**(2) 4:41  4:42
**earlier**(1) 12:15
**early**(4) 10:9  10:12  10:15  11:14
**easily**(1) 14:21
**ecro**(1) 1:43
**egi-trb**(1) 8:26
**ehmer**(1) 5:11
**either**(1) 14:18
**elden**(1) 4:47
**eldersveld**(1) 5:15
**electronic**(2) 1:51  17:17
**else**(5) 14:5  16:5  16:11  17:2  17:7
**employees**(1) 5:30
**english**(2) 2:30  3:17
**enter**(1) 11:9
**entire**(1) 15:6
**ephraim**(1) 2:39
**eric**(2) 3:44  7:48
**esq**(73) 1:24  1:25  1:26  1:27  1:28  1:29  1:30  1:31  1:32  1:33  1:34  1:39  1:40  2:5  2:6  2:7  2:11  2:12  2:13  2:14  2:15  2:16  2:20  2:21  2:22  2:23  2:27  2:31  2:35  2:39  2:43  2:47  3:5  3:9  3:13  3:18  3:26  3:27  3:40  3:49  4:6  4:7  4:11  4:19  4:27  4:28  4:30  4:48  5:32  5:33  5:46  6:5  6:7  6:11  6:16  6:20  6:25  6:26  6:27  6:31  6:45  7:6  7:14  7:16  7:20  7:22  7:26  7:30  7:40  7:48  8:10  8:14  8:27

**esther**(1) 4:34
**evan**(1) 4:30
**everybody's**(1) 15:8
**everyone**(2) 11:5  17:5
**everything**(2) 11:24  12:8
**extended**(1) 15:24

**fact**(2) 9:23  15:5
**fallon**(1) 5:25
**far**(2) 9:11  10:7
**fargo**(2) 2:42  7:47
**fashion**(1) 16:9
**feedback**(1) 11:6
**feld**(1) 4:10
**file**(3) 15:10  15:11  15:12
**filing**(1) 16:2
**fine**(2) 14:4  16:4
**finger**(1) 3:12
**finish**(1) 11:11
**first**(2) 9:17  14:18

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| for(81) 1:2 1:23 2:4 2:26 2:30 2:34 2:38 2:42 2:46 3:4 3:8 3:12 3:16 3:21 3:26 3:31 3:34 3:43 3:47 4:4 4:18 4:22 4:26 4:37 4:41 4:46 5:4 5:9 5:14 5:24 5:30 5:36 5:40 5:45 5:49 6:4 6:10 6:14 6:19 6:23 6:34 6:39 6:43 6:48 7:4 7:7 7:13 7:25 7:29 7:33 7:37 7:43 7:47 8:4 8:13 8:17 8:21 8:26 8:30 9:4 9:7 9:13 9:14 9:21 9:21 9:24 10:25 11:4 11:13 12:4 12:7 12:17 12:18 12:21 13:16 14:10 14:24 15:3 15:22 15:23 16:15 | | heiligman(1) 5:33 | | kramer(1) 3:47 | | mihelle(1) 6:49 | |
| | | helpful(1) 15:13 | | lam(1) 6:40 | | mills(1) 1:29 | |
| | | here(1) 9:6 | | landis(2) 2:4 2:6 | | minute(1) 12:19 | |
| | | here's(1) 13:19 | | lantry(20) 1:27 9:17 10:15 10:19 10:19 | | monaco(1) 6:7 | |
| | | him(1) 16:20 | | 10:22 11:20 12:2 12:6 12:13 13:10 14:4 | | monarch(2) 6:14 6:15 | |
| | | holidays(1) 9:12 | | 14:9 14:17 15:25 16:16 16:16 17:2 17:4 | | monday(2) 14:19 16:21 | |
| foregoing(1) 17:16 | | honor(17) 9:16 10:19 10:22 11:20 12:2 | | 17:12 | | month(1) 12:17 | |
| forman(1) 1:37 | | 13:2 13:10 13:24 14:4 14:4 14:9 14:17 15:2 | | last(2) 11:7 11:22 | | more(2) 13:15 16:23 | |
