UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

--------------------------------------------------------------- x
In re:                                                         :    Chapter 11
                                                               :
Tribune Company, et al.                                        :    Case No. 08-13141 (KJC)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
                                                               :
                                                               :
--------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND DEMAND
## FOR SERVICE OF PAPERS FILED AT DOC. #7298

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2 of the Local Rules of this Court (the "Local Rules"), Morgan, Lewis & Bockius LLP hereby withdraws its appearance in all respects as attorneys of record for GreatBanc Trust Company in the above-captioned cases:

Colm F. Connolly
Menachem O. Zelmanovitz
Rachel Jaffe Mauceri
Charles C. Jackson
Theodore M. Becker.

Pursuant to Local Rule 9010-2(b), the undersigned certifies that (a) GreatBanc Trust Company no longer has any controversy pending before the Court and (b) GreatBanc has consented to withdrawal of counsel.

DB1/ 69386352.1

Dated: April 2, 2012

**MORGAN, LEWIS & BOCKIUS LLP**
Attorneys for GreatBanc Trust Company

By: /s/ *Colm F. Connolly*
    Colm F. Connolly, Esq (#3151)
    cconnolly@morganlewis.com
    The Nemours Building
    1007 North Orange Street, Suite 501
    Wilmington, DE  19801
    (302) 574-3000

DB1/ 69386352.1