## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket No. 11239, 11242** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On March 27, 2012, I caused to be served the:

a. "Notice of (I) Telephonic Status Conference with Respect to (A) Solicitation Procedures and Supplemental Disclosure Document and (B) Anthony Conte's Motion for Relief from Stay; and (II) Rescheduled Hearing on (A) Supplemental Disclosure Document, (B) Solicitation Procedures Motion, and (C) FCC Procedures Motion," dated March 27, 2012 [Docket No. 11239], and

b. "Amended Notice of (I) Telephonic Status Conference with Respect to (A) Solicitation Procedures and Supplemental Disclosure Document and (B) Anthony Conte's Motion for Relief from Stay; and (II) Rescheduled Hearing on (A) Supplemental Disclosure Document, (B) Solicitation Procedures Motion, and (C) FCC Procedures Motion," dated March 27, 2012 [Docket No. 11242],

by causing true and correct copies to be:

i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
28th day of March, 2012

Notary Public

ELENI G. ROSSI AS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

-2-

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| A.M. SACCULLO LEGAL, LLC | ANTHONY M. SACCULLO, ESQ THOMAS H. KOVACH, ESQ. 27 CRIMSON KING DRIVE (COUNSEL TO TIMOTHY P. KNIGHT) BEAR DE 19701 |
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: COREY SMITH BOTT, BRIAN G. ESDERS (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE AND PENSION FUNDS) 809 GLENEAGLES COURT, SUITE 320 BALTIMORE MD 21286 |
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: MEGHAN C. HORN, ESQ. (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE FUND AND PENSION FUND) 809 GLENEAGLES COURT, SUITE 320 TOWSON MD 21286 |
| ACXIOM CORPORATION | ATTN: C.B. BLACKARD, III, CORPORATE COUNSEL 301 E. DAVE WARD DRIVE P.O. BOX 2000 CONWAY AR 72033-2000 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS. COUNSEL TO AURELIUS (MEDIATION PARTY) ONE BRYANT PARK NEW YORK NY 10036 |
| ALLISON, SLUTSKY & KENNEDY, PC | ANGIE M. COWAN 230 W MONROE ST, STE 2600 (COUNSEL TO IAM LODGE NO. 126) CHICAGO IL 60606 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. | C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 |
| ANDREW S. CONWAY, ESQUIRE | (COUNSEL TO TAUBMAN LANDLORDS) 200 EAST LONG LAKE ROAD, SUITE 300 BLOOMFIELD HILLS MI 48304 |
| ANDREWS KURTH LLP | ATTN: PAUL SILVERSTEIN, ESQ. COUNSEL FOR THE AD HOC TRADE COMMITTEE 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| ARCHER & GREINER, PC | JOHN V. FIORELLA, ESQ. 300 DELAWARE AVE, STE 1370 (COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR LEASING CO.) WILMINGTON DE 19801 |
| ARKIN KAPLAN RICE LLP | HOWARD J. KAPLAN, ESQ.; DEANNA DAVIDIAN, ESQ. 590 MADISON AVENUE (COUNSEL TO AD HOC COMMITTEE OF STEP ONE SENIOR LENDERS) NEW YORK NY 10022 |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS. 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) WILMINGTON DE 19899 |
| ASHBY & GEDDES, PA | WILLIAM P. BOWDEN; AMANDA M. WINFREE 500 DELAWARE AVENUE, 8TH FLOOR PO BOX 1150 (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) WILMINGTON DE 19899 |
| ASKOUNIS & DARCY, PC | ATTN: THOMAS V. ASDOUNIS, ESQ. 401 NORTH MICHIGAN AVENUE, STE 550 (COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC) CHICAGO IL 60611 |
| BALLARD SPAHR LLP | ATTN: CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ COUNSEL TO CCI EUROPE A/S 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | ATTN: WILLIAM J. BARRETT RAY G. REZNER ROGER H. STETSON 200 WEST MADISON STREET, SUITE 3900 (GREATBANC TRUST COMPANY) CHICAGO IL 60606 |
| BARNES & THORNBURG LLP | ATTN: DAVID M. POWLEN 1000 NORTH WEST STREET, SUITE 1200 (COUNSEL TO MORGAN STANLEY & CO., INC.) WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG PC | FRANK F. MCGINN (MA BBO# 564729) 155 FEDERAL ST, 9TH FL (COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.) BOSTON MA 02110 |
| BAYARD, P.A. | JUSTIN R. ALBERTO, ESQ. 222 DELAWARE AVENUE (COUNSEL TO COOK COUNTY DEPARTMENT OF REVENUE) WILMINGTON DE 19899 |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | ATTN: JOSHUA G. LOSARDO, ESQ. (COUNSEL TO: ENTERPRISE GARAGE CORP.) 270 MADISON AVENUE NEW YORK NY 10016 |
| BIFFERATO GENTILOTTI LLC | GARVAN F. MCDANIEL, ESQ. 800 N. KING STREET, PLAZA LEVEL (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK) WILMINGTON DE 19801 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS. (COUNSEL TO: D. NEIL, C. BROWN, H. WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J. MAKINEN) 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BLAKELEY & BLAKELEY LLP | ATTN: JOHNN WHITE, ESQ. COUNSEL TO GOOGLE INC. 2 PARK PLAZA, SUITE 400 IRVINE CA 92614 |
| BLANK ROME LLP | ATTN: DAVID W. CARIKHOFF 1201 MARKET ST; STE 800 (COUNSEL TO EGI-TRB) WILMINGTON DE 19801 |
| BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN | & GOOD MAN, LLP ATTN: DAVID B. FELDMAN 150 S. RODEO DRIVE, 3RD FLOOR BEVERLY HILLS CA 90212 |

| Claim Name | Address Information |
|---|---|
| BRACEWELL & GUILIANI LLP | ATTN: E. FLASCHEN, ESQ; D. CONNOLLY, ESQ; A ANDREW SCHOULDER, ESQ COUNSEL-AD HOC COMMITTEE OF STEP ONE SENIOR LENDER GOODWIN SQUARE 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103-1516 |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| BROWN RUDNICK LLP | ATTN. ROBERT J. STARK & GORDON Z. NOVOD, ESQS. (COUNSEL TO WILMINGTON TRUST COMPANY) SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN STONE NIMEROFF LLC | ATTN. JAMI B. NIMEROFF, ESQ. (COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP) 901 N MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON, ESQ. (COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN) 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BUCHALTER NEMER | PAMELA KOHLMAN WEBSTER 1000 WILSHIRE BOULEVARD, SUITE 1500 (COUNSEL TO SONY PICTURES TELEVISION) LOS ANGELES CA 90017-2457 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ. 55 SECOND STREET, 17TH FL (COUNSEL TO ORACLE USA, INC.) SAN FRANCISCO CA 94105-3493 |
| CANON USA, INC | ATTN RUTH WIENSTEIN 1 CANON PLAZA LAKE SUCCESS NY 11042 |
| CAPITALSOURCE FINANCE LLC | ATTN: JOANNE FUNGAROLI, ESQ. 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CATHOLIC CHARITIES | ATTN: JOSEPH AUGUSTYNIAK 1966 GREENSPRING DRIVE, SUITE 200 TIMONIUM MD 21093 |
| CHADBOURNE & PARKE LLP | COUNSEL TO THE UNSECURED CREDITORS' CO ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E DEUTSCH 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CHRISTINE Z. HERI | (COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR 230 SOUTH DEARBORN, ROOM 844 CHICAGO IL 60604 |
| CIARDI CARDI & ASTIN | DANIEL K. ASTIN JOHN D. MCLAUGHLIN, JR. 919 N. MARKET STREET, SUITE 700 (COUNSEL TO STARDUST VISIONS, INC.) WILMINGTON DE 19801 |
| CIARDI, CIARDI & ASTIN | RICK A. STEINBERG 100 CHURCH STREET, 8TH FLOOR (COUNSEL TO STARDUST VISIONS, INC.) NEW YORK NY 10007 |
| COHEN WEISS & SIMON LLP | COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS ATTN BABETTE A CECCOTI 330 WEST 42ND STREET NEW YORK NY 10036 |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF | LABOR AND INDUSTRY READING BANKRUPTCY & COMPLIANCE UNIT ATTN: JOSEPH KOTS 625 CHERRY ST, ROOM 203 READING PA 19602-1152 |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF | REVENUE, BUREAU OF ACCOUNTS SETTLEMENT THOMAS W. CORBETT, JR., ATTORNEY GENERAL CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY GENERAL PA I.D. NO. 049219 OFFICE OF ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| COOCH & TAYLOR PA | ATTN: SUSAN E. KAUFMAN, ESQ. (COUNSEL TO: AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS) 1000 WEST STREET, 10TH FLOOR WILMINGTON DE 19801 |
| COTCHETT, PITRE & MCCARTHY | ATTN: PHILIP GREGORY, ESQ. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 840 MALCOLM ROAD, SUITE 200 BURLINGAME CA 94010 |
| COZEN O'CONNOR | ATTN: MARK E. FELGER, ESQ. 1201 N. MARKET STREET, SUITE 1400 (COUNSEL TO TWENTIETH TELEVISION, INC.) WILMINGTON DE 19801 |
| CROSS & SIMON LLC | ATTN: CHRISTOPHER P. SIMON, ESQ. 913 NORTH MARKET STREET, 11TH FLOOR (COUNSEL TO WASHINGTON-BALTIMORRRE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA) WILMINGTON DE 19801 |
| CROSS & SIMON, LLC | JOSEPH GREY, ESQ. 913 NORTH MARKET STREET, ELEVENTH FLOOW (COUNSEL TO CONSTELLATION NEWENERGY, INC.) WILMINGTON DE 19801 |
| CROUDACE & DIETRICH LLP | ATTN. MARK A NITIKMAN, ESQUIRE 4750 VON KARMAN AVENUE COUNSEL TO BKM 3128 REDHILL, LLC) NEWPORT BEACH CA 92660 |
| CROWELL & MORING LLP | ATTN. MICHAEL V. BLUMENTHAL, ESQ. (COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP 590 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10022 |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL | ATTN: ELAINE Z. COLE, ESQ. 340 E. MAIN ST. (COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE) ROCHESTER NY 14604 |

