# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered |

## NOTICE OF FILING COMPLAINT IN ADVISOR CLAIMS ADVERSARY PROCEEDING

On March 22, 2012, the Court issued an order severing certain claims (the "Advisor Claims") against Citigroup Global Markets, Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated (together, the "Advisors") from *Official Committee of Unsecured Creditors v. JPMorgan Chase Bank, N.A., et al.*, Adv. Proc. 10-53963 (KJC) [Adv. Proc. D.I. 1236] (the "Advisor Claims Order"). Pursuant to the Advisor Claims Order, the Official Committee of Unsecured Creditors of Tribune Company, et al. (the "Committee") hereby submits the complaint in the separate adversary proceeding created by the Advisor Claims Order (the "Advisor Claims Action"). That complaint with all exhibits is attached as Attachment A hereto.

Consistent with the Advisor Claims Order, the complaint retains the Advisor Claims in the form in which they were pleaded in the *JPMorgan Chase* adversary proceeding. The Committee has deleted extraneous allegations and counts from the complaint in *JPMorgan Chase*, and has adapted the text of the pleading only as necessary to reflect the fact that the Advisors are the only defendants in the Advisor Claims Action. A blackline comparing the Advisor Claims complaint to the current version of the amended complaint in *JPMorgan Chase* is attached as Attachment B.

As previously indicated to the Court, the Committee intends shortly to file a notice with the Judicial Panel on Multidistrict Litigation that the Advisor Claims Action is a potential tag-along action to MDL No. 2296, the MDL proceeding relating to Tribune currently pending in the Southern District of New York.

Dated: April 2, 2012  
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Adam G. Landis

Adam G. Landis (No. 3407)  
Daniel B. Rath (No. 3022)  
Richard S. Cobb (No. 3157)  
James S. Green, Jr. (No. 4406)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile:  (302) 467-4450

- and -

Graeme W. Bush  
James Sottile  
Andrew N. Goldfarb  
**ZUCKERMAN SPAEDER LLP**  
1800 M Street, NW, Suite 1000  
Washington, DC  20036  
Telephone: (202) 778-1800  
Facsimile:  (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*