IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| TRIBUNE COMPANY, *et al.*, : | Case No. 08-13141 (KJC) |
| : | |
| : | (Jointly Administered) |
| Debtors. : | Objection Date: April 23, 2012 at 4:00 p.m. |
| : | Hearing Date: TBD |
| : | Related to Docket Nos. 10843, 11270 and 11272 |

**THIRTEENTH INTERIM FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012**

| | |
|---|---|
| Name of Applicant: | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. |
| Authorized to Provide Professional Services to: | Tribune Company, *et al.* |
| Date of Retention: | February 3, 2009 *nunc pro tunc* to December 8, 2008 |
| Period for which Compensation and Reimbursement is sought: | December 1, 2011 through February 29, 2012 |
| Total Amount of Compensation sought as actual, reasonable and necessary for applicable period: | $274,498.50 |
| Total Amount of Expense Reimbursement sought as actual, reasonable and necessary for applicable period: | $3,012.28 |
| Total Amount of Compensation Paid as actual, reasonable and necessary for applicable period: | $65,544.40* |
| Total Amount of Expense Reimbursement Paid as actual, reasonable and necessary for applicable period: | $1,209.43* |
| Total Amount of Holdback Fees Sought for applicable period ** | $54,899.70 (includes 20% holdback attributable to thirty-sixth, thirty-seventh and thirty-eighth fee applications) |

\*        If no objections are received by April 19, 2012 to the thirty-seventh monthly fee application, Cole, Schotz, Meisel, Forman & Leonard, P.A. anticipates receipt of $79,058.80 in fees and $952.40 in expenses in connection with the thirty-seventh monthly fee application. If no objections are received by April 19, 2012 to the thirty-eighth monthly fee application, Cole, Schotz, Meisel, Forman & Leonard, P.A. anticipates receipt of $74,995.60 in fees and $850.45 in expenses in connection with the thirty- eighth monthly fee application.

\*\*     Applicant seeks allowance of the 20% holdback for the thirty-sixth, thirty-seventh and thirty-eighth monthly fee applications.

46429/0001-8432696v1

## TRIBUNE COMPANY, *et al.*

## SUMMARY OF BILLING BY PROFESSIONAL
## DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012

| Name of Professional | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Norman L. Pernick | 1985 | Member (since 2008) | $750.00 | 45.1 | $33,825.00 |
| J. Kate Stickles | 1990 | Member (since 2008) | $595.00 | 307.4 | $182,903.00 |
| Patrick J. Reilley | 2003 | Member (since 2011) | $410.00 | 15.9 | $6,519.00 |
| Therese A. Scheuer | 2011 | Associate (since 2011) | $285.00 | 8.9 | $2,536.50 |
| Grant L. Cartwright | 2008 | Associate (since 2011) | $280.00 | 9.2 | $2,576.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal (since 2008) | $230.00 | 191.9 | $44,137.00 |
| Kimberly A. Karstetter | N/A | Paralegal (since 2008) | $190.00 | 4.5 | $855.00 |
| Kerri L. LaBrada | N/A | Paralegal (since 2010) | $185.00 | 6.2 | $1,147.00 |
| TOTALS | | | | 589.10 | $274,498.50 |

**Blended Rate: $465.97**

---

[1]    This rate is Cole, Schotz, Meisel, Forman & Leonard, P.A.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole, Schotz, Meisel, Forman & Leonard, P.A. on a periodic basis (the last such adjustment occurred on September 1, 2011).

46429/0001-8432696v1

# TRIBUNE COMPANY, *et al.*

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Automatic Stay Matters/Litigation | 5.2 | $2,761.50 |
| Case Administration | 28.5 | $11,768.50 |
| Cash Collateral & DIP Financing | 3.9 | $1,846.00 |
| Claims Analysis, Administration and Objections | 40.4 | $19,831.50 |
| Creditor Inquiries | 1.8 | $883.00 |
| Disclosure Statement/Voting Issues | 3.3 | $1,812.00 |
| Fee Application Matters/Objections | 172.8 | $64,884.50 |
| Intellectual Property and Licenses | 6.0 | $2,548.00 |
| Litigation/General (Except Automatic Stay Relief) | 41.5 | $23,072.00 |
| Preference and Avoidance Actions | 15.5 | $6,952.00 |
| Preparation for and Attendance at Hearings | 114.7 | $56,095.50 |
| Reorganization Plan | 140.0 | $75,930.00 |
| Reports; Statements and Schedules | 3.7 | $1,638.00 |
| Retention Matters | 11.7 | $4,416.50 |
| Vendor Matters | 0.1 | $59.50 |
| **TOTAL** | **589.10** | **$274,498.50** |

