## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,[1]

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

**Objection Deadline: April 23, 2012**

## THIRTY-SECOND MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COMPENSATION AND TAX ADVISORS AND INDEPENDENT AUDITORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JANUARY 1, 2012 THROUGH FEBRUARY 29, 2012

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NMInc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| Name of Applicant: | PricewaterhouseCoopers LLP ("PwC") |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective December 8, 2008 by Order Entered March 3, 2009 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2012 through February 29, 2012[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $272,733.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $756.97 |

This is a:      X  monthly  __  interim

Total time expended for fee application preparation is approximately 48.80 hours and the corresponding compensation requested is approximately $19,520.00.

## SUMMARY OF PREVIOUSLY FILED FEE APPLICATIONS

This is the Thirty-Second Monthly Fee Application filed by PwC.  PwC has previously issued thirty-one monthly fee invoices to the Debtors for interim payment (which are detailed within the fee application and corresponding appendix)

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|---|
| | | First Quarterly Fee Application December 2008 through February 2009 | $776,078.00 | $15,489.89 | 8/17/2009 [1973] | $774,477.00 | $14,260.11 |
| | | Second Quarterly Fee Application March through May 2009 | $327,208.00 | $2,480.54 | 8/17/2009 [1974] | $322,635.00 | $1,226.13 |
| | | Third Quarterly Fee Application June through August 2009 | $617,876.50 | $3,694.45 | 11/10/2009 [2540] | $615,239.50 | $3,678.45 |
| | | Fourth Quarterly Fee Application September through November 2009 | $376,721.50 | $1,701.50 | 2/8/2010 [3340] | $376,721.50 | $1,701.50 |
| | | Fifth Quarterly Fee Application December 2009 through February 2010 | $974,638.00 | $29,647.29 | 5/10/2010 [4297] | $974,638.00 | $29,549.32 |
| | | Sixth Quarterly Fee Application March through May 2010 | $816,524.00 | $3,140.27 | 10/08/2010 [5306] | $803,079.00 | $2,949.57 |

---

[2] The applicant reserves the right to include any time expended in the period indicated above in future application(s) if it is not included herein.

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|---|
| Seventh Quarterly Fee Application June through August 2010 | | | $581,071.60 | $1,229.76 | 11/15/2010 [6448] | $581,071.60 | $979.76 |
| Eighth Quarterly Fee Application September through November 2010 | | | $758,756.50[3] | $21,149.48 | 1/27/2011 [7649] | Pending | Pending |
| Ninth Quarterly Fee Application December 2010 through February 2011 | | | $455,869.00 | $20,250.59 | 5/5/2011 [8838] | Pending | Pending |
| Tenth Quarterly Fee Application March through May 2011 | | | $429,224.50 | $5,390.77 | 7/22/2011 [9528] | Pending | Pending |
| Eleventh Quarterly Fee Application June through August 2011 | | | $564,981.00 | $1,250.00 | 10/14/2011 [9981] | Pending | Pending |
| Twelfth Quarterly Fee Application October through November 2011 | | | $740,011.00 | $22,883.95 | 01/12/2012 [10599] | Pending | Pending |
| Thirteenth Quarterly Fee Application December 2011 through February 2012 | | | | | | | |
| 31 | 02/09/2012 [10887] | 12/01/2011 12/31/2011 | $269,617.50 | $5,348.11 | 03/02/2012 [11078] | Pending | Pending |
| | | | $7,688,577.10 | $133,656.60 | | $4,447,861.60 | $54,344.84 |

## SUMMARY BY PROJECT

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 2,687.00 | $205,000.00 |
| **Subtotal - Fixed Fee Services** | **2,687.00** | **$205,000.00** |
| **Hourly Services** | | |
| Claims Consulting Services | 6.10 | $3,140.00 |
| Records Management: Phase II | 159.30 | $45,073.50 |
| **Subtotal - Hourly Services** | **165.40** | **$48,213.50** |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 48.80 | $19,520.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **48.80** | **$19,520.00** |
| **Total Hours and Compensation** | **2,901.20** | **$272,733.50** |

[3] Due to a mathematical error identified within the Twelfth Monthly Fee Application related to the 2009 Consolidated Audit fixed fee, PwC is crediting the Debtors in the amount of $18,000.00. Therefore, the total Amount of Compensation Sought as Actual, Reasonable and Necessary in this Eighth Interim Fee Application has been reduced from $776,756.50 to $758,756.50.

