## VERIFICATION OF FEE APPLICATION

STATE OF CHICAGO              )
                              ) ss:
COUNTY OF COOK                )

William T. England hereby respectfully certifies and verifies as follows:

1. I am a Partner in the applicant firm, PricewaterhouseCoopers LLP.

2. I have personally supervised many of the assurance and advisory services rendered by PricewaterhouseCoopers LLP, as compensation, and tax advisor and independent auditors to the Debtors and am familiar with all other work performed on behalf of the Partners and professionals in the firm.

3. The facts set forth in the foregoing Monthly Fee Application are true and correct to the best of my knowledge, information and belief.

*[signature]*

William T. England, Partner
PricewaterhouseCoopers LLP
One North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 298-2000

SWORN TO AND SUBSCRIBED before me this 2nd day of March 2012.

*[signature]*
Notary Public
My Commission Expires: 5/22/14

OFFICIAL SEAL
PASQUALINA DOBKOWSKI
Notary Public - State of Illinois
My Commission Expires May 22, 2014