**TRIBUNE COMPANY, et al (Case 08-13141)**                                          **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period January 1, 2012 through Febraury 29, 2012**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 2,687.00 | $205,000.00 |
| **Subtotal - Fixed Fee Services** | **2,687.00** | **$205,000.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 6.10 | $3,140.00 |
| Records Management: Phase II | 159.30 | $45,073.50 |
| **Subtotal - Hourly Services** | **165.40** | **$48,213.50** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 48.80 | $19,520.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **48.80** | **$19,520.00** |
| | | |
| **Total Hours and Compensation** | **2,901.20** | **$272,733.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                               **Exhibit B**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period January 1, 2012 through Febraury 29, 2012**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 2,687.00 | $205,000.00 |
| **Subtotal - Fixed Fee Services** | **2,687.00** | **$205,000.00** |
| **Total Hours and Compensation** | **2,687.00** | **$205,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                     **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period January 1, 2012 through Febraury 29, 2012**

| Professional | Professional's Position | Hours |
|---|---|---|
| Grant E Hellwarth | Partner | 6.00 |
| James M Maurer | Partner | 5.00 |
| John A Sandmeier | Partner | 2.00 |
| William T England | Partner | 19.00 |
| Christopher J King | Senior Managing Director | 15.50 |
| Betsy J Smith | Director | 25.40 |
| Kim Marie Basco | Director | 6.00 |
| Leo P Gardina | Director | 9.00 |
| Robert Grocock | Director | 1.50 |
| Roger Martin Pearson | Director | 2.00 |
| Thomas H Lewis | Director | 5.50 |
| Simone T Sherlock | Senior Manager | 2.00 |
| Anna V Kamenova | Manager | 7.50 |
| Justin A Spahn | Manager | 270.00 |
| Kazuko Minagawa Prock | Manager | 7.50 |
| Sheri L York | Manager | 111.00 |
| Bhavin Patel | Senior Associate | 347.80 |
| Christopher M McShea | Senior Associate | 15.50 |
| Javier Klus | Senior Associate | 1.00 |
| Jeff T Crawford | Senior Associate | 3.50 |
| Jiesi Song | Senior Associate | 4.50 |
| Karina Portugal | Senior Associate | 0.50 |
| Laura C Truax | Senior Associate | 22.50 |
| Lisa J Gross | Senior Associate | 5.00 |
| Lovelyn P Oribello | Senior Associate | 8.00 |
| Lydia Kuebler | Senior Associate | 54.50 |
| Maria (Eugenia) Elizondo | Senior Associate | 0.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period January 1, 2012 through Febraury 29, 2012**

| Professional | Professional's Position | Hours |
|---|---|---|
| Agostina Turdo | Associate | 0.50 |
| Albano Feo | Associate | 5.30 |
| Alwyn Kruger | Associate | 0.50 |
| Angela Marie McVey | Associate | 1.00 |
| Bryan Faxel | Associate | 39.00 |
| Caroline Kan-Phan | Associate | 10.20 |
| Elizabeth Worner Haupt | Associate | 80.00 |
| Fernanda Verga | Associate | 0.30 |
| George Theodoris | Associate | 0.60 |
| Hassan M. Niazi | Associate | 1.00 |
| Hsien-Ing DeForest | Associate | 55.00 |
| Justin Beighley | Associate | 107.00 |
| KEITH WILSON | Associate | 4.50 |
| Matthew Gorman | Associate | 1.00 |
| Matthew William Lynch | Associate | 281.50 |
| Melissa Mary Kirby | Associate | 450.20 |
| Michael Christopher Bolzan | Associate | 33.50 |
| Michael Robert Schnell | Associate | 6.80 |
| Ornella A Insaurralde | Associate | 2.80 |
| Soumi Basu | Associate | 0.30 |
| Steven Petras | Associate | 164.00 |
| Thomas Bradley Stutesman | Associate | 433.00 |
| Thomas Daniel Blankenship | Associate | 13.00 |
| William A Sholten | Associate | 24.50 |
| William Riley | Associate | 2.50 |
| Yanelis Diaz | Associate | 8.30 |
| Diane Mathews | Administrative | 2.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                           **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period January 1, 2012 through Febraury 29, 2012**

| Professional | Professional's Position | Hours |
|---|---|---|
| Michael Lawrence Komro | Professional Assistant | 0.50 |
