# Exhibit A



**ZUCKERMAN** SPAEDER LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

April 3, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:282888
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through February 29, 2012.

| | | |
|---|---:|---:|
| By Graeme W. Bush<br>4.90 hours at $875.00 per hour | $ | 4,287.50 |
| By James Sottile<br>53.80 hours at $790.00 per hour | $ | 42,502.00 |
| By Andrew N. Goldfarb<br>45.90 hours at $640.00 per hour | $ | 29,376.00 |
| By P. Andrew Torrez<br>16.70 hours at $610.00 per hour | $ | 10,187.00 |
| By Andrew Caridas<br>11.10 hours at $375.00 per hour | $ | 4,162.50 |
| By Sepaass Shahidi<br>1.90 hours at $290.00 per hour | $ | 551.00 |
| By Lisa Medoro<br>73.80 hours at $280.00 per hour | $ | 20,664.00 |
| **TOTAL FEES** | $ | 111,730.00 |
| **TOTAL EXPENSES** | $ | 0.00 |

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC

April 3, 2012                                                                                                    Page 2

TOTAL FEES AND EXPENSES THIS PERIOD          $       111,730.00

April 3, 2012                                                                    Page 3

DESCRIPTION OF SERVICES                                        CLIENT: 12464
                                                               MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 02/01/12 | 0.90 | Prepare for court hearing re litigation stay motions. |
| 02/01/12 | 0.20 | Review order entered by Judge Holwell in MDL proceeding and related letter from Aurelius. |
| 02/01/12 | 1.30 | Review claims that need to be moved from Lender Action and research re procedural mechanisms to do so. |
| 02/01/12 | 0.10 | Teleconference with D. Deutsch (Chadbourne) re same. |
| 02/02/12 | 1.70 | Further preparation for hearing on motions re litigation stays, including outline argument. |
| 02/02/12 | 0.50 | Meeting with DCL counsel to prepare for hearing on motions re litigation stays. |
| 02/02/12 | 1.50 | Participate in hearing on motions re litigation stays. |
| 02/03/12 | 0.30 | Call with J. Bendernagel (Sidley) re DCL Plan confirmation issues. |
| 02/07/12 | 0.30 | Review and edit proposed language re Morgan Stanley release. |
| 02/09/12 | 1.10 | Analyze proposed revisions to release and related provisions of plan with relevant provisions of adversary complaints. |
| 02/10/12 | 0.20 | Call with A. Rosenblatt (Chadbourne) re changes to release language proposed by lenders for DCL Plan. |
| 02/10/12 | 0.20 | Call with E. Vonnegut (Davis Polk) re changes to release language proposed by lenders for DCL Plan. |
| 02/10/12 | 0.30 | Review/analyze release language changes proposed by lenders. |
| 02/10/12 | 0.30 | Call with A. Goldfarb, D. Rath and J. Green (Landis Rath) re service issues and moving non-released claims from lender action to FitzSimons. |
| 02/10/12 | 0.80 | Review/analyze subordination scenarios chart. |
| 02/13/12 | 0.20 | Call with K. Lantry (Sidley) re issue on Creditors Trust provisions of plan. |
| 02/13/12 | 0.30 | Call with K. Lantry (Sidley) re proposed revisions to release language in DCL Plan. |

April 3, 2012                                                                                      Page 4

| | | |
|---|---|---|
| 02/14/12 | 0.50 | Participate in weekly Committee professionals' call re bankruptcy and litigation proceedings. |
| 02/14/12 | 0.20 | Call with D. Golden (Akin) re plan confirmation issues. |
| 02/14/12 | 0.80 | Review plan provisions re Creditors Trust and analyze proposal re potential changes to provisions. |
| 02/14/12 | 1.40 | Review/analyze drafts of amended plan and supplemental disclosure. |
| 02/14/12 | 0.30 | Call with J. Bendernagel (Sidley) re litigation stay motions and plan confirmation issues. |
| 02/14/12 | 0.10 | Review stay order from Judge Pauley. |
| 02/15/12 | 1.00 | Prepare for and participate in omnibus hearing. |
| 02/15/12 | 0.40 | Call with J. Bendernagel (Sidley) re Plan confirmation issues. |
| 02/16/12 | 0.80 | Participate in conference call with DCL counsel and advisors re valuation issues. |
| 02/16/12 | 0.20 | Call with J. Bendernagel (Sidley) re valuation issues relevant to Plan confirmation. |
| 02/16/12 | 0.10 | Call with D. LeMay (Chadbourne) re valuation issues relevent to Plan confirmation. |
| 02/16/12 | 0.30 | Call with D. Schaible and E. Vonnegut (Davis Polk) re proposed changes to release language in DCL Plan. |
| 02/16/12 | 0.10 | Review draft memo to Committee re Madoff-related claim in FitzSimons. |
| 02/16/12 | 1.20 | Review/analyze updated Tribune valuation and related documentation. |
| 02/16/12 | 0.10 | Call with D. Deutsch (Chadbourne) re Madoff-related claim in FitzSimons. |
| 02/17/12 | 0.30 | Calls with D. Schaible and E. Vonnegut (Davis Polk) re issues on release language in DCL Plan. |
| 02/17/12 | 0.50 | Calls with K. Lantry (Sidley) re issues on release language in DCL Plan. |
| 02/17/12 | 1.50 | Review and edit multiple drafts of release language in DCL Plan and related Disclosure Statement language. |
| 02/17/12 | 0.20 | Call with D. LeMay and A. Rosenblatt (Chadbourne) re issues on plan amendments. |

