# Exhibit B

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| **TRAVEL** | | | | |
| | $ 293.00 | 2/27/2012 | JS | |
| | $ 109.00 | 2/27/2012 | JS | |
| Total | $ 402.00 | | | $ 402.00 |
| **TAXI SERVICE** | | | | |
| | $ 12.00 | 2/27/2012 | JS | |
| | $ 33.60 | 2/27/2012 | JS | |
| Total | $ 45.60 | | | $ 45.60 |
| **DOCKET RESEARCH** | | | | |
| Pacer Service Center | $ 16.56 | 2/14/2012 | | |
| Total | $ 16.56 | | | $ 16.56 |
| **TRANSLATIONS** | | | | |
| TransPerfect Translations | $ 9,659.56 | 2/22/2012 | | |
| Total | $ 9,659.56 | | | $ 9,659.56 |
| **POSTAGE** | | | | |
| | $ 0.45 | 2/6/2012 | | |
| | $ 62.40 | 2/28/2012 | | |
| | $ 8.05 | 2/28/2012 | | |
| | $ 10.60 | 2/28/2012 | | |
| | $ 12.60 | 2/28/2012 | | |
| | $ 11.30 | 2/28/2012 | | |
| | $ 8.05 | 2/28/2012 | | |
| | $ 8.75 | 2/28/2012 | | |
| | $ 8.05 | 2/28/2012 | | |
| | $ 5.30 | 2/28/2012 | | |
| | $ 45.20 | 2/28/2012 | | |
| | $ 5.30 | 2/27/2012 | | |
| | $ 6.30 | 2/27/2012 | | |
| | $ 5.30 | 2/27/2012 | | |
| | $ 6.30 | 2/27/2012 | | |
| | $ 8.05 | 2/27/2012 | | |
| | $ 56.70 | 2/27/2012 | | |
| | $ 37.10 | 2/27/2012 | | |
| | $ 18.90 | 2/27/2012 | | |
| | $ 12.60 | 2/27/2012 | | |
| | $ 41.60 | 2/27/2012 | | |
| | $ 10.40 | 2/27/2012 | | |
| | $ 6.30 | 2/27/2012 | | |
| | $ 67.80 | 2/27/2012 | | |
| | $ 44.10 | 2/27/2012 | | |
| | $ 16.95 | 2/27/2012 | | |
| | $ 41.60 | 2/27/2012 | | |
| | $ 15.90 | 2/27/2012 | | |
| | $ 12.60 | 2/27/2012 | | |
| | $ 5.65 | 2/27/2012 | | |
| | $ 8.75 | 2/27/2012 | | |
| Total | $ 608.95 | | | $ 608.95 |
| **LONG DISTANCE CALLS** | | | | |
| | $ 0.84 | 2/2/2012 | | |
| | $ 1.92 | 2/3/2012 | | |
| | $ 0.36 | 2/3/2012 | | |
| | $ 0.24 | 2/8/2012 | | |
| | $ 0.12 | 2/8/2012 | | |
| | $ 0.96 | 2/9/2012 | | |

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| | $ 0.96 | 2/9/2012 | |
| | $ 0.84 | 2/9/2012 | |
| | $ 0.72 | 2/9/2012 | |
| | $ 0.36 | 2/9/2012 | |
| | $ 4.44 | 2/9/2012 | |
| | $ 0.12 | 2/9/2012 | |
| | $ 0.12 | 2/9/2012 | |
| | $ 0.36 | 2/9/2012 | |
| | $ 0.24 | 2/9/2012 | |
| | $ 0.24 | 2/13/2012 | |
| | $ 0.12 | 2/14/2012 | |
| | $ 0.24 | 2/14/2012 | |
| | $ 0.12 | 2/14/2012 | |
| | $ 0.12 | 2/15/2012 | |
| | $ 0.12 | 2/17/2012 | |
| | $ 0.84 | 2/23/2012 | |
| | $ 0.60 | 2/27/2012 | |
| | $ 2.16 | 2/27/2012 | |
| | $ 0.24 | 2/28/2012 | |
| Total | $ 17.40 | | $ 17.40 |
| | | | |
| GRAND TOTAL | | | $ 10,750.07 |