```
                    IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE

IN RE:                        )    Case No. 08-13141 (KJC)
                              )    (Jointly Administered)
                              )
TRIBUNE COMPANY, et al.,      )    Chapter 11

                              )    Courtroom 5
                              )    824 Market Street
            Debtors.          )    Wilmington, Delaware
                              )
                              )    March 22, 2012
                              )    2:30 p.m.


                     TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:               Sidley Austin, LLP
                           BY: JAMES BENDERNAGEL, ESQ.
                           BY: KEN KANSA, ESQ.
                           BY: JILLIAN LUDWIG, ESQ.
                           One South Dearborn
                           Chicago, IL  60603
                           (312) 853-7000


                           BY: KEVIN T. LANTRY, ESQ.
                           555 West Fifth Street
                           Los Angeles, CA  90013
                           (213) 896-6000


                           Cole, Schotz, Meisel, Forman
                           & Leonard, P.A.
                           BY: NORMAN PERNICK, ESQ.
                           500 Delaware Avenue, Suite 410
                           Wilmington, DE  19801
                           (302) 652-3131


ECRO:                      AL LUGANO

Transcription Service:     DIAZ DATA SERVICES
                           331 Schuylkill Street
                           Harrisburg, Pennsylvania 17110
                           (717) 233-6664
                           www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
 1   APPEARANCES:
 2   (Continued)
 3
 4   For Aurelius Capital
 5   Management:                    Akin Gump Strauss Hauer & Feld, LLP
 6                                  BY: DANIEL GOLDEN, ESQ.
 7                                  One Bryant Park
 8                                  New York, NY  10036-6745
 9                                  (212) 872-1000
10
11   For JP Morgan:                 Richards Layton & Finger
12                                  BY: DREW SLOAN, ESQ.
13                                  One Rodney Square
14                                  920 North King Street
15                                  Wilmington, DE  19801
16                                  (302) 651-7700
17
18                                  Davis Polk & WARDWELL,
19                                  BY: ELI VONNEGUT, ESQ.
20                                  BY: ELLIOTT MOSKOWITZ, ESQ.
21                                  450 Lexington Avenue
22                                  New York, NY  10017
23                                  (212) 450-4331
24
25   For Merrill Lynch:             Potter Anderson Corroon, LLP
26                                  BY: STEPHEN MCNEILL, ESQ.
27                                  BY: LAURIE SELBER SILVERSTEIN, ESQ.
28                                  Hercules Plaza
29                                  1313 North Market Street, 6$^{th}$ Floor
30                                  Wilmington, DE  19801
31                                  (302) 984-6033
32
33   For DBTCA:                     McCarter & English
34                                  BY: KATHARINE MAYER, ESQ.
35                                  BY: DAVID ADLER, ESQ.
36                                  405 North King Street, 8$^{th}$ Floor
37                                  Wilmington, DE  19801
38
39   For Credit Agreement
40   Lenders:                       Young Conaway Stargatt & Taylor
41                                  BY: M. BLAKE CLEARY, ESQ.
42                                  Rodney Square
43                                  1000 North King Street
44                                  Wilmington, DE  19801
45                                  (302) 571-3287
46
47
48
49
50
51
```

```
 1  For FitzSimons and
 2  Various Officers &
 3  Directors:              Connolly Bove Lodge & Hutz
 4                          BY: MARC PHILLIPS, ESQ.
 5                          The Nemours Building
 6                          1007 North Orange Street
 7                          Wilmington, DE  19899
 8                          (302) 658-9141
 9  For Pension Financial
10  Great Banc:             Womble Carlyle
11                          BY: THOMAS HORAN, ESQ.
12                          222 Delaware Avenue, Suite 1501
13                          Wilmington, DE 19801
14                          (302) 252-4339
15
16  For The Committee:      Landis Rath & Cobb
17                          BY: DANIEL B. RATH, ESQ.
18                          919 Market Street
19                          Suite 1800
20                          Wilmington, De  19801
21                          (302) 467-4400
22
23                          Chadbourne & Parke
24                          BY: DAVID LEMAY, ESQ.
25                          BY: MARC ROITMAN, ESQ.
26                          30 Rockefeller Plaza
27                          New York, NY  10112
28                          (212) 408-5112
29
30                          Zuckerman Spaeder, LLP
31                          BY: JAMES SOTTILE, ESQ.
32                          1185 Avenue of the Americas
33                          31st Floor
34                          New York, NY  10036-2603
35                          (212) 897-3434
36
37  For Joann Parker:       Patricia E. Bender, Attorney at Law
38                          BY: PATRICIA BENDER, ESQ.
39                          5415 North Sheridan Road
40                          Suite 1411
41                          Chicago, IL  60640
42                          (312) 878-7148
43
44  For Trustee:            Office of U. S. Trustee
45                          BY: DAVID KLAUDER, ESQ.
46                          844 King Street, Suite 2207
47                          Lockbox 35
48                          Wilmington, DE 19801
49                          (302) 573-6491
```

```
 1   TELEPHONIC APPEARANCES:
 2
 3   For Former Directors
 4   And Officers:            Grippo & Elden, LLC
 5                            BY: GEORGE R. DOUGHERTY, ESQ.
 6                            (312) 704-7700
 7
 8   For Davidson Kempner:    Schulte Roth & Zabel, LLP
 9                            BY: KAREN S. PARK, ESQ.
10                            (212) 756-2036
11
12   For Official Committee
13   of Unsecured Creditors:  Chadbourne & Parke, LLP
14                            BY: DOUGLAS DEUTSCH, ESQ.
15                            BY: HOWARD SEIFE, ESQ.
16                            BY: MARC ASHLEY, ESQ.
17                            BY: THOMAS MCCORMACK, ESQ.
18                            (212) 408-5100
19
20                            Zuckerman Spaeder, LLP
21                            BY: GRAEME BUSH, ESQ.
22                            BY: ANDREW CARIDAS, ESQ.
23                            BY: ANDREW GOLDFARB, ESQ.
24                            (202) 778-1800
25
26   For Debtor, Tribune:     Sidley Austin
27                            BY: KERRIANN MILLS, ESQ.
28                            (312) 853-0036
29                            BY: BRYAN KRAKAUER, ESQ.
30                            BY: DAVID MILES, ESQ.
31                            (202) 736-8556
32                            BY: BRETT MYRICK, ESQ.
33                            (312) 853-1049
34                            BY: JESSICA BOELTER, ESQ.
35                            BY: THOMAS E. ROSS, ESQ.
36                            (202) 736-8374
37                            BY: ALLISON E. ROSS STROMBERG, ESQ.
38                            (312) 853-0497
39
40                            Tribune
41                            BY: DAVE ELDERSVELD
42                            (312) 222-4707
43                            BY: GARY WEITMAN
44                            (312) 222-3394
45                            BY: DAVID BRALOW
46                            (312) 853-7163
47                            BY: DON LIEBENTRITT
48                            (312) 222-3651
49
50
```

```
 1   For Interested Party
 2   (Media):                 Chicago Tribune
 3                            BY: MICHAEL ONEAL
 4                            (312) 222-3490
 5
 6   For Bank of America:     Bank of America
 7                            BY: ESTER CHUNG, ESQ.
 8                            (646) 855-6705
 9
10   For SuttonBrook
11   Capital Management:      SuttonBrook Capital Management LP
12                            BY: CAROL L. BALE
13                            (212) 588-6640
14   For Royal Bank of
15   Scotland:                Cadwalder Wickersham & Taft
16                            BY: MICHELLE MAMAN, ESQ.
17                            (212) 504-6000
18
19   For Special Committee
20   Of the Board of
21   Directors:               Jones Day
22                            BY: BRAD ERENS, ESQ.
23                            (312) 269-4050
24
25   For EGI-TRB:             Jenner & Block, LLP
26                            BY: ANDREW VAIL, ESQ.
27                            (312) 840-8688
28
29   For Aurelius Capital
30   Management:              Aurelius Capital Management, LP
31                            BY: MATTHEW A. ZLOTO, ESQ.
32                            (646) 445-6518
33
34                            Akin Gump Strauss Hauer & Feld
35                            BY: DANIEL H. GOLDEN, ESQ.
36                            (212) 872-8010
37                            BY: DAVID M. ZENSKY, ESQ.
38                            (212) 872-1000
39
40   For Alvarez & Marsal,
41   LLC:                     Alvarez & Marsal, LLC
42                            BY: MATTHEW FRANK
43                            (312) 371-9955
44
45   For Angelo, Gordon
46   & Company:               Wilmer Cutler Pickering Hale & Dorr
47                            BY: ANDREW N. GOLDMAN, ESQ.
48                            (212) 230-8836
49
```

```
 1   For Barclays:            Barclays Capital, Inc.
 2                            BY: OLIVIA MAURO, ESQ.
 3                            (212) 412-6773
 4
 5   For Merrill Lynch:       Kaye Scholer, LLP
 6                            BY: JANE PARVER, ESQ.
 7                            (212) 836-8510
 8                            BY: PAUL MIGNANO, ESQ.
 9                            (212) 836-8525
10
11   For Eric Bilmes:         HBK Capital Management
12                            BY: ERIC BILMES
13                            (212) 588-5115
14   For Onex Credit
15   Partners:                Onex Credit Partners
16                            BY: STUART KOVENSKY
17                            (201) 541-2121
18
19   For JPMorgan Chase:      Davis Polk & Wardwell, LLP
20                            BY: ANGELA LIBBY, ESQ.
21                            (212) 450-4433
22
23   For Davidson & Kempner:  DK Partners
24                            BY: EPHRAIM DIAMOND
25                            (646) 282-5841
26   For Chicago Fundamental
27   Investment Partners:     Chicago Fundamental Investment
28                            Partners
29                            BY: PETER GRUSZKA
30                            (312) 416-4215
31
32   For Deutsche Bank:       McCarter & English
33                            BY: DAVID ADLER, ESQ.
34                            (212) 609-6847
35
36   For Crane Kenny:         Shaw Gussis Fishman Glantz Wolfson
37                            BY: KIMBERLY BACHER, ESQ.
38                            (312) 541-0151
39   For Oaktree Capital
40   Management:              Dewey & LeBoeuf, LLP
41                            BY: BRUCE BENNETT, ESQ.
42                            (213) 621-6021
43                            BY: JAMES O. JOHNSTON, ESQ.
44                            (213) 621-6030
45                            BY: JOSHUA M. MESTER, ESQ
46                            (213) 621-6016
47
48
49
```

```
 1  For Goldman Sachs & Co.: Goldman Sachs & Co.
 2                          BY: SCOTT BYNUM, ESQ.
 3                          (212) 902-8060
 4                          BY: LEXI FALLON, ESQ.
 5                          (212) 902-0791
 6
 7  For Bank of America:    O'Melveny & Myers (New York Office)
 8                          BY: DANIEL CANTOR, ESQ.
 9                          (212) 326-2000
10                          BY: EVAN JONES, ESQ.
11                          (213) 430-6236
12                          BY: DANIEL S. SHAMAH, ESQ.
13                          (212) 326-2138
14
15  For Creditor:           BY: ANTHONY CONTE,IN PRO PER/PRO SE
16                          (631) 949-1660
17
18  For Arrowgrass Capital
19  Services:               Arrowgrass Capital Partners, US, LP
20                          BY: DAVID DUNN, ESQ.
21                          (212) 584-5946
22  For Silver Point
23  Capital:                Silver Point Capital
24                          BY: MATTHEW EHMER, ESQ.
25                          (203) 542-4219
26
27  For Employees Compensation
28  Defendant's Group:      Frank Gecker, LLP
29                          BY: JOSEPH FRANK, ESQ.
30                          BY: REED HEILIGMAN, ESQ.
31                          (312) 276-1432
32
33  For Wells Fargo Bank:   White & Case
34                          BY: SCOTT GREISSMAN, ESQ.
35                          (212) 819-8567
36
37  For Citigroup:          Paul Weiss Rifkind Wharton &
38                          Garrison, LLP
39                          BY: ANDREA F. HERNANDEZ, ESQ.
40                          (212) 373-3000
41
42  For Interested Party:   BY: ANNA KALENCHITS
43                          (212) 723-1808
44
45  For Tibita P. Kaneene:  DebtWire
46                          BY: TIBITA P. KANEENE
47                          (212) 500-1383
48
49
```

```
 1  For Monarch Alternative
 2  Capital LP:              Monarch Alternative Capital, LP
 3                           BY: MICHAEL J. KELLY, ESQ.
 4                           (212) 554-1760
 5
 6  For Law Debenture:       Kasowitz Benson Torres & Friedman
 7                           BY: SHERON KORPUS, ESQ.
 8                           (212) 506-1700
 9                           BY: MATTHEW STEIN, ESQ.
10                           (212) 506-1717
11  For Royal Bank of
12  Scotland:                Cadwalader Wickersham & Taft
13                           BY: MICHELLE MAMAN, ESQ.
14                           (212) 504-6000
15
16
17  For Chandler Bigelow,
18  III:                     Sperling & Slater
19                           BY: GWEN NOLAN, ESQ.
20                           (312) 641-3200
21
22  For Wilmington Trust:    Brown Rudnick, LLP
23                           BY: GORDON NOVOD, ESQ.
24                           (212) 209-4940
25                           BY: MARTIN SIEGEL, ESQ.
26                           (212) 209-4829
27
28  For Chicago Tribune
29  Company:                 Seyfarth Shaw, LLP
30                           BY: NATASCHA B. RIESCO, ESQ.
31                           (312) 460-5515
32
33  For Taconic Capital:     Taconic Capital
34                           BY: MARC SCHWARTZ
35                           (212) 209-3122
36  For Robert McCormick
37  Foundation & Cantigny
38  Foundation:              Katten Muchin Rosenman, LLP
39                           BY: JOHN SIEGER, ESQ.
40                           (312) 902-5294
41
42  For Citi:                Citi
43                           BY: REBECCA SONG
44                           (212) 559-9933
45
46  For Amalgamated Bank:    Millbank Tweed Hadley & McCloy
47                           BY: ALAN STONE, ESQ.
48                           (212) 530-5285
49
```

```
 1   For Epiq Bankruptcy
 2   Solutions, LLC:              Epiq Systems
 3                                BY: DIANE STREANY
 4                                (646) 282-2546
 5
 6   For Fir Tree:                Fir Tree
 7                                BY: ANDREW TENO
 8                                (305) 704-5786
 9
10   For GreatBanc Trust:         Morgan Lewis & Brockius, LLP
11                                BY: MENACHEM O. ZELMANOVITZ, ESQ.
12                                (212) 309-6000
13
14
15
16
17
18
19
20
21
22
23
```

1   WILMINGTON, DELAWARE, THURSDAY, MARCH 22, 2012 2:30 P.M.

2                  THE COURT:  Good afternoon everyone.

3                  MR. PERNICK:  Good afternoon, Your Honor.  Norman

4   Pernick, from Cole Schotz, on behalf of the debtor, Tribune

5   Company.  Your Honor, I thought I'd run through the Agenda

6   pretty quick just to make sure we're all on the same page on

7   what's continued and what Orders have been entered.

8                  THE COURT:  All right.

9                  MR. PERNICK:  Item number one, the Tenth Omnibus

10  Objection, that's continued to April 25 with respect to GE

11  Capital Fleet Services and Robby S. Wells claims.  Number

12  two, the Twenty-Fourth Omnibus Objection, with respect to

13  the claims of Marbury von Briesen and Herbert Eye, those are

14  continued to the 25th of April.  Number three, the Twenty-

15  Seventh Omnibus Objection, with respect to the claim of

16  Marcia Willette, as Guardian for Zachary Mitzkovitz, it's

17  claim number 6160, there's a stipulation to be submitted

18  but, for technical purposes, right now, that's continued to

19  April 25.  Item number four, the Thirty-Third Omnibus

20  Objection, with respect to the City of Chicago claim, is

21  continued to April 25.  The Fortieth Omnibus Objection, item

22  number five, with respect to the claim of USDR CNI Corp.,

23  that's continued to April 25.  Item number six, the Forty-

24  Second Omnibus Objection, with respect to the claims of

25  Broadspire Services, Software AG, and Carol Walker, those

1  are continued to April 25.  Item number seven, the Forty-

2  Seventh Omnibus Objection, with respect to the claim

3  objections of the Ohio Department of Taxation, that's

4  continued to April 25.  Item number eight, the Fifty-First

5  Omnibus Objection, with respect to the claims of Riverside

6  Claims, LLC, Thompson and Avaya, those are continued to

7  April 25.  And last, on the continuances to April 25, is the

8  Fifty-Second Omnibus Objection, Item number nine, with

9  respect to the claim of City of Hartford.

10             THE COURT:  Let's -- can we back up to number

11  eight?

12             MR. PERNICK:  Um-hum.

13             THE COURT:  That was submitted under a

14  Certification of Counsel, which I reviewed today, but page

15  three of the COC is missing.  So if someone has a copy of

16  that with them now, I'd -- I would like to see it.

17             MR. PERNICK:  Are you talking about the claim of

18  Mr. Huynh?

19             THE COURT:  I am.

20             MR. PERNICK:  Okay.  I think Mr. Kansa's got a

21  copy of it.

22             THE COURT:  All right.

23             MR. KANSA:  Your Honor, I have a copy of that

24  Certification of Counsel with all four pages, if I may

25  approach?

1          THE COURT:  Yes.  Thank you.  Bear with me for

2   just one minute.  Okay.  So I take it that the debtor, with

3   respect to the Huynh claim, wants to simply rest on the

4   submissions.  I thought I'd ask, for the record, whether Mr.

5   Huynh is present or on the telephone, or anyone on his

6   behalf is present or on the telephone.

7                    (No audible response)

8          THE COURT:  I hear no response.  Okay.  I'll act

9   on it in due course.

10          MR. PERNICK:  Thank you, Your Honor.  Your Honor,

11   I'm going to jump to the other CNO COC's that were filed

12   where orders were not signed just in case the Court has

13   questions on any of those.

14          THE COURT:  I have signed the items at 9, 10, 11,

15   12, 13, 14, 15, 16, and 17.

16          MR. PERNICK:  Okay.  That covers them all, Your

17   Honor.

18          THE COURT:  Yes, I was out of town and didn't get

19   a chance to review them until this morning.

20          MR. PERNICK:  That's fine, Your Honor.  I just

21   wanted to make sure we were all --

22          THE COURT:  Yes.

23          MR. PERNICK:  But that leaves three items going

24   forward, Your Honor.  And our suggestion is, in order to

25   conserve estate resources, we think that most of the parties

1    on the phone and in the Court are actually probably

2    interested in Item number 20.

3              THE COURT:  Okay.

4              MR. PERNICK:  Which is the status conference.

5              THE COURT:  All right.

6              MR. PERNICK:  And I think we'd actually propose,

7    although we can discuss with the Court after we go in

8    reverse order.  So we go to number 20, then we do Mr. Conte,

9    which is number 19, and then we do number 18.

10             THE COURT:  I think that makes sense.

11             MR. PERNICK:  Thank you, Your Honor.

12             MR. LANTRY:  Good afternoon, Your Honor, Kevin

13   Lantry, on behalf of the debtors.  Your Honor, you may have

14   been pleased, if not surprised, to see the thinness of the

15   binder on the supplemental disclosure statement hearing.

16   There were a few objections, and I'm happy to tell you that,

17   since even filing our reply, I think we have resolved or

18   confirmed that we have resolved virtually everything.  Danny

19   Golden and I conferred earlier this afternoon, and although

20   he might want two or three little changes, we think we can

21   work all those out.  So when the disclosure statement

22   hearing does go forward, as we conceive of things right now,

23   I think it will be an uncontested hearing, but --

24             THE COURT:  Say that again, just so that I may

25   savor the notion.

1                          (Laughter)

2              THE COURT:  You don't have to.  It's all right.

3                          (Laughter)

4              MR. LANTRY:  Your Honor, since your continuation

5    of the hearing from tomorrow to a week from tomorrow, you

6    can imagine we have all been speculating about whether that

7    means that your decisions on the allocation disputes are

8    about to be issued or, if they are, whether you want us to

9    revise the supplemental disclosure statement to incorporate

10   those.  So we've all been talking a lot -- we've conferred

11   -- we can tell you about various game plans, but I suspect

12   the key ingredient is something that you might be willing to

13   tell us.

14             THE COURT:  Well, the parties had, and I set up

15   the schedules so that the opinion on the allocation disputes

16   would be issued, even if it's only a day, but prior to the

17   actual hearing on the disclosure statement.  And I will tell

18   you I had originally contemplated, as the parties might have

19   been able to pick up from my signals, that I really wasn't

20   going to have to decide all of the allocation disputes that

21   the parties thought I should be deciding, but I've now

22   concluded that I do, maybe with one exception.  But pretty

23   much have to decide, I think, all of them in advance of, and

24   in conjunction with, confirmation, and I am convinced that

25   to have that information for those who need to cast a ballot

1    would be helpful.  And, as a result of that, it's taken me

2    more time, or I would say largely, my law clerk, more time

3    after our constant discussions to try to get through all of

4    the issues.  And I was hoping that by postponing the

5    disclosure hearing for a week, that would give us sufficient

6    time, and I'm still hoping that it will.

7                    MR. LANTRY:  Good.  Your Honor, if I might ask,

8    how much you would want us to incorporate into our

9    supplemental disclosure document the results of your

10   decisions.  Right now, as you may have read, our

11   supplemental disclosure document talks about a vast spectrum

12   of possible alternatives and tries to provide guidance.  I

13   think it would be largely a deletion exercise and making it

14   a slimmer simpler document, and we have talked about how

15   quickly we could do that, but I do think it might be

16   beneficial for us to get a sense of how much you would want

17   that to be incorporated in the document, as opposed to the

18   way the document now reads, which is we'll put it on the

19   website; we'll make it available, and people --

20   sophisticated parties, as you know we have here, can figure

21   that out.

22                    THE COURT:  I think, given how the questions have

23   been framed, you're right.  It's going to be mostly a

24   deletion process because all you'll need to put is

25   conclusions, and those shouldn't take much time or effort.

1          MR. LANTRY:  Good.  Okay, Your Honor, I think

2    that probably gives us all the direction we need and,

3    hopefully, it will be as seamless as I suggest next

4    Friday --

5          THE COURT:  Okay.

6          MR. LANTRY:  -- or a week from Friday.

7          THE COURT:  Now, we still do need, however, I

8    understand, to talk about scheduling.  I -- when we first

9    contacted Counsel to say we need more time to work on the

10   opinion, I'd indicated, if it's possible, I'd like to keep

11   confirmation on the same dates that have been scheduled.

12   But if the parties felt that, because of the Court's moving

13   of disclosure, that you needed to push confirmation farther

14   into the future, I'd consider that, and the request was

15   made; well, let's talk about it today, and that's fine with

16   me.

17         MR. LANTRY:  If I could say a couple of things on

18   that?  First, I think we usually can get a foretaste of the

19   nature and scope of the confirmation objections in

20   objections to the disclosure statement.  And, once again, we

21   were surprised and delighted to find that there are rather

22   few items that are, I think, remaining in dispute, probably

23   because of your decisions on October 31 and December 29, and

24   again hearing how you will be addressing the allocation

25   disputes.  I would also point out that it has now been I

1  think 13 days since the opening of the time period for

2  propounding discovery on confirmation, and no discovery has

3  been propounded.  So, once again, we feel that that, again,

4  suggests that confirmation may not be the same as some of

5  the other trials that we've had in the earlier proceedings

6  here, which again, makes us feel that we may not need to

7  change those dates.  So let me -- if I could go back earlier

8  then to the voting parameters?  If we have simply extended

9  the commencement of the solicitation process by a week, in

10 speaking with Epiq, they do think that it is physically

11 possible to still pull off the solicitation process by the

12 stated deadline of April 30.  If, however, other parties do

13 feel like there is a squeeze there, we've also talked about

14 how we might contract a little bit the confirmation pleading

15 schedule after April 30.  So we have a couple of ways of

16 keeping the May 16 and 17 date which I think is our

17 preeminent goal.  But I think that, to the extent we go

18 forward with the kind of solicitation -- supplemental

19 disclosure statement hearing a week from Friday, we can

20 probably even just keep the April 30 date would be the

21 perspective of the Plan Proponents.

22          THE COURT:  Okay.  So, assuming that I stay on my

23 schedule, your desire is to stay on the previously set

24 schedule?

25          MR. LANTRY:  Yes.  And again, we've talked, and

1    it could be that we might want to revisit that on the 30th of

2    March just in case schedules change or, again, I will tell

3    you that you might surprise us by some of your decisions,

4    and the fleetness of foot that we think we can, you know,

5    accomplish incorporating your decisions into the

6    supplemental disclosure document, we might be surprised, and

7    therefore, we will have to say, Your Honor, we got it wrong

8    and it might take us a little while longer.  But it seems

9    that that would be the best course between now and March 30.

10             THE COURT:  Okay.  Does anyone else wish to be

11    heard on that issue?

12             MR. GOLDEN:  Good afternoon, Your Honor, Daniel

13    Golden, Akin, Gump, Strauss, Hauer & Feld, Counsel for

14    Aurelius Capital Management.  Your Honor, first, I think

15    it's fair to say that we appreciate Your Honor's indication

16    that the allocation disputes will be resolved.  It sounds

17    like, in its totality, prior to the actual hearing on the

18    disclosure statement -- and I assume that all the

19    discussions Mr. Lantry has now had with the Court, is based

20    upon the assumption that it will be -- and obviously, I'm

21    not putting any pressure on the Court or your law clerk, but

22    it will be rendered -- those decisions will be rendered some

23    time between now and next week and hopefully with enough

24    time that the debtor can do what they need to do to

25    incorporate the decisions and we will have an opportunity to

1    review that.  I have spoken with Mr. Lantry.  We did promise

2    a very quick turn-around in terms of reviewing whatever the

3    debtors did in terms -- in filing a revised supplemental

4    disclosure statement to incorporate Your Honor's decisions.

5    So, on the assumption that we are going forward with the

6    disclosure statement next Friday, I will confirm that,

7    again, Mr. Lantry and I have discussed that.  We understand

8    that there's probably a few days we can play with in terms

9    of voting and the objection deadlines, with a goal of trying

10   to keep the May 16 and May 17 confirmation hearing dates.

11   I've given the debtors a sense of the confirmation

12   objections that Aurelius, and potentially other of the

13   Senior Noteholder Indenture Trustees and the PHONES

14   Indenture Trustee, may continue to press.  I think it's fair

15   to say we will not have the kind of evidentiary hearing that

16   we had with respect to the Second Amended Plan.  So -- and I

17   do believe that we can probably get those objections done or

18   heard, in the very least, within, I think, probably a day,

19   but certainly within the two days that Your Honor has laid

20   out.  But again, that's all based upon the assumption of the

21   disclosure statement going forward next week.  And, as Mr.

22   Lantry has indicated, if that gets put off for whatever

23   reason, we'll have to come back when we're here next week

24   and try and revisit and make a schedule that works.

25              THE COURT:  Fair enough.

1          MR. GOLDEN:  Thank you, Your Honor.

2          THE COURT:  Does anyone else wish to be heard?

3                   (No audible response)

4          THE COURT:  I hear no further response.

5          MR. LANTRY:  Your Honor, as Mr. Pernick

6  suggested, I think the matter involving Mr. Conte will take

7  a fairly short period of time, and so we'd propose to do

8  that.  I believe he's appearing telephonically.  The matter

9  involving Ms. Parker is an evidentiary hearing and might

10 take a little bit longer.  And so, once again, we thought we

11 might be able to move that quickly.  But again, if any

12 parties on the phone or here want to disburse, I would love

13 to make that as a possibility if you think that's

14 appropriate.

15         THE COURT:  Yes, I think it is, and I'll say if

16 anyone is still on the phone or present in the Courtroom

17 who's not interested in the matters that remain they're, of

18 course, free to stay but equally as free to sign off on the

19 phone hook-up or leave the Courtroom.

20         MR. CONTE:  Your Honor, this is Mr. Conte.

21 Should I remain on the phone?

22         THE COURT:  Yes.

23         MR. CONTE:  Thank you.

24         MR. LANTRY:  And, Your Honor, I believe it's Mr.

25 Conte's motion so I will defer to him.

1              THE COURT:  All right.  Mr. Conte, this is Judge

2    Carey.  You may proceed.

3              MR. CONTE:  Thank you, Your Honor.  Your Honor, I

4    sent paperwork as to my motion to the Court, and all I'd

5    like to do is briefly state that the facts of the case and

6    -- that I brought against Newsday, which is now known as

7    Tribune ND, a non-filing subsidiary of the Tribune Company.

8    The suit was brought against Tribune ND by me in 2005 or

9    2006, was, among other things, to recover [indiscernible]

10   damages for false advertising.  From 2000 to 2005, Newsday

11   was engaged in a massive circulation fraud that it admitted

12   to in a signed agreement with the U.S. Attorney's Office.

13   Newsday, through this fraud, earned hundreds of millions of

14   dollars in profits up until 2005, and it's my claim in the

15   lawsuit that is pending in Eastern District Court in Long

16   Island before Judge Bianco, that Tribune has systematically

17   looted these profits from Newsday to avoid the payment of

18   potential judgments like mine and others.

19              The only reason I'm asking that my name be

20   stricken from Tribune's schedule of liabilities is because

21   they have never come forward in that case, or filed any

22   disclosure form, to state that they are a true party in that

23   case.  They were never made a party in that case.  And, to

24   date, they have still denied being a party in that case and

25   the Court is not going to make them a party in that case.

1  And it's my fear that if I allow them to put this claim in,

2  list me as a creditor; that somehow they're going to, in the

3  future when they receive a discharge, absorb Tribune ND and

4  claim that that discharge applies to whatever claims I might

5  have and I want to prevent that from happening.  I never

6  received any notice that they filed, you know, placed my

7  name in the list of creditors there.  One of the reasons for

8  that was because the address -- the mailing address for me

9  wasn't my mailing address.  And I don't know exactly why

10  they didn't -- I never received any notice of this, but I

11  found out only by accident when the parties sat down to

12  attempt a mediation of my case pending before Judge Bianco

13  and that my name was listed in these schedules.

14           THE COURT:  Mr. Conte, have you since provided a

15  correct mailing address to Tribune?

16           MR. CONTE:  Yes, they have the correct address.

17  I've received further information about the -- this pending

18  matter at my home address.

19           THE COURT:  All right.  So the address issue has

20  been corrected?

21           MR. CONTE:  That's correct, Your Honor.

22           THE COURT:  Okay.  You may continue.

23           MR. CONTE:  Basically, that's the reason why I

24  want my name stricken from that.  I explained it in further

25  detail in my letters to the Court in my response to the

1  debtors' objection.  And I -- you know, I have spoken with

2  Ms. Ludwig who is Counsel for the debtor and -- as to

3  lifting the stay, as to the insurance policy.  They haven't

4  -- they're willing to go along with that.  They don't oppose

5  it.  The problem with the insurance policy is that there's

6  no assurance that the policy covers the claims in my case.

7  It's never gotten any satisfaction as to whether or not

8  that's true from either Chubb or from the defendants, and

9  therefore, I simply want my name removed as a creditor so

10 that there is not a discharge in place here that could

11 possibly be a way for Tribune to avoid future payment of a

12 judgment in my case.  It's as simple as that.

13          THE COURT:  All right.  Thank you.  Mr. Conte,

14 the debtor, in its limited objection to your motion, says

15 that you filed 12 separate letter motions with the District

16 Court seeking to amend your Complaint to name Tribune as a

17 defendant.  Is this true?

18          MR. CONTE:  I only found out about the Tribune's

19 actual being the parent of Newsday about a year, maybe a

20 year and a half ago.  Since then, I filed a motion with the

21 Court, and that motion was rejected.  It was not considered

22 timely anymore, and basically, it was not timely because I

23 never even knew about it and was notified late and that will

24 not be -- they will not be joined and that will not be

25 happening in the future.  In essence, they have no liability

1    in this case and the Court has ruled as such.  And I'm just

2    curious how, you know, they could be claiming me as a

3    creditor, you know, and at the same time, from the other

4    side of the mouth, be telling the Court that -- you know,

5    that they're not a party to this and fighting me tooth and

6    nail not to be brought into this case and that is the case

7    now.  It doesn't make any sense to me --

8                THE COURT:  Okay.  Let me --

9                MR. CONTE:  -- what their motive is here.

10                THE COURT:  All right.  Mr. Conte, I'd like you

11    to answer my question if you can.  Specifically, the debtor

12    says that you filed 12 separate letter motions with the

13    District Court seeking to amend your Complaint.  Is that

14    true?

15                MR. CONTE:  That is not true.  I filed one motion

16    about that, and I filed a letter -- several letters with the

17    Court asking that they come to a decision as to that matter,

18    which they did --

19                THE COURT:  Okay.

20                MR. CONTE:  -- this past September.

21                THE COURT:  All right.  Thank you.  Do you have

22    anything further, Mr. Conte?

23                MR. CONTE:  No, Your Honor.  I thank you.

24                THE COURT:  All right.  Thank you.  I'll hear

25    from the debtor.

1              MR. LANTRY:  Your Honor, we didn't attempt to

2     file a sur-reply to address the two principal issues I think

3     Mr. Conte has raised, but let me speak to both.  First, it

4     is not the debtors' intention to dissolve or eliminate

5     Tribune ND, a non-filing debtor, and that's because there

6     are a whole lot of economic reasons why its long-term

7     continued existence is of considerably more value to the

8     debtors' estate than any claim that Mr. Conte might

9     reasonably have.  So we are very incentivized to keep its

10    existence continuing for a sizable period of time.  So I

11    don't think his concern that it's going to evaporate, be

12    dissolved, fused into the reorganized debtors, is anything

13    that is of merit.

