# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

February 1, 2012 through February 29, 2012

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Alan Holtz | Managing Director | 1.10 | 920.00 | 1,012.00 |
| Albert Leung | Director | 99.40 | 620.00 | 61,628.00 |
| Brad Hall | Director | 73.50 | 665.00 | 48,877.50 |
| Young Kim | Director | 0.70 | 620.00 | 434.00 |
| | | | | |
| Total Hours & Fees | | 174.70 | | 111,951.50 |
| Less 50% Travel Time | | | | (5,153.75) |
| Subtotal | | | | 106,797.75 |
| Expenses | | | | 964.00 |
| | | | | |
| **Total Amount Due** | | | | USD    107,761.75 |

AlixPartners may determine, from time to time, to augment its professional staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. AlixPartners did not use Independent Contractors during this Staffing Period.