# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

February 1, 2012 through February 29, 2012

| Project Code | Description | Hour | Amount |
|---|---|---|---|
| 5735.00004 | Current Financials | 106.9 | 67,785.50 |
| 5735.00005 | Prospective Financials | 35.7 | 23,020.50 |
| 5735.00007 | Employee Issues | 2.7 | 1,674.00 |
| 5735.0001 | Claims & Recoveries | 8.6 | 5,390.50 |
| 5735.00015 | UCC Meetings | 3.0 | 1,963.50 |
| 5735.00017 | Billing and Retention | 2.3 | 1,810.00 |
| 5735.00018 | Travel Time (billed at 50%) | 15.5 | 5,153.75 |
| | | **174.7** | **$106,797.75** |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/01/12 | ANL | Reviewed December 2011 Brown Book. | 2.50 |
| 02/01/12 | ANL | Prepared summary of publishing and broadcasting full year 2011 results. | 2.10 |
| 02/01/12 | ANL | Prepared summary of full year 2011 OCF business unit results. | 2.30 |
| 02/01/12 | BH | Analyzed 2011 Brown Books for financial information related to full year operating performance. | 2.30 |
| 02/01/12 | BH | Analyze weekly financial results and report to Committee on same. | 2.20 |
| 02/01/12 | BH | Prepare presentation to Committee regarding the 2011 actual yearend financial results compared to Plan. | 3.60 |
| 02/01/12 | BH | Review motion to enter Broadcast License Agreement with Local TV. | 0.80 |
| 02/02/12 | BH | Prepare verbal comments for presentation of current financial data at Committee meeting. | 1.00 |
| 02/02/12 | BH | Review latest Moelis Media Update. | 0.50 |
| 02/02/12 | ANL | Reviewed summary of FTE and compensation expenses for all business units. | 1.70 |
| 02/02/12 | ANL | Reviewed LA Times and Chicago Tribune financial models. | 1.60 |
| 02/02/12 | ANL | Reviewed summary of circulation and other revenue for all business units. | 1.60 |
| 02/02/12 | ANL | Prepared summary of full year 2011 OCF business unit results. | 2.30 |
| 02/03/12 | ANL | Prepared report of full year 2011 results for UCC. | 2.30 |
| 02/03/12 | ANL | Reviewed December 2011 and full year 2011 business unit results. | 2.50 |
| 02/06/12 | ANL | Reviewed 2011 full year results for publishing and broadcasting business units. | 1.70 |
| 02/06/12 | ANL | Reviewed NYT, GCI earnings and other industry news. | 1.60 |
| 02/06/12 | ANL | Prepared weekly status update. | 2.20 |

Re:                              Current Financials
Client/Matter #                  005735.00004

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/06/12 | BH | Review and analyze 2011 year end results for report to Committee. | 1.50 |
| 02/07/12 | BH | Review and analyze weekly financial results and edit report to Committee on same. | 2.40 |
| 02/07/12 | BH | Follow-up with Tribune advisors on the return of cash dividend money to corporate accounts. | 0.50 |
| 02/07/12 | ANL | Reviewed 2011 Operating Plan and business unit models. | 0.70 |
| 02/07/12 | ANL | Analyzed CV and CareerBuilder dividend cash documents. | 1.30 |
| 02/07/12 | ANL | Reviewed updated 13 week cash flow forecast. | 0.80 |
| 02/08/12 | ANL | Prepared summary of publishing initiatives. | 1.60 |
| 02/08/12 | ANL | Analyzed 2010 and 2011 Operating Plan details. | 1.30 |
| 02/08/12 | ANL | Reviewed pacing reports, cash flow forecast & results and publishing flash reports. | 2.50 |
| 02/08/12 | BH | Review impact of pension accounting on 2011 and 2012 results and impact to valuation issues in relation to Plan. | 3.90 |
| 02/09/12 | BH | Arrange meeting schedule with Tribune advisors for management meeting to discuss 2012 Operating Plan. | 0.50 |
| 02/09/12 | ANL | Reviewed Tribune SEC documents. | 1.70 |
| 02/09/12 | ANL | Reviewed December 2010 brown book. | 1.80 |
| 02/09/12 | ANL | Analyzed weekly publishing flash reports for 2012. | 1.10 |
| 02/09/12 | ANL | Reviewed Legacy.com letter of intent from buyer and other documents. | 1.50 |
| 02/10/12 | ANL | Prepared weekly status update. | 2.10 |
| 02/10/12 | ANL | Reviewed 2011 Operating Plan and exhibits. | 1.70 |
| 02/10/12 | ANL | Reviewed weekly revenue flash reports and pacing reports. | 1.20 |
| 02/10/12 | BH | Review Moelis Media Update. | 0.60 |
| 02/13/12 | ANL | Prepared response to fee examiner report for the 8th interim period. | 2.30 |
| 02/13/12 | ANL | Prepared weekly status update. | 1.50 |
| 02/13/12 | ANL | Prepared summary of Tribune financial reports for Committee member. | 2.20 |
| 02/13/12 | ANL | Reviewed CV, CB and Legacy.com related documents. | 2.30 |
| 02/14/12 | ANL | Reviewed 2010 and 2011 Operating plan details. | 2.30 |
| 02/14/12 | ANL | Reviewed pension's expenses and accruals for 2008. | 1.80 |
| 02/14/12 | BH | Call with Moelis to discuss format of report on 2012 Operating Plan. | 0.50 |
| 02/14/12 | BH | Review weekly financial results. | 1.40 |
| 02/15/12 | BH | Review Moelis Media Update. | 0.50 |
| 02/15/12 | BH | Revise report on weekly financial results compared to Plan. | 1.00 |
| 02/15/12 | ANL | Reviewed CBS, Time Warner and Sinclair results. | 1.80 |

