# EXHIBIT A



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

March 1, 2012                                                                 Invoice 2633   MDS

In Reference To: 00499-003 - Mitchell v. Baltimore Sun

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 02/01/12 | MDS | Telephone conference with client regarding status, strategy and motion to dismiss. | 0.20 455.00/hr | 91.00 |
| 02/02/12 | TC | Research regarding motion in bankruptcy court to dismiss Mitchell case. | 0.40 430.00/hr | 172.00 |
| 02/03/12 | MDS | Outline arguments for motion to dismiss (.3); review file regarding factual background and determine strategy (.6). | 0.90 455.00/hr | 409.50 |
| 02/13/12 | TC | Research regarding motion in bankruptcy court to dismiss Mitchell case. | 0.20 430.00/hr | 86.00 |
| 02/14/12 | TC | Research regarding motion to dismiss bankruptcy court claim. | 2.70 430.00/hr | 1,161.00 |
| 02/15/12 | TC | Continue research regarding motion to dismiss bankruptcy court claim (1.6); begin drafting motion (.5). | 2.10 430.00/hr | 903.00 |
| 02/15/12 | AMD | Research state appellate cases affirming trial court's dismissal of case pursuant to Maryland Rule 2-507 for lack of prosecution (2.1); identify cases that were dismissed without prejudice, but could not be refiled because statute of limitations had run (1.8). | 3.90 335.00/hr | 1,306.50 |
| 02/16/12 | MDS | Prepare motion to dismiss. | 0.40 455.00/hr | 182.00 |
| 02/16/12 | TC | Continue drafting motion to dismiss bankruptcy court claim and follow-up research regarding same. | 4.60 430.00/hr | 1,978.00 |

## Levine Sullivan Koch & Schulz, LLP

| | | | | March 1, 2012 |
|---|---|---|---|---|
| I.D. 00499-003 - MDS | | | | Invoice 2633 |
| Re: Mitchell v. Baltimore Sun | | | | Page 2 |
| **Date** | **Atty** | **Description** | **Hours/Rate** | **Amount** |
| 02/17/12 | MDS | Review and revise draft brief in support of motion to dismiss remaining claims in bankruptcy court. | 2.20<br>455.00/hr | 1,001.00 |
| | | **For professional services rendered** | 17.60 | $7,290.00 |
| | | **Total Amount of this Bill** | | $7,290.00 |

## Levine Sullivan Koch & Schulz, LLP

I.D. 00499-003 - MDS  
Re: Mitchell v. Baltimore Sun

March 1, 2012  
Invoice 2633  
Page 3

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Michael D. Sullivan | 3.70 | 455.00 | 1,683.50 |
| Thomas Curley | 10.00 | 430.00 | 4,300.00 |
| Amba M. Datta | 3.90 | 335.00 | 1,306.50 |
| **Totals** | 17.60 |  | $7,290.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP  
1899 L STREET, N.W.  
SUITE 200  
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY  10017

March 1, 2012                                                                 Invoice  2584    DAS
In Reference To:  00499-008 - General
Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 02/14/12 | RP | Review copyright issue. | 1.00<br>455.00/hr | 455.00 |
| 02/27/12 | RP | Analyze copyright issues (1.5); exchange email with client regarding same (.4). | 1.90<br>455.00/hr | 864.50 |
| 02/28/12 | RP | Review potential claim issues. | 2.00<br>455.00/hr | 910.00 |
| | | **For professional services rendered** | **4.90** | **$2,229.50** |
| | | **Total Amount of this Bill** | | **$2,229.50** |

## Levine Sullivan Koch & Schulz, LLP

I.D. 00499-008 - DAS  
Re: General

March 1, 2012  
Invoice 2584  
Page 2

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 4.90 | 455.00 | 2,229.50 |
| **Totals** | **4.90** | | **$2,229.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP  
1899 L STREET, N.W.  
SUITE 200  
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

 LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

March 1, 2012             Invoice 2594    NES

In Reference To: 00499-050 - Baltimore Sun - General Newsroom

Client: Tribune Company

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 02/02/12 | NES | Review LRIA email and draft correspondence to LRIA. | 0.50<br>455.00/hr | 227.50 |
| 02/03/12 | NES | Revise correspondence to LRIA (.2); telephone conference with J. Hessler regarding same (.2). | 0.40<br>455.00/hr | 182.00 |
| | | For professional services rendered | 0.90 | $409.50 |
| | | **Total Amount of this Bill** | | **$409.50** |

Levine Sullivan Koch & Schulz, LLP

| | | | March 1, 2012 |
|---|---|---|---|
| I.D. 00499-050 - NES | | | Invoice 2594 |
| Re: Baltimore Sun - General Newsroom | | | Page 2 |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 0.90 | 455.00 | 409.50 |
| **Totals** | **0.90** | | **$409.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY  10017

March 1, 2012                                          Invoice  2632     NES
In Reference To:  00499-071 - Henke
Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 02/28/12 | NES | Telephone conference with client regarding strategy. | 0.20<br>455.00/hr | 91.00 |
| | | **For professional services rendered** | **0.20** | **$91.00** |
| | | **Total Amount of this Bill** | | **$91.00** |

## Levine Sullivan Koch & Schulz, LLP

| | |
|---|---:|
| | March 1, 2012 |
| I.D. 00499-071 - NES | Invoice 2632 |
| Re: Henke | Page 2 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---:|---:|---:|
| Nathan E. Siegel | 0.20 | 455.00 | 91.00 |
| **Totals** | **0.20** | | **$91.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY  10017

March 1, 2012                                                                 Invoice  2442    SDB

In Reference To:  00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues
Client:  Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 02/02/12 | SDJ | Exchange email with fee examiner regarding Ledes files for seventeenth monthly fee application (.2); exchange email with local counsel regarding eighth interim fee application hearing (.3). | 0.50<br>335.00/hr | 167.50 |
| 02/27/12 | SDJ | Draft and revise eighteenth monthly fee application and review invoices regarding same (2.0); correspond with local counsel and client regarding certificate of no objection for seventeenth monthly fee application (.2). | 2.20<br>335.00/hr | 737.00 |
| 02/27/12 | JPB | Review and revise eighteenth monthly fee application for accuracy. | 0.50<br>195.00/hr | 97.50 |
| | | **For professional services rendered** | **3.20** | **$1,002.00** |
| | | **Total Amount of this Bill** | | **$1,002.00** |

## Levine Sullivan Koch & Schulz, LLP

| | |
|---|---|
| I.D. 00499-080 - SDB | March 1, 2012<br>Invoice 2442 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | Page 2 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Shaina D. Jones | 2.70 | 335.00 | 904.50 |
| Jennifer P. Burke | 0.50 | 195.00 | 97.50 |
| **Totals** | **3.20** | | **$1,002.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605