# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1952231
0276 12575 / 12575-000301
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through January 31, 2012

**Photographer(s) Recall Grievance: Case No. 16 300 00214 11**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/04/12 | K. Michaels | L120 | | Correspondence from R. Paul regarding request to American Arbitration Association to change location of scheduled February hearing dates; telephone conference with A. Barnes regarding same. | 0.10 | 60.50 |
| 01/04/12 | K. Michaels | L120 | | Telephone conference with A. Barnes scheduling preparation of witnesses for continued days of hearing. | 0.20 | 121.00 |
| 01/06/12 | K. Michaels | L120 | | Review e-mail correspondence from American Arbitration Association regarding scheduling conference call with arbitrator; telephone conference with A. Barnes regarding same. | 0.10 | 60.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/13/12 | K. Michaels | L120 | | Telephone conference with Arbitrator R. Colflesh and R. Paul regarding scheduling location for hearing (.30); telephone conference with R. Paul regarding same (.10); telephone conference with A. Barnes regarding same (.10). | 0.50 | 302.50 |
| 01/18/12 | K. Michaels | L120 | | Telephone conference with A. Barnes regarding location for hearing (.20); various e-mail correspondence with R. Paul and arbitrator regarding same (.20); second telephone conference with A. Barnes regarding location for hearing (.10). | 0.50 | 302.50 |
| 01/26/12 | K. Michaels | L110 | | Review of e-mail correspondence from Union counsel R. Paul and attached Union bargaining notes. | 0.40 | 242.00 |
| 01/30/12 | K. Michaels | C300 | | Review of e-mail correspondence from B. Hamilton and attached analysis of A. Davis testimony at first day of hearing. | 0.50 | 302.50 |
| 01/30/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding review of recently produced Guild 1993 bargaining notes. | 0.30 | 181.50 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 2.60 | |
| **Total Fees** | | | $1,573.00 |
| **Less Discount** | | | ($157.30) |
| **Total Fees After Discount** | | | $1,415.70 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 2.60 | hours at | $605.00 | per hour | |



Baltimore Sun

| Disbursements | Value |
|---|---|
| Copying | 1.20 |
| Long Distance Telephone | 2.30 |
| Long Distance Telephone | 0.52 |
| **Total Disbursements** | 4.02 |
| **Total Amount Due** | $1,419.72 |



**SEYFARTH**
**ATTORNEYS**
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1952231
0276 12575 / 12575-000301
Photographer(s) Recall Grievance: Case No. 16 300
00214 11

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,573.00 |
| Less Discount | ($157.30) |
| Total Fees after Discount | $1,415.70 |
| Total Disbursements | 4.02 |
| Total Fees and Disbursements This Statement | $1,419.72 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1952232
0276 12575 / 12575-000303
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through January 31, 2012

### 2012 Pressroom Negotiations

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/18/12 | J. Sherman | C300 | | Conference with A. Barnes regarding negotiation strategy. | 0.30 | 217.50 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 0.30 | |
| **Total Fees** | | | $217.50 |
| **Less Discount** | | | ($21.75) |
| **Total Fees After Discount** | | | $195.75 |

### Timekeeper Summary

| | | | | | |
|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.30 | hours at | $725.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1952232

Page 2

Baltimore Sun

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $195.75 |



**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1952232
0276 12575 / 12575-000303
2012 Pressroom Negotiations

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $217.50 |
| Less Discount | ($21.75) |
| Total Fees after Discount | $195.75 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $195.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1952235
0276 36377 / 36377-000001
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through January 31, 2012

**Corporate Labor Relations Matters 0000001096**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/09/12 | J. Sherman | C300 | | Conference with A. Barnes related to special project issues. | 0.30 | 217.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.30 | |
| **Total Fees** | | $217.50 |
| **Less Discount** | | ($21.75) |
| **Total Fees After Discount** | | $195.75 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.30 | hours at | $725.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1952235

Page 2

Tribune Company/Sherman

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                    $195.75



**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1952235
0276 36377 / 36377-000001
Corporate Labor Relations Matters 0000001096

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $217.50 |
| Less Discount | ($21.75) |
| Total Fees after Discount | $195.75 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $195.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1952237
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through January 31, 2012

## Bankruptcy Fee Application 0000001891

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/03/12 | J. McManus | B110 | | Prepare Seyfarth's Twenty-Fifth Monthly Fee Application. | 0.60 | 174.00 |
| 01/06/12 | J. McManus | B110 | | Revise Twenty-Fifth Seyfarth Fee Application (.40); conference with A. Shepro regarding same (.10). | 0.50 | 145.00 |
| 01/08/12 | J. McManus | B110 | | Revise Twenty-Fifth Fee Application (.40); prepare Twenty-Sixth Fee Application (.90); revise response to Fee Examiner's Report regarding Seyfarth's interim fees (.70). | 2.00 | 580.00 |
| 01/08/12 | A. Shepro | B160 | | Compile attorney, matter and compensation charts for Twenty-Sixth Monthly Fee Application. | 2.00 | 210.00 |
| 01/09/12 | J. Sherman | L120 | | Review Twenty-Fifth Monthly Fee Application. | 0.30 | 217.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1952237

