# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964006
0276 12575 / 12575-000301
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through February 29, 2012

**Photographer(s) Recall Grievance: Case No. 16 300 00214 11**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/03/12 | K. Michaels | L410 | | Review materials in preparation for meeting with Company witnesses in Baltimore to prepare for second day of hearing. | 3.50 | 2,117.50 |
| 02/10/12 | K. Michaels | L410 | | Revising witness outlines. | 3.00 | 1,815.00 |
| 02/16/12 | K. Michaels | L410 | | Meeting in Baltimore with A. Barnes, S. Davis, D. Hamilton and D. Morrison in preparation for arbitration hearing. | 9.00 | 5,445.00 |
| 02/17/12 | K. Michaels | L410 | | Meeting in Baltimore with A. Barnes, S. Davis, and H. Weinstein in preparation for continued hearing. | 8.00 | 4,840.00 |
| 02/20/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding case strategy. | 0.20 | 121.00 |
| 02/20/12 | K. Michaels | L110 | | Review L. Compa 1993 bargaining notes. | 0.40 | 242.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/20/12 | K. Michaels | L120 | | Review L. Compa past testimony regarding Sunburst negotiations. | 1.00 | 605.00 |
| 02/20/12 | K. Michaels | L410 | | Revising witness outlines. | 1.00 | 605.00 |
| 02/20/12 | K. Michaels | L410 | | Drafting cross-examination outline of L. Compa. | 2.00 | 1,210.00 |
| 02/21/12 | K. Michaels | L120 | | Telephone conference with R. Paul, Union counsel, regarding scheduling call with arbitrator and settlement overture. | 0.10 | 60.50 |
| 02/21/12 | K. Michaels | L120 | | Telephone conference with Arbitrator R. Colflesh and Union counsel R. Paul regarding Guild request to delay start of hearing. | 0.10 | 60.50 |
| 02/21/12 | K. Michaels | L160 | | Telephone conference with R. Paul regarding Guild settlement offer. | 0.30 | 181.50 |
| 02/21/12 | K. Michaels | L160 | | Telephone conference with A. Barnes regarding Guild settlement overtures. | 0.30 | 181.50 |
| 02/21/12 | K. Michaels | L160 | | Review of e-mail correspondence from R. Paul, Union counsel, regarding settlement offer. | 0.10 | 60.50 |
| 02/21/12 | K. Michaels | L250 | | Revising opening statement. | 2.00 | 1,210.00 |
| 02/22/12 | K. Michaels | L120 | | Preparation of redacted 1991 Sunburst negotiation notes to be produced to the Guild. | 0.40 | 242.00 |
| 02/22/12 | K. Michaels | L160 | | Telephone conference with A. Barnes regarding Company position regarding settlement. | 0.10 | 60.50 |
| 02/22/12 | K. Michaels | L160 | | Telephone conference with A. Barnes regarding settlement. | 0.20 | 121.00 |
| 02/22/12 | K. Michaels | L160 | | Telephone conference with R. Paul, Union counsel, regarding Union proposed settlement offer. | 0.30 | 181.50 |
| 02/23/12 | K. Michaels | L410 | | Meeting in Baltimore with A. Barnes, H. Weinstein, B. Jones, S. Davis and B. Hamilton in preparation for arbitration hearing. | 8.00 | 4,840.00 |

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Invoice No. 1964006

Page 3

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/27/12 | K. Michaels | L120 | | Review of draft settlement agreement (.10); telephone conference with A. Barnes regarding same (.10). | 0.20 | 121.00 |

| | | |
|---|---|---|
| **Total Hours** | 40.20 | |
| **Total Fees** | | $24,321.00 |
| **Less Discount** | | ($2,432.10) |
| **Total Fees After Discount** | | $21,888.90 |

**Timekeeper Summary**

| K. Michaels | Partner | - | 40.20 | hours at | $605.00 | per hour |
|-------------|---------|---|-------|----------|---------|----------|

| **Disbursements** | **Value** |
|-------------------|-----------|
| Courier/Messenger | 377.51 |
| Out of Town Travel - K. Michaels - Ground Transportation - 02/16-17/12 | 165.00 |
| Out-of-Town Travel - K. Michaels - Hotel - 02/16/12 | 206.75 |

| | |
|---|---|
| **Total Disbursements** | 749.26 |
| **Total Amount Due** | $22,638.16 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1964006
0276 12575 / 12575-000301
Photographer(s) Recall Grievance: Case No. 16 300
00214 11

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $24,321.00 |
| Less Discount | ($2,432.10) |
| Total Fees after Discount | $21,888.90 |
| Total Disbursements | 749.26 |
| Total Fees and Disbursements This Statement | $22,638.16 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964007
0276 12575 / 12575-000302
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through February 29, 2012

### Ed Gunts Retaliation; NLRB Case No. 05-CA-065316

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/20/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding NLRB Office of Appeals denial of Union's appeal (.10); review NLRB Office of Appeals letter denying Union appeal (.10). | 0.20 | 121.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.20 | |
| **Total Fees** | | $121.00 |
| **Less Discount** | | ($12.10) |
| **Total Fees After Discount** | | $108.90 |

**Timekeeper Summary**

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1964007

Page 2

Baltimore Sun

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 0.20 | hours at | $605.00 | per hour |

**Total Disbursements**                                                      0.00

**Total Amount Due**                                                      $108.90



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1964007
0276 12575 / 12575-000302
Ed Gunts Retaliation; NLRB Case No. 05-CA-065316

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $121.00 |
| Less Discount | ($12.10) |
| Total Fees after Discount | $108.90 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $108.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964027
0276 12575 / 12575-000303
WIST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through February 29, 2012

## 2012 Pressroom Negotiations

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/14/12 | J. Sherman | C300 | | Conference with A. Barnes regarding legal effect of expiration of contract with Pressmen Union (.20); negotiations regarding new agreement (.30). | 0.50 | 362.50 |
| 02/15/12 | J. Sherman | C300 | | Conference with A. Barnes regarding application of contract provision post contract expiration. | 0.30 | 217.50 |
| 02/16/12 | J. Sherman | C300 | | Conference with A. Barnes regarding negotiations (.50); begin research relating to whether side letter survives contract expiration (.50). | 1.00 | 725.00 |
| 02/17/12 | J. Sherman | C300 | | Draft opinion letter to client relating to survivability of side letter (4.00); research related to same (1.00). | 5.00 | 3,625.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1964027

Page 2

Baltimore Sun

| | | |
|---|---|---:|
| **Total Hours** | | 6.80 |
| **Total Fees** | | $4,930.00 |
| **Less Discount** | | ($493.00) |
| **Total Fees After Discount** | | $4,437.00 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 6.80 | hours at | $725.00 | per hour |

| | |
|---|---:|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $4,437.00 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1964027
0276 12575 / 12575-000303
2012 Pressroom Negotiations

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,930.00 |
| Less Discount | ($493.00) |
| Total Fees after Discount | $4,437.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $4,437.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS    SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312)-460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964036
0822 31907 / 31907-000005
W1ST

The Baltimore Sun and Morning Call
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-01
Attn:  Ann W. Barnes
Labor Relations Director

For legal services rendered through February 29, 2012

**Rich Pothering Unscheduled Leave Grievance**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/29/12 | K. Michaels | C300 | | Review of pressroom contract for purpose of analyzing call off grievance (.30); review of letter from Union counsel regarding proceeding to arbitration on call off grievance (.10). | 0.40 | 242.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.40 | |
| **Total Fees** | | $242.00 |
| Less Discount | | ($24.20) |
| **Total Fees After Discount** | | $217.80 |

**Timekeeper Summary**

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1964036

Page 2

Morning Call, The

| K. Michaels | Partner | - | 0.40 | hours at | $605.00 | per hour |
|---|---|---|---|---|---|---|

**Total Disbursements** 0.00

**Total Amount Due** $217.80



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

The Baltimore Sun and Morning Call
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-01
Attn: Ann W. Barnes
Labor Relations Director

Invoice No. 1964036
0822 31907 / 31907-000005
Rich Pothering Unscheduled Leave Grievance

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $242.00 |
| Less Discount | ($24.20) |
| Total Fees after Discount | $217.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $217.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964047
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through February 29, 2012

### Bankruptcy Fee Application 0000001891

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/01/12 | J. McManus | B110 | | Confer with J. Thiel regarding response to report of Sixth Interim Fee Application (.10); prepare Seyfarth's Twenty-Seventh Monthly Fee Application (.70). | 0.80 | 232.00 |
| 02/09/12 | J. McManus | B110 | | Review omnibus fee order for hearing on Fourth Interim fees (.10); respond to local counsel regarding same (.10); review/revise response to fee examiner report regarding Fifth Interim fees (.40). | 0.60 | 174.00 |
| 02/13/12 | A. Banas | B160 | | Work with paralegal J. McManus to prepare for appearance at omnibus fee application hearing on February 15, 2012. | 0.10 | 40.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/13/12 | J. McManus | B110 | | Review hearing agenda regarding Seyfarth's Fourth Interim Fee Application (.10); review/redact time detail for Twenty-Eighth Monthly Fee Application (.20). | 0.30 | 87.00 |
| 02/14/12 | J. McManus | B110 | | Prepare for February 15, 2012 meeting regarding Seyfarth's Fourth Interim Fee Application (.20); conference with A. Banas regarding same (.10); prepare Twenty-Eighth Monthly Fee Application (.80). | 1.10 | 319.00 |
| 02/15/12 | A. Banas | B160 | | Prepare for and appear at February 15 omnibus hearing regarding professional fee applications via CourtCall. | 0.50 | 200.00 |
| 02/23/12 | J. McManus | B110 | | Attend to fee payment matters (.10); draft Seyfarth's Twenty-Eighth Monthly Fee Application (.50). | 0.60 | 174.00 |
| 02/27/12 | J. McManus | B110 | | Prepare Twenty-Eighth Monthly Fee Application. | 0.60 | 174.00 |
| 02/29/12 | J. McManus | B110 | | Finalize Twenty-Seventh Monthly Fee Application (.50); prepare Twenty-Eighth Monthly Fee Application (.50). | 1.00 | 290.00 |

| | | |
|---|---|---|
| **Total Hours** | 5.60 | |
| **Total Fees** | | $1,690.00 |
| **Less Discount** | | ($169.00) |
| **Total Fees After Discount** | | $1,521.00 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| A. Banas | Associate | - | 0.60 | hours at | $400.00 | per hour |
| J. McManus | Paralegal | - | 5.00 | hours at | $290.00 | per hour |



Tribune Company/Sherman

| Disbursements | Value |
|---|---|
| Long Distance Telephone | 0.52 |
| Online Research | 74.40 |
| **Total Disbursements** | 74.92 |
| **Total Amount Due** | $1,595.92 |



# SEYFARTH
**ATTORNEYS**
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1964047
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,690.00 |
| Less Discount | ($169.00) |
| Total Fees after Discount | $1,521.00 |
| Total Disbursements | 74.92 |
| Total Fees and Disbursements This Statement | $1,595.92 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964035
0276 11089 / 11089-000038
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through February 29, 2012

### Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No. 2011-62692

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 02/02/12 | A. Castillo | L110 | | Analyze/review Texas Workforce Commission documentation in connection with discovery process. | 0.70 | 157.50 |
| 02/13/12 | J. Collins | L120 | | Review case status in preparation for conference with J. Osick (.60); telephone conference with J. Osick regarding strategy going forward (.40). | 1.00 | 580.00 |
| 02/28/12 | J. Collins | L110 | | Meet with J. Osick, R. Bare and F. Wong regarding fact investigation. | 2.50 | 1,450.00 |

| | | |
|---|---|---|
| **Total Hours** | 4.20 | |
| **Total Fees** | | $2,187.50 |
| **Less Discount** | | ($218.75) |
| **Total Fees After Discount** | | $1,968.75 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1964035

Page 2

Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| A. Castillo | Paralegal | - | 0.70 | hours at | $225.00 | per hour |
| J. Collins | Partner | - | 3.50 | hours at | $580.00 | per hour |

**Total Disbursements**      0.00

**Total Amount Due**      $1,968.75



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1964035
0276 11089 / 11089-000038
Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No.
2011-62692

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,187.50 |
| Less Discount | ($218.75) |
| Total Fees after Discount | $1,968.75 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,968.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964048
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through February 29, 2012

### Allen v. am New York

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/14/12 | E. Cerasia II | L160 | | Email correspondence with C. Kline and all counsel regarding court's final order approving settlement and February 15 hearing, and regarding stipulation of discontinuance for state court case. | 0.30 | 229.50 |
| 02/15/12 | E. Cerasia II | L160 | | Email correspondence with C. Kline regarding final settlement and no issues raised during today's conference with court (.10); revise stipulation of discontinuance of state court case, and email correspondence with D. Warner regarding same (.20). | 0.30 | 229.50 |
| 02/15/12 | A. Warshaw | L250 | | Draft/revise stipulation of dismissal to state court (.90); email with M. Palmer regarding stipulation (.20). | 1.10 | 434.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH SHAW LLP

Invoice No. 1964048

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/16/12 | A. Warshaw | L250 | | Email with plaintiffs' counsel M. Palmer regarding stipulation of dismissal of state court action. | 0.30 | 118.50 |
| 02/17/12 | A. Warshaw | L250 | | Revise stipulation of discontinuance for filing with state court. | 0.30 | 118.50 |
| 02/21/12 | A. Warshaw | L250 | | Review/prepare stipulation of dismissal for filing with state court. | 0.30 | 118.50 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 2.60 | |
| **Total Fees** | | | $1,249.00 |
| **Less Discount** | | | ($124.90) |
| **Total Fees After Discount** | | | $1,124.10 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.60 | hours at | $765.00 | per hour |
| A. Warshaw | Associate | - | 2.00 | hours at | $395.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Local Travel | 5.00 |
| Court Fees | 35.00 |
| **Total Disbursements** | 40.00 |
| **Total Amount Due** | $1,164.10 |



# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1964048
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,249.00 |
| Less Discount | ($124.90) |
| Total Fees after Discount | $1,124.10 |
| Total Disbursements | 40.00 |
| Total Fees and Disbursements This Statement | $1,164.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: <br> Seyfarth Shaw LLP <br> 3807 Collections Center Drive <br> Chicago, IL 60693 <br><br> PAYMENT BY CHECK VIA OVERNIGHT MAIL: <br> Bank of America Lockbox Services <br> 3807 Collections Center Drive <br> Chicago, IL 60693 | PAYMENT BY WIRE TO: <br><br> Bank Name: Bank of America <br> Account Name: Seyfarth Shaw LLP Operating Account <br> Account Number: 5201743357 <br> ABA Wire Payment Number: 026-009-593 <br> ABA ACH Payment Number: 081-904-808 <br> Swift Code: BOFAUS3N |



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964049
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through February 29, 2012

**Karen Scott v. WPIX**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/01/12 | E. Cerasia II | L440 | | Revise objections to K. Scott's trial exhibit list. | 0.40 | 306.00 |
| 02/03/12 | E. Cerasia II | L440 | | Final revisions to JPTO and objections to K. Scott's exhibits. | 0.90 | 688.50 |
| 02/10/12 | E. Cerasia II | L230 | | Prepare for final pre-trial conference before Judge Pauley (.50); represent WPIX at final pre-trial conference (1.80); email correspondence to A. Foran and J. Osick regarding outcome of today's conference and schedule for motion in limine and trial (.10). | 2.40 | 1,836.00 |
| 02/10/12 | A. Cabrera | L450 | | Attend final pre-trial conference. | 2.10 | 976.50 |
| 02/21/12 | E. Cerasia II | L440 | | Prepare outline of arguments for motion in limine as to K. Scott's proposed trial witnesses (.90); review my files regarding in limine motions addressing these issues (.30). | 1.20 | 918.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/22/12 | E. Cerasia II | L440 | | Work on arguments for motion in limine to exclude K. Scott's witnesses. | 0.40 | 306.00 |
| 02/22/12 | A. Ianni | L430 | | Legal research regarding motion in limine. | 0.70 | 276.50 |
| 02/23/12 | E. Cerasia II | L440 | | Continue to work on arguments for in limine motion as to K. Scott's witnesses. | 0.80 | 612.00 |
| 02/23/12 | A. Ianni | L430 | | Legal research regarding motion in limine. | 1.30 | 513.50 |
| 02/24/12 | A. Ianni | L430 | | Legal research regarding "me too" evidence (.60); draft motion in limine (.50). | 2.10 | 829.50 |
| 02/25/12 | A. Ianni | L430 | | Draft motion in limine. | 1.00 | 395.00 |
| 02/26/12 | A. Ianni | C200 | | Legal research regarding motions in limine. | 0.20 | 79.00 |
| 02/27/12 | E. Cerasia II | L440 | | Telephone conference with S. Jacobson regarding S. Charlier's vacation and impact on trial date (.10); telephone conference with Judge's law clerk regarding same (.10); email correspondence with A. Foran regarding same and need for details as to S. Charlier's trip (.10). | 0.30 | 229.50 |
| 02/27/12 | A. Ianni | L430 | | Legal research regarding motions in limine (1.50); draft motions in limine (1.00). | 2.50 | 987.50 |
| 02/28/12 | A. Ianni | L430 | | Draft motions in limine (3.30); legal research regarding motions in limine (.90). | 4.20 | 1,659.00 |
| 02/29/12 | E. Cerasia II | L440 | | Draft/revise letter to court regarding trial scheduling (.30); email correspondence and negotiation with K. Rubenstein regarding WPIX's request to move trial date (.40); email correspondence with B. Berlamino regarding her availability for trial (.20). | 0.90 | 688.50 |

**Total Hours**                                                                          21.40

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Invoice No. 1964049

Page 3

Tribune Company

| | | |
|---|---|---|
| **Total Fees** | | $11,301.00 |
| **Less Discount** | | ($1,130.10) |
| **Total Fees After Discount** | | $10,170.90 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 7.30 | hours at | $765.00 | per hour |
| A. Cabrera | Associate | - | 2.10 | hours at | $465.00 | per hour |
| A. Ianni | Associate | - | 12.00 | hours at | $395.00 | per hour |

| **Disbursements** | **Value** | |
|---|---|---|
| USPTO Filing Fees | 75.00 | |
| Local Travel | 104.43 | |
| **Total Disbursements** | | 179.43 |
| **Total Amount Due** | | $10,350.33 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1964049
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $11,301.00 |
| Less Discount | ($1,130.10) |
| Total Fees after Discount | $10,170.90 |
| Total Disbursements | 179.43 |
| Total Fees and Disbursements This Statement | $10,350.33 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |


**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964052
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through February 29, 2012

<u>Sal Marchiano v. Betty Ellen Berlamino</u>

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/01/12 | R. Schley | L320 | | Locate documents determined to be responsive and non-privileged by attorney review (.30); finalize Bates sequencing, redactions and other branding where applicable (TPP (KS) 000001-TPP (KS) 000156; WPIX (KS) 000001-WPIX (KS) 000042) (.50). | 0.80 | 184.00 |
| 02/23/12 | E. Cerasia II | L210 | | Email correspondence with K. Rubenstein regarding K. Scott's proposed amended cross-claim for retaliation. | 0.10 | 76.50 |
| 02/27/12 | E. Cerasia II | L210 | | Emails with K. Rubinstein and S. Jacobson regarding consent to K. Scott's amendment to fourth-party complaint to add retaliation claim against WPIX (.20); emails with B. Berlamino regarding same (.10). | 0.30 | 229.50 |

**Total Hours**                                                                            1.20

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| | | | |
|---|---|---|---|
| **Total Fees** | | | $490.00 |
| **Less Discount** | | | (\$49.00) |
| **Total Fees After Discount** | | | $441.00 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.40 | hours at | $765.00 | per hour |
| R. Schley | ITStaff | - | 0.80 | hours at | $230.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| CD Duplication | 20.00 |
| CD Mastering | 30.00 |
| **Total Disbursements** | 50.00 |
| **Total Amount Due** | $491.00 |



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1964052
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $490.00 |
| Less Discount | ($49.00) |
| Total Fees after Discount | $441.00 |
| Total Disbursements | 50.00 |
| Total Fees and Disbursements This Statement | $491.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

<table>
<tr><td>

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

</td><td>

**PAYMENT BY WIRE TO:**

Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N

</td></tr>
</table>



**SEYFARTH SHAW**LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964057
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through February 29, 2012

**Larry Hoff v. WPIX, et al.**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/01/12 | A. Ianni | L320 | | Review documents for production. | 3.50 | 1,382.50 |
| 02/02/12 | A. Ianni | L320 | | Telephone conference with L. Pearson regarding discovery and status conference (.20); email with E. Cerasia regarding same (.20); correspondence to K. Rubinstein regarding court status conference (.20); review documents for production (3.90). | 4.50 | 1,777.50 |
| 02/06/12 | A. Ianni | L310 | | Draft written responses and objections to plaintiff's document requests (2.40); telephone conference with L. Pearson and S. Jacobson regarding status conference (.40); memorandum to E. Cerasia regarding same (.30). | 3.10 | 1,224.50 |
| 02/07/12 | A. Ianni | L230 | | Represent defendants at status conference before Magistrate Judge Freeman (.60); email with A. Foran regarding same (.50). | 1.10 | 434.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/09/12 | R. Schley | L140 | | Coordinate set up of FTP site to facilitate provision of documents from client to attorneys. | 0.30 | 69.00 |
| 02/09/12 | J. Lichter | L320 | | Exchange email correspondence with S. Seibold regarding email collection. | 0.30 | 181.50 |
| 02/10/12 | E. Cerasia II | L390 | | Revise confidentiality stipulation. | 0.10 | 76.50 |
| 02/10/12 | A. Ianni | L310 | | Revise confidentiality agreement (.20); correspondence with L. Pearson and K. Rubinstein regarding same (.20). | 0.40 | 158.00 |
| 02/13/12 | A. Ianni | L310 | | Draft responses to requests for production. | 2.10 | 829.50 |
| 02/13/12 | M. Keeton | L140 | | Process and import native discovery data. | 1.80 | 414.00 |
| 02/15/12 | E. Cerasia II | L210 | | Review Scott's proposed amendment to cross-claim to additional post-employment retaliation claim (.10); strategize as to whether to consent to filing of same (.10). | 0.20 | 153.00 |
| 02/15/12 | A. Ianni | L310 | | Draft responses and objections to interrogatories and document requests. | 3.00 | 1,185.00 |
| 02/17/12 | E. Cerasia II | L330 | | Review L. Hoff's notice of deposition and subpoenas. | 0.10 | 76.50 |
| 02/17/12 | A. Ianni | L310 | | Review plaintiff's deposition notices (.30); telephone conference with L. Pearson regarding discovery (.20). | 0.50 | 197.50 |
| 02/21/12 | E. Cerasia II | L210 | | Email correspondence (.10) and telephone conference (.20) with B. Berlamino regarding K. Scott's proposed post-employment retaliation claim and consent to filing same = (.30); email correspondence with K. Rubinstein and L. Pearson regarding defendants' consent to filing of amended cross-claims (.10). | 0.40 | 306.00 |
| 02/21/12 | A. Ianni | L310 | | Telephone conference with L. Pearson regarding deposition and discovery (.20); communications with E. Cerasia regarding same (.10). | 0.30 | 118.50 |



Invoice No. 1964057

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/22/12 | A. Ianni | L310 | | Draft written responses to plaintiff's interrogatories and document requests. | 2.10 | 829.50 |
| 02/23/12 | E. Cerasia II | L310 | | Draft/revise defendants' responses and objections to L. Hoff's document request and interrogatories. | 0.70 | 535.50 |
| 02/23/12 | A. Ianni | L310 | | Revise responses to plaintiff's document requests and interrogatories (.90); emails with B. Berlamino and J. Osick regarding same (.20). | 1.10 | 434.50 |
| 02/24/12 | A. Ianni | L310 | | Telephone conference with B. Berlamino regarding responses to interrogatories (.40); revise interrogatory responses (.70). | 1.10 | 434.50 |
| 02/26/12 | A. Ianni | L320 | | Review documents for production. | 1.40 | 553.00 |
| 02/27/12 | A. Ianni | L320 | | Review documents for production (3.60); direct R. Schley regarding document production (.30); emails with J. Osick regarding K. Scott's amended cross-claims (.20). | 4.10 | 1,619.50 |
| 02/27/12 | R. Schley | L140 | | Upload additional client-provided documents to database (.50); organize for responsiveness and privilege review by attorney (1.00). | 1.50 | 345.00 |
| 02/27/12 | R. Schley | L320 | | Locate documents determined to be responsive and non-privileged by attorney review (.90); finalize Bates sequencing, redactions and other branding where applicable (DEFS (LH) 000001-DEFS (LH) 001897) (1.90). | 2.80 | 644.00 |
| 02/28/12 | A. Cabrera | L212 | | Provide A. Ianni information from Scott matter to respond to interrogatories. | 0.50 | 232.50 |
| 02/28/12 | A. Ianni | L330 | | Review documents for production. | 3.00 | 1,185.00 |
| 02/28/12 | R. Schley | L320 | | Locate documents determined to be responsive and non-privileged by attorney review (.40); finalize Bates sequencing, redactions and other branding where applicable (DEFS (LH) 000001-DEFS (LH) 001897) (.90). | 1.30 | 299.00 |

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Tribune Company

| | | |
|---|---|---|
| Total Hours | | 41.30 |
| Total Fees | | $15,696.00 |
| Less Discount | | ($1,569.60) |
| Total Fees After Discount | | $14,126.40 |

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 1.50 | hours at | $765.00 | per hour |
| A. Cabrera | Associate | - | 0.50 | hours at | $465.00 | per hour |
| A. Ianni | Associate | - | 31.30 | hours at | $395.00 | per hour |
| M. Keeton | ITStaff | - | 1.80 | hours at | $230.00 | per hour |
| R. Schley | ITStaff | - | 5.90 | hours at | $230.00 | per hour |
| J. Lichter | Senior Counsel | - | 0.30 | hours at | $605.00 | per hour |

| Disbursements | Value |
|---|---|
| Courier/Messenger | 22.29 |
| Copying | 0.60 |
| CD Duplication | 20.00 |
| CD Mastering | 15.00 |
| Electronic Data Processing-Native Files | 40.00 |
| Total Disbursements | 97.89 |
| Total Amount Due | $14,224.29 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1964057
0276 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $15,696.00 |
| Less Discount | ($1,569.60) |
| Total Fees after Discount | $14,126.40 |
| Total Disbursements | 97.89 |
| Total Fees and Disbursements This Statement | $14,224.29 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964037
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through February 29, 2012

**JoAnn Parker v.; Case No. 2009L010092 0000001909**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/02/12 | N. Riesco | L190 | | Communications with J. Ludwig concerning status of bankruptcy proceeding in preparation for status hearing. | 0.50 | 195.00 |
| 02/03/12 | N. Riesco | L230 | | Prepare for/attend status hearing before Judge Bucklo (.80); consider response to Parker concerning late filed proofs of claim (.40); compose email to J. Osick and J. Ludwig regarding same (.30). | 1.50 | 585.00 |
| 02/27/12 | N. Riesco | L120 | | Email to J. Ludwig concerning status of case. | 0.20 | 78.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1964037

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/29/12 | N. Riesco | C300 | | Telephone conference with J. Ludwig to discuss preparation for evidentiary hearing in bankruptcy court concerning excusable neglect in failure to file proof of claim (.50); review file and create chronology of instances where defense was raised to demonstrate Parker's lawyer had adequate notice (1.30). | 1.80 | 702.00 |

| | | |
|---|---|---|
| **Total Hours** | 4.00 | |
| **Total Fees** | | $1,560.00 |
| **Less Discount** | | ($156.00) |
| **Total Fees After Discount** | | $1,404.00 |

**Timekeeper Summary**

| N. Riesco | Associate | - | 4.00 | hours at | $390.00 | per hour |
|-----------|-----------|---|------|----------|---------|----------|

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $1,404.00 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1964037
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

---

### INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,560.00 |
| Less Discount | ($156.00) |
| Total Fees after Discount | $1,404.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,404.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964040
0276 57634 / 57634-000007
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through February 29, 2012

**Marcia E. Sinclair Harassment; IDHR Charge No. 2008CN4074**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/18/12 | N. Riesco | L190 | | Review opposing counsel appearance and motion for continuance of trial hearing (.30); draft motion for continuance of public hearing (.70); various communications with G. Pauling regarding same (.60); draft interrogatories and document requests to Plaintiff (.80); research/review commission rules regarding discovery, public hearing and motion practice (.50); call to opposing counsel (.10); consider strategy with regard to scheduling public hearing date and failure to file pre-hearing memorandum (.50). | 3.50 | 1,365.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 01/19/12 | N. Riesco | L230 | | Prepare for/attend status conference before IHRC (1.70): call with opposing counsel regarding same (.30); send email to J. Osick and G. Silva regarding same (.50); review/analyze/respond to correspondence for G. Silva regarding prior settlement negotiations (.50). | 3.00 | 1,170.00 |
| 02/06/12 | G. Pauling II | L120 | | Conference with N. Riesco regarding hearing and next steps. | 0.20 | 119.00 |
| 02/06/12 | N. Riesco | L310 | | Draft discovery requests to plaintiff (1.00); conference with G. Pauling to discuss same (.30). | 1.30 | 507.00 |
| 02/13/12 | N. Riesco | L120 | | Review correspondence provided by Sinclair (.20); draft proposed email to J. Osick and G. Silva concerning proposed settlement (.30). | 0.50 | 195.00 |
| 02/15/12 | N. Riesco | L160 | | Compose email to G. Silva and J. Osick regarding settlement (.30); call with G. Silva regarding same (.20). | 0.50 | 195.00 |
| 02/20/12 | N. Riesco | L120 | | Review communication from J. Osick concerning settlement. | 0.20 | 78.00 |
| 02/21/12 | N. Riesco | L120 | | Review pleadings (1.00); prepare case chronology (1.20). | 2.20 | 858.00 |
| 02/22/12 | N. Riesco | L310 | | Draft discovery requests and requests to admit (2.50); consider reponse to Sinclair settlement demand (.30); email to G. Pauling regarding same (.20). | 3.00 | 1,170.00 |
| 02/24/12 | N. Riesco | L120 | | Conference with G. Pauling to discuss discovery requests and strategy with respect to request to admit and settlement counter-offer (.40); draft correspondence to opposing counsel regarding settlement (.90). | 1.30 | 507.00 |



Invoice No. 1964040

Page 3

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/27/12 | N. Riesco | L120 | | Conference call with G. Silva to discuss key player/non-employee circumstances and policies in effect (.30); finalize requests to admit and discovery requests to plaintiff (1.20); email to G. Silva and J. Osick regarding same (.30). | 1.80 | 702.00 |

| | | |
|---|---|---|
| **Total Hours** | 17.50 | |
| **Total Fees** | | $6,866.00 |
| **Less Discount** | | ($686.60) |
| **Total Fees After Discount** | | $6,179.40 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 0.20 | hours at | $595.00 | per hour |
| N. Riesco | Associate | - | 17.30 | hours at | $390.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 2.50 |
| Facsimile | 14.00 |
| **Total Disbursements** | 16.50 |
| **Total Amount Due** | $6,195.90 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1964040
0276 57634 / 57634-000007
Marcia E. Sinclair Harassment; IDHR Charge No.
2008CN4074

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,866.00 |
| Less Discount | ($686.60) |
| Total Fees after Discount | $6,179.40 |
| Total Disbursements | 16.50 |
| Total Fees and Disbursements This Statement | $6,195.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964089
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through February 29, 2012

**East Coast Properties**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/10/12 | P. Devata | L110 | | Give counsel advice relating to background screening. | 0.30 | 150.00 |
| 02/10/12 | T. Haley | C300 | | Telephone conference with D. Bralow regarding large distributor agreement and background checks. | 0.40 | 260.00 |
| 02/13/12 | T. Haley | C300 | | Review draft independent contractor distribution agreement. | 3.50 | 2,275.00 |
| 02/14/12 | T. Haley | C300 | | Review comments on draft distribution agreement in preparation for conference with D. Bralow. | 0.20 | 130.00 |
| 02/15/12 | T. Haley | C300 | | Correspondence to D. Bralow regarding additional comments to distribution agreement. | 0.20 | 130.00 |
| 02/15/12 | T. Haley | C300 | | Extended telephone conference with D. Bralow regarding analysis of distribution agreement. | 2.00 | 1,300.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1964089

Page 2

Tribune Company/Olson

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/22/12 | T. Haley | C300 | | Telephone conference with D. Bralow regarding distribution agreement and regarding Connecticut issue involving distribution of another newspaper. | 0.30 | 195.00 |
| 02/24/12 | C. Olson | C300 | | Attention to review of materials regarding potential consultant (.20); email regarding same (.10). | 0.30 | 216.00 |

| | | |
|---|---|---|
| **Total Hours** | 7.20 | |
| **Total Fees** | | $4,656.00 |
| **Less Discount** | | ($465.60) |
| **Total Fees After Discount** | | $4,190.40 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 0.30 | hours at | $720.00 | per hour |
| P. Devata | Partner | - | 0.30 | hours at | $500.00 | per hour |
| T. Haley | Sr Partner I | - | 6.60 | hours at | $650.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $4,190.40 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

Invoice No. 1964089
0276 36078 / 36078-000011
East Coast Properties

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $4,656.00 |
| Less Discount | ($465.60) |
| Total Fees after Discount | $4,190.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $4,190.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964046
0276 17832 / 17832-000001
W1ST

Los Angeles Times
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60614
Attn:  Mr. James P. Osick
Director, Labor and Employee Relations

For legal services rendered through February 29, 2012

### Labor General 0000001020

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/01/12 | K. Sulzer | C300 | | Review of human trafficking issue with J. Xanders (.40); conference with D. Howells regarding same (.50). | 0.90 | 634.50 |
| 02/03/12 | D. Howells | C300 | | Telephone conference with J. Xanders regarding materials needed for process of complying with transparency in supply chain legislation and budget. | 0.20 | 113.00 |
| 02/06/12 | D. Howells | C300 | | Internet research to identify products and geographical areas at risk for human trafficking and forced labor (.60); review IFC/World Bank publications, U.S. DOL child labor reports and a number of NGO websites (.40). | 1.00 | 565.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/08/12 | D. Howells | C300 | | Conference regarding compilation of Internet research and components needed for transparency in supply chain compliance program (.10); work on creation of customized binder with compliance materials (1.00); draft sample ethical sourcing policy (.50). | 1.60 | 904.00 |
| 02/09/12 | D. Howells | C300 | | Exchange e-mails with J. Xanders on supply chain transparency Act compliance and sent list of materials prepared (.10); work on finalizing supplier certification, powerpoint training, supplier letter, code of conduct (.10). | 0.20 | 113.00 |
| 02/15/12 | D. Howells | C300 | | Telephone conference with J. Xanders regarding transparency in supply chain compliance materials (.40); send link to DOL list of good produced by child labor or forced labor (.10); research source of letter to suppliers to check for enclosure and send source language to J. Xanders by e-mail (.30). | 0.80 | 452.00 |

**Total Hours** 4.70

**Total Fees** $2,781.50

**Less Discount** ($278.15)

**Total Fees After Discount** $2,503.35

**Timekeeper Summary**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| K. Sulzer | Partner | - | 0.90 | hours at | $705.00 | per hour |
| D. Howells | Senior Counsel | - | 3.80 | hours at | $565.00 | per hour |



Invoice No. 1964046

Page 3

Los Angeles Times

| **Disbursements** | **Value** | |
|---|---|---|
| Courier/Messenger | 12.33 | |
| **Total Disbursements** | | 12.33 |
| **Total Amount Due** | | $2,515.68 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Los Angeles Times
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60614
Attn: Mr. James P. Osick
Director, Labor and Employee Relations

Invoice No. 1964046
0276 17832 / 17832-000001
Labor General 0000001020

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,781.50 |
| Less Discount | ($278.15) |
| Total Fees after Discount | $2,503.35 |
| Total Disbursements | 12.33 |
| Total Fees and Disbursements This Statement | $2,515.68 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964128
0276 33175 / 33175-000023
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through February 29, 2012

**Clement, Jayne (Plaintiffs) v. Tribune Company, Tribune Interactive, Inc., Tribune Media Net, Inc., LA Times Comm., LLC, LA Times; Case No. BC390943 - 0000001813**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/01/12 | M. Sank | L430 | | Prepare response to court of appeal regarding status of bankruptcy matter. | 0.30 | 123.00 |

| | | |
|---|---|---|
| **Total Hours** | | 0.30 | |
| **Total Fees** | | | $123.00 |
| **Less Discount** | | | ($12.30) |
| **Total Fees After Discount** | | | $110.70 |

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| M. Sank | Associate | - | 0.30 | hours at | $410.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Courier/Messenger** | |
| 02/01/12 | Courier/Messenger Inv#: 778627139 Date Sent: 02/01/2012 Sender: Max S. Sank, Esq. Airbill: 798012315893 Judge Gregory Alarcon Los Angeles Superior Court 111 N HILL ST DEPT 36 LOS ANGELES, CA 90012 | 10.25 |
| 02/01/12 | Courier/Messenger Inv#: 778627139 Date Sent: 02/01/2012 Sender: Max S. Sank, Esq. Airbill: 798012351582 District Attorney's Office County of Los Angeles 210 W TEMPLE ST STE 1800 LOS ANGELES, CA 90012 | 10.25 |
| 02/01/12 | Courier/Messenger Inv#: 778627139 Date Sent: 02/01/2012 Sender: Max S. Sank, Esq. Airbill: 793181851760 Ronald A. Reiter Office of the Attorney General 455 GOLDEN GATE AVE STE 01612 SAN FRANCISCO, CA 94102 | 26.41 |
| | **Copying** | |
| 02/01/12 | Copying | 3.70 |

**Total Disbursements**                                                       50.61

**Total Amount Due**                                                        $161.31



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1964128
0276 33175 / 33175-000023
Clement, Jayne (Plaintiffs) v. Tribune Company,
Tribune Interactive, Inc., Tribune Media Net, Inc., LA
Times Comm., LLC, LA Times; Case No. BC390943 -
0000001813

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $123.00 |
| Less Discount | ($12.30) |
| Total Fees after Discount | $110.70 |
| Total Disbursements | 50.61 |
| Total Fees and Disbursements This Statement | $161.31 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964169
0276 33175 / 33175-000026
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through February 29, 2012

**Christino Escandon v. Los Angeles Times, et al.; Case No. BC476209**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/02/12 | L. O'Hara | L212 | | Communicate with J. Powers regarding answer (.10); finalize same (.10); prepare deposition notice (.10). | 0.30 | 136.50 |
| 02/02/12 | J. Brodsky | L310 | | Prepare form interrogatories. | 0.50 | 227.50 |
| 02/02/12 | J. Brodsky | L310 | | Prepare special interrogatories. | 0.40 | 182.00 |
| 02/02/12 | J. Brodsky | L320 | | Prepare requests for production. | 0.90 | 409.50 |
| 02/03/12 | L. O'Hara | L120 | | Direction to J. Brodsky regarding preparation of discovery and background check for plaintiff (.20); communicate with J. Powers regarding answer and deposition (.20). | 0.40 | 182.00 |
| 02/03/12 | J. Brodsky | L190 | | Review/analyze litigation hold letters and prepare correspondence to L. O'Hara. | 0.10 | 45.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/03/12 | J. Brodsky | L320 | | Prepare requests for production and release of medical information. | 0.50 | 227.50 |
| 02/06/12 | L. O'Hara | L190 | | Review issues relating to background check on plaintiff (.10); review background information on judge and communicate with J. Powers regarding same (.20). | 0.30 | 136.50 |
| 02/07/12 | J. Brodsky | L190 | | Review litigation history of plaintiff. | 0.10 | 45.50 |
| 02/07/12 | K. Argudo | L190 | | Researching background information on C. Escandon for J. Brodsky. | 0.50 | 80.00 |
| 02/08/12 | L. O'Hara | L110 | | Meet with R. Nguyen, B. Young and HR staff. | 3.50 | 1,592.50 |
| 02/08/12 | J. Brodsky | L310 | | Revise written discovery for service on plaintiff. | 0.70 | 318.50 |
| 02/09/12 | L. O'Hara | L190 | | Direction to J. Brodsky regarding case background and preparation of case map chronology and document retention letter. | 0.30 | 136.50 |
| 02/09/12 | J. Brodsky | L140 | | Meet with L. O'Hara and O. Golinder regarding litigation strategy and document management. | 0.20 | 91.00 |
| 02/09/12 | O. Golinder | L190 | | Conference with L. O'Hara and J. Brodsky regarding additional documents and chronology of the case. | 0.30 | 81.00 |
| 02/10/12 | L. O'Hara | L330 | | Review communication from client regarding deposition notice. | 0.10 | 45.50 |
| 02/10/12 | J. Brodsky | L190 | | Prepare litigation hold letter. | 0.80 | 364.00 |
| 02/12/12 | L. O'Hara | L310 | | Review/revise discovery requests and document preservation letter. | 1.80 | 819.00 |
| 02/13/12 | L. O'Hara | L120 | | Direction to J. Brodsky regarding revisions to be made to document hold letter. | 0.10 | 45.50 |
| 02/13/12 | J. Brodsky | L120 | | Confer with L. O'Hara regarding written discovery responses and litigation hold letter. | 0.10 | 45.50 |
| 02/13/12 | J. Brodsky | L120 | | Revise litigation hold letter. | 0.40 | 182.00 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/13/12 | J. Brodsky | L310 | | Revise requests for production and special interrogatories. | 0.80 | 364.00 |
| 02/16/12 | L. O'Hara | L310 | | Finalize discovery requests for service (.20); e-mail J. Powers regarding discovery served by Plaintiff (.30); further revisions to document retention letter and communicate with J. Powers regarding same and transmit to J. Powers (.50); telephone conference with J. Powers regarding deposition scheduling (.80); e-mail O. Galindo regarding same (.20); review notes and documents for references regarding S. Akutagawa and D. Cantini (.20). | 2.20 | 1,001.00 |
| 02/16/12 | J. Brodsky | L310 | | Conference with L. O'Hara regarding written discovery and deposition notices. | 0.50 | 227.50 |
| 02/17/12 | L. O'Hara | L330 | | Communications regarding deposition scheduling. | 0.20 | 91.00 |
| 02/22/12 | L. O'Hara | L110 | | Communicate with O. Galindo regarding witness interviews. | 0.20 | 91.00 |
| 02/22/12 | L. O'Hara | L140 | | Review various proofs of service filed with the court and e-mail J. Powers regarding same. | 0.30 | 136.50 |
| 02/22/12 | L. O'Hara | L310 | | Review multiple sets of discovery served by plaintiff. | 0.60 | 273.00 |
| 02/22/12 | K. Argudo | L190 | | Download background information on judge assigned to case. | 0.10 | 16.00 |
| 02/23/12 | L. O'Hara | L160 | | Telephone conference with opposing counsel regarding potential mediators (.30); review availability of same (.10). | 0.40 | 182.00 |
| 02/23/12 | L. O'Hara | L190 | | Conference with J. Powers regarding proofs of service pertaining to multiple corporate entities filed by plaintiff (.30); telephone conference with and e-mail from opposing counsel regarding request for dismissal of non-employer corporate entities (.30). | 0.60 | 273.00 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/23/12 | L. O'Hara | L310 | | Direction to J. Brodsky regarding preparation of responses to discovery. | 0.20 | 91.00 |
| 02/23/12 | J. Brodsky | L120 | | Prepare chronology of events. | 0.30 | 136.50 |
| 02/24/12 | L. O'Hara | L190 | | Communicate with J. Powers regarding opposing counsel's refusal to dismiss non-employer defendants and mediation. | 0.30 | 136.50 |
| 02/24/12 | J. Brodsky | L120 | | Review/analyze client documents (1.80); prepare chronology of events (.80). | 2.60 | 1,183.00 |
| 02/26/12 | J. Brodsky | L120 | | Review/analyze client documents (1.10); prepare chronology of events (.80). | 1.90 | 864.50 |
| 02/27/12 | L. O'Hara | L212 | | Prepare general denial on behalf of Tribune Company and Los Angeles Times International, Ltd. | 0.40 | 182.00 |
| 02/28/12 | J. Brodsky | L120 | | Review/analyze client documents (.60); prepare memorandum regarding missing documents to obtain from the client, which are responsive to the document requests (.80). | 1.40 | 637.00 |
| 02/28/12 | J. Brodsky | L310 | | Prepare responses to special interrogatories. | 0.80 | 364.00 |
| 02/28/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories. | 1.50 | 682.50 |
| 02/28/12 | J. Brodsky | L320 | | Prepare response to requests for production. | 1.80 | 819.00 |
| 02/29/12 | J. Brodsky | L120 | | Prepare documents and chronology for witness interviews. | 0.80 | 364.00 |
| 02/29/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories. | 0.50 | 227.50 |

**Total Hours**                                                                30.70

**Total Fees**                                                                          $13,736.00



Los Angeles Times (Sherman)

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 12.20 | hours at | $455.00 | per hour |
| J. Brodsky | Associate | - | 17.60 | hours at | $455.00 | per hour |
| O. Golinder | Paralegal | - | 0.30 | hours at | $270.00 | per hour |
| K. Argudo | Librarian | - | 0.60 | hours at | $160.00 | per hour |

## Disbursements

| | Value |
|---|---|
| Overnight Delivery/Local Messenger - NATIONWIDE LEGAL EXPRESS 2/3 | 107.10 |
| Filing Fees - NATIONWIDE LEGAL EXPRESS 2/3 | 470.85 |
| Copying | 122.70 |
| Long Distance Telephone | 5.60 |
| Local Travel - L. O'Hara 2/8/12 | 10.55 |

**Total Disbursements**                                              716.80

**Total Fees And Disbursements This Statement**              $14,452.80



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 1964169
0276 33175 / 33175-000026
Christino Escandon v. Los Angeles Times, et al.; Case
No. BC476209

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $13,736.00 |
| Total Disbursements | 716.80 |
| Total Fees and Disbursements This Statement | $14,452.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964137
0276 15827 / 15827-000020
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attn:  John W. Powers

For legal services rendered through February 29, 2012

## Neil Levine v. Tribune Entertainment Co. dba KTLA, et al.; Case No. BC477541

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/01/12 | L. O'Hara | L190 | | Communicate with J. Powers regarding issues for joint representation letter. | 0.10 | 45.50 |
| 02/02/12 | L. O'Hara | L140 | | Review documents received from client (.20); direction to paralegal regarding organization of same (.10); communicate with J. Powers regarding joint representation letter (.50). | 0.80 | 364.00 |
| 02/02/12 | J. Brodsky | L190 | | Revise joint representation letter. | 0.10 | 45.50 |
| 02/02/12 | O. Golinder | L140 | | Review/organize documents received from client. | 0.80 | 216.00 |
| 02/03/12 | L. O'Hara | L120 | | Direction to paralegal O. Golinder regarding management of client documents and supplementing chronology (.50); analysis regarding issues for demurrer to complaint (.50); review background information on judge assigned to case (.30). | 1.30 | 591.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

14272412v.2



KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/03/12 | J. Brodsky | L120 | | Conference with L. O'Hara and O. Golinder regarding litigation strategy and document management. | 0.50 | 227.50 |
| 02/03/12 | J. Brodsky | L120 | | Determine the background on Judge Minning and litigation history of N. Levine. | 0.30 | 136.50 |
| 02/03/12 | J. Brodsky | L120 | | Review/analyze the complaint. | 0.20 | 91.00 |
| 02/03/12 | O. Golinder | L140 | | Meet with L. O'Hara regarding client documents (.50); begin review of same (.40). | 0.90 | 243.00 |
| 02/06/12 | L. O'Hara | L190 | | Prepare joint representation letter (.60); review issues relating to background check on plaintiff (.40); review client documents (.50). | 1.50 | 682.50 |
| 02/06/12 | O. Golinder | L190 | | Review/revise chronology (1.00); prepare key documents in preparation for meeting with a client (2.70). | 3.70 | 999.00 |
| 02/07/12 | L. O'Hara | L110 | | Review client documents and prepare for client meeting. | 1.30 | 591.50 |
| 02/07/12 | J. Brodsky | L120 | | Review litigation history of plaintiff. | 0.10 | 45.50 |
| 02/07/12 | K. Argudo | L190 | | Researching background information on N. Levine for J. Brodsky. | 0.50 | 80.00 |
| 02/08/12 | L. O'Hara | L110 | | Further review of client documents (1.00); Meet with B. Lopez-Nash, C. Leigh and C. Reilly regarding same (3.60). | 4.60 | 2,093.00 |
| 02/09/12 | L. O'Hara | L140 | | Direction to O. Golinder regarding supplementing of key documents binder and other document management issues. | 0.40 | 182.00 |
| 02/10/12 | J. Brodsky | L190 | | Prepare litigation hold letter. | 0.60 | 273.00 |
| 02/13/12 | J. Brodsky | L241 | | Research regarding methods of demurring on "multiple causes of action in one claim" type of complaint. | 0.30 | 136.50 |
| 02/16/12 | L. O'Hara | L140 | | Direction to paralegal regarding document management issues. | 0.30 | 136.50 |



KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 02/28/12 | O. Golinder | L190 | | Review/revise chronology of events. | 0.90 | 243.00 |
| 02/29/12 | O. Golinder | L140 | | Review documents received from the client (.90); de-duplicate and organize (3.40). | 4.30 | 1,161.00 |

**Total Hours**    23.50

**Total Fees**    $8,584.00

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 10.30 | hours at | $455.00 | per hour |
| J. Brodsky | Associate | - | 2.10 | hours at | $455.00 | per hour |
| O. Golinder | Paralegal | - | 10.60 | hours at | $270.00 | per hour |
| K. Argudo | Librarian | - | 0.50 | hours at | $160.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 23.30 |
| Local Travel | 19.43 |

**Total Disbursements**    42.73

**Total Fees And Disbursements This Statement**    $8,626.73

14272412v.2



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 1964137
0276 15827 / 15827-000020
Neil Levine v. Tribune Entertainment Co. dba KTLA, et
al.; Case No. BC477541

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $8,584.00 |
| Total Disbursements | 42.73 |
| Total Fees and Disbursements This Statement | $8,626.73 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

14272412v.2



**SEYFARTH** ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1963444
0276 36078 / 36078-000011
W3S

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through February 29, 2012

**East Coast Properties**

Telephone conference and correspondence with P. Devata regarding background checks; correspondence with D. Bralow regarding same; review and revise FCRA forms; conference with client regarding same.

**FLAT FEE**                                                                 $1,500.00

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying           | 1.50      |

**Total Disbursements**                                                          1.50

**Total Fees And Disbursements This Statement**                              $1,501.50

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY  10017
Attn: David S. Bralow, Esq.

Invoice No. 1963444
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,500.00 |
| Total Disbursements | 1.50 |
| Total Fees and Disbursements This Statement | $1,501.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

Invoice No. 1964087
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through February 29, 2012

**Clement, Jayne v. Los Angeles Times, et al. 0000001656**

| Date | Disbursements | Value |
|---|---|---|
| | **Attorney Services** | |
| 02/27/12 | Attorney Services - NATIONWIDE LEGAL, LLC 1/13 | 75.85 |

**Total Disbursements** — 75.85

**Total Fees And Disbursements This Statement** — $75.85

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2012

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1964087
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 75.85 |
| Total Fees and Disbursements This Statement | $75.85 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |