CROUDACE & DIETRICH LLP
Mark A. Nitikman (State Bar No. 138411)
Virginia P. Croudace (State Bar No. 120506)
4750 Von Karman Avenue
Newport Beach, California 92660
Telephone: (949) 794-9900
Facsimile: (949) 794-9909

Attorneys for bkm 3128 Redhill Associates, LLC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 13141-KJC |
| TRIBUNE COMPANY, | **Chapter 11** |
| Debtor. | **REQUEST FOR CANCELLATION OF NOTICE AND REMOVAL FROM MAILING LIST** |

TO THE DEBTOR, OFFICE OF THE UNITED STATES TRUSTEE, CHAPTER 11 TRUSTEE, THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, AND ALL PARTIES IN INTEREST HEREIN:

PLEASE TAKE NOTICE that bkm 3128 Redhill, LLC, a California limited liability company, a creditor of the above-captioned debtors, hereby requests <u>cancellation</u> of notice and removal from mailing list relating to all matters which may come before the Court or which must be noticed to creditors, the creditors' committee, or other parties in interest concerning the above-named debtor effective this date.

Dated: April 3, 2012

CROUDACE & DIETRICH LLP

By /s/ Mark A. Nitikman
Mark A. Nitikman
Attorneys for Creditor bkm 3128 Redhill, LLC

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4750 Von Karman Avenue, Newport Beach, CA 92660

A true and correct copy of the foregoing document described as ***Request for Cancellation of Notice and Removal from Mailing List*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ***April 3, 2012***, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Joseph J. McMahon, Jr., Esq.
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801

James F. Conlan
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Co-Counsel for Debtor

Norman L. Pernick
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West St., Ste. 1200
Wilmington, Delaware 19801
Co-Counsel for Debtor

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed***, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                      **F 9013-3.1.PROOF.SERVICE**

method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 3, 2012 | Susan N. Dashofy | *[signature]* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                 F 9013-3.1.PROOF.SERVICE