# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

December 1, 2011 through and including February 29, 2012

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 20.4 | $11,016.00 |
| Patricia P. McGonigle | Partner; admitted DE 1992 | 1992 | $375.00 | .2 | $75.00 |
| Jared T. Green | Associate; admitted DE 2008 | 2008 | $200.00 | 1. | $200.00 |
| Susan Pappa | Paralegal | N/A | $125.00 | 31.5 | $3,937.50 |
| | | | Total | 53.1 | $15,228.50 |

**Blended Rate: $286.79**

81117 v1

# EXHIBIT "B"

81117 v1

222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
March 28, 2012
Account No:  30402-001M
Statement No:  27878

Tribune

For Services Rendered Through 12/31/2011

Fees

| Date | TK | Description | Hours | |
|---|---|---|---|---|
| 12/09/2011 | | | | |
| | JSG | Reviewing Motion and Order regarding extending stays of adversary proceedings; Prepare same for filing; E-mails and teleconferences regarding same | 1.50 | |
| | SLP | Teleconference with James S. Green (home) re filing; Teleconference with Parcels; Draft Certificate of Service; E-mail Parcels (cc: James S. Green) regarding filing of Certificate of Counsel Re 5th Order Definition Termination Event (wait for James S. Green approval); Reviewing e-mails regarding same (certificate not filed) | 1.00 | |
| | PPM | Emails to/from Mr. Caridas re: filing of additional certificates of service; | 0.20 | |
| 12/12/2011 | | | | |
| | SLP | E-file Certification of Counsel re 5th Order Definition Termination Event | 0.30 | |
| | JSG | Reviewing docket; Reviewing hearing agenda; Reviewing and file Certification regarding termination event | 1.00 | |
| 12/13/2011 | | | | |
| | JSG | Attend hearing before Judge Carey | 1.50 | |
| 12/22/2011 | | | | |
| | SLP | Teleconference with co-counsel and Parcels regarding e-filing Summons/Notice of Pretrial Conference | 0.30 | |
| | | For Current Services Rendered | 5.80 | 2,435.00 |

Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 4.00 | $540.00 | $2,160.00 |
| Patricia P. McGonigle | 0.20 | 375.00 | 75.00 |
| Susan L. Pappa | 1.60 | 125.00 | 200.00 |

Offi Comm of Unsecured Cred Tribune Company et al

Page: 2
March 28, 2012
Account No: 30402-001M
Statement No: 27878

Tribune

| | |
|---|---|
| Total Current Work | 2,435.00 |

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600   Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
March 28, 2012
Account No: 30402-001M
Statement No: 27880

Tribune

For Services Rendered Through 01/31/2012

Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/09/2012 | JSG | Reviewing Orders (Case Administration) | 0.20 |
| | JSG | Drafting Monthly Fee Applications and Quarterly Fee Application (Fee Matters) | 3.00 |
| 01/10/2012 | SLP | Begin drafting Quarterly Fee Application (Fee Matters) | 0.50 |
| | JSG | Reviewing agenda for 1/11/12 hearing (Case Administration) | 0.20 |
| 01/12/2012 | JSG | Reviewing, revising and finalizing Quarterly Fee Application (Fee Matters) | 1.50 |
| 01/13/2012 | JTG | Emails with James S. Green Jr.; Review motion (Case Administration) | 1.00 |
| 01/17/2012 | JSG | Reviewing and file Third Motion to Change Definition of Termination Event (Case Administration) | 1.50 |
| | SLP | E-mail from co-counsel regarding Motion to Extend Stay (Case Administration) | 0.10 |
| 01/18/2012 | JSG | Numerous e-mails with Zuckerman Spaeder and Landis Rath and Cobb regarding filing Third Motion to Amend Definition of Termination Event; File and serve same (3.0 Case Admin.); E-mails from Stuart Maue regarding Fee Applications (.1 Fee Matters) | 3.10 |
| | SLP | Receipt of Notices of Electronic Filing; Download Notice of Appearance of JP Morgan; E-file Third Motion to Amend Definition of "Termination Event;" E-mail with co-counsel and Parcels regarding service of same; Draft and E-file Affidavit of Service (Case Administration) | 1.50 |

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600 Fax: (302) 888-0606
EIN: 51-0387566

| | |
|---|---|
| Offi Comm of Unsecured Cred Tribune Company et al | Page: 1<br>March 28, 2012<br>Account No: 30402-001M<br>Statement No: 27880 |

Tribune

For Services Rendered Through 01/31/2012

### Fees

| | | | Hours |
|---|---|---|---|
| 01/09/2012 | JSG | Reviewing Orders (Case Administration) | 0.20 |
| | JSG | Drafting Monthly Fee Applications and Quarterly Fee Application (Fee Matters) | 3.00 |
| 01/10/2012 | SLP | Begin drafting Quarterly Fee Application (Fee Matters) | 0.50 |
| | JSG | Reviewing agenda for 1/11/12 hearing (Case Administration) | 0.20 |
| 01/12/2012 | JSG | Reviewing, revising and finalizing Quarterly Fee Application (Fee Matters) | 1.50 |
| 01/13/2012 | JTG | Emails with James S. Green Jr.; Review motion (Case Administration) | 1.00 |
| 01/17/2012 | JSG | Reviewing and file Third Motion to Change Definition of Termination Event (Case Administration) | 1.50 |
| | SLP | E-mail from co-counsel regarding Motion to Extend Stay (Case Administration) | 0.10 |
| 01/18/2012 | JSG | Numerous e-mails with Zuckerman Spaeder and Landis Rath and Cobb regarding filing Third Motion to Amend Definition of Termination Event; File and serve same (3.0 Case Admin.); E-mails from Stuart Maue regarding Fee Applications (.1 Fee Matters) | 3.10 |
| | SLP | Receipt of Notices of Electronic Filing; Download Notice of Appearance of JP Morgan; E-file Third Motion to Amend Definition of "Termination Event;" E-mail with co-counsel and Parcels regarding service of same; Draft and E-file Affidavit of Service (Case Administration) | 1.50 |

Offi Comm of Unsecured Cred Tribune Company et al

Tribune

| Date | TK | Description | Hours | |
|---|---|---|---:|---:|
| 01/19/2012 | JSG | E-mails with John Theil at Stuart Maue; Teleconference with John Theil (Fee Matters) | 0.50 | |
| 01/20/2012 | SLP | Receipt of Notices of Electronic Filing; Download Notice of Withdrawal of Notice of Appearance of JP Morgan; Notice of Appearance of Aim, et al. (Case Administration) | | |
| 01/23/2012 | SLP | Receipt of Notices of Electronic Filing; Download Notice of Appearance General Motors, et al. (Case Administration) | 0.20 | |
| 01/26/2012 | SLP | Receipt of Notices of Electronic Filing; Download Debtors Response to Third Motion to Amend Definition of "Termination Event;" and Letters Regarding Inability to Complete Service (Case Administration) | 0.50 | |
| 01/30/2012 | JSG | Review and file Aurelius Response in Opposition to Motion to Extend Stay (Case Administration) | 1.00 | |
| | SLP | E-mails co-counsel; E-file Reply to Objection of Aurelius to Motion to Amend "Termination Event;" Teleconference with co-counsel; Teleconference with Parcels (Case Administration) | 0.50 | |
| 01/31/2012 | JSG | Administrative matters - Review service list; Review preferred notices of service; Review agenda for hearing (Case Administration) | 1.00 | |
| | | For Current Services Rendered | 16.30 | 7,092.50 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| James S. Green | 12.00 | $540.00 | $6,480.00 |
| Susan L. Pappa | 3.30 | 125.00 | 412.50 |
| Jared T. Green | 1.00 | 200.00 | 200.00 |

### Expenses

| | |
|---|---:|
| Photocopies | 86.60 |
| Courier fees | 37.50 |
| Filing Fee paid to USBC via Parcels | 75.00 |
| Paid to Parcels Service Mail Postage & Copies | 4,578.11 |
| Paid to Parcels Service via 1st Class Mail | 2,384.61 |
| Reimbursable Costs Thru 01/31/2012 | 7,161.82 |
| Total Current Work | 14,254.32 |

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
March 28, 2012
Account No:   30402-001M
Statement No:   27880

Tribune

For Services Rendered Through 02/29/2012

### Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/01/2012 | JSG | Reviewing hearing agenda; Reviewing statements regarding resolution of allocation disputes | 0.50 |
| | SLP | Receipt of Notices of Electronic Filing; Download Notice of Withdraw of Notice of Appearance General Motors; Draft and e-file Affidavit of Service of Reply to Objection | 5.00 |
| 02/02/2012 | SLP | Receipt of Return to Sender envelopes; E-mails from/to counsel regarding returns; Secretary of State searches; Draft/revise letter to co-counsel regarding service list; Revising Service List | 3.00 |
| | SLP | Receipt of Notices of Electronic Filing; Download Notice of Withdrawal of Notice of Withdrawal of Notice of Appearance GM | 0.10 |
| 02/03/2012 | SLP | Receipt of Return to Sender envelopes; E-mails from/to counsel regarding returns; Secretary of State searches; Draft/revise letter to co-counsel regarding service list; Revising Service List | 5.00 |
| | JSG | Reviewing pleadings and court filings; Reviewing returns of service in lender case; E-mails with Andrew Goldfarb | 1.00 |
| 02/06/2012 | SLP | Receipt of Return to Sender envelopes; E-mails from/to counsel regarding returns; Secretary of State searches; Draft/revise letter to co-counsel regarding service list; Revising Service List | 3.00 |
| | SLP | E-mails to/from Linda Rogers regarding returns; Teleconference with Court | 0.30 |
| 02/07/2012 | SLP | Receipt of Return to Sender envelopes; E-mails from/to counsel regarding returns; Secretary of State searches; Draft/revise letter to co-counsel | |

| | | | Page: 2 |
|---|---|---|---|
| Offi Comm of Unsecured Cred Tribune Company et al | | | March 28, 2012 |
| | | Account No: | 30402-001M |
| | | Statement No: | 27880 |
| Tribune | | | |

| | | | Hours |
|---|---|---|---|
| | | regarding service list; Revising Service List; Mail same to co-counsel | 3.00 |
| 02/09/2012 | | | |
| | SLP | Receipt of additional returns; Revising Service List; E-mail co-counsel; Teleconference with Lisa Medoro regarding service list and returns; E-mail Ms. Medoro Notice of Appearance (2) and additional returns | 1.50 |
| | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro | 0.50 |
| 02/10/2012 | | | |
| | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro | 0.50 |
| 02/13/2012 | | | |
| | SLP | Receipt of Notices of Electronic Filing; Download Letters Regarding Inability to Complete Service (3); E-mail same to Lisa Medoro | 0.30 |
| | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro | 0.50 |
| 02/14/2012 | | | |
| | JSG | Reviewing Agenda for 2/15/12 hearing; Reviewing service list and returned services | 0.70 |
| | SLP | Receipt of Notices of Electronic Filing; Download Letters Regarding Inability to Serve (5); Add Lisa Medoro to the auto-forward of Notices of Electronic Filing; E-mail co-counsel Letters | 0.50 |
| 02/16/2012 | | | |
| | JSG | Reviewing filings | 0.20 |
| | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro | 0.50 |
| | SLP | Teleconference with Landis Rath Cobb regarding Delaware Claims return envelopes (Parcels) | 0.10 |
| 02/23/2012 | | | |
| | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro | 0.50 |
| 02/24/2012 | | | |
| | JSG | Reviewing and revise Third Motion of Official Committee to Extend Time to Complete Service; E-mails regarding same | 1.00 |
| | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro | 0.50 |
| | SLP | Teleconference with Jeffrey Dorment/Pinebridge regarding correct address; E-mail to Lisa Medoro; Voice mail to Mr. Dorment regarding entities represented and directing him to Ms. Medoro | 0.20 |
| | SLP | E-mail from Andrew Goldfarb; Reviewing docket regarding D.I. reference; E-mail from co-counsel regarding Motion to Extend Lender Complaint | |

| | | Page: 3 |
|---|---|---|
| Offi Comm of Unsecured Cred Tribune Company et al | | March 28, 2012 |
| | Account No: | 30402-001M |
| | Statement No: | 27880 |
| Tribune | | |

| Date | | | Hours | |
|---|---|---|---|---|
| | | Deadliine | 0.30 | |
| 02/27/2012 | SLP | E-mail from co-counsel requesting docket information regarding foreign service; Reviewing docket; Conference with James S. Green; Order docketed in main case only; Teleconference with Court regarding Order (Order filed in Adversary) | | |
| 02/28/2012 | JSG | Reviewing Third Motion to Extend Time for Service; Reviewing Order regarding clerk acceptance of service for foreign defendants | 1.00 | |
| | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro | 0.50 | |
| 02/29/2012 | SLP | E-file Third Motion to Extend Time; Conference with James S. Green regarding service; E-mails co-counsel, Lisa Medoro and Parcels regarding service; Calendar Objection deadline | 0.80 | |
| | | For Current Services Rendered | 31.00 | 5,701.00 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 4.40 | $540.00 | $2,376.00 |
| Susan L. Pappa | 26.60 | 125.00 | 3,325.00 |

### Expenses

| | |
|---|---|
| Photocopies | 26.80 |
| Outside printing | 3,140.16 |
| Reimbursable Costs Thru 02/29/2012 | 3,166.96 |
| Total Current Work | 8,867.96 |

*Remittance is due and payable upon receipt. Thank you.*

# EXHIBIT "C"

## STATEMENT OF EXPENSE

| | |
|---|---|
| Photocopies: | $113.40 |
| Courier fees: | $37.50 |
| Filing Fee paid to USBC via Parcels: | $75.00 |
| Paid to Parcels Service Mail Postage and Copies: | $10,102.88 |
| TOTAL: | $10,328.78 |

81117 v1