**THERMAL CONCEPTS INC.**
2201 College Avenue, Davie, FL 33317
Phone: 954-472-4465  Fax: 954-370-6410

| Invoice No. | 19081 |
|---|---|
| Page | 1 |

**BILL TO**
WSFL CHANNEL 39
200 EAST LAS OLAS BLVD
ATTN: RUDY MORRIS
FT LAUDERDALE FL 33301

**SITE**
WSFL CHANNEL 39-MIAMI
1255 NW 210 STREET
N. MIAMI BEACH FL

| Invoice Date | Invoice No. | Customer No. | Payment Terms | Contract No. |
|---|---|---|---|---|
| 11/13/08 | 19081 | WBCH01 | NET 10 | 20150 |

| Ticket # | Qty | Unit Meas | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| W/O # - A81013035 | | | | | |
| | | | TRANE UNIT #1 REPAIRS | | |
| | | | REF WT# 17517-17520 | | |
| 17517OD | 1.00 | HR | Level 2 HVAC Technician OT | 135.0045 | 135.00 |
| | 1.00 | EA | PHASE MONITOR | 307.775 | 307.78 |
| | 1.00 | HR | Level 2 HVAC Technician | 90.003 | 90.00 |
| | | | Sales Tax | | 21.55 |

**All Major Credit Cards Accepted**

| Gross | Tax | Net Amount |
|---|---|---|
| 532.78 | 21.55 | 554.33 |