# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## <u>DECLARATION OF CHRISTOPHER L. MEAZELL</u>

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Thirty-Second Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period January 1, 2012 through January 31, 2012 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Thirty-Second Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

46429/0001-8458439v1

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 11th day of April, 2012.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## JANUARY 1 - JANUARY 31, 2012

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 5.2 | 2,860.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 760 | 40.0 | 30,400.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 390 | 17.0 | 6,630.00 |
| Michael D. Hays | Member (since 1988); Litigation; 1977 (DC) & 1991 (MD) | 680 | 2.0 | 1,360.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 650 | 20.2 | 13,130.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 13.4 | 8,710.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 280 | 0.8 | 224.00 |
| Sarah J. McGinley | Associate (since 2010); Litigation; 2011 (DC) & 2009 (CT) | 310 | 10.2 | 3,162.00 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); | 450 | 11.4 | 5,130.00 |
| Maureen M. Nagle | Senior Counsel (since 2008); Corporate; 2000 (NY) & 2011 (DC) | 450 | 5.0 | 2,250.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 470 | 2.3 | 1,081.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 650 | 21.5 | 13,975.00 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC (2009) | 350 | 0.8 | 280.00 |
| David J. Wittenstein | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 700 | 1.2 | 840.00 |

| | | |
|---|---|---|
| **TOTALS** | **151.0** | **90,032.00** |
| **BLENDED RATE** | | **596.2384106** |

[1] On January 1, 2012 Dow Lohnes implemented a Firm-wide rate adjustment which impacted several timekeepers working on this matter as follows: Feore (2012 rate is $760, up from 2011 rate of $730); Folliard (2012 rate is $390, up from 201a rate of $370); Latek (2012 rate is $650, up from 2011 rate of $600); McCarthy (2012 rate is $280, up from 2011 rate of $275); Rademacher (2012 rate is $470, up from 2011 rate of $460); Swanson (2012 rate is $650, up from 2011 rate of $640) and Teslik (2012 rate is $350, up from 2011 rate of $330). The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period. The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2012 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $760 per hour.

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM
## JANUARY 1 - JANUARY 31, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 91.5 | 58,480.00 |
| Fee Applications 08656.0101 | 11.4 | 5,130.00 |
| Broadcast Contracts 08656.0104 | 28.3 | 14,015.00 |
| Fox and Network Agreements 08656.0104:001 | 19.8 | 12,407.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **151.0** | **90,032.00** |

# ☾ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

---

February 27, 2012                                               Page 1

Invoice 552294

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through January 31, 2012
FCC/Broadcast Matters

| | | |
|---|---|---|
| 01/02/12 | Research re impact of ownership rulemaking on client's pending waiver requests. | |
| | M. Swanson | 0.20 hrs. |
| 01/03/12 | Research re ownership and waiver issues in pending FCC applications raised by FCC rulemaking (0.5); review possible waiver changes and arguments for FCC (0.4). | |
| | J. Feore | 0.90 hrs. |
| 01/03/12 | Review issues re timing of FCC-related steps in bankruptcy proceeding in view of Bankruptcy Court order. | |
| | J. Logan | 0.30 hrs. |
| 01/03/12 | Prepare summary of FCC rulemaking re media ownership rules. | |
| | M. Swanson | 1.30 hrs. |
| 01/04/12 | Research re FCC reporting issues and further Section 1.65 letter re court developments (0.6); telephone conference with counsel for creditors re FCC meeting and updates (0.3). | |
| | J. Feore | 0.90 hrs. |
| 01/04/12 | Review re ownership rulemaking  in light of client's waivers (0.8); prepare email to E. Washburn re same (0.2); telephone conference with E. Washburn re same (0.5). | |
| | M. Swanson | 1.50 hrs. |
| 01/05/12 | Review revised ownership certifications and JP Morgan's requests for changes (0.6); conferences with J. Stenger re ownership issues (0.2). | |
| | J. Feore | 0.80 hrs. |

February 27, 2012                                                                    Page 2

Tribune Company                                                        Invoice 552294

| 01/06/12 | Review waiver issues raised by FCC rulemaking (0.4); telephone conference with J. Stenger re ownership (0.3); telephone conference with FCC staff re pending applications (0.2). | |
|---|---|---|
| | J. Feore | 0.90 hrs. |
| 01/07/12 | Research re FCC application issues raised by FCC rulemakings, due diligence in FCC review and issues to be updated (0.5); review alternatives to waiver requests (0.3). | |
| | J. Feore | 0.80 hrs. |
| 01/09/12 | Review FCC timeline and procedures re action on applications and waivers (0.5); telephone conference with D. Eldersveld re court and FCC processes (0.3). | |
| | J. Feore | 0.80 hrs. |
| 01/10/12 | Review court motion re timing issues on DCL plan and FCC (0.6); conference with S. Sheehan re DC follow-up on pending applications (0.2); review FCC procedural issues (0.7). | |
| | J. Feore | 1.50 hrs. |
| 01/10/12 | Review re FCC status report in client's pending DC Circuit case (0.1); email client memos re Supreme Court indecency cases (0.2). | |
| | M. Swanson | 0.30 hrs. |
| 01/11/12 | Telephone conference with J. Stenger re FCC applications, waivers and amendments (0.3); telephone conference with S. Sheehan re FCC processing (0.3); telephone conference with D. Eldersveld re FCC procedures and waivers (0.6). | |
| | J. Feore | 1.20 hrs. |
| 01/11/12 | Prepare correspondence to J. Boelter re hearing and effect on timing for FCC process (0.3); review draft scheduling order in connection with FCC timing issues (0.3). | |
| | J. Logan | 0.60 hrs. |
| 01/12/12 | Review proposed scheduling order re FCC issues. | |
| | C. Burrow | 0.50 hrs. |
| 01/12/12 | Review proposed changes for FCC ownership certification and court procedures (0.9); telephone conference with bankruptcy counsel re court hearing and review scheduling order draft (0.3). | |
| | J. Feore | 1.20 hrs. |
| 01/12/12 | Review FCC decision re extension of time for comments on quadrennial review pending resolution of judicial review of newspaper/broadcasting cross-ownership rule changes. | |
| | J. Logan | 0.30 hrs. |
| 01/13/12 | Review and summarize resolution of TMS issues in FCC's IP-video captioning order. | |
| | D. Teslik | 0.80 hrs. |
| 01/13/12 | Telephone conference with counsel for JP Morgan re FCC | |

February 27, 2012                                    Page 3

Tribune Company                                    Invoice 552294

applications issues (0.3); review waiver and timing issues raised by
FCC extension order (0.4).
J. Feore                                        0.70 hrs.

01/13/12    Review revised foreign ownership certification form and related
            revised documents from JP Morgan counsel.
            J. Logan                            0.40 hrs.

01/13/12    Telephone conference with E. Washburn re electronic public file
            comments (0.2); review C. Sennett comments re same issue (0.1);
            telephone conference with C. Sennett re same (0.1); review effect of
            FCC release of IP closed captioning order on client and Rovi's
            suggestion (0.6); review and revise email to client re same (0.1).
            M. Swanson                          1.10 hrs.

01/16/12    Telephone conference with counsel for JP Morgan (0.2); update re
            FCC and court certifications re foreign ownership and media rule
            compliance (0.6).
            J. Feore                            0.80 hrs.

01/16/12    Telephone conference with E. Washburn re response to FCC
            proposals on Enhanced Disclosure.
            M. Swanson                          0.60 hrs.

01/17/12    Review revisions to amendments and supplements and follow-up re
            filing with FCC prior to court action (0.5); telephone conference
            with FCC staff re application status (0.2); review FCC decisions re
            ability to act prior to court order (0.8).
            J. Feore                            1.50 hrs.

01/17/12    Review solicitation timing and license renewal date issues re FCC
            procedural concerns.
            J. Logan                            0.30 hrs.

01/17/12    Review and revise IP closed captioning memo and email same to
            client.
            M. Swanson                          0.10 hrs.

01/18/12    Telephone conference with D. Wiley re FCC applications, meetings
            and updates (0.4); review supplemental filing material (0.9);
            telephone conference with N. Larsen re TV issues (0.2).
            J. Feore                            1.50 hrs.

01/18/12    Review issues re timing of bankruptcy proceeding and anticipated
            court order in connection with conference with FCC counsel to co-
            proponents.
            J. Logan                            0.40 hrs.

01/18/12    Review re Bankruptcy Court schedule and effect on FCC (0.6);
            review re upcoming publication of FCC rulemaking  (0.1).
            M. Swanson                          0.70 hrs.

01/19/12    Telephone conferences with co-proponents' FCC counsel and Sidley

February 27, 2012                                                    Page 4

Tribune Company                                                    Invoice 552294

|  |  |  |
|---|---|---|
|  | re post-confirmation timing and process (2.7); review timelines and materials re post-confirmation FCC process (0.9). | |
|  | C. Burrow | 3.60 hrs. |
| 01/19/12 | Telephone conference with E. Washburn regarding updates to FCC applications for assignment of licenses in bankruptcy (0.7); telephone conference with lender's counsel (R. Wiley and others) regarding  same (0.9). | |
|  | J. Rademacher | 1.60 hrs. |
| 01/19/12 | Telephone conference with D. Wiley and T. Davidson re updating FCC application, filing ex parte letter and meeting with FCC staff (0.5); review need to update and supplement application and timing issues re court order (1.0); telephone conference with N. Larsen re TV issues and FCC proceedings (0.3). | |
|  | J. Feore | 1.80 hrs. |
| 01/19/12 | Prepare for telephone conference with FCC counsel to co-proponents (0.5); telephone conference with R. Wiley, J. Bayes and T. Davidson (FCC counsel to credit co-proponents) re possible initiative with the FCC's staff, timing of likely confirmation orders and approaches to expedite post-confirmation FCC tasks (0.9); analyze timing and amendment issues in connection with approaches under consideration by credit co-proponents for expediting post-confirmation FCC events (0.4); prepare correspondence to J. Boelter (Sidley) re proposals by FCC counsel to credit co-proponents and potential issues and concerns from Tribune perspective (0.4); telephone conference with J. Boelter and R. Flagg re approaches to addressing  FCC initiatives from credit co-proponents and relationship of FCC tasks and remaining post-confirmation bankruptcy tasks for emergence (1.2); analyze amendment and timing issues in proposals from credit co-proponents in view of J. Boelter (0.7). | |
|  | J. Logan | 4.10 hrs. |
| 01/19/12 | Prepare for and telephone conference with Wiley Rein and Akin attorneys re next steps (1.3); telephone conference with E. Washburn re updating applications (0.8); telephone conference with E. Reed (Wiley) re effect of ownership rulemaking  (0.2). | |
|  | M. Swanson | 2.30 hrs. |
| 01/20/12 | Revise materials for meeting with FCC staff. | |
|  | C. Burrow | 0.50 hrs. |
| 01/20/12 | Conference with counsel for JP Morgan re FCC application (0.3); review agenda for FCC meeting and update re open issues (0.5); telephone conference with D. Liebentritt re timing and conditional FCC grant (0.3); review FCC precedent re FCC action without court order (0.9). | |
|  | J. Feore | 2.00 hrs. |
| 01/20/12 | Review memorandum from FCC counsel to JP Morgan re proposed | |

February 27, 2012                                            Page 5

Tribune Company                                              Invoice 552294

|  |  |  |
|---|---|---|
|  | overture to FCC staff (0.6); research and analyze available arguments to FCC for release of consent order on structure of emerged Tribune prior to confirmation order (1.4); review prior FCC decisions on policies re court issuance of confirmation order (0.7). |  |
|  | J. Logan | 2.70 hrs. |
| 01/20/12 | Review re questionnaires for cross-ownership update. |  |
|  | M. Swanson | 0.30 hrs. |
| 01/21/12 | Telephone conference with N. Larsen, D. Eldersveld and G. Mazzaferri re CW affiliation (0.5); review affiliation agreement (0.8). |  |
|  | J. Feore | 1.30 hrs. |
| 01/22/12 | Work on revisions to market questionnaires. |  |
|  | M. Swanson | 0.90 hrs. |
| 01/23/12 | Review FCC issues list re update meeting with FCC staff on pending applications (0.8); telephone conference with D. Eldersveld and E. Washburn re network programming issues (0.6); review Tribune agreements re network, Tribune programming and claims (0.7). |  |
|  | J. Feore | 2.10 hrs. |
| 01/23/12 | Update market questionnaires. |  |
|  | M. Swanson | 0.80 hrs. |
| 01/23/12 | Review and analyze affiliation agreement (1.0); review and analyze related correspondence (0.6). |  |
|  | M. Hays | 1.60 hrs. |
| 01/24/12 | Telephone conference with D. Wiley and T. Davidson re FCC meeting and agenda (0.6); review waiver proposals and proposed amendments (0.6); research re FCC conditional grant of pending applications and possible action prior to court order (0.7). |  |
|  | J. Feore | 1.90 hrs. |
| 01/24/12 | Update client's market questionnaires based on previous survey of markets (5.4); prepare and send email to E. Washburn re same (0.4). |  |
|  | M. Swanson | 5.80 hrs. |
| 01/24/12 | Research regarding laches and related issues. |  |
|  | S. McGinley | 4.00 hrs. |
| 01/25/12 | Research regarding amendments to FCC applications to transfer broadcast licenses in bankruptcy. |  |
|  | J. Rademacher | 0.30 hrs. |
| 01/25/12 | Conference at FCC with D. Wiley, T. Davidson and FCC staff re applications (1.0); telephone conference with D. Wiley and follow-up (0.3); review status of amendments (0.4); prepare FCC letter (0.3); telephone conference with D. Liebentritt, D. Eldersveld and E. Washburn re FCC application, processing and timing (0.8). |  |

|  |  | J. Feore | 2.80 hrs. |
|---|---|---|---|

| 01/25/12 | Prepare for and participate in conference call re upcoming FCC filings (0.9); finalize and email E. Washburn re updated questionnaire (3.7). | | |
|---|---|---|---|
| | M. Swanson | | 4.60 hrs. |

| 01/25/12 | Research regarding laches and related issues. | | |
|---|---|---|---|
| | S. McGinley | | 1.40 hrs. |

| 01/26/12 | Telephone conference with D. Wiley re FCC application issues (0.3); prepare and file ex parte letter with FCC (0.8); telephone conference with J. Stenger re FCC meeting (0.2); telephone conference with S. Sheehan regarding update on FCC meeting, timing and amendment issues (0.5). | | |
|---|---|---|---|
| | J. Feore | | 1.80 hrs. |

| 01/26/12 | Review CW agreement and issues re programming (0.9); telephone conference with N. Larsen, D. Eldersveld, G. Mazzaferri and E. Washburn re research of legal issues (0.6). | | |
|---|---|---|---|
| | J. Feore | | 1.50 hrs. |

| 01/26/12 | Prepare correspondence to J. Boelter re timing and procedural matters arising from meeting with FCC staff (0.7); review revised foreign ownership certification from JP Morgan counsel (0.3). | | |
|---|---|---|---|
| | J. Logan | | 1.00 hrs. |

| 01/26/12 | Review WRF proposed "shell" for cross-ownership waivers. | | |
|---|---|---|---|
| | M. Swanson | | 0.80 hrs. |

| 01/26/12 | Research regarding laches and related issues (0.8); research regarding enforceability of anti-waiver clause (0.4). | | |
|---|---|---|---|
| | S. McGinley | | 1.20 hrs. |

| 01/27/12 | Conference with Creditors Committee counsel re FCC meeting (0.3); work on issues for inclusion in comprehensive FCC amendment (0.7); review timing of restructuring applications and filings (0.5); telephone conference with FCC staff as follow-up to meeting and letter (0.2). | | |
|---|---|---|---|
| | J. Feore | | 1.70 hrs. |

| 01/27/12 | Prepare correspondence to J. Boelter re proposed schedule for amendments in light of FCC meeting and re ex parte filing (0.6); telephone conference with J. Bayes (FCC counsel to JP Morgan) re ex parte notice (0.5). | | |
|---|---|---|---|
| | J. Logan | | 1.10 hrs. |

| 01/27/12 | Research regarding laches and related issues (1.7); research regarding enforceability of anti-waiver clause (0.8). | | |
|---|---|---|---|
| | S. McGinley | | 2.50 hrs. |

| 01/28/12 | Telephone conference with N. Larsen, D. Eldersveld, G. Mazzaferri and E. Washburn re network agreement and programming (0.6); | | |
|---|---|---|---|

February 27, 2012                                                    Page 7

Tribune Company                                                     Invoice 552294

review affiliation, letter agreements and draft letter proposal (0.9).
J. Feore                                    1.50 hrs.

01/29/12        Preparation of letter to J. Mattaa regarding programming agreement.
J. Rademacher                               0.40 hrs.

01/30/12        Telephone conference with J. Stenger and D. Deutsch re Creditors
Committee, FCC application and status updates (0.8); review
updated draft comments for FCC application (0.9).
J. Feore                                    1.70 hrs.

01/30/12        Prepare correspondence to J. Boelter re Creditors' Committee
concerns re FCC process.
J. Logan                                    0.70 hrs.

01/30/12        Telephone conference with E. Washburn re market questionnaire
status.
M. Swanson                                  0.20 hrs.

01/30/12        Review research (0.1); review final letter to The CW (0.3).
M. Hays                                     0.40 hrs.

01/30/12        Research regarding laches and related issues.
S. McGinley                                 1.10 hrs.

01/31/12        Correspondence with Sidley re FCC foreign ownership issues.
C. Burrow                                   0.60 hrs.

01/31/12        Telephone conference with D. Wiley re FCC application status and
processing (0.3); telephone conference with D. Liebentritt re FCC
applications (0.2); telephone conference with S. Sheehan re FCC
issues and Hill meetings (0.4); review revised certifications (0.8).
J. Feore                                    1.70 hrs.

01/31/12        Review issues re red light notification from satellite branch (0.3);
conference with E. Reed (JP Morgan counsel) re foreign ownership
procedural motion (0.4); prepare correspondence to J. Boelter re
lender approach to foreign ownership certification (0.5); review
correspondence from JP Morgan counsel with revised foreign
ownership documents (0.3).
J. Logan                                    1.50 hrs.

01/31/12        Research status of regulatory fee waiver (0.2); telephone call to FCC
staff regarding red light status of satellite assignment applications
(0.3); prepare correspondence to FCC staff regarding reason for red
light status (0.3).
L. McCarty (Practice Group Professional)    0.80 hrs.

BILLING SUMMARY

|          | Hours  |
|----------|--------|
| BURROW   | 5.20   |
| FEORE    | 35.30  |

February 27, 2012                                          Page 8

Tribune Company                                           Invoice 552294

| | |
|---|---|
| HAYS | 2.00 |
| LOGAN | 13.40 |
| SWANSON | 21.50 |
| RADEMACHER | 2.30 |
| MCGINLEY | 10.20 |
| TESLIK | 0.80 |
| MCCARTY | 0.80 |
| TOTAL | 91.50 |

Fees for Professional Services ........................................................... $        58,480.00

| | | |
|---|---|---|
| REPRODUCTION | $ | 72.80 |
| TELEPHONE | $ | 21.72 |
| WESTLAW INFORMATION SERVICE | $ | 676.43 |

Total Reimbursable Costs ........................................................... $        770.95
Total Current Billing for This File ............................................... $        59,250.95

Our File # 08656.0101          For Services Through January 31, 2012
Retention and Fee Applications

| | | |
|---|---|---|
| 01/06/12 | Preparation of 31st monthly fee application. C. Meazell | 1.30 hrs. |
| 01/09/12 | Preparation of 30th monthly fee application. C. Meazell | 0.80 hrs. |
| 01/09/12 | Preparation of 31st monthly fee application. C. Meazell | 1.10 hrs. |
| 01/10/12 | Preparation of 30th monthly fee application. C. Meazell | 1.40 hrs. |
| 01/11/12 | Preparation of 10th interim fee application. C. Meazell | 3.70 hrs. |
| 01/11/12 | Correspondence with Delaware counsel regarding same. C. Meazell | 0.20 hrs. |
| 01/11/12 | Correspondence with fee examiner regarding 30th monthly fee application. C. Meazell | 0.10 hrs. |
| 01/12/12 | Correspondence with fee examiner regarding 10th interim fee | |

February 27, 2012                                                           Page 9

Tribune Company                                                    Invoice 552294

|  |  | application. |  |
|  |  | C. Meazell | 0.10 hrs. |
| 01/13/12 |  | Preparation of 31st monthly fee application. |  |
|  |  | C. Meazell | 0.90 hrs. |
| 01/17/12 |  | Research regarding retention and billing issues. |  |
|  |  | C. Meazell | 0.30 hrs. |
| 01/17/12 |  | Preparation of 31st monthly fee application. |  |
|  |  | C. Meazell | 0.80 hrs. |
| 01/20/12 |  | Research regarding retention issues. |  |
|  |  | C. Meazell | 0.70 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| MEAZELL | 11.40 |
| TOTAL | 11.40 |

Fees for Professional Services ........................................................ $     5,130.00

Total Current Billing for This File................................................. $     5,130.00

Our File # 08656.0104          For Services Through January 31, 2012
Broadcast Contracts

| 01/03/12 | Telephone conference with K. O'Connor re AT&T negotiation (0.7); prepare revised term sheet for AT&T (0.5). |  |
|---|---|---|
|  | K. Latek | 1.20 hrs. |
| 01/05/12 | Conference call with Suddenlink re retransmission consent agreements (0.7); review Suddenlink response to retransmission consent agreement for conference call (0.2); telephone call with K. Connor re Suddenlink retransmission agreement (0.4). |  |
|  | R. Folliard III | 1.30 hrs. |
| 01/09/12 | Analyze Tribune term sheet with Wave Broadband (0.1); prepare email to K. Connor re Wave Broadband (0.1); prepare final version of retransmission consent agreement and WGN America agreement with Metrocast (0.7); prepare email to K. Connor re Metrocast agreements (0.1). |  |
|  | R. Folliard III | 1.00 hrs. |
| 01/10/12 | Analyze Grande carriage obligations (0.5); telephone conference |  |

February 27, 2012                                                    Page 10

Tribune Company                                                    Invoice 552294

|  |  |  |
|---|---|---|
|  | with K. Connor re same (0.4). | |
|  | K. Latek | 0.90 hrs. |
| 01/11/12 | Prepare breach notice to Grande (0.6); telephone conference with K. Connor re AT&T negotiation (0.3); revise AT&T term sheet (0.7). | |
|  | K. Latek | 1.60 hrs. |
| 01/11/12 | Prepare revised retransmission agreement with Wave Broadband (1.1); prepare email to K. Connor re Wave Broadband retransmission agreement (0.1); prepare retransmission agreement for Bay City Cable (0.6); prepare email to K. Connor re Bay City retransmission agreement (0.1). | |
|  | R. Folliard III | 1.90 hrs. |
| 01/13/12 | Analyze AT&T revisions to term sheet (0.3); telephone conference with K. Connor re same (0.3); prepare agreement with AT&T from term sheet (1.2). | |
|  | K. Latek | 1.80 hrs. |
| 01/13/12 | Prepare email re final changes to Metrocast retransmission agreement (0.1); conference call with K. Connor re Suddenlink and Wave retransmission and WGN agreements (1.0); prepare revised retransmission and WGN agreement for Suddenlink (0.7). | |
|  | R. Folliard III | 1.80 hrs. |
| 01/16/12 | Analyze AT&T versions of executable term sheets (0.8); telephone conference with K. Connor re same (0.4); prepare revisions for AT&T final term sheets (0.4). | |
|  | K. Latek | 1.60 hrs. |
| 01/17/12 | Telephone conference with client re AT&T negotiations (0.5); exchange correspondence with client re same (0.3); further revise term sheets per client comments (0.4); verify execution versions (0.3). | |
|  | K. Latek | 1.50 hrs. |
| 01/18/12 | Conference call with K. Connor re upcoming call with Wave Broadband (0.3); review Wave materials in preparation for conference call (0.2); conference calls with Wave re retransmission consent agreement (1.4). | |
|  | R. Folliard III | 1.90 hrs. |
| 01/19/12 | Prepare revised retransmission agreement for Wave Broadband. | |
|  | R. Folliard III | 0.90 hrs. |
| 01/23/12 | Telephone conference with K. Connor re Cablevision, AT&T and DirecTV carriage issues (0.5); prepare Tribune/Cablevision agreement (0.4). | |
|  | K. Latek | 0.90 hrs. |
| 01/24/12 | Review retransmission and WGN agreements for Grande and Clear Creek (0.5); conference call with K. Connor re retransmission and WGN agreements with Grande and Clear Creek (1.0). | |

February 27, 2012                                                      Page 11

Tribune Company                                                    Invoice 552294

|  |  | R. Folliard III | 1.50 hrs. |
|---|---|---|---|

| 01/25/12 | Prepare revised retransmission consent and WGN agreements for Grande, Clear Creek, Bay City and Great Plains Cable. |
|---|---|
|  | R. Folliard III | 3.20 hrs. |

| 01/26/12 | Analyze Tribune rights under Grande retransmission consent agreement (0.6); revise letter to Grande asserting same (0.4). |
|---|---|
|  | K. Latek | 1.00 hrs. |

| 01/27/12 | Analysis regarding retransmission consent agreement with Skitter TV and Internet distribution issues in connection with same. |
|---|---|
|  | D. Wittenstein | 0.80 hrs. |

| 01/27/12 | Review proposed changes by Skinner TV to retransmission agreement (0.2); conference call with K. Connor re Skinner TV changes (0.3); research re ability to grant consent to Skinner TV (0.2); prepare email to K. Connor re ability to grant retransmission consent to Skinner TV as a cable system (0.2); revise Bay City retransmission agreement (0.2); prepare email to K. Connor re final version of Bay City agreement (0.1); conference call with Suddenlink re retransmission consent and WGN (0.5); review Suddenlink material in preparation for conference call (0.3). |
|---|---|
|  | R. Folliard III | 2.00 hrs. |

| 01/30/12 | Review Suddenlink agreements for conference call (0.2); conference call with Suddenlink re WGN and retransmission agreements (0.6); prepare final versions of Suddenlink retransmission and WGN agreements (0.4). |
|---|---|
|  | R. Folliard III | 1.20 hrs. |

| 01/31/12 | Review status of major retransmission agreements and upcoming expiration dates for Tribune. |
|---|---|
|  | R. Folliard III | 0.30 hrs. |

## BILLING SUMMARY

|  | Hours |
|---|---|
| LATEK | 10.50 |
| WITTENSTEIN | 0.80 |
| FOLLIARD III | 17.00 |
| TOTAL | 28.30 |

| Fees for Professional Services ........................................................... $ | | 14,015.00 |
|---|---|---|
| REPRODUCTION | $ | 13.40 |
| TELEPHONE | $ | 35.40 |
| Total Reimbursable Costs .............................................................. $ | | 48.80 |

February 27, 2012                                                           Page 12

Tribune Company                                                     Invoice 552294

    Total Current Billing for This File.................................................................. $        14,063.80

Our File # 08656.0104:001          For Services Through January 31, 2012
Fox and Network Agreements

| | | |
|---|---|---|
| 01/03/12 | Review proposed changes to network affiliation and side letter drafts.<br>J. Feore | 0.50 hrs. |
| 01/10/12 | Revise draft agreements with Fox per client comments (0.9); prepare correspondence to N. Larsen re same (0.2).<br>K. Latek | 1.10 hrs. |
| 01/13/12 | Telephone conference with C. Sennet re comments on Fox affiliation documents.<br>K. Latek | 0.40 hrs. |
| 01/16/12 | Review proposed affiliation and side letter changes and issues list for network.<br>J. Feore | 0.50 hrs. |
| 01/16/12 | Prepare summary of issues in Fox affiliation documents for L. Gardner.<br>K. Latek | 2.40 hrs. |
| 01/17/12 | Review and update issues list for network affiliation agreement and possible changes.<br>J. Feore | 0.30 hrs. |
| 01/17/12 | Telephone conference with L. Gardner re Fox negotiations.<br>K. Latek | 0.50 hrs. |
| 01/18/12 | Review issues list re network affiliation issues (0.3); conference re timing and options (0.2).<br>J. Feore | 0.50 hrs. |
| 01/19/12 | Telephone conferences with L. Gardner re issues in Fox affiliation documents (1.8); prepare, review and respond to email correspondence from L. Gardner and N. Larsen re same (0.5).<br>K. Latek | 2.30 hrs. |
| 01/19/12 | Telephone calls with L. Gardner re Fox affiliation agreement (1.8); review chart re status of proposals (0.2).<br>M. Nagle | 2.00 hrs. |
| 01/20/12 | Review updated and revised term sheet and issues list sent to network (0.2); markup of affiliation documents (0.2).<br>J. Feore | 0.40 hrs. |

February 27, 2012                                        Page 13

Tribune Company                                          Invoice 552294

| 01/23/12 | Review network response and issues and options re affiliation agreement (0.7); conference re follow-up meeting with network (0.3). | |
|---|---|---|
| | J. Feore | 1.00 hrs. |

| 01/23/12 | Exchange correspondence with L. Gardner re Fox affiliation negotiation. | |
|---|---|---|
| | K. Latek | 0.60 hrs. |

| 01/26/12 | Review network proposal and issues raised in affiliation agreement and side letter. | |
|---|---|---|
| | J. Feore | 0.60 hrs. |

| 01/26/12 | Telephone conference with N. Larsen, G. Mazzaferri and L. Gardner re Fox affiliation negotiations (0.7); exchange correspondence with client re same (0.5). | |
|---|---|---|
| | K. Latek | 1.20 hrs. |

| 01/26/12 | Prepare blackline and cover email re Fox revised affiliation agreement. | |
|---|---|---|
| | M. Nagle | 0.90 hrs. |

| 01/27/12 | Review revised fee letter re Fox/Tribune. | |
|---|---|---|
| | M. Nagle | 0.40 hrs. |

| 01/28/12 | Prepare updated summary of Fox affiliation agreement response re revised draft. | |
|---|---|---|
| | M. Nagle | 1.50 hrs. |

| 01/29/12 | Analyze Fox response to Tribune markups of agreements (0.8); prepare correspondence to client summarizing same and key issues (0.4). | |
|---|---|---|
| | K. Latek | 1.20 hrs. |

| 01/29/12 | Revise and distribute email regarding Fox negotiation summary. | |
|---|---|---|
| | M. Nagle | 0.20 hrs. |

| 01/30/12 | Analysis regarding Fox affiliation negotiations and retransmission consent issues regarding same. | |
|---|---|---|
| | D. Wittenstein | 0.40 hrs. |

| 01/30/12 | Review network revisions to affiliation agreement, markup and issues re programming. | |
|---|---|---|
| | J. Feore | 0.40 hrs. |

| 01/31/12 | Review latest network proposal. | |
|---|---|---|
| | J. Feore | 0.50 hrs. |

### BILLING SUMMARY

| | Hours |
|---|---|
| FEORE | 4.70 |
| LATEK | 9.70 |
| WITTENSTEIN | 0.40 |

February 27, 2012                                          Page 14

Tribune Company                                          Invoice 552294

NAGLE                        5.00
TOTAL                       19.80


Fees for Professional Services ..................................................................... $        12,407.00

    TELEPHONE                                    $        4.20

Total Reimbursable Costs ............................................................................ $             4.20
Total Current Billing for This File ............................................................... $        12,411.20


Total Current Billing for This Invoice ......................................................... $        90,855.95

# DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

February 27, 2012

Tribune Company                                         Invoice 552294
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through January 31, 2012
FCC/Broadcast Matters
    Total Current Billing for This Invoice ........................................................... $          59,250.95

Our File # 08656.0101          For Services Through January 31, 2012
Retention and Fee Applications
    Total Current Billing for This Invoice ........................................................... $           5,130.00

Our File # 08656.0104          For Services Through January 31, 2012
Broadcast Contracts
    Total Current Billing for This Invoice ........................................................... $          14,063.80

Our File # 08656.0104:001          For Services Through January 31, 2012
Fox and Network Agreements
    Total Current Billing for This Invoice ........................................................... $          12,411.20

    Total Current Billing for This Invoice ........................................................... $          90,855.95

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## JANUARY 1 - JANUARY 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 86.20 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | Lasership - FCC | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 0.00 |
| Telephone Tolls | | 61.32 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 676.43 |
| **Total** | | **823.95** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.