# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Thirty-Third Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period February 1, 2012 through February 29, 2012 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Thirty-Third Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.



I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 11th day of April, 2012.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## FEBRUARY 1 - FEBRUARY 29, 2012

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 26.6 | 14,630.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 760 | 30.7 | 23,332.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 390 | 5.2 | 2,028.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 650 | 8.4 | 5,460.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 47.6 | 30,940.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 280 | 11.8 | 3,304.00 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); | 450 | 4.5 | 2,025.00 |
| Maureen M. Nagle | Senior Counsel (since 2008); Corporate; 2000 (NY) & 2011 (DC) | 450 | 10.4 | 4,680.00 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 | 470 | 25.5 | 11,985.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 650 | 9.0 | 5,850.00 |
| David J. Wittenstein | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 700 | 2.5 | 1,750.00 |

**TOTALS**                  182.2      105,984.00
**BLENDED RATE**            581.6904501

[1] The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period. The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2012 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $760 per hour.

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM**
**JANUARY 1 - JANUARY 31, 2012**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 146.6 | 86,545.00 |
| Fee Applications 08656.0101 | 4.5 | 2,025.00 |
| Broadcast Contracts 08656.0104 | 10.7 | 5,761.00 |
| Fox and Network Agreements 08656.0104:001 | 20.4 | 11,653.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **182.2** | **105,984.00** |

# ⊃ Dow**Lohnes**

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

March 25, 2012                                                  Page 1

Tribune Company                                               Invoice 553150
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through February 29, 2012
FCC/Broadcast Matters

| | | |
|---|---|---|
| 02/01/12 | Review senior lender changes to FCC foreign ownership materials (1.6); correspondence with Sidley re same (0.3). | |
| | C. Burrow | 1.90 hrs. |
| 02/01/12 | Telephone conference with R. Wiley and T. Davidson re FCC application issues, ownership, reporting to staff and meeting (0.8); work on revised foreign ownership certification and update of motion (0.8). | |
| | J. Feore | 1.60 hrs. |
| 02/01/12 | Telephone conference with E. Reed and W. Johnsen re foreign ownership certification process. | |
| | J. Logan | 0.40 hrs. |
| 02/01/12 | Review and reply to correspondence from FCC staff regarding biennial ownership report filings for various licenses (0.2); research FCC ownership filings to confirm submission of licensee reports (1.1); prepare follow-up correspondence to client regarding FCC correspondence (0.2). | |
| | L. McCarty (Practice Group Professional) | 1.50 hrs. |
| 02/02/12 | Telephone conference with Sidley and Epic re foreign ownership solicitation issues (0.8); correspondence with Sidley re same (0.3); telephone conference with senior lenders' FCC counsel re foreign ownership solicitation issues (0.7). | |
| | C. Burrow | 1.80 hrs. |
| 02/02/12 | Work on application supplements re legal standing for waivers issues (0.8); telephone conference with FCC staff re follow-up to meeting (0.3). | |
| | J. Feore | 1.10 hrs. |

March 25, 2012                                                                    Page 2

Tribune Company                                                        Invoice 553150

| 02/02/12 | Prepare for telephone conference with Sidley and agent re mechanics of FCC certifications (0.8); telephone conference with J. Boelter (Sidley) and agent re proposed approach to foreign certifications (0.9); prepare for telephone conference with FCC credit co-proponents (0.4); telephone conference with FCC counsel to credit co-proponents (0.8); telephone conference with E. Reed (JP Morgan) re foreign certification process (0.4); prepare correspondence to J. Boelter re revised certification material (0.4). | |
|---|---|---|
| | J. Logan | 3.70 hrs. |
| 02/02/12 | Telephone conference with E. Washburn re "enhanced disclosure" issues (0.2); review draft re same (0.1). | |
| | M. Swanson | 0.30 hrs. |
| 02/03/12 | Correspondence with Sidley re FCC foreign ownership issues. | |
| | C. Burrow | 0.40 hrs. |
| 02/03/12 | Conference with JP Morgan counsel re timing issues at FCC (0.4); review revisions to foreign certification issues (0.6); conference with S. Sheehan re FCC (0.3); review recent FCC filings re ownership in Hartford (0.2). | |
| | J. Feore | 1.50 hrs. |
| 02/03/12 | Review Journal-Inquirer ex parte filing (0.3); prepare correspondence to L. Washburn re Journal-Inquirer correspondence (0.2); prepare correspondence to J. Boelter re FCC procedures for emergence (0.2). | |
| | J. Logan | 0.70 hrs. |
| 02/03/12 | Telephone conference with E. Washburn re cross-ownership comments (0.2); telephone conference with M. Schneider re same (0.2). | |
| | M. Swanson | 0.40 hrs. |
| 02/04/12 | Review draft letter re CW affiliation proposed changes and revisions to final offer letter terms. | |
| | J. Feore | 0.80 hrs. |
| 02/06/12 | Preparation of update to newspaper/broadcast cross-ownership rule waiver for Los Angeles market regarding applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.70 hrs. |
| 02/06/12 | Review revised ownership certifications for FCC (0.7); telephone conference with counsel for creditors re FCC updates and filings (0.3). | |
| | J. Feore | 1.00 hrs. |
| 02/06/12 | Prepare correspondence to E. Reed (FCC counsel to JP Morgan) re response to changes in foreign ownership procedure from FCC counsel to Creditors' Committee. | |
| | J. Logan | 0.50 hrs. |

Tribune Company                                                              Invoice 553150

| 02/06/12 | Review re changes to cross-ownership waiver support. | |
|---|---|---|
| | M. Swanson | 0.60 hrs. |

02/07/12    Preparation of update to newspaper/broadcast cross-ownership rule
            waiver for Los Angeles market regarding applications to assign
            broadcast licenses in bankruptcy.
            J. Rademacher                                    3.10 hrs.

02/07/12    Review proposed revisions to programming letter and updates (0.4);
            review JP Morgan proposed showing to FCC re compliance with
            ownership and issues raised (0.7).
            J. Feore                                          1.10 hrs.

02/07/12    Prepare correspondence to E. Reed and T. Davidson re mechanics of
            Class B election process.
            J. Logan                                          0.40 hrs.

02/08/12    Review FCC strategy re JP Morgan holdings.
            C. Burrow                                         0.70 hrs.

02/08/12    Research re FCC issues and compliance in media investment and
            impact re Tribune's pending FCC applications (0.8); review FCC
            filing re JP Morgan (0.4); conference with Creditors Committee
            counsel re FCC (0.4); review draft letter re network programming
            (0.4).
            J. Feore                                          2.00 hrs.

02/08/12    Review ex parte filing from JP Morgan re attribution approach (0.4);
            analyze issues in connection with JP Morgan attribution approach
            (0.5).
            J. Logan                                          0.90 hrs.

02/09/12    Review revised plan for FCC issues (0.8); correspondence with
            Sidley re FCC foreign ownership issues (0.6).
            C. Burrow                                         1.40 hrs.

02/09/12    Prepare update to Los Angeles cross-ownership waiver request
            regarding application to transfer broadcast licenses in bankruptcy
            (1.5); prepare update to New York cross-ownership waiver request
            regarding same (3.4); prepare update to Miami cross-ownership
            waiver request regarding same (3.7).
            J. Rademacher                                     8.60 hrs.

02/09/12    Telephone conference with J. Stenger (counsel for Creditors
            Committee) re FCC applications and issues (0.7); review drafts of
            FCC amendments re ownership issues (0.5); telephone conference
            with FCC staff re update on application (0.3); work on waiver
            requests (0.6).
            J. Feore                                          2.10 hrs.

02/09/12    Prepare correspondence to J. Stenger re changes to comprehensive
            exhibit (0.6); prepare correspondence to J. Boelter re revised Plan

March 25, 2012                                           Page 4

Tribune Company                                     Invoice 553150

|            |                                                                                                                                                                                                                                                                                                                                                                                                          |            |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            | and proposed timing (0.4).                                                                                                                                                                                                                                                                                                                                                                                |            |
|            | J. Logan                                                                                                                                                                                                                                                                                                                                                                                                 | 1.00 hrs.  |
| 02/09/12   | Review re market responses and questionnaires.                                                                                                                                                                                                                                                                                                                                                           |            |
|            | M. Swanson                                                                                                                                                                                                                                                                                                                                                                                               | 1.10 hrs.  |
| 02/10/12   | Preparation of Chicago market newspaper/broadcast cross-ownership waiver update regarding application to assign broadcast licenses in bankruptcy (0.2); correspondence with E. Washburn regarding same (0.1).                                                                                                                                                                                              |            |
|            | J. Rademacher                                                                                                                                                                                                                                                                                                                                                                                            | 0.30 hrs.  |
| 02/10/12   | Telephone conference with D. Eldersveld re FCC ownership rules and investments (0.5); telephone conference with J. Stenger re FCC ownership proceeding (0.3); review amended certifications and updates (0.4); work on FCC waiver issues and timing issues (0.8).                                                                                                                                           |            |
|            | J. Feore                                                                                                                                                                                                                                                                                                                                                                                                 | 2.00 hrs.  |
| 02/10/12   | Review proposed revisions to comprehensive exhibit.                                                                                                                                                                                                                                                                                                                                                      |            |
|            | J. Logan                                                                                                                                                                                                                                                                                                                                                                                                 | 0.50 hrs.  |
| 02/10/12   | Research relating to licenses held by subsidiary licensees to update narrative exhibit for reorganization.                                                                                                                                                                                                                                                                                                |            |
|            | L. McCarty (Practice Group Professional)                                                                                                                                                                                                                                                                                                                                                                 | 2.30 hrs.  |
| 02/10/12   | Review re changes to cross-ownership waiver materials.                                                                                                                                                                                                                                                                                                                                                   |            |
|            | M. Swanson                                                                                                                                                                                                                                                                                                                                                                                               | 0.70 hrs.  |
| 02/11/12   | Prepare update to Hartford cross-ownership waiver request regarding application to transfer broadcast licenses in bankruptcy.                                                                                                                                                                                                                                                                             |            |
|            | J. Rademacher                                                                                                                                                                                                                                                                                                                                                                                            | 2.00 hrs.  |
| 02/11/12   | Work on updates to FCC application exhibits and related waivers (0.5); research re continuing waivers, pending legal challenges and updates (0.5); review FCC issues re media investment (0.3).                                                                                                                                                                                                            |            |
|            | J. Feore                                                                                                                                                                                                                                                                                                                                                                                                 | 1.30 hrs.  |
| 02/11/12   | Review timing issues in connection with proposed amendment.                                                                                                                                                                                                                                                                                                                                              |            |
|            | J. Logan                                                                                                                                                                                                                                                                                                                                                                                                 | 0.40 hrs.  |
| 02/12/12   | Review re changes to cross-ownership waivers and status of FCC initiatives.                                                                                                                                                                                                                                                                                                                               |            |
|            | M. Swanson                                                                                                                                                                                                                                                                                                                                                                                               | 0.50 hrs.  |
| 02/13/12   | Telephone conference with E. Hartenstein, C. Bigalow, S. Sheehan, D. Eldersveld and E. Washburn re FCC application processing and procedures (0.8); telephone conference with J. Stenger and M. Schneider re FCC ownership proceeding, Tribune waivers and pending FCC applications (0.7); telephone conference with D. Liebentritt re FCC application processing (0.3); review timing on FCC amendments and work on waiver updates (0.6). |            |
|            | J. Feore                                                                                                                                                                                                                                                                                                                                                                                                 | 2.40 hrs.  |

Tribune Company                                                    Invoice 553150

| 02/13/12 | Review correspondence from JP Morgan counsel re media information and attribution information for update to exit applications (0.5); revise comprehensive exhibit and amendment and related organizational charts (1.8); revise draft exhibits for FCC filing (1.3); review and include information from Angelo Gordon and Oaktree re additional media interests (0.8). |  |
|----------|---|---|
|  | J. Logan | 4.40 hrs. |
| 02/13/12 | Review re bankruptcy case status and effect on FCC timing. |  |
|  | M. Swanson | 0.30 hrs. |
| 02/14/12 | Research re waiver issues and additional material for FCC supplemental filing (0.5); work on additional exhibits for restructuring applications (0.4); telephone conference with counsel for Creditors Committee re FCC filings (0.3). |  |
|  | J. Feore | 1.20 hrs. |
| 02/14/12 | Review comments from FCC counsel to Committee of Unsecured Creditors re presentation of material for comprehensive exhibit (0.6); review issues re satellite applications and related revision of Form 602 filing for anticipated amendment (0.9). |  |
|  | J. Logan | 1.50 hrs. |
| 02/14/12 | Review WGN-TV questionnaire responses. |  |
|  | M. Swanson | 0.30 hrs. |
| 02/15/12 | Revise FCC comprehensive exhibit (1.4); revise FCC foreign ownership form (1.6). |  |
|  | C. Burrow | 3.00 hrs. |
| 02/15/12 | Work on revised exhibits for pending FCC applications and proposal re structuring applications (0.9); research re ex parte filings with FCC and possible response (0.6). |  |
|  | J. Feore | 1.50 hrs. |
| 02/15/12 | Revise comprehensive exhibit for planned submission prior to confirmation order (2.7); prepare correspondence to co-proponents' FCC counsel re added material on reportable media ownership interests and attributable interests (0.9); review proposed draft of motion for procedures for foreign ownership determinations (1.6). |  |
|  | J. Logan | 5.20 hrs. |
| 02/16/12 | Revise FCC procedures motion. |  |
|  | C. Burrow | 1.10 hrs. |
| 02/16/12 | Research re Hartford waiver issues, local opposition and possible FCC conditional grant (0.6); review updated restructuring applications/exhibits (0.6). |  |
|  | J. Feore | 1.20 hrs. |
| 02/16/12 | Review proposed revisions to DCL Reorganization Plan (0.9); revise comprehensive exhibit to reflect comments from FCC counsel to Committee of Unsecured Creditors (1.4); review procedural motion |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | from Sidley re timing of foreign ownership certifications and certifications re attributable interests (0.8). |  |
|  | J. Logan | 3.10 hrs. |
| 02/16/12 | Research relating to media bureau licenses (4.1); check status of pending applications for various licensees (0.3). |  |
|  | L. McCarty (Practice Group Professional) | 4.40 hrs. |
| 02/17/12 | Work on legal/factual changes to updated waiver showing (0.4); review JP Morgan draft of legal basis for waivers (0.5). |  |
|  | J. Feore | 0.90 hrs. |
| 02/17/12 | Prepare correspondence to J. Boelter re revised foreign ownership certification (0.7); prepare correspondence to J. Boelter and A. Stromberg re motion to establish procedures for foreign ownership certification (0.8); revise draft comprehensive exhibit to incorporate changes from L. Washburn and JP Morgan counsel (1.7); review cumulative changes in foreign ownership certification forms from co-proponents and incorporate changes (1.2). |  |
|  | J. Logan | 4.40 hrs. |
| 02/18/12 | Review senior noteholder treatment election form for FCC issues (1.5); correspondence with Sidley re same (0.2). |  |
|  | C. Burrow | 1.70 hrs. |
| 02/20/12 | Review revised foreign ownership certification forms. |  |
|  | C. Burrow | 1.20 hrs. |
| 02/20/12 | Prepare update to Hartford cross-ownership waiver request regarding application to transfer broadcast licenses in bankruptcy. |  |
|  | J. Rademacher | 1.10 hrs. |
| 02/20/12 | Review revised certification notice and form re submission to court and implementation with ownership showing. |  |
|  | J. Feore | 0.80 hrs. |
| 02/20/12 | Review revisions of foreign ownership certification forms from J. Boelter and A. Stromberg (1.3); prepare correspondence to J. Boelter and A. Stromberg (Sidley) re modifications in foreign ownership certification forms (0.4); prepare letter circulating revisions on foreign ownership certification to co-proponents (0.4). |  |
|  | J. Logan | 2.10 hrs. |
| 02/20/12 | Research wireless database to confirm license list for narrative exhibit relating to reorganization. |  |
|  | L. McCarty (Practice Group Professional) | 2.70 hrs. |
| 02/20/12 | Review re market summaries. |  |
|  | M. Swanson | 0.20 hrs. |
| 02/21/12 | Prepare update to Hartford cross-ownership waiver request regarding application to transfer broadcast licenses in bankruptcy. |  |
|  | J. Rademacher | 1.30 hrs. |

March 25, 2012

Tribune Company

| | | |
|---|---|---|
| 02/21/12 | Review corrections to licenses for amendment to reflect modifications and additional authorizations (0.5); review comments and related concerns of J. Stenger (Official Committee of Unsecured Creditors) re modifications to foreign ownership certification (0.5); prepare correspondence to A. Stromberg (Sidley) re response to modification requests (0.4); review revised Reorganization Plan in connection with summary of proceedings in amendment (1.1). | |
| | J. Logan | 2.50 hrs. |
| 02/21/12 | Prepare correspondence to client regarding auxiliary licenses disassociated from parent FRN. | |
| | L. McCarty (Practice Group Professional) | 0.30 hrs. |
| 02/22/12 | Prepare update to Hartford cross-ownership waiver request regarding application to transfer broadcast licenses in bankruptcy. | |
| | J. Rademacher | 1.20 hrs. |
| 02/22/12 | Confirm license changes and revise exhibits to comprehensive exhibits to reflect license changes (0.8); revise comprehensive exhibit re Plan description (0.4). | |
| | J. Logan | 1.20 hrs. |
| 02/23/12 | Review amended plan (0.7); review supplemental disclosure statement (0.8); review motion for resolicitation (0.6); telephone conferences with Sidley and co-proponents' FCC counsel re FCC post-confirmation deadlines (0.7); revise FCC comprehensive exhibit (0.7); correspondence with Sidley and co-proponents' FCC counsel re same (0.8). | |
| | C. Burrow | 4.30 hrs. |
| 02/23/12 | Review revised exhibits for pending FCC applications (0.4); review revised certifications for court and related motions (0.4). | |
| | J. Feore | 0.80 hrs. |
| 02/23/12 | Telephone conference with E. Reed (JP Morgan counsel) re JP Morgan concerns with designation by valuation in foreign ownership certification (0.5); prepare correspondence to J. Boelter and A. Stromberg (Sidley) re JP Morgan issues raised by Alvarez/Epiq changes to designation provisions in foreign ownership certification (0.4); telephone conference with J. Boelter and A. Stromberg re JP Morgan issues with Alvarez-Epiq procedures on designation of claims via foreign ownership certification (0.8); review revised draft procedural motion from Sidley on foreign ownership certification in view of Plan changes (1.5); telephone conference with E. Reed (JP Morgan counsel) re approach to resolving concerns with designation procedures (0.4). | |
| | J. Logan | 3.60 hrs. |
| 02/24/12 | Revise FCC procedures motion (0.9); review revisions to FCC comprehensive exhibit (0.8); correspondence with Sidley re same (0.8); review revisions to foreign ownership certification forms (0.9); correspondence with Sidley and FCC co-proponents' FCC | |

March 25, 2012                                                    Page 8

Tribune Company                                              Invoice 553150

|            | counsel re same (1.5).<br>C. Burrow | 4.90 hrs. |
|------------|-------------------------------------|-----------|

02/24/12    Prepare correspondence to co-proponents' FCC counsel re changes to comprehensive exhibit and providing comparison against original (0.3); review correspondence from FCC counsel to Unsecured Creditors' committee re proposed changes to exit applications (0.4); prepare revised sections of motion for establishment of certification procedures for foreign ownership (1.4); telephone call from R. Wiley (FCC counsel to JP Morgan) re status of waiver updates (0.3); telephone conference with J. Stenger re status of foreign ownership certification form (0.3); revise comprehensive exhibit to reflect comments from Unsecured Creditors' Committee (1.8).
            J. Logan                                         4.50 hrs.

02/25/12    Prepare update to Chicago cross-ownership waiver request regarding application to transfer broadcast licenses in bankruptcy.
            J. Rademacher                                    3.80 hrs.

02/25/12    Work on updates for pending FCC applications and exhibits (0.5); research re FCC rulings and Notices re ownership waivers (0.7).
            J. Feore                                         1.20 hrs.

02/25/12    Prepare memorandum re open issues in completion of exit application amendments.
            J. Logan                                         0.40 hrs.

02/26/12    Prepare update to Chicago cross-ownership waiver request regarding application to transfer broadcast licenses in bankruptcy (0.5); prepare update to Hartford cross-ownership waiver request regarding application to transfer broadcast licenses in bankruptcy (2.6) .
            J. Rademacher                                    3.10 hrs.

02/27/12    Revise FCC exhibits (0.8); correspondence with co-proponents' FCC counsel re same (0.9).
            C. Burrow                                        1.70 hrs.

02/27/12    Correspondence with E. Washburn regarding Chicago market update for newspaper/broadcast cross-ownership waiver accompanying application to transfer broadcast licenses in bankruptcy.
            J. Rademacher                                    0.30 hrs.

02/27/12    Review proposed changes in restructuring applications and send for final approval (0.6); telephone conference with FCC staff re amendment filings and status (0.2).
            J. Feore                                         0.80 hrs.

02/27/12    Revise comprehensive exhibit and other materials for applications to FCC (1.7); prepare correspondence to co-proponents re revision to applications and open items (0.4).
            J. Logan                                         2.10 hrs.

March 25, 2012                                                    Page 9

Tribune Company                                              Invoice 553150

| | | |
|---|---|---|
| 02/27/12 | Review reports re market changes and review and revise market reports for cross-ownership waivers. | |
| | M. Swanson | 1.10 hrs. |
| 02/28/12 | Revise FCC exhibit for restructuring transactions (0.7); review further revisions to FCC foreign ownership certification (0.6); correspondence with Sidley and co-proponent's FCC counsel re same (1.2). | |
| | C. Burrow | 2.50 hrs. |
| 02/28/12 | Revise draft exhibit for Form 316 pro forma applications to FCC (2.2); review changes to license information in restructuring transaction exhibits (0.5); prepare correspondence to FCC counsel for co-proponents re exhibits for pro forma restructuring applications (0.7); prepare correspondence to FCC counsel to Creditors Committee and to counsel to Angelo Gordon and Oaktree re revised exhibits (0.4). | |
| | J. Logan | 3.80 hrs. |
| 02/28/12 | Edit draft comprehensive exhibit for draft restructuring applications. | |
| | L. McCarty (Practice Group Professional) | 0.60 hrs. |
| 02/29/12 | Review JP Morgan proposal re ownership certifications and issues raised by FCC (0.4); update waiver legal statute argument (0.4). | |
| | J. Feore | 0.80 hrs. |
| 02/29/12 | Prepare correspondence to J. Stenger and T. Davidson re draft exhibit for restructuring applications. | |
| | J. Logan | 0.30 hrs. |
| 02/29/12 | Review and revise market summaries for cross-ownership waivers. | |
| | M. Swanson | 3.50 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| BURROW | 26.60 |
| FEORE | 26.10 |
| LOGAN | 47.60 |
| SWANSON | 9.00 |
| RADEMACHER | 25.50 |
| MCCARTY | 11.80 |
| TOTAL | 146.60 |

| | | |
|---|---|---|
| Fees for Professional Services ......................................................................... $ | | 86,545.00 |
| CONFERENCE CALL (SOUNDPATH) | $ | 5.59 |
| REPRODUCTION | $ | 122.20 |
| TELEPHONE | $ | 12.00 |

March 25, 2012 | Page 10

Tribune Company | Invoice 553150

| | | | |
|---|---|---|---|
| 01/31/12 | SeamlessWeb inv#1101694 - breakfast for 1/27/12 meeting to prep for meeting with N. Larsen (Tribune) | $ | 40.03 |
| 01/31/12 | SeamlessWeb inv#1101694 - breakfast 1/31/12 meeting with N. Larsen (Tribune) and DL Staff | $ | 40.03 |

Total Reimbursable Costs ............................................................... $ 219.85

Total Current Billing for This File.................................................... $ 86,764.85

Our File # 08656.0101          For Services Through February 29, 2012
Retention and Fee Applications

| | | |
|---|---|---|
| 02/02/12 | Finalize 31st monthly fee application (1.2); correspondence with Delaware counsel regarding same (0.2); correspondence with fee examiner regarding same (0.1).<br>C. Meazell | 1.50 hrs. |
| 02/10/12 | Review proposed order regarding interim fee applications and compare figures regarding same.<br>C. Meazell | 0.40 hrs. |
| 02/13/12 | Preparation of 32d monthly fee application.<br>C. Meazell | 1.40 hrs. |
| 02/15/12 | Preparation for omnibus hearing on fee applications.<br>C. Meazell | 0.40 hrs. |
| 02/27/12 | Preparation of 32d monthly fee application.<br>C. Meazell | 0.40 hrs. |
| 02/28/12 | Preparation of 32d monthly fee application.<br>C. Meazell | 0.40 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 4.50 |
| TOTAL | 4.50 |

Fees for Professional Services ........................................................ $ 2,025.00

Total Current Billing for This File.................................................... $ 2,025.00

March 25, 2012                                    Page 11

Tribune Company                                 Invoice 553150

Our File # 08656.0104          For Services Through February 29, 2012
Broadcast Contracts

| | | |
|---|---|---|
| 02/01/12 | Prepare revised section of Skinner TV agreement re distribution rights over the internet (0.4); prepare email to K. Connor re Skinner TV (0.1); analyze Smithville Telecom retransmission agreement (0.4); prepare revised retransmission agreement with Smithville Telecom (0.6); prepare email re changes to Smithville Telecom agreement (0.3). | |
| | R. Folliard III | 1.80 hrs. |
| 02/02/12 | Prepare email to K. Connor re retransmission agreement with NexHorizon. | |
| | R. Folliard III | 0.10 hrs. |
| 02/03/12 | Telephone conference with K. Connor re proposal to DirecTV. | |
| | K. Latek | 0.40 hrs. |
| 02/03/12 | Prepare email to K. Connor re out of market carriage for KDAF-TV (0.2); telephone call with K. Connor re Liberty Cablevision (0.4). | |
| | R. Folliard III | 0.60 hrs. |
| 02/05/12 | Prepare amendment to Liberty Cablevision agreement to extend term for three years. | |
| | R. Folliard III | 0.50 hrs. |
| 02/09/12 | Prepare email to K. Connor re retransmission agreement for KIAH-TV. | |
| | R. Folliard III | 0.10 hrs. |
| 02/10/12 | Prepare email re changes to KIAH-TV retransmission consent agreement to include advertising commitment language. | |
| | R. Folliard III | 0.70 hrs. |
| 02/12/12 | Research and analysis re copyright issues in distribution of WGN America outside the U.S. (0.1); email memorandum to K. Conner re same (0.1). | |
| | D. Wittenstein | 0.20 hrs. |
| 02/13/12 | Telephone conferences with K. Connor (0.2); research re service to Latin America and Caribbean for WGN (0.2). | |
| | D. Wittenstein | 0.40 hrs. |
| 02/16/12 | Prepare revised retransmission agreement for Acme Cable (0.5); prepare email to K. Connor re same (0.1). | |
| | R. Folliard III | 0.60 hrs. |
| 02/21/12 | Work on possible service to Caribbean and Latin America for WGN America. | |

March 25, 2012                                                    Page 12

Tribune Company                                         Invoice 553150

|          | D. Wittenstein | 0.80 hrs. |

| 02/27/12 | Research and analysis re IMN Systems request for WGN America service (0.8); prepare email to K. Conner re same (0.3). | |
|          | D. Wittenstein | 1.10 hrs. |

| 02/27/12 | Analyze DirecTV proposed term sheet (0.3); telephone conference with K. Connor re DirecTV proposal (0.7); analyze MoziTV request for WGN America carriage (0.3). | |
|          | K. Latek | 1.30 hrs. |

| 02/29/12 | Review DirecTV counterproposal and issues re retransmission and superstation. | |
|          | J. Feore | 0.30 hrs. |

| 02/29/12 | Telephone conference with client re DirecTV negotiation and strategy. | |
|          | K. Latek | 1.00 hrs. |

| 02/29/12 | Conference call re DirecTV retransmission and WGN agreements. | |
|          | R. Folliard III | 0.80 hrs. |

## BILLING SUMMARY

|             | Hours |
|-------------|-------|
| FEORE       | 0.30  |
| LATEK       | 2.70  |
| WITTENSTEIN | 2.50  |
| FOLLIARD III| 5.20  |
| TOTAL       | 10.70 |

| | | |
|---|---|---|
| Fees for Professional Services .................................................................. $ | | 5,761.00 |

| | | |
|---|---|---|
| CONFERENCE CALL (SOUNDPATH) | $ | 47.25 |
| FACSIMILE | $ | 1.50 |
| TELEPHONE | $ | 5.28 |

| | | |
|---|---|---|
| Total Reimbursable Costs .......................................................................... $ | | 54.03 |
| Total Current Billing for This File............................................................... $ | | 5,815.03 |

Our File # 08656.0104:001      For Services Through February 29, 2012
Fox and Network Agreements

| 02/02/12 | Telephone conference with N. Larsen, L. Gardner and G. Mazzaferri |

March 25, 2012                                                Page 13

Tribune Company                                              Invoice 553150

|  |  |  |
|---|---|---|
|  | re Fox affiliation issues (2.4); review Fox comments on agreement markup (0.3). |  |
|  | K. Latek | 2.70 hrs. |
| 02/02/12 | Telephone conference with N. Larsen, L. Gardner and G. Mazzaferri re Fox affiliation agreement (2.4); review Fox comments on agreement (0.5). |  |
|  | M. Nagle | 2.90 hrs. |
| 02/03/12 | Review and revise issues/options list for network affiliation and side letter. |  |
|  | J. Feore | 0.60 hrs. |
| 02/03/12 | Work on revisions to Fox affiliation agreements (0.9); telephone conference and email exchanges with client re issues in same (0.5). |  |
|  | K. Latek | 1.40 hrs. |
| 02/03/12 | Prepared revised Fox affiliation agreement re discussions (1.8); prepare marked fee letter re same (1.0). |  |
|  | M. Nagle | 2.80 hrs. |
| 02/04/12 | Review network markup and proposed changes to affiliation (0.5); review side letter and possible network issues on payment and timing (0.3). |  |
|  | J. Feore | 0.80 hrs. |
| 02/06/12 | Review proposed revisions to network affiliation and proposed counteroffers to network. |  |
|  | J. Feore | 0.60 hrs. |
| 02/06/12 | Telephone conference with client re Fox affiliation negotiation (0.6); review and exchange correspondence with client re business issues in same (0.7). |  |
|  | K. Latek | 1.30 hrs. |
| 02/06/12 | Prepare revised affiliation agreements re Fox (1.0); telephone calls with G. Mazzaferri re comments (0.4); review of email comments re same (0.3); prepare updated issues chart (0.4). |  |
|  | M. Nagle | 2.10 hrs. |
| 02/07/12 | Review revisions to affiliation and side letter and update issues list. |  |
|  | J. Feore | 0.50 hrs. |
| 02/07/12 | Analyze issues in markups of Fox agreements. |  |
|  | K. Latek | 0.30 hrs. |
| 02/07/12 | Prepare and distribute further revised Fox agreements (1.0); telephone call with G. Mazzaferri re same (0.2). |  |
|  | M. Nagle | 1.20 hrs. |
| 02/08/12 | Review additional changes to network side letter and timing issues re payments. |  |
|  | J. Feore | 0.40 hrs. |

March 25, 2012                                                     Page 14

Tribune Company                                                   Invoice 553150

| 02/27/12 | Review revised affiliation agreement, issues list and possible side letter issues. | |
|---|---|---|
| | J. Feore | 0.50 hrs. |
| 02/27/12 | Review revised Fox agreements and Fox cover email (0.8);  revise status chart re same (0.6). | |
| | M. Nagle | 1.40 hrs. |
| 02/28/12 | Review network proposals and updates re possible options for stations and programming. | |
| | J. Feore | 0.50 hrs. |
| 02/29/12 | Review affiliation markup and issues re proposed network media deals. | |
| | J. Feore | 0.40 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| FEORE | 4.30 |
| LATEK | 5.70 |
| NAGLE | 10.40 |
| TOTAL | 20.40 |

Fees for Professional Services ........................................................ $      11,653.00

Total Current Billing for This File................................................. $      11,653.00

Total Current Billing for This Invoice............................................ $      106,257.88

 **DowLohnes**

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

T 202.776.2000  F 202.776.2222

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC 20036-6802**

March 25, 2012

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL 60611

Invoice 553150

Our File # 08656.0100      For Services Through February 29, 2012
FCC/Broadcast Matters
    Total Current Billing for This Invoice ........................................................... $         86,764.85

Our File # 08656.0101      For Services Through February 29, 2012
Retention and Fee Applications
    Total Current Billing for This Invoice ........................................................... $         2,025.00

Our File # 08656.0104      For Services Through February 29, 2012
Broadcast Contracts
    Total Current Billing for This Invoice ........................................................... $         5,815.03

Our File # 08656.0104:001      For Services Through February 29, 2012
Fox and Network Agreements
    Total Current Billing for This Invoice ........................................................... $         11,653.00

    Total Current Billing for This Invoice ........................................................... $         106,257.88

# EXHIBIT C

## Excel Spreadsheet

46429/0001-8458688v1

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## FEBRUARY 1 - FEBRUARY 29, 2012

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 122.20 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 1.50 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 80.06 |
| Messenger Services | Lasership - FCC | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 52.84 |
| Telephone Tolls | | 17.28 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |

**Total**                                                          **273.88**

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.