# EXHIBIT A

# FEE SUMMARY

## SUMMARY OF PROFESSIONAL FEES FROM
## DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012[1]

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Seth D. Berlin | Partner First Amendment Litigation Admitted 1991 | $445.00 | 1.00 | $445.00 |
| | | $455.00 | 1.00 | $455.00 |
| Robert Penchina | Partner First Amendment Litigation Admitted 1989 | $445.00 | 6.40 | $2,848.00 |
| | | $455.00 | 6.10 | $2,775.50 |
| Nathan E. Siegel | Partner First Amendment Litigation Admitted 1992 | $445.00 | 1.00 | $445.00 |
| | | $455.00 | 1.30 | $591.50 |
| Michael D. Sullivan | Partner First Amendment Litigation Admitted 1980 | $445.00 | 1.90 | $845.50 |
| | | $455.00 | 3.70 | $1,683.50 |
| Thomas Curley | Partner First Amendment Litigation Admitted 2000 | N/A | N/A | N/A |
| | | $430.00 | 10.00 | $4,300.00 |
| Amba M. Datta | Associate First Amendment Litigation Admitted 2010 | N/A | N/A | N/A |
| | | $335.00 | 3.90 | $1,306.50 |
| Shaina D. Jones | Associate First Amendment Litigation Admitted 2009 | $290.00 | 4.50 | $1,305.00 |
| | | $335.00 | 8.50 | $2,847.50 |

---

[1] Levine raised its rates charged to the firm's clients, including Debtors, effective January 1, 2012, by approximately 2-3%, and applied step increases to reflect associates' increased seniority. The rates charged to Debtors continue to reflect an approximately 20% discount off of the firm's standard hourly rates. As reflected in the summary, during this quarterly period Levine professionals and paralegals billed time under both the rates effective during December 2011 and the new rates effective beginning on January 1, 2012.

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Paul J. Safier | Associate First Amendment Litigation Admitted 2009 | $290.00 | 3.10 | $899.00 |
| | | $335.00 | .30 | $100.50 |
| Jennifer Pinkerton-Burke | Paralegal First Amendment Litigation N/A | $195.00 | 2.00 | $390.00 |
| **TOTALS** | | | 54.70 | $21,237.50 |
| **BLENDED RATE** | | | 388.25 | |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD
## DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Mitchell v. Baltimore Sun | 19.50 | $8,135.50 |
| Tribune-General | 12.00 | $4,887.50 |
| Baltimore Sun-General Newsroom | .90 | $409.50 |
| Tribune-Henke | 1.40 | $627.00 |
| Hartford Courant-Journal Publ. v. | 3.90 | $1,735.50 |
| Tribune-Fee Application | 17.00 | $5,442.50 |
| **TOTALS** | 54.70 | $21,237.50 |

# EXHIBIT B

# EXPENSE SUMMARY

## EXPENSE SUMMARY FOR THE PERIOD
## DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses | Time Keeper |
|---|---|---|---|
| Electronic Document Management Services | U.S. Legal Support, Inc. | $1,358.60 | Robert Penchina |
| **TOTALS** | | | **$1,358.60** |