**EXHIBIT 1**

**Tribune Thirtieth Supplemental List of Ordinary Course Professionals**

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Hinman, Howard and Kattell, LLP<br>700 Security Mutual Building<br>80 Exchange Street<br>P.O. Box 5250<br>Binghamton, NY 13902 | Workers' Compensation Counsel | $20,000.00 |