**EXHIBIT A**

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

January 24, 2012

**Invoice No. 1355067**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

Total This Invoice                                        $            903.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON 

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

January 24, 2012

**Invoice No. 1355067**

Client/Matter:  09721775-0007

Roberto Rivera

For Professional Services Rendered through December 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/30/11 | N. Henry | 0.50 | L110 | | Obtain articles discussing the Rivera indictment and story that appeared in the Chicago Tribune ~~████████████~~ |
| 12/02/11 | J. Klenk | 0.10 | L230 | | Email N. Spears re: case management conference. |
| 12/13/11 | J. Klenk | 0.10 | L230 | | Teleconference with K. Rodriguez re: case management. |
| 12/14/11 | K. Rodriguez | 0.30 | L160 | | Correspondence with opposing counsel regarding status conference set for 12/15 (.2); Confer with clerk concerning status conference (.1). |
| 12/15/11 | K. Rodriguez | 0.90 | L450 | | Attend initial case management hearing (.7); Correspondence with J. Klenk and opposing counsel regarding results of status hearing (.2). |
| 12/15/11 | J. Klenk | 0.10 | L230 | | Email K. Rodriguez re: case management status. |
| 12/28/11 | J. Klenk | 0.30 | L110 | | Email K. Flax re: case management status, ~~████████████~~ (.3). |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 2.30 | | | |
| Fee Amount | | | | | $894.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.60 | $390.00 |
| K. Rodriguez | $335.00 | 1.20 | $402.00 |

Roberto Rivera

January 24, 2012

Matter: 09721775-0007
Invoice No.: 1355067

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Henry | $205.00 | 0.50 | $102.50 |
| Totals | | 2.30 | $894.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 10/25/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Copies | 9.00 |
| | | SUBTOTAL | 9.00 |
| | Total Disbursements | | $9.00 |

| | | |
|---|---|---|
| Fee Total | $ | 894.50 |
| Disbursement Total | $ | 9.00 |
| Invoice Total | $ | 903.50 |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

January 24, 2012

**Invoice No. 1355069**

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504

Payment Due Upon Receipt

---

Total This Invoice                                  $            845.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

January 24, 2012

**Invoice No. 1355069**

Client/Matter:  09721775-0018

EDDIE JOHNSON
0000001504

For Professional Services Rendered through December 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/19/11 | J. Klenk | 0.30 | L160 | | Teleconference with R. Rosenthal re: ▇▇▇▇ |
| 12/20/11 | J. Klenk | 0.30 | L160 | | Teleconference with R. Rosenthal re: ▇▇▇▇ (.2); emails K. Flax re: same (.1). |
| 12/21/11 | J. Klenk | 0.70 | L160 | | Teleconference R. Rosenfeld re: ▇▇▇▇ (.2); email K. Flax (.2); message to K. Lantry (.1); conference with T. Labuda re: bankruptcy procedure (.2). |

| | | | |
|---|---|---|---|
| Total Hours | | 1.30 | |
| Fee Amount | | | $845.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 1.30 | $845.00 |
| Totals | | 1.30 | $845.00 |

| | | |
|---|---|---|
| Fee Total | $ | 845.00 |
| Invoice Total | $ | 845.00 |

2

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2012

**Invoice No. 1355071**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

---

Total This Invoice                                    $         666.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2012

**Invoice No. 1355071**

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through December 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/01/11 | N. Spears | 0.30 | L120 | | Edit settlement agreement. |
| 12/01/11 | K. Rodriguez | 0.10 | L330 | | Correspondence regarding Tribune's future deposition attendance. |
| 12/14/11 | N. Spears | 0.20 | L120 | | Email to K. Flax re: settlement (.10); email w/K. Sedey (.10). |
| 12/15/11 | N. Spears | 0.50 | L120 | | Email w/K. Flax re: confidentiality provision (.30); phone conference w/K. Sedey (.10); email re: execution (.10). |
| 12/29/11 | N. Spears | 0.10 | L120 | | Email w/K. Flax re: settlement ▓▓▓▓▓ |

| | | |
|---|---|---|
| Total Hours | 1.20 | |
| Fee Amount | | $666.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.10 | $632.50 |
| K. Rodriguez | $335.00 | 0.10 | $33.50 |
| Totals | | 1.20 | $666.00 |

| | | |
|---|---|---|
| Fee Total | $ | 666.00 |
| Invoice Total | $ | 666.00 |

2

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

January 24, 2012

**Invoice No. 1355075**

Client/Matter: 09803290-0004

EDITORIAL

Payment Due Upon Receipt

---

Total This Invoice                                          $          4,635.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON 🗗

SNR Denton US LLP
233 South Wacker Drive
Suite 7500
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

January 24, 2012

**Invoice No. 1355075**

Client/Matter:  09803290-0004

EDITORIAL

For Professional Services Rendered through December 31, 2011:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Task</u> | <u>Activity</u> | <u>Narrative</u> |
|---|---|---|---|---|---|
| 12/02/11 | J. Klenk | 0.50 | L120 | | Email K. Staba with Crain's pleadings re: change in publication schedule (.3); email K. Flax (.2). |
| 12/08/11 | J. Klenk | 0.20 | L120 | | Email re: ███████████████ ████████████████ (.2). |
| 12/15/11 | N. Spears | 0.40 | L120 | | Email w/K. Flax re: B. Schiller complaint (.20); read letter and email re: same (.20). |
| 12/16/11 | N. Spears | 1.30 | L120 | | Review draft letter████████ ████████████████ (.40); reread portions of article and email re: same from Beth Fenner (.50); research B. Shiller on Internet (.30); email to Beth Fenner (.10). |
| 12/19/11 | N. Spears | 1.00 | L120 | | Email w/K. Flax re:████████ story (.30); review excerpts of story ██████and email to B. Fenner re: same (.70). |
| 12/20/11 | N. Spears | 2.50 | L120 | | Review █████████story (1.0); phone conference w/K. Flax and B. Smith re: same (.50); draft email to B. Fenner and B. Smith re: edits██████story (.50); phone conference w/N. Isackson ██████████ (.30); draft final edits to same (.20); email to B. Fenner re: same (.20). |
| 12/21/11 | N. Spears | 0.70 | L120 | | Review article████████████ email w/K. Flax and B. Fenner re: same (.50); email re: follow up███ ██████████████ (.20). |

EDITORIAL

January 24, 2012

Matter: 09803290-0004
Invoice No.: 1355075

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/22/11 | N. Spears | 1.40 | L120 | | Read article re: ███ ████ (.40); email w/B. Fenner et al re: same 9.30); follow up phone conferences w/B. Fenner re: same (.30); follow up email re: clarification language and responses (.40). |

| | | | |
|--|--|--|--|
| Total Hours | 8.00 | | |
| Fee Amount | | | $4,635.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $625.00 | 0.70 | $437.50 |
| N. Spears | $575.00 | 7.30 | $4,197.50 |
| Totals | | 8.00 | $4,635.00 |

| | | |
|--|--|--|
| Fee Total | $ | 4,635.00 |
| Invoice Total | $ | 4,635.00 |

3

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

For your Information - Open Invoices

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

January 24, 2012

Client/Matter #: 09803290-0004

EDITORIAL

Statement of Account

According to our records, as of January 24, 2012, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 09/14/11 | 1323200 | 330.00 | 0.00 | 330.00 |
| 12/30/11 | 1349400 | 892.50 | 0.00 | 892.50 |
| 01/24/12 | 1355075 | 4,635.00 | 0.00 | 4,635.00 |
| | | Total Outstanding Invoices | | $5,857.50 |

Questions should be directed to:
J. Klenk
at 1 312 876 8000

Federal Tax I.D. Number 36-1796730

NXS/CH

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO MAGAZINE
ATTN: KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

January 24, 2012

**Invoice No. 1355077**

Client/Matter: 09803290-0005

Lee Wonjung Clara Subpoena

Payment Due Upon Receipt

Total This Invoice                                            $        1,731.40

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO MAGAZINE
ATTN: KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

January 24, 2012

**Invoice No. 1355077**

Client/Matter:  09803290-0005

Lee Wonjung Clara Subpoena

For Professional Services Rendered through December 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/01/11 | N. Spears | 0.20 | L120 | | Update from K. Rodriguez re: discussion w/defendants' counsel (.10); email w/K. Flax re: filing (.10). |
| 12/02/11 | K. Rodriguez | 2.10 | L240 | | Review and revise memorandum of law in support of motion to quash (1.6); Correspondence with counsel for defendant regarding possibility of stipulation (.2); Correspondence with counsel for plaintiff regarding proposed agreed briefing schedule (.1); Draft letter to judge regarding motion and hearing date (.2). |
| 12/02/11 | G. Bent | 0.50 | L110 | | Locating and obtaining article and statute for Kristen Rodriguez |
| 12/08/11 | K. Rodriguez | 0.20 | L430 | | Correspondence with plaintiff's counsel regarding status of their response brief and agreed briefing schedule. |
| 12/12/11 | K. Rodriguez | 1.40 | L240 | | Attend hearing on motion to quash (1.2); Draft update regarding same to N. Spears (.2). |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 4.40 | | | |
| Fee Amount | | | | | $1,427.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.20 | $115.00 |
| K. Rodriguez | $335.00 | 3.70 | $1,239.50 |

2

Lee Wonjung Clara Subpoena

January 24, 2012

Matter: 09803290-0005
Invoice No.: 1355077

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| G. Bent | $145.00 | 0.50 | $72.50 |
| Totals | | 4.40 | $1,427.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Color Copies | | 72.00 |
| | | SUBTOTAL | 72.00 |
| 12/5/2011 | Court Costs - -    DOCKET PETTY CASH Ck. #12328 - Court Cost | | 206.00 |
| | | SUBTOTAL | 206.00 |
| | Document reproduction | | 26.00 |
| | | SUBTOTAL | 26.00 |
| | Misc. Duplicating | | 0.40 |
| | | SUBTOTAL | 0.40 |
| | Total Disbursements | | $304.40 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 1,427.00 | |
| Disbursement Total | $ | 304.40 | |
| Invoice Total | $ | 1,731.40 | |

3

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

January 24, 2012

**Invoice No. 1355080**

Client/Matter: 09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

Payment Due Upon Receipt

Total This Invoice                              $        1,392.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

January 24, 2012

**Invoice No. 1355080**

Client/Matter:  09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through December 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|------------|-------|------|----------|-----------|
| 12/01/11 | N. Spears | 0.50 | L120 | | Prepare for hearing on motion to intervene (.20); read email re: court hearing and analyze next steps re: issues raised by Judge Zagel (.30). |
| 12/01/11 | J. Klenk | 1.70 | L230 | | Appear before Judge Zagel on access motion (1.1); email K. Flax (.3); teleconference K. Flax re: Zagel (.3). |
| Total Hours | | 2.20 | | | |
| Fee Amount | | | | | $1,392.50 |

| | | |
|---|---|---|
| Fee Total | $ | 1,392.50 |
| Invoice Total | $ | 1,392.50 |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

January 24, 2012

**Invoice No. 1355085**

Client/Matter: 09721775-0010

Cellini - Subpoenas to Reporters

Payment Due Upon Receipt

Total This Invoice                                    $       26,880.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⌐|

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

January 24, 2012

**Invoice No. 1355085**

Client/Matter:  09721775-0010

Cellini - Subpoenas to Reporters

For Professional Services Rendered through December 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/07/11 | J. Klenk | 0.30 | L120 | | Emails N. Spears re: Cellini subpoenas (.3). |
| 12/07/11 | K. Rodriguez | 1.80 | L250 | | Calls with K. Flax, P. Kendall, and defendant's regarding subpoenas (.8); Confer with N. Spears regarding strategy in moving to quash subpoenas and outline for brief (.5); Review federal reporter's privilege case law (.5). |
| 12/08/11 | K. Rodriguez | 9.30 | L250 | | Draft and revise memorandum of law in support of motion to quash subpoenas (7.3); Review federal reporter's privilege case law (.5); Review and analyze ▇▇▇▇▇▇▇▇▇▇▇ motion to quash (.4); Confer with N. Spears regarding strategy for motion (.5); Draft accompanying motion to brief (.6). |
| 12/08/11 | J. Klenk | 1.10 | L120 | | Conference call with N. Spears, K. Flax, Peter Kendall (.9); interview A. Sweeney (.2); |
| 12/08/11 | N. Spears | 5.70 | L120 | | Phone conference w/K. Flax, P. Kendall, J. Klenk re: subpoenas (1.1); follow up call w/K. Flax and P. Kendall re: same (.40); calls to/from T. Kirsch re: same (.30); edit and draft motion to quash (3.90). |

Cellini - Subpoenas to Reporters

January 24, 2012

Matter: 09721775-0010
Invoice No.: 1355085

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/09/11 | N. Spears | 3.30 | L120 | | Phone conference w/K. Flax re: draft motion to quash and news story re: same, Suntimes subpoena and related issues (.40); phone conference w/P. Kendall and K. Flax re: same (.30); edit motion and memo to quash re: possible new story and generally (1.50); review new subpoena (.20); phone conference w/T. Kirsch re: subpoenas to Suntimes (.30); phone conference w/D. Dunn re: subpoenas (.30); conference w/J. Klenk re: status, filing motion and timing (.30). |
| 12/09/11 | J. Klenk | 0.30 | L120 | | Teleconference with N. Spears. |
| 12/09/11 | K. Rodriguez | 2.40 | L250 | | Revise memorandum in support of motion to quash following re-issue of subpoenas to Sweeney and Tribune only. |
| 12/10/11 | N. Spears | 1.00 | L120 | | Edit brief in support of motion to quash and send to K. Flax (.80); email w/K. Flax and J. Klenk re: same (.20). |
| 12/11/11 | N. Spears | 2.00 | L120 | | Phone conference w/K. Flax re: subpoena, story, motion (.40); email re: same (.30); review ███████ ███████ and email re: same (.60); edit brief in support of motion to quash (.60); edit letter to judge (.10). |
| 12/11/11 | K. Rodriguez | 0.80 | L250 | | Revise memorandum in support of motion to quash Sweeney subpoena per N. Spears edits (.7); Revise motion to quash Sweeney subpoena (.1). |
| 12/11/11 | J. Klenk | 0.60 | L120 | | Review drafts (.3); teleconference with N. Spears (.3). |
| 12/12/11 | J. Klenk | 1.10 | L120 | | Emails N. Spears (.3); ███████ ███████ statements (.2); conferences N. Spears re: strategy (.3); review motion papers and email N. Spears (.3). |

Cellini - Subpoenas to Reporters

January 24, 2012

Matter: 09721775-0010
Invoice No.: 1355085

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 12/12/11 | K. Rodriguez | 2.80 | L120 | | Revise memorandum of law in support of motion to quash to add arguments for potential appeal re: McKevitt (1.5); Research procedure for emergency appeal (1.3). |
| 12/12/11 | N. Spears | 2.40 | L120 | | Edit letter to Judge (.10); email defense to counsel (.10); call w/AUSA C. Niewohner (.20); read order on motion and email K. Flax re: same (.30); conference w/J. Klenk re: same (.10); conference call w/G. Kern, P. Kendall and K. Flax re: same and develop strategy for response to order (.40); follow up call w/K. Flax re: same and next steps (.30); email re: McKevitt, Patterson and review same re: potential appeal (.50); vet article (.40); and email re: same. |
| 12/13/11 | K. Rodriguez | 7.90 | L120 | | Research regarding need for contempt for emergency appeal (2.0); Draft insert for motion for reconsideration regarding need for contempt order and requesting stay (1.6); Revise motion for reconsideration and clarification (.4); Draft notice of appeal (.4); Draft motion to expedite (1.5); Draft affidavit ▓▓▓▓▓▓▓▓▓ (1.5); Assist N. Spears in preparations for hearing on motion for reconsideration by devising strategy for response to judge's inquiries and reviewing key case law (.5). |

Cellini - Subpoenas to Reporters

January 24, 2012

Matter: 09721775-0010
Invoice No.: 1355085

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/13/11 | N. Spears | 5.30 | L120 | | Various phone conferences w/K. Flax, P. Kendall and G. Kern re: appeal, motion for reconsideration, ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ (.80); phone conferences w/G. Naron to have him draft emergency motion for reconsideration/clarification (.50); direct and review research to K. Rodriguez on appeal issues -- contempt order versus stay and perfecting appeal if Judge Zagel did not reconsider (.30); review research (.30); edit draft of new article by A. Sweeney (.30); edit motion for reconsideration (.60); email same to K. Flax (.20); further edits to same (.40); various phone conferences w/D. Dunn re: Sun Times' position on subpoenas (.40); read Sun Times' motion to quash (.20); various phone conferences w/T. Kirsch at Winston re: dropping subpoenas (.30); prepare for court hearing (.40); phone conference w/A. Sweeney, P. Kendall and K. Flax re: preparation re: hearing and next steps (.60). |
| 12/13/11 | J. Klenk | 0.10 | L120 | | Teleconference with N. Spears (.1). |
| 12/13/11 | G. Naron | 6.00 | L250 | | Review, analyze background materials, order on motion to quash subpoena to reporter (.6); teleconferences, emails N. Spears, K. Rodriguez re: motion to reconsider order, strategy re: same (.5); draft motion for clarification/ reconsideration (4.9). |
| 12/14/11 | N. Spears | 3.00 | L120 | | Preparation w/G. Kern, P. Kendall and A. Sweeney at Tribune (1.0); attend court hearing on motion for clarification and/or reconsideration (1.80); call from Law 360 re: hearing (.20). |
| 12/15/11 | N. Spears | 0.10 | L120 | | Review minute order re: reconsideration and email to K. Flax re: same (.10). |

Cellini – Subpoenas to Reporters

January 24, 2012

Matter: 09721775-0010
Invoice No.: 1355085

Total Hours                    57.30

Fee Amount                                                    $26,880.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 3.50 | $2,275.00 |
| N. Spears | $575.00 | 22.80 | $13,110.00 |
| G. Naron | $520.00 | 6.00 | $3,120.00 |
| K. Rodriguez | $335.00 | 25.00 | $8,375.00 |
| Totals | | 57.30 | $26,880.00 |

Fee Total             $    26,880.00

Invoice Total         $    26,880.00

6

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

January 24, 2012

**Invoice No. 1355098**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

---

Total This Invoice                                      $        460.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars – Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

January 24, 2012

**Invoice No. 1355098**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through December 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/16/11 | N. Spears | 0.80 | L120 | | Email w/M. O'Connor, K. Flax re: new motion juror misconduct in Blago case (.30); ve████████████ story (.40); email w/K. Flax re: same (.10). |

| | | | |
|---|---|---|---|
| Total Hours | 0.80 | | |
| Fee Amount | | | $460.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.80 | $460.00 |
| Totals | | 0.80 | $460.00 |

| | | |
|---|---|---|
| Fee Total | $ | 460.00 |
| Invoice Total | $ | 460.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN H. FLAX
TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE, SIXTH FLOOR
CHICAGO, IL  60611

January 24, 2012

**Invoice No. 1355099**

Client/Matter: 09811990-0100

CIRCULATION - CHICAGO
0000001208

Payment Due Upon Receipt

Total This Invoice                                                   $        2,107.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON 🔲

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN H. FLAX
TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE, SIXTH FLOOR
CHICAGO, IL 60611

January 24, 2012

**Invoice No. 1355099**

Client/Matter:  09811990-0100

CIRCULATION - CHICAGO
0000001208

For Professional Services Rendered through December 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/20/11 | G. Bent | 0.50 | Locating and obtaining city ordinances ▮▮▮▮▮ for Natalie Spears |
| 12/20/11 | J. Klenk | 0.30 | Teleconference with N. Spears ▮▮▮▮▮ (.1); review ordinance (.2). |
| 12/20/11 | N. Spears | 0.30 | Email w/K. Flax re: ▮▮▮▮▮ letter and brief review of same. |
| 12/21/11 | N. Spears | 1.60 | Read ▮▮▮▮▮ letter and email K. Flax re: same (.40); conference w/M. Domanskis ▮▮▮▮▮ (.30); review research results and draft letter from M. Domanskis and edit same (.50); draft email to K. Flax re: same (.40). |
| 12/21/11 | M. Domanskis | 2.40 | Research ▮▮▮▮▮ case law ▮▮▮▮▮ (1.6); meet with N. Spears ▮▮▮▮▮ (.2); draft letter ▮▮▮▮▮ (.4); draft email to N. Spears summarizing research findings (.2). |

Total Hours         5.10

Fee Amount                                                    $2,107.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 0.30 | $195.00 |
| N. Spears | $545.00 | 1.90 | $1,035.50 |
| M. Domanskis | $335.00 | 2.40 | $804.00 |
| G. Bent | $145.00 | 0.50 | $72.50 |
| Totals | | 5.10 | $2,107.00 |

2

CIRCULATION - CHICAGO
0000001208

January 24, 2012

Matter: 09811990-0100
Invoice No.: 1355099

| | | |
|---|---|---|
| Fee Total | $ | 2,107.00 |
| Invoice Total | $ | 2,107.00 |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2012

**Invoice No. 1355100**

Client/Matter: 09721775-0009

Cheryl Naedler

Payment Due Upon Receipt

Total This Invoice                                    $        5,188.50

Please return this pa          ·r payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

January 24, 2012

**Invoice No. 1355100**

Client/Matter:  09721775-0009

Cheryl Naedler

For Professional Services Rendered through December 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/02/11 | K. Staba | 0.30 | L120 | | Review pleadings received from Ohio state court (.10); discuss content and impact of same ▓▓▓▓▓▓ with J. Klenk and summarize same (.20). |
| 12/12/11 | K. Staba | 1.40 | L120 | | Review complain (.50)t; draft ▓▓▓▓ memorandum (.40); draft points for discussion with K. Flax for J. Klenk (.60). |
| 12/12/11 | J. Klenk | 2.90 | L120 | | Email K. Flax summarizing meeting (.1); meeting K. Flax and client ▓ ▓▓▓▓▓ (1.8); teleconference with M. Hanover re: recent class action rulings (.2); conference K. Staba re: case issues and research assignment (.4); email re: press statement (.2); email re: ▓▓▓▓ (.2). |
| 12/13/11 | J. Klenk | 0.10 | L120 | | Email K. Flax summarizing complaint. |
| 12/13/11 | N. Spears | 0.40 | L120 | | Email w/K. Flax re: case summary (.20); email w/J. Klenk re: same (.20). |
| 12/14/11 | N. Spears | 0.50 | L120 | | Check on service (.10); review material from J. Klenk (.40). |
| 12/22/11 | J. Klenk | 0.70 | L110 | | Email K. Flax re: Crawford complaint (.1); teleconference with D. MacGregor (.2); emails D. MacGregor re: ▓▓▓▓ (.4). |
| 12/27/11 | J. Klenk | 0.40 | L110 | | Teleconference with J. Maros re: Crawford history (.2); emails re: same (.2). |
| 12/28/11 | J. Klenk | 1.40 | L110 | | Prepare ▓▓▓▓ response ▓▓▓▓ (1.1); response to Crawford complaint (.3). |

Cheryl Naedler

January 24, 2012

Matter: 09721775-0009
Invoice No.: 1355100

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/28/11 | K. Staba | 1.30 | L210 | | Review case ▓▓▓▓▓▓ (.40); research and read other related cases ▓▓▓▓▓▓▓ (.60); prepare brief summary of issues for J. Klenk (.20); discuss filing motion to dismiss with J. Klenk (.10). |
| 12/29/11 | J. Klenk | 0.30 | L110 | | Emails J. Maros, D. MacGregor re: Crawford complaint (.3). |
| Total Hours | | 9.70 | | | |
| Fee Amount | | | | | $5,172.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 5.80 | $3,770.00 |
| N. Spears | $575.00 | 0.90 | $517.50 |
| K. Staba | $295.00 | 3.00 | $885.00 |
| Totals | | 9.70 | $5,172.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 12/12/2011 | Ground Transportation JAMES A KLENK CABS TO/FROM TRIBUNE TOWER RE MTG KAREN FLAX | | 16.00 |
| | | SUBTOTAL | 16.00 |
| | Total Disbursements | | $16.00 |

| | | |
|---|---|---|
| Fee Total | $ | 5,172.50 |
| Disbursement Total | $ | 16.00 |
| Invoice Total | $ | 5,188.50 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

January 24, 2012

**Invoice No. 1355210**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

---

Total This Invoice                                    $        7,094.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

January 24, 2012

**Invoice No. 1355210**

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through December 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/08/11 | N. Spears | 0.70 | L120 | | Review declaration redline and email to L. Washburn re: same (.50); email to N. Pollum re: declaration (.10); call w/L. Washburn re: same (.10). |
| 12/09/11 | N. Spears | 0.40 | L120 | | Phone conference w/L. Washburn re: plaintiffs' edits to affidavit (.30); email to N. Pollum re: same (.10). |
| 12/11/11 | N. Spears | 0.30 | L120 | | Read plaintiffs' revised affidavit (.20); email w/L. Washburn re: status (.10). |
| 12/12/11 | N. Spears | 1.00 | L120 | | Attend court status. |
| 12/14/11 | N. Spears | 0.40 | L120 | | Edit declaration (.30); email L. Washburn (.10). |
| 12/14/11 | K. Rodriguez | 0.10 | L120 | | Review edits from L. Washburn to affidavit in support of dismissal of injunctive relief requests. |
| 12/15/11 | N. Spears | 0.50 | L120 | | Review edits to affidavit from L. Washburn (.10); email to N. Pollum re: same (.20); response email from N. Pollum re: same (.10); email to L. Washburn and S. Farber re: same (.10). |
| 12/16/11 | K. Rodriguez | 0.30 | L120 | | Review document production in preparation for deposition of K. Speas. |
| 12/19/11 | N. Spears | 0.70 | L120 | | Attend court status. |
| 12/19/11 | K. Rodriguez | 2.40 | L330 | | Draft outline for K. Speas deposition, including review of key documents and discovery responses. |

2

JENNIFER KELLEY, ET AL.

January 24, 2012

Matter: 09723590-0013
Invoice No.: 1355210

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/20/11 | K. Rodriguez | 6.60 | L330 | | Review and revise agreed order for dismissal of injunctive relief count and transfer, and correspondence with L. Washburn regarding same (.40); draft outline for K. Speas deposition, including review of key documents, recordings, and prior discovery responses (6.20). |
| 12/21/11 | K. Rodriguez | 2.50 | L330 | | Draft outline for K. Speas depositions, including review of research on remaining counts (1.30); confer with N. Spears regarding strategy ████ ████████████ (.40); correspondence with opposing counsel regarding agreed order of dismissal (.30); Review rules for procedure for transferring case to another division and revise agreed order accordingly (.20); draft separate agreed transfer order (.30). |
| 12/21/11 | N. Spears | 0.70 | L120 | | Attention to transfer order and edit same (.20); analyze and draft 2012 budget for L. Washburn (.50). |
| 12/27/11 | K. Rodriguez | 0.20 | L120 | | Correspondence with opposing counsel regarding agreed order to transfer. |
| 12/28/11 | K. Rodriguez | 0.10 | L120 | | Correspondence with L. Washburn concerning agreed order to transfer to law division. |

| | | | |
|---|---|---|---|
| Total Hours | 16.90 | | |
| Fee Amount | | | $6,789.50 |

3

JENNIFER KELLEY, ET AL.

January 24, 2012

Matter: 09723590-0013
Invoice No.: 1355210

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 4.70 | $2,702.50 |
| K. Rodriguez | $335.00 | 12.20 | $4,087.00 |
| Totals | | 16.90 | $6,789.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 11/29/2011 | Outside Professional Services - - VERITEXT NEW YORK REPORTING CO. 11/29/2011 - INVOICE NY430997 - STATUS HEARING ATTENDANCE - NO TRANSCRIPT | | 150.00 |
| 11/21/2011 | Outside Professional Services - - VERITEXT NEW YORK REPORTING CO. INVOICE NY429383 - STATUS HEARING ATTENDANCE - NO TRANSCRIPT | | 155.00 |
| | | SUBTOTAL | 305.00 |
| | Total Disbursements | | $305.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 6,789.50 | |
| Disbursement Total | $ | 305.00 | |
| Invoice Total | $ | 7,094.50 | |

4

# SNR DENTON ⑪

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

January 11, 2012

**Invoice No. 1351597**

Client/Matter: 09722405-0016

TRIBUNE CONTACT: BRENDAN HEALEY

Payment Due Upon Receipt

# REDACTED

Total This Invoice                                                $         14,490.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN:  BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

January 11, 2012

**Invoice No. 1351597**

Client/Matter:  09722405-0016

TRIBUNE CONTACT:  BRENDAN HEALEY

For Professional Services Rendered through December 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 12/6/11 | R. Gullikson | 0.40 | Review Services Agreement draft ▮▮▮▮ (.40). |
| 12/6/11 | R. Gullikson | 1.50 | Draft assessment of and analysis of issues raised in ▮▮▮▮ draft of Services Agreement (1.50). |
| 12/6/11 | R. Gullikson | 0.50 | Call with J. Xanders and K. Jurgeto re open issues in ▮▮▮▮ draft Services Agreement and next steps ▮▮▮▮ (.50). |
| 12/13/11 | R. Gullikson | 0.50 | Call with J. Xanders re open issues in ▮▮▮▮ Agreement and proposal to combine Services and Product Agreements, ▮▮▮▮, indemnification and drafting issues (.50). |
| 12/13/11 | R. Gullikson | 0.50 | Call with K. Jurgeto, D. Schuster and J. Xanders ▮▮▮▮ (.50). |
| 12/15/11 | R. Gullikson | 1.50 | Review draft Agreement ▮▮▮▮ (.70) and draft issues list regarding open issues raised in draft (.80). |
| 12/15/11 | R. Gullikson | 0.50 | Call with J. Xanders and K. Jurgeto to discuss open issues raised by ▮▮▮▮ draft and upcoming negotiations with ▮▮▮▮ (.50). |
| 12/15/11 | R. Gullikson | 1.00 | Call with J. Xanders, K. Jurgeto, ▮▮▮▮ counsel and business team to discuss open issues raised in ▮▮▮▮ draft (1.0). |
| 12/15/11 | R. Gullikson | 0.20 | Call with J. Xanders re next steps ▮▮▮▮ (.20). |
| 12/16/11 | R. Gullikson | 11.30 | Draft Master Agreement as directed by Tribune, combining Services Agreement terms, Purchase Agreement terms and revising per ▮▮▮▮ mark up and Sarp's comments (11.30). |
| 12/19/11 | R. Gullikson | 1.00 | Call with J. Xanders to review and revise certain Agreement terms ▮▮▮▮ (1.0). |
| 12/19/11 | R. Gullikson | 0.80 | Revise Agreement as directed by J. Xanders and send ▮ ▮▮▮▮ (.80). |

2

TRIBUNE CONTACT:  BRENDAN HEALEY

January 11, 2012

Matter: 09722405-0016
Invoice No.: 1351597

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/27/11 | R. Gullikson | 1.80 | Review ████ mark up of Master Agreement in preparation of call ████ (1.80). |
| 12/27/11 | R. Gullikson | 0.50 | Call with J. Xanders and K. Jurgeto re open issues in ████ mark up (.50). |
| 12/27/11 | R. Gullikson | 1.70 | Call with ████ and Tribune team to discuss issues raised by ████ mark up (1.70). |
| 12/28/11 | R. Gullikson | 1.30 | Drafting summary of open business items after ████ call about ████ mark up of the Agreement for follow up by Tribune team (1.30). |
| 12/28/11 | R. Gullikson | 0.20 | Telephone call with J. Xanders re open points discussed ████ on call (.20). |

Total Hours                    25.20

Fee Amount                                                                $14,490.00


TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 25.20 | $14,490.00 |
| Totals | | 25.20 | $14,490.00 |


Fee Total              $     14,490.00

Invoice Total          $      14,490.00