**EXHIBIT A**

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 28, 2012

**Invoice No. 1362152**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

Total This Invoice                                 $        2,762.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 28, 2012

**Invoice No. 1362152**

Client/Matter:  09721775-0007

Roberto Rivera

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/03/12 | J. Klenk | 0.50 | L230 | | Teleconferences with K. Rodriguez re: case management conference (.3); emails re: Judge Larsen (.2). |
| 01/04/12 | K. Rodriguez | 1.20 | L450 | | Attend initial case management hearing (1.0); update J. Klenk regarding same and potential discovery strategy (.2). |
| 01/04/12 | J. Klenk | 0.80 | L230 | | Teleconferences with K. Rodriguez and emails re: case management conference (.6); review criminal docket (.2). |
| 01/05/12 | J. Klenk | 0.20 | L230 | | Teleconference with K. Flax re: case management conference (.2). |
| 01/18/12 | J. Klenk | 0.10 | L190 | | Emails K. Rodriguez re: trial date (.1). |
| 01/18/12 | K. Rodriguez | 0.20 | L310 | | Correspondence with J. Klenk regarding strategy for issuing first set of discovery to plaintiff. |
| 01/20/12 | J. Klenk | 1.90 | L310 | | Draft interrogatories and document requests to plaintiff (1.4); draft Rule 213(f) witness disclosures (.5). |

| | | | |
|---|---|---|---|
| Total Hours | 4.90 | | |
| Fee Amount | | | $2,744.00 |

Roberto Rivera

February 28, 2012

Matter: 09721775-0007
Invoice No.: 1362152

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 3.50 | $2,275.00 |
| K. Rodriguez | $335.00 | 1.40 | $469.00 |
| Totals | | 4.90 | $2,744.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 1/3/2012 | Outside Duplicating - - DOCKET PETTY CASH Copies- Check #12382 | | 18.00 |
| | | SUBTOTAL | 18.00 |
| | Total Disbursements | | $18.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,744.00 |
| Disbursement Total | $ | 18.00 |
| Invoice Total | $ | 2,762.00 |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

February 28, 2012

**Invoice No. 1362156**

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504

Payment Due Upon Receipt

---

Total This Invoice                                      $        2,275.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars – Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

February 28, 2012

**Invoice No. 1362156**

Client/Matter:  09721775-0018

EDDIE JOHNSON
0000001504

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/03/12 | J. Klenk | 0.70 | L120 | | Teleconference with K. Lantry at Sidley ▮▮▮▮▮, ▮▮▮▮▮ (.3); email K. Flax (.2); teleconference T. Labuda (.2). |
| 01/04/12 | J. Klenk | 0.60 | L160 | | Teleconference with K. Lantry ▮▮▮▮▮ (.3); teleconference with T. Labuda (.3). |
| 01/05/12 | J. Klenk | 0.20 | L110 | | Teleconference with K. Flax ▮▮ ▮▮▮▮▮ (.2). |
| 01/06/12 | J. Klenk | 0.10 | L110 | | Emails K. Flax (.1). |
| 01/17/12 | J. Klenk | 0.20 | L160 | | Teleconference with R. Rosenthal (.2). |
| 01/19/12 | J. Klenk | 1.30 | L160 | | Conference K. Flax ▮▮▮▮▮ ▮▮▮▮ (.3); analysis ▮▮▮▮▮ ▮▮▮▮▮ (.7); email K. Flax re: recommendation (.3). |
| 01/20/12 | J. Klenk | 0.40 | L160 | | Update research (.4). |
| Total Hours | | 3.50 | | | |
| Fee Amount | | | | | $2,275.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 3.50 | $2,275.00 |
| Totals | | 3.50 | $2,275.00 |

EDDIE JOHNSON
0000001504

February 28, 2012

Matter: 09721775-0018
Invoice No.: 1362156

|  | | |
|---|---|---|
| Fee Total | $ | 2,275.00 |
| Invoice Total | $ | 2,275.00 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

February 28, 2012

**Invoice No. 1362153**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

Total This Invoice                                    $          460.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

February 28, 2012

**Invoice No. 1362153**

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/04/12 | N. Spears | 0.20 | L120 | | Email and phone conference w/plaintiff's counsel re: W-9 form for Settlement. |
| 01/09/12 | N. Spears | 0.20 | L120 | | Email w/client re: final settlement agreement. |
| 01/13/12 | N. Spears | 0.30 | L120 | | Respond to email from K. Seday re: settlement and dismissal. |
| 01/18/12 | N. Spears | 0.10 | L120 | | Review email from K. Seday. |
| Total Hours | | 0.80 | | | |
| Fee Amount | | | | | $460.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.80 | $460.00 |
| Totals | | 0.80 | $460.00 |

| | | |
|---|---|---|
| Fee Total | $ | 460.00 |
| Invoice Total | $ | 460.00 |

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

February 28, 2012

**Invoice No. 1362154**

Client/Matter: 09721775-0011

Citation to Discover Assets

Payment Due Upon Receipt

Total This Invoice                                    $        4,020.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON 🔂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

February 28, 2012

Invoice No. 1362154

Client/Matter:  09721775-0011

Citation to Discover Assets

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 01/23/12 | N. Spears | 0.30 | L120 | | Phone conference w/B. Healey re: citation (.10); conference w/J. Gutman Mann re: same (.20). |
| 01/24/12 | N. Spears | 0.30 | L120 | | Email w/J. Mann re: citation (.20); call to B. Healey re: same (.10). |
| 01/24/12 | J. Gutman Mann | 0.80 | L120 | | Research re: citation to discover assets (.6); draft e-mail to N. Spears re: same (.2) |
| 01/25/12 | N. Spears | 0.10 | L120 | | Email w/B. Healey. |
| 01/26/12 | N. Spears | 0.60 | L120 | | Phone conference w/J. Gutman Mann and B. Healey re: citation and related issues (.40); follow up w/C. Been (.10); email re: same (.10). |
| 01/26/12 | J. Gutman Mann | 1.30 | L120 | | Call w/N. Spears and B. Healey re: citation to discover assets (.5); e-mail to C.A. Bean re: ownership of IP (.2); call w/C.A. Been re: ownership of IP (.2 ); discuss same w/N. Spears (.1 ); call with N. Spears and C.A. Been re: same (.2 ); correspondence with B. Healey re: follow-up call (.1) |
| 01/26/12 | C. Been | 0.30 | L120 | | Communications with J. Gutman Mann regarding copyright ownership issue regarding BluePrint. |
| 01/27/12 | C. Been | 0.80 | L120 | | Communications with J. Mann and B. Healey regarding citation to discover assets of BluePrint and application to software and Facebook. |

Citation to Discover Assets

February 28, 2012

Matter: 09721775-0011
Invoice No.: 1362154

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/27/12 | J. Gutman Mann | 2.40 | L120 | | Prepare for call with B. Healey (.2); call with C.A. Been and B. Healey re: citation to discover assets (.5); review docket re: case history and status of citation to discover assets (.2); various correspondence and calls with D. Neathery re: landlord/tenant issue (.5); follow-up correspondence with B. Healey re: landlord/tenant issue and status of citation (.4); research re: scope of citation to discover assets (.6) |
| 01/27/12 | D. Neathery | 0.30 | L110 | | Conferences with J. Mann regarding issue of landlord's control over a tenant's personal property in a premises in connection with a Citation to Discover Assets. |
| 01/30/12 | J. Gutman Mann | 0.10 | L120 | | Check docket re: status of citation to discover assets |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 7.30 | | |
| Fee Amount | | | | $4,020.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Been | $575.00 | 1.10 | $632.50 |
| N. Spears | $575.00 | 1.30 | $747.50 |
| D. Neathery | $520.00 | 0.30 | $156.00 |
| J. Gutman Mann | $540.00 | 4.60 | $2,484.00 |
| Totals | | 7.30 | $4,020.00 |

| | | |
|---|---|---|
| Fee Total | $ | 4,020.00 |
| Invoice Total | $ | 4,020.00 |

3

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO MAGAZINE
ATTN: KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 28, 2012

**Invoice No. 1362158**

Client/Matter: 09803290-0005

Lee Wonjung Clara Subpoena

Payment Due Upon Receipt

Total This Invoice                         $        5,088.20

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO MAGAZINE
ATTN:  KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 28, 2012

**Invoice No. 1362158**

Client/Matter:  09803290-0005

Lee Wonjung Clara Subpoena

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/02/12 | N. Spears | 0.30 | L120 | | Conference w/K. Rodriguez re: plaintiff's response brief and reply to same due 1/13/12. |
| 01/03/12 | K. Rodriguez | 0.20 | L120 | | Correspondence with K. Flax regarding strategy in responding to plaintiff's response to motion to quash. |
| 01/09/12 | N. Spears | 0.20 | L120 | | Email w/K. Flax re: call w/reporter B. Smith (.10); follow up call w/K. Rodriguez re: same (.10). |
| 01/10/12 | K. Rodriguez | 6.60 | L120 | | Draft reply brief in support of motion to quash trial subpoena to Bryan Smith. |
| 01/10/12 | N. Spears | 0.90 | L120 | | Email w/K. Flax re: B. Smith article (.20); read and edit reply brief (.50); email w/K. Rodriguez re: same (.20). |
| 01/11/12 | N. Spears | 0.80 | L120 | | Phone conference w/B. Smith re: Robles interview (.30); edit reply brief (.50). |
| 01/11/12 | K. Rodriguez | 2.60 | L120 | | Revise reply brief in support of motion to quash trial subpoena (2.1); Confer with N. Spears regarding strategy in drafting reply (.3); Confer with B. Smith (Chicago magazine reporter) regarding article at issue and interview of defendant (.2). |
| 01/13/12 | K. Rodriguez | 0.60 | L240 | | Revise reply brief in support of motion to quash. |
| 01/16/12 | N. Spears | 0.30 | L120 | | Email from B. Smith and phone conference w/B. Smith. |
| 01/17/12 | A. Graham | 0.90 | L450 | | Attend clerk's call at Illinois state court house to schedule hearing for Motion to Quash. |

2

Lee Wonjung Clara Subpoena

February 28, 2012

Matter: 09803290-0005
Invoice No.: 1362158

Total Hours                              13.40

Fee Amount                                                        $5,053.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $575.00 | 2.50 | $1,437.50 |
| K. Rodriguez | $335.00 | 10.00 | $3,350.00 |
| A. Graham | $295.00 | 0.90 | $265.50 |
| Totals |  | 13.40 | $5,053.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
|  | Document reproduction |  | 35.20 |
|  |  | SUBTOTAL | 35.20 |
|  | Total Disbursements |  | $35.20 |

| | | |
|---|---|---|
| Fee Total | $ | 5,053.00 |
| Disbursement Total | $ | 35.20 |
| Invoice Total | $ | 5,088.20 |

3

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

February 28, 2012

**Invoice No. 1362157**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

Total This Invoice                                    $            632.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

February 28, 2012

**Invoice No. 1362157**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/21/12 | N. Spears | 0.40 | L120 | | Read email from K. Flax re: ████████ ████████ story and respond to same. |
| 01/23/12 | N. Spears | 0.70 | L120 | | Phone call w/K. Flax re: ████████ ██ story (.30); follow up research and email w/K. Flax re: IL Sct. Rule 224 (.40). |

Total Hours                1.10

Fee Amount                                                      $632.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.10 | $632.50 |
| Totals | | 1.10 | $632.50 |

Fee Total                          $        632.50

Invoice Total                      $        632.50

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

March 28, 2012

**Invoice No. 1369445**

Client/Matter: 09803290-0004

EDITORIAL

Payment Due Upon Receipt

---

Total This Invoice                                      $        310.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON 卫

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

March 28, 2012

**Invoice No. 1369445**

Client/Matter:  09803290-0004

EDITORIAL

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/05/12 | N. Spears | 0.20 | L120 | | Follow up email from N. Isakson ▓▓▓ ▓▓▓▓▓▓ |
| 01/06/12 | J. Klenk | 0.30 | L110 | | Email K. Flax re: subscriber fraud/Henry Fogel letter. |
| Total Hours | | 0.50 | | | |
| Fee Amount | | | | | $310.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.30 | $195.00 |
| N. Spears | $575.00 | 0.20 | $115.00 |
| Totals | | 0.50 | $310.00 |

| | | |
|---|---|---|
| Fee Total | $ | 310.00 |
| Invoice Total | $ | 310.00 |

2

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

February 28, 2012

**Invoice No. 1362155**

Client/Matter: 09721775-0009

Cheryl Naedler

Payment Due Upon Receipt

---

Total This Invoice                                    $        15,239.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON 🗗

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

February 28, 2012

**Invoice No. 1362155**

Client/Matter:  09721775-0009

Cheryl Naedler

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/03/12 | J. Klenk | 1.30 | L120 | | Email to K. Flax (.2); conference w/K. Staba re: motion to dismiss (.2); review relevant Hottinger materials (.4); emails and investigation ▬▬▬▬ (.4); conference with N. Spears re: judge (.1). |
| 01/03/12 | N. Spears | 0.40 | L120 | | Review information on Judge assigned (.10); email w/J. Klenk re: same ▬▬ ▬▬▬▬▬▬ (.20); email from J. Klenk re: motion to dismiss (.10). |
| 01/05/12 | K. Staba | 3.60 | L120 | | Research cases relating to theories for motion to dismiss (3.60). |
| 01/06/12 | K. Staba | 6.20 | L240 | | Draft motion to dismiss and discuss same with J. Klenk (.2); review and revise motion to dismiss including additional potential arguments (6.00). |
| 01/06/12 | J. Klenk | 1.10 | L240 | | Conference K. Staba (.3); review motion drafts (.6); emails D. MacGregor (.2). |
| 01/09/12 | N. Spears | 0.20 | L120 | | Conference w/J. Klenk re: information needed for motion to dismiss (.10); email re: same (.10). |
| 01/09/12 | J. Klenk | 2.50 | L240 | | Review key cases ▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬ (1.6); review motion to dismiss (.5); emails D. MacGregor re: client facts (.4). |
| 01/09/12 | K. Staba | 0.40 | L240 | | Discuss brief and revisions with J. Klenk (.40). |

Cheryl Naedler

February 28, 2012

Matter: 09721775-0009
Invoice No.: 1362155

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/10/12 | K. Staba | 1.20 | L240 | | Discuss strategy for refund and brief with J. Klenk (.40); Conference call with D. MacGregor and J. Klenk (.40); send email to D. MacGregor, J. Maros and C. Greene outlining procedure (.40). |
| 01/10/12 | J. Klenk | 1.30 | L240 | | Teleconference with clients, Katie Staba re: facts of claim (.5); emails re: refunds, use of financial account with K. Staba (.4); teleconference with K. Staba re: same (.4). |
| 01/11/12 | K. Staba | 1.80 | L240 | | Call with J. Maros and C. Greene (.40); call with J. Klenk (.10); email with K. Flax (.10); Call with R. Benson ▆▆▆▆▆▆ (.30); call with C. Greene regarding same (.40); draft affidavit based based on information from D. MacGregor (.50). |
| 01/12/12 | K. Staba | 4.90 | L240 | | Update draft of memorandum (1.5); draft letter to C. Naeder (.50); draft Affidavit of D. MacGregor (.50); call with J. Maros regarding transcript (.20); Call with C. Greene to verify additional facts (.20); Call with D. MacGregor regarding Affidavit and verification of acts (.20); Discuss status and updates with J. Klenk (.3); update final drafts of documents and send same to J. Klenk (1.50). |
| 01/12/12 | J. Klenk | 1.30 | L240 | | Teleconference with K. Flax ▆▆▆▆▆▆ ▆▆▆▆ (.2); review revised drafts of supporting brief, declaration and letter to subscribers (.5); email K. Flax re: same (.2); email K. Staba and call re: revisions (.4). |
| 01/13/12 | J. Klenk | 0.40 | L240 | | Teleconference with K. Staba re: draft motion (.2); review final for filing (.2). |

Cheryl Naedler

February 28, 2012

Matter: 09721775-0009
Invoice No.: 1362155

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/13/12 | K. Staba | 4.70 | L240 | | Call with J. Klenk regarding filing (.30); discuss refund procedure with C. Greene and D. MacGregor (.50); review and revise documents ███████ ███████████ (1.0); circulate documents and coordinate signature and sending of same (1.0); redact information on check (.20); prepare final documents for filing (1.7). |
| 01/27/12 | J. Klenk | 0.20 | L230 | | Email K. Staba re: January 30 hearing. |
| 01/30/12 | J. Klenk | 0.90 | L230 | | Appear on motion to dismiss (.8); email K. Flax with court order (.1). |
| 01/30/12 | K. Staba | 1.00 | L450 | | Attend hearing (1.0). |
| Total Hours | | 33.40 | | | |
| Fee Amount | | | | | $15,239.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 9.00 | $5,850.00 |
| N. Spears | $575.00 | 0.60 | $345.00 |
| K. Staba | $380.00 | 23.80 | $9,044.00 |
| Totals | | 33.40 | $15,239.00 |

| | | |
|---|---|---|
| Fee Total | $ | 15,239.00 |
| Invoice Total | $ | 15,239.00 |

4

# SNR DENTON 

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

March 1, 2012

**Invoice No. 1363102**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

Total This Invoice                              $        18,247.80

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

March 1, 2012

**Invoice No. 1363102**

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/02/12 | N. Spears | 1.30 | L120 | | Prepare for depositions of plaintiffs, including review of K. Rodriguez deposition outline (1.0); review orders re: new judge and direct K. Rodriguez to follow up on same (.30). |
| 01/03/12 | N. Spears | 2.50 | L120 | | Preparation for depositions, including reading pleadings, case law and draft outlines (2.0); direct K. Rodriguez to draft further topics for deposition outline (.30); email from Chubb re: update and follow up email w/L. Washburn re: same (.20). |
| 01/03/12 | K. Rodriguez | 0.50 | L120 | | Confer with N. Spears regarding strategy for edits to deposition outline for K. Speas and J. Beers. |
| 01/04/12 | N. Spears | 0.60 | L120 | | Follow up email to insurer Chubb (.30); email w/C. Leeman re: same (.10); direct K. Rodriguez re: follow up on verifications and motion to assign new judge (.20). |
| 01/04/12 | K. Rodriguez | 3.60 | L120 | | Correspondence with opposing counsel regarding confirmation of depositions and verifications from amended interrogatories (.2); Investigate status of reassigned judge (.2); Draft case update for S. Burrell (.2); Prepare for depositions of J. Beers and K. Speas by compiling timeline and key claims for each plaintiff, reviewing key documents produced from plaintiffs, and reviewing battery case law (3.0). |

JENNIFER KELLEY, ET AL.

March 1, 2012

Matter: 09723590-0013
Invoice No.: 1363102

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/05/12 | K. Rodriguez | 1.10 | L120 | | Assist in preparations for depositions of plaintiffs by reviewing key documents produced by plaintiffs and Tribune (.3); Confer with N. Spears regarding strategy for deposition of K. Spears (.8). |
| 01/05/12 | N. Spears | 2.80 | L120 | | Prepare for plaintiffs' depositions. |
| 01/05/12 | J. Collins | 2.00 | L110 | | Perform article research on Westlaw for articles discussing the controversy surrounding beauty pageant for children. Research requested by K. Rodriguez. |
| 01/06/12 | J. Collins | 2.00 | L110 | | Perform internet research to locate websites discussing children's beauty pageants. Research requested by K. Rodriguez. |
| 01/06/12 | K. Rodriguez | 0.60 | L330 | | Identify relevant clips for use in K. Speas deposition (.2); Correspondence with opposing counsel regarding deposition logistics and follow up discussion regarding cancellation (.2); Confer with N. Spears regarding strategy in moving to compel depositions in light of cancellation (.2). |
| 01/06/12 | N. Spears | 1.30 | L120 | | Preparation for plaintiff's depositions, including editing outline, review key documents (1.60); read letter/email re: deposition cancellation (.20); conference w/L. Washburn via email re: same (.10); conference w/K. Rodriguez re: same, letter to Plaintiffs' counsel, and motion to assign judge (.30). |
| 01/09/12 | K. Rodriguez | 0.70 | L120 | | Draft and revise motion for assignment of judge (.5); Confer with N. Spears regarding strategy in timing for letter to plaintiffs' counsel regarding cancellation of depositions and timing of motion to compel in front of new judge (.2). |

JENNIFER KELLEY, ET AL.

March 1, 2012

Matter: 09723590-0013
Invoice No.: 1363102

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/09/12 | N. Spears | 0.40 | L120 | | Phone conferences and letter w/plaintiffs' counsel re: Beers deposition (.30); call and email w/L. Washburn re: same (.10). |
| 01/11/12 | K. Rodriguez | 0.10 | L120 | | Confer with counsel for plaintiffs regarding status of deposition of Jennifer Kelley. |
| 01/11/12 | N. Spears | 0.20 | L120 | | Conference w/K. Rodriguez re: deposition dates. |
| 01/13/12 | K. Rodriguez | 0.40 | L120 | | Call with opposing counsel regarding status of J. Kelley deposition (.1); Confer with N. Spears regarding strategy for timing of same (.2); Correspondence with L. Washburn concerning status of judge reassignment (.1). |
| 01/13/12 | N. Spears | 0.20 | L120 | | Conference w/K. Rodriguez re: court hearing on 1/17 and depositions. |
| 01/16/12 | N. Spears | 0.20 | L120 | | Conference w/K. Rodriguez re: depositions and hearing. |
| 01/17/12 | N. Spears | 0.70 | L120 | | Analyze information on new assigned Judge, and renewed motion to compel (.50); email w/K. Rodriguez and L. Washburn re: same (.20). |
| 01/17/12 | K. Rodriguez | 3.40 | L120 | | Attend hearing for assignment to judge in law division (1.7); Research assigned judge (.9); Correspondence with N. Spears regarding strategy in taking a change from assigned judge (.2); Correspondence with L. Washburn regarding same (.3); Confer with N. Spears regarding strategy for drafting motion to compel depositions of adult plaintiffs in preparation for drafting motion (.3). |
| 01/18/12 | N. Spears | 1.10 | L120 | | Conference w/G.Naron re: drafting renewed motion to compel and review draft of same (.60); research re: new judge (.40); email to L. Washburn (.10). |

JENNIFER KELLEY, ET AL.

March 1, 2012

Matter: 09723590-0013
Invoice No.: 1363102

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/18/12 | K. Rodriguez | 0.20 | L120 | | Draft outline for renewed motion to compel adult plaintiffs' depositions. |
| 01/18/12 | G. Naron | 3.70 | L250 | | Teleconferences, emails N. Spears re motion to compel depositions, case background, strategy (.3); review pleadings, motions (.6); research, draft renewed motion to compel depositions (2.8). |
| 01/18/12 | J. Gutman Mann | 0.30 | L120 | | Discuss Judge O'Hara with N. Spears (.1); review motion to compel (.2) |
| 01/19/12 | J. Gutman Mann | 1.00 | L110 | | Attend hearings for background information on Judge O'Hara (.8) ; discuss same with N. Spears (.2) |
| 01/19/12 | G. Naron | 0.40 | L110 | | Emails N. Spears, research re: info on new judge. |
| 01/19/12 | J. Collins | 1.50 | L110 | | Perform background research ▬▬ ▬▬▬▬▬▬ Research requested by K. Rodriguez. |
| 01/19/12 | N. Spears | 2.90 | L120 | | Edit reviewed motion to compel (1.0); research and review information on new Judge O'Hara (1.70); update from J. Gutman-Mann on Judge O'Hara court observation (.20). |
| 01/20/12 | G. Naron | 0.30 | L110 | | Teleconferences, emails N. Spears re: info on new judge, strategy (.2); teleconferences ▬▬▬▬▬ ▬▬ re: same (.1). |
| 01/20/12 | N. Spears | 1.20 | L120 | | Phone conference w/L. Washburn re: renewed motion to compel and new judge (.30); revise and file motion (.40); phone conferences w/counsel ▬ ▬▬▬ (.50). |
| 01/24/12 | N. Spears | 0.40 | L120 | | Preparation for first hearing before Judge O'Hara. |
| 01/24/12 | J. Collins | 2.00 | L110 | | Continue researching the controversy surrounding children's beauty pageants on the internet.  Research requested by K. Rodriguez. |

JENNIFER KELLEY, ET AL.

March 1, 2012

Matter: 09723590-0013
Invoice No.: 1363102

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/25/12 | K. Rodriguez | 0.20 | L330 | | Review correspondence from plaintiffs' counsel regarding plaintiffs' depositions and order on motion to compel depositions. |
| 01/25/12 | N. Spears | 1.40 | L120 | | Attend initial court status w/Judge O'Harra (1.30); follow up call w/L. Washburn (.10). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 41.20 | | |
| Fee Amount | | | | $18,148.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 17.20 | $9,890.00 |
| G. Naron | $520.00 | 4.40 | $2,288.00 |
| J. Gutman Mann | $540.00 | 1.30 | $702.00 |
| K. Rodriguez | $335.00 | 10.80 | $3,618.00 |
| J. Collins | $220.00 | 7.50 | $1,650.00 |
| Totals | | 41.20 | $18,148.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Color Copies | | 10.00 |
| | | SUBTOTAL | 10.00 |
| | Document reproduction | | 82.50 |
| | | SUBTOTAL | 82.50 |
| 11/29/2011 | Ground Transportation NATALIE J SPEARS CAB FARE TO COURT | | 5.00 |
| | | SUBTOTAL | 5.00 |
| | Misc. Duplicating | | 2.30 |
| | | SUBTOTAL | 2.30 |
| | Total Disbursements | | $99.80 |

JENNIFER KELLEY, ET AL.                                          March 1, 2012

Matter: 09723590-0013
Invoice No.: 1363102

| | | |
|---|---|---|
| Fee Total | $ | 18,148.00 |
| Disbursement Total | $ | 99.80 |
| Invoice Total | $ | 18,247.80 |

# SNR DENTON 冂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN:  BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 9, 2012

**Invoice No. 1358370**

Client/Matter: 09722405-0016

TRIBUNE CONTACT:  BRENDAN HEALEY

Payment Due Upon Receipt

# REDACTED

Total This Invoice                                          $            8,797.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 9, 2012

**Invoice No. 1358370**

Client/Matter: 09722405-0016

TRIBUNE CONTACT: BRENDAN HEALEY

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/4/12 | R. Gullikson | 1.00 | Call with J. Xanders, K. Jurgeto, D. Schuster and S. Uzkan of Tribune re open issues in ▮▮▮▮ draft of the Master Agreement and next steps to finalize ▮▮ Orders (1.0). |
| 1/4/12 | R. Gullikson | 1.20 | Draft Purchase Order for purchase ▮▮▮▮▮▮▮ (1.2). |
| 1/4/12 | R. Gullikson | 0.10 | Call with J. Xanders re Purchase Order (.10). |
| 1/4/12 | R. Gullikson | 0.30 | Revise Purchase Order accordingly (.30). |
| 1/5/12 | R. Gullikson | 1.00 | Call with J. Xanders, K. Jurgeto and S. Uzkan of the Tribune to discuss terms of the Purchase Order and Terms and Conditions draft ▮▮▮▮▮▮▮ (1.0). |
| 1/5/12 | R. Gullikson | 2.00 | Draft Terms and Conditions for Purchase Order ▮▮▮▮▮▮▮ (2.0). |
| 1/5/12 | R. Gullikson | 1.30 | Revise the Purchase Order and Terms and Conditions draft ▮ ▮▮▮▮▮▮▮ in accordance with direction received from Tribune on the call and sent ▮▮▮▮ (1.30). |
| 1/6/12 | R. Gullikson | 0.20 | Review multiple emails from ▮▮▮▮ K. Jurgeto, D. Schuster and J. Xanders of Tribune ▮▮▮▮▮▮ (.20). |
| 1/6/12 | R. Gullikson | 0.20 | Review mark up of Purchase Order ▮▮▮▮▮ and create redline for Tribune review (.20). |
| 1/9/12 | R. Gullikson | 0.30 | Review mark up of Purchase Order and Terms and Conditions ▮▮▮▮▮ (.30). |
| 1/9/12 | R. Gullikson | 0.30 | Call with J. Xanders and K. Jurgeto of Tribune re ▮▮▮▮ ▮▮▮▮▮▮ Purchase Order (.30). |
| 1/9/12 | R. Gullikson | 0.50 | Call with ▮▮▮▮ J. Xanders and K. Jurgeto of Tribune re mark up and open issues ▮▮▮▮▮▮ (.50). |
| 1/9/12 | R. Gullikson | 0.20 | Call with J. Xanders and K. Jurgeto of Tribune re ▮▮▮ Master Agreement open issues and next steps (.20). |

████████████████████████████

TRIBUNE CONTACT: BRENDAN HEALEY

February 9, 2012

Matter: 09722405-0016
Invoice No.: 1358370

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/11/12 | R. Gullikson | 1.20 | Revising ████ draft of the Master Agreement in accordance with calls with ████ and calls with Tribune (1.20). |
| 1/11/12 | R. Gullikson | 0.50 | Call with K. Jurgeto and J. Xanders of Tribune re ways to structure ████████ and appropriate contract structure (.50). |
| 1/12/12 | R. Gullikson | 0.50 | Review multiple emails (.20) and latest revised Purchase Order (.10) and Terms and Conditions (.20) ██████████. |
| 1/12/12 | R. Gullikson | 0.20 | Call with J. Xanders re open issues in latest ████ draft of Terms and Conditions (.20). |
| 1/12/12 | R. Gullikson | 0.30 | Prepare deltaview copies of each of the ████ Agreements (.30). |
| 1/12/12 | R. Gullikson | 0.50 | Prepare clean and redlined copy of Terms and Conditions, with additional changes (.20) and Purchase Order ██ (.30). |
| 1/12/12 | R. Gullikson | 0.50 | Revise Terms and Conditions draft from ████, received on January 9, 2012 (.50). |
| 1/12/12 | R. Gullikson | 0.50 | Revise latest Terms and Conditions ██████████ (.50). |
| 1/13/12 | R. Gullikson | 0.30 | Revised Terms and Conditions per comments of J. Xanders (.30). |
| 1/17/12 | R. Gullikson | 0.50 | Call with K. Jurgeto, J. Xanders (both with Tribune) and ████ counsel and business team re open issues in Terms and Conditions and Purchase Order (.50). |
| 1/17/12 | R. Gullikson | 0.50 | Revise Purchase Orders accordingly (.50). |
| 1/20/12 | R. Gullikson | 0.60 | Revise Purchase Order ██ and prepare execution copy per K. Jurgeto email (.60). |
| 1/20/12 | R. Gullikson | 0.60 | Revise Purchase Order ██ and prepare execution copy per K. Jurgeto email (.60). |

| | | | |
|------|------|------|------|
| Total Hours | | 15.30 | |
| Fee Amount | | | $8,797.50 |

3

TRIBUNE CONTACT: BRENDAN HEALEY

February 9, 2012

Matter: 09722405-0016
Invoice No.: 1358370

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Gullikson | $575.00 | 15.30 | $8,797.50 |
| Totals | | 15.30 | $8,797.50 |

| | | |
|---|---|---|
| Fee Total | $ | 8,797.50 |
| Invoice Total | $ | 8,797.50 |

4

# 'SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

For your Information - Open Invoices

TRIBUNE COMPANY
ATTN:  BRENDAN HEALEY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 9, 2012

Client/Matter #: 09722405-0016

TRIBUNE CONTACT:  BRENDAN HEALEY

Statement of Account

According to our records, as of February 9, 2012, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/11/12 | 1351597 | 14,490.00 | 0.00 | 14,490.00 |
| 02/09/12 | 1358370 | 8,797.50 | 0.00 | 8,797.50 |
| | | Total Outstanding Invoices | | $23,287.50 |

Questions should be directed to:
R. Gullikson
at 1 312 876 8000

Federal Tax I.D. Number 36-1796730

RLG/CH

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: JULIE XANDERS
TRIBUNE COMPANY
202 WEST FIRST STREET
LOS ANGELES, CA 90012

February 9, 2012

**Invoice No. 1358371**

Client/Matter: 09722405-0024

▮▮▮▮▮▮▮▮▮
TRIBUNE CONTACT:  JULIE XANDERS
0000001584

Payment Due Upon Receipt

# REDACTED

Total This Invoice                                                $        1,437.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⫐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: JULIE XANDERS
TRIBUNE COMPANY
202 WEST FIRST STREET
LOS ANGELES, CA 90012

February 9, 2012

**Invoice No. 1358371**

Client/Matter:  09722405-0024

████████

TRIBUNE CONTACT: JULIE XANDERS
0000001584

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/6/12 | R. Gullikson | 0.20 | Call with J. Rodden, Tribune Treasurer, re ████████ offer to modify fees and associated conditions (.20). |
| 1/6/12 | R. Gullikson | 0.30 | Call with M. Hendershot, Tribune counsel, re ████████ offer to modify fees and associated conditions, and brief analysis of same (.30). |
| 1/6/12 | R. Gullikson | 2.00 | Draft summary chart of analysis of outcomes associated with ████████ offer (2.00). |
| Total Hours | | 2.50 | |
| Fee Amount | | | $1,437.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Gullikson | $575.00 | 2.50 | $1,437.50 |
| Totals | | 2.50 | $1,437.50 |

| | | |
|---|---|---|
| Fee Total | $ | 1,437.50 |
| Invoice Total | $ | 1,437.50 |

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

For your Information - Open Invoices

ATTN:  JULIE XANDERS
TRIBUNE COMPANY
202 WEST FIRST STREET
LOS ANGELES, CA 90012

February 9, 2012

Client/Matter #: 09722405-0024

TRIBUNE CONTACT:  JULIE XANDERS
0000001584

---

## Statement of Account

According to our records, as of February 9, 2012, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 12/07/11 | 1346412 | 1,265.00 | 0.00 | 1,265.00 |
| 02/09/12 | 1358371 | 1,437.50 | 0.00 | 1,437.50 |
| | | Total Outstanding Invoices | | $2,702.50 |

Questions should be directed to:
R. Gullikson
at 1 312 876 8000

Federal Tax I.D. Number 36-1796730

RLG/CH

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN:  JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

February 9, 2012

**Invoice No. 1358373**

Client/Matter: 09722405-0067

TRIBUNE CONTACT:  JULIE XANDERS

Payment Due Upon Receipt

# REDACTED

Total This Invoice                              $          23,575.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

February 9, 2012

**Invoice No. 1358373**

Client/Matter:  09722405-0067

████████████████████████████████

TRIBUNE CONTACT:  JULIE XANDERS

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/5/12 | R. Gullikson | 0.30 | Review draft of ████████ Agreement sent by ████████ in preparation for call with Tribune (.30). |
| 1/5/12 | R. Gullikson | 1.00 | Call with J. Xanders, M. Owens and S. Uzkan of the Tribune to discuss business terms of ████████ arrangement, and form and structure of ████████ Agreement (1.0) |
| 1/6/12 | R. Gullikson | 0.80 | Call with S. Uzkan, M. Owens, K. Jurgeto and J. Xanders re second half of ████████ draft Agreement and deal terms (.80). |
| 1/6/12 | R. Gullikson | 4.00 | Draft/revise ████████████████████ Agreement (4.00). |
| 1/7/12 | R. Gullikson | 8.30 | Draft/revise ████████████████████ Agreement (8.30). |
| 1/9/12 | R. Gullikson | 0.80 | Began drafting scope of work in Statement of Work for ████████████████████ (.80). |
| 1/9/12 | R. Gullikson | 1.50 | Call with M. Owens, S. Uzkan, J. Xanders and K. Jurgeto (all of Tribune) regarding their comments to and open issues in ████████ Agreement with ████████ (1.50). |
| 1/9/12 | R. Gullikson | 2.20 | Revise ████████ Agreement with ████████ in accordance with Tribune comments during call and mark up of Exhibit A sent by M. Owens and send to ████████ and client (2.20). |
| 1/10/12 | R. Gullikson | 3.30 | Complete drafting of Statement of Work ████████ (3.30). |
| 1/10/12 | R. Gullikson | 0.70 | Review and revise Statement of Work based on comments to Statement of Work from S. Uzkan and M. Owens (.70). |
| 1/11/12 | R. Gullikson | 1.50 | Completed revisions to Statement of Work ████████ based upon M. Owens' and S. Uzkan's drafts of Statement of Work (1.50). |
| 1/11/12 | R. Gullikson | 2.30 | Draft terms and ████████ for ████████ Agreement ████ (2.30). |
| 1/12/12 | R. Gullikson | 1.30 | Call with M. Owens, S. Uzkan, J. Xanders and K. Jurgeto re open points in Statement of Work (1.30). |

2

TRIBUNE CONTACT: JULIE XANDERS

February 9, 2012

Matter: 09722405-0067
Invoice No.: 1358373

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/12/12 | R. Gullikson | 1.50 | Revising Statement of Work with ▮▮▮▮ per call (1.50). |
| 1/13/12 | R. Gullikson | 2.30 | Revising Statement of Work to capture changes per discussions on call with Tribune team (2.30). |
| 1/13/12 | R. Gullikson | 1.20 | Call with M. Owens, K. Jurgeto and J. Xanders re ▮▮▮▮ Agreement ▮▮▮▮ (1.20). |
| 1/17/12 | R. Gullikson | 0.80 | Revise ▮▮▮ Statement of Work in accordance with M. Owens' comments to SOW and to assumptions and send to Tribune (.80). |
| 1/18/12 | R. Gullikson | 0.30 | Review ▮▮▮ Statement of Work per S. Uzkan's comments and to conform to ▮▮▮▮ Agreements and send to Tribune (0.3). |
| 1/18/12 | R. Gullikson | 2.50 | Revise ▮▮▮▮ Agreement in accordance with call with M. Owens, J. Xanders and K. Jurgeto (2.5). |
| 1/20/12 | R. Gullikson | 0.70 | Revising ▮▮▮▮ Agreement per comments from M. Owens (.70). |
| 1/21/12 | R. Gullikson | 0.50 | Complete revisions to ▮▮▮▮ Agreement per comments from M. Owens (.50). |
| 1/24/12 | R. Gullikson | 0.50 | Revise ▮▮▮▮ as directed by Tribune (.50). |
| 1/25/12 | R. Gullikson | 0.20 | Revise ▮▮▮▮ Agreement in accordance with comments from S. Uzkan of Tribune (.20). |
| 1/26/12 | R. Gullikson | 0.50 | Review draft Agreement from ▮▮▮▮ and draft issues list (.50). |
| 1/26/12 | R. Gullikson | 1.00 | Call with S. Uzkan, M. Owens, K. Jurgeto and J. Xanders re open issues in ▮▮▮ draft of ▮▮▮ Agreement (.70) and then open issues in Statement of Work (.30). |
| 1/27/12 | R. Gullikson | 0.70 | Revised ▮▮▮▮ Agreement in accordance with call with Tribune (.70). |
| 1/27/12 | R. Gullikson | 0.30 | Revised Statement of Work in accordance with call with Tribune (.30). |

| Total Hours | 41.00 | |
|---|---|---|
| Fee Amount | | $23,575.00 |

TRIBUNE CONTACT:  JULIE XANDERS

February 9, 2012

Matter: 09722405-0067
Invoice No.: 1358373

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Gullikson | $575.00 | 41.00 | $23,575.00 |
| Totals | | 41.00 | $23,575.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 23,575.00 | |
| Invoice Total | $ | 23,575.00 | |

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

For your Information - Open Invoices

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

February 9, 2012

Client/Matter #: 09722405-0067

TRIBUNE CONTACT: JULIE XANDERS

Statement of Account

According to our records, as of February 9, 2012, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|------|-------------|----------------|-----------------------|---------------|
| 02/09/12 | 1358373 | 23,575.00 | 0.00 | 23,575.00 |
| | | Total Outstanding Invoices | | 23,575.00 |

Questions should be directed to:
R. Gullikson
at 1 312 876 8000

Federal Tax I.D. Number 36-1796730

RLG/CH

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

February 9, 2012

**Invoice No. 1358372**

Client/Matter: 09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

Payment Due Upon Receipt

---

# REDACTED

Total This Invoice                                    $            180.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

February 9, 2012

**Invoice No. 1358372**

Client/Matter:  09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 1/25/12 | R. Gullikson | 0.30 | Status call with J. Xanders, K. Jurgeto, B. Healey and D. Schuster all with Tribune re the status of all ▮▮▮▮▮ negotiations and issues (.30). |
| Total Hours | | 0.30 | |
| Fee Amount | | | $172.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Gullikson | $575.00 | 0.30 | $172.50 |
| Totals | | 0.30 | $172.50 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| 11/16/2011 | Ground Transportation ROSEMARY L GULLIKSON CAB FARE TO TRIBUNE FROM OFFICE TO VIEW ▮▮▮▮▮ | 8.00 |
| | SUBTOTAL | 8.00 |
| | Total Disbursements | $8.00 |

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

February 9, 2012

Matter: 09722405-0030
Invoice No.: 1358372

| | | |
|---|---|---|
| Fee Total | $ | 172.50 |
| Disbursement Total | $ | 8.00 |
| Invoice Total | $ | 180.50 |

3