**EXHIBIT A**

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 28, 2012

**Invoice No. 1369437**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

---

Total This Invoice                                    $            988.90

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 28, 2012

**Invoice No. 1369437**

Client/Matter:  09721775-0007

Roberto Rivera

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/01/12 | J. Klenk | 0.20 | L310 | | Teleconference K. Rodriguez ▮ (.1); draft Rule 213(f) disclosures (.1). |
| 02/02/12 | J. Klenk | 0.20 | L110 | | Teleconference with K. Rodriguez ▮ (.2). |
| 02/02/12 | K. Rodriguez | 0.30 | L120 | | Calls with ▮ (.2); Confer with J. Klenk regarding strategy for ▮ (.1). |
| 02/03/12 | J. Klenk | 0.60 | L310 | | Revise Rule 213 disclosures (.3); teleconference with ▮ (.2); teleconference with K. Rodriguez ▮ (.1). |
| 02/06/12 | J. Klenk | 0.20 | L110 | | Email K. Flax re: Rule 213 disclosures, case status (.2). |
| 02/07/12 | J. Klenk | 0.10 | L310 | | File Rule 213 disclosures (.1). |
| Total Hours | | 1.60 | | | |
| Fee Amount | | | | | $945.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 1.30 | $845.00 |
| K. Rodriguez | $335.00 | 0.30 | $100.50 |
| Totals | | 1.60 | $945.50 |

Roberto Rivera

March 28, 2012

Matter: 09721775-0007
Invoice No.: 1369437

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | | | **Amount** |
| 1/20/2012 | Delivery - - | COMET MESSENGER SERVICE, INC. Armand Andry | 11.30 |
| 1/20/2012 | Delivery - - | COMET MESSENGER SERVICE, INC. Raymond Figueroa | 23.10 |
| | | SUBTOTAL | 34.40 |
| 2/2/2012 | Outside Duplicating - - | DOCKET PETTY CASH Check #12450 | 9.00 |
| | | SUBTOTAL | 9.00 |
| | Total Disbursements | | $43.40 |

| | | |
|---|---|---|
| Fee Total | $ | 945.50 |
| Disbursement Total | $ | 43.40 |
| Invoice Total | $ | 988.90 |

# SNR DENTON ⤵

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

March 28, 2012

**Invoice No. 1369442**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

---

Total This Invoice                                    $        1,414.30

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

March 28, 2012

**Invoice No. 1369442**

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/08/12 | K. Rodriguez | 0.20 | L160 | | Confer with plaintiff's counsel regarding entry of stipulation of dismissal. |
| 02/09/12 | J. Klenk | 0.10 | L160 | | Email K. Rodriguez re: settlement (.1). |
| 02/09/12 | K. Rodriguez | 0.50 | L120 | | Correspondence with Advocate's counsel regarding their objection to entry of agreed order of dismissal based on motion for a good faith finding (.2); Correspondence with plaintiff's counsel regarding same (.1); Review Advocate's prior brief regarding motion for a good faith finding (.2). |
| 02/10/12 | K. Rodriguez | 0.20 | L160 | | Correspondence with N. Spears regarding recommended strategy on filing motion for good faith finding of settlement. |
| 02/13/12 | K. Rodriguez | 0.20 | L160 | | Draft motion for good faith finding for settlement. |
| 02/14/12 | K. Rodriguez | 0.50 | L160 | | Draft motion for good faith finding (.3); Correspondence with client to provide recommendation to file motion (.2). |
| 02/14/12 | J. Klenk | 0.10 | L250 | | Email K. Rodriguez re: good faith motion (.1) |
| 02/15/12 | K. Rodriguez | 0.80 | L120 | | Revise motion for good faith finding of settlement. |
| 02/27/12 | K. Rodriguez | 0.30 | L250 | | Prepare for hearing on 2/28 on motion for good faith finding. |
| 02/28/12 | K. Rodriguez | 1.10 | L230 | | Attend hearing on motion for good faith finding and entry of dismissal. |

Total Hours                    4.00

Fee Amount                                                  $1,403.00

BRYAN AND CYNTHIA LINDGREN

March 28, 2012

Matter: 09721775-0066
Invoice No.: 1369442

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 0.20 | $130.00 |
| K. Rodriguez | $335.00 | 3.80 | $1,273.00 |
| Totals | | 4.00 | $1,403.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 1/27/2012 | Delivery - - LLC | COMET MESSENGER SERVICE, INC. The Case Law Firm, | 11.30 |
| | | SUBTOTAL | 11.30 |
| 2/10/2012 | WESTLAW | | 0.00 |
| | Total Disbursements | | $11.30 |

| | | |
|---|---|---|
| Fee Total | $ | 1,403.00 |
| Disbursement Total | $ | 11.30 |
| Invoice Total | $ | 1,414.30 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

March 28, 2012

**Invoice No. 1369441**

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 195.00 |

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

March 28, 2012

**Invoice No. 1369441**

Client/Matter:  09721775-0018

EDDIE JOHNSON
0000001504

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/06/12 | J. Klenk | 0.10 | L110 | | Voicemail K. Flax (.1). |
| 02/07/12 | J. Klenk | 0.10 | L160 | | Conference with K. Flax re: ▮▮▮▮ ▮▮▮▮ (.1). |
| 02/09/12 | J. Klenk | 0.10 | L160 | | Teleconference K. Flax re: ▮▮▮▮ ▮▮▮▮ (.1). |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 0.30 | | | |
| Fee Amount | | | | | $195.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 0.30 | $195.00 |
| Totals | | 0.30 | $195.00 |

| | | |
|---|---|---|
| Fee Total | $ | 195.00 |
| Invoice Total | $ | 195.00 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

March 28, 2012

**Invoice No. 1369439**

Client/Matter: 09721775-0011

Citation to Discover Assets

Payment Due Upon Receipt

Total This Invoice                                   $          1,458.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

March 28, 2012

**Invoice No. 1369439**

Client/Matter:  09721775-0011

Citation to Discover Assets

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/02/12 | J. Gutman Mann | 0.50 | L210 | | Review pleadings provided by client (.3); respond to same and effect on client's citation (.2) |
| 02/10/12 | J. Gutman Mann | 0.30 | L190 | | Various correspondences with client re: citation to discovery assets |
| 02/16/12 | J. Gutman Mann | 0.40 | L120 | | Call with B. Healey regarding status (.2); call with client's representative regarding 2/21 hearing (.2) |
| 02/17/12 | J. Gutman Mann | 0.10 | L190 | | Follow-up correspondence to plaintiff's representative regarding hearing on 2/21 |
| 02/20/12 | J. Gutman Mann | 0.20 | L190 | | Correspondence with client regarding hearing on 2/21 |
| 02/21/12 | J. Gutman Mann | 1.20 | L450 | | Attend citation hearing and secure dismissal with opposing counsel  (1.0); correspondence with client regarding same (.2) |

| | | | |
|---|---|---|---|
| Total Hours | 2.70 | | |
| Fee Amount | | | $1,188.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Gutman Mann | $540.00 | 2.70 | $1,458.00 |
| Totals | | 2.70 | $1,458.00 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

March 28, 2012

**Invoice No. 1369440**

Client/Matter: 09721775-0012

Reporter's Subpoena - Annie Sweeney

Payment Due Upon Receipt

---

Total This Invoice                                           $        2,537.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

March 28, 2012

**Invoice No. 1369440**

Client/Matter:  09721775-0012

Reporter's Subpoena - Annie Sweeney

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/9/12 | J. Klenk | 0.30 | Teleconference with K. Flax ███████████ (.3). |
| 2/10/12 | J. Klenk | 0.20 | Teleconference with R. Jacobson re: Annie Sweeney subpoena (.2). |
| 2/13/12 | J. Klenk | 0.80 | Teleconference with Ken Simpson (plaintiff's attorney) re: motion █████ (.2); teleconference with Ryan re: order on motion (.2); conference with K. Flax re: service issues and letter to plaintiff (.4). |
| 2/16/12 | J. Klenk | 0.60 | Review letter from K. Sinson and transcript of deposition (.6). |
| 2/17/12 | J. Klenk | 1.30 | Teleconference with Kent Sinson re: subpoena (.2); review McGeown deposition (.4); letter K. Sinson (.2); teleconference with K. Sinson re: proposal to withdraw (.2); emails Ryan Jacobson (.3). |
| 2/20/12 | J. Klenk | 0.40 | Teleconference with Ryan Jacobson re: stipulation (.2); emails K. Flax, K. Rodriguez re: motion █████ (.2). |
| 2/21/12 | K. Rodriguez | 0.20 | Analysis strategy regarding Sweeney subpoena. Review correspondence from Karen Flax ███████████. |
| 2/21/12 | J. Klenk | 0.20 | Emails K. Rodriguez re: motion (.1); teleconference with plaintiff's counsel (.1). |

| | | | |
|------|-----------|-------|-----------|
| Total Hours | | 4.00 | |
| Fee Amount | | | $2,537.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 3.80 | $2,470.00 |
| K. Rodriguez | $335.00 | 0.20 | $67.00 |
| Totals | | 4.00 | $2,537.00 |

2

Reporter's Subpoena - Annie Sweeney

March 28, 2012

Matter: 09721775-0012
Invoice No.: 1369440

| | | |
|---|---|---|
| Fee Total | $ | 2,537.00 |
| Invoice Total | $ | 2,537.00 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO MAGAZINE
ATTN: KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 28, 2012

**Invoice No. 1369446**

Client/Matter: 09803290-0005

Lee Wonjung Clara Subpoena

Payment Due Upon Receipt

Total This Invoice                                            $        2,815.56

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO MAGAZINE
ATTN:  KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 28, 2012

**Invoice No. 1369446**

Client/Matter:  09803290-0005

Lee Wonjung Clara Subpoena

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/22/12 | K. Rodriguez | 1.10 | L450 | | Prepare for hearing on motion to quash (.7); Call with S. Fifer to prepare for same (.4). |
| 02/23/12 | K. Rodriguez | 3.50 | L120 | | Prepare for hearing by reviewing case law and briefing (1.5); Attend and argue at hearing on motion to quash subpoena (1.7); Draft update to client regarding same (.3). |
| 02/23/12 | S. Fifer | 1.50 | L120 | | Attend hearing before Judge Pierce on motion to quash trial subpoena to B. Smith and collaborate with K. Rodriguez on strategy re same. |
| 02/27/12 | N. Spears | 0.30 | L120 | | Conference w/K. Flax re: potential trial testimony of B. Smith and next steps. |

| | | | |
|---|---|---|---|
| Total Hours | | 6.40 | |
| Fee Amount | | | $2,651.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.30 | $172.50 |
| S. Fifer | $625.00 | 1.50 | $937.50 |
| K. Rodriguez | $335.00 | 4.60 | $1,541.00 |
| Totals | | 6.40 | $2,651.00 |

2

Lee Wonjung Clara Subpoena

March 28, 2012

Matter: 09803290-0005
Invoice No.: 1369446

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 39.80 |
| | | SUBTOTAL | 39.80 |
| 1/10/2012 | WESTLAW | | 124.76 |
| | | SUBTOTAL | 124.76 |
| | Total Disbursements | | $164.56 |

| | | |
|---|---|---|
| Fee Total | $ | 2,651.00 |
| Disbursement Total | $ | 164.56 |
| Invoice Total | $ | 2,815.56 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

March 28, 2012

**Invoice No. 1369444**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

Total This Invoice                          $        1,862.50

Please return this page with your payment

In the case of mail deliveries to:          In the case of overnight deliveries to:
SNR Denton US LLP                                SNR Denton US LLP
Dept. 3078                  OR                 Attention: Accounting
Carol Stream, IL 60132-3078                   233 South Wacker Drive
                                              Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

March 28, 2012

**Invoice No. 1369444**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/15/12 | N. Spears | 0.30 | L120 | | Phone conference w/K. Flax re: sex offender story. |
| 02/15/12 | J. Klenk | 0.30 | L120 | | Review ██████ piece (.2); email K. Flax with vetting remarks (.1). |
| 02/17/12 | N. Spears | 0.30 | L120 | | Email w/G. Pappajohn re: ██ story. |
| 02/20/12 | N. Spears | 1.40 | L120 | | Read draft article re: ██ story and detailed email from G. Pappajohn re: same (.80); phone conference w/G. Pappajohn, G. Kern and D. Jackson (.60). |
| 02/21/12 | N. Spears | 0.30 | L120 | | Review fair report law re: follow up on ██ story. |
| 02/22/12 | N. Spears | 0.30 | L120 | | Email and conference call w/K. Flax re: status of ██ article. |
| 02/23/12 | N. Spears | 0.30 | L120 | | Email w/K. Flax re: ██ story and review parts of article. |

| | | | |
|---|---|---|---|
| Total Hours | 3.20 | | |
| Fee Amount | | | $1,862.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.30 | $195.00 |
| N. Spears | $575.00 | 2.90 | $1,667.50 |
| Totals | | 3.20 | $1,862.50 |

2

EDITORIAL-GENERAL
0000001492

March 28, 2012

Matter: 09721775-1003
Invoice No.: 1369444

|  | | |
|---|---|---|
| Fee Total | $ | 1,862.50 |
| Invoice Total | $ | 1,862.50 |

3

# SNR DENTON 🔲

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

March 28, 2012

**Invoice No. 1369443**

Client/Matter: 09721775-0070

CIRCULATION

Payment Due Upon Receipt

Total This Invoice                                $        2,385.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars – Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

March 28, 2012

**Invoice No. 1369443**

Client/Matter:  09721775-0070

CIRCULATION

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/09/12 | L. Bruno | 0.50 | L120 | | Review Skokie ordinance and information regarding citations and correspondence with J. Klenk re: same. |
| 02/09/12 | J. Klenk | 0.80 | L110 | | Teleconference with K. Flax re: Tribune local/Skokie complaint (.2); obtain and review ordinances (.4); teleconference with L. Bruno re: same (.1); emails K. Flax re: citation for Skokie (.1). |
| 02/10/12 | J. Klenk | 0.30 | L110 | | Emails L. Bruno re: Skokie citation and First Amendment position (.3). |
| 02/10/12 | L. Bruno | 1.00 | L120 | | Additional research re: Skokie ordinance and correspondence with J. Klenk re: same (.5); draft letter to Skokie regarding same (.5). |
| 02/15/12 | J. Klenk | 0.10 | L110 | | Email K. Flax re: Skokie ordinance (.1). |
| 02/21/12 | L. Bruno | 0.70 | L120 | A104 | Research and correspondence with K. Flax and J. Klenk re: Skokie ordinance and additional ordinance issues in various cities. |
| 02/21/12 | J. Klenk | 0.20 | L120 | | Emails K. Flax re: ordinances re: distribution in Elgin area (.2). |
| 02/29/12 | L. Bruno | 0.30 | L120 | | Revise letter and correspondence with K. Flax re: same. |

Total Hours    3.90

Fee Amount    $2,385.00

CIRCULATION

March 28, 2012

Matter: 09721775-0070
Invoice No.: 1369443

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 1.40 | $910.00 |
| L. Bruno | $590.00 | 2.50 | $1,475.00 |
| Totals | | 3.90 | $2,385.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,385.00 |
| Invoice Total | $ | 2,385.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

March 28, 2012

**Invoice No. 1369438**

Client/Matter: 09721775-0009

Cheryl Naedler

Payment Due Upon Receipt

Total This Invoice                                    $        11,711.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⨅

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

March 28, 2012

**Invoice No. 1369438**

Client/Matter:  09721775-0009

Cheryl Naedler

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 01/11/12 | N. Henry | 0.50 | L120 | | ██████████████████ |
| 02/01/12 | J. Klenk | 0.10 | L120 | | Message K. Flax (.1). |
| 02/06/12 | J. Klenk | 1.20 | L120 | | Review amended complaint and class certification motion (.4); email K. Flax (.3); conference with K. Staba re: amended complaint (.2); teleconference M. Hanover re: ████ strategy (.3). |
| 02/06/12 | K. Staba | 0.30 | L120 | | Review Amended Complaint and Motion (.1); review notes for items needed from K. Flax (.1); discuss same with J. Klenk (.1). |
| 02/07/12 | J. Klenk | 0.10 | L120 | | Conference K. Flax re: amended complaint (.1). |
| 02/09/12 | J. Klenk | 0.30 | L120 | | Emails K. Flax, D. MacGregor re: plaintiff Theodore E. Raab (.3). |
| 02/10/12 | J. Klenk | 0.60 | L110 | | Voicemail D. MacGregor (.1); emails D. MacGregor ████████ (.3); internet search re: Theodore Raab (.2). |
| 02/13/12 | J. Klenk | 0.90 | L110 | | Emails J. Maros re: subscriber T.E. Raab (.2); emails D. MacGregor ████ (.2); teleconference D. MacGregor ████ (.3); conference with K. ████ (.2). |
| 02/14/12 | J. Klenk | 0.40 | L110 | | Emails J. Maros re: new plaintiff (.2); email D. MacGregor (.2). |
| 02/15/12 | J. Klenk | 0.30 | L110 | | Email J. Maros re: new plaintiff (.1); email Channing Greene re: new plaintiff (.2). |

Cheryl Naedler

March 28, 2012

Matter: 09721775-0009
Invoice No.: 1369438

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/16/12 | J. Klenk | 0.20 | L110 | | Email D. MacGregor ███████ ████ (.2). |
| 02/17/12 | J. Klenk | 1.70 | L110 | | Teleconferences Channing Greene re: ████ compliance (.3); draft █████ response (.2); email K. Flax re: same (.2); email D. MacGregor re: complaint ████ (.2); teleconference with D. MacGregor re: complaint ████ (.3); teleconference with C. Greene re: █ ████ complaint (.3); emails re: ████ (.2). |
| 02/20/12 | J. Klenk | 1.10 | L110 | | Conference Tony Wheat, Denise Lostumo ███████████████ ████████ (.8); emails D. Lostumo, T. Wheat ████ (.3). |
| 02/21/12 | J. Klenk | 1.10 | L110 | | Emails Denise Lostumo (.2); conference K. Staba (.3); email Channing Greene ███████ ████ (.3); review ████████ materials (.3). |
| 02/21/12 | K. Staba | 0.50 | L120 | | Discuss strategy with J. Klenk (.2); Call with C. Greene and technology departments ██████████ ████████ (.3). |
| 02/22/12 | K. Staba | 3.70 | L120 | | Review previous research (1.5); identify and perform additional needed research (1.5.); compile summary of issues for J. Klenk (.7). |
| 02/23/12 | K. Staba | 0.70 | L120 | | Discuss sources with J. Klenk (.1); compile cases, statues████ for J. Klenk (.6). |
| 02/28/12 | K. Staba | 0.10 | L120 | | Call with J. Klenk and M. Weinstein ████████████████ |
| 02/28/12 | M. Weinstein | 2.50 | L140 | | Confer with Jim Klenk regarding matter; review research, pleadings and analyses; call Jim Klenk and Kate Staba regarding additional research ████; assess strategies for dismissing ██████ █. |

3

Cheryl Naedler

March 28, 2012

Matter: 09721775-0009
Invoice No.: 1369438

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/29/12 | M. Weinstein | 1.40 | L140 | | Call Justine Margolis regarding current cases on coupon settlements; review case law; assess coupon settlement. |
| 02/29/12 | K. Staba | 3.00 | L120 | | Research additional cases in response to instructions from J. Klenk and M. Weinstein relating to negation of Consumer Fraud Act claims based on aviability of alternative action by customer and misrepresentation to third party (3.0). |
| 02/29/12 | J. Margolis | 2.10 | L120 | | Telephone conference with M. Weinstein on case background for researching whether offering discount to current subscribers as settlement payment is distinguishable from disfavored coupon settlements; locate and analyze cases related to same. |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 22.80 | | | |
| Fee Amount | | | | | $11,505.50 |

<u>TIME AND FEE SUMMARY</u>

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 8.00 | $5,200.00 |
| M. Weinstein | $650.00 | 3.90 | $2,535.00 |
| J. Margolis | $440.00 | 2.10 | $924.00 |
| K. Staba | $380.00 | 8.30 | $3,154.00 |
| N. Henry | $215.00 | 0.50 | $107.50 |
| Totals | | 22.80 | $11,920.50 |

Cheryl Naedler

March 28, 2012

Matter: 09721775-0009
Invoice No.: 1369438

### DISBURSEMENT DETAIL

| <u>Date</u> | <u>Description</u> | | <u>Amount</u> |
|---|---|---|---|
| 1/13/2012 | Court Costs - -    DOCKET PETTY CASH Check #12415 | | 206.00 |
| | | SUBTOTAL | 206.00 |
| | Total Disbursements | | $206.00 |

| | | |
|---|---|---|
| Fee Total | $ | 11,920.50 |
| Disbursement Total | $ | 206.00 |
| Invoice Total | $ | 12,126.50 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

HOY PUBLICATIONS LLC
ATTN: KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 28, 2012

**Invoice No. 1369447**

Client/Matter: 09811990-0004

Dish Advertising Inquiry

Payment Due Upon Receipt

---

Total This Invoice                                        $        1,503.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON 

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

HOY PUBLICATIONS LLC
ATTN: KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 28, 2012

**Invoice No. 1369447**

Client/Matter:  09811990-0004

Dish Advertising Inquiry

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/06/12 | J. Klenk | 0.50 | L110 | | Emails with K. Flax re: meeting to brief on facts (.2); teleconference with K. Flax ▮▮▮▮ (.3). |
| 02/07/12 | J. Klenk | 1.70 | L110 | | Meeting K. Flax re: Hoy, Tribune ad, Tribune audit ▮▮▮▮ (1.4); email exchange with K. Flax ▮▮▮▮ (.3). |
| 02/08/12 | J. Klenk | 0.10 | L110 | | Emails ▮▮▮▮ to K. Flax (.1). |
| Total Hours | | 2.30 | | | |
| Fee Amount | | | | | $1,495.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 2.30 | $1,495.00 |
| Totals | | 2.30 | $1,495.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 2/7/2012 | Ground Transportation JAMES A KLENK CAB J. KLENK TO TRIBUNE TOWER | | 8.00 |
| | | SUBTOTAL | 8.00 |
| | Total Disbursements | | $8.00 |

2

Dish Advertising Inquiry

March 28, 2012

Matter: 09811990-0004
Invoice No.: 1369447

| | | |
|---|---|---|
| Fee Total | $ | 1,495.00 |
| Disbursement Total | $ | 8.00 |
| Invoice Total | $ | 1,503.00 |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

March 28, 2012

**Invoice No. 1369448**

Client/Matter: 20010074-0001

Christopher Buchanan

Payment Due Upon Receipt

---

Total This Invoice                                      $        6,042.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON 🞄

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

March 28, 2012

**Invoice No. 1369448**

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

Client/Matter:  20010074-0001

Christopher Buchanan

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/09/12 | J. Klenk | 0.10 | L110 | | Emails with C. Sennet re: meeting (.1). |
| 02/10/12 | J. Klenk | 2.00 | L110 | | Meeting C. Sennet re: case facts (.9); email C. Sennet re: factual summary of publication (.3); email C. Sennet re: report privilege 2010 case (.3); prepare for meeting with C. Sennet (.5). |
| 02/13/12 | J. Klenk | 1.10 | L110 | | Teleconference with C. Sennet re: interviews with reporters (.2);review C. Sennet write up of facts (.2); email C. Sennet re: ▮▮▮▮▮▮▮ case (.2); legal research ▮▮▮▮▮ (.5). |
| 02/14/12 | J. Klenk | 0.10 | L110 | | Email C. Sennet re: meeting. |
| 02/15/12 | J. Klenk | 1.70 | L110 | | Inquiries re: Judge Flanagan (.3); emails C. Sennet re: Judge Kathy Flanagan (.2); email C. Sennet re: witness interviews (.1); legal research ▮▮▮▮▮▮ (1.1). |
| 02/16/12 | J. Klenk | 2.40 | L110 | | Meeting C. Sennet, K. Flax, Kendall reporter (.8); conference with C. Sennet, K. Flax (.3); meeting C. Sennet, G. Caputo, LJ Tabano (1); emails and review scripts (.3). |
| 02/21/12 | N. Spears | 0.60 | L120 | | Conference call w/J. Klenk re: Judge Flanagan ▮▮▮▮▮▮ decisions (.30); review relevant case law and email J. Klenk re: same (.30). |
| 02/23/12 | N. Spears | 0.30 | L120 | | Follow up re: Judge Flanagan and next steps. |

Christopher Buchanan                                                    March 28, 2012

Matter: 20010074-0001
Invoice No.: 1369448

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/27/12 | J. Klenk | 1.10 | L110 | | Review ▅▅▅▅▅▅▅ cases; outline response to plaintiff (1.1). |

Total Hours                          9.40

Fee Amount                                                             $6,042.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 8.50 | $5,525.00 |
| N. Spears | $575.00 | 0.90 | $517.50 |
| Totals | | 9.40 | $6,042.50 |

Fee Total                    $      6,042.50

Invoice Total                $      6,042.50

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

March 27, 2012

**Invoice No. 1368945**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

---

Total This Invoice                                         $        1,447.75

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

March 27, 2012

**Invoice No. 1368945**

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/03/12 | K. Rodriguez | 0.60 | L210 | | Draft notices of depositions for Speas and Kelley (.2); Draft subpoena to Kelley's husband and rider to subpoena (.3); Correspondence with opposing counsel regarding service of subpoena and notices of depositions (.1). |
| 02/21/12 | N. Spears | 0.30 | L120 | | Update w/K. Rodriguez re: deposition notices and plaintiffs' lack of response. |
| 02/27/12 | N. Spears | 1.40 | L120 | | Preparation for and attend court on status and follow up meeting w/plaintiff's counsel re: opposition dates (1.30); call to L. Washburn re: update (.10). |

| | | | |
|---|---|---|---|
| Total Hours | 2.30 | | |
| Fee Amount | | | $1,178.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.70 | $977.50 |
| K. Rodriguez | $335.00 | 0.60 | $201.00 |
| Totals | | 2.30 | $1,178.50 |

JENNIFER KELLEY, ET AL.                                                    March 27, 2012

Matter: 09723590-0013
Invoice No.: 1368945

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 1/31/2012 | Outside Professional Services - - LAW BULLETIN PUBLISHING CO. Law bulletin access plus Jan | | 64.25 |
| 1/23/2012 | Outside Professional Services - - VERITEXT NEW YORK REPORTING CO. 10/3/11 HEARING TRANSCRIPT | | 111.50 |
| 1/23/2012 | Outside Professional Services - - VERITEXT NEW YORK REPORTING CO. 11/29/11 HEARING TRANSCRIPT | | 93.50 |
| | | SUBTOTAL | 269.25 |
| 1/17/2012 | WESTLAW | | 0.00 |
| 1/18/2012 | WESTLAW | | 0.00 |
| | Total Disbursements | | $269.25 |

| | | |
|---|---|---|
| Fee Total | $ | 1,178.50 |
| Disbursement Total | $ | 269.25 |
| Invoice Total | $ | 1,447.75 |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

March 14, 2012

**Invoice No. 1366792**

Client/Matter: 09722405-0014

████ TRIBUNE CONTACT: Julie Xanders

Payment Due Upon Receipt

## REDACTED

Total This Invoice                                      $        1,552.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

March 14, 2012

**Invoice No. 1366792**

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

Client/Matter: 09722405-0014

TRIBUNE CONTACT: Julie Xanders

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/02/12 | R. Gullikson | 1.20 | 690.00 | Review and revise ███ for development ██ (1.20). |
| 02/03/12 | R. Gullikson | 1.20 | 690.00 | Revise ███████ per information in K. Jurgeto's emails and K. Jurgeto's mark up (1.20). |
| 02/03/12 | R. Gullikson | 0.30 | 172.50 | Revise ██████ again per K. Jurgeto's instructions (.30). |

| | | | | |
|------|------|------|------|------|
| Total Hours | | 2.70 | | |
| Fee Amount | | | | $1,552.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 2.70 | $1,552.50 |
| Totals | | 2.70 | $1,552.50 |

| | | |
|------|------|------|
| Fee Total | $ | 1,552.50 |
| Invoice Total | $ | 1,552.50 |

2

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

For your Information - Open Invoices

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA  90012
USA

March 14, 2012

Client/Matter #: 09722405-0014

TRIBUNE CONTACT:  Julie Xanders

---

Statement of Account

According to our records, as of March 14, 2012, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|------|-------------|----------------|------------------------|---------------|
| 03/14/12 | 1366792 | 1,552.50 | 0.00 | 1,552.50 |
|  |  | Total Outstanding Invoices |  | 1,552.50 |

Questions should be directed to:
R. Gullikson
at 1 312 876 8000

Federal Tax I.D. Number 36-1796730

RLG/CH

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

March 14, 2012

**Invoice No. 1366793**

Client/Matter: 09722405-0016

TRIBUNE CONTACT: JULIE XANDERS

Payment Due Upon Receipt

# REDACTED

Total This Invoice                                   $         115.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

March 14, 2012

**Invoice No. 1366793**

Client/Matter: 09722405-0016

TRIBUNE CONTACT: JULIE XANDERS

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/10/12 | R. Gullikson | 0.20 | Call with K. Jurgeto re ████ inability to fill order for product and ████ proposed changes to PO terms (.20). |

Total Hours    0.20

Fee Amount    $115.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 0.20 | $115.00 |
| Totals | | 0.20 | $115.00 |

Fee Total    $   115.00

Invoice Total    $   115.00

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

March 14, 2012

**Invoice No. 1366797**

Client/Matter: 09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: JULIE XANDERS

Payment Due Upon Receipt

# REDACTED

Total This Invoice                                     $         920.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON 🗇

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

March 14, 2012

**Invoice No. 1366797**

Client/Matter: 09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: JULIE XANDERS

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 2/1/12 | R. Gullikson | 0.70 | Status call with J. Xanders, J. Jurgeto, M. Hendershot, B. Healey, all with Tribune, re all open contracts ███████ (.70). |
| 2/8/12 | R. Gullikson | 0.30 | Status call ███████ with M. Hendershot, J. Xanders, K. Jurgeto and B. Healey (.30). |
| 2/22/12 | R. Gullikson | 0.30 | Status call with B. Healey, D. Schuster, J. Xanders and K. Jurgeto re all ██████ contracts and status (.30). |
| 2/29/12 | R. Gullikson | 0.30 | Status call with J. Xanders, D. Schuster, K. Jurgeto and B. Healey re ████████ all contracts ██████ (.30). |

| | | |
|---|---|---|
| Total Hours | 1.60 | |
| Fee Amount | | $920.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Gullikson | $575.00 | 1.60 | $920.00 |
| Totals | | 1.60 | $920.00 |

| | | |
|---|---|---|
| Fee Total | $ | 920.00 |
| Invoice Total | $ | 920.00 |

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

March 14, 2012

**Invoice No. 1366808**

Client/Matter: 09722405-0067

TRIBUNE CONTACT: JULIE XANDERS

Payment Due Upon Receipt

# REDACTED

Total This Invoice                                    $            920.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ◨

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

March 14, 2012

**Invoice No. 1366808**

Client/Matter: 09722405-0067

█████████████████████████████████

TRIBUNE CONTACT: JULIE XANDERS

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/2/12 | R. Gullikson | 0.40 | Review redlined ████████ Agreement draft █████████ and create issues list (.40). |
| 2/2/12 | R. Gullikson | 0.10 | Review redlined draft █████████████████████ (.10). |
| 2/2/12 | R. Gullikson | 0.20 | Call with J. Xanders, S. Uzkan, and K. Jurgeto, all with Tribune, re issues raised ████████ in ████████ Agreement (.10) and in ████████████████ (.10). |
| 2/2/12 | R. Gullikson | 0.50 | Revise ████████ Agreement according to call with Tribune (.50). |
| 2/2/12 | R. Gullikson | 0.20 | Revise ████████████ according to call with Tribune (.20). |
| 2/8/12 | R. Gullikson | 0.20 | Redline Purchase Order and Terms and Conditions ████ ████ to review ████████ changes and create execution copies (.20). |

| | | |
|---|---|---|
| Total Hours | 1.60 | |
| Fee Amount | | $920.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Gullikson | $575.00 | 1.60 | $920.00 |
| Totals | | 1.60 | $920.00 |

2

TRIBUNE CONTACT: JULIE XANDERS

March 14, 2012

Matter: 09722405-0067
Invoice No.: 1366808

| | | |
|---|---|---|
| Fee Total | $ | 920.00 |
| Invoice Total | $ | 920.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

March 14, 2012

**Invoice No. 1366817**

Client/Matter: 09722405-0068

<span style="background:black">     </span>
TRIBUNE CONTACT: JULIE XANDERS

Payment Due Upon Receipt

## REDACTED

Total This Invoice                                      $        1,380.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6305

snrdenton.com

March 14, 2012

**Invoice No. 1366817**

TRIBUNE COMPANY
ATTN:  JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

Client/Matter:  09722405-0068

TRIBUNE CONTACT:  JULIE XANDERS

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/1/12 | R. Gullikson | 0.20 | Send to K. Jurgeto and J. Xanders, both of Tribune, the ████ Agreement and ████ Agreement for use ████ (.20). |
| 2/7/12 | R. Gullikson | 1.30 | Draft Purchase Order ████ for devices and services (1.30). |
| 2/7/12 | R. Gullikson | 0.50 | Draft Terms and Conditions ████ applicable to Purchase Order (.50). |
| 2/29/12 | R. Gullikson | 0.40 | Began drafting ████ Agreement for purpose and distribution (.40). |
| Total Hours | | 2.40 | |
| Fee Amount | | | $1,380.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Gullikson | $575.00 | 2.40 | $1,380.00 |
| Totals | | 2.40 | $1,380.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,380.00 |
| Invoice Total | $ | 1,380.00 |

2