# EXHIBIT A

# FEE AND EXPENSE DETAIL

```
                        WINSTEAD PC
                    5400 RENAISSANCE TOWER
                       1201 ELM STREET
                   DALLAS, TEXAS  75270-2199

                       TAX I.D. #75-2404691

TRIBUNE COMPANY                       INVOICE #:   1500089
MR. DAVID ELDERSVELD                  INVOICE DATE: AUGUST 23, 2010
SVP/DEPUTY GENERAL COUNSEL & CORP. SEC.   CLIENT #:        51994
435 NO. MICHIGAN AVE.                 MATTER #:              1
CHICAGO, IL  60611                    BILLING ATTORNEY: WMB

REGARDING:  RELOCATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2010
FEES:

 DATE    ATTY  HOURS    RATE     AMOUNT    DESCRIPTION OF SERVICES RENDERED

6/01/10  WMB   1.80    570.00   1,026.00   Work on grant.
6/01/10  WMB    .40    570.00     228.00   Telephone conference with Mike Rosa
                                           (of Dallas Regional Chamber) and
                                           Dan Branch regarding speaker,
                                           bankruptcy issues.
6/01/10  WMB    .30    570.00     171.00   Telephone conference with Rick
                                           Hughes regarding same.
6/02/10  DHB   1.00    520.00     520.00   Confer with Mike Baggett and
                                           various officials regarding
                                           strategy for the possible
                                           relocation of facilities and jobs
                                           to Texas.
6/02/10  WMB   1.50    570.00     855.00   Work on Lewisville position, facts
                                           for proposal for trust fund money.
6/03/10  WMB    .50    570.00     285.00   Work on bankruptcy issues for
                                           Enterprise Fund.
6/04/10  WMB   1.20    570.00     684.00   Work on Governor's staff's response
                                           to bankruptcy issues, alternatives.
6/07/10  DHB   1.00    520.00     520.00   Confer with Mike Baggett regarding
                                           research and other issues.
6/07/10  WMB   1.80    570.00   1,026.00   Work on position of Governor's
                                           office, political issues.
6/07/10  WMB    .40    570.00     228.00   Telephone conference with Rick
                                           Hughes regarding same.
6/07/10  WMB    .60    570.00     342.00   Conference call with Tribune
                                           regarding same.
6/09/10  WMB    .70    570.00     399.00   Work with Governor's office
                                           regarding issues.
6/09/10  WMB   1.80    570.00   1,026.00   Work on submission issues.
6/09/10  WMB    .60    570.00     342.00   Meeting with Governor.
6/09/10  WMB    .40    570.00     228.00   Telephone call with Rick Hughes
                                           regarding same.
6/11/10  WMB   1.50    570.00     855.00   Work on submission to Governor's
```

```
WINSTEAD PC
INVOICE DATE:  MARCH 16, 2012
INVOICE # :              1660977
PAGE #                         2
```

| DATE | ATTY | HOURS | RATE | AMOUNT | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|---|---|
| | | | | | office. |
| 6/14/10 | WMB | 1.20 | 570.00 | 684.00 | Work on Enterprise package. |
| 6/14/10 | WMB | .60 | 570.00 | 342.00 | Meeting with Governor Perry. |
| 6/15/10 | WMB | 2.00 | 570.00 | 1,140.00 | Work on Governor's position, alternatives. |
| 6/16/10 | DHB | 1.00 | 520.00 | 520.00 | Confer with Mike Baggett regarding research and other issues. |
| 6/16/10 | WMB | .50 | 570.00 | 285.00 | Work on staff issues in the Governor's office. |
| 6/16/10 | WMB | 1.10 | 570.00 | 627.00 | Work on Governor's position and China trip by Governor Perry. |
| 6/16/10 | WMB | .40 | 570.00 | 228.00 | Telephone call with Rick Hughes regarding same. |
| 6/17/10 | DHB | 1.00 | 520.00 | 520.00 | Preparation for and conference with client and Mike Baggett. |
| 6/17/10 | WMB | 2.00 | 570.00 | 1,140.00 | Conference call regarding status with Governor's office and press release. |
| 6/18/10 | WMB | 1.20 | 570.00 | 684.00 | Work on approval conditioned on termination of bankruptcy. |
| 6/18/10 | WMB | .80 | 570.00 | 456.00 | Explore alternatives. |
| 6/22/10 | WMB | 1.00 | 570.00 | 570.00 | Work on State submission issues. |
| 6/23/10 | DHB | 1.00 | 520.00 | 520.00 | Working on solutions to hurdles relating to Texas relocation. |
| 6/23/10 | WMB | .80 | 570.00 | 456.00 | Work on State submission relating to bankruptcy issues. |
| 6/23/10 | WMB | .40 | 570.00 | 228.00 | Work on possible conditions of termination of bankruptcy. |
| 6/24/10 | DHB | 1.00 | 520.00 | 520.00 | Confer with Mr. Baggett and officials regarding state relocation strategy. |
| 6/24/10 | WMB | 1.00 | 570.00 | 570.00 | Work on bankruptcy conditions and issues regarding same. |
| 6/24/10 | WMB | .40 | 570.00 | 228.00 | Review Governor's position. |
| 6/25/10 | DHB | .50 | 520.00 | 260.00 | Confer with Mr. Baggett regarding state relocation strategy. |
| 6/25/10 | WMB | 1.60 | 570.00 | 912.00 | Work with Governor's office regarding subsidizing issues. |
| 6/28/10 | WMB | 1.00 | 570.00 | 570.00 | Work on status with Governor's office. |
| 6/28/10 | WMB | .30 | 570.00 | 171.00 | Telephone conference with Rick Hughes regarding same. |
| 6/30/10 | WMB | .80 | 570.00 | 456.00 | Work on bankruptcy conditions. |
| 7/01/10 | WMB | 1.30 | 570.00 | 741.00 | Work on issues with Governor's office. |
| 7/02/10 | WMB | .50 | 570.00 | 285.00 | Work on submission to State. |
| 7/06/10 | DHB | 1.00 | 520.00 | 520.00 | Confer with Mr. Baggett and |

```
WINSTEAD PC
INVOICE DATE:  MARCH 16, 2012
INVOICE # :            1660977
PAGE #                       3
```

| DATE | ATTY | HOURS | RATE | AMOUNT | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|---|---|
| | | | | | officials regarding state relocation strategy. |
| 7/06/10 | WMB | 1.10 | 570.00 | 627.00 | Work on submission to Governor. |
| 7/06/10 | WMB | .40 | 570.00 | 228.00 | Telephone call with Dan Branch regarding Gov. Perry, Dallas speech and Branch's introduction of Perry. |
| 7/07/10 | DHB | .20 | 520.00 | 104.00 | Confer with Mr. Baggett regarding upcoming meeting. |
| 7/07/10 | DHB | .80 | 520.00 | 416.00 | Meet with Mr. Rick Hughes and other officials regarding state relocation strategy. |
| 7/08/10 | DHB | .50 | 520.00 | 260.00 | Confer with Mr. Baggett regarding state relocation strategy. |
| 7/08/10 | WMB | .90 | 570.00 | 513.00 | Work with Governor's staff on application. |
| 7/08/10 | WMB | .60 | 570.00 | 342.00 | Telephone conference with Dallas Regional Chamber regarding Austin status and issues. |
| 7/09/10 | WMB | 1.00 | 570.00 | 570.00 | Work with Governor's office. |
| 7/12/10 | WMB | 1.20 | 570.00 | 684.00 | Work on Governor's office position and issues. |
| 7/13/10 | DHB | .30 | 520.00 | 156.00 | Confer with Mr. Rick Hughes regarding state relocation strategy. |
| 7/13/10 | WMB | 1.00 | 570.00 | 570.00 | Work with Governor's office. |
| 7/14/10 | WMB | 1.00 | 570.00 | 570.00 | Work on status with Governor's office, |
| 7/14/10 | WMB | .30 | 570.00 | 171.00 | Telephone conference with Rick Hughes regarding same. |
| 7/15/10 | WMB | 1.40 | 570.00 | 798.00 | Work with Governor's office and Dallas Regional Chamber. |
| 7/16/10 | WMB | .80 | 570.00 | 456.00 | Telephone conference with Rick Hughes regarding issues. |
| 7/16/10 | WMB | 1.70 | 570.00 | 969.00 | Telephone conference with Dan Branch and Governor's office regarding grant, issues, etc. |
| 7/19/10 | DHB | 1.50 | 520.00 | 780.00 | Confer with Mr. Baggett regarding state relocation strategy. |
| 7/19/10 | WMB | 2.50 | 570.00 | 1,425.00 | Telephone conferences with Rick Hughes, Mike Rosa of Dallas Regional Chamber, Dan Branch, and with Speaker's and Lt. Governor's offices regarding financial issues, conditions, etc. |
| 7/20/10 | DHB | 1.50 | 520.00 | 780.00 | Confer with Mr. Baggett regarding state relocation strategy. |
| 7/20/10 | WMB | .70 | 570.00 | 399.00 | Work with Governor's office. |

```
WINSTEAD PC
INVOICE DATE:  MARCH 16, 2012
INVOICE # :             1660977
PAGE #                        4

   DATE   ATTY HOURS    RATE     AMOUNT   DESCRIPTION OF SERVICES RENDERED

  7/20/10  WMB   1.30   570.00     741.00  Work on submissions and Chamber
                                           involvement.
  7/21/10  DHB   1.50   520.00     780.00  Confer with Mr. Baggett regarding
                                           state relocation strategy.
  7/21/10  WMB   2.50   570.00   1,425.00  Numerous telephone calls with
                                           Governor's staff and parties
                                           regarding conditions to grant and
                                           approval by State.
  7/22/10  DHB   2.00   520.00   1,040.00  Confer with Mr. Baggett regarding
                                           state relocation strategy and
                                           analysis of various options.
  7/22/10  WMB   1.80   570.00   1,026.00  Work on issues and response to
                                           State's issues with credit
                                           worthiness of Blue Lynx, etc.
  7/22/10  WMB   1.00   570.00     570.00  Several telephone calls regarding
                                           same and letter of credit
                                           alternative.
  7/23/10  DHB    .50   520.00     260.00  Confer with Mr. Baggett regarding
                                           analysis of various options.
  7/23/10  DHB   1.00   520.00     520.00  Confer with Mr. Mike Morrissey
                                           regarding analysis of various
                                           options.
  7/23/10  WMB   1.00   570.00     570.00  Work on letter of credit
                                           alternative.
  7/23/10  WMB    .70   570.00     399.00  Telephone conference with Tribune
                                           regarding same.
  7/23/10  WMB   1.00   570.00     570.00  Work on mechanics of payment, LC
                                           draws, etc.
  7/26/10  DHB   1.50   520.00     780.00  Conference call with Tribune
                                           principals and Mr. Baggett
                                           regarding analysis of various
                                           options.
  7/26/10  DHB   1.00   520.00     520.00  Prepare for and participate in
                                           Tribune Incentives conference call.
  7/26/10  DHB    .50   520.00     260.00  Confer with Mr. Baggett regarding
                                           analysis of various options.
  7/26/10  DHB    .50   520.00     260.00  Confer with Mr. Mike Morrissey.
  7/26/10  WMB   1.00   570.00     570.00  Work on letter of credit.
  7/26/10  WMB    .60   570.00     342.00  Work on Governor's position, staff
                                           and executive levels.
  7/26/10  WMB    .90   570.00     513.00  Telephone conference with Comerica
                                           regarding process, reporting and
                                           alternatives.
  7/26/10  WMB    .70   570.00     399.00  Conference call with Tribune
                                           regarding same.
  7/27/10  DHB    .40   520.00     208.00  Various conference calls with Mr.
                                           Mike Baggett regarding impact of
```

```
WINSTEAD PC
INVOICE DATE:  MARCH 16, 2012
INVOICE # :            1660977
PAGE #                       5
```

| DATE | ATTY | HOURS | RATE | AMOUNT | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|---|---|
| | | | | | decision. |
| 7/27/10 | DHB | .50 | 520.00 | 260.00 | Telephone conference with Governor's office. |
| 7/27/10 | DHB | .20 | 520.00 | 104.00 | Telephone conference with Mr. Rick Hughes. |
| 7/27/10 | DHB | .70 | 520.00 | 364.00 | Telephone conference with Ms. Stephanie Pater. |
| 7/27/10 | DHB | .20 | 520.00 | 104.00 | Read and review Wall Street Journal and LA Times article. |
| 7/27/10 | WMB | 1.50 | 570.00 | 855.00 | Work on alternatives for State, including subsidiary with operating history. |
| 7/27/10 | WMB | .50 | 570.00 | 285.00 | Telephone call with Phil Wilson, former head of Economic Development for Gov. Perry – he will cooperate. |

```
       TOTAL FEES:                                              46,911.00
```

## TIME SUMMARY

| NAME | STAFF LEVEL | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Daniel H. Branch | EQUITY SHAREHOLDER | 22.80 | 520.00 | 11,856.00 |
| W. M. Baggett | EQUITY SHAREHOLDER | 61.50 | 570.00 | 35,055.00 |
| SUMMARY TOTAL: | | 84.30 | | 46,911.00 |

```
       EXPENSES:
           Federal Express                                          12.34
           Reproduction Costs                                       26.80
           Long Distance Charges                                     1.20

       TOTAL EXPENSES:                                              40.34

       TOTAL AMOUNT DUE:                                        46,951.34

       LESS RETAINER APPLIED:                                  -46,951.34

       INVOICE BALANCE:                                              .00
```
==============================================================================

|  | FEES | EXPENSES | TOTAL |
|---|---|---|---|
| TOTAL BILLED FROM INCEPTION INCLUSIVE OF CURRENT INVOICE | 51,414.00 | 40.34 | 51,454.34 |

DUE UPON RECEIPT