**EXHIBIT D**

**Redacted Mercer Report**

.



**MERCER**

CONSULTING. OUTSOURCING. INVESTMENTS.

**REDACTED**

# Tribune Company
# 2012 MIP & Relative Compensation

April 13, 2012

**CONFIDENTIAL**

John Dempsey

john.dempsey@mercer.com

This report is confidential to Tribune Company restructuring. It may not be used for any other purpose. Receipt of and use of this document in connection with Tribune's restructuring shall serve as acceptance of the confidentiality of the material herein.



**MARSH & McLENNAN COMPANIES**



# Introduction & Background

- Mercer was retained to assist with the evaluation of the Management Incentive Plan ("MIP") for 2012

- Tribune strives to deliver competitive compensation in order to motivate key management employees

  - Consistent with historic practice, the MIP supports Tribune's performance-oriented culture and provides opportunities for key managers across the organization to earn incentive awards tied to operating performance

  - The program is consistent with the 2009 MIP, 2010 MIP and 2011 MIP, which were approved by the Bankruptcy Court on January 27, 2010, November 10, 2010 and October 4, 2011, respectively, as well as prior years' MIP programs

  - The 2012 MIP is funded based on consolidated operating cash flow ("OCF") and allocated based on a blend of financial, operational and strategic metrics and management discretion

- To assess the appropriate level of awards under the proposed MIP, Mercer benchmarked Tribune's 2012 target compensation levels against market for key executives

- The following pages include a summary of Mercer's analysis and findings

MERCER

CONFIDENTIAL

REDACTED

# Introduction & Background

- The market data presented throughout this report is based on most recent proxy and survey data according to the following position matches[1]:

| Incumbent Position Title | Business Unit | Position Match | 2012 Plan Revenue |
|---|---|---|---|
| CEO | Corporate Office | Proxy Match - CEO | 3.1B |
| President/Tribune Broadcasting & Chief Investment Officer | Tribune Broadcasting Company | General Manager | |
| President/Publishing[2] | Tribune Publishing Company | Group (Multi-Profit Center) Head | |
| EVP/Chief Restructuring Officer | Corporate Office | Proxy Match - Rank 4 | 3.1B |
| EVP/Chief Technology Officer[3] | Tribune Technology | Chief Information Officer +20% premium for Tribune Digital | 3.1B |
| EVP/Chief Financial Officer | Corporate Office | Proxy Match - CFO | 3.1B |
| EVP/General Counsel | Corporate Office | Top Legal Executive | 3.1B |

[1] See page10 for detailed methodology
[2] All newspapers except LA Times
[3] The incumbent Chief Technology Officer has informed the Company that he is resigning from his employment. The Company currently intends to fill this role, and Mercer has retained it as part of the current market study

CONFIDENTIAL

2012 Management Incentive Plan

# Summary of 2012 MIP

| Recommendations | Rationale for Recommendations |
|---|---|
| **Eligibility:** | |
| • The 2012 MIP would have approximately 425 management employees | • Align employee focus with key financial measures |
|   – A reduction of approximately 200 participants from the 2011 plan (whose roles and compensation relate less to consolidated OCF) | • Providing incentives based on financial and strategic measures is consistent with Tribune's past practice and market practice in the media industry, and is generally considered a best practice |
| • New participants may be added, including any new hires or employees promoted to management (excluding those participating in sales incentive program) | • Compensation of approximately 200 former participants whose roles and compensation relate less to consolidated OCF to be addressed outside the MIP |
|   – Consistent with the 2009, 2010 and 2011 MIP, any participant additions will not increase the aggregate threshold, target, and maximum payouts ($15M, $30M and $45M, respectively) | |
| **Incentive Opportunities:** | • Provide market competitive incentive opportunities for key management |
| • <u>Threshold</u>: awards would be set at 50% of target | |
| • <u>Plan/Target</u>: 2012 target award opportunities for a majority of plan participants are generally unchanged |   – In the absence of an annual incentive plan, total compensation for the 7 participants covered in our market comparison will fall below market, at 27% of market median total direct compensation (base + bonus + long term incentives) |
|   – Target payout for planned performance | |
|   – Individual participant target bonus opportunities generally are the same as they were in 2011, other than adjustments made in connection with promotions or other increased responsibilities, internal or market comparability, exceptional performance or contractual requirements | |
| • <u>Maximum</u>: awards would be capped at 150% of target | • A maximum of 150% remains below Tribune's pre-bankruptcy practice of using a maximum of 200% under the MIP as well as the prevailing practice among Tribune's peers |
| • At target, the total pool for 2012 is approximately $30M, which is a decrease of approximately $2.4M from the approved 2011 target pool | |

MERCER

*CONFIDENTIAL*

4

# Summary of 2012 MIP

## Performance Goals and Payouts

- Consistent with the 2009 through 2011 MIPs, the 2012 MIP is funded based on consolidated OCF performance and allocated to each business unit based on a blend of financial, operational and strategic measures, as well as management discretion

  – The OCF metric is consistent with Company and industry practice and motivates strong operational performance

- OCF goals include the impact of payouts, making the plan "self-funding"

  – Ensure no cash outlay occurs without underlying operational funding

- For all plan participants, awards are earned as follows:

  – Threshold - $528M set at 85% of plan/target results in funding at 50% of target

  – Plan/Target - $620M results in funding at 100% of target for planned performance

  – Maximum - $785M set at 127% of plan/target results in funding capped at 150% of target

- Payouts will be interpolated based on actual results

- There is no funding below threshold for Corporate or Segment management and only limited funding opportunities for individual business units that exceed their threshold (see page 7)



**2012 Consolidated Operating Cash Flow**

| ($ Millions) | Threshold | Plan/Target | Maximum |
|---|---|---|---|
| Consolidated Operating Cash Flow¹ | $528 | $620 | $785 |
| Payout as % of Target | 50% | 100% | 150% |
| Total Payout | $15 | $30 | $45 |
| Payout as % of OCF | 2.8% | 4.8% | 5.7% |

¹See page 6 for definition of OCF

REDACTED

# Summary of 2012 MIP – Allocation Methodology

- In order to maintain management focus on operating cash flow in addition to other critical goals, any achieved bonus pool will be allocated based on a blend of operational and strategic metrics, business unit specific 2012 OCF goals and management discretion

  – 50-60% of the bonus pool will be allocated based on OCF

  – 20-25% will be allocated based on other financial and operational goals

  – Remaining 20-25% will be reserved for management discretion to recognize other measures of success and value creation, as shown below

- Consistent with prior years, Publishing and Broadcasting group office pools will be determined based on consolidated segment OCF and the corporate office pool will be based on consolidated company-wide OCF

| Metric | Definition | Weighting |
|---|---|---|
| Operating Cash Flow[1] | • Annual consolidated OCF excluding non-cash pension expense, equity compensation, ESOP expense, non-operating items and special items, reorganization costs and discontinued operations | 50-60% |
| BU Financial & Operational Goals | Including but not limited to:<br>• **Broadcasting:**<br><br>• **Publishing:** | 20-25% |
| Discretionary | • **Including but not limited to:** leadership, innovation, change management, new business initiatives, management of discretionary expenses, etc. | 20-25% |

[1] Excludes income from equity investments

MERCER

*CONFIDENTIAL*

6

# Summary of 2012 MIP

- If threshold consolidated OCF is not achieved, the 2012 MIP provides for partial funding at the business unit level, for those business units/operations that achieve at least threshold performance (as specified on pages 17-18)

  – Ensures ability to reward top performers

  – Provides additional incentive to achieve goals at each business unit level

- Funding will be based on level of achievement at the business unit level multiplied by 40% (this provides an incentive for individual operations to generate OCF even if the overall company falls short of threshold performance)

|  | Threshold | Target | Max |
|---|---|---|---|
| MIP Payout | 50% | 100% | 150% |
| BU Payout | 20% | 40% | 60% |

- A participant generally must be employed on the date of payment to receive a MIP award, except in cases of death, disability, retirement or termination without cause, which would result in a pro-rated payment based on length of service during the year

MERCER

CONFIDENTIAL

Relative Compensation – 2012 MIP

# Methodology

- Mercer reviewed and assessed the competitiveness of the 2012 MIP for 7 top executives

- Mercer compared Tribune compensation to market at different levels of performance, as follows:

  – Threshold: all plan participants earn 50% of target incentive opportunity (assumes $528M in OCF)

    - Compared to *market target* TCC and TDC (defined on following page)

  – Plan/Target: all plan participants earn 100% of target incentive opportunity (requires planned performance and assumes $620M in OCF)

    - Compared to *market target* TCC and TDC (defined on following page)

  – Maximum: all plan participants earn 150% of target incentive opportunity (assumes $785M in OCF)

    - Compared to *market maximum* TCC and TDC (maximum TCC and TDC data are calculated as base plus two-times target annual and long-term incentives, respectively)

- Mercer assessed the competitiveness of the 2012 MIP for participants below the top 7 executives based on its prior analyses of their MIP payouts and compensation completed in 2009, 2010 and 2011, the overall consistency of the 2012 MIP with prior years' MIP programs, and the reasonableness of the compensation opportunities for the top 7 executives

MERCER

# Methodology

- The market data on the following pages is based on the most recent available proxy and 2011 survey data

  – Data for the CEO, EVP/Chief Restructuring Officer, and EVP/CFO is based on the most recent available proxy data[1] and for the remaining positions, survey data was collected from the Towers Watson 2011 U.S. CDB Media Survey

  – To determine the position rankings of comparator proxy executives (i.e., Rank 4), Mercer examined target total direct compensation, based on target annual incentive opportunities

| Compensation Element | Tribune – Plan/Target | Proxy Comparator Group | Survey Data |
|---|---|---|---|
| **Base Salary** | FY12 base salary | Most recent base salary[1], adjusted for unpaid furloughs or other reductions disclosed in the proxy | Base Salary, unaged (effective 03/01/2011) |
| **Annual Incentive** *(% of salary)* | 100% of target MIP applied to most recent base salary | Target percentage[1] used where available, otherwise 3-year average actual bonus as a % of base salary applied to most recent base salary | |
| **Total Cash Compensation (TCC)**[3] | Base salary + 100% of target MIP | Base salary + target annual incentive (or 3-year average actual when target is not available) | Base salary + target annual incentive[2] |
| **Long-Term Incentive (LTI)** *(% of salary)* | n/a | Most recent value of LTI[1], including restricted shares, cash plans (at target) and Black-Scholes value of options | 2011 LTI |
| **Total Direct Compensation (TDC)**[3] | TCC | TCC + most recent available LTI | TCC + 2011 LTI |

1 Data are 2011 or 2012, where available – see page 20 for details

2 Survey data reflects target total cash compensation, as reported by survey participants, regressed for company specific size and other relevant scope measures (e.g., circulation for publishing and markets for broadcasting)

3 TCC and TDC for Tribune are adjusted to reflect earned payouts for each level of performance (e.g., TCC and TDC for participants at threshold reflects an incentive payout of 50% of target )

CONFIDENTIAL

# Gap to Market – Impact of 2012 MIP

- Overall, implementing the 2012 MIP helps to close the gap to market TCC

  - At threshold, the 2012 MIP brings TCC for key executives closer to market competitive levels, falling at 87% of market median TCC overall

  - At plan/target, the 2012 MIP brings TCC for key executives in the study to market competitive levels, falling at 114% of market median TCC overall

  - At maximum, the 2012 MIP brings TCC for key executives in the study to market competitive levels, falling at 101% of market median maximum TCC overall

- The MIP also helps close the gap to market median TDC created primarily by a current lack of long-term incentive opportunities for plan participants (i.e., equity compensation); however, TDC remains below market for all participants in the market study, at all levels of performance

| | Market Index | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Without 2012 MIP[1] | | At Threshold[2] | | At Plan/Target[3] | | At Maximum[4] | |
| | TCC | TDC | TCC | TDC | TCC | TDC | TCC | TDC |
| Aggregate - 7 Key Executives | 59% | 27% | 87% | 39% | 114% | 51% | 101% | 37% |

1 Base salary compared to market target TCC and TDC
2 All participants earn 50% of target incentive opportunity, compared to market target TCC and TDC
3 All participants earn 100% of target incentive opportunity for planned performance
4 All participants earn 150% of target incentive opportunity; assumes achievement of OCF of $785M; compared to market maximum TCC and TDC

MERCER

CONFIDENTIAL

11

REDACTED

# Top Management Compared to Market – at 2012 MIP Threshold

- Assuming the 2012 MIP is approved, at threshold, TDC for all Tribune participants covered in the market comparison falls at 39% of market median TDC, due primarily to a lack of long-term incentive opportunities

  - TCC for the key executives is below, but consistent with market overall, at 87% of the market median TCC

- In the absence of an annual incentive plan, TDC for key executives would fall at 27% of market median TDC

*All Compensation Data in $000s*

| Position | Base | 2012 Total Compensation at Threshold | | | | Market Data | | |
|---|---|---|---|---|---|---|---|---|
| | | Target MIP | MIP $ at Threshold[1] | Threshold TCC[2] | Threshold TDC[2] | TCC 50th | TDC 50th | Index to TCC 50th | Index to TDC 50th |
| CEO | | | | | | | | |
| President/Tribune Broadcasting & Chief Investment Officer | | | | | | | | |
| President/Publishing | | | | | | | | |
| EVP/Chief Restructuring Officer | | | | | | | | |
| EVP/Chief Technology Officer | | | | | | | | |
| EVP/Chief Financial Officer | | | | | | | | |
| EVP/General Counsel | | | | | | | | |
| **Aggregate - 7 Key Executives** | **$4,390** | **-** | **$2,044** | **$6,434** | **$6,434** | **$7,406** | **$16,540** | **87%** | **39%** |

1 MIP at threshold reflects a 50% payout for all plan participants
2 Threshold TCC and TDC for all participants in the study equals base plus 50% of target MIP

MERCER

CONFIDENTIAL

12

REDACTED

# Top Management Compared to Market – at 2012 MIP Plan/Target

- Assuming the 2012 MIP is approved, at plan/target, TDC for all Tribune participants covered in the market comparison falls at 51% of market median TDC and has been substantially below market since Tribune's bankruptcy filing, due primarily to a lack of long-term incentive opportunities; TCC falls at 114% of the market median

- Mercer generally considers total compensation to be competitive if it falls within 15% of market median, as competitive pay is generally defined as a range, not a point, due to inherent variations in market data; however, it is typical for actual pay to vary from incumbent to incumbent, and at times may exceed the nominal 15% range, based on multiple factors including pay required to initially attract the candidate to the organization, prior pay, individual performance and other factors

- TCC at target performance for key executives in the aggregate falls at 114% of the market median and is within the nominal +/-15% range

*All Compensation Data in $000s*

| Position | Base | 2012 Total Compensation at Plan/Target | | | | Market Data | | |
| | | Target MIP | MIP's at Target[1] | Target TCC[2] | Target TDC[2] | TCC 50th | TDC 50th | Index to TCC 50th | Index to TDC 50th |
|---|---|---|---|---|---|---|---|---|---|
| CEO | | | | | | | | | |
| President/Tribune Broadcasting & Chief Investment Officer | | | | | | | | | |
| President/Publishing | | | | | | | | | |
| EVP/Chief Restructuring Officer | | | | | | | | | |
| EVP/Chief Technology Officer | | | | | | | | | |
| EVP/Chief Financial Officer | | | | | | | | | |
| EVP/General Counsel | | | | | | | | | |
| **Aggregate - 7 Key Executives** | **$4,390** | -- | **$4,089** | **$8,479** | **$8,479** | **$7,406** | **$16,540** | **114%** | **51%** |

1 MIP at target reflects a 100% payout for participants and requires planned performance
2 Target TCC and TDC for all participants in the study equals base plus MIP at target; assumes planned performance and achievement of plan/target OCF of $620M
MERCER

REDACTED

# Top Management Compared to Market – at 2012 MIP Maximum

- Assuming the 2012 MIP is approved, at maximum performance, TDC for all Tribune participants covered in the market comparison falls at 37% of market median maximum TDC

  – At maximum performance, TCC for the same Tribune participants equals approximately 101% of the market median maximum TCC

- Mercer considers the relationship between Tribune's maximum TDC to market maximum TDC to be the most appropriate comparison; however, we also compared Tribune maximum TDC to market target TDC (i.e., median base salary plus target annual incentives and 2011 LTI) which is akin to comparing very strong performance by Tribune to target performance at other companies

  – Overall, Tribune maximum TDC for key executives falls below market, at 64% of market median target TDC

*All Compensation Data in $000s*

| Position | 2012 Maximum Compensation | | | | Market Target Data[2] | | | | Market Maximum Data[3] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Base | Target MIP | Max MIP | $ at Max TCC/TDC[1] | TDC 50th | Index to TDC 50th | Max TCC 50th | Max TDC 50th | Index to TCC 50th | Index to TDC 50th | |
| CEO | | | | | | | | | | | |
| President/Tribune Broadcasting & | | | | | | | | | | | |
| Chief Investment Officer | | | | | | | | | | | |
| President/Publishing | | | | | | | | | | | |
| EVP/Chief Restructuring Officer | | | | | | | | | | | |
| EVP/Chief Technology Officer | | | | | | | | | | | |
| EVP/Chief Financial Officer | | | | | | | | | | | |
| EVP/General Counsel | | | | | | | | | | | |
| **Aggregate – 7 Key Executives** | **$4,390** | **–** | **$6,133** | **$10,523** | **$16,540** | **64%** | **$10,451** | **$28,719** | **101%** | **37%** | |

1 Max TCC/TDC reflects 150% payout under the MIP for all participants in the study; assumes achievement of maximum OCF of $785M
2 Market target data reflects target TCC plus most recent available LTI
3 Market maximum TCC and TDC data is calculated as base plus two-times target annual and long-term incentives, respectively

MERCER

## Conclusions
## Providing an annual incentive plan continues to be a prevailing market practice

- Mercer's analysis indicates that the incentive opportunities provided by the 2012 MIP are reasonable at threshold, target and maximum performance levels for the top 7 executives included in the study

- Based on the analyses completed in 2009 and 2010 of other MIP participants below the top 7 executives, the overall consistency of the 2012 MIP with prior years' MIP plans, and the reasonableness of the compensation opportunities for the top 7 executives, Mercer believes that the incentive opportunities provided by the 2012 MIP remain competitive for all participants

- The overall plan structure of the 2012 MIP, including the relationship between target and maximum incentive payouts, is consistent with competitive practice, with proposed maximum opportunities falling below the median peer group maximum of 200% of target

MERCER

CONFIDENTIAL

# Appendix I: 2012 MIP Operating Cash Flow Goals

# Summary of 2012 MIP – Publishing OCF Goals by Property

- The level of threshold, target, and maximum achievement targets vary by business unit

($ in millions)

| | | 2012 Bonus Achievement Targets (52-weeks) (1) | | |
| --- | --- | --- | --- | --- |
| | | Threshold 50% | Target/Plan (2) 100% | Max 150% |
| 1 | Los Angeles | | | |
| 2 | Chicago | | | |
| 3 | South Florida | | | |
| 4 | Orlando | | | |
| 5 | Baltimore | | | |
| 6 | Hartford | | | |
| 7 | Allentown | | | |
| 8 | Newport News | | | |
| 9 | TMS Entertainment | | | |
| 10 | Subtotal | | | |
| 11 | Interactive Central/FSBO | | | |
| 12 | Group Office/Other (3) | | | |
| 13 | Total Publishing | | | |

(1) See page 6 for definition of OCF.
(2) Represents 2012 operating plan amounts consistent with the 2012 operating plan submitted to and approved by the Board of Directors at the February board meeting.
(3) Group office goals are based on total segment operating cash flow.

MERCER

*CONFIDENTIAL*

REDACTED

17

REDACTED

# Summary of 2012 MIP – Broadcasting OCF Goals by Property

- The level of threshold, target, and maximum achievement targets vary by business unit

*($ in millions)*

| | | 2012 Bonus Achievement Targets (52-weeks) (1) | | |
|---|---|---|---|---|
| | | Threshold | Target/Plan (2) | Max |
| | | 50% | 100% | 150% |
| 1 | New York (WPIX) | | | |
| 2 | Los Angeles (KTLA) | | | |
| 3 | Chicago (WGN & CLTV) (3) | | | |
| 4 | Philadelphia (WPHL) | | | |
| 5 | Dallas (KDAF) | | | |
| 6 | Washington (WDCW) | | | |
| 7 | Houston (KIAH) | | | |
| 8 | Seattle (KCPQ, KMYQ) & Portland (KRCW) (4) | | | |
| 9 | Miami (WSFL) | | | |
| 10 | Sacramento (KTXL) | | | |
| 11 | Indianapolis (WXIN, WTTV) | | | |
| 12 | San Diego (KSWB) | | | |
| 13 | Hartford (WTIC, WTXX) | | | |
| 14 | Harrisburg (WPMT) | | | |
| 15 | Grand Rapids (WXMI) | | | |
| 16 | New Orleans (WGNO, WNOL) | | | |
| 17 | WGN America (includes Tower Distribution) | | | |
| 18 | WGN-Radio | | | |
| 19 | TBC Group Office / Other (5) | | | |
| 20 | Total excluding LMA stations | | | |
| | *Local Marketing Agreements:* | | | |
| 21 | Denver (KWGN) and St. Louis (KPLR) (6) | | | |
| 22 | Total Broadcasting | | | |

(1) See page 6 for definition of OCF.
(2) Represents 2012 operating plan amounts consistent with the 2012 operating plan submitted to and approved by the Board of Directors at the February board meeting.
(3) Includes WGN-TV and CLTV combined as businesses are co-located and co-managed.
(4) Includes Seattle (KCPQ/KMYQ) and Portland (KRCW) station as there is a single management team for three stations.
(5) Group office goals are based on total segment operating cash flow.
(6) In October 2008, the Denver and St. Louis stations entered into operating agreements with Local TV.

MERCER

# Appendix II: Top Management Position Analysis Detail

# Methodology – Proxy Analysis

- Compensation figures presented throughout this document reflect the most recent available filings of Tribune's industry peers, as of April 12, 2012

- To ensure the proxy analysis is reflective of current compensation levels, Mercer incorporated the most recent base salary and/or target annual incentives, when disclosed

- The table below summarizes when 2011 or 2012 compensation data of Tribune's industry peers were used by Mercer

| Industry Peers | Base Salary (Actual) | | Annual Incentive (Target) | |
|---|---|---|---|---|
| | 2011 | 2012 | 2011 | 2012 |
| Cablevision Systems | ‡ | | | |
| Gannett | Δ | ✓ | ✓ | |
| CC Media Holdings | Δ | ✓ | ✓ | |
| New York Times | Δ | ✓ | ✓ | |
| McClatchy | Δ | | ✓ | ✓ |
| Meredith | Δ | | ✓ | |
| Lee Enterprises Inc. | Δ | ✓ | ✓ | |
| E.W. Scripps | × | ✓ | | |
| Washington Post | Δ | ✓ | ✓ | ✓ |

‡ Per Compensation Discussion & Analysis ("CD&A") of 2010 Proxy Statement.

Δ Per CD&A of 2011 Proxy Statement.

× A new annual incentive program was established for 2012. For 2012, the target opportunities for all executives were reinstated to 2008 levels. 2012 target incentive opportunities of 95% for the CEO and 50% for all other NEOs was disclosed.

**CONFIDENTIAL**

20

# Peer Group Maximum Annual Incentive Opportunities

- The table below summarizes the relationship between target and maximum award opportunities for the peer group

| Company | 2011 Annual Incentive Plan Leverage | |
|---|---|---|
| | Maximum Bonus | |
| | CEO | NEOs |
| | (% of target) | (% of target) |
| Cablevision Systems | 200% | 200% |
| Gannett [1] | n/a | n/a |
| CC Media Holdings [2] | n/a | 200% |
| Washington Post [3] | - | 175% |
| New York Times | 200% | 200% |
| McClatchy [4,5] | 246% | 155% |
| Meredith | 250% | 250% |
| Lee Enterprises, Inc. [6] | 200% | 220% |
| E.W. Scripps [7] | 150% | 150% |
| **Tribune** | **150%** | **150%** |
| 75th percentile | 235% | 205% |
| **50th percentile** | **200%** | **200%** |
| 25th percentile | 200% | 170% |
| **Average** | **208%** | **194%** |

*See following page for notes

MERCER

REDACTED

# Peer Group Maximum Annual Incentive Opportunities – Notes

1. Bonuses for Gannett's NEOs are determined at the discretion of the Board and maximum annual incentive opportunities were not disclosed.

2. A new CEO was appointed on October 2, 2011. While his employment agreement contained an annual target bonus, maximum annual incentive opportunities were not disclosed.

3. The CEO of Washington Post only participates in the Performance Units portion of the company's annual incentive plan and has therefore been excluded from the exhibit.

4. McClatchy provided annual incentive opportunities to executives in 2011. Maximum incentive opportunities range from 140-175% of target. For the purposes of this analysis, an average was calculated.

5. In January 2010, an annual incentive bonus formula was established for the CEO by the Compensation Committee. Under this formula, Mr. Pruitt's fiscal 2011 bonus opportunity was set at _____ times McClatchy's operating cash flow. Mr. Pruitt's 2011 target annual incentive opportunity was equal to _____ of his base salary and is subject to a maximum payout of

6. Lee Enterprises suspended their annual incentive plan in 2011. Mercer has presented the leverage disclosed in the Proxy statement for the plan. For NEOs, 70% of bonus opportunity is based on financial performance and 30% of target bonus is based on specific individual performance goals. Participants can receive up to 250% of the financial bonus target and 150% of the individual performance targets. For the purposes of this analysis, a weighted average was calculated.

7. E.W. Scripps redesigned their 2012 annual incentive program. Incentive target opportunities will be reinstated to 2008 target levels (95% of base salary for the CEO and 50% of base salary for each of the other NEOs), as disclosed in the proxy statement. Consistent with earlier plans, participants can earn a maximum incentive opportunity of 150%.

MERCER

*CONFIDENTIAL*

22

# CEO Compared to CEO

**All values in USD '000s (except where noted)**

| Company | Revenue (MM USD) | Incumbent | Title | Base Salary | Target STI As a % of Base | As a USD Amount | Total Cash Comp | 2011 LTI As a % of Base | As a USD Amount | Total Direct Comp |
|---|---|---|---|---|---|---|---|---|---|---|
| Cablevision Systems | 7,231 | 1 Dolan, J. | President & CEO | | | | | | | |
| CC Media Holdings | 6,161 | 2 Pittman, R. | CEO | | | | | | | |
| Gannett | 4,983 | 3,4,5,6 Martore, G. | President & CEO | | | | | | | |
| New York Times | 2,162 | 7,8 Robinson, J. | Pres. & CEO | | | | | | | |
| McClatchy | 1,270 | 9,10 Pruitt, G. | Chair, Pres & CEO | | | | | | | |
| Meredith | 1,054 | Lacy, S. | Chairman & CEO | | | | | | | |
| Lee Enterprises Inc. | 756 | 11,12,13 Junck, M. | Chair, Pres & CEO | | | | | | | |
| E.W. Scripps | 729 | 14,15 Boehne, R. | President & CEO | | | | | | | |

**Prevalence**

**Analysis Summary Statistics**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 75th Percentile | 5,278 | | | | | | | | | |
| 50th Percentile | 1,716 | | | | | | | | | |
| 25th Percentile | 980 | | | | | | | | | |
| **Average** | 3,043 | | | | | | | | | |

| Tribune Company | 3,146 | | Chief Executive Officer | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Washington Post | 4,215 | 16,17 Graham, D. | Chair & CEO | | | | | | | |

- Washington Post CEO is excluded from summary statistics due to a high level of stock ownership (approximately 38.6%)

(†) Bonus and total cash compensation reflect 3-yr avg. bonus
*Please see the following page for notes
MERCER

**CONFIDENTIAL**

**REDACTED**

23

REDACTED

# CEO Compared to CEO – Notes

1. Reflective of 2011 base salary levels and target annual incentive opportunities, as disclosed in the Proxy statement. Mr. Dolan's base salary in 2010 was approximately _____ and was increased at the discretion of the Compensation Committee under his employment agreement.

2. Mr. Pittman was appointed CEO and member of the Board on October 2, 2011, with an annual base salary of _____ Per his employment agreement, he is entitled to an annual bonus of not less than _____

3. Ms. Martore was promoted to President and CEO in October 2011. Ms. Martore declined a salary increase in connection with her promotion and received no additional equity grants or other compensation in connection with her promotion.

4. Ms. Martore voluntarily reduced her base salary from _____ to _____ beginning in 2010 and continuing through 2012. She took an additional 6% salary reduction in 2011 as a result of the Company's furlough and salary reduction program.

5. Bonuses determined by Board at their discretion. Although the Committee determined Ms. Martore should receive a bonus of _____ she requested that her 2011 bonus be less than her 2010 bonus and the Committee reduced the amount of her 2011 bonus by _____ to _____

6. LTI reflects fiscal 2012 target LTI value for grants made on January 1, 2012, as disclosed in the 2011 proxy statement. The Committee approved a target total value of _____ to be granted in a combination of performance shares and RSUs to Ms. Martore.

7. For 2011, Ms. Robinson's base salary remained the same as the prior year and has not increased since 2006.

8. On December 31, 2011, Ms. Robinson retired from employment with the Company.

9. Reflective of 2012 Mr. Pruitt's base salary levels, a 2% increase from 2011 base salary, as disclosed in the Proxy statement.

10. McClatchy resumed LTI grants in February 2011.

11. NEO salaries were frozen at 2008 levels for 2009, 2010 and 2011. Actual salaries paid to each NEO were reduced 1.9% from the 2008 level due to unpaid time off taken by each NEO in 2011.

12. Ms. Junck voluntarily reduced her base salary an additional 2.9% in 2011.

13. For 2011, the company continued the suspension of all annual cash incentives first implemented in 2009.

14. On February 15, 2011, E.W. Scripps approved a new employment agreement for Mr. Boehne. The new employment agreement continues his current base salary at _____ per year and increases his target annual incentive opportunity from 30% to no less than 50% of base salary.

15. E.W. Scripps's 2012 annual incentive program has been redesigned and incentive target opportunities will be reinstated to the 2008 target levels. Mr. Boehne's target annual incentive opportunity for 2012 is 95% of base salary.

16. Mr. Graham requested not to receive an annual bonus in 2011. For 2011, Mr. Graham received a LTI grant under the Performance Units portion of the Company's plan.

17. Mr. Graham's equity ownership is uncharacteristically high; therefore, he was excluded from the summary statistics.

MERCER

# EVP/Chief Restructuring Officer Compared to Proxy Rank 4

*All values in USD '000s (except where noted)*

| Company | Revenue (MM USD) | Incumbent | Title | Base Salary | Target STI — As a % of Base | Target STI — As a USD Amount | Total Cash Comp | 2011 Total LTI — As a % of Base | 2011 Total LTI — As a USD Amount | Total Direct Comp |
|---|---|---|---|---|---|---|---|---|---|---|
| Cablevision Systems | 7,231 | 1 Seibert, G. | EVP | | | | | | | |
| CC Media Holdings | 6,161 | 2,3 Walls Jr., R. | EVP, GC, Secretary | | | | | | | |
| Gannett | 4,983 | 4,5 Lougee, D. | President/Broadcast | | | | | | | |
| Washington Post | 4,215 | Rosberg, G. | SVP Planning & Dev. | | | | | | | |
| New York Times | 2,162 | Follo, J. | SVP & CFO | | | | | | | |
| Meredith | 1,054 | 6 Harty, T. | President - National Media Group | | | | | | | |
| McClatchy | 1,270 | 7,8 Morgan-Prager, K. | VP & GC and Secretary | | | | | | | |
| Lee Enterprises Inc. | 756 | 9,10 Veon, G. | VP Publishing | | | | | | | |
| E.W. Scripps | 729 | 11 Appleton, W. | SVP & Chief Legal Officer | | | | | | | |

*Prevalence*

*Analysis Summary Statistics*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 75th Percentile | 4,983 | | | | | | | | | |
| 50th Percentile | 2,162 | | | | | | | | | |
| 25th Percentile | 1,054 | | | | | | | | | |
| *Average* | 3,173 | | | | | | | | | |

| Tribune Company | 3,146 | | EVP/Chief Restructuring Officer | | | | | | | |

(‡) Bonus and total cash compensation reflect 3-yr avg bonus
*Please see the following page for notes
MERCER

REDACTED

**CONFIDENTIAL**

25

# EVP/Chief Restructuring Officer Compared to Proxy Rank 4 – Notes

1. Reflective of 2011 base salary levels and target annual incentive opportunities, as disclosed in the Proxy statement. Mr. Seibert's base salary in 2010 was approximately

2. Effective as of October 1, 2011, Mr. Walls received a base salary increase from _____ to _____ Pursuant to his employment agreement, Mr. Walls' 2011 target bonus was 100% of his base salary. The annual incentive value conservatively assumes proration of target award opportunity for 2011.

3. Mr. Walls did not receive LTI in 2011.

4. Bonuses determined by Board at their discretion.

5. LTI reflects fiscal 2012 target LTI value for grants made on January 1, 2012, as disclosed in the 2011 proxy statement. The Committee approved a total value of _____ to be granted in a combination of performance shares and RSUs to Mr. Lougee.

6. Mr. Harty was appointed as President-National Media Group in August of 2010, with a base salary of

7. Ms. Morgan-Prager received a base salary increase of 17% for 2011 after the Committee determined her base salary for 2010 was significantly below median when compared to other executives of similar seniority and experience within the Company and the market generally. Mercer has reflected 2012 base salary levels, a 5.8% increase from 2011 base salary, as disclosed in the Proxy statement.

8. McClatchy resumed LTI grants in February 2011.

9. NEO salaries were frozen at 2008 levels for 2009, 2010 and 2011. Actual salaries paid to each NEO were reduced 1.9% from the 2008 level due to unpaid time off taken by each NEO in 2011.

10. For 2011, Lee Enterprises continued the suspension of all annual cash incentives implemented in 2009. Target incentive opportunity was not disclosed for the VP Publishing.

11. E.W. Scripps's 2012 annual incentive program has been redesigned and incentive target opportunities will be reinstated to the 2008 target levels. Mr. Appleton's target annual incentive opportunity for 2012 is 50% of base salary.

MERCER

REDACTED

# CFO Compared to CFO

*All values in USD '000s (except where noted)*

| Company | Revenue (MM USD) | Incumbent | Title | Base Salary | Target STI As a % of Base | Target STI As a USD Base | Target STI Amount | Total Cash Comp | 2011 LTI As a % of Base | 2011 LTI As a USD Base | 2011 LTI Amount | Total Direct Comp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cablevision Systems | 7,231 | [1] Huseby, M. | EVP& CFO | | | | | | | | | |
| CC Media Holdings | 6,161 | [23] Casey, T. | EVP& CFO | | | | | | | | | |
| Gannett | 4,983 | [45] Saleh, P. | SVP& CFO | | | | | | | | | |
| Washington Post | 4,215 | Jones, H. | SVP- Finance and CFO | | | | | | | | | |
| New York Times | 2,162 | Follo, J. | SVP& CFO | | | | | | | | | |
| McClatchy | 1,270 | [87] Talamantes, P. | VP Finance & CFO | | | | | | | | | |
| Meredith | 1,054 | Ceryanec, J. | VP- Chief Financial Officer | | | | | | | | | |
| Lee Enterprises Inc. | 756 | [89] Schmidt, C. | VP, CFO & Treasurer | | | | | | | | | |
| E.W. Scripps | 729 | [10,11,12] Wesdow ski, T. | SVP, CFO, & Treasurer | | | | | | | | | |

**Prevalence**

**Analysis Summary Statistics**

| | Revenue |
|---|---|
| 75th Percentile | 4,983 |
| 50th Percentile | 2,162 |
| 25th Percentile | 1,054 |
| Average | 3,173 |

| Tribune Company | 3,146 | | EVP/CFO |
|---|---|---|---|

(‡) Bonus and total cash compensation reflect 3-yr avg. bonus
*Please see the following page for notes
MERCER

**CONFIDENTIAL**

**REDACTED**

REDACTED

# CFO Compared to CFO – Notes

1. Reflective of 2011 base salary levels and target annual incentive opportunities, as disclosed in the Proxy statement. Mr. Huseby's base salary in 2010 was approximately

2. Pursuant to his employment agreement, Mr. Casey is entitled to an annual base salary of                and a target bonus of

3. Mr. Casey did not receive LTI in 2011.

4. Bonuses determined by Board at their discretion.

5. LTI reflects fiscal 2012 target LTI value for grants made on January 1, 2012, as disclosed in the 2011 proxy statement. The Committee approved a total value of                to be granted in a combination of performance shares and RSUs to Mr. Saleh.

6. In 2011, in response to Mr. Talamantes assuming responsibilities for the Company's Florida operations, the Committee increased his salary to                year. Mercer has reflected 2012 base salary levels, a 7% increase from 2011 base salary, as disclosed in the Proxy statement.

7. McClatchy resumed LTI grants in February 2011.

8. Lee Enterprises froze NEO salaries at 2008 levels for 2009, 2010 and 2011. Actual salaries paid to each NEO were reduced 1.9% from the 2008 level due to unpaid time off taken by each NEO in 2011.

9. For 2011, Lee Enterprises continued the suspension of all annual cash incentives implemented in 2009.

10. Effective August 31, 2011, Mr Wesolowski was appointed SVP/Chief Financial Officer and Treasurer for E.W. Scripps. He receives an annual base salary of

11. Mr. Wesolowski was not eligible for a typical annual long-term incentive grant for 2011. In connection with his hiring, Mr. Wesolowski received a special time-based restricted share units grant with an award value of                Mercer has conservatively excluded this grant from the analysis.

12. E.W. Scripps's 2012 annual incentive program has been redesigned and incentive target opportunities will be reinstated to the 2008 target levels. Mr. Wesolowski's target annual incentive opportunity for 2012 is 50% of base salary.

CONFIDENTIAL

**MERCER**