**EXHIBIT B**

**Excerpts of Transcript of August 11, 2009 Hearing**

46429/0001-8463916V1

1

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

Case No. 08-13141-kjc

- - - - - - - - - - - - - - - - - - - -x

In the Matter of:


TRIBUNE COMPANY ET AL.,


        Debtors.


- - - - - - - - - - - - - - - - - - - -x

### EXCERPT FROM TRANSCRIPT

United States Bankruptcy Court

824 Market Street

Wilmington, Delaware


August 11, 2009

10:03 AM


B E F O R E:

HON. KEVIN J. CAREY

U.S. BANKRUPTCY JUDGE

ECRO: AL LUGANO

2

1

2    HEARING re Motion of the Debtors for an order authorizing the

3    debtors to implement a 2009 management incentive plan and to

4    pay earned 2008 management incentive plan awards to certain

5    executives.

6

7    HEARING re Motion of the Debtors to file under seal an exhibit

8    to motion of the Debtors authorizing the debtors to implement a

9    2009 management incentive plan and to pay earned 2008

10    management incentive plan awards to certain executives.

11

12    HEARING re Motion of Debtors and Debtors-in-Possession for a

13    protective order with regard to discovery propounded by the

14    Washington Baltimore Newspaper Guild.

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Penina Wolicki

3

1    A P P E A R A N C E S :

2

3    JONATHAN LOTSOFF, ESQ.

4    KEVIN LANTRY, ESQ.

5    CANDICE KLINE, ESQ. (TELEPHONICALLY)

6    BRYAN KRAKAUER, ESQ. (TELEPHONICALLY)

7    SIDLEY AUSTIN

8    REPRESENTING:  THE DEBTORS

9

10    KATE STICKLES, ESQ.

11    COLE SCHOTZ

12    REPRESENTING:  THE DEBTORS

13

14    JOHN STROCK, ESQ.

15    WOMBLE CARLYLE

16    REPRESENTING:  GREAT BONE TRUST

17

18    DAVID LEMAY, ESQ.

19    CHADBOURNE & PARKE

20    REPRESENTING:  CREDITORS' COMMITTEE

21

22    ADAM LANDIS, ESQ.

23    LANDIS RATH & COBB

24    REPRESENTING:  CREDITORS' COMMITTEE

25

4

1

2    MICHAEL JOYCE, ESQ.

3    CROSS & SIMON

4    REPRESENTING:  WASHINGTON-BALT NEWSPAPER GUILD

5

6    JOSEPH J. MCMAHON, JR, ESQ.

7    UNITED STATES DEPARTMENT OF JUSTICE

8    OFFICE OF THE U.S. TRUSTEE

9

10   DAMIAN SCHAIBLE, ESQ. (TELEPHONICALLY)

11   DAVIS POLK & WARDWELL

12   REPRESENTING:  JPMORGAN CHASE BANK, N.A.

13

14   ALSO PRESENT:

15        CHANDLER BIGELOW, Tribune Company (TELEPHONICALLY)

16        PEG BRICKLEY, Dow Jones News Wires (TELEPHONICALLY)

17        DAVE ELDERSVELD, Tribune Company (TELEPHONICALLY)

18        DON LEIBENTRITT, Tribune Company (TELEPHONICALLY)

19        JENNIFER SHARRET, ESQ., Kramer Levin Naftalis & Frankel

20   LLP (TELEPHONICALLY)

21

22

23

24

25

20

1          MR. JOYCE:  Understood, Your Honor.

2          THE COURT:  Okay.  Anyone else wish to be heard

3     preliminarily?  All right.  Mr. Lotsoff, I'm inclined to take a

4     short break to permit such discussions to occur and then

5     proceed from there.

6          MR. LOTSOFF:  Your Honor, just -- and I appreciate

7     that.  Are we also going to address the motion to seal the

8     Mercer report, or does your ruling on these issues effectively

9     deal with that issue --

10          THE COURT:  I --

11          MR. LOTSOFF:  -- since the Mercer report encapsulates

12     a lot of the information?

13          THE COURT:  I was expecting that it would.

14          MR. LOTSOFF:  Okay.

15          THE COURT:  If that's not the case, somebody can tell

16     me.  It's already been, now, widely disseminated in redacted

17     form, and the redactions looked principled to me, I'll put it

18     that way.  So the answer is, yes, I'm hopeful both get wrapped

19     into the one.  But that's not meant to preclude any further

20     argument that the U.S. Trustee may want to make in connection

21     with that --

22          MR. LOTSOFF:  Thank you, Your Honor.

23          THE COURT:  -- if any.

24          THE COURT:  Okay.  We'll take a short break.

25          MR. LOTSOFF:  Thank you, Your Honor.

33

1

2                    C E R T I F I C A T I O N

3

4    I, Penina Wolicki, certify that the foregoing transcript is a

5    true and accurate record of the proceedings.

6    **Penina Wolicki** Digitally signed by Penina Wolicki
                         DN: cn=Penina Wolicki, o, ou,
7                        email=digital1@veritext.com, c=US
                         Date: 2009.09.02 09:15:35 -04'00'

8    Penina Wolicki

9

10   Veritext LLC

11   200 Old Country Road

12   Suite 580

13   Mineola, NY 11501

14

15   Date:  September 1, 2009

16

17

18

19

20

21

22

23

24

25