**EXHIBIT A-1**

## SECTION 5.4.2(a) FOREIGN OWNERSHIP CERTIFICATION

### To Be Completed by

### Holders of Senior Loan Claims and/or Senior Guaranty Claims or Third Parties Designated by Such Holders to Receive Distributions on Account of Such Claims

PURSUANT TO THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES ("TRIBUNE") PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO, GORDON & CO., L.P., AND JPMORGAN CHASE BANK, N.A. (the "DCL PLAN")

### INTRODUCTION

In accordance with the Order of the Bankruptcy Court of [●] and pursuant to Section 5.4.2(a) of the DCL Plan, you as a Holder of Senior Loan Claim and/or Senior Guaranty Claim (a "Senior Claim Holder") are required to submit a Foreign Ownership Certification Form. This Certification is necessary in order to enable the Tribune Company and certain of its subsidiaries ("Tribune") to ensure compliance with the foreign ownership limitations set forth in the Communications Act of 1934, as amended (the "Communications Act"), and the rules and regulations of the Federal Communications Commission ("FCC"). If you fail to submit a Foreign Ownership Certification Form, you may be deemed to be an entity that is entirely foreign-owned and foreign-controlled. As a result, you may receive New Warrants in lieu of all or part of your distribution of New Common Stock. Below is a detailed explanation regarding the information that must be supplied, as well as the deadlines and procedures for submitting the Foreign Ownership Certification Form.

### DETAILED INSTRUCTIONS

#### Section I: Preliminary Information

Section I requests information that is necessary to allow Tribune to make appropriate distributions based on the information supplied in Section II (Foreign Ownership) and to ensure compliance with the FCC's rules and regulations. Specifically, Section I requests information concerning the extent to which a Senior Claim Holder is under common ownership or control, or otherwise affiliated, with any other entity that will receive New Common Stock in Tribune such that the interests of such entities would need to be aggregated pursuant to the FCC's broadcast attribution rules and policies. You are encouraged to refer to the FCC rules and policies governing attribution of ownership, including 47 C.F.R. § 73.3555 and its associated Notes, and/or to consult with your own advisors concerning the completion of this aspect of Section I of this Form.

In addition, Section I requests information concerning the identity of Senior Claim Holder(s) and the amount(s) of claims, as well as the extent to which Senior Claim Holders wish to designate an affiliate (or affiliates) of such Holder or other third party (or parties) to receive all or a portion of its New Common Stock and/or New Warrants (hereinafter "Designee(s)"). To the extent that a Senior Claim Holder identifies one or more Designees in Section I, the information supplied in Section II should be supplied on behalf of the Designee(s) rather than the Senior Claim Holder(s), unless a Senior Claim Holder will still receive some portion of the distribution to which it is entitled, in which case information regarding both the Designee(s) and the Senior Claim Holder must be supplied.

**Failure to Complete Section I:** If you fail to complete and submit Section I to the reasonable satisfaction of Tribune or if you fail to comply with the applicable deadlines or procedures established by the Bankruptcy Court, then you will receive distributions as provided in the DCL Plan and based on information that is readily ascertainable from records kept by Tribune and/or the Senior Loan Agent.

#### Section II: Foreign Ownership

Pursuant to Section 5.4.2(a) of the DCL Plan, Section II requests information necessary to allow Tribune to demonstrate compliance with the foreign ownership limitations set forth in Section 310(b) of the Communications Act upon emergence from bankruptcy, consistent with Tribune's representations to the FCC in the applications for FCC consent to assign the Tribune FCC licenses, and to take certain other actions

necessary to implement the DCL Plan. The foreign ownership limits apply to both voting and non-voting equity interests. Accordingly, the DCL Plan provides for the issuance of New Warrants instead of New Common Stock as may be required to ensure Tribune's compliance with applicable foreign ownership limitations. The information supplied in the Foreign Ownership Certification is necessary to allow Tribune to determine the extent to which it must issue New Warrants to certain Senior Claim Holders in order to ensure its compliance with these limitations.

Each individual Senior Claim Holder receiving this Form (and/or their Designee(s)) must submit a Foreign Ownership Certification (an "Individual Foreign Ownership Certification"). However, if multiple Senior Claim Holders (and/or Designees) are controlled by the same parent entity or affiliated investment manager and the parent entity or affiliated investment manager makes the additional certifications required in Section II, such Senior Claim Holders (and/or Designees) may combine their information on one certification form (a "Consolidated Foreign Ownership Certification").

You are encouraged to refer to the DCL Plan for more information concerning the distribution of New Warrants in lieu of New Common Stock and the Foreign Ownership Certification process, as well as the attached "Memorandum Concerning the FCC's Foreign Ownership Restrictions and Methods for Foreign Ownership Calculations." Given the complexities of the FCC's foreign ownership restrictions and policies, you are also encouraged to consult your own advisors concerning the completion of Section II of this Form.

**Failure to Complete Section II:** If you fail to complete and submit Section II to the reasonable satisfaction of Tribune or if you fail to comply with the applicable deadlines or procedures established by the Bankruptcy Court, then, under Section 5.4.2 of the DCL Plan, you may be deemed to be an entity that is entirely foreign-owned and foreign-controlled. As a result, you may receive New Warrants in lieu of all or part of your distribution of New Common Stock.

## DEADLINES AND PROCEDURES FOR SUBMISSION

Senior Claim Holders (and/or their Designee(s)) must submit their executed Foreign Ownership Certification Form to Epiq Bankruptcy Solutions, LLC (the "Certification Agent") by [●].

Any entity that does not currently hold a Senior Loan Claim and/or Senior Guaranty Claim but acquires such claim after the [●] deadline for submission, except for market makers acquiring Senior Loan Claims not for their own account, must submit an executed Foreign Ownership Certification Form to the Certification Agent and certify to the Senior Loan Agent that it has done so in order to have its trade cleared.

**If, following the submission of this Foreign Ownership Certification, the Senior Claim Holder(s) (and/or their Designee(s)) experience a change in foreign ownership, or if any other change occurs that the Senior Claim Holders(s) (and/or their Designee(s)) believe warrants amendment, the Senior Claim Holder(s) (and/or their Designee(s)) must report such change by submitting to the Certification Agent an amended Foreign Ownership Certification Form so that it is received by the Certification Agent within the earlier of (i) seven (7) calendar days after such change is effective or (ii) two (2) business days after the Certification Agent distributes a notice to Senior Claim Holders notifying such Holders that the FCC released an order granting the necessary FCC Approval.**

# FOREIGN OWNERSHIP CERTIFICATION FORM

## SECTION I: PRELIMINARY INFORMATION

1. Include in the table below the name(s) and contact information for the Senior Claim Holder(s) on whose behalf this Foreign Ownership Certification Form is being completed. List multiple Senior Claim Holders below <u>only if</u> they will be covered by a <u>Consolidated</u> Foreign Ownership Certification. (Information concerning other Claim Holders whose interests must be aggregated pursuant to the FCC's attribution rules and policies and for which <u>separate</u> Foreign Ownership Certification Form(s) are being submitted should be provided in response to Item 3, below.)

|  | Senior Claim Holder 1 | Senior Claim Holder 2 (if any) | Senior Claim Holder 3 (if any) |
|---|---|---|---|
| Name |  |  |  |
| Amount of Claim |  |  |  |
| Mailing Address / City, State, Zip Code |  |  |  |
| Contact Person |  |  |  |
| Telephone Number |  |  |  |
| Email |  |  |  |

PLEASE REPORT ANY ADDITIONAL ENTITIES FOR WHICH A CONSOLIDATED FOREIGN OWNERSHIP CERTIFICATION FORM(S) IS BEING SUBMITTED ON A SEPARATE ATTACHMENT.

2. Indicate below whether the Senior Claim Holder(s) for which this form is being submitted intend(s) to designate one or more third parties ("Designee(s)") to receive all or a portion of the New Common Stock and/or New Warrants to which it/they may be entitled. If so, list the names of the Designee(s) and the amount or percentage of the claim(s) which should be distributed to each Designee.

☐ No Designation

☐ Designation

The Senior Claim Holder(s) designate(s) the following entity or entities to receive New Common Stock and/or New Warrants based on the amounts[1] or percentages[2] of its claim as set forth below.

|  | Name | Mailing Address / City, State, Zip Code | Telephone Number / Email | Amount ($) OR Percentage (%) of Senior Claim to be Distributed |
|---|---|---|---|---|
| Senior Claim Holder 1 | | | | |
| Designee 1 | | | | |
| Designee 2 (if any) | | | | |
| Designee 3 (if any) | | | | |
| Total | N/A | N/A | N/A | $ _____ OR 100% |
| Senior Claim Holder 2 (if any) | | | | |
| Designee 1 (if any) | | | | |
| Designee 3 (if any) | | | | |
| Designee 3 (if any) | | | | |
| Total | N/A | N/A | N/A | $ _____ OR 100% |
| Senior Claim Holder 3 (if any) | | | | |
| Designee 1 (if any) | | | | |
| Designee 3 (if any) | | | | |
| Designee 3 (if any) | | | | |
| Total | N/A | N/A | N/A | $ _____ OR 100% |

---

[1] The Claim amounts reflected in the records of the Senior Loan Agent shall control for all purposes. If a Claim Holder designates an entity or entities in the table below to receive New Common Stock and/or New Warrants based on a Claim amount that is in aggregate in excess of the Claim reflected for such Claim Holder in the records of the Senior Loan Agent, distributions shall be made to such entity based on 100% of the lower Claim amount reflected for such Claim Holder in the records of the Senior Loan Agent, with the reduction applied ratably to the designated entities as necessary.

[2] For each individual Senior Claim Holder making designations on the basis of percentages of its claim, the total of the percentage allocations in the table below must equal 100%.

**PLEASE REPORT THE DESIGNEES OF ANY ADDITIONAL SENIOR CLAIM HOLDERS ON A SEPARATE ATTACHMENT.**

3. Indicate below whether the Senior Claim Holder(s) listed in response to item 1 and/or any Designee(s) listed in response to item 2 above are affiliated with any <u>other</u> Claim Holder(s) and/or Designee(s) entitled to receive New Common Stock, including other such entities under common ownership or control, such that their interests are required to be aggregated pursuant to the FCC's broadcast attribution rules and policies, including 47 C.F.R. § 73.3555 and associated Notes. If an entity is listed in response to item 1 above, it should <u>not</u> be listed again below.

   **Check one of the following boxes and complete:**

☐ **No Other Entities With Interests Subject to Aggregation:** The Senior Claim Holder and/or its Designee(s) are not affiliated with any other entity that is entitled to receive New Common Stock in Tribune that would need to have its interest aggregated pursuant to the FCC's broadcast attribution rules.

☐ **Other Entities With Interests Subject to Aggregation:** The Senior Claim Holder and/or its Designee(s) are affiliated with the following other entities that are also entitled to receive New Common Stock in Tribune and whose interests must be aggregated pursuant to the FCC's broadcast attribution rules:

   a. _____
   b. _____
   c. _____
   d. _____
   e. _____
   f. _____
   g. _____
   h. _____
   i. _____
   j. _____

**PLEASE REPORT ANY ADDITIONAL ENTITIES WITH INTERESTS SUBJECT TO AGGREGATION ON A SEPARATE ATTACHMENT.**

<u>**SECTION II: FOREIGN OWNERSHIP**</u>

**\*\*ALL SENIOR CLAIM HOLDERS (AND/OR THEIR DESIGNEES) MUST COMPLETE <u>EITHER</u> QUESTION 1 OR QUESTION 2 OF THIS SECTION.**

1. **Individual Foreign Ownership Certification**

    This Foreign Ownership Certification is being made pursuant to the DCL Plan on behalf of _____, the holder of a Senior Loan Claim and/or Senior Guaranty Claim, and/or the following Designee(s) of such Holder _____ ("Senior Claim Holder/Designee").

    a. **If in Section I (Preliminary Information), Question 2, above, the Senior Claim Holder has (i) not specified any Designee, or (ii) has specified only one Designee to receive all of the distribution to which it is entitled, complete the following, providing information for the Senior Claim Holder (in the event that no Designee has been specified) or the Designee, as applicable:**

        i. **State or Country of Incorporation/Organization** – The Senior Claim Holder/Designee is organized under the laws of:

    ☐ State or territory of the United States: _____.

    ☐ Other: _____.

    *If your answer is "Other," you may skip the remainder of this question, because entities organized under the laws of a country other than the United States will be deemed to be 100% foreign for purposes of the FCC's foreign ownership limitations.*

        ii. **Foreign Equity and Voting Percentages** – Complete one of the following:

    ☐ Foreign entities or foreign individuals hold, in the aggregate, the percentages of equity and voting interests in the Senior Claim Holder/Designee reported below.

    Foreign Equity Percentage: _____%

    Foreign Voting Percentage: _____%.

    ☐ I am unable to certify the exact percentage of the foreign equity interest and/or the foreign voting interest in the Senior Claim Holder/Designee; however, I hereby certify that the aggregate percentage(s) of such foreign interests are no higher than the maximum percentage(s) reported below:

    Maximum Foreign Equity Percentage: _____%

    Maximum Foreign Voting Percentage: _____%.

    ☐ I am unable to certify\*\* the percentage of the foreign equity interest and/or foreign voting interest in the Senior Claim Holder/Designee.

    \*\*If a Senior Claim Holder/Designee is unable to certify its foreign equity and foreign voting interests, such interests will be deemed to be 100% foreign for purposes of determining the number of shares of New Common Stock and New Warrants that the Senior Claim Holder/Designee will receive upon Tribune's emergence from bankruptcy.

    *If you have completed subsection a. of this Question 1, you should not complete subsection b. or Question 2 of this section, and should proceed to Section III (Certification).*

b.     **If in Section I (Preliminary Information), Question 2, above, the Senior Claim Holder has (i) specified a single Designee but such Designee will receive less than the total distribution to which the Senior Claim Holder is entitled (*i.e.*, the Senior Claim Holder itself will receive some portion of such distribution notwithstanding the designation), or (ii) specified multiple Designees to receive distributions, complete the table below. Information for the Senior Claim Holder must be supplied only if the Senior Claim Holder itself will receive some portion of the distribution notwithstanding its designation.**

|  | Senior Claim Holder (if receiving partial distribution) | Designee 1 | Designee 2 (if any) | Designee 3 (if any) |
|---|---|---|---|---|
| Name |  |  |  |  |
| State or Country of Incorporation/Organization** |  |  |  |  |
| Foreign Equity Percentage |  |  |  |  |
| Foreign Voting Percentage |  |  |  |  |
| OR |  |  |  |  |
| Maximum Foreign Equity Percentage |  |  |  |  |
| Maximum Foreign Voting Percentage |  |  |  |  |
| Unable to Certify*** |  |  |  |  |

**If an entity is organized under the laws of a country other than the United States, you need not supply foreign equity or voting percentages, because such entities will be deemed to be 100% foreign for purposes of the FCC's foreign ownership limitations.

*** If a Senior Claim Holder/Designee is unable to certify its foreign equity and foreign voting interests, such interests will be deemed to be 100% foreign for purposes of determining the number of shares of New Common Stock and New Warrants that the Senior Claim Holder/Designee will receive upon Tribune's emergence from bankruptcy.

2. **Consolidated Foreign Ownership Certification**

    This Foreign Ownership Certification is being made pursuant to the DCL Plan on behalf of (a) the following Holder(s) of Senior Loan Claims and/or Senior Guaranty Claims and/or their Designee(s) ("Senior Claim Holders/Designee(s)"):

    _____
    _____
    _____
    _____
    _____

    and (b) the following parent entity or affiliated investment manager of each of the above-listed Senior Claim Holders/Designees ("Certifying Parent"):

    _____

    Certifying Parent certifies that (a) Certifying Parent directly or indirectly controls each of the Senior Claim Holders/Designee(s); (b) for purposes of the assessment of Tribune's compliance with Section 310(b) of the Communications Act, the consolidated information provided below has been aggregated in accordance with the rules and policies of the FCC; and (c) Certifying Parent will ensure that New Common Stock and New Warrants will be held directly or indirectly by Senior Claim Holders/Designee(s) indicated on this certification in accordance with their respective claims and that the distribution of New Common Stock and New Warrants among the members of the consolidated certification group will not cause the aggregate foreign ownership and foreign voting rights of the consolidated certification group to exceed the aggregate foreign ownership and voting percentages certified below for the consolidated certification group.

☐     Foreign entities or foreign individuals hold, in the aggregate, the percentages of equity and voting interests in the consolidated certification group reported below.

         Foreign Equity Percentage: _____%

         Foreign Voting Percentage: _____%.

☐     I am unable to certify the exact percentage of the foreign equity interest and/or the foreign voting interest in the consolidated certification group; however, I hereby certify that the aggregate percentage(s) of such foreign interests are no higher than the maximum percentage(s) reported below:

         Maximum Foreign Equity Percentage: _____%

         Maximum Foreign Voting Percentage: _____%.

☐     I am unable to certify\*\* the percentage of the foreign equity interest and/or foreign voting interest in the consolidated certification group.

\*\*If a consolidated certification group is unable to certify its foreign equity or voting interests, such interests will be deemed to be 100% foreign for purposes of determining the number of shares of New Common Stock and New Warrants that the members of the group will receive upon Tribune's emergence from bankruptcy.

*The Foreign Equity Percentages and Foreign Voting Percentages for each individual member of the consolidated certification group must be set forth in subsections a. and/or b. below.*

     **a.**     **If in Section I (Preliminary Information), Question 2, above, a Senior Claim Holder covered by this consolidated certification (i) has not specified any Designee, or (ii) has specified only one Designee to receive all of the distribution to which it is entitled, complete the following, providing information for each Senior Claim Holder (in the event that no Designee has been specified) or Designee, as applicable:**

|  | Senior Claim Holder (or Designee) 1 | Senior Claim Holder (or Designee) 2 | Senior Claim Holder (or Designee) 3 |
|---|---|---|---|
| Name |  |  |  |
| State or Country of Incorporation/Organization\*\* |  |  |  |
| Foreign Equity Percentage |  |  |  |
| Foreign Voting Percentage |  |  |  |
| OR |  |  |  |
| Maximum Foreign Equity Percentage |  |  |  |
| Maximum Foreign Voting Percentage |  |  |  |
| Unable to Certify\*\*\* |  |  |  |

\*\*If an entity is organized under the laws of a country other than the United States, you need not supply foreign equity or voting percentages, because such entities will be deemed to be 100% foreign for purposes of the FCC's foreign ownership limitations.

\*\*\* If a Senior Claim Holder/Designee is unable to certify its foreign equity and foreign voting interests, such interests will be deemed to be 100% foreign for purposes of determining the number of shares of New Common Stock and New Warrants that the Senior Claim Holder/Designee will receive upon Tribune's emergence from bankruptcy.

*If you have completed subsection a. of this Question 2 you should complete subsection b. only if one or more Senior Claim Holders covered by this consolidated certification has (i) specified a single Designee but such Designee will receive less than the total distribution to which the Senior Claim Holder(s) is/are entitled, or (ii) specified multiple Designees to receive distributions. If you are not completing subsection b., you should proceed to the next section of this form.*

**PLEASE REPORT ANY ADDITIONAL SENIOR CLAIM HOLDERS OR DESIGNEES ON A SEPARATE ATTACHMENT.**

b. If in Section I (Preliminary Information), Question 2, above, one or more Senior Claim Holders covered by this consolidated certification has (i) specified a single Designee but such Designee will receive less than the total distribution to which the Senior Claim Holder(s) is/are entitled (*i.e.*, a Claim Holder will receive some portion of such distribution notwithstanding the designation), or (ii) specified multiple Designees to receive distributions, complete the table below. Information for Senior Claim Holder(s) must be supplied only if a Senior Claim Holder itself will receive some portion of the distribution notwithstanding its designation.

|  | Senior Claim Holder 1 (if receiving partial distribution) | Senior Claim Holder 2 (if receiving partial distribution) | Senior Claim Holder 3 (if receiving partial distribution) | Designee 1 | Designee 2 (if any) | Designee 3 (if any) |
|---|---|---|---|---|---|---|
| **Name** |  |  |  |  |  |  |
| **Senior Claim Holder 1 Name:** | N/A | N/A | N/A |  |  |  |
| **Senior Claim Holder 2 (if any) Name:** | N/A | N/A | N/A |  |  |  |
| **Senior Claim Holder 3 (if any) Name:** | N/A | N/A | N/A |  |  |  |
| **State or Country of Incorporation/Organization**\*\* |  |  |  |  |  |  |
| **Foreign Equity Percentage** |  |  |  |  |  |  |
| **Foreign Voting Percentage** |  |  |  |  |  |  |
| OR |  |  |  |  |  |  |
| **Maximum Foreign Equity Percentage** |  |  |  |  |  |  |
| **Maximum Foreign Voting Percentage** |  |  |  |  |  |  |
| **Unable to Certify**\*\*\* |  |  |  |  |  |  |

\*\*If an entity is organized under the laws of a country other than the United States, you need not supply foreign equity or voting percentages, because such entities will be deemed to be 100% foreign for purposes of the FCC's foreign ownership limitations.

\*\*\* If a Senior Claim Holder/Designee is unable to certify its foreign equity or voting interests, such interests will be deemed to be 100% foreign for purposes of determining the number of shares of New Common Stock and New Warrants that the Senior Claim Holder/Designee will receive upon Tribune's emergence from bankruptcy.

**PLEASE REPORT ANY ADDITIONAL SENIOR CLAIM HOLDERS OR DESIGNEES ON A SEPARATE ATTACHMENT.**

## SECTION III: CERTIFICATION

**ALL SENIOR CLAIM HOLDERS RECEIVING THIS FORM MUST COMPLETE THIS SECTION.**

By the signature below, the undersigned (a) certifies that he/she is authorized by the Senior Claim Holder(s) and/or their Designee(s) to submit this Foreign Ownership Certification Form, and (b) certifies individually and on behalf of the Senior Claim Holder(s) and/or their Designee(s) and any Certifying Parent identified herein that the information provided herein is accurate and complete to the best of his or her knowledge and that all relevant determinations were made in compliance with the FCC's rules, regulations and policies.

Signed _____

Name/Title: _____

Senior Claim Holder: _____

Address: _____

Name of Parent Company or Controlling Entity (if any):
_____

Address: _____

Date: _____

THIS FORM MUST BE COMPLETED AND RETURNED TO THE CERTIFICATION AGENT SO THAT IT IS ACTUALLY RECEIVED BY THE CERTIFICATION AGENT BY [●].

THE INFORMATION PROVIDED HEREIN MUST BE UPDATED PURSUANT TO THE PROCEDURES AND BY THE APPLICABLE DEADLINES ESTABLISHED BY THE BANKRUPTCY COURT.

## ATTACHMENT A
## FCC FOREIGN OWNERSHIP BACKGROUND MATERIALS

THE ATTACHED FOREIGN OWNERSHIP MEMORANDUM MAY BE USEFUL TO PARTIES IN MAKING THE FOREIGN OWNERSHIP CERTIFICATION REQUIRED FOR EACH CLAIM HOLDER ELIGIBLE TO RECEIVE NEW COMMON STOCK PURSUANT TO THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO, GORDON & CO., L.P., AND JPMORGAN CHASE BANK, N.A. GIVEN THE COMPLEXITIES OF THE FCC'S FOREIGN OWNERSHIP RESTRICTIONS AND POLICIES, INDIVIDUAL CLAIM HOLDERS AND CERTIFYING PARENTS ARE ENCOURAGED TO CONSULT THEIR OWN ADVISORS CONCERNING THE COMPLETION OF THE FOREIGN OWNERSHIP CERTIFICATION.

## MEMORANDUM CONCERNING THE FCC'S FOREIGN OWNERSHIP RESTRICTIONS AND METHODS FOR FOREIGN OWNERSHIP CALCULATIONS

The following information concerning the foreign ownership restrictions administered by the Federal Communications Commission ("FCC") is provided to assist each Holder of a Senior Loan Claim and/or Senior Guaranty Claim or Senior Noteholder Claim eligible to receive New Common Stock in Tribune pursuant to the DCL Plan (a "Claim Holder") and each Certifying Parent, as applicable, in preparing its "Foreign Ownership Certification" as required pursuant to the Fourth Amended Joint Plan of Reorganization for Tribune Company ("Tribune") and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. This memorandum provides a general explanation of the FCC's foreign ownership restrictions and policies as well as the methods the agency uses to calculate foreign ownership levels in broadcast companies. Foreign ownership issues vary from case to case and are often fact-dependent. Accordingly, as the FCC expressly has stated, no set of guidelines will provide specific answers to every foreign ownership scenario. Given the complexities of the FCC's foreign ownership restrictions and policies, individual Claim Holders and Certifying Parents are encouraged to consult their own advisors concerning the completion of the Certification.

### The Foreign Ownership Restrictions

- Section 310 of the Communications Act of 1934, as amended (the "Act"), restricts foreign ownership of any entity licensed by the FCC to provide broadcast and certain other services. 47 U.S.C. § 310. Among other prohibitions, foreign individuals and foreign companies generally may not have direct or indirect ownership or voting rights totaling more than 25% in a corporation that controls the licensee of a television or radio broadcast station.

- Under the Act, Tribune's deemed percentages of foreign ownership and foreign voting rights will depend on the citizenship of its individual stockholders and upon the percentage of direct and indirect foreign ownership and voting rights in those Tribune stockholders that are entities.

- The Act gives the FCC some flexibility to waive the 25% foreign ownership cap, but the agency has done so very rarely with respect to broadcast licenses. Accordingly, Tribune intends to remain in compliance with the 25% cap upon its emergence from bankruptcy.

### Calculating Foreign Ownership

**Non-U.S. Entities:**

- <u>All</u> entities organized outside of the United States, including without limitation foreign corporations, limited liability companies, limited partnerships, and foreign banks, are considered 100% foreign, even if they have U.S. investors. By way of example, the interest held by a company organized under the laws of the Cayman Islands will be considered as 100% foreign in equity and in voting, even if it is owned by a U.S. entity and has U.S. individuals as officers and directors.

**Holding Companies/Subsidiaries:**

- The FCC will take into account both direct and indirect ownership interests. A foreign individual or company cannot avoid the statutory limits simply by using a U.S. entity as the vehicle for holding an interest in a broadcast licensee.

- Similarly, the interest of a U.S. entity that invests in an FCC licensee through a foreign subsidiary (directly or indirectly) will be considered foreign.

**Interests Considered:**

- To assess compliance, the FCC examines both voting and equity interests.

- Although the statutory language applies the 25% limitation to "corporations," the statute defines "corporation" to include any form of business organization, and the FCC has adopted policies to apply those limitations to interests held in or through other entities, such as limited partnerships and LLCs.

**Equity and Voting Calculated Separately:**

- Determining compliance requires a two-pronged analysis, one pertaining to foreign *equity* interests and one to foreign *voting* interests.

- Equity and voting interests must be calculated separately, and both must comply with the statutory cap.

- Ownership and voting interests that cannot be identified should be treated as foreign interests.

**Aggregation of Interests:**

- The holdings of all foreign investors, whether direct or indirect, are aggregated to determine whether the sum of the interests in the FCC licensee exceeds the statutory benchmarks.

**Indirect Interests/Use of Multiplier:**

- To calculate the level of foreign equity ownership held through intervening U.S. entities, a "multiplier" may be used. For example, a U.S. corporation that has 10% foreign ownership and that, in turn, owns 20% of a broadcast licensee, would be deemed to contribute 2% (10% x 20%) to the aggregate foreign ownership of the broadcast licensee.

- When determining the level of indirect foreign *voting* interests, however, an investor holding in excess of 50% of the vote in an intervening entity is not given the benefit of the multiplier to dilute the percentage of its voting power. Instead, the voting interest of the entity it controls flows, in whole, to the next tier.

- When calculating indirect *equity* interests, the multiplier generally may be used regardless of the amount of equity an investor holds.

**Partnerships and LLCs:**

- The FCC examines both general and limited partnership interests (and both managing and non-managing LLC interests).

- The FCC calculates compliance with foreign equity ownership limitations based on capital contributions of the partners for their partnership interests (or LLC members for LLC membership interests).

- The calculation for foreign voting rights in limited partnerships and LLCs differs based on whether a member or limited partner is "insulated" under FCC criteria. For purposes of this response, a limited partner or LLC member is considered to be "insulated" if the organizational documents of the limited partnership or LLC provide that the limited partner or LLC member will *not*:

- directly or through its directors, officers, or partners, act as an employee of the LLC/limited partnership if such functions, directly or indirectly, relate to the media enterprises of the LLC/limited partnership;

- serve in any material capacity as an independent contractor or agent with respect to the LLC/limited partnership's media enterprises;

- communicate with the LLC/limited partnership or the LLC/limited partnership's managing board on matters pertaining to the day-to-day operations of the LLC/limited partnership's business;

- vote to admit new members of the LLC/limited partnership, unless the admission can be vetoed by the general partner(s) of the limited partnership or the managing board or managing member of the LLC;

- participate in any vote on the removal of any member of the LLC or any general partner of the limited partnership, unless such LLC member or general partner is (i) subject to bankruptcy proceedings, (ii) is adjudicated incompetent by a court of competent jurisdiction, or (iii) is removed for cause, as determined by an independent party;

- perform any services for the LLC/limited partnership that materially relate to its media activities; or

- become actively involved in the management or operation of the LLC/limited partnership's media businesses.

- For a limited partnership with insulated limited partners, the percentage of foreign voting rights for the limited partnership generally will be the percentage of foreign voting rights in the general partner(s). If the limited partnership has non-insulated limited partners in which foreign parties hold voting rights, those foreign voting rights also need to be included in the computation if they would increase the foreign voting percentage.

- For an LLC with non-insulated members, the percentage of foreign voting rights for the LLC generally will be the percentage of foreign voting rights for the member(s) that have voting rights under the LLC operating agreement (and, consequently, are not "insulated"). If the LLC has non-insulated LLC members in which foreign parties hold voting rights, those foreign voting rights also need to be included in the computation if they would increase the foreign voting percentage.

- The following partnerships and LLCs should be reported as having 100% foreign voting rights:

    - Any general partnership in which any partner is a foreign person or entity or a U.S. entity that is controlled, directly or indirectly, by one or more foreign persons or entities;

    - Any limited partnership or LLC that is directly or indirectly controlled by one or more foreign persons or entities (including an entity organized under foreign law, even if that foreign entity is controlled by U.S. persons); and

    - Any limited partnership or LLC in which a general partner, any non-insulated limited partner or any non-insulated LLC member is a non-U.S. citizen, a foreign government, a corporation or partnership organized under the laws of a foreign country, or the representative of any of the foregoing (including any entity controlled by one of the foregoing).

**Multiple Classes of Stock:**

- In situations involving multiple classes of corporate stock or partnership/LLC interests, the FCC will take into account the relative value of each class to calculate foreign equity ownership.

- In the corporate context, the FCC has permitted calculations based on the capital contributions from the sale of shares for each class as well as the current trading value of each class in determining the respective weight to be given to various classes.

**Public Corporations:**

- The FCC has acknowledged the difficulties inherent in determining the percentage of foreign ownership represented by foreign shareholders in publicly traded companies. Nevertheless, the FCC requires that public corporations must ascertain their foreign ownership by a reasonable method and must be able to certify their compliance with the foreign ownership cap.

- The FCC has permitted corporations and other licensees with widely held securities to use random surveys to collect citizenship information from stockholders to demonstrate compliance with the 25% ceilings for foreign equity ownership and foreign voting rights, if the applicant did not have a simpler means to make the determination.

**Consolidated Certifications:**

- A parent company that controls multiple Claim Holders and elects to make a Consolidated Certification certifies that it has computed foreign ownership and foreign voting percentages for the Claim Holders covered by the certification in accordance with FCC's rules and policies, that it has aggregated the data in compliance with those rules and policies, that it will ensure that New Common Stock and New Warrants will be held by individual Claim Holders in accordance with their respective claims, and that the cumulative effect of New Common Stock and New Warrants holdings by the individual Claim Holders upon the aggregate foreign ownership and voting percentages of Reorganized Tribune will be no greater than that reflected in the aggregate foreign ownership and voting percentages in the Consolidated Certification.

- In aggregating the data of commonly controlled Claim Holders for a Consolidated Certification, the Certifying Parent will need to treat any included Claim Holder with more than 50% foreign voting rights as being entirely foreign controlled – that is, as having 100% foreign voting rights.

- In computing the "Maximum Foreign Equity Percentage" and "Maximum Foreign Voting Percentage," where applicable, the certifying parent will need to treat as foreign any included investor whose citizenship is unknown.

- Computations for a Consolidated Certification will need to take into account the relative amount of the Claim of each of the Claim Holders for which the Consolidated Certification is supplied.

Additional information on determining foreign ownership and foreign voting rights percentages may be found in the instructions to FCC Form 314 ("Applications for Consent to Assignment of Broadcast Station Construction Permit or License"), Section III, Subpart G ("Item 9: Alien Ownership and Control"), page 9, which may be accessed at: http://www.fcc.gov/Forms/Form314/314.pdf.