# EXHIBIT A

# JONES DAY

Plan of Reorganization Matters          Page 1

| 01/03/12 | B B ERENS | 1.00 | 825.00 |

Telephone call with Sidley regarding scheduling for confirmation process (.40); review documents from Sidley regarding same for upcoming hearing (.40); prepare regarding same (.20).

| 01/11/12 | B B ERENS | 0.40 | 330.00 |

Communicate with Heiman and Shapiro regarding Liebentritt memorandum.

| 01/11/12 | D G HEIMAN | 1.00 | 975.00 |

Review Liebentritt memorandum (.60); conference with Erens and Shapiro regarding same (.40).

| 01/17/12 | B B ERENS | 0.20 | 165.00 |

Telephone call with Sidley regarding status of confirmation process.

| 01/23/12 | B B ERENS | 0.30 | 247.50 |

Review docket items regarding confirmation process.

| 01/23/12 | A C FARRINGTON | 0.60 | 165.00 |

Review, update and distribute the internal court docket update of Tribune, with copies of certain pleadings.

| 01/25/12 | B B ERENS | 0.20 | 165.00 |

Review docket items regarding confirmation process.

| 01/26/12 | B B ERENS | 1.20 | 990.00 |

Review filings regarding confirmation process and scheduling, including court orders (1.00); update Heiman and Sherman regarding same (.20).

| 01/26/12 | A C FARRINGTON | 0.40 | 110.00 |

Review, update and distribute the internal court docket update of Tribune, with copies of certain pleadings.

| 02/01/12 | B B ERENS | 1.30 | 1,072.50 |

Docket review for pleadings regarding confirmation process.

| 02/01/12 | A C FARRINGTON | 0.80 | 220.00 |

Review, update and distribute the internal court docket update of Tribune, with copies of certain pleadings.

| 02/08/12 | B B ERENS | 0.20 | 165.00 |

Review docket entries regarding confirmation process.

| 02/09/12 | B B ERENS | 0.20 | 165.00 |

Review docket entries regarding confirmation process and discovery.

| 02/21/12 | B B ERENS | 0.20 | 165.00 |

Review new plan related filings.

| 02/22/12 | B B ERENS | 1.30 | 1,072.50 |

Review plan related filings.

| 02/22/12 | A C FARRINGTON | 0.50 | 137.50 |

Review, update and distribute the internal court docket update of Tribune.

| 02/23/12 | B B ERENS | 1.30 | 1,072.50 |

Review plan related filings.

| 02/26/12 | B B ERENS | 0.50 | 412.50 |

Review allocation pleadings.

| 02/27/12 | B B ERENS | 2.30 | 1,897.50 |

Review allocation pleadings.

| 02/29/12 | B B ERENS | 0.50 | 412.50 |

Telephone call with Boelter regarding outstanding issues regarding confirmation process and next steps regarding same.

| **TOTAL** | | 14.40 | USD | 10,765.00 |

# JONES DAY

| Court Hearings | | | Page 1 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 01/04/12 | B B ERENS | 0.30 | | 247.50 |
| | Read materials for January 11 hearing regarding confirmation process. | | | |
| 01/09/12 | B B ERENS | 0.30 | | 247.50 |
| | Review docket entries regarding January 11 hearing regarding confirmation process. | | | |
| 01/10/12 | B B ERENS | 0.80 | | 660.00 |
| | Review materials for January 11 hearing regarding confirmation process. | | | |
| 01/11/12 | B B ERENS | 3.30 | | 2,722.50 |
| | Review pleadings for January 11 hearing regarding confirmation process (1.10); hearing regarding the same (1.70); voicemails to Heiman regarding same (.30); and review notes regarding same (.20). | | | |
| 01/12/12 | B B ERENS | 0.50 | | 412.50 |
| | Follow up e-mails and docket entries regarding January 11 confirmation hearing. | | | |
| 02/01/12 | AK DENTON | 0.30 | | 75.00 |
| | Communicate with Hoffmann regarding Feb 2 hearing (.10); communicate with CourtCall representative regarding same (.20). | | | |
| 02/02/12 | B B ERENS | 1.00 | | 825.00 |
| | Telephonic hearing regarding stay of litigation against employees and officers (.80); telephone calls with Hoffmann regarding the same (.20). | | | |
| 02/02/12 | T HOFFMANN | 2.20 | | 1,375.00 |
| | Review materials relating to February 2, 2012 hearing (.50); attend hearing via telephone (1.50); communicate with Erens regarding same (.20). | | | |
| 02/28/12 | B B ERENS | 1.80 | | 1,485.00 |
| | Finalize review of allocation pleadings (.60); participate in court status call regarding same (1.00); telephone call with Friedman regarding legal issues regarding same (.20). | | | |
| **TOTAL** | | **10.50** | **USD** | **8,050.00** |

# JONES DAY

| | | | |
|---|---|---|---|
| 01/09/12 | AK DENTON | 1.00 | 250.00 |

Review and revise November 2011 fee application (.50); prepare draft exhibits (.30); communicate with Tiller regarding same (.10); communicate with Tiller and Erens regarding 12th quarterly fee application (.10).

| | | | |
|---|---|---|---|
| 01/09/12 | J M TILLER | 2.50 | 1,375.00 |

Review, draft section of and edit 15th fee application (2.30); communicate with Denton regarding same (.20).

| | | | |
|---|---|---|---|
| 01/11/12 | AK DENTON | 2.50 | 625.00 |

Communicate with Tiller regarding November 2011 fee application (.20); review and revise fee application (.20); communicate with Erens regarding same (.10); draft and revise fifth Special Committee interim fee application (1.50); communicate with Ratkowiak regarding same (.20); communicate with Tiller regarding same (.20); communicate with Erens regarding same (.10).

| | | | |
|---|---|---|---|
| 01/11/12 | B B ERENS | 0.30 | 247.50 |

Review and revise November fee application (.10); communicate with Denton regarding same (.20).

| | | | |
|---|---|---|---|
| 01/12/12 | AK DENTON | 0.60 | 150.00 |

Update electronic files regarding November 2011 filed fee application (.20); communicate with fee auditor regarding same (.20); communicate with Erens regarding fifth interim fee application (.20).

| | | | |
|---|---|---|---|
| 01/12/12 | B B ERENS | 0.70 | 577.50 |

Review and revise bankruptcy fee applications (.50); communicate with Denton regarding interim fee application (.20).

| | | | |
|---|---|---|---|
| 01/12/12 | J M TILLER | 2.00 | 1,100.00 |

Review and edit 5th interim fee application (1.90); communicate with Denton regarding same (.10).

| | | | |
|---|---|---|---|
| 01/13/12 | AK DENTON | 0.50 | 125.00 |

Revise fifth interim fee application (.20); update electronic files (.10); communicate with Ratkowiak (Cole Schotz) regarding e-filing same (.20).

| | | | |
|---|---|---|---|
| 01/24/12 | AK DENTON | 1.10 | 275.00 |

Review and revise December 2011 bill (.40); prepare draft fee application and exhibits for Tiller review (.30); communicate with Tiller regarding same (.20); communicate with Erens regarding same (.20).

| | | | |
|---|---|---|---|
| 01/24/12 | J M TILLER | 2.00 | 1,100.00 |

Draft work summaries for 16th fee application (.60); review application (1.20); communicate with Denton regarding same (.20).

| | | | |
|---|---|---|---|
| 01/25/12 | AK DENTON | 0.70 | 175.00 |

Finalize December 2011 bill (.20); prepare electronic fee application files for e-filing (.30); communicate with Ratkowiak (Cole Schotz) regarding same (.20).

| | | | |
|---|---|---|---|
| 01/25/12 | B B ERENS | 0.30 | 247.50 |

Review and revise December fee application.

| | | | |
|---|---|---|---|
| 01/26/12 | AK DENTON | 0.30 | 75.00 |

Update electronic files regarding December 2011 fee application (.10); communicate with fee auditor representative regarding same (.20).

| | | | |
|---|---|---|---|
| 01/26/12 | B B ERENS | 0.80 | 660.00 |

Review fee auditor materials and telephone call with fee auditor regarding upcoming hearings special committee issues.

| | | | |
|---|---|---|---|
| 02/03/12 | T HOFFMANN | 1.00 | 625.00 |

Review and analyze fee examiner report with respect to certain expenses (.80); communicate with Erens regarding potential response (.20).

| | | | |
|---|---|---|---|
| 02/07/12 | AK DENTON | 2.40 | 600.00 |

Review fee auditor's report regarding first interim fee application (.20); communicate with Hoffmann regarding same (.20); review 1st, 2nd and 3rd monthly fee application detail regarding expenses (.50); communicate with financial services and Martinez, Stano and Soffer regarding same (.50); review and analyze data regarding expenses and fee auditor's guidelines (1.00).

# JONES DAY

| Fee Applications/Retention Preparation | | | Page 2 |
|---|---|---|---|

| 02/07/12 | B B ERENS | 0.20 | 165.00 |
|---|---|---|---|
| | Respond to fee auditor request regarding final report on first interim fee application. | | |
| 02/08/12 | AK DENTON | 2.20 | 550.00 |
| | Review back up materials regarding expenses from 1st interim fee application (.70); communicate with Jenkins, Stano, Martinez, and Phillips regarding same (.50); draft and revise e-mail to Hoffmann regarding results of research (.80); communicate with Hoffmann regarding same (.20). | | |
| 02/13/12 | B B ERENS | 0.20 | 165.00 |
| | Finalize fee auditor response with Hoffmann for first interim application. | | |
| 02/13/12 | T HOFFMANN | 2.60 | 1,625.00 |
| | Review and analyze fee examiner report (.20); communicate with Erens regarding same (.20); prepare response to fee examiner's report and review related source materials (2.00); communicate with Theil (fee examiner) regarding response (.20). | | |
| 02/16/12 | AK DENTON | 0.20 | 50.00 |
| | Review fee auditor's report regarding first interim fee application and transmit to Erens, Hoffmann, and Tiller. | | |

| **TOTAL** | | **24.10** | **USD** | **10,762.50** |
|---|---|---|---|---|

**JONES DAY**

| Bankruptcy Travel | | | Page 1 |
|---|---|---|---|

| 01/11/12 | B B ERENS | 2.00 | | 825.00 |
|---|---|---|---|---|
| | Travel to and from Delaware court hearing regarding the confirmation process. | | | |
| **TOTAL** | | **2.00** | **USD** | **825.00** |

# **<u>EXHIBIT B</u>**

# JONES DAY

Plan of Reorganization Matters

## DISBURSEMENT DETAIL - February 29, 2012

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **AIR FARE** | | | | |
| 01/31/12 | B B ERENS | CHI | 570.80 | |
| | Airfare travel to Delaware, PA for court hearing. 11-Jan-2012 | | | |
| | **Air Fare Subtotal** | | | **570.80** |
| **COMPUTERIZED RESEARCH SERVICES** | | | | |
| 02/14/12 | CHI ACCOUNTING | CHI | 66.00 | |
| | Computerized research services - US Courts AO - Pacer Service Center 10/1/11 - 12/31/11 | | | |
| | **Computerized research services Subtotal** | | | **66.00** |
| **FOOD AND BEVERAGE EXPENSES** | | | | |
| 01/12/12 | B B ERENS | CHI | 64.80 | |
| | Food and beverage expenses dinner; travel to Delaware for hearing. 13-Dec-2011 | | | |
| 01/12/12 | B B ERENS | CHI | 27.00 | |
| | Food and beverage expenses breakfast; travel to Delaware for hearing. 14-Dec-2011 | | | |
| | **Food and beverage expenses Subtotal** | | | **91.80** |
| **HOTEL CHARGES** | | | | |
| 01/12/12 | B B ERENS | CHI | 394.90 | |
| | Hotel charges; travel to Delaware for hearing. 13-Dec-2011 to 14-Dec-2011 1 nights | | | |
| | **Hotel charges Subtotal** | | | **394.90** |
| **IMAGING SERVICES** | | | | |
| 01/30/12 | L M MARVIN | NYC | 183.30 | |
| | Imaging services - Alpha Systems December 2011 e-direct hosting | | | |
| 01/30/12 | L M MARVIN | NYC | 77.79 | |
| | Imaging services - Alpha Systems December 2011 e-direct hosting | | | |
| | **Imaging services Subtotal** | | | **261.09** |
| **LOCAL PARKING CHARGES** | | | | |
| 01/12/12 | B B ERENS | CHI | 62.00 | |
| | Local parking charges; travel to Delaware for hearing. 12-Dec-2011 | | | |
| 01/31/12 | B B ERENS | CHI | 23.00 | |
| | Local parking charges travel to Delaware, PA for court hearing. 11-Jan-2012 | | | |
| | **Local parking charges Subtotal** | | | **85.00** |
| **LONG DISTANCE CHARGES** | | | | |
| 02/16/12 | B B ERENS | CHI | 1.50 | |
| | Long distance charges 26-Jan-2012 | | | |
| 02/16/12 | B B ERENS | CHI | 3.60 | |
| | Long distance charges 05-Jan-2012 | | | |
| 02/28/12 | D G HEIMAN | CLE | 1.05 | |
| | Long distance charges 14-Dec-2011 | | | |
| 02/28/12 | D G HEIMAN | CLE | 1.50 | |
| | Long distance charges 13-Dec-2011 | | | |
| 02/28/12 | D G HEIMAN | CLE | (3.45) | |
| | Long distance charges 30-Nov-2011 | | | |
| 02/28/12 | D G HEIMAN | CLE | 3.45 | |
| | Long distance charges 30-Nov-2011 | | | |
| | **Long distance charges Subtotal** | | | **7.65** |

# JONES DAY

Special Committee of the Board of Directors of | Page 2

**MILEAGE EXPENSES**

| | | | |
|---|---|---|---|
| 01/31/12 | B B ERENS | CHI | 8.33 |

Mileage expenses travel to Delaware, PA for court hearing. 11-Jan-2012 15.00 Miles @ Rate .555

| | | | |
|---|---|---|---|
| 01/31/12 | B B ERENS | CHI | 8.33 |

Mileage expenses travel to Delaware, PA for court hearing. 11-Jan-2012 15.00 Miles @ Rate .555

| Mileage expenses Subtotal | | | 16.66 |
|---|---|---|---|

**TAXI FARE**

| | | | |
|---|---|---|---|
| 01/12/12 | B B ERENS | CHI | 46.00 |

Taxi fare; travel to Delaware for hearing. 14-Dec-2011

| | | | |
|---|---|---|---|
| 01/31/12 | B B ERENS | CHI | 64.65 |

Taxi fare travel to Delaware, PA for court hearing. 11-Jan-2012

| | | | |
|---|---|---|---|
| 01/31/12 | B B ERENS | CHI | 89.60 |

Taxi fare travel to Delaware, PA for court hearing. 11-Jan-2012

| Taxi Fare Subtotal | | | 200.25 |
|---|---|---|---|

**TRAIN FARE**

| | | | |
|---|---|---|---|
| 01/12/12 | B B ERENS | CHI | 168.00 |

Train fare; travel to Delaware for hearing. 13-Dec-2011

| Train Fare Subtotal | | | 168.00 |
|---|---|---|---|

| **Total** | | **USD** | **1,862.15 \*\*** |
|---|---|---|---|

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 91.80

| **Grand Total** | | **USD** | **1,862.15 \*\*** |
|---|---|---|---|

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 91.80

# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1.        I am a partner in the law firm of Jones Day.  I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.      I have read the Seventeenth Monthly Application of Jones Day for

Allowance of Compensation for and for Reimbursement of Expenses for Services Performed on

Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period

from January 1, 2012 Through February 29, 2012 (the "Application").

3.      A Jones Day attorney has reviewed the requirements of the Guidelines For

Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under

11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application

complies with the Guidelines and the Local Rules.


Dated:  April 13, 2012                  _____ */s/Brad B. Erens*_____
                                               Brad B. Erens


                            .