Case 08-13141-BLS    Doc 11382    Filed 04/13/12    Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: May 3, 2012 @ 4:00 p.m. |
| | | Hearing Date TBD |

## THIRTEENTH INTERIM FEE APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2011

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 13, 2009 nunc pro tunc December 8, 2008** |
| Application Period: | **December 1, 2011 through February 29, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$600,000.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$130.17** |
| Less: Amounts Paid to Date: | **($0.00)** |
| Net Amount of Compensation Requested: | **$600,130.17** |

This is a:  ___ monthly    _X_ interim    ___ final application.

**Summary of Fee Applications for Compensation Period**

| Date & Docket No. | Period Covered | Requested Fees (A) | Requested Expenses (B) | CNO Date & Docket No. | Approved Fees (C) | Approved Expenses (D) | Amounts Paid (E) | Amount Reqursted (A+B-E) |
|---|---|---|---|---|---|---|---|---|
| 02/08/12 [10873] | 12/01/11 through 12/31/11 | $200,000.00 | $116.43 | 03/01/12 [11058] | $0.00 | $0.00 | $0.00 | $200,116.43 |
| 03/15/12 [11159] | 01/01/12 through 01/31/12 | $200,000.00 | $0.00 | Objection Deadline 04/04/12 | $0.00 | $0.00 | $0.00 | $200,000.00 |
| 04/05/11 [11327] | 02/01/12 through 02/29/12 | $200,000.00 | $13.74 | Objection Deadline 04/25/12 | $0.00 | $0.00 | $0.00 | $200,013.74 |
| Totals | 12/01/11 through 02/29/12 | $600,000.00 | $130.17 | n/a | $0.00 | $0.00 | $0.00 | $600,013.17 |

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members (the "Administrative Order") entered by this Court on January 15, 2009 [Docket No. 225], Lazard Frères & Co. LLC, ("Lazard") hereby submits its twelfth interim (quarterly) fee application (the "Application") seeking (i) interim approval and allowance of the full amount of the fees and expenses requested in the above-referenced monthly fee applications for the period covering December 1, 2011 through February 29, 2012 (collectively, the "Fee Applications")[1], and (ii) authorization for Tribune Company and certain of its subsidiaries and affiliates (collectively, the 'Debtors") to pay the full amounts requested in the Fee Application, including the 20% holdback of fees provided for in the Administrative Order.

WHEREFORE, Lazard respectfully requests that the Court enter the attached order and grant such further relief as is just and proper.

---

[1] Each of the Fee Applications is incorporated by reference as if set forth herein.

Dated:     April 13, 2012
           New York, New York

                              LAZARD FRÈRES & CO. LLC

                              */s/ David S. Kurtz*
                              David S. Kurtz
                              Managing Director
                              Lazard Frères & Co. LLC
                              30 Rockefeller Plaza, 61st Floor
                              New York, NY  10020
                              (212/632-6000)
                              Investment Banker and Financial Advisor
                              to the Debtors