# EXHIBIT A

LAW OFFICES
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER 45394
MATTER NUMBER 10164

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

JANUARY 31, 2012
INVOICE # 9221038

**FEE APPLICATION**

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2011 | | $ 797.50 |
| DISBURSEMENTS | | $0.00 |
| | TOTAL INVOICE | $ 797.50 |

Page 1

**LAW OFFICES**
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9221038

JANUARY 31, 2012

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2011

FEE APPLICATION                                                         MATTER NUMBER- 10164

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 12/12/2011 | MXP | 2.90 | { L140 } {A111} Reviewed invoices to prepare chart of September 2010 to Oct 2010 time for the Trustee (1.5); prepared redacted version of same (1.4). | 493.00 |
| 12/13/2011 | LSR | 0.20 | { L210 } {A103} Drafted email to fee examiner re time records. | 87.00 |
| 12/14/2011 | LSR | 0.50 | { L210 } {A104} Reviewed time records for turnover to fee examiner. | 217.50 |
|  |  | 3.60 | PROFESSIONAL SERVICES | $ 797.50 |

**INVOICE TOTAL**                                                                           $ 797.50


**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LANDON S. RAIFORD | .70 | 435.00 | 304.50 |
| MARC A. PATTERSON | 2.90 | 170.00 | 493.00 |
| TOTAL | 3.60 |  | $ 797.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                              Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10164

THE TRIBUNE COMPANY             FEBRUARY 29, 2012
435 NORTH MICHIGAN AVENUE     INVOICE # 9222816
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

**FEE APPLICATION**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2012 | $1,809.00 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $1,809.00 |

**REMITTANCE COPY**
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE      Federal Identification No. 36-2192554
2077843.1

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9222816

FEBRUARY 29, 2012

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2012

FEE APPLICATION

MATTER NUMBER- 10164

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/5/2012 | MXP | 0.80 | { L210 } {A103} Prepared exhibits for Jenner's monthly fee application. | 144.00 |
| 1/5/2012 | LSR | 0.60 | { L210 } {A103} Drafted September/October fee application. | 291.00 |
| 1/9/2012 | MXP | 1.70 | { L140 } {A111} Reviewed invoices to prepare Excel chart of December 2010 to March 2011 time for the Trustee (1.50); prepared redacted version of same (1.40). | 306.00 |
| 1/12/2012 | LSR | 1.00 | { L210 } {A103} Drafted Twelfth Quarterly Fee Application. | 485.00 |
| 1/13/2012 | LSR | 0.20 | { L210 } {A104} Edited Twelfth Quarterly Fee Application. | 97.00 |
| 1/19/2012 | MXP | 2.70 | { L140 } {A111} Reviewed invoices to prepare Excel chart of March 2011 to May 2011 time for the Trustee (1.30); prepared redacted version of same (1.40). | 486.00 |
| | | 7.00 | PROFESSIONAL SERVICES | $1,809.00 |

**INVOICE TOTAL** $1,809.00

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE
2077843.1

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LANDON S. RAIFORD | 1.80 | 485.00 | 873.00 |
| MARC A. PATTERSON | 5.20 | 180.00 | 936.00 |
| TOTAL | 7.00 | | $1,809.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER   10164

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

MARCH 31, 2012
INVOICE # 9225165

**FEE APPLICATION**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 29, 2012 | $ 560.00 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $ 560.00 |

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE    Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9225165

MARCH 31, 2012

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 29, 2012

FEE APPLICATION                                                                                 MATTER NUMBER- 10164

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 2/24/2012 | MXP | 2.00 | { L140 } {A111} Reviewed invoices to prepare excel chart of March 2011 to May 2011 time for the Trustee (1.1); redacted same for a redacted version (.9). | 360.00 |
| 2/28/2012 | DJB | 0.20 | { L190 } {A104} Updated disclosure affidavit. | 200.00 |
| | | 2.20 | PROFESSIONAL SERVICES | $ 560.00 |

**INVOICE TOTAL**                                                                                                       **$ 560.00**

SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | .20 | 1,000.00 | 200.00 |
| MARC A. PATTERSON | 2.00 | 180.00 | 360.00 |
| TOTAL | 2.20 | | $ 560.00 |