# EXHIBIT A

# FEE SUMMARY

14338693v.1

## SUMMARY OF PROFESSIONAL FEES
## FROM DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Edward Cerasia II | Partner<br>Labor & Employment<br>Admitted 1991 | $730/765.00 | 38.10 | $29,041.50 |
| Jeremy Sherman | Partner<br>Labor & Employment<br>Admitted 1976 | $695/725.00 | 25.10 | $17,693.50 |
| Camille Olson | Partner<br>Labor & Employment<br>Admitted 1983 | $690/720.00 | .80 | $561.00 |
| Kenneth Sulzer | Partner<br>Labor & Employment<br>Admitted 1985 | $705.00 | 3.20 | $2,256.00 |
| Timothy Haley | Partner<br>Labor & Employment<br>Admitted 1978 | $650/670.00 | 19.40 | $12,798.00 |
| Peter Miller | Partner<br>Employee Benefits<br>Admitted 1990 | $640.00 | 5.30 | $3,392.00 |
| Jason Lichter | Senior Counsel<br>Litigation<br>Admitted 2004 | $605.00 | 2.10 | $1,270.50 |
| Jon Meer | Partner<br>Labor & Employment<br>Admitted 1989 | $590.00 | .70 | $413.00 |
| Kristin Michaels | Partner<br>Labor & Employment<br>Admitted 1991 | $580/605.00 | 46.20 | $27,881.00 |
| Gerald Pauling II | Partner<br>Labor & Employment<br>Admitted 1992 | $595.00 | .20 | $119.00 |
| John Collins | Partner<br>Labor & Employment<br>Admitted 1980 | $570/580.00 | 12.10 | $7,008.00 |
| Dana Howells | Senior Counsel<br>Labor & Employment<br>Admitted 1982 | $565.00 | 3.80 | $2,147.00 |
| Ronald Kramer | Partner<br>Labor & Employment<br>Admitted 1992 | $540.00 | .30 | $162.00 |

| Timothy Hix | Partner<br>Labor & Employment<br>Admitted 1996 | $520.00 | 1.00 | $520.00 |
|---|---|---|---|---|
| Adam Greetis | Partner<br>Employee Benefits<br>Admitted 1996 | $510.00 | 26.80 | $13,668.00 |
| Pamela Devata | Partner<br>Labor & Employment<br>Admitted 2001 | $500.00 | .30 | $150.00 |
| Anjanette Cabrera | Associate<br>Labor & Employment<br>Admitted 2000 | $440/465.00 | 9.70 | $4,408.00 |
| Fazilla Issa | Senior Counsel<br>Labor & Employment<br>Admitted 2004 | $440.00 | 4.00 | $1,760.00 |
| Max Sank | Associate<br>Labor & Employment<br>Admitted 2000 | $410.00 | 2.20 | $902.00 |
| Jeremi Chylinksi | Associate<br>Labor & Employment<br>Admitted 2001 | $410.00 | 28.70 | $11,767.00 |
| Andrew Banas | Associate<br>Bankruptcy<br>Admitted 2005 | $400.00 | .60 | $240.00 |
| Natascha Riesco | Associate<br>Labor & Employment<br>Admitted 2007 | $390/400.00 | 23.70 | $9,255.00 |
| Allison Ianni | Associate<br>Labor & Employment<br>Admitted 2008 | $355/395.00 | 80.00 | $31,296.00 |
| Aaaron Warshaw | Associate<br>Labor & Employment<br>Admitted 2007 | $395.00 | 2.90 | $1,129.50 |
| John Downing | Associate<br>Employee Benefits<br>Admitted 2006 | $380.00 | .50 | $190.00 |
| Zachariah Robert | Associate<br>Employee Benefits<br>Admitted 2007 | $365.00 | 10.50 | $3,832.50 |
| Isabel Lazar | Associate<br>Labor & Employment<br>Admitted 2009 | $305.00 | 2.20 | $671.00 |
| Jennifer McManus | Paralegal<br>Bankruptcy<br>N/A | $275/290.00 | 19.50 | $5,619.00 |

| Alayna Balint | Paralegal<br>Labor & Employment<br>N/A | $240.00 | 3.80 | $912.00 |
|---|---|---|---|---|
| Rebecca Schley | IT Staff<br>N/A | $230.00 | 9.20 | $2,116.00 |
| Mark Keeton | IT Staff<br>N/A | $230.00 | 3.70 | $851.00 |
| Arthur Castillo | Paralegal<br>Corporate<br>N/A | $225.00 | 1.20 | $270.00 |
| Mia Truong | Paralegal<br>Litigation<br>N/A | $215.00 | 1.30 | $279.50 |
| Alice Shepro | Case Assistant<br>Bankruptcy<br>N/A | $105.00 | 8.60 | $903.00 |
|  |  |  | 397.70 | $195,482.00 |
| **Less Discount** |  |  |  | $19,548.20 |
|  |  |  |  | $175,933.80 |
| Lorraine O'Hara | Partner<br>Labor & Employment<br>Admitted 1988 | $455.00 | 24.20 | $11,011.00 |
| Kathy Argudo | Librarian<br>N/A | $160.00 | 1.10 | $176.00 |
| Julia Brodsky | Associate<br>Labor & Employment<br>Admitted 2009 | $455.00 | 19.70 | $8,963.50 |
| Olia Golinder | Paralegal<br>Litigation<br>N/A | $270.00 | 10.90 | $2,943.00 |
| Flat Fee |  |  |  | $1,500.00 |
|  |  |  | 55.90 | $24,593.50 |
|  |  |  |  |  |
| **TOTAL** |  |  | 453.60 | $200,527.30 |

3

14338693v.1

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD
## FROM DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Baltimore Sun - Photographer (s) (12575-301) | 45.10 | $27,228.00 |
| Baltimore Sun - Ed Gunts Retaliation (12575-302) | .20 | $121.00 |
| Baltimore Sun - 2012 Pressroom Negotiations | 7.10 | $5,147.50 |
| Baltimore Sun and Morning Call: Pich Pothering Unscheduled (31907-05) | .40 | $242.00 |
| Chicago Tribune - JoAnn Parker v. (57634-06) | 5.20 | $2,028.00 |
| Chicago Tribune -Marcia E. Sinclair Harassment (57934-07) | 18.70 | $7,346.00 |
| Tribune - Karen Fisher (11089-38) | 18.60 | $9,317.50 |
| Tribune - Corporate Labor Relations (36377-01) | 62.70 | $33,751.50 |
| Tribune - Bankruptcy Fee Application (36377-07) | 30.10 | $7,762.00 |
| Tribune - Allen v. am New York (68308-02) | 7.10 | $4,339.00 |
| Tribune - Karen Scott v. WPIX (68308-03) | 86.90 | $44,946.00 |
| Tribune - Sal Marchiano v. Betty Ellen (68308-07) | 13.10 | $4,883.50 |
| Tribune - Mickelson v (68308-11) | .60 | $459.00 |
| Tribune Company - Larry Hoff v. WPIX (68308-09) | 70.50 | $28,164.00 |
| Tribune - East Coast Properties (36078-11) | 20.50 | $13,509.00 |
| Los Angeles Times - Labor General (17832-01) | 4.70 | $2,781.50 |
| Los Angeles Times -General Matters (33175-01) | 2.30 | $1,621.50 |
| Los Angeles Times - Clement, Jayne (33175-20) | 2.30 | $1,031.00 |
| Los Angeles Times - Clement, Jayne (Plaintiffs) (33175-23) | .90 | $391.00 |
| Tribune Company - Chris Neuman v. Ira Goldstone (66929-02) | .70 | $413.00 |
|  | 397.70 | $195,482.00 |
| **Less Discount** |  | $19,548.20 |
|  |  | $175,933.80 |
| Los Angeles Times - Christino Escandon (33175-26)* | 32.40 | $14,509.50 |
| KTLA-TV- Neil Levine (15827-20)* | 23.50 | $8,584.00 |
| Tribune Company - East Coast Properties (36078-11)** |  | $1,500.00 |
|  | 55.90 | $24,593.50 |
|  |  |  |
| **TOTAL** | 453.60 | $200,527.30 |

*NOTE: THIS MATTER HAS SPECIAL RATES IN LIEU OF A 10% DISCOUNT
**NOTE: THIS MATTER HAS A FLAT FEE IN LIEU OF A 10% DISCOUNT

# EXHIBIT B

# EXPENSE SUMMARY

14338693v.1

## EXPENSE SUMMARY FOR THE PERIOD
## DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $156.02 |
| Copying @ .10/page | | $262.20 |
| Facsimile @ $1.00/page | | $14.00 |
| Online Research | Z. Robert | $1,291.18 |
| Courier/Messenger | M. Sank | $603.26 |
| Travel | K. Michaels, airfare | $1,898.30 |
| Local Travel | | $139.41 |
| Filing Fees | | $545.85 |
| Attorney Services | Nationwide Legal - Clement, Jayne | $75.85 |
| Plaintiff Records | Texas Workforce Commission, US Treasury | $112.80 |
| Court Fees | | $35.00 |
| Deposition Transcripts | | $157.00 |
| CD Duplication/Mastering | Larry Hoff v WPIX | $85.00 |
| Electronic Date Processing | Larry Hoff v WPIX | $40.00 |
| **TOTALS** | | **$5,415.87** |