## EXHIBIT A

## SUMMARY OF PROFESSIONAL FEES

## FEE SUMMARY FOR THE PERIOD FROM
## DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Carol Anne Been | Partner/Intellectual Property & Technology Group/ Admitted to Illinois Bar in 1983. | $575.00 | 1.10 | $632.50 |
| Leah Bruno | Partner/ Litigation/ Admitted to Illinois Bar in 1999. | $590.00 | 2.50 | $1,475.00 |
| Samuel Fifer | Partner/ Intellectual Property & Technology Group/Admitted to Illinois Bar in 1974. | $625.00 | 1.50 | $937.50 |
| Rosemary L. Gullikson | Partner/ Corporate/ Admitted to Illinois Bar in 1994. | $575.00 | 92.80 | $53,360.00 |
| James A. Klenk | Partner/ Intellectual Property & Technology Group/ Admitted to Illinois Bar in 1974. | $625.00 $650.00 | 0.70/ 55.60 | $437.50 $36,140.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Natalie J. Spears | Partner/ Litigation/ Admitted to Illinois Bar in 1995. | $545.00<br><br>$575.00 | 1.90<br><br>67.80 | $1,035.50<br><br>$38,985.00 |
| Margo Weinstein | Partner/ Litigation/ Admitted to Illinois Bar in 1988 | $650.00 | 3.90 | $2,535.00 |
| Gregory R. Naron | Counsel/ Litigation/ Admitted to Illinois Bar in 1991. | $520.00 | 10.40 | $5,408.00 |
| Jillian E. Gutman Mann | Managing Associate/ Litigation/ Admitted to Illinois Bar in 2005. | $540.00 | 8.60 | $4,644.00 |
| Derek T. Neathery | Senior Managing Associate/Real Estate/Admitted to Illinois Bar in 2005 | $520.00 | 0.30 | $156.00 |
| Justine N. Margolis | Managing Associate/ Litigation/ Admitted to Missouri Bar in 2006. | $440.00 | 2.10 | $924.00 |
| Maria L. Domanskis | Associate/ Litigation/ Admitted to Illinois Bar in 2000. | $335.00 | 2.40 | $804.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kristen C. Rodriguez | Associate/ Litigation/ Admitted to Illinois Bar in 2009. | $335.00 | 73.90 | $24,756.50 |
| Katherine L. Staba | Associate/ Intellectual Property & Technology Group/ Admitted to Massachusetts Bar in 2009/ Admitted to Illinois Bar in 2010. | $295.00 $380.00 | 3.00 32.10 | $885.00 $12,198.00 |
| Aimee Graham | Law Clerk | $295.00 | 0.90 | $265.50 |
| Nancy J. Henry | Librarian | $205.00 $215.00 | 0.50 0.50 | $102.50 $107.50 |
| Janice A. Collins | Librarian | $220.00 | 7.50 | $1,650.00 |
| Geoffrey S. Bent | Research Analyst | $145.00 | 1.0 | $145.00 |
| **Grand Total** | | | **371.00** | **$187,584.00** |
| **Blended Rate** | **$505.62** | | | |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM
## DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Roberto Rivera | 8.80 | $4,584.00 |
| Eddie Johnson | 5.10 | $3,315.00 |
| Bryan and Cynthia Lindgren | 6.00 | $2,529.00 |
| Circulation - Chicago | 5.10 | $2,107.00 |
| Chicago Magazine - Editorial | 8.50 | $4,945.00 |
| Cellini/Blagojevich - Access to Pre-Trial | 2.20 | $1,392.50 |
| Cellini - Subpoenas to Reporters | 57.30 | $26,880.00 |
| Chicago Tribune - Editorial - General | 5.10 | $2,955.00 |
| Cheryl Naedler | 65.90 | $32,332.00 |
| Lee Wonjung Clara Subpoena | 24.20 | $9,131.00 |
| Jennifer Kelley, et al. | 60.40 | $26,116.00 |
| Citation to Discovery | 10.00 | $5,478.00 |
| Futurewei | 40.70 | $23,402.50 |
| Project Bobcat | 2.50 | $1,437.50 |
| General Advice | 1.90 | $1,092.50 |
| Audiovox Electronics | 42.60 | $24,495.00 |
| Reporter's Subpoena | 4.00 | $2,537.00 |
| Circulation | 3.90 | $2,385.00 |
| Dish Advertising | 2.30 | $1,495.00 |
| Christopher Buchanan | 9.40 | $6,042.50 |
| AgreeYa Solutions | 2.70 | $1,552.50 |
| Anydata Corporation | 2.40 | $1,380.00 |
| **TOTAL** | **371.00** | **$187,584.00** |

# EXHIBIT B

# EXPENSE SUMMARY

**EXPENSE SUMMARY FOR THE PERIOD FROM
DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Messenger Services | Comet Messenger Service | $45.70 |
| Document Reproduction | | $166.30 |
| Duplicating Charges | SNR Denton US LLP | $46.90 |
| Color Copying | SNR Denton US LLP | $82.00 |
| Ground Transportation | | $37.00 |
| Law Bulletin Access | Law Bulletin Publishing Co. | $64.25 |
| Court Reporting | Veritext New York | $305.00 |
| Court Costs | | $412.00 |
| Transcript | Veritext New York | 205.00 |
| Online Research Charges | Westlaw | 124.76 |
| Miscellaneous | | $9.00 |
| | | |
| **Total** | | **$1,497.91** |