# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** April 16, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David B. Rosh | Landis Rath +Cobb | The Committee |
| David LeMay | Chadbourne + Parke | " |
| Andrew Rosenblatt | " | " |
| Marc Roitman | " | " |
| James Sottile | Zuckerman Spaeder | " |
| James Johnston | Dewey & LeBoeuf | Oaktree/Angelo Gordon/Lehman |
| Blake Cleary | Young Conaway Stargatt Taylor | Credit Agreement Lenders |
| Gordon Novod | Brown Rudnick | Wilmington Trust Company |
| Katherine Mayer | McCarter & English | DBTCA |
| David Adler | " | " |
| Kevin Lantry | Sidley | Debtors |
| Kai Krust | " | " |
| Jeff Steen | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 16, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ian Bifferato | Siouxsi | Debtors |
| Matthew Stein | Kasowitz, Benson, Torres & Friedman | Law Debenture |
| Darl Geldon | Akin Gump | Aurelius |
| Phil Roblin | " | " |
| Norman Pernick | Cole Schotz | Debtors |
| Damien Schieble | Davis Polk & Wardwell | JP Morgan |
| Ellie Markovitz | " | " |
| Amanda Steele | Richards Layton + Finger | JP Morgan |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 16, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| R. Stephen McNeill | Potter Anderson & Corroon | Merill Lynch |
| G. McDaniel | Bifferato Gentilotti | Law Debenture |
| David Klauder | U.S. Trustee | U.S. Trustee |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 04/16/2012
Calendar Time: 09:00 AM ET

2nd Revision 04/16/2012 05:13 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4881389 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4863331 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4880796 | Neil Begley | (212) 610-7008 | Schulte Roth & Zabel LLP | Interested Party, Davidson Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4881483 | Eric Bilmes | 212-588-5115 | HBK Capital Management | Creditor, HBK Capital Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4881402 | Graeme Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4868666 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4881415 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4867252 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4874450 | Michael D'Agostino | 860-240-2731 | Bingham McCutchen, LLP | Representing, Michael D'Agostino / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4881366 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4882751 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4861938 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4883691 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4884278 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4884270 | Ronald Flagg | (202) 736-8171 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

Peggy Drasal                                                                                                 CourtConfCal2009                                                               Page 1 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4870023 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4875160 | Matthew Frank | 312-371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4881410 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4881162 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4870046 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4882821 | Matthew Jacobson | (212) 667-1438 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4868662 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4882796 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4881603 | Sheron Korpus | 212-506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4885201 | Stuart Kovensky | 201-541-2121 | Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4884231 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4883532 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4875603 | Stephen Lam | (646) 863-7157 | Corre Partners | Creditor, Corre Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4881371 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4882801 | Angela Libby | (212) 450-4433 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4884271 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4884240 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4877403 | Michelle Maman | (212) 504-6000 | Cadwalader Wickersham & Taft | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4881361 | Olivia Mauro | (212) 412-6773 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4881380 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4880470 | Joshua M. Mester | 213-621-6016 | Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LIVE |

| Tribune Company | 08-13141 | Hearing | 4868643 | James Miller | (213) 430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4880649 | Frederick Morris | 212-902-2886 | Goldman Sachs & Co. | Creditor, Goldman Sachs / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4870466 | Tina Moss | (212) 262-6910 | Perkins Coie | Creditor, Wells Fargo Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4860034 | Grant Nachman | 212-745-9781 | Brigade Capital Management | Interested Party, Brigade Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4884146 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4880540 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4880534 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4881803 | Courtney Rogers | (203) 897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4881373 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4884267 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4884253 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4872707 | Mike J. Schott | (212) 593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4881358 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4883877 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4882228 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4885198 | Kenneth Smalley | (212) 616-7763 | The Seaport Group | Non-Party, The Seaport Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4882773 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4881395 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4882794 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy, | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4882855 | Andrew M. Thau | 212-692-5178 | GMP Securities, LLC | Interested Party, GMP Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4875076 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI - TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4884286 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4883121 | Jennifer Wild | (212) 418-6877 | Alden Global | Interested Party, Smith Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4884086 | Teck Wong | (952) 984-3292 | Carval Investors | Creditor, Carval Investors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4881558 | Ann K. Young | (212) 373-2237 | Paul Weiss Rifkind Wharton & | Interested Party, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4880745 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |