## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | : | ss.: |
| COUNTY OF BROOME | ) | |

Eugene D. Faughnan, being duly sworn, deposes and says:

1.    I am a Partner of HINMAN, HOWARD & KATTELL, LLP, which

maintains offices at 80 Exchange St., Binghamton, NY 13901.

2.    This Affidavit is submitted in connection with an Order of the United

States Bankruptcy Court for the District of Delaware, entered on January 15, 2009 [Docket No.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347);Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

227], authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3.     The Firm has represented and advised the Debtors as attorneys with respect to certain aspects of the Debtors' business operations. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4.     The Firm's current customary rates, subject to change from time to time are $285.00 per hour for Partners, $215.00 to $285.00 per hour for Associates, and Paralegals billing in the range of $140.00 to $170.00 per hour. In the normal course of its business, the Firm revises its billing rates on the first of each year and requests that, effective the first of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5.     In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Company's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

**DEBTORS**

| | |
|---|---|
| **Tribune Company** | **Type:  Business/General** |
| **The Daily Press, Inc.** | **Type:  Collection Matter** |

## DEBTORS' CURRENT AND FORMER DIRECTORS AND OFFICERS

> None

## THIRTY LARGEST UNSECURED CREDIOTRS (CONSOLIDATED)

> Deutsche Bank          Type: General Litigation/
> National Trust Company        Estate Foreclosure
>
> J.P. Morgan Chase     Type: Mortgage Matter
> Bank, N.A.

## CNLBC TWENTY LARGEST UNSECURED CREDITORS

> JP Morgan Chase       Type: Mortgage Matter
> Bank, NA

## DEBTORS' PREPETITION LENDERS

> Bank of America N.A.          Type: Real Estate
>
> Canadian Imperial            Type: Collection Matter
> Bank of Commerce
>
> Citicorp Mortgage, Inc.       Type: Real Estate
>
> General Electric             Type: Business
> Capital Corporation
>
> JP Morgan Chase              Type: Mortgage Matter
> Bank, N.A.
>
> Massachusetts Financial       Type: Corporate Litigation
> Services Company
>
> Merrill Lynch & Co., Inc.     Type: Real Estate
>
> New York Life                Type: Labor Matter
> Insurance Company

## COUNTERPARTIES TO HEDGING AGREEMENTS

> None

## AGENTS UNDER CREDIT AGREEMENTS

|  |  |
|---|---|
| Bank of America, N.A. | Type:  Real Estate |
| JP Morgan Chase Bank, N.A. | Type:  Commercial Foreclosure Matter |

## SIGNIFICANT HOLDERS OF DEBTORS' PREPETITION NOTES

None

## INDENTURE TRUSTEES

None

## FORMER INDENTURE TRUSTEES

|  |  |
|---|---|
| Bank of New York | Type:  Bankruptcy Matter/ Foreclosure |
| Wells Fargo Bank, NA | Type:  Litigation/Real Estate/Estates/Business |

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

None

## PROFESSIONALS RETAINED BY POSTPETITION LENDERS

None

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

|  |  |
|---|---|
| J.P. Morgan Chase Bank, N.A. | Type:  Mortgage Matter |

## PROFESSIONALS RETAINED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS

None

## PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

|  |  |
|---|---|
| Sidley Austin LLP | Type:  Litigation |

## INSURANCE CARRIERS

Chubb Atlantic Indemnity, Ltd.; Executive Risk Indemnity Inc. (Chubb); and Federal Insurance Company (Chubb)     Type: WKC/Litigation

Illinois National Insurance Company (AIG)     Type: WKC/Litigation

St. Paul Fire & Marine Insurance Company     Type: Litigation

Travelers     Type: Litigation/WKC/Labor/ Real Estate/General

Zurich American Insurance Company     Type: Litigation

## DEBTORS' MAJOR CUSTOMERS

Bank of America     Type: Real Estate

Cablevision     Type: Lease Matter/Litigation/Business/ Real Estate

Ford     Type: Litigation/Real Estate/Commercial Litigation

GEICO     Type: Collection Matter

General Motors     Type: Litigation

Lowe's – Home Improvement     Type: Collection Matter/Litigation

Pepsi – Pepsi Cola Various     Type: Labor/Business/WKC/Commercial Litigation/Collection Matter/Real Estate

Target Stores     Type: Civil Litigation

TW Time Warner     Type: General Advice

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

U.S. Bank National Association     Type: Real Estate

## DEBTORS' SIGNIFICANT LANDLORDS

Wells Fargo Bank, N.A.    Type:  Litigation/Real Estate/Estates
                                  Business

## JUDGES OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

None

## OFFICE OF THE UNITED STATES TRUSTEE

None

## ESOP TRUSTEE

None

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTION

None

## SIGNIFICANT FORMER SHAREHOLDERS

None

## MAJOR HOLDERS OF PHONES

None

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITION

None

## JOINT VENTURE PARTNERS

None

## OTHER

None

## EQUITY METHOD INVESTMENTS

None

## COUNTERPARTIES TO FORMATION AGREEMENT

**Tribune Company**          **Type:  Business/General**

6.      Neither I nor any Partner of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

7.      I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8.      Neither I nor any of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9.      The Debtors do not owe the Firm any fees for prepetition services.

10.     The Firm does not currently hold a retainer from the Debtors.

11.     As of the Petition Date, the Firm was not party to a services agreement with the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/2___, 2012

Affiant

Sworn to and subscribed before me
this _12TH_ day of _April_ 2012

Notary Public

JOHN D. DENMON
Reg. No. 5009633
Notary Public, State of New York
Residing in Broome County
My Commission Expires March 15, 2015

7

CHI 4540756v.1