**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 10472, 10872, 10874, and 10971** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF ANTHONY CONTE FOR (I) RELIEF FROM THE AUTOMATIC STAY AS TO MEDIA LIABILITY INSURANCE POLICY AND (II) MODIFICATION OF TRIBUNE COMPANY'S SCHEDULES OF ASSETS AND LIABILITIES**

The undersigned, counsel to the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), hereby certifies as follows:

1.      On December 19, 2011, Anthony Conte filed a pro se motion seeking entry of an order (i) granting relief from the automatic stay to permit the payment of proceeds

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

from the media liability insurance policy that covers the claims asserted in the pending civil action commenced by Mr. Conte against non-Debtor Tribune ND, Inc. in the United States District Court for the Eastern District of New York styled <u>Conte v. Newsday, Inc., et al.</u>, No. 06-Civ-4859 (JFB) (ETB) and/or the pending third-party civil action commenced by Mr. Conte against non-Debtor Tribune ND, Inc. in the Supreme Court of the State of New York, County of Nassau styled <u>Amorizzo et al. v. Conte</u>, Index No. 12200/05 (collectively, the "<u>Conte Litigation</u>"), and (ii) directing the Debtors to modify the schedules of assets and liabilities filed by Tribune (the "<u>Schedules</u>") to strike all records naming Mr. Conte as a creditor or potential creditor of Tribune (Docket No. 10472) (the "<u>Conte Motion</u>").

2.      On January 8, 2012, the Debtors filed the Debtors' Limited Objection to the Conte Motion (Docket No. 10872) (the "<u>Limited Objection</u>"), which was joined by the Official Committee of Unsecured Creditors (Docket No. 10874).  In the Limited Objection, the Debtors did not oppose the relief requested in the Conte Motion regarding modifying the automatic stay, but did oppose the relief requested in the Conte Motion regarding modifying the Schedules.  On February 22, 2012, Mr. Conte filed a Reply to the Debtors' Limited Objection (Docket No. 10971) (the "<u>Reply</u>").

3.      The Bankruptcy Court held a hearing on the Conte Motion and the Limited Objection on March 22, 2012, at which the parties participated.

4.      At that hearing, the Debtors suggested to the Court that their opposition to Mr. Conte's request to modify the Schedules to strike Mr. Conte as a potential creditor of Tribune Company could be resolved if Mr. Conte were to stipulate that he waived and released all claims that he may hold against Tribune Company that were alleged or asserted in the Conte Litigation.  Subsequently, counsel for the Debtors and Mr. Conte have engaged in negotiations

over a form of stipulated waiver and release that would resolve the Conte Motion and the Limited Objection.  A copy of the stipulation proposed by the Debtors is attached hereto as Exhibit A.

5.      Mr. Conte has now advised counsel for the Debtors that he no longer wishes to resolve the Motion by stipulation.

6.      The Motion was adjourned to the next hearing scheduled in the Debtors' cases, April 25, 2012 at 1:00 p.m. (Eastern time) to permit the parties to resolve the Conte Motion and the Limited Objection.  On account of the fact that the parties have been unable to reach a consensual resolution of the Motion and the Limited Objection, this matter will be going forward on a contested basis at the April 25, 2012 hearing.

Dated:  April 16, 2012

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL  60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:_____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

3