**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 11388** |

**NOTICE OF FILING FOURTH AMENDED JOINT PLAN OF REORGANIZATION
FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY
THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO, GORDON & CO., L.P.,
AND JPMORGAN CHASE BANK, N.A.**

**PLEASE TAKE NOTICE** that, attached hereto as Exhibit 1 is the Fourth Amended

Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors,

the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo,

Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., without exhibits (the "Fourth Amended

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

---

DCL Plan"), which has been updated to reflect certain modifications that were addressed at the April 16, 2012 hearing on the Motion of Debtors for Order (I) Approving Supplemental Disclosure Document; (II) Establishing Scope, Forms, Procedures, and Deadlines for Resolicitation and Tabulation of Votes to Accept or Reject DCL Plan From Certain Classes; (III) Authorizing Tabulation of Prior Votes and Elections on DCL Plan Made By Holders of Claims in Non-Resolicited Classes; (IV) Scheduling the Confirmation Hearing and Establishing Notice and Objection Procedures in Respect Thereof; and (V) Granting Related Relief.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as <u>Exhibit 2</u> is a cumulative black-line that compares the Fourth Amended DCL Plan to the Proposed Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., without exhibits, that was filed on April 15, 2012 (Docket No. 11388).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Second Supplemental Scheduling Order Relating to Plan Confirmation (Docket No. 11326), a hearing on confirmation of the Fourth Amended DCL Plan is scheduled to commence on June 7, 2012 at 3:00 p.m. (Eastern Time) before the Honorable Kevin J. Carey, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, a copy of this Notice, without Exhibits, will be served on all parties having requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that, a copy of the Fourth Amended DCL Plan may be (i) obtained free of charge from Epiq Bankruptcy Solutions, LLC's ("Epiq") dedicated website

2

related to the Debtors' chapter 11 cases (http://chapter11.epiqsystems.com/tribune) or by

telephoning Epiq at (646) 282-2400; (ii) inspected during regular business hours at the Office of the

Clerk of the Bankruptcy Court, 3rd Floor, 824 Market Street Wilmington, Delaware 19801; or

(iii) viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by

following the directions for accessing the ECF system on such website.

Dated: Wilmington, Delaware
     April 17, 2012

                     SIDLEY AUSTIN LLP
                     James F. Conlan
                     Bryan Krakauer
                     Kevin T. Lantry
                     Jessica C.K. Boelter
                     One South Dearborn Street
                     Chicago, Illinois 60603
                     Telephone:  (312 853-7000
                     Telecopier:  (312) 853-7036

                     – and –

                     COLE, SCHOTZ, MEISEL,
                     FORMAN & LEONARD, P.A.

                     */s/  J. Kate Stickles*
                     Norman L. Pernick (No. 2290)
                     J. Kate Stickles (No. 2917)
                     500 Delaware Avenue, Suite 1410
                     Wilmington, Delaware 19801
                     Telephone:  (302) 652-3131
                     Telecopier:  (302) 652-3117

                     *Counsel for Debtors and Debtors In Possession*

                     CHADBOURNE & PARKE LLP
                     Howard Seife
                     David M. LeMay
                     Andrew Rosenblatt
                     30 Rockefeller Plaza
                     New York, New York 10112
                     Telecopier: (212) 541-5369

                     – and –

46429/0001-8469458v1

LANDIS RATH & COBB LLP

*/s/  Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware  19801
Telecopier: (302) 467-4450

– and –

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Telecopier: (202) 822-8106

*Counsel for the Official Committee of*
*Unsecured Creditors*

DEWEY & LEBOEUF LLP
Bruce Bennett
James O. Johnston
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telecopier: (213) 621-6100

– and –

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

*/s/  M. Blake Cleary*
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telecopier: (302) 571-1253

*Counsel for Oaktree Capital Management, L.P.*
*and Angelo, Gordon & Co., L.P.*

WILMER CUTLER PICKERING HALE
& DORR LLP
Andrew Goldman
399 Park Avenue
New York, New York 10022
Telecopier: (212) 220-8888

*Co-Counsel for Angelo, Gordon & Co., L.P.*

DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Damian Schaible
450 Lexington Avenue
New York, New York 10017
Telecopier: (212) 701-5800

– and –

RICHARDS, LAYTON & FINGER, P.A.

*/s/  Robert J. Stearn, Jr.*
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No.  2915)
Drew G. Sloan (No. 5069)
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19801
Telecopier: (302) 651 7701

*Counsel for JPMorgan Chase Bank, N.A.*

5