**Form 210A (10/06)**

# United States Bankruptcy Court
# District of Delaware

**In re:**  **forsalebyowner.com corp.,**
**Case No.**  **08-13165,  (Jointly Administered Under Case No. 08-13141)**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
  **Fair Harbor Capital, LLC**
  **As assignee of Nesset, Jonathan**

Name of Transferor:
  **Nesset, Jonathan**

Name and Address where notices to transferee should be sent:

  **Fair Harbor Capital, LLC**
  **Ansonia Finance Station**
  **PO Box 237037**
  **New York, NY  10023**

Court Claim # (if known):  4136
Amount of Claim:  $3,200.00
Date Claim Filed:

Name and Address of Transferor:

  Nesset, Jonathan
  1509 W Superior
  Chicago, IL  60622

Phone:  ___212 967 4035___
Last Four Digits of Acct #:  ___n/a___

Phone:
Last Four Digits of Acct. #:  ___n/a___

Name and Address where transferee payments should be sent (if different from above):

Phone:  ___n/a___
Last Four Digits of Acct #:  ___n/a___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___/s/*Fredric Glass*___   Date:___April 17, 2012___
  Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

**In re:        forsalebyowner.com corp.,**
**Case No.     08-13165,  (Jointly Administered Under Case No. 08-13141)**


### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY


## Claim No.  4136 (if known)

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on April 17, 2012.


Name of Transferee:
  **Fair Harbor Capital, LLC**
   **As assignee of Nesset, Jonathan**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name of  Alleged Transferor:
   **Nesset, Jonathan**

Name and Address of Alleged Transferor:

Nesset, Jonathan
1509 W Superior
Chicago, IL  60622


---

## ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                          Clerk of the Court