# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 11366, 11369-11371 & 11380-11381 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 13, 2012, I caused to be served the:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Supp Ntc, Fee Apps, Amd Agenda_DI 11366, 11369-11371 & 11380-11381_Aff_4-13-12.doc

a) "Notice of Supplement to Exhibit "A" to Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business," dated April 13, 2012 [Docket No. 11366], (the "Supplement Notice"),

b) "Notice of Fee Application," dated April 13, 2012, "Second Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2011 Through December 31, 2011," dated April 13, 2012 [Docket No. 11369], (the "SNR Second Fee Application"),

c) "Notice of Fee Application," dated April 13, 2012, "Third Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of January 1, 2012 Through January 31, 2012," dated April 13, 2012 [Docket No. 11370], (the "SNR Third Fee Application"),

d) "Notice of Fee Application," dated April 13, 2012, "Fourth Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of February 1, 2012 Through February 29, 2011," dated April 13, 2012 [Docket No. 11371], (the "SNR Fourth Fee Application"),

e) "Notice of Fee Application," dated April 13, 2012, "Notice of Seventeenth Monthly Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for Services Performed on Behalf of the Special committee of the Board of Directors of Tribune company for the Period from January 1, 2012 Through February 29, 2012," dated April 13, 2012 [Docket No. 11380], (the "Jones Day Fee Application"), and

f) "Notice of Amended[2] Agenda of Matters Scheduled for Hearing on April 16, 2012 at 9:00 A.M. Before the Honorable Kevin J. Carey," dated April 13, 2012 [Docket No. 11381], (the "Amended Agenda Notice"),

by causing true and correct copies of the:

i. Supplement Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. SNR Second Fee Application, SNR Third Fee Application, SNR Fourth Fee Application, Jones Day Fee Application, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iii. Amended Agenda Notice, to be delivered via facsimile to those parties listed on the annexed Exhibit C, and

---

[2] **Amendments appear in bold print.**

iv. Amended Agenda Notice, to be delivered via electronic mail to the party listed on the annexed Exhibit D.

Pete Caris

Sworn to before me this
16th day of April, 2012

Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

# EXHIBIT A

**TRB OCP 4-13-12**

David M. Klauder, Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**TRB OCP 4-13-12**

Stuart M. Brown, Esquire
R. Craig Martin, Esquire
Michelle E. Marino, Esquire
DLA Piper LLP (US)
919 North Market Street, Suite 1500
Wilmington, DE 19801

**TRB OCP 4-13-12**

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

**TRB OCP 4-13-12**

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

**TRB OCP 4-13-12**

Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

**TRB OCP 4-13-12**

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

**TRB OCP 4-13-12**

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

**TRB OCP 4-13-12**

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**TRB OCP 4-13-12**

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**TRB OCP 4-13-12**

Frederick D. Hyman, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

**TRB OCP 4-13-12**

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

**TRB OCP 4-13-12**

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

**TRB OCP 4-13-12**

Hinman, Howard and Kattell, LLP
700 Security Mutual Building
80 Exchange Street
P.O. Box 5250
Binghamton, NY 13902

**EXHIBIT B**

**TRB FEE APP 4-12-12**

David M. Klauder, Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**TRB FEE APP 4-12-12**

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

**TRB FEE APP 4-12-12**

Stuart M. Brown, Esquire
R. Craig Martin, Esquire
Michelle E. Marino, Esquire
DLA Piper LLP (US)
919 North Market Street, Suite 1500
Wilmington, DE  19801

**TRB FEE APP 4-12-12**

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

**TRB FEE APP 4-12-12**

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511

**TRB FEE APP 4-12-12**

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

**TRB FEE APP 4-12-12**

Kenneth P. Kansa, Esquire
Jillian K. Ludwig, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

**TRB FEE APP 4-12-12**

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**TRB FEE APP 4-12-12**

John Theil, Esquire
Stuart Maue
3840 McKelvey Rd.
St. Louis, MO 63044

**EXHIBIT C**

| Name | Fax |
|---|---|
| Office of the United States Trustee  Attn: David M Klauder | 302-573-6497 |
| Landis Rath & Cobb LLP  Attn: Adam G Landis; Matthew B. McGuire | 302-467-4450 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-651-7701 |
| U. S. Attorney's Office  Attn: Ellen W Slights | 302-573-6431 |
| DLA Piper LLP (US)  Attn: Stuart M Brown; R.Craig Martin; Michelle E. Marino | 302-394-2341 |
| Potter Anderson & Corroon LLP  Attn: Laurie Silverstein | 302-658-1192 |
| McCarter & English, LLP  Attn: Katherine L Mayer; James J. Freebery IV | 302-984-6399 |
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Seitz, van Ogtrop & Green, P.A.  Attn: R Karl Hill; James S. Green, Sr.; Patricia P. McGonigle | 302-888-0606 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-656-3714 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-384-9399 |
| The Rosner Law Group LLC  Attn: Frederick B Rosner; Scott J Leonhardt | 302-351-8010 |
| Cooch and Taylor, P.A.  Attn: Susan E Kaufman | 302-984-3939 |
| Cross & Simon, LLC  Attn: Christopher P Simon; Joseph Grey | 302-777-4224 |
| Cozen O'Connor  Attn: Mark E Felger | 302-295-2013 |
| Archer & Greiner, P.C.  Attn: John V Fiorella, Charles J Brown | 302-777-4352 |
| Brown Stone Nimeroff LLC  Attn: Jami B Nimeroff | 302-351-2744 |
| Pepper Hamilton LLP  Attn: David B Stratton; John H Schanne II | 302-421-8390 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-425-0432 |
| Eckert Seamans Cherin & Mellott, LLC  Attn: Tara L Lattomus | 302-425-0432 |
| Monzack Mersky McLaughlin & Browder, P.A.  Attn: Rachel B Mersky | 302-656-2769 |
| Pinckney, Harris & Weidinger, LLC  Attn: Donna Harris | 302-442-7046 |
| Hiller & Arban, LLC  Attn: Adam Hiller; Brian Arban | 302-442-7045 |
| Bifferato LLC  Attn: Ian Connor Bifferato; Kevin G Collins; Thomas F Driscoll; J Zachary Haupt | 302-254-5383 |
| Duane Morris LLP  Attn: Michael R Lastowski; Sommer L Ross; Richard W. Riley; Lawrence J. Kotler | 302-657-4901 |
| Ashby & Geddes, P.A.  Attn: William Bowden; Amanda M Winfree | 302-654-2067 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Laura Davis Jones; Timothy P Cairns | 302-652-4400 |
| Young Conaway Stargatt & Taylor, LLP  Attn: Robert S Brady; M Blake Cleary | 302-571-1253 |
| Barnes & Thornburg LLP  Attn: David M Powlen; E. Rebecca Workman | 317-231-7433 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP  Attn: Joseph L Christensen | 302-655-4420 |
| Fox Rothschild LLP  Attn: Jeffrey M Schlerf; John H Strock | 302-656-8920 |
| Bayard, P.A.  Attn: Justin R Alberto; Ashley Stitzer | 302-658-6395 |

| | |
|---|---|
| Greenberg Traurig, LLP  Attn: Dennis A Meloro | 302-661-7360 |
| Bifferato Gentilotti LLC  Attn: Garvan F McDaniel; Mary E. Augustine | 302-429-8600 |
| Blank Rome LLP  Attn: David W Carickhoff | 302-425-6464 |
| Sullivan Hazeltine Allinson LLC  Attn: William Hazeltine; William D Sullivan; Elihu E Allinson III | 302-428-8195 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Derek C Abbott; Curtis S Miller | 302-658-3989 |
| Ballard Spahr LLP  Attn: Christopher S Chow; Leslie C Heilman | 302-252-4466 |
| Morgan, Lewis & Bockius LLP  Attn: Colm F Connolly | 302-574-3001 |
| Klehr Harrison Harvey Branzburg LLP  Attn: Michael W Yurkewicz | 302-426-9193 |
| Loizides, P.A.  Attn: Christopher D Loizides | 302-654-0728 |
| Polsinelli Shughart PC  Attn: Christopher A Ward | 302-252-0921 |
| Tybout Redfearn and Pell  Attn: Sherry Ruggiero Fallon | 302-658-4018 |
| Phillips, Goldman & Spence, P.A.  Attn: John C Phillips | 302-655-4210 |
| Silverman McDonald & Friedman  Attn: Brian E Lutness | 302-888-2923 |
| Margolis Edelstein  Attn: James E Huggett | 302-888-1119 |
| Michael P. Morton | 302-426-1300 |
| Rosenthal, Monhait & Goddess, PA  Attn: Norman M. Monhait | 302-658-7567 |
| Ciardi Ciardi & Astin  Attn: Daniel K. Astin, John D. McLaughlin, Jr. | 302-658-1300 |
| A.M. Saccullo Legal, LLC  Attn: Anthony M Saccullo; Thomas H Kovach | 302-836-8787 |
| Elliott Greenleaf  Attn: Rafael X. Zahralddin-Aravena | 302-384-9399 |
| Stradley, Ronon, Stevens & Young, LLP  Attn: Antranig Garibian | 302-295-4801 |
| Sidley Austin LLP  Attn: James F Conlan; Bryan Krakauer | 312-853-7036 |
| Sidley Austin LLP  Attn: Kevin T Lantry | 213-896-6600 |
| Chadbourne & Parke LLP  Attn: Howard Seife; David M LeMay; Douglas E Deutsche | 212-541-5369 |
| Zuckerman Spaeder LLP  Attn: Graeme W Bush; James Sottile | 202-822-8106 |
| Davis Polk & Wardwell  Attn: Benjamin S. Kaminetzky; Elliot Moskowitz; Karen Luftglass | 212-607-7999 |
| Kaye Scholer LLP  Attn: Madlyn Gleich Primoff; Jane W Parver; Joseph W Drayton | 212-836-6525 |
| Mayer Brown LLP  Attn: Frederick D Hyman; Brian Trust; Amit K Trehan; Barbara Yan | 212-262-1910 |
| Brown Rudnick LLP  Attn: Robert J Stark; Martin S Siegel; Gordon Z Novod | 212-209-4801 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Daniel H Golden; David M Zensky; Philip Dublin | 212-872-1002 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: Edward A Friedman; William P Weintraub | 212-833-1250 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: David S Rosner; Sheron Korpus; Christine A. Montenegro; Matthew B. Stein | 212-506-1800 |
| McCarter & English, LLP  Attn: David Adler | 212-609-6921 |
| Weil, Gotshal & Manges LLP  Attn: Jonathan D. Polkes; Michael F. Walsh; Richard Slack | 212-310-8007 |
| Dewey & Leboeuf LLP  Attn: Bruce Bennett; James O Johnston; Joshua M Mester | 213-621-6100 |

| | |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP  Attn: Andrew Goldman | 212-230-8888 |
| Jenner & Block  LLP  Attn: David J Bradford; Catherine L. Steege; Andrew W. Vail | 312 527-0484 |
| Teitelbaum & Baskin, LLP  Attn: Jay Teitelbaum | 914-437-7672 |
| Latham & Watkins  Attn: Robert J. Rosenberg; David A. Hammerman | 212-751-4864 |
| Stutman Treister & Glatt  Attn: Isaac M. Pachulski | 310-228-5788 |

**EXHIBIT D**

csimon@crosslaw.com