**EXHIBIT D**

**Forms of Supplemental Ballots
for Holders of Other Parent Claims**

**Other Parent Claims – Fourth Amended DCL Plan**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**SUPPLEMENTAL BALLOT FOR HOLDERS OF OTHER PARENT CLAIMS AGAINST TRIBUNE COMPANY TO ACCEPT OR REJECT THE FOURTH AMENDED DCL PLAN**

On April 16, 2012, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. [•]] (the "Resolicitation Order") to provide for, among other things, procedures for Holders of Other Parent Claims to vote to accept or reject the Fourth Amended Joint Plan of Reorganization For Tribune Company and Its Subsidiaries Proposed By the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Fourth Amended DCL Plan") and to make certain elections called for under such Plan. Capitalized terms used but not defined in this Supplemental Ballot have the meanings given to them in (i) the Fourth Amended DCL Plan, (ii) the Supplemental Disclosure Document, (iii) the Resolicitation Order, or (iv) the attached Instructions, as applicable.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

**PRIOR TO COMPLETING THIS SUPPLEMENTAL BALLOT, PLEASE REFER TO THE INSTRUCTIONS ATTACHED HERETO FOR FURTHER EXPLANATION ON HOW TO COMPLETE THE ITEMS SET FORTH BELOW.**

This Supplemental Ballot is only to be used for voting your Other Parent Claims (Class 1F Claims against Tribune Company). If you hold other Claims against Tribune Company or the Subsidiary Debtors in the Debtors' Chapter 11 Cases and those Claims are in Classes entitled to re-vote for purposes of the Fourth Amended DCL Plan, you will receive separate Supplemental Ballots to vote such Claims.

If you wish to have your vote on and elections under the Fourth Amended DCL Plan counted, you must complete and return this Supplemental Ballot so that it is **actually received** by the Voting Agent by no later than **May 21, 2012 at 4:00 p.m. (Eastern Time)** (the "Supplemental Voting Deadline"), in accordance with the attached Instructions.

**To vote to accept or reject the Fourth Amended DCL Plan and, if desired, make the elections called for under the Fourth Amended DCL Plan, please complete the following:**

ITEM 1.   AMOUNT OF OTHER PARENT CLAIM. The undersigned certifies that as of April 13, 2012 (the "Supplemental Record Date"), the undersigned was the Holder of an Other Parent Claim in the aggregate unpaid amount set forth below.

$ _____

**The preprinted amount of your Claim as set forth above controls for voting purposes.**

ITEM 1A.   CONVENIENCE CLASS ELECTION (OPTIONAL).[2] Check this box if you elect to have your Other Parent Claim reduced in amount to One Thousand Dollars ($1,000) and treated as a Convenience Claim under the Fourth Amended DCL Plan. If you make this Convenience Class Election, you will be deemed to ACCEPT the Fourth Amended DCL Plan and you will be deemed to have granted the releases set forth in Section 11.2.2 of the Fourth Amended DCL Plan <u>unless</u> you elect not to grant such releases by checking the box opting <u>not</u> to grant such releases in Item 3 below.

☐   The undersigned elects to have the Other Parent Claim described above reduced in amount to $1,000 and treated as a Convenience Claim under the Fourth Amended DCL Plan.

If you have checked the box electing to have your Other Parent Claim reduced in amount to $1,000 and treated as a Convenience Claim, please skip Item 2 and move on to Item 3 below.

ITEM 2.   VOTE TO ACCEPT OR REJECT THE FOURTH AMENDED DCL PLAN. The Holder of the Other Parent Claim set forth above hereby votes with respect to such Claim on the Fourth Amended DCL Plan as follows (check one box only):

| ☐ to ACCEPT the Fourth Amended DCL Plan | ☐ to REJECT the Fourth Amended DCL Plan |
|---|---|

ITEM 3.   RELEASE ELECTION (OPTIONAL). If you return a Supplemental Ballot and vote to accept the Fourth Amended DCL Plan, you will be deemed to have granted the releases

---

[2] Holders of Other Parent Claims that elected to have their Claims treated as Convenience Claims as part of the solicitation process undertaken on prior versions of the Plan shall continue to have that treatment election recognized and such Holders will not be treated as Holders of Other Parent Claims for the purposes of resolicitation of the Fourth Amended DCL Plan.

contained in Section 11.2.2 of the Plan unless you elect <u>not</u> to grant such releases by checking the applicable box below.[3] If you vote to reject the Fourth Amended DCL Plan, you may elect to grant the releases contained in Section 11.2.2 of the Fourth Amended DCL Plan by checking the applicable box below. If you do not return your Supplemental Ballot, you will be deemed not to have granted such releases unless you advise the Voting Agent in writing that you elect to grant the releases contained in Section 11.2.2 of the Fourth Amended DCL Plan. Election to grant such releases is at your option. **If you do not grant the releases contained in Section 11.2.2 of the Fourth Amended DCL Plan, you shall not receive the benefit of the releases set forth in Section 11.2.2 of the Fourth Amended DCL Plan.**

- ☐ The undersigned has voted to accept the Fourth Amended DCL Plan in Item 2 above but elects <u>not</u> to grant the releases contained in Section 11.2.2 of the Fourth Amended DCL Plan.

- ☐ The undersigned has voted to reject the Fourth Amended DCL Plan in Item 2 above but elects to grant the releases contained in Section 11.2.2 of the Fourth Amended DCL Plan.

ITEM 4. OTHER PARENT CLAIM ALTERNATIVE TREATMENT ELECTION. Please check the applicable box below if you wish to receive one of the alternative treatment elections. **You may only select one treatment option.** If you do not make an alternate treatment election, you will be deemed to elect to receive the treatment set forth in Section 3.2.6(c)(iv) of the Fourth Amended DCL Plan:

ITEM 4A. ELECTION TO RECEIVE TREATMENT SET FORTH IN SECTION 3.2.6(c)(i) OF THE FOURTH AMENDED DCL PLAN.

- ☐ The undersigned elects to receive the treatment set forth in Section 3.2.6(c)(i) of the Fourth Amended DCL Plan for the Other Parent Claim described in this Supplemental Ballot.

ITEM 4B. ELECTION TO RECEIVE TREATMENT SET FORTH IN SECTION 3.2.6(c)(ii) OF THE FOURTH AMENDED DCL PLAN.

- ☐ The undersigned elects to receive the treatment set forth in Section 3.2.6(c)(ii) of the Fourth Amended DCL Plan for the Other Parent Claim described in this Supplemental Ballot.

ITEM 4C. ELECTION TO RECEIVE TREATMENT SET FORTH IN SECTION 3.2.6(c)(iii) OF THE FOURTH AMENDED DCL PLAN.

---

[3] Section 11.2.2 of the Fourth Amended DCL Plan provides that each Person (a) that has voted to accept the Plan and has not opted out from granting the releases, (b) that has voted to reject the Plan but has opted to grant the releases, (c) that is deemed to accept the Plan and has been provided an opportunity but has not opted out of granting the releases, or (d) who otherwise agrees to provide the releases, shall be deemed to have unconditionally released each and all of the Released Parties of and from any and all claims, obligations, suits, judgments, damages, debts, rights, remedies, causes of action and liabilities of any nature whatsoever (including, without limitation, the LBO-Related Causes of Action and those arising under the Bankruptcy Code, including any avoidance claim), whether known or unknown, foreseen or unforeseen, liquidated or unliquidated, matured or unmatured, existing or hereafter arising, in law, equity, or otherwise, that are or may be based in whole or in part upon any act, omission, transaction, event or other occurrence taking place or existing on or before the Effective Date that are in connection with the Debtors or any of them, or their respective assets, property and Estates, the Chapter 11 Cases or the Plan, Disclosure Documents or the Restructuring Transactions (as such terms are defined in the Fourth Amended DCL Plan), except as otherwise provided in Section 11.2.2 of the Fourth Amended DCL Plan.

   ☐ The undersigned elects to receive the treatment set forth in Section 3.2.6(c)(iii) of the Fourth Amended DCL Plan for the Other Parent Claim described in this Supplemental Ballot.

ITEM 5. ALTERNATIVE RECIPIENT DESIGNATION FOR NEW COMMON STOCK DISTRIBUTIONS. Please complete this Item 5 if you elect to receive the treatment set forth in Section 3.2.6(c)(ii) or Section 3.2.6(c)(iii) of the Fourth Amended DCL Plan and wish to designate one or more affiliates or other parties ("Designee(s)") to receive all or a portion of your distribution of New Common Stock under the Fourth Amended DCL Plan.

Indicate below whether you intend to designate one or more Designee(s) to receive all or a portion of the New Common Stock to which you may be entitled.

  ☐ No Designation. I wish to receive 100% of my distribution of New Common Stock.

  ☐ Designation. I wish to allocate to a Designee all or a portion of my distribution of New Common Stock.

You may allocate your distribution of New Common Stock between yourself and/or up to three (3) Designees. List the names of the Designee(s) and the amount and percentage of your Other Parent Claim that should be distributed to each Designee. (Print or Type):

| Name of Holder or Designee(s) | Mailing Address / City, State, Zip Code | Telephone Number / Email | % of Other Parent Claim Designated |
|---|---|---|---|
| 1. | | | ____% |
| 2. | | | ____% |
| 3. | | | ____% |
| 4. | | | ____% |

**Total of all percentage allocations listed above must equal 100%.**

ITEM 6. CERTIFICATION. By signing this Supplemental Ballot, the Holder of the Other Parent Claim identified in Item 1 certifies that it:

  a. is the Holder of the Other Parent Claim to which this Supplemental Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Fourth Amended DCL Plan and make the elections called for on this Supplemental Ballot;

  b. has been provided with a copy of the Fourth Amended DCL Plan, the Supplemental Disclosure Document, and the Resolicitation Order and acknowledges that the votes and elections set forth on this Supplemental Ballot are subject to all of the terms and conditions set forth in the Fourth Amended DCL Plan, the Supplemental Disclosure Document, and the Resolicitation Order; and

    c.    has not submitted any other Supplemental Ballot(s) on account of the Other Parent Claim voted herein that are inconsistent with the votes and elections set forth in this Supplemental Ballot or that, as limited by the terms of the Resolicitation Order and the Instructions enclosed herewith, if such other Supplemental Ballot(s) was/were previously submitted, they either have been or are hereby revoked or changed to reflect the votes set forth herein.

Name: _____
          (Print or Type)

Signature:_____

By:_____
         (If Applicable)

Title:_____
        (If Applicable)

Mailing Address:_____

_____

City, State, Zip Code:_____

Telephone Number:_____

Email: _____

Date Completed:_____

    This Supplemental Ballot is not, and may not be deemed to be, (a) a proof of claim or equity interest or an assertion of a claim or equity interest, or (b) an admission by the Debtors or the other Proponents of the Fourth Amended DCL Plan of the nature, validity, or amount of any Claim, and does not signify that your Claim has been or will be Allowed.

> **YOUR SUPPLEMENTAL BALLOT MUST BE <u>ACTUALLY</u> <u>RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE 4:00 P.M. EASTERN TIME ON THE SUPPLEMENTAL VOTING DEADLINE (MAY 21, 2012), OR YOUR VOTE WILL NOT BE COUNTED AS A VOTE TO ACCEPT OR REJECT THE FOURTH AMENDED DCL PLAN AND YOUR ELECTIONS WILL NOT BE VALID. SUPPLEMENTAL BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL <u>NOT</u> BE COUNTED, AND YOUR ELECTIONS WILL NOT BE VALID.**
>
> **VOTES AND ELECTIONS MADE ON PRIOR VERSIONS OF THE FOURTH AMENDED DCL PLAN, OR OTHER PLANS OF REORGANIZATION FOR THE DEBTORS, BY HOLDERS OF OTHER PARENT CLAIMS WILL NOT BE RE-COUNTED. THEREFORE, YOU MUST BE SURE THAT THE SUPPLEMENTAL BALLOT IS RECEIVED BY THE VOTING AGENT BEFORE THE SUPPLEMENTAL VOTING DEADLINE.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS SUPPLEMENTAL BALLOT OR THE PROCEDURES FOR VOTING ON THE FOURTH AMENDED DCL PLAN, OR IF YOU NEED AN ADDITIONAL SUPPLEMENTAL BALLOT OR ADDITIONAL COPIES OF THE**

SUPPLEMENTAL DISCLOSURE DOCUMENT, THE FOURTH AMENDED DCL PLAN, OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AT (888) 287-7568 OR AT <u>TRIBUNEVOTE@EPIQSYSTEMS.COM</u>.

YOU MAY USE THE PRE-PAID RETURN ENVELOPE PROVIDED WITH THIS SUPPLEMENTAL BALLOT, OR YOU MAY RETURN YOUR SUPPLEMENTAL BALLOT BY PERSONAL DELIVERY, OVERNIGHT COURIER, OR FIRST-CLASS MAIL TO THE VOTING AGENT AT THE FOLLOWING ADDRESS:

| If By Mail: | If By Personal Delivery or Overnight Courier: |
|---|---|
| Tribune Company Ballot Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5014<br>New York, NY 10150-5014 | Tribune Company Ballot Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>757 Third Avenue, Third Floor<br>New York, NY 10017 |

**INSTRUCTIONS FOR COMPLETING SUPPLEMENTAL BALLOT FOR
HOLDERS OF OTHER PARENT CLAIMS AGAINST TRIBUNE COMPANY
TO ACCEPT OR REJECT THE FOURTH AMENDED DCL PLAN**

THESE INSTRUCTIONS EXPLAIN HOW TO COMPLETE THE SUPPLEMENTAL BALLOT ENCLOSED IN THE RESOLICITATION PACKAGE FOR VOTING TO ACCEPT OR REJECT THE FOURTH AMENDED DCL PLAN. PLEASE READ AND FOLLOW THESE INSTRUCTIONS CAREFULLY SO THAT YOUR VOTES AND ELECTIONS RESPECTING THE FOURTH AMENDED DCL PLAN WILL BE COUNTED.

### Why You Have Received a Supplemental Ballot

On April 16, 2012, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. [•]] (the "Resolicitation Order") to provide, among other things, for procedures for certain Holders of Claims against Tribune Company and/or its subsidiaries in the above-captioned Chapter 11 Cases (collectively, the "Debtors") to vote to accept or reject the Fourth Amended Joint Plan of Reorganization For Tribune Company and Its Subsidiaries Proposed By the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Fourth Amended DCL Plan") and to make certain elections called for under such Plan. Capitalized terms used but not defined in these Instructions have the meanings ascribed to them in (i) the Fourth Amended DCL Plan, (ii) the Supplemental Disclosure Document, or (iii) the Resolicitation Order, as applicable.

The Resolicitation Order provides, among other things, that Holders of PHONES Notes Claims may re-vote on the Fourth Amended DCL Plan and may make new elections thereunder.

These Instructions apply only to the Holders of Other Parent Claims against Tribune Company. If you hold other Claims against Tribune Company or the Subsidiary Debtors and those Claims are in Classes entitled to re-vote for purposes of the Fourth Amended DCL Plan, you will receive separate Supplemental Ballots to vote such Claims.

You have previously received ballots for voting on and making elections under earlier versions of the Fourth Amended DCL Plan and other plans of reorganization that were proposed for the Debtors with respect to your Claims. Please be aware that your votes on and elections under the earlier versions of the Fourth Amended DCL Plan and other plans of reorganization are _not_ being counted for purposes of the Fourth Amended DCL Plan, with the exception of prior Convenience Class Elections made by Holders of Other Parent Claims. Accordingly, if you wish to have your vote on and elections under the Fourth Amended DCL Plan counted, you must complete and return your Supplemental Ballot as provided in these Instructions.

### Materials That You Have Been Sent with the Supplemental Ballot

You have been sent various materials to assist you in deciding how to vote on the Fourth Amended DCL Plan (collectively, the "Resolicitation Package"). In addition to the Supplemental Ballot, the Resolicitation Package contains the following:

- a copy of the Fourth Amended DCL Plan;
- a Supplemental Disclosure Document (the "Supplemental Disclosure Document") that describes the modifications to the Fourth Amended DCL Plan that have been made since the prior solicitation of votes on and elections under such Plan. The Supplemental Disclosure Document has been approved by the Bankruptcy Court as a supplement to the

previously-distributed Disclosure Documents[1] to provide information to the Holders of Claims against the Debtors for deciding how to vote on the Fourth Amended DCL Plan;

- notices respecting the hearing before the Bankruptcy Court to consider confirmation of the Fourth Amended DCL Plan; and

- a copy of the Resolicitation Order (without exhibits).  The Resolicitation Order contains important information regarding the process of voting on the Fourth Amended DCL Plan and how votes on and elections under the Fourth Amended DCL Plan will be tabulated.

**It is very important that you read all of the materials in the Resolicitation Package carefully in considering how you wish to vote on the Fourth Amended DCL Plan and whether you wish to make the elections called for under such Plan.  Your vote on and elections under the Fourth Amended DCL Plan are very important and may affect your rights and the treatment of your Claim.**

If you would like to receive additional copies of the Fourth Amended DCL Plan, the Supplemental Disclosure Document, or any other materials relating to the Fourth Amended DCL Plan, you may obtain copies without charge by visiting http://chapter11.epiqsystems.com/tribune or by contacting Epiq Bankruptcy Solutions, LLC (the "Voting Agent") at (888) 287-7568 or at tribunevote@epiqsystems.com.

### Deadline for Returning Supplemental Ballots to the Voting Agent

You must complete, sign, and date your Supplemental Ballot and return it to the Voting Agent in the enclosed envelope so that it is **actually received** by the Voting Agent by no later than **May 21, 2012 at 4:00 p.m. (Eastern Time)** the ("Supplemental Voting Deadline").  If you do not return your Supplemental Ballot so that it is actually received by the Voting Agent by the Supplemental Voting Deadline, the votes reflected on your Supplemental Ballot will not be counted and the elections reflected on your Supplemental Ballot will not be valid.

### How to Complete Your Supplemental Ballot

The following are step-by-step instructions for how to complete your Supplemental Ballot for voting on the Fourth Amended DCL Plan and making the elections called for thereunder:

**ITEM 1:**   **Amount of Claim.**

Please certify the amount of your Claim as of April 13, 2012 (the "Supplemental Record Date").  By certifying the amount in Item 1, you are certifying that the party submitting the Supplemental Ballot is the Holder, as of the Supplemental Record Date, of a Claim in the aggregate unpaid amount set forth in Item 1 of the Supplemental Ballot.  The preprinted amount of the Claim set forth in Item 1 of the

---

[1] See (i) General Disclosure Statement dated December 15, 2010 [Docket No. 7232] (the "General Disclosure Statement"), which contains a general description of (among other things) the Debtors, their respective businesses and their reorganization proceedings; (ii) the Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [Docket No. 7135] (the "Specific Disclosure Statement"), which contains a detailed description of (among other things) the provisions of the First Amended DCL Plan, including those provisions that are retained in the Fourth Amended DCL Plan; and (iii) the Explanatory Statement Relating to Modified Elections Under Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as modified April 26, 2011) [Docket No. 8754] (the "Explanatory Statement"), which contains a description of (among other things) certain elections offered under the Second Amended DCL Plan (the General Disclosure Statement, the Specific Disclosure Statement, the Explanatory Statement, and the Supplemental Disclosure Document, collectively, the "Disclosure Documents").

Supplemental Ballot will control for voting purposes. If you do not agree with the amount preprinted on Item 1 of the Supplemental Ballot, please see "Questions Concerning Your Claim Amount" below.

**ITEM 1A:** **Convenience Class Election (Optional).**

You should check this box if you are the Holder of a Class 1F Other Parent Claim and you wish to have that Claim treated as a Class 1G Convenience Claim. If you make this election, your Class 1F Other Parent Claim will be reduced in amount to One Thousand Dollars ($1,000) under the Fourth Amended DCL Plan. In addition, if you check the box in Item 1A, (a) such election is an irrevocable and legally binding obligation; (b) your Claim will receive treatment set forth in the Fourth Amended DCL Plan for Class 1G Convenience Claims instead of the treatment afforded to Class 1F Other Parent Claims; (c) your vote to accept or reject the Fourth Amended DCL Plan will not be counted; and (d) you will be deemed to grant the releases set forth in Section 11.2.2 of the Fourth Amended DCL Plan unless you elect not to grant such releases by checking the appropriate box on the Supplemental Ballot.

Holders of Other Parent Claims that elected to have their Claims treated as Convenience Claims as part of the solicitation process undertaken on prior versions of the Plan shall continue to have that treatment election recognized and such Holders will not be treated as Holders of Other Parent Claims for the purposes of resolicitation of the Fourth Amended DCL Plan.

**ITEM 2:** **Vote to Accept or Reject the Fourth Amended DCL Plan.**

Please cast your vote to accept or reject the Fourth Amended DCL Plan by checking the applicable box in Item 2. Please note that you must vote the entire amount of your Claim to accept or reject the Fourth Amended DCL Plan; in other words, you may not vote part of your Claim to accept and part of your Claim to reject the Fourth Amended DCL Plan.

If the Fourth Amended DCL Plan is confirmed by the Bankruptcy Court and becomes effective, it will be binding upon you whether or not you vote to accept or reject the Plan or abstain from voting on the Plan.

Please be aware that a vote to accept the Fourth Amended DCL Plan is a vote to grant the releases set forth in Section 11.2.2 of the Fourth Amended DCL Plan, unless you elect not to grant such releases by checking the applicable box on Item 3 of the Supplemental Ballot. If you vote to reject the Fourth Amended DCL Plan, you may elect to grant the releases contained in Section 11.2.2 of the Fourth Amended DCL Plan by checking the applicable box on your Supplemental Ballot. Section 11.2.2 of the Fourth Amended DCL Plan provides that each Person (a) that has voted to accept the Plan and has not opted out from granting the releases, (b) that has voted to reject the Plan but has opted to grant the releases, (c) that is deemed to accept the Plan and has been provided an opportunity but has not opted out of granting the releases, or (d) who otherwise agrees to provide the releases, shall be deemed to have unconditionally released each and all of the Released Parties of and from any and all claims, obligations, suits, judgments, damages, debts, rights, remedies, causes of action and liabilities of any nature whatsoever (including, without limitation, the LBO-Related Causes of Action and those arising under the Bankruptcy Code, including any avoidance claim), whether known or unknown, foreseen or unforeseen, liquidated or unliquidated, matured or unmatured, existing or hereafter arising, in law, equity, or otherwise, that are or may be based in whole or in part upon any act, omission, transaction, event or other occurrence taking place or existing on or before the Effective Date that are in connection with the Debtors or any of them, or their respective assets, property and Estates, the Chapter 11 Cases or the Plan, Disclosure Documents or the Restructuring Transactions (as such terms are defined in the Fourth Amended DCL Plan), except as otherwise provided in Section 11.2.2 of the Fourth Amended DCL Plan.

**ITEM 3:** **Release Election (Optional).**

If you vote to accept the Fourth Amended DCL Plan, you are deemed to grant the releases in Section 11.2.2 of the Fourth Amended DCL Plan unless you affirmatively opt out of granting those

releases. If you vote to reject the Fourth Amended DCL Plan, you are deemed not to grant the releases in Section 11.2.2 of the Fourth Amended DCL Plan unless you affirmatively opt in to granting those releases. If you do not return a Supplemental Ballot, you are deemed not to grant the releases in Section 11.2.2 of the Fourth Amended DCL Plan unless you advise the Voting Agent in writing that you elect to grant the releases contained in Section 11.2.2 of the Fourth Amended DCL Plan.

If you voted to accept the Fourth Amended DCL Plan but wish to opt out of granting the releases in Section 11.2.2 of the Fourth Amended DCL Plan, please check the box corresponding to that election in Item 3. Similarly, if you vote to reject the Fourth Amended DCL Plan but wish to grant the releases in Section 11.2.2 of the Fourth Amended DCL Plan, please check the box corresponding to that election in Item 3.

If you either (i) vote to accept the Fourth Amended DCL Plan and do not check the box in Item 3 opting not to grant the Section 11.2.2 releases, or (ii) vote to reject the Fourth Amended DCL Plan and check the box in Item 3 opting to grant the Section 11.2.2 releases, you will have consented to the releases set forth in Section 11.2.2 of the Fourth Amended DCL Plan to the fullest extent permitted by applicable law. **If you do not grant the releases contained in Section 11.2.2 of the Fourth Amended DCL Plan, you will not receive the benefit of the releases set forth in the Fourth Amended DCL Plan.**

**The Disclosure Documents and the Fourth Amended DCL Plan should be referenced for a complete description of all releases set forth therein.**

**ITEM 4:** **Other Parent Claim Alternative Treatment Election.**

The Fourth Amended DCL Plan gives the Holders of Class 1F Other Parent Claims the right to elect between four alternative treatments for purposes of distribution on account of Allowed Other Parent Claims, which are described in Section 3.2.6(c) of the Fourth Amended DCL Plan. The alternative treatments provided for under Section 3.2.6(c) of the Fourth Amended DCL Plan are identical to those provided for under the prior version of such Plan, provided, however, that Holders of Other Parent Claims will no longer receive a Pro Rata share of applicable Creditors' Trust Interests.

If you wish to receive the treatment set forth in Section 3.2.6(c)(i) of the Fourth Amended DCL Plan, please check the box in Item 4A. If you wish to receive the treatment set forth in Section 3.2.6(c)(ii) of the Fourth Amended DCL Plan, please check the box in Item 4B. If you wish to receive the treatment set forth in Section 3.2.6(c)(iii) of the Fourth Amended DCL Plan, please check the box in Item 4C. **You may only select one treatment option.** If you do not submit a Supplemental Ballot, or submit a Supplemental Ballot but do not check the box in Item 4, you will have consented to the treatment set forth in Section 3.2.6(c)(iv) of the Fourth Amended DCL Plan for your Class 1F Other Parent Claim.

**ITEM 5:** **Other Parent Claim Alternative Recipient Designation For New Common Stock Distributions.**

Please complete Item 5 if you have elected to receive the alternative treatment in either Section 3.2.6(c)(ii) (Item 4B, above) or Section 3.2.6(c)(iii) (Item 4C, above), and you wish to designate one or more affiliates or other parties ("Designee(s)") to receive all or a portion of your distribution of New Common Stock under the Fourth Amended DCL Plan (the "Alternative Recipient Designation"). The Alternative Recipient Designation is voluntary; if you choose not to make an Alternative Recipient Designation, distributions of New Common Stock will be made to you accordance with the Fourth Amended DCL Plan. (See Fourth Amended DCL Plan at § 7.2.3 (implementing Alternative Recipient Designation)). You may allocate your distribution of New Common Stock between yourself and/or up to three (3) Designees. List the names of the Designee(s) and the amount and percentage of New Common Stock to be distributed on account of your Other Parent Claim that should be distributed to each Designee. If you make an Alternative Recipient Designation, your distribution will consist of the applicable amounts of New Senior Secured Term Loan, Distributable Cash, any New Common Stock for which you did not make an Alternative Recipient Designation, your Pro Rata share of Litigation Trust

4

Interests (depending on which Alternative Treatment you select), and you and/or your Designee(s) will receive your corresponding distribution of New Common Stock in the percentage allocations set forth by you on Item 5 of your Supplemental Ballot.

**ITEM 6:      Certifications.**

Please review and complete the certifications in Item 6. Your original signature is required on the Supplemental Ballot for your vote on and elections under the Fourth Amended DCL Plan to count. In addition, in Item 6, if you are completing the Supplemental Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing. You may be requested at a later time to provide proof of your authorization to so sign. In addition, please provide your name and mailing address if different from that set forth on the mailing label, or if no mailing label is attached to the Supplemental Ballot.

### Returning Your Supplemental Ballot to the Voting Agent

Once you have completed your Supplemental Ballot in accordance with the foregoing instructions, please return the completed Supplemental Ballot to the Voting Agent at the appropriate address specified in your Supplemental Ballot so that the Supplemental Ballot is actually received by the Voting Agent before the Supplemental Voting Deadline.

**No Electronic Transmissions.** Supplemental Ballots submitted by facsimile or other electronic transmission will not be counted. In addition, please note that if your Supplemental Ballot is illegible or contains insufficient information to permit the identification of the Holder of the Claim, your Supplemental Ballot will not be counted. Do not mail your Supplemental Ballots directly to the Debtors or to any of the Proponents of the Fourth Amended DCL Plan.

**No Withdrawal.** After the Supplemental Voting Deadline, unless you obtain the prior consent of the Proponents of the Fourth Amended DCL Plan or Bankruptcy Court approval, you may not (i) withdraw or modify your Supplemental Ballot in any way, (ii) change your vote to accept or reject the Fourth Amended DCL Plan, or (iii) change your release or treatment elections (if applicable).

**Questions Concerning Your Claim Amount.** If you disagree with the amount of your Claim set forth in Item 1 of the Supplemental Ballot, you may ask the Bankruptcy Court to allow your Claim solely for voting purposes in a different amount. To have your Claim allowed solely for voting purposes under the Fourth Amended DCL Plan in a different amount, you must serve on the Proponents of the Fourth Amended DCL Plan (at the addresses listed on page 1 of the Fourth Amended DCL Plan) and file with the Bankruptcy Court, on or before **May 11, 2012**, a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such Claim for purposes of voting (a "3018 Motion").

A 3018 Motion must set forth, with particularity, the amount and classification in which you believe your Claim should be allowed for voting purposes and the evidence in support of your belief. If you file a 3018 Motion by the deadline above, your Supplemental Ballot will be counted for voting purposes on the Fourth Amended DCL Plan in the amount as agreed by the proponents of the Fourth Amended DCL Plan and you, or, in the absence of an agreement, in the amount established by the Bankruptcy Court. **May 29, 2012, at 1:00 p.m. (Eastern Time)** has been established as the date and time for a hearing to consider any and all 3018 Motions.

**Additional Questions.** If you have questions concerning the Supplemental Ballot or the procedures for voting on and making elections under the Fourth Amended DCL Plan, or if you need an additional Supplemental Ballot or additional copies of other materials in the Resolicitation Package, please contact the Voting Agent at 888-287-7568 or at tribunevote@epiqsystems.com. The materials in the Resolicitation Package may also be obtained free of charge by visiting http://chapter11.epiqsystems.com/tribune.

**The Supplemental Ballot is Not a Proof of Claim or Interest.** The Supplemental Ballot is not, and may not be deemed to be, (a) a proof of claim or equity interest or an assertion of a claim or equity interest, or (b) an admission by the Debtors or the other Proponents of the Fourth Amended DCL Plan of the nature, validity, or amount of any Claim, and does not signify that your Claim has been or will be Allowed.