# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Objection Deadline: May 8, 2012 at 4:00 p.m. (ET)** |

## TWENTY-FIRST MONTHLY AND FINAL APPLICATION OF PAUL HASTINGS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR GENERAL REAL ESTATE AND RELATED MATTERS FOR THE PERIOD FROM DECEMBER 8, 2008 THROUGH MARCH 31, 2012

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| Name of Applicant: | Paul Hastings LLP, successor in interest to Paul, Hastings, Janofsky & Walker LLP[2] |
| Authorized to Provide Professional Services to: | The above-captioned Debtors and Debtors-in-Possession |
| Date of Retention: | February 3, 2009 *Nunc Pro Tunc* to December 8, 2008 (Docket No. 323) |
| Interim Period: | September 1, 2011 through March 31, 2012 |
| Final Period: | December 8, 2008 through March 31, 2012 |
| Interim Compensation Sought: | $7,026.50  (80% of which is $5,621.20) |
| Final Compensation Sought: | $1,467,726.00 |
| Interim Expense Reimbursement Sought: | $0.00 |
| Final Expense Reimbursement Sought: | $9,473.26 |

This is a(n):    X  Monthly ____ interim    X  Final application

Prior applications filed:

| Applications[3] | | | | | CNOs | |
|---|---|---|---|---|---|---|
| Date Filed | Docket No. | Period Covered | Total Fees | Expenses | Date Filed | Docket No. |
| 2/27/09 | 459 | 12/8/08 through 1/31/09 | $225,118.00 | $167.28 | 5/7/09 | 1148 |
| 3/27/09 | 820 | 2/1/09 through 2/28/09 | $120,769.50 | $27.65 | 5/7/09 | 1149 |
| 5/11/09 | 1175 | 3/1/09 through 3/31/09 | $102,618.00 | $252.41 | 6/3/09 | 1288 |
| 6/26/09 | 1648 | 4/1/09 through 4/30/09 | $122,648.00 | $88.22 | 7/22/09 | 1797 |
| 6/30/09 | 1667 | 5/1/09 through 5/31/09 | $204,721.00 | $883.29 | 7/22/09 | 1798 |
| 7/31/09 | 1875 | 6/1/09 through 6/30/09 | $95,656.50 | $56.45 | 8/25/09 | 2014 |
| 9/4/09 | 2098 | 7/1/09 through 7/31/09 | $66,906.50 | $1,308.11 | 10/1/09 | 2256 |
| 10/1/09 | 2252 | 8/1/09 through 8/31/09 | $85,936.00 | $3.90 | 10/26/09 | 2423 |
| 10/29/09 | 2460 | 9/1/09 through 9/30/09 | $54,505.00 | $44.72 | 11/20/09 | 2606 |
| 12/3/09 | 2727 | 10/1/09 through 10/31/09 | $76,550.50 | $548.40 | 12/28/09 | 2945 |

---

[2] Effective July 25, 2011, the firm changed its name from Paul, Hastings, Janofsky & Walker LLP to Paul Hastings LLP. Paul Hastings LLP will file concurrently herewith a Notice of Change of Firm Name.

[3] Pursuant to the Fee Examiner's Final Report Regarding the First Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings") [Docket No. 1948], for the period from December 8, 2008 through and including February 28, 2009, Paul Hastings agreed to a reduction in fees in the amount of $1,726.50 and a reduction in the reimbursement of expenses in the amount of $38.00. Pursuant to the Fee Examiner's Final Report Regarding the Second Interim Fee Application of Paul Hastings [Docket No. 3265], for the period from March 1, 2009 through and including May 31, 2009, Paul Hastings agreed to a reduction in fees in the amount of $2,594.00 and a reduction in the reimbursement of expenses in the amount of $22.50. Pursuant to the Fee Examiner's Final Report Regarding the Third Interim Fee Application of Paul Hastings [Docket No. 5847], for the period from June 1, 2009 through and including August 31, 2009, Paul Hastings agreed to a reduction in fees in the amount of $10,590.50. At the Debtors' request in connection with Paul Hastings' Twelfth Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 3254], for the period from December 1, 2009 through and including December 31, 2009, Paul Hastings agreed to a reduction in fees in the amount of $430.50.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/28/09 | 2944 | 11/1/09 through 11/30/09 | $55,635.50 | $64.56 | 1/21/10 | 3160 |
| 1/28/10 | 3254 | 12/1/09 through 12/31/09 | $12,457.00 | $43.05 | 2/19/10 | 3510 |
| 3/3/10 | 3678 | 1/1/10 through 1/31/10 | $19,668.50 | $3,949.51 | 3/25/10 | 3852 |
| 3/26/10 | 3869 | 2/1/10 through 2/28/10 | $10,670.50 | $0.00 | 4/19/10 | 4109 |
| 7/8/10 | 4960 | 3/1/10 through 5/31/10 | $63,584.00 | $17.70 | 8/9/10 | 5317 |
| 9/27/10 | 5817 | 6/1/10 through 8/31/10 | $46,872.50 | $26.43 | 10/20/10 | 6058 |
| 12/27/10 | 7319 | 9/1/10 through 11/30/10 | $7,182.00 | $1,790.00 | 1/21/11 | 7594 |
| 4/14/11 | 8654 | 12/1/10 through 2/28/11 | $46,256.50 | $19.90 | 5/6/11 | 8844 |
| 7/6/11 | 9417 | 3/1/11 through 5/31/11 | $40,759.00 | $168.10 | 7/28/11 | 9565 |
| 10/5/11 | 9897 | 6/1/11 through 8/31/11 | $2,185.00 | $13.58 | 10/27/11 | 10082 |

Prior Interim Applications Filed:

| Dkt. No. Date Filed | Period Covered | Fees | Expenses | Court Order Dkt. No. Date Filed | Allowed Fees and Expenses | Paid Fees and Expenses |
|---|---|---|---|---|---|---|
| 1052<br><br>4/17/09 | 12/8/08 through 2/28/09 | $345,887.50 | $194.93 | 2857<br><br>12/15/09 | Fees:<br>$344,161.00<br>Expenses:<br>$156.93 | Fees:<br>$344,161.00<br>Expenses:<br>$156.93 |
| 1758<br><br>7/16/09 | 3/1/09 through 5/31/09 | $429,987.00 | $1,223.92 | 4467<br><br>5/18/10 | Fees:<br>$427,393.00<br>Expenses:<br>$1,201.42 | Fees:<br>$427,393.00<br>Expenses:<br>$1,201.42 |
| 2363<br><br>10/15/09 | 6/1/09 through 8/31/09 | $248,499.00 | $1,368.46 | 6078<br><br>10/22/10 | Fees:<br>$237,908.50<br>Expenses:<br>$1,368.46 | Fees:<br>$237,908.50<br>Expenses:<br>$1,368.46 |
| 3073<br><br>1/13/10 | 9/1/09 through 11/30/09 | $186,691.00 | $657.68 | 9697<br><br>8/24/11 | Fees:<br>$180,848.50<br>Expenses:<br>$657.68 | Fees:<br>$180,848.50<br>Expenses:<br>$657.68 |
| 4067<br><br>4/15/10 | 12/1/09 through 2/28/10 | $42,796.00 | $3,992.56 | 10020<br><br>10/19/11 | Fees:<br>$31,799.50<br>Expenses:<br>$3,992.56 | Fees:<br>$31,799.50<br>Expenses:<br>$3,992.56 |
| 5045<br><br>7/15/10 | 3/1/10 through 5/31/10 | $63,584.00 | $17.70 | 10418<br><br>12/12/11 | Fees:<br>$63,517.00<br>Expenses:<br>$17.70 | Fees:<br>$63,517.00<br>Expenses:<br>$17.70 |
| 5950<br><br>10/14/10 | 6/1/10 through 8/31/10 | $46,872.50 | $26.43 | 10933<br><br>2/15/12 | Fees:<br>$45,290.50<br>Expenses:<br>$26.43 | Fees:<br>$45,290.50<br>Expenses:<br>$26.43 |
| 7478<br><br>1/12/11 | 9/1/10 through 11/30/10 | $7,182.00 | $1,790.00 | Not yet heard | | Fees:<br>$5,331.60<br>Expenses:<br>$1,790.00 |
| 8658<br><br>4/14/11 | 12/1/10 through 2/28/11 | $46,256.50 | $19.90 | Not yet heard | | Fees:<br>$36,451.60<br>Expenses:<br>$19.90 |

46429/0001-8472940v1

| 9417 7/6/11 | 3/1/11 through 5/31/11 | $40,759.00 | $168.10 | Not yet heard | | Fees: $32,607.20 Expenses: $168.10 |
| 9951 10/11/11 | 6/1/11 through 8/31/11 | $2,185.00 | $13.58 | Not yet heard | | Fees: $1,748.00 Expenses: $13.58 |

### INTERIM COMPENSATION BY PROFESSIONALS AND PARAPROFESSIONALS
### SEPTEMBER 1, 2011 THROUGH MARCH 31, 2012

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
| --- | --- | --- | --- | --- |
| Katherine A. Traxler | Of Counsel; Member of California Bar since 1990; Joined Firm in 1990. | $715 | 4.10 | $2,931.50 |
| Holly Snow | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $495 | 1.00 | $495.00 |
| Lito M. Natividad | Billing – Lead; Joined Firm in 1998. | $240 | 15.00 | $3,600.00 |
| **TOTAL** | | | **20.10** | **$7,026.50** |

| | |
| --- | --- |
| Grand Total | $7,026.50 |
| Attorney Compensation | $3,426.50 |
| Total Attorney Hours | 5.10 |
| Blended Attorney Rate | $671.86 |

4

**FINAL COMPENSATION BY PROFESSIONALS AND PARAPROFESSIONALS**
**DECEMBER 8, 2008 THROUGH MARCH 31, 2012**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew M. Short | Partner, Member of New York Bar since 1986; Joined Firm in 1988. | $955 | 0.30 | $286.50 |
| Andrew M. Short | Partner, Member of New York Bar since 1986; Joined Firm in 1988. | $910 | 2.20 | $2,002.00 |
| Joseph P. Opich | Partner; Member of New York Bar since 1988; Joined Firm in 1994. | $895 | 1.10 | $984.50 |
| Richard A. Chesley | Partner; Member of Ohio Bar since 1985; Member of Illinois Bar since 1997; Joined Firm in 2006. | $895 | 14.80 | $13,246.00 |
| Richard A. Chesley | Partner; Member of Ohio Bar since 1985; Member of Illinois Bar since 1997; Joined Firm in 2006. | $825 | 8.50 | $7,012.50 |
| Thomas S. Wisialowski | Partner; Member of California Bar since 1985; Joined Firm in 1985. | $895 | 0.50 | $447.50 |
| Thomas S. Wisialowski | Partner; Member of California Bar since 1985; Joined Firm in 1985. | $865 | 1.50 | $1,297.50 |
| Thomas S. Wisialowski | Partner; Member of California Bar since 1985; Joined Firm in 1985. | $815 | 1.10 | $896.50 |
| Patrick A. Ramsey | Partner; Member of California Bar since 1976; Joined Firm in 1976. | $875 | 15.20 | $13,300.00 |
| Patrick A. Ramsey | Partner; Member of California Bar since 1976; Joined Firm in 1976. | $840 | 42.50 | $35,700.00 |
| Patrick A. Ramsey | Partner; Member of California Bar since 1976; Joined Firm in 1976. | $810 | 72.30 | $58,563.00 |
| Mitchell B. Menzer | Partner; Member of California Bar since 1984; Joined Firm in 2006. | $825 | 0.50 | $412.50 |

46429/0001-8472940v1

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mitchell B. Menzer | Partner; Member of California Bar since 1984; Joined Firm in 2006. | $795 | 8.60 | $6,837.00 |
| Gregory E. Spitzer | Partner; Member of the Illinois Bar since 1989; Joined Firm in 2007. | $845 | 0.60 | $507.00 |
| Gregory E. Spitzer | Partner; Member of the Illinois Bar since 1989; Joined Firm in 2007. | $810 | 176.30 | $142,803.00 |
| Gregory E. Spitzer | Partner; Member of the Illinois Bar since 1989; Joined Firm in 2007. | $765 | 14.10 | $10,786.50 |
| Daniel J. Perlman | Partner; Member of Illinois Bar since 1985; Member of New York Bar since 2003; Joined Firm in 2007. | $850 | 2.80 | $2,380.00 |
| Daniel J. Perlman | Partner; Member of Illinois Bar since 1985; Member of New York Bar since 2003; Joined Firm in 2007. | $825 | 1.60 | $1,320.00 |
| Daniel J. Perlman | Partner; Member of Illinois Bar since 1985; Member of New York Bar since 2003; Joined Firm in 2007. | $790 | 194.10 | $153,339.00 |
| Daniel J. Perlman | Partner; Member of Illinois Bar since 1985; Member of New York Bar since 2003; Joined Firm in 2007. | $725 | 18.90 | $13,702.50 |
| Thomas R. Mounteer | Partner; Member of District of Columbia Bar since 1986; Member of New York Bar since 1986; Joined Firm in 2001. | $850 | 0.50 | $425.00 |
| Thomas R. Mounteer | Partner; Member of District of Columbia Bar since 1986; Member of New York Bar since 1986; Joined Firm in 2001. | $730 | 4.90 | $3,577.00 |

46429/0001-8472940v1

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradley V. Ritter | Partner; Member of Illinois Bar since 1991; Joined Firm in 2007. | $735 | 4.00 | $2,940.00 |
| Jeffrey S. Rheeling | Of Counsel; Member of Illinois Bar since 1997; Joined Firm in 2007. | $780 | 0.50 | $390.00 |
| Jeffrey S. Rheeling | Of Counsel; Member of Illinois Bar since 1997; Joined Firm in 2007. | $745 | 37.20 | $27,714.00 |
| Jeffrey S. Rheeling | Of Counsel; Member of Illinois Bar since 1997; Joined Firm in 2007. | $720 | 5.70 | $4,104.00 |
| Jeffrey S. Rheeling | Of Counsel; Member of Illinois Bar since 1997; Joined Firm in 2007. | $695 | 48.70 | $33,846.50 |
| Jeffrey S. Rheeling | Of Counsel; Member of Illinois Bar since 1997; Joined Firm in 2007. | $675 | 623.20 | $420,660.00 |
| Jeffrey S. Rheeling | Of Counsel; Member of Illinois Bar since 1997; Joined Firm in 2007. | $645 | 10.20 | $6,579.00 |
| Lawrence D. Kaplan | Of Counsel; Member of District of Columbia Bar since 1988; Member of Pennsylvania Bar since 1987; Joined Firm in 2008. | $725 | 0.80 | $580.00 |
| Katherine A. Traxler | Of Counsel; Member of California Bar since 1990; Joined Firm in 1990. | $715 | 7.20 | $5,148.00 |
| Kimberly D. Newmarch | Of Counsel; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined Firm in 2007. | $715 | 0.10 | $71.50 |
| Kimberly D. Newmarch | Of Counsel; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined Firm in 2007. | $690 | 4.40 | $3,036.00 |
| Kimberly D. Newmarch | Of Counsel; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined Firm in 2007. | $670 | 1.60 | $1,072.00 |

46429/0001-8472940v1

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kimberly D. Newmarch | Of Counsel; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined Firm in 2007. | $660 | 5.60 | $3,696.00 |
| Kimberly D. Newmarch | Of Counsel; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined Firm in 2007. | $645 | 3.30 | $2,128.50 |
| Kimberly D. Newmarch | Of Counsel; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined Firm in 2007. | $635 | 16.60 | $10,541.00 |
| Kimberly D. Newmarch | Of Counsel; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined Firm in 2007. | $605 | 0.80 | $484.00 |
| Michael J. McCarthy | Associate; Joined Firm in 2006. | $615 | 24.70 | $15,190.50 |
| Friedemann Thomma | Associate; Member of New York Bar since 2004; Joined Firm in 2006. | $590 | 3.50 | $2,065.00 |
| Elisa L. Paster | Associate; Member of Missouri Bar since 2003; Member of New Mexico Bar since 2004; Member of California Bar since 2006; Joined Firm in 2005. | $575 | 2.30 | $1,322.50 |
| Tarun J. Chandran | Associate; Member of Illinois Bar since 2003; Joined Firm in 2007. | $670 | 1.00 | $670.00 |
| Tarun J. Chandran | Associate; Member of Illinois Bar since 2003; Joined Firm in 2007. | $650 | 40.20 | $26,130.00 |
| Tarun J. Chandran | Associate; Member of Illinois Bar since 2003; Joined Firm in 2007. | $610 | 11.20 | $6,832.00 |
| Tarun J. Chandran | Associate; Member of Illinois Bar since 2003; Joined Firm in 2007. | $595 | 37.90 | $22,550.50 |

46429/0001-8472940v1

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tarun J. Chandran | Associate; Member of Illinois Bar since 2003; Joined Firm in 2007. | $580 | 58.20 | $33,756.00 |
| Tarun J. Chandran | Associate; Member of Illinois Bar since 2003; Joined Firm in 2007. | $560 | 24.50 | $13,720.00 |
| Susan G. Spira | Associate; Member of California Bar since 1990; Joined Firm in 2003 | $550 | 15.70 | $8,635.00 |
| David B. Lambert | Associate; Member of California Bar since 2002; Joined Firm in 2002. | $595 | 0.80 | $476.00 |
| Christian M. Auty | Associate; Member of Illinois Bar since 2005; Joined Firm in 2007. | $515 | 10.70 | $5,510.50 |
| Justin P. Bender | Associate; Member of Illinois Bar since 2005; Joined Firm in 2007. | $620 | 2.30 | $1,426.00 |
| Justin P. Bender | Associate; Member of Illinois Bar since 2005; Joined Firm in 2007. | $605 | 4.80 | $2,904.00 |
| Justin P. Bender | Associate; Member of Illinois Bar since 2005; Joined Firm in 2007. | $565 | 7.80 | $4,407.00 |
| Justin P. Bender | Associate; Member of Illinois Bar since 2005; Joined Firm in 2007. | $550 | 84.70 | $46,585.00 |
| Justin P. Bender | Associate; Member of Illinois Bar since 2005; Joined Firm in 2007. | $515 | 160.60 | $82,709.00 |
| Nathalia A. Bernardo | Associate; Member of New York Bar since 2005; Member of New Jersey Bar since 2005; Joined Firm in 2004. | $585 | 0.50 | $292.50 |
| Kate Steffy | Associate; Member of Illinois Bar since 2006; Joined Firm in 2007. | $475 | 6.30 | $2,992.50 |
| Michael F. Lukens | Associate; Member of New York Bar since 2006; Member of District of Columbia Bar since 2007; Joined Firm in 2005. | $495 | 3.70 | $1,831.50 |

46429/0001-8472940v1

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew G. Brigham | Associate; Member of New York Bar since 2007; Joined Firm in 2007. | $505 | 11.90 | $6,009.50 |
| Matthew G. Brigham | Associate; Member of New York Bar since 2007; Joined Firm in 2007. | $445 | 10.60 | $4,717.00 |
| Hilla U. Jimenez | Associate; Member of Illinois Bar since 2007; Joined Firm in 2007. | $485 | 0.30 | $145.50 |
| Hilla U. Jimenez | Associate; Member of Illinois Bar since 2007; Joined Firm in 2007. | $475 | 16.00 | $7,600.00 |
| Hilla U. Jimenez | Associate; Member of Illinois Bar since 2007; Joined Firm in 2007. | $425 | 1.80 | $765.00 |
| Hilla U. Jimenez | Associate; Member of Illinois Bar since 2007; Joined Firm in 2007. | $405 | 19.20 | $7,776.00 |
| Marcia Persaud | Associate; Member of Massachusetts Bar since 2008; Member of New York Bar since 2009; Member of District of Columbia Bar since 2010; Joined Firm in 2008. | $535 | 2.00 | $1,070.00 |
| Stephenie S. Park | Associate; Member of Illinois Bar since 2008; Joined Firm in 2008. | $430 | 2.10 | $903.00 |
| Stephenie S. Park | Associate; Member of Illinois Bar since 2008; Joined Firm in 2008. | $425 | 9.20 | $3,910.00 |
| Stephenie S. Park | Associate; Member of Illinois Bar since 2008; Joined Firm in 2008. | $360 | 5.80 | $2,088.00 |
| Daniel L. Simon | Associate; Member of Illinois Bar since 2008; Joined Firm in 2008. | $425 | 0.30 | $127.50 |

46429/0001-8472940v1

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel L. Simon | Associate; Member of Illinois Bar since 2008; Joined Firm in 2008. | $360 | 67.50 | $24,300.00 |
| Leah J. Weiss | Associate; Member of Illinois Bar since 2008; Joined Firm in 2008. | $360 | 15.50 | $5,580.00 |
| Leah J. Weiss | Associate; Member of Illinois Bar since 2008; Joined Firm in 2008. | $350 | 5.10 | $1,785.00 |
| Holly Snow | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $495 | 1.20 | $594.00 |
| Holly Snow | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $435 | 4.10 | $1,783.50 |
| Holly Snow | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $395 | 9.20 | $3,634.00 |
| Holly Snow | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $360 | 5.00 | $1,800.00 |
| Jacqueline Hairston | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $435 | 43.00 | $18,705.00 |
| Jacqueline Hairston | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $395 | 5.10 | $2,014.50 |
| Jacqueline Hairston | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $360 | 33.80 | $12,168.00 |
| Veronica L. Boyer | Associate; Joined Firm in 2008 | $360 | 2.00 | $720.00 |
| Felicia L. Holley | Senior Paralegal; Paralegal since 2001; Joined Firm in 2001. | $335 | 15.70 | $5,259.50 |
| Ruth P. Rosen | Senior Paralegal; Paralegal since 1988; Joined Firm in 2007. | $320 | 155.10 | $49,632.00 |
| Ruth P. Rosen | Senior Paralegal; Paralegal since 1988; Joined Firm in 2007. | $305 | 17.50 | $5,337.50 |
| Sarah E. Tybor | Paralegal; Paralegal since 2007; Joined Firm in 2007. | $300 | 12.60 | $3,780.00 |
| Allison L. Eissing | Paralegal; Paralegal since 2006; Joined Firm in 2007. | $260 | 16.60 | $4,316.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Emily F. Peter | Paralegal; Joined Firm in 2008 | $225 | 3.30 | $742.50 |
| Lito M. Natividad | Billing – Lead; Joined Firm in 1998. | $240 | 19.80 | $4,752.00 |
| Jamie B. Brown | Case Assistant; Case Assistant since 2005; Joined Firm in 2007. | $205 | 61.50 | $12,607.50 |
| Daniel R. Breslin | Case Assistant; Case Assistant since 2007; Joined Firm in 2008. | $60 | 4.70 | $282.00 |
| **TOTAL** | | | **2,431.70** | **$1,467,726.00** |

| | |
|---|---|
| Grand Total | $1,467,726.00 |
| Attorney Compensation | $1,381,017.00 |
| Total Attorney Hours | 2,124.90 |
| Blended Attorney Rate | $649.92 |

12

### INTERIM COMPENSATION BY PROJECT CATEGORY
### SEPTEMBER 1, 2011 THROUGH MARCH 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **Administration** | | |
| Fee/Employment Applications (B160) | 20.10 | $7,026.50 |
| **TOTAL** | **20.10** | **$7,026.50** |

### FINAL COMPENSATION BY PROJECT CATEGORY
### DECEMBER 8, 2008 THROUGH MARCH 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **Administration** | | |
| Case Administration (B110) | 48.70 | $14,684.50 |
| Pleadings Review (B113) | 4.10 | $3,321.00 |
| Asset Analysis and Recovery (B120) | 4.20 | $2,217.50 |
| Asset Disposition (B130) | 58.10 | $32,287.50 |
| Sale of Real Estate (B131) | 364.80 | $228,300.00 |
| Auction of Assets (B133) | 1.00 | $739.00 |
| Relief from Stay/Adequate Protection Proceedings (B140) | 0.50 | $317.50 |
| Court Hearings (B155) | 0.80 | $550.50 |
| Fee/Employment Applications (B160) | 358.10 | $134,086.50 |
| Assumption/Rejection of Leases and Contracts (B185) | 295.10 | $206,584.00 |
| Non-Working Travel (B195) | 0.60 | $216.00 |
| **Operations** | | |
| Business Operations (B210) | 43.30 | $31,382.00 |
| Employee Benefits/Pensions (B220) | 0.50 | $317.50 |
| Tax Issues (B240) | 70.80 | $43,307.50 |

46429/0001-8472940v1

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Environmental Issues (B241) | 12.00 | $7,667.50 |
| Real Estate (B250) | 1,157.90 | $754,425.00 |
| Investigations (B261) | 0.60 | $537.00 |
| **Claims and Plan** | | |
| Claims Administration and Objections (B310) | 0.10 | $63.50 |
| Plan and Disclosure Statement (including Business Plan) (B320) | 4.50 | $3,127.50 |
| **Bankruptcy-Related Advice** | | |
| General Bankruptcy Advice/Opinions (B410) | 3.70 | $2,615.00 |
| Restructurings (B420) | 2.30 | $979.50 |
| **TOTAL** | **2,431.70** | **$1,467,726.00** |

46429/0001-8472940v1

**INTERIM EXPENSE SUMMARY**
**SEPTEMBER 1, 2011 THROUGH MARCH 31, 2012**

None

**FINAL EXPENSE SUMMARY**
**DECEMBER 8, 2008 THROUGH MARCH 31, 2012**

| Expense Category | Total Expenses |
|---|---|
| Certified Copies/Corporate Documents/ Title Insurance Documents | $5,824.00 |
| Cell phone charges | $28.55 |
| Outside Printing & Photocopy | $591.00 |
| Real Estate document production, e.g., oversized copies, binding, etc. | $638.05 |
| Taxi/Ground Transportation | $113.35 |
| CSC/LexisNexis Document Solutions | $1,208.00 |
| Conference Calls | $11.50 |
| Photocopy Charges (5,416 pages @ $0.10/page) | $541.60 |
| Photocopy Charges-Color (5 pages @ $1.25/page) | $6.25 |
| Facsimile (14 pages @ $1.00/page) | $14.00 |
| Courier Service/Overnight Delivery | $429.13 |
| Long Distance/Telephone Charges | $67.83 |
| **TOTAL** | **$9,473.26** |

46429/0001-8472940v1

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Objection Deadline: May 8, 2012 at 4:00 p.m. (ET)** |

**TWENTY-FIRST MONTHLY AND FINAL APPLICATION OF PAUL HASTINGS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR GENERAL REAL ESTATE AND RELATED MATTERS FOR THE COMBINED PERIOD FROM DECEMBER 8, 2008 THROUGH MARCH 31, 2012**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and the Court's Order Establishing Procedures for Interim Compensation and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§

105(a) and 331 [Docket. No. 225] (the "Administrative Order"), Paul Hastings LLP ("Paul

Hastings"), successor in interest to Paul, Hastings, Janofsky & Walker LLP, hereby files this

Twenty-First Monthly and Final Application for Allowance of Compensation for Services

Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and

Related Matters for the Combined Period from December 8, 2008 through March 31, 2012 (the

"Application").  By this Application, Paul Hastings requests (a) allowance of $7,026.50 as

compensation and $0.00 for reimbursement of actual and necessary expenses, for a total of

$7,026.50 for the interim period from September 1, 2011 through and including March 31, 2012

(the "Interim Compensation Period"), which amounts have not been the subject of a previous

interim application, and (b) final allowance of the sums of $1,467,726.00 as compensation and

$9,473.26 for reimbursement of actual and necessary expenses for a total of $1,477,199.26 for

the period from December 8, 2008 through and including March 31, 2012 (the "Total

Compensation Period").  In support of this Application, Paul Hastings respectfully represents as

follows:

### Background

      1.      On December 8, 2008 (the "Petition Date"), the above-captioned debtors

and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under

chapter 11 of the Bankruptcy Code.

      2.      Paul Hastings was retained effective *nunc pro tunc* as of the Petition Date by this

Court's Order dated February 3, 2009 [Docket No. 323] (the "Retention Order").  The Retention

Order authorized Paul Hastings to be compensated on an hourly basis and to be reimbursed for

actual and necessary out-of-pocket expenses. The matters on which Paul Hastings advised the

Debtors have now concluded.  Paul Hastings, accordingly, respectfully submits this final fee application.

      3.      In this Application, Paul Hastings respectfully requests final allowance of compensation and reimbursement of expenses for its legal services rendered for and on behalf of the Debtors in these chapter 11 cases.

**Compensation Paid and Its Source**

      4.      All services for which compensation is requested by Paul Hastings were performed for or on behalf of the Debtors.

      5.      Except to the extent of the retainer paid to Paul Hastings as described in the application seeking approval of Paul Hastings' employment, Paul Hastings has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Paul Hastings and any other person other than the attorneys, employees, and staff of Paul Hastings for the sharing of compensation to be received for services rendered in these cases.

**Fee Statements**

      6.      The fee statements for the Interim Compensation Period are attached hereto as Exhibit A.  These statements contain daily time logs describing the time spent by each attorney and paraprofessional for this period.  To the best of Paul Hastings' knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the Administrative Order.

3

## Actual and Necessary Expenses

7.     A summary of the actual and necessary expenses incurred by Paul

Hastings during the Interim Compensation Period and the Total Compensation Period,

respectively, is attached hereto as <u>Exhibit B</u>.  Paul Hastings' computerized billing system records

certain expenses, such as long distance telephone and online research charges, without

identifying the individual incurring the expense, and the Firm respectfully requests that the Court

waive the Firm's compliance with Del. Bank. L.R. 2016-2(e)(ii).

8.     Paul Hastings' standard charge for photocopies is $0.20 per page.  For

purposes of these chapter 11 cases, the Firm has reduced this charge to $0.10 per page.  Also,

Paul Hastings customarily charges its clients $1.25 per page for out-going facsimile

transmissions.  For purposes of these cases, the Firm has reduced this charge to $1.00 per page.

Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the

long-distance telephone charges.

9.     Paul Hastings believes the foregoing rates are the market rates that the

majority of law firms charge clients for such services.  In addition, Paul Hastings believes that

such charges are in accordance with the American Bar Association's ("<u>ABA</u>") guidelines, as set

forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for

disbursements and other charges.

## Summary of Services Rendered

10.     Paul Hastings has maintained detailed records of the time spent rendering

professional services to the Debtors during the Total Compensation Period.  Attached hereto as

<u>Exhibit A</u> and incorporated herein by reference is a true and correct copy of the fee statements

for services rendered during the Interim Compensation Period.  Attached as <u>Exhibit A</u> to the

4

Firm's previously filed monthly fee applications is a true and correct copy of the fee statements for services rendered during the balance of the Total Compensation Period. The fee statements are in the same form regularly used by Paul Hastings to bill its clients for services rendered and include the date that the services were rendered, a detailed, contemporaneous narrative description of the services provided, the amount of time spent for each service, and the designation of the professional who performed the service.

11.    As set forth in <u>Exhibit A</u> hereto, Paul Hastings rendered 20.10 hours of professional services during the Interim Compensation Period, resulting in legal fees totaling $7,026.50 and incurred associated reasonable and necessary expenses totaling $0.00.

12.    As set forth in <u>Exhibit A</u> hereto and in <u>Exhibit A</u> to the Firm's previously filed monthly fee applications, Paul Hastings rendered 2,431.70 hours of professional services during the Total Compensation Period, resulting in legal fees totaling $1,467,726.00 and incurred associated reasonable and necessary expenses totaling $9,473.26.

<u>Summary of Services by Project Category</u>

13.    The services rendered by Paul Hastings during the Total Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth in Paul Hastings' fee statements filed in these cases.

**Matter 00001 – Post-Petition General Matter**

A.    <u>Case Administration</u>

Fees: $9,185.50        Total Hours: 40.30

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, items related to

5

schedules and similar items filed with the Court, review of work in process reports, review of notices of appearance, and maintaining service lists.

B.    Pleadings Review

    Fees: $1,539.00        Total Hours: 1.90

This category includes all matters related to review of pleadings submitted by other parties.

C.    Asset Analysis and Recovery

    Fees: $1,805.00        Total Hours:  3.70

This category includes all matters related to and including identification and review of potential assets, including causes of action and non-litigation recoveries.

D.    Sale of Real Estate

    Fees: $3,037.50        Total Hours: 4.50

This category includes all matters related to sales of real estate.

E.    Auction of Assets

    Fees: $358.00        Total Hours: 0.40

This category includes all matters related to the auctioning of assets, including establishment of auction procedures and objections or other contested matters relating to the auction.

F.    Fee/Employment Applications

    Fees: $131,130.50        Total Hours: 354.10

This category includes all matters relating to and including retention applications, disclosure declarations, monthly and interim fee applications, defending and appearing in Court (in person or telephonically) on the retention and fee applications, and interim compensation procedures.

6

G.    Assumption/Rejection of Leases and Contracts

  Fees: $4,799.50        Total Hours: 6.30

This category includes all matters relating to and including analysis of leases and executory contracts and preparation and defending of motions to assume or reject.

H.    Court Hearings

  Fees: $550.50        Total Hours: 0.80

This category includes matters relating to hearings in the Bankruptcy Court, including preparation for, appearance at, and response to those hearings.

I.    Business Operations

  Fees: $1,289.50        Total Hours: 2.30

This category includes all issues relating to a debtor-in-possession operating in chapter 11, such as employee, vendor, tenant issues, and related matters.

J.    Employee Benefits/Pensions

  Fees: $317.50        Total Hours: 0.50

This category includes all matters relating to and including review of issues such as severance, retention, 401k coverage and continuance of pension plans.

K.    Tax Issues

  Fees: $447.50        Total Hours: 0.50

This category includes all matters relating to and including analysis and advice regarding tax-related issues, including the preservation of net operating loss carry forwards.

7

L.    Real Estate

Fees: $177,193.50    Total Hours: 293.90

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

M.    General Bankruptcy Advice/Opinions

Fees: $81.00    Total Hours: 0.20

This category includes all matters related to and including analysis, advice, and/or opinions regarding potential bankruptcy related issues.

N.    Investigations

Fees: $537.00    Total Hours: 0.60

This category includes all matters related to and including analysis, consultation, and evaluation of potential claims, causes of action, or issues arising therefrom.

O.    Claims Administration and Objections

Fees: $63.50    Total Hours: 0.10

This category includes all matters related to claims administration and bar date matters, including claims objections and related contested matters.

P.    Plan and Disclosure Statement

Fees: $3,127.50    Total Hours: 4.50

This category includes all matters related to plans of reorganization or liquidation, disclosure statements, the confirmation process, objections, hearings, and related matters.

Q.     Restructurings

      Fees: $259.50          Total Hours: 0.30

This category includes all matters related to and including analysis, consultation, and

drafting in connection with the restructuring of agreements, including financing agreements.

**Matter 00002 – 34th Street Lease**

A.     Case Administration

      Fees: $225.50          Total Hours: 1.10

This category includes all matters related to filing documents with the Court, service

thereof, maintenance of calendars, communications with the U.S. Trustee, items related to

schedules and similar items filed with the Court, review of work in process reports, review of

notices of appearance, and maintaining service lists.

B.     Asset Disposition

      Fees: $580.00          Total Hours: 0.80

This category includes all matters related to and including sales, abandonment, and

transaction work related to asset disposition.

C.     Sale of Real Estate

      Fees: $2,302.50          Total Hours: 4.00

This category includes all matters related to sales of real estate.

D.     Assumption/Rejection of Leases and Contract

      Fees: $10,193.00          Total Hours: 13.90

This category includes all matters relating to and including analysis of leases and

executory contracts and preparation of motions to assume or reject.

9

E.    <u>Real Estate</u>

Fees: $56,567.00        Total Hours: 81.20

This category includes all matters relating to real estate, including review and analysis of

real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance

clauses).

**Matter 00003 – Lease Rejections**

A.    <u>Case Administration</u>

Fees: $2,673.00        Total Hours: 3.30

This category includes all matters related to filing documents with the Court, service

thereof, maintenance of calendars, communications with the U.S. Trustee, items related to

schedules and similar items filed with the Court, review of work in process reports, review of

notices of appearance, and maintaining service lists.

B.    <u>Pleadings Review</u>

Fees: $1,782.00        Total Hours: 2.20

This category includes all matters related to review of pleadings submitted by other

parties.

C.    <u>Assumption/Rejection of Leases and Contracts</u>

Fees: $59,559.00        Total Hours: 80.40

This category includes all matters relating to and including analysis of leases and

executory contracts and preparation of motions to assume or reject.

10

D.    Real Estate

Fees: $100,367.50    Total Hours: 152.80

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

E.    General Bankruptcy Advice/Opinions

Fees: $243.00    Total Hours: 0.60

This category includes all matters related to and including analysis, advice and/or opinions regarding potential bankruptcy related issues.

F.    Restructurings

Fees: $720.00    Total Hours: 2.00

This category includes all matters related to and including analysis, consultation, and drafting in connection with the restructuring of agreements, including financing agreements.

**Matter 00004 – Real Estate Assumption Matters**

A.    Assumption/Rejection of Leases and Contracts

Fees: $695.50    Total Hours: 0.90

This category includes all matters relating to and including analysis of leases and executory contracts and preparation and defending of motions to assume or reject.

B    Real Estate

Fees: $6,934.00    Total Hours: 11.50

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

11

**Matter 00005 – Real Estate Renewal Matters**

    A.    <u>Asset Analysis and Recovery</u>

        Fees: $412.50       Total Hours: 0.50

This category includes all matters related to and including identification and review of

potential assets, including causes of action and non-litigation recoveries.

    B.    <u>Auction of Assets</u>

        Fees: $381.00       Total Hours: 0.60

This category includes all matters related to the auctioning of assets, including

establishment of auction procedures and objections or other contested matters relating to the

auction.

    C.    <u>Business Operations</u>

        Fees: $2,844.00      Total Hours: 3.60

This category includes all issues relating to a debtor-in-possession operating in chapter

11, such as employee, vendor, tenant issues, and related matters.

    D.    <u>Assumption/Rejection of Leases and Contracts</u>

        Fees: $10,485.50     Total Hours: 17.40

This category includes all matters relating to and including analysis of leases and

executory contracts and preparation of motions to assume or reject.

    E.    <u>Real Estate</u>

        Fees: $19,387.50     Total Hours: 28.00

This category includes all matters relating to real estate, including review and analysis of

real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance

clauses).

12

**Matter 00006 – Real Estate Taxation Matters**

    A.    <u>Assumption/Rejection of Leases and Contracts</u>

        Fees: $797.50        Total Hours: 1.10

This category includes all matters relating to and including analysis of leases and executory contracts and preparation of motions to assume or reject.

    B.    <u>Tax Issues</u>

        Fees: $5,105.50        Total Hours: 7.20

This category includes all matters relating to and including analysis and advice regarding tax-related issues, including the preservation of net operating loss carry forwards.

    C.    <u>Real Estate</u>

        Fees: $4,217.00        Total Hours: 6.30

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00007 – Freedom Center**

    A.    <u>Real Estate</u>

        Fees: $10,740.50        Total Hours: 16.30

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00008 – L.A. Times**

    A.    <u>Case Administration</u>

        Fees: $1,622.00    Total Hours: 2.40

This category includes all matters related to filing documents with the Court, service

thereof, maintenance of calendars, communications with the U.S. Trustee, items related to

schedules and similar items filed with the Court, review of work in process reports, review of

notices of appearance, and maintaining service lists.

    B.    <u>Sale of Real Estate</u>

        Fees: $1,896.00    Total Hours: 2.40

This category includes all matters related to sales of real estate.

    C.    <u>Real Estate</u>

        Fees: $9,660.50    Total Hours: 12.70

This category includes all matters relating to real estate, including review and analysis of

real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance

clauses).

**Matter 00009– Project Jewel**

    A.    <u>Environmental Issues</u>

        Fees: $4,678.50    Total Hours: 7.60

This category includes all matters relating to and including review and analysis of

environmental-related matters.

B.      Real Estate

      Fees: $9,571.00        Total Hours: 15.90

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00010– St. Louis**

A.      Asset Disposition

      Fees: $21,460.50        Total Hours: 41.90

This category includes all matters related to and including sales, abandonment, and transaction work related to asset disposition.

B.      Sale of Real Estate

      Fees: $33,668.50        Total Hours: 57.50

This category includes all matters related to sales of real estate.

C.      Assumption/Rejection of Leases and Contracts

      Fees: $675.00        Total Hours: 1.00

This category includes all matters relating to and including analysis of leases and executory contracts and preparation and defending of motions to assume or reject.

D.      Real Estate

      Fees: $40,601.50        Total Hours: 59.20

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

46429/0001-8472940v1

**Matter 00013– KTLA**

    A.    <u>Case Administration</u>

        Fees: $786.50      Total Hours: 1.00

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, items related to schedules and similar items filed with the Court, review of work in process reports, review of notices of appearance, and maintaining service lists.

    B.    <u>Sale of Real Estate</u>

        Fees: $9,171.00      Total Hours: 11.30

This category includes all matters related to sales of real estate.

    C.    <u>Assumption/Rejection of Leases and Contract</u>

        Fees: $90,306.50      Total Hours: 126.20

This category includes all matters relating to and including analysis of leases and executory contracts and preparation of motions to assume or reject.

    D.    <u>Business Operations</u>

        Fees: $1,711.50      Total Hours: 2.10

This category includes all issues relating to a debtor-in-possession operating in chapter 11, such as employee, vendor, tenant issues, and related matters.

    E.    <u>Real Estate</u>

        Fees: $157,187.50      Total Hours: 228.40

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

16

F.    General Bankruptcy Advice/Opinions

      Fees: $2,291.00        Total Hours: 2.90

This category includes all matters related to and including analysis, advice, and/or opinions regarding potential bankruptcy related issues.

**Matter 00014-- Stamford**

A.    Assumption/Rejection of Leases and Contracts

      Fees: $179.00        Total Hours: 0.20

This category includes all matters relating to and including analysis of leases and executory contracts and preparation and defending of motions to assume or reject.

B.    Business Operations

      Fees: $6,083.00        Total Hours: 7.70

This category includes all issues relating to a debtor-in-possession operating in chapter 11, such as employee, vendor, tenant issues, and related matters.

C.    Tax Issues

      Fees: $2,754.50        Total Hours: 4.70

This category includes all matters relating to and including analysis and advice regarding tax-related issues, including the preservation of net operating loss carry forwards.

D.    Environmental Issues

      Fees: $289.00        Total Hours: 0.40

This category includes all matters relating to and including review and analysis of environmental-related matters.

17

E.      Real Estate

      Fees: $675.00          Total Hours: 1.00

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00015– New York State R.E. Transfer Tax**

A.      Sale of Real Estate

      Fees: $1,012.50          Total Hours: 1.50

This category includes all matters related to sales of real estate.

B.      Relief from Stay/Adequate Protection Proceedings

      Fees: $317.50          Total Hours: 0.50

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters and all other types of actions where adequate protection is the central issue.

C.      Tax Issues

      Fees: $32,095.00          Total Hours: 52.90

This category includes all matters relating to and including analysis and advice regarding tax-related issues, including the preservation of net operating loss carry forwards.

D.      Real Estate

      Fees: $1,687.50          Total Hours: 2.50

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

18

**Matter 00016– Construction Contract**

    A.    <u>Business Operations</u>

        Fees: $14,040.00     Total Hours: 20.80

This category includes all issues relating to a debtor-in-possession operating in chapter 11, such as employee, vendor, tenant issues, and related matters.

    B.    <u>Real Estate</u>

        Fees: $36,613.00     Total Hours: 57.10

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00017– Existing Contracts**

    A.    <u>Fee/Employment Applications</u>

        Fees: $2,956.00     Total Hours: 4.00

This category includes all matters relating to and including retention applications, disclosure declarations, monthly and interim fee applications, defending and appearing in Court (in person or telephonically) on the retention and fee applications, and interim compensation procedures.

    B.    <u>Business Operations</u>

        Fees: $5,414.00     Total Hours: 6.80

This category includes all issues relating to a debtor-in-possession operating in chapter 11, such as employee, vendor, tenant issues and other similar problems.

19

C.     Real Estate

     Fees: $7,497.50     Total Hours: 10.00

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00018– 11202 Franklin Avenue, Franklin Park, IL**

A.     Case Administration

     Fees: $96.00     Total Hours: 0.30

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, items related to schedules and similar items filed with the Court, review of work in process reports, review of notices of appearance, and maintaining service lists.

B.     Sale of Real Estate

     Fees: $396.00     Total Hours: 1.10

This category includes all matters related to sales of real estate.

C.     Real Estate

     Fees: $5,043.50     Total Hours: 8.80

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00019– 3722 Ventura Dr., Arlington Heights, IL**

A.     Case Administration

     Fees: $96.00     Total Hours: 0.30

20

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, items related to schedules and similar items filed with the Court, review of work in process reports, review of notices of appearance, and maintaining service lists.

B.    Sale of Real Estate

Fees: $396.00        Total Hours: 1.10

This category includes all matters related to sales of real estate.

C.    Real Estate

Fees: $7,743.50        Total Hours: 12.80

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00020 - 555 E. Plainfield, Countryside, IL**

A.    Asset Disposition

Fees: $10,247.00        Total Hours: 15.40

This category includes all matters related to and including sales, abandonment, and transaction work related to asset disposition.

B.    Sale of Real Estate

Fees: $396.00        Total Hours: 1.10

This category includes all matters related to sales of real estate.

C.    Real Estate

Fees: $6,136.00        Total Hours: 10.20

21

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00021 - Hartford Courant Construction Contract**

A.    <u>Real Estate</u>

      Fees: $6,885.00      Total Hours: 10.20

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00022 - 3 Westbrook**

A.    <u>Assumption/Rejection of Leases and Contracts</u>

      Fees: $27,988.00      Total Hours: 45.40

This category includes all matters relating to and including analysis of leases and executory contracts and preparation and defending of motions to assume or reject.

B.    <u>Real Estate</u>

      Fees: $19,102.50      Total Hours: 28.30

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00023 - Sun-Sentinel Lease**

A.    <u>Assumption/Rejection of Leases and Contracts</u>

      Fees: $648.00      Total Hours: 1.80

22

This category includes all matters relating to and including analysis of leases and executory contracts and preparation and defending of motions to assume or reject.

B.     <u>Real Estate</u>

Fees: $8,725.00     Total Hours: 12.50

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00024 – Northlake**

A.     <u>Assumption/Rejection of Leases and Contracts</u>

Fees: $257.50     Total Hours: 0.50

This category includes all matters relating to and including analysis of leases and executory contracts and preparation and defending of motions to assume or reject.

B.     <u>Tax Issues</u>

Fees: $309.00     Total Hours: 0.60

This category includes all matters relating to and including analysis and advice regarding tax-related issues, including the preservation of net operating loss carry forwards.

C.     <u>Real Estate</u>

Fees: $32,287.50     Total Hours: 53.80

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00025 – CLTV Mortgage Advertising Advice**

    A.    <u>Real Estate</u>

        Fees: $917.50       Total Hours: 1.30

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00026 – Sale of 250 Miller Place, Hicksville**

    A.    <u>Sale of Real Estate</u>

        Fees: $175,349.00    Total Hours: 279.30

This category includes all matters related to sales of real estate.

    B.    <u>Tax Issues</u>

        Fees: $2,596.00     Total Hours: 4.90

This category includes all matters relating to and including analysis and advice regarding tax-related issues, including the preservation of net operating loss carry forwards.

    C.    <u>Environmental Issues</u>

        Fees: $2,700.00     Total Hours: 4.00

This category includes all matters relating to and including review and analysis of environmental-related matters.

    D.    <u>Real Estate</u>

        Fees: $765.00      Total Hours: 1.30

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00027 – Melville Condemnation**

    A.    <u>Sale of Real Estate</u>

        Fees: $675.00        Total Hours: 1.00

This category includes all matters related to sales of real estate.

    B.    <u>Real Estate</u>

        Fees: $20,692.00        Total Hours: 31.40

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00028 – Freedom Center Zoning**

    A.    <u>Real Estate</u>

        Fees: $4,046.50        Total Hours: 6.00

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00029 – Newsday IRS Litigation**

    A.    <u>Real Estate</u>

        Fees: $3,180.50        Total Hours: 4.50

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

46429/0001-8472940v1

## Valuation of Services

14.     During the Total Compensation Period, Paul Hastings' attorneys and paraprofessionals expended a total of 2,431.70 hours for which compensation is requested. Of the aggregate time expended, 1,368.50 recorded hours were expended by partners and counsel of Paul Hastings, 756.40 recorded hours were expended by associates, and 306.80 recorded hours were expended by paraprofessionals and other timekeepers of Paul Hastings. The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto and in Exhibit A to the previously filed monthly fee applications.  These are Paul Hastings' normal hourly rates for work of this character.   The reasonable value of the services rendered by Paul Hastings to the Debtors during the Total Compensation Period is $1,467,726.00.

15.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Paul Hastings is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  Paul Hastings has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Rule. To the extent necessary, Paul Hastings requests a waiver for cause shown of any guideline requirement not met by this Application.

46429/0001-8472940v1

16.    To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Total Compensation Period, but were not processed before the preparation of this Application, Paul Hastings reserves the right to request additional compensation for such services, and reimbursement of such expenses in a future application.

WHEREFORE, Paul Hastings respectfully requests entry of a Court order authorizing, for the period from December 8, 2008 through March 31, 2012, (a) a final administrative allowance be made to Paul Hastings with respect to the sum of $1,467,726.00 (which includes fees of $7,026.50 incurred during the Interim Compensation Period) as compensation for necessary professional services rendered and the sum of $9,473.26 (which includes expenses of $0.00 incurred during the Interim Compensation Period) as reimbursement of actual necessary expenses, for a total of $1,477,199.26, (b) such sums for payment and directing the Debtors and their estates to make such payment, and (c) such other and further relief as this Court may deem just and proper.

Dated:  April 16 , 2012
        Chicago, Illinois

Respectfully submitted,

Holly Snow (Ill. No. 6300916)
PAUL HASTINGS LLP
191 N. Wacker Drive, 30th Floor
Chicago, IL  60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email:    hollysnow@paulhastings.com


SPECIAL COUNSEL FOR GENERAL REAL ESTATE
AND RELATED MATTERS FOR DEBTORS AND
DEBTORS IN POSSESSION