## VERIFICATION

STATE OF ILLINOIS      )
                               ) SS:
COUNTY OF COOK    )

Holly Snow, after being duly sworn according to law, deposes and says:

a) I am an associate with the applicant firm, Paul Hastings LLP, successor in interest to Paul, Hastings, Janofsky & Walker LLP, and have been admitted to the bar of the State of Illinois since 2009.

b) I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such Local Rule.

                                                       *[signature]*
                                                      Holly Snow (Ill. No. 6300916)