# EXHIBIT A

## Fee Statements for Interim Compensation Period

(please see attached statements)

| INVOICE NUMBER | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES |
|---|---|---|---|
| 1901672 | September 2011 | $264.00 | $0.00 |
| 1905913 | October 2011 | $781.00 | $0.00 |
| 1920319 | February 2012 | $643.50 | $0.00 |
| 1921133 | March 2012 | $5,338.00 | $0.00 |
| TOTAL | | $7,026.50 (80% of which is $5,621.20) | $0.00 |

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

October 31, 2011

Please refer to
Invoice Number: 1901672

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Post-Petition General Matter**
PH LLP Client/Matter # 75245-00001
Katherine A. Traxler

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2011 | $264.00 |
| **Current Fees and Costs Due** | $264.00 |
| **Total Balance Due** | $264.00 |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203874532
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
515 South Flower Street
25th Floor
Los Angeles, CA 90071-2228

Comment: Please refer to the invoice number listed above.

Refer all questions to Billing at billing@paulhastings.com.

**PAUL HASTINGS**

PAUL HASTINGS LLP
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

October 31, 2011

Please refer to
Invoice Number: 1901672

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Post-Petition General Matter**
PH LLP Client/Matter # 75245-00001
Katherine A. Traxler

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2011 | $264.00 |
| **Current Fees and Costs Due** | $264.00 |
| **Total Balance Due** | $264.00 |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203874532
Account Name: Paul Hastings LLP

Comment: Please refer to the invoice number listed above.

Refer all questions to Billing at billing@paulhastings.com.

**Remittance Address:**
Paul Hastings LLP
515 South Flower Street
25th Floor
Los Angeles, CA 90071-2228

**PAUL HASTINGS**

## PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

October 31, 2011

Please refer to
Invoice Number: 1901672

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2011

### Post-Petition General Matter                                            $264.00

#### B160  Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/23/11 | LMN2 | Review and address compensation matters for twentieth monthly fee application (0.2); prepare twentieth monthly fee application (0.9) | 1.10 | 240.00 | 264.00 |
| | | Subtotal: B160  Fee/ Employment Applications | 1.10 | | 264.00 |

#### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| LMN2 | Lito M. Natividad | Other Timekeepr | 1.10 | 240.00 | 264.00 |

|  |  |
|---|---|
| **Current Fees and Costs** | $264.00 |
| **Total Balance Due** | $264.00 |

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

November 22, 2011

Please refer to
Invoice Number: 1905913

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Post-Petition General Matter**
PH LLP Client/Matter # 75245-00001
Katherine A. Traxler

| | |
|---|---|
| Legal fees for professional services for the period ending October 31, 2011 | $781.00 |
| **Current Fees and Costs Due** | $781.00 |
| **Total Balance Due** | $781.00 |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203874532
Account Name: Paul Hastings LLP

Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul Hastings LLP
515 South Flower Street
25th Floor
Los Angeles, CA 90071-2228

Refer all questions to Billing at billing@paulhastings.com.

PAUL HASTINGS

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

November 22, 2011

Please refer to
Invoice Number: 1905913

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Post-Petition General Matter**
PH LLP Client/Matter # 75245-00001
Katherine A. Traxler

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2011 | $781.00 |
| **Current Fees and Costs Due** | $781.00 |
| **Total Balance Due** | $781.00 |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203874532
Account Name: Paul Hastings LLP

Comment: Please refer to the Invoice number listed above.

**Remittance Address:**
Paul Hastings LLP
515 South Flower Street
25th Floor
Los Angeles, CA 90071-2228

Refer all questions to Billing at billing@paulhastings.com.

**PAUL HASTINGS**

PAUL HASTINGS LLP
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

November 22, 2011

Please refer to
Invoice Number: 1905913

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2011

### Post-Petition General Matter                                                                 $781.00

#### B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/11 | HS5 | Review and revise notice of firm name change (0.2); review and revise interim fee application (0.2); correspondence with K. Traxler regarding same (0.1) | 0.50 | 495.00 | 247.50 |
| 10/06/11 | HS5 | Review revised notice of firm name change (0.2); review revised interim fee application (0.2); correspondence with K. Traxler regarding same (0.1) | 0.50 | 495.00 | 247.50 |
| 10/13/11 | KAT2 | Review proposed order on fifth interim fee period (.1); prepare comments on same for P. Ratkowiak (.1); review correspondence from P. Ratkowiak regarding hearing and proposed order (.1); prepare correspondence to A. Dalton (fee auditor) with 20th monthly fee application and 11th interim fee application (.1) | 0.40 | 715.00 | 286.00 |
| | Subtotal: B160  Fee/ Employment Applications | | 1.40 | | 781.00 |

Tribune Company  Page 2
75245-00001
Invoice No. 1905913

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| HS5 | Holly Snow | Associate | 1.00 | 495.00 | 495.00 |
| KAT2 | Katherine A. Traxler | Other Attorney | 0.40 | 715.00 | 286.00 |

| | |
|---|---|
| **Current Fees and Costs** | $781.00 |
| **Total Balance Due** | $781.00 |

PAUL
HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

March 23, 2012

Please refer to
Invoice Number: 1920319

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Post-Petition General Matter**
PH LLP Client/Matter # 75245-00001
Katherine A. Traxler

| | |
|---|---:|
| Legal fees for professional services for the period ending February 29, 2012 | $643.50 |
| **Current Fees and Costs Due** | $643.50 |
| **Total Balance Due** | $643.50 |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203874532
Account Name: Paul Hastings LLP

Comment: Please refer to the invoice number listed above.

Refer all questions to Billing at billing@paulhastings.com.

**Remittance Address:**
Paul Hastings LLP
515 South Flower Street
25th Floor
Los Angeles, CA 90071-2228

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

March 23, 2012

Please refer to
Invoice Number: 1920319

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Post-Petition General Matter**
PH LLP Client/Matter # 75245-00001
Katherine A. Traxler

| | |
|---|---:|
| Legal fees for professional services for the period ending February 29, 2012 | $643.50 |
| **Current Fees and Costs Due** | $643.50 |
| **Total Balance Due** | $643.50 |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 203874532
Account Name: Paul Hastings LLP

Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul Hastings LLP
515 South Flower Street
25th Floor
Los Angeles, CA  90071-2228

Refer all questions to Billing at billing@paulhastings.com.

**PAUL HASTINGS**

PAUL HASTINGS LLP
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

March 23, 2012

Please refer to
Invoice Number: 1920319

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 29, 2012

### Post-Petition General Matter                                              $643.50

### B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/09/12 | KAT2 | Review correspondence from P. Ratkowiak regarding Tribune fee hearing on seventh interim fee application (.1); review and comment on proposed order (.1); prepare correspondence to P. Ratkowiak regarding same (.1) | 0.30 | 715.00 | 214.50 |
| 02/14/12 | KAT2 | Review agenda and prepare for hearing on February 15, 2012 (.3); exchange correspondence with K. Stickles regarding same (.1) | 0.40 | 715.00 | 286.00 |
| 02/15/12 | KAT2 | Prepare for hearing on seventh interim fee application (.1); participate in same (.1) | 0.20 | 715.00 | 143.00 |
|  | Subtotal: | B160   Fee/ Employment Applications | 0.90 |  | 643.50 |

Tribune Company  
75245-00001  
Invoice No. 1920319

Page 2

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| KAT2 | Katherine A. Traxler | Other Attorney | 0.90 | 715.00 | 643.50 |

**Current Fees and Costs**     $643.50

**Total Balance Due**     $643.50

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

March 31, 2012

Please refer to
Invoice Number: 1921133

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Post-Petition General Matter**
PH LLP Client/Matter # 75245-00001
Katherine A. Traxler

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2012 | $5,338.00 |
| **Current Fees and Costs Due** | $5,338.00 |
| **Total Balance Due** | $5,338.00 |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203874532
Account Name: Paul Hastings LLP

Comment: Please refer to the invoice number listed above.

Refer all questions to Billing at billing@paulhastings.com.

**Remittance Address:**
Paul Hastings LLP
515 South Flower Street
25th Floor
Los Angeles, CA 90071-2228

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

March 31, 2012

Please refer to
Invoice Number: 1921133

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Post-Petition General Matter**
PH LLP Client/Matter # 75245-00001
Katherine A. Traxler

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2012 | $5,338.00 |
| **Current Fees and Costs Due** | $5,338.00 |
| **Total Balance Due** | $5,338.00 |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203874532
Account Name: Paul Hastings LLP

Comment: Please refer to the Invoice number listed above.

**Remittance Address:**
Paul Hastings LLP
515 South Flower Street
25th Floor
Los Angeles, CA 90071-2228

Refer all questions to Billing at billing@paulhastings.com.

**PAUL HASTINGS**

PAUL HASTINGS LLP
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

March 31, 2012

Please refer to
Invoice Number: 1921133

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2012

### Post-Petition General Matter                                    $5,338.00

### B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/29/12 | KAT2 | Prepare final fee application for services rendered from December 8, 2008 through March 31, 2012 | 1.70 | 715.00 | 1,215.50 |
| 03/29/12 | KAT2 | Research matters relating to final fee application | 0.60 | 715.00 | 429.00 |
| 03/29/12 | KAT2 | Exchange correspondence with L. Natividad regarding same | 0.20 | 715.00 | 143.00 |
| 03/29/12 | KAT2 | Review and consider correspondence from K. Stickles (Cole Schotz) regarding hearings on eighth, ninth, and tenth interim fee applications | 0.20 | 715.00 | 143.00 |
| 03/29/12 | KAT2 | Respond to K. Stickles regarding same | 0.10 | 715.00 | 71.50 |
| 03/30/12 | LMN2 | Review and address compensation matters for twenty-first monthly and final fee applications | 7.10 | 240.00 | 1,704.00 |
| 03/31/12 | LMN2 | Prepare twenty-first monthly and final fee applications | 6.80 | 240.00 | 1,632.00 |

Tribune Company                                                                 Page 2
75245-00001
Invoice No. 1921133

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Subtotal: B160   Fee/ Employment Applications** | **16.70** | | **5,338.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| KAT2 | Katherine A. Traxler | Other Attorney | 2.80 | 715.00 | 2,002.00 |
| LMN2 | Lito M. Natividad | Other Timekeepr | 13.90 | 240.00 | 3,336.00 |

**Current Fees and Costs**                                      $5,338.00

**Total Balance Due**                                           $5,338.00

# EXHIBIT B

## INTERIM EXPENSE SUMMARY
## SEPTEMBER 1, 2011 THROUGH MARCH 31, 2012

None

## FINAL EXPENSE SUMMARY
## DECEMBER 8, 2008 THROUGH MARCH 31, 2012

| Expense Category | Total Expenses |
|---|---|
| Certified Copies/Corporate Documents/ Title Insurance Documents | $5,824.00 |
| Cell phone charges | $28.55 |
| Outside Printing & Photocopy | $591.00 |
| Real Estate document production, e.g., oversized copies, binding, etc. | $638.05 |
| Taxi/Ground Transportation | $113.35 |
| CSC/LexisNexis Document Solutions | $1,208.00 |
| Conference Calls | $11.50 |
| Photocopy Charges (5,416 pages @ $0.10/page | $541.60 |
| Photocopy Charges-Color (5 pages @ $1.25/page) | $6.25 |
| Facsimile (14 pages @ $1.00/page) | $14.00 |
| Courier Service/Overnight Delivery | $429.13 |
| Long Distance/Telephone Charges | $67.83 |
| **TOTAL** | **$9,473.26** |

46429/0001-8472940v1