```
                IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE

IN RE:                         )    Case No. 08-13141 (KJC)
                               )    (Jointly Administered)
                               )
TRIBUNE COMPANY, et al.,       )    Chapter 11

                               )    Courtroom 5
                               )    824 Market Street
            Debtors.           )    Wilmington, Delaware
                               )
                               )    April 16, 2012
                               )    9:00 a.m.


                   TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:              Sidley Austin, LLP
                          BY: JAMES BENDERNAGEL, ESQ.
                          BY: KEN KANSA, ESQ.
                          BY: JEFF STEEN, ESQ.
                          One South Dearborn
                          Chicago, IL  60603
                          (312) 853-7000

                          BY: KEVIN T. LANTRY, ESQ.
                          555 West Fifth Street
                          Los Angeles, CA  90013
                          (213) 896-6000

                          Cole, Schotz, Meisel, Forman
                          & Leonard, P.A.
                          BY: NORMAN PERNICK, ESQ.
                          500 Delaware Avenue, Suite 410
                          Wilmington, DE  19801
                          (302) 652-3131

ECRO:                     AL LUGANO

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
1    APPEARANCES:
2    (Continued)
3
4    For Aurelius Capital
5    Management:                    Akin Gump Strauss Hauer & Feld, LLP
6                                   BY: DANIEL GOLDEN, ESQ.
7                                   BY: PHIL DUBLIN, ESQ.
8                                   One Bryant Park
9                                   New York, NY  10036-6745
10                                  (212) 872-1000
11
12   For JP Morgan:                 Richards Layton & Finger
13                                  BY: AMANDA STEELE, ESQ.
14                                  One Rodney Square
15                                  920 North King Street
16                                  Wilmington, DE  19801
17                                  (302) 651-7700
18
19                                  Davis Polk & WARDWELL,
20                                  BY: DAMIEN SCHAIBLE, ESQ.
21                                  BY: ELLIOTT MOSKOWITZ, ESQ.
22                                  450 Lexington Avenue
23                                  New York, NY  10017
24                                  (212) 450-4331
25
26   For Merrill Lynch:             Potter Anderson Corroon, LLP
27                                  BY: STEPHEN MCNEILL, ESQ.
28                                  Hercules Plaza
29                                  1313 North Market Street, 6th Floor
30                                  Wilmington, DE  19801
31                                  (302) 984-6033
32
33   For Oaktree, Angelo
34   Gordon and Certain Credit
35   Agreement Lenders:             Young Conaway Stargatt & Taylor
36                                  BY: M. BLAKE CLEARY, ESQ.
37                                  Rodney Square
38                                  1000 North King Street
39                                  Wilmington, DE  19801
40                                  (302) 571-3287
41
42                                  Dewey & LeBeouf
43                                  BY: JAMES JOHNSTON, ESQ.
44                                  333 South Grand Avenue, Ste. 2600
45                                  Los Angeles, CA  90071-1530
46                                  (213) 621-6000
47
48
49
50
51
```

```
 1   For DBTCA:              McCarter & English
 2                           BY: KATHARINE MAYER, ESQ.
 3                           BY: DAVID ADLER, ESQ.
 4                           405 North King Street, 8th Floor
 5                           Wilmington, DE  19801
 6
 7   For The Committee:      Landis Rath & Cobb
 8                           BY: DANIEL B. RATH, ESQ.
 9                           919 Market Street
10                           Suite 1800
11                           Wilmington, De  19801
12                           (302) 467-4400
13
14                           Chadbourne & Parke
15                           BY: DAVID LEMAY, ESQ.
16                           BY: MARC ROITMAN, ESQ.
17                           BY: ANDREW ROSENBLATT, ESQ.
18                           30 Rockefeller Plaza
19                           New York, NY  10112
20                           (212) 408-5112
21
22                           Zuckerman Spaeder, LLP
23                           BY: JAMES SOTTILE, ESQ.
24                           1185 Avenue of the Americas
25                           31st Floor
26                           New York, NY  10036-2603
27                           (212) 897-3434
28
29   For Law Debenture:      Bifferado Gentilotti
30                           BY: GARVAN MCDANIEL, ESQ.
31                           800 North King Street
32                           Plaza Level
33                           Wilmington, DE  19801
34                           (302) 429-1900
35
36                           Kasowitz Benson Torres & Friedman,
37                           LLP
38                           BY: MATTHEW B. STEIN, ESQ.
39                           1633 Broadway
40                           New York, NY  10019
41                           (212) 506-1700
42
43   For U.S. Trustee:       Office of U. S. Trustee
44                           BY: DAVID KLAUDER, ESQ.
45                           844 King Street, Suite 2207
46                           Lockbox 35
47                           Wilmington, DE 19801
48                           (302) 573-6491
49
50
```

```
1   For Wilmington Trust
2   Company:                    Brown Rudnick
3                               BY: GORDON NOVOD, ESQ.
4                               Seven Time3s Square
5                               New York, NY  10036
6                               (212) 209-4940
7
8   TELEPHONIC APPEARANCES:
9
10  For Former Directors
11  And Officers:               Grippo & Elden, LLC
12                              BY: GEORGE R. DOUGHERTY, ESQ.
13                              (312) 704-7700
14
15  For Official Committee
16  of Unsecured Creditors:     Chadbourne & Parke, LLP
17                              BY: DOUGLAS DEUTSCH, ESQ.
18                              BY: HOWARD SEIFE, ESQ.
19                              BY: MARC ASHLEY, ESQ.
20                              BY: THOMAS MCCORMACK, ESQ.
21                              (212) 408-5100
22
23                              Zuckerman Spaeder, LLP
24                              BY: GRAEME BUSH, ESQ.
25                              BY: ANDREW CARIDAS, ESQ.
26                              BY: ANDREW GOLDFARB, ESQ.
27                              (202) 778-1800
28
29  For Debtor, Tribune:        Sidley Austin
30                              BY: BRYAN KRAKAUER, ESQ.
31                              (312) 853-7515
32                              BY: THOMAS E. ROSS, ESQ.
33                              (202) 736-8374
34                              BY: ALLISON E. ROSS STROMBERG, ESQ.
35                              (312) 853-0497
36                              BY: RONALD S. FLAGG, ESQ.
37                              (202) 736-8171
38                              BY: JILLIAN K. LUDWIG, ESQ.
39                              (312)853-7523
40
41                              Tribune
42                              BY: DAVE ELDERSVELD
43                              (312) 222-4707
44                              BY: GARY WEITMAN
45                              (312) 222-3394
46                              BY: DON LIEBENTRITT
47                              (312) 222-3651
48
49
50
```

```
1    For Bank of America:      Bank of America
2                              BY: ESTER CHUNG, ESQ.
3                              (646) 855-6705
4
5    For SuttonBrook
6    Capital Management:       SuttonBrook Capital Management LP
7                              BY: CAROL L. BALE
8                              (212) 588-6640
9    For Royal Bank of
10   Scotland:                 Cadwalder Wickersham & Taft
11                             BY: MICHELLE MAMAN, ESQ.
12                             (212) 504-6000
13
14                             Royal Bank of Scotland
15                             BY: COURTNEY RODGERS
16                             (203)897-4815
17
18   For EGI-TRB:              Jenner & Block, LLP
19                             BY: ANDREW VAIL, ESQ.
20                             (312) 840-8688
21
22   For Aurelius Capital
23   Management:               Aurelius Capital Management, LP
24                             BY: MATTHEW A. ZLOTO, ESQ.
25                             (646) 445-6518
26
27   For Alvarez & Marsal,
28   LLC:                      Alvarez & Marsal, LLC
29                             BY: MATTHEW FRANK
30                             (312) 371-9955
31
32   For Barclays:             Barclays Capital, Inc.
33                             BY: OLIVIA MAURO, ESQ.
34                             (212) 412-6773
35
36   For Merrill Lynch:        Kaye Scholer, LLP
37                             BY: JANE PARVER, ESQ.
38                             BY: MADALYN G. PRIMOFFR, ESQ.
39                             (212) 836-8510
40
41   For Eric Bilmes:          HBK Capital Management
42                             BY: ERIC BILMES
43                             (212) 588-5115
44   For Onex Credit
45   Partners:                 Onex Credit Partners
46                             BY: STUART KOVENSKY
47                             (201) 541-2121
48
49
```

```
 1   For JPMorgan Chase:      Davis Polk & Wardwell, LLP
 2                            BY: ANGELA LIBBY, ESQ.
 3                            (212) 450-4433
 4
 5
 6   For Davidson & Kempner:  DK Partners
 7                            BY: EPHRAIM DIAMOND
 8                            (646) 282-5841
 9
10   For Oaktree Capital
11   Management:              Dewey & LeBoeuf, LLP
12                            BY: JOSHUA M. MESTER, ESQ
13                            (213) 621-6016
14
15   For Bank of America:     O'Melveny & Myers (New York Office)
16                            BY: DANIEL CANTOR, ESQ.
17                            (212) 326-2000
18                            BY: EVAN JONES, ESQ.
19                            (213) 430-6236
20
21   For Arrowgrass Capital
22   Services:                Arrowgrass Capital Partners, US, LP
23                            BY: DAVID DUNN, ESQ.
24                            (212) 584-5946
25   For Employees Compensation
26   Defendant's Group:       Frank Gecker, LLP
27                            BY: JOSEPH FRANK, ESQ.
28                            BY: REED HEILIGMAN, ESQ.
29                            (312) 276-1432
30
31   For Wells Fargo Bank:    White & Case
32                            BY: SCOTT GREISSMAN, ESQ.
33                            (212) 819-8567
34
35   For Interested Party:    BY: ANNA KALENCHITS
36                            (212) 723-1808
37
38   For Law Debenture:       Kasowitz Benson Torres & Friedman
39                            BY: SHERON KORPUS, ESQ.
40                            (212) 506-1700
41
42   For Chandler Bigelow,
43   III:                     Sperling & Slater
44                            BY: GWEN NOLAN, ESQ.
45                            (312) 641-3200
46
47   For Wilmington Trust:    Brown Rudnick, LLP
48                            BY: MARTIN SIEGEL, ESQ.
49                            (212) 209-4829
```

```
 1   For Robert McCormick
 2   Foundation & Cantigny
 3   Foundation:            Katten Muchin Rosenman, LLP
 4                          BY: JOHN SIEGER, ESQ.
 5                          (312) 902-5294
 6
 7   For Citi:              Citi
 8                          BY: REBECCA SONG
 9                          (212) 559-9933
10
11   For Amalgamated Bank:  Millbank Tweed Hadley & McCloy
12                          BY: ALAN STONE, ESQ.
13                          (212) 530-5285
14
15   For Davidson Kempner:  Schulte Roth & Zabel, LLP
16                          BY: NEIL BEGLEY, ESQ.
17                          (212) 610-7008
18
19   For Michael D'Agostino:  Bingham McCutchen, LLP
20                          BY: MICHAEL D'AGOSTINO
21                          (860) 240-2731
22
23   For Nomura Securities:  Nomura Securities
24                          BY: MATTHEW JACOBSON
25                          (212) 667-1438
26
27   For Auirelius Capital
28   Management:            Akin Gump Strauss Hauer & Feld, LLP
29                          BY; MEREDITH A. LAHAIE, ESQ.
30                          (212) 872-8032
31
32   For Corre Partners:    Corre Partners
33                          BY: STEPHEN LAM
34                          (646) 863-7157
35
36   For Bank of America:   O'Melveny & Myers, LLP
37                          BY: JAMES MILLER, ESQ.
38                          (213) 430-6236
39
40   For Goldman Sachs &
41   Company:               Goldman Sachs & Company
42                          BY: FREDERICK MORRIS
43                          (212)902-2886
44
45   For Wells Fargo Bank:  Perkins Cole
46                          BY: TINA MOSS, ESQ.
47                          (212)262-6910
48
49
```

```
1   For Brigade Capital
2   Management:              Brigade Capital Management
3                            BY: GRANT NACHMAN
4                            (212) 745-9781
5
6   For Eos Partners:        Eos Partners
7                            BY: MIKE J. SCHOTT
8                            (212)593-4046
9
10  For The Seaport Group:   The Seaport Group
11                           BY: KENNETH SMALLEY
12                           (212) 616-7763
13
14  For GMP Securities       GMP Securities
15                           BY: ANDREW M. THAU
16                           (212)692-5178
17
18  For Smith Management:    Alden Global
19                           BY: JENNIFER WILD
20                           (212)418-6877
21
22  For Carval Investors:    Carval Investors
23                           BY: TECK WONG
24                           (952)964-3292
25
26  For Citi:                Paul Weiss Rifkind Wharton &
27                           Garrison, LLP
28                           BY: ANN K. YOUNG, ESQ.
29                           (212) 373-2237
30

31
```

1 | WILMINGTON, DELAWARE, MONDAY, APRIL 16, 2012, 9:00 A.M.

2 | THE CLERK:  All rise.

3 | THE COURT:  Good morning all.

4 | COUNSEL:  Good morning.

5 | MR. LANTRY:  Good morning, Your Honor.  Kevin

6 | Lantry, of Sidley, on behalf of the debtors.  Your Honor, I

7 | thank you for working this morning's hearing into your

8 | schedules.  I believe it will be a short one.  We only have

9 | three unresolved issues involving the supplemental

10 | disclosure document, and I don't believe we have any

11 | objections with regard to the overall solicitation process.

12 | Before describing those three remaining open issues, let me

13 | just spend a moment setting the stage.  The parties have had

14 | almost two months to work out the details of the

15 | supplemental disclosure document which was filed on February

16 | 20.  By the time we got to the March 22 Status Conference,

17 | we advised Your Honor that the parties had resolved all of

18 | the filed, as well as informal objections, to the

19 | supplemental disclosure document.  And as you recall, when

20 | we had the hearing, telephonic hearing, on March 30, we

21 | advised the Court that if you gave us seven days between

22 | when you issued your Opinion on the allocation disputes and

23 | when we had today's hearing, that would give us time enough

24 | to incorporate your ruling into the supplemental disclosure

25 | document and still keep today's hearing under two hours.  On

1  Thursday of last week, the DCL Plan Proponents did file the

2  amended supplemental disclosure document and Fourth Amended

3  Plan that reflected Your Honor's decision of last Monday.

4  Since then, we've have multiple meetings everyday with

5  Aurelius to work out the issues that they addressed and had

6  concerns about, and I'm pleased to advise the Court that

7  we've resolved almost all of them.

8          Most of the issues actually had to do with

9  confirmation issues, rather than supplemental disclosure

10  issues.  In fact, I would -- by my count, we have resolved

11  12 of the confirmation objections that Aurelius has been

12  talking to us about over the last few weeks.  So the sole

13  purpose of the revisions to the supplemental disclosure

14  document and Plan that we filed last night was simply to

15  reflect what we have resolved with Aurelius.  We have been

16  advised that there are no other objections by any of the

17  other parties and we have reached out to the usual suspects.

18          So, Your Honor, what are these three remaining

19  unresolved issues?  The first issue has to do with the

20  composition of the three-member Advisory Board of the

21  Litigation Trust.  The parties have no dispute over the fact

22  that the initial members of the Advisory Board will be

23  members of the Creditors' Committee who represent the

24  beneficiaries of the Litigation Trust, except for the

25  lenders who don't seem to need that representation.  In

1  particular, the parties agree that the initial three members

2  of the Trust Advisory Board will be Deutsche Bank, as the

3  Indenture Trustee for the Senior Notes; Wilmington Trust, as

4  Indenture Trustee for the PHONES; and we believe Mr. Nease,

5  one of the Retirees who is serving as a member of the

6  Creditors' Committee.

7         The dispute that we have not been able to resolve

8  involves Aurelius' desire, and presumably desire of the

9  other Noteholders, to give Deutsche Bank and Wilmington

10 Trust the right to unilaterally designate someone, other

11 than themselves, to serve as a member of the Trust Advisory

12 Board.  The Plan Proponents believe that there was

13 considerable wisdom and experience in the U.S. Trustee's

14 decision to appoint institutions of the Indenture Trustees

15 to serve on the Creditors' Committee.  And we believe that

16 preserving that institution, rather than a designee,

17 provides a lot of safeguards that are wise to preserve for

18 purposes of the membership of the Trust Advisory Board.

19 Accordingly, we do believe that it is appropriate for the

20 Plan not to provide Deutsche Bank or Wilmington Trust with

21 the ability to unilaterally designate a replacement for them

22 on the Trust Advisory Board.

23         In many ways, Your Honor, I think this is a

24 confirmation issue, not a disclosure issue.  So if you

25 prefer to defer this dispute until June, that would be fine

1  with the Plan Proponents.  We do think that it might be

2  useful for the Objectors to brief why it's inappropriate for

3  a Plan to not give the designation rights to folks on a

4  Trust Advisory Board for purposes of confirmation of a Plan.

5           THE COURT:  What would be the process if one of

6  them were to resign?

7           MR. LANTRY:  Typically, it's the vote of the

8  other two members of the Trust Advisory Board to find a

9  replacement, and we think that's a fairer process than just

10 giving a unilateral ability of the one member who would like

11 to replace themselves.

12          THE COURT:  All right.  Thank you.

13          MR. LANDRY:  The second issue, Your Honor, has to

14 do with the identity of the Litigation Trustee and when that

15 will be publically announced.  The Plan provides that the

16 DCL Plan Proponents will make the identity of the Litigation

17 Trustee known as soon as -- after the Plan supplement date

18 that we are informed of that selection by the initial

19 members of the Trust Advisory Board.  The dispute has to do

20 with Aurelius' desire to make sure that the identity of the

21 Litigation Trustee is disclosed by the actual Plan

22 supplement date, which is May 6, and no later than that.

23 Since the DCL Plan Proponents don't have control over how

24 the initial members of the Trust Advisory Board will make

25 that selection and the decision, we thought it was wiser to

1  simply advise the voting creditors that we'll announce it as

2  soon after the Plan supplement date as we are informed of

3  that decision, but that it would be a little bit over the

4  top for us to mandate a specific date.  I think, even in

5  negotiations, the parties have agreed that probably the only

6  way to have a date certain when the Litigation Trustee's

7  identity would be disclosed is for Your Honor to issue a

8  deadline in an Order.  And we felt a little awkward as DCL

9  Plan Proponents asking Your Honor to impose that on third

10 parties who have not yet been officially appointed on the

11 Trust Advisory Board under a confirmed Plan.

12             THE COURT:  That could be the first example of

13 shyness I've ever seen in this case, Mr. Lantry.

14             MR. LANTRY:  The third issue, Your Honor, has to

15 do with a fairly similar issue, and that has to do with when

16 the identity of the members of the post-effective date Board

17 of reorganized Tribune will be publically announced.  The

18 Plan provides that the identity of the Board members of

19 Tribune, following the confirmation hearing, will be

20 identified and disclosed five days before the confirmation

21 hearing date, and advises parties that we believe that the

22 current members of the Board will serve between the period

23 following the confirmation hearing and up to the effective

24 date.

25             The Plan further provides that the DCL Plan

1    Proponents must file notice of the identity of each of the

2    seven members of the Board who will serve after the

3    effective date as soon as that information becomes

4    available, and regardless, prior to the effective date.

5              The dispute we have is involving Aurelius' desire

6    that the identity of each of the seven members of the Board

7    who will serve after the effective date will be identified

8    in the Plan supplement date, May 6.  Given the uncertainties

9    of when the effective date will actually occur, the lenders

10   have advised -- and the lenders are the ones under the Plan

11   that have the selection of the seven-member Board.  The

12   lenders have advised the rest of the DCL Plan Proponents

13   that they think it will be difficult for them to, with

14   certainty, identify all of the seven members by May 6.  The

15   difficulty arises from the practical challenge of

16   identifying the best and brightest independent Board members

17   who would be willing, in the Spring, to promise that they

18   will be available at some uncertain date toward the end of

19   the summer.  I would point out, Your Honor, that these same

20   provisions about when the identity of the post-confirmation,

21   post-effective date Board members will be identified within

22   the Second Amended Plan, and that neither Aurelius, nor any

23   other party objected to it at the prior confirmation hearing

24   last year.  And so, Your Honor, we think that Aurelius'

25   objection on this third point is without merit.

1            Your Honor, those are the three issues.  For

2    efficiency, I'd propose to turn the podium over to Danny

3    Golden who will argue their side of the three points.  And

4    then we propose that Jim Sottile make a response on behalf

5    of the Plan Proponents with regard to the first two issues,

6    and Jim Johnston will respond on behalf of the Plan

7    Proponents to the last issue.

8            THE COURT:  Okay.  And then after which, just for

9    the record, I'll ask if others wish to be heard.

10           MR. LANTRY:  Thank you, Your Honor.

11           THE COURT:  Okay.

12           MR. GOLDEN:  Good morning, Your Honor, Daniel

13   Golden, Akin, Gump, Strauss, Hauer, & Feld, Counsel for

14   Aurelius Capital Management.  And Your Honor, I just rise to

15   speak on behalf of Aurelius, but the remarks I'll make are

16   supported by the Senior Indenture Trustees and the PHONES

17   Indenture Trustees.  We thought it would be easier, and

18   trying to keep within the two-hour limit, that I would speak

19   on behalf of all of them to address the three points that

20   Mr. Lantry has laid out.

21           Your Honor, I will confirm that over the last

22   several weeks, it's fair to say that the parties have worked

23   diligently and hard in trying to narrow their differences

24   regarding the DCL revised supplemental disclosure statement

25   and Plan.  And by way of example, on April 2, Aurelius, or

1  Counsel for Aurelius, penned a letter outlining the

2  composite list of then outstanding issues we had with

3  respect to the Plan and disclosure statement in order to

4  give Counsel for the debtors and the Committee an

5  opportunity to know exactly what was on our mind.  And as

6  Your Honor will note, that letter pre-dated the then to be

7  forthcoming decision of Your Honor regarding allocation

8  disputes, so that we tried to address all the other issues

9  other than the allocation disputes knowing that we would get

10 Your Honor's decision shortly.  And true to their word, Your

11 Honor, within three days of Your Honor's issuance of the

12 April 9th allocation dispute decision, Counsel for the

13 debtors did deliver a modified or revised supplemental

14 disclosure statement and Plan, which largely incorporated

15 Your Honor's decision regarding the allocation disputes and

16 addressed certain other issues.  Since April 12th when those

17 documents were delivered, I'll also confirm that members of

18 Akin Gump have been in daily contact with both Sidley &

19 Austin and Jim Sottile's firm in an effort to narrow the

20 differences, especially because we know we had two hours to

21 argue whatever differences that remained.

22             And finally, I will confirm --

23             THE COURT:  I'll take a lesson from that.

24                     (Laughter)

25             MR. GOLDEN:  And finally, Your Honor, I will

1  confirm that those efforts have borne fruit to a very large

2  extent.  While there are several confirmation-type

3  objections that remain, we won't argue them today, but the

4  parties are aware of them.  There are only three topics that

5  remain open with respect to the disclosure statement.  And

6  what's interesting about those three topics, is that they

7  are all interrelated.  They all deal with disclosure and the

8  timing of disclosure regarding ongoing estate fiduciaries.

9  And all three topics are of vital interest to the Senior and

10 PHONES Noteholders.

11             Your Honor, just before I get to the three

12 topics, I'd just like to remind the Court of the upcoming

13 deadlines.  Assuming that the revised disclosure statement

14 is timely approved, there is a May 4th; I think Mr. Lantry

15 said May 6th; I think that's a Sunday.  There is a May 4th

16 deadline for filing the Plan supplement; there's a May 21

17 deadline for voting on the revised Plan and for the filing

18 of confirmation objections; and there is a June 7th scheduled

19 commencement of the confirmation hearing.  All three of the

20 topics that we will talk about are implicated by those

21 deadlines.  And, Your Honor, just before I start, I'd like

22 to hand up to the Court a two-page memo, if you will, which,

23 in its totality, sets forth the Aurelius and the Senior and

24 PHONES Noteholders' proposed changes to the revised

25 disclosure statement.  I've circulated this yesterday to all

1  the parties in interest so they have a copy.

2           THE COURT:  All right.  Thank you.

3           MR. GOLDEN:  Your Honor, you'll see, if you took

4  a moment to review the two-pager, it's relatively brief.  It

5  deals with very specific points regarding the three topics.

6  Much of the language, we tried to keep as much of the

7  debtors' language as we could so as to minimize fights.

8  Topic number one, which I identify as the need to clearly

9  identify members of the Lit Trust Advisory Board, that is

10  the Trust Advisory Board or the Board that will supervise

11  the activities of the ongoing Ligation Trust.  Your Honor

12  may recall that there were numerous references at the

13  confirmation trial where it was asserted that the Litigation

14  Trust could provide meaningful additional recoveries to the

15  Senior Noteholders, and possibly even the PHONES Noteholders

16  above and beyond the natural recoveries required under the

17  Plan and the highly disputed LBO settlement recoveries that

18  we've talked so much about.  One might think that, with so

19  much riding on the Litigation Trust recoveries, that the

20  parties in interest who have the most to gain from

21  Litigation Trust recoveries would have the most to say about

22  the governance of the Litigation Trust in the form of the

23  membership of the Litigation Trust Advisory Board.  Sadly,

24  that's not the case.  The DCLs have determined a footprint

25  for populating the Lit Trust Advisory Board.

1          Now, Mr. Lantry has said to you this morning that

2     it's clear, under the DCL Plan and revised disclosure

3     statement, that the three trust members will consist of

4     Deutsche Bank, Wilmington Trust, and William Nease, as a

5     Retiree.  Well, Your Honor, I'll suggest to you that, if you

6     read Section 1.1.121 of the debtors' DCL Plan, it's far from

7     clear that that's the result, but I'll accept that result

8     because we think that's appropriate.  I will also point out

9     that William Nease, as a Retiree and as a member of the

10    Committee, is only going to go on the Trust Advisory Board

11    to the extent he votes to accept Litigation Trust

12    recoveries, rather than an all cash recovery, a fact we just

13    don't know yet.

14          As opposed to the debtors' definition of 1.1.121,

15    we've changed it slightly to make it clear that the three --

16    that the up to three members of the Litigation Trust

17    recovery will consist of (i) Wilmington Trust, or its

18    designee; (ii) Deutsche Bank, or its designee; and (iii) a

19    member of the Creditors' Committee that will be a

20    beneficiary of the Litigation Trust's interests.

21          Now, we talked about -- or Mr. Lantry indicated

22    that it was Aurelius' desire that Wilmington Trust and

23    Deutsche Bank would have the right to designate a designee

24    in its place on the Litigation Trust recovery.  In fact,

25    that's not Aurelius' request.  It's Deutsche Bank's and

1  Wilmington Trust's.  There are practical and legal

2  considerations for each of those two corporate Indenture

3  Trustees where they may determine that, in the acquittal of

4  their fiduciary duties, they might want to retain an outside

5  non-employee, non-agent of their institutions who be best

6  situated to advise the Litigation Trust and to perform the

7  duties of the Litigation Trust Advisory Board, as opposed to

8  an employee of Wilmington Trust or Deutsche Bank, or even an

9  agent of those two institutions.  Why in the world should

10  the DCL Plan proponents have a problem with that?  And it's

11  interesting, Your Honor.  In a very similar manner, the DCL

12  Plan provides the same designation rights to Oaktree, Angelo

13  Gordon, and JP Morgan with respect to their power to

14  appointment Board members for the reorganized entity.

15          So, Your Honor, if you were to review, and I've

16  lost my place, but I think it's Section 5.3.2 of the

17  debtors' revised Plan, entitled "Directors and Officers of

18  Reorganized Tribune", you will quickly see that Oaktree, or

19  its designee, and Angelo Gordon, or its designee, and JPM,

20  or its designee, shall have the right to appoint the

21  Directors of the reorganized entities.  And, in fact, if any

22  of those designees should resign or retire or otherwise

23  become disabled or unavailable, the original designation

24  right goes back to Oaktree, Angelo Gordon, and JPM.  So

25  there's something about what's good for the goose.  I don't

1  see why this should be a problem for the DCL Plan

2  Proponents.  I am quite confident that Deutsche Bank and

3  Wilmington Trust, acting in accord with their fiduciary

4  obligations to their respective Noteholders, would only

5  appoint a designee of the highest quality if they ultimately

6  determined not to sit an employee or an agent on the Lit

7  Trust Advisory Board.  So we believe, Your Honor, that our

8  language set forth in our little handout in 1.1.121 should

9  be required of the debtors with respect to the -- their

10  revised Plan, and a corresponding change made in Article

11  VI.I of the revised disclosure statement, which simply

12  parrots the same language.  It's the middle paragraph in

13  page two of my two-page -- in -- I'm sorry, on page one of

14  my two-page handout; that Wilmington Trust and Deutsche Bank

15  should have the right to designate representatives on the

16  Lit Trust Advisory Board if ultimately that is their

17  considered judgment.

18          Your Honor, I'd turn to topic two unless Your

19  Honor has any questions about that particular point.

20          THE COURT:  Go ahead.

21          MR. GOLDEN:  Thank you.  Topic two is what I call

22  the timing of the identification of the Litigation Trustee.

23  Aurelius and the Senior Noteholders and the PHONE

24  Noteholders believe that the Litigation Trustee will play

25  the most crucial role in the ultimate success or failure of

1   the Litigation Trust, and therefore, believe the

2   identification of that party should be made as soon as

3   possible.  Your Honor, as set forth in our proposed revision

4   of Section 13.3.1, found at the bottom of our first page of

5   the two-page handout, we believe that the identification of

6   that party should be made by the Plan supplement deadline,

7   which is approximately three weeks away.

8           In contrast, in the debtors' version of Section

9   13.3.1, as Mr. Lantry explained to the Court, the DCL Plan

10  Proponents believe that the identification of the Litigation

11  Trustee should be made after; not on, not before, but after

12  the plan supplement deadline and only when the three

13  members, if in fact, it turns out there are three members of

14  the Litigation Trust Advisory Board, have made and have

15  designated the selection of the proposed Litigation Trustee.

16  There is other language what would be the rights of the

17  proposed Litigation Trustee, if in fact, that they are

18  appointed, he or she is appointed, prior to the effective

19  date.  We've worked that language out.  We've adopted the

20  restrictions on the proposed Litigation Trustee.  The only

21  question is when that party must be identified.  Your Honor,

22  Wilmington Trust and Deutsche Bank have committed to the

23  timetable I have outlined.  They believe there will be no

24  issue with the three members, if there are three members, of

25  the Litigation Trust Advisory Board identifying the proposed

1    Litigation Trustee in advance of the Plan supplement

2    deadline.  That will give all parties the opportunity to

3    know the identity of the Litigation Trust well before the

4    voting deadline and the confirmation objection deadline.

5    Under the debtors' permutation, there is no actual firm date

6    of when that party will be identified.  We think that's

7    inappropriate.  It's bad disclosure.  We think that our

8    suggestion should be adopted by the Court and those

9    revisions should be made accordingly.

10            Your Honor, frankly, we think the open-endedness

11   of the debtors, the DCL permutation, could simply lead to

12   mischief.  We think our proposal is straightforward.  When

13   Your Honor sets a deadline, people seem to figure out how to

14   comply with it, and we think this is a deadline that should

15   be set.

16            Finally, Your Honor, I'll turn to topic three,

17   which is the timing for the identification.  Mr. Lantry

18   talked about Directors.  It really goes to both Officers and

19   Directors of Reorganized Tribune.  As set forth in Section

20   5.3.2 of the debtors' revised Plan, you can find that at

21   page 51, the DCLs only require that the identity of the

22   individuals who are going to be designated to serve both as

23   Directors and Officers of Reorganized Tribune be so

24   disclosed no later than five days before the commencement of

25   the confirmation hearing.  Your Honor can quickly figure out

1 that is well beyond the voting deadline and the confirmation

2 objection deadline.  We believe that that timeframe is way

3 too late, and certainly calculated to present that

4 information, at a time when creditors who have the

5 opportunity to vote on the Plan and to file objections if

6 they don't like the designations will have already been --

7 that time period will have already come and gone.

8             THE COURT:  But you would agree, would you not,

9 Mr. Golden, that that is not at all an unusual framework for

10 timing for such decisions?

11            MR. GOLDEN:  Actually, Your Honor, I do disagree.

12 I think the much more conventional framework for that is for

13 the identity of Officers and Directors to be set forth in

14 the Plan supplement deadline which usually pre-dates the

15 confirmation hearing by some two weeks or so.  That's

16 exactly the framework that the Noteholder Plan Proponents

17 used in the Noteholder Plan.  I find it very hard to believe

18 that, after almost 3 ½ years, the DCLs don't have a pretty

19 good idea who the post-effective date Officers and Directors

20 of this company are going to be.  Your Honor, as you well

21 know, 1129(a)(5) requires that information.  Now, I will

22 acknowledge, hypertechnically, the permutation set forth by

23 the DCLs fulfills 1129(a)(5) because they just say it must

24 be disclosed in advance of the confirmation date.  But the

25 timing, the framework they used, has basically made it

1   impossible for any party to do anything about it.  In fact,

2   Your Honor, if you review 5.3.2 closely, the creditor

3   proponents, Oaktree, Angelo Gordon, JPM, can actually

4   designate their real Directors, and they get the right to

5   appoint six out of the seven Directors, get the right to

6   designate the real post-effective Directors after the

7   confirmation date, not before; not before the Plan

8   supplement date deadline, but after the confirmation date.

9   We think that's ludicrous, Your Honor.  It will give nobody

10  the ability to weigh in on that selection process.  And, as

11  I said, Your Honor, when we were drafting the Plan and the

12  disclosure statement, we figured out a way how to make it,

13  in our view, the more conventional methodology of having

14  that information disclosed at the Plan supplement deadline.

15  We think that's appropriate here, especially here, and we

16  think that that change should be required of the DCLs and

17  corresponding disclosure language made and we've given them

18  a draft of it to make it easy for them to draft.

19          Your Honor, those are my initial remarks since I

20  guess I'm now going to hear a bunch of other people who are

21  going to respond.  I would just reserve a few minutes to

22  respond to whatever they say.

23          THE COURT:  All right.

24          MR. GOLDEN:  Thank you.

25          THE COURT:  That's fine, Mr. Golden.

1          MR. SOTTILE:  Good morning, Your Honor, James

2    Sottile, of Zuckerman Spaeder, as Special Counsel for the

3    Official Committee of Unsecured Creditors.  As Mr. Lantry

4    indicated, Your Honor, I'm going to address the first two

5    items that he spoke to and that Mr. Golden addressed, and

6    that's the composition of the Litigation Trust Advisory

7    Board and the timing for naming a Litigation Trustee.

8          Let's start with the Litigation Trust Advisory

9    Board.  I was a little puzzled by Mr. Golden's remarks that

10   there was some lack of clarity in the existing DCL Plan

11   where the people wouldn't know who the Board members would

12   be.  Your Honor, I think if you look at 1.1.121 of the DCL

13   Plan, it's perfectly clear who the members of the Board will

14   be; it's Wilmington Trust, it's Deutsche Bank, and it's a

15   third person to be named by the Plan supplement date who has

16   to be a beneficiary of the Litigation Trust.  The only

17   person that can be, since it also has to be a member of the

18   Creditors' Committee, is Mr. William Nease.  Now, as I think

19   both Mr. Golden and Mr. Lantry have alluded to, Mr. Nease

20   can only be a member of the Litigation Trust Advisory Board

21   if he's a beneficiary of the Litigation Trust.  He actually

22   doesn't know for certain whether he will be at this moment

23   or not.  He has to make that choice.  And what we've

24   provided, Your Honor, is that he will effectively have to

25   make that choice definitively and be identified in the Plan

1  supplement as a member of the Litigation Trust Advisory

2  Board or not.  If he's not, then the members of the Board

3  are two, Wilmington Trust and Deutsche Bank.  There's no

4  uncertainty about who the members are.  It's perfectly clear

5  for anyone who reads the disclosure statement who they will

6  be.  And in fact, of course, if there's any lack of

7  disclosure, it comes from the change that's being proposed

8  by Aurelius that I understand is supported by the Indenture

9  Trustees.  Under their proposal, we won't know who two of

10 the members of the Litigation Trust Advisory Board will be

11 until they're designated by Wilmington Trust and Deutsche

12 Bank.  We won't know if those persons are satisfactory

13 representatives of the Litigation Trust beneficiaries, or of

14 the Noteholders represented by those Indenture Trustees.

15 And, Your Honor, we suggest that that approach just makes no

16 sense at all.  Certainty about the members of the Board is

17 important.  Certainty is provided by the DCL Plan.  And the

18 members ought to be ones that Aurelius, Wilmington Trust,

19 and Deutsche Bank are happy with because it is the Indenture

20 Trustee for the Senior Notes, the Indenture Trustee for the

21 PHONES, and the one other member of the Creditors' Committee

22 who represents beneficiaries.  It makes sense, Your Honor,

23 that the fiduciaries themselves, the Indenture Trustees, are

24 the ones who will serve on the Litigation Trust Advisory

25 Board.  They have to act in the interest of all the

1   Noteholders.  We don't know who they would pick.  We don't

2   know whether the person they would pick as their

3   representative, or the institution they might pick, who's

4   not their employer agent, would act in the interests of all

5   those Noteholders.

6           THE COURT:  And why shouldn't that, in the first

7   instance, be their choice?

8           MR. SOTTILE:  The choice of who would act on the

9   Advisory Board?

10          THE COURT:  Correct.

11          MR. SOTTILE:  Your Honor, I suggest that it is

12  not appropriate to permit fiduciaries to effectively

13  designate their fiduciary duties to third parties who are

14  not identified, and that is the effect of the amended

15  proposed by Aurelius.  It is to take fiduciaries who have an

16  obligation to all of the holders of the Notes and not simply

17  major holders of the Notes who may be represented before

18  this Court, and to let them give their obligations to people

19  who, in fact, won't have those obligations.

20          THE COURT:  Well, I'm not sure they wouldn't.

21  But just, assuming for the moment you would be correct, and

22  what's -- unless the obvious isn't so obvious, to me anyway,

23  you know, each side is setting itself up to be able to peck

24  at the choices of the other for the respective Boards and

25  Committees.  Okay.  So from the Court's standpoint,

1   obviously, I would not be eager to have confirmation devolve

2   into, you know, investigations of those who are designated

3   and complaints about individuals about why they're good or

4   not good.  But frankly, you know, if we're going to have

5   that fight, I'd rather flush it out before confirmation and

6   just be done with it.

7           MR. SOTTILE:  Your Honor, I understand the

8   Court's concern, but I don't think it's implicated by this

9   issue on the Litigation Trust Advisory Board, at least if

10  you adopt the DCL Proponents' version of the Plan, because

11  under that version of the Plan, I don't think anybody is

12  going to dispute that Wilmington Trust and Deutsche Bank are

13  appropriate members of the Litigation Trust Advisory Board.

14          THE COURT:  And they wouldn't either.  But

15  they're saying we'd like the freedom to have someone sit in

16  our stead, and in the first instance, I don't understand why

17  that's a bad thing.  I mean look, each party seems to be

18  assuming that, for their respective governing entities, that

19  the other side is going to find as many Darth Vaders --

20                      (Laughter)

21          THE COURT:  -- to sit on this bus as is possible,

22  and maybe that's so.  I don't know.  I'm hoping that would

23  not be the case and, frankly, you know, in the exercise of

24  rational business judgment, I suppose it will not be.  But

25  if there's to be an issue, let's just flush it out and be

1   done with it.  That's my view.

2            MR. SOTTILE:  Your Honor, I understand the

3   Court's concern.  Let me add one additional consideration,

4   although it doesn't seem to have moved the Court so far, and

5   that is that we do believe that the fact that Wilmington

6   Trust and Deutsche Bank are fiduciaries for the Noteholders

7   makes a difference.  We know they have an obligation to all

8   the Noteholders that they will have to fulfill if they are

9   acting themselves, or through their employees or agents as

10  members of the Litigation Trust Advisory Board.  We don't

11  know that for whoever they might designate if the Court were

12  to, on confirmation, adopt a different process.

13           THE COURT:  So let's require that designations

14  all be made ahead of time, and if somebody doesn't like it,

15  they can come in and tell us all.

16           MR. GOLDEN:  Your Honor, I'm sorry.  I thought I

17  made it clear, but if I didn't, whatever designations will

18  be disclosed by the Plan supplement deadline.

19           THE COURT:  Yes.

20           MR. GOLDEN:  It's not going to be a timing issue.

21           MR. SOTTILE:  Your Honor, I understood that they

22  would identify those persons by the Plan supplement date.

23  The trouble is, at that point, you're headed for a

24  confirmation fight on the issue if those persons are not

25  acceptable.

1    THE COURT:  You know what, Mr. Sottile?  I

2 suspect we're headed there anyway.  I mean let's just

3 acknowledge it, address it, dispose of it, and be done with

4 it.  You know, look, I know it's out of character for me to

5 invite this kind of thing, but given the history of this

6 case, you know, my -- I think I'd much rather go on offense

7 now.  Let's just flush it out and address it.

8    MR. SOTTILE:  Your Honor, I take the point.  I

9 guess I will add one final point, which is this is really

10 not a disclosure issue.

11    THE COURT:  I agree with that.  Okay.  But the

12 problem, it's been framed in such a way that the other two

13 issues kind of pull it in to disclosure.  Now, I could

14 separate them that way, and standing alone, clearly it's a

15 confirmation issue.  But as usual, it's just not that

16 simple.

17    MR. SOTTILE:  I understand the Court's concerns,

18 Your Honor.  Your Honor, let me speak to the issue of the

19 Litigation Trustee, although I suspect I know where this is

20 headed.  Your Honor, there's a real practical problem, I

21 think, with the approach that is suggested by Aurelius and

22 supported by Wilmington Trust and Deutsche Bank.  They

23 propose that the Litigation Trustee be identified by the

24 Plan supplement date.  At this point, Your Honor, we don't

25 even know whether or not there will be a third member of the

1  Litigation Trust Advisory Board, which is the group that

2  selects the Litigation Trustee, given Mr. Nease's status.

3          So if you were to adopt the position being

4  espoused here, you'd be, I think, effectively ordering a

5  group that isn't yet constituted, a membership of which is

6  not yet known to decide in less than three weeks who the

7  Litigation Trustee will be that will govern litigation for

8  the next several years.

9          THE COURT:  Well, let me ask this question.  I

10 don't know, but assume that each member of the Advisory

11 Board has a vote, and two of the three members have already

12 been identified, now not to disenfranchise the third yet to

13 be determined member, I mean doesn't that -- isn't that the

14 beginning and the end of the decision if the two agree on

15 who it should be?

16          MR. SOTTILE:  Your Honor, it is certainly true

17 that if those two agree, they could out-vote the third

18 member.  But the whole point of a group that serves as an

19 Advisory Board is that they have some opportunity to talk to

20 each other and try to persuade one another.  And if we were

21 to proceed as the Court's suggesting, that won't happen.

22          THE COURT:  Well, it might not happen.

23          MR. SOTTILE:  It might not happen.  There would

24 be the real opportunity for that not to happen and for the

25 selection to effectively be made by two members of what

1  becomes a three-member Board.

2          THE COURT:  Isn't that always the case on a

3  three-member Board unless there's some unanimity

4  requirement?

5          MS. SOTTILE:  Your Honor, it is at the end of the

6  day.  But my experience, and I suspect that the Court's

7  experience is that there are occasions when the third member

8  is able to persuade one of the others; that it's not always

9  a given that two members are going to be aligned in interest

10 and always agree.  That may be the case; it may not be the

11 case.

12          THE COURT:  Well --

13          MR. SOTTILE:  I think we have seen --

14          THE COURT:  -- if I were a betting man, in this

15 circumstance, I'll bet the two are going to agree.

16          MR. SOTTILE:  Your Honor, that may be correct,

17 although I would note that we have seen a number of

18 occasions where those two parties have not been in

19 agreement --

20          THE COURT:  Yes.

21          MR. SOTTILE:  -- before this Court.

22          THE COURT:  Wide disagreement.

23          MR. SOTTILE:  Indeed, Your Honor, recently, in

24 ways that the Court had to resolve at some length.

25          Your Honor, I also would add that, while it may

1  be true as a practical matter that those two, assuming they

2  agree, are going to pick the Litigation Trustee, I don't

3  quite understand where the fire is here.  Under the DCL Plan

4  proposal, the Litigation Trustee will be identified as soon

5  after the Plan supplement date as the Board tells us who it

6  is.  The Plan Proponents are not seeking any role in that

7  process, Your Honor, as is evident from the Plan language.

8  All that has to happen for the Litigation Trustee to be

9  identified is for the members of that Board to tell us who

10  it is.  And since we know for certain, under the DCL Plan

11  that we'll either have three members or two members after

12  the Plan supplement date, the moment we're passed that date,

13  it is free for the Board to identify the Litigation Trustee,

14  and if the Court's suspicions are right and two of those

15  members are going to be in agreement, they can do it the

16  next day, Your Honor.

17         THE COURT:  And that will all be by May 4th?

18         MR. SOTTILE:  Your Honor, under our Plan, the

19  members of the Board have to be identified by the Plan

20  supplement date.  And what we propose, with respect to the

21  naming of the Litigation Trustee, is that that person is

22  identified as soon after May 4th as the Board tells us who it

23  is, and we don't seek any involvement in that.  It's

24  entirely a matter for the Board.  All they have to do is

25  meet and tell us who it is.  Your Honor, that hardly seems

1   to be an enormous burden and it deals with the practical

2   problem of not knowing for sure whether we have a two- or

3   three-member Board right now.  That will allow the

4   Litigation Trustee to be timely identified.  To the extent

5   that he or she is prepared to start work without being paid,

6   which of course, they wouldn't be since no trust will yet be

7   established, and that's provided in both versions of the

8   Plan language, they can start trying to get up to speed.

9   They can't appear before this Court or other Courts, but

10  they can certainly start to familiarize themselves with the

11  matter.  That should provide ample time before the Plan

12  finally goes to confirmation, the Litigation Trust is

13  established and so forth for the Litigation Trustee to be up

14  to speed and ready to proceed.  And I think Mr. Golden

15  suggested that there was a disclosure issue problem here

16  that we needed to identify the Litigation Trustee by the

17  Plan supplement date, and Your Honor, we simply don't see

18  that.  That, of course, was not the case with respect to the

19  last Plan.  I don't believe there was any objection to the

20  last Plan that was subject to confirmation proceedings with

21  respect to the timing of naming the Litigation Trustee.  And

22  voters, in this instance, Your Honor, know everything they

23  need to know when they're told who the members of the

24  Litigation Trust Advisory Board is, and that it is that

25  Board that will pick the Litigation Trustee.  They know that

1   it's Wilmington Trust and Deutsche Bank, and if you're a

2   Noteholder, presumably, that's all you need to know to have

3   some assurance that your interests will be represented in

4   the selection process.  The same will be true of the

5   Retirees that Mr. Nease would be acting for.  So voters will

6   know who the Board is that will pick it, will know that

7   their interests will be represented by that Board, and

8   that's ample disclosure, Your Honor, for the voting process.

9   And then that Board the next day, if they choose, Your

10   Honor, can simply tell us who the Litigation Trustee is and

11   that's the end of the matter.  Thank you, Your Honor.

12           THE COURT:  Thank you.

13           MR. JOHNSTON:  Good morning, Your Honor, Jim

14   Johnston, of Dewey & LeBoeuf, on behalf of Oaktree Capital

15   and Angelo Gordon as DCL Plan Proponents.  Your Honor, I'll

16   explain in a moment why the issue regarding selection and

17   identification of Directors of the reorganized debtor is

18   different in some important ways than the issue of

19   disclosure of the Litigation Trustee and Litigation Trust

20   Board.

21           I do want to first observe that it seems a little

22   late in the game to be raising an issue like this one and,

23   to be clear, Aurelius just raised the issue regarding

24   identification of Directors last week.  This hearing was

25   supposed to be about, I thought, issues relating to the

1  disclosure that was necessitated by Your Honor's allocation

2  disputes ruling.  As Mr. Lantry indicated, all of those

3  issues have been resolved.  We have agreed upon language on

4  that.  We're talking now about a provision that was in the

5  Second Amended DCL Plan that we spent two weeks litigating

6  confirmation over, and a substantial period of time before

7  that, litigating disclosure issues.  The provision that was

8  in the Third Amended DCL Plan, where we also went through a

9  disclosure process and it was reported to the Court that all

10 disclosure issues with respect to that disclosure document

11 were resolved.  So take that for what it's worth.

12              Before I get into why I believe that the

13 provisions of the Plan are appropriate with respect to

14 identification of reorganized debtor, Directors, and

15 Officers, let's explain what the provision actually says

16 because it's been summarized a bit but not completely fully,

17 and the provision we're talking about is Section 5.3.2 of

18 the Plan.  That provision does a couple of things.  First,

19 it provides that between confirmation and the effective

20 date, it is anticipated that current members of the Board

21 and current Officers of Tribune will continue to serve and

22 then it provides that the identity of those people will be

23 filed I think five days before the confirmation date.

24 There's no question or uncertainty that that will happen.

25 So we could actually change that disclosure to say that, in

1   fact, rather than it being anticipated, that they will serve

2   unless they resign I guess.

3            More pertinent, and I think what we're really

4   talking about, is the Officers and Directors of the

5   reorganized debtor.  And what 5.3.2 says in that respect is,

6   it says Oaktree will have the right to designate two members

7   of the initial Board of the reorganized debtor.  Angelo

8   Gordon will have the right to designate one.  JP Morgan will

9   have the right to designate one.  Oaktree, Angelo Gordon,

10  and JP Morgan will have the right to jointly designate two.

11  And then the CEO of the company will have the seventh Board

12  seat.  Let me pause here because Mr. Golden touched on an

13  issue with respect to those designation rights and he said

14  well, Oaktree and JP Morgan and Angelo Gordon can have a

15  designee exercise the designation rights so they don't have

16  to do it.  Our Plan does say that.  Those provisions are in

17  there to deal with potential FCC concerns if one of those

18  entities has an issue with respect to exact designation

19  rights.  We're happy to limit that to affiliates of those

20  entities so they can't go off the street and just have a

21  non-Oaktree related entity exercise Oaktree's designation

22  rights, for example.  That was the intent of those

23  provisions.  And then it also provides that, with respect to

24  those designation rights, the DCL Plan Proponents will file

25  a notice identifying the members of the new Board "as soon

1  as the information becomes available. and in any event,

2  prior to the effective date."  Now, Mr. Golden didn't

3  mention this, but Section 5.3.2 also provides, and I'll

4  quote again, "Any and all rights of any parties to seek

5  Bankruptcy Court review of such Directors, pursuant to

6  Section 1129(a)(5) of the Bankruptcy Code, shall be

7  preserved with respect to such filing, notwithstanding that

8  the filing may be made after the confirmation date."  So

9  we're not trying to evade 1129(a)(5).  Let me tell you why

10  that provision's drafted the way that it is.

11          THE COURT:  How long would that right exist post-

12  confirmation -- post-effective date?

13          MR. JOHNSTON:  Oh, it doesn't exist post-

14  effective date.  This is strictly for the initial Board of

15  Directors.  After that point in time, it's normal corporate

16  governance.  If a Director resigns, he resigns and then it's

17  -- the normal corporate governance provisions are followed.

18          And the reason why we wrote in the designation

19  provisions pre-effective date, potentially post-

20  confirmation, stems from the fact that Tribune's a media

21  company, and it's one that, as Your Honor knows, is going to

22  require FCC approvals and waivers before it can consummate

23  the Plan.  As we discussed at length at the prior

24  confirmation hearing, and sometime since then, that approval

25  process is going to cause a delay, maybe a significant

1  delay, between the time of entry of a Confirmation Order and

2  actual consummation or effectiveness of the Plan.  The delay

3  could be several months or more.  As a result of that, if

4  you require identification of Directors of the reorganized

5  debtor, a month before confirmation, which is what Mr.

6  Golden asks you to do, it would mean that Directors would

7  actually have to be identified and commit to service a

8  number of months before they would actually be called upon

9  to serve.

10            THE COURT:  Well, I confess that I am not keenly

11  familiar with the process of Director search and engagement,

12  but it strikes me that accepting the position on the Tribune

13  Board is enough of a major undertaking that somebody who

14  wishes to undertake it, it seems to me ought to be willing

15  to make a commitment that far in advance.

16            MR. JOHNSTON:  Well, here's the problem, Your

17  Honor.  My clients and everybody involved in this process,

18  is out there looking for the best possible talent.  And the

19  people who they believe are the best possible talent, the

20  best possible candidates, have other opportunities, and

21  those opportunities create conflicts.  They create time

22  constraints.  And the fact is those other opportunities may

23  be mutually exclusive with service on the Tribune Board.

24  The best candidates just may not be able to do both, and

25  where they have to choose between a bird in the hand, which

1   is another opportunity that's available to them now or in

2   the near future, and the potential for directorship of

3   Tribune three, four months in advance, that's not a

4   guarantee.  That's not something -- you know, I think if the

5   past is any guide, there's certainly no certainty that these

6   folks would actually be called upon to serve.  For example,

7   the last time around, if we were required to identify our

8   Directors a month before the confirmation hearing began,

9   those people would have been in limbo six, seven, eight,

10  nine, even longer, months.  And the fact is --

11              THE COURT:  Well, my guess is they wouldn't have

12  hung around that long.

13              MR. JOHNSTON:  Exactly.  And the most qualified

14  candidates aren't willing to give that commitment.  And

15  that's in nobody's interest, Your Honor.  This reorganized

16  debtor deserves the best possible Board.  It deserves the

17  most highly qualified people who are willing to serve.

18              THE COURT:  The best free agents you mean?

19              MR. JOHNSTON:  Yes.

20              THE COURT:  That's the atmosphere you described.

21              MR. JOHNSTON:  I think that's right.

22              THE COURT:  Okay.

23              MR. JOHNSTON:  The ones who are the best people

24  in the market.

25              THE COURT:  All right.

1          MR. JOHNSTON:  The best talent.

2          THE COURT:  Fair enough.

3          MR. JOHNSTON:  And requiring that disclosure is

4   not something that Section 1129(a)(5) requires pre-

5   confirmation.  What 1129(a)(5) does require is that the Plan

6   Proponent disclose the identity and affiliations of

7   individuals proposed to serve as Directors after

8   confirmation and that Your Honor find that the service of

9   those individuals is consistent with the interest of

10  creditors and public policy.  I submit that that disclosure

11  and requirement is satisfied in two ways here.  First, as

12  Mr. Golden noted, the disclosure already has been made of

13  the individuals who will serve immediately after

14  confirmation, which is all that the statute literally

15  requires.  But more importantly, disclosure made of the

16  individuals who will serve after the effective date is going

17  to happen before the effective date, and the rights of all

18  parties under 1129(a)(5) to contest the service of any of

19  those individuals is preserved.  And frankly, Your Honor, I

20  think as you remarked earlier, provisions like we have in

21  our Plan are commonplace.  Many Courts have found that

22  they're appropriate.  After the [indiscernible], I took the

23  opportunity this weekend to spin through Lexis just to see

24  what Courts had to say on the matter, and there are many

25  cases from this District and elsewhere where Courts have

1  confirmed Plans that provide for the identity of directors

2  to be identified, disclosed, after confirmation and before

3  the effective date and have found that that's consistent

4  with 1129(a)(5), and I'll just give you some citations.

5  I've got the cases here if you're interested in looking at

6  them.  The first one that I found was actually a case that

7  Your Honor presided over, the *Affiliated Media* case.

8  Notably, that was also a case involving FCC approvals

9  reported at 210 Bankruptcy Lexis 5732 where the Confirmation

10 Order provided that, "One Director, as yet unnamed, whose

11 identity and affiliation will be determined prior to the

12 effective date."

13           THE COURT:  Was that a pre-pack?

14           MR. JOHNSTON:  I don't know the answer to that,

15 Your Honor.

16           THE COURT:  I don't think that case hung around a

17 long time.

18           MR. JOHNSTON:  Okay.  It provided for --

19           THE COURT:  Maybe that was a consensual as well.

20           MR. JOHNSTON:  It very well might have been, and

21 many of these were probably consensual.  But they don't --

22 my point is that they don't offend 1129(a)(5) by having a

23 post-confirmation pre-effective date disclosure.

24           Another case from this District was *Premier*

25 *International Holdings* confirmed by Judge Sontchi in 2010,

1   reported at 2010 Bankruptcy Lexis 5397, where the

2   Confirmation Order provided that the "Majority Backstop

3   Purchasers" were able to select six Directors and the

4   Committee and another individual would select one each, none

5   of which apparently had been identified at the time of

6   confirmation.

7           There's a case out of the Southern District of

8   New York cased *U.S. Shipping Partners*, 2009 Bankruptcy Lexis

9   4732, that provided for one member of the Board of Directors

10  of the reorganized debtor, "to be proposed later."  Getting

11  into the realm of a published decision, which I think is

12  probably the only published decision to speak directly on

13  the subject, and it's from a while ago, *American Solar King*,

14  90 Bankruptcy Reporter 808, out of the Bankruptcy District,

15  Western District of Texas 1988, has a very pertinent passage

16  and I'll quote it.  The Court said, "The debtors' inability

17  to specifically identify future Board members does not mean

18  that the debtor has fallen short of the requirements imposed

19  in subsection (a)(5), because the debtor, at this point, has

20  no particular individuals whom it proposes should serve

21  after confirmation as a Director, Officer, or Voting

22  Trustee, other than those whom it has already identified on

23  the record and that are already identified as current

24  Officers and Directors."  The Court then went on to note

25  that, "Although it is a fair presumption that Board

1  composition will change drastically if the proposed equity

2  infusion comes about" that change would happen pursuant to

3  the debtors' existing system of corporate governance.  And

4  the Court ultimately held that Section 1129(a)(5) "does not

5  and cannot compel the debtor to do the impossible by naming

6  Directors not yet identified."  That's all at page 815.

7       The last case that I found that touches on the

8  subject, also a published decision out of the *Charter*

9  *Communications* case, 419 Bankruptcy Reporter 221, from the

10  Southern District of New York in 2009.  The Court there

11  followed *American Solar King*, held that the Plan satisfied

12  Section 1129(a)(5), even though two Directors had not yet

13  been identified by the time of confirmation because the Plan

14  disclosed and explained the process for selecting those two

15  Directors, just as our Plan does.

16       Finally, Your Honor, I'll comment on your

17  observation earlier or remark that, you know, these may be

18  -- or there's a fear that these may be Darth Vader

19  candidates who will serve on the Board.  My clients, and JP

20  Morgan's clients are going to own the vast majority of the

21  equity of the reorganized debtor.  The Noteholders are going

22  to own a smaller percentage of that same equity.  The

23  interests of my clients as shareholders of the reorganized

24  debtor are going to be exactly aligned with the interests of

25  the Noteholders as shareholders of the reorganized entity.

1   What will work for Oaktree and Angelo Gordon and JP Morgan

2   will work for the Noteholders in their capacity as

3   shareholders.  We're trying to get the best possible

4   candidates.  That's what this provision of the Plan does.  I

5   submit that the disclosure is appropriate and the provision

6   is appropriate under 1129(a)(5).  Thank you.

7           MR. SCHAIBLE:  Your Honor, Damien Schaible, of

8   Davis Polk, on behalf of JP Morgan.  Not to layer on, but

9   just to clarify one thing.  With respect to knowing -- Your

10  Honor expressed understandable concern about Directors who

11  wouldn't be willing to wait around a month or so.  With

12  respect to the FCC process, which is fairly unique here in

13  this case, we've also addressed in slightly less significant

14  fashion in the *Affiliated Media* case, which I was involved

15  in as well with Your Honor, and it was pre-packaged, it was

16  -- there are two -- you know more about the FCC process as

17  you get closer because, as Your Honor may remember, the FCC

18  is a technical matter.  It does not take action on any

19  application until a Confirmation Order is entered.  However,

20  in certain cases, including in this one, the FCC permits you

21  to file your FCC application in advance of the Confirmation

22  Order being entered so that they can begin their process and

23  begin their work in advance.  In this case, an amended FCC

24  application was filed about two or three weeks ago and the

25  FCC has begun to -- whatever machinery that happens has

1  begun to happen.  And what we're advised is that we'll know

2  more as time proceeds toward the confirmation hearing, and

3  it may well be that, as we get closer to the confirmation

4  hearing, we have additional certainty that this is going to

5  take a month after confirmation for the FCC to act here, or

6  this is going to take four or six months after confirmation

7  for the FCC to act here.  And so the concern about being

8  able to identify Directors really is that we're hopeful

9  that, as the weeks progress in the near term, we're able to

10 have a better sense of are we talking about a month after

11 Your Honor issues a Confirmation Order?  Are we talking

12 about six months after Your Honor issues a Confirmation

13 Order?  And that, of course, really puts us in a better

14 position once we have a better sense of that to be able to

15 select the best and the brightest to be on the Board.  And

16 the Board identification process actually does take some

17 time, Your Honor.  You hire a Board search firm and they go

18 out and they interview, you know, tons of people and they

19 bring back a number of people that are then interviewed by

20 the people making the selections and there's back and forth

21 and then there's discussion about, you know, all types of

22 arrangements with respect to them serving.  So it is

23 actually a fairly involved process and does take some time.

24 And that process has begun, but it does take some time and

25 it will be better for us to have a better sense as we get

1  closer to the confirmation hearing, hopefully, or after the

2  -- as soon as possible, Your Honor.

3        The other thing I just wanted to note, Mr.

4  Johnston mentioned that the designated -- with respect to

5  the designated Directors, Your Honor asked a question about

6  whether if those Directors resign, the original lender gets

7  to designate their appointment, and Mr. Johnston answered

8  quite correctly that then it becomes part of the corporate

9  governance process.  I don't think it was the question Your

10  Honor was asking, but just to avoid any doubt, there is a

11  provision of the Plan, that same provision that Mr. Johnston

12  reading, that suggests -- or it says that during the initial

13  term of that designated Director, if that Director resigns,

14  then the original designator gets to designate a Director

15  just to finish that initial term.  But then, of course, it

16  ends up in the normal corporate governance process for

17  election.  Thank you, Your Honor.

18        THE COURT:  Who's next?  Is it time for Mr.

19  Golden to come up now?

20        MR. GOLDEN:  I think Mr. Adler.

21        MR. ADLER:  Good morning, Your Honor, David

22  Adler, on behalf of Deutsche Bank Trust Company Americas.  I

23  believe Your Honor has indicated a ruling with respect to

24  point one on the Litigation Trust Advisory Board.

25        THE COURT:  Well, no.  No, I haven't.

1          MR. ADLER:  Well, then let me talk a little bit

2  about why the language --

3          THE COURT:  I try to press everybody, really.

4          MR. ADLER:  Let me explain to you why the

5  language is important for Deutsche Bank.  Deutsche Bank is a

6  very large financial institution that is subject to all

7  sorts of regulations and rules in the United States and

8  elsewhere, and from Deutsche Bank's perspective, there are

9  all sorts of potential problems on serving on an entity such

10 as a Litigation Trust Advisory Board.  So the language

11 designee or its designee is very important to Deutsche Bank

12 and, from our perspective, we frankly don't understand why

13 the DCL Proponents would care because the Litigation Trust

14 will benefit those, such as the Noteholders and the

15 Retirees, and it is something that we specifically wanted.

16 We conveyed that actually to Aurelius.  We had seen the

17 language and we were happy with the language.  But it is

18 something that is quite important to the institution.  If --

19 there could be potential problems, and I'll lay one scenario

20 out to Your Honor.  If Mr. Nease, a Retiree, accepts the

21 all-cash option, he will not be on the Advisory Board.

22 Potentially, if Deutsche Bank were to conclude that there

23 are regulatory hurdles that prevent him from serving on the

24 Litigation Trust Advisory Board, he would be left with a

25 Litigation Trust Advisory Board of one member.  So, from our

1  perspective, it is very important that the language or

2  designee be included in 1.121 of the Plan.  That's a very

3  important point for us, Your Honor, and I just wanted to

4  emphasize that to the Court.  Thank you.

5           THE COURT:  Thank you.

6           MR. GOLDEN:  Thank you, Your Honor, and you'll be

7  able to have coffee before your 11:00 hearing.

8           THE COURT:  You know, I have my coffee in the

9  morning and that's it.

10           MR. GOLDEN:  All right.

11           THE COURT:  Two cups and I'm done.  Otherwise,

12  I'd be hanging from the ceiling like the rest of you.

13                    (Laughter)

14           MR. GOLDEN:  You're more disciplined than the

15  rest of us.  Your Honor, just a couple comments.  Mr.

16  Sottile didn't know what the rush was to the appointment of

17  the Litigation Trust -- or the disclosure of the Litigation

18  Trustee and that their permutation would allow that person

19  to be identified after -- after the Plan supplement, but as

20  soon as the Litigation Trust Advisory Board so advised as to

21  who the party was.  I can assure you that Wilmington Trust,

22  Deutsche Bank, will meet with Mr. Nease starting today to

23  start discussing the issue of who should be selected as the

24  Litigation Trust.  Mr. Nease may not know yet whether he's

25  going to sit on the Board because he may not have made a

1  decision whether he's going to take the all cash-out option

2  or not, but the conversation --

3         THE COURT:  And he's got until May 21st to make

4  that decision.

5         MR. GOLDEN:  I'm sorry?

6         THE COURT:  And he's got until May 21st to make

7  that decision.

8         MR. GOLDN:  Exactly, Your Honor.  But it's

9  finite.  If he's not going to -- if he's going to take all

10  cash option, his view doesn't really matter because he won't

11  be a member of the Litigation Trust.  If he is going to take

12  the Litigation Trust, Deutsche Bank and Wilmington Trust

13  will sit down any day, starting today, to start that

14  discussion.  We think the Plan supplement, which will be the

15  next big filing by the DCLs in terms of information to go

16  out to the world, should disclose the identity of the

17  Litigation Trustee.  That party, as Mr. Sottile

18  acknowledged, will then be able to start doing the due

19  diligence he will need in order to get up to speed.  There's

20  obviously a lot of homework he has to become familiar with.

21  We think it's important to start the process sooner rather

22  than later and they will make every accommodation to Mr.

23  Nease to involve him in that discussion.  But I think Your

24  Honor kind of hit the nail on the head.  When you have a

25  three-member Board, and two people are like-minded about the

1   selection process of the Litigation Trustee, that view will

2   generally prevail, but that's not to exclude Mr. Nease's

3   viewpoint, and they will accommodate his schedule in

4   whatever way required.

5           On the third point regarding post-reorganization

6   Directors and Officers, I'm glad that Mr. Schaible got up.

7   I also was not sure that Mr. Johnston answered the question

8   that Your Honor posed.  But the designation rights that

9   Oaktree, Angelo Gordon, and JPM have may stay in place for

10  the initial terms.  Some of those Directors have one-year

11  terms.  Some of them have two-year terms.  Some of them even

12  have three-year terms.  If any of the initial designations

13  by any of those parties resign or become disabled, the

14  designation right will revert back to Oaktree, JPM, and

15  Angelo Gordon to re-designate one of their members.

16          In the cases cited by Mr. Johnston, I don't think

17  it was probably loss on the Court that he's talking about

18  one, and in one case, two Directors.  Here, we are talking

19  about six out of seven Directors who are being proposed to

20  be identified after the confirmation date, but before the

21  effective date.  As I said before, we think that's simply

22  way too long, way past the objection deadline, way past the

23  voting deadline.  Yes, I did see Mr. Johnston's reference

24  that if you didn't like it post-confirmation, you could file

25  an objection.  I think that's a little too little a little

1  too late.

2           THE COURT:  Well, Mr. Golden, really, isn't the

3  difference here about whether the designation can be used as

4  a ground to object to confirmation as a further way to try

5  to block it?

6           MR. GOLDEN:  No.  No.

7           THE COURT:  Assuming the fight will never end.

8           MR. GOLDEN:  No.

9           THE COURT:  But, instead, if the provision

10 includes, as it does, a right to complain whenever the

11 designation is made, what does it matter?

12          MR. GOLDEN:  Okay.  So --

13          THE COURT:  Unless the goal is to hold up

14 confirmation.

15          MR. GOLDEN:  Okay.  So, Your Honor, the goal is

16 not to hold up confirmation.  Your Honor made a reference.

17 We don't expect -- we do not expect, let me be crystal

18 clear, that Oaktree, Angelo Gordon, or JPM are going to

19 designate Darth Vader-like candidates to be the Directors of

20 reorganized Tribune.  I assume, and my client assumes, that

21 they are going to take care and consideration in making

22 those decisions.  This is simply a question of disclosure;

23 when it should be disclosed, who those Directors are.  I

24 don't agree with Mr. Johnston's analysis of what 1129(a)(5)

25 requires.  This is simply a disclosure point.  It may be

1  that we have a rub fest that they pick the best candidates

2  possible.  But when it's disclosed is the key here, not who

3  they are.  It's when it's disclosed.  And we believe it

4  should be disclosed well before the voting and the objection

5  deadline.  Now, if they appointed Bozo the Clown, which I

6  don't assume that they will, but yes, I do believe the

7  parties should have the right to object to that and that

8  objection should be in connection with confirmation of the

9  Plan, not post-confirmation of the Plan.

10           THE COURT:  But if Bozo can be kept out, and

11 should be kept out, does it matter when you keep him out?

12           MR. GOLDEN:  Your Honor, I guess all I can say is

13 there's a practical point of view.  We're going to have one

14 more fight in this Courtroom about this case.  That's going

15 to occur on the confirmation -- in connection with

16 confirmation with respect to the remaining confirmation

17 objections that we've already identified to the DCLs.  To

18 expect Aurelius or Wilmington Trust or Deutsche Bank, or any

19 other Senior Noteholder, PHONES Noteholder, to have to worry

20 about this process post-confirmation and then have to re-

21 engage in a fight, I think that's an unfair request to be

22 made of them.

23           THE COURT:  Well, as I said earlier, from the

24 Court's standpoint, that wouldn't be my preference either.

25 Okay.

1          MR. GOLDEN:  Thank you, Your Honor.

2          THE COURT:  All right.  Is there anyone other

3    than those from whom I have heard who wishes to be heard?

4                    (No audible response)

5          THE COURT:  I hear no response.  Okay.  Well,

6    let's just address the issues one at a time.  Standing

7    alone, as I said, the first issue of whether Deutsche Bank

8    and Wilmington Trust should be able to designate someone

9    else to sit in their stead is a confirmation issue.  But as

10   it's been framed by what I'll call the Objectors here, it

11   can be viewed as a disclosure issue.  But let me just tell

12   the DCL Proponents this.  I'm going to order that it be

13   changed.  So would you rather change it now or as part of

14   confirmation?

15         MR. LANTRY:  Now, Your Honor.

16         THE COURT:  All right.  I think that's the right

17   choice.  Thank you, Mr. Lantry.  I appreciate that.  With

18   respect to timing on identity of the Litigation Trustee, it

19   seems to me that, even given the willingness of who will, in

20   all likelihood, be those who are or control the Advisory

21   Board to move forward right away, I think the DCL proposal

22   in the way of timing probably makes the most sense.

23   Certainly, in the abstract; maybe in reality, you know,

24   Aurelius and others are correct.  But let's just hope the

25   designation comes immediately following the Plan supplement

1   date, and it seems to me that what ought to be incumbent

2   upon the DCL Proponents, assuming it happens right after, is

3   to amend the Plan supplement and file it immediately upon

4   advice of who the choice of the Litigation Trustee is.  And

5   I would say, subject to the acknowledgements that Mr.

6   Johnston's made with respect to locking in current Officers

7   and Directors and limiting the affiliate designation as he

8   indicated, I'm inclined to allow what the DCL Plan

9   Proponents have proposed and to overrule any objection to

10  that.  The reason given is sufficiently -- a sufficient

11  merit that I'm not inclined, at least at this point, to

12  advance that decision-making process.  Now, are there any

13  questions about what I've ruled and give me whatever timing

14  is necessary to get the appropriate Order in front of me to

15  sign off on.

16          MR. LANTRY:  Your Honor, with respect to the

17  Order, I believe that the one change we'll need to make

18  reflecting the designee possibility for the Trust Advisory

19  Board can be done separately than the Order and won't change

20  the language of the Order.  So I believe we could submit the

21  Order now.  So if you'd like, I could approach with the

22  Order, as well as a red line.  There were just some wording

23  changes to make sure it was the supplemental disclosure

24  document to the Fourth Amended Plan.

25          THE COURT:  Before you do, just let me ask is

1    there any opposition to proceeding that way?

2              MR. GOLDEN:  Can we have a moment, Your Honor?

3              THE COURT:  Yes.

4              MR. LANTRY:  Your Honor, one other way to address

5    this; Danny's, you know, concern is that it makes reference

6    to a supplemental disclosure document that we're still

7    working on.  In order to make everything work with Epiq and

8    get all the deadlines in terms of the solicitation process,

9    we really need to have everything finalized no later than

10   tomorrow.  And so it may be easiest to go ahead and just

11   have you tell us either to stay here after the hearing.  I

12   think there's very little language that would be left,

13   probably 15 or 20 minutes, and we could work out the

14   supplemental disclosure document and then have no dispute

15   over what that says and then submit the Order.  But I would

16   want to make sure that we are doing that promptly so that

17   the Order and the supplemental disclosure document can get

18   off to the press tomorrow.

19             THE COURT:  Okay.  Well, I will be here until

20   noon today and I will be in tomorrow morning.  So those are

21   my parameters and --

22             MR. LANTRY:  Just one second, Your Honor.

23             THE COURT:  -- if you could stay and work it out

24   now, that would be fine.  I'm sorry.  I'll be here until

25   11:00 today.  I'm due at my destination at noon.

1            MR. LANTRY:  So Your Honor, we have agreed to

2   work the language out in the supplemental disclosure

3   document later today.  So we will be submitting that, as

4   well as the Order later today.

5            THE COURT:  Okay.  That's fine.  And I will

6   address it first thing tomorrow.

7            MR. LANTRY:  Thank you, Your Honor.

8            THE COURT:  Okay.  Is there anything else for

9   today?

10            MR. LANTRY:  I don't believe so.

11            THE COURT:  Okay.  I have something for you.  In

12   my own way, I like to think I'm as perseverant as some of

13   the parties here so let me ask this.  With the resolution,

14   at least at this level, of the allocation disputes, subject

15   to confirmation, does that serve any basis for further

16   discussions about possible consensus about a Plan?

17            MR. LANTRY:  And you're asking me to venture into

18   that?

19                      (Laughter)

20            THE COURT:  You have the good fortune of standing

21   at the podium.  I'll allow others to weigh in if they wish.

22            MR. LANTRY:  I don't believe so, Your Honor.  As

23   you saw from the behavior today, there are some issues that

24   we just have to fall upon, you know, you to decide, and I

25   think we're moving along briskly with this case because you

1  are making decisions where the rest of us haven't been able

2  to reach a consensus.  So I am not optimistic, Your Honor.

3          THE COURT:  All right.  Thank you.  Anyone else

4  wish to weigh in on that?

5                  (No audible response)

6          THE COURT:  All right.  I had to ask.  That

7  concludes this hearing.  Thank you all very much.  Court

8  will stand adjourned.

9      (Whereupon, at 10:18 a.m., the hearing was adjourned.)

10                  CERTIFICATION

11        I certify that the foregoing is a correct

12  transcript from the electronic sound recording of the

13  proceedings in the above-entitled matter.

14

15  _____        17 April 2012

16  Tammy L. Kelly, Transcriber                 Date

17

18

| Word | Page:Line |
| --- | --- |
| **1129(a)(5**(13) 24:21 24:23 39:6 39:9 42:4 42:5 42:18 43:4 43:22 45:4 45:12 46:6 53:24 | |
| **a)(5**(1) 44:19 | |
| **a.m**(3) 1:14 9:1 59:9 | |
| **ability**(3) 11:21 12:10 25:10 | |
| **able**(12) 11:7 28:23 33:8 40:24 44:3 47:8 47:9 47:14 50:7 51:18 55:8 59:1 | |
| **about**(38) 10:6 10:12 14:20 17:6 17:20 18:18 18:21 19:21 20:25 21:19 23:18 25:1 27:4 27:16 29:3 29:4 36:25 37:4 37:17 38:4 46:10 46:16 46:24 47:7 47:10 47:12 47:21 48:3 49:2 51:25 52:17 52:19 53:3 54:14 54:20 56:13 58:16 58:16 | |
| **about'**(1) 45:2 | |
| **above**(1) 18:16 | |
| **aboveentitled** (1) 59:13 | |
| **abstract**(1) 55:23 | |
| **accept**(2) 19:7 19:11 | |
| **acceptable**(1) 30:25 | |
| **accepting**(1) 40:12 | |
| **accepts**(1) 49:20 | |
| **accommodate**(1) 52:3 | |
| **accommodation**(1) 51:22 | |
| **accord**(1) 21:3 | |
| **accordingly**(2) 11:19 23:9 | |
| **acknowledge**(2) 24:22 31:3 | |
| **acknowledged**(1) 51:18 | |
| **acknowledgements**(1) 56:5 | |
| **acquittal**(1) 20:3 | |
| **act**(5) 27:25 28:4 28:8 47:5 47:7 | |
| **acting**(3) 21:3 30:9 36:5 | |
| **action**(1) 46:18 | |
| **activities**(1) 18:11 | |
| **actual**(3) 12:21 23:5 40:2 | |
| **actually**(14) 10:8 14:9 24:11 25:3 26:21 37:15 37:25 40:7 40:8 41:6 43:6 47:16 47:23 49:16 | |
| **add**(3) 30:3 31:9 33:25 | |
| **additional**(3) 18:14 30:3 47:4 | |
| **address**(8) 15:19 16:8 26:4 31:3 31:7 55:6 57:4 58:6 | |
| **addressed**(4) 10:5 16:16 26:5 46:13 | |
| **adjourned**(2) 59:8 59:9 | |
| **adler**(6) 3:3 48:20 48:21 48:22 49:1 49:4 | |
| **administered**(1) 10:1 | |
| **adopt**(3) 29:10 30:12 32:3 | |
| **adopted**(2) 22:19 23:8 | |
| **advance**(7) 23:1 24:24 40:15 41:3 46:21 46:23 56:12 | |
| **advice**(1) 56:4 | |
| **advise**(3) 10:6 13:1 20:6 | |
| **advised**(7) 9:17 9:21 10:16 14:10 14:12 47:1 50:20 | |
| **advises**(1) 13:21 | |
| **advisory**(43) 10:20 10:22 11:2 11:11 11:18 11:22 12:4 12:8 12:19 12:24 13:11 18:9 18:10 18:23 18:25 19:10 20:7 21:7 21:16 22:14 22:25 26:6 26:8 26:20 27:1 27:10 27:24 28:9 29:9 29:13 30:10 32:1 32:10 32:19 35:24 48:24 49:10 49:21 49:24 49:25 50:20 50:20 56:18 | |
| **affiliate**(1) 56:7 | |
| **affiliated**(2) 43:7 46:14 | |
| **affiliates**(1) 38:19 | |
| **affiliation**(1) 43:11 | |
| **affiliations**(1) 42:6 | |

| Word | Page:Line |
| --- | --- |
| **after**(31) 12:17 13:2 14:2 14:7 15:8 22:11 22:11 24:18 25:6 25:8 34:5 34:11 34:2 39:8 39:15 42:7 42:13 42:16 42:22 43:2 44:21 47:5 47:6 47:10 47:12 48:1 50:19 50:19 52:20 56:2 57:11 | |
| **again**(1) 39:4 | |
| **agent**(3) 20:9 21:6 28:4 | |
| **agents**(2) 30:9 41:18 | |
| **ago**(2) 44:13 46:24 | |
| **agree**(9) 11:1 24:8 31:11 32:14 32:17 33:10 33:15 34:2 53:24 | |
| **agreed**(3) 13:5 37:3 58:1 | |
| **agreement**(2) 2:43 33:19 34:15 | |
| **ahead**(3) 21:20 30:14 57:10 | |
| **akin**(4) 2:5 7:59 15:13 16:18 | |
| **alan**(1) 7:21 | |
| **alden**(1) 8:18 | |
| **aligned**(2) 33:9 45:24 | |
| **all**(50) 9:2 9:3 9:17 10:7 12:12 14:14 15:19 16:8 17:7 17:7 17:9 17:19 17:25 18:2 19:12 23:2 24:9 25:23 27:16 27:25 28:4 28:16 30:7 30:14 30:15 34:8 34:17 34:24 36:2 37:2 37:9 39:4 41:25 42:14 42:17 45:6 47:21 49:6 49:9 50:10 51:1 51:9 54:12 55:2 55:16 55:20 57:8 59:3 59:6 59:7 | |
| **all-cash**(1) 49:21 | |
| **allison**(1) 4:45 | |
| **allocation**(7) 9:22 16:7 16:9 16:12 16:15 37:1 58:14 | |
| **allow**(4) 35:3 50:18 56:8 58:21 | |
| **alluded**(1) 26:19 | |
| **almost**(3) 9:14 10:7 24:18 | |
| **alone**(2) 31:14 55:7 | |
| **along**(1) 58:25 | |
| **already**(7) 24:6 24:7 32:11 42:12 44:22 44:23 54:17 | |
| **also**(11) 16:17 19:8 26:17 33:25 37:8 38:23 39:3 43:8 45:8 46:13 52:7 | |
| **although**(3) 30:4 31:19 33:17 | |
| **alvarez**(2) 5:39 5:40 | |
| **always**(3) 33:2 33:8 33:10 | |
| **amalgamated**(1) 7:20 | |
| **amanda**(1) 2:13 | |
| **amend**(1) 56:3 | |
| **amended**(8) 10:2 10:2 14:22 28:14 37:5 37:8 46:23 56:24 | |
| **america**(4) 5:1 5:1 6:39 7:67 | |
| **american**(2) 44:13 45:11 | |
| **americas**(2) 3:41 48:22 | |
| **ample**(2) 35:11 36:8 | |
| **analysis**(1) 53:24 | |

| Word | Page:Line |
| --- | --- |
| **and**(301) 2:42 4:11 9:10 9:19 9:22 9:25 10:2 10:5 10:6 10:14 10:17 11:4 11:8 11:9 11:13 11:15 12:9 12:14 12:22 12:25 13:8 13:15 13:20 13:21 13:23 14:4 14:10 14:16 15:17 15:23 15:25 15:25 16:3 16:4 16:5 16:10 16:14 16:15 16:19 16:22 16:25 17:5 17:7 17:9 17:9 17:17 17:18 17:21 17:23 17:23 18:15 18:16 18:17 19:2 19:4 19:9 19:18 19:22 19:25 20:16 20:10 20:13 20:15 20:17 20:19 20:19 20:21 20:24 21:2 21:10 21:14 21:23 23:8 23:14 23:18 23:23 24:1 22:22 23:4 23:8 23:14 23:18 23:23 24:1 24:3 24:5 24:7 24:13 24:19 25:4 25:10 25:11 25:15 25:16 25:17 26:5 26:5 26:7 26:14 26:19 26:23 26:25 27:3 27:6 27:15 27:15 27:17 27:19 27:21 28:6 28:14 28:16 28:18 28:21 28:24 29:3 29:5 29:12 29:14 29:16 29:22 29:23 29:25 30:4 30:6 30:14 30:15 31:3 31:7 31:14 31:21 31:22 32:11 32:14 32:20 32:20 32:24 33:6 33:10 34:10 34:14 34:14 34:17 34:20 34:23 35:17 35:7 35:13 35:14 35:14 35:17 35:21 35:24 36:1 36:1 36:7 36:9 36:10 36:15 36:16 36:19 36:22 37:6 37:9 37:14 37:17 37:19 37:21 37:21 38:3 38:4 38:5 38:10 38:11 38:13 38:14 38:14 38:20 38:23 39:1 39:3 39:4 39:16 39:18 39:23 39:21 39:22 39:24 40:1 40:7 40:11 40:17 40:18 40:20 40:22 40:24 41:2 41:10 41:13 41:14 42:3 42:6 42:8 42:10 42:11 42:17 42:19 42:24 42:25 43:2 43:3 43:4 43:11 43:20 44:3 44:4 44:13 44:16 44:23 44:24 45:3 45:5 45:14 45:19 46:1 46:1 46:5 46:15 46:22 46:24 47:1 47:2 47:7 47:13 47:15 47:15 47:17 47:18 47:18 47:20 47:20 47:21 47:23 47:24 47:24 48:7 49:7 49:7 49:8 49:12 49:14 49:15 49:17 49:19 50:3 50:6 50:9 50:11 50:18 51:3 51:6 51:12 51:22 51:25 52:3 52:6 52:9 52:14 52:18 53:20 53:21 54:3 54:4 54:7 54:10 54:20 55:8 55:24 56:1 56:3 56:4 56:7 56:7 56:9 56:13 56:19 57:7 57:10 57:10 57:13 57:14 57:15 57:17 57:20 | |
| **and**(5) 57:21 57:23 58:5 58:17 58:24 | |
| **anderson**(1) 2:27 | |
| **andrew**(5) 3:34 4:29 4:30 5:25 8:15 | |
| **angela**(1) 6:2 | |
| **angeles**(2) 1:31 2:54 | |
| **angelo**(13) 2:41 20:12 20:19 20:24 25:3 26:15 38:7 38:9 38:14 46:1 52:9 52:15 53:18 | |
| **ann**(1) 8:28 | |
| **anna**(1) 6:74 | |
| **announce**(1) 13:1 | |
| **announced**(2) 12:15 13:17 | |
| **another**(4) 32:20 41:1 43:24 44:4 | |
| **answer**(1) 43:14 | |
| **answered**(2) 48:7 52:7 | |
| **anticipated**(2) 37:20 38:1 | |
| **any**(24) 9:10 10:16 14:22 20:21 21:19 25:1 27:6 34:6 34:23 35:19 39:1 39:4 41:5 42:18 46:18 48:10 51:13 52:12 52:13 54:18 56:9 56:12 57:1 58:15 | |
| **anybody**(1) 29:11 | |
| **anyone**(3) 27:5 55:2 59:3 | |
| **anything**(2) 25:1 58:8 | |
| **anyway**(2) 38:22 31:2 | |
| **apparently**(1) 44:5 | |
| **appear**(1) 35:9 | |
| **appearances**(1) 4:8 | |
| **application**(3) 46:19 46:21 46:24 | |
| **appoint**(4) 11:14 20:20 21:5 25:5 | |
| **appointed**(4) 13:10 22:18 22:18 54:5 | |
| **appointment**(3) 20:14 48:7 50:16 | |
| **appreciate**(1) 55:17 | |
| **approach**(3) 27:15 31:21 56:21 | |

| Word | Page:Line |
| --- | --- |
| **appropriate**(10) 11:19 19:8 25:15 28:12 29:13 37:13 42:22 46:5 46:6 56:14 | |
| **approval**(1) 39:24 | |
| **approvals**(2) 39:22 43:8 | |
| **approved**(1) 17:14 | |
| **approximately**(1) 22:7 | |
| **april**(6) 1:13 9:1 15:25 16:12 16:16 59:15 | |
| **are**(72) 10:16 10:18 11:17 12:18 13:2 14:10 15:1 15:15 17:2 17:4 17:4 17:7 17:9 17:20 20:1 22:13 22:17 22:24 23:22 24:20 25:19 25:20 27:3 27:4 27:12 27:19 27:23 28:13 29:2 29:12 30:6 30:8 30:24 33:7 33:9 33:16 34:14 34:6 34:14 34:15 37:13 38:16 39:17 40:19 41:17 41:23 42:21 42:24 44:9 45:20 45:21 45:24 46:16 47:10 47:11 47:19 49:8 49:23 51:25 52:18 52:19 53:18 53:21 53:23 54:3 55:20 55:24 56:12 57:16 57:20 58:23 59:1 | |
| **aren't**(1) 41:14 | |
| **argue**(3) 15:3 16:21 17:3 | |
| **arises**(1) 14:15 | |
| **around**(4) 41:7 41:12 43:16 46:11 | |
| **arrangements**(1) 47:22 | |
| **arrowgrass**(2) 6:50 6:51 | |
| **article**(1) 21:10 | |
| **ashley**(1) 4:23 | |
| **ask**(5) 15:9 32:9 56:25 58:13 59:6 | |
| **asked**(1) 48:5 | |
| **asking**(3) 13:9 48:10 58:17 | |
| **asks**(1) 40:6 | |
| **asserted**(1) 18:13 | |
| **assume**(3) 32:10 53:20 54:6 | |
| **assumes**(1) 53:20 | |
| **assuming**(6) 17:13 28:21 29:18 34:1 53:7 56:2 | |
| **assurance**(1) 36:3 | |
| **assure**(1) 50:21 | |
| **atmosphere**(1) 41:20 | |
| **audible**(2) 55:4 59:5 | |
| **aurelius**(1) 7:58 | |
| **aurelius**(21) 2:4 5:28 5:29 10:5 10:11 10:15 14:22 15:14 15:15 15:25 16:1 17:23 21:23 27:8 27:18 28:15 31:21 36:23 49:16 54:18 55:24 | |
| **aurelius'**(6) 11:8 12:20 14:5 14:24 19:22 19:25 | |
| **austin**(1) 1:21 4:33 16:19 | |
| **available**(4) 14:4 14:18 39:1 41:1 | |
| **avenue**(4) 1:37 2:23 2:53 3:41 | |
| **avoid**(1) 48:10 | |
| **aware**(1) 17:4 | |
| **away**(2) 22:7 55:21 | |
| **awkward**(1) 13:8 | |
| **back**(4) 20:24 47:19 47:20 52:14 | |
| **backstop**(1) 44:2 | |
| **bad**(2) 23:7 29:17 | |
| **bale**(1) 5:7 | |
| **bank**(36) 5:1 5:1 5:9 5:14 6:39 6:65 7:20 7:67 7:76 11:2 11:3 16:10 19:4 19:18 19:23 20:8 21:2 21:14 22:22 26:14 27:3 27:12 27:19 29:12 30:6 31:22 36:1 48:22 49:5 49:5 49:11 49:22 50:22 51:12 54:18 55:7 | |
| **bankruptcy**(10) 1:1 1:18 39:5 39:6 43:9 44:1 44:8 44:14 44:14 45:9 | |
| **bank's**(2) 19:25 49:8 | |
| **barclays**(2) 5:49 5:49 | |
| **basically**(1) 24:25 | |
| **basis**(1) 58:15 | |
| **because**(14) 16:20 19:8 24:23 27:19 29:10 37:16 38:12 44:19 45:13 46:17 49:13 50:25 51:10 58:25 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**become(3)** 20:23 51:20 52:13

**becomes(4)** 14:3 33:1 39:1 48:8

**been(18)** 10:11 10:15 11:7 13:10 16:18 24:6 31:12 32:12 33:18 37:3 37:16 41:9 42:12 43:20 44:5 45:13 55:10 59:1

**before(29)** 1:17 9:12 13:20 17:11 17:21 22:11 23:3 23:24 25:7 25:7 28:17 29:5 33:21 35:9 35:11 37:6 37:12 37:23 39:22 40:5 40:8 41:8 42:17 43:2 50:7 52:20 52:21 54:4 56:25

**began(1)** 41:8

**begin(2)** 46:22 46:23

**beginning(1)** 32:14

**begley(1)** 7:47

**begun(3)** 46:25 47:1 47:24

**behalf(8)** 9:6 15:4 15:6 15:15 15:19 36:14 46:8 48:22

**behavior(1)** 58:23

**being(7)** 27:7 32:3 35:5 38:1 46:22 47:7 52:19

**believe(26)** 9:8 9:10 11:4 11:12 11:15 11:19 13:21 21:7 21:24 22:1 22:5 22:10 22:23 24:2 24:17 30:5 35:19 37:12 40:19 48:23 54:3 54:6 56:17 56:20 58:10 58:22

**bendernagel(1)** 1:22

**beneficiaries(3)** 10:24 27:13 27:22

**beneficiary(3)** 19:20 26:16 26:21

**benefit(1)** 49:14

**benson(2)** 3:59 6:87

**best(13)** 14:16 20:5 40:18 40:19 40:20 40:24 41:16 41:18 41:23 42:1 46:3 47:15 54:1

**bet(1)** 33:15

**better(5)** 47:10 47:13 47:14 47:25 47:25

**betting(1)** 33:14

**between(5)** 9:21 13:22 37:19 40:1 40:25

**beyond(2)** 18:16 24:1

**bifferado(1)** 3:52

**big(1)** 51:15

**bigelow(1)** 6:98

**bilmes(2)** 5:60 5:61

**bingham(1)** 7:50

**bird(1)** 40:25

**bit(3)** 13:3 37:16 49:1

**blake(1)** 2:45

**block(2)** 5:24 53:5

**board(88)** 10:20 10:22 11:2 11:12 11:18 11:22 12:4 12:18 12:19 12:24 13:11 13:16 13:18 13:22 14:2 14:6 14:11 14:16 14:21 18:9 18:10 18:10 18:23 18:25 19:10 20:7 20:14 21:7 21:16 22:14 22:25 26:7 26:9 26:11 26:13 26:20 27:2 27:12 27:10 27:16 27:25 28:9 29:9 29:13 30:10 32:1 32:11 32:19 33:1 33:3 34:5 34:9 34:13 34:19 34:22 34:24 35:3 35:24 35:25 36:6 36:7 36:9 36:20 37:20 38:7 38:11 38:25 39:14 40:13 40:23 41:16 44:9 44:17 44:25 45:19 47:15 47:16 47:17 48:24 49:10 49:21 49:24 49:25 50:20 50:25 51:25 55:21 56:19

**boards(1)** 28:24

**borne(1)** 17:1

**both(6)** 16:18 23:18 23:22 26:19 35:7

**bottom(1)** 22:4

**bozo(2)** 54:5 54:10

**brief(2)** 12:2 18:4

**brigade(2)** 8:1 8:2

**brightest(2)** 14:16 47:15

**bring(1)** 47:19

**briskly(1)** 58:25

**broadway(1)** 3:62

**brown(1)** 4:2

**bryan(1)** 4:36

**bryant(1)** 2:8

**bunch(1)** 25:20

**burden(1)** 35:1

**bus(1)** 29:21

**bush(1)** 4:28

**business(1)** 29:24

**but(47)** 13:3 15:15 17:3 19:7 20:16 22:11 24:8 24:24 25:8 28:21 29:4 29:8 29:14 29:24 30:17 31:5 31:11 31:15 32:10 32:18 33:6 35:9 37:16 39:3 40:12 42:15 43:21 46:8 47:24 48:10 48:15 49:17 50:19 51:2 51:8 51:23 52:2 52:8 52:20 53:9 54:2 54:6 54:10 55:9 55:11 55:24 57:15

**cadwalder(1)** 5:10

**calculated(1)** 24:3

**call(2)** 21:21 55:10

**called(2)** 40:8 41:6

**can(21)** 23:20 23:25 25:3 26:17 26:20 30:15 34:15 35:8 35:10 36:10 38:1 40:22 46:22 50:21 53:3 54:10 54:12 55:11 56:19 57:2 57:17

**candidates(7)** 40:20 40:24 41:14 45:19 46:4 53:19 54:1

**cannot(1)** 45:5

**cantigny(1)** 7:11

**cantor(1)** 6:40

**can't(2)** 35:9 38:20

**capacity(1)** 46:2

**capital(15)** 2:4 5:6 5:6 5:28 5:29 5:49 5:60 6:22 6:50 6:51 7:58 8:1 8:2 15:14 36:14

**care(2)** 49:13 53:21

**carey(1)** 1:17

**caridas(1)** 4:29

**carol(1)** 5:7

**carval(2)** 8:22 8:22

**case(24)** 1:4 6:65 13:13 18:24 29:23 31:6 33:2 33:10 33:11 35:18 43:6 43:7 43:8 43:16 43:24 44:7 45:7 45:9 46:13 46:14 46:23 52:18 54:14 58:25

**cased(1)** 44:8

**cases(4)** 42:25 43:5 46:20 52:16

**cash(2)** 19:12 51:10

**cash-out(1)** 51:1

**cause(1)** 39:25

**ceiling(1)** 50:12

**ceo(1)** 38:11

**certain(6)** 2:42 13:6 16:16 26:22 34:10 46:20

**certainly(5)** 24:3 32:16 35:10 41:5 55:23

**certainty(5)** 14:14 27:16 27:17 41:5 47:4

**certification(1)** 59:10

**certify(1)** 59:11

**chadbourne(2)** 3:31 4:20

**challenge(1)** 14:15

**chandler(1)** 6:98

**change(9)** 21:10 25:16 27:7 37:25 45:1 51:13 55:13 56:17 56:19

**changed(2)** 19:15 55:13

**changes(2)** 17:24 56:23

**chapter(1)** 1:7

**character(1)** 31:4

**charter(1)** 45:8

**chase(1)** 6:1

**chicago(1)** 1:26

**choice(6)** 26:23 26:25 28:7 28:8 55:17

**choices(1)** 28:24

**choose(2)** 36:9 40:25

**chung(1)** 5:2

**circulated(1)** 17:25

**circumstance(1)** 33:15

**citations(1)** 43:4

**cited(1)** 52:16

**citi(3)** 7:16 7:16 8:26

**clarify(1)** 46:9

**clarity(1)** 26:10

**clear(8)** 19:2 19:7 19:15 26:13 27:4 30:17 36:23 53:18

**clearly(2)** 18:8 31:14

**cleary(1)** 2:45

**clerk(1)** 9:2

**client(1)** 53:20

**clients(4)** 40:17 45:19 45:20 45:23

**closely(1)** 25:2

**closer(3)** 46:17 47:3 48:1

**clown(1)** 54:5

**cobb(1)** 3:24

**code(1)** 39:6

**coffee(2)** 50:7 50:8

**cole(1)** 1:34 7:76

**come(3)** 24:7 30:15 48:19

**comes(3)** 27:7 45:2 55:25

**commencement(2)** 17:19 23:24

**comment(1)** 45:16

**comments(1)** 50:15

**commit(1)** 40:7

**commitment(2)** 40:15 41:14

**committed(1)** 22:22

**committee(12)** 3:24 4:19 10:23 11:6 11:15 16:4 19:10 19:19 26:3 26:18 27:21 44:4

**committees(1)** 28:25

**commonplace(1)** 42:21

**communications(1)** 45:9

**company(8)** 1:7 4:2 7:72 7:72 44:20 38:11 39:21 48:22

**compel(1)** 45:5

**compensation(1)** 6:59

**complain(1)** 53:10

**complaints(1)** 29:3

**completely(1)** 37:16

**comply(1)** 23:14

**composite(1)** 16:2

**composition(3)** 10:20 26:6 45:1

**conaway(1)** 2:44

**concern(5)** 29:8 30:3 46:10 47:7 57:5

**concerns(3)** 10:6 31:17 38:17

**conclude(1)** 49:22

**concludes(1)** 59:7

**conference(1)** 9:16

**confess(1)** 40:10

**confident(1)** 21:2

**confirm(4)** 15:21 16:17 16:22 17:1

**confirmation(64)** 10:9 10:11 11:24 12:4 13:19 13:20 13:23 14:23 17:18 17:19 18:13 23:4 23:25 24:1 24:15 24:24 25:7 25:8 29:1 29:5 30:12 30:24 31:15 35:12 35:20 37:6 37:19 37:23 39:8 39:12 39:20 39:24 40:1 40:5 41:8 42:5 42:8 42:14 43:2 43:9 44:2 44:6 44:21 45:13 46:19 46:21 47:2 47:3 47:5 47:6 47:11 47:12 48:1 52:20 53:4 53:14 53:16 54:8 54:15 54:16 54:16 55:9 55:14 58:15

**confirmation-type(1)** 17:2

**confirmed(3)** 13:11 43:1 43:25

**conflicts(1)** 40:21

**connection(2)** 54:8 54:15

**consensual(3)** 43:19 43:21

**consensus(2)** 58:16 59:2

**considerable(1)** 11:13

**consideration(2)** 30:3 53:21

**considerations(1)** 20:2

**considered(1)** 21:17

**consist(2)** 19:3 19:17

**consistent(2)** 42:9 43:3

**constituted(1)** 32:5

**constraints(1)** 40:22

**consummate(1)** 39:22

**consummation(1)** 40:2

**contact(1)** 16:18

**contest(1)** 42:18

**continue(1)** 37:21

**continued(1)** 2:2

**contrast(1)** 22:8

**control(2)** 12:23 55:20

**conventional(2)** 24:12 25:13

**conversation(1)** 51:2

**conveyed(1)** 49:16

**copy(1)** 18:1

**corporate(6)** 20:2 39:15 39:17 45:3 48:8 48:16

**corre(2)** 7:63 7:63

**correct(5)** 28:10 28:21 33:16 55:24 59:11

**correctly(1)** 48:8

**corresponding(2)** 21:10 25:17

**corroon(1)** 2:27

**could(14)** 13:12 18:7 18:14 23:11 31:13 32:17 37:25 40:3 49:19 52:24 56:20 56:21 57:13 57:23

**counsel(6)** 9:4 15:13 16:1 16:4 16:12 16:2

**count(1)** 10:10

**couple(2)** 37:18 50:15

**course(5)** 27:6 35:6 35:18 47:13 48:15

**court(90)** 1:1 9:3 9:21 10:6 12:5 12:12 13:12 15:8 15:11 16:23 17:12 17:22 18:2 21:20 22:9 23:8 24:8 25:23 25:25 28:6 28:10 28:18 28:20 29:14 29:21 30:4 30:11 30:13 30:19 31:1 31:11 32:9 32:22 33:2 33:12 33:14 33:20 33:21 33:22 33:24 34:17 35:9 36:12 37:9 39:5 39:11 40:10 41:11 41:18 41:20 41:22 41:25 42:2 43:13 43:16 43:19 44:16 44:24 45:4 45:10 48:18 48:25 49:3 50:4 50:5 50:8 50:11 51:3 51:6 52:17 53:2 53:7 53:9 53:13 54:10 54:23 55:2 55:5 55:16 56:25 57:3 57:19 57:23 58:5 58:8 58:11 58:20 59:3 59:6 59:7

**courtney(1)** 5:15

**courtroom(2)** 1:9 54:14

**courts(4)** 35:9 42:21 42:24 42:25

**court's(8)** 28:25 29:8 30:3 31:17 32:21 33:6 34:14 54:24

**create(2)** 40:21 40:21

**credit(3)** 2:42 5:63 5:64

**creditor(1)** 25:2

**creditors(5)** 4:20 10:13 24:4 26:3 42:10

**creditors'(6)** 10:23 11:6 11:15 19:19 26:18 27:21

**crucial(1)** 21:25

**crystal(1)** 53:17

**cups(1)** 50:11

**current(5)** 13:22 37:20 37:21 44:23 56:6

**daily(1)** 16:18

**damien(2)** 2:20 46:7

**daniel(4)** 2:6 3:25 6:40 15:12

**danny(1)** 15:2

**danny's(1)** 57:5

**darth(3)** 29:19 45:18 53:19

**data(1)** 1:43

**date(43)** 12:17 12:22 13:2 13:4 13:6 13:16 13:21 13:24 14:3 14:4 14:7 14:8 14:9 14:18 14:21 22:19 23:5 24:19 24:24 25:7 25:8 25:8 26:15 30:22 31:24 34:5 34:12 34:12 34:20 35:17 37:20 37:23 39:12 39:14 39:19 42:16 42:17 43:3 43:23 52:20 52:21 56:1 59:16

**date."(3)** 39:2 39:8 43:12

**dave(1)** 4:53

**david(5)** 3:3 3:32 3:67 6:52 48:21

**davidson(2)** 6:6 7:46

**davis(2)** 3:19 6:1 46:8

**day(4)** 33:6 34:16 36:9 51:13

**days(5)** 9:21 13:20 16:11 23:24 37:23

**dbtca(1)** 3:1

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| dcl(29) 10:1 12:16 12:23 13:8 13:25 14:12 15:24 19:2 19:6 20:10 20:11 21:1 22:9 23:11 26:10 26:12 27:17 29:10 34:3 34:10 36:15 37:5 37:8 38:24 49:13 55:12 55:21 56:2 56:8 | | difference(2) 30:7 53:3 | | due(2) 51:18 57:25 | | everyday(1) 10:4 |
| | | differences(3) 15:23 16:20 16:21 | | dunn(1) 6:12 | | everything(3) 35:22 57:7 57:9 |
| | | different(2) 30:12 36:18 | | during(1) 48:12 | | evident(1) 34:7 |
| | | difficult(1) 14:13 | | duties(2) 20:4 20:7 28:13 | | exact(1) 38:18 |
| | | difficulty(1) 14:15 | | d'agostino(2) 7:50 7:51 | | exactly(5) 16:5 24:16 41:13 45:24 51:8 |
| | | diligence(1) 51:19 | | | | example(4) 13:12 13:25 38:22 41:6 |
| dcls(7) 18:24 23:21 24:18 24:23 25:16 51:15 54:17 | | diligently(1) 15:23 | | each(8) 14:1 14:6 20:2 28:23 29:17 32:10 32:20 44:4 | | except(1) 10:24 |
| | | directly(1) 44:12 | | | | exclude(1) 52:2 |
| | | director(7) 39:16 40:11 43:10 44:21 48:13 48:13 48:14 | | eager(1) 29:1 | | exclusive(1) 40:23 |
| deadline(19) 13:8 17:16 17:17 22:6 22:12 23:2 23:4 23:4 23:13 23:14 24:1 24:2 24:14 25:8 25:14 30:18 52:22 52:23 54:5 | | | | earlier(3) 42:20 45:17 54:23 | | exercise(3) 29:23 38:15 38:21 |
| | | | | easier(1) 15:17 | | exist(2) 39:11 39:13 |
| | | directors(37) 4:10 20:21 23:18 23:19 23:23 24:13 24:19 25:4 25:5 25:6 36:17 36:24 37:14 38:4 39:5 39:15 40:4 40:6 41:8 42:7 43:1 44:3 44:9 45:6 45:12 45:15 46:10 47:8 48:5 48:6 52:6 52:10 52:18 52:19 53:19 53:23 56:7 | | easiest(1) 57:10 | | existing(2) 26:10 45:3 |
| | | | | easy(1) 25:18 | | expect(3) 53:17 53:17 54:18 |
| deadlines(3) 17:13 17:21 57:8 | | | | ecro(1) 1:41 | | experience(3) 11:13 33:6 33:7 |
| deal(2) 17:7 38:17 | | | | effect(1) 28:14 | | explain(3) 36:16 37:15 49:4 |
| deals(2) 18:5 35:1 | | | | effective(14) 13:23 14:3 14:4 14:7 14:9 22:18 37:19 39:2 39:14 42:16 42:17 43:3 43:12 52:21 | | explained(2) 22:9 45:14 |
| dearborn(1) 1:25 | | | | | | expressed(1) 46:10 |
| debenture(2) 3:51 6:87 | | directors."(1) 44:24 | | | | extent(3) 17:2 19:11 35:4 |
| debtor(13) 4:33 36:17 37:14 38:5 38:7 40:5 41:16 44:10 44:18 44:19 45:5 45:21 45:24 | | directorship(1) 41:2 | | effectively(4) 26:24 28:12 32:4 32:25 | | |
| | | disabled(2) 20:23 52:13 | | effectiveness(1) 40:2 | | fact(15) 10:10 10:21 19:12 19:24 20:21 22:13 22:17 25:1 27:6 28:19 30:5 38:1 39:20 40:22 41:10 |
| | | disagree(1) 24:11 | | efficiency(1) 15:2 | | |
| debtors(7) 1:11 1:21 9:6 16:4 16:13 21:9 23:11 | | disagreement(1) 33:22 | | effort(1) 16:19 | | |
| | | disciplined(1) 50:14 | | efforts(1) 17:1 | | failure(1) 21:25 |
| | | disclose(2) 42:6 51:16 | | egi-trb(1) 5:24 | | fair(3) 15:22 42:2 44:25 |
| debtors'(9) 18:7 19:6 19:14 20:17 22:8 23:5 23:20 44:16 45:3 | | disclosed(13) 12:21 13:7 13:20 23:24 24:24 25:14 30:18 43:2 45:14 53:23 54:2 54:3 54:4 | | eight(1) 41:9 | | fairer(1) 12:9 |
| | | | | either(4) 29:14 34:11 54:24 57:11 | | fairly(3) 13:15 46:12 47:23 |
| | | | | elden(1) 4:11 | | fall(1) 58:24 |
| decide(2) 32:6 58:24 | | | | eldersveld(1) 4:53 | | fallen(1) 44:18 |
| decision(15) 10:3 11:14 12:25 13:3 16:7 16:10 16:12 16:15 32:14 44:11 44:12 51:8 51:1 51:4 51:7 | | disclosure(49) 9:10 9:15 9:19 9:24 10:2 10:9 10:13 11:24 15:24 16:3 16:14 17:5 17:7 17:8 17:13 17:25 19:2 21:11 23:7 25:12 25:17 27:5 27:7 31:10 31:13 31:15 36:8 36:19 37:1 37:7 37:9 37:10 37:10 37:25 42:3 42:10 42:12 42:15 43:23 46:5 50:17 53:22 53:25 55:11 56:23 57:6 57:14 57:17 58:2 | | election(1) 48:17 | | familiar(2) 40:11 51:20 |
| | | | | electronic(2) 1:49 59:12 | | familiarize(1) 35:10 |
| | | | | elliott(1) 2:22 | | far(3) 19:6 30:4 40:15 |
| decision-making(1) 56:12 | | | | else(3) 55:9 58:8 59:3 | | fargo(2) 6:65 7:76 |
| decisions(3) 24:10 53:22 59:1 | | | | elsewhere(2) 42:25 49:8 | | fashion(1) 46:14 |
| defendant's(1) 6:60 | | | | emphasize(1) 50:4 | | fcc(12) 38:17 39:22 43:8 46:12 46:16 46:17 46:20 46:21 46:23 46:25 47:5 47:7 |
| defer(1) 11:25 | | discussed(1) 39:23 | | employee(2) 20:8 21:6 | | |
| definition(1) 19:14 | | discussing(1) 50:23 | | employees(2) 6:59 30:9 | | |
| definitively(1) 26:25 | | discussion(3) 47:21 51:14 51:23 | | employer(1) 28:4 | | fear(1) 45:18 |
| delaware(4) 1:2 1:11 1:37 9:1 | | discussions(1) 58:16 | | end(5) 14:18 32:14 33:5 36:11 53:7 | | february(1) 9:15 |
| delay(3) 39:25 40:1 40:2 | | disenfranchise(1) 32:12 | | ends(1) 48:16 | | feld(3) 2:5 7:59 15:13 |
| deliver(1) 16:13 | | dispose(1) 31:3 | | engage(1) 54:21 | | felt(1) 13:8 |
| delivered(1) 16:17 | | dispute(8) 10:21 11:7 11:25 12:19 14:5 16:12 29:12 57:14 | | engagement(1) 40:11 | | fest(1) 54:1 |
| described(1) 41:20 | | | | english(1) 3:1 | | few(2) 10:12 25:21 |
| describing(1) 9:12 | | disputed(1) 18:17 | | enormous(1) 35:1 | | fiduciaries(5) 17:8 27:23 28:12 28:15 30:6 |
| deserves(2) 41:16 41:16 | | disputes(6) 9:22 16:8 16:9 16:15 37:2 | | enough(3) 9:23 40:13 42:2 | | |
| designate(16) 11:10 11:21 19:23 21:15 25:4 25:6 28:3 33:14 36:6 38:8 38:9 38:10 48:7 48:14 53:19 55:8 | | district(7) 1:2 42:25 43:24 44:7 44:14 44:15 45:10 | | entered(2) 46:19 46:22 | | fiduciary(3) 20:4 21:3 28:13 |
| | | | | entirely(1) 34:24 | | fifth(1) 1:30 |
| | | | | entities(4) 20:21 29:18 38:18 38:20 | | fight(5) 29:5 30:24 53:7 54:14 54:21 |
| | | document(12) 9:10 9:15 9:19 9:25 10:2 10:14 37:10 56:24 57:6 57:14 57:17 58:3 | | entitled(1) 20:17 | | fights(1) 15:5 |
| designated(7) 22:15 23:22 27:11 29:2 48:4 48:5 48:13 | | | | entity(4) 20:14 38:21 45:25 49:9 | | figure(2) 23:13 23:25 |
| | | | | entry(1) 40:1 | | figured(1) 25:12 |
| | | documents(1) 10:17 | | eos(2) 8:6 8:6 | | file(7) 10:1 14:1 24:5 38:24 46:21 52:24 56:3 |
| designation(15) 12:3 20:12 20:23 38:13 38:15 38:18 38:21 38:24 39:18 52:8 52:14 53:3 53:11 55:25 56:7 | | does(14) 37:18 38:16 42:5 44:17 45:15 46:4 46:18 47:16 47:23 47:24 53:10 53:11 54:11 58:15 | | ephraim(1) 6:7 | | |
| | | | | epiq(1) 5:7 | | filed(5) 9:15 9:18 10:14 37:23 46:24 |
| | | | | eric(2) 5:60 5:61 | | filing(5) 17:16 17:17 39:7 39:8 51:15 |
| designations(4) 24:6 30:13 30:17 52:12 | | doesn't(6) 26:22 30:4 30:14 32:13 39:13 51:10 | | especially(2) 16:20 25:15 | | |
| designator(1) 48:11 | | | | espoused(1) 32:4 | | final(1) 31:9 |
| designee(13) 11:16 19:18 19:18 19:23 20:19 20:19 20:20 21:5 38:15 49:11 49:11 50:2 56:18 | | doing(2) 51:18 57:16 | | esq(60) 1:22 1:23 1:24 1:29 1:36 2:6 2:7 2:13 2:21 2:22 2:28 2:45 2:52 3:2 3:3 3:25 3:32 3:33 3:33 3:34 3:40 3:53 3:61 3:67 4:3 4:12 4:21 4:22 4:23 4:24 4:28 4:29 4:30 4:36 4:43 4:45 4:47 4:49 5:2 5:11 5:25 5:30 5:50 5:54 5:55 6:2 6:28 6:40 6:42 6:52 6:61 6:62 6:66 6:88 7:13 7:21 7:47 7:60 7:68 7:77 8:28 | | established(2) 35:7 35:13 | | finalized(1) 57:9 |
| | | don(1) 4:59 | | | | finally(5) 16:2 16:25 23:16 35:12 45:16 |
| | | done(5) 29:6 30:1 31:3 50:11 56:19 | | | | financial(1) 49:6 |
| designees(1) 20:22 | | don't(33) 9:10 10:25 12:23 19:13 20:25 24:6 24:18 28:1 28:1 29:8 29:11 29:16 29:22 30:10 31:24 32:10 34:2 34:23 35:17 35:19 38:15 43:14 43:16 43:21 43:22 48:9 52:16 52:16 53:17 53:24 54:6 58:10 58:22 | | | | find(5) 12:8 23:20 24:17 29:19 42:8 |
| desire(5) 11:8 11:8 12:20 14:5 19:22 57:25 | | | | estate(1) 17:8 | | fine(4) 11:25 25:25 57:24 58:5 |
| | | | | ester(1) 5:2 | | finger(1) 2:12 |
| | | | | evade(1) 15:17 | | finish(1) 48:15 |
| destination(1) 57:25 | | | | evan(1) 6:42 | | finite(1) 51:9 |
| details(1) 9:14 | | doubt(1) 48:10 | | even(8) 13:4 18:15 20:8 31:25 41:10 45:12 52:11 55:19 | | fire(1) 34:3 |
| determine(1) 20:3 | | dougherty(1) 4:12 | | | | firm(3) 16:19 23:5 47:17 |
| determined(4) 18:24 21:6 32:13 43:11 | | douglas(1) 4:21 | | | | first(13) 10:19 13:12 15:5 22:4 26:4 28:6 29:16 36:21 37:18 42:11 43:6 55:7 58:6 |
| deutsch(1) 4:21 | | down(1) 51:13 | | event(1) 39:1 | | |
| deutsche(29) 11:2 11:9 11:20 19:4 19:18 19:23 19:25 20:8 21:2 21:14 22:22 26:14 27:3 27:11 27:19 29:12 30:6 31:22 36:1 48:22 49:5 49:5 49:8 49:11 49:22 50:22 51:12 54:18 55:7 | | draft(2) 25:18 25:18 | | ever(1) 13:13 | | five(3) 13:20 23:24 37:23 |
| | | drafted(1) 39:10 | | every(1) 51:22 | | flagg(1) 4:47 |
| | | drafting(1) 25:11 | | everybody(2) 40:17 49:3 | | floor(3) 2:31 3:4 3:42 |
| | | drastically(1) 45:1 | | | | flush(3) 29:5 29:25 31:7 |
| devolve(1) 29:1 | | dublin(1) 2:7 | | | | folks(2) 12:3 41:6 |
| dewey(2) 2:51 6:23 36:14 | | | | | | followed(2) 39:17 45:11 |
| diamond(1) 6:7 | | | | | | following(3) 13:19 13:23 55:25 |
| diaz(1) 1:43 | | | | | | footprint(1) 18:24 |
| did(3) 10:1 16:13 52:23 | | | | | | |
| didn't(4) 30:17 39:2 50:16 52:24 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| for(135) 1:2 1:21 2:4 2:12 2:27 2:41 3:1 3:24 3:46 3:66 4:1 4:10 4:19 4:33 5:1 5:5 5:9 5:24 5:28 5:39 5:49 5:53 5:60 5:63 6:1 6:6 6:22 6:39 6:50 6:59 6:65 6:74 6:87 6:98 7:10 7:16 7:20 7:46 7:50 7:54 7:58 7:63 7:67 7:71 7:76 8:1 8:9 8:10 8:14 8:18 8:22 8:26 9:7 10:24 11:3 11:4 11:17 11:19 11:21 12:2 12:22 13:4 13:7 14:13 15:1 15:8 15:13 16:1 16:4 16:12 17:16 17:17 17:17 18:25 20:2 20:14 20:25 21:1 23:17 24:9 24:10 24:12 24:12 25:1 25:18 26:2 26:7 26:22 27:5 27:20 27:20 28:21 28:24 29:18 30:6 30:11 30:23 31:4 32:7 32:24 32:24 34:8 34:9 34:10 34:13 34:24 35:2 35:13 36:5 36:8 37:11 38:22 39:14 40:18 41:2 41:6 43:1 43:18 44:9 45:14 46:1 46:2 47:5 47:17 47:25 48:16 48:18 49:5 50:3 52:9 56:18 58:8 58:11 58:15 | | goal(2) 53:13 53:15 | | have(105) 9:8 9:10 9:13 10:4 10:10 10:15 10:15 10:17 10:21 11:7 12:23 13:5 13:6 13:10 14:5 14:10 14:11 14:12 15:22 16:18 17:1 18:1 18:20 18:21 18:24 19:23 20:10 20:20 21:15 22:14 22:14 22:22 22:23 24:4 24:6 24:7 24:18 26:19 26:24 27:25 28:15 28:19 29:1 29:4 29:15 30:4 30:7 30:8 32:11 32:19 33:13 33:17 33:18 34:11 34:19 34:24 35:2 36:2 37:3 37:3 38:6 38:8 38:9 38:10 38:11 38:14 38:15 38:20 40:7 40:20 40:25 41:9 41:11 42:20 42:21 42:25 43:3 43:20 47:4 47:10 47:14 47:25 50:7 50:8 50:25 51:24 52:9 52:10 52:11 52:12 54:1 54:7 54:13 54:19 54:20 55:3 56:9 57:2 57:9 57:11 57:14 58:1 58:11 58:20 58:24 | | hurdles(1) 49:23 |
| | | going(32) 19:10 23:22 24:20 25:20 25:21 26:4 29:4 29:12 29:19 30:20 33:9 33:15 34:2 34:15 39:21 39:25 42:16 45:20 45:21 45:24 47:4 47:6 50:25 51:1 51:9 51:9 51:11 53:18 53:21 54:13 54:14 55:12 | | | | hypertechnically(1) 24:22 |
| | | | | | | idea(1) 24:19 |
| | | | | | | identification(10) 21:22 22:2 22:5 22:10 23:17 36:17 36:24 37:14 40:4 47:16 |
| | | golden(34) 2:6 15:3 15:12 15:13 16:25 21:21 24:11 24:25 24:11 25:24 25:25 26:5 26:19 30:16 30:20 35:14 38:12 39:2 40:6 42:12 48:19 48:20 50:6 50:10 50:14 51:5 53:2 53:6 53:8 53:12 53:15 54:12 55:1 57:2 | | | | identified(23) 13:20 14:7 14:21 22:21 23:6 26:25 28:14 31:23 32:12 34:4 34:9 34:19 34:22 35:4 40:7 43:2 44:5 44:22 44:23 45:13 50:19 52:20 54:17 |
| | | | | | | |
| foregoing(1) 59:11 | | golden's(1) 26:9 | | | | identified."(1) 45:6 |
| form(1) 18:22 | | goldfarb(1) 4:30 | | | | identify(9) 14:14 18:8 18:9 30:22 34:13 35:16 41:7 44:17 47:8 |
| forman(1) 1:34 | | goldman(2) 7:71 7:72 | | | | |
| former(1) 4:10 | | goldn(1) 51:8 | | haven't(2) 48:25 59:1 | | |
| forth(8) 17:23 21:8 22:3 23:19 24:13 24:22 35:13 47:20 | | gone(1) 24:7 | | having(2) 25:13 43:22 | | identifying(3) 14:16 22:25 38:25 |
| | | good(12) 9:3 9:4 9:5 15:12 20:25 24:19 26:1 29:3 29:4 36:13 48:21 58:20 | | hbk(1) 5:60 | | identity(18) 12:14 12:16 12:20 13:7 13:16 13:18 14:1 14:6 14:20 23:3 23:21 24:13 37:22 42:6 43:1 43:11 51:16 55:18 |
| forthcoming(1) 16:7 | | | | head(1) 51:24 | | |
| fortune(1) 58:20 | | goose(1) 20:25 | | headed(3) 30:23 31:2 31:20 | | |
| forward(1) 55:21 | | gordon(14) 2:42 4:3 20:13 20:19 20:24 25:3 36:15 38:8 38:9 38:14 46:1 52:9 52:15 53:18 | | hear(2) 25:20 55:5 | | iii(1) 19:18 |
| found(5) 22:12 42:21 43:3 43:6 45:7 | | | | heard(3) 15:9 55:3 55:3 | | immediately(3) 42:13 55:25 56:3 |
| foundation(2) 7:11 7:12 | | | | hearing(22) 9:7 9:20 9:20 9:23 9:25 13:19 13:21 13:23 14:23 17:19 23:25 24:15 36:24 39:24 41:8 47:2 47:4 48:1 50:7 57:11 59:7 59:9 59:9 | | implicated(2) 17:20 29:8 |
| four(2) 41:3 47:6 | | got(5) 9:16 43:5 51:3 51:6 52:6 | | | | important(8) 27:17 36:18 49:5 49:11 49:18 50:1 50:3 51:21 |
| fourth(2) 10:2 56:24 | | govern(1) 32:7 | | | | |
| framed(2) 31:12 55:10 | | governance(6) 18:22 39:16 39:17 45:3 48:9 48:16 | | | | importantly(1) 42:15 |
| framework(4) 24:9 24:12 24:16 24:25 | | | | heiligman(1) 6:62 | | impose(1) 13:9 |
| frank(3) 5:41 6:60 6:61 | | | | held(2) 45:4 45:11 | | imposed(1) 44:18 |
| frankly(5) 23:10 29:4 29:23 42:19 49:12 | | governing(1) 29:18 | | hercules(1) 2:30 | | impossible(2) 25:1 45:5 |
| frederick(1) 7:73 | | graeme(1) 4:28 | | here(19) 25:15 25:15 32:4 34:3 35:15 38:12 42:11 43:5 46:12 47:5 47:7 52:18 53:3 54:2 55:10 57:11 57:19 57:24 58:13 | | inability(1) 44:16 |
| free(2) 34:13 41:18 | | grand(1) 2:53 | | | | inappropriate(2) 12:2 23:7 |
| freedom(1) 29:15 | | grant(1) 8:3 | | | | inc(1) 5:49 |
| friedman(3) 3:59 6:87 | | greissman(1) 6:66 | | | | inclined(2) 56:8 56:11 |
| from(211) 14:15 16:23 18:20 19:6 27:7 28:25 34:7 39:20 43:25 43:24 44:13 45:9 49:8 49:12 49:23 49:25 50:12 54:23 55:3 58:23 59:12 | | grippo(1) 4:11 | | here's(1) 40:16 | | included(1) 50:2 |
| | | ground(1) 53:4 | | he's(9) 26:21 27:2 50:24 51:1 51:3 51:6 51:9 51:9 52:17 | | includes(1) 53:10 |
| | | group(6) 6:60 8:10 8:10 32:1 32:5 32:18 | | | | including(1) 46:20 |
| | | guarantee(1) 41:4 | | | | incorporate(1) 9:24 |
| | | guess(5) 25:20 31:9 38:2 41:11 54:12 | | | | incorporated(1) 16:14 |
| front(1) 56:14 | | guide(1) 41:5 | | highest(1) 21:5 | | incumbent(1) 56:1 |
| fruit(1) 17:1 | | gump(4) 2:5 7:59 15:13 16:18 | | highly(2) 18:17 41:17 | | indeed(1) 33:23 |
| fulfill(1) 30:8 | | had(14) 9:13 9:17 9:20 9:23 10:5 10:8 16:2 16:20 33:24 42:24 44:5 45:12 49:16 59:6 | | him(3) 49:23 51:23 54:11 | | indenture(11) 11:3 11:4 11:14 15:16 15:17 20:2 27:8 27:14 27:19 27:20 27:23 |
| fulfills(1) 24:23 | | | | hire(1) 47:17 | | |
| fully(1) 37:16 | | | | his(2) 51:10 52:3 | | independent(1) 14:16 |
| further(3) 13:25 53:4 58:15 | | | | history(1) 31:5 | | indicated(5) 19:21 26:4 37:2 48:23 56:8 |
| future(2) 41:2 44:17 | | hadley(1) 7:20 | | hit(1) 51:24 | | indiscernible(1) 42:22 |
| gain(1) 18:20 | | hand(2) 17:22 40:25 | | hold(2) 53:13 53:16 | | individual(1) 44:4 |
| game(1) 36:22 | | handout(3) 21:8 21:14 22:5 | | holders(2) 28:16 28:17 | | individuals(8) 23:22 29:3 42:7 42:9 42:13 42:16 42:19 44:20 |
| garrison(1) 8:27 | | hanging(1) 50:12 | | holdings(1) 43:25 | | |
| garvan(1) 3:53 | | happen(9) 32:21 32:22 32:23 32:24 34:8 37:24 42:17 45:2 47:1 | | homework(1) 51:20 | | |
| gary(1) 4:55 | | | | honor(115) 9:5 9:6 9:17 10:18 11:23 12:13 13:7 13:9 13:14 14:19 14:24 15:1 15:10 15:12 15:14 15:21 16:6 16:7 16:11 16:25 17:11 17:21 18:3 18:11 19:5 20:11 20:15 21:7 21:18 21:19 22:21 23:10 23:13 23:16 23:25 24:1 24:20 25:2 25:9 25:11 25:19 26:1 26:4 26:12 26:24 27:15 27:22 28:11 29:7 30:2 30:16 30:21 31:8 31:18 31:18 31:20 31:24 32:16 33:5 33:16 33:23 33:25 34:7 34:16 34:18 34:25 35:17 35:22 36:8 36:10 36:11 36:13 36:15 39:21 40:17 41:15 42:8 42:19 43:7 43:12 46:7 46:10 46:15 46:17 47:11 47:12 47:17 48:2 48:5 48:10 48:17 48:21 48:23 49:20 50:3 50:6 50:15 51:8 51:24 52:8 53:15 53:16 54:12 55:1 55:15 56:16 57:2 57:4 57:22 58:1 58:7 58:22 59:2 | | informal(1) 9:18 |
| gave(1) 9:21 | | happens(2) 46:25 56:2 | | | | information(6) 14:3 24:4 24:21 25:14 39:1 51:15 |
| gecker(1) 6:60 | | happy(3) 27:19 38:19 49:17 | | | | |
| generally(1) 52:2 | | hard(2) 15:23 24:17 | | | | informed(2) 12:18 13:2 |
| gentilotti(1) 3:52 | | hardly(1) 34:25 | | | | infusion(1) 45:2 |
| george(1) 4:12 | | harrisburg(1) 1:45 | | | | initial(10) 10:22 11:1 12:18 12:24 25:19 38:7 39:14 48:12 48:15 52:10 52:12 |
| get(14) 16:9 17:11 25:4 25:5 35:8 37:12 46:3 46:17 47:3 47:25 51:19 56:14 57:8 57:17 | | has(26) 9:6 10:11 10:19 12:13 12:19 13:14 13:15 15:20 19:1 21:19 24:25 26:15 26:17 26:23 32:11 34:8 38:18 42:12 44:15 44:18 44:19 44:22 46:25 46:25 47:24 48:23 51:20 | | | | |
| | | | | | | instance(3) 28:7 29:16 35:22 |
| | | | | honorable(1) 1:17 | | instead(1) 53:9 |
| gets(2) 48:6 48:14 | | | | honor's(5) 10:3 16:10 16:11 16:15 37:1 | | institution(1) 11:16 28:3 49:6 49:18 |
| getting(1) 44:10 | | hauer(3) 2:5 7:59 15:13 | | hope(1) 55:24 | | institutions(3) 11:14 20:5 20:9 |
| give(10) 9:23 11:9 12:3 16:4 23:2 25:9 28:18 41:14 43:4 56:13 | | | | hopeful(1) 47:8 | | intent(1) 38:22 |
| | | | | hopefully(1) 48:1 | | interest(7) 17:9 18:1 18:20 27:25 33:9 41:15 42:9 |
| given(7) 14:8 25:17 31:5 32:2 33:9 55:19 56:10 | | | | hoping(1) 29:22 | | |
| | | | | hours(2) 9:25 16:20 | | interested(2) 6:74 43:5 |
| giving(1) 12:10 | | | | how(4) 12:23 23:13 25:12 39:11 | | interesting(2) 17:6 20:11 |
| glad(1) 52:6 | | | | howard(1) 4:22 | | interests(6) 19:20 28:4 36:3 36:7 45:23 45:24 |
| global(1) 8:18 | | | | however(1) 46:19 | | |
| gmp(2) 8:14 8:14 | | | | hung(2) 41:12 43:16 | | international(1) 43:25 |
| | | | | | | interrelated(1) 17:7 |
| | | | | | | interview(1) 47:18 |
| | | | | | | interviewed(1) 47:19 |
| | | | | | | into(6) 9:7 9:24 29:2 37:12 44:11 58:17 |
| | | | | | | investigations(1) 29:2 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

investors(2) 8:22 8:22
invite(1) 31:5
involve(1) 51:23
involved(3) 40:17 46:14 47:23
involvement(1) 34:23
involves(1) 16:11
involving(3) 9:9 14:5 43:8
isn't(5) 28:22 32:5 32:13 33:2 53:2
issuance(1) 16:11
issue(27) 10:19 11:24 11:24 12:13 13:7 13:14 13:15 15:7 22:24 29:9 29:25 30:20 30:24 31:10 31:15 31:18 35:15 36:16 36:18 36:22 36:23 38:13 38:18 50:23 55:7 55:9 55:11
issued(1) 9:22
issues(21) 9:9 9:12 10:5 10:8 10:9 10:10 10:19 15:5 16:2 16:8 16:16 31:13 36:25 37:3 37:10 47:11 47:12 55:6 58:23
items(1) 26:5
its(8) 17:23 19:17 19:18 20:19 20:19 20:20 49:11
itself(1) 28:23
it's(37) 12:2 12:7 15:22 18:4 19:2 19:6 19:25 20:10 20:16 21:12 23:7 26:13 26:14 26:14 26:14 27:4 29:8 30:20 31:4 31:12 31:14 31:15 33:8 34:23 36:1 37:11 37:16 39:15 39:16 39:21 44:13 51:8 51:21 54:2 54:3 54:3 55:10
i'd(7) 15:2 17:12 17:21 21:18 29:5 31:6 50:12
i'll(17) 15:9 15:15 16:17 16:23 19:5 19:7 23:16 33:15 36:15 39:3 43:4 44:16 45:16 49:19 55:10 57:24 58:21
i'm(16) 10:6 21:13 25:20 26:4 28:20 29:22 30:16 50:11 51:5 52:6 55:12 56:8 56:11 57:24 57:25 58:12
i've(5) 13:13 17:25 20:15 43:5 56:13
jacobson(1) 7:55
james(5) 1:22 3:22 3:40 7:68 26:1
jane(1) 5:54
jeff(1) 1:24
jenner(1) 5:24
jennifer(1) 8:19
jillian(1) 4:49
jim(4) 15:4 15:6 16:19 36:13
john(1) 7:13
johnston(20) 2:52 15:6 36:13 36:14 39:13 40:16 41:13 41:19 41:21 41:23 42:1 42:3 43:14 43:18 43:20 48:4 48:7 48:11 52:7 52:16
johnston's(3) 52:23 53:24 56:6
jointly(2) 1:5 38:10
jones(1) 6:42
joseph(1) 6:61
joshua(1) 6:28
jpm(6) 20:19 20:24 25:3 52:9 52:14 53:18
jpmorgan(1) 6:1
judge(3) 1:17 1:18 43:25
judgment(2) 21:17 29:24
june(2) 11:25 17:18
just(37) 9:13 12:9 15:8 15:14 17:11 17:12 17:21 19:12 24:23 25:21 27:15 28:21 29:6 29:25 31:12 31:15 36:23 38:20 40:24 42:23 43:4 45:15 46:9 48:3 48:10 48:15 50:3 50:15 55:6 55:11 55:24 56:22 56:25 57:10 57:22 58:24
kalenchits(1) 6:74
kansa(1) 1:23
kasowitz(2) 3:59 6:87
katharine(1) 3:2
katten(1) 7:12
kaye(1) 5:53

keenly(1) 40:10
keep(4) 9:25 15:18 18:6 54:11
kelly(1) 59:16
kempner(2) 6:6 7:46
ken(1) 1:23
kenneth(1) 8:11
kept(2) 54:10 54:11
kevin(3) 1:17 1:29 9:5
key(1) 54:2
kind(3) 31:5 31:13 51:24
king(7) 2:15 2:47 3:4 3:54 3:68 44:13 45:11
kje(1) 1:4
klauder(1) 3:67
know(45) 16:5 16:20 19:13 23:3 24:21 26:11 26:22 27:9 27:12 28:1 28:2 28:23 29:2 29:4 29:22 29:23 30:7 30:11 31:1 31:4 31:4 31:6 31:19 31:25 32:10 35:10 35:22 35:23 35:25 36:2 36:6 36:6 41:4 43:14 45:17 46:16 47:1 47:18 47:21 50:8 50:16 50:24 55:23 57:5 58:24
knowing(3) 16:9 35:2 46:9
known(2) 12:17 32:6
knows(1) 39:21
korpus(1) 6:88
kovensky(1) 5:65
krakauer(1) 4:36
lack(2) 26:10 27:6
lahaie(1) 7:60
laid(1) 15:20
lam(1) 7:64
landis(1) 3:24
landry(1) 12:13
language(19) 18:6 18:7 21:8 21:12 22:16 22:19 25:17 34:7 35:8 37:3 37:3 49:2 49:5 49:10 49:17 49:17 50:1 56:20 57:12 58:2
large(2) 17:1 49:6
largely(1) 16:14
last(5) 12:1 10:1 10:3 10:12 10:14 14:24 15:7 15:21 35:19 35:20 36:24 41:7 45:7
late(3) 24:3 36:22 53:1
later(6) 12:22 23:24 51:22 57:9 58:3 58:4
later."(1) 44:10
laughter(4) 16:24 29:20 50:13 58:19
law(2) 3:51 6:87
lay(1) 49:19
layer(1) 46:8
layton(1) 2:12
lbo(1) 18:17
lead(1) 23:11
least(3) 29:9 56:11 58:14
lebeouf(1) 2:51
lebeouf(2) 6:23 36:14
left(2) 49:24 57:12
legal(1) 20:1
lemay(1) 3:32
lender(1) 48:6
lenders(5) 2:44 10:25 14:9 14:10 14:12
length(2) 33:24 39:23
less(2) 32:6 46:13
lesson(1) 16:23
let(13) 9:12 28:18 30:3 31:18 32:9 38:12 39:9 49:1 49:4 53:17 55:11 56:25 58:13
letter(2) 16:1 16:6
let's(8) 26:8 29:25 30:13 31:2 31:7 37:15 55:6 55:24
level(2) 3:55 58:14

lexington(1) 2:23
lexis(4) 42:23 43:9 44:1 44:8
libby(1) 6:2
liebentritt(1) 4:59
ligation(1) 18:11
like(12) 12:10 17:12 17:21 24:6 29:15 30:14 36:22 42:20 50:12 52:24 56:21 58:12
like-minded(1) 51:25
likelihood(1) 55:20
limbo(1) 41:9
limit(2) 15:18 38:19
limiting(1) 56:7
line(1) 56:22
list(1) 16:2
lit(4) 18:9 18:25 21:6 21:16
literally(1) 42:14
litigating(2) 37:5 37:7
litigation(77) 10:21 10:24 12:14 12:16 12:21 13:6 18:13 18:19 18:21 18:22 18:23 19:11 19:16 19:20 19:24 20:6 20:7 21:22 21:24 22:1 22:10 22:14 22:15 22:17 22:20 22:25 23:1 23:3 26:6 26:7 26:8 26:16 26:20 26:21 27:1 27:10 27:13 27:24 29:9 29:13 30:10 31:19 31:23 32:1 32:2 32:7 32:7 34:2 34:4 34:8 34:13 34:21 35:4 35:12 35:13 35:16 35:21 35:24 35:25 36:10 36:19 36:19 48:24 49:10 49:13 49:24 49:25 50:17 50:20 50:24 51:11 51:12 51:17 52:1 55:18 56:4
little(10) 13:3 13:8 21:8 26:9 36:21 49:1 52:25 52:25 52:25 57:12
llc(3) 4:11 5:40 5:40
llp(18) 1:21 2:5 2:27 3:39 3:60 4:20 4:27 5:24 5:53 6:1 6:23 6:60 7:12 7:46 7:50 7:59 7:67 8:27
lockbox(1) 3:69
locking(1) 56:6
long(4) 39:11 41:12 43:17 52:22
longer(1) 41:10
look(3) 26:12 29:17 31:4
looking(2) 40:18 43:5
los(2) 1:31 2:54
loss(1) 52:17
lost(1) 20:16
lot(2) 11:17 51:20
ludicrous(1) 25:9
ludwig(1) 4:49
lugano(1) 1:41
lynch(2) 2:27 5:53
machinery(1) 46:25
madalyn(1) 5:55
made(19) 21:10 22:2 22:6 22:11 22:14 23:9 24:25 25:17 30:14 30:17 32:25 39:8 42:12 42:15 50:23 53:13 56:22 56:6
major(2) 28:17 40:13
majority(1) 45:20
make(18) 12:16 12:20 12:24 15:4 15:15 19:15 25:12 25:18 26:23 26:25 40:15 51:3 51:6 51:22 56:11 56:23 57:7 57:5
makes(5) 27:15 27:22 30:7 55:22 57:5
making(3) 47:20 53:21 59:1
maman(1) 5:11
man(1) 33:14
management(12) 2:5 5:6 5:6 5:29 5:29 5:60 6:23 7:59 8:2 8:2 8:18 15:14
mandate(1) 13:4
manner(1) 20:11
many(5) 11:23 29:19 42:21 42:24 43:21
marc(2) 3:33 4:23
march(2) 9:16 9:20
market(4) 1:10 2:31 3:26 41:24
marsal(2) 5:39 5:40

matter(10) 34:1 34:24 35:11 36:11 42:24 46:18 51:10 53:11 54:11 59:13
matthew(4) 3:61 5:30 5:41 7:55
mauro(1) 5:50
may(30) 12:22 14:8 14:14 17:14 17:15 17:15 17:16 18:12 20:3 28:17 33:10 33:10 33:16 33:25 34:17 34:22 39:47 40:22 40:24 45:17 45:18 46:17 47:3 50:24 50:25 51:3 51:6 52:9 53:25 57:10
maybe(4) 29:22 39:25 43:19 55:23
mayer(1) 3:2
mccarter(1) 3:1
mccloy(1) 7:20
mccormack(1) 4:24
mccormick(1) 7:10
mccutchen(1) 7:50
mcdaniel(1) 3:53
mcneill(1) 2:28
mean(6) 29:17 31:2 32:13 40:6 41:18
meaningful(1) 18:14
media(3) 39:20 43:7 46:14
meet(2) 34:25 50:22
meetings(1) 10:4
meisel(1) 1:34
member(17) 11:5 11:11 12:10 19:9 19:19 26:17 26:20 27:1 27:21 31:25 32:10 32:13 32:18 33:7 44:9 49:25 51:11
members(46) 10:22 10:23 11:1 12:8 12:19 12:24 13:16 13:18 13:22 14:2 14:6 14:14 14:16 14:21 16:7 18:9 19:3 19:16 20:14 22:13 22:13 22:24 22:24 26:11 26:13 27:2 27:4 27:10 27:16 27:18 29:13 30:10 32:11 32:25 33:9 34:9 34:11 34:11 34:15 34:19 35:23 37:20 38:6 38:25 44:17 52:15
membership(3) 11:18 18:23 32:5
memo(1) 17:22
mention(1) 39:3
mentioned(1) 48:4
meredith(1) 7:60
merit(2) 14:25 56:11
merrill(2) 2:27 5:53
mester(1) 6:28
methodology(1) 55:13
michael(2) 7:50 7:51
michelle(1) 5:11
middle(1) 21:12
might(8) 12:1 18:18 20:4 28:3 30:11 32:22 32:23 43:20
mike(1) 8:7
millbank(1) 7:20
miller(1) 7:68
mind(1) 16:5
minimize(1) 18:7
minutes(2) 25:21 57:13
mischief(1) 23:12
modified(1) 16:13
moment(7) 9:13 18:4 26:22 28:21 34:12 36:16 57:2
monday(2) 9:1 10:3
month(5) 40:5 41:8 46:11 47:5 47:10
months(7) 9:14 40:3 40:8 41:3 41:10 47:6 47:12
more(9) 24:12 25:13 38:3 40:3 42:15 46:16 47:2 50:14 54:14
morgan(7) 2:12 20:13 38:8 38:10 38:14 46:1 46:8
morgan's(1) 45:20
morning(10) 9:3 9:4 9:5 15:12 19:1 26:1 36:13 48:21 50:9 57:20

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**morning's**(1) 9:7
**morris**(1) 7:73
**moskowitz**(1) 2:22
**moss**(1) 7:77
**most**(7) 10:8 18:20 18:21 21:25 41:13 41:17 55:22

**move**(1) 55:21
**moved**(1) 30:4
**moving**(1) 58:25
**much**(7) 18:6 18:16 18:18 18:19 24:12 31:6 59:7

**muchin**(1) 7:12
**multiple**(1) 10:4
**must**(3) 14:1 22:21 24:23
**mutually**(1) 40:23
**myers**(2) 6:39 7:67
**nachman**(1) 8:3
**nail**(1) 51:24
**named**(1) 26:15
**naming**(4) 26:7 34:21 35:21 45:5
**narrow**(2) 15:23 16:19
**natural**(1) 18:16
**near**(2) 41:2 47:9
**nease**(10) 11:4 19:4 19:9 26:18 26:19 36:5 49:20 50:22 50:24 51:23

**nease's**(2) 32:2 52:2
**necessary**(1) 56:14
**necessitated**(1) 37:1
**need**(7) 10:25 18:8 35:23 36:2 51:19 56:17 57:9

**needed**(1) 35:16
**negotiations**(1) 13:5
**neil**(1) 7:47
**neither**(1) 14:22
**never**(1) 53:7
**new**(10) 2:9 2:24 3:36 3:43 3:63 4:5 6:39 38:25 44:8 45:10

**next**(5) 32:8 34:16 36:9 48:18 51:15
**night**(1) 10:14
**nine**(1) 41:10
**nobody**(1) 25:9
**nobody's**(1) 41:15
**nomura**(2) 7:54 7:54
**non-agent**(1) 20:5
**non-employee**(1) 20:5
**non-oaktree**(1) 38:21
**none**(1) 44:4
**noon**(2) 57:20 57:25
**nor**(1) 14:22
**normal**(3) 39:15 39:17 48:16
**norman**(1) 1:36
**north**(5) 2:15 2:31 2:47 3:4 3:54
**not**(68) 11:7 11:20 11:24 12:3 13:10 18:24 19:25 21:6 22:11 22:11 24:8 24:9 25:7 25:7 26:23 27:2 27:2 28:4 28:12 28:14 28:16 28:20 29:1 29:4 29:23 29:24 30:20 30:24 31:10 31:15 31:25 32:6 32:12 32:22 32:23 32:24 33:8 33:10 33:18 34:6 35:2 35:18 37:16 39:9 40:10 40:24 41:3 41:4 42:4 44:17 45:4 45:6 45:12 46:8 46:18 49:21 50:24 50:25 51:2 51:9 52:2 52:7 53:16 53:17 54:2 54:9 56:11 59:2

**notably**(1) 43:8
**note**(4) 16:6 33:17 44:24 48:3
**noted**(1) 42:12
**noteholder**(5) 24:16 24:17 36:2 54:19
**noteholders**(16) 11:9 17:10 18:15 18:15 21:4 21:23 21:24 27:14 28:1 28:5 30:6 30:8 45:21 45:25 46:2 49:14

**noteholders'**(1) 17:24
**notes**(4) 11:3 27:20 28:16 28:17
**notice**(2) 14:1 38:25

**notwithstanding**(1) 39:7
**novod**(1) 4:3
**now**(19) 19:1 19:21 24:21 25:20 26:18 31:7 31:13 32:12 35:3 37:4 39:2 41:1 48:19 54:5 55:13 55:15 56:12 56:21 57:24

**number**(4) 18:8 33:17 40:8 47:19
**numerous**(1) 18:12
**oaktree**(14) 2:41 6:22 20:12 20:18 20:24 25:3 36:14 38:6 38:9 38:14 46:1 52:9 52:14 53:18

**oaktree's**(1) 38:21
**object**(2) 53:4 54:7
**objected**(1) 14:23
**objection**(9) 14:25 23:4 24:2 35:19 52:22 52:25 54:4 54:8 56:9

**objections**(8) 9:11 9:18 10:11 10:16 17:3 17:18 24:5 54:17

**objectors**(2) 12:2 55:10
**obligation**(2) 28:16 30:7
**obligations**(3) 21:4 28:18 28:19
**observation**(1) 45:17
**observe**(1) 36:21
**obvious**(2) 28:22 28:22
**obviously**(2) 29:1 51:20
**occasions**(2) 33:7 33:18
**occur**(2) 14:9 54:15
**off**(3) 38:20 56:15 57:18
**offend**(1) 43:22
**offense**(1) 31:6
**office**(2) 3:66 6:39
**officer**(1) 44:21
**officers**(12) 4:11 20:17 23:18 23:23 24:13 24:19 37:15 37:21 38:4 44:24 52:6 56:6

**official**(2) 4:19 26:3
**officially**(1) 13:10
**okay**(14) 15:8 15:11 28:25 31:11 41:22 43:18 53:12 53:15 54:25 55:5 57:19 58:5 58:8 58:11

**olivia**(1) 5:50
**once**(1) 47:14
**one**(36) 1:25 2:8 2:14 9:8 11:5 12:5 12:10 18:8 18:18 21:13 27:21 30:3 31:9 32:20 33:8 36:22 38:8 38:9 38:17 39:21 43:6 44:4 44:9 46:9 46:20 48:24 49:19 49:25 52:15 52:18 52:18 54:13 55:6 56:17 57:4 57:22

**one-year**(1) 52:10
**ones**(4) 14:10 27:18 27:24 41:23
**onex**(2) 5:63 5:64
**ongoing**(2) 17:8 18:11
**only**(11) 9:8 13:5 17:4 19:10 21:4 22:12 22:16 22:16 26:20 44:12

**open**(2) 9:12 17:5
**open-endedness**(1) 23:10
**opinion**(1) 9:22
**opportunities**(3) 40:20 40:21 40:22
**opportunity**(7) 16:5 23:2 24:5 32:19 32:24 41:1 42:23

**opposed**(2) 19:14 20:7
**opposition**(1) 57:1
**optimistic**(1) 59:2
**option**(3) 49:21 51:1 51:10
**order**(21) 13:8 16:3 40:1 43:10 44:2 46:19 46:22 47:11 47:13 51:19 55:12 56:14 56:17 56:19 56:20 56:21 56:22 57:7 57:15 57:17 58:4

**ordering**(1) 32:4
**original**(3) 20:23 48:6 48:14

**other**(24) 10:16 10:17 11:9 11:10 12:8 14:23 16:8 16:9 16:16 22:16 25:20 27:21 28:24 29:19 31:12 32:20 35:9 40:20 40:22 44:22 48:3 54:19 55:2 57:4

**others**(4) 15:9 33:8 55:24 58:21
**otherwise**(2) 20:22 50:11
**ought**(3) 27:18 40:14 56:1
**our**(16) 16:5 21:7 21:8 22:3 22:4 23:7 23:12 25:13 29:16 34:18 38:16 41:7 42:21 45:15 49:12 49:25

**out**(30) 9:14 10:5 10:17 14:19 15:20 19:8 22:13 22:19 23:13 23:25 25:5 25:12 29:5 29:25 31:4 31:7 40:18 44:7 44:14 45:8 47:18 49:20 51:16 52:19 54:10 54:11 54:11 57:13 57:23 58:2

**out-vote**(1) 32:17
**outlined**(1) 22:23
**outlining**(1) 16:1
**outside**(1) 20:4
**outstanding**(1) 16:2
**over**(9) 10:12 10:21 12:23 13:3 15:2 15:21 37:6 43:7 57:15

**overall**(1) 9:11
**overrule**(1) 56:9
**own**(3) 45:20 45:22 58:12
**o'melveny**(2) 6:39 7:67
**p.a**(1) 1:35
**page**(5) 21:13 21:13 22:4 23:21 45:6
**paid**(1) 35:5
**paragraph**(1) 57:21
**parameters**(1) 57:21
**park**(1) 2:8
**parke**(2) 3:31 4:20
**parrots**(1) 21:12
**part**(2) 48:8 55:13
**particular**(3) 11:1 21:19 44:20
**parties**(20) 9:13 9:17 10:17 10:21 11:1 13:5 13:10 13:21 15:22 17:4 18:1 18:20 23:2 28:13 33:18 39:4 42:18 52:13 54:7 58:13

**partners**(9) 5:64 5:64 6:6 6:51 7:63 7:63 8:6 8:6 44:8
**party**(10) 6:74 14:23 22:2 22:6 22:21 23:6 25:1 29:17 50:21 51:17

**parver**(1) 5:54
**passage**(1) 44:15
**passed**(1) 34:12
**past**(3) 41:5 52:22 52:22
**paul**(1) 8:26
**pause**(1) 38:12
**peck**(1) 28:23
**penned**(1) 16:1
**pennsylvania**(1) 1:45
**people**(13) 23:13 25:20 26:11 28:18 37:22 40:19 41:9 41:17 41:23 47:18 47:19 47:20 51:25

**percentage**(1) 45:22
**perfectly**(2) 26:13 27:4
**perform**(1) 20:6
**period**(3) 13:22 24:7 37:6
**perkins**(1) 7:76
**permit**(1) 28:12
**permits**(1) 46:20
**permutation**(4) 23:5 23:11 24:22 50:18
**pernick**(1) 1:36
**perseverant**(1) 58:12
**person**(5) 26:15 26:17 28:2 34:21 50:18
**persons**(3) 27:12 30:22 30:24
**perspective**(3) 49:8 49:12 50:1
**persuade**(2) 32:20 33:8
**pertinent**(2) 38:3 44:15
**phil**(1) 2:7

**phone**(1) 21:23
**phones**(7) 11:4 15:16 17:10 17:24 18:15 27:21 54:19

**pick**(7) 28:1 28:2 28:3 34:2 35:25 36:6 54:1

**place**(3) 19:24 20:16 52:9
**plan**(99) 10:1 10:3 10:14 11:12 11:20 12:1 12:3 12:4 12:15 12:16 12:17 12:21 12:23 13:2 13:9 13:11 13:18 13:25 13:25 14:8 14:10 14:12 14:22 15:5 15:6 15:25 16:3 16:14 17:16 17:17 18:17 19:2 19:6 20:10 20:12 20:17 21:1 21:10 22:6 22:9 22:12 23:1 23:20 24:5 24:14 24:16 24:17 25:7 25:11 25:14 26:10 26:13 26:15 26:15 26:25 27:17 29:10 29:11 30:18 30:22 31:24 34:3 34:5 34:6 34:7 34:10 34:12 34:18 34:19 35:8 35:11 35:17 35:19 35:20 36:15 37:5 37:8 37:13 37:18 38:16 38:24 39:23 40:2 42:5 42:21 45:11 45:13 45:15 46:4 48:11 50:2 50:19 51:14 54:9 54:9 55:25 56:3 56:8 56:24 58:16

**plans**(1) 43:1
**play**(1) 21:24
**plaza**(3) 2:30 3:35 3:55
**pleased**(1) 10:6
**podium**(2) 15:2 58:21
**point**(18) 14:19 14:25 19:8 21:19 30:23 31:8 31:9 31:24 32:18 39:15 43:22 44:19 48:24 50:3 52:5 53:25 54:13 56:11

**points**(3) 15:3 15:19 18:5
**policy**(1) 42:10
**polk**(3) 2:19 6:1 46:8
**populating**(1) 18:25
**posed**(1) 52:8
**position**(3) 32:3 40:12 47:14
**possibility**(1) 56:18
**possible**(10) 22:3 29:21 40:18 40:19 40:20 41:16 46:3 48:2 54:2 58:16

**possibly**(1) 18:15
**post**(3) 39:11 39:13 39:19
**post-confirmation**(5) 14:20 43:23 52:24 54:9 54:20

**post-effective**(5) 13:16 14:21 24:19 25:6 39:12

**post-reorganization**(1) 52:5
**potential**(4) 38:17 41:2 49:9 49:19
**potentially**(2) 39:19 49:22
**potter**(1) 2:27
**power**(1) 20:13
**ppearances**(2) 1:20 2:1
**practical**(6) 14:15 20:1 31:20 34:1 35:1 54:13

**pre**(1) 42:4
**pre-dated**(1) 16:6
**pre-dates**(1) 24:14
**pre-effective**(2) 39:19 43:23
**pre-pack**(1) 43:13
**pre-packaged**(1) 46:15
**prefer**(1) 11:25
**preference**(1) 54:24
**premier**(1) 43:24
**prepared**(1) 35:5
**present**(1) 24:3
**preserve**(1) 11:17
**preserved**(2) 39:7 42:19
**preserving**(1) 11:16
**presided**(1) 43:7
**press**(2) 49:3 57:18
**presumably**(2) 11:8 36:2
**presumption**(1) 44:25
**pretty**(1) 24:18

| Word | Page:Line |
|---|---|
| prevail(1) | 52:2 |
| prevent(1) | 49:23 |
| primoffr(1) | 5:55 |
| prior(6) | 14:4 14:23 22:18 39:2 39:23 57:13 |
| probably(6) | 13:5 43:21 44:12 52:17 55:22 57:13 |
| problem(7) | 20:10 21:1 31:12 31:20 35:2 35:15 40:16 |
| problems(2) | 49:9 49:19 |
| proceed(2) | 32:21 35:14 |
| proceeding(1) | 57:1 |
| proceedings(4) | 1:16 1:49 35:20 59:13 |
| proceeds(1) | 47:2 |
| process(26) | 9:11 12:5 12:9 25:10 30:12 34:7 36:4 36:8 37:9 39:25 40:11 40:17 45:14 46:12 46:16 46:22 47:16 47:23 47:24 48:9 48:16 51:21 52:1 54:20 56:12 57:8 |
| produced(1) | 1:50 |
| progress(1) | 47:9 |
| promise(1) | 14:17 |
| promptly(1) | 57:16 |
| proponent(1) | 42:6 |
| proponents(22) | 10:1 11:12 12:1 12:16 12:23 13:9 14:1 14:12 15:5 15:7 20:10 21:2 22:10 24:16 25:3 34:6 36:15 38:24 49:13 55:12 56:2 56:9 |
| proponents'(1) | 29:10 |
| proposal(4) | 23:12 27:9 34:4 55:21 |
| propose(4) | 5:12 15:4 31:23 34:20 |
| proposed(13) | 17:24 22:3 22:15 22:17 22:20 22:25 27:7 28:15 42:7 44:10 45:1 52:19 56:9 |
| proposes(1) | 44:20 |
| provide(4) | 11:20 18:14 35:11 43:1 |
| provided(7) | 26:24 27:17 35:7 43:10 43:18 44:2 44:9 |
| provides(9) | 11:17 12:15 13:18 13:25 20:12 37:19 37:22 38:23 39:3 |
| provision(10) | 37:4 37:7 37:15 37:17 37:18 46:4 46:5 48:11 48:11 53:9 |
| provisions(7) | 14:20 37:13 38:16 38:23 39:17 39:19 42:20 |
| provision's(1) | 39:10 |
| public(1) | 42:10 |
| publically(2) | 12:15 13:17 |
| published(3) | 44:11 44:12 45:8 |
| pull(1) | 31:13 |
| purchasers"(1) | 44:3 |
| purpose(1) | 10:13 |
| purposes(2) | 11:18 12:4 |
| pursuant(2) | 39:5 45:2 |
| puts(1) | 47:13 |
| puzzled(1) | 26:9 |
| qualified(2) | 41:13 41:17 |
| quality(1) | 21:5 |
| question(7) | 22:21 32:9 37:24 48:5 48:9 52:7 53:22 |
| questions(2) | 21:19 56:13 |
| quickly(2) | 13:18 23:25 |
| quite(4) | 21:2 34:3 48:8 49:18 |
| quote(2) | 39:4 44:16 |
| raised(1) | 36:23 |
| raising(1) | 36:22 |
| rath(2) | 3:24 3:25 |
| rather(6) | 10:9 11:16 19:12 29:5 31:6 38:1 51:21 55:13 |
| rational(1) | 29:24 |
| re-designate(1) | 52:15 |
| reach(1) | 59:2 |
| reached(1) | 10:17 |
| read(1) | 19:6 |
| reading(1) | 48:12 |
| reads(1) | 27:5 |
| ready(1) | 35:14 |
| real(4) | 25:4 25:6 31:20 32:24 |
| reality(1) | 55:23 |
| really(9) | 23:18 31:9 38:3 47:8 47:13 49:3 51:10 53:2 57:9 |
| realm(1) | 44:11 |
| reason(2) | 39:18 56:10 |
| rebecca(1) | 7:17 |
| recall(2) | 9:19 18:12 |
| recently(1) | 33:23 |
| record(1) | 15:9 44:23 |
| recorded(1) | 1:49 |
| recording(1) | 1:49 59:12 |
| recoveries(6) | 18:14 18:16 18:17 18:19 18:21 19:12 |
| recovery(3) | 19:12 19:17 19:24 |
| red(1) | 56:22 |
| reed(1) | 6:62 |
| reference(3) | 52:23 53:16 57:5 |
| references(1) | 18:12 |
| reflect(1) | 10:15 |
| reflected(1) | 10:3 |
| reflecting(1) | 56:18 |
| regard(2) | 9:11 15:5 |
| regarding(8) | 15:24 16:7 16:15 17:8 18:5 36:16 36:23 52:5 |
| regardless(1) | 14:4 |
| regulations(1) | 49:7 |
| regulatory(1) | 49:23 |
| related(1) | 38:21 |
| relating(1) | 36:25 |
| relatively(1) | 18:4 |
| remain(2) | 17:3 17:5 |
| remained(1) | 16:21 |
| remaining(3) | 9:12 10:18 54:16 |
| remark(1) | 45:17 |
| remarked(1) | 46:17 |
| remarks(3) | 15:15 25:19 26:9 |
| remember(1) | 46:17 |
| remind(1) | 17:12 |
| reorganized(17) | 13:17 20:14 20:18 20:21 23:19 23:23 36:17 37:14 38:5 38:7 40:4 41:15 44:10 45:21 45:23 45:25 53:20 |
| replace(1) | 12:11 |
| replacement(1) | 11:21 12:9 |
| reported(3) | 37:9 43:9 44:1 |
| reporter(2) | 44:14 45:9 |
| represent(1) | 10:23 |
| representation(1) | 10:25 |
| representative(1) | 28:3 |
| representatives(2) | 21:15 27:13 |
| represented(4) | 27:14 28:17 36:3 36:7 |
| represents(1) | 27:22 |
| request(2) | 19:25 54:21 |
| require(5) | 23:21 30:13 39:22 40:4 42:5 |
| required(5) | 18:16 21:9 25:16 41:7 52:4 |
| requirement(2) | 33:4 42:11 |
| requirements(1) | 44:18 |
| requires(4) | 24:21 42:4 42:15 53:25 |
| requiring(1) | 42:3 |
| reserve(1) | 25:21 |
| resign(5) | 12:6 20:22 38:2 48:6 52:13 |
| resigns(3) | 39:16 39:16 48:13 |
| resolution(1) | 58:13 |
| resolve(2) | 11:7 33:24 |
| resolved(6) | 9:17 10:7 10:10 10:15 37:3 37:11 |
| respect(23) | 16:3 17:5 20:13 21:9 34:20 35:18 35:21 37:10 37:13 38:5 38:13 38:18 38:23 39:7 46:9 46:12 47:22 48:4 48:23 54:16 55:18 56:6 56:16 |
| respective(3) | 21:4 28:24 29:18 |
| respond(3) | 15:6 25:21 25:22 |
| response(4) | 15:4 55:4 55:5 59:5 |
| rest(4) | 14:12 50:12 50:15 59:1 |
| restrictions(1) | 22:20 |
| result(3) | 19:7 19:7 40:3 |
| retain(1) | 20:4 |
| retire(1) | 20:22 |
| retiree(3) | 19:5 19:9 49:20 |
| retirees(3) | 11:5 36:5 49:15 |
| revert(1) | 52:14 |
| review(4) | 18:4 20:15 25:2 39:5 |
| revised(10) | 15:24 16:13 17:13 17:17 17:24 19:2 20:17 21:10 21:11 23:20 |
| revision(1) | 22:3 |
| revisions(2) | 10:13 23:9 |
| richards(1) | 2:12 |
| riding(1) | 18:19 |
| right(30) | 11:10 12:12 18:2 19:23 20:20 20:24 21:15 25:4 25:5 25:23 34:14 35:3 38:6 38:8 38:9 38:10 39:11 41:21 41:25 50:10 52:14 53:10 54:7 55:2 55:16 55:16 55:21 56:2 59:3 59:6 |
| rights(11) | 12:3 20:12 22:16 38:13 38:15 38:19 38:22 38:24 39:4 42:17 52:8 |
| rise(2) | 9:2 15:14 |
| robert(1) | 7:10 |
| rockefeller(1) | 3:35 |
| rodgers(1) | 5:15 |
| rodney(2) | 2:14 2:46 |
| roitman(1) | 3:33 |
| role(2) | 21:25 34:6 |
| ronald(1) | 4:47 |
| rosenblatt(1) | 3:34 |
| rosenman(1) | 7:12 |
| ross(2) | 4:43 4:45 |
| roth(1) | 7:46 |
| royal(2) | 5:9 5:14 |
| rub(1) | 54:1 |
| rudnick(1) | 4:2 |
| ruled(1) | 55:6 |
| rules(1) | 49:7 |
| ruling(3) | 9:24 37:2 48:23 |
| rush(1) | 50:16 |
| sachs(2) | 7:71 7:72 |
| sadly(1) | 18:23 |
| safeguards(1) | 11:17 |
| said(6) | 17:15 19:1 25:11 38:13 44:16 52:21 54:23 55:7 |
| same(6) | 14:19 20:12 21:12 36:4 45:22 48:11 |
| satisfactory(1) | 27:12 |
| satisfied(2) | 42:11 45:11 |
| saw(1) | 58:23 |
| say(9) | 15:22 18:21 24:23 25:22 37:25 38:16 42:24 54:12 56:5 |
| saying(1) | 29:15 |
| says(5) | 37:15 38:5 38:6 48:12 57:15 |
| scenario(1) | 49:19 |
| schaible(4) | 2:20 46:7 46:7 52:6 |
| schedule(1) | 52:3 |
| scheduled(1) | 17:18 |
| schedules(1) | 9:8 |
| scholer(1) | 5:53 |
| schott(1) | 8:7 |
| schotz(1) | 1:34 |
| schulte(1) | 7:46 |
| schuylkill(1) | 1:44 |
| scotland(2) | 5:10 5:14 |
| scott(1) | 6:66 |
| seaport(2) | 8:10 8:10 |
| search(2) | 40:11 47:17 |
| seat(1) | 38:12 |
| second(6) | 12:13 14:22 37:5 57:22 |
| section(11) | 19:6 20:16 22:4 22:8 23:19 37:17 39:3 39:6 42:4 45:4 45:12 |
| securities(4) | 7:54 7:54 8:14 8:14 |
| see(6) | 18:3 20:18 21:1 35:17 42:23 52:23 |
| seek(2) | 34:23 39:4 |
| seeking(1) | 34:6 |
| seem(3) | 10:25 23:13 30:4 |
| seems(6) | 29:17 34:25 36:21 40:14 55:19 56:1 |
| seen(4) | 13:13 33:13 33:17 49:16 |
| seife(1) | 4:22 |
| select(3) | 44:3 44:4 47:15 |
| selected(1) | 50:23 |
| selecting(1) | 45:14 |
| selection(9) | 12:18 12:25 14:11 22:15 25:10 32:25 36:4 36:16 52:1 |
| selections(1) | 47:20 |
| selects(1) | 47:2 |
| senior(8) | 11:3 15:16 17:9 17:23 18:15 21:23 27:20 54:19 |
| sense(6) | 27:16 27:22 47:10 47:14 47:25 55:22 |
| separate(1) | 31:14 |
| separately(1) | 56:19 |
| serve(18) | 11:11 11:15 13:22 14:2 14:7 23:22 27:24 37:21 38:1 40:9 41:6 41:7 42:7 42:13 42:16 44:20 45:19 58:15 |
| serves(1) | 32:18 |
| service(6) | 1:43 1:50 40:7 40:23 42:8 42:18 |
| services(2) | 1:43 6:51 |
| serving(4) | 11:5 47:22 49:9 49:23 |
| set(6) | 21:8 22:3 23:15 23:19 24:13 24:22 |
| sets(1) | 17:23 23:13 |
| setting(2) | 9:13 28:23 |
| settlement(1) | 18:17 |
| seven(8) | 4:4 9:21 14:2 14:6 14:14 25:5 41:9 52:19 |
| seven-member(1) | 14:11 |
| seventh(1) | 38:11 |
| several(2) | 15:22 17:2 32:8 40:3 |
| shall(2) | 20:20 39:6 |
| shareholders(3) | 45:23 45:25 46:3 |
| she(2) | 22:18 35:5 |
| sheron(1) | 6:88 |
| shipping(1) | 44:8 |
| short(2) | 9:8 44:18 |
| shortly(1) | 16:10 |
| should(23) | 20:9 20:22 21:1 21:8 21:15 22:2 22:6 22:11 23:8 23:9 23:14 25:16 32:15 35:11 44:20 50:23 51:16 53:23 54:7 54:8 54:11 55:8 |
| shouldn't(1) | 28:6 |
| shyness(1) | 13:13 |
| side(3) | 15:3 28:23 29:19 |
| sidley(4) | 1:21 4:33 9:6 16:18 |
| sieger(1) | 7:13 |
| sign(1) | 56:15 |
| significant(2) | 39:25 46:13 |
| similar(2) | 13:15 20:11 |
| simple(1) | 31:16 |
| simply(10) | 10:14 13:1 21:11 23:11 28:16 35:17 36:10 52:21 53:22 53:25 |

| Word | Page:Line |
|------|-----------|
| **since**(8) | 10:4 12:23 16:16 25:19 26:17 34:10 35:6 39:24 |
| **sit**(6) | 21:6 29:15 29:21 50:25 51:13 55:9 |
| **situated**(1) | 20:6 |
| **six**(6) | 25:5 41:9 44:3 47:6 47:12 52:19 |
| **slightly**(2) | 19:15 46:13 |
| **smaller**(1) | 45:22 |
| **smalley**(1) | 8:11 |
| **smith**(1) | 8:18 |
| **solar**(2) | 44:13 45:11 |
| **sole**(1) | 10:12 |
| **solicitation**(2) | 9:11 57:8 |
| **some**(18) | 14:18 24:15 26:10 32:19 33:3 33:24 36:3 36:18 43:4 47:16 47:23 47:24 52:10 52:11 52:11 56:22 58:12 58:23 |
| **somebody**(2) | 30:14 40:13 |
| **someone**(3) | 11:10 29:15 55:8 |
| **something**(6) | 20:25 41:4 42:4 49:15 49:18 58:11 |
| **sometime**(1) | 39:24 |
| **song**(1) | 7:17 |
| **sontchi**(1) | 43:25 |
| **soon**(9) | 12:17 13:2 14:3 22:2 34:4 34:22 38:25 48:2 50:20 |
| **sooner**(1) | 51:21 |
| **sorry**(4) | 21:13 30:16 51:5 57:24 |
| **sorts**(2) | 49:7 49:9 |
| **sottile**(22) | 3:40 15:4 26:1 26:2 28:8 28:11 29:7 30:2 30:21 31:1 31:8 31:17 32:16 32:23 33:5 33:13 33:16 33:21 33:23 34:18 50:16 51:17 |
| **sottile's**(1) | 16:19 |
| **sound**(2) | 1:49 59:12 |
| **south**(2) | 1:25 2:53 |
| **southern**(2) | 44:7 45:10 |
| **spaeder**(3) | 3:49 4:27 26:2 |
| **speak**(4) | 15:15 15:18 31:18 44:12 |
| **special**(1) | 26:2 |
| **specific**(2) | 13:4 18:5 |
| **specifically**(2) | 44:17 49:15 |
| **speed**(3) | 35:8 35:14 51:19 |
| **spend**(1) | 9:13 |
| **spent**(1) | 37:5 |
| **spin**(1) | 42:23 |
| **spoke**(1) | 26:5 |
| **spring**(1) | 14:17 |
| **square**(3) | 2:14 2:46 4:4 |
| **stage**(1) | 9:13 |
| **stand**(1) | 59:8 |
| **standing**(3) | 31:14 55:6 58:20 |
| **standpoint**(2) | 28:25 54:24 |
| **stargatt**(1) | 2:44 |
| **start**(9) | 17:21 26:8 35:5 35:8 35:10 50:23 51:13 51:18 51:21 |
| **starting**(2) | 50:22 51:13 |
| **statement**(10) | 15:24 16:3 16:14 17:5 17:13 17:25 19:3 21:11 25:12 27:5 |
| **states**(3) | 1:1 1:18 49:7 |
| **status**(2) | 9:16 32:2 |
| **statute**(1) | 42:14 |
| **stay**(3) | 52:9 57:11 57:23 |
| **ste**(1) | 2:53 |
| **stead**(2) | 29:16 55:9 |
| **steele**(1) | 2:13 |
| **steen**(1) | 1:24 |
| **stein**(1) | 3:61 |
| **stems**(1) | 39:20 |
| **stephen**(2) | 2:28 7:64 |
| **still**(2) | 9:25 57:6 |
| **stone**(1) | 7:21 |
| **straightforward**(1) | 23:12 |
| **strauss**(3) | 2:5 7:59 15:13 |

| Word | Page:Line |
|------|-----------|
| **street**(11) | 1:10 1:30 1:44 2:15 2:31 2:47 3:4 3:26 3:54 3:68 38:20 |
| **strictly**(1) | 39:14 |
| **strikes**(1) | 40:12 |
| **stromberg**(1) | 4:45 |
| **stuart**(1) | 5:65 |
| **subject**(6) | 35:20 44:13 45:8 49:6 56:5 |
| **submit**(4) | 42:10 46:5 56:20 57:15 |
| **submitting**(1) | 58:3 |
| **subsection**(1) | 44:19 |
| **substantial**(1) | 37:6 |
| **success**(1) | 21:25 |
| **such**(6) | 24:10 31:12 39:5 39:7 49:9 49:14 |
| **sufficient**(1) | 56:10 |
| **sufficiently**(1) | 56:10 |
| **suggest**(3) | 19:5 27:15 28:11 |
| **suggested**(2) | 31:21 35:15 |
| **suggesting**(1) | 32:21 |
| **suggestion**(1) | 23:8 |
| **suggests**(1) | 48:12 |
| **suite**(3) | 1:37 3:27 3:68 |
| **summarized**(1) | 37:16 |
| **summer**(1) | 14:19 |
| **sunday**(1) | 17:15 |
| **supervise**(1) | 18:10 |
| **supplement**(24) | 12:17 12:22 13:2 14:8 17:16 22:6 22:12 23:1 24:14 25:8 25:14 26:15 27:1 30:18 30:22 31:24 34:5 34:12 34:20 35:17 50:19 51:14 55:25 56:3 |
| **supplemental**(14) | 9:9 9:15 9:19 9:24 10:2 10:9 10:13 15:24 16:13 56:23 57:6 57:14 57:17 58:2 |
| **supported**(3) | 15:16 27:8 31:22 |
| **suppose**(1) | 29:24 |
| **supposed**(1) | 36:25 |
| **sure**(6) | 12:20 28:20 35:2 52:7 56:23 57:16 |
| **suspect**(3) | 31:2 31:19 33:6 |
| **suspects**(1) | 10:17 |
| **suspicions**(1) | 34:14 |
| **suttonbrook**(2) | 5:5 5:6 |
| **system**(1) | 45:3 |
| **taft**(1) | 5:10 |
| **take**(14) | 16:23 28:15 31:8 37:11 46:18 47:5 47:6 47:16 47:23 47:24 51:1 51:9 51:11 53:21 |
| **talent**(3) | 40:18 40:19 42:1 |
| **talk**(3) | 17:20 32:19 49:1 |
| **talked**(3) | 18:18 19:21 23:18 |
| **talking**(8) | 10:12 37:4 37:17 38:4 47:10 47:11 52:17 52:18 |
| **tammy**(1) | 59:16 |
| **taylor**(1) | 2:44 |
| **technical**(1) | 46:18 |
| **teck**(1) | 8:23 |
| **telephonic**(2) | 4:8 9:20 |
| **tell**(7) | 30:15 34:9 34:25 36:10 39:9 55:11 57:11 |
| **tells**(2) | 34:5 34:22 |
| **term**(3) | 47:9 48:13 48:15 |
| **terms**(6) | 51:15 52:10 52:11 52:11 52:12 57:8 |
| **texas**(1) | 44:15 |
| **than**(17) | 10:9 11:11 11:16 12:9 12:22 16:9 19:12 23:24 32:6 36:18 38:1 44:22 50:14 51:22 55:3 56:19 57:9 |
| **thank**(18) | 9:7 12:12 15:10 18:2 21:21 25:24 36:11 36:12 46:6 48:17 50:4 50:5 50:6 55:1 55:17 58:7 59:3 59:7 |

| Word | Page:Line |
|------|-----------|
| **that**(301) | 9:17 9:21 9:23 10:3 10:5 10:6 10:11 10:14 10:16 10:22 10:25 11:1 11:7 11:12 11:15 11:16 11:17 11:19 11:25 12:1 12:14 12:15 12:18 12:18 12:20 12:22 12:25 13:1 13:3 13:3 13:3 13:5 13:9 13:12 13:15 13:18 13:21 13:21 13:25 14:3 14:6 14:11 14:13 14:17 14:19 14:22 14:24 15:4 15:18 15:19 15:21 15:22 16:6 16:8 16:9 16:17 16:21 16:23 17:1 17:3 17:4 17:6 17:13 17:20 18:9 18:10 18:12 18:13 18:17 18:18 18:19 19:1 19:3 19:5 19:7 19:7 19:9 19:15 19:16 19:19 19:22 20:3 20:10 20:18 21:2 21:7 21:14 21:16 21:19 21:24 22:2 22:5 22:6 22:10 22:17 22:19 22:21 23:2 23:6 23:7 23:14 23:20 23:21 24:1 24:2 24:2 24:3 24:7 24:9 24:9 24:12 24:16 24:18 24:21 25:10 25:14 25:16 25:16 26:5 26:5 26:9 26:17 26:23 26:24 26:25 27:8 27:15 27:15 27:18 27:23 28:6 28:11 28:14 29:5 29:11 29:22 29:22 29:22 30:5 30:5 30:5 30:8 30:11 30:13 30:21 30:23 31:11 31:12 31:14 31:15 31:21 31:23 32:1 32:5 32:7 32:10 32:13 32:13 32:17 32:18 32:19 32:21 32:24 33:2 33:6 33:7 33:8 33:9 33:10 33:16 33:17 33:24 33:25 34:1 34:6 34:8 34:9 34:11 34:12 34:17 34:21 34:23 34:25 35:5 35:5 35:11 35:15 35:16 35:18 35:18 35:20 35:24 35:24 35:25 35:25 36:3 36:5 36:6 36:6 36:7 36:9 36:21 37:1 37:4 37:4 37:5 37:7 37:7 37:9 37:10 37:11 37:12 37:18 37:19 37:20 37:22 37:24 37:24 37:25 37:25 38:1 38:5 38:16 38:19 38:22 38:23 39:7 39:10 39:10 39:11 39:15 39:20 39:21 39:24 40:3 40:6 40:10 40:12 40:13 40:15 41:5 41:12 41:14 42:3 42:4 42:5 42:8 42:8 42:10 42:10 42:12 42:21 43:1 43:3 43:6 43:6 43:8 43:10 43:13 43:14 43:16 43:19 43:22 44:2 44:9 44:18 44:23 44:25 44:25 45:2 45:4 45:7 45:7 47:1 47:3 47:4 47:8 47:9 47:13 47:14 47:19 47:24 48:4 48:8 48:11 48:11 48:12 48:12 48:13 48:13 48:15 |
| **that**(57) | 49:6 49:9 49:16 49:18 49:22 49:23 50:1 50:4 50:18 50:18 50:21 51:4 51:7 51:13 51:17 51:23 52:1 52:6 52:7 52:8 52:8 52:17 52:24 53:18 53:20 54:1 54:1 54:6 54:7 54:7 54:17 54:24 55:12 55:17 55:19 56:1 56:5 56:10 56:11 56:12 56:17 57:1 57:5 57:6 57:12 57:15 57:16 57:16 57:16 57:24 58:3 58:15 58:18 58:23 59:4 59:6 59:11 |
| **that's**(38) | 12:9 17:15 18:24 19:7 19:8 19:25 23:6 24:15 25:9 25:15 25:25 26:6 27:7 29:17 29:22 30:1 35:7 36:2 36:8 36:11 41:1 41:3 41:4 41:15 41:20 41:21 43:3 45:6 46:4 50:2 50:9 52:2 52:21 52:25 54:14 54:21 55:16 58:5 |
| **thau**(1) | 8:15 |

| Word | Page:Line |
|------|-----------|
| **the**(301) | 1:1 1:2 1:17 3:24 3:41 8:10 8:10 9:2 9:3 9:6 9:9 9:11 9:13 9:13 9:14 9:14 9:16 9:16 9:17 9:18 9:18 9:20 9:21 9:22 9:24 10:1 10:1 10:5 10:6 10:8 10:11 10:12 10:12 10:13 10:13 10:16 10:17 10:19 10:19 10:20 10:20 10:21 10:21 10:22 10:22 10:23 10:23 10:24 10:24 11:1 11:1 11:2 11:2 11:3 11:4 11:5 11:5 11:7 11:8 11:10 11:11 11:12 11:13 11:14 11:15 11:18 11:18 11:19 11:21 11:22 12:1 12:2 12:3 12:5 12:5 12:7 12:7 12:8 12:10 12:12 12:13 12:14 12:14 12:15 12:15 12:16 12:16 12:17 12:18 12:19 12:19 12:20 12:20 12:21 12:23 12:24 12:24 12:25 13:1 13:2 13:3 13:3 13:5 13:6 13:10 13:12 13:12 13:14 13:16 13:16 13:16 13:17 13:18 13:18 13:19 13:20 13:21 13:22 13:22 13:23 13:23 13:25 13:25 14:1 14:1 14:2 14:2 14:4 14:5 14:6 14:6 14:7 14:8 14:8 14:9 14:9 14:10 14:10 14:11 14:11 14:11 14:12 14:12 14:14 14:14 14:15 14:16 14:17 14:18 14:19 14:20 14:20 14:22 14:23 15:1 15:2 15:3 15:5 15:5 15:6 15:7 15:8 15:9 15:11 15:15 15:16 15:16 15:18 15:19 15:21 15:22 15:24 16:1 16:3 16:4 16:4 16:6 16:8 16:9 16:11 16:12 16:15 16:19 16:23 17:3 17:5 17:7 17:9 17:11 17:12 17:12 17:13 17:16 17:17 17:17 17:19 17:19 17:22 17:23 17:23 17:24 18:1 18:2 18:4 18:5 18:6 18:6 18:8 18:9 18:10 18:10 18:11 18:11 18:12 18:13 18:14 18:15 18:16 18:16 18:17 18:19 18:19 18:20 18:21 18:22 18:22 18:22 18:23 18:24 18:24 18:25 19:2 19:3 19:6 19:7 19:9 19:10 19:11 19:14 19:15 19:16 19:16 19:19 19:20 19:22 19:24 20:3 20:6 20:6 20:7 20:9 20:10 20:11 20:12 20:14 20:16 20:20 20:20 20:21 20:23 20:25 21:1 21:5 21:6 21:9 21:9 21:11 21:12 21:12 21:15 21:15 21:20 21:22 21:22 21:22 21:23 21:23 21:24 21:25 21:25 22:1 22:2 22:4 22:5 22:5 22:6 22:8 22:9 22:9 22:10 22:10 22:12 22:12 22:14 22:15 22:16 22:16 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **the**(301) 22:18 22:19 22:20 22:20 22:22 22:24 22:25 22:25 23:1 23:2 23:3 23:3 23:3 23:4 23:5 23:8 23:10 23:11 23:11 23:17 23:17 23:20 23:21 23:21 23:21 23:24 23:25 24:1 24:1 24:4 24:5 24:6 24:8 24:12 24:13 24:14 24:14 24:16 24:16 24:17 24:18 24:19 24:22 24:23 24:24 24:24 24:25 25:2 25:4 25:5 25:5 25:6 25:6 25:7 25:8 25:10 25:11 25:11 25:13 25:14 25:16 25:23 25:25 26:2 26:4 26:6 26:6 26:7 26:8 26:10 26:11 26:11 26:12 26:13 26:13 26:15 26:16 26:16 26:17 26:20 26:21 26:25 27:1 27:2 27:2 27:4 27:5 27:7 27:8 27:10 27:10 27:13 27:14 27:16 27:16 27:17 27:17 27:19 27:20 27:20 27:20 27:21 27:21 27:23 27:23 27:24 27:24 27:25 27:25 28:2 28:3 28:4 28:6 28:6 28:8 28:8 28:10 28:14 28:14 28:16 28:16 28:17 28:20 28:21 28:22 28:24 28:24 28:24 28:25 29:7 29:9 29:10 29:10 29:11 29:13 29:14 29:15 29:16 29:19 29:21 29:23 29:23 30:2 30:4 30:5 30:6 30:8 30:10 30:11 30:13 30:18 30:19 30:22 30:23 30:24 31:1 31:5 31:8 31:11 31:11 31:12 31:17 31:18 31:18 31:21 31:23 31:23 31:25 32:1 32:2 32:3 32:6 32:8 32:9 32:10 32:11 32:12 32:13 32:14 32:14 32:17 32:18 32:21 32:22 32:24 32:24 33:2 33:2 33:5 33:5 33:6 33:7 33:8 33:10 33:10 33:12 33:14 33:15 33:20 33:22 33:24 34:2 34:3 34:3 34:4 34:5 34:5 34:6 34:7 34:8 34:9 34:10 34:12 34:12 34:13 34:13 34:14 34:15 34:17 34:18 34:19 34:19 34:20 34:21 34:22 34:24 35:1 35:3 35:4 35:7 35:10 35:11 35:12 35:13 35:16 35:16 35:18 35:18 35:19 35:21 35:23 35:23 35:25 36:4 36:4 36:4 36:6 36:8 36:9 36:10 36:11 36:11 36:12 36:16 36:17 36:18 36:19 36:23 36:25 37:4 37:7 37:8 37:9 37:12 37:13 37:15 37:17 37:18 37:19 37:20 37:22 37:23 38:4 38:6 38:7 38:7 38:8 38:9 38:10 38:11 38:11 38:11 38:15 38:20 38:22 38:24 38:25 38:25 39:1 39:2 39:6 39:8 39:10 39:11 39:14 39:17 | | **the**(301) 39:18 39:18 39:20 39:23 39:23 40:1 40:2 40:2 40:4 40:10 40:11 40:12 40:12 40:16 40:18 40:18 40:19 40:19 40:22 40:23 40:24 40:25 41:2 41:2 41:4 41:7 41:8 41:10 41:11 41:13 41:16 41:16 41:18 41:18 41:20 41:20 41:22 41:23 41:23 41:24 41:25 42:1 42:2 42:5 42:6 42:8 42:9 42:12 42:13 42:14 42:15 42:16 42:17 42:17 42:18 42:22 42:22 42:24 43:1 43:3 43:5 43:6 43:7 43:9 43:11 43:13 43:14 43:16 43:19 44:1 44:2 44:3 44:5 44:7 44:9 44:10 44:11 44:12 44:13 44:14 44:16 44:18 44:18 44:19 44:23 44:24 45:1 45:3 45:4 45:5 45:5 45:7 45:7 45:8 45:9 45:10 45:11 45:13 45:13 45:14 45:19 45:20 45:20 45:21 45:21 45:22 45:23 45:24 45:25 45:25 46:2 46:3 46:4 46:5 46:5 46:12 46:14 46:16 46:17 46:20 46:21 46:24 47:2 47:3 47:5 47:7 47:7 47:9 47:9 48:1 48:5 48:5 47:15 47:16 47:20 47:20 48:1 48:1 48:1 48:4 48:5 48:6 48:8 48:9 48:11 48:12 48:14 48:16 48:18 48:24 48:25 49:4 49:3 49:4 49:7 49:10 49:13 49:13 49:14 49:14 49:16 49:17 49:18 49:20 49:21 49:23 50:1 50:2 50:4 50:5 50:8 50:8 50:11 50:12 50:12 50:14 50:16 50:16 50:17 50:17 50:17 50:19 50:20 50:21 50:23 50:23 50:25 51:1 51:2 51:3 51:6 51:11 51:12 51:14 51:14 51:15 51:16 51:16 51:16 51:18 51:21 51:24 51:24 51:25 52:1 52:5 52:7 52:8 52:10 52:12 52:13 52:16 52:17 52:20 52:20 52:22 52:22 53:2 53:2 53:3 53:7 53:7 53:9 53:9 53:10 53:13 53:13 53:15 53:19 54:1 54:2 54:4 54:4 54:5 54:6 54:7 54:8 54:9 54:10 54:15 54:16 54:17 54:23 54:23 55:2 55:5 55:6 55:7 55:10 55:12 55:16 55:16 55:18 55:19 55:20 55:21 55:22 55:22 55:23 55:24 55:25 56:2 56:3 56:4 56:4 56:5 56:7 56:8 56:10 56:14 56:16 56:17 56:18 56:18 56:19 56:20 56:20 56:20 56:21 56:23 56:24 56:25 57:3 57:8 57:8 57:11 57:13 57:15 57:17 57:17 57:18 57:19 57:23 58:2 58:2 58:4 58:5 58:8 58:11 58:13 58:13 58:14 | | **they**(65) 10:5 14:13 14:17 17:6 17:7 18:1 20:3 20:4 21:5 22:17 22:23 24:6 24:23 24:25 25:4 25:22 27:5 27:25 28:1 28:2 28:3 28:20 29:14 30:7 30:8 30:8 30:11 30:15 30:21 31:22 32:17 32:19 34:1 34:15 34:24 35:6 35:8 35:9 35:10 35:22 35:25 36:9 38:1 38:2 38:15 38:20 40:8 40:19 40:21 40:25 41:11 43:21 43:22 46:22 47:17 47:18 47:18 51:22 52:3 53:21 54:1 54:3 54:5 54:6 58:21 | | **topics**(6) 17:4 17:6 17:9 17:12 17:20 18:5 **torres**(2) 3:59 6:87 **totality**(1) 17:23 **touched**(1) 38:12 **touches**(1) 45:7 **toward**(2) 14:18 47:2 **transcriber**(1) 59:16 **transcript**(3) 1:16 1:50 59:12 **transcription**(2) 1:43 1:50 **trial**(1) 18:13 **tribune**(12) 1:7 4:33 4:52 13:17 13:19 13:19 23:23 37:21 40:12 40:23 41:3 53:20 |
| | | | | **they're**(5) 27:11 29:3 29:15 35:23 42:22 **thing**(5) 29:17 31:5 46:9 48:3 58:6 **things**(1) 37:18 **think**(50) 11:23 12:1 12:9 13:4 14:13 14:24 17:14 17:15 18:18 19:8 20:16 23:6 23:7 23:10 23:12 23:14 24:12 25:9 25:15 25:16 26:12 26:18 29:8 29:11 31:6 31:21 32:4 33:13 35:14 37:23 38:3 41:4 41:21 42:20 43:16 44:11 48:9 48:20 51:14 51:21 51:23 52:16 52:21 52:25 54:21 55:16 55:21 57:12 58:12 58:25 | | **tribune's**(1) 39:20 **tribune''**(1) 20:18 **tried**(2) 16:8 18:6 **trouble**(1) 30:23 **true**(4) 16:10 32:16 34:1 36:4 **trust**(85) 4:1 10:21 10:24 11:2 11:3 11:10 11:11 11:18 11:20 11:22 12:4 12:8 12:19 12:24 13:11 18:9 18:10 18:11 18:14 18:19 18:21 18:22 18:23 18:25 19:3 19:4 19:10 19:11 19:16 19:17 19:22 19:24 20:6 20:7 20:8 21:3 21:7 21:14 21:16 22:1 22:14 22:22 22:25 23:3 26:6 26:8 26:14 26:16 26:20 26:21 27:1 27:3 27:10 27:11 27:13 27:18 27:24 29:9 29:12 29:13 30:6 30:10 31:22 32:1 35:6 35:12 35:24 36:1 36:19 48:22 48:24 49:10 49:13 49:24 49:25 50:17 50:20 50:21 50:24 51:11 51:12 51:12 54:18 55:6 56:18 | |
| | | **the**(12) 58:20 58:20 58:21 58:23 59:1 59:3 59:6 59:9 59:11 59:12 59:12 59:13 | | **third**(11) 13:9 13:14 14:25 26:15 28:13 32:21 32:22 33:17 33:7 37:8 52:5 | | |
| | | **their**(27) 15:3 15:23 16:10 20:4 20:5 20:13 21:3 21:4 21:9 21:16 26:4 27:9 28:2 28:4 28:7 28:13 28:18 29:18 30:9 36:7 46:2 46:22 46:23 48:7 50:18 52:15 55:9 | | **this**(52) 9:7 11:23 11:25 13:13 14:25 17:25 19:1 21:1 23:14 24:20 26:22 28:18 29:8 29:21 31:5 31:5 31:9 31:19 31:24 32:9 33:14 33:21 35:9 35:22 36:22 36:24 34:19 46:4 46:13 46:20 46:23 47:4 47:6 53:22 53:25 54:14 54:14 54:20 55:12 56:11 57:5 58:13 58:14 58:25 59:7 | | **trustee**(39) 3:66 3:66 11:3 11:4 12:14 12:17 12:21 21:22 21:24 22:11 22:15 22:17 22:20 23:1 26:7 27:20 27:20 31:19 31:23 32:2 32:7 34:2 34:4 34:8 34:13 34:21 35:4 35:13 35:16 35:21 35:25 36:10 36:19 44:22 50:18 51:17 52:1 55:18 56:4 |
| | | **them**(17) 10:7 11:21 12:6 14:13 15:19 17:3 17:4 25:17 25:18 28:18 31:14 41:1 43:6 47:22 52:11 54:22 | | **thomas**(2) 4:24 4:43 **those**(46) 9:12 15:1 16:16 17:1 17:6 17:20 20:2 20:9 20:22 23:8 25:19 27:12 27:14 28:5 28:19 29:2 30:22 30:24 32:17 33:18 34:1 34:14 37:2 37:22 38:13 38:16 38:17 38:19 38:22 38:24 40:21 40:22 41:9 42:9 42:19 44:22 45:14 48:6 49:14 52:10 52:13 53:22 53:23 55:3 55:20 57:20 | | **trustees**(7) 11:14 15:16 15:17 20:3 27:9 27:14 27:23 |
| | | **themselves**(5) 11:11 12:11 27:23 30:9 **then**(23) 10:4 15:4 15:8 16:2 16:6 27:2 36:9 37:22 38:11 38:23 39:16 39:24 44:24 47:19 47:21 48:8 48:14 48:15 49:1 51:18 54:20 57:14 57:15 | | **though**(1) 45:12 **thought**(4) 12:25 15:17 30:16 36:25 **three**(28) 9:9 9:12 10:18 11:1 15:1 15:3 15:19 16:11 17:4 17:6 17:9 17:11 17:19 18:5 19:3 19:15 19:16 22:7 22:12 22:13 22:24 22:24 23:16 32:2 32:11 34:11 41:3 46:24 | | **trustee's**(2) 11:13 13:6 **trust's**(2) 19:20 20:1 **try**(3) 32:20 49:3 53:4 **trying**(5) 15:18 15:23 35:8 39:9 46:3 **turn**(3) 15:2 21:18 23:16 **turns**(1) 22:13 **tweed**(1) 7:20 |
| | | **there**(36) 10:16 11:12 17:2 17:4 17:14 17:15 17:18 18:12 20:1 22:13 22:16 22:23 22:24 23:5 26:10 31:2 31:25 32:23 33:7 35:15 35:19 38:17 40:18 42:24 45:10 46:16 48:10 49:8 49:19 49:22 55:2 56:12 56:22 57:1 58:8 58:23 | | **three-member**(5) 10:20 33:1 33:3 35:3 51:25 **three-year**(1) 52:12 **through**(3) 30:9 37:8 42:23 **thursday**(1) 10:1 **time**(20) 9:16 9:23 24:4 24:7 30:14 35:11 37:6 39:15 40:1 40:21 41:7 43:17 44:5 45:13 47:2 47:17 47:23 47:24 48:18 55:6 | | **two**(37) 9:14 9:25 12:8 15:5 16:20 20:2 20:9 21:13 21:18 21:21 24:15 26:4 27:3 27:9 31:12 32:11 32:14 32:17 32:25 33:9 33:15 33:18 34:1 34:11 34:14 35:2 37:5 38:6 38:10 42:11 45:12 45:14 46:16 46:24 50:11 51:25 52:18 |
| | | **therefore**(1) 22:1 **there's**(16) 17:16 20:25 27:3 27:6 29:25 31:20 33:3 37:24 41:5 44:7 45:18 47:20 47:21 51:19 54:13 57:12 | | **time3s**(1) 4:4 **timeframe**(1) 24:2 **timely**(2) 17:14 35:4 **timetable**(1) 22:23 **timing**(11) 17:8 21:22 23:17 24:10 24:25 26:7 30:20 35:21 55:18 55:22 56:13 **tina**(1) 7:77 | | **two-hour**(1) 15:18 **two-page**(4) 17:22 21:13 21:14 22:5 **two-pager**(1) 18:4 **two-year**(1) 52:11 **types**(1) 47:21 **typically**(1) 12:7 **u.s**(3) 3:66 11:13 44:8 **ultimate**(1) 21:25 |
| | | **these**(6) 10:18 14:19 41:5 43:21 45:17 45:18 | | **today**(9) 17:3 50:22 51:13 57:20 57:25 58:3 58:4 58:9 58:23 **today's**(2) 9:23 9:25 **told**(1) 35:23 **tomorrow**(4) 57:10 57:18 57:20 58:6 **tons**(1) 47:18 **too**(4) 24:3 52:22 52:25 53:1 **took**(2) 18:3 42:22 **top**(1) 13:4 **topic**(4) 18:8 21:18 21:21 23:16 | | **ultimately**(3) 21:5 21:16 45:4 **unanimity**(1) 33:3 **unavailable**(1) 20:23 **uncertain**(1) 14:18 **uncertainties**(1) 14:8 **uncertainty**(2) 27:4 37:24 **under**(13) 9:25 13:11 14:10 18:16 19:2 23:5 27:9 29:11 34:3 34:10 34:18 42:18 46:6 **understand**(7) 27:8 29:7 29:16 30:2 31:17 34:3 49:12 **understandable**(1) 46:10 **understood**(1) 30:21 **undertake**(1) 40:14 **undertaking**(1) 40:13 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **unfair**(1) 54:21 | | **we'd**(1) 29:15 | | **wilmington**(34) 1:11 1:38 2:16 2:32 2:48 | | **your**(127) 9:5 9:6 9:7 9:17 9:22 9:24 10:3 | |
| **unilateral**(1) 12:10 | | **we'll**(4) 13:1 34:11 47:1 56:17 | | 3:5 3:28 3:56 3:70 4:1 9:1 11:3 11:9 | | 10:18 11:23 12:13 13:7 13:9 13:14 14:19 | |

**unfair**(1) 54:21
**unilateral**(1) 12:10
**unilaterally**(2) 11:10 11:21
**unique**(1) 46:12
**united**(3) 1:1 1:18 49:7
**unless**(5) 21:18 28:22 33:3 38:2 53:13
**unnamed**(1) 43:10
**unresolved**(2) 9:9 10:19
**unsecured**(2) 4:20 26:3
**until**(7) 11:25 27:11 46:19 51:3 51:6 57:19 57:24

**unusual**(1) 24:9
**upcoming**(1) 17:12
**upon**(6) 37:3 40:8 41:6 56:2 56:3 58:24
**used**(3) 24:17 24:25 53:3
**useful**(1) 12:2
**usual**(2) 10:17 31:15
**usually**(1) 24:14

**vader**(1) 45:18
**vader-like**(1) 53:19
**vaders**(1) 29:19
**vail**(1) 5:25
**vast**(1) 45:20
**venture**(1) 58:17
**version**(3) 22:8 29:10 29:11
**versions**(1) 35:7
**very**(12) 17:1 18:5 20:11 24:17 43:20 44:15 49:6 49:11 50:1 50:2 57:12 59:7

**vi.i**(1) 21:11
**view**(5) 25:13 30:1 51:10 52:1 54:13
**viewed**(1) 55:11
**viewpoint**(1) 52:3
**vital**(1) 17:9
**vote**(3) 12:7 24:5 32:11
**voters**(2) 35:22 36:5
**votes**(1) 19:11
**voting**(8) 13:1 17:17 23:4 34:1 36:8 44:21 52:23 54:4

**wait**(1) 46:11
**waivers**(1) 39:22
**want**(3) 20:4 36:21 57:16
**wanted**(3) 48:3 49:15 50:3
**wardwell**(2) 2:19 6:1
**was**(36) 9:15 10:14 11:12 12:25 16:5 18:13 19:22 26:9 26:10 35:15 35:18 35:19 35:20 36:24 37:1 37:4 37:7 37:9 38:22 43:6 43:8 43:13 43:19 43:24 46:14 46:15 46:15 46:24 48:9 48:10 50:16 50:21 52:7 52:17 56:23 59:9

**way**(16) 13:6 15:25 24:2 25:12 31:12 31:14 39:10 52:4 52:22 52:22 52:22 53:4 55:22 57:1 57:4 58:12
**ways**(4) 11:23 33:24 36:18 42:11
**week**(2) 10:1 36:24
**weekend**(1) 42:23
**weeks**(8) 10:12 15:22 22:7 24:15 32:6 37:5 46:24 47:9

**weigh**(3) 25:10 58:21 59:4
**weiss**(1) 8:26
**weitman**(1) 4:55
**well**(26) 9:18 19:5 23:3 24:1 24:20 28:20 32:9 32:22 33:12 38:14 40:10 40:16 41:11 43:19 43:20 46:15 47:3 48:25 49:1 53:2 54:4 54:23 55:5 56:22 57:19 58:4

**wells**(2) 6:65 7:76
**went**(2) 37:8 44:24
**were**(16) 12:6 16:17 18:12 20:15 25:11 30:11 32:3 32:20 33:14 37:11 41:7 43:21 44:3 49:17 49:22 56:22

**west**(1) 1:30
**western**(1) 44:15

**we'd**(1) 29:15
**we'll**(4) 13:1 34:11 47:1 56:17
**we're**(15) 29:4 31:2 34:12 37:4 37:17 38:3 38:19 39:9 46:3 47:1 47:8 47:9 54:13 57:6 58:25

**we've**(10) 10:4 10:7 18:18 19:15 22:19 22:19 25:17 26:23 46:13 54:17

**wharton**(1) 8:26
**what**(28) 10:15 10:18 12:5 16:5 21:21 22:16 26:23 31:1 32:25 34:20 37:11 38:3 38:5 40:5 42:5 42:24 46:1 46:4 47:1 50:16 53:11 53:24 55:10 56:1 56:8 56:13 57:15
**whatever**(6) 16:21 25:22 30:17 46:25 52:4 56:13

**what's**(3) 17:6 20:25 28:22
**when**(22) 9:19 9:22 9:23 12:14 13:6 13:15 14:9 14:20 16:16 22:12 22:21 23:6 23:12 24:4 25:11 33:7 35:23 51:24 53:23 54:2 54:3 54:11

**whenever**(1) 53:10
**where**(12) 18:13 20:3 26:11 31:19 33:18 34:3 37:8 40:25 42:25 43:9 44:1 59:1

**whereupon**(1) 59:9
**whether**(9) 26:22 28:2 31:25 35:2 48:6 50:24 51:1 53:3 55:7

**which**(23) 9:15 12:22 15:8 16:14 17:22 18:8 21:11 22:7 23:17 24:14 31:9 32:1 32:5 35:6 40:5 40:25 42:14 44:5 44:11 46:12 46:14 51:14 54:5

**while**(3) 17:2 33:25 44:13
**white**(1) 6:65
**who**(57) 10:23 10:25 11:5 12:10 13:10 14:2 14:7 14:17 15:3 18:20 20:5 23:22 24:4 24:19 25:20 26:11 26:13 26:15 27:4 27:5 27:5 27:9 27:22 27:24 28:1 28:8 28:13 28:15 28:17 28:19 29:2 32:6 32:15 34:5 34:9 34:22 34:25 35:23 36:6 36:10 40:13 40:19 41:17 41:23 42:13 42:16 45:19 46:10 50:21 50:23 52:19 53:23 54:2 55:3 55:19 55:20 56:4

**whoever**(1) 30:11
**whole**(1) 32:11
**whom**(3) 44:20 44:22 55:3
**whose**(1) 43:10
**who's**(2) 28:3 48:18
**why**(13) 12:2 20:9 21:1 28:6 29:3 29:16 36:16 37:12 39:9 39:18 49:2 49:4 49:12

**wickersham**(1) 5:10
**wide**(1) 33:22
**wild**(1) 8:19
**will**(99) 9:8 10:22 11:2 12:15 12:16 12:24 13:17 13:19 13:22 14:2 14:7 14:7 14:9 14:13 14:18 14:21 15:3 15:6 15:21 16:6 16:22 16:25 17:20 17:22 18:10 19:3 19:8 19:17 19:19 20:18 21:24 22:23 23:2 23:6 24:6 24:7 24:21 25:9 26:13 26:22 26:24 27:5 27:10 27:24 29:24 30:8 30:17 31:9 31:25 32:7 32:7 34:4 34:17 35:3 35:6 37:21 37:22 37:24 38:1 38:6 38:8 38:8 38:10 38:11 38:24 42:13 42:16 43:11 45:1 45:19 46:1 46:2 47:25 49:14 49:21 50:22 51:13 51:14 51:18 51:19 51:22 52:1 52:3 52:14 53:7 54:6 55:19 57:19 57:20 58:3 58:5 59:8

**william**(3) 19:4 19:9 26:18
**willing**(5) 14:17 40:14 41:14 41:17 46:11
**willingness**(1) 55:19

**wilmington**(34) 1:11 1:38 2:16 2:32 2:48 3:5 3:28 3:56 3:70 4:1 9:1 11:3 11:9 11:20 19:4 19:17 19:22 20:1 20:8 21:3 21:14 22:22 26:14 27:3 27:11 27:18 29:12 30:5 31:22 36:1 50:21 51:12 54:18 55:8

**wisdom**(1) 11:13
**wise**(1) 11:17
**wiser**(1) 12:25
**wish**(3) 15:9 58:21 59:4
**wishes**(2) 40:14 55:3
**with**(70) 9:11 10:4 10:8 10:15 10:19 11:20 12:1 12:14 12:20 13:15 13:15 14:13 15:5 16:2 16:18 17:5 17:7 18:5 18:18 20:10 20:13 21:3 21:9 22:24 23:14 26:8 27:19 29:6 30:1 31:3 31:11 31:21 34:20 35:1 35:10 35:18 35:20 37:10 37:13 38:13 38:17 38:18 38:23 39:7 40:11 40:23 42:9 43:4 45:24 46:9 46:11 46:15 47:22 48:4 48:23 49:17 49:24 50:22 51:20 53:24 54:8 54:15 54:16 55:17 56:6 56:16 56:21 57:7 58:13 58:25

**within**(3) 14:21 15:18 16:11
**without**(2) 14:25 35:5
**wong**(1) 8:23
**won't**(7) 17:3 27:9 27:12 28:19 32:21 51:10 56:19

**word**(1) 16:10
**wording**(1) 56:22
**work**(10) 9:14 10:5 35:5 46:1 46:2 46:23 57:7 57:13 57:23 58:2

**worked**(2) 15:22 22:19
**working**(2) 9:7 57:7
**world**(2) 20:9 51:16
**worry**(1) 54:19
**worth**(1) 37:11
**would**(48) 9:23 10:10 11:25 12:5 12:10 13:3 13:7 14:17 14:19 15:17 15:18 16:9 18:21 19:23 21:4 22:16 24:8 24:8 25:21 26:11 28:1 28:2 28:4 28:8 28:21 29:1 29:22 30:22 32:23 33:17 33:25 36:5 39:11 40:6 40:6 40:8 41:6 41:9 44:4 45:2 49:13 49:24 50:18 55:13 56:5 57:12 57:15 57:24

**wouldn't**(7) 26:11 28:20 29:14 35:6 41:11 46:11 54:24

**wrote**(1) 39:18
**www.diazdata.com**(1) 1:47
**year**(1) 14:24
**years**(2) 24:18 32:8
**yes**(6) 30:19 33:20 41:19 52:23 54:6 57:3
**yesterday**(1) 17:25
**yet**(10) 13:10 19:13 32:5 32:6 32:12 35:6 43:10 45:6 45:12 50:24

**york**(9) 2:9 2:24 3:36 3:43 3:63 4:5 6:39 44:8 45:10

**you**(81) 9:7 9:19 9:21 9:22 11:24 12:12 15:10 17:22 18:2 18:3 19:1 19:5 19:5 20:19 20:18 21:21 23:20 24:8 24:8 24:20 25:2 25:24 26:12 28:21 28:23 29:2 29:4 29:10 29:23 31:1 31:4 31:6 32:3 36:2 36:11 36:12 39:9 40:4 40:6 41:4 41:18 41:20 42:20 43:4 45:17 46:6 46:16 46:17 46:20 47:17 47:18 47:21 48:17 49:4 50:4 50:5 50:6 50:8 50:12 50:21 51:24 52:24 52:24 54:11 55:1 55:13 55:17 55:23 56:25 57:5 57:11 57:23 58:7 58:11 58:20 58:23 58:24 58:24 58:25 59:3 59:7

**young**(2) 2:44 8:28

**your**(127) 9:5 9:6 9:7 9:17 9:22 9:24 10:3 10:18 11:23 12:13 13:7 13:9 13:14 14:19 14:24 15:1 15:10 15:12 15:14 15:21 16:6 16:7 16:10 16:10 16:11 16:15 16:25 17:11 17:21 18:3 18:11 19:5 20:11 20:15 21:7 21:18 21:18 22:22 22:21 23:10 23:13 23:16 23:25 24:11 24:20 25:2 25:9 25:11 25:19 26:1 26:4 26:12 26:24 27:15 27:22 28:11 29:7 30:2 30:16 30:21 31:8 31:18 31:18 31:20 31:24 32:16 33:8 33:23 33:25 34:7 34:16 34:18 34:25 35:17 35:22 36:3 36:8 36:9 36:11 36:13 36:15 37:1 39:21 40:16 41:15 42:8 42:19 43:7 43:15 45:16 45:16 46:7 46:9 46:15 46:17 46:21 47:11 47:12 47:17 48:2 48:5 48:9 48:17 48:21 48:23 49:20 50:3 50:6 50:7 50:15 51:8 51:23 52:8 53:15 53:16 54:12 55:1 55:15 56:16 57:2 57:4 57:22 58:1 58:7 58:22 59:2

**you'd**(2) 32:4 56:21
**you'll**(2) 18:3 50:6
**you're**(5) 30:23 36:1 43:5 50:14 58:17
**zabel**(1) 7:46
**zloto**(1) 5:30
**zuckerman**(3) 3:39 4:27 26:2
**\*although**(1) 44:25
**\*any**(1) 39:4
**\*directors**(1) 20:17
**\*does**(1) 45:4
**\*majority**(1) 44:2
**\*one**(1) 43:10
**\*the**(1) 44:16