In The United States Bankruptcy Court
For The District of Delaware

In re:                                          :        Chapter 11
                                                :
Tribune Company et al                           :        Case No. 08-13141 (KJC)
                                                :
        Debtors                                 :        Jointly Administered
                                                :
                                                :        Related to Docket No. 10964, 11102, 11104,
                                                :        1119 & 11181

### Kissi' Praecipe
### In re: Order Sustaining Debtors' Fifty-First Omnibus (Substantive) Objection To Claims Pursuant To Section 502(b) Of The Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007 and Local Rule 3007-1

May this Court note that the basis of the cause of action of Ammendale Trust and David Kissi, Interested Parties against the Chicago Tribune arises from a civil complaint Kissi et al had filed against the Tribune and its subsidiary, The Baltimore Sun. In fact, the $1 Billion claim is still pending in the U.S. District Court of D.C. and the Federal Court in Greenbelt, MD. See attached Exhibit A.

So even though Kissi et al's claim remains unresolved as of today Kissi et al should be treated as an unsecured creditor for the purpose of the Tribune and its holdings' Chapter 11 reorganization. See p. 2 hereby attached.

That Kissi prays for a hearing pursuant to Maryland Rule 2-311(f) and his 4th Amendment Right if his claim is disputed by any party.

Respectfully Submitted by: _____
David Kissi, Interested Parties
Ammendale Trust
325 Pennsylvania Ave SE
Washington, DC 20003
202-675-6365 (Bus. hrs 8AM-5PM)

### Certificate of Service

That the Plaintiffs did send copies per the U.S. Postmaster of this Praecipe to the Debtor per its attorney and all interested parties listed in the court Records.

_____
David Kissi

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 51: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMMERDALE TRUST C/O DAVID KISSI PO BOX 77878 ONE MASSACHUSETTS AVE NE WASHINGTON, DC 20013 | 08-13141 | Tribune Company | 02/13/2009 | 940 | Undetermined | No liability for this claim is reflected in Debtors' book and records as set forth in detail in paragraphs 15-17 of the objection. |
| 2 | HEIMBERG, ERIC 6233 S MAJOR CHICAGO, IL 60638 | 08-13141 | Tribune Company | 06/10/2009 | 4421 | $5,347.20 | Claim asserted for vacation pay in excess of amount to which claimant is entitled to receive under Chicago Tribune Company's vacation pay policy in effect at the time services were performed.[1] Neither Chicago Tribune Company's nor Tribune Company's books and records show that any amounts were due to creditor as of the Petition Date. |
| 3 | HOWARD COUNTY, MARYLAND HOWARD COUNTY OFFICE OF LAW - MARGARET ANN NOLAN, ESQ. CAMELA J. SANDMANN, ESQ. 3430 COURTHOUSE DRIVE ELLICOTT CITY, MD 21043 | 08-13141 | Tribune Company | 03/03/2011 | 6709 | $511.99 | Claim is for late penalty charges. Payment for tax liability in 2010 was released on 10/28/2011 in check number 0002628584. Tax liability was due on or before 10/30/2011. There is no liability related to this claim. |
| 4 | HUYNH, HOI T. 2662 N. DRAKE STREET CHICAGO, IL 60647-1210 | 08-13252 | WGN Continental Broadcasting Company | 10/12/2010 | 6662 | Undetermined | No liability for this claim is reflected in Debtors' book and records, as set forth in detail in paragraphs 18-19 of the objection. In addition, this claim was filed after the Bar Date. |

---

[1] A copy of the applicable Chicago Tribune Company vacation pay policy is available upon request to the Debtors.