IBM Corporation
1360 Rene-Levesque W., Suite 400
Montreal, QC, H3G 2W6
Canada

April 11, 2012

Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE, 19801

KJC

Subject: Tribune Company, et al., Case# 08-13141, Jointly Administered

Dear Clerk of the Court:

Please add the following to the Master Mailing List for this case, to receive copies of all notices, pleadings and related documents as required by Bankruptcy Rules 2002 and 3017:

Marie-Josee Dube
Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
1360 Rene-Levesque W., Suite 400
Montreal, QC, H3G 2W6
Canada

Ms Dube can also be reached at telephone 514-964-0294 or Facsimile 845-491-5032 or email mjdube@ca.ibm.com.

Would you also please remove from the Master Mailing List for this case the name of:

IBM Corporation
Beverly Shideler
Two Lincoln Center
Oakbrook Terrace, IL 60181-4295

Sincerely,

Marie-Josee Dube
IBM Corp