## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 11399-11401 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 17, 2012, I caused to be served the:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\4th Amd Jt Plan Ntc, Supp Discl Ntc, & Tab COC_DI 11399-11401_Aff_4-17-12.doc

a) "Notice of Filing of Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.," dated April 17, 2012 [Docket No. 11399],

b) "Notice of Filing of Supplemental Disclosure Document Relating to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.," dated April 17, 2012 [Docket No. 11400], and

c) "Certification of Counsel With Respect to Proposed Order (I) Approving Supplemental Disclosure Document; (II) Establishing Scope, Forms, Procedures, and Deadlines for Resolicitation and Tabulation of Votes to Accept or Reject DCL Plan From Certain Classes; (III) Authorizing Tabulation of Prior Votes and Elections on DCL Plan Made by Holders of Claims in Non-Resolicited Classes; (IV) Scheduling the Confirmation Hearing and Establishing Notice and Objection Procedures in Respect Thereof; and (V) Granting Related Relief," dated April 17, 2012 [Docket No.11401],

by causing true and correct copies to be:

a) enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

b) delivered via electronic mail to those parties listed on the annexed Exhibit B.

_____
Genevieve Uzamere

Sworn to before me this
18th day of April, 2012

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: MEGHAN C. HORN, ESQ. (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE FUND AND PENSION FUND) 809 GLENEAGLES COURT, SUITE 320 TOWSON MD 21286 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. | C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 |
| ANDREWS KURTH LLP | ATTN: PAUL SILVERSTEIN, ESQ. COUNSEL FOR THE AD HOC TRADE COMMITTEE 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| CATHOLIC CHARITIES | ATTN: JOSEPH AUGUSTYNIAK 1966 GREENSPRING DRIVE, SUITE 200 TIMONIUM MD 21093 |
| CROWELL & MORING LLP | ATTN. MICHAEL V. BLUMENTHAL, ESQ. (COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP 590 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10022 |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL | ATTN: ELAINE Z. COLE, ESQ. 340 E. MAIN ST. (COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE) ROCHESTER NY 14604 |
| DEWEY & LEBOEUF LLP | BRUCE BENNETT JAMES O. JOHNSTON JOSHUA M. MESTER 333 SOUTH GRAND AVENUE, SUITE 2600 (COUNSEL TO CREDIT AGREEMENT LENDERS) LOS ANGELES CA 90071-1530 |
| DUANE MORRIS LLP | ATTN: MARGERY N. REED, ESQ.; WENDY M. SIMKULAK, ESQ. 30 SOUTH 17TH STREET (COUNSEL TO ACE COMPANIES) PHILADELPHIA PA 19103-4196 |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC | ATTN. MARGARET F. ENGLAND, ESQUIRE (COUNSEL TO THE NIELSEN COMPANY) 300 DELAWARE AVENUE, SUITE 1210 WILMINGTON DE 19801 |
| HOWARD COUNTY OFFICE OF LAW | ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| IBM CORPORATION | ATTN BEVERLY H SHIDELER TWO LINCOLN CENTRE OAKBROOK TERRACE IL 60181 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 21126 PHILADELPHIA PA 19114 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150 31 HOPKINS PLAZA BALTIMORE MD 21201 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVE (COUNSEL TO GREATBANC TRUST COMPANY) NEW YORK NY 10022-6030 |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSDAN OAKS BLVD. #343 WESTLAKE VILLAGE CA 91362 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ. COUNSEL TO STEP ONE SENIOR LENDERS 1201 NORTH MARKET STREET, 18TH FLOOR PO BOX 1347 WILMINGTON DE 19899-1347 |
| NAVISTAR LEASING COMPANY | 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG IL 60173 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: JOSEPH L. CHRISTENSEN 500 DELAWARE AVENUE, SUITE 200; PO BOX 32 (COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.) WILMINGTON DE 19899-0032 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) HERCULES PLAZA 1313 N MARKET ST, PO BOX 951 WILMINGTON DE 19899-0951 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC | ATTN. FRED B. RINGEL, ESQ. (COUNSEL TO GALLERIA OPERATING COMPANY, LLC) 875 THIRD AVENUE, 9TH FL NEW YORK NY 10022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | ATTN: KENNETH P. KANSA ESQ. (COUNSEL TO THE DEBTORS) ONE SOUTH DEARBORN CHICAGO IL 60603 |
| SILVERMAN MCDONALD & FRIEDMAN | ATTN: BRIAN E. LUTNESS, ESQ. COUNSEL TO MARCIA WILLETTE GUARDIAN TO ZACHARY MITZKOVITZ 1010 N. BANKCROFT PARKWAY, SUITE 22 WILMINGTON DE 19805 |
| TRAVELERS | NATIONAL ACCOUNTS 1 TOWER SQUARE-5MN HARTFORD CT 06183-4044 |
| UNISYS CORPORATION | ATTN. JANET FITZPATRICK, LEGAL ASSISTANT UNISYS WAY P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| WILMINGTON TRUST COMPANY | ATTN. PATRICK J. HEALY, VICE PRESIDENT RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

**Claim Name** | **Address Information**
---|---

**Total Creditor count  27**

**EXHIBIT B**

**Email**

EMAIL: aconway@taubman.com
EMAIL: adeglomi@harris.com
EMAIL: adoshi@magnozzikye.com
EMAIL: agaribian@stradley.com
EMAIL: ahammer@freebornpeters.com;deggert@freebornpeters.com
EMAIL: ahiller@phw-law.com
EMAIL: alipkin@willkie.com
EMAIL: ams@saccullolegal.com; kovach@saccullolegal.com
EMAIL: amuscovitz@dsfadvisors.com
EMAIL: anderson.frank@pbgc.gov; efile@pbgc.gov
EMAIL: andrew.goldman@wilmerhale.com
EMAIL: asalpeter@dl.com; tnohos@dl.com
EMAIL: asteinberg@kslaw.com; sdavidson@kslaw.com
EMAIL: BBUTWIN@OMM.COM; DCANTOR@OMM.COM; DSHAMAH@OMM.COM
EMAIL: bceccotti@cwsny.com
EMAIL: bhshide@us.ibm.com
EMAIL: bmd@gsrnh.com
EMAIL: bmehlsack@gkllaw.com
EMAIL: btrust@mayerbrown.com; fhyman@mayerbrown.com;  jatamian@mayerbrown.com
EMAIL: carickhoff@blankrome.com
EMAIL: cbblac@acxiom.com
EMAIL: cbifferato@bifferato.com; kcollins@bifferato.com
EMAIL: cconnolly@morganlewis.com
EMAIL: CDAVIDOW@PAULWEISS.COM
EMAIL: Charles.smith@klgates.com
EMAIL: chowc@ballardspahr.com;maydt@ballardspahr.com
EMAIL: ckeller@labaton.com; mstocker@labaton.com
EMAIL: claims@recoverycorp.com
EMAIL: cmcmanus@muchshelist.com
EMAIL: cmomjian@attorneygeneral.gov
EMAIL: cmomjian@attorneygeneral.gov
EMAIL: collins@rlf.com
EMAIL: cowan@ask-attorneys.com

EMAIL: csbott@abato.com; besders@abato.com
EMAIL: csimon@crosslaw.com
EMAIL: cward@polsinelli.com; skatona@polsinelli.com
EMAIL: dadler@mccarter.com
EMAIL: DALLAS.BANKRUPTCY@PUBLICANS.COM
EMAIL: DAVE@BHDRL.COM
EMAIL: david.klauder@usdoj.gov
EMAIL: DAVID.POWLEN@BTLAW.COM
EMAIL: dbradford@jenner.com; csteege@jenner.com;avail@jenner.com
EMAIL: deecf@dor.mo.gov
EMAIL: dfeinberg@lewisfeinberg.com; ajongco@lewisfeinberg.com; nwasow@lewisfeinberg.com
EMAIL: dgolden@akingump.com;pdublin@akingump.com
EMAIL: dgonzales@wsh-law.com
EMAIL: dneier@winston.com
EMAIL: don@fgd-law.com
EMAIL: DPLON@SIRLINLAW.COM
EMAIL: dreimann@reimannlawgroup.com
EMAIL: drosner@kasowitz.com; aglenn@kasowitz.com
EMAIL: efriedman@fklaw.com; wweintraub@fklaw.com
EMAIL: EJONES@OMM.COM
EMAIL: ELAINE_COLE@TAX.STATE.NY.US
EMAIL: ellen.slights@usdoj.gov
EMAIL: emseid@mstpartners.com
EMAIL: eobrien@sbchlaw.com
EMAIL: etredinnick@greeneradovsky.com
EMAIL: evan.flaschen@bgllp.com; daniel.connolly@bgllp.com; andrew.schoulder@bgllp.com
EMAIL: ffm@bostonbusinesslaw.com
EMAIL: fred.fellmeth@vitecgroup.com
EMAIL: GARLANDK@GTLAW.COM
EMAIL: gbush@zuckerman.com
EMAIL: gerson.leonard@dol.gov
EMAIL: gmcdaniel@bglawde.com
EMAIL: grmesires@uhlaw.com
EMAIL: heri.christine@dol.gov

EMAIL: hkaplan@arkin-law.com; ddavidian@arkin-law.com
EMAIL: houston_bankruptcy@publicans.com
EMAIL: hseife@chadbourne.com; dlemay@chadbourne.com; ddeutsch@chadbourne.comh
EMAIL: ikallick@manatt.com; ihernandez@manatt.com
EMAIL: ira.greene@hoganlovells.com; scott.golden@hoganlovells.com
EMAIL: j.theil@smmj.com
EMAIL: jalberto@bayardlaw.com
EMAIL: jberlage@ghsllp.com
EMAIL: jconlan@sidley.com; bkrakauer@sidley.com
EMAIL: jcp@pgslaw.com
EMAIL: JCRISWELL@TSMP.COM
EMAIL: JDT@JDTHOMPSONLAW.COM
EMAIL: jfiorella@archerlaw.com
EMAIL: JFRANK@FGLLP.COM
EMAIL: jfriedman@jbflawfirm.com
EMAIL: jfungaroli@capitalsource.com
EMAIL: jgrey@crosslaw.com
EMAIL: jhuggett@margolisedelstein.com
EMAIL: jlosardo@bbwg.com
EMAIL: jmclaughlin@ciardilaw.com
EMAIL: jnimeroff@bsnlawyers.com
EMAIL: jodie.buchman@dlapiper.com
EMAIL: jodie.rea@fox.com
EMAIL: john.sieger@kattenlaw.com; avesselinovitch@kattenlaw.com; daniel.polatsek@kattenlaw.com; joshua.gadharf@kattenlaw.com
EMAIL: jschlerf@foxrothschild.com; jstrock@foxrothschild.com
EMAIL: jsdlaw@msn.com
EMAIL: jsherwood@lowenstein.com; ilevee@lowenstein.com
EMAIL: jshickich@riddellwilliams.com; mmilano@riddellwilliams.com
EMAIL: jteitelbaum@tblawllp.com
EMAIL: JWHITE@BLAKELEYLLP.COM
EMAIL: KDWBankruptcyDepartment@kelleydrye.com
EMAIL: kelkins@elkinskalt.com
EMAIL: ken.higman@hp.com
EMAIL: khill@svglaw.com

EMAIL: kklee@ktbslaw.com
EMAIL: klantry@sidley.com
EMAIL: kmayer@mccarter.com
EMAIL: kmiller@ecjlaw.com
EMAIL: kstickles@coleschotz.com; npernick@coleschotz.com
EMAIL: landis@lrclaw.com; mcguire@lrclaw.com
EMAIL: lawrence.gelber@srz.com
EMAIL: lbogdanoff@ktbslaw.com; mbarash@ktbslaw.com
EMAIL: LESLIE@LESLIECOHENLAW.COM
EMAIL: linda.boyle@twtelecom.com
EMAIL: ljkotler@duanemorris.com
EMAIL: ljones@pszjlaw.com; tcairns@pszjlaw.com
EMAIL: loizides@loizides.com
EMAIL: MAMATO@RMFPC.COM
EMAIL: MAMATO@RMFPC.COM
EMAIL: matthew.troy@usdoj.gov
EMAIL: maureen.mcgreevey@sungard.com
EMAIL: mblumenthal@crowell.com
EMAIL: MBRAZA@FOLEY.COM
EMAIL: MELOROD@GTLAW.COM
EMAIL: mfelger@cozen.com
EMAIL: michael.blumenthal@tklaw.com
EMAIL: michelle.mcmahon@bryancave.com
EMAIL: mlastowski@duanemorris.com; slross@duanemorris.com
EMAIL: mminuti@saul.com
EMAIL: monica.weed@navigantconsulting.com
EMAIL: mprimoff@kayescholer.com
EMAIL: MSMALL@FOLEY.COM
EMAIL: mth@hannafanlaw.com; bth@hannafanlaw.com; jam@hannafanlaw.com
EMAIL: myurkewicz@klehr.com
EMAIL: mzelmanovitz@morganlewis.com; rmauceri@morganlewis.com
EMAIL: mzohn@proskauer.com
EMAIL: nmonhait@rmgglaw.com
EMAIL: pgregory@cpmlegal.com

EMAIL: philip.martino@quarles.com
EMAIL: prubin@herrick.com; SSELBST@HERRICK.COM
EMAIL: psmoots@mcguirewoods.com; pcatanese@mcguirewoods.com
EMAIL: pwebster@buchalter.com
EMAIL: ra-li-ucts-bankhbg@state.pa.us
EMAIL: ramona.neal@hp.com
EMAIL: RBRADY@YCST.COM; MBCLEARY@YCST.COM
EMAIL: RHANLEY@NOLANPLUMHOFF.COM
EMAIL: rkbgwhw@aol.com
EMAIL: rmauceri@morganlewis.com
EMAIL: RMERSKY@MONLAW.COM
EMAIL: romero@mromerolawfirm.com
EMAIL: rosner@teamrosner.com
EMAIL: rpaul@zwerdling.com
EMAIL: rstark@brownrudnick.com; gnovod@brownrudnick.com
EMAIL: rsteinberg@ciardilaw.com
EMAIL: RTUCKER@SIMON.COM
EMAIL: rweinstein@cusa.canon.com
EMAIL: rwriley@duanemorris.com; slross@duanemorris.com
EMAIL: rxza@elliottgreenleaf.com; jms@elliottgreenleaf.com
EMAIL: SCHLOSS.MICHAEL@DOL.GOV
EMAIL: schristianson@buchalter.com
EMAIL: sfallon@trplaw.com
EMAIL: Sfriedberg@Theseaportgroup.com
EMAIL: skaufman@coochtaylor.com
EMAIL: SSHIMSHAK@PAULWEISS.COM; AGORDON@PAULWEISS.COM; DBROWN@PAULWEISS.COM; LSHUMEJDA@PAULWEISS.COM
EMAIL: strattond@pepperlaw.com;raportl@pepperlaw.com
EMAIL: STRATTOND@PEPPERLAW.COM;SCHANNEJ@PEPPERLAW.COM
EMAIL: stuart.brown@dlapiper.com; craig.martin@dlapiper.com; michelle.marino@dlapiper.com
EMAIL: taskounis@askounisdarcy.com
EMAIL: tlauria@whitecase.com; guzzi@whitecase.com; sgreissman@whitecase.com
EMAIL: tmhoepker@yahoo.com
EMAIL: tribuneco.routing@dpw.com
EMAIL: trmeites@mmmglaw.com; mmmulder@mmmglaw.com

EMAIL: tscobb@vorys.com
EMAIL: Tscobb@vssp.com
EMAIL: vcappucci@entwistle-law.com
EMAIL: vguldi@zuckerman.com
EMAIL: WALDMEIRD@MICHIGAN.GOV
EMAIL: wayne.smith@warnerbros.com
EMAIL: wbowden@ashby-geddes.com; awinfree@ashby-geddes.com
EMAIL: WBOWDEN@ASHBY-GEDDES.COM; kskomorucha@ashby-geddes.com
EMAIL: whazeltine@sha-llc.com
EMAIL: whazeltine@sha-llc.com
EMAIL: william.barrett@bfkn.com; ray.rezner@bfkn.com; roger.stetson@bfkn.com
EMAIL: wmk@elliottgreenleaf.com
EMAIL: YONATAN.GELBLUM@USDOJ.GOV