**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEAL**

Wilmington Trust Company, solely in its capacity as successor Indenture Trustee pursuant to an indenture dated April 1, 1999 (the "PHONES Indenture"), by and between the Tribune Company and Bank of Montreal Trust Company, for the holders of notes issued pursuant to the PHONES Indenture, appeals under 28 U.S.C. § 158(a), Rule 8001(a) of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, from:

- Order Regarding Allocation Disputes [D.I. 11338] and the Memorandum Regarding Allocation Disputes [D.I. 11337], each entered in these cases on the 9th day of April 2012 by Judge Kevin J. Carey.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| **Appellants**: Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes | **SULLIVAN HAZELTINE ALLINSON LLC**<br>William D. Sullivan (I.D. No. 2820)<br>Elihu E. Allinson, III (I.D. No. 3476)<br>901 N. Market St., Suite 1300<br>Wilmington, DE 19801<br>302-428-8191<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800 |

| | |
|---|---|
| <u>Appellees</u>: | **Counsel for Aurelius Capital Management, LP**<br><br>**ASHBY & GEDDES, P.A.**<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, DE 19899<br>302- 654-1888<br><br>-and-<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Daniel H. Golden<br>David Zensky<br>Philip C. Dublin<br>Abid Qureshi<br>Mitchell P. Hurley<br>One Bryant Park<br>New York, NY 10036<br>212-872-1000<br><br>**Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes**<br><br>**McCARTER & ENGLISH, LLP**<br>Katharine L. Mayer (I.D. No. 3758)<br>James J. Freebery IV (I.D. No. 3498)<br>Renaissance Centre<br>405 N. King Street<br>Wilmington, DE 19801<br>302-984-6300<br><br>David J. Adler<br>245 Park Avenue<br>New York, NY 10167<br>212-609-6800<br><br>**Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes**<br><br>**BIFFERATO GENTILOTTI LLC**<br>Garvan F. McDaniel (I.D. No. 4167)<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>302- 429-1900 |

|  | -and- |
|---|---|
|  | **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**<br>David S. Rosner<br>1633 Broadway<br>New York, New York 10019<br>212-506-1700 |
|  | **Counsel for Brigade Capital Management, LLC** |
|  | **LOIZIDES, P.A.**<br>Christopher D. Loizides (SBN 3968)<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>302-654-0248 |
|  | -and- |
|  | **STUTMAN TREISTER & GLATT**<br>Issac M. Pachulski (CA SBN 62337)<br>1901 Avenue of the Stars, #1200<br>Los Angeles, CA 90067<br>310-228-5600 |
|  | **Counsel for Davidson Kempner Capital Management LLC, as investment advisor** |
|  | **BIFFERATO GENTILOTTI LLC**<br>Garvan F. McDaniel (I.D. No. 4167)<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>302- 429-1900 |
|  | -and- |
|  | **SCHULTE ROTH & ZABEL LLP**<br>Adam C. Harris<br>Karen S. Park<br>919 Third Avenue<br>New York, NY 10022<br>212-756-2000 |

| | |
|---|---|
| | **Counsel for the Debtors and Debtors in Possession** |
| | **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.** |
| | Norman L. Pernick (No. 2290) |
| | J. Kate Stickles (No. 2917) |
| | Patrick J. Reilley (No. 4451) |
| | 500 Delaware Avenue, Suite 1410 |
| | Wilmington, Delaware  19801 |
| | 302-652-3131 |
| | -and- |
| | **SIDLEY AUSTIN LLP** |
| | James F. Conlan |
| | Bryan Krakauer |
| | Kevin T. Lantry |
| | Jessica C.K. Boelter |
| | One South Dearborn Street |
| | Chicago, Illinois 60603 |
| | 312-853-7000 |
| | |
| | **Counsel for Oaktree Capital Management, L.P.** |
| | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| | Robert S. Brady (I.D. No. 2947) |
| | M. Blake Cleay (I.D. No. 3614) |
| | The Brandywine Building, 17th Floor |
| | 1000 West Street, P.O. Box 391 |
| | Wilmington, DE 19899 |
| | 302-571-6600 |
| | -and- |
| | **DEWEY & LEBOEUF LLP** |
| | Bruce Bennett |
| | James O. Johnson |
| | Josh M. Mester |
| | 333 South Grand Avenue, Suite 2600 |
| | Los Angeles, CA 90071 |
| | 213-621-6100 |

|   | **Counsel for the TM Retirees** |
|---|---|
|   | **HILLER & ARBAN, LLC**<br>Adam Hiller (I.D. No. 4105)<br>Brian Arban (I.D. No. 4511)<br>1500 North French Street, 2nd Floor<br>Wilmington, DE 19801<br><br>-and-<br><br>**TEITELBAUM & BASKIN, LLP**<br>Jay Teitelbaum<br>1 Barker Avenue<br>Third Floor<br>White Plains, NY 10601<br>914-437-7670 |

| **Other Interested Parties** | |
|---|---|
| | **Counsel for Barclays Bank PLC and Waterstone Capital Management L.P.**<br><br>**Latham & Watkins LLP**<br>Robert J. Rosenberg<br>David A. Hammerman<br>885 Third Avenue<br>New York, NY 10022-4834<br>212-906-1200 |
| | **Counsel for EGI-TRB LLC**<br><br>**BLANK ROME LLP**<br>David W. Carickhoff (I.D. No. 3715)<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>302-425-6400<br><br>-and-<br><br>**JENNER & BLOCK LLP**<br>David J. Bradford<br>Catherine L. Steege<br>Andrew W. Vail<br>353 N. Clark Street<br>Chicago, IL 60654<br>312-222-9350 |
| | **Counsel to the Official Committee of Unsecured Creditors**<br><br>**LANDIS RATH & COBB LLP**<br>Adam G. Landis (No. 3407)<br>Daniel B. Rath (No. 3022)<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>302-467-4400<br><br>- and -<br><br>**CHADBOURNE & PARKE LLP**<br>Howard Seife<br>David LeMay<br>30 Rockefeller Plaza<br>New York, NY 10112<br>212-408-5100 |

| | |
|---|---|
| | **Special Counsel to the Official Committee of Unsecured Creditors**<br><br>**ZUCKERMAN SPAEDER LLP**<br>Graeme W. Bush<br>James Sottile<br>Andrew N. Goldfarb<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036<br>202-778-1800 |
| | **Counsel to JPMorgan Chase Bank, N.A.**<br><br>**RICHARDS LAYTON & FINGER, P.A.**<br>Mark D. Collins (I.D. No. 2981)<br>Robert J. Stearn (I.D. No. 2915)<br>Drew G. Sloan (I.D. No. 5069)<br>One Rodney Square, 920 N. King Street<br>Wilmington, DE 19801<br>302-651-7700<br><br>-and-<br><br>**DAVID POLK & WARDWELL LLP**<br>Donald S. Bernstein<br>Damian Schaible<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4500 |
| | **Office of the United States Trustee**<br><br>David Klauder<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899<br>302-573-6491 |

|   |   |
|---|---|
|   | **Counsel for Certain Directors and Officers**<br><br>**CONNOLLY BOVE LODGE & HUTZ LLP**<br>Jeffrey C. Wisler (I.D. No. 2795)<br>Marc J. Phillips (I.D. No. 4445)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19889<br>302-658-9141<br><br>- and –<br><br>**GRIPPO & ELDEN LLC**<br>George Dougerty<br>John R. McCambridge<br>111 South Wacker Drive<br>Chicago, IL 60606<br>312-704-7700 |

Date:  April 23, 2012
        Wilmington, DE                      SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Seth S. Brostoff (No. 5312)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-and-

BROWN RUDNICK LLP
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036
Tel: 212-209-4800

Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes