## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Tribune Company, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **RE: D.I. 11454, 11455 and 11457** |

## DECLARATION OF SERVICE

I, Katie M. Davis, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801.

3. On the 23rd of April 2012 under my direction and supervision, service of the *Notice of Appeal* (Filed April 23, 2012; Docket No. 11454), *Motion for Leave to Appeal Bankruptcy Court's Decision on Allocation Disputes* (Filed April 23, 2012; Docket No. 11455), and the *Declaration of William Sullivan in Support of Motion for Leave to Appeal Bankruptcy Court's Decision on Allocation Disputes* (Filed April 23, 2012; Docket No. 11457) were served upon the parties on the parties listed on Exhibit 1 via in the manner indicated.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 24, 2012          By:  *Katie Davis*
      Wilmington, Delaware         Katie Davis