# EXHIBIT 1

**HAND DELIVERY**
ASHBY & GEDDES, P.A.
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**HAND DELIVERY**
McCARTER & ENGLISH, LLP
Katharine L. Mayer, Esq.
James J. Freebery IV, Esq.
Renaissance Centre
405 N. King Street
Wilmington, DE 19801

**HAND DELIVERY**
BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel, Esq.
800 N. King Street, Plaza Level
Wilmington, Delaware 19801

**HAND DELIVERY**
LOIZIDES, P.A.
Christopher D. Loizides, Esq.
1225 King Street, Suite 800
Wilmington, DE 19801

**HAND DELIVERY**
BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel, Esq.
800 N. King Street, Plaza Level
Wilmington, Delaware 19801

**HAND DELIVERY**
HILLER & ARBAN, LLC
Adam Hiller, Esq.
Brian Arban, Esq.
1500 North French Street, 2nd Floor
Wilmington, DE 19801

**HAND DELIVERY**
BLANK ROME LLP
David W. Carickhoff, Esq.
1201 Market Street, Suite 800
Wilmington, DE 19801

**HAND DELIVERY**
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801

**HAND DELIVERY**
LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Daniel B. Rath, Esq.
Matthew B. McGuire, Esq.
919 Market Street, Suite 1800
Wilmington, Delaware 19801

**HAND DELIVERY**
RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Robert J. Stearn, Esq.
Drew G. Sloan, Esq.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**HAND DELIVERY**
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Robert S. Brady, Esq.
M. Blake Cleary, Esq.
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

**HAND DELIVERY**
Office of the United States Trustee
David Klauder, Esq.
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

**HAND DELIVERY**
CONNOLLY BOVE LODGE & HUTZ
LLP
Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19889

**FIRST CLASS MAIL**
AKIN GUMP STRAUSS HAUER & FELD
LLP
Daniel H. Golden, Esq.
David Zensky , Esq.
Philip C. Dublin, Esq.
Abid Qureshi, Esq.
Mitchell P. Hurley, Esq.
One Bryant Park
New York, NY  10036

**FIRST CLASS MAIL**
Robert J. Rosenberg
David A. Hammerman
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022-4834

**FIRST CLASS MAIL**
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
David S. Rosner, Esq.
1633 Broadway
New York, New York 10019

**FIRST CLASS MAIL**
STUTMAN TREISTER & GLATT
Issac M. Pachulski, Esq.
1901 Avenue of the Stars, #1200
Los Angeles, CA 90067

**FIRST CLASS MAIL**
SCHULTE ROTH & ZABEL LLP
Adam C. Harris, Esq.
Karen S. Park, Esq.
919 Third Avenue
New York, NY 10022

**FIRST CLASS MAIL**
TEITELBAUM & BASKIN, LLP
Jay Teitelbaum, Esq.
1 Barker Avenue, Third Floor
White Plains, NY 10601 JENNER &
BLOCK LLP
David J. Bradford, Esq.
Catherine L. Steege, Esq.
Andrew W. Vail, Esq.
353 N. Clark Street
Chicago, IL 60654

**FIRST CLASS MAIL**
SIDLEY AUSTIN LLP
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kevin T. Lantry, Esq.
Jessica C.K. Boelter, Esq.
One South Dearborn Street
Chicago, Illinois 60603

**FIRST CLASS MAIL**
CHADBOURNE & PARKE LLP
Howard Seife, Esq.
David LeMay, Esq.
30 Rockefeller Plaza
New York, NY 10112

**FIRST CLASS MAIL**
ZUCKERMAN SPAEDER LLP
Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
1800 M Street, NW, Suite 1000
Washington, DC  20036

**FIRST CLASS MAIL**
DAVID POLK & WARDWELL LLP
Donald S. Bernstein, Esq.
Damian Schaible, Esq.
450 Lexington Avenue
New York, NY 10017

**FIRST CLASS MAIL**
DEWEY & LEBOEUF LLP
Bruce Bennett, Esq.
James O. Johnson, Esq.
Josh M. Mester, Esq.
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

**FIRST CLASS MAIL**
GRIPPO & ELDEN LLC
George Dougerty, Esq.
John R. McCambridge, Esq.
111 South Wacker Drive
Chicago, IL 60606