TRIBUNE COMPANY, et al.
Case No. 08-13141 (KJC)
Exhibit A to Omnibus Order Approving Fee Applications
for the Compensation Period September 1, 2010 - November 30, 2010

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 7400 | $562,024.75 | $42,989.04 | $605,013.79 |
| Sidley Austin LLP (Counsel to Debtors) | 9403 | $7,120,542.46 | $323,696.86 | $7,444,239.32 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 7497 | $1,566,671.50 | $6,563.03 | $1,573,234.53 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 7524 | $37,592.00 | $234.33 | $37,826.33 |
| Davis Wright Tremaine LLP (Special Counsel for Domestic Legal Matters) | 10563 | $126,347.65 | $4,099.53 | $130,447.18 |
| Dow Lohnes PLLC (Special Regulatory Counsel) | 7495 | $405,546.00 | $2,372.06 | $407,918.06 |
| Ernst & Young LLP (Valuation and Business Modeling, and Marketing Survey Services) | 7944 | $442,477.34 | $2,144.33 | $444,621.67 |
| Jenner & Block LLP (Special Counsel for Certain Litigation Matters for Debtors) | 7520 | $43,810.00 | $2,401.65 | $46,211.65 |
| Jones Day (Special Counsel for Certain Litigation Matters - Antitrust) | 7477 | $19,247.50 | $10.84 | $19,258.34 |
| Jones Day (Counsel for Special Committee of Board of Directors of Tribune Company) | 7476 | $1,123,400.00 | $24,140.78 | $1,147,540.78 |
| Lazard Frères & Co. LLC (Investment Bankers to Debtors) | 7506 | $600,000.00 | $25,905.76 | $625,905.76 |
| Levine Sullivan Koch & Schulz, L.L.P. (Counsel re Certain Litigation Matters)* | 7341 7470 | $580,935.00 | $63,642.24 | $644,577.24 |
| McDermott Will & Emery LLP (Special Counsel for General Domestic Legal Matters for Debtors) | 7819 | $1,151,028.75 | $13,388.29 | $1,164,417.04 |
| Mercer (US) Inc. (Compensation Consultants to Debtors) | 7504 | $31,346.16 | $14,930.00 | $46,276.16 |
| Novack and Macey LLP (Special Counsel for Debtors) | 8066 | $97,638.50 | $3,474.28 | $101,112.78 |
| Paul Hastings LLP (Special Counsel for General Real Estate for Debtors) | 7478 | $6,664.50 | $1,790.00 | $8,454.50 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 7462 | $757,942.50 | $21,009.24 | $778,951.74 |
| Reed Smith LLP (Special Counsel for Certain Litigation Matters for Debtors) | 7406 | $101,096.50 | $1,988.87 | $103,085.37 |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) | 7515 | $186,706.65 | $12,548.72 | $199,255.37 |
| Sitrick And Company Inc. (Corporate Communications Consultants) | 10010 | $85,275.50 | $2,659.17 | $87,934.67 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 7368 | $266,472.50 | $1,487.68 | $267,960.18 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Counsel to Committee) | 7508 | $5,203,023.75 | $407,580.76 | $5,610,604.51 |
| Landis Rath & Cobb LLP (Co-Counsel to Committee) | 7509 | $940,449.00 | $192,153.35 | $1,132,602.35 |
| AlixPartners, LLP (Financial Advisor to Committee) | 7510 | $791,650.50 | $7,270.48 | $798,920.98 |
| Moelis & Company LLC (Financial Advisor and Investment Banker to Committee) | 7471 | $600,000.00 | $2,657.66 | $602,657.66 |
| Zuckerman Spaeder LLP (Special Counsel to Committee) | 7523 | $865,866.25 | $559,102.80 | $1,424,969.05 |

#8307805.1
* The Interim Period for Levine Sullivan is August 1, 2010 through November 30, 2010.

**TRIBUNE COMPANY, et al.**
Case No. 08-13141 (KJC)
Exhibit A to Omnibus Order Approving Fee Applications
for the Compensation Period September 1, 2010 - November 30, 2010

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Committee Members** | | | | |
| Committee Members (William A. Niese; Washington-Baltimore Newpaper Guild, William Salganik, Esquire) | 6114 | $0.00 | $1,480.20 | $1,480.20 |
| Committee Members (William A. Niese; Washington-Baltimore Newpaper Guild, Robert E. Paul, Esquire) | 6635 | $0.00 | $1,508.51 | $1,508.51 |
| Committee Members (Warner Brothers, Wayne Smith; Washington-Baltimore Newspaper Guild, William Salganik, Esquire; Washington-Baltimore Newspaper Guild Counsel, Robert E. Paul, Esquire) | 7323 | $0.00 | $2,630.58 | $2,630.58 |

#8307805.1
\* The Interim Period for Levine Sullivan is August 1, 2010 through November 30, 2010.