# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered<br>Hearing Date:  April 25, 2012 at 1:00 p.m. |

## EXHIBIT "A" TO NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 25, 2012 AT 1:00 P.M. BEFORE THE HONORABLE KEVIN J. CAREY

1.    Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Eighth Interim Fee Period (Filed January 24, 2012) (Docket No. 10689)

**Fee Applications**:

A.    <u>Cole, Schotz, Meisel, Forman & Leonard, P.A.</u>

    1.    Eighth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from September 1, 2010 through November 30, 2010 (Filed January 6, 2011) (Docket No. 7400)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. Certification of No Objection Regarding Docket No. 7400 (Filed January 28, 2011) (Docket No. 7659)

3. Twenty First Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2010 through September 30, 2010 (Filed November 4, 2010) (Docket No. 6233)

4. Certification of No Objection Regarding Docket No. 6233 (Filed November 29, 2010) (Docket No. 6654)

5. Twenty-Second Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2010 through October 31, 2010 (Filed November 12, 2010) (Docket No. 6416)

6. Certification of No Objection Regarding Docket No. 6416 (Filed December 7, 2010) (Docket No. 7053)

7. Twenty-Third Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2010 through November 30, 2010 (Filed December 30, 2010) (Docket No. 7353)

8. Certification of No Objection Regarding Docket No. 7353 (Filed January 21, 2011) (Docket No. 7620)

9. Fee Examiner's Final Report Regarding the Eighth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed March 6, 2012) (Docket No. 11091)

B. Sidley Austin LLP

1. Eighth Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2010 through November 30, 2010 (Filed July 1, 2011) (Docket No. 9403)

2. Certification of No Objection Regarding Docket No. 9403 (Filed July 25, 2011) (Docket No. 9541)

46429/0001-8480364v1

3.     Twenty-First Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2010 through September 30, 2010 (Filed December 8, 2010) (Docket No. 7099)

4.     Certification of Counsel Regarding Twenty-First Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2010 through September 30, 2010 (Filed December 30, 2010) (Docket No. 7349)

5.     Twenty-Second Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of October 1, 2010 through October 31, 2010 (Filed December 8, 2010) (Docket No. 7100)

6.     Certification of Counsel Regarding Twenty-Second Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of October 1, 2010 through October 31, 2010 (Filed December 30, 2010) (Docket No. 7346)

7.     Twenty-Third Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of November 1, 2010 through November 30, 2010 (Filed February 9, 2011) (Docket No. 7871)

8.     Certification of Counsel Regarding Twenty-Third Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of November 1, 2010 through November 30, 2010 (Filed March 3, 2011) (Docket No. 8257)

9.     Fee Examiner's Final Report Regarding Eighth Quarterly Fee Application of Sidley Austin LLP (Filed April 12, 2012) (Docket No. 11357)

C.     Alvarez & Marsal North America

1.     Eighth Interim Fee Application of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2010 through November 30, 2010 (Filed January 14, 2011) (Docket No. 7497)

2.     Certification of No Objection Regarding Docket No. 7497 (Filed February 7, 2011) (Docket No. 7829)

3.  Twenty-First Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2010 through September 30, 2010 (Filed December 9, 2010) (Docket No. 7123)

4.  Certification of No Objection Regarding Docket No. 7123 (Filed December 30, 2010) (Docket No. 7354)

5.  Twenty-Second Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period October 1, 2010 through October 31, 2010 (Filed December 29, 2010) (Docket No. 7342)

6.  Certification of No Objection Regarding Docket No. 7342 (Filed January 21, 2011) (Docket No. 7596)

7.  Twenty-Third Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period November 1, 2010 through November 30, 2010 (Filed January 13, 2011) (Docket No. 7485)

8.  Certification of No Objection Regarding Docket No. 7485 (Filed February 4, 2011) (Docket No. 7797)

9.  Fee Examiner's Final Report Regarding the Eighth Interim Fee Application of Alvarez & Marsal North America, LLC (Filed February 6, 2012) (Docket No. 10856)

D.  <u>Daniel J. Edelman, Inc.</u>

1.  Seventh Quarterly Fee Application of Daniel J. Edelman, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession for the Period September 1, 2010 through November 30, 2010 (Filed January 14, 2011) (Docket No. 7524)

2.  Certification of No Objection Regarding Docket No. 7524 (Filed February 7, 2011) (Docket No. 7835)

3.  Seventeenth Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc, Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession, for Services Rendered and Expenses Incurred for the Period September 1, 2010 through September 30, 2010 (Filed November 15, 2010) (Docket No. 6449)

4.    Certification of No Objection Regarding Docket No. 6449 (Filed December 9, 2010) (Docket No. 7125)

5.    Eighteenth Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc, Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession, for Services Rendered and Expenses Incurred for the Period October 1, 2010 through October 31, 2010 (Filed December 8, 2010) (Docket No. 7103)

6.    Certification of No Objection Regarding Docket No. 7103 (Filed December 30, 2010) (Docket No. 7347)

7.    Nineteenth Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc, Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession, for Services Rendered and Expenses Incurred for the Period November 1, 2010 through November 30, 2010 (Filed January 12, 2011) (Docket No. 7475)

8.    Certification of No Objection Regarding Docket No. 7475 (Filed February 3, 2011) (Docket No. 7773)

9.    Fee Examiner's Final Report Regarding the Seventh Quarterly Fee Application of Daniel J. Edelman, Inc. (Filed March 6, 2012) (Docket No. 11092)

E.    <u>Davis Wright Tremaine LLP</u>

1.    First Quarterly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2010 through November 30, 2010 (Filed January 9, 2012) (Docket No. 10563)

2.    Certification of No Objection Regarding Docket No. 10563 (Filed February 1, 2012) (Docket No. 10810)

3.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2010 through September 30, 2010 (Filed July 19, 2011) (Docket No. 9493)

4.    Certification of No Objection Regarding Docket No. 9493 (Filed August 10, 2011) (Docket No. 9653)

46429/0001-8480364v1

5. Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2010 through October 31, 2010 (Filed July 21, 2011) (Docket No. 9512)

6. Certification of No Objection Regarding Docket No. 9512 (Filed August 12, 2011) (Docket No. 9658)

7. Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2010 through November 30, 2010 (Filed July 26, 2011) (Docket No. 9553)

8. Certification of No Objection Regarding Docket No. 9553 (Filed August 17, 2011) (Docket No. 9670)

9. Fee Examiner's Final Report Regarding the First Quarterly Fee Application of Davis Wright Tremaine LLP (Filed March 27, 2012) (Docket No. 11243)

F. Dow Lohnes PLLC

1. Sixth Interim Fee Application of Dow Lohnes PLLC, Special Regulatory Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from September 1, 2010 through November 30, 2010 (Filed January 14, 2011) (Docket No. 7495)

2. Certification of No Objection Regarding Docket No. 7495 (Filed February 7, 2011) (Docket No. 7828)

3. Sixteenth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2010 through September 30, 2010 (Filed October 29, 2010) (Docket No. 6176)

4. Certification of No Objection Regarding Docket No. 6176 (Filed November 22, 2010) (Docket No. 6556)

5. Seventeenth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of October 1, 2010 through October 31, 2010 (Filed November 23, 2010) (Docket No. 6580)

6. Certification of No Objection Regarding Docket No. 6580 (Filed December 15, 2010) (Docket No. 7196)

7.  Eighteenth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of November 1, 2010 through November 30, 2010 (Filed January 7, 2011) (Docket No. 7428)

8.  Certification of No Objection Regarding Docket No. 7428 (Filed January 31, 2011) (Docket No. 7686)

9.  Fee Examiner's Final Report Regarding the Sixth Interim Fee Application of Dow Lohnes PLLC (Filed March 12, 2012) (Docket No. 11136)

G.  Ernst & Young LLP

1.  Sixth Quarterly Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from September 1, 2010 through November 30, 2010 (Filed February 14, 2011) (Docket No. 7944)

2.  Certification of No Objection Regarding Docket No. 7944 (Filed March 30, 2011) (Docket No. 8339)

3.  Combined Sixteenth, Seventeenth and Eighteenth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from September 1, 2010 through November 30, 2010 (Filed February 10, 2011) (Docket No. 7897)

4.  Certification of No Objection Regarding Docket No. 7897 (Filed March 7, 2011) (Docket No. 8292)

5.  Fee Examiner's Final Report Regarding the Sixth Quarterly Fee Application of Ernst & Young LLP (Filed March 14, 2012) (Docket No. 11155)

H.  Jenner & Block LLP

1.  Eighth Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2010 through November 30, 2010 (Filed January 14, 2011) (Docket No. 7520)

2.  Certification of No Objection Regarding Docket No. 7520 (Filed February 7, 2011) (Docket No. 7834)

46429/0001-8480364v1

3.  Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2010 through September 30, 2010 (Filed December 8, 2010) (Docket No. 7106)

4.  Certification of No Objection Regarding Docket No. 7106 (Filed December 30, 2010) (Docket No. 7348)

5.  Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2010 through October 31, 2010 (Filed January 6, 2011) (Docket No. 7397)

6.  Certification of No Objection Regarding Docket No. 7397 (Filed January 28, 2011) (Docket No. 7658)

7.  Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2010 through November 30, 2010 (Filed January 13, 2011) (Docket No. 7491)

8.  Certification of No Objection Regarding Docket No. 7491 (Filed February 4, 2011) (Docket No. 7798)

9.  Fee Examiner's Final Report Regarding the Eighth Quarterly Application of Jenner & Block LLP (Filed April 3, 2012) (Docket No. 11308)

I.  <u>Jones Day</u> (Special Counsel for Certain Litigation Matters - Antitrust)

1.  Fifth Interim Fee Application of Jones Day for Allowance of Compensation and Reimbursement of Expenses in Connection with Antitrust Related Matters for the Period from April 1, 2010 through October 31, 2010 (Filed January 12, 2011) (Docket No. 7477)

2.  Certification of No Objection Regarding Docket No. 7477 (Filed February 3, 2011) (Docket No. 7775)

3.  Seventh Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses in Connection with Antitrust Related Matters for the Period from April 1, 2010 through October 31, 2010 (Filed November 30, 2010) (Docket No. 6669)

4.  Certification of No Objection Regarding Docket No. 6669 (Filed December 22, 2010) (Docket No. 7281)

5.  Fee Examiner's Final Report Regarding the Fifth Interim Fee Application of Jones Day (Filed January 27, 2012) (Docket No. 10737)

46429/0001-8480364v1

J.     Jones Day (Counsel for Special Committee of Board of Directors of Tribune
            Company)

    1.     First Interim Fee Application of Jones Day for Allowance of
            Compensation and Reimbursement of Expenses for Services Performed on
            Behalf of the Special Committee of the Board of Directors of Tribune
            Company for the Period from August 22, 2010 through November 30,
            2010 (Filed January 12, 2011) (Docket No. 7476)

    2.     Certification of No Objection Regarding Docket No. 7476 (Filed
            February 3, 2011) (Docket No. 7774)

    3.     First Application of Jones Day for Allowance of Compensation and for
            Reimbursement of Expenses for Services Performed on Behalf of the
            Special Committee of the Board of Directors of Tribune Company for the
            Period from August 22, 2010 through September 30, 2010 (Filed
            November 2, 2010) (Docket No. 6224)

    4.     Certification of No Objection Regarding Docket No. 6224 (Filed
            November 24, 2010) (Docket No. 6634)

    5.     Second Application of Jones Day for Allowance of Compensation and for
            Reimbursement of Expenses for Services Performed on Behalf of the
            Special Committee of the Board of Directors of Tribune Company for the
            Period from October 1, 2010 through October 31, 2010  (Filed November
            30, 2010) (Docket No. 6661)

    6.     Certification of No Objection Regarding Docket No. 6661 (Filed
            December 22, 2010) (Docket No. 7275)

    7.     Third Monthly Application of Jones Day for Allowance of Compensation
            and for Reimbursement of Expenses for Services Performed on Behalf of
            the Special Committee of the Board of Directors of Tribune Company for
            the Period from November 1, 2010 through November 30, 2010 (Filed
            January 3, 2011) (Docket No. 7361)

    8.     Certification of No Objection Regarding Docket No. 7361 (Filed
            January 27, 2011) (Docket No. 7645)

    9.     Fee Examiner's Final Report Regarding the First Interim Fee Application
            of Jones Day for Services Performed on Behalf of the Special Committee
            of the Board of Directors of Tribune Company (Filed February 14, 2012)
            (Docket No. 10924)

K.   Lazard Freres & Co. LLC

    1.   Eighth Interim Fee Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2010 through November 30, 2010 (Filed January 14, 2011) (Docket No. 7506)

    2.   Certification of No Objection Regarding Docket No. 7506 (Filed February 7, 2011) (Docket No. 7831)

    3.   Twenty-First Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2010 through September 30, 2010 (Filed January 5, 2011) (Docket No. 7385)

    4.   Certification of No Objection Regarding Docket No. 7385 (Filed January 27, 2011) (Docket No. 7647)

    5.   Twenty-Second Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2010 through October 31, 2010 (Filed January 5, 2011) (Docket No. 7386)

    6.   Certification of No Objection Regarding Docket No. 7386 (Filed January 27, 2011) (Docket No. 7648)

    7.   Twenty-Third Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2010 through November 30, 2010 (Filed January 14, 2011) (Docket No. 7505)

    8.   Certification of No Objection Regarding Docket No. 7505 (Filed February 7, 2011) (Docket No. 7830)

    9.   Fee Examiner's Final Report Regarding the Eighth Interim Fee Application of Lazard Freres & Co. LLC (Filed January 12, 2012) (Docket No. 10593)

L.   Levine Sullivan Koch & Schulz, L.L.P.

    1.   First Quarterly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of August 1, 2010 through August 31, 2010 (Filed December 29, 2010) (Docket No. 7341)

2.     Certification of No Objection Regarding Docket No. 7341 (Filed January 21, 2011) (Docket No. 7595)

3.     Second Quarterly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of September 1, 2010 through November 30, 2010 (Filed January 12, 2011) (Docket No. 7470)

4.     Certification of No Objection Regarding Docket No. 7470 (Filed February 3, 2011) (Docket No. 7772)

5.     First Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtor for Certain Litigation Matters for the Period September 1, 2010 through September 30, 2010 (Filed November 9, 2010) (Docket No. 6290)

6.     Certification of No Objection Regarding Docket No. 6290 (Filed December 1, 2010) (Docket No. 6696)

7.     Second Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period October 1, 2010 through October 31, 2010 (Filed November 24, 2010) (Docket No. 6631)

8.     Certification of No Objection Regarding Docket No. 6631 (Filed December 16, 2010) (Docket No. 7218)

9.     Third Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period August 1, 2010 through August 31, 2010 (Filed December 3, 2010) (Docket No. 6714)

10.    Certification of No Objection Regarding Docket No. 6714 (Filed December 27, 2010) (Docket No. 7321)

11.    Fourth Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of November 1, 2010 through November 30, 2010 (Filed January 7, 2011) (Docket No. 7430)

12.    Certification of No Objection Regarding Docket No. 7430 (Filed January 31, 2011) (Docket No. 7687)

46429/0001-8480364v1

13. Fee Examiner's Final Report Regarding the First and Second Quarterly Fee Applications of Levine Sullivan Koch & Schulz, L.L.P. (Filed August 3, 2011) (Docket No. 9607)

M. McDermott Will & Emery

1. Eighth Quarterly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2010 through November 30, 2010 (Filed February 7, 2011) (Docket No. 7819)

2. Certification of No Objection Regarding Docket No. 7819 (Filed March 3, 2011) (Docket No. 8255)

3. Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2010 through September 30, 2010 (Filed November 18, 2010) (Docket No. 6499)

4. Certification of No Objection Regarding Docket No. 6499 (Filed December 13, 2010) (Docket No. 7157)

5. Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2010 through October 31, 2010 (Filed November 30, 2010) (Docket No. 6662)

6. Certification of No Objection Regarding Docket No. 6662 (Filed December 22, 2010) (Docket No. 7276)

7. Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2010 through November 30, 2010 (Filed February 7, 2011) (Docket No. 7818)

8. Certification of No Objection Regarding Docket No. 7818 (Filed March 3, 2011) (Docket No. 8254)

9. Fee Examiner's Final Report Regarding the Eighth Quarterly Fee Application of McDermott Will & Emery LLP (Filed March 12, 2012) (Docket No. 11137)

46429/0001-8480364v1

N.      Novack and Macey LLP

      1.      Consolidated First Interim Fee Application of Novack and Macey LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from August 26, 2010 through November 30, 2010 (Filed February 18, 2011) (Docket No. 8066)

      2.      Certification of No Objection Regarding Docket No. 8066 (Filed March 15, 2011) (Docket No. 8368)

      3.      Fee Examiner's Final Report Regarding the Consolidated First Interim Fee Application of Novack and Macey LLP (Filed September 1, 2011) (Docket No. 9743)

O.      Paul Hastings LLP

      1.      Eighth Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP for the Period September 1, 2010 through November 30, 2010 (Filed January 12, 2011) (Docket No. 7478)

      2.      Certification of No Objection Regarding Docket No. 7478 (Filed February 3, 2011) (Docket No. 7776)

      3.      Seventeenth Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Combined Period from September 1, 2010 through November 30, 2010 (Filed December 27, 2010) (Docket No. 7319)

      4.      Certification of No Objection Regarding Docket No. 7319 (Filed January 21, 2011) (Docket No. 7594)

      5.      Fee Examiner's Final Report Regarding the Eighth Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP (Filed September 26, 2011) (Docket No. 9816)

P.      PricewaterhouseCoopers LLP

      1.      Amended Eighth Interim Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period September 1, 2010 through November 30, 2010 (Filed January 11, 2011) (Docket No. 7462)

      2.      Certification of No Objection Regarding Docket No. 7462 (Filed January 27, 2011) (Docket No. 7649)

3.  Twentieth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period September 1, 2010 through September 30, 2010 (Filed November 30, 2010) (Docket No. 6663)

4.  Certification of No Objection Regarding Docket No. 6663 (Filed December 22, 2010) (Docket No. 7277)

5.  Twenty-First Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period October 1, 2010 through November 30, 2010 (Filed December 23, 2010) (Docket No. 7288)

6.  Certification of No Objection Regarding Docket No. 7288 (Filed January 27, 2011) (Docket No. 7644)

7.  Fee Examiner's Final Report Regarding the Amended Eighth Interim Fee Application of PricewaterhouseCoopers LLP (Filed March 9, 2012) (Docket No. 11133)

Q.  Mercer (US) Inc.

1.  Eighth Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of September 1, 2010 through November 30, 2010 (Filed January 14, 2011) (Docket No. 7504)

2.  Certificate of No Objection Regarding the Eighth Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period from September 1, 2010 through November 30, 2010 [Docket No. 7504] (Filed February 9, 2011) (Docket No. 7869)

3.  Twenty-First Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from September 1, 2010 through September 30, 2010 (Filed January 14, 2011) (Docket No. 7501)

4.  Certificate of No Objection Regarding the Twenty-First Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from September 1, 2010 through September 30, 2010 [Docket No. 7501] (Filed February 9, 2011) (Docket No. 7866)

A - 14

5.    Twenty-Second Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from October 1, 2010 through October 31, 2010 (Filed January 14, 2011) (Docket No. 7502)

6.    Certificate of No Objection Regarding the Twenty-Second Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from October 1, 2010 through October 31, 2010 [Docket No. 7502] (Filed February 9, 2011) (Docket No. 7867)

7.    Twenty-Third Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from November 1, 2010 through November 30, 2010 (Filed January 14, 2011) (Docket No. 7503)

8.    Certificate of No Objection Regarding the Twenty-Third Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from November 1, 2010 through November 30, 2010 [Docket No. 7503] (Filed February 9, 2011) (Docket No. 7868)

9.    Fee Examiner's Final Report Regarding the Eighth Quarterly Application of Mercer (US) Inc. (Filed March 29, 2012) (Docket No. 11264)

R.    Reed Smith LLP

1.    Eighth Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period September 1, 2010 through November 30, 2010 (Filed January 7, 2011) (Docket No. 7406)

2.    Certificate of No Objection to Eighth Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period September 1, 2010 through November 30, 2010 (Filed February 8, 2011) (Docket No. 7854)

3.    Twentieth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period September 1, 2010 through September 30, 2010 (Filed November 9, 2010) (Docket No. 6261)

A - 15

4.    No Order Required Certificate of No Objection to Twentieth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period September 1, 2010 through September 30, 2010 (Filed December 6, 2010) (Docket No. 7038)

5.    Twenty-First Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period October 1, 2010 through October 31, 2010 (Filed December 1, 2010) (Docket No. 6674)

6.    No Order Required Certificate of No Objection to Twenty-First Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period October 1, 2010 through October 31, 2010 (Filed December 30, 2010) (Docket No. 7350)

7.    Twenty-Second Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period November 1, 2010 through November 30, 2010 (Filed January 7, 2011) (Docket No. 7404)

8.    No Order Required Certificate of No Objection to Twenty-Second Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period November 1, 2010 through November 30, 2010 (Filed February 8, 2011) (Docket No. 7852)

9.    Fee Examiner's Final Report Regarding Eighth Interim Fee Application of Reed Smith LLP (Filed January 31, 2012) (Docket No. 10774)

S.    Seyfarth Shaw LLP

1.    Fifth Quarterly Fee Application of Seyfarth Shaw LLP for Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2010 through November 30, 2010 (Filed January 14, 2011) (Docket No. 7515)

2.    Certification of No Objection Regarding Docket No. 7515 (Filed February 7, 2011) (Docket No. 7833)

A - 16

3.   Twelfth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2010 through September 30, 2010 (Filed December 2, 2010) (Docket No. 6711)

4.   Certification of No Objection Regarding Docket No. 6711 (Filed December 23, 2010) (Docket No. 7294)

5.   Thirteenth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of October 1, 2010 through October 31, 2010 (Filed December 2, 2010) (Docket No. 6712)

6.   Certification of No Objection Regarding Docket No. 6712 (Filed December 23, 2010) (Docket No. 7295)

7.   Fourteenth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of November 1, 2010 through November 30, 2010 (Filed January 14, 2011) (Docket No. 7514)

8.   Certification of No Objection Regarding Docket No. 7514 (Filed February 7, 2011) (Docket No. 7832)

9.   Fee Examiner's Final Report Regarding the Fifth Quarterly Fee Application of Seyfarth Shaw LLP (Filed April 16, 2012) (Docket No. 11394)

T.   Sitrick and Company Inc.

1.   First Interim Fee Application of Sitrick and Company for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications Consultants to Debtors and Debtors-in-Possession for the Period from August 26, 2010 through October 31, 2010 (Filed October 18, 2011) (Docket No. 10010)

2.   Certification of No Objection Regarding Docket No. 10010 (Filed November 9, 2011) (Docket No. 10184)

3.   First Monthly Application of Sitrick and Company for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications Consultants to Debtors and Debtors in Possession for the Period from August 26, 2010 through September 30, 2010 (Filed June 28, 2011) (Docket No. 9371)

4.   Certification of No Objection Regarding Docket No. 9371 (Filed July 20, 2011) (Docket No. 9503)

5.  Second Monthly Application of Sitrick and Company for Compensation for Services Rendered as Corporate Communications Consultants to Debtors and Debtors in Possession for the Period from October 1, 2010 through October 31, 2010 (Filed June 28, 2011) (Docket No. 9372)

6.  Certification of No Objection Regarding Docket No. 9372 (Filed July 20, 2011) (Docket No. 9504)

7.  Fee Examiner's Final Report Regarding the First Interim Fee Application of Sitrick and Company (Filed April 16, 2012) (Docket No. 11396)

U.  Stuart Maue

1.  Seventh Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2010 through November 30, 2010 (Filed January 4, 2011) (Docket No. 7368)

2.  Certification of No Objection Regarding the Seventh Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period of September 1, 2010 through November 30, 2010 (Filed February 18, 2011) (Docket No. 8059)

3.  Eighteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2010 through September 30, 2010 (Filed October 28, 2010) (Docket No. 6163)

4.  Certificate of No Objection Regarding the Eighteenth Monthly Application of Stuart Maue (Regarding Docket No. 6163) (Filed November 19, 2010) (Docket No. 6508)

5.  Nineteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2010 through October 31, 2010 (Filed December 2, 2010) (Docket No. 6702)

6.  Certificate of No Objection Regarding the Nineteenth Monthly Application of Stuart Maue (Regarding Docket No. 6702) (Filed December 23, 2010) (Docket No. 7286)

7.  Twentieth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2010 through November 30, 2010 (Filed December 28, 2010) (Docket No. 7328)

8.  Certificate of No Objection Regarding the Twentieth Monthly Application of Stuart Maue (Regarding Docket No. 7328) (Filed January 18, 2011) (Docket No. 7538)

46429/0001-8480364v1

V.    Chadbourne & Parke LLP

    1.    Eighth Interim Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2010 through November 30, 2010 (Filed January 14, 2011) (Docket No. 7508)

    2.    Twenty-First Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2010 through September 30, 2010 (Filed October 25, 2010) (Docket No. 6112)

    3.    Certificate of No Objection to Application Re: Docket No. 6112 (Filed November 17, 2010) (Docket No. 6479)

    4.    Twenty-Second Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2010 through October 31, 2010 (Filed November 30, 2010) (Docket No. 6671)

    5.    Certificate of No Objection to Application Re: Docket No. 6671 (Filed December 22, 2010) (Docket No. 7283)

    6.    Twenty-Third Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2010 through November 30, 2010 (Filed December 28, 2010) (Docket No. 7332)

    7.    Certificate of No Objection to Application Re: Docket No. 7332 (Filed January 20, 2011) (Docket No. 7581)

    8.    Fee Examiner's Final Report Regarding the Eighth Interim Application of Chadbourne & Parke LLP (Filed February 8, 2012) (Docket No. 10875)

W.    Landis Rath & Cobb LLP

    1.    Eighth Interim Fee Application of Landis Rath & Cobb LLP (Filed January 14, 2011) (Docket No. 7509)

    2.    Twenty-First Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed October 25, 2010) (Docket No. 6113)

    3.    Certificate of No Objection to Application Re: Docket No. 6113 (Filed November 17, 2010) (Docket No. 6480)

4. Twenty-Second Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed November 26, 2010) (Docket No. 6636)

5. Certificate of No Objection to Application Re: Docket No. 6636 (Filed December 20, 2010) (Docket No. 7247)

6. Twenty-Third Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed January 5, 2011) (Docket No. 7388)

7. Certificate of No Objection to Application Re: Docket No. 7388 (Filed January 27, 2011) (Docket No. 7650)

8. Fee Examiner's Final Report Regarding the Eighth Interim Fee Application of Landis Rath & Cobb LLP (Filed April 6, 2012) (Docket No. 11331)

X. AlixPartners, LLP

1. Eighth Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period September 1, 2010 through November 30, 2010 (Filed January 14, 2011) (Docket No. 7510)

2. Twenty First Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed October 28, 2010) (Docket No. 6161)

3. Certificate of No Objection to Application Re: Docket No. 6161 (Filed November 19, 2010) (Docket No. 6516)

4. Twenty Second Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed November 26, 2010) (Docket No. 6637)

5. Certificate of No Objection to Application Re: Docket No. 6637 (Filed December 20, 2010) (Docket No. 7248)

6. Twenty Third Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed December 27, 2010) (Docket No. 7322)

7. Certificate of No Objection to Application Re: Docket No. 7322 (Filed January 20, 2011) (Docket No. 7577)

8. Fee Examiner's Final Report Regarding the Eighth Interim Fee Application of AlixPartners, LLP (Filed March 12, 2012) (Docket No. 11142)

Y. Moelis & Company LLC

1. Eighth Interim Fee Application of Moelis & Company LLC for Compensation as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period September 1, 2010 through November 30, 2010 (Filed January 12, 2011) (Docket No. 7471)

2. Twenty-First Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period September 1, 2010 through September 30, 2010 (Filed November 1, 2010) (Docket No. 6197)

3. Certificate of No Objection to Application Re: Docket No. 6197 (Filed November 26, 2010) (Docket No. 6638)

4. Twenty-Second Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period October 1, 2010 through October 31, 2010 (Filed November 29, 2010) (Docket No. 6652)

5. Certificate of No Objection to Application Re: Docket No. 6652 (Filed December 22, 2010) (Docket No. 7282)

6. Twenty-Third Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period November 1, 2010 through November 30, 2010 (Filed January 6, 2011) (Docket No. 7398)

7. Certificate of No Objection to Application Re: Docket No. 7398 (Filed January 28, 2011) (Docket No. 7657)

8. Fee Examiner's Final Report Regarding the Eighth Interim Fee Application of Moelis & Company LLC (Filed March 9, 2012) (Docket No. 11132)

46429/0001-8480364v1

Z.    Zuckerman Spaeder LLP

    1.    Fifth Interim Fee Application of Zuckerman Spaeder LLP for Interim Approval and Allowance of Compensation and Reimbursement of Expenses (Filed January 14, 2011) (Docket No. 7523)

    2.    Fourteenth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed October 26, 2010) (Docket No. 6126)

    3.    Certificate of No Objection Regarding Docket No. 6126 (Filed November 17, 2010) (Docket No. 6484)

    4.    Fifteenth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed November 30, 2010) (Docket No. 6672)

    5.    Certificate of No Objection Regarding Docket No. 6672 (Filed December 22, 2010) (Docket No. 7279)

    6.    Sixteenth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed January 13, 2011) (Docket No. 7492)

    7.    Certificate of No Objection Regarding Docket No. 7492 (Filed February 4, 2011) (Docket No. 7796)

    8.    Fee Examiner's Final Report Regarding the Fifth Interim Fee Application of Zuckerman Spaeder LLP (Filed April 2, 2012) (Docket No. 11288)

AA.    Committee Members

    1.    Thirteenth Monthly Application of the Official Committee of Unsecured Creditors for Reimbursement of Committee Members' Expenses Pursuant to 11 U.S.C. § 503(b)(3)(F) (Filed October 25, 2010) (Docket No. 6114)

    2.    Certificate of No Objection to Application Re: Docket No. 6114 (Filed November 17, 2010) (Docket No. 6481)

    3.    Fourteenth Monthly Application of the Official Committee of Unsecured Creditors for Reimbursement of Committee Members' Expenses Pursuant to 11 U.S.C. § 503(b)(3)(F) (Filed November 26, 2010) (Docket No. 6635)

    4.    Certificate of No Objection to Application Re: Docket No. 6635 (Filed December 20, 2010) (Docket No. 7246)

    5.    Fifteenth Monthly Application of the Official Committee of Unsecured Creditors for Reimbursement of Committee Members' Expenses Pursuant to 11 U.S.C. § 503(b)(3)(F) (Filed December 27, 2010) (Docket No. 7323)

A - 22

6.    Certificate of No Objection to Application Re: Docket No. 7323 (Filed January 20, 2011) (Docket No. 7579)

7.    Fee Examiner's Final Report Regarding the Thirteenth, Fourteenth, and Fifteenth Monthly Applications of the Official Committee of Unsecured Creditors (Filed February 4, 2011) (Docket No. 7782)

46429/0001-8480364v1