# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 25, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David LeMay | Chadbourne & Parke LLP | Official Committee of Unsecured Creditors |
| Matthew McGuire | Landis Rath & Cobb | " " " |
| William Sullivan | Sullivan Hazeltine Allinson | " " " |
| Norman Pernick | Cole Schotz | Wilmington Trust |
| Kevin Lantry | Sidley | Debtors |
| | | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 04/25/2012
Calendar Time: 01:30 PM ET

Amended Calendar 04/25/2012 08:11 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4810696 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4900334 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4901722 | Kimberly Bacher | 312-541-0151 | Shaw Gussis Fishman Glantz Wolfson | Interested Party, Crane Kenny / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4901930 | Seth Berlin | (202) 508-1100 | Levine, Sullivan, Koch, Schulz | Interested Party, Levine, Sullivan, Koch & Schulz / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4901556 | Eric Bitmes | 212-588-5115 | HBK Capital Management | Creditor, HBK Capital Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4900635 | David Bralow | (312) 853-7163 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4901600 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4900347 | Graeme Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4900361 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4901514 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4903723 | Anthony Conte | (631) 949-1660 | Anthony Conte - In Pro Per/Pro Se | Creditor, Anthony Conte / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4900302 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4901547 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 47132111 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, Defendants(Former Directors and Officers) / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4904365 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4901934 | Devon J. Eggert | (312) 360-6378 | Freeborn & Peters LLP | Interested Party, Mercer US, Inc. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4900480 | Laura J. Eisele | (248) 204-0675 | AlixPartners, LLC ( ALL OFFICES ) | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4900600 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4714469 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4888261 | Matthew Frank | 312-371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4900352 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4768134 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr. | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4901648 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4714491 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4901914 | Shaina Jones | (202) 508-1100 | Levine, Sullivan, Koch, Schulz | Interested Party, Levine, Sullivan, Koch & Schulz / LIVE |
| Tribune Company | 08-13141 | Hearing | 4900512 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4894079 | Gregory A. Kopacz | (212) 547-5620 | McDermott Will & Emery (New York) | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4904427 | Stuart Kovensky | 201-541-2121 | Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4900501 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4902726 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4903305 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4900591 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4900540 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4903326 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4900172 | James Miller | (213) 430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4900558 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4720840 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4768096 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel LLP | Interested Party, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4900318 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4900586 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4900574 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4900279 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4903067 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4900366 | Sandhya Sistla | (212) 883-3832 | Moelis & Company | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4902341 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4900340 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4901673 | John Theil | (314) 291-3030 | Stuart Maue | Representing, Fee Examiner / LIVE |
| Tribune Company | 08-13141 | Hearing | 4745468 | John W. Weiss | (212) 210-9412 | Alston & Bird, LLP | Interested Party, Ernst & Young LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4900608 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4903167 | Andrew Wilson | (212) 763-5000 | Emery Celli Brinckerhoff & Abady | Debtor, Tribune Co. / LIVE |