# EXHIBIT A

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SUMMARY SHEET**

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| Warner Brothers | $1,820.65 |
| Washington-Baltimore Newspaper Guild | $304.45 |
| Washington-Baltimore Newspaper Guild (Counsel) | $409.00 |
| **TOTAL** | **$2,534.10** |

**SCHEDULE OF EXPENSES**

| Wayne Smith<br>Warner Brothers<br>4000 Warner Blvd.<br>Bldg. 156, Room 5158<br>Burbank, CA 91522 | |
|---|---|
| | |
| **Type of Expense** | **March 8, 2012<br>Creditors Committee Meeting<br>(New York)** |
| | |
| Airfare | $1,159.30 |
| Hotel | 405.69 |
| Transportation | 255.66 |
| | |
| Total: | $1,820.65 |

**TOTAL ALLOWED AMOUNT: $1,820.65**

**Aguilar, Yolanda**

| | |
|---|---|
| **From:** | wbeinvoices@bcdtravel.com |
| **Sent:** | Thursday, March 01, 2012 2:21 PM |
| **To:** | Smith, Wayne |
| **Cc:** | Aguilar, Yolanda |
| **Subject:** | TRAVEL INVOICE FOR SMITH/WAYNE M TRAVEL DATE 05Mar |
| **Attachments:** | Invoice - Itinerary Communication Attachment - LMBWFW - March 5 2012 16211545.pdf |



TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change.
Travelers are responsible for verifying all fees charged by individual carriers.
**Please visit the operating carrier website of your ticketed itinerary for applicable fees.**

WAYNE M SMITH
WAYNE SMITH
TIMEWARNER
4000 WARNER BLVD BLDG. 156 RM. 5158
BURBANK, CA 91522
WARNER BROS LEGAL

PLEASE DO NOT RESPOND TO THIS MESSAGE VIA EMAIL. THIS IS AN AUTO-GENERATED MESSAGE AND CAN NOT PROCESS YOUR REPLY.

Thank you for using BCD Travel for your travel needs.

Email generated on March 01, 2012/10:21 PM UTC

**Invoice / Ticket Receipt**

**Total Invoice Amount: $2,641.06 USD**
Electronic Ticket Number: 0167039398984
Invoice Number: 0343280
Ticket Amount: $2,641.06 USD
Form of Payment: AX************1001

COACH FARE ROUND TRIP LAX TO NYC = $1,159.30

This ticket information applies to the following trip(s):

United Airlines Flight 856 from Los Angeles to Washington on March 05
United Airlines Flight 535 from New York to Los Angeles on March 08

Email generated on March 01, 2012/10:21 PM UTC

UNITED

Premier Access

A STAR ALLIANCE MEMBER

Do not expose to excessive heat or direct sunlight. STAPLE HERE

NAME: SMITH/WAYNEM
DATE: MON 05 MAR 2012
MileagePlus: EZxxxxxx-Gold / *G
FLIGHT: UA 856 F
GATE: 75B
CONFIRMATION: LV524E



INSERT

154
SEAT: 2E
1
Boarding Group
BOARDING PASS

NAME: SMITH/WAYNEM
DATE: MON 05 MAR 2012 154
MileagePlus: EZxxxxxx-Gold *G
FLIGHT: UA 856 F
Mileage: 2288 Miles
GATE: 75B SEAT: 2E
DEPART: 10:31 AM
Los Angeles
ARRIVE: 6:22 PM
Washington-Dulles
BOARD TIME: 9:46 AM
eTicket 01670393989843

UNITED

Premier Access

A STAR ALLIANCE MEMBER

NAME: SMITH/WAYNEM
DATE: THU 08 MAR 2012
MileagePlus: EZxxxxxx-Gold / *G
FLIGHT: UA 535 A
GATE: 10
CONFIRMATION: LV524E



103
SEAT: 2B
1
Boarding Group
BOARDING PASS

NAME: SMITH/WAYNEM
DATE: THU 08 MAR 2012 103
MileagePlus: EZxxxxxx-Gold *G
FLIGHT: UA 535 A
Mileage: 2466 Miles
GATE: 10 SEAT: 2B
DEPART: 5:55 PM
New York-Kennedy
ARRIVE: 9:22 PM
Los Angeles
BOARD TIME: 5:10 PM
eTicket 01670393989843

UNITED

## eTicket Itinerary and Receipt

A STAR ALLIANCE MEMBER

Do not expose to excessive heat or direct sunlight. STAPLE HERE

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Mon | 05MAR12 | UA856F | Los Angeles | 10:31 AM | Washington-Dulles | 6:22 PM | 757-200 | Lunch |
| Thu | 08MAR12 | UA535A | New York-Kennedy | 5:55 PM | Los Angeles | 9:22 PM | 757-200 | Dinner |

SMITH/WAYNEM

Confirmation Number: LV524E

| Party of | Seats | Ticket Number | Frequent Flyer |
|---|---|---|---|
| SMITH/WAYNEM | 2E/2B | 01670393989843 | EZxxxxxx |

Fare: 2,436.71 Tax: 204.35 Per Person: 2,641.06 eTicket Total: 2,641.06 Issue Date: March 01, 2012
Method of Payment: American Express XXXX
Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.
This ticket shall expire one year from date of issue.

INSERT






**INVOICE**

Mr. Wayne M Smith
La Canada Flintridge CA 91011
United States

160 Central Park South, New York, NY 10019
Tel +1 (212) 247 0300 Fax +1 (212) 315 1839
jumeirah.com

**Arrival Date:** 03-07-12
**Departure Date:** 03-08-12
**Sirius / FF No.:**
**Sirius Points (estimate):**

**Room Number:** 2018
**Voucher/PO No.:**
**Confirmation No.:** 35505441
**Folio No:** 286710
**Page No:** 1 of 1

**Travel Agent :** BCD TRAVEL USA L.L.C.
**Company:** Time Warner

**03-08-12**

| Date | Description | Reference | | Charges/Adj | Payments |
|---|---|---|---|---|---|
| 03-07-12 | Room Chg - Package | | | 349.00 | |
| 03-07-12 | Sales Tax 8.875% | | | 30.80 | |
| 03-07-12 | City Occ Tax 5.875% | | | 20.39 | |
| 03-07-12 | City Occ Tax per Rm/Night | | | 4.00 | |
| 03-07-12 | Conv Ctr Tax $1.50 Rm/Nght | | | 1.50 | |
| 03-08-12 | American Express | XXXXXXXXXXX1001 | XX/XX | | 405.69 |
| | | **Total** | | 405.69 | 405.69 |
| | | **Balance** | | 0.00 | |

BLS Limousine Service
1211 Stewart Ave. Suite # 104
Bethpage, NY 11714
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD
BLDG 156 ROOM 5158
BURBANK, CA 91522

Ride Receipt

Account# 194014
Invoice# CCB030612
Inv Date 3/6/2012

| Date | | Description | | Charges | Credits |
|---|---|---|---|---|---|
| 3/5/2012 | Res#: 1139541 | PU: 3957 HAMPSTEAD RD, LA CANADA CA 91011-2 | | | |
| | | Drop: LAX 856 UA | | | |
| | Pickup: 08:30 | Passenger: SMITH WAYNE M | | | |
| | Flat: | | TC | $79.92 | |
| | Req By: SUZANNE MOSS RIGSBY, | | Gratuity | $0.00 | |
| Extra Services | | | 8184241658: | $0.00 | |
| | | | Discount: | | |
| | | | Deposit: | | |
| | | | Ride Total: | $79.92 | |
| | Paid By Credit Card xxxxxxxxxxx1001 | | Trip Amount Due: | $0.00 | |

© 1992-2012 Ground Travel Technology Team, Inc (GTT) All Rights Reserved

BLS Limousine Service
1211 Stewart Ave. Suite # 104
Bethpage, NY 11714
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD
BLDG 156 ROOM 5158
BURBANK, CA 91522

Ride Receipt

Account# 194014
Invoice# CCB030912
Inv Date 3/9/2012

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 3/8/2012 | Res#: 1139543 PU: 30 ROCKEFELLER PLAZA NEW YORK NY 10112 Drop: JFK 535 UA | | | |
| | Pickup: 16:00 Passenger: SMITH WAYNE M | | | |
| | Flat: | TC | $88.00 | |
| | Req By: SUZANNE MOSS RIGSBY. | Gratuity | $0.00 | |
| Extra Services | | VIP! VIP! VIP | $0.00 | |
| | | SENIOR DRIVER ONLY | $0.00 | |
| | | 8184241658 | $0.00 | |
| | | Tax | $7.82 | |
| | | Discount | | |
| | | Deposit | | |
| | | Ride Total: | $95.82 | |
| | Paid By Credit Card xxxxxxxxxxx1001 | Trip Amount Due: | $0.00 | |

© 1992-2012 Ground Travel Technology Team, Inc (GTT) All Rights Reserved.

BLS Limousine Service
1211 Stewart Ave. Suite # 104
Bethpage, NY 11714
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD
BLDG 156 ROOM 5158
BURBANK, CA 91522

Ride Receipt

Account# 194014
Invoice# CCB030912
Inv Date 3/9/2012

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| | Res#: 1139542 | PU: LAX 535 UA | | | |
| 3/8/2012 | | Drop: 3957 HAMPSTEAD RD. LA CANADA CA 91011-2 | | | |
| | Pickup: 21:02 | Passenger: SMITH WAYNE M | | | |
| | Flat: | | TC | $79.92 | |
| | Req By: SUZANNE MOSS RIGSBY | | Gratuity | $0.00 | |
| Extra Services | | | 8184241658 | $0.00 | |
| | | | VIP! VIP! VIP | $0.00 | |
| | | | Discount | | |
| | | | Deposit | | |
| | | | Ride Total: | $79.92 | |
| | Paid By Credit Card xxxxxxxxxxx1001 | | Trip Amount Due: | $0.00 | |

© 1992-2012 Ground Travel Technology Team, Inc
(GT3) All Rights Reserved

William Salganik
Washington-Baltimore Newspaper Guild
10386 Eclipse Way
Columbia, MD 21044

| Type of Expense | March 8, 2012 Committee Meeting (New York) |
|---|---|
| | |
| Train Fare | $264.20 |
| Parking | 9.00 |
| Dinner | 9.25 |
| Mileage * | 22.00 |
| | |
| Total: | $304.45 |

* 44 miles round trip @ $.505/per mile.

**TOTAL ALLOWED AMOUNT: $304.45**



Riders AMTRAK Baggage

1 Name of Passenger
SALGANIK/MARC MR
7016729670

From
BWI AIRPORT STA,MD

To
PRINCETON JCT,NJ

Carrier Train Date
2V 138 05MAR12

Accom Space/Car
YD RESERVD COACH

Form of Payment
VI48.45 4604

Rail Fare
Fare Plans $48.45

Accom Charge $.00
Total $48.45

D0F1
Ticket Number No. of
0651000524355 01 01

Date of Issue Reservation #
05MAR12 26BD0E

PASSENGER RECEIPT



TRANSIT

The Way To Go.

**RECEIPT**

03/08/12 08:50

NJ TRANSIT Rail
1 SR-D One Way
PR JCT NYP NYP
SERIAL NR : 04183
FARE : $6.75

TOTAL : $6.75

PAYMENT : Credit-VI
AMOUNT : $6.75
MERCHANT : 04002850006
TRANS. ID : 028-0037159959
ACCT NO : XXXXXXXXXXXX4604
NAME : SALGANIK/MARC
AUTH NO : 00353D

285 PR JCT

Riders AMTRAK Baggage

1 Name of Passenger
SALGANIK/MARC MR
7016729670

From
NEW YORK PENN,NY

To
BWI AIRPORT STA,MD

Carrier Train Date
2V 2165 08MAR12

Accom Space/Car
KA EXPRSS BSNESS

Form of Payment
VI209.00 4604

Rail Fare
Fare Plans $209.00

Accom Charge $.00
Total $209.00

A0AF
Ticket Number No. of
0651127524775 01 01

Date of Issue Reservation #
05MAR12 26BEEB

PASSENGER RECEIPT

THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Rcpt# 1738
03/08/12 18:29 L# 6 A# 1 Txn# 3969
[illegible]/05/12 17:45 In 03/08/12 18:29 Out
Tkt [illegible]

[illegible]erence No. [illegible]

$9.00

***AMTRAK***
1 800 USA-RAIL
or
WWW.AMTRAK.COM

Acela

Cafe 1

YOUR CHECK# 163

| | |
|---|---|
| 1 @ $6.75 Turkey Gouda Wrap | $6.75 |
| 1 @ $2.50 Cranberry Juice | $2.50 |
| TOTAL | $9.25 |
| CASH | $20.00 |
| CHANGE | $10.75 |

ITEM COUNT: 2

ID # XXXXXXXX LaToya
0201 5:22PM EST 03/08/12 2165-001

| Washington-Baltimore Newspaper Guild (Counsel)<br>Robert E. Paul, Esq.<br>Zwerdling, Paul, Kahn & Wolly, P.C.<br>1025 Connecticut avenue, N.W.<br>Suite 712<br>Washington, DC 20036 | |
|---|---|
| | |
| **Type of Expense** | **March 8, 2012<br>Committee Meeting<br>(New York)** |
| | |
| Train Fare | $387.00 |
| Parking | 22.00 |
| | |
| Total: | $409.00 |

**TOTAL ALLOWED AMOUNT: $409.00**



Riders AMTRAK Baggage

1

Name of Passenger
PAUL/ROBERT MR
7008311552

From
NEW YORK PENN,NY

To
WASHINGTON,DC

Carrier Train Date
2V 2171 08MAR12

Accom Space/Car
KA EXPRSS BSNESS

Form of Payment
AX218.00 3003

Rail Fare $218.00 Accom Charge $.00

Fare Plans Total $218.00

AOAE

Ticket Number No. of
06611276034790 1 01

Date of Issue Reservation #
06MAR12 28B53C

PASSENGER RECEIPT

Riders AMTRAK Baggage

1

Name of Passenger
PAUL/ROBERT MR
7008311552

From
WASHINGTON,DC

To
NEW YORK PENN,NY

Carrier Train Date
2V 2104 08MAR12

Accom Space/Car
KC EXPRSS BSNESS

Form of Payment
AX169.00 3003

Rail Fare $169.00 Accom Charge $.00

Fare Plans Total $169.00

COAE

Ticket Number No. of
06610495344710 1 01

Date of Issue Reservation #
06MAR12 2852C5

PASSENGER RECEIPT

USPG
UNION STATION GARAGE
202-898-1950

---

Terminal#:2 Cashier#:6
03/08/2012 7:15 AM
03/08/2012 9:49 PM - 14:34
676903568 / #769493
DAILY : $ 22.00
TOTAL : $ 22.00
CRDT CRD : $ 22.00
***********3003 Swiped
AMERICAN EXPRESS
Purchase 12/03/08 21:49:53
Seq# 376168
Auth# 540570
APPROVED

---

THANK YOU FOR
PARKING WITH US
DRIVE CAREFULLY