**EXHIBIT A**

**TRIBUNE COMPANY, et al.**

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

**March 1, 2012 through March 31, 2012**

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 45.60 | 22,026.00 |
| Committee Meetings | 003 | 68.30 | 44,408.50 |
| Creditor Communications | 004 | 2.10 | 1,564.50 |
| Business Operations | 007 | 167.40 | 108,891.00 |
| Claims Administration/Bar Date | 009 | 29.50 | 15,473.50 |
| Fee/Retention Applications | 010 | 33.80 | 13,954.00 |
| Avoidance Issues | 013 | 1.40 | 826.00 |
| Employee Issues | 014 | 41.20 | 26,289.00 |
| General Litigation | 017 | 3.20 | 1,922.00 |
| Travel | 018 | 14.50 | 4,868.75 |
| Shareholder Claims | 020 | 42.80 | 29,437.00 |
| Plan Litigation | 021 | 459.50 | 322,488.50 |
| **Total** | | **909.30** | **$592,148.75** |

* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           April 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                               For Services Through March 31, 2012

    Our Matter #19804.002
              BANKRUPTCY GENERAL


03/01/12   M. DISTEFANO       Reviewed upcoming hearing agenda        0.10 hrs.
                              (.1)

03/01/12   D. BAVA            Review and analysis of docket           0.90 hrs.
                              sheets, including Neil district
                              court litigation, Delaware
                              adversary proceedings and
                              multi-district litigations re:
                              daily case activity (.50); review,
                              revise and finalize case calendar
                              based on current docket entries
                              (.20); prepare confirmation
                              related deadlines calendar (.10);
                              post certain materials to
                              Intralinks (.10).

03/02/12   D. BAVA            Review and analysis of docket           1.20 hrs.
                              sheets, including Neil district
                              court litigation, Delaware
                              adversary proceedings and
                              multi-district litigations re:
                              daily case activity (.70); review,
                              revise and finalize case calendar
                              based on current docket entries
                              (.20); prepare confirmation
                              related deadlines calendar (.10);
                              post certain materials to
                              Intralinks (.20).

03/03/12   D. E. DEUTSCH      Review last three pleading              1.20 hrs.
                              reports, pleadings therein and
                              court calendar (1.2).

03/05/12   D. BAVA            Review and analysis of docket           0.90 hrs.
                              sheets, including Neil district
                              court litigation, Delaware
                              adversary proceedings and
                              multi-district litigations re:
                              daily case activity (.60); review,
                              revise and finalize case calendar
                              based on current docket entries
                              (.20); prepare confirmation
                              related deadlines calendar (.10).

03/06/12   D. BAVA            Review and analysis of docket           1.40 hrs.
                              sheets, including Neil district
                              court litigation, Delaware
                              adversary proceedings and
                              multi-district litigations re:

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            April 25, 2012
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); prepare confirmation related deadlines calendar (.20). |  |
| 03/06/12 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano and David Bava re: Committee Intralinks matter (.2). | 0.20 hrs. |
| 03/07/12 | D. M. LeMAY | Review all latest court filings (1.3). | 1.30 hrs. |
| 03/07/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.30). | 1.30 hrs. |
| 03/08/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.90 hrs. |
| 03/09/12 | H. LAMB | Review court dockets (.3); prepare daily report of new pleadings filed (.5); prepare updates to case calendar in accordance with same (.3). | 1.10 hrs. |
| 03/12/12 | D. M. LeMAY | Review all latest court filings. | 1.20 hrs. |
| 03/12/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.60); review, revise and finalize case calendar | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2012
Page    3

| | | | |
|---|---|---|---|
| | | based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | |
| 03/13/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). | 0.70 hrs. |
| 03/14/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.30). | 0.90 hrs. |
| 03/14/12 | D. E. DEUTSCH | Review last three daily pleading reports, pleadings therein and court calendar (.6). | 0.60 hrs. |
| 03/15/12 | H. LAMB | Review court dockets (.3); prepare daily report of new pleadings filed (.6); update case calendar in accordance with same (.2). | 1.10 hrs. |
| 03/16/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |
| 03/16/12 | D. E. DEUTSCH | Review last three daily reports, pleadings therein, MDL reports and related court calendar (.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 03/19/12 | D. M. LeMAY | Review all latest court filings. | 0.80 hrs. |
| 03/19/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). | 0.70 hrs. |
| 03/20/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries and recently filed hearing agenda (.60); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.20). | 1.70 hrs. |
| 03/21/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.20); prepare materials for March 22, 2012 hearing (1.60). | 2.80 hrs. |
| 03/22/12 | M. DISTEFANO | Participate (telephonically) in hearing/status conference (1.8) | 1.80 hrs. |
| 03/22/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.80); review, revise and finalize case calendar | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                Page    5
CHICAGO, IL 60611

|            |               |                                                                                                                                                                                                                     |           |
|------------|---------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |               | based on current docket entries (.20); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.20).                                                                              |           |
| 03/22/12   | D. M. LeMAY   | Prepare for (2.1) and attend (2.1) omnibus hearing in US Bankruptcy Court.                                                                                                                                             | 4.20 hrs. |
| 03/22/12   | M. ROITMAN    | Preparation for status conference and hearing on Conte and Parker claims issues (2.4); Meet with Debtors before hearing re: same (0.3); Attend Bankruptcy Court hearing (2.0); Draft email to Committee reporting on hearing (1.4) | 6.10 hrs. |
| 03/23/12   | H. LAMB       | Review of court dockets (.3); prepare daily report of new pleadings filed (.7); prepare updates to case calendar in accordance with same (.2).                                                                         | 1.20 hrs. |
| 03/26/12   | H. LAMB       | Review case dockets (.2); prepare daily report of new pleadings filed (.5); prepare updated case calendar in accordance with same (.3).                                                                                | 1.00 hrs. |
| 03/26/12   | D. M. LeMAY   | Review all latest court filings.                                                                                                                                                                                       | 1.30 hrs. |
| 03/26/12   | D. E. DEUTSCH | Review last week's daily reports, MDL reports, pleadings therein and court calendar (.7).                                                                                                                              | 0.70 hrs. |
| 03/27/12   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.30). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| 03/28/12 | M. DISTEFANO | Reviewed agenda for status conference (.1); | 0.10 hrs. |
| 03/28/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.30). | 1.20 hrs. |
| 03/29/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.30); prepare confirmation related deadlines calendar (.10). | 0.90 hrs. |
| 03/30/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.30); prepare confirmation related deadlines calendar (.10). | 1.20 hrs. |
| 03/31/12 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.3). | 0.30 hrs. |

**Total Fees for Professional Services.............  $22,026.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 8.80 | 8140.00 |
| D. E. DEUTSCH | 745.00 | 3.40 | 2533.00 |
| D. BAVA | 295.00 | 20.90 | 6165.50 |
| H. LAMB | 295.00 | 4.40 | 1298.00 |
| M. DISTEFANO | 435.00 | 2.00 | 870.00 |
| M. ROITMAN | 495.00 | 6.10 | 3019.50 |
| TOTALS | | 45.60 | 22026.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      April 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                  Page    1

                            For Services Through March 31, 2012

Our Matter #19804.003
         COMMITTEE MEETINGS


03/01/12   D. E. DEUTSCH      Meeting with Michael Distefano to      0.30 hrs.
                              discuss multiple Committee-related
                              tasks (.2); review related draft
                              e-mail to Committee (.1).

03/05/12   M. DISTEFANO       Drafted agenda for professionals       0.40 hrs.
                              meeting (.2); drafted email to
                              team re professionals meeting (.2)

03/05/12   D. E. DEUTSCH      Exchange e-mails with David LeMay      0.20 hrs.
                              and Howard Seife re: Committee
                              meeting matters (.2).

03/06/12   D. E. DEUTSCH      Exchange e-mails with David LeMay      0.90 hrs.
                              re: Thursday's Committee
                              presentation (.3); review and
                              revise agenda for Thursday's
                              Committee meeting (.2); review and
                              revise agenda for tomorrow's
                              Committee professional meeting
                              (.1); two conferences with Michael
                              Distefano to discuss Committee
                              presentation materials and various
                              other Committee meeting matters
                              (.3).

03/06/12   D. M. LeMAY        Prep for Thursday's in-person         1.00 hrs.
                              meeting.

03/06/12   M. DISTEFANO       Revised agenda for professionals     4.30 hrs.
                              meeting (.2); drafted agenda for
                              Committee meeting (.3); Drafted
                              presentation to Committee re
                              Allocation Dispute Hearing (2.5);
                              drafted summary of
                              confirmation-related deadlines
                              (1.3);

03/06/12   J. MARRERO         Conference with M.Distefano re:       0.30 hrs.
                              Committee meeting

03/07/12   M. D. ASHLEY       Reviewed materials relating to        1.60 hrs.
                              weekly Committee professionals'
                              meeting (.8); attended weekly
                              Committee professionals' meeting
                              (.5); attended team meeting
                              regarding status of plan
                              confirmation issues (.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 03/07/12 | H. SEIFE | Prepare for Committee meeting. | 1.30 hrs. |
| 03/07/12 | H. LAMB | Review and prepare materials for March 8 in-person Committee meeting. | 0.70 hrs. |
| 03/07/12 | D. M. LeMAY | Weekly meeting of Committee professionals. | 0.70 hrs. |
| 03/07/12 | M. ROITMAN | Conference call with Committee Professionals (0.7). | 0.70 hrs. |
| 03/07/12 | M. DISTEFANO | Drafted and revised presentation to Committee re Allocation Dispute Hearing (4.4); attend Committee professionals meeting (.8); revised and circulated committee meeting agenda (.2); revised confirmation timeline (.5); meeting with A. Rosenblatt re committee presentation (.4); | 6.30 hrs. |
| 03/07/12 | A. ROSENBLATT | Attend Committee professional's call. | 0.60 hrs. |
| 03/07/12 | D. E. DEUTSCH | Exchange e-mails with David Bava and Michael Distefano re: materials for Committee members (.2). | 0.20 hrs. |
| 03/07/12 | D. E. DEUTSCH | Prepare for today's Committee professional meeting (.7); participate in Committee professional meeting (.8). | 1.50 hrs. |
| 03/07/12 | J. MARRERO | Attend Committee Professionals meeting | 0.70 hrs. |
| 03/07/12 | T. J. MCCORMACK | Prep for (0.3) and attend professionals meeting (0.7); attend meeting with team on plan confirmation issues (0.3). | 1.30 hrs. |
| 03/08/12 | D. E. DEUTSCH | Prepare for Committee presentation on FCC issues (1.1); participate in Committee meeting (3.0). | 4.10 hrs. |
| 03/08/12 | A. ROSENBLATT | Prepare for (.6) and attend (2.6) Creditors' Committee meeting. | 3.20 hrs. |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/08/12 | M. ROITMAN | Preparation for Creditors' Committee meeting (0.6); Take minutes at Creditors' Committee meeting (2.9) | 3.50 hrs. |
| 03/08/12 | H. LAMB | Preparation of materials for today's in-person Committee meeting. | 1.10 hrs. |
| 03/08/12 | D. M. LeMAY | Prepare for (.4) and participate (1.7) in portion of in-person Committee meeting. | 2.10 hrs. |
| 03/08/12 | H. SEIFE | Prepare for Committee meeting (1.4); participation in in-person Committee meeting (3.1). | 4.50 hrs. |
| 03/08/12 | J. MARRERO | Email correspondence with M.Roitman and D.Deutsch re: presentation to Committee re: confirmation timeline and summary of allocation disputes (0.3); draft posting to Committee re: same (0.6); email correspondence with Committee members re: same (0.4) | 1.30 hrs. |
| 03/12/12 | M. DISTEFANO | Drafted and circulated professionals meeting agenda (.5) | 0.50 hrs. |
| 03/13/12 | M. DISTEFANO | Professionals meeting (.6); drafted email re weekly committee meeting (.1); | 0.70 hrs. |
| 03/13/12 | M. ROITMAN | Conference call with Committee Professionals (0.5) | 0.50 hrs. |
| 03/13/12 | J. MARRERO | Attend Committee professionals meeting | 0.50 hrs. |
| 03/13/12 | D. M. LeMAY | Weekly call of Committee advisors. | 0.60 hrs. |
| 03/13/12 | D. E. DEUTSCH | Prepare for (.8) and participate in Committee professionals meeting (.6). | 1.40 hrs. |
| 03/13/12 | M. D. ASHLEY | Reviewed materials regarding weekly Committee professionals' meeting (.6); attended weekly Committee professionals' meeting (.4). | 1.00 hrs. |

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/13/12 | T. J. MCCORMACK | Prep for (.5) and attend professionals meeting on all outstanding matters (.5). | 1.00 hrs. |
| 03/13/12 | A. ROSENBLATT | Prepare for (.2) and participate on Committee professional's call (.5). | 0.70 hrs. |
| 03/16/12 | D. E. DEUTSCH | Meeting with Michael Distefano to discuss next week's Committee and Committee professional meetings (.3). | 0.30 hrs. |
| 03/19/12 | M. DISTEFANO | Drafted agenda for professionals call (.5); | 0.50 hrs. |
| 03/19/12 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano re: tomorrow's Committee professional meeting (.2). | 0.20 hrs. |
| 03/20/12 | T. J. MCCORMACK | Prep for (0.3) and attend professionals' meeting on overall case status (0.4). | 0.70 hrs. |
| 03/20/12 | M. DISTEFANO | Participate in professionals meeting (.3); drafted email to co-chairs re meeting issue (.1). | 0.40 hrs. |
| 03/20/12 | M. D. ASHLEY | Reviewed materials relating to status of confirmation proceedings (.6); attended weekly Committee professionals' meeting (.3). | 0.90 hrs. |
| 03/20/12 | A. ROSENBLATT | Prepare for (.3) and participate on professionals' only call (.3). | 0.60 hrs. |
| 03/20/12 | D. M. LeMAY | Weekly call of Committee advisors. | 0.40 hrs. |
| 03/20/12 | M. ROITMAN | Conference call with Committee professionals (0.3) | 0.30 hrs. |
| 03/21/12 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano re: this week's Committee meeting matters (.3). | 0.30 hrs. |
| 03/23/12 | M. DISTEFANO | Drafted agenda for professionals meeting (.2) | 0.20 hrs. |
| 03/23/12 | M. ROITMAN | Draft minutes of 3/8 Committee meeting (3.2) | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/26/12 | M. ROITMAN | Revise minutes of 3/8/12 Committee meeting (1.1); confer with D. Deutsch re: same (0.1) | 1.20 hrs. |
| 03/26/12 | T. J. MCCORMACK | Review 3/27 agenda for professionals' meeting (0.1). | 0.10 hrs. |
| 03/26/12 | D. E. DEUTSCH | Review two recent e-mails to Committee (.2) and e-mail Michael Distefano re: required follow-up on same (.1); review draft agenda for tomorrow's professionals meeting (.1); review various case memoranda (.2); edit agenda (.2); review and edit March 8, 2012 Committee minutes (.6). | 1.40 hrs. |
| 03/27/12 | D. E. DEUTSCH | Prepare for (.6) and participate in weekly Committee professional meeting (.5); meeting with Howard Seife to discuss agenda for this week's Committee meeting (.2); discuss various Committee action items with Michael Distefano (.2). | 1.50 hrs. |
| 03/27/12 | T. J. MCCORMACK | Prep for (0.2) and attend professionals' meeting on all case issues (0.5); confer team on upcoming tasks in bankruptcy and MDL cases (0.3). | 1.00 hrs. |
| 03/27/12 | M. ROITMAN | Conference call with Committee professionals (0.5); Revise minutes of 3/8/12 Committee meeting (0.6) | 1.10 hrs. |
| 03/27/12 | M. D. ASHLEY | Reviewed materials relating to weekly Committee professionals' meeting (.6); attended weekly Committee professionals' meeting (.5); follow up conference with team regarding pending issues (.3). | 1.40 hrs. |
| 03/27/12 | A. ROSENBLATT | Attend professionals' only call. | 0.60 hrs. |
| 03/27/12 | J. MARRERO | Prepare materials for Committee professionals meeting (0.4); attend Committee professionals meeting (0.5). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2012
Page   6

| | | | |
|---|---|---|---|
| 03/27/12 | M. DISTEFANO | Attend Committee Professionals meeting (.6). | 0.60 hrs. |
| 03/28/12 | M. DISTEFANO | Drafted email to Committee re Committee meeting issues (.2); drafted email to M. Levin re co-chair position (.2). | 0.40 hrs. |
| 03/28/12 | D. E. DEUTSCH | Conference with Michael Distefano to discuss notice to Committee re: upcoming meetings and other matters (.2). | 0.20 hrs. |
| 03/30/12 | M. DISTEFANO | Drafted agenda for professionals meeting (.2); | 0.20 hrs. |

**Total Fees for Professional Services.............. $44,408.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 4.80 | 4440.00 |
| H. SEIFE | 995.00 | 5.80 | 5771.00 |
| T. J. MCCORMACK | 875.00 | 4.10 | 3587.50 |
| M. D. ASHLEY | 695.00 | 4.90 | 3405.50 |
| A. ROSENBLATT | 745.00 | 5.70 | 4246.50 |
| D. E. DEUTSCH | 745.00 | 12.50 | 9312.50 |
| H. LAMB | 295.00 | 1.80 | 531.00 |
| J. MARRERO | 435.00 | 3.70 | 1609.50 |
| M. DISTEFANO | 435.00 | 14.50 | 6307.50 |
| M. ROITMAN | 495.00 | 10.50 | 5197.50 |
| TOTALS | | 68.30 | 44408.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                              For Services Through March 31, 2012
   Our Matter #19804.004
            CREDITOR COMMUNICATIONS


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/05/12 | D. E. DEUTSCH | Exchange e-mails with Gabrielle Davis re: this week's Committee meeting matters (.1). | 0.10 hrs. |
| 03/16/12 | D. E. DEUTSCH | Exchange e-mails with Bob Paul re: FCC matter (.2); call with Wayne Smith re: request for certain information (.1). | 0.30 hrs. |
| 03/25/12 | D. E. DEUTSCH | E-mail Wayne Smith re: pending inquiry to Debtors (.2). | 0.20 hrs. |
| 03/26/12 | D. E. DEUTSCH | Call with Jillian Ludwig (Sidley) re: inquiry from Committee member (.1); e-mail Wayne Smith on same (.1); call with individual creditor (Clyde Moon) re: general case status questions (.2); review and respond to inquiry from creditor (Arrowgrass Capital) (.1). | 0.50 hrs. |
| 03/27/12 | D. E. DEUTSCH | Exchange e-mails with new co-chair contact (Marina Levin) re: Committee processes/meeting matters (.3); e-mail Michael Distefano re: materials to be sent to Marina Levin (.1); exchange e-mails with Gabrielle Davis re: Committee meeting matters (.1). | 0.50 hrs. |
| 03/30/12 | D. E. DEUTSCH | Call with Bob Paul re: MIP matters (.3); review information request from creditor (Arrowgrass) (.1); respond to same (.1). | 0.50 hrs. |


         **Total Fees for Professional Services.............    $1,564.50**



                       TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 2.10 | 1564.50 |
| TOTALS |  | 2.10 | 1564.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                              For Services Through March 31, 2012

    Our Matter #19804.007
              BUSINESS OPERATIONS


03/01/12   A. KRONSTADT      Prepared markup of merger         1.20 hrs.
                             agreement re sale of Debtor
                             subsidiary.

03/01/12   D. E. DEUTSCH     Review revisions to FCC procedures   1.30 hrs.
                             motion (1.1); call with James
                             Stenger re: same (.2).

03/01/12   J. A. STENGER     Telephone conference with J. Feore   3.90 hrs.
                             regarding Committee support of FCC
                             rulemaking relating to FCC exit
                             applications (0.7); prepare
                             revisions to draft Committee
                             comments (1.2); correspondence
                             with J. Feore and M. Schneider
                             regarding Tribune comments (0.6);
                             review and revise draft motion to
                             the court regarding FCC foreign
                             ownership certification (1.1); and
                             office correspondence with
                             D.Deutsch regarding same (0.3).

03/02/12   J. A. STENGER     Correspondence (0.5) and telephone   3.60 hrs.
                             conference (0.6) with J. Feore and
                             M. Schneider regarding Tribune
                             comments on FCC rules affecting
                             FCC exit applications; research
                             regarding Committee comments
                             regarding same (1.4); telephone
                             conference with J. Bayes regarding
                             same (0.4); review correspondence
                             from E. Reed regarding revisions
                             to Comprehensive Exhibit to FCC
                             exit applications (0.3) and
                             prepare correspondence to E.Reed
                             regarding same (0.4).

03/02/12   D. E. DEUTSCH     Review e-mail exchanges between      2.70 hrs.
                             Marc Alpert and Debtor team and
                             attached deal documents re: sale
                             of subsidiary company (.3); review
                             FCC-related materials provided by
                             James Stenger (.9); hold two
                             related calls with James Stenger
                             (.6); exchange e-mails with DCL
                             Plan FCC counsel re: same (.2);
                             exchange e-mails with Damian
                             Schaible re: same (.1); review
                             additional FCC materials from

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | James Stenger (.4); exchange e-mails with James Stenger re: next steps related to same (.2). |  |
| 03/03/12 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: revised FCC filings (.3). | 0.30 hrs. |
| 03/03/12 | J. A. STENGER | Review further revised draft of foreign ownership certification for motion to be filed with court (0.5) and office correspondence with D.Deutsch regarding same (0.2). | 0.70 hrs. |
| 03/04/12 | J. A. STENGER | Review correspondence and draft of instructions for foreign ownership certification to be filed with court (0.9) and prepare correspondence to A. Stromberg regarding same (0.7). | 1.60 hrs. |
| 03/05/12 | D. E. DEUTSCH | Review revised FCC procedures motion and related exhibits (1.1); review related e-mail to FCC lawyers from James Stenger (.2); exchange e-mails related to same and next steps with James Stenger (.2). | 1.50 hrs. |
| 03/05/12 | J. A. STENGER | Review and revised draft of motion to court regarding foreign ownership certification procedures (0.9); correspondence with E. Vonnegut regarding same (0.2); correspondence with D. Deutsch regarding same (0.2); review further revised draft and final revisions to same (0.7) and final revisions to foreign ownership certification for filing with the court (0.6); review correspondence from E. Reed (0.2); revised comprehensive exhibit (0.7); telephone conference with J. Logan regarding same (0.3); prepare correspondence to D. Deutsch regarding same (0.2). | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 03/06/12 | J. A. STENGER | Review Tribune comments on FCC rulemaking (1.9) and telephone conference with D. Deutsch regarding same and regarding potential Committee comments (0.6); prepare correspondence to D. Deutsch regarding Creditor Committee meeting (0.9); research and review comments filed by other parties regarding rulemaking on FCC media rules affecting Tribune FCC exit applications (4.1). | 7.50 hrs. |
| --- | --- | --- | --- |
| 03/06/12 | D. E. DEUTSCH | Review inquiry from James Stenger re: information to include in FCC filing (.1); follow-up with Helen Lamb to obtain requested information (.1); review additional related e-mails (.1); review Debtors lengthy FCC filing on proposed rulemaking (2.3); review initial draft Committee filing in support of same (.5); conference call with James Stenger to discuss alternative approach for Committee on same (.6). | 3.70 hrs. |
| 03/06/12 | N. SCANNAVINO | Discussions with M. Alpert and A. Kronstadt regarding transaction re sale of Debtors subsidiary (.6); review and analyze memoranda and comments to merger agreement regarding transaction (1.0). | 1.60 hrs. |
| 03/06/12 | M. DISTEFANO | Reviewed motion for FCC procedures (.3) | 0.30 hrs. |
| 03/06/12 | M. A. ALPERT | Confs with N.Scannavino and A.Kronstadt re: transaction re: sale of debtor subsidiary (.5); reviewed Merger Agreement (.8). | 1.30 hrs. |
| 03/07/12 | M. A. ALPERT | Reviewed Merger Agreement (1.5). | 1.50 hrs. |
| 03/07/12 | N. SCANNAVINO | Review and analyze revised draft of merger agreement (1.4); prepare comments regarding same (2.2). | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 03/07/12 | J. A. STENGER | Review correspondence from J. Logan (0.2) and revised drafts of comprehensive exhibit to FCC exit applications (0.7) and comprehensive exhibit to pro forma restructuring applications (0.5); review comments on FCC rulemaking on FCC media rules affecting Tribune exit applications (1.2) and research regarding potential Committee response to same (1.4); prepare correspondence to D. Deutsch regarding same (0.3) | 4.30 hrs. |
| 03/07/12 | H. SEIFE | Review of AlixPartners weekly report (.2); review of Moelis report (.2). | 0.40 hrs. |
| 03/08/12 | M. A. ALPERT | Reviewed Merger Agreement re: sale of Debtor subsidiary (.7); conf. with N.Scannavino re: same (.3). | 1.00 hrs. |
| 03/08/12 | J. A. STENGER | Prep for telephone conference (1.0) and telephone conference with FCC counsel group regarding proposed amendments to FCC Exit Applications (1.2); prepare correspondence to D. Deutsch to report on same (0.4); research regarding proposed amendments to Tribune FCC Exit Applications Comprehensive Exhibit, equity allocation model and waivers for newspaper-broadcast and television duopoly ownership (4.4). | 7.00 hrs. |
| 03/08/12 | N. SCANNAVINO | Review and analyze revised draft of merger agreement (3.1); prepare comments regarding same (3.4); discuss same with M. Alpert (.3). | 6.80 hrs. |
| 03/08/12 | D. E. DEUTSCH | Review e-mails from James Stenger re: FCC matter (.2); e-mail James Stenger re: FCC presentation/issues to be addressed at today's Committee meeting (.1); review FCC materials to prepare for today's Committee meeting presentation (.8). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 03/09/12 | D. E. DEUTSCH | Review update e-mail and attachment re: potential sale of Debtor subsidiary web business (.2); review and analysis of Debtors FCC-related equity allocation model (1.3); exchange e-mails (.1) and hold call with James Stenger re: same (.2). | 1.80 hrs. |
| 03/09/12 | N. SCANNAVINO | Review and analyze merger agreement, joinder and indemnification agreement (1.1); prepare comments regarding same (1.3). | 2.40 hrs. |
| 03/09/12 | J. A. STENGER | Review correspondence from Dow Lohnes and Tribune equity allocation model (0.8) and revisions to Comprehensive Exhibit to FCC exit applications (0.9); prepare correspondence to E. Reed and D. Deutsch regarding same (0.4); review draft amendments to FCC Exit application waiver requests (0.8) and correspondence from Dow Lohnes regarding same (0.3); research regarding impact on draft Committee comments (1.7). | 4.90 hrs. |
| 03/09/12 | R. M. LEDER | Review tax issues in Amendments to Merger Agreement re sale of Debtor subsidiary. | 0.70 hrs. |
| 03/09/12 | M. A. ALPERT | Reviewed Merger Agreement (.4). | 0.40 hrs. |
| 03/12/12 | D. E. DEUTSCH | Exchange e-mails with Brad Hall (AlixPartners) and others re: request to access Committee's 2012 business plan model (.3); review allocation model and other comprehensive exhibit materials to prepare for FCC conference call (1.2); conference call with James Stenger re: numerous FCC matters (.9); call with Brad Hall re: 2012 business plan analysis issues (.2); review multiple e-mails re: revised deal documents for sale of Debtor business (.3). | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2012
Page    6

| | | | |
|---|---|---|---|
| 03/12/12 | N. SCANNAVINO | Review merger agreement, joinder agreement and release agreement re sale of Debtor subsidiary business (.9); prepare comments regarding same (1.0). | 1.90 hrs. |
| 03/12/12 | J. A. STENGER | Review correspondence from Dow Lohnes (0.4) and draft amendments to NBCO waiver requests in FCC Exit Applications (2.8); prepare correspondence to J. Rademacher regarding legal section of proposed amendments (0.9); review correspondence from Wiley, Rein (0.2) and revised draft of Comprehensive Exhibit to FCC Exit Applications (0.8); correspondence to E. Reed regarding same (0.2); telephone conference with D. Deutsch regarding various FCC issues (0.7); research regarding revisions to Committee comments on FCC rulemaking affecting Exit Applications (1.3) and prepare revised draft regarding same (0.9). | 8.20 hrs. |
| 03/12/12 | M. A. ALPERT | Reviewed Merger Agreement re: sale of Debtor subsidiary business (.8). | 0.80 hrs. |
| 03/13/12 | M. A. ALPERT | Reviewed Merger Agreement and ancillary agreements (.9). | 0.90 hrs. |
| 03/13/12 | J. A. STENGER | Review correspondence from J. Rademacher regarding amendments to Tribune exit applications (0.6) and prepare correspondence to J. Rademacher regarding same (1.1); telephone conference with J. Feore regarding amendments to Debtors' exit applications (0.6) and prepare correspondence to D. Deutsch regarding same (0.4); prepare revisions to Tribune FCC comments (1.7). | 4.40 hrs. |
| 03/13/12 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: new FCC filing (.2); hold related call with James Stenger (.2). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2012
Page     7

| | | | |
|---|---|---|---|
| 03/14/12 | J. A. STENGER | Correspondence with D.Deutsch regarding revisions to Tribune FCC comments (0.4); correspondence with J. Logan regarding revisions to amendments to Tribune FCC exit applications (0.5) and review drafts regarding same (1.8); telephone conference with D. Deutsch regarding same (0.3). | 3.00 hrs. |
| 03/14/12 | D. E. DEUTSCH | Review e-mail from James Stenger re: FCC allocation model (.2); exchange e-mails with Zul Jamal re: required analysis of allocation model (.2); review various e-mails and attachments related to sale of Debtor internet company (.6); t/c with Marc Alpert to discuss next steps with Committee on same (.2). | 1.20 hrs. |
| 03/14/12 | N. SCANNAVINO | Review and prepare comments to merger agreement (.9), joinder agreement (.6) and release agreement (.7); discuss same with M. Alpert (.2). | 2.40 hrs. |
| 03/14/12 | M. A. ALPERT | Reviewed Merger Agreement for sale of debtor subsidiary and ancillary agreements (.7); meetings with N. Scannavino re: same(.5); confs. w/McDermott re: same (.3). | 1.50 hrs. |
| 03/14/12 | R. M. LEDER | Review revised draft of Agreement for sale of Debtor subsidiary re tax issues (.6) and review Disclosure Statement (.5). | 1.10 hrs. |
| 03/15/12 | M. A. ALPERT | Reviewed Merger Agreement and ancillary agreements (.6); meetings with N. Scannavino re: same (.5); worked on summary memo to Committee re: proposed transaction (.8). | 1.90 hrs. |
| 03/15/12 | M. DISTEFANO | Revised comments of Committee to FCC Rulemaking (.8); | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2012
Page    8

| | | | |
|---|---|---|---|
| 03/15/12 | N. SCANNAVINO | Review and analyze merger agreement, ancillary documents and information statement (2.8); prepare memorandum to creditors' committee re same (4.2); discuss same with M. Alpert (.3). | 7.30 hrs. |
| 03/15/12 | H. SEIFE | Review of AlixPartners weekly report. | 0.20 hrs. |
| 03/15/12 | J. A. STENGER | Review correspondence from J. Feore regarding Tribune amendments to FCC exit applications (1.1); telephone conference with J. Feore regarding same (0.4); prepare correspondence to D. Deutsch regarding amendments (0.4); review correspondence from J. Logan regarding finalizing amendments for filing with FCC (0.3) and review final draft (0.7); review equity allocation model (0.8). | 3.70 hrs. |
| 03/15/12 | D. E. DEUTSCH | Review revised Committee FCC filing (.4); exchange e-mails with James Stenger re: possible next steps with Debtors on same (.1); review draft memorandum to Committee re: sale of interest in internet company (.5); exchange e-mails with Marc Alpert re: questions on same (.2); review Debtors proposed allocation model for FCC purposes (.4); exchange e-mails with Zul Jamal and rest of Moelis team re: next steps on same (.3); call with Bob Paul re: revised FCC Comment (.2); call with Wayne Smith re: same (.2); review exchange between FCC counsel re: inclusion of certain arguments in FCC applications (.4); discuss (.2) and e-mail with James Stenger re: same (.1); review e-mail from Wayne Smith re: change to FCC comment (.1). | 3.10 hrs. |
| 03/16/12 | J. A. STENGER | Correspondence with J.Feore regarding finalizing Tribune FCC amendments for filing and regarding equity allocation model (1.1) and prepare correspondence | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      April 25, 2012
435 N. MICHIGAN AVENUE      Page    9
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | to D.Deutsch regarding same (0.6). |  |
| 03/16/12 | D. E. DEUTSCH | Review draft memorandum to Committee re: sale of Debtor internet business (.8); draft preliminary comments on same (.4); draft e-mail to Marc Alpert, Brad Hall (AlixPartners) and Michael Distefano re: required follow-up tasks related to completing memorandum to Committee (.5); hold call (.1) and exchange related e-mails with Marc Alpert (.1); related call with Brad Hall (.2); draft insert for memorandum (.5); review and revise revised further draft memorandum (.4). | 3.00 hrs. |
| 03/16/12 | M. A. ALPERT | Worked on memo re: sale of debtor subsidiary (1.2); conf. with N.Scannavino re: same (.3). | 1.50 hrs. |
| 03/16/12 | M. DISTEFANO | Revised memo to Committee re: sale of debtor subsidiary business (2.9); | 2.90 hrs. |
| 03/19/12 | M. A. ALPERT | Worked on memo to Committee re: sale of Debtor subsidiary (1.3); confs. with N.Scannavino re: same (.2). | 1.50 hrs. |
| 03/19/12 | N. SCANNAVINO | Review and revise memorandum regarding merger agreement (3.5); discuss same with M. Alpert (.3). | 3.80 hrs. |
| 03/19/12 | J. A. STENGER | Correspondence with debtor FCC counsel and D. Deutsch regarding amendments to FCC exit applications and potential FCC restructuring applications (0.4) and research regarding same (0.9); prepare for telephone conference with Moelis regarding equity allocation model (0.6) and telephone conference with Moelis regarding same (0.8); prepare correspondence to D. Deutsch regarding allocation model (0.5) and telephone conference with J. Logan regarding same (0.7). | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2012
Page   10

| 03/19/12 | H. SEIFE | Review of FCC filing by Committee. | 0.30 hrs. |
|---|---|---|---|
| 03/19/12 | D. E. DEUTSCH | Review revised FCC comments (.6); draft posting note to Committee re: same (.4); exchange related e-mails to Michael Distefano re: next steps on FCC matters (.2). | 1.20 hrs. |
| 03/20/12 | J. A. STENGER | Research regarding FCC restructuring applications and FCC filing issues affecting exit applications. | 2.70 hrs. |
| 03/20/12 | N. SCANNAVINO | Review and revise memorandum re: sale of Debtor subsidiary business (.8); discuss same with M. Alpert (.2). | 1.00 hrs. |
| 03/20/12 | M. DISTEFANO | Drafted emails to Committee re FCC matters and sale of Debtor subsidiary (.7); posted memo to Intralinks re same (.2) | 0.90 hrs. |
| 03/20/12 | M. A. ALPERT | Reviewed info package re: proposed sale of Debtor subsidiary (.9); conf. with N.Scannavino re: same (.2); worked on memo to Committee re: proposed sale (.3). | 1.40 hrs. |
| 03/21/12 | N. SCANNAVINO | Review and analyze transaction documents for sale of Debtor subsidiary business. | 1.00 hrs. |
| 03/21/12 | M. A. ALPERT | Reviewed Merger Agreement re sale of Debtor subsidary (.4); confs. with N.Scannavino re: same (.2). | 0.60 hrs. |
| 03/21/12 | J. A. STENGER | Review correspondence from J. Logan (0.2) and Debtors drafts of FCC applications for Tribune non-broadcast licenses (0.8); research regarding same (1.7); revise drafts of FCC applications and prepare redlines of same (1.8); correspondence to J. Logan regarding revisions to FCC applications (0.4). | 4.90 hrs. |
| 03/21/12 | H. SEIFE | Review of AlixPartners weekly report (.2); review of Moelis report (.2). | 0.40 hrs. |