| 03/22/12 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano re: status of sale of Debtor subsidiary (.2). | 0.20 hrs. |
|----------|---------------|-------------------------------------------------------------------------------------|-----------|
| 03/22/12 | M. A. ALPERT | Reviewed Merger Agreement for sale of Debtor subsidiary business. | 0.60 hrs. |
| 03/22/12 | N. SCANNAVINO | Review and analyze revised merger agreement for sale of Debtor subsidiary. | 0.40 hrs. |
| 03/23/12 | M. A. ALPERT | Reviewed revisions to Merger Agreement (.3). | 0.30 hrs. |
| 03/23/12 | J. A. STENGER | Review correspondence from J. Logan regarding Tribune non-broadcast license assignment applications (0.9) and prepare response regarding same (0.6); research and prepare correspondence to J. Logan regarding FCC applications to restructure Tribune broadcast subsidiaries and related amendments to FCC exit applications (2.8) and prepare correspondence to D. Deutsch regarding same (0.9). | 5.20 hrs. |
| 03/26/12 | D. E. DEUTSCH | Review materials on sale of non-Debtor internet company (.3); review e-mail from Brad Hall re: 2012 business plan issue (.1); review e-mails and attachments re: FCC approach to corporate conversion issues (.4); e-mail James Stenger re: same (.1); review e-mails from James Stenger re: revised FCC application and amendments to same (.3); review further e-mails from James Stenger and related attachments re: conversion issues (.4); review last weekly AlixPartners' business operations report (.2). | 1.80 hrs. |
| 03/26/12 | J. A. STENGER | Telephone conference with J. Logan regarding FCC restructuring applications and related amendments to FCC exit applications (0.5); research regarding same (1.6); prepare | 2.60 hrs. |

| Date | Name | Description | Hours |
|---|---|---|---|
| | | correspondence to D. Deutsch regarding same (0.5). | |
| 03/27/12 | J. A. STENGER | Research regarding Tribune retransmission consent dispute (1.0); telephone conference with J. Feore regarding potential impact on FCC exit applications (0.7); prepare correspondence to D. Deutsch regarding same (0.5). | 2.20 hrs. |
| 03/27/12 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: dispute with DirecTV that could affect FCC approval (.2); exchange e-mails with James Stenger re: confirmation FCC issues (.2); review e-mail from James Stenger re: extension of FCC reply period and related matters (.1); respond to inquiry from James Stenger re: approach to FCC issues raised in bankruptcy court (.2); review article (.1) and e-mail Michael Distefano re: posting update to Committee on DirecTV dispute (.1). | 0.90 hrs. |
| 03/27/12 | M. DISTEFANO | Drafted email to Committee re FCC ownership/solicitation matters (.3); reviewed press release re DirectTV dispute (.2) | 0.50 hrs. |
| 03/28/12 | M. DISTEFANO | Drafted posting note re Direct TV dispute (.2); | 0.20 hrs. |
| 03/28/12 | M. A. ALPERT | Reviewed transaction documents re: sale of Debtor subsidiary. | 0.30 hrs. |
| 03/28/12 | D. E. DEUTSCH | Review and edit draft posting note to Committee re: DirecTV dispute (.2). | 0.20 hrs. |
| 03/28/12 | H. SEIFE | Review of AlixPartners report (.3); review of Moelis report (.2). | 0.50 hrs. |
| 03/30/12 | N. SCANNAVINO | Review and analyze information statement, merger agreement, joinder agreement and release agreement in connection with sale of Debtor subsidiary business. | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2012
Page   13

| 03/31/12 | D. E. DEUTSCH | Review new FCC filing (.1) and exchange related e-mails with James Stenger (.2). | 0.30 hrs. |

**Total Fees for Professional Services.............. $108,891.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | 1.80 | 1791.00 |
| M. A. ALPERT | 855.00 | 15.50 | 13252.50 |
| R. M. LEDER | 995.00 | 1.80 | 1791.00 |
| J. A. STENGER | 645.00 | 80.00 | 51600.00 |
| D. E. DEUTSCH | 745.00 | 27.60 | 20562.00 |
| N. SCANNAVINO | 495.00 | 33.90 | 16780.50 |
| A. KRONSTADT | 565.00 | 1.20 | 678.00 |
| M. DISTEFANO | 435.00 | 5.60 | 2436.00 |
| TOTALS |  | 167.40 | 108891.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through March 31, 2012
    Our Matter #19804.009
              CLAIMS ADMINISTRATION/BAR DATE


| 03/01/12 | M. DISTEFANO | Reviewed Debtors Maryland Tax settlement (.4); | 0.40 hrs. |
| 03/01/12 | M. ROITMAN | Review Comcast claims stipulation (0.2); Correspond with D. Deutsch re: same (0.2) | 0.40 hrs. |
| 03/01/12 | D. E. DEUTSCH | Review exchange of e-mails with Debtors' counsel on Maryland tax settlement (.3); exchange related e-mails with Brad Hall on next steps re: same (.3); review materials re: settlement of Comcast and other claims (.2); exchange e-mails with Michael Distefano re: next steps on same (.2). | 1.00 hrs. |
| 03/01/12 | T. J. MCCORMACK | Review/comment on motion to sever Advisor claims (0.5); review draft motion on Madoff-related claims (0.4). | 0.90 hrs. |
| 03/02/12 | D. E. DEUTSCH | Review revised memorandum and part of revised objection re: Waller claim (.2); provide comments on memorandum to Michael Distefano (.1). | 0.30 hrs. |
| 03/02/12 | M. DISTEFANO | Revised memo re Waller Objection (.7); meeting with D. Deutsch re same (.2). | 0.90 hrs. |
| 03/05/12 | M. DISTEFANO | Reviewed proposed settlements with Maryland Comptroller and Comcast (2.1) and drafted memo re same (1.3); | 3.40 hrs. |
| 03/05/12 | D. E. DEUTSCH | Exchange e-mails with Brad Hall (.4) and Michael Distefano re: proposed settlement of Maryland claims (.2). | 0.60 hrs. |
| 03/06/12 | M. DISTEFANO | Revised memo re Comcast and Maryland settlements (.7); | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE April 25, 2012
435 N. MICHIGAN AVENUE Page 2
CHICAGO, IL 60611

| 03/07/12 | M. DISTEFANO | Meeting with D. Deutsch re Maryland and Comcast settlements (.2); revised memo re same (1.4); | 1.60 hrs. |
|---|---|---|---|
| 03/08/12 | M. DISTEFANO | Meeting with D. Deutsch re settlement memo (.2); revised and circulated same (.9). | 1.10 hrs. |
| 03/09/12 | M. DISTEFANO | Revised and posted memo to Committee re Maryland and Comcast settlements (.5); reviewed responses to 51st omnibus objection (.3); reviewed Waller objection (.1) | 0.90 hrs. |
| 03/09/12 | D. E. DEUTSCH | Review and edit analysis for Committee on Comcast settlement (.3). | 0.30 hrs. |
| 03/13/12 | M. DISTEFANO | Drafted email to D. Deutsch re Waller claim objection (.2); reviewed response to 52nd omnibus objection (.2); | 0.40 hrs. |
| 03/14/12 | M. DISTEFANO | Phone call with Sidley re Waller Objection (.2); drafted email to D. Deutsch re same (.1); reviewed response of City of Hartford to 52nd omnibus objection (.2); drafted emails to D. Deutsch  and Debtors re same (.2); | 0.70 hrs. |
| 03/14/12 | M. ROITMAN | Correspond with J. Ludwig, M. Distefano and A. Leung re: media claims stipulations (0.5) | 0.50 hrs. |
| 03/14/12 | D. E. DEUTSCH | Review Waller objection to determine next steps related thereto (.3); e-mail Michael Distefano re: next steps with Debtors on Waller objection (.1); review memo from Michael Distefano re: Hartford claim matter (.2); discuss follow-up on same with Michael Distefano (.1); additional e-mails with Michael Distefano re: Waller claim objection joinder (.1). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/15/12 | D. E. DEUTSCH | Review memorandum from Debtors on proposed T-Mobile settlement (.2); exchange e-mails with Michael Distefano re: same (.1); review materials from Debtors on settlement of advertising claim reconciliation (.3); e-mails (.1) and conference with Michael Distefano re: same (.2). | 0.90 hrs. |
| 03/15/12 | M. ROITMAN | Call with Debtors and Senior Lenders re: Media Claims Stipulations (0.4) | 0.40 hrs. |
| 03/15/12 | M. DISTEFANO | Call with Debtors re: Media claims settlement (.4); review and respond to emails re Media settlements (.3); drafted memo to committee re Media settlements and T-Mobile settlement (1.6); | 2.30 hrs. |
| 03/16/12 | M. DISTEFANO | Meeting with D. Deutsch re Media claims reconciliation and TMobile settlement memo (.8); revised memo on media claims and T-Mobile (2.6). | 3.40 hrs. |
| 03/16/12 | D. E. DEUTSCH | Review materials on Parker claim to prepare for today's hearing (.5); related call with Jillian Ludwig (.2); participate in hearing on Parker claim evidentiary issues (.5); preliminary review of memorandum to Committee on multiple claim issues (.4); discuss further analysis/follow-up on same with Michael Distefano (.3); review and edit memorandum to Committee on T-Mobile settlement and process to resolve advertising claims (.7). | 2.60 hrs. |
| 03/16/12 | D. E. DEUTSCH | Review and revise posting note to Committee on claim matters and D&O reimbursement (.2). | 0.20 hrs. |
| 03/21/12 | M. ROITMAN | Preparation for hearing on Conte claim issues (1.5) | 1.50 hrs. |
| 03/23/12 | M. DISTEFANO | Reviewed response to 51st omnibus objection to claims (.2); | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2012
Page    4

| | | | |
|---|---|---|---|
| 03/26/12 | M. DISTEFANO | Drafted email re Waller and Conte claims (.1) | 0.10 hrs. |
| 03/27/12 | M. DISTEFANO | Reviewed and prepared memo re 53rd Omnibus Objection (1.7); | 1.70 hrs. |
| 03/28/12 | M. DISTEFANO | Drafted memo re 53rd Omnibus objection (.5); | 0.50 hrs. |
| 03/30/12 | M. DISTEFANO | Meeting with D. Deutsch re 53rd omnibus objection to claims (.2); call with Debtors counsel re same (.2); revised memo re same (.4); | 0.80 hrs. |

Total Fees for Professional Services.............  $15,473.50


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| T. J. MCCORMACK | 875.00 | .90 | 787.50 |
| D. E. DEUTSCH | 745.00 | 6.70 | 4991.50 |
| M. DISTEFANO | 435.00 | 19.10 | 8308.50 |
| M. ROITMAN | 495.00 | 2.80 | 1386.00 |
| TOTALS | | 29.50 | 15473.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page     1


                              For Services Through March 31, 2012
Our Matter #19804.010
             FEE/RETENTION APPLICATIONS


| Date | Name | Description | Hours |
|---|---|---|---|
| 03/02/12 | H. LAMB | Review of billing proformas/daily time detail in preparation of February fee application. | 3.70 hrs. |
| 03/03/12 | H. LAMB | Further review of billing proformas/daily time detail in preparation of February fee application. | 4.20 hrs. |
| 03/03/12 | D. E. DEUTSCH | Review posting note and related memo from Zuckerman re: professional retention issue (.2); exchange e-mails with Andrew Goldfarb and, in part, Michael Distefano on same (.2). | 0.40 hrs. |
| 03/05/12 | J. MARRERO | Review fee applications for weekly ordinary course professionals and professional fee reports (0.5); prepare updates to ordinary course professionals report (0.4); email correspondence with D.Deutsch re: same (0.2); Research JPMorgan entity to determine if supplemental disclosure is necessary (1.3); email correspondence with D.LeMay re same (0.3) | 2.70 hrs. |
| 03/06/12 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: Tribune professional issue (.1). | 0.10 hrs. |
| 03/06/12 | J. MARRERO | Email correspondence with D.Deutsch re: professional fees. | 0.20 hrs. |
| 03/08/12 | H. LAMB | Begin preparation of work description summaries for February Fee Application. | 1.80 hrs. |
| 03/12/12 | H. LAMB | Continue research and preparation of work description summaries for February fee application. | 1.40 hrs. |
| 03/13/12 | M. ROITMAN | Correspond with Committee members re: Committee members' counsel fees (0.4); call with G. Novod re: same (0.1); correspond with A. Lipkind and G. Davis re: same | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

|            |              | (0.3); confer with D. LeMay re: same (0.2); Confer/correspond with J. Marrero re: memorandum on legal bases for payment of Committee members' counsel fees in DCL Plan (0.5) |            |
|------------|--------------|---|-----------|
| 03/13/12   | J. MARRERO   | Draft ordinary course professionals report (.2) and professional fee report (.3). | 0.50 hrs. |
| 03/15/12   | H. LAMB      | Further research and preparation of work description summaries for February fee application. | 1.80 hrs. |
| 03/15/12   | M. ROITMAN   | Review and comment upon draft memorandum re: legal bases for payment of Committee members' counsel fees in DCL Plan (0.5) | 0.50 hrs. |
| 03/15/12   | M. ROITMAN   | Correspond with Committee members re: fee estimates (0.2) | 0.20 hrs. |
| 03/16/12   | M. ROITMAN   | Call with E. Vonnegut re: Committee member counsel fees (0.1); Correspond with D. Adler re: Committee member counsel fees (0.1); Correspond with J. Teitelbaum re: Committee member counsel fees (0.1); Call with K. Mills re: Committee member counsel fees (0.1); Call with G. Novod re: Committee member counsel fees (0.1); Confer with D. LeMay re: Committee member counsel fees (0.2) | 0.70 hrs. |
| 03/17/12   | H. LAMB      | Continue research and preparation of work description summaries for February fee application. | 2.30 hrs. |
| 03/17/12   | D. E. DEUTSCH | Review February fee application detail and edit same (2.6); review last two ordinary course professional reports (.5); review last professional fee report (.2). | 3.30 hrs. |
| 03/19/12   | J. MARRERO   | Review and prepare updates to professional fee report. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            April 25, 2012
435 N. MICHIGAN AVENUE                                  Page    3
CHICAGO, IL 60611

| 03/20/12 | M. ROITMAN | Draft memorandum re: Committee member fee/expense claims (0.2); Meet with D. LeMay re: same (0.2) | 0.40 hrs. |
| 03/21/12 | H. LAMB | Finalize draft of monthly fee application in accordance with D.Deutsch comments. | 1.20 hrs. |
| 03/23/12 | J. MARRERO | Draft professional fee report (0.5) and ordinary course professinals report (0.4). | 0.90 hrs. |
| 03/26/12 | H. LAMB | Review Fee Examiner's report on Chadbourne's Ninth Interim Fee Application (.4); follow-up research on certain items in response to same (1.6). | 2.00 hrs. |
| 03/26/12 | D. E. DEUTSCH | Preliminary review of Examiner's 9th interim fee application report (.3); exchange e-mails with Examiner re: timing of related response (.1); review and edit draft monthly application summary filing (.8). | 1.20 hrs. |
| 03/27/12 | H. LAMB | Finalize February fee application for filing. | 0.90 hrs. |
| 03/28/12 | H. SEIFE | Review of Stickles email regarding fee scheduling. | 0.20 hrs. |
| 03/30/12 | J. MARRERO | Draft professional fee report (0.5) and ordinary course professionals report (0.3). | 0.80 hrs. |
| 03/31/12 | D. E. DEUTSCH | Review weekly ordinary course professional report (.3). | 0.30 hrs. |

**Total Fees for Professional Services............. $13,954.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2012
Page    4

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | .20 | 199.00 |
| D. E. DEUTSCH | 745.00 | 5.30 | 3948.50 |
| H. LAMB | 295.00 | 19.30 | 5693.50 |
| J. MARRERO | 435.00 | 5.70 | 2479.50 |
| M. ROITMAN | 495.00 | 3.30 | 1633.50 |
| TOTALS | | 33.80 | 13954.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                     Page    1
```

For Services Through March 31, 2012

Our Matter #19804.013
        AVOIDANCE ISSUES

| | | | |
|---|---|---|---|
| 03/01/12 | M. DISTEFANO | Revise draft motion to sever claims against CGMI and Merrill. | 0.30 hrs. |
| 03/01/12 | J. MARRERO | Draft posting re: dismissal of party from FitzSimons | 0.40 hrs. |
| 03/02/12 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry re: inquiry on dismissal of preference claim against employee (.2); e-mails with Michael Distefano and Landis Rath team re: same (.1). | 0.30 hrs. |
| 03/06/12 | D. E. DEUTSCH | Review avoidance action file (.1); e-mail James Sottile re: dismissal issue status (.1); review materials re: next D&O insurance payment report (.2). | 0.40 hrs. |

Total Fees for Professional Services.............     $826.00


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | .70 | 521.50 |
| J. MARRERO | 435.00 | .40 | 174.00 |
| M. DISTEFANO | 435.00 | .30 | 130.50 |
| TOTALS | | 1.40 | 826.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through March 31, 2012

Our Matter #19804.014
          EMPLOYEE ISSUES


| Date | Name | Description | Hours |
|---|---|---|---|
| 03/01/12 | D. E. DEUTSCH | Review draft analysis on advisor termination agreement (.4). | 0.40 hrs. |
| 03/07/12 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry re: MIP issue related to certain former employees (.3); exchange e-mails with Maile Solis re: same (.1). | 0.40 hrs. |
| 03/08/12 | D. E. DEUTSCH | Call with Kevin Lantry re: 2010 MIP payment issues (.2); review materials on 2010 MIP (.3); related call with counsel to certain former employees (Maile Solis) (.4); draft related e-mail on next steps to Kevin Lantry (.3). | 1.20 hrs. |
| 03/12/12 | M. S. TOWERS | Researched Committee comments re: 2010 MIP compromise | 2.30 hrs. |
| 03/13/12 | D. E. DEUTSCH | Exchange multiple e-mails with Meghan Towers re: research on MIP payment to certain former employees (.3). | 0.30 hrs. |
| 03/15/12 | D. GALLAI | Reviewed separation agreement. | 0.70 hrs. |
| 03/15/12 | J. MARRERO | Review settlement with former employee (0.4); draft memorandum to Committee re: same (0.5). | 0.90 hrs. |
| 03/15/12 | D. E. DEUTSCH | E-mail David Gallai and Jessica Marrero re: David's review of non-typical severance agreement (.2). | 0.20 hrs. |
| 03/16/12 | D. GALLAI | Continued to review settlement agreement with former employee (0.3). Confs. w/ J. Marrero re same (0.3). Reviewed draft memo (0.4). | 1.00 hrs. |
| 03/16/12 | D. E. DEUTSCH | Review materials on proposed severance/settlement agreement with former employee (.5); hold related call with Jonathan Lotsoff (Sidley) and Jessica Marrero (.4); discuss next steps on same with Jessica Marrero (.1). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                April 25, 2012
435 N. MICHIGAN AVENUE                                       Page   2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 03/16/12 | J. MARRERO | Draft memorandum re: termination of former employee (0.9); conference with D.Gallai re: same (0.2); conference with D.Deutsch re: same (0.2); conference with Debtors' counsel re: settlement (0.3). | 1.60 hrs. |
| 03/18/12 | J. MARRERO | Conference with D.Gallai re: memorandum re: settlement with former employee (0.3); revise memo re: same (0.6); email correspondence with D.Deutsch re: same (0.1). | 1.00 hrs. |
| 03/18/12 | D. GALLAI | Conf. w/ J. Marrero re memo. | 0.30 hrs. |
| 03/18/12 | D. E. DEUTSCH | Review proposed memorandum to Committee re: new severance agreement (.3); exchange related e-mails with Jessica Marrero (.3). | 0.60 hrs. |
| 03/19/12 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero to discuss Committee member (Bill Salganik) inquiry on terms of severance agreement (.3). | 0.30 hrs. |
| 03/19/12 | J. MARRERO | Review email correspondence from Committee member re: settlement with former employee (.2); email correspondence with D.Deutsch re: same (.3). | 0.50 hrs. |
| 03/21/12 | J. MARRERO | Conference with M.Distefano re: former employee severance (0.2); follow-up email correspondence with M.Distefano re: same (0.2). | 0.40 hrs. |
| 03/21/12 | M. DISTEFANO | Drafted memorandum new on insider severance payments to certain employee (1.4); | 1.40 hrs. |
| 03/21/12 | D. E. DEUTSCH | Exchange e-mails re: inquiry from Bill Salganik re: proposed severance agreement (.2); review background materials to prepare for related telephone call (.2); hold call with Bill Salganik re: proposed severance agreement terms and issues (.3); exchange related e-mails with Jessica Marrero (.1). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/22/12 | D. E. DEUTSCH | Review e-mail and attachment from Michael Distefano re: new severance agreement (.2); exchange related e-mails (.2). | 0.40 hrs. |
| 03/22/12 | M. DISTEFANO | Revised memo to Committee re former employee severance (.4) and posted same to Intralinks (.1). | 0.50 hrs. |
| 03/26/12 | D. E. DEUTSCH | Review materials on new proposed termination/separation agreement with senior Tribune employee (.3); e-mail Michael Distefano on related follow-up (.1); exchange e-mails with Brad Hall re: 2012 MIP next steps (.2); call with Brad Hall re: 2012 MIP (.2); e-mail Adam Landis re: related inquiry on available court hearing dates (.2). | 1.00 hrs. |
| 03/27/12 | D. E. DEUTSCH | Multiple e-mails (.2) and hold call with Matt McGuire re: 2012 MIP and related hearing issues (.2); exchange e-mails with Brad Hall re: MIP issues/next steps (.3); call with Kevin Lantry re: MIP matters (.3); call with Brad Hall re: verification of MIP issues (.1); call with David LeMay re: same (.1); call with co-chair (Wayne Smith) re: proposed approach to address 2012 MIP with Committee (.3); call with second co-chair's counsel (Damian Schaible) re: proposed approach to 2012 MIP issues (.2); second call with Matt McGuire re: 2012 MIP scheduling issue (.2); review memorandum (and preliminary review of attachments) from Jonathan Lotsoff re: MIP next steps (.7); draft detailed response on MIP issues and next steps to Jonathan Lotsoff (.6); e-mail Brad Hall re: same (.2). | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2012
Page    4

| | | | |
|---|---|---|---|
| 03/28/12 | D. E. DEUTSCH | Exchange e-mails with Matt McGuire re: MIP hearing scheduling (.1); review additional materials on MIP from Brad Hall (.3); exchange e-mails with David Gallai re: same (.2); call with Jonathan Lotsoff re: approach to MIP issues and MIP hearing (.5); call with Brad Hall re: MIP issues analyses (.2); hold call with Jonathan Lotsoff re: proposal re: MIP issue (.3); exchange e-mails with Matt McGuire re: next steps on MIP hearing (.2). | 1.80 hrs. |
| 03/28/12 | R. KURTH | Reviewed 2012 MIP motion and related order, Mercer report and compare certain data points/legal issues to prior years MIP (1.3); drafted summary of MIP comparison (0.6); met with D. Gallai re: same (0.4); follow-up review of MIP re: D. Gallai questions on MIP (0.4); met with D. Gallai re: MIP follow-up (0.1). | 2.80 hrs. |
| 03/28/12 | J. MARRERO | Email correspondence with R.Santangelo re: 2012 MIP (0.2); review prior memoranda to Committee re: treatment of Bigelow and Kazan (0.3); review draft 2012 MIP motion and order (0.3). | 0.80 hrs. |
| 03/28/12 | D. GALLAI | Reviewed MIP documents (2.1). Confs. w/ R. Santangelo re MIP research/legal analysis (0.5). | 2.60 hrs. |
| 03/29/12 | M. DISTEFANO | Meeting with team and AlixPartners on 2012 MIP (1.0); analysis of 2009-11 MIP Reports and memos to track resolution of certain legal issues (1.9); | 2.90 hrs. |
| 03/29/12 | D. GALLAI | Reviewed materials from Alix re MIP to prepare for call (0.5). Call w/ Chadbourne and Alix re MIP (0.9). | 1.40 hrs. |
| 03/29/12 | R. KURTH | Reviewed AlixPartners draft report on 2012 MIP (0.3); conference call with AlixPartners, D. Deutsch, D. Gallai and M. DiStefano re: 2012 MIP (0.9). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page   5
CHICAGO, IL 60611


| 03/29/12 | D. E. DEUTSCH | Exchange e-mails with Matt McGuire re: MIP hearing matters (.2); review Mercer report and individual compensation details re: MIP (1.1); review draft AlixPartners report to Committee on 2012 MIP and mark-up same (.7); call Michael Distefano to request additional MIP research on materials to include on report to Committee (.1); call with Alan Holtz re: MIP presentation to Committee (.1); participate in call with Brad Hall, David Gallai and others re: 2012 MIP analysis (.9); discuss next steps on MIP with Michael Distefano (.1). | 3.20 hrs. |
| 03/30/12 | D. E. DEUTSCH | Review of employee-by-employee MIP bonus chart and related materials (1.4); hold call with Alan Holtz re: MIP presentation to Committee (.2). | 1.60 hrs. |
| 03/31/12 | D. E. DEUTSCH | Review and analysis of 2012 materials for next week's presentation to Committee (2.3). | 2.30 hrs. |

**Total Fees for Professional Services.............  $26,289.00**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 18.90 | 14080.50 |
| D. GALLAI | 705.00 | 6.00 | 4230.00 |
| M. S. TOWERS | 595.00 | 2.30 | 1368.50 |
| J. MARRERO | 435.00 | 5.20 | 2262.00 |
| M. DISTEFANO | 435.00 | 4.80 | 2088.00 |
| R. KURTH | 565.00 | 4.00 | 2260.00 |
| TOTALS | | 41.20 | 26289.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                              For Services Through March 31, 2012

    Our Matter #19804.017
              GENERAL LITIGATION


03/05/12   A. K. NELLOS      Review materials from new Sidley        0.70 hrs.
                             production.

03/06/12   A. K. NELLOS      Finish review of materials             0.30 hrs.
                             produced by debtors last week.

03/15/12   M. DISTEFANO      Review D&O insurance report (.2);      0.70 hrs.
                             begin preparation of memo
                             regarding D&O insurance report
                             (.5).

03/15/12   D. E. DEUTSCH     Review and analysis of report from     0.40 hrs.
                             Pat Nash re: insurance
                             requests/reimbursements to date.

03/16/12   M. DISTEFANO      Revised memo re D&O insurance          0.50 hrs.
                             report (.5);

03/16/12   D. E. DEUTSCH     Meeting with Michael Distefano to      0.30 hrs.
                             discuss drafting memo to Committee
                             on D&O fees paid in most recent
                             quarter (.2); review and forward
                             related materials to Michael
                             Distefano (.1).

03/19/12   D. E. DEUTSCH     Exchange e-mails with Andrew           0.30 hrs.
                             Goldfarb re: proposed dismissal of
                             certain shareholder claims below
                             threshold amount (.3).


        **Total Fees for Professional Services..............    $1,922.00**



                         TIMEKEEPER SUMMARY

    Timekeeper's Name            Rate     Hours          Amount

    D. E. DEUTSCH              745.00      1.00          745.00
    A. K. NELLOS              655.00      1.00          655.00
    M. DISTEFANO              435.00      1.20          522.00
                       TOTALS             3.20         1922.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            April 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                        Page    1

                              For Services Through March 31, 2012

Our Matter #19804.018
          TRAVEL


03/04/12   M. ROITMAN        Non working travel time from New        1.80 hrs.
                             York to Wilmington for Allocation
                             Disputes Hearing (1.8)

03/05/12   A. ROSENBLATT     Non-working travel to Wilmington        1.50 hrs.
                             to attend allocation dispute
                             hearing.

03/06/12   A. ROSENBLATT     Non-working return travel from          1.50 hrs.
                             Wilmington after attending
                             allocation dispute hearing.

03/06/12   M. ROITMAN        Non-working travel time from            1.40 hrs.
                             Wilmington to New York (1.4)

03/06/12   T. J. MCCORMACK   Non-working return travel to NY         2.50 hrs.
                             from hearing(2.5).

03/22/12   D. M. LeMAY       Non-working return travel to New        2.00 hrs.
                             York City from hearing.

03/22/12   M. ROITMAN        Non-working travel time from New        3.80 hrs.
                             York to Wilmington for Bankruptcy
                             Court hearing (2.1); Non-working
                             travel time from Wilmington to New
                             York (1.7)


        **Total Fees for Professional Services.............  $9,737.50**



                        TIMEKEEPER SUMMARY

   Timekeeper's Name              Rate    Hours        Amount

   D. M. LeMAY                   925.00    2.00        1850.00
   T. J. MCCORMACK               875.00    2.50        2187.50
   A. ROSENBLATT                 745.00    3.00        2235.00
   M. ROITMAN                    495.00    7.00        3465.00
                        TOTALS            14.50        9737.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

For Services Through March 31, 2012

Our Matter #19804.020
           SHAREHOLDER CLAIMS

| | | | |
|---|---|---|---|
| 03/01/12 | D. E. DEUTSCH | Review draft memorandum to Committee and related source materials re: MDL matters and provide preliminary comments on same (1.1); related call with Andrew Goldfarb (.3); review revised memorandum and provide edits on same (.2); related call with Andrew Goldfarb (.1); review proposed order re: next steps with MDL court (.4); draft memorandum to James Sottile re: issue therein (.3); exchange related e-mails with James Sottile (.1); review and edit proposed note to Committee on MDL matters (.2). | 2.70 hrs. |
| 03/01/12 | M. D. ASHLEY | Call with D. Deutsch regarding litigation stay issues (.2); reviewed draft Committee memo regarding MDL proceedings and related materials (.4); revised draft Committee motion to sever litigation action claims and reviewed related materials (1.4); revised draft litigation lift-stay order (.3); emails with D. Deutsch, J. Sottile regarding draft litigation lift-stay order (.2). | 2.50 hrs. |
| 03/01/12 | H. SEIFE | Review of draft order to lift stay. | 0.30 hrs. |
| 03/01/12 | M. DISTEFANO | Meeting with D. Deutsch re MDL memo (.2); revised MDL memo (2.5); reviewed proposed order re FitzSimons stay (.2); | 2.90 hrs. |
| 03/01/12 | T. J. MCCORMACK | Review motion for partial lifting of stay in FitzSimons and comment re: same (0.6). | 0.60 hrs. |
| 03/02/12 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page   2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 03/02/12 | T. J. MCCORMACK | Review Zuckerman memo on adversary case (0.2). | 0.20 hrs. |
| 03/07/12 | D. E. DEUTSCH | Meeting with Michael Distefano to follow-up on status of stay issue (.1); review related e-mails from Jim Sottile (.1); e-mail (.1) and discuss status of MDL matters with Marc Roitman (.1). | 0.40 hrs. |
| 03/07/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.60). | 0.60 hrs. |
| 03/07/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions (0.2) | 0.20 hrs. |
| 03/08/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions (0.3) | 0.30 hrs. |
| 03/13/12 | H. SEIFE | Review of MDL order (.3); review of draft lift-stay order (.3). | 0.60 hrs. |
| 03/13/12 | D. E. DEUTSCH | Review new court order in MDL proceeding (.2); exchange e-mails with Dan Rath on same (.2); review memorandum from Andrew Goldfarb re: next steps with Committee on threshold issue (.3); draft detailed comments/response to same (.4). | 1.10 hrs. |
| 03/14/12 | T. J. MCCORMACK | Analysis of lift-stay order consequences in MDL action, particularly as to FitzSimons claims (1.0); confer M. Ashley re: same (0.1). | 1.10 hrs. |
| 03/14/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.60). | 0.60 hrs. |
| 03/14/12 | D. E. DEUTSCH | E-mail Andrew Goldfarb re: next steps with MDL/related filing (.2); related exchange of e-mails with James Sottile (.1); call with Andrew Goldfarb re: dismissal of certain smaller claims (.2). | 0.50 hrs. |

| | | | |
|---|---|---|---|
| 03/14/12 | M. D. ASHLEY | Call with A. Goldfarb regarding MDL proceedings and litigation lift-stay issues (.4); reviewed related pleadings and correspondence (1.2); emails with D. LeMay regarding litigation lift-stay order (.1). | 1.70 hrs. |
| 03/15/12 | M. D. ASHLEY | Reviewed materials relating to status of MDL proceedings and litigation stay issues (.8); emails with Zuckerman regarding same (.1). | 0.90 hrs. |
| 03/15/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and update summary re: same (0.7) | 0.70 hrs. |
| 03/15/12 | M. DISTEFANO | Reviewed lift stay order. | 0.20 hrs. |
| 03/15/12 | T. J. MCCORMACK | Review questions on potential transfer of FitzSimons case to MDL docket (0.5); t/c Zuckerman re: same (0.2). | 0.70 hrs. |
| 03/16/12 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 0.40 hrs. |
| 03/16/12 | D. E. DEUTSCH | Review and research issues raised by draft memorandum to Committee to dismiss certain LBO actions (.5); draft preliminary comments on same (.2); related call with Andrew Goldfarb (.3). | 1.00 hrs. |
| 03/17/12 | D. E. DEUTSCH | Review last weekly MDL case report (.2). | 0.20 hrs. |
| 03/19/12 | T. J. MCCORMACK | Review FitzSimons memo for Committee (0.7); confer M. Ashley re: same (0.1); t/c Zuckerman re: same (0.1). | 0.90 hrs. |
| 03/19/12 | H. SEIFE | Review of Zuckerman memo regarding threshold. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           April 25, 2012
435 N. MICHIGAN AVENUE                                  Page    4
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/19/12 | M. D. ASHLEY | Reviewed draft memorandum to Committee regarding FitzSimons action claims and related materials (1.1); emails with Zuckerman Spaeder regarding same (.2). | 1.30 hrs. |
| 03/19/12 | M. DISTEFANO | Draft posting note to Committee for memo re dismissal of LBO claims under threshold (.5) | 0.50 hrs. |
| 03/20/12 | M. DISTEFANO | Finalize and post memo to Committee on Fitzimons action (.3); | 0.30 hrs. |
| 03/20/12 | M. D. ASHLEY | Reviewed memoranda regarding FitzSimons defendants and related materials (.9); reviewed MDL lift-stay order and related materials (.4); emails with Zuckerman Spaeder regarding same (.2). | 1.50 hrs. |
| 03/20/12 | T. J. MCCORMACK | T/c with Zuckerman re: MDL issues, FitzSimons case and upcoming activities (0.5); review MDL status and stay questions (0.7). | 1.20 hrs. |
| 03/21/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |
| 03/22/12 | M. DISTEFANO | Review order transferring FitzSimons action and draft emails re same (.4) | 0.40 hrs. |
| 03/22/12 | T. J. MCCORMACK | Reviewed MDL procedural questions and issues on severance of certain claims in bank lawsuit (0.5); reviewed MDL order on FitzSimons (0.2). | 0.70 hrs. |
| 03/22/12 | M. D. ASHLEY | Emails with M. Distefano regarding MDL proceedings (.2); reviewed related pleadings and correspondence (.8). | 1.00 hrs. |
| 03/22/12 | H. SEIFE | Review of MDL panel order and Fitzsimmons. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            April 25, 2012
435 N. MICHIGAN AVENUE                                  Page    5
CHICAGO, IL 60611


| 03/26/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and revise report on same (0.4) | 0.40 hrs. |
|---|---|---|---|
| 03/26/12 | D. E. DEUTSCH | Review memorandum to Committee re: dismissal of certain claims against former shareholders (.3); e-mail Andrew Goldfarb re: next steps with related Court filing (.1). | 0.40 hrs. |
| 03/27/12 | D. E. DEUTSCH | Exchange e-mails with James Sottile re: dismissal of certain FitzSimons lawsuits (.4); review weekly MDL report (.2). | 0.60 hrs. |
| 03/28/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |
| 03/28/12 | T. J. MCCORMACK | Confer J. Sottile re: FitzSimons case, procedural questions, MDL issues and upcoming tasks (0.5); review status of MDL orders (0.3). | 0.80 hrs. |
| 03/29/12 | T. J. MCCORMACK | E-mails with M. Ashley re: counsel appearances in MDL (0.2); confs. M. Ashley re: same (0.4). | 0.60 hrs. |
| 03/29/12 | M. D. ASHLEY | Call with T. McCormack regarding MDL litigation strategy issues (.3); reviewed draft MDL filing regarding plaintiffs' counsel (.3); reviewed research materials relating to MDL procedural issues (1.2); emails with T. McCormack, A. Goldfarb regarding MDL procedural issues (.3). | 2.10 hrs. |
| 03/30/12 | M. D. ASHLEY | Call with D. Deutsch regarding draft advisor complaint (.1); reviewed draft advisor complaint and related pleadings and research materials (1.8); email T. McCormack, D. Deutsch, R. Kirby, Zuckerman regarding draft advisor complaint (.7). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/30/12 | T. J. MCCORMACK | Review/analyze issues arising from severance of certain claims from bank lawsuit (0.5); review draft of complaint and (0.4); e-mails with Zuckerman re: same (0.7). | 1.60 hrs. |
| 03/30/12 | D. E. DEUTSCH | Review e-mail (.1) and attached complaint from Andrew Goldfarb re: severance of certain litigation claims (.3); hold call with Marc Ashley re: next steps on same (.1); review related e-mails from Marc Ashley and Andrew Goldfarb (.2); exchange e-mails with James Sottile re: dismissal of certain shareholder claims (.2). | 0.90 hrs. |
| 03/30/12 | H. SEIFE | Review of emails regarding Fitzsimmons action and MDL. | 0.50 hrs. |
| 03/30/12 | R. M. KIRBY | Review and comment on draft complaint against certain Tribune advisors, as per M. Ashley. | 0.80 hrs. |
| 03/30/12 | M. DISTEFANO | Posted memo re draft advisor claims complaint (.3); | 0.30 hrs. |
| 03/30/12 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 0.40 hrs. |
| 03/31/12 | D. E. DEUTSCH | Call with James Sottile re: possible strategy on dismissal of certain under threshold claims (.4); work on related next steps on same (.1); review weekly MDL/state law report (.2). | 0.70 hrs. |

**Total Fees for Professional Services..............   $29,437.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         April 25, 2012
435 N. MICHIGAN AVENUE                                Page    7
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | 2.10 | 2089.50 |
| T. J. MCCORMACK | 875.00 | 8.40 | 7350.00 |
| M. D. ASHLEY | 695.00 | 13.60 | 9452.00 |
| D. E. DEUTSCH | 745.00 | 8.50 | 6332.50 |
| D. BAVA | 295.00 | 3.20 | 944.00 |
| R. M. KIRBY | 595.00 | .80 | 476.00 |
| M. DISTEFANO | 435.00 | 4.60 | 2001.00 |
| M. ROITMAN | 495.00 | 1.60 | 792.00 |
| TOTALS | | 42.80 | 29437.00 |