| former(1) 4:46 | | 15:22 16:16 17:4 17:6 17:12 | | latest(1) 11:16 | | morgan(3) 2:34 3:12 7:5 | |
| foundation(2) 7:38 7:39 | | | | laurie(1) 7:16 | | morning(4) 9:2 11:15 11:24 14:13 | |
| fox(1) 7:47 | | honorable(1) 1:19 | | law(1) 6:23 | | morris(1) 5:27 | |
| francis(1) 6:7 | | hopefully(1) 11:6 | | layton(1) 3:12 | | most(2) 9:10 10:24 | |
| frank(4) 5:31 5:32 5:36 5:37 | | horan(1) 6:5 | | least(2) 9:21 10:10 | | motion(2) 13:13 16:15 | |
| frankel(1) 3:47 | | hours(2) 11:15 12:21 | | leboeuf(1) 3:35 | | motions(1) 12:22 | |
| frederick(1) 5:27 | | how(2) 10:2 14:3 | | leigh-anne(1) 4:7 | | motivated(1) 11:21 | |
| friday(1) 9:1 | | howard(1) 2:13 | | lemay(1) 2:14 | | move(3) 15:6 15:14 16:14 | |
| friedman(1) 6:24 | | hutz(1) 7:29 | | lenders(1) 4:18 | | much(3) 9:11 10:2 17:9 | |
| from(10) 9:6 9:23 10:10 11:1 11:4 12:6 | | i'd(4) 10:18 13:7 14:15 15:17 | | leonard(1) 1:38 | | muchin(1) 7:39 | |
| 12:8 14:21 16:15 17:17 | | i'll(2) 9:15 13:11 | | less(1) 13:15 | | myers(1) 4:26 | |
| | | i'm(7) 9:11 10:14 11:20 13:11 14:13 14:15 | | let(4) 9:13 12:18 12:19 14:24 | | myrick(1) 1:30 | |
| full(2) 12:20 13:16 | | 15:17 | | let's(2) 11:25 14:12 | | naftalis(1) 3:47 | |
| fund(1) 7:5 | | inc(1) 7:9 | | levin(1) 3:47 | | national(1) 3:17 | |
| fundamental(2) 5:40 5:41 | | incorporated(1) 16:20 | | lewis(1) 7:5 | | naturalization(1) 14:13 | |
| further(1) 14:24 | | indicate(2) 10:7 13:3 | | lexi(1) 5:25 | | naturally(1) 15:24 | |
| garrison(1) 8:9 | | interested(4) 3:31 3:43 3:47 4:22 | | liebentritt(1) 5:17 | | necessary(1) 13:22 | |
| garvan(1) 6:31 | | investment(2) 5:41 5:41 | | light(1) 9:19 | | need(7) 10:16 10:24 11:18 12:8 13:16 | |
| gary(1) 5:21 | | involved(1) 14:15 | | like(2) 13:21 13:21 | | 14:25 17:2 | |
| gecker(1) 5:31 | | involves(1) 14:14 | | likely(1) 11:3 | | | |
| geddes(1) 4:5 | | issue(1) 11:3 | | limine(2) 12:22 13:13 | | neighborhood(1) 12:4 | |
| gentilotti(1) 6:30 | | issued(1) 9:20 | | line(1) 11:11 15:7 | | new(4) 7:4 9:19 9:21 15:25 | |
| george(1) 4:48 | | issues(2) 9:10 10:13 | | literally(1) 11:14 | | next(2) 10:16 16:23 | |
| get(4) 11:1 11:11 15:13 15:19 | | it'd(1) 13:20 | | little(4) 10:17 12:13 13:7 13:15 | | niese(1) 8:13 | |
| getting(1) 16:20 | | it's(5) 10:11 10:15 12:19 13:2 15:22 | | llc(7) 1:45 4:47 5:36 5:45 6:7 7:33 8:17 | | nolan(1) 2:47 | |
| give(4) 9:5 11:1 11:4 11:6 | | jacobson(1) 3:5 | | llp(17) 1:23 2:10 2:19 3:35 3:48 4:41 5:5 | | nomura(2) 3:4 3:4 | |
| given(1) 14:20 | | james(3) 1:24 2:20 3:38 | | 6:48 7:5 7:13 7:19 7:25 7:29 7:39 7:47 | | norman(1) 1:39 | |
| gmp(2) 8:17 8:17 | | jane(1) 7:20 | | 8:26 8:30 | | not(5) 9:17 10:11 12:25 15:18 16:1 | |
| going(7) 9:12 10:8 10:11 15:6 15:10 15:14 | | jay(1) 8:14 | | | | nothing(1) 13:6 | |
| 15:18 | | jeffry(1) 1:33 | | lodge(1) 7:29 | | notice(1) 13:16 | |
| | | jenner(1) 8:26 | | looking(1) 13:3 | | novod(1) 2:27 | |
| golden(9) 4:11 9:16 9:16 10:14 13:2 13:2 | | jessica(1) 1:25 | | lot(1) 14:14 | | now(1) 12:3 | |
| 13:9 13:24 15:21 | | jillian(1) 1:28 | | ludwig(1) 1:28 | | oaktree(1) 3:34 | |
| | | jim(1) 15:2 | | lugano(1) 1:43 | | obviously(2) 10:1 15:6 | |
| goldfarb(1) 2:23 | | john(1) 7:40 | | lynch(1) 7:13 | | off(1) 11:3 | |
| goldman(3) 3:9 5:24 5:24 | | johnston(1) 3:38 | | made(1) 9:9 | | office(2) 6:19 11:16 | |
| gordon(2) 2:27 3:8 | | jointly(1) 1:6 | | madlyn(1) 7:22 | | officers(1) 4:47 | |
| graeme(1) 2:21 | | jones(2) 4:22 4:30 | | make(3) 10:6 11:5 16:1 | | official(1) 2:4 | |
| greatbanc(1) 6:4 | | joseph(1) 5:32 | | maman(1) 6:45 | | okay(8) 11:25 14:7 14:17 14:23 16:8 | |
| greissman(1) 2:43 | | joshua(2) 3:40 8:23 | | management(9) 3:22 3:22 3:26 3:35 3:43 | | 16:11 16:14 17:5 | |
| grippo(1) 4:47 | | judge(3) 1:19 1:20 9:2 | | 4:5 4:14 8:22 8:22 | | | |
| group(3) 5:31 7:43 7:43 | | june(5) 12:10 12:17 12:24 12:24 13:4 | | | | olivia(1) 7:10 | |
| gruszka(1) 5:42 | | just(8) 9:5 10:12 10:17 13:3 15:3 15:8 | | marc(3) 2:11 2:15 7:30 | | omnibus(1) 16:23 | |
| guess(1) 9:25 | | 15:13 15:19 | | march(3) 1:14 9:1 17:21 | | one(4) 15:3 15:10 15:16 16:23 | |
| gump(1) 4:10 | | | | marino(1) 6:49 | | oneal(1) 5:19 | |
| gwen(1) 2:47 | | kalenchits(2) 5:49 5:49 | | market(1) 1:11 | | onex(2) 6:34 6:35 | |
| had(4) 9:18 10:4 10:6 16:19 | | karen(1) 7:26 | | marsal(1) 5:36 | | only(3) 9:24 11:14 15:10 | |
| hale(1) 3:8 | | kasowitz(1) 6:24 | | matter(2) 16:15 17:18 | | onto(1) 16:14 | |
| half(1) 13:11 | | kate(1) 1:40 | | matthew(7) 2:7 3:5 4:15 5:11 5:36 5:37 | | open(3) 12:24 12:25 13:4 | |
| harrisburg(1) 1:47 | | katharine(1) 2:31 | | 6:27 | | opinion(4) 9:9 9:19 11:3 11:9 | |
| has(1) 11:5 | | katona(1) 6:11 | | | | opportunity(1) 10:6 | |
| hauer(1) 4:10 | | katten(1) 7:39 | | mauceri(1) 7:6 | | order(6) 10:25 14:8 14:10 14:19 14:21 | |
| have(16) 9:4 10:6 10:13 11:6 11:14 11:15 | | kaye(1) 7:19 | | mauro(1) 7:10 | | 14:22 | |
| 12:6 13:1 13:7 14:19 16:1 16:5 16:18 | | kazan(1) 6:10 | | may(3) 10:17 12:24 15:9 | | other(3) 11:18 14:8 15:17 | |
| 16:19 16:22 17:11 | | kelly(1) 6:16 | | mayer(1) 2:31 | | others(5) 7:29 11:2 13:12 15:12 15:18 | |
| | | kempner(2) 2:38 7:25 | | mccarter(2) 2:30 3:17 | | ought(1) 15:12 | |
| haven't(1) 13:12 | | kenneth(1) 7:44 | | mccormack(2) 2:12 7:37 | | our(5) 10:10 11:22 12:14 13:17 16:22 | |
| hazeltine(2) 5:45 5:46 | | kerriann(1) 1:29 | | mccuthcen(1) 4:41 | | out(6) 10:23 11:15 11:21 13:18 15:19 | |
| hbk(1) 3:43 | | kevin(7) 1:19 1:27 3:31 9:17 10:15 10:19 | | mcdaniel(1) 6:31 | | o'melveny(1) 4:26 | |
| hear(1) 10:20 | | 16:16 | | mcguire(1) 2:7 | | page(1) 15:8 | |
| heard(1) 13:12 | | | | mcneill(1) 7:14 | | park(1) 7:26 | |
| hearing(8) 9:22 11:4 11:8 12:9 12:10 16:1 | | kind(1) 13:12 | | mean(3) 13:6 13:15 15:17 | | parke(1) 2:10 | |
| 17:10 17:13 | | kjc(1) 1:5 | | means(1) 10:8 | | part(1) 12:23 | |
| | | klauder(1) 6:20 | | meisel(1) 1:37 | | particular(1) 14:9 | |
| | | know(7) 9:17 9:20 9:23 11:17 12:23 12:24 | | merrill(1) 7:13 | | particularly(1) 9:21 | |
| | | 15:9 | | mester(1) 3:40 | | parties(4) 9:4 9:12 11:17 11:21 | |
| | | | | michael(6) 3:26 3:27 4:41 4:42 5:19 6:16 | | partners(9) 2:38 5:5 5:41 6:35 6:35 6:39 | |
| | | korpus(1) 6:25 | | michelle(1) 6:45 | | 6:39 7:33 7:33 | |
| | | kovensky(1) 6:36 | | might(6) 11:10 13:4 13:15 13:16 15:13 | | party(4) 3:31 3:43 3:47 4:22 | |
| | | krakauer(1) 1:26 | | 16:22 | | parver(1) 7:20 | |

| Word | Page:Line |
|---|---|
| **paul**(1) 8:8 | |
| **peg**(1) 4:23 | |
| **pennsylvania**(1) 1:47 | |
| **people**(3) 9:21 14:14 15:19 | |
| **per/pro**(1) 3:31 | |
| **perfectly**(2) 15:11 15:17 | |
| **period**(1) 13:16 | |
| **pernick**(1) 1:39 | |
| **perspective**(1) 10:10 | |
| **peter**(1) 5:42 | |
| **phillips**(1) 7:30 | |
| **phone**(1) 10:15 | |
| **pickering**(1) 3:8 | |
| **piper**(2) 6:48 6:48 | |
| **plan**(2) 10:25 15:9 | |
| **point**(3) 5:9 5:10 15:3 | |
| **polk**(1) 2:34 | |
| **polsinelli**(1) 6:10 | |
| **possible**(2) 9:7 13:14 | |
| **potter**(1) 7:13 | |
| **ppearances**(8) 1:22 2:1 3:1 4:1 5:1 6:1 7:1 8:1 | |
| **practice**(1) 13:12 | |
| **prefer**(1) 15:15 | |
| **preliminarily**(1) 9:5 | |
| **prepare**(1) 14:11 | |
| **presently**(1) 12:24 | |
| **presiding**(1) 14:13 | |
| **press**(2) 4:37 4:37 | |
| **pretty**(2) 9:11 14:15 | |
| **primofl**(1) 7:22 | |
| **prior**(2) 12:7 14:21 | |
| **pro**(1) 3:31 | |
| **probably**(2) 10:9 13:21 | |
| **problem**(1) 11:13 | |
| **problems**(1) 9:14 | |
| **proceed**(1) 16:8 | |
| **proceeding**(1) 12:21 | |
| **proceedings**(4) 1:18 1:51 9:3 17:18 | |
| **produced**(1) 1:52 | |
| **product**(1) 9:10 | |
| **project**(1) 9:19 | |
| **promise**(1) 11:17 | |
| **proponents**(2) 10:25 15:10 | |
| **propose**(1) 14:17 | |
| **purposes**(1) 14:10 | |
| **put**(2) 12:4 12:19 | |
| **quite**(1) 11:20 | |
| **rachel**(1) 7:6 | |
| **randall**(1) 4:38 | |
| **raport**(1) 4:7 | |
| **rath**(2) 2:4 2:5 | |
| **rather**(1) 15:18 | |
| **really**(3) 9:4 10:23 13:10 | |
| **rebecca**(3) 8:5 8:30 8:31 | |
| **recess**(1) 17:11 | |
| **record**(1) 9:3 | |
| **recorded**(1) 1:51 | |
| **recording**(2) 1:51 17:17 | |
| **reed**(1) 5:33 | |
| **referred**(1) 15:25 | |
| **reflect**(1) 14:20 | |
| **relating**(1) 15:5 | |
| **relief**(1) 16:15 | |
| **rendered**(1) 10:2 | |
| **report**(1) 9:5 | |
| **require**(1) 13:13 | |
| **reschedule**(1) 9:13 | |
| **rescheduling**(2) 9:7 9:7 | |
| **response**(4) 14:6 16:7 16:13 17:8 | |
| **retirement**(1) 7:5 | |
| **review**(1) 10:6 | |
| **revise**(1) 14:8 | |
| **rice**(1) 6:4 | |
| **richards**(1) 3:12 | |
| **rifkind**(1) 8:8 | |
| **right**(7) 12:3 13:9 16:3 16:5 17:1 17:7 | |

| Word | Page:Line |
|---|---|
| **rightly**(1) 10:23 | |
| **robert**(2) 4:19 7:37 | |
| **roitman**(1) 2:15 | |
| **roll**(2) 15:23 15:24 | |
| **rosner**(1) 6:26 | |
| **ross**(2) 1:31 1:32 | |
| **rossenman**(1) 7:39 | |
| **roth**(1) 7:25 | |
| **rothschild**(1) 7:47 | |
| **row**(1) 12:22 | |
| **royal**(1) 6:43 | |
| **rudnick**(1) 2:26 | |
| **sachs**(2) 5:24 5:24 | |
| **safely**(1) 11:11 | |
| **same**(1) 15:8 | |
| **sandridge**(1) 6:4 | |
| **say**(3) 1:19 11:25 14:12 | |
| **schaible**(1) 2:35 | |
| **schedule**(6) 9:11 12:7 12:7 12:14 15:6 15:25 | |
| **scheduled**(1) 9:23 | |
| **schedules**(2) 9:19 9:22 | |
| **scheduling**(9) 10:13 11:13 13:18 14:8 14:19 14:21 15:1 15:1 15:4 16:12 | |
| **scholer**(1) 7:19 | |
| **schotz**(1) 1:37 | |
| **schulte**(1) 7:25 | |
| **schuylkill**(1) 1:46 | |
| **scotland**(1) 6:44 | |
| **scott**(1) 2:43 | |
| **seaport**(2) 7:43 7:43 | |
| **securities**(4) 3:4 3:4 8:17 8:17 | |
| **see**(3) 10:8 10:14 14:23 | |
| **seife**(1) 2:13 | |
| **service**(2) 1:45 1:52 | |
| **services**(2) 1:45 5:5 | |
| **session**(1) 13:13 | |
| **set**(1) 12:21 | |
| **seven**(2) 10:24 11:4 | |
| **several**(1) 9:18 | |
| **shall**(1) 16:14 | |
| **shamah**(1) 4:28 | |
| **shanti**(1) 6:11 | |
| **shared**(1) 16:18 | |
| **sheffield**(1) 7:34 | |
| **sheron**(1) 6:25 | |
| **short**(2) 10:18 13:6 | |
| **shughart**(1) 6:10 | |
| **sides**(1) 12:15 | |
| **sidley**(1) 1:23 | |
| **sieger**(1) 7:40 | |
| **signatures**(1) 16:22 | |
| **silver**(2) 5:9 5:10 | |
| **silverstin**(1) 7:16 | |
| **since**(1) 16:21 | |
| **slater**(1) 2:46 | |
| **sliding**(1) 11:19 | |
| **sloan**(1) 3:13 | |
| **smalley**(1) 7:44 | |
| **some**(3) 14:15 16:19 | |
| **sometime**(2) 10:8 13:20 | |
| **song**(1) 8:5 | |
| **sottile**(1) 2:20 | |
| **sound**(2) 1:51 17:17 | |
| **spaeder**(1) 2:19 | |
| **speak**(1) 9:17 | |
| **sperling**(1) 2:46 | |
| **stage**(1) 13:13 | |
| **stand**(1) 17:10 | |
| **stands**(1) 15:14 | |
| **stargatt**(1) 4:18 | |
| **start**(2) 9:15 13:20 | |
| **started**(1) 11:14 | |
| **starting**(1) 13:4 | |
| **state**(1) 7:4 | |
| **statement**(3) 9:22 10:4 11:7 | |

| Word | Page:Line |
|---|---|
| **states**(3) 1:1 1:20 6:19 | |
| **status**(1) 9:4 | |
| **stay**(1) 16:15 | |
| **steen**(1) 1:33 | |
| **stein**(1) 6:27 | |
| **stephen**(2) 6:40 7:14 | |
| **stickles**(1) 1:40 | |
| **still**(1) 9:10 | |
| **stipulation**(1) 16:18 | |
| **strauss**(1) 4:10 | |
| **street**(2) 1:11 1:46 | |
| **stromberg**(1) 1:32 | |
| **stuart**(1) 6:36 | |
| **submit**(1) 16:24 | |
| **suggest**(3) 9:12 10:18 15:23 | |
| **suggested**(1) 16:19 | |
| **suggestion**(1) 13:25 | |
| **sullivan**(1) 5:45 | |
| **supplemental**(2) 10:3 11:23 | |
| **sure**(4) 10:6 10:15 11:5 14:15 | |
| **suttonbrook**(2) 3:21 3:22 | |
| **sutty**(1) 7:48 | |
| **taft**(1) 6:44 | |
| **take**(3) 10:2 13:11 16:24 | |
| **talk**(3) 9:6 14:25 17:3 | |
| **talked**(1) 14:1 | |
| **talking**(2) 11:7 15:7 | |
| **taylor**(1) 4:18 | |
| **teitelbaum**(2) 8:13 8:14 | |
| **telephonic**(1) 1:18 | |
| **tell**(3) 11:13 12:3 13:15 | |
| **than**(2) 11:18 13:15 | |
| **thank**(5) 12:2 16:10 17:1 17:9 17:12 | |
| **that**(55) 9:13 9:14 9:23 9:24 9:24 9:25 9:25 10:5 10:8 10:8 10:23 11:5 11:10 11:10 11:12 11:16 11:17 11:18 11:20 12:4 12:9 12:13 12:15 12:16 12:21 12:23 13:5 13:7 13:10 13:13 13:14 13:17 14:1 14:5 14:10 14:11 14:14 14:19 14:20 15:7 15:9 15:14 15:14 15:20 15:23 15:25 16:1 16:1 16:6 16:8 16:20 17:2 17:10 17:16 | |
| **that's**(7) 11:17 13:24 14:4 15:10 15:11 16:4 17:6 | |
| **thau**(1) 8:18 | |
| **the**(125) 1:1 1:2 1:19 6:19 7:43 7:43 9:2 9:3 9:3 9:4 9:6 9:9 9:10 9:11 9:12 9:15 9:19 9:20 9:22 9:24 10:1 10:2 10:11 10:11 10:12 10:12 10:15 10:15 10:16 10:20 10:21 10:24 10:25 10:25 11:3 11:4 11:9 11:10 11:11 11:12 11:13 11:15 11:16 11:17 11:17 11:19 11:21 11:24 11:24 11:25 11:25 12:3 12:7 12:8 12:12 12:17 12:19 12:21 12:25 13:4 13:6 13:6 13:7 13:11 13:12 13:14 13:16 13:19 13:20 13:20 13:22 13:22 13:25 14:3 14:3 14:5 14:7 14:8 14:10 14:10 14:12 14:12 14:13 14:21 14:22 14:23 14:23 15:4 15:5 15:6 15:7 15:8 15:9 15:9 15:10 15:10 15:16 15:17 15:17 15:19 15:21 15:23 15:24 15:25 16:1 16:3 16:5 16:8 16:11 16:14 16:14 16:14 16:15 16:15 16:16 16:18 16:23 17:1 17:5 17:7 17:9 17:10 17:10 17:16 17:17 17:17 17:17 17:18 | |
| **their**(3) 10:3 10:16 11:6 | |
| **them**(1) 10:4 | |
| **then**(4) 10:5 10:14 11:3 13:21 | |
| **there**(7) 11:4 12:6 12:8 14:9 14:23 15:4 17:1 | |
| **there's**(1) 14:15 | |
| **these**(1) 14:20 | |
| **they**(4) 10:4 10:5 10:6 10:16 | |
| **they'll**(1) 11:18 | |
| **thing**(1) 14:18 | |
| **things**(1) 15:4 | |

| Word | Page:Line |
|---|---|
| **think**(15) 10:9 10:22 10:24 11:2 11:5 11:22 11:24 12:14 12:18 13:3 13:18 13:24 13:25 14:18 14:21 16:21 | |
| **third**(1) 16:14 | |
| **this**(11) 9:2 10:19 11:21 12:19 13:12 14:24 15:2 15:19 16:16 16:23 17:10 | |
| **thomas**(3) 1:31 2:12 6:5 | |
| **thornburg**(1) 8:30 | |
| **those**(1) 13:4 | |
| **though**(1) 16:23 | |
| **thought**(1) 10:5 | |
| **three**(3) 10:5 10:16 12:22 | |
| **through**(1) 9:9 | |
| **tightening**(1) 13:15 | |
| **till**(1) 10:11 | |
| **time**(6) 10:2 11:18 13:7 14:10 14:15 16:23 | |
| **timeframe**(1) 13:25 | |
| **timeline**(1) 10:23 | |
| **today**(10) 14:24 15:3 15:5 15:7 15:11 15:12 15:23 16:2 16:21 17:3 | |
| **tonight**(1) 14:18 | |
| **too**(1) 10:17 | |
| **torres**(1) 6:24 | |
| **tough**(1) 12:17 | |
| **traci**(1) 7:22 | |
| **transcriber**(1) 17:22 | |
| **transcript**(3) 1:18 1:52 17:17 | |
| **transcription**(2) 1:45 1:52 | |
| **travel**(1) 14:15 | |
| **tribune**(4) 1:8 5:14 5:14 9:3 | |
| **trump**(1) 8:23 | |
| **trust**(5) 2:26 3:17 5:45 6:4 6:24 | |
| **trustee**(2) 6:19 6:19 | |
| **trying**(1) 9:19 | |
| **turn**(1) 10:16 | |
| **turnaround**(1) 10:3 | |
| **turned**(1) 10:7 | |
| **two**(7) 12:11 12:15 12:20 12:23 13:11 13:17 14:20 | |
| **twomey**(1) 1:34 | |
| **uncontested**(1) 11:7 | |
| **under**(1) 15:4 | |
| **unfinished**(1) 9:10 | |
| **united**(3) 1:1 1:20 6:19 | |
| **university**(1) 14:14 | |
| **unless**(1) 9:4 | |
| **unsecured**(1) 2:5 | |
| **upon**(2) 10:1 10:14 | |
| **use**(3) 11:22 12:10 13:14 | |
| **using**(1) 12:7 | |
| **vail**(1) 8:27 | |
| **version**(2) 10:24 16:18 | |
| **very**(2) 11:21 17:9 | |
| **view**(1) 16:6 | |
| **voting**(1) 13:16 | |
| **want**(2) 12:22 15:19 | |
| **wanted**(2) 9:5 9:17 | |
| **was**(5) 9:5 9:12 9:22 10:2 17:13 | |
| **way**(6) 9:6 9:9 12:19 12:19 15:16 15:19 | |
| **we'll**(1) 15:20 | |
| **we're**(5) 9:3 10:8 11:18 15:6 15:11 | |
| **we've**(7) 9:18 10:4 10:23 11:23 14:1 15:7 16:21 | |
| **week**(13) 9:20 9:21 9:25 10:9 10:12 10:12 10:15 11:7 11:12 11:22 12:16 13:4 13:5 | |
| **weekend**(1) 17:11 | |
| **weigh**(1) 14:5 | |
| **weiss**(1) 8:8 | |
| **weitman**(1) 5:21 | |
| **well**(12) 11:12 11:12 11:25 12:12 12:16 12:17 13:6 13:17 13:19 13:21 14:24 15:16 | |
| **wells**(2) 2:42 7:47 | |

| Word | Page:Line |
|------|-----------|

**were**(4) 11:6  11:9  11:22  12:10
**wharton**(1) 8:8
**what**(7) 10:6  11:2  12:3  12:4  13:4  15:15
15:24

**what's**(1) 12:18
**when**(3) 9:19  10:1  14:11
**where**(2) 9:5  9:6
**whereupon**(1) 17:13
**whether**(4) 9:14  9:17  15:13  15:14
**which**(2) 10:4  16:19
**white**(1) 2:42
**why**(2) 14:7  16:8
**wickersham**(1) 6:44
**will**(4) 11:13  14:19  16:24  17:10
**william**(3) 4:6  5:46  8:13
**willing**(4) 13:23  15:11  15:12  15:17
**wilmer**(1) 3:8
**wilmington**(4) 1:12  2:26  5:45  9:1
**wise**(1) 16:22
**wish**(1) 14:5
**with**(15) 9:11  9:15  9:18  10:4  12:18  12:21
12:21  13:15  13:25  14:25  15:7  15:24  16:4
16:18  16:25

**witnesses**(1) 15:5
**womble**(1) 6:4
**won't**(1) 13:11
**work**(4) 10:9  11:21  11:24  13:18
**worked**(3) 10:23  11:23  16:21
**working**(1) 9:9
**workman**(2) 8:30  8:31
**works**(1) 13:25
**would**(28) 9:20  9:24  9:25  10:2  10:5  10:24
11:2  11:2  11:3  11:5  11:10  11:14  11:16
11:24  12:9  12:16  13:8  13:13  13:22  14:1
14:10  14:11  14:17  14:20  15:15  15:23
15:24  16:1

**www.diazdata.com**(1) 1:49
**yeah**(1) 14:12
**york**(2) 7:4  9:21
**you**(21) 10:7  10:20  11:3  11:9  11:13  11:17
11:22  12:2  12:18  12:22  12:22  12:23  13:3
14:7  15:9  15:15  16:8  16:10  17:1  17:9
17:12
**you're**(2) 10:7  13:3
**you've**(1) 14:20
**young**(2) 4:18  8:10
**your**(21) 9:16  10:19  10:22  11:3  11:9
11:20  12:2  12:7  13:2  13:3  13:10  13:24
14:4  14:9  14:17  15:2  15:22  16:16  17:4
17:6  17:12
**zabel**(1) 7:25
**zensky**(2) 15:22  15:22
**zloto**(1) 4:15
**zuckerman**(1) 2:19