| Claim Name | Address Information |
|---|---|
| DAVIS POLK & WARDELL LLP | ATTN: DONALD S. BERNSTEIN, ESQ. JAMES A. FLORACK, ESQ. DAMIAN S. SCHAIBLE, ESQ. 450 LEXINGTON AVENUE (COUNSEL TO JPMORGAN CHASE BANK, N.A.) NEW YORK NY 10017 |
| DEWEY & LEBOEUF LLP | ALAN SALPETER, ESQ. THERESE KING NOHOS, ESQ. TWO PRUDENTIAL PLAZA, SUITE 3700 180 NORTH STETSON AVENUE (COUNSEL TO DANIEL KAZAN) CHICAGO IL 60601 |
| DEWEY & LEBOEUF LLP | BRUCE BENNETT JAMES O. JOHNSTON JOSHUA M. MESTER 333 SOUTH GRAND AVENUE, SUITE 2600 (COUNSEL TO CREDIT AGREEMENT LENDERS) LOS ANGELES CA 90071-1530 |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN, ESQ., R. CRAIG MARTIN, ESQ. MICHELLE E. MARINO, ESQ. 919 N. MARKET STREET, SUITE 1500 (COUNSEL TO BARCLAYS BANK PLC) WILMINGTON DE 19801 |
| DLA PIPER LLP (US) | JODIE E. BUCHMAN, ESQ. 6225 SMITH AVENUE (COUNSEL TO CONSTELLATION NEWENERGY, INC.) BALTIMORE MD 21209-3600 |
| DUANE MORRIS | ATTN: LAWRENCE J. KOTLER, ESQUIRE COUNSEL FOR PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM 30 SOUTH 17TH STREET PHILADELPHIA PA 19103-4196 |
| DUANE MORRIS LLP | ATTN: MARGERY N. REED, ESQ.; WENDY M. SIMKULAK, ESQ. 30 SOUTH 17TH STREET (COUNSEL TO ACE COMPANIES) PHILADELPHIA PA 19103-4196 |
| DUANE MORRIS LLP | ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS (COUNSEL TO SONY PICTURES TELEVISION, INC.) 222 DELAWARE AVENUE, SUITE 1600 WILMINGTON DE 19801-1659 |
| DUANE MORRIS LLP | RICHARD W.RILEY; SOMMER L. ROSS 222 DELAWARE AVENUE, SUITE 1600 (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION, CANTIGNY FOUNDATION & ACE COMPANIES) WILMINGTON DE 19801-1659 |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC | ATTN. MARGARET F. ENGLAND, ESQUIRE (COUNSEL TO THE NIELSEN COMPANY) 300 DELAWARE AVENUE, SUITE 1210 WILMINGTON DE 19801 |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | ATTN: KEITH D. ELKINS, ESQ. 2049 CENTURY PARK EAST, SUITE 2700 (COUNSEL TO LIT FINANCE, LP) LOS ANGELES CA 90067 |
| ELLIOTT GREENLEAF | COUNSEL TO CORESTAFF SERVICES ATTN WILLIAM M KELLEHER 1105 NORTH MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA JONATHAN M. STEMERMAN 1105 NORTH MARKET STREET, SUITE 1700 (COUNSEL TO 3M EMPLOYEES WELFARE BENEFITS ASSOC. TR. I & EMPLOYEE RETIREMENT INCOME PLAN TR OF MN MINING & MFG CO.) WILMINGTON DE 19801 |
| ENTWISTLE & CAPPUCCI LLP | ATTN: VINCENT R CAPPUCCI ESQ & JORDAN A CORTEZ ESQ COUNSEL TO THE GABELLI ENTITIES 280 PARK AVENUE, 26TH FLOOR WEST NEW YORK NY 10017 |
| ERVIN COHEN & JESSUP LLP | KENNETH MILLER, ESQ. 9401 WILSHIRE BLVD, 9TH FLOOR (COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC) BEVERLY HILLS CA 90212 |
| FOLEY & LARDNER LLP | ATTN: MARY K. BRAZA, ESQ. 777 EAST WISCONSIN AVENUE (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) MILWAUKEE WI 53202-5306 |
| FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL, ESQ. 321 NORTH CLARK SUITE 2800 (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) CHICAGO IL 60610-4500 |
| FOX ROTHSCHILD LLP | ATTN:  JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS. (COUNSEL TO: WELLS FARGO BANK, N.A.) CITIZENS BANK CENTER 919 NORTH MARKET STREET, SUITE 1600 WILMINGTON DE 19801 |
| FRANK/GECKER LLP | ATTN. JOSEPH D. FRANK (COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) L.P.) 325 NORTH LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | BROADCAST SYSTEMS DIVISION IMT/THE VITEC GROUP PLC (COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, INC., NUCOMM, INC., AND RF CENTRAL, LLC) 200 INTERNATIONAL DRIVE MT. OLIVE NJ 07828 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ. (COUNSEL TO MERCER (US) INC.) 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | EDWARD A. FRIEDMAN; WILLIAM P.WEINTRAUB 1633 BROADWAY (COUNSEL TO AUERLIUS CAPITAL MANAGEMENT, LP) NEW YORK NY 10019-6708 |
| FRIEDMAN LAW GROUP | ATTN: J. BENNETT FRIEDMAN, ESQ. 1901 AVENUE OF THE STARS, SUITE 1700 (COUNSEL TO ISAKSEN INVESTMENTS, LLC) LOS ANGELES CA 90067-4409 |
| FURMAN GREGORY LLC | DONALD R. FURMAN JR. 75 FEDERAL ST, 9TH FL (COUNSEL TO COMCAST SPOTLIGHT & COMCAST) BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| GATEWAY PACIFIC PROPERTIES, INC. | C/O RONALD K. BROWN, JR. LAW OFFICES OF RONALD K. BROWN, JR. 901 DOVE STREET, SUITE 120 NEWPORT BEACH CA 92660 |
| GE MONEY BANK | C/O RECOVERY MANAGEMENT SYSTEMS CORP. ATTN: RAMESH SINGH 25 SE 2ND AVENUE, SUITE 1120 (SAM'S CLUB BRC) MIAMI FL 33131-1605 |
| GOHN HANKEY & STICHEL LLP | COUNSEL TO CORESTAFF SERVICES ATTN JAN I BERLAGE 201 NORTH CHARLES STREET SUITE 201 BALTIMORE MD 21201 |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | ATTN. BRIAN M. DOUGHERTY (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD MOTOR SERVICE, INC.) 835 MCCLINTOCK DRIVE, SECOND FLOOR WILLOWBROOK IL 60527 |
| GORLICK, KRAVITS & LISTHAUS, PC | ATTN: BARBARA S. MEHLSACK, ESQ. 17 STATE STREET, 4TH FLOOR (COUNSEL TO LABORERS NAT'L PENSION FUND, PAVERS & ROAD BUILDERS DISTRICT COUNCIL PENSION FUND) NEW YORK NY 10004 |
| GREENBERG TRAURIG, LLP | ATTN: DENNIS A. MELORO COUNSEL TO HAMDON ENTERTAINMENT THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 1200 WILMINGTON DE 19801 |
| GREENBERG TRAURIG, LLP | ATTN: KEVIN P. GARLAND, ESQ. COUNSEL TO HAMDON ENTERTAINMENT 2450 COLORADO AVENUE, SUITE 400 E SANTA MONICA CA 90404 |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP | EDWARD J. TREDINNICK, ESQ. FOUR EMBARCARCADERO CENTER, STE 4000 (COUNSEL TO CATELLUS DEVELOPMENT CORP.) SAN FRANCISCO CA 94111 |
| HANNAFAN & HANNAFAN, LTD. | MICHAEL T. HANNAFAN, ESQ. BLAKE T. HANNAFAN, ESQ. JAMES A. MCGUINNESS, ESQ. ONE EAST WACKER DRIVE, SUITE 2800 (COUNSEL TO TIMOTHY P. KNIGHT) CHICAGO IL 60601 |
| HARRIS CORPORATION | ANTHONY DEGLOMINE, III 1025 W. NASA BLVD MAIL STOP A-11A MELBOURNE FL 32919 |
| HERRICK FEINSTEIN LLP | COUNSEL TO INTELSAT CORPORATION ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ. TWO PARK AVENUE NEW YORK NY 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL 11311 CHINDEN BLVD. MAILSTOP 314 BOISE ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY 12610 PARK PLAZA DR STE 100 CERRITOS CA 90703-9362 |
| HOGAN LOVELLS | ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS. 875 THIRD AVENUE (COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATON AND BOWATER, INC.; DOW JONES & COMPANY) NEW YORK NY 10022 |
| HOWARD COUNTY OFFICE OF LAW | ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| IBM CORPORATION | ATTN BEVERLY H SHIDELER TWO LINCOLN CENTRE OAKBROOK TERRACE IL 60181 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 21126 PHILADELPHIA PA 19114 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150 31 HOPKINS PLAZA BALTIMORE MD 21201 |
| J. SCOTT DOUGLASS | 909 FANNIN, SUITE 1800 HOUSTON TX 77010 |
| JD THOMPSON LAW | ATTN: JUDY D. THOMPSON P.O. BOX 33127 (COUNSEL TO SODEXO, INC.) CHARLOTTE NC 28233 |
| JENNER & BLOCK LLP | ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE, ANDREW W. VAIL 330 N. WABASH AVENUE (COUNSEL TO EGI-TRB) CHICAGO IL 60611-7603 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVE (COUNSEL TO GREATBANC TRUST COMPANY) NEW YORK NY 10022-6030 |
| K&L GATES LLP | CHARLES R. SMITH, ESQ. K&L GATES CENTER 210 6TH AVENUE, SUITE 1100 (COUNSEL TO GREATBANC TRUST COMPANY) PITTSBURGH PA 15222-2613 |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSDAN OAKS BLVD. #343 WESTLAKE VILLAGE CA 91362 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ATTN: DAVID S. ROSNER; ANDREW K. GLENN; SHERON KORPUS 1633 BROADWAY (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK) NEW YORK NY 10019 |
| KATTEN MUCHIN ROSENMAN LLP | JOHN P. SIEGER; ALEXANDER S. VESSELINOVITCH; DANIEL J. POLATSEK; JOSHUA A. GADHARF 525 W. MONROE STREET (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION) CHICAGO IL 60661-3693 |
| KAYE SCHOLER LLP | 425 PARK AVE MADLYN GLEICH PRIMOFF, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP |

| Claim Name | Address Information |
|---|---|
| KAYE SCHOLER LLP | AS ADMIN AGENT) NEW YORK NY 10022 |
| KELLEY DRYE & WARREN LLP | ERICK R. WILSON, ESQ. HOWARD S.STEEL, ESQ. 101 PARK AVENUE (COUNSEL TO TELEREP, LLC) NEW YORK NY 10178 |
| KING & SPALDING LLP | ATTN: ARTHUR J. STEINBERG, ESQ. SCOTT DAVIDSON, ESQ. 1185 AVENUE OF THE AMERICAS (COUNSEL TO GM HOURLY-TATE EMPLOYEE PENSION TRUST) NEW YORK NY 10036 |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS. (COUNSEL TO: EXAMINER-DESIGNATE,KENNETH KLEE, ESQ) 1999 AVENUE OF THE STARS, 39TH FLOOR LOS ANGELES CA 90067-6049 |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | ATTN:  KENNETH N. KLEE, ESQ. 1999 AVENUE OF THE STARS, 39TH FLOOR LOS ANGELES CA 90067-6049 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | MICHAEL W. YURKEWICZ, ESQUIRE 919 MARKET STREET, SUITE 1000 (COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP) WILMINGTON DE 19801 |
| LABATON SUCHAROW LLP | ATTN: CHRISTOPHER J. KELLER, ESQ. MICHAEL W. STOCKER, ESQ. 140 BROADWAY (COUNSEL TO IBEW LOCAL 103 TRUST FUND) NEW YORK NY 10005 |
| LANDIS RATH & COBB LLP | COUNSEL FOR THE UNSECURED CREDITORS' COMM ATTN ADAM G LANDIS & MATTHEW B MCGUIRE 919 MARKET STREET SUITE 1800 WILMINGTON DE 19801 |
| LESLIE A. COHEN, ESQUIRE | LESLIE COHEN LAW, PC 506 SANTA MONICA BLVD., SUITE 200 SANTA MONICA CA 90401 |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 476 9TH STREET OAKLAND CA 94607-4048 |
| LINDA BOYLE | TW TELECOM INC. 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO HARRIS COUNTY ATTN JOHN P DILLMAN PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER 2323 BRYAN STREET STE 1600 (COUNSEL TO DALLAS COUNTY, ELLIS COUNTY) DALLAS TX 75201 |
| LOIZIDES, P.A. | CHRISTOPHER D. LOIZIDES 1225 KING STREET, SUITE 800 (ATTORNEY FOR NAVIGANT CONSULTING, INC) WILMINGTON DE 19801 |
| LOWENSTEIN SANDLER PC | ATTN: JOHN K. SHERWOOD, ESQ. IRA LEVEE, ESQ. 65 LIVINGSTONE AVENUE (COUNSEL TO IBEW LOCAL 103 TRUST FUND, LOUISIANA STATE EMPLOYEES' RETIREMENT SYSTEM) ROSELAND NJ 07068 |
| MAGNOZZI & KYE, LLP | AMISH R. DOSHI, ESQ. 23 GREEN STREET, SUITE 302 (COUNSEL TO ORACLE AMERICA, INC.) HUNTINGTON NY 11743 |
| MANATT, PHELPS & PHILLIPS, LLP | ATTN: IVAN L. KALLICK ILEANA M. HERNANDEZ 11355 WEST OLYMPIC BOULEVARD (COUNSEL TO CA STATE TEACHERS'RETIREMENT SYSTEM) LOS ANGELES CA 90064 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT, ESQ. 750 SHIPYARD DRIVE, SUITE 102 (COUNSEL TO ORACLE AMERICA, INC.) WILMINGTON DE 19801 |
| MAUREEN A. MCGREEVEY, ESQUIRE | SENIOR LITIGATION COUNSEL SUNGARD 680 E. SWEDESFORD ROAD WAYNE PA 19087 |
| MAYER BROWN LLP | FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., JEAN-MARIE L. ATAMIAN, ESQ. (COUNSEL TO BARCLAYS) 1675 BROADWAY NEW YORK NY 10019 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID ADLER, ESQ. 245 PARK AVE, 27TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) NEW YORK NY 10167 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHARINE L. MAYER, ESQ. RENAISSANCE CENTRE 405 N. MARKET STREET, 8TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) WILMINGTON DE 19801 |
| MCGUIRE WOODS LLP | ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS (COUNSEL TO THE NIELSEN COMPANY (US) LLC 77 W. WACKER DRIVE, SUITE 4100 CHICAGO IL 60601 |
| MCPHARLIN SPRINKLES & THOMAS, LLP | ATTN. ELAIN M. SEID (COUNSEL TO DIABLO INVESTMENT CO.) 160 W SANTA CLARA ST STE 400 SAN JOSE CA 95113-1708 |
| MEITES, MULDER & GLINK | ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 321 S. PLYMOUTH CT, SUITE 1250 CHICAGO IL 60604 |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. | WALDMEIR, ASSISTANT ATTORNEY GENERAL STATE OF MICHIGAN, DEPT. OF TREASURY CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| MICHAEL SCHLOSS | (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR) OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 |

| Claim Name | Address Information |
|---|---|
| MICHAEL SCHLOSS | WASHINGTON DC 20013 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: SUSAN L. LISSANT SPECIAL ASSISTANT ATTORNEY GENERAL GENERAL COUNSEL'S OFFICE 301 W. HIGH STREET, ROOM 670 PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY, ESQUIRE (COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY) 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MORGAN, LEWIS & BOCKIUS LLP | MENACHEM O. ZELMANOVITZ, ESQ. RACHEL JAFFE NAUCERI 101 PARK AVENUE (COUNSEL TO GREATBANC TRUST COMPANY & NYSCRF) NEW YORK NY 10178-0060 |
| MORGAN, LEWIS & BOCKIUS LLP | RACHEL JAFFE MAUCERI, ESQ. 1701 MARKET STREET (COUNSEL TO NYSCRF) PHILADELPHIA PA 19103-2921 |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: COLM F. CONNOLLY, ESQ. THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 501 (COUNSEL TO GREATBANC TRUST COMPANY & NYSCRF) WILMINGTON DE 19801 |
| MORGAN, LEWIS & BOCKIUS LLP | CHARLES C. JACKSON THEODORE M. BECKER 77 WEST WACKER DRIVE (COUNSEL TO GREATBANC TRUST COMPANY) CHICAGO IL 60601-5094 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ. COUNSEL TO STEP ONE SENIOR LENDERS 1201 NORTH MARKET STREET, 18TH FLOOR PO BOX 1347 WILMINGTON DE 19899-1347 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | ATTN: COLLEEN E. MCMANUS 191 NORTH WACKER DRIVE, STE 1800 (COUNSEL TO CF 4242 BRYN MAWR LLC) CHICAGO IL 60606 |
| NAVIGANT CONSULTING, INC. | MONICA M. WEED, ESQ. 30 S. WACKER DRIVE, SUITE 3550 CHICAGO IL 60606 |
| NAVISTAR LEASING COMPANY | 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG IL 60173 |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | ATTN: ROBERT L. HANLEY, JR. ESQUIRE (COUNSEL TO ST. JOHN PROPERTIES, INC.) SUITE 700, NOTTINGHAM CENTRE 502 WASHINGTON AVENUE TOWSON MD 21204 |
| O'MELVENY & MYERS LLP | ATTN: B. BUTWIN, D. CANTOR & D. SHAMAH, ESQS. TIMES SQUARE TOWER 7 TIMES SQUARE (COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC) NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | ATTN: EVAN M. JONES, ESQ. 400 SOUTH HOPE STREET (COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC) LOS ANGELES CA 90071 |
| OFFICE OF THE UNITED STATES TRUSTEE | DAVID M. KLAUDER, ESQ. UNITED STATES DEPT OF JUSTICE 844 KING STREET, SUITE 2207 LOCKBOX #35 WILMINGTON DE 19899-0035 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES TIMOTHY P. CAIRNS 919 N. MARKET STREET, 17TH FLOOR P.O. BOX 8705 (COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.) WILMINGTON DE 19899 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: JOSEPH L. CHRISTENSEN 500 DELAWARE AVENUE, SUITE 200; PO BOX 32 (COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.) WILMINGTON DE 19899-0032 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | CHARLES E. DAVIDOW 2001 K. STREET, N.W. (COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.) WASHINGTON DC 20006-1047 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP | ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA 1285 AVENUE OF THE AMERICAS (COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.) NEW YORK NY 10019-6064 |
| PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL-IN-CHARGE 21 SOUTH 12TH STREET, 3RD FLOOR (PENNSYLVANIA DEPT OF REVENUE; PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM) PHILADELPHIA PA 19107-3603 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN. DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ. (COUNSEL TO PPF OFF TWO PARK AVENUE OWNER) HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 WILMINGTON DE 19899-1709 |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 (COUNSEL TO BANK OF AMERICA, N.A. & BANC OF AMERICA SECURITIES LLC) WILMINGTON DE 19899-1709 |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | ATTN: JOHN C. PHILLIPS, ESQ. 1200 NORTH BROOM STREET (COUNSEL TO: VALUATION RESEARCH CORPORATION) WILMINGTON DE 19806 |

| Claim Name | Address Information |
|---|---|
| PINCKNEY, HARRIS & WEIDINGER, LLC | ATTN: ADAM HILLER & DONNA HARRIS (COUNSEL TO THE PARTIES REFERENCED IN THE FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP) 1220 NORTH MARKET STREET, SUITE 950 WILMINGTON DE 19801 |
| POLSINELLI SHUGHART PC | CHRISTOPHER A. WARD, ESQ. SHANTI M. KATONA, ESQ. 222 DELAWARE AVENUE, SUITE 1101 (COUNSEL TO DANIEL KAZAN) WILMINGTON DE 19801 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) HERCULES PLAZA 1313 N MARKET ST, PO BOX 951 WILMINGTON DE 19899-0951 |
| PROSKAUER ROSE LLP | ATTN: MARTIN S. ZOHN, ESQ. (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2049 CENTURY PARK EAST, 32ND FLOOR LOS ANGELES CA 90067 |
| QUARLES & BRADY LLP | PHILIP V. MARTINO, ESQ. 101 EAST KENNEDY BOULEVARD, SUITE 3400 (COUNSEL TO COOK COUNTY DEPARTEMNT OF REVENUE) TAMPA FL 33602 |
| RICHARDS, LAYTON & FINGER, PA | ATTN: MARK D. COLLINS, ESQ. 920 NORTH KING STREET (COUNSEL TO JPMORGAN CHASE BANK, N.A.) WILMINGTON DE 19801 |
| RIDDELL WILLIAMS, P.S. | ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO (COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP) 1001- 4TH AVENUE, SUITE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC | ATTN. FRED B. RINGEL, ESQ. (COUNSEL TO GALLERIA OPERATING COMPANY, LLC) 875 THIRD AVENUE, 9TH FL NEW YORK NY 10022 |
| ROMERO LAW FIRM | MARTHA E. ROMERO, ESQ. BMR PROFESSIONAL BLDG 6516 BRIGHT AVENUE (COUNSED TO SECURED CREDITOR COUNTY OF SAN BERNARDINO, CALIFORNIA, A CALIFORNIA TAXING AUTH.) WHITTIER CA 90601 |
| ROSENTHAL, MONHAIT & GODDESS, PA | ATTN: NORMAN M. MONHAIT, ESQ. COUNSEL TO GABELLI ENTITIES 919 MARKET STREET, SUITE 1401 PO BOX 1070 WILMINGTON DE 19899 |
| RUSKIN MASCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. (COUNSEL TO ESTHER RHEIN) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN. MICHAEL S. AMATO, ESQ. (COUNSEL TO BARRY AND MARIE GOLDENBERG) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| SAUL EWING LLP | ATTN: MARK MINUTI, ESQUIRE (PROPOSED DELAWARE COUNSEL TO: KENNETH N. KLEE, THE EXAMINER-DESIGNATE (THE "EXAMINER") 222 DELAWARE AVENUE, SUITE 1200 P.O. BOX 1266 WILMINGTON DE 19899 |
| SCHULTE ROTH & ZABEL LLP | LAWRENCE V. GELBER, ESQUIRE 919 THIRD AVENUE (COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP) NEW YORK NY 10022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R.KARL HILL, ESQ. 222 DELAWARE AVENUE, STE 1500 PO BOX 68 (COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC., DOW JONES & COMPANY) WILMINGTON DE 19899 |
| SILVERMAN MCDONALD & FRIEDMAN | ATTN: BRIAN E. LUTNESS, ESQ. COUNSEL TO MARCIA WILLETTE GUARDIAN TO ZACHARY MITZKOVITZ 1010 N. BANKCROFT PARKWAY, SUITE 22 WILMINGTON DE 19805 |
| SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER, ESQ. 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| SIRLIN GALLOGLY & LESSER, P.C. | DANA S. PLON, ESQ. 123 SOUTH BROAD STREET, SUITE 2100 (COUNSEL TO UNISYS CORPORATIONI) PHILADELPHIA PA 19109 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD ATTN EDMOND P O'BRIEN ESQ 675 THIRD AVENUE 31ST FLOOR NEW YORK NY 10017 |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: ANTRANIG GARIBIAN, ESQ. 1000 N. WEST STREET, SUITE 1278 (COUNSEL TO INVESCO FUNDS; BRIDGEWAY FUNDS; DELAWARE FUNDS; ABERDEEN FUNDS) WILMINGTON DE 19801-1697 |
| STUART MAUE | ATTN: JOHN F. THEIL FEE EXAMINER 3840 MCKELVEY RD ST. LOUIS MO 63044 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III COUNSEL TO WILMINGTON TRUST COMPANY 901 N.MARKET ST STE 1300 WILMINGTON DE 19801-3079 |
| SULLIVAN HAZELTINE ALLISON LLC | WILLIAM HAZELTINE, ESQ. 901 N.MARKET STREET STE. 1300 (COUNSEL TO IVAN J. BATES) WILMINGTON DE 19801-3079 |
| TEITELBAUM & BASKIN, LLP | ATTN: JAY TEITELBAUM 3 BARKER AVENUE, THIRD FLOOR (COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III; J.SIMPSON; M.WILLES; E.ZIMBALIST, III) WHITE PLAINS NY 10601 |

| Claim Name | Address Information |
|---|---|
| THE DSF GROUP | ALLAN I. MUSCOVITZ, SR. ACCOUNTANT 950 WINTER STREET, STE 4300 WALTHAM MA 02451-1486 |
| THE REIMANN LAW GROUP | ATTN. DAVID W. REIMANN, ESQUIRE (ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I, LLC, AND YORBA PARK SUB, LLC) 1960 EAST GRAND AVENUE, SUITE 1165 EL SEGUNDO CA 90245 |
| THE ROSNER LAW GROUP | FREDERICK B. ROSNER, ESQ. 824 N. MARKET STREET, SUITE 810 (COUNSEL TO INTELSAT CORPORATION) WILMINGTON DE 19801 |
| THE SEAPORT GROUP LLC | ATTN SCOTT FRIEDBERG 360 MADISON AVENUE 22ND FLOOR NEW YORK NY 10017 |
| THOMPSON & KNIGHT LLP | ATTN. MICHAEL V. BLUMENTHAL, ESQ. 900 THIRD AVENUE, 20TH FLOOR (COUNSEL TO NBC UNIVERSAL & CERTAIN AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP) NEW YORK NY 10022 |
| TODD M. HOEPKER, ESQ. | (COUNSEL TO : COP-HANGING MOSS, LLC) POST OFFICE BOX 3311 ORLANDO FL 32802-3311 |
| TRAVELERS | NATIONAL ACCOUNTS 1 TOWER SQUARE-5MN HARTFORD CT 06183-4044 |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | ATTN. JACQUELINE A. CRISWELL (COUNSEL TO FISHER PRINTING, INC.) SEARS TOWER, 22ND FLOOR 233 SOUTH WACKER DRIVE CHICAGO IL 60606-6314 |
| TWENTIETH TELEVISION, INC. | ATTN: JODIE REA (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TYBOUT REDFEARN AND PELL | ATTN. SHERRY RUGGIERO FALLON (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD MOTOR SERVICE, INC.) 750 SHIPYARD DRIVE, SUITE 400 P.O. BOX 2092 WILMINGTON DE 19899-2092 |
| U.S. DEPARTMENT OF JUSTICE | ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION 555 4TH ST. NW ROOM 6110, P.O. BOX 227 WASHINGTON DC 20044 |
| UNGARETTI & HARRIS | ATTN. GEORGE R. MESIRES, ESQ. (COUNSEL TO KTR SOUTH FLORIDA LLC) 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON CHICAGO IL 60602 |
| UNISYS CORPORATION | ATTN. JANET FITZPATRICK, LEGAL ASSISTANT UNISYS WAY P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION MATTHEW J. TROY, ESQ. PO BOX 875 WASHINGTON DC 20004-0875 |
| UNITED STATES DEPARTMENT OF LABOR | OFFICE OF THE SOLICITOR MICHAEL SCHLOSS; LEONARD GERSON (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR) PLAN BENEFITS SECURITY DIVISION 230 SOUTH DEARBORN STREET CHICAGO IL 60604 |
| US ATTORNEY'S OFFICE | ELLEN W. SLIGHTS, ESQ 1201 MARKET ST, SUITE 1100 PO BOX 2046 WILMINGTON DE 19899-2046 |
| VORYS SATER SEYMOUR & PEASE LLP | ATTN: TIFFANY STRELOW COBB 52 EAST GAY STREET (COUNSEL TO AOL LLC & RELATED ENTITIES; TURNER BROADCASTING SYSTEM INC ET AL) COLUMBUS OH 43215 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: TIFFANY STRELOW COBB (COUNSEL TO: TURNER BROADCASTING SYSTEM INC ET AL) 52 EAST GAY STREET COLUMBUS OH 43215 |
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | ATTN: WAYNE M. SMITH, ESQ. 4000 WARNER BLVD. BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L | ATTN: DOUGLAS R. GONZALES, ESQUIRE COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH 200 EAST BROWARD BOULEVARD, ST. 1900 FORT LAUDERDALE FL 33301 |
| WHITE & CASE LLP | ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS. (COUNSEL TO: WELLS FARGO BANK, N.A.) 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| WILLKIE FARR & GALLAGHER LLP | ATTN. ALAN J. LIPKIN (COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC) 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW GOLDMAN, ESQ. (COUNSEL TO: ANGELO GORDON & CO.) 399 PARK AVENUE NEW YORK NY 10022 |
| WILMINGTON TRUST COMPANY | ATTN. PATRICK J. HEALY, VICE PRESIDENT RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE (COUNSEL TO: VALUATION RESEARCH CORPORATION) NEW YORK NY 10166 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS. RODNEY SQUARE 1000 NORTH KING STREET (COUNSEL TO VARIOUS PARTIES LISTED ON NOA) WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| ZUCKERMAN SPAEDER LLP | GRAEME W. BUSH, ESQ. JAMES SOTTILE, ESQ. 1800 M STREET, NW, STE 1000 (SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) WASHINGTON DC 20036 |
| ZUCKERMAN SPAEDER LLP | VIRGINIA WHITEHALL GULDI, ESQ. 1800 M STREET, NW SUITE 1000 (SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) WASHINGTON DC 20036-5807 |
| ZWERDLKING PAUL KAHN & WOLLY PC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA ATTN ROBERT E PAUL ESQ 1025 CONNECTICUT AVENUE NW SUITE 712 WASHINGTON DC 20036-5420 |

**Total Creditor count  204**

| Claim Name | Address Information |
|------------|---------------------|
| ALAN N. SALPETER, ESQUIRE | DEWEY & LEBOEUF TWO PRUDENTIAL PLAZA 180 NORTH STETSON AVENUE, SUITE 3700 CHICAGO IL 60601-6710 |
| ANTHONY M. SACCULLO, ESQUIRE | THOMAS H. KOVACH, ESQUIRE A.M. SACCULLO LEGAL, LLC 27 CRIMSON KING DRIVE BEAR DE 19701 |
| BRUCE R. ZIRINSKY, ESQUIRE | NANCY A. MITCHELL, ESQUIRE JOHN H. BAE, ESQUIRE GARY D. TICOLL, ESQUIRE GREENBERG TRAURIG METLIFE BUILDING 200 PARK AVENUE NEW YORK NY 10281 |
| CAROL E. MOMJIAN, ESQUIRE | SENIOR DEPUTY ATTORNEY GENERAL OFFICE OF ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| CHARLES M. OBERLY, III, ESQUIRE | YONATAN GELBLUM, ESQUIRE U.S. DEPARTMENT OF JUSTICE BEN FRANKLIN STATION, P.O. BOX 227 WASHINGTON DC 20044 |
| CHARLES S. BERGEN, ESQUIRE | GRIPPO & ELDEN LLC 111 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| CHRISTOPHER D. LOIZIDES, ESQUIRE | LOIZIDES, P.A. 1225 KING STREET, SUITE 800 WILMINGTON DE 19801 |
| CHRISTOPHER S. CHOW, ESQUIRE | LESLIE C. HEILMAN, ESQUIRE BALLARD SPAHR LLP 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| COLM F. CONNOLLY, ESQUIRE | MORGAN, LEWIS & BOCKIUS LLP THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 501 WILMINGTON DE 19801 |
| DANIEL FEINBERG, ESQUIRE | TODD JACKSON, ESQUIRE ANGELICA K. JONGCO, ESQUIRE NINA WASOW, ESQUIRE LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. 476 9TH STREET OAKLAND CA 94607 |
| DANIEL H. GOLDEN, ESQUIRE | DAVID M. ZENSKY, ESQUIRE ABID QURESHI, ESQUIRE DEBORAH J. NEWMAN, ESQUIRE AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| DANIEL K. HOGAN, ESQUIRE | THE HOGAN FIRM 1311 DELAWARE AVENUE WILMINGTON DE 19806 |
| DAVID ADLER, ESQUIRE | MCCARTER & ENGLISH, LLP 245 PARK AVENUE, 27TH FLOOR NEW YORK NY 10167 |
| DAVID J. BRADFORD, ESQUIRE | CATHERINE L. STEEGE, ESQUIRE ANDREW W. VAIL, ESQUIRE JENNER & BLOCK LLP 353 N. CLARK ST. CHICAGO IL 60654 |
| DAVID M. KLAUDER, ESQUIRE | OFFICE OF THE UNITED STATES TRUSTEE J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| DAVID S. ROSNER, ESQUIRE | ANDREW K. GLENN, ESQUIRE SHERON KORPUS, ESQUIRE KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK NY 10019 |
| DAVID W CARICKHOFF, ESQUIRE | BLANK ROME LLP 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| DEBORAH MILLER, ESQUIRE | JEFFREY ROSS, ESQUIRE ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD CITY CA 94065 |
| ELLEN M. MAHAN, DEPUTY CHIEF | THOMAS P. CARROLL, SENIOR ATTORNEY ENVIRONMENTAL ENFORCEMENT SECTION ENVIRONMENT AND NATURAL RESOURCES DIVISION U.S. DEPARTMENT OF JUSTICE P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| ERIC LOPEZ SCHNABEL, ESQUIRE | ROBERT W. MALLARD, ESQUIRE DORSEY & WHITNEY (DELAWARE) LLP 300 DELAWARE AVENUE, SUITE 1010 WILMINGTON DE 19801 |
| FRANCES GECKER, ESQUIRE | JOSEPH D. FRANK, ESQUIRE REED HEILIGMAN, ESQUIRE FRANK/GECKER LLP 325 NORTH LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| FRANCIS A. MONACO, JR., ESQUIRE | THOMAS M. HORAN, ESQUIRE WOMBLE CARLYLE SANDRIDGE & RICE PLLC 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| FRANK F. MCGINN, ESQUIRE | BARTLETT HACKETT & FEINBERG, PC 155 FEDERAL STREET, 9TH FLOOR BOSTON MA 02110 |
| FREDERICK B. ROSNER, ESQUIRE | SCOTT J. LEONHARDT, ESQUIRE THE ROSNER LAW GROUP LLC 824 MARKET STREET, SUITE 810 WILMINGTON DE 19801 |
| GARVAN F. MCDANIEL, ESQUIRE | BIFFERATO GENTILOTTI LLC 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| GREGG M. GALARDI, ESQUIRE | IAN S. FREDERICKS, ESQUIRE SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE RODNEY SQUARE P.O. BOX 636 WILMINGTON DE 19899-0636 |
| IAN CONNOR BIFFERATO, ESQUIRE | THOMAS F. DRISCOLL, III, ESQUIRE KEVIN G. COLLINS, ESQUIRE J. ZACHARY HAUPT, ESQUIRE BIFFERATO LLC 800 N. KING STREET, FIRST FLOOR WILMINGTON DE 19801 |
| ILLINOIS ATTORNEY GENERAL | JAMES D. NEWBOLD, ASSISTANT AG REVENUE LITIGATION BUREAU 100 W. RANDOLPH STREET CHICAGO IL 60601 |
| ISAAC M. PACHULSKI, ESQUIRE | STUTMAN TREISTER & GLATT 1901 AVENUE OF THE STARS, #1200 LOS ANGELES CA 90067 |
| JAMES E. HUGGETT, ESQUIRE | MARGOLIS EDELSTEIN 750 SHIPYARD DRIVE, SUITE 102 WILMINGTON DE 19801 |
| JEFFREY C. WISLER, ESQUIRE | MARC J. PHILLIPS, ESQUIRE CONNOLLY BOVE LODGE & HUTZ LLP THE NEMOURS BUILDING |

| Claim Name | Address Information |
|---|---|
| JEFFREY C. WISLER, ESQUIRE | 1007 N. ORANGE STREET P.O. BOX 2207 WILMINGTON DE 19899 |
| JEFFREY M. SCHLERF, ESQUIRE | JOHN H. STROCK, ESQUIRE FOX ROTHSCHILD LLP CITIZENS BANK CENTER 919 NORTH MARKET STREET, SUITE 1600 WILMINGTON DE 19801 |
| JEFFREY N. RICH, ESQUIRE | K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| JOAN E. GESTRIN, | CHICAGO REGIONAL SOLICITOR CHRISTINE Z. HERI, ESQUIRE UNITED STATES DEPT OF LABOR OFFICE OF THE SOLICITOR 230 SOUTH DEARBORN, ROOM 844 CHICAGO IL 60604 |
| JOHN H. ASPELIN | 220 MONTGOMERY ST., SUITE 1009 SAN FRANCISCO CA 94104 |
| JOHN P. SIEGER, ESQUIRE | KATTEN MUCHIN ROSENMAN LLP 525 WEST MONROE STREET CHICAGO IL 60661-3693 |
| JOHN R. MCCAMBRIDGE, ESQUIRE | GEORGE R. DOUGHERTY, ESQUIRE MICHAEL W. KAZAN, ESQUIRE GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| JOHN V. FIORELLA, ESQUIRE | CHARLES J. BROWN, III, ESQUIRE ARCHER & GREINER, P.C. 300 DELAWARE AVENUE, SUITE 1370 WILMINGTON DE 19801 |
| JONATHAN P. GUY, ESQUIRE | ORRICK HERRINGTON & SUTCLIFFE LLP 1152 15TH STREET, NW WASHINGTON DC 20005-1706 |
| JOSEPH W. COTCHETT, ESQUIRE | PHILIP L. GREGORY, ESQUIRE COTCHETT, PITRE & MCCARTHY SAN FRANCISCO AIRPORT OFFICE CENTER 840 MALCOLM ROAD, SUITE 200 BURLINGAME CA 94010 |
| JUSTIN R. ALBERTO, ESQUIRE | BAYARD, P.A. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| KATHERINE A. CONSTANTINE, ESQUIRE | STEVEN D. BELL, ESQUIRE PAMELA FOOHEY, ESQUIRE DORSEY & WHITNEY LLP 50 SOUTH SIXTH STREET, SUITE 1500 MINNEAPOLIS MN 55402 |
| KATHERINE L. MAYER, ESQUIRE | MCCARTER & ENGLISH, LLP RENAISSANCE CENTRE 405 N. MARKET ST., 8TH FLOOR WILMINGTON DE 19801 |
| KATHLEEN M. MILLER, ESQUIRE | SMITH, KATZENSTEIN & JENKINS LLP THE CORPORATE PLAZA 800 DELAWARE AVENUE, SUITE 1000 WILMINGTON DE 19899 |
| M. PATRICIA SMITH, SOLICITOR OF LABOR | TIMOTHY D. HAUSER, ASSOC. SOLICITOR OF LABOR, MICHAEL SCHLOSS, ESQUIRE LEONARD H. GERSON, ESQUIRE ELIZABETH S. GOLDBERG, ESQUIRE PLAN BENEFITS SECURITY DIVISION,OFFICE OF THE SOLICITOR,U.S. DEPT OF LABOR, P.O. BOX 1914 WASHINGTON DC 20013 |
| MARGARET N. REED, ESQUIRE | WENDY M. SIMKULAK, ESQUIRE DUANE MORRIS LLP 30 SOUTH 17TH STREET PHILADELPHIA PA 19103-4196 |
| MARK E. FELGER, ESQUIRE | COZEN O'CONNOR 1201 N. MARKET STREET, SUITE 1400 WILMINGTON DE 19801 |
| MATTHEW F. KYE, ESQUIRE | MAGNOZZI & KYE, LLP ONE EXPRESSWAY PLAZA ROSLYN HEIGHTS NY 11577 |
| MEREDITH S. SENTER, JR., ESQUIRE | SALLY A. BUCKMAN, ESQUIRE LERMAN SENTER, PLLC 2000 K STREET NW, SUITE 6000 WASHINGTON DC 20006 |
| MICHAEL DOCKTERMAN, ESQUIRE | JONATHAN YOUNG, ESQUIRE PATRICK FRYE, ESQUIRE WILDMAN, HARROLD, ALLEN & DIXON LLP 225 WEST WACKER DRIVE, SUITE 3000 CHICAGO IL 60606-1229 |
| MICHAEL T. HANNAFAN, ESQUIRE | BLAKE T. HANNAFAN, ESQUIRE HANNAFAN & HANNAFAN, LTD. ONE EAST WACKER DRIVE, SUITE 2800 CHICAGO IL 60601 |
| MISSOURI DEPARTMENT OF REVENUE | SUSAN L. LISSANT, ASSISTANT AG 301 W. HIGH STREET, ROOM 670 PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MR. KEVIN MILLEN | 1704 LANIER LANE MEMPHIS TN 38117 |
| MS. JOANNA CANZONERI MCCORMICK | 342 NORTH ATLANTIC BOULEVARD ALHAMBRA CA 91801 |
| NEW YORK STATE DEPARTMENT OF | TAXATION AND FINANCE NORMAN P. FIVEL, ASSISTANT AG LITIGATION BUREAU THE CAPITOL ALBANY NY 12224 |
| PAUL N. SILVERSTEIN, ESQUIRE | JEREMY B. RECKMEYER, ESQUIRE ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| PHILIP V. MARTINO, ESQUIRE | QUARLES & BRADY LLP 101 EAST KENNEDY BOULEVARD, SUITE 3400 TAMPA FL 33602 |
| RICHARD A. SALDINGER, ESQUIRE | ALLEN J. GUON, ESQUIRE KIMBERLY BACHER, ESQUIRE SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC 321 N. CLARK ST., SUITE 800 CHICAGO IL 60610 |
| RICHARD M. BECK, ESQUIRE | SALLY E. VEGHTE, ESQUIRE KLEHR HARRISON HARVEY BRANZBURG LLP 919 MARKET STREET, SUITE 1000 WILMINGTON DE 19801 |
| RICHARD W. RILEY, ESQUIRE | SOMMER L. ROSS, ESQUIRE DUANE MORRIS LLP 222 DELAWARE AVENUE, SUITE 1600 WILMINGTON DE 19801-1659 |
| ROBERT J. STARK, ESQUIRE | MARTIN S. SIEGEL, ESQUIRE GORDON Z. NOVOD, ESQUIRE KATHERINE S. BROMBERG, |

| Claim Name | Address Information |
|---|---|
| ROBERT J. STARK, ESQUIRE | ESQUIRE BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| SHAWN M. CHRISTIANSON, ESQUIRE | BUCHALTER NEMER, PC 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO CA 94105-2126 |
| STEVEN A. BECKELMAN, ESQUIRE | MCCARTER & ENGLISH, LLP FOUR GATEWAY CENTER 100 MULBERRY STREET NEWARK NJ 07102 |
| THOMAS R. MEITES, ESQUIRE | MICHAEL M. MULDER, ESQUIRE PAUL W. MOLLICA, ESQUIRE MEITES, MULDER, MOLLICA & GLINK 20 S. CLARK STREET, SUITE 1500 CHICAGO IL 60603 |
| WILLIAM D. SULLIVAN, ESQUIRE | ELIHU E. ALLINSON, III, ESQUIRE SULLIVAN HAZELTINE ALLINSON LLC 901 NORTH MARKET ST., SUITE 1300 WILMINGTON DE 19801 |
| WILLIAM P. BOWDEN, ESQUIRE | AMANDA M. WINFREE, ESQUIRE KAREN B. SKOMORUCHA, ESQUIRE ASHBY & GEDDES, P.A. 500 DELAWARE AVENUE, 8TH FLOOR PO BOX 1150 WILMINGTON DE 19899 |

**Total Creditor count  66**

**EXHIBIT B**

# TRIBUNE COMPANY
## EMAIL MASTER SERVICE LIST

aconway@taubman.com
adeglomi@harris.com
adoshi@magnozzikye.com
agaribian@stradley.com
ahammer@freebornpeters.com
deggert@freebornpeters.com
ahiller@phw-law.com
alipkin@willkie.com
ams@saccullolegal.com
kovach@saccullolegal.com
amuscovitz@dsfadvisors.com
anderson.frank@pbgc.gov
efile@pbgc.gov
andrew.goldman@wilmerhale.com
asalpeter@dl.com
tnohos@dl.com
asteinberg@kslaw.com
sdavidson@kslaw.com
bbutwin@omm.com
dcantor@omm.com
dshamah@omm.com
bceccotti@cwsny.com
bhshide@us.ibm.com
bmd@gsrnh.com
bmehlsack@gkllaw.com
btrust@mayerbrown.com
fhyman@mayerbrown.com
jatamian@mayerbrown.com
carickhoff@blankrome.com
cbblac@acxiom.com
cbifferato@bifferato.com
kcollins@bifferato.com
cconnolly@morganlewis.com
cdavidow@paulweiss.com
charles.jackson@morganlewis.com
tbecker@morganlewis.com
charles.smith@klgates.com
chowc@ballardspahr.com
maydt@ballardspahr.com
ckeller@labaton.com
mstocker@labaton.com
claims@recoverycorp.com
cmcmanus@muchshelist.com
cmomjian@attorneygeneral.gov
cmomjian@attorneygeneral.gov
collins@rlf.com
cowan@ask-attorneys.com
csbott@abato.com besders@abato.com
csimon@crosslaw.com
cward@polsinelli.com
skatona@polsinelli.com

dadler@mccarter.com
dallas.bankruptcy@publicans.com
dave@bhdrl.com
david.klauder@usdoj.gov
david.powlen@btlaw.com
dbradford@jenner.com c
steege@jenner.com
avail@jenner.com
deecf@dor.mo.gov
dfeinberg@lewisfeinberg.com
ajongco@lewisfeinberg.com
nwasow@lewisfeinberg.com
dgolden@akingump.com
pdublin@akingump.com
dgonzales@wsh-law.com
dneier@winston.com
don@fgd-law.com
dplon@sirlinlaw.com
dreimann@reimannlawgroup.com
drosner@kasowitz.com
aglenn@kasowitz.com
efriedman@fklaw.com
wweintraub@fklaw.com
ejones@omm.com
elaine_cole@tax.state.ny.us
ellen.slights@usdoj.gov
emseid@mstpartners.com
eobrien@sbchlaw.com
etredinnick@greeneradovsky.com
evan.flaschen@bgllp.com
daniel.connolly@bgllp.com
andrew.schoulder@bgllp.com
ffm@bostonbusinesslaw.com
fred.fellmeth@vitecgroup.com
garlandk@gtlaw.com
gbush@zuckerman.com
gerson.leonard@dol.gov
gmcdaniel@bglawde.com
grmesires@uhlaw.com
heri.christine@dol.gov
hkaplan@arkin-law.com
ddavidian@arkin-law.com
houston_bankruptcy@publicans.com
hseife@chadbourne.com
dlemay@chadbourne.com
ddeutsch@chadbourne.comh
ikallick@manatt.com
ihernandez@manatt.com
ira.greene@hoganlovells.com
scott.golden@hoganlovells.com
j.theil@smmj.com

# TRIBUNE COMPANY
## EMAIL MASTER SERVICE LIST

jalberto@bayardlaw.com
jberlage@ghsllp.com
jconlan@sidley.com
bkrakauer@sidley.com
jcp@pgslaw.com
jcriswell@tsmp.com
jdt@jdthompsonlaw.com
jfiorella@archerlaw.com
jfrank@fgllp.com
jfriedman@jbflawfirm.com
jfungaroli@capitalsource.com
jgrey@crosslaw.com
jhuggett@margolisedelstein.com
jlosardo@bbwg.com
jmclaughlin@ciardilaw.com
jnimeroff@bsnlawyers.com
jodie.buchman@dlapiper.com
jodie.rea@fox.com
john.sieger@kattenlaw.com
 avesselinovitch@kattenlaw.com
daniel.polatsek@kattenlaw.com
joshua.gadharf@kattenlaw.com
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
jsdlaw@msn.com
jsherwood@lowenstein.com
ilevee@lowenstein.com
jshickich@riddellwilliams.com
mmilano@riddellwilliams.com
jteitelbaum@tblawllp.com
jwhite@blakeleyllp.com
kdwbankruptcydepartment@kelleydrye.com
kelkins@elkinskalt.com
ken.higman@hp.com
khill@svglaw.com
kklee@ktbslaw.com
klantry@sidley.com
kmayer@mccarter.com
kmiller@ecjlaw.com
kstickles@coleschotz.com
npernick@coleschotz.com
landis@lrclaw.com
mcguire@lrclaw.com
lawrence.gelber@srz.com
lbogdanoff@ktbslaw.com
mbarash@ktbslaw.com
leslie@lesliecohenlaw.com
linda.boyle@twtelecom.com
ljkotler@duanemorris.com
ljones@pszjlaw.com
tcairns@pszjlaw.com

loizides@loizides.com
mamato@rmfpc.com
mamato@rmfpc.com
mark.nitikman@c2d2law.com
matthew.troy@usdoj.gov
maureen.mcgreevey@sungard.com
mblumenthal@crowell.com
mbraza@foley.com
melorod@gtlaw.com
mfelger@cozen.com
michael.blumenthal@tklaw.com
michelle.mcmahon@bryancave.com
mlastowski@duanemorris.com
slross@duanemorris.com
mminuti@saul.com
monica.weed@navigantconsulting.com
mprimoff@kayescholer.com
msmall@foley.com
mth@hannafanlaw.com
bth@hannafanlaw.com
jam@hannafanlaw.com
myurkewicz@klehr.com
mzelmanovitz@morganlewis.com
rmauceri@morganlewis.com
mzohn@proskauer.com
nmonhait@rmgglaw.com
pgregory@cpmlegal.com
philip.martino@quarles.com
prubin@herrick.com
sselbst@herrick.com
psmoots@mcguirewoods.com
pcatanese@mcguirewoods.com
pwebster@buchalter.com
ra-li-ucts-bankhbg@state.pa.us
ramona.neal@hp.com
rbrady@ycst.com
mbcleary@ycst.com
rhanley@nolanplumhoff.com
rkbgwhw@aol.com
rmauceri@morganlewis.com
rmersky@monlaw.com
romero@mromerolawfirm.com
rosner@teamrosner.com
rpaul@zwerdling.com
rstark@brownrudnick.com
gnovod@brownrudnick.com
rsteinberg@ciardilaw.com
rtucker@simon.com
rweinstein@cusa.canon.com
rwriley@duanemorris.com
slross@duanemorris.com

# TRIBUNE COMPANY
## EMAIL MASTER SERVICE LIST

rxza@elliottgreenleaf.com
jms@elliottgreenleaf.com
schloss.michael@dol.gov
schristianson@buchalter.com
sfallon@trplaw.com
sfriedberg@theseaportgroup.com
skaufman@coochtaylor.com
sshimshak@paulweiss.com
agordon@paulweiss.com
dbrown@paulweiss.com
lshumejda@paulweiss.com
strattond@pepperlaw.com
raportl@pepperlaw.com
strattond@pepperlaw.com
schannej@pepperlaw.com
stuart.brown@dlapiper.com
craig.martin@dlapiper.com
michelle.marino@dlapiper.com
taskounis@askounisdarcy.com
tlauria@whitecase.com
guzzi@whitecase.com
 sgreissman@whitecase.com
tmhoepker@yahoo.com
tribuneco.routing@dpw.com
trmeites@mmmglaw.com
mmmulder@mmmglaw.com
tscobb@vorys.com
tscobb@vssp.com
vcappucci@entwistle-law.com
vguldi@zuckerman.com
waldmeird@michigan.gov
wayne.smith@warnerbros.com
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
wbowden@ashby-geddes.com
kskomorucha@ashby-geddes.com
whazeltine@sha-llc.com
whazeltine@sha-llc.com
william.barrett@bfkn.com
ray.rezner@bfkn.com
roger.stetson@bfkn.com
wmk@elliottgreenleaf.com
yonatan.gelblum@usdoj.gov

# TRIBUNE COMPANY
## PLAN OBJECTOR EMAIL LIST

aglenn@kasowitz.com
aguon@shawgussis.com
ams@saccullolegal.com
asalpeter@dl.com
avail@jenner.com
awinfree@ashby-geddes.com
baej@gtlaw.com
bell.steve@dorsey.com
bloblue@hotmail.com
blonde212@hotmail.com
bsullivan@sha-llc.com
bth@hannafanlaw.com
carickhoff@blankrome.com
cbergen@grippoelden.com
cbifferato@bifferato.com
cbrown@archerlaw.com
cconnolly@morganlewis.com
chowc@ballardspahr.com
cmomjian@attorneygeneral.gov
constantine.katherine@dorsey.com
csteege@jenner.com
dadler@mccarter.com
david.klauder@usdoj.gov
dbradford@jenner.com
deborah.miller@oracle.com
deecf@dor.mo.gov
dfeinberg@lewisfeinberg.com
dgolden@akingump.com
dkhogan@dkhogan.com
dockterman@wildman.com
drosner@kasowitz.com
dsaval@brownrudnick.com
ffm@bostonbusinesslaw.com
fgecker@fgllp.com
fmonaco@wcsr.com
foohey.pamela@dorsey.com
frye@wildman.com
gdougherty@grippoelden.com
gerson.leonard@dol.gov
gmcdaniel@bglawde.com
goldberg.elizabeth@dol.gov
gregg.galardi@skadden.com
hauser.timothy@dol.gov
heilmanl@ballardspahr.com
heri.christine@dol.gov
ian.fredericks@skadden.com
ipachulski@stutman.com
jalberto@bayardlaw.com
jam@hannafanlaw.com
james.newbold@illinois.gov
jaspelin@aspelinbridgman.com

jeff.rich@klgates.com
jeremyreckmeyer@andrewskurth.com
jfiorella@archerlaw.com
jfrank@fgllp.com
jguy@orrick.com
jhuggett@margolisedelstein.com
jmccambridge@grippoelden.com
john.sieger@kattenlaw.com
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
jwisler@cblh.com
kbacher@shawgussis.com
kbromberg@brownrudnick.com
kcollins@bifferato.com
kmayer@mccarter.com
kmiller@skfdelaware.com
kovach@saccullolegal.com
kskomorucha@ashby-geddes.com
ksm_1973@yahoo.com
leonhardt@teamrosner.com
loizides@loizides.com
mallard.robert@dorsey.com
mfelger@cozen.com
mitchelln@gtlaw.com
mkazan@grippoelden.com
mkye@magnozzikye.com
mmmulder@mmmglaw.com
mphillips@cblh.com
mreed@duanemorris.com
msenter@lermansenter.com
msiegel@brownrudnick.com
mth@hannafanlaw.com
norman.fivel@ag.ny.gov
paulsilverstein@andrewskurth.com
pdublin@akingump.com
pgregory@cpmlegal.com
philip.martino@quarles.com
pomalley@cpmlegal.com
rbeck@klehr.com
rheiligman@fgllp.com
rosner@teamrosner.com
rsaldinger@shawgussis.com
rstark@brownrudnick.com
rwriley@duanemorris.com
sbeckelman@mccarter.com
sbuckman@lermansenter.com
schloss.michael@dol.gov
schloss.michael@dol.gov
schnabel.eric@dorsey.com
schristianson@buchalter.com
slross@duanemorris.com

# TRIBUNE COMPANY
PLAN OBJECTOR EMAIL LIST

tdriscoll@bifferato.com
thomas.carroll@usdoj.gov
thoran@wcsr.com
ticollg@gtlaw.com
tjackson@lewisfeinberg.com
tnohos@dl.com
trmeites@mmmglaw.com
wbowden@ashby-geddes.com
wmsimkulak@duanemorris.com
yonatan.gelblum@usdoj.gov
young@wildman.com
zallinson@sha-llc.com
zhaupt@bifferato.com
zirinskyb@gtlaw.com