## TRIBUNE COMPANY, *et al.*

## EXPENSE SUMMARY
## DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (9,288 pages @ $.10/page) | | $928.80 |
| Telephone | | $57.81 |
| Postage | | $78.85 |
| Filing Fees (*Pro Hac Vice* Motion and Electronic Filing/Service Fee) | U.S. District Court; Parcels, Inc. | $90.00 |
| Document Retrieval / Court Documents | PACER Service Center; Reed Elsevier, Inc. | $242.38 |
| Overtime | Staff/Secretarial | $384.16 |
| Travel Expenses (Working Meals, Transportation) | Manhattan Bagel; Purebread; Dave's Limo | $586.49 |
| Transcripts | Diaz Data Services | $357.30 |
| Messenger Service | Parcels, Inc. | $251.00 |
| Overnight Delivery | Federal Express | $35.49 |
| **TOTAL** | | **$3,012.28** |

46429/0001-8432696v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered)<br>**Objection Date: April 23, 2012 at 4:00 p.m.**<br>**Hearing Date: TBD**<br>**Related to Docket Nos. 10843, 11270 and 11272** |

**THIRTEENTH INTERIM FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
INTERIM PERIOD FROM DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012**

Cole, Schotz, Meisel, Forman & Leonard, P.A. (the "Applicant"), co-counsel to the Debtors in the above-captioned chapter 11 cases, hereby submits its thirteenth interim fee application (the "Interim Fee Application") for allowance of compensation and reimbursement of expenses for the interim period from December 1, 2011 through February 29, 2012, and respectfully represents as follows:

## INTRODUCTION

1. On December 8, 2008 (the "Petition Date"), Tribune Company and certain of its subsidiaries each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. An additional Debtor, Tribune CNLBC, LLC[1], filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009. In all, the Debtors comprise 111 entities. The Debtors' chapter 11 cases have been consolidated for procedural purposes only by applicable orders of the Bankruptcy Court.

2. On or about December 18, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1).

---

[1] Tribune CNLBC, LLC was formerly known as Chicago National League Ball Club, LLC.

46429/0001-8432696v1

3. On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

4. On February 3, 2009, this Court authorized the Debtors to retain Applicant, *nunc pro tunc* to December 8, 2008, to serve as co-counsel to the Debtors in these cases.

5. On January 15, 2009, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (the "Fee Order"), and on March 19, 2009, this Court entered an Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (the "Fee Examiner Order"). Pursuant to the Fee Order and section 331 of the Bankruptcy Code, Applicant makes this Application for interim allowance of compensation for professional services rendered and for reimbursement of expenses necessarily incurred by Applicant in serving as co-counsel to the Debtors. Specifically, Applicant seeks interim approval and allowance of compensation in the amount of $274,498.50 for professional services rendered, and reimbursement of actual and necessary expenses incurred in the amount of $3,012.28, during the interim period from December 1, 2011 through February 29, 2012, as detailed in the chart below.

| Application Docket No. Date Filed | CONO Date Filed Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses (100%) | Fee Holdback (20%) |
|---|---|---|---|---|---|---|---|
| Thirty-Sixth Monthly D.I. 10843 Filed: 2/3/12 | 2/27/12 D.I. 11019 | 12/1/11 – 12/31/11 | $81,930.50 | $1,209.43 | $65,544.40 | $1,209.43 | $16,386.10 |
| Thirty-Seventh Monthly D.I. 11270 Filed: 3/30/12 | Obj. due 4/19/12 | 1/1/12 - 1/31/12 | $98,823.50 | $952.40 | *pending* | *pending* | $19,764.70 |
| Thirty-Eighth Monthly D.I. 11272 Filed: 3/30/12 | Obj. due 4/19/12 | 2/1/12 – 2/29/12 | $93,744.50 | $850.45 | *pending* | *pending* | $18,748.90 |
| **Totals** | | | $274,498.50 | $3,012.28 | $65,544.40 | $1,209.43 | $54,899.70 |

2

6.  Notice of this Interim Fee Application has been provided in accordance with the Fee Order and Fee Examiner Order to: (i) the Office of the United States Trustee; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent; (iii) counsel to the Administrative Agent for the Prepetition Lenders, JPMorgan Chase Bank, N.A.; (iv) the Debtors; (v) counsel to the Committee; (vi) the Fee Auditor; and (vii) all parties in interest required to receive notice pursuant to Fed. R. Bankr. P. 2002. Applicant submits that no other or further notice need be provided.

WHEREFORE, Cole, Schotz, Meisel, Forman & Leonard, P.A. respectfully requests that the Court enter an Order: (i) granting the Application and authorizing interim allowance of compensation in the amount of $274,498.50 for professional services rendered and $3,012.28 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts, including the 20% holdback of fees as provided for in the Fee Order; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: April 3, 2012

                **COLE, SCHOTZ, MEISEL,**
                **FORMAN & LEONARD, P.A.**

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

3