## 2011 CONSOLIDATED AUDIT

| Professional | Professional's Position | Hours |
|---|---|---|
| Grant E Hellwarth | Partner | 6.00 |
| James M Maurer | Partner | 5.00 |
| John A Sandmeier | Partner | 2.00 |
| William T England | Partner | 19.00 |
| Christopher J King | Senior Managing Director | 15.50 |
| Betsy J Smith | Director | 25.40 |
| Kim Marie Basco | Director | 6.00 |
| Leo P Gardina | Director | 9.00 |
| Robert Grocock | Director | 1.50 |
| Roger Martin Pearson | Director | 2.00 |
| Thomas H Lewis | Director | 5.50 |
| Simone T Sherlock | Senior Manager | 2.00 |
| Anna V Kamenova | Manager | 7.50 |
| Justin A Spahn | Manager | 270.00 |
| Kazuko Minagawa Prock | Manager | 7.50 |
| Sheri L York | Manager | 111.00 |
| Bhavin Patel | Senior Associate | 347.80 |
| Christopher M McShea | Senior Associate | 15.50 |
| Javier Klus | Senior Associate | 1.00 |
| Jeff T Crawford | Senior Associate | 3.50 |
| Jiesi Song | Senior Associate | 4.50 |
| Karina Portugal | Senior Associate | 0.50 |
| Laura C Truax | Senior Associate | 22.50 |
| Lisa J Gross | Senior Associate | 5.00 |
| Lovelyn P Oribello | Senior Associate | 8.00 |
| Lydia Kuebler | Senior Associate | 54.50 |
| Maria (Eugenia) Elizondo | Senior Associate | 0.50 |
| Agostina Turdo | Associate | 0.50 |
| Albano Feo | Associate | 5.30 |
| Alwyn Kruger | Associate | 0.50 |
| Angela Marie McVey | Associate | 1.00 |
| Bryan Faxel | Associate | 39.00 |
| Caroline Kan-Phan | Associate | 10.20 |
| Elizabeth Worner Haupt | Associate | 80.00 |
| Fernanda Verga | Associate | 0.30 |
| George Theodoris | Associate | 0.60 |
| Hassan M. Niazi | Associate | 1.00 |
| Hsien-Ing DeForest | Associate | 55.00 |
| Justin Beighley | Associate | 107.00 |
| Keith Wilson | Associate | 4.50 |

| Professional | Professional's Position | Hours |
|---|---|---|
| Matthew Gorman | Associate | 1.00 |
| Matthew William Lynch | Associate | 281.50 |
| Melissa Mary Kirby | Associate | 450.20 |
| Michael Christopher Bolzan | Associate | 33.50 |
| Michael Robert Schnell | Associate | 6.80 |
| Ornella A Insaurralde | Associate | 2.80 |
| Soumi Basu | Associate | 0.30 |
| Steven Petras | Associate | 164.00 |
| Thomas Bradley Stutesman | Associate | 433.00 |
| Thomas Daniel Blankenship | Associate | 13.00 |
| William A Sholten | Associate | 24.50 |
| William Riley | Associate | 2.50 |
| Yanelis Diaz | Associate | 8.30 |
| Diane Mathews | Administrative | 2.00 |
| Michael Lawrence Komro | Professional Assistant | 0.50 |
| **Total Hours Incurred during Compensation Period** | | **2,687.00** |
| Total Hours Incurred prior to January 1, 2012 | | 4,099.30 |
| **Total Hours Incurred through February 29, 2012** | | **6,786.30** |

| | |
|---|---|
| **Total Fees – Payments Previously Requested for 2011 Consolidated Audit** | **$1,490,000.00** |
| **Remaining Payments for 2011 Consolidated Audit** | **$0.00** |
| **Total Fixed Fee for 2011 Consolidated Audit** | **$1,695,000.00** |

| | | |
|---|---|---|
| **Requested Payment – 2011 Consolidated Audit** | **2,687.00** | **$205,000.00** |

## SUMMARY BY PROJECT AND PROFESSIONAL

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Ralph D Gilman | Partner | $590 | 1.00 | $590.00 |
| Stephen B Danton | Director | $500 | 5.10 | $2,550.00 |
| **Subtotal – Claims Consulting Services** | | | **6.10** | **$3,140.00** |
| **Records Management: Phase II** | | | | |
| Eric Matrejek | Senior Managing Director | $450 | 3.80 | $1,710.00 |
| George Eric Derk | Director | $350 | 1.50 | $525.00 |
| Julie D Sinor | Director | $350 | 57.50 | $20,125.00 |
| Rudolph Mayer | Manager | $295 | 0.60 | $177.00 |

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| Grace Siang-Zong Hwang | Senior Associate | $235 | 95.90 | $22,536.50 |
| **Subtotal - Records Management: Phase II** | | | **159.30** | **$45,073.50** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 48.80 | $19,520.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **48.80** | **$19,520.00** |
| **Total Hours and Compensation** | | | **214.20** | **$67,733.50** |

## EXPENSE SUMMARY

PwC professionals incurred the following expenditures during this Compensation Period.

| Transaction Type | Total Expenditures |
|---|---|
| **Records Management: Phase II** | |
| Lodging | $566.96 |
| Meals | $162.56 |
| Public/ground transportation | $27.45 |
| **Subtotal - Records Management: Phase II** | **$756.97** |
| **Total Expenditures** | **$756.97** |

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,[1]

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

Objection Deadline: April 23, 2012

## THIRTY-SECOND MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COMPENSATION AND TAX ADVISORS AND INDEPENDENT AUDITORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JANUARY 1, 2012 THROUGH FEBRUARY 29, 2012

PricewaterhouseCoopers LLP ("PwC") hereby submits this Thirty-second Monthly Fee

Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and

Reimbursements of Expenses as Compensation and Tax Advisors and Independent Auditors to

the Debtors and Debtors in Possession for the period January 1, 2012 through February 29, 2012

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

(the "Monthly Fee Application"), pursuant to sections 327, 328, 329, 330 and 331 of title 11 of

the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local

Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "Local Rules"), the Order Establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals and Committee Members

Pursuant to 11 U.S.C. §§ 105(a) and 331 (the "Compensation Order"), and the Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses promulgated by the

Executive Office of the United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A).

By this Monthly Fee Application, PwC, as Compensation and Tax Advisors and

Independent Auditors for the Debtors, seeks interim allowance and payment of compensation for

tax advising and audit services performed and expenses incurred during the period commencing

January 1, 2012 through February 29, 2012 (the "Compensation Period").  In support hereof, PwC

respectfully represents the following:

## BACKGROUND

1.        On December 8, 2008 (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate

their business and manage their properties as debtors in possession pursuant to sections 1107(a)

and 1108 of the Bankruptcy Code.   No Trustee or examiner has been appointed.

2.        On December 26, 2008, the Debtors filed the Application for an Order

Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and

Tax Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. Sections 327(a)

and 1107, Nunc Pro Tunc to the Petition Date (the "Retention Application").

3.        On March 2, 2009, the Supplemental Declaration of William T. England was filed

which provided final engagement letters, pre-petition payment information, as well as additional disclosures.

4.    On March 3, 2009, this Court approved the retention of PwC as compensation and tax advisors and independent auditors to the Debtors by entering the Order Authorizing Debtors To Retain And Employ PricewaterhouseCoopers LLP As Compensation And Tax Advisors And Independent Auditors To The Debtors Nunc Pro Tunc To The Petition Date (the "Retention Order").

5.    On April 10, 2009, PwC filed a Second Supplemental Declaration of William T. England which expanded the scope of services for the Compensation Engagement Letter.

6.    On July 2, 2009, PwC filed a Third Supplemental Declaration of William T. England which expanded the scope of services for the Audit Engagement Letter, as well and expansion of the Audit Engagement Letter for the 2009 financial statement audit.

7.    On February 5, 2010, PwC filed a Fourth Supplemental Declaration of William T. England which expanded the scope of services for the 2008 Audit Engagement Letter as well as expanded the scope of services for PwC to prepare the 2008 forms 5500 (Annual Return/Report of Employee Benefit Plan) and to perform an audit of the Employee Stock Ownership Plan.

8.    On April 30, 2010, PwC filed a Fifth Supplemental Declaration of William T. England which modifies the scope of the retention of PwC to include certain advisory services in connection with the application of Fresh Start Accounting services. These services were approved by the Court on May 14, 2010.

9.    On June 22, 2010, PwC filed a Sixth Supplemental Declaration of William T. England which expanded the scope of services for the 2009 engagement letter and disclosed the new 2010 audit services for the Independent Auditor services.

10.    On December 8, 2010, PwC filed a Seventh Supplemental Declaration of William

T. England which expanded the scope of services for the 2010 Audit Engagement Letter to perform additional incremental services in order to assess the conclusions set forth in the report of Kenneth H. Klee, Examiner, as well as expanded the scope of services to prepare the 2009 Forms 5500 (Annual Return/Report of Employee Benefit Plan) and to perform an audit of the Employee Stock Ownership Plan and Employee Benefit Plan.

11.     On May 13, 2011, PwC filed the Eighth Supplemental Declaration of William T. England which expanded the scope of services for the 2010 Audit Engagement Letter to perform additional incremental services associated with the Television Food Network capital contribution, the transition of certain business processes to Blue Lynx Media, and the DSI, AX/Adit system implementations completed in 2010 as well as expanded the scope of services to perform an integrated audit of the Debtors' consolidated financial statements at December 25, 2011 and for the year then ending and of the effectiveness of the Debtors' internal control over financial reporting as of December 25, 2011.

12.     On October 5, 2011, PwC filed the Ninth Supplemental Declaration of William T. England which expanded the scope of services to perform an audit of the Employee Stock Ownership Plan, for benefits at December 31, 2010 and to prepare the 2010 Forms 5500 and related filings for the 2010 Employee Benefit Plan Filings.

13.     On November 17, 2011, PwC filed the Second Supplemental Application for an Order Modifying the Scope of the Retention of PricewaterhouseCoopers LLP to Include Certain Advisory Services in Connection with Records Management, Payroll Processing, and Operations Management, (the "Supplemental Retention Application").

## RELIEF REQUESTED

14.     On January 15, 2009, this Court entered the Compensation Order.  Pursuant to the procedures set forth in the Compensation Order, professionals may request monthly

compensation and reimbursement, and the Notice Parties (as defined in the Compensation Order)

may object to such requests. If an objection to a professional's request is not filed and served by

the Objection Deadline, the Professional shall file a certificate of no objection with the Court,

after which the Debtors shall be authorized to pay each Professional the Actual Interim Payment

equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the Monthly Fee

Application (the "Maximum Interim Payment") or (ii) 80% of the fees and 100% of the expenses

not subject to an objection.

    a)    PwC has previously issued thirty-one monthly fee invoices to the Debtors for interim payment, thirty of which have also been incorporated into interim fee application submissions. The details for these Monthly Fee Applications are attached as Appendix A.

15.    Furthermore, the Compensation Order provides that professionals are to file and

serve upon notice parties an interim request (a "Quarterly Fee Application Request") for interim

Court approval and allowance of the Monthly Fee Applications during the interim fee period

covered by the Quarterly Fee Application Request:

    a)    On July 23, 2009, PwC submitted its first quarterly fee statement for services and expenditures incurred from December 8, 2008 through February 28, 2009, requesting $776,078.00 in fees and $15,489.89 in expenditures ("First Quarterly Fee Application");

    b)    On July 23, 2009, PwC submitted its second quarterly fee statement for services and expenditures incurred from March 1, 2009 through May 31, 2009, requesting $327,208.00 in fees and $2,480.54 in expenditures ("Second Quarterly Fee Application");

    c)    On October 16, 2009, PwC submitted its third quarterly fee statement for services and expenditures incurred from June 1, 2009 through August 31, 2009, requesting $617,876.50 in fees and $3,694.45 in expenditures ("Third Quarterly Fee Application");

    d)    On January 15, 2010, PwC submitted its fourth quarterly fee statement for services and expenditures incurred from September 1, 2009 through November 30, 2009, requesting $376,721.50 in fees and $1,701.50 in expenditures ("Fourth Quarterly Fee Application");

    e)    On April 15, 2010, PwC submitted its fifth quarterly fee statement for services and expenditures incurred from December 1, 2009 through

February 28, 2010, requesting $974,638.00 in fees and $29,647.29 in expenditures ("Fifth Quarterly Fee Application");

f)    On July 15, 2010, PwC submitted its sixth quarterly fee statement for services and expenditures incurred from March 1, 2010 through May 31, 2010, requesting $816,524.00 in fees and $3,140.27 in expenditures ("Sixth Quarterly Fee Application");

g)    On October 15, 2010, PwC submitted its seventh quarterly fee statement for services and expenditures incurred from June 1, 2010 through August 31, 2010, requesting $581,071.60 in fees and $1,229.76 in expenditures ("Seventh Quarterly Fee Application");

h)    On December 23, 2010, PwC submitted its eighth quarterly fee statement for services and expenditures incurred from September 1, 2010 through November 30, 2010 requesting $776,756.50 in fees and $21,149.48 in expenditures ("Eighth Quarterly Fee Application");

i)    On April 13, 2011, PwC submitted its ninth quarterly fee statement for services and expenditures incurred from December 1, 2010 through February 28, 2011 requesting $455,869.00 in fees and $20,250.59 in expenditures ("Ninth Quarterly Fee Application");

j)    On June 30, 2011, PwC submitted its tenth quarterly fee statement for services and expenditures incurred from March 1, 2011 through May 31, 2011 requesting $429,224.50 in fees and $5,390.77 in expenditures ("Tenth Quarterly Fee Application");

k)    On October 14, 2011, PwC submitted its eleventh quarterly fee statement for services and expenditures incurred from June 1, 2011 through August 31, 2011 requesting $564,981.00 in fees and $1,250.00 in expenditures ("Eleventh Quarterly Fee Application"); and

l)    On January 12, 2012, PwC submitted its twelfth quarterly fee statement for services and expenditures incurred from September 1, 2011 through November 30, 2011 requesting $740,011.00 in fees and $22,883.95 in expenditures ("Twelfth Quarterly Fee Application").

16.    PwC is filing the attached fee statement (the "Statement") for compensation for professional services rendered and reimbursement of disbursements made in these cases during the Compensation Period. The Statement contains detailed time logs describing the actual and necessary services provided by PwC during the Compensation Period, as well as other detailed information required to be included in fee applications. The Statement is comprised of several exhibits which are attached hereto as:

12

- <u>Exhibit A</u>, provides a summary of the hours and fees by project;
- <u>Exhibit B</u>, provides a summary of the fixed fee hours for the 2011 Consolidated Audit;
- <u>Exhibit B-1</u>, provides a summary of the fixed fee hours and payment information for the 2011 consolidated audit, including hours incurred, the payment associated with fixed fee services, and the hours by audit category;
- <u>Exhibit C-1</u>, provides the name and position of each professional, cumulative hours worked, hourly billing rates for the hourly compensation, and the corresponding compensation requested;
- <u>Exhibit C-2</u>, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity.
- <u>Exhibit D-1</u>, provides the expenditures incurred by project by type; and
- <u>Exhibit D-2</u>, provides the details of the expenditures incurred by project and by date.

## DESCRIPTION OF SERVICES RENDERED

17.     PwC professionals categorized their time devoted to this matter on behalf of the

Debtors' estates to various project categories as described below:

| | Hours | Total Compensation |
|---|---|---|
| Fixed Fee Services | 2,687.00 | $205,000.00 |
| Hourly Services | 165.40 | $48,213.50 |
| Bankruptcy Requirements and Obligations | 48.80 | $19,520.00 |
| **Grand Total Hours and Compensation** | **2,901.20** | **$272,733.50** |

## Fixed Fee Services

18.     <u>2011 Consolidated Audit (2,687.00 hours, $205,000.00)</u> - PwC professionals

performed substantive testing of year-end account balances and 2011 income statement activity

and controls update testing of corporate, Chicago Tribune Company, LA Times, Sun Sentinel,

Baltimore Sun, TMS, KTLA-TV, WPIX-TV, WGN-TV/Cable, and Blue Lynx Media.

Additionally, year-end testing of information technology general controls was performed.

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 366.30 |
| 2000 - Entity Level Controls | 5.00 |
| 2950 - Business Unit Analytics and Year-End Update | 158.60 |

| Category | Hours |
|---|---|
| 3000 - Revenue and Receivables | 316.80 |
| 3055 - Broadcast Rights Process | 57.20 |
| 3100 - Purchasing and Payables Process | 23.20 |
| 3200 - Treasury and Cash Management Process | 71.80 |
| 3250 - Investments Process | 23.50 |
| 3400 - Property, Plant & Equipment Process | 33.10 |
| 3450 - Goodwill and Intangibles Process | 68.40 |
| 3600 - Payroll Process | 16.30 |
| 3650 - Benefits Process | 324.80 |
| 3700 - Income Tax Process | 74.60 |
| 3800 - Capital and Equity Process | 11.40 |
| 3900 - Period-end Financial Reporting Process | 166.70 |
| 5500 - Financing Process | 22.90 |
| 6500 - Audit of Financial Statements | 29.20 |
| 8200 - Litigation, Claims and Assessments/Lawyer's Letters | 24.50 |
| 8300 - Use of the Work of Experts | 1.00 |
| 8450 - Use of the Work of Other Auditors | 6.00 |
| 8500 - Related Party Transactions | 3.00 |
| 8700 - Completion | 32.40 |
| 2900 - Information Technology General Controls | 227.00 |
| CTC Fieldwork | 97.40 |
| FSC-CA Fieldwork | 2.50 |
| Interactive Fieldwork | 7.50 |
| KTLA Fieldwork | 27.80 |
| LA Times Fieldwork | 49.40 |
| Sun Sentinel Fieldwork | 21.60 |
| TBC Group Office Fieldwork | 58.10 |
| TPC Group Office Fieldwork | 8.20 |
| WGN Fieldwork | 24.00 |
| WGN-Cable Fieldwork | 9.00 |
| WGN-TV Fieldwork | 12.50 |
| WPIX Fieldwork | 18.30 |
| Liabilities Subject to Compromise | 34.80 |
| TBS Fieldwork | 24.70 |
| TMS Fieldwork | 14.80 |
| Blue Lynx Media Fieldwork | 149.70 |
| Review Business Unit Fieldwork | 63.00 |
| **Total Hours Incurred for the 2011 Consolidated Audit** | **2,687.00** |

19.     The summary exhibits of PwC professionals associated with the 2011 Consolidated Audit are annexed hereto as Exhibit B-1 which provides the cumulative breakdown of total hours by professional and audit category for each project.

### Bankruptcy Requirements and Obligations

20.     <u>Monthly, Interim and Final Fee Applications (48.80 hours, $19,520.00)</u> - During the Compensation Period, PwC bankruptcy retention and billing professionals supported the audit and tax teams with the billing requirements for the Court to prepare and finalize the seventh and eighth Interim Fee Auditor's Reports, as well as to prepare and finalize the Twelfth Interim Fee Application and the December 2011 Monthly Fee Application.

21.     The hourly time records of PwC, annexed hereto as Exhibits C-1 through C-2, provide a summary and daily breakdown of the time spent by each PwC timekeeper.

### ALLOWANCE FOR COMPENSATION

22.     At this time, PwC is seeking compensation equal to eighty percent (80%) of the $272,733.50 in fees for professional services rendered by PwC during the Compensation Period as Compensation and Tax Advisors and Independent Auditors to the Debtors in these chapter 11 cases, and one hundred percent (100%) of the $756.97 in expenditures incurred by PwC professionals associated with the services provided to the Debtors, for a total of $218,943.77.

23.     PwC charged and now requests those fees that are reasonable and customary in this marketplace for similar chapter 11 cases.  The billing rates set forth in the various summaries of professionals and paraprofessionals rendering services during the Compensation Period represent customary rates that are routinely billed to PwC's many clients.  The compensation requested in this Monthly Fee Application does not exceed the reasonable value of the services rendered.

24.     This Monthly Fee Application covers the period from January 1, 2012 through

and including February 29, 2012. Although every effort was made to include all fees and

expenses from the Compensation Period in this Monthly Fee Application, some fees and/or

expenses from the Compensation Period might not be included in this Monthly Fee Application

due to delays in processing time and receipt of invoices for expenses and/or for preparation for

the instant application subsequent to the covered period. Accordingly, PwC reserves the right to

make further applications for allowance of fees and expenses not included herein. This Monthly

Fee Application is also made without prejudice to PwC's right to seek further interim allowances

and/or a final allowance of compensation in the future in accordance with the Retention Order

and the Compensation Order.

26.    No agreement or understanding prohibited by section 504 of the Bankruptcy

Code exists between PwC and any other person for sharing of compensation received or to be

received for services rendered in or in connection with these chapter 11 cases, not shall PwC

share or agree to share the compensation paid or allowed for the Debtors' estates for such

services with any other person in contravention of section 504 of the Bankruptcy Code. No

agreement or understanding prohibited by 18 U.S.C. § 155 had been made by PwC.

## CERTIFICATE OF COMPLIANCE AND WAIVER

26.    To the best of its knowledge, PwC believes that this Monthly Fee Application

and the description of services set forth herein of work performed are in compliance with the

requirements of Delaware Local Rule 2016-2, the Compensation Order, and the applicable

guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure,

and the Executive Office for the United States Trustees.

WHEREFORE PwC respectfully requests approval and payment by the Debtors of (a)

interim compensation for professional services rendered as compensation and tax advisors and

independent auditors for the Debtors in the sum of $218,186.80 representing eighty percent

(80%) of $272,733.50 incurred during the Compensation Period, less a twenty percent (20%)

holdback in the amount of $54,546.70; (b) reimbursement of actual and necessary expenses

incurred in the sum of $756.97; and (c) such other and further relief as is just and proper.

Dated: April 2, 2012
Chicago, Illinois

William T. England, Partner
PricewaterhouseCoopers LLP
One North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 298-2000
*Compensation and Tax Advisor and Independent*
*Auditors to the Debtors*

# APPENDIX A - Monthly Fee Applications
## Previous Submissions in Interim Fee Applications

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] |
|---|---|---|---|---|---|
| **First Quarterly Fee Application - December 2008 through February 2009** | | | | | |
| 1 | 05/12/2009 [1185] | 12/08/2008 01/31/2009 | $459,264.50 | $15,489.89 | 06/03/2009 [1290] |
| 2 | 05/12/2009 [1187] | 02/01/2009 02/28/2009 | $316,813.50 | $0.00 | 06/03/2009 [1291] |
| **Second Quarterly Fee Application - March 2009 through May 2009** | | | | | |
| 3 | 06/17/2009 [1577] | 03/01/2009 03/31/2009 | $64,407.50 | $2,116.58 | 07/10/2009 [1702] |
| 4 | 07/01/2009 [1675] | 04/01/2009 04/31/2009 | $144,183.00 | $53.00 | 07/23/2009 [1811] |
| 5 | 07/01/2009 [1676] | 05/01/2009 05/31/2009 | $118,617.50 | $310.96 | 07/23/2009 [1812] |
| **Third Quarterly Fee Application - June 2009 through August 2009** | | | | | |
| 6 | 08/25/2009 [2021] | 06/01/2009 06/30/2009 | $208,389.00 | $1,391.00 | 9/16/2009 [2134] |
| 7 | 10/01/2009 [2254] | 07/01/2009- 07/31/2009 | $246,882.50 | $1,994.20 | 10/26/2009 [2424] |
| 8 | 10/14/2009 [2345] | 08/01/2009- 08/31/2009 | $162,605.00 | $309.25 | 11/05/2009 [2509] |
| **Fourth Quarterly Fee Application - September 2009 through November 2009** | | | | | |
| 9 | 12/03/2009 [2730] | 09/01/2009 09/30/2009 | $117,626.50 | $1,379.50 | 12/28/2009 [2946] |
| 10 | 12/04/2009 [2745] | 10/01/2009 10/31/2009 | $147,189.50 | $322.00 | 12/30/2009 [2991] |
| 11 | 1/15/2010 [3127] | 11/01/2009 11/30/2009 | $111,905.50 | $0.00 | 2/8/2010 [3339] |
| **Fifth Quarterly Fee Application - December 2009 through February 2010** | | | | | |
| 12 | 02/19/2010 [3506] | 12/01/2009 12/31/2009 | $546,695.00 | $20,661.82 | 03/12/2010 [3720] |
| 13 | 04/15/2010 [4068] | 01/01/2010 02/28/2010 | $427,943.00 | $8,985.47 | 05/10/2010 [4296] |
| **Sixth Quarterly Fee Application - March 2010 through May 2010** | | | | | |
| 14 | 06/22/2010 [4856] | 03/01/2010 03/31/2010 | $577,801.00 | $1,847.29 | 07/14/2010 [5014] |
| 15 | 07/15/2010 [5047] | 04/01/2010 04/30/2010 | $126,414.00 | $428.39 | 08/06/2010 [5304] |
| 16 | 07/15/2010 [5049] | 05/01/2010 05/31/2010 | $112,309.00 | $864.59 | 08/06/2010 [5305] |
| **Seventh Quarterly Fee Application - June 2010 through August 2010** | | | | | |
| 17 | 08/30/2010 [5561] | 06/01/2010 06/30/2010 | $167,164.00 | $490.08 | 09/22/2010 [5785] |
| 18 | 10/14/2010 [5958] | 07/01/2010 07/31/2010 | $138,270.10 | $0.00 | 11/05/2010 [6248] |
| 19 | 10/15/2010 [5981] | 08/01/2010 08/31/2010 | $275,637.50 | $739.68 | 11/12/2010 [6424] |

## APPENDIX A - Monthly Fee Applications
## Previous Submissions in Interim Fee Applications

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] |
|---|---|---|---|---|---|
| **Eighth Quarterly Fee Application - September 2010 through November 2010** | | | | | |
| 20 | 11/30/2010 [6663] | 09/01/2010 09/30/2010 | $191,127.00 | $2,875.54 | 12/22/2010 [7277] |
| 21 | 12/23/2010 [7288] | 10/01/2010 11/30/2010 | $585,629.50 | $18,273.94 | 1/27/2011 [7644] |
| **Ninth Quarterly Fee Application - December 2010 through February 2011** | | | | | |
| 22 | 01/31/2011 [7700] | 12/01/2010 12/31/2010 | $220,882.00 | $17,404.38 | 2/28/2011 [8190] |
| 23 | 04/13/2011 [8647] | 01/01/2011 02/28/2011 | $234,987.00 | $2,846.21 | 05/05/2011 [8838] |
| **Tenth Quarterly Fee Application - March 2011 through May 2011** | | | | | |
| 24 | 05/19/2011 [8953] | 03/01/2011 03/31/2011 | $237,235.00 | $4,140.77 | 06/10/2011 [9229] |
| 25 | 07/21/2011 [9357] | 04/01/2011 05/31/2011 | $191,989.50 | $1,250.00 | 07/20/2011 [9502] |
| **Eleventh Quarterly Fee Application - June 2011 through August 2011** | | | | | |
| 26 | 07/28/2011 [9562] | 06/01/2011 06/30/2011 | $186,691.00 | $0.00 | 08/19/2011 [9680] |
| 27 | 08/30/2011 [9729] | 07/01/2011 07/31/2011 | $188,995.00 | $1,250.00 | 09/22/2011 [9807] |
| 28 | 09/27/2011 [9839] | 08/01/2011 08/31/2011 | $189,295.00 | $0.00 | 10/20/2011 [1004] |
| **Twelfth Quarterly Fee Application - September 2011 through November 2011** | | | | | |
| 29 | 11/01/2011 [10136] | 09/01/2011 09/30/2011 | $184,410.00 | $0.00 | 11/28/2011 [10307] |
| 30 | 12/23/2011 [10509] | 10/01/2011 11/30/2011 | $555,601.00 | $22,883.95 | 01/18/2012 [10643] |
| **Thirteenth Quarterly Fee Application - December 1, 2011 through February 2012** | | | | | |
| 31 | 02/09/2012 [10887] | 12/01/2011 12/31/2011 | $269,617.50 | $5,348.11 | 03/02/2012 [11078] |

1. On May 12, 2009, PwC submitted its first monthly fee statement for services and expenditures incurred from December 8, 2008 through January 31, 2009, requesting $459,264.50 in fees and $15,489.89 in expenditures ("First Monthly Fee Application");

2. On May 12, 2009, PwC submitted its second monthly fee statement for services and expenditures incurred from February 1, 2009 through February 28, 2009, requesting $316,813.50 in fees and $0.00 in expenditures ("Second Monthly Fee Application");

3. On June 17, 2009, PwC submitted its third monthly fee statement for services and expenditures incurred from March 1, 2009 through March 31, 2009, requesting

**APPENDIX A - Monthly Fee Applications**
**Previous Submissions in Interim Fee Applications**

$64,407.50 in fees and $2,116.58 in expenditures ("Third Monthly Fee Application");

4. On July 1, 2009, PwC submitted its fourth monthly fee statement for services and expenditures incurred from April 1, 2009 through April 30, 2009, requesting $144,183.00 in fees and $53.00 in expenditures ("Fourth Monthly Fee Application");

5. On July 1, 2009, PwC submitted its fifth monthly fee statement for services and expenditures incurred from May 1, 2009 through May 31, 2009, requesting $118,617.50 in fees and $310.96 in expenditures ("Fifth Monthly Fee Application");

6. On August 25, 2009, PwC submitted its sixth monthly fee statement for services and expenditures incurred from June 1, 2009 through June 30, 2009, requesting $208,389.00 in fees and $1,391.00 in expenditures ("Sixth Monthly Fee Application");

7. On October 1, 2009, PwC submitted its seventh monthly fee statement for services and expenditures incurred from July 1, 2009 through July 31, 2009, requesting $246,882.50 in fees and $1,994.20 in expenditures ("Seventh Monthly Fee Application");

8. On October 14, 2009, PwC submitted its eighth monthly fee statement for services and expenditures incurred from August 1, 2009 through August 31, 2009, requesting $162,605.00 in fees and $309.25 in expenditures ("Eighth Monthly Fee Application");

9. On December 03, 2009, PwC submitted its ninth monthly fee statement for services and expenditures incurred from September 1, 2009 through September 30, 2009, requesting $117,626.50 in fees and $1,379.50 in expenditures ("Ninth Monthly Fee Application");

10. On December 04, 2009, PwC submitted its tenth monthly fee statement for services and expenditures incurred from October 1, 2009 through October 31, 2009, requesting $147,189.50 in fees and $322.00 in expenditures ("Tenth Monthly Fee Application");

11. On January 15, 2010, PwC submitted its eleventh monthly fee statement for services and expenditures incurred from November 1, 2009 through November 30, 2009, requesting $111,905.50 in fees and $0.00 in expenditures ("Eleventh Monthly Fee Application");

12. On February 19, 2010, PwC submitted its twelfth monthly fee statement for services and expenditures incurred from December 1, 2009 through December 31, 2009, requesting $546,695.00 in fees and $20,661.82 in expenditures ("Twelfth Monthly Fee

**APPENDIX A - Monthly Fee Applications**
**Previous Submissions in Interim Fee Applications**

Application");

13. On April 15, 2010, PwC submitted its thirteenth monthly fee statement for services and expenditures incurred from January 1, 2009 through February 28, 2010, requesting $427,943.00, in fees and $8,985.47 in expenditures ("Thirteenth Monthly Fee Application");

14. On June 22, 2010, PwC submitted its fourteenth monthly fee statement for services and expenditures incurred from March 1, 2010 through March 31, 2010, requesting $577,801.00 in fees and $1,847.29 in expenditures ("Fourteenth Monthly Fee Application");

15. On July 15, 2010, PwC submitted its fifteenth monthly fee statement for services and expenditures incurred from April 1, 2010 through April 30, 2010, requesting $126,414.00, in fees and $428.39 in expenditures ("Fifteenth Monthly Fee Application");

16. On July 15, 2010, PwC submitted its sixteenth monthly fee statement for services and expenditures incurred from May 1, 2010 through May 31, 2010, requesting $112,309.00, in fees and $864.59 in expenditures ("Sixteenth Monthly Fee Application");

17. On August 30, 2010, PwC submitted its seventeenth monthly fee statement for services and expenditures incurred from June 1, 2010 through June 30, 2010, requesting $167,164.00, in fees and $490.08 in expenditures ("Seventeenth Monthly Fee Application");

18. On October 14, 2010, PwC submitted its eighteenth monthly fee statement for services and expenditures incurred from July 1, 2010 through July 31, 2010, requesting $138,270.10, in fees and $0.00 in expenditures ("Eighteenth Monthly Fee Application");

19. On October 15, 2010, PwC submitted its nineteenth monthly fee statement for services and expenditures incurred from August 1, 2010 through August 31, 2010, requesting $275,637.50, in fees and $739.68 in expenditures ("Nineteenth Monthly Fee Application");

20. On November 30, 2010, PwC submitted its twentieth monthly fee statement for services and expenditures incurred from September 1, 2010 through September 30, 2010, requesting $191,127.00, in fees and $2,875.54 in expenditures ("Twentieth Monthly Fee

**APPENDIX A - Monthly Fee Applications**
**Previous Submissions in Interim Fee Applications**

Application");

21. On December 23, 2010, PwC submitted its twenty-first monthly fee statement for services and expenditures incurred from October 1, 2010 through November 30, 2010, requesting $585,629.50, in fees and $18,273.94 in expenditures ("Twenty-First Monthly Fee Application");

22. On January 31, 2011, PwC submitted its twenty-second monthly fee statement for services and expenditures incurred from December 1, 2010 through December 31, 2010, requesting $220,882.00, in fees and $17,404.38 in expenditures ("Twenty-Second Monthly Fee Application");

23. On April 13, 2011, PwC submitted its twenty-third monthly fee statement for services and expenditures incurred from January 1, 2011 through February 28, 2011, requesting $234,987.00, in fees and $2,846.21 in expenditures ("Twenty-Third Monthly Fee Application");

24. On May 19, 2011, PwC submitted its twenty-fourth monthly fee statement for services and expenditures incurred from March 1, 2011 through March 31, 2011, requesting $237,235.00, in fees and $4,140.77 in expenditures ("Twenty-Fourth Monthly Fee Application");

25. On June 27, 2011, PwC submitted its twenty-fifth monthly fee statement for services and expenditures incurred from April 1, 2011 through May 31, 2011, requesting $191,989.50, in fees and $1,250.00 in expenditures ("Twenty-Fifth Monthly Fee Application");

26. On July 28, 2011, PwC submitted its twenty-sixth monthly fee statement for services and expenditures incurred from June 1, 2011 through June 30, 2011, requesting $186,691.00, in fees and $0.00 in expenditures ("Twenty-Sixth Monthly Fee Application");

27. On August 30, 2011, PwC submitted its twenty-seventh monthly fee statement for services and expenditures incurred from July 1, 2011 through July 31, 2011, requesting $188,995.00, in fees and $1,250.00 in expenditures ("Twenty-Seventh Monthly Fee Application");

28. On September 27, 2011, PwC submitted its twenty-eighth monthly fee statement for services and expenditures incurred from August 1, 2011 through August 31, 2011,

**APPENDIX A - Monthly Fee Applications**
**Previous Submissions in Interim Fee Applications**

requesting $555,601.00, in fees and $0.00 in expenditures ("Twenty-Eighth Monthly Fee Application");

29. On November 1, 2011, PwC submitted its twenty-ninth monthly fee statement for services and expenditures incurred from September 1, 2011 through September 30, 2011, requesting $184,410.00, in fees and $0.00 in expenditures ("Twenty-Ninth Monthly Fee Application");

30. On December 23, 2011, PwC submitted its thirtieth monthly fee statement for services and expenditures incurred from October 1, 2011 through November 30, 2011, requesting $555,601.00, in fees and $22,883.59 in expenditures ("Thirtieth Monthly Fee Application"); and

31. On February 9, 2012, PwC submitted its thirty-first monthly fee statement for services and expenditures incurred from December 1, 2011 through December 31, 2011, requesting $269,617.50, in fees and $5,348.11 in expenditures ("Thirty-First Monthly Fee Application").