| **Total Hours Incurred during Compensation Period** | | **2,687.00** |
| Total Hours Incurred prior to January 1, 2012 | | 4,099.30 |
| **Total Hours Incurred through February 29, 2012** | | **6,786.30** |

| | | |
|---|---|---|
| **Total Fees - Payments Previously Requested for 2011 Consolidated Audit** | | $1,490,000.00 |
| **Remaining Payments for 2011 Consolidated Audit** | | **$0.00** |
| **Total Fixed Fee for 2011 Consolidated Audit** | | **$1,695,000.00** |
| **Requested Payment - 2011 Consolidated Audit** | 2,687.00 | **$205,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - January 1, 2012 through Febraury 29, 2012**

| Category | Hours |
| --- | ---: |
| 0200 - Audit Strategy and Meetings with Management | 366.30 |
| 2000 - Entity Level Controls | 5.00 |
| 2950 - Business Unit Analytics and Year-End Update | 158.60 |
| 3000 - Revenue and Receivables | 316.80 |
| 3055 - Broadcast Rights Process | 57.20 |
| 3100 - Purchasing and Payables Process | 23.20 |
| 3200 - Treasury and Cash Management Process | 71.80 |
| 3250 - Investments Process | 23.50 |
| 3400 - Property, Plant & Equipment Process | 33.10 |
| 3450 - Goodwill and Intangibles Process | 68.40 |
| 3600 - Payroll Process | 16.30 |
| 3650 - Benefits Process | 324.80 |
| 3700 - Income Tax Process | 74.60 |
| 3800 - Capital and Equity Process | 11.40 |
| 3900 - Period-end Financial Reporting Process | 166.70 |
| 5500 - Financing Process | 22.90 |
| 6500 - Audit of Financial Statements | 29.20 |
| 8200 - Litigation, Claims and Assessments/Lawyer's Letters | 24.50 |
| 8300 - Use of the Work of Experts | 1.00 |
| 8450 - Use of the Work of Other Auditors | 6.00 |
| 8500 - Related Party Transactions | 3.00 |
| 8700 - Completion | 32.40 |
| 2900 - Information Technology General Controls | 227.00 |
| CTC Fieldwork | 97.40 |
| FSC-CA Fieldwork | 2.50 |
| Interactive Fieldwork | 7.50 |
| KTLA Fieldwork | 27.80 |
| LA Times Fieldwork | 49.40 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit B-1**
**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services – 2011 Consolidated Audit – Summary of Hours by Subcategory**
**Summary of Hours – January 1, 2012 through Febraury 29, 2012**

| Category | Hours |
|---|---|
| Sun Sentinel Fieldwork | 21.60 |
| TBC Group Office Fieldwork | 58.10 |
| TPC Group Office Fieldwork | 8.20 |
| WGN Fieldwork | 24.00 |
| WGN-Cable Fieldwork | 9.00 |
| WGN-TV Fieldwork | 12.50 |
| WPIX Fieldwork | 18.30 |
| Liabilities Subject to Compromise | 34.80 |
| TBS Fieldwork | 24.70 |
| TMS Fieldwork | 14.80 |
| Blue Lynx Media Fieldwork | 149.70 |
| Review Business Unit Fieldwork | 63.00 |
| **Total Hours Incurred for the 2011 Consolidated Audit** | **2,687.00** |

Thursday, March 22, 2012

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period January 1, 2012 through Febraury 29, 2012**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Ralph D Gilman | Partner | $590 | 1.00 | $590.00 |
| Stephen B Danton | Director | $500 | 5.10 | $2,550.00 |
| **Subtotal - Claims Consulting Services** | | | **6.10** | **$3,140.00** |
| **Records Management: Phase II** | | | | |
| Eric Matrejek | Senior Managing Director | $450 | 3.80 | $1,710.00 |
| George Eric Derk | Director | $350 | 1.50 | $525.00 |
| Julie D Sinor | Director | $350 | 57.50 | $20,125.00 |
| Rudolph Mayer | Manager | $295 | 0.60 | $177.00 |
| Grace Siang-Zong Hwang | Senior Associate | $235 | 95.90 | $22,536.50 |
| **Subtotal - Records Management: Phase II** | | | **159.30** | **$45,073.50** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 48.80 | $19,520.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **48.80** | **$19,520.00** |
| **Total Hours and Compensation** | | | **214.20** | **$67,733.50** |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period January 1, 2012 through February 29, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|---------------------|
| **Claims Consulting Services** | | | | | | |
| 1/9/2012 | Stephen B Danton | Director | 0212H0001: Prepare email to K. Cook (City Attorney) to discuss issues for resolution. | $500.00 | 0.70 | $350.00 |
| 1/10/2012 | Stephen B Danton | Director | 0212H0002: Follow up with E. Tryban (City Bankruptcy Lawyer) regarding resolution issues. | $500.00 | 0.50 | $250.00 |
| 1/12/2012 | Stephen B Danton | Director | 0212H0003: Review differences between cities claim and settlement figures. | $500.00 | 1.10 | $550.00 |
| 1/13/2012 | Stephen B Danton | Director | 0212H0004: Meeting with K. Cook (City Attorney) regarding 50% reduction of penalty related to certain taxes. | $500.00 | 1.30 | $650.00 |
| 1/17/2012 | Ralph D Gilman | Partner | 0212H0005: Provide consultation guidance to B. Danton (PwC) regarding cities resolution of controversy issues for meeting with K. Cook (City Attorney). | $590.00 | 1.00 | $590.00 |
| 1/17/2012 | Stephen B Danton | Director | 0212H0006: Meeting with K. Cook (City Attorney) regarding controversy resolution. | $500.00 | 0.80 | $400.00 |
| 1/18/2012 | Stephen B Danton | Director | 0212H0007: Meeting with K. Cook (City Attorney) regarding controversy issues penalty reduction. | $500.00 | 0.70 | $350.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | 6.10 | $3,140.00 |
| **Records Management: Phase II** | | | | | | |
| 1/3/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0008: Compose a paragraph for the Gap Analysis and Recommendations Report related to Tribune's messaging environment and practices. | $235.00 | 3.00 | $705.00 |
| 1/3/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0009: Prepare the map file with supporting documentation from various analyses. | $235.00 | 4.20 | $987.00 |
| 1/3/2012 | Julie D Sinor | Director | 0212H0010: Review summary from D. Patel (PwC) regarding meeting with J. Smith (Tribune); messaging specialist. | $350.00 | 0.10 | $35.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period January 1, 2012 through February 29, 2012**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 1/3/2012 | Julie D Sinor | Director | 0212H0011: Prepare email to E. Vierguiz (Tribune) regarding the Gap Analysis and Recommendations Report. | $350.00 | 0.20 | $70.00 |
| 1/3/2012 | Julie D Sinor | Director | 0212H0012: Review the map file for completeness of project documentation. | $350.00 | 1.20 | $420.00 |
| 1/4/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0013: Prepare the risk and issues log for the map file analysis. | $235.00 | 3.50 | $822.50 |
| 1/4/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0014: Prepare the value proposition for the map file analysis. | $235.00 | 3.00 | $705.00 |
| 1/4/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0015: Review documentation from E. Derk and D. Patel (PwC) regarding recommendations/options on how Tribune can remove .pst files. Suggestions will be included in the Gap Analysis and Recommendations Report. | $235.00 | 1.00 | $235.00 |
| 1/4/2012 | Julie D Sinor | Director | 0212H0016: Review and revise the Executive Summary and Objectives sections within the Gap Analysis and Recommendations Report. | $350.00 | 2.50 | $875.00 |
| 1/5/2012 | Julie D Sinor | Director | 0212H0017: Meeting with E. Matrejek (PwC) to discuss the Gap Analysis and Recommendations Report and information to be included. | $350.00 | 1.30 | $455.00 |
| 1/5/2012 | Eric Matrejek | Senior Managing Director | 0212H0018: Meeting with J. Sinor (PwC) to discuss the Gap Analysis and Recommendations Report and information to be included. | $450.00 | 1.30 | $585.00 |
| 1/5/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0019: Meeting with E. Derk (PwC) to receive a subject matter specialist opinion regarding the recommendations/options for removing .pst files. | $235.00 | 0.80 | $188.00 |
| 1/5/2012 | George Eric Derk | Director | 0212H0020: Meeting with G. Hwang (PwC) to provide a subject matter specialist opinion regarding the recommendations/options for removing .pst files. | $350.00 | 0.80 | $280.00 |
| 1/5/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0021: Review the recommendations/options for how Tribune can remove .pst files. | $235.00 | 0.70 | $164.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period January 1, 2012 through February 29, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 1/5/2012 | Julie D Sinor | Director | 0212H0022: Review and revise the Records Management Maturity, Gap Analysis and Assessment, and Recommendations Appendix summaries for the Gap Analysis and Recommendations Report. | $350.00 | 4.70 | $1,645.00 |
| 1/5/2012 | Julie D Sinor | Director | 0212H0023: Continue to review and revise the Records Management Maturity, Gap Analysis and Assessment, and Recommendations Appendix summaries for the Gap Analysis and Recommendations Report. | $350.00 | 2.00 | $700.00 |
| 1/6/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0024: Draft procedures manual (e.g. hard copy records section) for Tribune. | $235.00 | 3.00 | $705.00 |
| 1/6/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0025: Continue to draft procedures manual (e.g. hard copy records section) for Tribune. | $235.00 | 3.00 | $705.00 |
| 1/6/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0026: Meeting with J. Sinor (PwC) to discuss the procedures manual to provide to Tribune. | $235.00 | 2.00 | $470.00 |
| 1/6/2012 | Julie D Sinor | Director | 0212H0027: Meeting with G. Hwang (PwC) to discuss the procedures manual to provide to Tribune. | $350.00 | 2.00 | $700.00 |
| 1/6/2012 | Julie D Sinor | Director | 0212H0028: Draft Recommendations section of the Gap Analysis and Recommendations Report. | $350.00 | 3.60 | $1,260.00 |
| 1/6/2012 | Julie D Sinor | Director | 0212H0029: Review and revise the Gap Analysis and Recommendation Report. | $350.00 | 2.00 | $700.00 |
| 1/6/2012 | Julie D Sinor | Director | 0212H0030: Complete review and edits for the Gap Analysis and Recommendations Report and provided to E. Matrejek (PwC) for review. | $350.00 | 4.40 | $1,540.00 |
| 1/8/2012 | George Eric Derk | Director | 0212H0031: Prepare email to G. Hwang (PwC) regarding recommended tools/options for removing .pst files. | $350.00 | 0.70 | $245.00 |
| 1/9/2012 | Rudolph Mayer | Manager | 0212H0032: Prepare meeting summary for records management planning workshop. | $295.00 | 0.60 | $177.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period January 1, 2012 through February 29, 2012**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 1/9/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0033: Review sample records retention policies to assist with evaluating Tribune's existing records retention policy and developing recommendations for improvement. | $235.00 | 1.50 | $352.50 |
| 1/9/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0034: Continue to review sample records retention policies to assist with evaluating Tribune's existing records retention policy and developing recommendations for improvement. | $235.00 | 4.00 | $940.00 |
| 1/9/2012 | Julie D Sinor | Director | 0212H0035: Incorporate E. Matrejek's (PwC) feedback into the Gap Analysis and Recommendations Report and send to E. Viergutz (Tribune). | $350.00 | 1.00 | $350.00 |
| 1/9/2012 | Julie D Sinor | Director | 0212H0036: Identify sample of records management policies and procedures to provide G. Hwang (PwC) to use in drafting the policy and procedures manual. | $350.00 | 4.00 | $1,400.00 |
| 1/10/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0037: Review sample records retention policies for evaluating Tribune's existing draft records retention policy to develop recommendations for improvement. | $235.00 | 4.00 | $940.00 |
| 1/10/2012 | Julie D Sinor | Director | 0212H0038: Review various records management topics to assist with drafting the procedures manual. | $350.00 | 1.50 | $525.00 |
| 1/10/2012 | Julie D Sinor | Director | 0212H0039: Review the records retention policy and related policies to include acceptable use and retention policy for email, social media policy, etc. and the procedures manual deliverables. | $350.00 | 5.00 | $1,750.00 |
| 1/11/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0040: Prepare recommended enhancements to Tribune's existing draft records retention policy. | $235.00 | 4.00 | $940.00 |
| 1/11/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0041: Prepare procedure for mergers, acquisitions, and divestitures for proposed inclusion in the procedures manual. | $235.00 | 3.00 | $705.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date – Hourly Professional Services
For the Period January 1, 2012 through February 29, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 1/11/2012 | Julie D Sinor | Director | 0212H0042: Review the records retention policy and related policies to include acceptable use and retention policy for email, social media policy, etc. in the retention policy and procedures manual deliverables. | $350.00 | 5.00 | $1,750.00 |
| 1/12/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0043: Review the ARMA Internationals manuals to provide guidance for the records operation centers. | $235.00 | 2.00 | $470.00 |
| 1/12/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0044: Revise the Gap Analysis and Recommendations Report, suggesting revisions to the carve out section related to the operation centers. | $235.00 | 4.00 | $940.00 |
| 1/12/2012 | Julie D Sinor | Director | 0212H0045: Review the records retention policy and related policies to include acceptable use and retention policy for email, social media policy, etc. in the retention policy and procedures manual deliverables. | $350.00 | 3.70 | $1,295.00 |
| 1/13/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0046: Revise the records operation centers section of the Gap Analysis and Recommendations Report. | $235.00 | 2.00 | $470.00 |
| 1/13/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0047: Continue to revise the records operation centers section of the Gap Analysis and Recommendations Report. | $235.00 | 4.70 | $1,104.50 |
| 1/13/2012 | Julie D Sinor | Director | 0212H0048: Research additional requested procedures (e.g. M&A, records center procedures) to include in the procedures manual. | $350.00 | 2.00 | $700.00 |
| 1/16/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0049: Revise the records center section within the Gap Analysis and Recommendations Report. | $235.00 | 2.00 | $470.00 |
| 1/16/2012 | Julie D Sinor | Director | 0212H0050: Meeting with G. Hwang (PwC) to review the records center section within the Gap Analysis and Recommendations Report. | $350.00 | 0.60 | $210.00 |
| 1/16/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0051: Meeting with J. Sinor (PwC) to review the records center section within the Gap Analysis and Recommendations Report. | $235.00 | 0.60 | $141.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period January 1, 2012 through February 29, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 1/16/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0052: Draft memo related to the records center offsetting and considerations to account for. | $235.00 | 3.90 | $916.50 |
| 1/17/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0053: Prepare the records center recommendations memo incorporating ARMA guidance. | $235.00 | 3.00 | $705.00 |
| 1/17/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0054: Review and revise the Gap Analysis and Recommendations Report. | $235.00 | 4.00 | $940.00 |
| 1/17/2012 | Julie D Sinor | Director | 0212H0055: Review the revised Gap Analysis and Recommendations Report provided by G. Hwang (PwC). | $350.00 | 0.60 | $210.00 |
| 1/17/2012 | Julie D Sinor | Director | 0212H0056: Review sample of social media policies for G. Hwang (PwC) to review for inclusion in the policy deliverable. | $350.00 | 0.20 | $70.00 |
| 1/18/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0057: Prepare procedures for mergers, acquisitions, and divestitures for proposed inclusion in the procedures manual. | $235.00 | 3.50 | $822.50 |
| 1/19/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0058: Prepare procedures for mergers, acquisitions, and divestitures for proposed inclusion in the procedures manual. | $235.00 | 4.00 | $940.00 |
| 1/19/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0059: Process J. Sinor's (PwC) edits to Tribune's existing draft records retention policy to provide Tribune with a sample revised policy. | $235.00 | 4.00 | $940.00 |
| 1/20/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0060: Process J. Sinor's (PwC) edits to Tribune's existing draft records retention policy to provide Tribune with a sample revised policy. | $235.00 | 3.00 | $705.00 |
| 1/20/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0061: Extract sections of Tribune's records retention policy into separate policies to prepare a revised policy document. | $235.00 | 2.50 | $587.50 |
| 1/23/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0062: Extract sections of Tribune's records retention policy into separate policies to prepare a revised policy document. | $235.00 | 3.00 | $705.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period January 1, 2012 through February 29, 2012**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 1/23/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0063: Review sample of social media policies and guidance to incorporate into analysis. | $235.00 | 4.00 | $940.00 |
| 1/23/2012 | Julie D Sinor | Director | 0212H0064: Review the records retention policy and document feedback to provide G. Hwang (PwC). | $350.00 | 1.70 | $595.00 |
| 1/24/2012 | Julie D Sinor | Director | 0212H0065: Meeting with G. Hwang (PwC) to discuss the Gap Analysis and Recommendations Report. | $350.00 | 1.00 | $350.00 |
| 1/24/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0066: Meeting with J. Sinor (PwC) to discuss the Gap Analysis and Recommendations Report. | $235.00 | 1.00 | $235.00 |
| 1/24/2012 | Grace Siang-Zong Hwang | Senior Associate | 0212H0067: Draft sample social media policy to provide to Tribune. | $235.00 | 4.00 | $940.00 |
| 1/26/2012 | Julie D Sinor | Director | 0212H0068: Read the ARMA International's publications on operating records center and evaluating outsourcing records centers to provide guidance to Tribune. | $350.00 | 4.00 | $1,400.00 |
| 2/14/2012 | Julie D Sinor | Director | 0212H0069: Communications with E. Viergutz (Tribune) regarding the deliverable and the projects next phase. | $350.00 | 0.20 | $70.00 |
| 2/17/2012 | Eric Matrejek | Senior Managing Director | 0212H0070: Meeting with E. Viergutz (Tribune) and J. Sinor (PwC) to discuss timeline for policies and procedures deliverable. | $450.00 | 0.50 | $225.00 |
| 2/17/2012 | Julie D Sinor | Director | 0212H0071: Meeting with E. Viergutz (Tribune) and E. Matrejek (PwC) to discuss timeline for policies and procedures deliverable. | $350.00 | 0.50 | $175.00 |
| 2/21/2012 | Eric Matrejek | Senior Managing Director | 0212H0072: Prepare action plan and next steps. | $450.00 | 2.00 | $900.00 |
| 2/21/2012 | Julie D Sinor | Director | 0212H0073: Review the Gap Analysis and Recommendations Report. | $350.00 | 2.50 | $875.00 |
| **Subtotal - Hours and Compensation for Records Management: Phase II** | | | | | **159.30** | **$45,073.50** |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period January 1, 2012 through February 29, 2012

**Monthly, Interim and Final Fee Applications**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 1/4/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0074: Prepare responses to the Seventh Interim Fee Auditor's Report. | $400.00 | 2.50 | $1,000.00 |
| 1/4/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0075: Prepare responses to the Eighth Interim Fee Auditor's Report. | $400.00 | 2.00 | $800.00 |
| 1/5/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0076: Teleconference with L. Littlejohn (PwC) to discuss responses to the Seventh Interim Fee Auditor's Report. | $400.00 | 0.20 | $80.00 |
| 1/6/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0077: Review the Eighth Interim Fee Auditor's Report. | $400.00 | 1.00 | $400.00 |
| 1/6/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0078: Meeting with J. Spahn (PwC) regarding the Seventh and Eighth Interim Fee Auditor Reports. | $400.00 | 0.50 | $200.00 |
| 1/7/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0079: Prepare responses to the Seventh Interim Fee Auditor's Report. | $400.00 | 1.50 | $600.00 |
| 1/8/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0080: Prepare responses to the Eighth Interim Fee Auditor's Report. | $400.00 | 3.50 | $1,400.00 |
| 1/10/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0081: Meeting with J. Spahn (Tribune) to discuss the Seventh Interim Fee Auditor's Report. | $400.00 | 0.30 | $120.00 |
| 1/11/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0082: Review the comments from A. Clark Smith (PwC) regarding PwC's response to the Seventh Interim Fee Auditor's Report. | $400.00 | 0.50 | $200.00 |
| 1/11/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0083: Review the comments from A. Clark Smith (PwC) regarding PwC's response to the Eighth Interim Fee Auditor's Report. | $400.00 | 0.60 | $240.00 |
| 1/11/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0084: Prepare the Twelfth Interim Fee Application. | $400.00 | 1.40 | $560.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period January 1, 2012 through February 29, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 1/12/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0085: Revise the Twelfth Interim Fee Application based upon feedback from J. Spahn (PwC). | $400.00 | 0.60 | $240.00 |
| 1/19/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0086: Review the December 2011 expense details for compliance with Compensation Guidelines. | $400.00 | 1.30 | $520.00 |
| 1/19/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0087: Review the December 2011 time details for compliance with Compensation Guidelines and send to M. Kirby (PwC) for review. | $400.00 | 0.30 | $120.00 |
| 1/24/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0088: Review email from P. Cook (PwC) regarding expense details for the December 2011 Monthly Fee Application. | $400.00 | 0.50 | $200.00 |
| 1/24/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0089: Meeting with P. Cook (PwC) regarding the expenses for the shared services project. | $400.00 | 0.30 | $120.00 |
| 1/25/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0090: Review email from P. Cook (PwC) regarding expense details for the December 2011 Monthly Fee Application. | $400.00 | 0.30 | $120.00 |
| 1/25/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0091: Meeting with P. Cook (PwC) regarding the expenses for the shared services project. | $400.00 | 0.20 | $80.00 |
| 1/27/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0092: Review the expense details and prepare the related exhibits for submission to the Bankruptcy Court. | $400.00 | 2.40 | $960.00 |
| 1/27/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0093: Meeting with J. Sinor (PwC) to discuss the time details related to the Records Management project. | $400.00 | 0.50 | $200.00 |
| 1/27/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0094: Review the December 2011 expense details and prepare the related exhibits for submission to the Bankruptcy Court. | $400.00 | 1.30 | $520.00 |
| 1/27/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0095: Prepare the December 2011 Monthly Fee Application for submission to the Bankruptcy Court. | $400.00 | 3.50 | $1,400.00 |
| 1/27/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0096: Prepare the December 2011 Monthly Fee Application Exhibis for submission to the Bankruptcy Court. | $400.00 | 1.00 | $400.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period January 1, 2012 through February 29, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 1/31/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0097: Prepare the December 2011 Monthly Fee Application for submission to the Bankruptcy Court. | $400.00 | 2.80 | $1,120.00 |
| 1/31/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0098: Prepare the December 2011 Monthly Fee Application Narrative for submission to the Bankruptcy Court. | $400.00 | 1.50 | $600.00 |
| 1/31/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0099: Perform a final review of the December 2011 Monthly Fee Application and distribute to J. Spahn (PwC) for review. | $400.00 | 1.60 | $640.00 |
| 1/31/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0100: Send email to P. Cook (PwC) regarding additional expense detail needed. | $400.00 | 0.20 | $80.00 |
| 2/1/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0101: Finalize the December 2011 Monthly Fee Application and distribute to J. Spahn (PwC) for review. | $400.00 | 1.80 | $720.00 |
| 2/3/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0102: Revised the December 2011 Monthly Fee Application based upon feedback from J. Spahn (PwC) and distributed to B. England (PwC) for signature. | $400.00 | 1.00 | $400.00 |
| 2/9/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0103: Review the January 2012 expense details for compliance with Compensation Guidelines. | $400.00 | 1.10 | $440.00 |
| 2/9/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0104: Distribute the Interim Fee Application to P. Ratkowiak (Cole Schotz) for filing. | $400.00 | 0.10 | $40.00 |
| 2/9/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0105: Prepare the January 2012 Monthly Fee Application. | $400.00 | 2.40 | $960.00 |
| 2/16/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0106: Review time details related to the Records Management Phase II project for compliance with Compensation Guidelines. | $400.00 | 4.30 | $1,720.00 |
| 2/17/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0107: Prepare the January 2012 Monthly Fee Application for submission to the Bankruptcy Court. | $400.00 | 3.60 | $1,440.00 |
| 2/20/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0212H0108: Review the January 2012 time details based upon feedback received from R. Mayer and J. Sinor (PwC) for compliance with Compensation Guidelines. | $400.00 | 2.20 | $880.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period January 1, 2012 through Febraury 29, 2012**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| | | | **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | 48.80 | $19,520.00 |
| | | | **Total Hours and Compensation** | | 214.20 | $67,733.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                           **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period January 1, 2012 through Febraury 29, 2012**

| Transaction Type | Total Expenditures |
|---|---|
| **Records Management: Phase II** | |
| Lodging | $566.96 |
| Meals | $162.56 |
| Public/ground transportation | $27.45 |
| **Subtotal - Records Management: Phase II** | **$756.97** |
| **Total Expenditures** | **$756.97** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.  Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Tuesday, March 27, 2012

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
**Detail of Expenditures by Project and Date**
**For the Period January 1, 2012 through Febraury 29, 2012**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **Records Management: Phase II** | | | | |
| 12/12/2011 | Julie D Sinor | Meals | 0212E0001: PACHAL'S LACARROUSEL ATLANTA GA - DINNER WITH G. HWANG AND SELF. | $42.20 |
| 12/13/2011 | Julie D Sinor | Meals | 0212E0002: STARBUCKS CORP022343 CHICAGO IL - BREAKFAST WITH SELF. | $8.82 |
| 12/13/2011 | Julie D Sinor | Meals | 0212E0003: BANDERA -- CHICAGO IL - DINNER WITH G. HWANG AND SELF. | $100.00 |
| 12/13/2011 | Julie D Sinor | Public/ground transportation | 0212E0004: CHI TAXI MED 0449 09 CHICAGO IL - TAXI FROM HOTEL TO TRIBUNE. | $8.45 |
| 12/13/2011 | Julie D Sinor | Public/ground transportation | 0212E0005: YELLOW CAB YELLOW CA CHICAGO IL - TAXI FROM TRIBUNE TO HOTEL. | $9.25 |
| 12/14/2011 | Julie D Sinor | Meals | 0212E0006: ARGO TEA CAFE 000000 CHICAGO IL - BREAKFAST WITH G. HWANG AND SELF. | $11.54 |
| 12/14/2011 | Julie D Sinor | Public/ground transportation | 0212E0007: CHOICE TAXI ASSN. 30 CHICAGO IL - TAXI FROM HOTEL TO TRIBUNE. | $9.75 |
| 12/15/2011 | Julie D Sinor | Lodging | 0212E0008: W CHICAGO CITY CENTE CHICAGO IL - LODGING WEEK OF 12/12/2011 TO 12/14/2011 (2 NIGHTS STAY). | $566.96 |
| Subtotal - Records Management: Phase II | | | | $756.97 |
| **Total Expenditures** | | | | **$756.97** |

Page 1 of 1
Tuesday, March 27, 2012

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.