April 3, 2012                                                                                                      Page 5

| | | |
|---|---|---|
| 02/17/12 | 0.50 | Extensive e-mail correspondence with K. Lantry and J. Boelter (Sidley) re release issues in plan and supplemental disclosure. |
| 02/17/12 | 1.80 | Further review of all Plan amendments and complete supplemental disclosure. |
| 02/17/12 | 0.90 | Participate in call with DCL Plan Proponents' counsel and experts re valuation issues. |
| 02/17/12 | 0.90 | Further review/analysis of revised valuation and related issues with respect to DCL Plan. |
| 02/17/12 | 0.40 | E-mail correspondence with D. Schaible and E. Vonnegut (Davis Polk) re issues on proposed amendments to plan release language and related revisions to supplemental disclosure. |
| 02/19/12 | 0.40 | E-mail correspondence with E. Vonnegut and D. Schaible (Davis Polk) and K. Lantry and J. Boelter (Sidley) re Plan release amendment issues. |
| 02/19/12 | 0.60 | Review/analyze revised release language and other relevant plan provisions and adversary proceeding allegations. |
| 02/20/12 | 0.60 | Extensive e-mail correspondence with D. Schaible and E. Vonnegut (Davis Polk) and K. Lantry (Sidley) re further changes to release language in plan and review/analyze proposed changes. |
| 02/20/12 | 0.10 | Call with D. LeMay (Chadbourne) re Plan amendment issues. |
| 02/20/12 | 0.10 | Call with K. Lantry (Sidley) re Plan release language issues. |
| 02/21/12 | 0.60 | Participate in weekly Committee professionals' call re bankruptcy and litigation proceedings. |
| 02/21/12 | 0.40 | Call with T. McCormack (Chadbourne) re MDL litigation and FitzSimons action. |
| 02/21/12 | 1.40 | Draft/edit motion to sever Advisor Claims from Lender action and motion to consolidate with FitzSimons. |
| 02/21/12 | 0.80 | Review final version of Supplemental Disclosure and Plan Amendments. |
| 02/21/12 | 1.40 | Review draft brief on unlawful discrimination and key cases cited. |
| 02/21/12 | 2.10 | Research and analyze class certification issues on shareholder defendant class. |
| 02/22/12 | 0.40 | Telephone hearing re Retirees' motion to add expert. |

April 3, 2012                                                                                  Page 6

| | | |
|---|---|---|
| 02/22/12 | 0.20 | Call with D. Deutsch (Chadbourne) re dismissing claims under $100,000 against shareholders in FtizSimons. |
| 02/22/12 | 0.30 | Call with J. Bendernagel (Sidley) re confirmation-related issues DCL Plan. |
| 02/23/12 | 1.40 | Participate by telephone in Hochschild deposition. |
| 02/23/12 | 1.20 | Analyze caselaw re unfair discrimination issue for confirmation and review revisions to draft Committee brief. |
| 02/23/12 | 1.40 | Review documents relevant to allocation disputes. |
| 02/24/12 | 0.40 | Review/analyze draft scheduling order for Plan confirmation proceedings. |
| 02/24/12 | 0.40 | Calls with J. Bendernagel (Sidley) re draft scheduling order for confirmation proceedings and other confirmation issues. |
| 02/24/12 | 0.30 | Call with D. LeMay, T. McCormack and M. Ashley (Chadbourne) re draft scheduling order for confirmation and MDL litigation issues. |
| 02/24/12 | 0.50 | Call with DCL counsel re draft scheduling order for confirmation proceedings. |
| 02/24/12 | 0.20 | Call with K. Lantry (Sidley) re potential dismissal of claims under $100,000 in FitzSimons. |
| 02/24/12 | 0.20 | Call with E. Moskowitz (Davis Polk) re issues on scheduling order for confirmation. |
| 02/24/12 | 0.90 | Review allocation dispute briefs. |
| 02/27/12 | 1.00 | Edit motion to sever and consolidate Advisor Claims from lender action. |
| 02/27/12 | 0.90 | Conference call with counsel for all parties re scheduling order for confirmation hearing and issues re hearing on allocation disputes. |
| 02/27/12 | 0.20 | Review and comment on draft memo to Committee re Madoff-related claims in FitzSimons. |
| 02/27/12 | 0.50 | Review and comment on revised drafts of scheduling order for confirmation hearing and order of presentation for allocation disputes. |
| 02/27/12 | 1.10 | Continue review/analysis of opening briefs on allocation disputes. |
| 02/27/12 | 0.20 | Review proposed stipulation concerning Retiree documents for allocation dispute and e-mail correspondence with other counsel re same. |

April 3, 2012                                                                                               Page 7

| 02/27/12 | 0.10 | Review notice of documents Committee will rely on for allocation disputes. |
|---|---|---|
| 02/27/12 | 0.10 | Review proposed stipulation concerning Oaktree documents for allocation disputes. |
| 02/27/12 | 0.40 | Review draft motion to extend time to serve lender action complaint. |
| 02/28/12 | 0.90 | Further review/analysis of opening briefs re allocation disputes. |
| 02/28/12 | 1.40 | Prepare for hearing re allocation disputes, confirmation schedule and litigation stays. |
| 02/28/12 | 2.10 | Participate in hearing re allocation disputes, confirmation schedule and litigation stays and conferences with counsel before, during and after hearing re same. |
| 02/28/12 | 0.20 | Review D. Zensky (Akin) letter to Judge Carey re MDL proceedings and attached Order from Judge Pauley and analyze implications for stay motions. |
| 02/29/12 | 1.20 | Outline issues for allocation disputes hearing based on briefing. |
| 02/29/12 | 0.70 | Further editing of motion to sever Advisor Claims from JPM adversary proceeding. |
| 02/29/12 | 0.80 | Analyze Plan provisions re Step Two Disgorgement settlement and claims against non-settling Step Two Lenders. |
| 02/29/12 | 0.80 | Further analysis of issues for allocation disputes hearing. |
| 02/29/12 | 0.20 | Edit memo to Committee re MDL update. |

P. Andrew Torrez

| 02/01/12 | 0.80 | Review Wilmington Trust's interrogatories and requests for production regarding allocation disputes. |
|---|---|---|
| 02/01/12 | 0.40 | Review additional Aurelius requests for production relating to allocation disputes. |
| 02/01/12 | 0.10 | Review omnibus scheduling order. |
| 02/01/12 | 0.60 | Review objections to Wilmington Trust's motion for leave to appeal subordination decision by Deutsche Bank, Law Debenture and Aurelius. |
| 02/02/12 | 0.90 | Review lift stay motions, objections and responses. |
| 02/02/12 | 0.30 | Review Aurelius objection to Committee's Third Motion to amend definition of "termination event." |

April 3, 2012                                                                                                    Page 8

| 02/02/12 | 0.80 | Review draft preliminary statement on allocation disputes. |
| 02/06/12 | 0.40 | Review Debtors' Preliminary Statement regarding Allocation Disputes. |
| 02/06/12 | 0.30 | Review Wilmington Trust's Reply in Support of its Motion for Leave to Appeal. |
| 02/14/12 | 0.10 | Review notice of agenda. |
| 02/14/12 | 0.20 | Review meeting minutes. |
| 02/15/12 | 0.90 | Review memorandum recommending approach to preserve Advisor Claims in the lender action against former Tribune advisors. |
| 02/17/12 | 1.80 | Review clean and blacklined Modified Third Amended DCL Plan. |
| 02/18/12 | 1.20 | Review clean and blacklined versions of (1) Amended Allocation dispute protocol, (2) Supplemental disclosure statement, and (3) Supplement to the solicitation procedures motion. |
| 02/21/12 | 0.10 | Review omnibus order approving applications. |
| 02/23/12 | 1.20 | Review draft brief supporting treatment of creditors under the third amended Plan. |
| 02/23/12 | 0.30 | Review revised draft brief blackline. |
| 02/24/12 | 0.10 | Review motion for entry extending time to serve defendants in lender action. |
| 02/24/12 | 0.10 | Review notice of filing of supplemental disclosure document. |
| 02/24/12 | 0.10 | Review notice of filing of third amended joint plan of reorganization. |
| 02/24/12 | 0.20 | Review memorandum regarding dismissal of preference lawsuit against former Tribune employee Adamson. |
| 02/27/12 | 0.90 | Review draft Rule 4(m) motion to extend time to serve defendants in preference actions, including insiders. |
| 02/28/12 | 1.50 | Review memorandum summarizing parties' briefs on the allocation disputes. |
| 02/29/12 | 0.20 | Review motion for order dismissing ERISA claim with prejudice. |
| 02/29/12 | 1.80 | Review debtors' opening brief setting forth facts regarding allocation disputes. |

April 3, 2012                                                                                                      Page 9

| 02/29/12 | 1.40 | Review Wilmington Trust's opening brief regarding allocation disputes. |

**Andrew N. Goldfarb**

| 02/03/12 | 0.70 | Begin drafting letter to Milbank re shareholder production questions in FitzSimons. |
| 02/03/12 | 0.20 | Confer with J. Green (LRC) re Milbank client productions in FitzSimons. |
| 02/03/12 | 0.10 | Review CSSU shareholder production in FitzSimons. |
| 02/04/12 | 0.20 | Create and send spreadsheet of Ex. A defendants in FitzSimons to J. Bendernagel (Sidley). |
| 02/04/12 | 0.10 | Email J. Green (SVG) re inquiry as to status of lender action. |
| 02/06/12 | 0.20 | Review emails re situation regarding Committee claims versus Madoff in FitzSimons. |
| 02/06/12 | 0.10 | Email J. Green (LRC) re Madoff situation. |
| 02/06/12 | 1.00 | Finalize and send letter to S. Sulkowski (Milbank) re shareholder discovery productions of its clients in FitzSimons. |
| 02/06/12 | 0.10 | Email K. Scully (Akin) re Ex. A to Noteholders' Amended Complaints. |
| 02/06/12 | 0.10 | Respond to S. Sulkowski (Milbank) email re Fidelity entities productions in FitzSimons. |
| 02/06/12 | 0.20 | Email J. Green (LRC) re PNC/BNY Mellon follow-up. |
| 02/06/12 | 0.20 | Email J. Green (LRC) re Royal Bank of Scotland production in FitzSimons. |
| 02/07/12 | 0.50 | Participate in weekly professionals' call re litigation and bankruptcy proceedings. |
| 02/07/12 | 0.10 | Review Swiss American Securities' proposed notice of voluntary dismissal and email S. Sulkowski (Milbank) re same. |
| 02/07/12 | 0.20 | Review spreadsheet of FitzSimons shareholder defendants prepared by Zuckerman Spaeder in follow-up project. |
| 02/08/12 | 0.30 | Call with K. Scully and J. Goldsmith (Akin) re Noteholder's complaints and shareholder defendants. |
| 02/08/12 | 0.10 | Email to A. Chang (DPW) re service in FitzSimons on KV Execution Services. |

April 3, 2012                                                                                           Page 10

| 02/08/12 | 0.10 | Email to J. Sottile re advisor claims in lender action complaint. |
|----------|------|------|
| 02/08/12 | 0.20 | Review lender complaint re advisor claims that need to be preserved. |
| 02/08/12 | 0.20 | Review public info on MDL judge. |
| 02/09/12 | 0.60 | Call with J. Green (LRC) re shareholder discovery issues for FitzSimons. |
| 02/09/12 | 0.20 | Call with A. Gordon (Paul Weiss) re transfer of CGMI claims in lender action. |
| 02/09/12 | 0.10 | Call with J. Drayton (Kaye Scholer) re transfer of Merrill claims in lender action. |
| 02/09/12 | 0.10 | Review 2/2 court transcript re transfer of claims. |
| 02/09/12 | 0.10 | Call A. Oettinger re M&I Trust shareholder production. |
| 02/09/12 | 0.10 | Send recent shareholder productions to parties that subpoenaed the Committee for such information. |
| 02/09/12 | 0.20 | Review and revise draft memo for Committee re Madoff issue related to FitzSimons. |
| 02/09/12 | 0.30 | Emails with J. Sottile re shareholder defendants threshold issue in FitzSimons. |
| 02/09/12 | 0.10 | Emails with L. Medoro and A. Caridas re service issue in lender action. |
| 02/09/12 | 0.20 | Email D. Brown (Paul Weiss) re CGMI claims in lender action. |
| 02/09/12 | 0.20 | Review materials sent by Akin re state law construction fraudulent conveyance claims. |
| 02/09/12 | 0.10 | Email draft of Madoff memorandum to C&P for review. |
| 02/09/12 | 0.10 | Email court hearing transcript to J. Drayton (Kaye Scholer) in connection with call re lender action claims against Merrill. |
| 02/09/12 | 0.10 | Email J. Green (LRC) question re Madoff memorandum issue for FitzSimons. |
| 02/09/12 | 0.10 | Email J. Sottile summary of calls with CGMI and Merrill counsel. |
| 02/09/12 | 0.10 | Email Noteholders' litigation filing materials to J. Boelter (Sidley) in response to request. |
| 02/09/12 | 0.10 | Respond to K. Lantry (Sidley) inquiry re FitzSimons list of shareholder defendants. |

| 02/09/12 | 0.10 | Review and circulate objection to Committee limited motion to vacate transfer in MDL proceeding. |
| 02/09/12 | 0.10 | Respond to S. Sulkowski (Milbank) email request re service on particular Fidelity entities in FitzSimons. |
| 02/09/12 | 0.20 | Call with M. Joyce (FitzSimons defendant) re status of case. |
| 02/09/12 | 0.10 | Call with G. Dougherty (Grippo Elden) re earlier redacted FitzSimons complaint. |
| 02/09/12 | 0.20 | Locate and email requested materials to G. Dougherty (Grippo Elden) per call. |
| 02/10/12 | 0.40 | Attend telephonic court hearing. |
| 02/10/12 | 0.40 | Call with D. Rath and J. Green (LRC) and J. Sottile re dismissing defendants and moving advisor claims to FitzSimons. |
| 02/10/12 | 0.20 | Emails with A. Chang (DPW) re KV entity. |
| 02/10/12 | 0.70 | Meeting with A. Caridas and L. Medoro re lender action service update and next steps. |
| 02/10/12 | 0.10 | Email D. Cantor (OMM) re service on Riviera funding entity in lender action. |
| 02/10/12 | 0.50 | Draft, revise and circulate internally draft memorandum on preserving Advisor Claims by moving them to FitzSimons. |
| 02/13/12 | 0.10 | Emails with L. Medoro re service issues for lender action and FitzSimons. |
| 02/13/12 | 0.10 | Call to J. Green (LRC) re service logistics for FitzSimons action. |
| 02/13/12 | 0.10 | Review order from MDL panel re hearing on Committee limited motion to vacate. |
| 02/13/12 | 0.30 | Review Akin spreadsheet for defendants needing more contact information. |
| 02/13/12 | 0.20 | Review Fidelity and Deutsche Bank AG productions in FitzSimons. |
| 02/14/12 | 0.60 | Participate in weekly professionals' call re status of bankruptcy and litigation proceedings. |
| 02/14/12 | 0.10 | Review order from J. Pauley re MDL. |
| 02/14/12 | 0.20 | Review draft memo from A. Caridas re Charter Trust issue in FitzSimons re client confidentiality. |

| 02/14/12 | 0.20 | Review materials relating to service of lender action and FitzSimons action complaints, email J. Green re same. |
|----------|------|---|
| 02/14/12 | 0.60 | Revise and circulate memo to Committee re severing and consolidating advisor claims. |
| 02/15/12 | 0.50 | Attend Court hearing telephonically, including email information to J. Sottile re fee request during same. |
| 02/15/12 | 0.30 | Email revised memorandum to Committee re preservation of advisor claims with posting note to D. Deutch (C&P). |
| 02/15/12 | 0.30 | Confer with L. Medoro re shareholder discovery follow-up issues in FitzSimons. |
| 02/15/12 | 1.30 | Follow-up analysis on shareholder discovery productions and remaining issues for certain FitzSimons defendants. |
| 02/15/12 | 0.10 | Call with J. Sottile re transfer of advisor claims to MDL. |
| 02/15/12 | 0.20 | Call with J. Drayton and J. Parver (Kaye Scholer) re transfer of Merrill advisor claims. |
| 02/15/12 | 0.20 | Email to J. Sottile and D. Rath (LRC) re conversation with re Kaye Scholer re transfer of Merrill advisor claims. |
| 02/15/12 | 0.10 | Response to A. Oettinger (M&I Trust) re confidentiality of shareholder production and protective order in FitzSimons. |
| 02/16/12 | 0.70 | Review master spreadsheet of subpoenaed parties and production responses in FitzSimons. |
| 02/16/12 | 0.20 | Emails with L. Medoro re follow-up necessary on FitzSimons action shareholder discovery production. |
| 02/16/12 | 0.20 | Email J. Green (LRC) re Ameriprise Riversource production in FitzSimons. |
| 02/16/12 | 0.10 | Review opposition in MDL to Committee limited motion to vacate transfer, emails to D. Rath (LRC) and J. Sottile re same. |
| 02/16/12 | 0.10 | Email J. Mester (Dewey) re Canyon Capital production in FitzSimons. |
| 02/16/12 | 0.10 | Email A. Oettinger (M&I Trust) re forthcoming production in FitzSimons in response to subpoena. |
| 02/17/12 | 0.20 | Review shareholder materials received from M&I Trust in FitzSimons. |
| 02/17/12 | 0.30 | Call with D. Deutsche (C&P) re draft memo re Madoff party to FitzSimons. |

| 02/17/12 | 0.20 | E-mail to J. Green (LRC) re Madoff issue and revisions to memo. |
|---|---|---|
| 02/17/12 | 0.20 | E-mails with LRC re Madoff issue and additional changes to memorandum. |
| 02/21/12 | 0.70 | Participate in weekly professionals' call re status of bankruptcy and litigation proceedings. |
| 02/21/12 | 1.10 | Review and redline draft motion to sever advisor claims. |
| 02/21/12 | 0.40 | Review and redline draft motion to consolidate advisor claims with FitzSimons. |
| 02/21/12 | 0.20 | Email J. Sottile re draft motions to sever and consolidate advisor claims. |
| 02/21/12 | 0.10 | Confer with J. Sottile re Tribune developments and threshold issue. |
| 02/21/12 | 0.40 | Review lender complaint to ensure preservation of advisor claims. |
| 02/21/12 | 0.30 | Review and revise draft memo on Madoff-related party in FitzSimons. |
| 02/23/12 | 4.70 | Substantially revise and expand draft motion to sever and consolidate advisor claims. |
| 02/23/12 | 0.20 | Call with R. Cobb (LRC) re extension of Rule 4(m) deadline in preference actions, review draft re same. |
| 02/23/12 | 0.50 | Review status of Rule 4(m) deadline in lender action and other proceedings, including orders re same. |
| 02/23/12 | 0.10 | Email to J. Green (SVG) re Rule 4(m) deadline in lender action. |
| 02/23/12 | 0.20 | Confer with L. Medoro and A. Caridas re completion of service in lender action. |
| 02/24/12 | 3.00 | Draft third motion to extend Rule 4(m) deadline in lender action. |
| 02/24/12 | 0.10 | Call with D. Rath (LRC) regarding fee application issue. |
| 02/24/12 | 0.20 | Review R. Cobb (LRC) draft motion to extend service deadline for preference actions. |
| 02/24/12 | 0.20 | Research RBC status in FitzSimons in response to S. Sulkowski (Milbank) inquiry. |
| 02/24/12 | 0.10 | Review Master Case Order entered in MDL. |

| | | |
|---|---|---|
| 02/24/12 | 0.10 | Email S. Sulkowski (Milbank) re inquiry re RBC status in FitzSimons. |
| 02/24/12 | 0.10 | Review A. Caridas and L. Medoro emails re international service issues in lender action. |
| 02/24/12 | 0.20 | Exchange emails with D. Rath and J. Green (LRC) re Milbank response as to shareholder information in possession, custody, control in the U.S. |
| 02/25/12 | 0.50 | Respond to request regarding status of York, Monarch, Marathon in the adversary proceedings. |
| 02/27/12 | 0.20 | Email C&P and SVG re draft of Rule 4(m) extension motion for lender action. |
| 02/27/12 | 0.20 | Review and modify draft memo re Madoff entity claims in FitzSimons. |
| 02/27/12 | 2.50 | Revise Rule 4(m) motion per D. Deutsch (C&P) comments. |
| 02/27/12 | 0.30 | Call with D. Deutsch (C&P) re Rule 4(m) draft motion. |
| 02/27/12 | 0.50 | Review debtors' and Committee filings re allocation issues. |
| 02/27/12 | 0.10 | Email J. Green (SVG) re confirming lack of conflicts re certain parties in lender action. |
| 02/27/12 | 0.70 | Review and revise motion to sever and consolidate advisor claims. |
| 02/27/12 | 0.10 | Confer with J. Sottile re various Tribune pending projects and drafts. |
| 02/27/12 | 0.10 | Call with J. Green (LRC) re motion to sever draft. |
| 02/27/12 | 0.10 | Email to J. Sottile re potential modification of appearance in lender action. |
| 02/27/12 | 0.20 | Review status and shareholder production of Silver Point Capital in lender and FitzSimons actions. |
| 02/28/12 | 1.50 | Attend court hearing telephonically re confirmation and stay issues. |
| 02/28/12 | 0.90 | Prepare memo on Wells Fargo's role in the two adversary proceedings. |
| 02/28/12 | 0.10 | Email to J. Parver (Kaye Scholer) and A. Gordon (Paul Weiss) re motion to sever advisor claims. |
| 02/28/12 | 0.20 | Call with S. Sulkowski (Milbank) re questions about RBC defendants in FitzSimons and other shareholder discovery issues. |

April 3, 2012                                                                                    Page 15

| 02/28/12 | 0.20 | Email to D. Deutsch (C&P) with motion to extend Rule 4(m) deadline in lender action for posting. |
| 02/28/12 | 0.50 | Review and edit draft memo to Committee re Charter Trust. |
| 02/28/12 | 0.10 | Email A. Caridas and J. Sottile re draft memo on Charter Trust. |
| 02/28/12 | 0.10 | Email J. Green and S. Pappa (SVG) re planning for filing of motion to extend 4(m) deadline in Lender Action. |
| 02/28/12 | 0.10 | Confer via email with J. Sottile post-Court hearing re next steps on motion to sever. |
| 02/28/12 | 0.10 | Emails and exchange of calls with S. Naunton re status of Marathon Special Opportunities Fund in Lender Action. |
| 02/29/12 | 0.30 | Call with A. Gordon (Paul Weiss) and M. Primoff and J. Parver (Kaye Scholer) re Committee's planned motion to sever advisor claims. |
| 02/29/12 | 0.20 | Call with J. Sottile discussing Committee's planned motion to sever advisor claims. |
| 02/29/12 | 2.50 | Revise draft motion to sever advisor claims, including research Rule 21 for motion. |
| 02/29/12 | 0.40 | Finalize and coordinate filing of motion to extend Rule 4(m) deadline in lender action. |
| 02/29/12 | 0.10 | Email to R. Cobb (LRC) re motion to extend Rule 4(m) deadline. |
| 02/29/12 | 0.20 | Review emails from parties to confirmation hearings about documents and exhibits. |
| 02/29/12 | 0.30 | Call with A. Gordon (Paul Weiss) and M. Primoff and J. Parver (Kaye Scholer) re Committee's planned motion to sever Advisor Claims. |
| 02/29/12 | 0.20 | Second email to A. Gordon (Paul Weiss) and M. Primoff and J. Parver (Kaye Scholer) re Committee's planned motion to sever Advisor Claims. |
| 02/29/12 | 0.10 | Email to L. Medoro re status of lender action service project. |
| 02/29/12 | 0.20 | Confer with A. Caridas re next steps on Charter Trust issue for FitzSimons. |
| 02/29/12 | 0.70 | Draft proposed order for court decision to partially lift stay in FitzSimons. |

Graeme W. Bush

April 3, 2012                                                                                   Page 16

| 02/01/12 | 0.30 | Review Wilmington Trust pleading regarding allocation disputes. |
| 02/02/12 | 0.30 | Review draft recovery chart from A. Rosenblatt (C&P) in connection with allocation disputes. |
| 02/03/12 | 0.30 | Review D. Golden (Akin) e-mail and attachment regarding recovery charts. |
| 02/06/12 | 0.20 | Review preliminary statement of Debtors filed with court re allocation issues. |
| 02/09/12 | 0.40 | Review e-mails from various parties regarding allocation stipulation. |
| 02/09/12 | 0.20 | Telephone call with shareholder regarding questions about Committee's suits. |
| 02/10/12 | 0.40 | Review e-mails and drafts regarding allocation chart and hearing. |
| 02/13/12 | 0.20 | Review Notice and Agenda for Omnibus Hearing. |
| 02/14/12 | 0.20 | Review Thomas Johnson comments on proposed allocation dispute protocol. |
| 02/14/12 | 0.20 | E-mails with D. Rosner (Kasowitz) and interested counsel regarding allocation scheduling and discovery. |
| 02/15/12 | 0.30 | E-mail exchange with Messrs. Bendernagel (Sidley) and Rosner (Kasowitz)regarding allocation issues. |
| 02/15/12 | 0.20 | Review MDL Order from Judge Pauley and e-mail regarding same. |
| 02/27/12 | 0.50 | Review e-mails regarding allocation issues and draft pleadings. |
| 02/27/12 | 0.20 | Review e-mail and attachment from Jay Teitelbaum (Retiree's Counsel) regarding allocation hearing. |
| 02/28/12 | 0.40 | Review pleadings and e-mails regarding status conference on allocation trial. |
| 02/28/12 | 0.20 | E-mail Chadbourne & Parke regarding UCC. |
| 02/29/12 | 0.40 | Review e-mails and pleadings regarding allocation hearing. |

**Andrew Caridas**

| 02/10/12 | 1.50 | Prepare for and attend lender service status meeting. |
| 02/11/12 | 0.80 | Correspondence regarding Charter Trust proposal to assume clients' liability in FirtSimons. |

April 3, 2012                                                                                    Page 17

| 02/16/12 | 2.60 | Draft and circulate settlement terms re Charter Trust shareholder discovery. |
| 02/17/12 | 1.10 | Draft memorandum to Committee re Charter Trust discovery and proposed settlement in FitzSimons. |
| 02/17/12 | 2.40 | Conduct research to identify lender defendants. |
| 02/24/12 | 1.90 | Research international service for lender action. |
| 02/24/12 | 0.20 | Communications with L. Medoro and A. Goldfarb re same. |
| 02/29/12 | 0.60 | Correspondence re Charter Trust proposal in FitzSimons. |

**Sepaass Shahidi**

| 02/29/12 | 1.90 | Prepare and organize international registered mail receipts and return receipts for service to international defendants in lender action. |

**Lisa Medoro**

| 02/02/12 | 0.20 | E-mail correspondence with A. Goldfarb and A. Caridas regarding returned filings received from Eastbrook CLO, AIMCO CLO Series 2005 A, and Airlie CLO 2006-II Ltd in lender action. |
| 02/07/12 | 3.90 | Continue to research addresses and proper format of the same for defendants located internationally for lender action service. |
| 02/08/12 | 5.50 | Review, edit and revise chart of international defendants to reflect researched address of service agent. |
| 02/09/12 | 1.80 | Continue to research and locate service addresses for international lenders for lender action services. |
| 02/09/12 | 0.50 | Call with S. Pappa (SVG) regarding return and rejection of service of process of recent motion filed by SVG. |
| 02/09/12 | 3.00 | Organize return and rejection of service of process information received from S. Pappa (SVG) and edit and revise service chart to reflect the same. |
| 02/10/12 | 1.50 | Review and research return of service information received from S. Pappa (SVG) and update service spreadsheet reflecting the same. |
| 02/10/12 | 1.00 | Meet and confer with A. Goldfarb and A. Caridas regarding service of process returns and rejections and service of international entities and other remaining lenders. |

| 02/10/12 | 2.60 | Edit and revise service of process chart relating to service of international and other remaining defendants to be served in lender action. |
|---|---|---|
| 02/13/12 | 6.80 | Edit and revise service of process chart relating to service of international and other remaining defendant lenders for lender action. |
| 02/14/12 | 6.10 | Review and research addresses for international and other remaining defendants for service of complaint in lender action. |
| 02/15/12 | 4.70 | Continue to review and research addresses for international and other remaining defendants for service of complaint in lender action. |
| 02/15/12 | 0.50 | Confer with A. Goldfarb regarding Step One and Step Two LBO payment information. |
| 02/15/12 | 1.50 | Research and review documents relating to Step One and Step Two LBO payment information and edit and revise chart reflecting the same. |
| 02/16/12 | 3.50 | Continue to review and research addresses for international and other remaining defendants for service of complaint in lender action. |
| 02/16/12 | 0.40 | Edit and revise Step One and Step Two LBO payment information spreadsheet for FitzSimons. |
| 02/16/12 | 0.20 | E-mail correspondence with A. Goldfarb regarding edits to the Step One and Step Two LBO payment information spreadsheet. |
| 02/21/12 | 2.50 | Organize backup documentation relating to addresses for international and other remaining defendants to serve complaint for lender action. |
| 02/23/12 | 2.00 | Download and review Step One and Step Two LBO payment information from thirty entities for shareholder productions in FitzSimons. |
| 02/23/12 | 0.80 | Create, edit and revise chart reflecting Step One and Step Two LBO payment information from thirty entities for shareholders discovery in FitzSimons. |
| 02/24/12 | 5.40 | Prepare, organize and finalize addresses and labels for service of remaining domestic and international defendants in lender action. |
| 02/24/12 | 0.30 | Search for address for AHL Pegasus for FitzSimons and e-mail A. Goldfarb results. |

**April 3, 2012**                                                                                          Page 19

| 02/27/12 | 4.30 | Organize, prepare and finalize packages to remaining domestic and international defendants to be served in lender action. |
| 02/27/12 | 0.20 | E-mail correspondence with A. Goldfarb regarding filing motion to extend service deadline in lender action. |
| 02/27/12 | 0.60 | Prepare and finalize summonses for remaining domestic and international defendants to be served in lender action. |
| 02/28/12 | 8.00 | Prepare, organize and finalize international mailing labels and packages for service of complaint in lender action. |
| 02/29/12 | 2.50 | Prepare, organize and finalize complaint packages for service to defendants with international addresses in lender action. |
| 02/29/12 | 0.50 | Edit and revise service chart to reflect entries of appearance and packages for which service was not accepted in lender action. |
| 02/29/12 | 3.00 | Continue to prepare, organize and finalize international service in lender action. |



1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

April 3, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:282889
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through February 29, 2012.

By Andrew N. Goldfarb
    10.50  hours at  $640.00  per hour              $     6,720.00

| | | |
|---|---|---|
| TOTAL FEES | $ | 6,720.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 6,720.00 |

April 3, 2012                                                                                     Page 2

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                MATTER: 0002

Andrew N. Goldfarb

| | | |
|---|---|---|
| 02/06/12 | 2.40 | Begin drafting response to Fee Examiner's preliminary report on Zuckerman Spaeder fifth interim fee application. |
| 02/07/12 | 2.00 | Draft and revise response to Fee Examiner's preliminary report on Zuckerman Spaeder fifth interim fee application. |
| 02/07/12 | 0.50 | Review time entries for December 2011 for compliance with Local Rules. |
| 02/07/12 | 0.50 | Review time entries for January 2012 for compliance with Local Rules. |
| 02/07/12 | 0.10 | Attention to preparation of expense detail for Fee Examiner in response to preliminary report on 5th interim fee application. |
| 02/09/12 | 0.10 | Review proposed order approving Zuckerman Spaeder 4th interim fee request. |
| 02/15/12 | 1.00 | Review and revise response to Fee Examiner's preliminary report for 5th interim fee report. |
| 02/16/12 | 0.20 | Finalize and file Zuckerman Spaeder 29th monthly fee application. |
| 02/16/12 | 0.50 | Review expense detail spreadsheet for response to Fee Examiner's preliminary report on Zuckerman Spaeder 5th interim fee application. |
| 02/17/12 | 1.80 | Review, edit, and finalize Zuckerman response to fee examiner preliminary report on 5th interim fee application. |
| 02/23/12 | 0.60 | Respond to fee application inquiry from J. Sottile (.5); call with D. Rath re fee application query (.1). |
| 02/27/12 | 0.50 | Review time sheets for compliance with local rules for January 2012 time. |
| 02/28/12 | 0.10 | E-mail ZS 29th monthly materials to fee examiner. |
| 02/29/12 | 0.20 | Email with D. Beazie (Tribune) re recent payments for fee applications, including review of prior fee applications (.2) Email V. Garlati re ZS 28th monthly fee app (.1) |



ZUCKERMAN SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

April 3, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:282890
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through February 29, 2012.

By James Sottile
11.90  hours at  $790.00  per hour

$      9,401.00

| | |
|---|---|
| TOTAL FEES | $     9,401.00 |
| Less Professional Courtesy | $    -4,700.50 |
| TOTAL FEES | $     4,700.50 |
| TOTAL EXPENSES | $         0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $     4,700.50 |

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC

April 3, 2012                                                                          Page 2

DESCRIPTION OF SERVICES                                              CLIENT: 12464
                                                                     MATTER: 0003


**James Sottile**

| Date | Hours | Description |
|---|---|---|
| 02/02/12 | 1.60 | Travel to Wilmington for hearing on motions re litigation stays |
| 02/02/12 | 2.20 | Travel to NY following hearing on motions re litigation stays |
| 02/15/12 | 1.50 | Travel to Wilmington for omnibus hearing |
| 02/15/12 | 2.40 | Travel back to NY following omnibus hearing |
| 02/28/12 | 4.20 | Travel to/from Wilmington for hearing re allocation disputes, confirmation schedule and litigation stays |