14             Secondly, Mr. Conte does say that we never served

15    him with notice of the bankruptcy case.  What happened is we

16    have identified him on our schedules and served him I think

17    more than a dozen times in this case.  What happened is he

18    was served, hopefully, three times with every one of our

19    notices.  Two of them misspelled the name of the city in

20    which he lives.  Instead of it being South; and I can't

21    quite pronounce the second name of his city, it was

22    S-O-U-R-T-H.  So there was a misspelling.  However, in the

23    third service, for each one of these notices, it was

24    correctly spelled identical to the address that he has on

25    his pleadings.  And if Your Honor would like, I have a

1  binder here, or a set of binders, that show an Affidavit of

2  Service reflecting the actual address where these were sent.

3  I've just gotten a series of excerpts, but the bar date

4  notice is probably the most relevant one, and I'm happy to

5  approach and let you see that.

6          THE COURT:  No, that's not necessary.  I don't

7  view that as, unless I'm missing something, being relevant

8  to the dispute before me.

9          MR. LANTRY:  Okay.  At any rate, I just didn't

10 want you to think that he wasn't aware or had reason to have

11 been served of the bankruptcy since the commencing of the

12 case and various items.  At any rate, to cut to the chase,

13 we thought that this could be resolved in much the same way

14 that I was pleased to hear Mr. Conte articulate.  We

15 approached him, as evidenced in Ms. Ludwig's declaration,

16 with saying we're happy to strike you from the schedules if

17 you will indeed stipulate that you release and have no claim

18 against Tribune Company.  We were concerned about that given

19 his activity in the District Court in trying to name Tribune

20 Company.  He did not -- he was not willing to do so.  I did

21 hear him say in open Court just now that there is no

22 liability of Tribune Company for all of his allegations

23 against the non-debtor Tribune ND, and if he is truly

24 willing to agree to that and to sign a document that

25 reflects that, we will strike him immediately from the

1  schedules.  Our concern, however, was, given his behavior,

2  we felt it was our duty to creditors to make sure that

3  whatever claim he might assert at some point was scheduled,

4  that he was given notice, and that, therefore, Tribune

5  Company would be discharged of that liability, even though

6  that discharge has no consequence, as we put in our

7  pleadings, on his claims against Tribune ND, the non-filing

8  debtor subsidiary.  So for those reasons, Your Honor, we

9  would either ask that you encourage Mr. Conte to agree to

10  our proposed solution, or to allow him to remain on the

11  schedule.

12            THE COURT:  All right.  Thank you.  The Committee

13  joined in the objection.  Does the Committee wish to be

14  heard?

15            MR. LEMAY:  Good afternoon, Your Honor, David

16  LeMay, from Chadbourne & Parke, for the Committee.  Nothing

17  substantive.  Mr. Lantry's exposition sets forth the basis

18  on which the Committee joined and we're happy to let the

19  debtors carry the water on this.

20            THE COURT:  All right.  Thank you.  Mr. Conte,

21  are you willing to acknowledge that you have no claim

22  against Tribune as the debtor has proposed?

23            MR. CONTE:  Your Honor, I must have missed

24  something from Ms. Ludwig because I never remember her ever

25  telling me that that was an option to resolve this.  And if

1  she had told me, I certainly would have agreed to that.  I

2  would have no problem with that.

3          THE COURT:  Okay.  So are you willing to agree to

4  that today?

5          MR. CONTE:  Yes I am, Your Honor.  And if we can

6  just repeat it again to me what I am agreeing to exactly?

7  The way I understand it, that I would have no claim -- by

8  stating that I have no claim against the Tribune Company, my

9  name would be removed from the list of creditors, is that

10 correct?

11         THE COURT:  That's how I understand it, but I'll

12 let debtors' Counsel confirm that.

13         MR. LANTRY:  That's correct, Your Honor.  And,

14 Mr. Conte, if you'd like to go see it in writing, this was

15 an email that Jill Ludwig sent to you on February 3 at about

16 9:00 a.m. where she proposed, not only the form of the Order

17 granting you relief from stay, but also in the last

18 paragraph or the last two paragraphs, she proposes exactly

19 what I hear you agreeing to, which is that you would

20 indicate simply that you waive and release any claim you

21 have against Tribune Company in exchange for us striking you

22 from the schedules of Tribune Company.

23         MR. CONTE:  I must have missed that, Your Honor.

24 Truthfully, I don't ever remember reading that part.  But

25 I'm not denying what the gentleman is stating and I'm

1  willing to agree to that.

2          THE COURT:  Okay.  Let's do this then.  For

3  calendar purposes, why don't I continue the hearing on the

4  motion to next Friday, again, just for calendar purposes, at

5  10:00 and, in the interim, hopefully, you'll be able to

6  submit an Order under certification.

7          MR. LANTRY:  Great.  And Mr. Conte, I'm sure Ms.

8  Ludwig will send you a little stipulation with an Order so

9  we can do that.

10          MR. CONTE:  That's fine.  I just wanted to make

11  sure that that was going to include the no objection to

12  lifting the stay on the insurance policy.

13          MR. LANTRY:  Absolutely.

14          MR. CONTE:  Thank you.  Thank you, Your Honor.

15          THE COURT:  All right.  You're welcome.  Thank

16  you, Mr. Conte.  And again, sir, if you don't have any

17  interest in the remaining matter, you're free to hop off the

18  telephone call if you'd like, but you're also welcome to

19  stay if you'd like.

20          MR. CONTE:  Thank you, Your Honor.

21          MR. KANSA:  Good afternoon, Your Honor, Ken

22  Kansa, of Sidley Austin, on behalf of the debtors.  I

23  believe that brings us to agenda item number 18, which is

24  the evidentiary hearing relating to the debtors' Forty-

25  Eighth Omnibus Objection to claims, which is an objection to

1    three Proofs of Claim filed by Ms. Joann Parker.  This

2    hearing was requested by Ms. Parker, and I'll turn the

3    podium over to her Counsel momentarily to present such

4    evidence as she intends to, but I will note at the outset

5    for the Court that there have been extensive discussions

6    over the past several days between our office and Ms.

7    Stickles' office on behalf of the debtors, with Counsel for

8    Ms. Parker on behalf of Ms. Parker, and the scope of issues

9    that have been raised by Ms. Parker's Counsel have been a

10   little bit of a moving target.  As the debtors understand

11   it, the broad issue before the Court is whether Ms. Parker

12   can demonstrate excusable neglect under *Pioneer* in filing

13   her Proofs of Claim a little over two years after the bar

14   date.  I don't think there are evidentiary disputes on two

15   of the *Pioneer* factors, which are the danger or prejudice to

16   the creditors and the length of delay and its impact on

17   these proceedings.  There may be some legal argument on

18   those points, Your Honor, but I don't believe there are any

19   factual disputes.  In the debtors' view, we are here today

20   to address evidentiary issues relating to the reason for the

21   delay in filing, and whether that delay was within Ms.

22   Parker's control, which touches on Ms. Parker's good faith

23   in this matter as well.  With that background, Your Honor,

24   Ms. Parker has requested the evidentiary hearing and I will

25   turn the podium over to her Counsel.

1          THE COURT:  Before you do, let me ask you.  I

2   received, I guess it was late yesterday, a Joint Pretrial

3   Memorandum.  Now, that's at Docket Number 11207.  And

4   understanding that there was some back-and-forth, I just

5   want to confirm that that is truly a joint document.

6          MR. KANSA:  Your Honor, the debtors understand

7   that it is a joint document.  We had filed on Tuesday with

8   the Court a Pretrial Statement just of the debtors, a

9   Pretrial Memorandum of the debtors.  We had not, at that

10  time, been able to communicate with Ms. Parker's Counsel and

11  get her to sign off on the Memorandum.  We did receive that

12  yesterday, and accordingly, filed what we believe is truly a

13  Joint Memorandum.

14          THE COURT:  Okay.  And that -- okay.  That

15  answers my question.  Thank you.

16          MR. KANSA:  Thank you, Your Honor.  I will turn

17  the podium over.

18          THE COURT:  All right.

19          MS. BENDER:  Good afternoon, Your Honor.  For the

20  record, my name is Patricia Bender, and I represent Joann

21  Parker, and we are ready to proceed on the evidentiary

22  hearing and presenting evidence to the Court --

23          THE COURT:  All right.

24          MS. BENDER:  -- on the issue.  I'm not sure if

25  you wish Ms. Parker to take the witness stand.

1          THE COURT:  I do.

2          MS. BENDER:  Okay.  Ms. Parker?

3          THE COURT:  Ms. Parker, if you would step up

4    there and remain standing while we administer the oath.

5               JOANN PARKER, PLAINTIFF, SWORN

6                    DIRECT EXAMINATION

7    BY MS. BENDER:

8    Q     Ms. Parker, how old are you, please?

9    A     Fifty-seven.

10   Q     And you live in Chicago, Illinois, is that correct?

11   A     Yes I do.

12   Q     Are you employed?

13   A     No I'm not.

14   Q     Was December 8th, 2008, the last day that you worked?

15   A     Yes ma'am.

16   Q     You were employed by the Chicago Tribune, located at

17   435 North Michigan Avenue in Chicago, Illinois?

18   A     Yes ma'am.

19   Q     You have been diagnosed with bipolar disorder and

20   depression, is that correct?

21   A     Yes ma'am.

22   Q     Had you been diagnosed with bipolar disorder and

23   depression before December 8th, 2008?

24   A     Yes, ma'am.

25   Q     On December 8th, 2008, in the morning while you were at

1  work, did anything unusual happen to you?

2  A    Yes ma'am.

3  Q    And what was that?

4  A    I had a bipolar crisis and an anxiety attack.

5  Q    Okay.  And what happened as a result of you having the

6  bipolar crises and anxiety attack?

7         MR. KANSA:  Your Honor, objection.  Leading.  Ms.

8  Bender is functionally testifying for the witness.

9         THE COURT:  Well, I'll allow this question but

10  ask Counsel to be more careful.

11         MS. BENDER:  All right.

12         THE COURT:  Do you remember the question, Ms.

13  Parker?

14         THE WITNESS:  No.

15         THE COURT:  All right.  You may ask it again.

16  BY MS. BENDER:

17  Q    Well, what happened after you experienced the attack

18  that you just told the Court about?  What, if anything, else

19  happened?

20  A    December 8, I was rushed to Northwestern Hospital by

21  ambulance.

22  Q    And what happened after you arrived at Northwestern

23  Hospital?

24  A    I later was admitted to a mental hospital.

25  Q    Okay.  During the period that -- strike that.  When

1  were you first diagnosed with bipolar disorder, if you

2  remember?

3  A    A few years before that.

4  Q    Okay.

5  A    I don't know how many years.  I don't remember.

6  Q    Had you ever experienced a crises similar to the one

7  that you had experienced on December the 8th?

8  A    No.

9  Q    Okay.  And you said that you were hospitalized, is

10 that correct?

11 A    Yes ma'am.

12 Q    How long were you hospitalized?

13 A    I think a week.

14 Q    Okay.  And do you remember the name of the psychiatric

15 hospital that you were hospitalized?

16 A    I think it was Lake Shore something.  It was on Marine

17 Drive.

18 Q    All right.  And after that time, you were discharged

19 to home, is that correct?

20 A    Yes ma'am.

21 Q    Do you live alone?

22 A    Yes ma'am.

23 Q    Were you able to return to work?

24 A    No.

25 Q    Okay.  So I'm assuming, based upon your testimony thus

1   far, this would have been approximately mid-December of

2   2008, is that correct?

3   A    Yes ma'am.

4   Q    Okay.  Now, back in February of 2008, you had been off

5   work for about six months, is that correct?

6   A    Yes ma'am.

7   Q    And was it also due to your bipolar condition?

8   A    Yes ma'am.

9   Q    Now, did you have the same kind of episode in February

10  of 2008 as you had in December of 2008?

11  A    No ma'am.

12  Q    So how would you categorize the episode or the

13  condition that you had on February 8 to the episode that you

14  had in December, 2008?

15  A    This one came with anxiety attacks.

16  Q    Were you hospitalized in February of 2008 for your

17  bipolar?

18  A    Yes ma'am.

19  Q    In February, 2008?

20  A    No, not in February.  No, sorry.

21  Q    While you were in the hospital, were you prescribed

22  medication for your condition?

23  A    Yes ma'am.

24  Q    And do you remember the name of the medicine that you

25  were prescribed?

1    A      Depakote.

2    Q      Okay.  And do you -- what does Depakote -- what is the

3    purpose of Depakote?

4    A      It helps you to relax.

5    Q      Okay.  Did you relax -- did you need to relax while

6    you were in the hospital?

7    A      Yes ma'am.

8    Q      Okay.  What were you experiencing while you were in

9    the hospital?

10   A      Fear.  Fear.

11   Q      Anything else?

12   A      Feeling that I wasn't going to get my mind back.

13   Q      Okay.  Anything else?

14   A      A lot of stress.  A lot of stress, and my mind

15   wandering off, trying to focus, and when you try to focus,

16   your mind won't let you.  It just wanders away from you.

17   Q      In addition to the prescription, the medicine, did you

18   receive any other kind of treatment while you were

19   hospitalized in December, 2008?

20   A      Some type of therapy with a nurse that was on the

21   staff.

22   Q      What was the purpose of the therapy?

23   A      I remember her asking -- she wanted to know what

24   brought me there.

25   Q      Well --

1  A      How did I get there.

2  Q      Did you discuss that with her?

3  A      Yes I did.

4  Q      Okay.  Were there any other concerns that they had

5  about you, about your condition?

6  A      Well, I'm also a diabetic so they had to watch that

7  too.

8  Q      Were you experiencing any kind of -- I think that you

9  referred to as ideations?

10  A      I don't know what that means.

11  Q      Okay.  Well, were you experiencing stress and anxiety?

12  A      Oh yes.

13  Q      Okay.

14  A      Oh yes.

15  Q      Were you ever suicidal?

16  A      You know, my faith in God wouldn't allow me to go in

17  that direction; thank God, by the grace of God.  I will hold

18  on to Him so I would never, ever want to do something like

19  that that would send me to Hell.

20  Q      Okay.  But was that one of the concerns that the

21  nurses had during the counseling?

22  A      They never asked me.

23  Q      Okay.

24  A      They never asked me that.

25  Q      Did you experience any other kind of symptoms other

1   than fear and anxiety and stress that you recall at all?

2   A     Depression, an ability to comb my hair; just the Joann

3   that I was, I wasn't anymore.

4   Q     All right.  So eventually, you were able to come home

5   and you said that you weren't able to do certain things.  In

6   addition to not being able -- being yourself, when you say

7   you were not the Joann that you were before, you mean like

8   before December 8th, 2008?

9   A     Yes ma'am.

10  Q     Okay.  In addition to not being able to comb your

11  hair, were you not able to do other things?

12  A     I would try taking a bath, and then again, my mind

13  would wander off.  And once I did that, and when I realized

14  what I thought was 15 minutes, I was actually sitting in my

15  tub for two hours.

16  Q     Anything else other than the bath?

17  A     Cooking.  I couldn't cook.  Boiling eggs, I would burn

18  the eggs, and thank God I had a fire alarm.

19  Q     Anything else?

20  A     I couldn't read.  I couldn't focus enough to be

21  reading mail, I couldn't watch the news, and I couldn't

22  stand loud sounds.

23  Q     Okay.  You said mail.  What do you mean specifically

24  about mail?

25  A     Any kind of mail, like during that time because I was

1    too stressed out.    I mostly slept, balled up in a knot in my

2    bed.

3    Q     Okay.   Now, when you say not any kind of mail, what do

4    you mean again by that -- did you ever get your mail,

5    collect your mail?

6    A      Eventually.

7    Q      Okay.

8    A      I would go and open the door and there would be a lot

9    of it there and it would fall in when I opened the door.

10   Q      Okay.   Can you describe for the Court how your mailbox

11   is situated?   When you said fall in, what do you mean by

12   that?

13   A      There's just a slot in my door, in my security door,

14   where they drop the mail in there.

15   Q      Well, how far is that slot from where you actually

16   dwell?

17   A      Quite a bit because my bedroom is in the rear by the

18   back door by the kitchen where it's the most quietest.   So

19   I'd have to make my way through the bedroom, the kitchen,

20   the hallway, the dining room, the living room, and then the

21   hallway to get to the door to open for the mail.

22   Q      Okay.   And how -- what was the distance approximately

23   from your door to the door where the mail slot was?

24   A      I don't know, ma'am, as far as measurements.

25   Q      Okay.

1  A     Just the rooms I have to go through to get there.

2  Q     Okay.  So you actually had to leave your dwelling to

3  go to --

4  A     I have to open up my door to -- yes, my area, to go

5  into the next area and open the door again, yes ma'am.

6  Q     Did that take effort to do that or?

7  A     Oh yes, ma'am.  Everything took effort.  Everything.

8  Q     Now, how soon -- how much later after you left the

9  hospital in mid-December, 2008, did you first collect your

10 mail from the -- I guess it would be on the floor by this

11 time?

12 A     Yes.  It may have been a month.  It may have been a

13 month because most of the time I slept.

14 Q     Okay.  Now, the symptoms that you described that you

15 had in December, 2008, do you still have those same

16 symptoms?

17 A     Yes I do.

18 Q     And those symptoms, do they still have the same effect

19 upon you in regards to your ability to open mail, take

20 baths, cook, and the other categories that you've just

21 mentioned to the Court?

22 A     Yes ma'am.

23 Q     Now, did you -- in addition to not being able to open

24 your mail and do other things, were there other things that

25 you were not able to do that affected your livelihood?

1  A    Well cooking, I couldn't cook anymore because I would

2  -- my mind would drift again and then I would leave it there

3  and then the alarm would go off and I'd be burning something

4  that I thought that only had been there maybe 10 or 15

5  minutes, and it would be there much longer.

6  Q    Well, let me ask you this.  At some time like maybe

7  after February, 2009, did The Tribune put you on disability,

8  long-term disability?

9  A    I believe so.

10  Q    Okay.

11  A    Yes ma'am.

12  Q    And did -- what, if anything, happened to that long-

13  term disability several months after you were placed on it?

14  A    Well eventually, I was cut off from it.

15  Q    Now, why were you cut off?

16  A    Because I wasn't able to respond to some of the mail.

17  Q    And after you responded to the mail, were you able to

18  be put back on temporarily for a couple more months?

19  A    Yes ma'am.

20  Q    During the time that you were cut off as you say, were

21  you able to take your Depakote?

22  A    No, I didn't have any insurance to purchase it.

23  Q    Now, the condition and -- the bipolar condition, did

24  it -- strike that.  Are you currently on disability still?

25  A    Yes ma'am.

1 Q     And is it also for the same condition?

2 A     Bipolar, that's -- yes.

3 Q     Now, you had a deposition on your related employment

4 discrimination case with Counsel for the debtors.  You

5 learned at that time that The Tribune had filed for

6 bankruptcy, is that correct?

7 A     Yes ma'am.

8 Q     And that you learned that they had filed for

9 bankruptcy on the same day that you had had your, I believe

10 you refer to it as a bipolar crises?

11 A     Yes ma'am.

12 Q     And during this time, you were hospitalized and were

13 you able to read the paper?

14 A     Oh, no.

15 Q     Okay.

16 A     No.

17 Q     So you are not aware of, during this time, of anything

18 pertaining to The Tribune, is that correct?

19 A     No ma'am.

20 Q     Are you familiar at all with anything having to deal

21 with bankruptcy in a bankruptcy procedure?

22 A     No ma'am.

23 Q     Have you ever filed bankruptcy?

24 A     No ma'am.

25 Q     Now, I believe more recently, I believe you indicated

1  that you did receive something from The Tribune and it had a

2  logo, is that correct?

3  A    Yes ma'am.

4  Q    Okay.  Could you tell the Court what you mean by a

5  logo?

6  A    A certain type of print that they use --

7  Q    Okay.

8  A    -- on their envelopes and the envelopes are usually

9  white.

10  Q    Okay.  Well, did you ever see such a logo from The

11  Tribune from the period of December, 2008 up until before

12  the time that you received this letter that you're referring

13  to?

14  A    I don't believe so.

15  Q    Okay.  Now, I believe that, in addition to your

16  insurance, your disability insurance, what did you do about

17  your other daily functions, such as making sure that your

18  utilities are paid?

19  A    Well, some months, it lapsed because I wasn't able to

20  pay it.

21  Q    Well, were you -- how did you know to pay your

22  utilities?

23  A    Well, you're not insane or crazy or anything.  You are

24  aware that you have to exist somehow.  So you know that you

25  have to do something about lights and then gas.  But that

1  was like after a couple of months even with that.

2  Q    Okay.  Well, do you believe that had you not been

3  suffering from bipolar disorder and depression that you

4  would have opened any mail that you had received, again in

5  December, 2008, all the way through?

6  A    Yes ma'am.  The Joann that I knew was efficient.

7  Q    You're saying you --

8  A    The Joann that I knew was efficient, and I would have

9  opened my mail.

10  Q    Now, were you suffering from this condition -- I

11  believe I asked you, but I ask you specifically now, during

12  that period of June, 2009?

13  A    Yes.

14  Q    And were you suffering from this condition

15  specifically during the period of April, 2010?

16  A    Yes.

17        MS. BENDER:  Okay.  I have no further questions.

18        THE COURT:  Cross-examination.

19        MR. KANSA:  Thank you, Your Honor.

20                    CROSS EXAMINATION

21  BY MR. KANSA:

22  Q    Ms. Parker, my name is Ken Kansa.  I'm an attorney for

23  Tribune, and I just have a few questions and I'll try to

24  take them slowly.  It shouldn't take very long.  Do you

25  recall saying that you were unable to open your mail?

1   A      Just now?

2   Q      Yes.

3   A      Yes, I was unable to open my mail for at least a

4   couple of months of anything.  Yes.

5   Q      Was that during the entire period from December of

6   2008 to the present, or just at times in there?

7   A      Just at times.  I could recognize envelopes like my

8   light bill to come in with the red and, of course, the gas

9   bill with the blue; those types of things I could recognize

10  and I would open that, that required me to read just to know

11  that I have to pay.

12  Q      Is it correct to say you opened some of your mail and

13  didn't open others of your mail?

14  A      I opened the light and the gas bill, and I had a pile

15  of a lot of other envelopes, along with a pile of clothing

16  as well.  My room was not organized because I was not

17  organized.

18  Q      Did you keep the other mail that you received and

19  didn't open?

20  A      Yes, I kept it piled up in a big pile on my dresser

21  with clothes and I would just shove them to the side and get

22  back in the bed and get back in that fetal position again

23  and try to get relaxed.

24  Q      And did you eventually open any of that mail?

25  A      No.  No.

1   Q      And is the pile of mail still on your dresser?

2   A      Now?

3   Q      Yes.

4   A      No.  No, I took it off.  I took it off.

5   Q      Do you recall getting any pieces of mail in 2009 or

6   2010 that said Tribune on it?

7   A      No I don't.

8   Q      Do you -- Chicago Tribune Company notified you in

9   February of 2009 that your employment was being terminated,

10  correct?

11  A      I had a call over the phone about me being terminated.

12  Q      Did they send you any forms after --

13  A      I'm sure they did, but the call initial was that I was

14  told over the phone that I was let go.

15  Q      All right.  And when they sent the forms, did they

16  send those through the mail?

17  A      Yes ma'am -- I mean yes sir.  Sorry.

18  Q      Did you open those letters?

19  A      Not right away, no.

20  Q      About how long would you say it took you to open them?

21  A      I don't know because I didn't do it right away

22  because, when she called -- Ellen Glassner called me, she

23  upset me so badly because she had said that I was being let

24  go.  And I asked her how is that when I'm on disability, and

25  that's when she said to me that was denied and I said that

1    was denied?  And that set me off again going into the fetal

2    position and being upset.

3    Q    I understand.  But coming back to the mail, did you --

4    would you say you waited a week or maybe two weeks before

5    opening the forms from Tribune?

6    A    It may have been.  I don't know exactly.  I don't know

7    exactly for that one because I have to calm down first.

8    It's not like I can just do things like I used to and I

9    would tackle it and put this here and put that there and

10   comprehend what I'm doing.  See, there is no comprehension

11   when you're like that because your brain -- what my brain

12   was doing was wandering off.  And I would try to bring it

13   back to focus, which would frustrate me even more because

14   I'm trying to stay focused to do things and I end up back in

15   the bed curled up in a fetal position into a knot again.

16   Q    And, Ms. Parker, you said you live alone right now?

17   A    Yes.

18   Q    Did you live alone during this period, 2008, 2009,

19   2010?

20   A    Yes.

21   Q    Were you hospitalized at all during 2009 and 2010?

22   A    2008 I was.

23   Q    In 2008?  So you were not hospitalized at all in 2009

24   or 2010?

25   A    No.

1  Q     Okay.

2  A     Not -- no.

3  Q     Did you ask anyone for help in opening your mail,

4  someone who could read it for you?

5  A     No, because during that time, you don't want to talk;

6  you want quiet.  You want isolation.  You don't want to be

7  near -- around anyone so the answer is no.  I just wanted to

8  be left alone.

9  Q     Would you say that period has lasted the entire time

10 from December of 2008 to today?

11 A     I still periodically have to go through that.  I do

12 not go outside everyday, no I don't.  I can't.

13 Q     But you don't feel like that everyday?

14 A     Not everyday, not now.

15 Q     You feel like it some days?

16 A     Some days.  I go out in the morning I would say twice

17 a week.  I have to force myself out there at least twice --

18 no more than twice a week.

19 Q     Thank you.  I'd like to talk for a minute about the

20 EEOC charges in the lawsuit --

21 A     Yes.

22 Q     -- that you filed against Chicago Tribune Company in

23 2009.  Do you remember that?

24 A     Yes I do.

25 Q     You filed an EEOC charge against Tribune Company in

1  May of 2009, is that correct?

2  A    Yes.

3  Q    Did anyone help you with that or did you do it

4  yourself?

5  A    By the grace of God, I was able to do it myself.  My

6  mother had just passed.  She died May the 20th and I had

7  promised her, because I had been talking to my mom before I

8  had the attack about some things at Tribune that were

9  happening to me, and by the grace of God, I was able to get

10  up the day that they were arranging for her funeral because

11  I had promised my mom that I would do something and so

12  that's what I did.  When I got there, there's somebody there

13  that interviews you and they just ask you a bunch of

14  questions, and I just took one bus, yes.  One bus; and I

15  just thank God, one bus to get there to the EEOC because I

16  couldn't do it myself.  So I just told my -- I'm going to --

17  I walked in.  I walked in.  It was a walk-in, and that's

18  when I explained when they call you.  Why are you here?  And

19  then I tried to, to the best of my ability, tell them what

20  was happening to me, which led me to come to EEOC.

21  Q    Okay.  And this was in May of 2009?

22  A    This was shortly after my mom's death.

23  Q    And after you filed your charge with the EEOC against

24  Chicago Tribune Company in May of 2009, they sent you a

25  Right to Sue letter, is that correct?

1   A      Yes, that is correct.

2   Q      And did they send that letter to your home?

3   A      Yes, but I did get a call from EEOC notifying me that

4   they were sending me a letter.

5   Q      So you were able to open that letter?

6   A      I was expecting EEOC.

7   Q      So you were able to open that letter?

8   A      Yes.  That one, she said I'm sending you a letter, and

9   so I was able to open the letter and she said it's going to

10  say you have a right to sue on it and that's what was on it

11  in big print at the top of the letter, "Right to Sue".

12  Q      And after getting the Right to Sue letter, you filed a

13  Complaint in State Court in Illinois against Chicago Tribune

14  Company, is that right?

15  A      That is correct.

16  Q      That was in August of 2009?

17  A      I don't remember when it was, sir.

18  Q      Do you remember ballpark when it was in perhaps mid-

19  2009?

20  A      All that comes to mind is that I called the Daley

21  Center and I just -- I wanted to know about my case and they

22  said ma'am, in a couple of days, and they gave me a date

23  that around 9:00 or 9:30 that you are to appear in Court.

24  And I said well, I didn't know about me appearing in Court.

25  And then they said to me if you don't appear, your case will

1  be dropped, ma'am.

2  Q     And you were able to meet that -- you met that

3  deadline?

4  A     I was able to go to the Court, yes I was.

5  Q     And when you filed your Complaint against Chicago

6  Tribune Company, did you make sure they got it?

7  A     Actually, my girlfriend, she told me, because I was --

8  couldn't do it, she said I -- Jo, I'm kind of familiar with

9  this so I can help you.  So I tried to explain, to the best

10  of my ability, the events that happened to me leading up to

11  me having the attack.  And she said she knew some of the

12  procedures so she actually was able to help me do it and she

13  would write it down for me what I was saying and we

14  eventually got it where it sounded kind of decent.

15  Q     So you talked with your girlfriend about that and she

16  helped you?

17  A     She actually took me down there to have it done

18  because I couldn't do it.

19  Q     And then you made sure, maybe with her help, that

20  Chicago Tribune Company got that paperwork?

21  A     Actually, she was by my side.  She took some time off;

22  she owns her own business, to try to help me because I told

23  her I can't do it; I'm not able to do it.  I don't -- I

24  couldn't comprehend or remember what to do.  The normal

25  Joann, yes, but the one I was, no.  No.  So she helped me

1  through that process, praise God, yes she did.

2  Q     Thank you.  I'd like to turn now and ask a couple of

3  questions about Tribune and its bankruptcy proceeding.

4  A     Yes.

5  Q     Ms. Bender reminded you that you gave a deposition in

6  your lawsuit in Chicago, is that right?  Do you remember

7  that?

8  A     Yes I do.

9  Q     And do you remember was that deposition in April of

10  2011, roughly, March, April?

11  A     I don't remember the date, sir.

12  Q     Was it early last year perhaps?

13  A     I don't remember.  Honestly, I don't.  I do remember

14  depositions being done but I couldn't tell you the months

15  because I don't remember.

16  Q     If I represented to you that that deposition took

17  place in March of 2011, would you have a reason to doubt

18  that?

19  A     No, because I can't remember.  The fact is, I know I

20  did do depositions, I just don't remember when.

21  Q     Okay.  You don't remember when, but what you said

22  during that deposition was the truth?

23  A     Yes.

24  Q     And do you recall that it came up during that

25  deposition that Chicago Tribune Company was in bankruptcy?

1   A     That was the first time I've ever heard of it, yes.

2   Yes sir.

3   Q     And did it come up during that deposition that you had

4   not filed a claim in the bankruptcy proceeding?

5   A     No.  No.

6   Q     That was not mentioned during the bankruptcy

7   proceeding?

8   A     I don't remember hearing that.  I remember them saying

9   -- the reason why I remember that because the date that she

10  said was the date I had the attack, which was December the

11  8th.  That's why I was able to remember that.

12  Q     But they did not discuss during that deposition

13  whether you had filed a claim or not?

14  A     No.  No.

15  Q     Did you eventually file a claim --

16  A     No.

17  Q     -- in the bankruptcy proceeding?

18  A     No.

19  Q     We're almost done, Ms. Parker.  I'd just like to ask a

20  couple of follow-up questions.  You stated that you lived on

21  your own for the past couple of years?

22  A     Yes.

23  Q     You've lived alone?

24  A     Yes.

25  Q     And you've been able to maintain your own house?

1   A      When you say maintain, what do you mean by maintain?

2   Q      You've been able to live on your own?  You don't have

3   someone come in?  No one has been appointed to oversee your

4   affairs?

5   A      No, because I'm not insane.

6   Q      No Court has appointed a guardian for you or anything

7   like that?

8   A      I'm not insane, sir.

9   Q      I'm not implying that you are, ma'am.

10  A      I'm not crazy.  I just have a little problem with my

11  mind that kind of wanders off and then I have to really

12  fight to get it to come back, but I'm not crazy or insane.

13  I don't --

14  Q      And when -- do your -- do the disability checks you

15  receive still come to you?

16  A      Yes they do.

17  Q      Do you cash those checks?

18  A      Yes.  Yes.

19  Q      You're able to handle that aspect of --

20  A      That aspect, yes.

21  Q      Okay.  And you --

22  A      Very, very simple.

23  Q      You open the envelopes in which those checks come?

24  A      Actually, you can see it's a check before you open the

25  envelope.

1  Q     Okay.  The -- but the disability checks come to you;

2  they're not mailed to anyone else?

3  A     They come to me.

4  Q     And you've paid your bills during the last couple of

5  years?

6  A     The ones that I can, yes.

7  Q     Are there ones you cannot?  Are there particular bills

8  you're able to pay and others you can't?

9  A     Sure.

10  Q     What type of those are you not able to pay?

11  A     Well, I have to just remember that I have a place to

12  live.  I have to pay my light and my gas.  But my creditors,

13  like credit cards and stuff, I couldn't pay that.

14  Q     Have you been able to pay your taxes over the past

15  couple of years?

16  A     I've been able to pay the taxes.

17         MR. KANSA:  Okay.  Just bear with me one moment,

18  Your Honor and Ms. Parker; I'll see if I have a couple of

19  other questions.

20  BY MR. KANSA:

21  Q     Ms. Bender raised the issue that you were on

22  medication for a period?  You were prescribed medicine in

23  the hospital?

24  A     At some point, yes, Depakote.

25  Q     Did that medication improve your functioning at all?

1   A     It helped me to get -- to be released.

2   Q     Did it help you manage your day-to-day affairs at all?

3   A     No.

4   Q     Did it make you feel better at all?

5   A     Much too soon.  Much too soon.  It takes time.

6   Q     Have you been --

7   A     Because still, when I came home, my mind would still

8   do the wandering off thing that it would do, and I would try

9   like boiling -- boil eggs and then my -- I'm thinking it's

10  15, 20 minutes, and then I hear the alarm go off and I

11  realize the pot is dry and the eggs are burned.

12  Q     Did you take that medication during 2009, 2010?

13  A     No, I lost my insurance and I wasn't able to afford

14  the medication anymore.

15  Q     And so you have not taken that medication since about

16  when?

17  A     I don't know, but I have not been able to afford it;

18  not even now I can't afford it.

19  Q     But you don't know about when that stopped?

20  A     No.  I just know that when they canceled my insurance,

21  that's when I couldn't get the mediation anymore.

22  Q     You had stated previously that when they canceled your

23  insurance for a period of time when Ms. Bender was asking

24  you that you responded eventually to that cut off, is that

25  correct?

1   A      I needed my medication so my attorney was able to

2   call, with my permission -- with my permission to try to get

3   an extension for me on my insurance.  They gave me just a

4   few more weeks or whatever, and, still, I wasn't able

5   because when I went in to my medical doctor, my sugar was so

6   high.  So the day that I went to see her, she put me in the

7   hospital immediately so that kind of like got used up by

8   that.

9   Q      You told your attorney to make that phone call did

10  you?

11  A      Yes, because I wasn't able to do it.

12  Q      Okay.

13  A      And she did it.

14          MR. KANSA:  Okay.  Ms. Parker, thank you.  Your

15  Honor, I have no further questions.

16          THE COURT:  All right.  Thank you.  I'll ask for

17  re-direct in a moment, but Ms. Parker, let me ask you this.

18  How did you come from Chicago to Wilmington for today's

19  proceeding?  How did you travel?

20          MS. PARKER:  By air.

21          THE COURT:  By air?

22          MS. PARKER:  With my attorney, yes sir.

23          THE COURT:  Okay.  Thank you.  Re-direct?

24          MS. BENDER:  If I could have a minute, Your

25  Honor?

1        THE COURT:  All right.

2                    RE-DIRECT EXAMINATION

3    BY MS. BENDER:

4    Q     By the way, the Court asked you how did you travel,

5    and you traveled by plane with your Counsel, is that

6    correct?

7    A     Yes, the airplane.  Yes.

8    Q     Did you have to be calmed down to get on the plane?

9    A     I had my Bible next -- you know, I'm able to read

10   verses, some of the verses now.

11   Q     And that's why you were calm on the plane?

12   A     That keeps me calm, yes it does.

13   Q     Okay.  I'm going to show you what the defense marked

14   as their -- I'm sorry, Exhibit #4.  And, for the record,

15   it's EEOC Notice of Right to Sue.  If I could approach the

16   witness, please?

17   [Exhibit 4 identified for the record.]

18             THE COURT:  Go ahead.

19   BY MS. BENDER:

20   Q     Will you take a look in the upper left-hand corner?

21   What does it say?  Can you read that right here?

22   A     My name you mean?

23   Q     Right below it.

24   A     Yes, certified mail.

25   Q     Okay.  So that was by certified mail, is that correct?

1   A     That's what it says, yes.

2   Q     Did you ever get any mail from The Tribune by

3 certified mail?

4   A     No.

5   Q     If you had gotten some certified mail, you would have

6 remembered, is that -- is that correct?

7   A     From Chicago Tribune, yes.

8   Q     Okay.  Counsel asked you whether or not during the

9 course of the deposition you were asked about a claim and

10 you said no.  Did you -- do you know what Counsel is talking

11 about when he says claim?

12   A     No.

13   Q     Okay.  Have you ever heard that expression before, a

14 claim, proof of claim?

15   A     I've heard the expression, but what does it mean?

16   Q     Okay.  At the deposition that was taken by Counsel for

17 The Tribune, did that Counsel try to tell you something

18 about a Proof of Claim?

19   A     Not to my recollection.

20   Q     Okay.

21   A     To explain it?  No.

22   Q     Okay.

23   A     Proof of Claim, I don't remember that, no I don't.

24         MS. BENDER:  Did you ever -- strike that.  I have

25 no further questions, Your Honor.

1          THE COURT:  All right.  Any re-cross?

2          MR. KANSA:  Your Honor, only a couple of brief

3  items on re-cross.  I would like to show you -- I would like

4  to show the witness a portion of her deposition testimony

5  from her prior deposition in the employment litigation.

6  This has been designated by the debtors at -- do we have a

7  cite in our Pretrial Memorandum?  This is a deposition

8  designation from pages 37 and 38.  It is in Section D.  It's

9  in the binder, the Pretrial Memorandum deposition

10  designation, Section D, Item 6.

11          THE COURT:  All right.

12          MR. KANSA:  May I approach the witness, Your

13  Honor?

14          THE COURT:  You may.

15                    RE-CROSS EXAMINATION

16  BY MR. KANSA:

17  Q     Ms. Parker, I have handed you an excerpt from your

18  deposition testimony in March of 2011.  There is a question

19  to you in there that says -- do you recall this testimony at

20  all first, ma'am?

21  A     No I don't.  That's why I'm still trying to read but

22  you're talking.

23  Q     Okay.  Well, I will give you a break to allow you to

24  read it.

25  A     Okay.

1    THE COURT:  And then let us know when you're

2  done.

3    THE WITNESS:  Okay.

4  BY MR. KANSA:

5  Q    Are you finished reading it, Ms. Parker?

6  A    Yes.

7  Q    Do you recall giving that testimony?

8  A    Yes, but not like the way it's here.  It was like very

9  brief, very brief.

10  Q    So you don't recall saying the words attributed to you

11  next --

12  A    No, that I don't remember and I didn't.

13  Q    You were -- at the time this deposition was taken,

14  there was a discussion of a need to file a Proof of Claim by

15  June 12, 2009, is that correct?

16  A    I don't remember anyone discussing anything about me

17  having to file something by June 12th.

18  Q    In the sentence; I'm looking on page 38, lines 14 and

19  15, Ms. Parker, where you answer "file by June 12, 2009,

20  which is called the bar date".  Yeah, I see it in this.  I

21  see it.  Do you recall saying that?

22  A    Yes, but I don't think I knew what I was looking at

23  honestly.

24  Q    When the -- in the preceding question where Ms. Riesco

25  explained Exhibit 2 says that The Chicago Tribune filed for

1  bankruptcy protection on December 8, 2008, and as part of

2  the bankruptcy process, they were required to give creditors

3  the opportunity to file claims for damages they believe are

4  owed to them by December 8th, 2008.  Any claims must be filed

5  by June 12, 2009, which is called the bar date.  Do you see

6  that paragraph at the top of Exhibit 2?

7  A    I see all of this but I don't remember anyone putting

8  this kind of detail in front of me.  I don't remember that,

9  sir, where it --

10  Q    So --

11  A    Where they just was focused on something like this,

12  no.  I don't -- I remember me saying no to I didn't know

13  about the bankruptcy on December 8th.  That's all I remember.

14  All this other stuff with dates and stuff, I don't remember

15  that.

16  Q    So did you have this discussion or is this you believe

17  an inaccurate representation of what you said on that day?

18  A    I think it must be because I was talking about not

19  having the knowledge that they filed bankruptcy December 8th,

20  the day I had the attack.  This other stuff with dates, I

21  don't remember anything like this being told to me or where

22  they elaborated on it where I could understand it.

23  Q    I understand.  And the question I am asking you is

24  this discussion that occurred during your deposition, that

25  told you that Chicago Tribune Company had filed for

1  bankruptcy would you agree?

2  A    It told me they filed for bankruptcy the day I had the

3  attack, yes, December the 8th of 2008.

4  Q    And they told you that there had been a requirement

5  that had passed by that date to file claims by June 12,

6  2009, is that correct?

7  A    That part, I don't know.  I don't remember any of that

8  because my focus was on hearing December 8th, the day I had

9  the attack.  I honestly don't remember any of the rest of

10 this other stuff.

11 Q    So you don't know whether you actually said "file by

12 June 12, 2009, which is called the bar date"?

13 A    I may have said no, but not understanding what this

14 is.  I may have said no but I don't -- no one elaborated to

15 explain what you're talking about that you have in yellow

16 highlight.

17 Q    So you --

18         MS. BENDER:  Your Honor, I'm going to object to

19 the mischaracterization --

20         THE WITNESS:  No one elaborated on this to me.

21         MS. BENDER -- of the paragraph that he's reading

22 -- that she's reading --

23         THE COURT:  Ms. Bender, you need to stand while

24 addressing the Court, if you please, and -- but stand near a

25 microphone.  You can stand at Counsel table if you like, but

1  just get close to the microphone.  Is there an objection?

2              MS. BENDER:  Yes, Your Honor.

3              THE COURT:  Okay.  Tell me what it is.

4              MS. BENDER:  I was objecting.  It sounds as if

5  Counsel was characterizing that statement on page 38, line

6  14, as if it was a statement made by her.  But if you take

7  it in context, she's reading what Ms. Riesco was telling her

8  to read, which is -- she's reading; she's not making it as

9  an affirmative statement herself.  So that's my objection

10  he's -- to Counsel's mischaracterization of that line 14

11  through 15 on page 38.

12              THE COURT:  Well, here's how I understand that

13  question, and that is that he's trying to elicit the fact

14  that, at the deposition, she was made aware of the date, not

15  necessarily that she knew of it beforehand, because one of

16  the positions the debtor is taking here is she knew about it

17  on that date because we told her.  So I understand the

18  purpose of the question, and although I probably agree it

19  doesn't serve any further purpose to continue this

20  particular question, Mr. Kansa.

21              MR. KANSA:  Your Honor, with that, I will move

22  along to the one final question I have.  I would like to

23  approach and show the witness one more document.

24              THE COURT:  All right.

25              THE WITNESS:  What am I looking at?

1   BY MR. KANSA:

2   Q     Ms. Parker, I've handed you a Proof of Claim document

3   dated September 1, 2011.  Do you see the words Proof of

4   Claim in the top right corner?

5   A     Yes.

6   Q     Do you see the signature at the bottom of that

7   document, ma'am?

8   A     Yes, I see this.

9   Q     Is the signature on the bottom of that document your

10  signature, ma'am?

11  A     The signature is, but this other writing here is not

12  mine.  This other stuff is not me.

13  Q     Could you turn to the last page of the document

14  please, ma'am?

15  A     Okay.  I don't remember -- okay.  I got it.  Do you

16  want me to look at the last one?

17  Q     Please.

18            MR. KANSA:  If I may approach the witness again,

19  Your Honor, I think I can --

20            THE WITNESS:  Show me that because I don't know

21  what you're --

22            THE COURT:  Go ahead.

23            MR. KANSA:  -- point her.

24            THE WITNESS:  I'm just trying to understand what

25  you want me to look at.

1  BY MR. KANSA:

2  Q     I pointed you --

3  A     Yes, now I remember this.  Yes, briefly I remember

4  this.

5  Q     If I may ask the question, Ms. Parker, I pointed you

6  to the last page of the document.  Do you see the signature

7  on that page?

8  A     When you say last page, sir, do you mean this one

9  here?

10 Q     Not the copy of the receipt, but the last page of the

11 document itself.

12          THE COURT:  What does it say on the document, Mr.

13 Kansa?

14          MR. KANSA:  It is a signature page for the

15 addendum to the Proof of Claim, and what I would like her --

16          THE WITNESS:  You mean this one?

17          MR. KANSA:  I do, ma'am.

18          THE WITNESS:  Okay.  I see it, sir.

19 BY MR. KANSA:

20 Q     Is that your signature on that page?

21 A     Yes, my lawyer had me to sign this.

22 Q     Thank you.  I have --

23 A     But I don't know what it means.

24          MR. KANSA:  I have nothing further, Your Honor.

25          THE COURT:  All right.

1          MR. KANSA:  Thank you.

2          THE COURT:  Thank you.  Ms. Parker, you may step

3    down.

4          THE WITNESS:  Okay.  Thank you.  Thank you,

5    Judge.

6          THE COURT:  Thank you.

7          THE WITNESS:  Anyone want these papers back?

8          THE COURT:  You may leave them right on the

9    witness stand.  All right.  I see from -- well, let me ask

10   this.  Ms. Bender, any other witnesses to present?

11         MS. BENDER:  No, Your Honor.

12         THE COURT:  Okay.  I see the parties have

13   identified certain exhibits, some of which are apparently to

14   be admitted by agreement, and others which are contested.

15   So let me just confirm, as I look at the Joint Pretrial

16   Statement, that Exhibit numbers 1 through 14 are to be

17   admitted by agreements of the parties?

18         MR. PERNICK:  That is correct, for the debtors,

19   Your Honor.

20         THE COURT:  Okay.  Ms. Bender?

21         MS. BENDER:  Correct.

22         THE COURT:  Okay.  They're admitted without

23   objection.

24              (Exhibits 1 through 14 admitted)

25         THE COURT:  Next is a list of contested exhibits,

1  A through G.  Is anyone moving the admission of any of these

2  documents and, if so, is there an objection?

3          MR. KANSA:  Your Honor, Ken Kansa, for the

4  debtors.  We would, in the interests of shortening things,

5  we will withdraw the objection to Exhibit E, which is the

6  Attending Physician Statement of Dr. Albeheary dated

7  February 24, 2010.

8          THE COURT:  Okay.

9          MR. KANSA:  We would move the only exhibit on

10  this list that we have proffered, Your Honor, which is a

11  demonstrative mailing envelope used by Epiq Bankruptcy

12  Solutions, LLC, for Notices to Creditors.  We have

13  introduced this by way of an Affidavit of Diane Streany of

14  Epiq that was filed at Docket Number 11212.  I believe it

15  was filed this morning, Your Honor.

16          THE COURT:  All right.  Is there an objection to

17  the admission of this document?

18          MS. BENDER:  On behalf of Ms. Parker, Your Honor,

19  I would object to the envelope, the demonstrative envelope,

20  I would say in this case since the issue is, as asserted by

21  Counsel, is that Ms. Parker did receive such an envelope,

22  but I do not believe that they have presented even a copy

23  or facsimile or a copy whatsoever of this actual envelope

24  that was mailed to Ms. Parker as they're claiming.  And so

25  the demonstrative mailing envelope, I do not believe that

1  that really establishes a point other than to say that these

2  are the envelopes that are normally used, but it's not

3  addressed to Ms. Parker.

4            THE COURT:  Okay.

5            MS. BENDER:  So that's the basis of my objection,

6  Your Honor.

7            THE COURT:  All right.  So the Joint Pretrial

8  Statement indicates the basis is lack of authentication, but

9  it sounds more like a relevance objection as you

10 articulated.

11           MS. BENDER:  Yes, Your Honor.

12           THE COURT:  Okay.

13           MR. KANSA:  Your Honor, Ken Kansa, for the

14 debtors.  The relevance of the mailing envelope goes to a

15 statement in Ms. Parker's pleadings that the envelopes that

16 were used to mail the notices to her home contained the word

17 Epiq but not the word Tribune on them.  We have offered this

18 to show that the word Tribune was present on the envelopes.

19 I agree that if Ms. Parker is no longer asserting that that

20 is an issue between us, we're happy to withdraw the

21 demonstrative, but that's what we have offered it for.

22           THE COURT:  Okay.  Well, you said that you

23 submitted an Affidavit today.  I have not seen it and I

24 don't think it's in the binder.

25           MR. KANSA:  My apologies, Your Honor.  I can

1  provide a copy to Ms. Parker -- or to Ms. Bender and to the

2  Court if I may approach?

3          THE COURT:  Okay.  If you would, yes.  All right.

4  Ms. Bender, are you pressing your objection?

5          MS. BENDER:  Yes, Your Honor.

6          THE COURT:  It's overruled.  I think what I will

7  do is I will take this as a substitute Exhibit A, because

8  what's in the binder is just the envelope or what purports

9  to be a copy of the envelope itself.  All right.  What about

10  B?

11          MR. KANSA:  Your Honor, with respect to the

12  debtors' objections to -- I think we can do this in one

13  swoop --

14          THE COURT:  Okay.

15          MR. KANSA:  -- B, C, D, and F.  The basis for the

16  objection is, as set out in here, Ms. Bender has provided

17  these exhibits to us late.  We don't see that they go to any

18  contested point between the parties.  Per our conversation

19  with Ms. Bender and with the Court last Friday, the issue of

20  whether Ms. Parker has been diagnosed with bipolar disorder

21  is not one the debtors are contesting.  We think that these

22  exhibits were offered only to demonstrate that diagnosis and

23  her condition and we do not dispute that point.  What we do

24  not see is how these have any relevance to the issue of

25  whether she was capable of receiving notices during -- and

1 opening her mail and otherwise functioning during the period

2 in question.

3          THE COURT:  Okay.  Ms. Bender, I'll hear from

4 you.

5          MS. BENDER:  Yes.  Specifically, in regards to

6 Exhibit C, the purpose, I thought it was very relevant

7 because it is a letter from The Tribune in which they

8 actually advise Ms. Parker that they're terminating her

9 insurance because she did not comply with certain procedures

10 or whatever.  I thought that was relevant to the issue to

11 show that -- or to counter The Tribune's position that Ms.

12 Parker was just being selective in her mail -- in opening

13 her mail.  The point is that her condition affected her

14 everyday function, not only in opening her mail from Tribune

15 or whatever, if -- but also mail from other places, mail

16 that really affected her livelihood.  She did not open mail

17 that would allow her to continue getting benefits because of

18 this condition.  So I felt that was relevant to prove or

19 corroborate the point that it was other aspects of her life

20 and other mail that she did not pay attention to due to the

21 condition and it was just not just selectively to The

22 Tribune.  And further, I never understood the position of

23 the The Tribune as to why they believe that Ms. Parker would

24 just selectively not open mail from Tribune.  It makes no

25 sense.  She would not have any reason to not -- to just say

1  I'm not going to open mail from Tribune if she knew that

2  there was mail there that she should have opened.  The point

3  of the matter is that there was nothing about that mail that

4  stood out or that she knew, such as like when she got

5  letters from or calls from EEOC and the certified mail, then

6  she knew that there was something significant about those

7  mails.  But the other mail, as she said, was stressful and

8  she just neglected to open it or do anything.  But I

9  think --

10              THE COURT:  When were these delivered to the

11  debtors?

12              MS. BENDER:  Well, it was late, Your Honor.  I

13  believe it was on the -- March 20th if I'm not --

14              THE COURT:  Okay.  That was --

15              MS. BENDER:  March 20th.

16              THE COURT:  Two days ago, right?

17              MS. BENDER:  Yes, Your Honor.

18              THE COURT:  Okay.  Why were they late?

19              MS. BENDER:  Well, honestly, Your Honor, we were

20  dealing with -- I was dealing with Counsel on other matters

21  and trying to resolve other matters.  We had the motions in.

22  I guess, honestly, maybe I started late in terms of trying

23  to get this together.  We had agreed upon a date of March 1st

24  in terms of trying to get everything together.  In

25  retrospect, that really wasn't enough time.  And so, in

1  dealing with the other issues, that kind of slipped my mind.

2  So that's the reason why, Your Honor.  I apologize.

3          THE COURT:  That's hardly an inspiring reason you

4  must recognize.

5          MS. BENDER:  Pardon?

6          THE COURT:  I said that hardly is an inspiring

7  reason --

8          MS. BENDER:  I understand, Your Honor.

9          THE COURT:  -- you must recognize.

10         MS. BENDER:  I understand, Your Honor.

11         THE COURT:  What about G?  Now, G is not in my

12  binder I don't think.

13         MR. KANSA:  G, as I understand it, Your Honor, is

14  the letter from Dr. Albeheary to Ms. Bender that we spoke of

15  on our conference with the Court on Friday.  The debtors

16  have already admitted, or had stipulated, to Ms. Parker's --

17         THE COURT:  Okay.  I remember that.  Forgive me

18  for interrupting.   Is it still being offered?

19         MS. BENDER:  I'm asking that it be offered.  I

20  think the debtors are objecting because in their position,

21  the stipulation was sufficient so --

22         THE COURT:  And that was my understanding as

23  well.

24         MS. BENDER:  Well then, Your Honor, I withdraw

25  it.

1          THE COURT:  Okay.

2          MS. BENDER:  I withdraw it.

3          THE COURT:  All right.  I'll admit B, C, D, and

4  F.  Overrule the objection to their admission.

5              (Exhibits B, C, D, and F admitted)

6          THE COURT:  Okay.  Now, let's turn to the

7  deposition designations.  I take it there's no objection to

8  their admission?  I don't know that there are any counter-

9  designations.

10          MR. KANSA:  No objection from the debtors, Your

11  Honor.

12          MS. BENDER:  No objection, Your Honor.  I believe

13  that this extra reflects the deposition designations by Ms.

14  Parker too, is that correct?  Yes.  So there's no objection.

15          THE COURT:  So if it's -- all the highlights I

16  see though are in yellow.  So they include both?

17          MS. BENDER:  Yes.

18          THE COURT:  Okay.  Fine.  And the debtors want no

19  further counter-designations in the way of rebuttal?

20          MR. KANSA:  I believe that's correct, Your Honor.

21          THE COURT:  All right.  The Joint Pretrial

22  Statement had indicated a reservation of that.

23          MR. KANSA:  I think we're resolved on the matter,

24  Your Honor.

25          THE COURT:  Okay.  Is there any further evidence

1  to be offered in connection with this matter?

2           (No audible response)

3           THE COURT:  I hear no response.  Okay.  I'll hear

4  brief arguments if Counsel wish.

5           MS. BENDER:  Well, Your Honor, briefly, I believe

6  that the evidence shows that Ms. Parker, initially, she has

7  a history of bipolar disorder.  At one time, she was

8  functioning well enough to even have gone back to work.  But

9  her condition got worse and it got to a point where it

10 affected her everyday ability to function on the most --

11 more and more things, such as open her mail, taking a bath,

12 combing her hair, brushing her teeth, things such as that.

13 And Dr. Albeheary indicated in her report of March 13th that

14 the condition of bipolar disorder may affect the everyday

15 functions.  Ms. Parker testified that the bipolar that she

16 -- did affect her.  So I do not believe that the debtors

17 have presented any evidence to counter that her bipolar

18 condition that was not affected and that the symptoms as she

19 experienced and how it affected her.  There has not been any

20 counter evidence to show that Ms. Parker could not have

21 experienced these particular symptoms and could not have

22 been able to -- or should have been able to open her mail.

23 All the evidence that's been presented shows that this is

24 how it affected her.  Now, bipolar may affect various people

25 in different ways, but she testified this is how bipolar

1  affected her.  And again, Dr. Albeheary's report was that it

2  may affect.  So may -- I interpret it meaning that if there

3  is -- if it does affect the person, then it does affect

4  them.  So it may or it may not, but it did affect her.

5  She's testified that it did affect her and how it affected

6  her and her daily activities.  So, again, I believe that she

7  was not being selective in certain things.  Again, she would

8  have no reason not to open -- just to say I'm not going to

9  open -- I'm going to open everybody else's mail but Tribune.

10  She would have no reason to do that.  So I don't believe

11  that the debtors have ever presented anything to show why

12  she would have any reason not to do that.  And, as she

13  testified, she said had she not been suffering from that

14  condition, if she had been her old self, the old Joann, she

15  would have opened all her mail.  So that being the case, had

16  this -- the bankruptcy or whatever occurred back six months

17  earlier when she was still able to function and still work,

18  it probably would have been a different scenario.  But

19  that's the scenario that we have now.  She wasn't

20  functioning, mentally capable of doing the mundane things,

21  such as opening her mail and doing what she should have done

22  or would have done, any normal person would have done.  In

23  essence, her condition paralyzed her to a point where she

24  could not even go out and collect her mail.  She had to

25  actually, as she testified, go several -- go through several

1  rooms, and she went through each room that she would have to

2  go through to go to the vestibule to get this mail, and for

3  months, it just piled up and finally she was able to go out

4  and collect it.  She put it on the dresser or whatever and

5  it never got opened so again --

6            THE COURT:  All right.  Now --

7            MS. BENDER:  -- just --

8            THE COURT:  I'm sorry; go ahead.

9            MS. BENDER:  That's all, Your Honor.  As I said,

10  again, my main point though is that, as she said, this is

11  not herself.  Had it been herself, she would have opened it,

12  but for her condition.

13            THE COURT:  All right.  The debtors argue here,

14  alternatively, that even if all of that is true, there came

15  a time in January of 2010 when Ms. Parker was represented by

16  Counsel.  Now, was that you or someone else?

17            MS. BENDER:  That was me, Your Honor.

18            THE COURT:  Okay.  So let me ask.  When you were

19  engaged in January of 2010, did you review the pleadings

20  from the previously filed lawsuit?

21            MS. BENDER:  Yes I did, Your Honor.

22            THE COURT:  Okay.  And did you not see in the

23  debtors' Motion to Dismiss the statement that the company

24  had filed the bankruptcy?

25            MS. BENDER:  I did see that, Your Honor, but I

1   also saw that it was a date of the -- that the bar date was

2   June, 2009.  And so, I guess, you know, by it having passed,

3   and plus my client never mentioned anything to me about

4   bankruptcy until -- I never -- I didn't have presence of

5   mind to ask her if she had ever received anything or what

6   she knew about bankruptcy because that never -- the

7   conversation never came up between my client and myself.

8   And frankly, I don't practice in the area of bankruptcy so

9   that may not be what, you know, I should say, but that's the

10  truth.  That's exactly what it is.  So I didn't exactly know

11  that -- I wasn't sure whether or not she had gotten a notice

12  or not.  I assumed by her never mentioning to me, and we're

13  talking about this, I assumed that when a point came time to

14  even deal with that issue, that the defense would be that

15  she never got claims.  So when we were at the deposition and

16  when I learned that she had gotten -- or they're alleging

17  that she had gotten a claim, that's when I decided to try to

18  find someone locally here in Delaware and ask around to find

19  out what should I do.  So that's -- so I didn't really act

20  upon it until after the deposition, Your Honor.

21          THE COURT:  Well I know, because the deposition

22  was in March, 2011, and the Proofs of Claim weren't filed

23  until September of 2011.

24          MS. BENDER:  Yes.

25          THE COURT:  I -- six months?  I mean that just

1   seems to me to be unnecessarily long.

2          MS. BENDER:  Your Honor, I have to accept

3   whatever you say.  I'm just saying that I didn't -- I had no

4   information, there was no input from Ms. Parker, and I don't

5   practice in the area so the --

6          THE COURT:  But here's my point about that.

7   Let's -- let me just say I assume -- I'll take as true

8   everything that you tell me, okay, about your involvement

9   here.  But as a lawyer, when you tell me that you've learned

10  that there was a deadline for filing claims and that has

11  passed, but you believe that your client has claims, to take

12  six months to do something about it seems to me to go

13  against every instinct a lawyer ought to have.  Do you

14  understand my reaction that way?

15         MS. BENDER: I do, Your Honor.

16         THE COURT:  Okay.

17         MS. BENDER:  I do.

18         THE COURT:  Okay.  Do you have anything more to

19  add?

20         MS. BENDER:  No, Your Honor.

21         THE COURT:  All right.  Thank you.  I'll hear

22  from the debtor.

23         MR. KANSA:  Good afternoon, Your Honor, Ken

24  Kansa, of Sidley Austin, on behalf of the debtors.  The

25  Court, I think, has already addressed the principal focus of

1  our argument concerning the length of the delay and whether

2  it was within the claimant's control, and that is, even --

3  we do not accept that there was a complete absence of

4  knowledge on the part of Ms. Parker, and we do observe to

5  the Court that the debtors did everything they were required

6  to do under the noticing program we established to give

7  notice of this bar date.  We provided notice of the

8  commencement of the case in December of 2009.  We provided

9  notice of the bar date in March of 2010.  We provided a

10  supplemental notice of the bar date in March of 2009.  And

11  then a supplemental notice of the bar date in April of 2010.

12  None of that is in dispute.

13      It is the question of whether Ms. Parker was able to

14  open that mail, and we submit that, although Ms. Bender has

15  attempted in some ways to put this on the debtor to

16  demonstrate that she was capable, it remains her burden to

17  show that that neglect was excusable and --

18        THE COURT:  Well, it seems to me that, just

19  assuming for purposes of the question I'm about to ask you

20  or the statement I'm about to make, which I'd like you to

21  react to, I could view Ms. Parker's testimony this way.

22  That she looked for things in the mail that she needed to do

23  to survive and nothing more.  And if that were true, it

24  seems to me she wouldn't necessarily, even if she saw an

25  envelope with The Tribune on it, she wouldn't necessarily

1  view that as something vital to her survival.  Wouldn't you

2  agree?

3  MR. KANSA:  I would agree, Your Honor, perhaps

4  during her low periods.  But, as we have heard from her, she

5  had ups and downs during the period and it seems to me that

6  it is a stretch, and not really supported by her statements,

7  that, to ignore this notice that clearly comes from your

8  former employer; she, you know, may have been opening other

9  items from Tribune she says during this time, to ignore this

10 notice for this long seems to me inexcusable to put under

11 the standard.  It is a -- we're sympathetic to a legitimate

12 medical condition, and if this was a question of maybe a

13 short extension of the bar date, I doubt we would be here.

14 But this is a very, very long time after when, clearly, no

15 action had been taken merely to do anything to comply with

16 the bar date.

17 And, you know, we -- I wouldn't answer a hypothetical,

18 but the debtors, I would say, have taken a pragmatic, and

19 not an iron-fisted, approach to the bar date in these cases.

20 But in this instance, the incredibly long period of time

21 that has passed and the several factors and elements of

22 delay that go in here have caused the debtors to really push

23 this and try to stop against the erosion of the bar date.

24 THE COURT:  Okay.  And what prejudice would there

25 be to the debtors if the late claim were allowed?

1              MR. KANSA:  Your Honor, the debtors believe the

2     prejudice here is -- goes beyond just being hit with a

3     potential late $125,000 claim.  The debtors have, we

4     believe, meritorious defenses to this claim in the District

5     Court in the Northern District of Illinois.  But being

6     forced to litigate that claim going forward, as well as

7     seeing what is likely to be, I think, other claims now

8     coming in late, long after the bar date, that are tort

9     claims in nature, whether they're employment discrimination

10    claims, personal injury claims, or what have you, we're

11    nearly three years after our bar date here and the debtors

12    have made enormous in-roads into their claims process.  I

13    wouldn't go so far as to say we're nearly done, but we have

14    winnowed down the litigation claims in large measure, and

15    our plan provides for an amount of certainty in the buckets

16    sizing the various unsecured claims against the debtors.  We

17    have a tremendous amount of uncertainty introduced into that

18    process if we see an erosion of that bar date by a claim

19    here where everybody concedes, not only the claimant herself

20    had notice of the bar date, but even if that's excused,

21    claimant's Counsel had notice of the bar date.  And, as the

22    Court has pointed out, for six months did not act on that

23    notice.

24              THE COURT:  Well, let me make a comment and then

25    -- well, let me start with the comment.  The cases generally

1  say that having to spend more money isn't prejudice.  The

2  prejudice centers around more like what your description is

3  of the Chapter 11 administration process and does it

4  interfere with terms of a plan that have already been agreed

5  to or confirmed and does it upset the distribution schedule.

6  It seems to me that, even if you're as far along as you are,

7  that, given the amount of claims in this case, that this

8  claim, it seems to me hardly would cause a blip on the radar

9  screen, even if it were allowed, and that's, you know,

10  without commenting on the defenses of merit that the debtor

11  says it has here.  But secondly, bear with me because the

12  thought escaped me just as quickly as it went in.  Well,

13  I'll think of it if it's important.  But -- oh.  In this

14  record, could I look to support the debtors, you know, this

15  would open the floodgates argument.  I mean, typically, in

16  these situations, the debtor is in a position to say look,

17  here are other -- a dozen other potential claims we know of.

18  But I don't think any Court's latched onto the argument that

19  well, "we don't know of any but there could be some", and

20  that's what I'm hearing from you here.

21          MR. KANSA:  It's not a "we don't know of any,

22  there could be some".  We know that there were a great many

23  from our schedules claims listed as contingent unliquidated

24  disputed from prior to December, 2008, that for one reason

25  or another, never filed a Proof of Claim.  Those claims were

1  -- and it's not just the personal injury claims or the

2  employment discrimination taxing authorities are another

3  great example of claimants that, for one reason or another,

4  go away.  And the concern that the debtors have, while it

5  may or may not be the case, that this is the pebble that

6  starts the avalanche.  The debtors -- the concern the

7  debtors have is the next claimant who comes in the door is

8  going to be able to say I understand I had notice of the bar

9  date.  I understand that you sent -- mailed notice to my

10  Counsel in accordance with your Order, but that is simply

11  insufficient.  That wasn't good enough for me because of one

12  circumstance or another.  That is a profound concern for the

13  debtors, Your Honor.

14          THE COURT:  Well, probably a better argument on

15  the general scale than specifically here, at least based

16  upon the record that's been made.  But I understand the

17  position.  Does the debtor have anything further?

18          MR. KANSA:  We do not, Your Honor.

19          THE COURT:  All right.  Thank you.  I will take

20  this matter under advisement and issue a decision in due

21  course.  Is there anything further for today?

22          MR. KANSA:  One second, Your Honor.

23          THE COURT:  Certainly.

24          MR. KANSA:  Just to consult with Co-Counsel.

25          THE COURT:  All right.

1          MR. KANSA:  Your Honor, I have a replacement Tab

2    B-1 for the binder accompanying the Parker materials that

3    includes the Notice of Commencement and the Affidavit of

4    Mailing if I may approach, Your Honor?

5          THE COURT:  Has Ms. Bender seen this?

6          MR. KANSA:  She -- I'm told she has, Your Honor.

7          THE COURT:  Okay.  Let me give you back what you

8    handed up earlier then, assuming it's the -- is that the

9    same thing?

10          THE CLERK:  It's the Affidavit of Mailing.

11          THE COURT:  Oh, of mailing?  All right.  Then

12    give me back, and thank you.  Okay.  Anything further for

13    today?

14          MR. KANSA:  I believe that concludes our Agenda,

15    Your Honor.

16          THE COURT:  All right.  Thank you all very much.

17    That concludes this hearing.  Court will stand adjourned.

18    Have a safe trip home.

19          MR. KANSA:  Thank you, Your Honor.

20

1    (Whereupon, at 4:25 p.m., the hearing was adjourned)

2

3                          CERTIFICATION

4         I certify that the foregoing is a correct

5    transcript from the electronic sound recording of the

6    proceedings in the above-entitled matter.

7

8

9    _____         23 March 2012

10   Tammy Kelly, Transcriber                      Date

11

12

13

1                               INDEX

2

3    WITNESS:             DIRECT   CROSS   REDIRECT    RECROSS

4    Joann Parker           32      44       58         60

5

6    EXHIBITS:                             Marked    Admitted

7    4 - EEOC Notice of Right to Sue         58

8    1-14                                               67

9    B-D & F                                            74
10
11
12
13

| Word | Page:Line |
|---|---|

**a.m**(1) 28:16

**ability**(5) 38:2  40:19  49:19  51:10  75:10

**able**(46) 14:19  20:11  29:5  31:10  34:23  38:4  38:5  38:6  38:10  38:11  40:23  40:25  41:16  41:17  41:21  42:13  43:19  49:5  49:9  50:5  50:7  50:9  51:2  51:4  51:12  53:21  53:11  53:25  54:2  54:19  55:8  55:10  55:14  55:16  56:13  56:17  57:1  57:4  57:13  59:9  75:22  75:22  76:17  77:3  80:13  84:8

**about**(53) 11:17  14:6  14:8  14:11  15:11  15:14  16:8  16:15  17:13  22:17  23:18  23:19  23:23  24:16  26:18  28:15  33:18  35:5  37:5  37:5  38:24  43:16  43:25  46:11  46:20  48:19  49:8  50:21  50:24  51:15  52:3  56:15  56:19  59:9  59:11  59:18  60:12  61:8  63:1  64:16  70:9  72:3  72:6  73:11  78:3  78:6  78:13  79:6  79:8  79:12  80:19  80:20

**aboveentitled**  (1) 86:6

**absence**(1) 80:3

**absolutely**(1) 29:13

**absorb**(1) 22:3

**accept**(2) 79:2  80:3

**accident**(1) 22:11

**accompanying**(1) 85:2

**accomplish**(1) 18:5

**accordance**(1) 84:10

**accordingly**(1) 31:12

**acknowledge**(1) 27:21

**act**(3) 12:8  78:19  82:22

**action**(1) 81:15

**activities**(1) 76:16

**activity**(1) 26:19

**actual**(5) 14:17  18:17  23:19  26:2  68:23

**actually**(13) 13:1  13:6  38:14  39:15  40:2  51:7  51:12  51:17  51:21  54:24  63:11  71:3  76:25

**add**(1) 79:19

**addendum**(1) 66:15

**addition**(5) 36:17  38:6  38:10  40:23  43:15

**address**(11) 22:8  22:8  22:9  22:15  22:16  22:18  22:19  25:2  25:24  26:2  30:20

**addressed**(2) 69:3  79:25

**addressing**(1) 16:24  63:24

**adjourned**(2) 85:17  86:1

**adler**(2) 2:35  6:33

**administer**(1) 32:4

**administered**(1) 1:5

**administration**(1) 83:3

**admission**(4) 68:1  68:17  74:4  74:8

**admit**(1) 74:3

**admitted**(9) 21:11  33:24  67:14  67:17  67:22  67:24  73:16  74:5  87:6

**advance**(1) 14:23

**advertising**(1) 21:10

**advise**(1) 71:8

**advisement**(1) 84:20

**affairs**(2) 54:4  56:2

**affect**(8) 75:14  75:16  75:24  76:2  76:3  76:4  76:5

**affected**(9) 40:25  71:13  71:16  75:10  75:18  75:19  75:24  76:1  76:5

**affidavit**(5) 26:1  68:13  69:23  85:3  85:10

**affirmative**(1) 64:9

**afford**(3) 56:13  56:17  56:18

**after**(20) 13:7  15:3  17:15  30:13  33:17  33:22  34:18  40:8  41:7  41:13  41:17  44:1  46:12  49:22  49:23  50:12  78:20  81:14  82:8  82:11

**afternoon**(9) 10:2  10:3  13:12  13:19  18:12  27:15  29:21  31:19  79:23

**again**(30) 13:24  16:20  16:24  17:3  17:3  17:6  17:25  18:2  19:7  19:20  20:10  20:11  28:6  29:4  29:16  33:15  38:12  39:4  40:5  41:2  44:4  45:22  47:1  47:15  65:18  76:1  76:6  76:7  77:5  77:10

**against**(16) 21:6  21:8  26:18  26:23  27:7  27:22  28:8  28:21  48:22  48:25  49:23  50:13  51:5  79:13  81:23  82:16

**agenda**(3) 10:5  29:23  85:14

**ago**(2) 23:2  32:16

**agree**(9) 26:24  27:9  28:3  29:1  63:1  64:18  69:19  81:2  81:3

**agreed**(2) 18:1  72:23  83:4

**agreeing**(2) 28:6  28:19

**agreement**(3) 2:39  21:12  67:14

**agreements**(1) 67:17

**ahead**(3) 58:18  65:22  77:8

**air**(2) 57:20  57:21

**airplane**(1) 58:7

**akin**(3) 2:5  5:34  18:13

**alan**(1) 8:48

**alarm**(3) 38:18  41:3  56:10

**albeheary**(3) 68:6  73:14  75:13

**albeheary's**(1) 76:1

**all**(75) 10:6  10:8  11:22  11:24  12:16  12:21  13:5  13:21  14:2  14:6  14:10  14:20  14:23  15:3  15:24  16:2  18:18  19:20  21:1  21:4  22:19  23:13  24:10  24:21  24:24  26:22  27:12  27:20  29:15  31:18  31:23  33:11  33:15  34:18  38:1  38:4  42:20  44:5  46:15  47:21  47:23  50:20  55:25  56:2  56:4  57:16  58:1  60:1  60:11  60:20  62:7  62:13  62:14  64:24  66:25  67:9  68:16  69:7  70:3  70:9  74:3  74:15  74:21  75:23  76:15  77:6  77:9  77:13  77:14  79:21  84:19  84:25  85:11  85:16  85:16

**allegations**(1) 26:22

**alleging**(1) 78:16

**allison**(1) 4:40

**allocation**(5) 14:7  14:15  14:20  16:24  18:16

**allow**(6) 22:1  27:10  33:9  37:16  60:23

**allowed**(2) 81:25  83:9

**almost**(1) 53:19

**alone**(5) 34:21  47:16  47:18  48:8  53:23

**along**(4) 23:4  45:15  64:22  83:6

**already**(3) 73:16  79:25  83:4

**also**(9) 16:25  17:13  28:17  29:18  35:7  37:6  42:1  71:15  78:1

**alternative**(2) 8:2  8:3

**alternatively**(1) 77:14

**alternatives**(1) 15:12

**although**(4) 13:7  13:19  64:18  80:14

**alvarez**(2) 5:40  5:41

**amalgamated**(1) 8:47

**ambulance**(1) 33:21

**amend**(2) 23:16  24:13

**amended**(1) 19:16

**america**(3) 5:6  5:6  7:7

**americas**(1) 3:32

**among**(1) 21:9

**amount**(3) 82:15  82:17  83:7

**and**(301) 3:1  4:4  10:7  10:11  10:13  10:25  11:6  11:17  12:15  12:18  12:24  13:1  13:6  13:9  13:16  13:19  13:19  14:14  14:17  14:22  14:24  15:1  15:4  15:6  15:12  15:13  15:14  15:19  15:25  16:2  16:14  16:15  16:19  16:20  16:21  16:23  16:23  17:2  17:16  17:25  17:25  18:4  18:6  18:8  18:9  18:18  18:20  18:23  18:23  18:25  19:7  19:9  19:10  19:12  19:13  19:16  19:21  19:24  19:24  19:24  20:7  20:9  20:10  20:15  20:24  21:4  21:5  21:14  21:18  21:23  21:24  22:1  22:3  22:5  22:9  22:13  23:1  23:2  23:8  23:20  23:21  23:22  23:23  23:23  23:24  24:1  24:1  24:3  24:5  24:16  24:16  25:5  25:16  25:25  26:4  26:5  26:12  26:17  26:23  26:24  27:4  27:18  27:25  28:5  28:13  28:20  28:25  29:5  29:7  29:16  30:2  30:6  30:8  30:16  30:16  30:24  31:3  31:10  31:12  31:14  31:20  31:22  31:22  32:4  32:10  32:19  32:22  33:3  33:4  33:5  33:6  33:22  34:9  34:14  34:18  35:7  35:24  36:2  36:14  36:15  37:11  38:1  38:1  38:5  38:12  38:13  38:13  38:18  38:21  39:8  39:8  39:9  39:20  39:22  40:5  40:18  40:20  40:24  41:2  41:3  41:3  41:5  41:12  41:17  41:23  42:1  42:8  42:12  42:12  43:1  43:8  43:25  44:3  44:8  44:14  44:23  44:23  45:8  45:10  45:12  45:14  45:14  45:18  45:21  45:21  45:22  45:23  45:24  46:1  46:15  46:2  46:24  46:25  47:1  47:24  47:6  47:9  47:9  47:12  47:14  47:16  47:21  49:6  49:9  49:11  49:13  49:14  49:14  49:17  49:18  49:21  49:23  50:2  50:8  50:9  50:10  50:12  50:21  50:21  50:22  50:24  50:25  51:2  51:5  51:11  51:12  51:13  51:15  51:19  52:2  52:3  52:9  52:24  53:3  53:25  54:11  54:14  54:21  55:4  55:8  55:12  55:13  55:18  56:8  56:9  56:10  56:10  56:11  56:13  56:15  57:4  57:17  58:5  58:11  58:14  59:9  60:8  61:1  61:12  61:18  62:1  62:14  62:23  63:4  63:24  64:13  64:18  64:23  66:15  67:14  68:2  68:24  69:22  70:1  70:15  70:19  70:22  70:25  71:1  71:20  71:21  71:22  72:5  72:7  72:21  72:25  73:22  74:3  74:5  74:18  75:9  75:11  75:13  75:18  75:19  75:21

**and**(54) 76:1  76:5  76:6  76:12  76:17  76:21  76:24  77:1  77:2  77:3  77:4  77:4  77:22  78:2  78:3  78:7  78:8  78:12  78:15  78:18  78:22  79:4  79:10  80:1  80:2  80:4  80:10  80:14  80:17  80:23  80:23  81:5  81:5  81:6  81:12  81:17  81:18  81:21  81:21  81:23  81:24  82:11  82:14  82:21  82:24  83:3  83:5  83:9  83:19  84:1  84:4  84:20  85:3  85:12

**anderson**(1) 2:25

**andrea**(1) 7:39

**andrew**(5) 4:25  4:26  5:26  5:47  9:7

**angela**(1) 6:20

**angeles**(1) 1:31

**angelo**(1) 5:45

**anna**(1) 7:42

**another**(4) 83:25  84:2  84:3  84:12

**answer**(4) 24:11  48:7  61:19  81:17

**answers**(1) 31:15

**anthony**(1) 7:15

**anxiety**(5) 33:4  33:6  35:15  37:11  38:1

**any**(45) 12:13  18:21  20:11  21:21  22:6  22:10  23:7  24:7  25:8  26:9  26:12  28:20  29:16  30:18  36:18  37:4  37:25  38:25  39:3  41:22  44:4  45:24  46:5  46:12  59:2  60:1  62:4  63:7  63:9  64:19  67:10  68:1  70:17  70:24  71:25  74:8  74:25  75:17  75:19  76:12  76:22  83:18  83:19  83:21

**anymore**(5) 23:22  38:3  41:1  56:14  56:21

**anyone**(12) 12:5  18:10  20:2  20:16  48:3  48:7  49:3  55:2  61:16  62:7  67:7  68:1

**anything**(25) 24:22  25:12  33:1  33:18  36:11  36:13  38:16  38:19  41:12  42:17  42:20  43:23  45:4  54:6  61:16  62:21  72:8  76:11  78:3  78:5  79:18  81:15  84:17  84:21  85:12

**apologies**(1) 69:25

**apologize**(1) 73:2

**apparently**(1) 67:13

**appear**(2) 50:23  50:25

**appearances**(1) 4:1

**appearing**(2) 20:8  50:24

**applies**(1) 22:4

**appointed**(2) 54:3  54:6

**appreciate**(1) 18:15

**approach**(9) 11:25  26:5  58:15  60:12  64:23  65:18  70:2  81:19  85:4

**approached**(1) 26:15

**appropriate**(1) 20:14

**approximately**(2) 35:1  39:22

**april**(16) 10:10  10:14  10:19  10:21  10:23  11:1  11:4  11:7  11:7  17:12  17:15  17:20  44:15  52:9  52:10  80:11

**are**(51) 10:13  11:1  11:6  11:17  13:1  14:7  14:8  16:21  16:22  19:5  21:22  25:6  25:9  27:21  28:3  30:14  30:15  30:18  30:19  31:21  32:8  32:12  41:24  42:17  42:20  43:8  43:18  43:23  49:18  50:23  54:9  55:7  55:7  55:10  56:11  61:5  62:3  67:13  67:14  67:16  69:2  69:2  70:4  70:21  73:20  74:8  74:16  82:8  83:6  83:17  84:2

**area**(4) 40:4  40:5  78:8  79:5

**argue**(1) 77:13

**argument**(5) 30:17  80:1  83:15  83:18  84:14

**arguments**(1) 75:4

**around**(4) 48:7  50:23  78:18  83:2

**arranging**(1) 49:10

**arrived**(1) 33:22

**arrowgrass**(2) 7:18  7:19

**articulate**(1) 26:14

**articulated**(1) 69:10

**ashley**(1) 4:19

**ask**(20) 12:4  15:7  27:9  31:1  33:10  33:15  41:6  44:11  48:3  49:13  52:2  53:19  57:16  57:17  66:5  67:9  77:18  78:5  78:18  80:19

**asked**(7) 37:22  37:24  44:11  46:24  58:4  59:8  59:9

**asking**(6) 21:19  24:17  36:23  56:23  62:23  73:19

**aspect**(2) 54:19  54:20

**aspects**(1) 71:19

**assert**(1) 27:3

**asserted**(1) 68:20

**asserting**(1) 69:19

**assume**(2) 18:18  79:7

**assumed**(2) 78:12  78:13

**assuming**(4) 17:22  34:25  80:19  85:8

**assumption**(2) 18:20  19:5  19:20

**assurance**(1) 23:6

**attack**(9) 33:4  33:6  33:17  49:8  51:11  53:10  62:20  63:3  63:9

**attacks**(1) 35:15

**attempt**(2) 22:12  25:1

**attempted**(1) 80:15

**attending**(1) 68:6

**attention**(1) 71:20

**attorney**(5) 3:37  44:22  57:1  57:9  57:22

**attorney's**(1) 21:12

**attributed**(1) 61:10

**audible**(2) 12:7  20:3  75:2

**august**(1) 50:16

**aurelius**(5) 2:4  5:29  5:30  18:14  19:12

**austin**(1) 1:21  4:29  29:22  79:24

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **authentication**(1) 69:8 | | **believe**(31) 19:17 20:8 20:24 29:23 30:18 31:12 41:9 42:9 42:25 42:25 43:14 43:15 44:2 44:11 62:3 62:16 68:14 68:22 68:25 71:23 72:13 74:12 74:20 75:5 75:16 76:6 76:10 79:11 82:1 82:4 85:14 | | **burn**(1) 38:17 **burned**(1) 56:11 **burning**(1) 41:3 **bus**(3) 49:14 49:14 49:15 **bush**(1) 4:24 **business**(1) 51:22 | | **chadbourn**(3) 3:23 4:16 27:16 **chance**(1) 12:19 **chandler**(1) 8:18 **change**(2) 17:7 18:2 **changes**(1) 13:20 **chapter**(2) 1:7 83:3 | |
| **authorities**(1) 84:2 **available**(1) 15:19 **avalanche**(1) 84:6 **avaya**(1) 11:6 **avenue**(5) 1:37 2:21 3:12 3:32 32:17 **avoid**(2) 21:17 23:11 **aware**(4) 26:10 42:17 43:24 64:14 **away**(4) 36:16 46:19 46:21 84:4 | | | | **but**(89) 10:18 11:14 12:23 13:23 14:11 14:16 14:21 14:22 15:15 16:12 17:17 18:3 18:21 19:19 19:20 20:11 20:18 22:10 25:3 26:3 28:11 28:17 28:24 29:18 30:4 30:18 33:9 37:20 43:25 44:11 46:13 47:3 48:13 50:3 51:25 52:14 52:23 53:12 54:12 55:1 | | **characterizing**(1) 64:5 **charge**(2) 48:25 49:23 **charges**(1) 48:20 **chase**(2) 6:19 26:12 **check**(1) 54:24 **checks**(4) 54:14 54:17 54:23 55:1 **chicago**(22) 1:26 3:41 5:2 6:26 6:27 8:29 | |
| **b-1**(1) 85:2 **b-d**(1) 87:9 **bacher**(1) 6:37 **back**(11) 16:10 17:7 19:23 35:4 36:12 39:18 41:18 45:22 45:22 47:3 47:13 47:14 54:12 67:7 76:14 76:16 85:7 85:12 | | **below**(1) 58:23 **bender**(63) 3:33 3:38 31:19 31:20 31:24 32:2 32:7 33:8 33:11 33:16 44:17 52:5 55:21 56:23 57:24 58:3 58:9 59:18 63:21 63:23 64:2 64:4 67:10 67:11 67:20 67:21 68:18 69:5 69:11 70:1 70:4 70:5 70:16 70:19 71:3 71:5 72:12 72:15 72:17 72:19 73:5 73:8 73:10 73:14 73:19 73:24 74:2 74:12 74:17 75:5 77:7 77:9 77:17 77:21 77:25 78:24 79:2 79:15 79:17 79:20 80:14 85:5 | | **chicago**(22) 1:26 3:41 5:2 6:26 6:27 8:29 10:20 32:12 36:24 46:9 48:18 48:22 49:24 50:13 51:5 51:20 52:6 52:25 57:18 59:7 61:25 62:25 | |
| **back-and-forth**(1) 31:4 **background**(1) 30:23 **badly**(1) 46:23 **bale**(1) 5:12 **balled**(1) 39:1 **ballot**(1) 14:25 **ballpark**(1) 50:18 **banc**(1) 3:10 **bank**(8) 5:6 5:6 5:14 6:32 7:7 7:33 8:12 8:47 | | | | | | **chubb**(1) 23:8 **chung**(1) 5:7 **circulation**(1) 21:11 **circumstance**(1) 84:12 **cite**(1) 60:7 **citi**(2) 8:43 8:43 **citigroup**(1) 7:37 **city**(4) 10:20 11:9 25:19 25:21 | |
| **bankruptcy**(27) 1:1 1:18 9:1 25:15 26:11 42:6 42:9 42:21 42:21 42:23 52:3 52:25 53:4 53:6 53:17 62:1 62:2 62:13 62:19 63:1 63:2 68:11 76:16 77:24 78:4 78:6 78:8 | | **bendernagel**(1) 1:22 **beneficial**(1) 15:16 **benefits**(1) 71:17 **bennett**(1) 6:41 **benson**(1) 8:7 **best**(3) 18:9 49:19 51:9 **better**(2) 56:4 84:14 **between**(6) 18:9 18:23 30:6 69:20 70:18 78:7 | | **bynum**(1) 7:2 **cadwalader**(1) 8:13 **cadwalder**(1) 5:15 **calendar**(2) 29:3 29:4 **call**(7) 29:18 46:11 46:13 49:18 50:3 57:2 57:9 | | **claim**(42) 10:15 10:17 10:20 10:22 11:2 11:9 11:17 12:3 21:14 22:1 22:4 25:8 26:17 27:3 27:21 28:7 28:8 28:20 30:1 30:13 53:4 53:13 53:5 55:9 59:9 59:11 59:14 59:14 59:18 59:23 61:14 65:2 65:4 66:15 78:17 78:22 81:25 82:3 82:4 82:6 82:18 83:8 83:25 | |
| **bar**(20) 26:3 30:13 61:20 62:5 63:12 78:1 80:7 80:9 80:10 80:11 81:13 81:16 81:19 81:23 82:8 82:11 82:18 82:20 82:21 84:8 | | **beyond**(1) 82:2 **bianco**(2) 21:16 22:12 **bible**(1) 58:9 **big**(2) 45:20 50:11 **bigelow**(1) 8:18 **bill**(3) 45:8 45:9 45:14 **bills**(2) 55:4 55:7 **bilmes**(2) 6:11 6:12 **binder**(7) 13:15 26:1 60:9 69:24 70:8 73:12 85:2 | | **called**(6) 46:22 46:22 50:20 61:20 62:5 63:12 **calls**(1) 72:5 **calm**(3) 47:7 58:11 58:12 **calmed**(1) 58:8 **came**(6) 35:15 52:24 56:7 77:14 78:7 | | **claimant**(2) 82:19 84:7 **claimants**(1) 84:3 **claimant's**(2) 80:2 82:21 **claiming**(2) 24:2 68:24 **claims**(27) 10:11 10:13 10:24 11:5 11:6 22:4 23:6 27:7 29:25 62:3 62:4 63:5 78:15 79:10 79:11 82:7 82:9 82:10 82:10 82:12 82:14 82:16 83:7 83:17 83:23 83:25 84:1 | |
| **barclays**(2) 6:1 6:1 **based**(4) 18:19 19:20 34:25 84:15 **basically**(2) 22:23 23:22 **basis**(4) 27:17 69:5 69:8 70:15 **bath**(3) 38:12 38:16 75:11 **baths**(1) 40:20 **bear**(3) 12:1 55:17 83:11 | | **binders**(1) 26:1 **bipolar**(18) 32:19 32:22 33:4 33:6 34:1 35:7 35:17 41:23 42:2 42:10 44:3 70:20 75:7 75:14 75:15 75:17 75:24 75:25 | | **came**(6) 35:15 52:24 56:7 77:14 78:7 63:12 **can**(26) 11:10 13:7 13:20 14:6 14:11 15:20 16:18 17:19 18:4 18:24 19:8 19:17 24:11 28:5 29:9 30:12 39:10 47:8 51:9 54:24 55:6 58:12 63:25 65:19 69:25 70:12 | | **clearly**(2) 81:7 81:14 **cleary**(1) 2:41 **clerk**(3) 15:2 18:21 85:10 **client**(3) 78:3 78:7 79:11 **close**(1) 64:1 **clothes**(1) 45:21 **clothing**(1) 45:15 **cni**(1) 10:22 | |
| **because**(49) 15:24 16:12 16:23 21:20 22:8 23:22 25:5 27:24 38:25 39:17 40:13 41:1 41:16 43:19 45:16 46:21 46:22 46:23 47:7 47:11 47:13 48:5 49:7 49:10 49:15 51:7 51:18 51:22 52:15 52:19 53:9 54:5 56:7 57:5 57:11 61:14 63:8 64:15 64:17 65:20 70:7 71:7 71:9 71:17 73:20 78:6 78:21 83:11 84:11 | | **bit**(4) 17:14 20:10 30:10 39:17 **blake**(1) 2:41 **blip**(1) 83:8 **block**(1) 5:25 **blue**(1) 45:9 **board**(1) 5:20 **boelter**(1) 4:37 **boil**(1) 56:9 **boiling**(2) 38:17 56:9 **both**(2) 25:3 74:16 **bove**(1) 3:3 **brad**(1) 5:22 **brain**(2) 47:11 47:11 **bralow**(1) 4:48 | | **canceled**(2) 56:20 56:22 **cannot**(1) 55:7 **cantigny**(1) 8:38 **cantor**(1) 7:8 **can't**(6) 25:20 48:12 51:23 52:19 55:8 58:18 **capable**(3) 70:25 76:20 80:16 **capital**(18) 2:4 5:11 5:11 5:29 5:30 6:1 6:11 6:39 7:18 7:19 7:23 7:23 8:3 8:3 8:34 8:34 10:11 18:14 | | **cno**(1) 12:11 **co-counsel**(1) 84:24 **cobb**(1) 3:16 **coc**(1) 11:15 **coc's**(1) 12:11 **cole**(2) 1:34 10:4 **collect**(4) 39:5 40:9 76:24 77:4 **comb**(2) 38:2 38:10 **combing**(1) 75:12 **come**(14) 19:23 21:21 24:17 38:4 45:8 49:20 53:3 54:3 54:12 54:15 54:23 55:1 55:3 57:18 | |
| **bed**(3) 39:2 45:22 47:15 **bedroom**(2) 39:17 39:19 **been**(47) 10:7 13:14 14:6 14:10 14:19 15:23 16:11 16:25 17:3 22:20 26:11 30:5 30:9 30:9 31:10 32:19 32:22 35:1 35:4 40:12 40:12 41:4 44:22 47:6 49:7 53:25 54:2 54:3 55:14 55:16 56:6 56:17 60:6 63:4 70:20 75:19 75:22 75:22 75:23 76:14 76:18 77:11 81:8 81:15 83:4 84:16 | | **break**(1) 60:23 **brett**(1) 4:35 **brief**(4) 60:2 61:9 61:9 75:4 **briefly**(3) 21:5 66:3 75:5 **briesen**(1) 10:13 **bring**(1) 47:12 **brings**(1) 29:23 **broad**(1) 30:11 **broadspire**(1) 10:25 **brockius**(1) 9:10 **brought**(4) 21:6 21:8 24:6 36:24 | | **capital**(18) 2:4 5:11 5:11 5:29 5:30 6:1 6:11 6:39 7:18 7:19 7:23 7:23 8:3 8:3 8:34 8:34 10:11 18:14 **cards**(1) 55:13 **careful**(1) 33:10 **carey**(2) 1:17 21:2 **caridas**(1) 4:25 **carlyle**(1) 3:10 **carol**(2) 5:12 10:25 **carry**(1) 27:19 **case**(27) 1:4 7:33 12:12 18:2 21:5 21:21 21:23 21:23 21:24 21:25 22:12 23:6 23:12 | | **comes**(3) 50:20 81:7 84:7 **coming**(2) 47:3 82:8 **commencemen**(3) 17:9 80:8 85:3 **commencing**(1) 26:11 **comment**(2) 82:24 82:25 **commenting**(1) 83:10 **committee**(7) 3:16 4:15 5:19 27:12 27:13 27:16 27:18 | |
| **before**(15) 1:17 21:16 22:12 26:8 30:11 31:1 32:23 34:3 38:7 38:8 43:11 47:4 49:7 54:24 59:13 **beforehand**(1) 64:15 **behalf**(8) 10:4 12:6 13:13 29:22 30:7 30:8 68:18 79:24 **behavior**(1) 27:1 | | **brown**(1) 8:23 **bruce**(1) 6:43 **brushing**(1) 75:12 **bryan**(1) 4:32 **bryant**(1) 2:7 **buckets**(1) 82:15 **building**(1) 3:5 **bunch**(1) 49:13 **burden**(1) 80:16 | | **case**(27) 1:4 7:33 12:12 18:2 21:5 21:21 21:23 21:23 21:24 21:25 22:12 23:6 23:12 24:1 24:6 24:6 25:15 25:17 26:12 42:4 50:21 50:25 68:20 76:15 80:8 83:7 84:5 **cases**(2) 81:19 82:25 **cash**(1) 54:17 **cast**(1) 14:25 **categories**(1) 40:20 **categorize**(1) 35:12 **cause**(1) 83:8 | | **communicat**(1) 31:10 **company**(22) 1:7 5:46 8:30 10:5 21:7 26:18 26:20 26:22 27:5 28:8 28:21 28:22 46:8 48:22 48:25 49:24 50:14 51:6 51:20 52:25 62:25 77:23 | |
| **being**(20) 21:24 23:19 25:20 26:7 38:6 38:6 38:10 40:23 46:9 46:11 46:23 47:2 52:14 62:21 71:12 73:18 76:7 76:15 82:2 82:5 | | | | **caused**(1) 81:22 **center**(1) 50:21 **centers**(1) 83:2 **certain**(3) 38:5 43:6 67:13 71:9 76:7 **certainly**(3) 19:19 28:1 84:23 **certainty**(1) 82:15 **certification**(4) 11:14 11:24 29:6 86:3 **certified**(5) 58:24 58:25 59:3 59:5 72:5 **certify**(1) 86:4 | | **compensation**(1) 7:27 **complaint**(4) 23:16 24:13 50:13 51:5 **complete**(1) 80:3 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**comply**(2) 71:9 81:15
**comprehend**(2) 47:10 51:24
**comprehension**(1) 47:10
**conaway**(1) 2:40
**concedes**(1) 82:19
**conceive**(1) 13:22
**concern**(5) 25:11 27:1 84:4 84:6 84:12
**concerned**(1) 26:18
**concerning**(1) 80:1
**concerns**(2) 37:4 37:20
**concluded**(1) 14:22
**concludes**(2) 85:14 85:17
**conclusions**(1) 15:25
**condition**(20) 35:7 35:13 35:22 37:5 41:23 41:23 42:1 44:10 44:14 70:23 71:13 71:1 71:21 75:9 75:14 75:18 76:14 76:23 77:1 81:12
**conference**(2) 13:4 73:15
**conferred**(2) 13:19 14:10
**confirm**(4) 19:6 28:12 31:5 67:15
**confirmation**(9) 14:24 16:11 16:13 16:19 17:2 17:4 17:14 19:10 9:11
**confirmed**(2) 13:18 83:5
**conjunction**(1) 14:24
**connection**(1) 75:1
**connolly**(1) 3:3
**consequence**(1) 27:6
**conserve**(1) 12:25
**consider**(1) 16:14
**considerably**(1) 25:7
**considered**(3) 23:21
**constant**(1) 15:3
**consult**(1) 84:24
**contacted**(1) 16:9
**contained**(1) 69:16
**conte**(34) 13:8 20:6 20:20 20:20 20:23 21:1 21:3 22:14 22:16 22:21 22:23 23:18 24:9 24:10 24:15 24:20 24:22 24:23 25:3 25:8 25:14 26:14 27:9 27:20 27:23 28:5 28:14 28:23 29:7 29:10 29:14 29:16 29:20
**conte,in**(1) 7:15
**contemplated**(1) 14:18
**contested**(3) 67:14 67:25 70:18
**contesting**(1) 70:21
**context**(1) 64:7
**conte's**(1) 20:25
**contingent**(1) 83:23
**continuances**(1) 11:7
**continuation**(1) 14:4
**continue**(5) 19:14 22:22 29:3 64:19 71:17
**continued**(11) 2:2 10:7 10:10 10:14 10:18 10:21 10:23 11:1 11:4 11:6 25:7
**continuing**(1) 25:10
**contract**(1) 17:14
**control**(2) 30:22 80:2
**conversation**(2) 70:18 78:7
**convinced**(1) 14:24
**cook**(3) 38:17 40:20 41:1
**cooking**(2) 38:17 41:1
**copy**(8) 11:15 11:21 11:23 66:10 68:22 68:23 70:1 70:9
**corner**(2) 58:20 65:4
**corp**(1) 10:22
**correct**(31) 22:15 22:16 22:21 28:10 28:13 32:10 32:20 34:10 34:19 35:2 35:5 42:6 42:18 43:2 45:12 46:10 49:1 49:25 50:1 50:15 56:25 58:6 58:25 59:6 61:15 63:6 67:18 67:21 74:14 74:20 86:4
**corrected**(1) 22:20
**correctly**(1) 25:24
**corroborate**(1) 71:19
**corroon**(1) 2:25

**could**(22) 15:15 16:17 17:7 18:1 23:10 24:2 26:13 43:4 45:7 45:9 48:4 57:24 58:15 62:22 65:13 75:20 75:21 76:24 80:21 83:14 83:19 83:22
**couldn't**(13) 38:17 38:20 38:20 38:21 38:21 41:1 49:16 51:8 51:18 51:24 52:14 55:13 56:21
**counsel**(26) 11:14 11:24 16:9 18:13 23:2 28:12 30:3 30:7 30:9 30:25 31:10 33:10 42:4 58:5 59:8 59:10 59:16 59:17 63:25 64:5 68:21 72:20 75:4 77:16 82:21 84:10
**counseling**(1) 37:21
**counsel's**(1) 64:10
**counter**(4) 71:11 74:8 75:17 75:20
**counter-designation**(1) 74:19
**couple**(13) 16:17 17:15 41:18 44:1 45:4 50:22 52:2 53:20 53:21 55:4 55:15 55:18 60:2
**course**(6) 12:9 18:9 20:18 45:8 59:9 84:21
**court**(168) 1:1 10:2 10:8 11:10 11:13 11:19 11:22 12:1 12:8 12:12 12:14 12:18 12:22 13:1 13:3 13:5 13:7 13:10 13:24 14:2 14:14 15:22 16:5 16:7 17:22 18:10 18:19 18:21 19:25 20:2 20:4 20:15 20:22 21:1 21:4 21:15 21:25 22:14 22:19 22:22 22:25 23:13 23:16 23:21 24:1 24:4 24:8 24:10 24:13 24:17 24:19 24:21 24:24 26:2 26:19 26:21 27:12 27:20 28:3 28:11 29:2 29:15 30:5 30:11 31:1 31:8 31:14 31:18 31:22 31:23 32:1 32:3 33:9 33:12 33:15 33:18 39:10 40:21 43:4 44:18 50:13 50:22 50:24 51:4 54:6 57:16 57:21 57:23 58:1 58:4 58:18 60:1 60:11 60:14 61:1 63:23 63:24 64:3 64:12 64:24 65:22 66:12 66:23 67:2 67:6 67:8 67:12 67:20 67:22 67:25 68:8 68:16 69:4 69:7 69:12 69:22 70:2 70:3 70:6 70:14 70:19 71:3 72:10 72:14 72:16 72:18 73:3 73:6 73:9 73:11 73:15 73:17 73:22 74:1 74:3 74:6 74:15 74:18 74:21 74:25 75:3 77:6 77:13 77:18 77:22 78:1 78:25 79:6 79:16 79:18 79:2 79:25 80:5 80:18 81:24 82:5 82:22 82:24 84:14 84:19 84:23 84:25 85:5 85:7 85:11 85:16 85:17
**courtroom**(3) 1:9 20:16 20:19
**court's**(2) 16:12 83:18
**covers**(2) 12:16 23:6
**crane**(1) 6:36
**crazy**(3) 43:23 54:10 54:12
**credit**(4) 2:39 6:14 6:15 55:13
**creditor**(4) 7:15 22:2 23:9 24:3
**creditors**(8) 4:16 22:7 22:7 28:9 30:16 55:12 62:2 68:12
**crises**(3) 33:6 34:6 42:10
**crisis**(1) 33:4
**cross**(2) 44:20 87:3
**cross-examination**(1) 44:18
**curious**(1) 24:2
**curled**(1) 47:15
**currently**(1) 41:24
**cut**(5) 26:12 41:14 41:15 41:20 56:24
**cutler**(1) 5:46
**daily**(2) 43:17 76:6
**daley**(1) 50:20
**damages**(2) 21:10 62:3
**danger**(1) 30:15
**daniel**(6) 2:6 3:17 5:35 7:8 7:12 18:12
**danny**(1) 13:18
**data**(1) 1:43
**date**(31) 17:16 17:20 21:24 26:3 30:14 50:22 52:11 53:9 53:10 62:5 63:5 64:14 64:17 72:23 78:1 78:1 80:7 80:9 80:10 80:11 81:13 81:16 81:19 81:23 82:8 82:1 82:18 82:20 82:21 84:9 86:10
**dated**(2) 65:3 68:6
**dates**(5) 16:11 17:7 19:10 62:14 62:20

**date"**(2) 61:20 63:12
**dave**(1) 4:44
**david**(9) 2:35 3:24 3:45 4:33 4:48 5:37 6:33 7:20 27:15
**davidson**(2) 4:11 6:23
**davis**(2) 2:18 6:19
**day**(11) 5:21 14:16 19:18 32:14 42:9 49:10 57:6 62:17 62:20 63:2 63:8
**day-to-day**(1) 56:2
**days**(8) 17:1 19:8 19:19 30:6 48:15 48:16 50:22 72:16
**dbtca**(1) 2:33
**deadline**(3) 17:12 51:3 79:10
**deadlines**(1) 19:9
**deal**(2) 42:20 78:14
**dealing**(3) 72:20 72:20 73:1
**dearborn**(1) 1:25
**death**(1) 49:22
**debature**(1) 8:7
**debtor**(17) 4:29 10:4 12:2 18:24 23:2 23:14 24:11 24:25 25:5 27:8 27:22 64:16 79:22 80:15 83:10 83:16 84:17
**debtors**(41) 1:11 1:21 13:13 19:3 19:11 25:12 27:19 29:22 30:7 30:10 31:6 31:8 31:9 42:4 60:6 67:18 68:4 69:14 70:21 72:11 73:5 73:20 74:10 74:18 75:16 76:11 77:13 79:24 80:5 81:18 81:22 81:25 82:1 82:3 82:11 82:16 83:14 84:4 84:6 84:7 84:13
**debtors'**(8) 23:1 25:4 25:8 28:12 29:24 30:19 70:12 77:23
**debtwire**(1) 7:45
**december**(24) 16:23 32:14 32:23 32:25 33:20 34:7 35:10 35:14 36:19 38:8 40:15 43:11 44:5 45:5 48:10 53:10 62:1 62:4 62:13 62:19 63:3 63:8 80:8 83:24
**decent**(1) 51:14
**decide**(2) 14:20 14:23
**decided**(1) 78:17
**deciding**(1) 14:21
**decision**(2) 24:17 84:20
**decisions**(8) 14:7 15:10 16:23 18:3 18:5 18:22 18:25 19:4
**declaration**(1) 26:15
**defendant**(1) 23:17
**defendants**(1) 23:8
**defendant's**(1) 7:28
**defense**(2) 58:13 78:14
**defenses**(2) 82:4 83:10
**defer**(1) 20:25
**delaware**(6) 1:2 1:11 1:37 3:12 10:1 78:18
**delay**(5) 30:16 30:21 30:21 80:1 81:22
**deletion**(1) 15:13 15:24
**delighted**(1) 16:21
**delivered**(1) 72:10
**demonstrate**(3) 30:12 70:22 80:16
**demonstrativ**(4) 68:11 68:19 68:25 69:21
**denied**(3) 21:24 46:25 47:1
**denying**(1) 28:25
**depakote**(5) 36:1 36:2 36:3 41:21 55:24
**department**(1) 11:3
**deposition**(23) 42:3 52:5 52:9 52:16 52:22 52:25 53:3 53:12 59:9 59:16 60:4 60:5 60:7 60:9 60:18 61:13 62:24 64:14 74:7 74:13 78:15 78:20 78:21
**depositions**(2) 52:14 52:20
**depression**(4) 32:20 32:23 38:2 44:3
**describe**(1) 39:10
**described**(1) 40:14
**description**(1) 83:2

**designated**(1) 60:6
**designation**(2) 60:8 60:10
**designations**(3) 74:7 74:9 74:13
**desire**(1) 17:23
**detail**(2) 22:25 62:8
**deutsch**(1) 4:17
**deutsche**(1) 6:32
**dewey**(1) 6:40
**diabetic**(1) 37:6
**diagnosed**(4) 32:19 32:22 34:1 70:20
**diagnosis**(1) 70:22
**diamond**(1) 6:24
**diane**(2) 9:3 68:13
**diaz**(1) 1:43
**did**(75) 19:1 19:3 24:18 26:20 26:20 31:11 33:1 35:9 36:5 36:5 36:17 37:1 37:2 37:3 37:25 38:13 39:4 40:6 40:9 40:23 41:7 41:12 42:23 43:1 43:10 43:16 43:21 45:18 45:24 46:12 46:13 46:15 46:18 47:3 47:18 48:3 49:3 49:3 49:12 50:2 50:3 51:6 52:1 52:20 53:3 53:12 53:15 55:25 56:2 56:4 56:12 57:9 57:13 57:18 57:19 58:4 58:8 59:2 59:10 59:17 59:24 62:16 68:21 71:9 71:16 71:20 75:16 76:4 76:5 77:19 77:21 77:22 77:25 80:5 82:22
**didn't**(15) 12:10 12:10 25:1 26:9 41:22 45:13 45:19 46:21 50:24 61:12 62:12 78:4 78:10 78:19 79:3
**died**(1) 49:6
**different**(2) 75:25 76:18
**dining**(1) 39:20
**direct**(2) 32:6 87:3
**direction**(2) 16:2 37:17
**directors**(3) 3:3 4:3 5:21
**disability**(8) 41:7 41:8 41:13 41:24 43:16 46:24 54:14 55:1
**disburse**(1) 20:12
**discharge**(4) 22:3 22:4 23:10 27:6
**discharged**(2) 27:5 34:18
**disclosure**(16) 13:15 13:21 14:9 14:17 15:5 15:9 15:11 16:13 16:20 17:19 18:6 18:18 19:4 19:6 19:21 21:22
**discovery**(2) 17:2 17:2
**discrimination**(3) 42:4 82:9 84:2
**discuss**(3) 13:7 37:2 53:12
**discussed**(1) 19:7
**discussing**(1) 61:16
**discussion**(3) 61:14 62:16 62:24
**discussions**(3) 15:3 18:19 30:5
**dismiss**(1) 77:23
**disorder**(7) 32:19 32:22 34:1 44:3 70:20 75:7 75:14
**dispute**(4) 16:22 26:8 70:23 80:12
**disputed**(1) 83:24
**disputes**(7) 14:7 14:15 14:20 16:25 18:16 30:14 30:19
**dissolve**(1) 25:4
**dissolved**(1) 25:12
**distance**(1) 39:22
**distribution**(1) 83:5
**district**(7) 1:2 21:15 23:15 24:13 26:19 82:4 82:5
**docket**(2) 31:3 68:14
**doctor**(1) 57:5
**document**(18) 15:9 15:11 15:14 15:17 15:18 18:6 26:24 31:5 31:7 64:23 65:2 65:7 65:9 65:13 66:6 66:11 66:12 68:17
**documents**(1) 68:2

| Word | Page:Line |
|------|-----------|

does(15) 13:22 18:10 20:2 25:14 27:13 36:2 58:12 58:21 59:11 59:15 66:12 76:3 76:3 83:3 83:5 84:17

doesn't(2) 24:7 64:19

doing(4) 47:10 47:12 76:20 76:21
dollars(1) 21:14
don(1) 4:50
done(9) 19:17 51:17 52:14 53:19 61:2 76:21 76:22 76:22 82:13

don't(67) 14:2 22:9 23:4 25:11 26:6 28:24 29:3 29:16 30:14 30:18 34:5 34:5 37:10 39:24 43:14 46:21 46:21 47:6 47:6 48:5 48:6 48:12 48:13 50:17 50:25 51:23 52:1 52:13 52:13 52:15 52:20 53:23 54:8 54:2 54:13 56:17 56:19 59:23 59:23 60:21 61:10 61:12 61:16 61:22 62:7 62:8 62:12 62:14 62:21 63:7 63:7 63:9 63:11 63:14 65:15 65:20 66:23 69:24 70:17 73:12 74:8 76:10 78:8 79:4 83:18 83:19 83:21

door(11) 39:8 39:9 39:13 39:13 39:18 39:21 39:23 39:23 40:4 40:5 84:7

dorr(1) 5:46
doubt(2) 52:17 81:13
dougherty(1) 4:5
douglas(1) 4:17
down(7) 22:11 47:7 51:13 51:17 58:8 67:3 82:14

downs(1) 81:5
dozen(2) 25:17 83:17
dresser(3) 45:20 46:1 77:4
drew(1) 2:12
drift(1) 41:2
drive(1) 34:17
drop(1) 39:14
dropped(1) 51:1
dry(1) 56:11
due(4) 12:9 35:7 71:20 84:20
dunn(1) 7:20
during(26) 33:25 37:21 38:25 41:20 42:12 42:17 44:11 44:15 45:5 47:18 47:21 48:5 52:22 52:24 53:3 53:6 53:12 55:4 56:12 59:8 62:24 70:25 71:1 81:4 81:5 81:9

duty(1) 27:2
dwell(1) 39:16
dwelling(1) 40:2
each(5) 25:23 77:1
earlier(5) 13:19 17:5 17:7 76:17 85:8
early(1) 52:12
earned(1) 21:13
eastern(1) 21:15
economic(1) 25:6
ecro(1) 1:41
eeoc(10) 48:20 48:25 49:15 49:20 49:23 50:3 50:6 58:15 72:5 87:7

effect(1) 40:18
efficient(2) 44:6 44:8
effort(3) 15:25 40:6 40:7
eggs(4) 38:17 38:18 56:9 56:11
egi-trb(1) 5:25
ehmer(1) 7:24
eight(2) 11:4 11:11
eighth(1) 29:25
either(2) 23:8 27:9
elaborated(3) 62:22 63:14 63:20
elden(1) 4:4
eldersveld(1) 4:44
electronic(2) 1:49 86:5
elements(1) 81:21
eli(1) 2:19
elicit(1) 64:13
eliminate(1) 15:4
ellen(1) 46:22

elliott(1) 2:20
else(9) 18:10 20:2 33:18 36:11 36:13 38:16 38:19 55:2 77:16

else's(1) 76:9
email(1) 28:15
employed(2) 32:12 32:16
employees(1) 7:27
employer(1) 81:8
employment(5) 42:3 46:9 60:5 82:9 84:2
encourage(1) 27:9
end(1) 47:14
engaged(2) 21:11 77:19
english(2) 2:33 6:32
enormous(1) 82:12
enough(6) 18:23 19:25 38:20 72:25 75:8 84:11

entered(1) 10:7
entire(2) 45:5 48:9
envelope(1) 54:25 68:11 68:19 68:19 68:21 68:23 68:25 69:14 70:8 70:9 80:25

envelopes(8) 43:8 43:8 45:7 45:15 54:23 69:2 69:15 69:18

ephraim(1) 6:24
epiq(6) 9:1 9:2 17:10 68:11 68:14 69:17
episode(3) 35:9 35:12 35:13
equally(1) 20:18
erens(1) 5:22
eric(2) 6:11 6:12
erosion(2) 81:23 82:18
escaped(1) 83:12

esq(77) 1:22 1:23 1:24 1:29 1:36 2:6 2:12 2:19 2:20 2:26 2:27 2:34 2:35 2:41 3:4 3:11 3:17 3:24 3:25 3:31 3:38 3:45 4:5 4:12 4:17 4:18 4:19 4:20 4:24 4:25 4:26 4:30 4:32 4:33 4:35 4:37 4:38 4:40 5:7 5:16 5:22 5:26 5:31 5:35 5:37 5:47 6:2 6:6 6:8 6:20 6:33 6:37 6:41 6:43 6:45 7:4 7:4 7:8 7:10 7:12 7:20 7:24 7:29 7:30 7:34 7:39 8:4 8:8 8:10 8:14 8:20 8:24 8:26 8:31 8:40 8:48 9:11

essence(2) 23:25 76:23
established(1) 80:6
establishes(1) 69:1
estate(2) 12:25 25:8
ester(1) 5:7
evan(1) 7:10
evaporate(1) 25:11
even(18) 13:17 14:16 17:20 23:23 27:5 44:1 47:13 56:18 68:22 75:8 76:24 77:14 78:14 80:2 80:24 82:20 83:6 83:9

events(1) 51:10
eventually(7) 38:4 39:6 41:14 45:24 51:14 53:15 56:24

ever(14) 27:24 28:24 34:6 37:15 37:18 39:4 42:23 43:10 53:1 59:2 59:13 59:24 76:11 78:5

every(2) 25:18 79:13
everybody(2) 76:9 82:19
everyday(6) 48:12 48:13 48:14 71:14 75:10 75:14

everyone(1) 10:2
everything(6) 13:18 40:7 40:7 72:24 79:8 80:5

evidence(7) 30:4 31:22 74:25 75:6 75:17 75:20 75:23

evidenced(1) 26:15
evidentiary(7) 19:15 20:9 29:24 30:14 30:20 30:24 31:21

exactly(7) 22:9 28:6 28:18 47:6 47:7 78:10 78:10

examination(4) 32:6 44:20 58:2 60:15
example(1) 84:3
exception(1) 14:22
excerpt(1) 60:17
excerpts(1) 26:3
exchange(1) 28:21
excusable(2) 30:12 80:17
excused(1) 82:20
exercise(1) 15:13
exhibit(9) 58:14 58:17 61:25 62:6 67:16 68:5 68:9 70:7 71:6

exhibits(7) 67:13 67:24 67:25 70:17 70:22 74:5 87:6

exist(1) 43:24
existence(2) 25:7 25:10
expecting(1) 50:6
experience(1) 37:25
experienced(5) 33:17 34:6 34:7 75:19
experiencing(3) 36:8 37:8 37:11
explain(3) 51:9 59:21 63:15
explained(3) 22:24 49:18 61:25
exposition(1) 27:17
expression(2) 59:13 59:15
extended(1) 17:8
extension(2) 57:3 81:13
extensive(1) 30:5
extent(1) 17:17
extra(1) 74:13
eye(1) 10:13
facsimile(1) 68:23
fact(2) 52:19 64:13
factors(2) 30:15 81:21
facts(1) 21:5
factual(1) 30:9
fair(3) 18:15 19:14 19:25
fairly(1) 20:7
faith(2) 30:22 37:16
fall(2) 39:9 39:11
fallon(1) 7:4
false(1) 21:10
familiar(2) 42:20 51:8
far(35) 1:30 39:15 39:24 82:13 83:6
fargo(1) 7:33
farther(1) 16:13
fear(4) 22:1 36:10 36:10 38:1
february(10) 28:15 35:4 35:9 35:13 35:16 35:19 35:20 41:7 46:9 68:7

feel(6) 17:3 17:6 17:13 48:13 48:15 56:4
feeling(1) 36:12
feld(3) 2:5 5:34 18:13
felt(3) 16:12 27:2 71:18
fetal(3) 45:22 47:1 47:15
few(3) 13:16 16:22 19:8 34:3 44:23 57:4
fifth(1) 1:30
fifty-first(1) 11:4
fifty-second(1) 11:8
fifty-seven(1) 32:9
fight(1) 54:12
fighting(1) 24:5
figure(1) 15:00
file(6) 25:2 53:15 61:14 61:17 62:3 63:5
filed(32) 12:11 21:21 22:6 23:15 23:20 24:12 24:15 24:16 30:1 31:7 31:12 42:5 42:8 42:23 48:22 48:25 49:23 50:12 51:5 53:4 53:13 61:25 62:4 62:19 62:25 63:2 68:14 68:15 77:20 77:24 78:22 83:25

filing(5) 13:17 19:3 30:12 30:21 79:10
final(1) 64:22
finally(1) 77:3
financial(1) 3:9
find(3) 16:21 78:18 78:18
fine(4) 12:20 16:15 29:10 74:18

finger(1) 2:11
finished(1) 61:5
fir(2) 9:6 9:6
fire(1) 38:18
first(9) 16:8 16:18 18:14 25:3 34:1 40:9 47:7 53:1 60:20

fishman(1) 6:36
fitzsimons(1) 3:1
five(1) 10:22
fleet(1) 10:11
fleetness(1) 18:4
floodgates(1) 83:15
floor(4) 2:29 2:36 3:33 40:10
focus(5) 36:15 36:15 38:20 47:13 63:8 79:25

focused(2) 47:14 62:11
follow-up(1) 53:20
foot(1) 18:4

for(142) 1:2 1:21 2:4 2:11 2:25 2:33 2:39 3:1 3:9 3:16 3:37 3:44 4:3 4:11 4:15 4:29 5:1 5:6 5:10 5:14 5:19 5:25 5:29 5:40 5:45 6:1 6:5 6:11 6:14 6:19 6:23 6:26 6:32 6:36 6:39 7:1 7:17 7:15 7:18 7:22 7:27 7:33 7:37 7:42 7:45 8:2 8:7 8:12 8:18 8:23 8:29 8:34 8:37 8:43 8:47 9:1 9:6 9:10 10:16 10:18 12:1 12:4 14:25 15:5 15:16 17:1 18:13 19:22 21:10 22:7 22:8 23:2 23:11 25:10 25:23 26:22 27:8 27:16 28:21 29:2 29:4 30:5 30:7 30:20 31:19 33:8 35:5 35:16 35:22 38:15 39:10 39:21 41:18 42:1 42:4 42:8 44:22 45:3 47:7 48:3 48:4 48:19 49:10 51:13 53:21 54:6 55:22 56:23 57:3 57:16 57:18 58:14 58:17 59:16 61:25 62:3 62:25 63:2 66:14 67:18 68:3 69:13 69:21 70:15 73:18 77:2 77:12 79:10 80:19 80:22 81:10 82:15 82:22 83:24 84:3 84:11 84:12 84:21 85:2 85:12

force(1) 48:17
forced(1) 82:6
foregoing(1) 86:4
foretaste(1) 16:18
forgive(1) 73:17
form(2) 21:22 28:16
forman(1) 1:34
former(2) 4:3 81:8
forms(3) 46:12 46:15 47:5
forth(1) 27:17
fortieth(1) 10:21
forty(3) 10:23 11:1 29:24
forward(7) 12:24 13:22 17:18 19:5 19:21 21:21 82:6

found(2) 22:11 23:18
foundation(2) 8:38 8:39
four(2) 10:19 11:24
framed(1) 15:23
frank(3) 5:42 7:28 7:29
frankly(1) 78:8
fraud(2) 21:11 21:13
free(3) 20:18 20:18 29:17
friday(7) 16:4 16:6 17:19 19:6 29:4 70:19 73:15

friedman(1) 8:7
from(65) 10:4 14:5 14:5 14:19 16:6 17:19 21:10 21:17 21:20 22:22 22:24 23:8 23:8 24:3 24:25 26:16 26:25 27:16 27:24 28:9 28:17 28:22 36:16 39:23 40:10 41:14 43:1 43:10 43:11 44:3 44:10 44:14 44:55 47:5 48:10 50:3 57:18 59:2 59:7 60:5 60:8 60:17 67:9 71:3 71:7 71:14 71:15 71:24 72:1 72:5 72:5 73:14 74:10 76:13 77:20 79:4 79:22 81:4 81:7 81:9 83:20 83:23 83:24 86:5

front(1) 62:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| frustrate(1) 47:13 | | had(73) 14:14 14:18 17:5 18:19 19:16 | | helpful(1) 15:1 | | hundreds(1) 21:13 | |
| function(3) 71:14 75:10 76:17 | | 26:10 28:1 31:7 31:9 32:22 33:4 34:6 | | helps(1) 36:4 | | hutz(1) 3:3 | |
| functionally(1) 33:8 | | 34:7 35:4 35:10 35:13 35:14 37:4 37:6 | | her(63) 27:24 30:3 30:13 30:25 31:11 | | huynh(3) 11:18 12:3 12:5 | |
| functioning(4) 55:25 71:1 75:8 76:20 | | 37:21 38:18 40:2 40:15 41:4 42:3 42:5 | | 36:23 37:2 46:24 49:7 49:10 51:19 51:22 | | hypothetical(1) 81:17 | |
| functions(2) 43:17 75:15 | | 42:8 42:9 42:9 43:1 44:2 44:4 45:14 | | 51:23 57:6 60:4 60:5 64:6 64:7 64:17 | | ideations(1) 37:9 | |
| fundamental(2) 6:26 6:27 | | 46:11 46:23 49:6 49:6 49:7 49:8 49:11 | | 65:23 66:15 69:16 70:23 71:1 71:8 71:12 | | identical(1) 25:24 | |
| funeral(1) 49:10 | | 53:3 53:10 53:13 56:22 58:9 59:5 62:20 | | 71:13 71:13 71:13 71:14 71:16 71:17 | | identified(3) 25:16 58:17 67:13 | |
| further(3) 20:4 22:17 22:24 24:22 44:17 | | 62:25 63:2 63:4 63:5 63:8 66:21 72:21 | | 71:19 75:9 75:10 75:11 75:12 75:12 75:13 | | ignore(2) 81:7 81:9 | |
| 57:15 59:25 64:19 66:24 71:22 74:19 | | 72:23 73:16 74:22 76:13 76:14 76:15 | | 75:16 75:17 75:19 75:22 75:24 76:1 76:4 | | iii(1) 8:19 | |
| 74:25 84:17 84:21 85:12 | | 76:24 77:11 77:24 78:5 78:11 78:16 78:17 | | 76:5 76:6 76:6 76:14 76:15 76:21 76:23 | | illinois(4) 32:10 32:17 50:13 82:5 | |
| | | 79:3 81:5 81:15 82:20 82:21 84:8 | | 76:23 76:24 77:12 78:5 78:12 80:16 81:1 | | imagine(1) 14:6 | |
| fused(1) 25:12 | | | | 81:4 81:4 81:6 | | immediately(2) 26:25 57:7 | |
| future(4) 16:14 22:3 23:11 23:25 | | hadley(1) 8:47 | | | | impact(1) 30:16 | |
| game(1) 14:11 | | hair(3) 38:2 38:11 75:12 | | herbert(1) 10:13 | | implying(1) 54:9 | |
| garrison(1) 7:38 | | hale(1) 5:46 | | hercules(1) 2:28 | | important(1) 83:13 | |
| gary(1) 4:46 | | half(1) 23:20 | | here(28) 15:20 17:6 19:23 20:12 23:10 | | improve(1) 55:25 | |
| gas(4) 43:25 45:8 45:14 55:12 | | hallway(2) 39:20 39:21 | | 24:9 26:1 30:19 47:9 49:18 58:21 61:8 | | in-roads(1) 82:12 | |
| gave(3) 50:22 52:5 57:3 | | handed(3) 60:17 65:2 85:8 | | 64:16 65:11 66:9 70:16 77:13 78:18 79:9 | | inaccurate(1) 62:17 | |
| gecker(1) 7:28 | | handle(1) 54:19 | | 81:13 81:22 82:2 82:11 82:19 83:11 83:17 | | inc(1) 6:1 | |
| general(1) 84:15 | | happen(1) 33:1 | | 83:20 84:15 | | incentivized(1) 25:9 | |
| generally(1) 82:25 | | happened(8) 25:15 25:17 33:5 33:17 33:19 | | | | include(2) 29:11 74:16 | |
| gentleman(1) 28:25 | | 33:22 41:12 51:10 | | here's(2) 64:12 79:6 | | includes(1) 85:3 | |
| george(1) 4:5 | | | | hernandez(1) 7:39 | | incorporate(4) 14:9 15:8 18:25 19:4 | |
| get(27) 12:18 15:3 15:16 16:18 19:17 | | happening(4) 22:5 23:25 49:9 49:20 | | herself(4) 64:9 77:11 77:11 82:19 | | incorporated(1) 15:17 | |
| 31:11 36:12 37:1 39:4 39:21 40:1 45:21 | | happy(5) 13:16 26:4 26:16 27:18 69:20 | | he's(4) 20:8 63:21 64:10 64:13 | | incorporating(1) 18:5 | |
| 45:22 45:23 49:9 49:15 50:3 54:12 56:1 | | hardly(3) 73:3 73:6 83:8 | | high(1) 57:6 | | incredibly(1) 81:20 | |
| 56:21 57:2 58:8 59:2 64:1 72:23 72:24 | | harrisburg(1) 1:45 | | highlight(1) 63:16 | | indeed(1) 26:17 | |
| 77:2 | | hartford(1) 11:9 | | highlights(1) 74:15 | | indenture(2) 19:13 19:14 | |
| gets(1) 19:22 | | has(32) 11:15 12:12 16:25 17:2 18:19 | | him(9) 20:25 25:15 25:16 25:16 26:15 | | index(1) 87:1 | |
| getting(3) 46:5 50:12 71:17 | | 19:19 19:22 21:16 22:19 24:1 25:3 25:24 | | 26:21 26:25 27:10 37:18 | | indicate(1) 28:20 | |
| girlfriend(2) 51:7 51:15 | | 27:6 27:22 30:24 48:9 54:3 54:6 60:6 | | | | indicated(5) 16:10 19:22 42:25 74:22 | |
| give(6) 15:5 60:23 62:2 80:6 85:7 85:12 | | 70:16 70:20 75:6 75:19 79:10 79:11 79:25 | | his(8) 12:5 25:11 25:21 25:25 26:19 26:22 | | indicates(1) 69:8 | |
| given(6) 15:22 19:11 26:18 27:1 27:4 83:7 | | 80:14 81:21 82:22 83:11 85:5 85:6 | | 27:1 27:7 | | indication(1) 18:15 | |
| gives(1) 16:2 | | | | | | indiscernible(1) 21:9 | |
| giving(1) 61:7 | | hauer(3) 2:5 5:34 18:13 | | history(1) 75:7 | | inexcusable(1) 81:10 | |
| glantz(1) 6:36 | | have(149) 10:7 11:23 12:14 13:13 13:17 | | hit(1) 82:2 | | information(3) 14:25 22:17 79:4 | |
| glassner(1) 46:22 | | 13:18 14:2 14:6 14:18 14:20 14:23 14:25 | | hold(1) 37:17 | | ingredient(1) 14:12 | |
| goal(2) 17:17 19:9 | | 15:10 15:14 15:20 15:22 16:11 17:8 17:15 | | home(7) 22:18 34:19 38:4 50:2 56:7 69:16 | | initial(1) 46:13 | |
| god(8) 37:16 37:17 37:17 38:18 49:5 49:9 | | 18:7 18:25 19:1 19:7 19:15 19:23 21:21 | | 85:18 | | initially(1) 75:6 | |
| 49:15 52:1 | | 21:24 22:5 22:14 22:16 23:1 23:25 24:21 | | | | injury(2) 82:10 84:1 | |
| | | 25:9 25:16 25:25 26:10 26:17 27:21 27:23 | | honestly(5) 52:13 61:23 63:9 72:19 72:22 | | input(1) 79:4 | |
| goes(2) 69:14 82:2 | | 28:1 28:2 28:7 28:8 28:21 28:23 29:16 | | honor(99) 10:3 10:5 11:23 12:10 12:10 | | insane(4) 43:23 54:5 54:8 54:12 | |
| going(21) 12:11 12:23 14:20 15:23 19:5 | | 30:5 30:9 30:9 32:19 35:1 35:9 39:19 | | 12:17 12:20 12:24 13:11 13:12 13:13 14:4 | | inspiring(2) 73:3 73:6 | |
| 19:21 21:25 22:25 25:11 29:11 36:12 47:1 | | 40:1 40:4 40:12 40:12 40:15 40:18 41:22 | | 15:7 16:1 18:7 18:12 18:14 19:19 20:1 | | instance(1) 81:20 | |
| 49:16 50:9 58:13 63:18 72:1 76:8 76:9 | | 42:13 43:24 43:25 44:4 44:8 44:17 44:23 | | 20:5 20:20 20:24 21:1 21:3 22:21 24:23 | | instead(1) 25:20 | |
| 82:6 84:8 | | 45:11 47:6 47:7 48:11 48:17 50:10 51:17 | | 25:1 25:25 27:8 27:15 27:23 28:5 28:13 | | instinct(1) 79:13 | |
| | | 52:17 54:2 54:10 54:11 55:11 55:11 55:13 | | 28:23 29:14 29:20 29:21 30:18 30:23 31:16 | | insufficient(1) 84:11 | |
| golden(6) 2:6 5:35 13:19 18:12 18:13 20:18 | | 55:18 59:5 59:13 59:24 60:6 60:17 62:16 | | 31:16 31:19 33:7 44:19 55:18 57:15 57:25 | | insurance(11) 23:3 23:5 29:12 41:22 43:16 | |
| goldfarb(1) 4:26 | | 63:13 63:14 63:15 64:22 66:22 66:24 | | 59:25 60:2 60:13 63:18 64:2 64:21 65:19 | | 43:16 56:13 56:20 56:23 57:3 71:9 | |
| goldman(3) 5:47 7:1 7:1 | | 67:12 68:10 68:12 68:22 69:17 69:21 | | 66:24 67:11 67:19 68:3 68:10 68:15 68:18 | | | |
| gone(1) 75:8 | | 69:23 70:24 71:25 72:2 73:16 75:3 76:1 | | 69:6 69:11 69:13 69:25 70:5 70:11 72:12 | | intends(1) 30:4 | |
| good(12) 10:2 10:3 13:12 15:7 16:1 18:12 | | 76:20 75:21 75:22 76:8 76:10 76:11 76:17 | | 72:17 72:19 73:2 73:8 73:10 73:13 73:24 | | intention(1) 25:4 | |
| 27:15 29:21 30:22 31:19 79:23 84:11 | | 76:15 76:18 76:19 76:21 76:22 76:27 77:1 | | 74:11 74:12 74:20 74:24 75:5 77:9 77:17 | | interest(1) 29:17 | |
| | | 77:11 78:4 79:2 79:13 79:18 81:4 81:8 | | 77:21 77:25 78:20 79:2 79:15 79:20 79:23 | | interested(4) 5:1 7:42 13:2 20:17 | |
| gordon(2) 5:45 8:24 | | 81:18 81:22 82:3 82:10 82:12 82:13 82:15 | | 81:3 82:1 84:13 84:18 84:22 85:1 85:4 | | interests(1) 68:4 | |
| got(13) 11:20 18:7 49:12 51:6 51:14 51:20 | | 83:4 84:4 84:7 84:17 85:1 85:18 | | 85:6 85:15 85:19 | | interfere(1) 83:4 | |
| 57:7 65:15 72:4 75:9 75:9 77:5 78:15 | | | | | | interim(1) 29:5 | |
| | | haven't(1) 23:3 | | honorable(1) 1:17 | | interpret(1) 76:2 | |
| gotten(6) 23:7 26:3 59:5 78:11 78:16 | | having(7) 33:5 42:20 51:11 61:17 62:19 | | honor's(2) 18:15 19:4 | | interrupting(1) 73:18 | |
| grace(3) 37:17 49:5 49:9 | | 78:2 83:1 | | hook-up(1) 20:19 | | interviews(1) 49:13 | |
| graeme(1) 4:24 | | | | hop(1) 29:17 | | into(10) 15:8 16:14 18:5 24:6 25:12 40:5 | |
| granting(1) 28:17 | | hbk(1) 6:11 | | hopefully(4) 16:3 18:23 25:18 29:5 | | 47:1 47:15 82:12 82:17 | |
| great(4) 3:10 29:7 83:22 84:3 | | hear(11) 12:8 20:4 24:24 26:14 26:21 | | hoping(2) 15:4 15:6 | | | |
| greatbanc(1) 9:10 | | 28:19 56:10 71:3 75:3 75:3 79:21 | | horan(1) 3:11 | | introduced(2) 68:13 82:17 | |
| greissman(1) 7:34 | | | | hospital(10) 33:20 33:23 33:24 34:15 | | investment(2) 6:27 6:27 | |
| grippo(1) 4:4 | | heard(8) 18:11 19:18 20:2 27:14 53:1 | | 35:21 36:6 36:9 40:9 55:23 57:7 | | involvement(1) 79:8 | |
| group(1) 7:28 | | 59:13 59:15 81:4 | | | | involving(2) 20:6 20:9 | |
| gruszka(1) 6:29 | | | | hospitalized(8) 34:9 34:12 34:15 35:16 | | iron-fisted(1) 81:19 | |
| guardian(2) 10:16 54:6 | | hearing(22) 13:15 13:22 13:23 14:5 14:17 | | 36:19 42:12 47:21 47:23 | | island(1) 21:16 | |
| guess(4) 31:2 40:10 72:22 78:2 | | 15:5 16:24 17:19 18:17 19:10 19:15 20:9 | | | | isn't(1) 83:1 | |
| guidance(1) 15:12 | | 29:3 29:24 30:2 30:24 31:22 53:8 63:8 | | hours(1) 38:15 | | isolation(1) 48:6 | |
| gump(3) 2:5 5:34 18:13 | | 83:20 85:17 86:1 | | house(1) 53:25 | | issue(12) 18:21 22:19 30:11 31:24 55:21 | |
| gussis(1) 6:36 | | | | how(30) 15:8 15:14 15:16 15:22 16:24 | | 68:20 69:20 70:19 70:24 71:10 78:14 | |
| gwen(1) 8:20 | | heiligman(1) 7:30 | | 17:14 24:2 28:11 32:8 34:5 34:12 35:12 | | 84:20 | |
| | | hell(1) 37:19 | | 37:1 39:10 39:15 39:22 40:8 40:8 43:21 | | | |
| | | help(7) 48:3 49:3 51:9 51:12 51:19 51:22 | | 46:20 46:24 57:18 57:19 58:4 64:12 70:24 | | issued(1) 48:6 | |
| | | 56:2 | | 75:19 75:24 75:25 76:5 | | issue(4) 14:8 14:16 | |
| | | | | | | issues(5) 15:4 25:2 30:8 30:20 73:1 | |
| | | helped(3) 51:16 51:25 56:1 | | howard(1) 4:18 | | item(10) 10:9 10:19 10:21 10:23 11:4 | |
| | | | | however(4) 16:7 17:12 25:22 27:1 | | 11:8 13:2 29:23 60:10 | |

| Word | Page:Line |
|---|---|
| **items**(6) | 12:14  12:23  16:22  26:12  60:3 |
| **its**(6) | 18:17  23:14  25:6  25:9  30:16  52:3 |
| **itself**(2) | 66:11  70:9 |
| **it's**(31) | 10:16  14:2  14:16  15:1  15:23  16:15 |
| | 18:15  19:14  20:24  21:14  22:1  23:7  23:12 |
| | 25:11  39:18  47:8  50:9  54:24  56:9  58:5 |
| | 60:8  61:6  69:2  69:24  70:6  74:15  83:13 |
| | 83:21  84:1  85:8  85:10 |
| **i'd**(14) | 10:5  11:16  12:4  16:10  16:10  16:14 |
| | 21:4  24:10  39:19  41:3  48:19  52:2  53:19 |
| **i'll**(15) | 12:8  20:15  24:24  28:11  30:2  33:9 |
| | 44:23  55:18  57:16  71:3  74:3  75:3  79:7 |
| | 79:21  83:13 |
| **i'm**(48) | 12:11  13:16  15:6  18:20  21:19 |
| | 24:1  26:4  26:7  28:25  28:25  29:7  31:24 |
| | 32:13  34:25  37:6  44:22  46:13  46:24  47:10 |
| | 47:14  49:16  50:8  51:8  51:23  54:5  54:8 |
| | 54:9  54:10  54:12  56:9  58:9  58:13  58:14 |
| | 60:21  61:18  63:18  65:24  72:1  72:13  73:19 |
| | 76:8  76:9  77:8  79:3  80:19  80:20  83:20 |
| | 85:6 |
| **i've**(8) | 14:21  19:11  22:17  26:3  53:1  55:16 |
| | 59:15  65:2 |
| **james**(3) | 1:22  3:31  6:43 |
| **jane**(1) | 6:6 |
| **january**(2) | 77:15  77:19 |
| **jenner**(1) | 5:25 |
| **jessica**(1) | 4:37 |
| **jill**(1) | 28:15 |
| **jillian**(1) | 1:24 |
| **joann**(11) | 3:37  30:1  31:20  32:5  38:2  38:7 |
| | 44:6  44:8  51:25  76:14  87:4 |
| **john**(1) | 8:40 |
| **johnston**(1) | 6:43 |
| **joined**(3) | 23:24  27:13  27:18 |
| **joint**(7) | 31:2  31:5  31:7  31:13  67:15  69:7 |
| | 74:21 |
| **jointly**(1) | 1:5 |
| **jones**(2) | 5:21  7:10 |
| **joseph**(1) | 7:29 |
| **joshua**(1) | 6:45 |
| **jpmorgan**(1) | 6:19 |
| **judge**(6) | 1:17  1:18  21:1  21:16  22:12  67:5 |
| **judgment**(1) | 23:12 |
| **judgments**(1) | 21:18 |
| **jump**(1) | 12:11 |
| **june**(8) | 44:12  61:15  61:17  61:19  62:5  63:3 |
| | 63:12  78:2 |
| **just**(65) | 10:6  12:2  12:12  12:20  13:24 |
| | 17:20  18:2  24:1  26:3  26:9  26:21  28:6 |
| | 29:4  29:10  31:4  33:8  33:18  36:16  38:2 |
| | 39:13  40:1  40:20  44:23  45:1  45:6  45:7 |
| | 45:10  45:21  47:8  48:7  49:6  49:13  49:14 |
| | 49:15  49:16  50:21  52:20  53:19  54:10 |
| | 55:11  55:17  56:20  57:3  62:11  64:1  65:24 |
| | 67:15  70:8  71:12  71:21  71:24  71:24  71:25 |
| | 72:8  76:8  77:3  77:7  78:25  79:3  79:7 |
| | 80:18  82:2  83:12  84:1  84:24 |
| **kalenchits**(1) | 7:42 |
| **kaneene**(1) | 7:45  7:46 |
| **kansa**(53) | 1:23  1:13  29:21  29:22  31:16 |
| | 31:16  33:7  44:19  44:21  44:22  55:17  55:20 |
| | 57:14  60:22  60:12  60:16  61:4  64:20  64:21 |
| | 65:1  65:18  65:23  66:1  66:13  66:14  66:17 |
| | 66:19  66:24  67:1  68:3  68:3  68:9  69:13 |
| | 69:13  69:25  70:11  70:15  73:13  74:10 |
| | 74:20  74:23  79:23  79:24  81:3  82:1  83:21 |
| | 84:18  84:22  84:24  85:1  85:6  85:14  85:19 |
| **kansa's**(1) | 11:20 |
| **karen**(1) | 4:12 |
| **kasowitz**(1) | 8:7 |

| Word | Page:Line |
|---|---|
| **katharine**(1) | 2:34 |
| **katten**(1) | 8:39 |
| **kaye**(1) | 6:5 |
| **keep**(5) | 16:10  17:20  19:10  25:9  45:18 |
| **keeping**(1) | 17:16 |
| **keeps**(1) | 58:12 |
| **kelly**(2) | 8:4  86:10 |
| **kempner**(2) | 4:11  6:23 |
| **ken**(6) | 1:23  29:21  44:22  68:3  69:13  79:23 |
| **kenny**(1) | 6:36 |
| **kept**(1) | 45:20 |
| **kerriann**(1) | 4:30 |
| **kevin**(3) | 1:17  1:29  13:12 |
| **key**(1) | 14:12 |
| **kimberly**(1) | 6:37 |
| **kind**(14) | 17:18  19:15  35:9  36:18  37:8 |
| | 37:25  38:25  39:3  51:8  51:14  54:11  57:7 |
| | 62:8  73:1 |
| **king**(4) | 2:14  2:36  2:43  3:46 |
| **kitchen**(2) | 39:18  39:19 |
| **kjc**(1) | 1:4 |
| **klauder**(1) | 3:45 |
| **knew**(5) | 23:23  44:6  44:8  51:11  61:22 |
| | 64:15  64:16  72:1  72:4  72:6  78:6 |
| **knot**(2) | 39:1  47:15 |
| **know**(46) | 15:20  18:4  22:6  22:9  23:1  24:2 |
| | 24:3  24:4  34:5  36:23  37:10  37:16  39:24 |
| | 43:21  43:24  45:10  46:21  47:6  47:6  50:21 |
| | 50:24  52:19  56:17  56:19  56:20  58:9  59:11 |
| | 61:1  62:12  63:7  63:11  65:20  66:23  74:8 |
| | 78:2  78:9  78:10  78:21  81:8  81:17  83:9 |
| | 83:14  83:17  83:19  83:21  83:22 |
| **knowledge**(2) | 62:19  80:4 |
| **known**(1) | 21:6 |
| **korpus**(1) | 8:8 |
| **kovensky**(1) | 6:16 |
| **krakauer**(1) | 4:32 |
| **lack**(1) | 69:8 |
| **laid**(1) | 19:19 |
| **lake**(1) | 34:16 |
| **landis**(1) | 3:16 |
| **lantry**(20) | 1:29  13:12  13:13  14:4  15:7 |
| | 16:1  16:6  16:17  17:25  18:19  19:1  19:7 |
| | 19:22  20:5  20:24  25:1  26:9  28:13  29:7 |
| | 29:13 |
| **lantry's**(1) | 27:17 |
| **lapsed**(1) | 43:19 |
| **large**(1) | 82:14 |
| **largely**(2) | 15:2  15:13 |
| **last**(12) | 11:7  28:17  28:18  32:14  52:12 |
| | 55:4  65:13  65:16  66:6  66:8  66:10  70:19 |
| **lasted**(1) | 48:9 |
| **latched**(1) | 83:18 |
| **late**(9) | 23:23  31:2  70:17  72:12  72:18 |
| | 72:22  81:25  82:3  82:8 |
| **later**(2) | 33:24  40:8 |
| **laughter**(2) | 14:1  14:3 |
| **laurie**(1) | 2:27 |
| **law**(4) | 3:37  8:7  15:2  18:21 |
| **lawsuit**(4) | 21:15  48:20  52:6  77:20 |
| **lawyer**(3) | 66:21  79:9  79:13 |
| **layton**(1) | 2:11 |
| **leading**(2) | 33:7  51:10 |
| **learned**(4) | 42:5  42:8  78:16  79:9 |
| **least**(4) | 19:18  45:3  48:17  84:15 |
| **leave**(4) | 20:19  40:2  41:2  67:8 |
| **leaves**(1) | 12:23 |
| **leboeuf**(1) | 6:40 |
| **led**(1) | 49:20 |
| **left**(2) | 40:8  48:8 |
| **left-hand**(1) | 58:20 |
| **legal**(1) | 30:17 |
| **legitimate**(1) | 81:11 |
| **lemay**(3) | 3:24  27:15  27:16 |
| **lenders**(1) | 2:40 |

| Word | Page:Line |
|---|---|
| **length**(2) | 30:16  80:1 |
| **leonard**(1) | 1:35 |
| **let**(20) | 17:7  24:8  25:3  26:5  27:18  28:12 |
| | 31:1  36:16  41:6  46:14  46:23  57:17  61:1 |
| | 67:9  67:15  77:18  79:7  82:24  82:25  85:7 |
| **letter**(15) | 23:15  24:12  24:16  43:12  49:25 |
| | 50:2  50:4  50:5  50:7  50:8  50:9  50:11 |
| | 50:12  71:7  73:14 |
| **letters**(4) | 22:25  24:16  46:18  72:5 |
| **let's**(5) | 11:10  16:15  29:2  74:6  79:7 |
| **lewis**(1) | 9:10 |
| **lexi**(1) | 7:4 |
| **lexington**(1) | 2:21 |
| **liabilities**(1) | 21:20 |
| **liability**(3) | 23:25  26:22  27:5 |
| **libby**(1) | 6:20 |
| **liebentritt**(1) | 4:33 |
| **life**(1) | 71:19 |
| **lifting**(2) | 23:9  29:12 |
| **light**(3) | 45:8  45:14  55:12 |
| **lights**(1) | 43:25 |
| **like**(42) | 11:16  16:10  17:13  18:17  21:5 |
| | 21:18  24:10  25:25  28:14  29:18  29:19 |
| | 37:18  38:7  38:25  41:6  44:1  45:7  47:8 |
| | 47:8  47:11  48:13  48:15  48:19  52:2  53:19 |
| | 54:7  55:13  56:9  57:7  60:3  60:3  61:8  61:8 |
| | 62:11  62:21  63:25  64:22  66:15  69:9  72:4 |
| | 80:20  83:2 |
| **likely**(1) | 82:7 |
| **limited**(1) | 23:14 |
| **line**(2) | 64:5  64:10 |
| **lines**(1) | 61:18 |
| **list**(5) | 22:2  22:7  28:9  67:25  68:10 |
| **listed**(2) | 22:13  83:23 |
| **litigate**(1) | 82:6 |
| **litigation**(2) | 60:5  82:14 |
| **little**(8) | 13:20  17:14  18:8  20:10  29:8 |
| | 30:10  30:13  54:10 |
| **live**(6) | 32:10  34:21  47:16  47:18  54:2  55:1 |
| **lived**(2) | 53:20  53:23 |
| **livelihood**(2) | 40:25  71:16 |
| **lives**(1) | 25:20 |
| **living**(1) | 39:20 |
| **llc**(6) | 44:4  54:1  54:1  9:2  11:6  68:12 |
| **llp**(17) | 1:21  2:5  2:25  3:30  4:11  4:16  4:23 |
| | 5:25  6:5  6:19  6:40  7:28  7:38  8:23  8:30 |
| | 8:39  9:10 |
| **locally**(1) | 78:18 |
| **located**(1) | 32:16 |
| **lockbox**(1) | 3:47 |
| **lodge**(1) | 3:3 |
| **logo**(3) | 43:2  43:5  43:10 |
| **long**(10) | 21:15  34:12  41:12  44:24  46:20 |
| | 79:1  81:10  81:14  81:20  82:8 |
| **long-term**(2) | 25:6  41:8 |
| **longer**(4) | 18:8  20:10  41:5  69:19 |
| **look**(6) | 58:20  65:16  65:25  67:15  83:14 |
| | 83:16 |
| **looked**(1) | 80:22 |
| **looking**(3) | 61:8  61:22  64:25 |
| **looted**(1) | 21:17 |
| **los**(1) | 1:31 |
| **lost**(1) | 56:13 |
| **lot**(6) | 14:10  25:6  36:14  36:14  39:8  45:15 |
| **loud**(1) | 38:22 |
| **love**(1) | 20:12 |
| **low**(1) | 81:4 |
| **ludwig**(5) | 1:24  23:2  27:24  28:15  29:8 |
| **ludwig's**(1) | 26:15 |
| **lugano**(1) | 1:41 |
| **lynch**(2) | 2:25  6:5 |

| Word | Page:Line |
|---|---|
| **made**(7) | 16:15  21:23  51:19  64:6  64:14 |
| | 82:12  84:16 |
| **mail**(57) | 38:21  38:23  38:24  38:25  39:3 |
| | 39:4  39:5  39:14  39:21  39:23  40:10  40:19 |
| | 40:24  41:16  41:17  44:4  44:9  44:25  45:3 |
| | 45:12  45:13  45:18  45:24  46:1  46:5  46:16 |
| | 47:3  48:3  58:24  58:25  59:2  59:3  59:5 |
| | 69:16  71:1  71:12  71:13  71:14  71:15  71:15 |
| | 71:16  71:20  71:24  72:1  72:2  72:3  72:5 |
| | 72:7  75:11  75:22  76:9  76:15  76:21  76:24 |
| | 77:20  80:14  80:22 |
| **mailbox**(1) | 39:10 |
| **mailed**(3) | 55:2  68:24  84:9 |
| **mailing**(9) | 22:8  22:9  22:15  68:11  68:25 |
| | 69:14  85:4  85:11 |
| **mails**(1) | 72:7 |
| **main**(1) | 77:10 |
| **maintain**(3) | 53:25  54:1  54:1 |
| **make**(15) | 10:6  12:21  15:19  19:24  20:13 |
| | 21:25  24:7  27:22  29:10  39:19  51:6  56:4 |
| | 57:9  80:20  82:24 |
| **makes**(3) | 13:10  17:6  71:24 |
| **making**(3) | 15:13  43:17  64:8 |
| **maman**(2) | 5:16  8:14 |
| **manage**(1) | 56:2 |
| **management**(8) | 2:5  5:11  5:11  5:30  5:30 |
| | 6:11  6:40  18:14 |
| **many**(2) | 34:5  83:22 |
| **marbury**(1) | 10:13 |
| **marc**(3) | 3:4  3:25  4:19  8:35 |
| **march**(15) | 1:13  10:1  18:2  18:9  52:10 |
| | 52:17  60:18  72:13  72:15  72:23  75:13 |
| | 78:22  80:9  80:10  86:9 |
| **marcia**(1) | 10:16 |
| **marine**(1) | 34:16 |
| **marked**(2) | 58:13  87:6 |
| **market**(3) | 1:10  2:29  3:18 |
| **marsal**(2) | 5:40  5:41 |
| **martin**(1) | 8:26 |
| **massive**(1) | 21:11 |
| **materials**(1) | 8:7 |
| **matter**(11) | 20:6  20:8  22:18  24:17  29:17 |
| | 30:23  72:3  74:23  75:1  84:20  86:6 |
| **matters**(3) | 20:17  72:20  72:21 |
| **matthew**(4) | 5:31  5:42  7:24  8:10 |
| **mauro**(1) | 6:2 |
| **may**(41) | 11:24  13:13  13:24  15:10  17:4 |
| | 17:6  17:16  19:10  19:10  19:14  21:2  22:22 |
| | 49:21  49:24  40:12  40:12  47:6  49:1  49:6 |
| | 65:18  66:5  67:2  67:8  70:2  75:14  75:24 |
| | 76:2  76:2  76:4  76:4  78:9  81:8  84:5  84:5 |
| | 85:4 |
| **maybe**(8) | 14:22  23:19  41:4  41:6  47:4 |
| | 51:19  72:22  81:12 |
| **mayer**(1) | 2:34 |
| **ma'am**(39) | 32:15  32:18  32:21  32:24  33:2 |
| | 34:11  34:20  34:22  35:3  35:6  35:8  35:11 |
| | 35:18  35:23  36:7  38:9  39:24  40:5  40:7 |
| | 40:22  41:11  41:19  41:25  42:7  42:11  42:19 |
| | 42:22  42:24  43:3  44:6  46:17  50:22  51:1 |
| | 54:9  60:20  65:10  65:14  66:17 |
| **mccarter**(2) | 2:33  6:32 |
| **mccloy**(1) | 8:47 |
| **mccormack**(1) | 4:20 |
| **mccormick**(1) | 8:37 |
| **mcneill**(1) | 2:26 |
| **mean**(13) | 38:7  38:23  39:4  39:11  43:4 |
| | 46:17  54:1  58:22  59:15  66:8  66:16  78:25 |
| | 83:15 |
| **meaning**(1) | 76:2 |

| Word | Page:Line |
|------|-----------|
| means(3) | 14:7 37:10 66:23 |
| measure(1) | 82:14 |
| measurements(1) | 39:24 |
| media(1) | 5:2 |
| mediation(2) | 22:12 56:21 |
| medical(2) | 57:5 81:12 |
| medication(7) | 35:22 55:22 55:25 56:12 56:14 56:15 57:1 |
| medicine(3) | 35:24 36:17 55:22 |
| meet(1) | 51:2 |
| meisel(1) | 1:34 |
| memorandum(6) | 31:3 31:9 31:11 31:13 60:7 60:9 |
| menachem(1) | 9:11 |
| mental(1) | 33:24 |
| mentally(1) | 76:20 |
| mentioned(3) | 40:21 53:6 78:3 |
| mentioning(1) | 78:12 |
| merely(1) | 81:15 |
| merit(2) | 25:13 83:10 |
| meritorious(1) | 82:4 |
| merrill(2) | 2:25 6:5 |
| mester(1) | 6:45 |
| met(1) | 51:2 |
| michael(2) | 5:3 8:4 |
| michelle(2) | 5:16 8:14 |
| michigan(1) | 32:17 |
| microphone(2) | 63:25 64:1 |
| mid(1) | 50:18 |
| mid-december(2) | 35:1 40:9 |
| might(15) | 13:20 14:12 14:18 15:7 15:15 17:14 18:1 18:3 18:6 18:8 20:9 20:11 22:4 25:8 27:3 |
| mignano(1) | 6:8 |
| miles(1) | 4:33 |
| millbank(1) | 8:47 |
| millions(1) | 21:13 |
| mills(1) | 4:30 |
| mind(10) | 36:12 36:14 36:16 38:12 41:2 50:20 54:11 56:7 73:1 78:5 |
| mine(2) | 21:18 65:12 |
| minute(3) | 12:2 48:19 57:24 |
| minutes(3) | 38:14 41:5 56:10 |
| mischaracterization(2) | 63:19 64:10 |
| missed(2) | 27:23 28:23 |
| missing(2) | 11:15 26:7 |
| misspelled(1) | 25:19 |
| misspelling(1) | 25:22 |
| mitzkovitz(1) | 10:16 |
| mom(2) | 49:7 49:11 |
| moment(2) | 55:17 57:17 |
| momentarily(1) | 30:3 |
| mom's(1) | 49:22 |
| monarch(2) | 8:2 8:3 |
| money(1) | 83:1 |
| month(2) | 40:12 40:13 |
| months(12) | 35:5 41:13 41:18 43:19 44:1 45:4 52:14 76:16 77:3 78:25 79:12 82:22 |
| more(19) | 15:2 15:2 16:9 25:7 25:17 33:10 41:18 42:25 47:13 48:18 57:4 64:23 69:9 75:11 75:11 79:18 80:23 83:1 83:2 |
| morgan(2) | 2:11 9:10 |
| morning(4) | 12:19 32:25 48:16 68:15 |
| moskowitz(1) | 2:20 |
| most(12) | 12:25 26:4 39:18 40:13 75:10 |
| mostly(2) | 15:23 39:1 |
| mother(1) | 49:6 |
| motion(8) | 20:25 21:4 23:14 23:20 23:21 24:15 29:4 77:23 |
| motions(3) | 23:15 24:12 72:21 |
| motive(1) | 24:9 |
| mouth(1) | 24:4 |

| Word | Page:Line |
|------|-----------|
| move(3) | 20:11 64:21 68:9 |
| moving(3) | 16:12 30:10 68:1 |
| much(10) | 14:23 15:8 15:16 15:25 26:13 40:8 41:5 56:5 56:5 85:16 |
| muchin(1) | 8:39 |
| mundane(1) | 76:20 |
| must(6) | 27:23 28:23 62:4 62:18 73:4 73:9 |
| myers(1) | 7:7 |
| myrick(1) | 4:35 |
| myself(4) | 48:17 49:5 49:16 78:7 |
| nail(1) | 24:6 |
| name(15) | 21:19 22:7 22:13 22:24 23:9 23:16 25:19 25:21 26:19 28:9 31:20 34:11 35:24 44:22 58:22 |
| natascha(1) | 8:31 |
| nature(2) | 16:19 82:9 |
| near(1) | 48:7 63:24 |
| nearly(2) | 82:11 82:13 |
| necessarily(3) | 64:15 80:24 80:25 |
| necessary(1) | 26:6 |
| need(10) | 14:25 15:24 16:2 16:7 16:9 17:6 18:24 36:5 61:14 63:23 |
| needed(3) | 16:13 57:1 80:22 |
| neglect(2) | 30:12 80:17 |
| neglected(1) | 72:8 |
| nemours(1) | 3:5 |
| never(20) | 21:21 21:23 22:5 22:10 23:7 23:23 25:14 27:24 37:18 37:22 37:24 71:22 77:5 78:3 78:4 78:6 78:7 78:12 78:15 83:25 |
| new(5) | 2:8 2:22 3:27 3:34 7:7 |
| news(1) | 38:21 |
| newsday(5) | 21:6 21:10 21:13 21:17 23:19 |
| next(11) | 16:3 18:23 19:6 19:21 19:23 29:4 40:5 58:9 61:11 67:25 84:7 |
| nine(1) | 11:8 |
| nolan(1) | 8:20 |
| non-debtor(1) | 26:23 |
| non-filing(3) | 21:7 25:5 27:7 |
| none(1) | 80:12 |
| normal(2) | 51:24 76:22 |
| normally(1) | 69:2 |
| norman(2) | 1:36 10:3 |
| north(7) | 2:14 2:29 2:36 2:43 3:6 3:39 32:17 |
| northern(1) | 82:5 |
| northwestern(2) | 33:20 33:22 |
| not(117) | 12:12 13:14 17:4 17:6 18:21 19:15 20:17 21:25 23:7 23:10 23:21 23:22 23:24 23:24 23:24 24:5 24:6 24:15 24:24 26:6 26:20 26:20 28:16 28:25 31:9 31:24 32:13 35:20 38:6 38:7 38:10 38:11 39:3 40:23 40:25 42:17 43:23 44:2 45:16 45:19 46:19 47:8 47:23 48:2 48:12 48:14 48:24 51:23 53:4 53:6 53:12 53:13 54:5 54:8 54:9 54:10 54:12 55:2 55:16 56:17 56:18 59:8 59:19 61:8 62:18 63:13 64:8 64:11 65:11 65:16 65:12 68:22 68:25 69:17 69:23 70:21 70:23 70:24 71:9 71:13 71:20 71:21 71:24 71:25 72:12 72:13 73:11 75:16 75:18 75:19 75:20 75:21 76:4 76:7 76:8 76:8 76:12 76:13 76:24 77:11 77:22 78:9 78:11 78:12 80:3 81:6 81:19 82:19 82:22 83:21 84:1 84:5 84:18 |
| note(1) | 30:4 |
| noteholder(1) | 19:13 |
| nothing(4) | 27:16 66:24 72:3 80:23 |
| notice(21) | 22:6 22:10 25:15 26:4 27:4 58:15 78:11 80:7 80:7 80:9 80:10 81:7 81:10 82:20 82:21 82:23 84:8 84:9 85:3 87:7 |
| notices(5) | 25:19 25:23 68:12 69:16 70:25 |
| noticing(1) | 80:6 |

| Word | Page:Line |
|------|-----------|
| notified(2) | 23:23 46:8 |
| notifying(1) | 50:3 |
| notion(1) | 13:25 |
| novod(1) | 8:24 |
| now(43) | 10:18 11:16 13:22 14:21 15:10 15:18 16:7 16:25 18:9 18:18 18:23 21:6 24:7 26:21 31:3 35:4 35:9 39:3 40:8 40:14 40:23 41:15 41:23 42:3 42:25 43:15 44:10 44:11 45:1 46:2 47:16 48:14 52:2 56:18 58:10 66:3 73:11 74:6 75:24 76:19 77:6 77:16 82:7 |
| number(18) | 10:9 10:11 10:14 10:17 10:19 10:22 10:23 11:1 11:4 11:8 11:10 13:2 13:8 13:9 13:9 29:23 31:3 68:14 |
| numbers(1) | 67:16 |
| nurse(1) | 36:20 |
| nurses(1) | 37:21 |
| oaktree(1) | 6:39 |
| oath(1) | 57:24 |
| object(2) | 63:18 68:19 |
| objecting(2) | 64:4 73:20 |
| objection(32) | 10:10 10:12 10:15 10:20 10:21 10:24 11:2 11:5 11:8 19:9 23:1 23:14 27:13 29:11 29:25 29:25 33:7 64:1 64:9 67:23 68:2 68:5 68:6 69:5 69:9 70:4 70:16 74:4 74:7 74:10 74:12 74:14 |
| objections(7) | 11:3 13:16 16:19 16:20 19:12 19:17 70:12 |
| observe(1) | 80:4 |
| obviously(1) | 18:20 |
| occurred(2) | 62:24 76:16 |
| october(1) | 16:23 |
| off(21) | 17:11 19:22 20:18 29:17 31:11 35:4 36:15 38:13 41:3 41:14 41:15 41:20 46:4 46:4 47:1 47:12 51:21 54:11 56:8 56:10 56:24 |
| offered(6) | 69:17 69:21 70:22 73:18 73:19 75:1 |
| office(5) | 3:44 7:7 21:12 30:6 30:7 |
| officers(2) | 3:2 4:4 |
| official(1) | 4:15 |
| ohio(1) | 11:3 |
| okay(101) | 11:20 12:2 12:8 12:16 13:3 16:1 16:5 17:22 18:10 22:22 24:8 26:9 28:3 29:2 31:14 31:14 32:2 33:5 33:25 34:4 34:9 34:14 34:25 35:4 36:2 36:5 36:8 36:13 37:4 37:11 37:13 37:20 37:23 38:10 38:23 39:7 39:10 39:22 39:25 40:2 40:14 41:10 42:15 43:4 43:7 43:10 43:15 44:2 44:17 48:1 49:21 52:21 54:21 55:1 55:17 57:12 57:14 57:23 58:11 58:25 59:8 59:13 59:16 59:20 59:22 60:23 60:25 61:3 64:3 65:15 65:15 66:18 67:4 67:12 67:20 67:22 68:8 69:4 69:12 69:22 70:3 70:14 71:3 72:14 72:18 73:17 74:1 74:6 74:18 74:25 75:3 77:18 77:22 79:8 79:16 79:18 81:24 85:7 85:12 |
| old(3) | 32:8 76:14 76:14 |
| olivia(1) | 6:2 |
| omnibus(10) | 10:9 10:12 10:15 10:19 10:21 10:24 11:2 11:5 11:8 29:25 |
| once(4) | 16:20 17:3 20:10 38:13 |
| one(37) | 12:24 13:8 28:16 29:6 29:8 84:10 22:7 24:15 25:18 25:23 34:6 34:15 37:20 47:7 49:14 49:14 49:15 50:8 51:25 54:3 55:17 63:14 63:20 64:15 64:22 64:23 65:16 66:8 66:16 70:12 70:21 75:7 83:24 84:3 84:11 84:22 |
| oneal(1) | 5:3 |
| ones(2) | 55:6 55:7 |
| onex(2) | 6:14 6:15 |

| Word | Page:Line |
|------|-----------|
| only(11) | 14:16 21:19 22:11 23:18 28:16 41:4 60:2 68:9 70:22 71:14 82:19 |
| onto(1) | 83:18 |
| open(31) | 26:21 39:8 39:21 40:4 40:5 40:19 40:23 44:25 45:3 45:10 45:13 45:19 45:24 46:18 46:20 50:5 50:7 50:9 54:23 54:24 71:16 71:24 72:1 72:8 75:11 75:22 76:8 76:9 76:9 80:14 83:15 |
| opened(9) | 39:9 44:4 44:9 45:12 45:14 72:2 76:15 77:5 77:11 |
| opening(5) | 17:1 47:5 48:3 71:1 71:12 71:14 76:21 81:8 |
| opinion(2) | 14:15 16:10 |
| opportunity(2) | 18:25 62:3 |
| oppose(1) | 23:4 |
| opposed(1) | 15:17 |
| option(1) | 27:25 |
| orange(1) | 3:6 |
| order(6) | 12:24 13:8 28:16 29:6 29:8 84:10 |
| orders(2) | 10:7 12:12 |
| organized(2) | 45:16 45:17 |
| originally(1) | 14:18 |
| other(37) | 12:11 17:5 17:12 19:12 21:9 24:3 36:18 37:4 37:25 37:25 38:11 38:16 40:20 40:24 40:24 43:17 45:15 45:18 55:19 62:14 62:20 63:10 65:11 65:12 67:10 69:1 71:15 71:19 71:20 72:7 72:20 72:21 73:1 81:8 82:7 83:17 83:17 |
| others(4) | 21:18 45:13 55:8 67:14 |
| otherwise(1) | 71:1 |
| ought(1) | 79:13 |
| our(21) | 12:24 13:17 15:3 15:8 15:10 17:16 25:16 25:18 27:1 27:2 27:6 27:10 30:6 60:7 70:18 73:15 80:1 82:11 82:15 83:23 85:14 |
| out(16) | 12:18 13:21 15:21 16:25 19:20 22:11 23:18 39:1 48:16 48:17 70:16 72:4 76:24 77:3 78:19 82:22 |
| outset(1) | 30:4 |
| outside(1) | 48:12 |
| over(8) | 30:3 30:6 30:13 30:25 31:17 46:11 46:14 55:14 |
| overrule(1) | 74:4 |
| overruled(1) | 70:6 |
| oversee(1) | 54:3 |
| owed(1) | 62:4 |
| own(4) | 51:22 53:21 53:25 54:2 |
| owns(1) | 51:22 |
| o'melveny(1) | 7:7 |
| p.a(1) | 1:35 |
| p.m(3) | 1:14 10:1 86:1 |
| page(12) | 10:6 11:14 61:18 64:5 64:11 65:13 66:6 66:7 66:8 66:10 66:14 66:20 |
| pages(1) | 11:24 60:8 |
| paid(2) | 43:18 55:4 |
| paper(1) | 42:13 |
| papers(1) | 67:7 |
| paperwork(2) | 21:4 51:20 |
| paragraph(3) | 28:18 62:6 63:21 |
| paragraphs(1) | 28:18 |
| paralyzed(1) | 76:23 |
| parameters(1) | 17:8 |
| pardon(1) | 73:5 |
| parent(1) | 23:19 |
| park(2) | 2:7 4:12 |
| parke(3) | 3:23 4:16 27:16 |

| Word | Page:Line |
|---|---|
| **parker**(49) 3:37 20:9 30:1 30:2 30:8 30:8 30:11 30:24 31:21 31:25 32:2 32:3 32:5 32:8 33:13 44:22 47:16 53:19 55:18 57:14 57:17 57:20 57:22 60:17 61:5 61:19 65:2 66:5 67:2 68:18 68:21 68:24 69:3 69:5 70:1 70:20 71:8 71:12 71:23 74:14 75:6 75:15 75:20 77:15 79:4 80:4 80:13 85:2 87:4 | |
| **parker's**(7) 30:9 30:22 30:22 31:10 69:15 73:16 80:21 | |
| **part**(4) 28:24 62:1 63:7 80:4 | |
| **particular**(3) 55:7 64:20 75:21 | |
| **parties**(12) 12:25 14:14 14:18 14:21 15:20 16:12 17:12 20:12 22:11 67:12 67:17 70:18 | |
| **partners**(6) 6:15 6:15 6:23 6:27 6:28 7:19 | |
| **party**(5) 7:1 7:42 21:22 21:23 21:24 21:25 24:5 | |
| **parver**(1) 6:6 | |
| **passed**(5) 49:6 63:5 78:2 79:11 81:21 | |
| **past**(4) 24:20 30:6 53:21 55:14 | |
| **patricia**(3) 3:37 3:38 31:20 | |
| **paul**(2) 6:8 7:37 | |
| **pay**(10) 43:20 43:21 45:11 55:8 55:10 55:12 55:13 55:14 55:16 71:20 | |
| **payment**(2) 21:17 23:11 | |
| **pebble**(1) 84:5 | |
| **pending**(3) 21:15 22:12 22:17 | |
| **pennsylvania**(1) 1:45 | |
| **pension**(1) 3:9 | |
| **people**(2) 15:19 75:24 | |
| **per**(1) 70:18 | |
| **per/pro**(1) 7:15 | |
| **perhaps**(3) 50:18 52:12 81:3 | |
| **period**(15) 17:1 20:7 25:10 33:25 43:11 44:12 44:15 45:5 47:18 48:9 55:22 56:23 71:1 81:5 81:20 | |
| **periodically**(1) 48:11 | |
| **periods**(1) 81:4 | |
| **permission**(2) 57:2 57:2 | |
| **pernick**(16) 1:36 10:3 10:4 10:9 11:12 11:17 11:20 12:10 12:16 12:20 13:1 13:6 13:11 20:5 67:18 | |
| **person**(2) 76:3 76:22 | |
| **personal**(2) 82:10 84:1 | |
| **perspective**(1) 17:21 | |
| **pertaining**(1) 42:18 | |
| **peter**(1) 6:29 | |
| **phillips**(1) 3:4 | |
| **phone**(8) 13:1 20:12 20:16 20:19 20:21 46:11 46:14 57:9 | |
| **phones**(1) 19:13 | |
| **physically**(1) 17:10 | |
| **physician**(1) 68:6 | |
| **pick**(1) 14:19 | |
| **pickering**(1) 5:46 | |
| **pieces**(1) 46:5 | |
| **pile**(4) 45:14 45:15 45:20 46:1 | |
| **piled**(2) 45:20 77:3 | |
| **pioneer**(2) 30:12 30:15 | |
| **place**(3) 23:10 52:17 55:11 | |
| **placed**(2) 22:6 41:13 | |
| **places**(1) 71:15 | |
| **plaintiff**(1) 32:5 | |
| **plan**(4) 17:21 19:16 82:15 83:4 | |
| **plane**(3) 58:5 58:8 58:11 | |
| **plans**(1) 14:11 | |
| **play**(1) 19:8 | |
| **plaza**(2) 2:28 3:26 | |
| **pleading**(1) 17:14 | |
| **pleadings**(4) 25:25 27:7 69:15 77:19 | |
| **please**(5) 32:8 58:16 63:24 65:14 65:17 | |
| **pleased**(2) 13:14 26:14 | |
| **plus**(1) 78:3 | |
| **podium**(3) 30:3 30:25 31:17 | |
| **point**(17) 7:22 7:23 16:25 27:3 55:24 65:23 69:1 70:18 70:23 71:13 71:19 72:2 75:9 76:23 77:10 78:13 79:6 | |
| **pointed**(3) 66:2 66:5 82:22 | |
| **points**(1) 30:18 | |
| **policy**(4) 23:3 23:5 23:6 29:12 | |
| **polk**(2) 2:18 6:19 | |
| **portion**(1) 60:4 | |
| **position**(8) 45:22 47:2 47:15 71:11 71:22 73:20 83:16 84:17 | |
| **positions**(1) 64:16 | |
| **possibility**(1) 20:13 | |
| **possible**(3) 15:12 16:10 17:11 | |
| **possibly**(1) 23:11 | |
| **postponing**(1) 15:4 | |
| **pot**(1) 56:11 | |
| **potential**(3) 21:18 82:3 83:17 | |
| **potentially**(1) 19:12 | |
| **potter**(1) 2:25 | |
| **ppearances**(2) 1:20 2:1 | |
| **practice**(2) 78:8 79:5 | |
| **pragmatic**(1) 81:18 | |
| **praise**(1) 52:1 | |
| **preceding**(1) 61:24 | |
| **preeminent**(1) 17:21 | |
| **prejudice**(5) 30:15 81:24 82:2 83:1 83:2 | |
| **prescribed**(3) 35:21 35:25 55:22 | |
| **prescription**(1) 36:17 | |
| **presence**(1) 78:4 | |
| **present**(7) 12:5 12:6 20:16 30:3 45:6 67:10 69:18 | |
| **presented**(4) 68:22 75:17 75:23 76:11 | |
| **presenting**(1) 31:22 | |
| **press**(1) 19:14 | |
| **pressing**(1) 70:4 | |
| **pressure**(1) 18:21 | |
| **pretrial**(8) 31:2 31:8 31:9 60:7 60:9 67:15 69:7 74:21 | |
| **pretty**(2) 10:6 14:22 | |
| **prevent**(1) 22:5 | |
| **previously**(3) 17:23 56:22 77:20 | |
| **principal**(2) 25:2 79:25 | |
| **print**(2) 43:6 50:11 | |
| **prior**(4) 14:16 18:17 60:5 83:24 | |
| **pro**(1) 7:15 | |
| **probably**(11) 13:1 16:2 16:22 17:20 19:8 19:17 19:18 26:4 64:18 76:18 84:14 | |
| **problem**(3) 23:5 28:2 54:10 | |
| **procedure**(1) 42:21 | |
| **procedures**(2) 51:12 71:9 | |
| **proceed**(2) 21:2 31:21 | |
| **proceeding**(5) 52:3 53:4 53:7 53:17 57:19 | |
| **proceedings**(5) 1:16 1:49 17:5 30:17 86:6 | |
| **process**(8) 15:24 17:9 17:11 52:1 62:2 82:12 82:18 83:3 | |
| **produced**(1) 1:50 | |
| **proffered**(1) 68:10 | |
| **profits**(2) 21:14 21:17 | |
| **profound**(1) 84:12 | |
| **program**(1) 80:6 | |
| **promise**(1) 19:1 | |
| **promised**(2) 49:7 49:11 | |
| **pronounce**(1) 25:21 | |
| **proof**(8) 59:14 59:18 59:23 61:14 65:2 65:3 66:15 83:25 | |
| **proofs**(3) 30:1 30:13 78:22 | |
| **proponents**(1) 17:21 | |
| **propose**(2) 13:6 20:7 | |
| **proposed**(3) 27:10 27:22 28:16 | |
| **proposes**(1) 28:18 | |
| **propounded**(1) 17:3 | |
| **propounding**(1) 17:2 | |
| **protection**(1) 62:1 | |
| **prove**(1) 71:18 | |
| **provide**(2) 15:12 70:1 | |
| **provided**(5) 22:14 70:16 80:7 80:8 80:9 | |
| **provides**(1) 82:15 | |
| **psychiatric**(1) 34:14 | |
| **pull**(1) 17:11 | |
| **purchase**(1) 41:22 | |
| **purports**(1) 70:8 | |
| **purpose**(5) 36:3 36:22 64:18 64:19 71:6 | |
| **purposes**(4) 10:18 29:3 29:4 80:19 | |
| **push**(2) 16:13 81:22 | |
| **put**(13) 15:18 15:24 19:22 22:1 27:6 41:7 41:18 47:9 47:9 57:6 77:4 80:15 81:10 | |
| **putting**(2) 18:21 62:7 | |
| **question**(16) 24:11 31:15 33:9 33:12 60:18 61:24 62:23 64:13 64:18 64:20 64:22 66:2 71:2 80:13 80:19 81:12 | |
| **questions**(10) 12:13 15:22 44:17 44:23 49:14 52:3 53:20 55:19 57:15 59:25 | |
| **quick**(2) 10:6 19:2 | |
| **quickly**(3) 15:15 20:11 83:12 | |
| **quiet**(1) 48:6 | |
| **quietest**(1) 39:18 | |
| **quite**(2) 25:21 39:17 | |
| **radar**(1) 83:8 | |
| **raised**(3) 25:3 30:9 55:21 | |
| **rate**(2) 26:9 26:12 | |
| **rath**(2) 3:16 3:17 | |
| **rather**(1) 16:21 | |
| **re-cross**(3) 60:1 60:3 60:15 | |
| **re-direct**(3) 57:17 57:23 58:2 | |
| **react**(1) 80:21 | |
| **reaction**(1) 79:14 | |
| **read**(10) 15:10 38:24 42:13 45:10 48:4 58:9 58:21 60:21 60:24 64:8 | |
| **reading**(7) 28:24 38:21 61:5 63:21 63:22 64:7 64:8 | |
| **reads**(1) 15:18 | |
| **ready**(1) 31:21 | |
| **realize**(1) 56:11 | |
| **realized**(1) 38:13 | |
| **really**(8) 14:19 54:11 69:1 71:16 72:25 78:19 81:6 81:22 | |
| **rear**(1) 39:17 | |
| **reason**(16) 19:23 21:19 22:23 26:10 30:20 52:17 53:9 71:25 73:2 73:3 73:7 76:8 76:10 76:12 83:24 84:3 | |
| **reasonably**(1) 25:9 | |
| **reasons**(3) 22:7 25:6 27:8 | |
| **rebecca**(1) 8:44 | |
| **rebuttal**(1) 74:19 | |
| **recall**(8) 38:1 44:25 46:5 52:24 60:19 61:7 61:10 61:21 | |
| **receipt**(1) 66:10 | |
| **receive**(6) 22:3 31:11 36:18 43:1 54:15 68:21 | |
| **received**(8) 22:6 22:10 22:17 31:2 43:12 44:4 45:18 78:5 | |
| **receiving**(1) 70:25 | |
| **recently**(1) 42:25 | |
| **recognize**(4) 45:7 45:9 73:4 73:9 | |
| **recollection**(1) 59:19 | |
| **record**(6) 12:4 31:20 58:14 58:17 83:14 84:16 | |
| **recorded**(1) 1:49 | |
| **recording**(2) 1:49 86:5 | |
| **recover**(1) 21:9 | |
| **recross**(1) 87:3 | |
| **red**(1) 45:8 | |
| **redirect**(1) 87:3 | |
| **reed**(1) 7:30 | |
| **refer**(1) 42:10 | |
| **referred**(1) 37:9 | |
| **referring**(1) 43:12 | |
| **reflecting**(1) 26:2 | |
| **reflects**(2) 26:25 74:13 | |
| **regards**(2) 40:19 71:5 | |
| **rejected**(1) 23:21 | |
| **related**(1) 42:3 | |
| **relating**(2) 29:24 30:20 | |
| **relax**(3) 36:4 36:5 36:5 | |
| **relaxed**(1) 45:23 | |
| **release**(2) 26:17 28:20 | |
| **released**(1) 56:1 | |
| **relevance**(3) 69:9 69:14 70:24 | |
| **relevant**(5) 26:4 26:7 71:6 71:10 71:18 | |
| **relief**(1) 28:17 | |
| **remain**(4) 20:17 20:21 27:10 32:4 | |
| **remaining**(1) 16:22 29:17 | |
| **remains**(1) 80:16 | |
| **remember**(41) 27:24 28:24 33:12 34:2 34:5 34:14 35:24 36:23 48:23 50:17 50:18 51:24 52:6 52:9 52:11 52:13 52:15 52:19 52:20 52:21 53:8 53:8 53:9 53:11 55:11 59:23 61:12 61:16 62:7 62:8 62:12 62:13 62:14 62:21 63:7 63:9 65:15 66:3 66:3 73:17 | |
| **remembered**(1) 59:6 | |
| **reminded**(1) 52:5 | |
| **removed**(2) 23:9 28:9 | |
| **rendered**(2) 18:22 18:22 | |
| **reorganized**(1) 25:12 | |
| **repeat**(1) 28:6 | |
| **replacement**(1) 85:1 | |
| **reply**(1) 13:17 | |
| **report**(2) 75:13 76:1 | |
| **represent**(1) 31:20 | |
| **representation**(1) 62:17 | |
| **represented**(2) 52:16 77:15 | |
| **request**(1) 16:14 | |
| **requested**(2) 30:2 30:24 | |
| **required**(3) 45:10 62:2 80:5 | |
| **requirement**(1) 63:4 | |
| **reservation**(1) 74:22 | |
| **resolve**(2) 27:25 72:21 | |
| **resolved**(5) 13:17 13:18 18:16 26:13 74:23 | |
| **resources**(1) 12:25 | |
| **respect**(12) 10:10 10:12 10:15 10:20 10:22 10:24 11:1 11:5 11:9 12:3 19:16 70:11 | |
| **respond**(1) 41:16 | |
| **responded**(2) 41:17 56:24 | |
| **response**(7) 12:7 12:8 20:3 20:4 22:25 75:2 75:3 | |
| **rest**(2) 12:3 63:9 | |
| **result**(2) 15:1 33:5 | |
| **results**(1) 15:9 | |
| **retrospect**(1) 72:25 | |
| **return**(1) 34:23 | |
| **reverse**(1) 13:8 | |
| **review**(3) 12:19 19:17 77:19 | |
| **reviewed**(1) 11:14 | |
| **reviewing**(1) 19:2 | |
| **revise**(1) 14:9 | |
| **revised**(1) 19:3 | |
| **revisit**(2) 18:1 19:24 | |
| **richards**(1) 2:11 | |
| **riesco**(3) 8:31 61:24 64:7 | |
| **rifkind**(1) 7:37 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**right**(59) 10:8 10:18 11:22 13:5 13:22 14:2 15:10 15:23 21:1 22:19 23:13 24:10 24:21 24:24 27:12 27:20 29:15 31:18 31:23 33:11 33:15 34:18 38:4 45:16 46:19 46:21 47:16 49:25 50:10 50:12 50:14 57:16 58:1 58:18 58:23 60:1 60:11 64:24 65:4 66:25 67:8 67:9 68:16 69:7 70:3 70:9 72:16 74:3 74:21 77:6 77:13 79:21 84:19 84:25 85:11 85:16 87:7

**riverside**(1) 11:5
**road**(1) 3:39
**robby**(1) 10:11
**robert**(1) 8:37
**rockefeller**(1) 3:26
**rodney**(2) 2:13 2:42
**roitman**(1) 3:25
**room**(4) 39:20 39:20 45:16 77:1
**rooms**(2) 40:1 77:1
**rosenman**(1) 8:39
**ross**(2) 4:38 4:40
**roth**(1) 4:11
**roughly**(1) 52:10
**royal**(2) 5:14 8:12
**rudnick**(1) 8:23
**ruled**(1) 24:1
**run**(1) 10:5
**rushed**(1) 33:20

**s-o-u-r-t-h**(1) 25:22
**sachs**(2) 7:1 7:1
**safe**(1) 85:18
**said**(29) 34:9 38:5 38:23 39:11 46:6 46:23 46:25 46:25 47:16 50:8 50:9 50:22 50:24 50:25 51:8 51:11 52:21 53:10 59:10 62:1 63:11 63:13 63:14 69:22 72:7 73:6 76:13 77:9 77:10
**same**(11) 10:6 16:11 17:4 24:3 26:13 35:9 40:15 40:18 42:1 42:9 85:9
**sat**(1) 22:11
**satisfaction**(1) 23:7
**savor**(1) 13:25
**saw**(2) 78:1 80:24
**say**(35) 13:24 15:2 16:9 16:17 18:7 18:15 19:15 20:15 25:14 26:21 38:6 39:3 41:20 45:12 46:20 47:4 48:9 48:16 50:10 54:1 58:21 66:8 66:12 68:20 69:1 71:25 76:8 78:9 79:3 79:7 81:18 82:13 83:1 83:16 84:8
**saying**(9) 26:16 44:7 44:25 51:13 53:8 61:10 61:21 62:12 79:3
**says**(8) 23:14 24:12 59:1 59:11 60:19 61:25 81:9 83:11
**scale**(1) 84:15
**scenario**(2) 76:18 76:19
**schedule**(7) 17:15 17:23 17:24 19:24 21:20 27:11 83:5
**scheduled**(2) 16:11 27:3
**schedules**(8) 14:15 18:2 22:13 25:16 26:16 27:1 28:22 83:23
**scheduling**(1) 16:8
**scholer**(1) 6:5
**schotz**(2) 1:34 10:4
**schulte**(1) 4:11
**schuylkill**(1) 1:44
**schwartz**(1) 8:35
**scope**(2) 16:19 30:8
**scotland**(2) 5:15 8:13
**scott**(2) 7:2 7:34
**screen**(1) 83:9
**seamless**(1) 16:3
**second**(4) 10:24 19:16 25:21 84:22
**secondly**(2) 25:14 83:11
**section**(2) 60:8 60:10

**security**(1) 39:13
**see**(26) 11:16 13:14 26:5 28:14 43:10 47:10 54:24 55:18 57:6 61:20 61:21 62:5 67:2 65:6 65:8 66:6 66:18 67:9 67:12 70:17 70:24 74:16 77:22 77:25 82:18
**seeing**(1) 82:7
**seeking**(2) 23:16 24:13
**seems**(9) 18:8 79:1 79:12 80:18 80:24 81:5 81:10 83:6 83:8

**seen**(2) 69:23 85:5
**seife**(1) 4:18
**selber**(1) 2:27
**selective**(2) 71:12 76:7
**selectively**(2) 71:21 71:24
**self**(1) 76:14
**send**(5) 29:8 37:19 46:12 46:16 50:2
**sending**(2) 50:4 50:8
**senior**(1) 19:13
**sense**(5) 13:10 15:16 19:11 24:7 71:25
**sent**(6) 21:4 26:2 28:15 46:15 49:24 84:9
**sentence**(1) 61:18
**separate**(2) 23:15 24:12
**september**(3) 24:20 65:3 78:23
**series**(1) 26:3
**serve**(1) 64:19
**served**(4) 25:14 25:16 25:18 26:11
**service**(1) 1:43 1:50 25:23 26:2
**services**(4) 1:43 7:19 10:11 10:25
**sets**(1) 27:17
**seven**(1) 11:1
**seventh**(2) 10:15 11:2
**several**(4) 24:16 30:6 41:13 76:25 76:25 81:21

**seyfarth**(1) 8:30
**shamah**(1) 7:12
**shaw**(2) 6:36 8:30
**she**(86) 28:1 28:16 28:18 30:4 36:23 46:22 46:23 46:25 49:6 50:8 50:9 51:7 51:8 51:11 51:11 51:12 51:12 51:15 51:21 51:21 51:22 51:25 52:1 53:9 57:6 56:7 62:14 64:15 64:16 70:25 71:9 71:15 71:20 71:25 72:1 72:2 72:4 72:4 72:6 72:7 72:8 75:6 75:7 75:15 75:18 75:25 76:6 76:7 76:10 76:12 76:12 76:13 76:13 76:14 76:14 76:19 76:21 76:23 76:24 76:25 77:1 77:1 77:3 77:4 77:10 77:11 78:5 78:6 78:11 78:15 78:16 78:17 80:16 80:22 80:22 80:24 80:25 81:1 81:8 81:9 85:6 85:6

**sheridan**(1) 3:39
**sheron**(1) 8:8
**she's**(5) 63:22 64:7 64:8 64:8 76:5
**shore**(1) 34:16
**short**(2) 20:7 81:13
**shortening**(1) 68:4
**shortly**(1) 49:22
**should**(7) 14:21 20:21 72:2 75:22 76:21 78:9 78:19

**shouldn't**(2) 15:25 44:24
**shove**(1) 45:21
**show**(11) 26:1 58:13 60:3 60:4 64:23 65:20 69:18 71:11 75:20 76:11 80:17

**shows**(2) 75:6 75:23
**side**(3) 24:4 45:21 51:21
**sidley**(4) 1:21 4:29 29:22 79:24
**siegel**(1) 8:26
**sieger**(1) 8:40
**sign**(4) 20:18 26:24 31:11 66:21
**signals**(1) 14:19
**signature**(5) 65:6 65:9 65:10 65:11 66:6 66:14 66:20

**signed**(3) 12:12 12:14 21:12
**significant**(1) 72:6
**silver**(1) 7:22 7:23
**silverstein**(1) 2:27
**similar**(1) 34:6
**simple**(2) 23:12 54:22
**simpler**(1) 15:14
**simply**(5) 12:3 17:8 23:9 28:20 84:10
**since**(8) 13:17 14:4 17:1 22:14 23:20 26:11 56:15 68:20

**sir**(10) 29:16 46:17 50:17 52:11 53:2 54:8 57:22 62:9 66:8 66:18

**sitting**(1) 38:14
**situated**(1) 39:11
**situations**(1) 83:16
**six**(6) 10:23 35:5 76:16 78:25 79:12 82:22
**sizable**(1) 25:10
**sizing**(1) 82:16
**slater**(1) 8:19
**slept**(2) 39:1 40:13
**slimmer**(1) 15:14
**slipped**(1) 73:1
**sloan**(1) 2:12
**slot**(3) 39:13 39:15 39:23
**slowly**(1) 44:24
**software**(1) 10:25
**solicitation**(3) 17:9 17:11 17:18
**solution**(1) 27:10
**solutions**(2) 9:2 68:12
**some**(21) 17:4 18:3 18:22 27:3 30:17 31:4 36:20 41:6 41:16 43:9 44:15 42 48:15 48:16 49:8 51:1 51:21 55:24 58:10 59:5 67:13 80:15
**somebody**(1) 49:12
**somehow**(2) 22:2 43:24
**someone**(5) 11:15 48:4 54:3 77:16 78:18
**something**(15) 14:12 26:7 27:34 34:16 37:18 41:3 43:1 43:25 49:11 59:17 61:17 62:11 72:6 79:12 81:1

**some"**(2) 83:19 83:22
**song**(1) 8:44
**soon**(3) 40:8 56:5 56:5
**sophisticated**(1) 15:20
**sorry**(4) 35:20 46:17 58:14 77:8
**sottile**(1) 3:31
**sound**(2) 1:49 86:5
**sounded**(1) 51:14
**sounds**(4) 18:16 38:22 64:4 69:9
**spaeder**(1) 1:25 25:20
**speak**(1) 25:3
**speaking**(1) 17:10
**special**(1) 5:9
**specifically**(6) 24:11 38:23 44:11 44:15 71:5 84:15
**spectrum**(1) 15:11
**speculating**(1) 14:6
**spelled**(1) 25:24
**spend**(1) 83:1
**sperling**(1) 8:19
**spoke**(1) 73:14
**spoken**(2) 19:1 23:1
**square**(2) 2:13 2:42
**squeeze**(1) 17:13
**staff**(1) 36:21
**stand**(7) 31:25 38:22 63:23 63:24 63:25 67:9 85:17

**standard**(1) 81:11
**standing**(1) 32:4
**stargatt**(1) 2:40
**start**(1) 82:25
**started**(1) 72:22
**starts**(1) 84:6
**state**(3) 21:5 21:22 50:13

**stated**(3) 17:12 53:20 56:22
**statement**(21) 13:15 13:21 14:9 14:17 16:20 17:19 18:18 19:4 19:6 19:21 31:8 64:5 64:6 64:9 67:16 68:6 69:8 69:15 74:22 77:23 80:10

**statements**(1) 81:6
**states**(2) 1:1 1:18
**stating**(1) 28:8 28:25
**status**(1) 13:4
**stay**(8) 17:22 17:23 20:18 23:3 28:17 29:12 29:19 47:14

**stein**(1) 8:10
**step**(2) 32:3 67:2
**stephen**(1) 2:26
**stickles**(1) 30:7
**still**(18) 15:6 16:7 17:11 20:16 21:24 40:15 40:18 41:24 46:1 48:11 54:15 56:7 56:7 57:4 60:21 73:18 76:17 76:17

**stipulate**(1) 26:17
**stipulated**(1) 73:16
**stipulation**(3) 10:17 29:8 73:21
**stone**(1) 8:48
**stood**(1) 72:4
**stop**(1) 81:23
**stopped**(1) 56:19
**strauss**(3) 2:5 5:34 18:13
**streany**(2) 9:3 68:13
**street**(10) 1:10 1:30 1:44 2:14 2:29 2:36 2:43 3:6 3:18 3:46
**stress**(4) 36:14 36:14 37:11 38:1
**stressed**(1) 39:1
**stressful**(1) 72:7
**stretch**(1) 81:6
**stricken**(2) 21:20 22:24
**strike**(5) 26:16 26:25 33:25 41:24 59:24
**striking**(1) 28:21
**stromberg**(1) 4:40
**stuart**(1) 6:16
**stuff**(5) 55:13 62:14 62:14 62:20 63:10 65:12

**submissions**(1) 12:4
**submit**(2) 29:6 80:14
**submitted**(3) 10:17 11:13 69:23
**subsidiary**(2) 21:7 27:8
**substantive**(1) 27:17
**substitute**(1) 70:7
**such**(9) 24:1 30:3 43:10 43:17 68:21 72:4 75:11 75:12 76:21

**sue**(5) 49:25 50:10 50:12 58:15 87:7
**sue"**(1) 50:11
**suffering**(4) 44:3 44:10 44:14 76:13
**sufficient**(2) 15:5 73:21
**sugar**(1) 57:5
**suggest**(1) 16:3
**suggested**(1) 20:6
**suggestion**(1) 12:24
**suggests**(1) 17:4
**suicidak**(1) 37:15
**suit**(1) 21:8
**suite**(5) 1:37 3:12 3:19 3:40 3:46
**supplemental**(9) 13:15 14:9 15:9 15:11 17:18 18:6 19:3 80:10 80:11
**support**(1) 83:14
**supported**(1) 81:6
**sur-reply**(1) 25:2
**sure**(12) 10:6 12:21 27:2 29:7 29:11 31:24 43:17 46:13 51:6 51:19 55:9 78:11

**surprise**(1) 18:3
**surprised**(3) 13:14 16:21 18:6
**survival**(1) 81:1
**survive**(1) 80:23

| Word | Page:Line |
|---|---|
| suspect(1) | 14:11 |
| suttonbrook(2) | 5:10 5:11 |
| swoop(1) | 70:13 |
| sworn(1) | 32:5 |
| sympathetic(1) | 81:11 |
| symptoms(6) | 37:25 40:14 40:16 40:18 75:18 75:21 |
| systematically(1) | 21:16 |
| systems(1) | 9:2 |
| tab(1) | 85:1 |
| table(1) | 63:25 |
| tackle(1) | 47:9 |
| taconic(2) | 8:34 8:34 |
| taft(2) | 5:15 8:13 |
| take(19) | 12:2 15:25 18:8 20:6 20:10 31:25 40:6 40:19 41:21 44:24 44:24 56:12 58:2 64:6 70:7 74:7 79:7 79:11 84:19 |
| taken(6) | 15:1 56:15 59:16 61:13 81:15 81:18 |
| takes(1) | 56:5 |
| taking(3) | 38:12 64:16 75:11 |
| talk(4) | 16:8 16:15 48:5 48:19 |
| talked(4) | 15:14 17:13 17:25 51:15 |
| talking(8) | 11:17 14:10 49:7 59:10 60:22 62:18 63:15 78:13 |
| talks(1) | 15:11 |
| tammy(1) | 86:10 |
| target(1) | 30:10 |
| taxation(1) | 11:3 |
| taxes(2) | 55:14 55:16 |
| taxing(1) | 84:2 |
| taylor(1) | 2:40 |
| technical(1) | 10:18 |
| teeth(1) | 75:12 |
| telephone(3) | 12:5 12:6 29:18 |
| telephonic(1) | 4:1 |
| telephonically(1) | 20:8 |
| tell(12) | 13:16 14:11 14:13 14:17 18:2 43:4 49:19 52:14 59:17 64:3 79:8 79:9 |
| telling(3) | 24:4 27:25 64:7 |
| temporarily(1) | 41:18 |
| teno(1) | 9:7 |
| tenth(1) | 10:9 |
| term(1) | 41:13 |
| terminated(2) | 46:9 46:11 |
| terminating(1) | 71:8 |
| terms(6) | 19:2 19:3 19:8 72:22 72:24 83:4 |
| testified(5) | 75:15 75:25 76:5 76:13 76:25 |
| testifying(1) | 33:8 |
| testimony(6) | 34:25 60:4 60:18 60:19 61:7 80:21 |
| than(7) | 25:8 25:17 38:1 38:16 48:18 69:1 84:15 |
| thank(38) | 12:1 12:10 13:11 20:1 20:23 21:3 23:13 24:21 24:23 24:24 27:12 27:20 29:14 29:14 29:15 29:20 31:15 31:16 37:17 38:18 44:19 48:19 49:15 52:7 57:14 57:16 57:23 66:22 67:1 67:2 67:4 67:4 67:6 79:21 84:19 85:12 85:16 85:19 |
| that(301) | 11:13 11:16 11:23 12:2 12:11 12:16 12:23 12:25 13:10 13:16 13:18 13:24 13:24 14:6 14:7 14:12 14:15 14:19 14:20 14:22 14:24 14:25 15:1 15:4 15:5 15:6 15:15 15:17 15:21 16:2 16:11 16:12 16:13 16:14 16:18 16:21 16:22 16:25 17:3 17:4 17:5 17:6 17:10 17:17 17:22 18:1 18:1 18:3 18:4 18:9 18:9 18:11 18:15 18:16 18:18 18:20 18:24 19:1 19:5 19:6 19:7 19:8 19:12 19:15 19:17 19:19 19:22 19:24 20:8 20:11 20:13 20:17 21:5 21:6 21:11 21:15 21:16 21:19 21:21 21:22 21:22 21:23 21:24 21:25 22:1 22:2 22:4 22:4 22:5 22:6 22:8 22:13 22:24 23:4 23:5 23:6 23:10 23:10 23:12 23:15 23:21 23:23 23:24 24:4 24:5 24:6 24:12 24:13 24:15 24:16 24:17 24:17 25:8 25:11 25:13 25:14 25:24 26:1 26:5 26:7 26:10 26:13 26:14 26:17 26:18 26:21 26:24 26:24 26:25 27:2 27:4 27:4 27:5 27:6 27:9 27:21 27:25 27:25 28:1 28:2 28:4 28:7 28:8 28:9 28:12 28:15 28:19 28:20 28:23 28:24 29:1 29:9 29:11 29:11 29:23 30:5 30:9 30:21 30:23 31:4 31:5 31:5 31:7 31:9 31:11 31:14 31:14 32:10 32:14 32:20 33:3 33:18 33:25 33:25 34:3 34:7 34:9 34:10 34:15 34:18 34:19 35:2 35:5 35:13 35:15 35:24 36:12 36:20 37:2 37:4 37:6 37:8 37:10 37:17 37:19 37:19 37:20 37:20 37:24 38:1 38:3 38:5 38:7 38:13 38:25 39:4 39:12 39:15 40:6 40:6 40:14 40:14 40:20 40:24 40:25 41:4 41:4 41:12 41:20 41:24 42:5 42:5 42:6 42:8 42:8 42:9 42:18 43:1 43:2 43:6 43:12 43:15 43:17 43:24 43:24 43:25 44:1 44:2 44:3 44:4 44:6 44:8 44:12 44:25 45:5 45:10 45:10 45:11 45:18 45:22 45:24 46:6 46:9 46:13 46:14 46:23 46:24 46:25 46:25 47:17 47:7 47:9 47:11 48:5 48:9 48:11 48:13 48:22 48:23 49:1 49:3 49:8 49:10 49:11 49:13 49:25 50:1 50:2 50:3 50:5 50:7 50:8 50:14 50:15 50:16 50:20 50:20 50:22 50:23 51:2 51:2 51:10 51:15 51:19 51:20 52:1 52:5 52:6 52:7 |
| that(239) | 52:9 52:16 52:16 52:18 52:22 52:24 52:24 52:25 53:1 53:3 53:3 53:6 53:8 53:9 53:9 53:11 53:12 53:20 54:7 54:9 54:11 54:19 54:20 55:6 55:11 55:13 55:21 55:25 56:8 56:12 56:15 56:19 56:22 56:22 56:24 56:24 56:24 57:6 57:7 57:8 57:9 57:9 58:5 58:12 58:21 58:25 58:25 59:6 59:6 59:13 59:16 59:17 59:23 59:24 60:19 61:7 61:12 61:15 61:21 61:25 62:6 62:8 62:15 62:17 62:19 62:24 62:24 62:25 63:4 63:13 63:16 63:17 63:22 63:25 64:5 64:10 64:12 64:13 64:13 64:14 64:15 64:17 64:21 65:6 65:9 65:20 66:7 66:20 66:20 67:16 67:18 68:10 68:14 68:21 68:22 68:24 68:25 69:1 69:1 69:2 69:15 69:15 69:18 69:19 69:19 69:19 69:22 70:17 70:21 70:22 70:23 71:8 71:10 71:11 71:11 71:13 71:16 71:17 71:18 71:19 71:20 71:23 72:1 72:2 72:3 72:3 72:4 72:6 72:14 72:25 73:1 73:6 73:14 73:17 73:19 73:22 74:8 74:13 74:14 74:22 75:6 75:6 75:12 75:13 75:15 75:15 75:16 75:17 75:18 75:18 75:20 75:23 76:1 76:2 76:5 76:6 76:10 76:11 76:12 76:13 76:15 76:19 77:1 77:10 77:14 77:14 77:16 77:17 77:23 77:25 78:1 78:1 78:6 78:9 78:11 78:13 78:14 78:14 78:14 78:16 78:17 78:25 79:3 79:6 79:8 79:9 79:10 79:10 79:11 79:14 80:2 80:3 80:5 80:12 80:14 80:14 80:16 80:17 80:17 80:18 80:22 80:22 80:23 81:1 81:5 81:7 81:21 81:22 82:6 82:8 82:17 82:18 82:22 83:1 83:4 83:6 83:7 83:7 83:10 83:10 83:22 83:24 84:3 84:4 84:5 84:5 84:9 84:10 84:11 84:12 85:2 85:8 85:14 85:17 86:4 |
| that's(45) | 10:10 10:18 10:23 11:3 12:20 16:15 19:20 20:13 22:21 22:23 23:8 25:5 26:6 28:11 28:13 29:10 31:3 42:2 46:25 49:12 49:17 50:10 53:11 56:21 58:11 59:1 60:21 62:13 64:9 69:5 69:21 73:2 73:3 74:20 75:23 76:19 77:9 78:9 78:10 78:17 78:19 82:20 83:9 83:20 84:16 |
| the(301) | 1:1 1:2 1:17 3:5 3:16 3:32 5:20 10:2 10:4 10:5 10:6 10:8 10:9 10:12 10:13 10:14 10:14 10:15 10:19 10:20 10:22 10:22 10:23 10:24 11:1 11:2 11:3 11:4 11:5 11:7 11:7 11:9 11:10 11:13 11:15 11:17 11:19 11:22 12:1 12:2 12:3 12:4 12:5 12:6 12:8 12:11 12:12 12:14 12:14 12:18 12:22 12:25 13:1 13:2 13:3 13:4 13:5 13:7 13:10 13:13 13:14 13:14 13:15 13:21 13:24 13:25 14:2 14:5 14:7 14:9 14:12 14:14 14:14 14:15 14:15 14:16 14:17 14:18 14:20 14:21 14:25 15:4 15:9 15:15 15:17 15:17 15:18 15:18 15:22 15:22 16:2 16:5 16:7 16:9 16:11 16:12 16:12 16:14 16:14 16:18 16:19 16:20 16:24 17:1 17:1 17:4 17:5 17:5 17:8 17:9 17:9 17:11 17:11 17:14 17:16 17:17 17:18 17:20 17:20 17:21 17:22 17:23 18:1 18:4 18:5 18:9 18:10 18:16 18:17 18:17 18:18 18:19 18:20 18:21 18:24 18:25 19:2 19:5 19:5 19:9 19:10 19:11 19:11 19:12 19:13 19:15 19:16 19:18 19:19 19:20 19:20 19:25 20:2 20:4 20:6 20:8 20:12 20:15 20:16 20:17 20:18 20:21 21:1 21:4 21:5 21:5 21:7 21:8 21:12 21:14 21:17 21:19 21:25 22:2 22:7 22:7 22:8 22:11 22:14 22:16 22:17 22:19 22:19 22:22 22:23 22:25 22:25 23:3 23:3 23:5 23:5 23:6 23:8 23:13 23:14 23:15 23:18 23:19 23:20 23:25 24:1 24:3 24:3 24:4 24:4 24:6 24:10 24:11 24:12 24:16 24:19 24:21 24:24 24:25 25:2 25:4 25:9 25:12 25:15 25:19 26:6 26:11 26:11 26:11 26:12 26:13 26:16 26:19 26:23 26:25 27:7 27:10 27:12 27:12 27:13 27:13 27:16 27:17 27:18 27:18 27:19 27:20 27:22 28:3 28:7 28:8 28:9 28:11 28:16 28:16 28:17 28:18 28:22 28:25 29:2 29:3 29:6 29:9 29:11 29:12 29:12 29:15 29:17 29:17 29:22 29:24 29:24 30:2 30:4 30:5 30:6 30:7 30:8 30:10 30:11 30:11 30:13 30:15 30:15 30:16 30:19 30:20 30:20 30:24 |
| the(301) | 30:25 31:1 31:6 31:8 31:8 31:9 31:11 31:14 31:17 31:18 31:19 31:21 31:22 31:23 31:24 31:25 32:1 32:3 32:4 32:14 32:16 32:25 33:5 33:8 33:9 33:12 33:12 33:14 33:15 33:17 33:18 33:25 34:6 34:7 34:14 34:14 35:9 35:12 35:12 35:13 35:21 35:24 35:24 36:2 36:6 36:9 36:17 36:17 36:20 36:22 36:22 37:17 37:20 37:20 37:23 38:2 38:7 38:16 38:18 38:21 39:8 39:9 39:10 39:14 39:17 39:17 39:18 39:18 39:19 39:19 39:20 39:20 39:20 39:21 39:21 39:21 39:22 39:23 39:23 40:1 40:5 40:5 40:8 40:10 40:10 40:13 40:14 40:18 40:20 40:21 41:3 41:7 41:16 41:17 41:20 41:21 41:23 42:1 42:4 42:5 42:9 42:13 42:18 43:1 43:4 43:8 43:10 43:11 43:12 44:5 44:6 44:8 44:15 44:18 45:5 45:6 45:8 45:8 45:9 45:14 45:14 45:18 45:21 45:22 46:1 46:11 46:13 46:14 46:15 46:16 47:1 47:3 47:5 47:15 48:7 48:9 48:16 48:19 48:20 49:5 49:6 49:8 49:9 49:10 49:15 49:19 49:22 50:9 50:11 50:11 50:12 50:20 51:4 51:9 51:10 51:11 51:11 51:24 51:25 52:11 52:14 52:19 52:22 53:1 53:4 53:6 53:9 53:9 53:10 53:10 53:10 53:17 53:21 54:14 54:23 54:24 55:1 55:1 55:4 55:6 55:16 55:16 55:21 55:23 56:8 56:10 56:11 56:11 56:14 56:21 57:6 57:6 57:16 57:21 57:23 58:1 58:4 58:4 58:7 58:8 58:10 58:11 58:13 58:14 58:15 58:17 58:18 58:20 59:2 59:8 59:9 59:15 59:16 59:17 60:1 60:4 60:6 60:9 60:9 60:11 60:12 60:14 61:1 61:3 61:8 61:10 61:13 61:18 61:20 61:24 61:24 61:25 62:2 62:3 62:5 62:6 62:13 62:19 62:20 62:20 62:23 63:12 63:19 63:20 63:21 63:23 63:24 64:1 64:3 64:12 64:13 64:14 64:14 64:16 64:17 64:18 64:22 64:23 64:24 64:25 65:3 65:4 65:6 65:6 65:9 65:9 65:11 65:13 65:13 65:16 65:18 65:20 65:22 65:24 66:5 66:6 66:6 66:6 66:10 66:10 66:10 66:12 66:12 66:14 66:15 66:16 66:18 66:25 67:2 67:4 67:6 67:7 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| the(264) 67:8 67:8 67:12 67:12 67:15 67:17 67:18 67:20 67:22 67:25 68:1 68:3 68:4 68:5 68:5 68:8 68:9 68:16 68:17 68:19 68:19 68:20 68:25 69:2 69:4 69:5 69:7 69:7 69:8 69:12 69:13 69:14 69:14 69:15 69:16 69:16 69:17 69:18 69:18 69:20 69:22 69:24 70:1 70:3 70:6 70:8 70:8 70:9 70:11 70:14 70:15 70:15 70:18 70:19 70:19 70:21 70:24 71:1 71:3 71:6 71:7 71:10 71:11 71:13 71:19 71:20 71:21 71:22 71:23 71:23 72:2 72:3 72:5 72:7 72:10 72:10 72:13 72:14 72:16 72:18 72:21 73:1 73:2 73:3 73:6 73:9 73:11 73:14 73:15 73:15 73:17 73:20 73:21 73:22 74:1 74:3 74:4 74:6 74:6 74:10 74:13 74:15 74:15 74:18 74:18 74:19 74:21 74:21 74:23 74:25 75:3 75:6 75:10 75:14 75:14 75:15 75:16 75:18 75:23 76:1 76:11 76:14 76:15 76:16 76:19 76:20 77:4 77:6 77:8 77:13 77:13 77:18 77:19 77:20 77:22 77:22 77:23 77:23 77:24 78:1 78:6 78:8 78:9 78:14 78:15 78:20 78:21 78:21 78:22 78:25 79:5 79:5 79:6 79:16 79:18 79:21 79:22 79:24 79:24 79:25 80:1 80:1 80:2 80:4 80:5 80:6 80:7 80:8 80:9 80:10 80:11 80:13 80:15 80:18 80:19 80:20 80:22 80:25 81:5 81:11 81:13 81:16 81:18 81:19 81:20 81:21 81:22 81:23 81:23 81:24 81:25 82:5 82:1 82:3 82:4 82:5 82:8 82:11 82:14 82:15 82:16 82:16 82:19 82:20 82:21 82:21 82:24 82:25 82:25 83:1 83:3 83:5 83:7 83:8 83:10 83:10 83:11 83:14 83:15 83:16 83:18 84:1 84:1 84:4 84:4 84:5 84:5 84:6 84:6 84:7 84:7 84:8 84:12 84:14 84:15 84:16 84:16 84:17 84:19 84:23 84:25 85:2 85:2 85:3 85:3 85:5 85:7 85:8 85:8 85:10 85:10 85:11 85:16 86:1 86:4 86:5 86:5 86:6 | | they're(10) 20:17 22:2 23:4 24:5 55:2 67:22 68:24 71:8 78:16 82:9 | | tooth(1) 24:5 top(3) 50:11 62:6 65:4 torres(1) 8:7 tort(1) 83:8 totality(1) 18:17 touches(1) 30:22 town(1) 12:18 transcriber(1) 86:10 transcript(3) 1:16 1:50 86:5 transcription(2) 1:43 1:50 travel(2) 57:19 58:4 traveled(1) 58:5 treatment(1) 36:18 tree(2) 9:6 9:6 tremendous(1) 82:17 trials(1) 17:5 tribune(60) 1:7 4:29 4:43 5:2 8:29 10:4 21:7 21:7 21:8 21:16 22:3 22:15 23:11 23:16 25:5 26:18 26:19 26:22 26:23 27:4 27:7 27:22 28:8 28:21 28:22 32:16 41:7 42:5 42:18 43:1 43:11 44:23 46:6 46:8 47:5 48:22 48:25 49:8 49:24 50:13 51:6 51:20 52:3 52:25 59:2 59:7 59:17 61:25 62:25 69:17 69:18 71:7 71:14 71:22 71:23 71:24 72:1 76:9 80:25 81:9 | | upon(7) 18:20 19:20 34:25 40:19 72:23 78:20 84:16 upper(1) 18:20 ups(1) 81:5 upset(3) 46:23 47:2 83:5 usdr(1) 10:22 use(1) 43:6 used(5) 47:8 57:7 68:11 69:2 69:16 usually(2) 16:18 43:8 utilities(2) 43:18 43:22 vail(1) 5:26 value(1) 25:7 various(5) 3:2 14:11 26:12 75:24 82:16 vast(1) 15:11 verses(2) 58:10 58:10 very(12) 19:2 19:18 25:9 44:24 54:22 54:22 61:8 61:9 71:6 81:14 81:14 85:16 vestibule(1) 77:2 view(4) 26:7 30:19 80:21 81:1 virtually(1) 13:18 vital(1) 81:1 von(1) 10:13 vonnegut(1) 2:19 voting(2) 17:8 19:9 |
| their(7) 24:9 43:8 58:14 73:20 74:4 74:8 82:12 them(16) 11:16 12:16 12:19 14:23 21:25 22:1 25:19 44:24 45:21 46:20 49:19 53:8 62:4 67:8 69:17 76:4 then(24) 13:8 13:9 17:8 23:20 29:2 38:12 39:20 41:2 41:3 43:25 49:19 50:25 51:19 54:11 56:9 56:10 61:1 72:5 73:24 76:3 80:11 82:24 85:8 85:11 therapy(2) 36:20 36:22 there(60) 13:16 16:21 17:13 17:13 22:7 23:10 25:5 25:22 26:21 30:5 30:14 30:17 30:18 31:4 32:4 36:24 37:1 37:4 39:8 39:9 39:14 40:1 40:24 41:2 41:4 41:5 45:6 47:9 47:10 48:17 49:12 49:12 49:15 51:17 55:7 55:7 60:18 60:19 61:14 63:4 64:1 68:2 68:16 72:2 72:2 72:3 72:6 74:8 74:25 75:16 76:2 77:14 79:4 79:10 80:3 81:24 83:19 83:22 83:22 84:21 therefore(3) 18:7 23:9 27:4 there's(7) 10:17 19:8 23:5 39:13 49:12 74:7 74:14 these(15) 21:17 22:13 25:23 26:2 30:17 67:7 68:1 69:1 70:17 70:21 70:24 72:10 75:21 81:19 83:16 they(60) 14:8 17:10 18:24 21:21 21:22 21:23 21:24 22:3 22:6 22:10 22:16 23:3 23:4 23:24 23:25 24:2 24:17 24:18 37:4 37:6 37:22 37:24 39:14 40:18 42:8 43:6 44:13 46:15 46:15 49:10 49:13 49:18 49:24 50:2 50:4 50:21 50:22 50:25 51:6 53:12 54:16 55:3 56:20 56:22 57:3 63:4 68:22 70:17 71:7 71:23 72:18 74:16 80:5 | | thing(2) 56:8 85:9 things(17) 13:22 16:17 21:9 38:5 38:11 40:24 40:24 45:9 47:8 47:14 49:8 68:4 75:11 75:12 76:7 76:20 80:22 think(48) 11:20 12:25 13:6 13:10 13:17 13:20 13:23 14:23 15:13 15:15 15:22 16:18 16:22 17:1 17:10 17:16 17:17 18:4 18:14 19:14 19:18 20:6 20:13 20:15 25:2 25:11 25:16 26:10 30:14 34:13 34:16 37:5 61:22 62:18 65:19 69:24 70:6 70:12 70:2 72:9 73:12 73:20 74:23 79:25 82:7 83:13 83:18 thinking(1) 56:9 thinness(1) 13:14 third(1) 25:23 thirty-third(1) 10:19 this(103) 12:19 13:19 20:20 21:1 21:13 22:1 22:10 22:17 23:17 24:1 24:5 24:6 24:20 25:17 26:13 27:19 27:25 28:14 29: 30:1 30:23 33:9 35:1 35:15 40:10 41:6 42:12 42:17 43:12 44:10 44:14 47:9 47:18 49:21 49:22 51:9 57:17 60:6 60:7 60:19 61:13 61:20 62:7 62:8 62:11 62:14 62:16 62:16 62:20 62:21 62:24 63:10 63:13 63:20 64:19 65:8 65:11 65:12 66:3 66:4 66:8 66:16 66:21 67:10 68:10 68:13 68:17 68:20 68:23 69:17 70:7 70:12 71:11 72:23 74:13 75:1 75:23 75:25 76:16 77:2 77:10 78:13 80:7 80:15 80:21 81:7 81:9 81:9 81:10 81:12 81:14 81:20 81:23 82:4 83:7 83:7 83:13 83:14 84:5 84:20 85:5 85:17 thomas(3) 3:11 4:20 4:38 thompson(1) 11:6 those(23) 10:13 10:25 11:6 12:13 13:21 14:10 14:25 15:25 17:7 18:22 19:17 27:8 30:18 40:15 40:18 45:9 46:16 46:18 54:11 54:23 55:10 72:6 83:25 though(3) 27:5 74:16 77:10 thought(10) 10:5 12:4 14:21 20:10 26:13 38:14 41:14 71:6 71:10 83:12 three(5) 70:14 11:15 12:23 13:20 25:18 30:1 82:11 through(16) 10:5 15:3 21:13 39:19 40:1 44:5 46:14 48:11 52:1 64:11 67:16 67:24 68:1 76:25 77:1 77:2 thursday(1) 10:1 thus(1) 34:25 tibita(2) 7:45 7:46 time(36) 15:2 15:2 15:6 15:25 16:9 17:1 18:23 18:24 20:7 24:3 25:10 31:10 34:18 38:25 40:11 40:13 41:6 41:20 42:5 42:12 42:17 43:12 48:5 48:9 51:21 53:1 56:5 56:23 61:13 72:25 75:7 77:15 78:13 81:9 81:14 81:20 timely(2) 23:22 23:22 times(4) 25:17 25:18 45:6 45:7 today(8) 11:14 16:15 28:4 30:19 48:10 69:23 84:25 85:13 today's(1) 57:18 together(2) 72:23 72:24 told(13) 28:1 33:18 46:14 49:16 51:7 51:22 57:9 62:21 62:25 63:2 63:4 64:17 85:6 tomorrow(2) 14:5 14:5 too(5) 37:7 39:1 56:5 56:5 74:14 took(3) 40:7 46:4 46:4 46:20 49:14 51:17 51:21 52:16 | | tribune's(3) 21:20 23:18 71:11 tried(2) 49:19 51:9 tries(1) 15:12 trip(1) 85:18 true(8) 21:22 23:8 23:17 24:14 24:15 77:14 79:7 80:23 truly(3) 26:23 31:5 31:12 trust(2) 8:23 9:10 trustee(3) 3:44 3:44 19:14 trustees(1) 19:13 truth(2) 52:22 78:10 truthfully(1) 28:24 try(13) 15:3 19:24 36:15 38:12 44:23 45:23 47:12 51:22 56:8 57:2 59:17 78:17 81:23 trying(10) 19:9 26:19 36:15 47:14 60:21 64:13 65:24 72:22 72:22 72:24 tub(1) 38:15 tuesday(1) 31:7 turn(6) 30:2 30:25 31:16 52:2 65:13 74:6 turn-around(1) 19:2 tweed(1) 8:47 twenty(1) 10:14 twenty-fourth(1) 10:12 twice(3) 48:16 48:17 48:18 two(11) 10:12 13:20 19:19 25:2 25:19 28:18 30:13 30:14 38:15 47:4 72:16 type(3) 36:20 43:6 55:10 types(1) 45:9 typically(1) 83:15 u.s(1) 21:12 um-hum(1) 11:12 unable(2) 44:25 45:3 uncertainty(1) 82:17 uncontested(1) 13:23 under(6) 11:13 29:6 30:12 80:6 81:10 understand(19) 16:8 19:7 28:7 28:11 30:10 31:6 47:3 62:22 62:23 64:12 64:17 65:24 73:8 73:10 73:13 79:14 84:8 84:9 84:16 understanding(3) 31:4 63:13 73:22 understood(1) 71:22 united(2) 1:1 1:18 unless(1) 26:7 unliquidated(1) 83:23 unnecessarily(1) 79:1 unsecured(2) 4:16 82:16 until(6) 12:19 21:14 43:11 78:4 78:20 unusual(1) 33:1 | | waited(1) 47:4 waive(1) 28:20 walk-in(1) 49:17 walked(2) 49:17 49:17 walker(1) 10:25 wander(1) 38:13 wandering(3) 36:15 47:12 56:8 wanders(2) 36:16 54:11 want(20) 13:20 14:8 15:8 15:16 18:1 20:12 22:5 22:24 23:9 26:10 31:5 37:18 48:5 48:6 48:6 48:6 65:16 65:25 67:7 74:18 wanted(5) 12:21 29:10 36:23 48:7 50:21 wants(1) 12:3 wardwell(2) 2:18 6:19 was(151) 11:13 12:18 15:4 16:14 21:8 21:9 21:11 22:8 22:13 23:21 23:21 23:22 23:23 25:18 25:21 25:22 25:23 26:14 26:20 27:1 27:2 27:3 27:4 27:25 28:14 29:11 30:2 30:21 31:2 31:4 32:14 33:3 33:20 33:24 34:16 34:16 35:7 36:20 36:22 37:20 38:3 38:14 38:14 38:25 39:22 39:23 41:14 44:1 44:6 44:8 45:3 45:5 45:16 45:16 46:9 46:13 46:13 46:14 46:24 46:25 47:1 47:12 47:12 47:22 49:5 49:9 49:17 49:20 49:21 49:22 50:6 50:9 50:10 50:16 50:17 50:18 51:4 51:4 51:7 51:12 51:13 51:21 51:25 52:9 52:12 52:22 52:25 53:1 53:6 53:10 53:10 53:11 56:23 57:1 57:5 58:25 59:16 61:8 61:13 61:14 61:22 62:1 62:18 63:8 64:4 64:5 64:6 64:7 64:14 68:14 68:15 68:24 69:18 70:25 71:6 71:10 71:12 71:18 71:19 71:21 72:2 72:3 72:6 72:7 72:12 72:13 72:14 72:20 73:21 73:22 75:7 75:18 76:1 76:7 76:17 77:3 77:15 77:16 77:17 78:1 78:1 78:22 79:4 79:10 80:2 80:3 80:13 80:16 80:17 81:12 84:1 wasn't(14) 14:19 22:9 26:10 36:12 38:3 41:16 43:19 56:13 57:4 57:11 72:25 76:19 78:11 84:11 watch(2) 37:6 38:21 water(1) 27:19 way(12) 15:18 23:11 26:13 28:7 39:19 44:5 58:4 61:8 68:13 74:19 79:14 80:21 ways(3) 17:15 75:25 80:15 website(1) 15:19 week(12) 14:5 15:5 16:6 17:9 17:19 18:23 19:21 19:23 34:13 47:4 48:17 48:18 weeks(2) 47:4 57:4 weiss(1) 7:37 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**weitman**(1) 4:46
**welcome**(2) 29:15 29:18
**well**(38) 14:14 16:15 30:23 33:9 33:17 36:25 37:6 37:11 39:15 41:1 41:6 41:14 43:10 43:19 43:21 43:23 44:2 45:16 50:24 55:11 60:23 64:12 67:9 69:22 72:12 72:19 73:23 73:24 75:5 75:8 78:21 80:18 82:6 82:24 82:25 83:12 83:19 84:14

**wells**(2) 7:33 10:11
**went**(4) 57:5 57:6 77:1 83:12
**were**(72) 12:11 12:12 12:21 13:16 16:21 21:23 26:2 26:18 32:16 32:25 34:1 34:9 34:12 34:15 34:18 34:23 35:16 35:21 35:21 35:25 36:6 36:8 36:8 36:18 37:4 37:8 37:11 37:15 38:4 38:7 38:7 38:11 40:24 40:25 41:13 41:15 41:17 41:20 41:20 42:12 42:21 43:21 44:10 44:14 44:25 47:21 47:23 49:8 49:10 50:4 50:5 50:7 51:1 51:25 52:11 55:22 58:11 59:9 61:3 62:2 69:16 70:22 72:12 72:18 72:19 77:18 78:15 80:5 80:23 81:25 83:9 83:22 83:25

**weren't**(2) 38:5 78:22
**west**(1) 1:30
**we'd**(2) 13:6 20:7
**we'll**(3) 15:18 15:19 19:23
**we're**(11) 10:6 19:23 26:16 27:18 53:19 69:20 74:23 78:12 81:11 82:10 82:13

**we've**(5) 14:10 14:10 17:5 17:13 17:25
**wharton**(1) 7:37
**what**(72) 10:17 18:24 24:9 25:15 25:17 28:6 28:19 28:25 31:12 33:3 33:5 33:17 33:18 33:22 36:2 36:2 36:8 36:22 36:23 37:10 38:14 38:23 39:3 39:11 39:22 41:12 43:4 43:16 47:10 47:11 49:12 49:19 50:10 51:13 51:24 52:21 54:1 55:10 58:13 58:2 59:1 59:10 59:15 61:22 62:17 63:13 63:15 64:3 64:7 64:25 65:21 65:24 66:14 66:23 69:21 70:6 70:8 70:9 70:23 73:11 76:21 78:9 78:10 78:19 81:24 82:7 82:10 83:2 83:20 85:7

**whatever**(10) 19:2 19:22 22:4 27:3 57:4 71:10 71:15 76:16 77:4 79:3

**whatsoever**(1) 68:23
**what's**(2) 10:7 70:8
**when**(50) 13:21 16:8 19:23 22:3 22:11 33:25 36:15 38:6 38:13 39:3 39:9 39:11 46:15 46:22 46:24 46:25 47:11 49:12 49:18 49:18 50:17 50:18 51:5 52:20 52:21 54:1 54:14 56:7 56:16 56:19 56:20 56:21 56:22 56:23 57:5 57:5 59:11 61:1 61:24 66:8 72:4 72:10 76:17 77:15 77:18 78:13 78:15 78:16 78:17 79:9 81:14

**where**(17) 12:12 26:2 28:16 39:14 39:15 39:18 39:23 51:14 61:19 61:24 62:9 62:1 62:21 62:22 75:9 76:23 82:19

**whereupon**(1) 86:1
**whether**(15) 12:4 14:6 14:8 23:7 30:11 30:21 53:13 59:8 63:11 70:20 70:25 78:11 80:1 80:13 82:9

**which**(29) 11:14 13:4 13:9 15:18 17:6 17:16 21:6 24:18 25:20 27:18 28:19 29:23 29:25 30:15 30:22 47:13 49:20 53:10 54:23 61:20 62:5 63:12 64:8 67:13 67:14 68:5 68:10 71:7 80:20

**while**(9) 18:8 32:4 32:25 35:21 36:5 36:8 36:18 63:23 84:4

**white**(2) 7:33 43:9
**who**(4) 14:25 23:2 48:4 84:7
**whole**(1) 25:6
**who's**(1) 20:17

**why**(14) 22:9 22:23 25:6 29:3 41:15 49:1 53:9 53:11 58:11 60:21 71:23 72:18 73:2 76:11

**will**(35) 13:23 14:17 15:6 16:3 16:24 18:2 18:17 18:16 18:20 18:22 18:22 18:25 19:6 19:15 20:6 20:25 23:23 23:24 23:24 26:1 26:25 29:8 30:4 30:24 31:16 37:17 50:25 58:20 60:23 64:21 68:5 70:6 70:7 84:19 85:17

**willette**(1) 10:16
**willing**(7) 14:12 23:4 26:20 26:24 27:21 28:3 29:1

**wilmer**(1) 5:46
**wilmington**(13) 1:11 1:38 2:15 2:30 2:37 2:44 3:7 3:13 3:20 3:48 8:23 10:1 57:18

**winnowed**(1) 82:14
**wish**(5) 16:8 20:2 27:13 31:25 75:4
**with**(90) 10:10 10:12 10:15 10:20 10:22 10:24 11:2 11:15 11:8 11:16 11:24 12:1 12:3 13:7 14:22 14:24 16:15 17:10 17:18 18:19 18:23 19:1 19:5 19:8 19:9 19:16 21:12 23:1 23:4 23:15 23:20 24:12 24:16 25:15 25:18 26:16 28:2 29:8 30:7 30:23 31:7 31:10 32:19 32:22 34:1 35:15 36:20 37:2 42:4 42:20 42:21 44:1 45:9 45:9 45:15 45:21 49:3 49:23 51:8 51:15 51:19 54:10 55:17 57:2 57:2 57:22 58:5 62:14 62:20 64:21 70:11 70:19 70:19 70:20 71:9 72:20 72:20 73:1 73:15 75:1 78:14 80:25 81:15 82:2 82:25 83:4 83:11 84:10 84:24

**withdraw**(4) 68:5 69:20 73:24 74:2
**within**(4) 19:18 19:19 20:21 80:2
**without**(2) 67:22 83:10
**witness**(19) 31:25 33:8 33:14 58:16 60:4 60:12 61:3 63:20 64:23 64:25 65:18 65:20 65:24 66:16 66:18 67:4 67:7 67:9 87:3

**witnesses**(1) 67:10
**wolfson**(1) 6:36
**womble**(1) 3:10
**won't**(1) 36:16
**word**(3) 69:16 69:17 69:18
**words**(2) 61:10 65:3
**work**(7) 13:21 16:9 33:1 34:23 35:5 75:8 76:17

**worked**(1) 32:14
**workers**(1) 19:24
**worse**(1) 75:9
**would**(84) 11:16 14:16 15:1 15:2 15:5 15:8 15:13 15:16 16:25 17:20 18:9 20:12 25:25 27:5 27:9 28:1 28:2 28:7 28:9 28:19 32:3 35:1 35:12 37:18 37:19 38:12 38:13 38:17 39:8 39:8 39:9 40:10 41:1 41:2 41:2 41:3 41:5 44:4 44:8 45:10 45:21 46:20 47:4 47:9 47:12 47:13 48:9 48:16 49:11 51:13 52:17 56:7 56:8 56:8 59:5 60:3 60:3 63:1 64:22 66:15 68:4 68:9 68:19 68:20 70:3 71:17 71:23 71:25 71:1 77:11 78:14 76:12 76:15 76:18 76:22 76:22 77:1 77:11 78:14 81:3 81:13 81:18 83:8 83:15

**wouldn't**(6) 37:16 80:24 80:25 81:1 81:17 82:13

**write**(1) 51:13
**writing**(2) 28:14 65:11
**wrong**(1) 18:7
**www.diazdata.com**(1) 1:47

**yeah**(1) 61:20
**year**(3) 23:19 23:20 52:12
**years**(7) 30:13 34:3 34:5 53:21 55:5 55:15 82:11

**yellow**(2) 63:15 74:16

**yes**(102) 12:1 12:18 12:22 17:25 20:15 20:22 22:16 28:5 32:11 32:15 32:18 32:2 35:8 35:18 35:23 36:7 37:3 37:12 37:14 38:9 40:4 40:5 40:7 40:10 41:7 40:22 41:11 41:19 41:25 42:2 42:7 42:11 43:3 44:6 44:13 44:16 45:2 45:3 45:4 45:20 46:3 46:17 46:17 47:17 47:20 48:21 48:22 49:2 49:14 50:1 50:3 50:8 51:4 51:25 52:1 52:4 52:8 52:23 53:1 53:2 53:22 53:24 54:16 54:18 54:20 55:6 55:24 57:11 57:22 58:7 58:7 58:12 58:24 59:1 59:7 61:6 61:8 61:22 63:3 64:2 65:5 65:8 66:3 66:3 66:21 69:11 70:3 70:5 71:5 72:17 74:14 74:17 77:21 78:24

**yesterday**(2) 31:2 31:12

**york**(5) 2:8 2:22 3:27 3:34 7:7
**you**(301) 11:17 12:1 12:10 13:11 13:13 13:16 14:2 14:5 14:8 14:11 14:12 14:18 15:8 15:10 15:16 15:20 16:13 16:24 18:3 18:3 18:4 20:1 20:13 20:23 21:2 21:3 22:6 22:14 22:22 23:1 23:13 23:15 24:2 24:3 24:4 24:10 24:11 24:2 24:21 24:21 24:23 24:24 26:5 26:10 26:16 26:17 26:17 27:9 27:12 27:20 27:21 27:21 28:3 28:15 28:17 28:19 28:19 28:20 28:20 28:21 29:8 29:14 29:14 29:16 29:16 29:20 31:1 31:1 31:15 31:16 31:20 31:25 32:10 32:12 32:14 32:16 32:19 32:22 32:25 33:1 33:5 33:12 33:15 33:17 33:18 33:22 34:1 34:1 34:6 34:7 34:9 34:12 34:14 34:15 34:18 34:21 34:23 35:4 35:9 35:10 35:12 35:13 35:13 35:16 35:21 35:21 35:24 35:24 36:4 36:5 36:5 36:6 36:8 36:8 36:15 36:16 36:16 36:17 36:18 37:2 37:5 37:8 37:8 37:11 37:15 37:16 37:25 38:1 38:4 38:5 38:5 38:6 38:7 38:7 38:7 38:1 38:23 38:23 39:3 39:4 39:4 39:10 39:11 39:11 39:15 40:2 40:8 40:9 40:14 40:14 40:15 40:19 40:23 40:25 41:6 41:7 41:13 41:15 41:17 41:17 41:20 41:20 41:21 41:24 42:3 42:4 42:8 42:9 42:10 42:12 42:13 42:17 42:20 42:23 42:25 43:1 43:4 43:24 43:24 43:24 44:2 44:2 44:4 44:7 44:10 44:11 44:11 44:14 44:19 44:24 44:25 45:12 45:18 45:18 46:24 46:5 46:8 46:8 46:12 46:18 46:20 46:20 47:3 47:4 47:4 47:16 47:16 47:18 47:21 47:23 48:3 48:4 48:5 48:6 48:6 48:6 48:9 48:13 48:15 48:19 48:22 48:23 48:25 49:3 49:3 49:13 49:13 49:18 49:18 49:23 49:24 50:5 50:7 50:8 50:10 50:12 50:18 50:23 50:25 51:2 51:2 51:5 51:6 51:9 51:15 51:16 51:19 52:2 52:5 52:5 52:6 52:9 52:14 52:16 52:17 52:21 52:21 52:24 53:3 53:13 53:15 53:20 53:20 54:1 54:1 54:2 54:6 54:9 54:14 54:15 54:17 54:21 54:23 54:24 54:24 55:1 55:7 55:8 55:10 55:14 55:21 55:22 56:2 56:4 56:6 56:12 56:15 56:19 56:22 56:24

**you**(119) 56:24 57:9 57:10 57:14 57:16 57:17 57:18 57:19 57:23 58:4 58:4 58:5 58:8 58:9 58:11 58:13 58:20 58:21 58:22 59:2 59:5 59:5 59:8 59:9 59:10 59:10 59:10 59:13 59:17 59:24 60:3 60:14 60:17 60:19 60:19 60:19 60:23 61:5 61:7 61:10 61:10 61:13 61:19 61:21 62:5 62:16 62:16 62:17 62:23 62:23 63:1 63:4 63:11 63:11 63:15 63:17 63:23 63:24 63:25 63:25 64:6 65:2 65:3 65:6 65:13 65:15 65:25 66:2 66:5 66:6 66:8 66:16 66:22 67:1 67:2 67:2 67:4 67:4 67:6 67:8 69:9 69:22 69:22 70:3 70:4 71:4 73:3 73:9 77:16 77:18 77:19 77:22 78:2 78:9 79:3 79:8 79:9 79:11 79:13 79:18 79:21 80:19 80:20 81:1 81:8 81:17 82:10 83:6 83:9 83:14 83:20 84:9 84:19 85:7 85:7 85:12 85:16 85:19

**young**(1) 2:40
**your**(171) 10:3 10:5 11:23 12:10 12:10 12:16 12:20 12:24 13:11 13:12 13:13 14:4 14:4 14:7 15:7 15:9 16:1 16:23 17:23 18:3 18:5 18:7 18:12 18:14 18:15 18:21 19:4 19:19 20:1 20:5 20:20 20:24 21:3 21:21 21:22 23:14 23:16 24:13 24:23 25:1 25:25 27:8 27:15 27:23 28:5 28:13 28:22 29:14 29:20 29:21 30:18 30:23 31:6 31:16 31:19 33:7 34:25 35:7 35:16 36:23 36:16 37:5 38:10 39:4 39:5 39:10 39:23 40:2 40:9 40:19 40:24 40:25 41:21 42:3 42:9 43:15 43:16 43:17 43:17 43:21 44:19 44:25 45:12 45:13 46:1 46:9 47:11 48:3 49:23 50:2 50:25 51:5 51:15 52:6 53:21 53:25 54:2 54:3 54:14 55:4 55:14 55:18 55:25 56:2 56:22 57:7 57:14 57:24 58:5 59:25 60:2 60:12 60:17 62:24 63:18 64:2 64:21 65:9 65:9 66:20 66:24 67:11 67:19 68:3 68:10 68:15 68:18 69:6 69:11 69:13 69:25 70:4 70:5 70:11 72:12 72:17 72:19 73:2 73:8 73:10 73:13 73:24 74:10 74:12 74:20 74:24 75:5 77:9 77:17 77:21 77:25 78:20 79:2 79:8 79:11 79:15 79:20 79:23 81:3 81:7 82:1 83:2 84:10 84:13 84:18 84:22 85:1 85:4 85:6 85:15 85:19

**you've**(6) 40:20 53:23 53:25 54:2 55:4
**zabel**(1) 4:11
**zachary**(1) 10:16
**zelmanovitz**(1) 9:11
**zensky**(1) 5:37
**zloto**(1) 5:31
**zuckerman**(2) 3:30 4:23
**\*file**(2) 61:19 63:11
**\*right**(1) 50:11