Re:             Current Financials
Client/Matter # 005735.00004

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/15/12 | ANL | Reviewed 2010 and 2011 Operating plan details. | 1.30 |
| 02/15/12 | ANL | Reviewed Moelis status update. | 0.50 |
| 02/16/12 | ANL | Prepared weekly status update. | 1.60 |
| 02/16/12 | ANL | Analyzed Comcast NBCUniversal Q4 results and CBS Q4 results. | 1.70 |
| 02/16/12 | ANL | Reviewed 2010 and 2011 Operating plan details. | 2.10 |
| 02/16/12 | ANL | Participated in Tribune financial advisors monthly call on January 2012 results. | 0.50 |
| 02/18/12 | BH | Review and analyze the pension tax and cash pay implications as illustrated in Tribune analysis of current and future pension liability. | 2.60 |
| 02/20/12 | BH | Review and analyze potential acquisition of Journatic. | 1.40 |
| 02/20/12 | ANL | Analyzed supplemental disclosure statement and legal entity information. | 1.50 |
| 02/21/12 | ANL | Prepared weekly update for UCC. | 1.80 |
| 02/21/12 | BH | Discuss with Tribune advisors the implication of eliminating Pulishers Forest Products from the Ch. 11 proceedings. | 0.90 |
| 02/22/12 | BH | Review and analyze weekly financial results and edit report to Committee on same. | 2.20 |
| 02/25/12 | BH | Review Moelis Media Update | 0.50 |
| 02/26/12 | ANL | Prepared weekly status update. | 2.50 |
| 02/28/12 | ANL | Prepared weekly status update for UCC. | 1.30 |
| 02/29/12 | BH | Analyze weekly financial results and UCC weekly status report. | 2.20 |
| 02/29/12 | YK | Reviewed, revised and posted weekly status report. | 0.70 |
| 02/29/12 | BH | Review Moelis Media Update. | 0.50 |
| | | **Total Hours** | **106.90** |

Re: Current Financials
Client/Matter # 005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Albert Leung | 72.70 | 620.00 | 45,074.00 |
| Brad Hall | 33.50 | 665.00 | 22,277.50 |
| Young Kim | 0.70 | 620.00 | 434.00 |
| **Total Hours & Fees** | **106.90** | | **67,785.50** |

Re: Prospective Financials
Client/Matter # 005735.00005

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/03/12 | ANL | Analyzed 2010 and 2011 Tribune operating plans. | 2.10 |
| 02/09/12 | ANL | Prepared publishing and broadcasting initiatives. | 2.30 |
| 02/16/12 | ANL | Analyzed Tribune 2012 Operating Plan presentation and supporting documents. | 2.50 |
| 02/17/12 | ANL | Reviewed Tribune 2012 Operating Plan presentation. | 2.20 |
| 02/19/12 | BH | Analyze Tribune 2012 Operating Plan. | 3.00 |
| 02/20/12 | BH | Analyze 2012 Tribune Operating Plan. | 2.50 |
| 02/21/12 | ANL | Analyzed 2012 Operating Plan and 2012 Operating plan presentation from Debtors. | 2.20 |
| 02/23/12 | BH | Discuss timing of management meeting on 2012 Operating Plan with Tribune advisors. | 0.50 |
| 02/25/12 | BH | Review and analyze Tribune 2012 Operating Plan versus prior year results. | 2.70 |
| 02/27/12 | BH | Draft list of questions for Tribune ahead of scheduled management meeting to take place later this week. | 3.50 |
| 02/27/12 | BH | Review projected pension expense and cash funding obligations and impact to 2012 Operating Plan. | 1.10 |
| 02/27/12 | ANL | Prepared presentation to the UCC on 2012 Operating Plan. | 2.50 |
| 02/27/12 | ANL | Reviewed Tribune 2012 Operating Plan documents | 2.20 |
| 02/28/12 | BH | Respond to Committee members question on cash pension payments. | 0.40 |
| 02/29/12 | BH | Participate in 2012 management meeting in Chicago regarding Operating Plan. | 6.00 |
| | | **Total Hours** | **35.70** |

Re:             Prospective Financials
Client/Matter # 005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Albert Leung | 16.00 | 620.00 | 9,920.00 |
| Brad Hall | 19.70 | 665.00 | 13,100.50 |
| **Total Hours & Fees** | **35.70** | | **23,020.50** |

Re: Employee Issues
Client/Matter # 005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/27/12 | ANL | Reviewed 401K and pension presentation. | 1.50 |
| 02/27/12 | ANL | Reviewed severance materials from C&P and allocation briefs. | 1.20 |
| | | **Total Hours** | **2.70** |

Re:             Employee Issues
Client/Matter # 005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Albert Leung | 2.70 | 620.00 | 1,674.00 |
| **Total Hours & Fees** | **2.70** | | **1,674.00** |

Re:  Claims & Recoveries
Client/Matter #  005735.00010

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/14/12 | ANL | Reviewed proof of claims for ASM capital and LA Times. | 1.80 |
| 02/14/12 | ANL | Reviewed claim stipulation agreement. | 0.80 |
| 02/15/12 | ANL | Reviewed lease documents for claim. | 1.20 |
| 02/15/12 | ANL | Reviewed claim stipulation agreement. | 1.50 |
| 02/16/12 | ANL | Prepared reconciliation schedule for claim stipulation 6262 | 1.20 |
| 02/16/12 | ANL | Reviewed claim stipulation agreement. | 0.80 |
| 02/16/12 | BH | Review pre-filing financial statements to identify liabilities related to defined benefit plans. | 0.80 |
| 02/17/12 | BH | Call with Committee member on accounting of pension liabilities pre-filing. | 0.50 |
| | | **Total Hours** | **8.60** |

Re: Claims & Recoveries
Client/Matter # 005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Albert Leung | 7.30 | 620.00 | 4,526.00 |
| Brad Hall | 1.30 | 665.00 | 864.50 |
| **Total Hours & Fees** | **8.60** | | **5,390.50** |

Re:             UCC Meetings
Client/Matter # 005735.00015

| Date     | Consultant | Description of Services                                      | Hours |
|----------|------------|--------------------------------------------------------------|-------|
| 02/02/12 | ANL        | Participated in telephonic UCC meeting.                      | 0.70  |
| 02/02/12 | BH         | Participate in UCC meeting and present financial report.     | 0.70  |
| 02/07/12 | BH         | Participate in professionals call hosted by Chadbourne.      | 0.50  |
| 02/14/12 | BH         | Participate in professionals meeting hosted by Chadbourne.   | 0.50  |
| 02/21/12 | BH         | Participate in professional call hosted by Chadbourne.       | 0.60  |
|          |            | **Total Hours**                                              | **3.00** |

Re: UCC Meetings
Client/Matter # 005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 0.70 | 620.00 | 434.00 |
| Brad Hall | 2.30 | 665.00 | 1,529.50 |
| **Total Hours & Fees** | **3.00** | | **1,963.50** |

Re: Billing and Retention
Client/Matter # 005735.00017

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/02/12 | BH | Review and edit monthly fee application. | 1.20 |
| 02/20/12 | AH | Review and modify 8th Interim Fee Auditor response | 0.90 |
| 02/27/12 | AH | Final review of fee auditor response and get sent out | 0.20 |
| | | **Total Hours** | **2.30** |

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.10 | 920.00 | 1,012.00 |
| Brad Hall | 1.20 | 665.00 | 798.00 |
| **Total Hours & Fees** | **2.30** | | **1,810.00** |