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/09/12 | J. McManus | B110 | | Assemble Twenty-Fifth Monthly Fee Application for filing (.40); conference with J. Sherman regarding same (.10); revise Exhibit A to same (.40); revise Twenty-Sixth Monthly Fee Application (1.20); revise Exhibit A to same (.50); draft Ninth Quarterly Fee Application (1.70). | 4.30 | 1,247.00 |
| 01/09/12 | A. Shepro | B160 | | Edit pleading of Twenty-Sixth Monthly Fee Application (1.30). | 1.30 | 136.50 |
| 01/10/12 | J. Sherman | L120 | | Review Twenty-Sixth Monthly Fee Application. | 0.30 | 217.50 |
| 01/10/12 | J. McManus | B110 | | Assemble Twenty-Sixth Monthly Fee Application for filing (.20); submit same to local counsel (.10); revise Ninth Quarterly Fee Application (1.30). | 1.60 | 464.00 |
| 01/10/12 | A. Shepro | B160 | | Compile charts for Ninth Quarterly Fee Application. | 3.20 | 336.00 |
| 01/11/12 | J. McManus | B110 | | Prepare Ninth Quarterly Fee Application. | 0.60 | 174.00 |
| 01/11/12 | A. Shepro | B160 | | Continue with compilation of charts for Ninth Quarterly Fee Application (1.70); review Delaware Bankruptcy Docket for previously approved Quarterly Fee Application (.20). | 1.90 | 199.50 |
| 01/12/12 | J. Sherman | L120 | | Review Ninth Quarterly Fee Application. | 0.30 | 217.50 |
| 01/12/12 | J. McManus | B110 | | Revise/finalize Seyfarth's Ninth Quarterly Fee Application (.80); communications with local counsel regarding filing same (.20). | 1.00 | 290.00 |
| 01/12/12 | A. Shepro | B160 | | Compile Ninth Quarterly Fee Application. | 0.20 | 21.00 |
| 01/18/12 | J. McManus | B110 | | Review/redact time detail for Seyfarth's Twenty-Seventh Monthly Fee Application. | 0.50 | 145.00 |



Invoice No. 1952237

Page 3

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/29/12 | J. McManus | B110 | | Review/edit detail as part of Exhibit A to Seyfarth's Twenty-Seventh Monthly Fee Application. | 0.50 | 145.00 |
| 01/31/12 | J. McManus | B110 | | Draft pleading portion of Seyfarth's Twenty-Seventh Monthly Fee Application. | 0.50 | 145.00 |

**Total Hours** 21.60

**Total Fees** $5,064.50

**Less Discount** ($506.45)

**Total Fees After Discount** $4,558.05

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.90 | hours at | $725.00 | per hour |
| J. McManus | Paralegal | - | 12.10 | hours at | $290.00 | per hour |
| A. Shepro | Case Assistant | - | 8.60 | hours at | $105.00 | per hour |

**Total Disbursements** 0.00

**Total Amount Due** $4,558.05



# SEYFARTH
## SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1952237
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $5,064.50 |
| Less Discount | ($506.45) |
| Total Fees after Discount | $4,558.05 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $4,558.05 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1952241
0276 11089 / 11089-000038
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

---

For legal services rendered through January 31, 2012

### Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No. 2011-62692

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/03/12 | J. Collins | L150 | | Revise budget and correspondence to J. Osick regarding same. | 1.00 | 580.00 |
| 01/16/12 | F. Issa | L110 | | Review/analyze records from Texas Workforce Commission related to plaintiff's charge of discrimination (.10); review and analyze records from the Equal Employment Opportunity Commission related to plaintiff's charge of discrimination (.20). | 0.30 | 132.00 |
| 01/19/12 | F. Issa | L310 | | Receive/review plaintiff's response to defendant's first set of interrogatories. | 0.30 | 132.00 |
| 01/19/12 | F. Issa | L310 | | Receive/review plaintiff's response to defendant's first request for production. | 0.30 | 132.00 |
| 01/19/12 | F. Issa | L310 | | Receive/review plaintiff's first amended response to defendant's request for disclosure. | 0.30 | 132.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 1952241

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/19/12 | F. Issa | L320 | | Receive/review plaintiff's document production. | 0.70 | 308.00 |
| 01/25/12 | J. Collins | C200 | | Research whether unemployment compensation is offset against backpay under Texas discrimination (.50); research how size of employer is determined for application of damages caps under state discrimination law (.80); review plaintiff's discovery responses and documents produced in discovery (1.80); begin drafting strategy correspondence to J. Osick (.50). | 3.60 | 2,088.00 |
| 01/26/12 | J. Collins | L120 | | Review documents produced by plaintiff and chronology (1.20); review EEOC file (.80); draft correspondence to J. Osick regarding litigation strategy (1.00). | 3.00 | 1,740.00 |
| 01/26/12 | F. Issa | L120 | | Conference with John Collins regarding legal case strategy and development, including third party records (tax records, employment records, medical records, social security earnings records). | 0.50 | 220.00 |

| | | |
|---|---|---|
| **Total Hours** | 10.00 | |
| **Total Fees** | | $5,464.00 |
| **Less Discount** | | ($546.40) |
| **Total Fees After Discount** | | $4,917.60 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Collins | Partner | - | 7.60 | hours at | $580.00 | per hour |
| F. Issa | Senior Counsel | - | 2.40 | hours at | $440.00 | per hour |

**Total Disbursements**                                                     0.00

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Tribune Company

**Total Amount Due**                                              $4,917.60



**SEYFARTH** SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1952241
0276 11089 / 11089-000038
Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No.
2011-62692

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $5,464.00 |
| Less Discount | ($546.40) |
| Total Fees after Discount | $4,917.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $4,917.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



SEYFARTH
ATTORNEYS
SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1952250
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through January 31, 2012

Allen v. am New York

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/04/12 | E. Cerasia II | L160 | | Telephone conference with J. Osick regarding proof of claim by individuals who are not receiving service awards (.10); email correspondence with M. Gustafson and C. Kline regarding four individuals who are not getting service awards and whether they filed claim forms with Gilardi (.10). | 0.20 | 153.00 |
| 01/05/12 | E. Cerasia II | L160 | | Email correspondence with C. Kline regarding J. Allen's proof of claim and claim form, and lack of service award. | 0.10 | 76.50 |
| 01/12/12 | E. Cerasia II | L160 | | Email correspondence with all counsel regarding preparation of motion package to submit for final settlement approval. | 0.10 | 76.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH SHAW LLP
ATTORNEYS

Invoice No. 1952250

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/18/12 | E. Cerasia II | L160 | | Revise Gilardi's draft declaration regarding claims-made process (.30); email correspondence with Sidley and opposing counsel regarding same (.10). | 0.40 | 306.00 |
| 01/23/12 | E. Cerasia II | L160 | | Revise Sidley's draft of motion for final approval of settlement. | 0.70 | 535.50 |
| 01/24/12 | E. Cerasia II | L160 | | Review M. Palmer's revisions to motion for final approval of settlement and comment on same (.60); emails with C. Kline regarding revisions to motion and timely deficient claims and whether to permit untimely cure (.40); emails with all counsel regarding revisions to motion (.20). | 1.20 | 918.00 |
| 01/24/12 | A. Warshaw | L120 | | Review settlement agreement regarding necessary steps in executing settlement with bankruptcy court (.30); telephone conference with E. Cerasia regarding necessary steps and strategy in executing settlement with bankruptcy court (.20). | 0.50 | 197.50 |
| 01/25/12 | E. Cerasia II | L160 | | Emails with C. Kline regarding case law supporting settlement of wage class action with opt-in rate of 15% and review research regarding same (.40); review and comment on latest draft of motion in support of final settlement (.40). | 0.80 | 612.00 |

**Total Hours** 4.00

**Total Fees** $2,875.00

**Less Discount** ($287.50)

**Total Fees After Discount** $2,587.50

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 3.50 | hours at | $765.00 | per hour |
| A. Warshaw | Associate | - | 0.50 | hours at | $395.00 | per hour |

# SEYFARTH
### ATTORNEYS SHAW LLP

Tribune Company

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $2,587.50 |



SEYFARTH
ATTORNEYS    SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1952250
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,875.00 |
| Less Discount | ($287.50) |
| Total Fees after Discount | $2,587.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,587.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |


ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1952256
0276 68308 / 68308-000003
W.1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through January 31, 2012

### Karen Scott v. WPIX

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/04/12 | E. Cerasia II | L190 | | Telephone conference with J. Osick regarding setting reserve for case (.10); review Court's scheduling order as to pre-trial papers and conferences, and email to J. Osick and A. Foran regarding same (.10). | 0.20 | 153.00 |
| 01/05/12 | E. Cerasia II | L440 | | Meeting with A. Cabrera, J. Chylinski and A. Ianni regarding preparation of trial and pre-trial order (1.20); review K. Scott's counsel's letter to Court regarding request for leave to amend to add retaliation claim; strategize on response, and email correspondence with J. Osick and A. Foran regarding same (.20). | 1.40 | 1,071.00 |
| 01/05/12 | A. Ianni | L120 | | Meeting with E. Cerasia, A. Cabrera and J. Chylinski regarding pretrial order. | 1.00 | 395.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS  SHAW LLP

Invoice No. 1952256

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/06/12 | E. Cerasia II | L250 | | Strategize regarding grounds for opposing K. Scott's request for leave to amend Complaint to add retaliation claim, including review of Rule 15 case law dealing with delay and prejudice as to unrelated claims. | 0.40 | 306.00 |
| 01/06/12 | J. Chylinski | L440 | | Review/analysis of deposition transcript for testimony to be used at trial. | 1.90 | 779.00 |
| 01/06/12 | A. Ianni | C200 | | Legal research regarding amendments to pleadings. | 2.10 | 829.50 |
| 01/07/12 | A. Ianni | L430 | | Draft letter to Judge Pauley regarding K. Scott's proposed retaliation claim (1.80); legal research regarding post-employment retaliation (1.40). | 3.20 | 1,264.00 |
| 01/09/12 | E. Cerasia II | L250 | | Continue to review/analyze Rule 15 cases on denying amendments (.20); draft/revise letter to Court opposing K. Scott's request for leave to amend Complaint to add retaliation claim (.50). | 0.70 | 535.50 |
| 01/09/12 | J. Chylinski | L440 | | Review/analysis of WPIX's document production for documents to be used as exhibits at trial. | 3.50 | 1,435.00 |
| 01/09/12 | A. Ianni | C200 | | Revise letter to Judge Pauley regarding K. Scott's proposed retaliation claim. | 1.00 | 395.00 |
| 01/10/12 | E. Cerasia II | L250 | | Revise/finalize WPIX's response to K. Scott's request for leave to amend Complaint to add post-employment retaliation claim. | 0.40 | 306.00 |
| 01/10/12 | J. Chylinski | L440 | | Review/analysis of documents for use as exhibits during trial. | 3.60 | 1,476.00 |
| 01/11/12 | J. Chylinski | L440 | | Review/analysis of documents to identify trial exhibits. | 1.50 | 615.00 |
| 01/12/12 | J. Chylinski | L440 | | Review/analysis of document productions for documents to be used as exhibits at trial. | 4.90 | 2,009.00 |

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1952256

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/13/12 | J. Chylinski | L440 | | Review/analysis of document productions for documents to be used as trial exhibits. | 4.40 | 1,804.00 |
| 01/16/12 | J. Chylinski | L440 | | Draft proposed exhibit list for trial. | 3.90 | 1,599.00 |
| 01/16/12 | A. Cabrera | L250 | | Draft stipulated facts, witness testimony and defenses for Pre-trial Order. | 2.00 | 930.00 |
| 01/17/12 | E. Cerasia II | L440 | | Email correspondence with K. Rubinstein regarding trial exhibit list and Court's scheduling of January 20, 2012 conference on K. Scott's motion to amend Complaint to add post-employment retaliation claim (.10); draft/revise proposed Stipulated Facts (.30); review/analyze potential trial exhibits (1.00); email correspondence with J. Osick and A. Foran regarding January 20 pre-motion conference regarding amending Complaint (.10). | 1.50 | 1,147.50 |
| 01/17/12 | J. Chylinski | L440 | | Strategize with E. Cerasia regarding proposed exhibits for trial. | 0.50 | 205.00 |
| 01/18/12 | E. Cerasia II | L440 | | Revise WPIX's Exhibit List for JPTO. | 0.40 | 306.00 |
| 01/18/12 | J. Chylinski | L440 | | Revise proposed trial exhibit list. | 0.50 | 205.00 |
| 01/19/12 | E. Cerasia II | L440 | | Revise latest draft of WPIX's Exhibit List for JPTO (.50); review/analyze documents to select potential exhibits for trial (2.40); prepare with A. Cabrera for pre-motion conference regarding K. Scott's motion for leave to amend to add retaliation claim (.20); telephone conference with B. Berlamino regarding status of case and potential trial dates (.20). | 3.30 | 2,524.50 |
| 01/19/12 | J. Chylinski | L440 | | Revise proposed trial exhibit list and effect service of same. | 0.60 | 246.00 |

# SEYFARTH SHAW LLP
**ATTORNEYS**

Invoice No. 1952256

Page 4

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/19/12 | J. Chylinski | L440 | | Review/analysis of K. Scott's proposed trial exhibit list (.50); identify documents also proposed by defendant for purposes of creating a joint exhibit list (.40). | 0.90 | 369.00 |
| 01/19/12 | J. Chylinski | L440 | | Review/analysis of K. Scott's document production for additional trial exhibits. | 1.60 | 656.00 |
| 01/19/12 | A. Cabrera | L120 | | Strategize regarding arguments in opposition to motion to amend the complaint. | 0.50 | 232.50 |
| 01/19/12 | A. Balint | L440 | | Assemble/index K. Scott's proposed trial exhibits. | 0.70 | 168.00 |
| 01/20/12 | E. Cerasia II | L230 | | Review/analyze post-employment retaliation cases in S.D.N.Y. to prepare for pre-motion Court conference addressing K. Scott's motion for leave to amend her Complaint (.70); represent WPIX at pre-motion conference before Judge Pauley (1.60); email correspondence to J. Osick and A. Foran regarding outcome of court conference and Judge's suggestion to enter into tolling agreement (.10). | 2.40 | 1,836.00 |
| 01/20/12 | A. Cabrera | L440 | | Prepare for pre motion conference with E. Cerasia. | 0.50 | 232.50 |
| 01/20/12 | A. Balint | L440 | | Assemble/index K. Scott's trial exhibits. | 0.80 | 192.00 |
| 01/20/12 | R. Schley | L140 | | Locate documents identified for use by defendants as trial exhibits (.70); prepare copy of same for use in court (.30). | 1.00 | 230.00 |
| 01/23/12 | E. Cerasia II | L440 | | Review K. Scott's draft of JPTO. | 0.20 | 153.00 |
| 01/23/12 | A. Balint | L440 | | Continue to assemble/index K. Scott's trial exhibits. | 2.30 | 552.00 |



Invoice No. 1952256

Page 5

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/25/12 | E. Cerasia II | L440 | | Prepare objections to K. Scott's trial exhibit list (3.30); telephone conference with K. Rubinstein regarding Scott's proposed retaliation claim (.20). | 3.50 | 2,677.50 |
| 01/26/12 | E. Cerasia II | L440 | | Draft/revise JPTO. | 2.70 | 2,065.50 |
| 01/26/12 | J. Chylinski | L440 | | Revise WPIX's objections to K. Scott's proposed trial exhibits (.70); effect service of same (.20). | 0.90 | 369.00 |
| 01/27/12 | E. Cerasia II | L250 | | Review correspondence from K. Rubinstein regarding Scott's intention to file retaliation claim in Hoff and Marchiano cases. | 0.10 | 76.50 |
| 01/29/12 | E. Cerasia II | L440 | | Continue to revise JPTO (.90); email correspondence with opposing counsel and to A. Foran regarding same (.10). | 1.00 | 765.00 |
| 01/30/12 | E. Cerasia II | L440 | | Review Haynes & Boone's latest revisions to JPTO and objections to WPIX's exhibits. | 0.50 | 382.50 |
| 01/31/12 | E. Cerasia II | L440 | | Prepare response to Haynes & Boone's inquiries as to basis for WPIX's objections to certain proposed trial exhibits (.50); revise JPTO; (.60); telephone conference with K. Rubenstein regarding basis for WPIX's objections to K. Scott's trial exhibits and revisions to JPTO (.30). | 1.40 | 1,071.00 |

**Total Hours**                                                                  63.90

**Total Fees**                                                                   $32,564.00

**Less Discount**                                                                ($3,256.40)

**Total Fees After Discount**                                                    $29,307.60



Invoice No. 1952256

Page 6

Tribune Company

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 20.10 | hours at | $765.00 | per hour |
| J. Chylinski | Associate | - | 28.70 | hours at | $410.00 | per hour |
| A. Cabrera | Associate | - | 3.00 | hours at | $465.00 | per hour |
| A. Ianni | Associate | - | 7.30 | hours at | $395.00 | per hour |
| A. Balint | Paralegal | - | 3.80 | hours at | $240.00 | per hour |
| R. Schley | ITStaff | - | 1.00 | hours at | $230.00 | per hour |

## Disbursements

| | Value |
|---|---|
| Copying | 91.90 |
| Online Research | 186.74 |

**Total Disbursements**                                             278.64

**Total Amount Due**                                            $29,586.24



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1952256
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $32,564.00 |
| Less Discount | ($3,256.40) |
| Total Fees after Discount | $29,307.60 |
| Total Disbursements | 278.64 |
| Total Fees and Disbursements This Statement | $29,586.24 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS    SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1952262
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through January 31, 2012

<u>Sal Marchiano v. Betty Ellen Berlamino</u>

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 01/18/12 | M. Keeton | L320 | | Transfer database of document productions from previous matter for use in new matter. | 1.90 | 437.00 |
| 01/23/12 | A. Ianni | L310 | | Draft responses and objections to K. Scott's discovery requests (0.5); review documents for production (0.5). | 1.00 | 395.00 |
| 01/24/12 | R. Schley | L140 | | Update index of discovery documents per attorney requirements. | 0.20 | 46.00 |
| 01/25/12 | A. Ianni | L320 | | Review documents for production to K. Scott. | 0.60 | 237.00 |
| 01/27/12 | A. Ianni | L310 | | Review/revise responses to K. Scott's discovery requests. | 0.40 | 158.00 |
| 01/29/12 | E. Cerasia II | L310 | | Draft/revise third-party plaintiffs' responses and objections to K. Scott's document requests. | 0.10 | 76.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1952262

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/30/12 | R. Schley | L140 | | Upload client-provided document to database (.10); organize for responsiveness and privilege review by attorney (.20). | 0.30 | 69.00 |
| 01/31/12 | R. Schley | L140 | | Update index of discovery documents per attorney requirements. | 1.00 | 230.00 |

**Total Hours**                                       5.50

**Total Fees**                                        $1,648.50

**Less Discount**                                     ($164.85)

**Total Fees After Discount**                         $1,483.65

**Timekeeper Summary**

| E. Cerasia II | Partner | - | 0.10 | hours at | $765.00 | per hour |
|---------------|---------|---|------|----------|---------|----------|
| A. Ianni | Associate | - | 2.00 | hours at | $395.00 | per hour |
| M. Keeton | ITStaff | - | 1.90 | hours at | $230.00 | per hour |
| R. Schley | ITStaff | - | 1.50 | hours at | $230.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 3.30 |
| Long Distance Telephone | 0.23 |
| Online Research | 2.56 |

**Total Disbursements**                              6.09

**Total Amount Due**                                 $1,489.74



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1952262
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,648.50 |
| Less Discount | ($164.85) |
| Total Fees after Discount | $1,483.65 |
| Total Disbursements | 6.09 |
| Total Fees and Disbursements This Statement | $1,489.74 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1952266
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through January 31, 2012

### Larry Hoff v. WPIX, et al.

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/04/12 | E. Cerasia II | L310 | | Revise document request to L. Hoff. | 0.30 | 229.50 |
| 01/05/12 | A. Ianni | L120 | | Revise requests for production to L. Hoff and K. Scott. | 1.20 | 474.00 |
| 01/06/12 | E. Cerasia II | L310 | | Revise document request to K. Scott. | 0.20 | 153.00 |
| 01/23/12 | A. Ianni | L310 | | Draft objections and responses to K. Scott's discovery requests. | 0.50 | 197.50 |
| 01/24/12 | E. Cerasia II | L310 | | Work on defendants' responses to L. Hoff's interrogatories. | 0.20 | 153.00 |
| 01/24/12 | A. Ianni | L320 | | Review plaintiff's first requests for production and interrogatories (.60); review documents for production (5.0); meeting with E. Cerasia regarding written responses and objections to plaintiff's discovery requests (.20); email with B. Berlamino regarding same (.30); email with A. Foran regarding document collection (.20). | 6.30 | 2,488.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1952266

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/24/12 | J. Lichter | L320 | | Exchange email correspondence and communications with A. Ianni regarding email production contacts. | 0.30 | 181.50 |
| 01/25/12 | A. Ianni | L320 | | Review documents for production to K. Scott and L. Hoff. | 3.40 | 1,343.00 |
| 01/26/12 | A. Ianni | L110 | | Telephone conference with B. Berlamino regarding responses to interrogatories. | 0.20 | 79.00 |
| 01/27/12 | A. Ianni | L310 | | Review/revise responses to K. Scott's discovery requests (.40); telephone conference with J.T. Smith regarding e-document collection (.40). | 0.80 | 316.00 |
| 01/29/12 | E. Cerasia II | L310 | | Draft/revise WPIX's responses and objections to K. Scott's document requests. | 0.10 | 76.50 |
| 01/30/12 | E. Cerasia II | L310 | | Meeting with B. Berlamino regarding discovery responses. | 0.20 | 153.00 |
| 01/30/12 | A. Ianni | L320 | | Communications with J. Lichter regarding e-document collection (.30); review documents for production (1.70); meeting with B. Berlamino regarding interrogatory responses (2.00). | 4.00 | 1,580.00 |
| 01/30/12 | J. Lichter | L320 | | Exchange email correspondence with A. Ianni regarding email collection (.20); exchange email correspondence with J. Smith and S. Green regarding same (.20); review old correspondence regarding same (.60). | 1.00 | 605.00 |
| 01/31/12 | A. Ianni | L320 | | Review documents for production (3.30); email to A. Foran and J. Osick regarding responses and objections to discovery requests (.10). | 3.40 | 1,343.00 |
| 01/31/12 | J. Lichter | L320 | | Telephone conference with J. Smith and S. Green regarding email collection (.30); meet with A. Ianni regarding same (.20). | 0.50 | 302.50 |

**Total Hours**                                                                 22.60



Tribune Company

| | | | | | |
|---|---|---|---|---|---|
| **Total Fees** | | | | | $9,675.00 |
| **Less Discount** | | | | | ($967.50) |
| **Total Fees After Discount** | | | | | $8,707.50 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 1.00 | hours at | $765.00 | per hour |
| A. Ianni | Associate | - | 19.80 | hours at | $395.00 | per hour |
| J. Lichter | Senior Counsel | - | 1.80 | hours at | $605.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 7.00 |
| Long Distance Telephone | 0.20 |
| Online Research | 4.80 |
| **Total Disbursements** | 12.00 |
| **Total Amount Due** | $8,719.50 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1952266
0276 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $9,675.00 |
| Less Discount | ($967.50) |
| Total Fees after Discount | $8,707.50 |
| Total Disbursements | 12.00 |
| Total Fees and Disbursements This Statement | $8,719.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1952260
0276 68308 / 68308-000011
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through January 31, 2012

### Mickelson v. WPIX, Inc.

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/04/12 | E. Cerasia II | L160 | | Telephone conference with J. Osick regarding B. Mickelson's lawsuit, proof of claim, and strategy for reaching out to opposing counsel to explore settlement. | 0.10 | 76.50 |
| 01/17/12 | E. Cerasia II | L160 | | Telephone conference with law office where T. Irwin used to practice to locate him, and email correspondence with J. Osick regarding same and B. Mickelson's settlement demand (.10); and telephone conference with T. Irwin regarding settlement (.30). | 0.40 | 306.00 |
| 01/25/12 | E. Cerasia II | L160 | | Phone call from T. Irwin regarding status of Tribune's response to B. Mickelson's settlement demand. | 0.10 | 76.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.60 | |
| **Total Fees** | | $459.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1952260

Page 2

Tribune Company

| | | |
|---|---|---|
| Less Discount | | ($45.90) |
| Total Fees After Discount | | $413.10 |

**Timekeeper Summary**

| E. Cerasia II | Partner | – | 0.60 | hours at | $765.00 | per hour |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Total Disbursements | 0.00 |
| Total Amount Due | $413.10 |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1952260
0276 68308 / 68308-000011
Mickelson v. WPIX, Inc.

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $459.00 |
| Less Discount | ($45.90) |
| Total Fees after Discount | $413.10 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $413.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 South Dearborn
Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
Federal ID 36-2152202

Atlanta
Boston
Chicago
Houston
Los Angeles
New York
Sacramento
San Francisco
Washington, D.C.
Brussels

February 10, 2012

Invoice No. 1952233
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through January 31, 2012

**JoAnn Parker v.; Case No. 2009L010092 0000001909**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/11/12 | N. Riesco | L120 | | Review communications from J. Ludwig concerning Parker matter in bankruptcy court. | 0.20 | 78.00 |
| 01/12/12 | N. Riesco | L120 | | Review and consider communication from J. Ludwig concerning Parker claims in bankruptcy court. | 0.20 | 78.00 |
| 01/13/12 | N. Riesco | L190 | | Review communications from J. Ludwig and J. Osick concerning case handling. | 0.20 | 78.00 |
| 01/19/12 | N. Riesco | C200 | | Research into aged invoices (.40); correspondence to J. Osick concerning Veritext deposition invoices (.20). | 0.60 | 234.00 |

**Total Hours**                                                                 1.20

**Total Fees**                                                              $468.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Chicago Tribune Company

| | |
|---|---|
| **Less Discount** | ($46.80) |
| **Total Fees After Discount** | $421.20 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. Riesco | Associate | – | 1.20 | hours at | $390.00 | per hour | |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $421.20 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

Invoice No. 1952233
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $468.00 |
| Less Discount | ($46.80) |
| Total Fees after Discount | $421.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $421.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1952244
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through January 31, 2012

<u>East Coast Properties</u>

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 01/03/12 | T. Haley | C300 | | Analyze/revise sample master distribution agreement (2.30); correspondence with D. Bralow regarding same (.30). | 2.60 | 1,690.00 |
| 01/04/12 | T. Haley | C300 | | Review/revise draft Courant contractor agreement and termination letter. | 0.40 | 260.00 |
| 01/04/12 | T. Haley | C300 | | Correspondence with D. Bralow regarding issues relating to termination of contractors. | 0.40 | 260.00 |

| **Total Hours** | | | 3.40 | |
|---|---|---|---|---|
| **Total Fees** | | | | $2,210.00 |
| **Less Discount** | | | | <u>($221.00)</u> |
| **Total Fees After Discount** | | | | $1,989.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1952244

Page 2

Tribune Company/Olson

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| T. Haley | Sr Partner I | - | 3.40 | hours at | $650.00 | per hour |

**Total Disbursements**        0.00

**Total Amount Due**        $1,989.00



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

Invoice No. 1952244
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $2,210.00 |
| Less Discount | ($221.00) |
| Total Fees after Discount | $1,989.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,989.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1952234
0276 33175 / 33175-000001
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through January 31, 2012

### Los Angeles Times - General Matters 0000000985

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/04/12 | K. Sulzer | C300 | | Conference with J. Xanders regarding human trafficking issues (.50); send communication to J. Xanders (.50); answer follow up questions (.20). | 1.20 | 846.00 |
| 01/06/12 | K. Sulzer | C300 | | Review further question from J. Xanders regarding coverage of new Human Trafficking Act. | 0.70 | 493.50 |
| 01/27/12 | K. Sulzer | L110 | | Review human trafficking follow-up issues. | 0.40 | 282.00 |

| | | |
|---|---|---|
| Total Hours | 2.30 | |
| Total Fees | | $1,621.50 |
| Less Discount | | ($162.15) |
| Total Fees After Discount | | $1,459.35 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1952234

Page 2

Los Angeles Times (Sherman)

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Sulzer | Partner | - | 2.30 | hours at | $705.00 | per hour |

**Total Disbursements**                                                  0.00

**Total Amount Due**                                                  $1,459.35



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1952234
0276 33175 / 33175-000001
Los Angeles Times - General Matters 0000000985

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,621.50 |
| Less Discount | ($162.15) |
| Total Fees after Discount. | $1,459.35 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,459.35 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1952267
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through January 31, 2012

### Clement, Jayne v. Los Angeles Times, et al. 0000001656

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/06/12 | M. Sank | L120 | | Telephone conference with J. Ludwig regarding status of bankruptcy action. | 0.10 | 41.00 |
| 01/06/12 | M. Sank | L230 | | Prepare status report regarding bankruptcy action (1.00); prepare email to J. Osick regarding same (.10). | 1.10 | 451.00 |
| 01/09/12 | M. Sank | L230 | | Prepare status report regarding bankruptcy action. | 0.10 | 41.00 |
| 01/09/12 | T. Hix | L120 | | Telephone conference with J. Osick regarding case status and settlement strategy (.30); telephone conference with bankruptcy counsel regarding case status and strategy (.30); review and revise report to court regarding status of bankruptcy (.20). | 0.80 | 416.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1952267

Page 2

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/23/12 | M. Sank | L120 | | Telephone conference with plaintiff's counsel regarding status conference in Clement 1 (.10); request from court of appeal regarding status of bankruptcy action (.10). | 0.20 | 82.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 2.30 | |
| **Total Fees** | | | | | | $1,031.00 |
| **Less Discount** | | | | | | ($103.10) |
| **Total Fees After Discount** | | | | | | $927.90 |

**Timekeeper Summary**

| M. Sank | Associate | - | 1.50 | hours at | $410.00 | per hour |
|---------|-----------|---|------|----------|---------|----------|
| T. Hix | Partner | - | 0.80 | hours at | $520.00 | per hour |

| Date | Disbursements | Value |
|------|--------------|-------|
| | **Long Distance Telephone** | |
| 01/06/12 | Long Distance Telephone | 0.70 |
| **Total Disbursements** | | 0.70 |
| **Total Amount Due** | | $928.60 |



**SEYFARTH**
**ATTORNEYS**  **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1952267
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,031.00 |
| Less Discount | ($103.10) |
| Total Fees after Discount | $927.90 |
| Total Disbursements | 0.70 |
| Total Fees and Disbursements This Statement | $928.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1952268
0276 33175 / 33175-000023
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through January 31, 2012

**Clement, Jayne (Plaintiffs) v. Tribune Company, Tribune Interactive, Inc., Tribune Media Net, Inc., LA Times Comm., LLC, LA Times; Case No. BC390943 - 0000001813**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/23/12 | M. Sank | L430 | | Prepare response to court of appeal regarding status of bankruptcy matter. | 0.20 | 82.00 |
| 01/24/12 | T. Hix | L120 | | Review/analyze response to court of appeal regarding status of bankruptcy. | 0.20 | 104.00 |
| 01/27/12 | M. Sank | L430 | | Prepare email to J. Osick and J. Ludwig regarding response to court of appeal regarding status of bankruptcy matter. | 0.20 | 82.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.60 | |
| **Total Fees** | | $268.00 |
| **Less Discount** | | ($26.80) |
| **Total Fees After Discount** | | $241.20 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
## SHAW LLP
ATTORNEYS

Invoice No. 1952268

Page 2

Los Angeles Times (Sherman)

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| M. Sank | Associate | - | 0.40 | hours at | $410.00 | per hour |
| T. Hix | Partner | - | 0.20 | hours at | $520.00 | per hour |

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                  $241.20



SEYFARTH
SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1952268
0276 33175 / 33175-000012
Clement, Jayne (Plaintiffs) v. Tribune Company,
Tribune Interactive, Inc., Tribune Media Net, Inc., LA
Times Comm., LLC, LA Times; Case No. BC390943 -
0000001813

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $268.00 |
| Less Discount | ($26.80) |
| Total Fees after Discount | $241.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $241.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS
SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Invoice No. 1953019
0276 33175 / 33175-000026
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attention: John W. Powers

For legal services rendered through January 31, 2012

<u>Christina Escandon v. Los Angeles Times, et al. Case No. BC476209</u>

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|------|-----------|------|----------|-------------|-------|-------|
| 01/31/12 | L. O'Hara | L110 | | Review complaint (.30); conference with J. Powers regarding strategy issues (.50); review/revise answer (.40); transmit answer to J. Powers for review (.50). | 1.70 | 773.50 |

**Total Hours**                                            1.70

**Total Fees**                                       $773.50

**Timekeeper Summary**

| L. O'Hara | Partner | - | 1.70 | hours at | $455.00 | per hour |
|-----------|---------|---|------|----------|---------|----------|

**Total Disbursements**                                           <u>0.00</u>

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

**Total Fees And Disbursements This Statement**                                           $773.50



# SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2012

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attention: John W. Powers

Invoice No. 1953019
0276 33175 / 33175-000026
Christino Escandon v. Los Angeles Times, et al. Case
No. BC476209

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $773.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $773.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |