TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                            For Services Through March 31, 2012

Our Matter #19804.021
          PLAN LITIGATION


| 03/01/12 | M. DISTEFANO | Reviewed and revised Allocation Dispute section of reply brief (2.4); | 2.40 hrs. |
|---|---|---|---|
| 03/01/12 | J. MARRERO | Draft posting to Committee re: proposed joinder to Debtors' response brief re Allocation Disputes (0.6); draft joinder (1.7) | 2.30 hrs. |
| 03/01/12 | M. ROITMAN | Revise reply brief on unfair discrimination allocation dispute (5.8); Call with Sidley team re: same (0.5); Confer/correspond with D. LeMay and A. Rosenblatt re: same (1.1); Draft email to Committee re: same (0.7); Confer/correspond with D. Bava re: preparation of materials for hearing (0.5) | 8.60 hrs. |
| 03/01/12 | D. BAVA | Westlaw research re: cases cited in responsive brief (.60); prepare materials for hearing re: allocation dispute (1.80). | 2.40 hrs. |
| 03/01/12 | R. M. LEDER | TC Rosenblatt re tax issues (valuation of contingent claims and tax issues). | 0.20 hrs. |
| 03/01/12 | D. M. LeMAY | Revise and final edits to reply brief (3.2). Various confs/emails with A.Rosenblatt and M.Roitman re: same (1.3). Begin work on argument and hearing prep (2.8). | 7.30 hrs. |
| 03/01/12 | M. D. ASHLEY | Emails with D. LeMay, T. McCormack, E. Daucher regarding allocation dispute hearing preparation issues (.4); reviewed materials relating to allocation dispute hearing issues (.9); reviewed draft Committee unfair discrimination reply brief and related materials (.9); reviewed revisions to draft confirmation hearing scheduling order (.3). | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 03/01/12 | E. DAUCHER | Caselaw research for allocation dispute reply brief. | 2.10 hrs. |
| 03/01/12 | A. ROSENBLATT | Review draft of Debtors' allocation dispute reply brief (.3); meet with Marrero re: preparation of joinder to Debtors brief re: Wilmington Trust appeal issue (.3); review and comment on Intralinks posting of same (.2); review Davis Polk comments to unfair discrimination reply brief (.6) and discuss same with Roitman and LeMay (.2); emails with Ashley re: exhibits at allocation dispute hearing (.2); call with LeMay and Sottile re: tax issues related to litigation trust and related issues (.4); calls with R. Leder re: tax issue (.3); review Sidley comments to unfair discrimination reply brief (.5) and discuss same with Roitman and LeMay (.3); call with Roitman and Sidley team to discuss comments to brief (.5); continue to work on finalizing unfair discrimination allocation dispute brief, including review of multiple iterations (1.5). | 5.30 hrs. |
| 03/01/12 | H. SEIFE | Review of 2/28 hearing transcript (.3); review of DPW comments to brief (.4); review emails among parties regarding allocation hearing (.4); review of further revised brief (.5). | 1.60 hrs. |
| 03/01/12 | T. J. MCCORMACK | Review transcript of 2/28 bankruptcy hearing re: all issues and upcoming allocation hearing (0.8); review binder of materials for 3/5 and 3/6 hearing (0.6) and e-mails M. Ashley re: same (0.2); e-mails with Debtors' counsel re: evidence and allocation hearing (0.4); review/analyze Committee submissions on allocation dispute (0.8); review Debtors' response on allocation issues (0.6). | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2012
Page    3

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/02/12 | T. J. MCCORMACK | Review correspondence from parties on protocols for 3/5-3/6 allocation hearing (0.4); confer M. Ashley re: same (0.2); review retirees' reply memo on allocation disputes (0.6); review WTC's reply brief on allocation disputes (0.3); t/c with parties' counsel re: allocation hearing protocol (0.5); review Brigade joinder to Law Debenture and DB positions on allocation (0.4); review submissions and charts on allocation dispute in preparation for 3/5 and 3/6 hearing (1.1); review different scenarios on chart submitted by DCL group (0.8). | 4.30 hrs. |
| 03/02/12 | H. SEIFE | Review multiple emails among parties regarding allocation dispute hearing (1.3); review of reply briefs regarding allocation disputes (2.4). | 3.70 hrs. |
| 03/02/12 | A. ROSENBLATT | Review and provide comments on demonstrative to use at allocation hearing (.4); final review and comment re: unfair discrimination reply brief before filing of same (1.2); review other allocation dispute reply briefs filed by all parties in interest (3.1); meetings with Roitman and LeMay re: Law Debenture reply on unfair discrimination issue (.9); participate on call with LeMay and Sidley re: tax issues related to valuation of the claims assigned to litigation trust (.8). | 6.40 hrs. |
| 03/02/12 | R. M. LEDER | Conference call with Sidley and Davis Polk and Messrs. LeMay and Rosenblatt re tax issues. | 0.90 hrs. |
| 03/02/12 | D. M. LeMAY | Review all reply briefs on allocation issues (3.4).  Prepare argument for Monday's hearing including close review of cited cases and authorities (5.6). Conf. call with team and Sidley re: tax issues related to valuation of claims (.8). | 9.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2012
Page    4

| | | | |
|---|---|---|---|
| 03/02/12 | D. E. DEUTSCH | Preliminary review of certain reply filings (2.0); discuss same with David LeMay (.2). | 2.20 hrs. |
| 03/02/12 | E. DAUCHER | Final research re: interaction of subordination agreements and cramdown (2.8); discuss allocation dispute demonstrative with A. Rosenblatt (.2); revise same (1.0); emails re: notice protocol for allocation dispute demonstratives with A. Rosenblatt and M. Ashley (.3). | 4.30 hrs. |
| 03/02/12 | M. D. ASHLEY | Reviewed materials relating to confirmation hearing preparation (1.0); call with DCL Plan group regarding confirmation hearing scheduling order (.6); emails with DCL Plan counsel regarding same (.2); emails with D. LeMay, A. Rosenblatt, E. Daucher regarding allocation dispute hearing preparation issues (.4); reviewed materials relating to allocation dispute hearing preparation (.8). | 3.00 hrs. |
| 03/02/12 | D. BAVA | Prepare materials for hearing re: allocation dispute (3.80). | 3.80 hrs. |
| 03/02/12 | J. MARRERO | Email correspondence with A.Rosenblatt re: Committee joinder to Debtors' reply brief on Allocation Disputes (0.3); Revise joinder (0.4); Email correspondence with local counsel re: filing of joinder (0.3); email correspondence with M.Roitman re: same (0.3) review reply briefs (1.6); draft posting to Committee re: reply briefs (0.8) | 3.70 hrs. |
| 03/02/12 | M. DISTEFANO | Reviewed and summarized Allocation Dispute response briefs (1.4); researched open issues for Allocation Dispute hearing (1.6); prepared oral argument materials (2.8). | 5.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

| 03/02/12 | M. ROITMAN | Revise brief on unfair discrimination allocation dispute (2.8); Review joint reply brief of Law Debenture and Deutsche Bank (0.6); Confer/correspond with A. Rosenblatt and D, LeMay re: same (1.5); Confer/correspond with D. Bava and M. Distefano re: preparation for allocation dispute hearing (0.7); Draft argument outline on unfair discrimination allocation dispute (6.7) | 12.30 hrs. |
| 03/03/12 | M. ROITMAN | Draft argument outline on unfair discrimination allocation dispute (6.1); Correspond with D. LeMay and A.Rosenblatt re: same (0.6); further preparation for allocation dispute hearing (0.5); | 7.20 hrs. |
| 03/03/12 | M. DISTEFANO | Reviewed Allocation Disputes reply briefs (1.6) | 1.60 hrs. |
| 03/03/12 | D. M. LeMAY | Work on oral argument outline for unfair discrimination, hearing (2.6).  Continue review of cases and articles (2.7). | 5.30 hrs. |
| 03/03/12 | A. ROSENBLATT | Review hearing outline sent from M. Roitman (.5); review revised draft of same (.4); emails w/Roitman and LeMay re: hearing (.2); review revised scheduling order circulated by Sidley (.4). | 1.50 hrs. |
| 03/03/12 | H. SEIFE | Review of allocation dispute reply briefs. | 1.70 hrs. |
| 03/04/12 | H. SEIFE | Review of emails among parties regarding allocation dispute hearing. | 0.60 hrs. |
| 03/04/12 | M. ROITMAN | Preparation for Allocation Disputes Hearing (3.2) | 3.20 hrs. |
| 03/04/12 | A. ROSENBLATT | Review revised scheduling order sent from Sidley (.2); review emails from Law Debenture (.2) and Teitelbaum response to same re: use of expert witnesses at upcoming hearing (.2); review email from Sidley re: FCC | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2012
Page    6

| | | | |
|---|---|---|---|
| | | procedures motion (.1); final preparation for allocation dispute hearing (.9). | |
| 03/04/12 | M. DISTEFANO | Reviewed Allocation Disputes reply briefs (1.8) | 1.80 hrs. |
| 03/04/12 | D. M. LeMAY | Review all authorities for argument on unfair discrimination (5.4). Meeting with M. Roitman to discuss cases and argument (1.2). | 6.60 hrs. |
| 03/04/12 | T. J. MCCORMACK | Review all submissions on allocation issue in preparation for court hearing in DE (4.4). | 4.40 hrs. |
| 03/04/12 | M. D. ASHLEY | Call with H. Seife, A. Rosenblatt regarding allocation disputes hearing issues (.2); reviewed materials relating to allocation disputes hearing (.6). | 0.80 hrs. |
| 03/05/12 | T. J. MCCORMACK | Prep for (0.6) and attend hearing in DE court on allocation issues (6.9); confer Landis Rath, D. LeMay and team re: Committee issues (1.0). | 8.50 hrs. |
| 03/05/12 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman and Michael Distefano re: confirmation research matters (.5); participate telephonically in certain of today's allocation dispute hearing matters (3.1); review draft memorandum re: allocation dispute replies (.4); exchange e-mails with Andrew Rosenblatt re: next steps on same (.2). | 4.20 hrs. |
| 03/05/12 | A. ROSENBLATT | Attend allocation dispute hearing (6.8); attend meeting with team at LRC firm re: allocation dispute hearing (1.1); review summary of allocation dispute reply briefs for posting to Committee and provide comments to same (.5); prepare task list re: report to Committee regarding allocation dispute hearing, including timeline, summary of hearing and arguments made by each party (.7). | 9.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

| 03/05/12 | H. SEIFE | Review of reply brief (1.1); preparation for court hearing (.6); partial attendance (telephonic) in hearing before J.Carey on allocation issues (telephonic participation (2.8); review of FCC documentation revisions (.6); review of summary of hearing (.3). | 5.40 hrs. |
|---|---|---|---|
| 03/05/12 | D. M. LeMAY | Prepare for (2.2) and participate in (7.0) Allocation Dispute Hearing in US Bankruptcy Court. Post hearing prep session at LRC (1.1). | 10.30 hrs. |
| 03/05/12 | J. MARRERO | Draft summaries re: Allocation Disputes reply briefs | 3.20 hrs. |
| 03/05/12 | M. DISTEFANO | Reviewed and summarized Allocation Disputes reply briefs (3.7); | 3.70 hrs. |
| 03/05/12 | M. ROITMAN | Preparation (0.9) and attendance at Allocation Dispute Hearing (7.0); Draft email memorandum to Committee re: same (1.6); Correspond with M. Distefano and D. Deutsch re: presentation to Committee at March 8 Committee meeting (0.5) | 10.00 hrs. |
| 03/06/12 | M. ROITMAN | Preparation (0.8) and attendance at Allocation Dispute Hearing (5.6); Draft email memorandum to Committee re: same (1.6). | 8.00 hrs. |
| 03/06/12 | D. M. LeMAY | Prepare for (1.2) and participate in (5.5) hearing in USBC. Conference with team at LRC re: hearing (.9).  Review report to Committee (.4). Conference with M. Roitman and A. Rosenblatt regarding items to include in Reply letter (.6). | 8.60 hrs. |
| 03/06/12 | H. SEIFE | Review of revised drafts of supplemental disclosure (.8); review of transcripts of court hearing on allocation (1.3); telephonic participation in portions of court hearing (1.4); | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

|            |                 | review summary memo of hearing (.5).                                                                                                                                                                                                                                                                                                                                                                                                                      |           |
|------------|-----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 03/06/12   | J. MARRERO      | Review report on Allocation Dispute hearing                                                                                                                                                                                                                                                                                                                                                                                                              | 0.30 hrs. |
| 03/06/12   | M. D. ASHLEY    | Reviewed transcript of allocation disputes hearing (1.8); emails with D. LeMay, A. Rosenblatt, J. Sottile regarding confirmation hearing discovery issues (.3); reviewed pleadings relating to potential discovery issues (.8).                                                                                                                                                                                                                           | 2.90 hrs. |
| 03/06/12   | E. DAUCHER      | Emails with debtors' counsel re: demonstratives used at allocation dispute hearing.                                                                                                                                                                                                                                                                                                                                                                      | 0.10 hrs. |
| 03/06/12   | A. ROSENBLATT   | Attend conclusion of allocation dispute hearing (5.5); attend meeting at LRC firm with team re: allocation dispute hearing (1.0); review supplemental disclosure documents sent from Sidley (.5); prepare task list re: report to Committee regarding allocation dispute hearing, including timeline, summary of hearing and arguments made by each party (.8); review and provide comments to Roitman re: summary of allocation dispute hearing (.3); emails with Ashley and LeMay re: discovery related to confirmation (.3). | 8.40 hrs. |
| 03/06/12   | D. E. DEUTSCH   | Participate in part of today's allocation dispute hearing (2.4).                                                                                                                                                                                                                                                                                                                                                                                         | 2.40 hrs. |
| 03/06/12   | T. J. MCCORMACK | Prep for (0.6) and appearance before DE court on allocation issues (5.4).                                                                                                                                                                                                                                                                                                                                                                                 | 6.00 hrs. |
| 03/07/12   | D. M. LeMAY     | Review transcript of March 6th hearing to prepare supplemental letter to the Judge.                                                                                                                                                                                                                                                                                                                                                                      | 2.80 hrs. |
| 03/07/12   | D. M. LeMAY     | Review Plan provisions re: Creditor Trust (1.2). Review law re: collective action clauses and trustee's right to sue (1.1). Conference w/M. Roitman and A. Rosenblatt regarding possible                                                                                                                                                                                                                                                                  | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                      April 25, 2012
435 N. MICHIGAN AVENUE                                            Page    9
CHICAGO, IL 60611

|            |               | deletion of creditor trust (.6). | |
|------------|---------------|----------------------------------|---|
| 03/07/12 | J. MARRERO | Review Indenture Agreements (1.2) and research case law re: assignment of noteholder claims to Creditors Trust (2.5); draft summary re same (1.8). | 5.50 hrs. |
| 03/07/12 | Y. YOO | Reviewed new caselaw jurisdictional authority issue (.9). | 0.90 hrs. |
| 03/07/12 | A. ROSENBLATT | Meeting with H. Seife re: Creditor Trust issue (.2); meet with Marrero re: Creditors' Trust issue (.6); discuss Creditors' Trust issue with LeMay (.5); review confirmation timeline and summary of allocation dispute hearing and provide comments to same (1.2); review additional proposed revisions to supplemental disclosure document and Davis Polk comments to same (.7); review certain portions of official transcript re: unfair discrimination argument (.6); meeting with LeMay and Roitman re: issues to address in supplemental allocation dispute letter brief (.3); emails with Moelis re: valuation in supplemental disclosure document (.2); review email from Marrerro re: preliminary analysis of review of indenture in connection with Creditors' Trust issue (.3); review revised draft of Committee slides in connection with presentation on allocation dispute hearing (.5) and emails with DiStefano re: same (.1). | 5.20 hrs. |
| 03/07/12 | H. SEIFE | Conference with D.LeMay regarding court hearing (.4); review of hearing transcript (1.2); review and revised draft Committee letter to Judge Carey (.8). | 2.40 hrs. |
| 03/07/12 | M. DISTEFANO | Revised confirmation deadline list (.2) | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       April 25, 2012
435 N. MICHIGAN AVENUE                                Page   10
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/07/12 | M. ROITMAN | Draft letter brief re: Allocation Disputes (3.7); Research re: 1129(b) confirmation issue (3.9); Meet with D. LeMay and A. Rosenblatt re: same (0.5); Review and comment upon presentation to Committee for March 8 Committee meeting (1.4); conference with A. Rosenblatt and M. Distefano re: same (0.3); | 9.80 hrs. |
| 03/08/12 | M. ROITMAN | Revise letter brief re: Allocation Disputes (2.5); research re: treatment of alleged 510 violations (0.9) | 3.40 hrs. |
| 03/08/12 | H. SEIFE | Review of numerous letter submissions to Judge Carey, | 1.50 hrs. |
| 03/08/12 | M. D. ASHLEY | Emails with J. Sottile regarding confirmation hearing discovery issues (.2); reviewed materials regarding plan confirmation issues (.6). | 0.80 hrs. |
| 03/08/12 | J. MARRERO | Additional research re: Creditors' Trust (1.8); draft summary of case law re same (1.3). | 3.10 hrs. |
| 03/08/12 | A. ROSENBLATT | Review draft letter brief sent from Roitman and provide comments to same (1.0); review LeMay comments to same (.3); review draft of Debtors' letter brief (.3) and discuss same with Roitman and LeMay (.3); review draft of Oaktree letter brief (.4); review equity distribution model sent from Sidley (.3); review D. Golden email re: Creditors' Trust forwarded from Sottille (.2) | 2.80 hrs. |
| 03/08/12 | D. M. LeMAY | Revise and edit draft letter to Judge. | 3.80 hrs. |
| 03/08/12 | T. J. MCCORMACK | Analysis of potential evidentiary issues for upcoming supplemental confirmation hearing (0.4); confer J. Sottile re: same (0.1); review allocation suppl. letter draft (0.3). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      April 25, 2012
435 N. MICHIGAN AVENUE                             Page   11
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/09/12 | T. J. MCCORMACK | Review supplemental submissions filed by various parties on allocation dispute issues (1.1). | 1.10 hrs. |
| 03/09/12 | A. ROSENBLATT | Review Davis Polk comments to Debtors' allocation dispute supplemental letter brief (.3); review all supplemental letter briefs filed by allocation dispute parties (1.2); review disclosure statement objection filed by Aurelius (.8); review letter from Wilmington Trust re: plan/disclosure issues (.6); emails with Roitman and LeMay re: same (.4); meeting with LeMay (.2) and call with Sottile re: Creditors' Trust issue (.4); review revised allocation dispute letter sent from Debtors incorporating Dewey comments (.2). | 4.10 hrs. |
| 03/09/12 | D. M. LeMAY | Finish letter to Judge regarding unfair discrimination (1.8). Review letter from Law Debenture (.8), Debtors (.7), retirees (.3), EGI-TRB (.3) and Aurelius (.4). Review Aurelius Disclosure Objection (1.0) and letter from Brown Rudnick regarding its Plan issues (1.1). | 6.40 hrs. |
| 03/09/12 | M. D. ASHLEY | Reviewed parties' allocation disputes rebuttal submissions and related materials (1.6). | 1.60 hrs. |
| 03/09/12 | H. SEIFE | Review of rebuttal letters to Judge Carey. | 0.80 hrs. |
| 03/09/12 | M. ROITMAN | Revise letter brief re: Allocation Disputes (0.8); Confer with D. LeMay and A. Rosenblatt re: same (0.5); Review as-filed letter briefs on Allocation Disputes (1.4); Draft email to Committee re: same (0.5); Confer/correspond with D.LeMay re: same (0.3); Review letter from Wilmington Trust (0.3); Review Aurelius disclosure statement objection (0.3) | 4.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page   12
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/09/12 | M. DISTEFANO | Reviewed party letters re Allocation Disputes (.3); | 0.30 hrs. |
| 03/10/12 | A. ROSENBLATT | Review and provide comments to Disclosure Statement objection summary sent from M. DiStefano. | 0.50 hrs. |
| 03/10/12 | M. DISTEFANO | Reviewed and summarized Aurelius objection to supplemental disclosure (1.7) | 1.70 hrs. |
| 03/11/12 | M. D. ASHLEY | Reviewed allocation dispute pleadings (.8) and hearing transcripts (.6). | 1.40 hrs. |
| 03/12/12 | M. D. ASHLEY | Reviewed materials relating to DCL supplemental disclosure documents (1.4). | 1.40 hrs. |
| 03/12/12 | H. SEIFE | Review of Aurelius objection to Disclosure Statement (.4); review of revised Disclosure Statement (.5). | 0.90 hrs. |
| 03/12/12 | M. ROITMAN | Call with DCL co-proponents re: objections to disclosure document (1.0); Call with D. LeMay, A. Rosenblatt, J. Sottile re: same (0.4); Draft memorandum re: proposed elimination of Creditors' Trust from DCL Plan (7.2). | 8.60 hrs. |
| 03/12/12 | A. ROSENBLATT | Call with Sottile, LeMay and Roitman re: Creditors Trust and proposed Sidley letter to court to provide notice of potential changes to plan (.5); group call among DCL Plan proponents re: disclosure and plan issues raised by WT and Aurelius (1.0); review both Disclosure Statement objections (.4) and Wilmington Trust letter (.3); review proposed financial projections sent from Debtors and Moelis response to same (.3); follow up review of status of tax issues raised re: plan modifications (.3). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           April 25, 2012
435 N. MICHIGAN AVENUE                                  Page   13
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 03/12/12 | T. J. MCCORMACK | Review correspondence among parties on DCL group supplemental disclosure (0.5); confer D. LeMay re: same (0.1). | 0.60 hrs. |
| 03/12/12 | M. DISTEFANO | Revise and finalize memo re Disclosure objection. | 1.40 hrs. |
| 03/12/12 | D. M. LeMAY | Conference call with J. Sottile and C&P team regarding proposal to delete Creditor Trust (.4). Review Disclosure Objections (.6) and conference call with Co-proponents regarding revisions to Supplemental Disclosure Doc and Plan (1.1).  Review Creditor Trust related plan provisions for possible deletion (1.4). | 3.50 hrs. |
| 03/13/12 | M. ROITMAN | Revise memorandum re: proposed elimination of Creditors' Trust (3.1); Confer with D. LeMay re: same (0.4); Correspond with J. Sottile re: same (0.3); Draft email to Committee re: proposed elimination of Creditors' Trust (0.6); Call with G. Davis re: same (0.2) | 4.60 hrs. |
| 03/13/12 | T. J. MCCORMACK | Reviewed memo on issues regarding creditors' trust (0.4); reviewed supplemental information on allocation disputes and submissions (0.5); t/c Zuckerman re: same and lift stay consequences (0.3). | 1.20 hrs. |
| 03/13/12 | A. ROSENBLATT | Review letter filed by Senior Noteholders in response to Debtors' allocation dispute letter (.3); review Davis Polk inserts for Disclosure Statement response brief (.4); review amended plan circulated by Sidley removing Creditors' Trust (.5). | 1.20 hrs. |
| 03/13/12 | D. M. LeMAY | Review and revise memo to Committee regarding proposed plan amendment. | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       April 25, 2012
435 N. MICHIGAN AVENUE                              Page   14
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 03/13/12 | D. M. LeMAY | Review two letters to Judge Carey to D.Rosner. | 0.40 hrs. |
| 03/13/12 | M. DISTEFANO | Reviewed Deutsche Bank Letter re Allocation Disputes (.2); | 0.20 hrs. |
| 03/13/12 | J. MARRERO | Research re payment of creditor fees in chapter 11 cases (3.1); draft memorandum re same (1.9). | 5.00 hrs. |
| 03/13/12 | H. SEIFE | Review of Senior Noteholder response on allocation dispute (.3); review of creditor trust issues and elimination of post-effective date trust (.5). | 0.80 hrs. |
| 03/13/12 | M. D. ASHLEY | Reviewed allocation dispute correspondence and related materials (.7); reviewed Committee memo regarding creditors' trust (.5); reviewed draft litigation lift-stay order and related correspondence (.5); reviewed correspondence regarding dismissal of certain litigation claims (.3). | 2.00 hrs. |
| 03/14/12 | M. D. ASHLEY | Reviewed revised draft DCL disclosure documents and related materials (.8). | 0.80 hrs. |
| 03/14/12 | D. M. LeMAY | Review latest versions of Plan, Supplemental Disclosure Doc, Valuation update summary and provide comments on same (5.2). Review and comment on draft reply paper re: solicitation procedures (.8).  Review and revise memo to the Committee regarding draft documents (.4). E-mails to Roitman regarding Committee vote status (.2). | 6.60 hrs. |
| 03/14/12 | H. SEIFE | Review of riders to Disclosure Statement (.8); review of draft revised plan and resolicitation motion (1.4). | 2.20 hrs. |
| 03/14/12 | M. DISTEFANO | Reviewed docket items re Allocation Disputes (.2); | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page   15
CHICAGO, IL 60611


| 03/14/12 | R. M. LEDER | Review proposed changes to Litigation Trust Agreement re tax issues. | 0.30 hrs. |
|---|---|---|---|
| 03/14/12 | M. ROITMAN | Review amended plan, revised supplemental disclosure document, and revised resolicitation materials (3.6); Correspond with DCL co-proponents re: same (0.7); Confer/correspond with D. LeMay re: same (0.6); Draft email to Committee re: revised plan and disclosure documents (0.9); Confer/correspond with Committee members re: same (0.4) | 6.20 hrs. |
| 03/14/12 | D. E. DEUTSCH | Review letter to court from counsel to indenture trustee (.3); exchange e-mails with Marc Roitman re: posting to Committee on same (.1). | 0.40 hrs. |
| 03/14/12 | A. ROSENBLATT | Review revised drafts of resolicitation motion (.6) and revised disclosure statement document removing references to Creditors' Trust and incorporating other changes (.8); review proposed plan changes sent from Davis Polk (.3); call with E. Vonnegut re: same (.2); discuss same with D. LeMay (.2);  email to Leder and others re: proposed changes and tax issues related to same (.2); review comments to plan documents sent from M. Roitman (.3); review Davis Polk comments to resolicitation motion (.2); review email from Davis Polk re: comments to Chadbourne comments to plan documents (.2); review Debtors' letter filed in response to supplemental allocation dispute letter filed by Senior Lenders (.2). | 3.20 hrs. |
| 03/14/12 | T. J. MCCORMACK | Review additional plan disclosure materials for DCL plan, particularly on litigation trust questions (0.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2012
435 N. MICHIGAN AVENUE                                 Page   16
CHICAGO, IL 60611

| 03/14/12 | J. MARRERO | Continue to draft memorandum to Committee re: creditor fee claims. | 7.50 hrs. |
|---|---|---|---|
| 03/15/12 | T. J. MCCORMACK | Review proposed changes on litigation trust issues under plan (0.6); conf. with M. Ashley re: same (0.1). | 0.70 hrs. |
| 03/15/12 | A. ROSENBLATT | Review draft of reply to Noteholders objection to disclosure statement (.7); review proposed plan changes re: preserved causes of action sent from Sottile and consider section 502 issue (.4); begin to review supplemental disclosure documents sent from Sidley (.8); review emails from Dewey and other DCL Plan Proponents with comments to disclosure documents (.3). | 2.20 hrs. |
| 03/15/12 | M. ROITMAN | Review and comment upon draft response to disclosure statement objections (1.0); Draft email to Committee re: same (0.6); Review amended plan, revised supplemental disclosure document (0.8); correspond with Committee members re: same (0.3); Confer/correspond with D. LeMay re: same (0.5); Draft email to Committee re: amended plan and supplemental disclosure documents (0.7); Correspond with Moelis team re: subordination allocation appendix (0.4); | 4.30 hrs. |
| 03/15/12 | D. M. LeMAY | Review memo regarding reimbursement of fees in Ch. 11 cases as part of settlement (.4). Review similar large Ch 11 case regarding same (.6). | 1.00 hrs. |
| 03/15/12 | D. M. LeMAY | Review and revise latest draft of Plan (2.4), Supplemental Disclosure Documents (1.6), and appendices to Supplemental Disclosure Documents (1.8). | 5.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

| 03/15/12 | H. SEIFE | Review of revised draft Disclosure Statement documents (.8); review of comments to Disclosure Statement (.3); review of Debtors' letter response to Judge (.2); review of draft valuation exhibit (.4); review of additional revisions (.7). | 2.40 hrs. |
|---|---|---|---|
| 03/15/12 | J. MARRERO | Revise memorandum re creditor fees | 2.60 hrs. |
| 03/15/12 | M. D. ASHLEY | Reviewed materials relating to litigation trust issues and DCL plan changes (1.2); emails with Zuckerman regarding same (.1). | 1.30 hrs. |
| 03/16/12 | M. D. ASHLEY | Reviewed materials relating to proposed DCL plan changes regarding litigation claims (.7); emails with Zuckerman regarding same (.2). | 0.90 hrs. |
| 03/16/12 | D. M. LeMAY | Review and comment on most recent drafts of Plan, Supplemental Disclosure Document and exhibits, and solicitation motion (6.1). Memo to Committee regarding hearing schedule (.3). Telephone conference w/Kevin Lantry re: plan and hearing issues (.3). | 6.70 hrs. |
| 03/16/12 | D. M. LeMAY | Review and comment on draft Reply brief regarding disclosure issues. | 1.10 hrs. |
| 03/16/12 | H. SEIFE | Review of draft DCL reply (.3); review of revised draft Plan and Disclosure Statement (1.5); review of additional comments to same (.7); review of comments to motion (.3); review multiple emails with parties regarding comments to same (1.4). | 4.20 hrs. |
| 03/16/12 | A. ROSENBLATT | Emails with Sottille and LeMay re: finalizing trust documents and related issues (.2); review status update from Roitman re: rescheduling of disclosure statement hearing (.2); emails with D.LeMay and M.Roitman re: revised plan and disclosure statement documents, including | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            April 25, 2012
435 N. MICHIGAN AVENUE                                  Page   18
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | disclosure statement response (.6). |  |
| 03/16/12 | J. MARRERO | Review email correspondence from D.LeMay and Local Counsel re: payment of creditors' fees and expenses (0.5); review email correspondence re: confirmation hearing schedule (0.3). | 0.80 hrs. |
| 03/16/12 | T. J. MCCORMACK | Review information on amendments to plan re: claims (0.3); e-mails with J. Sottile re: same (0.2); review status memo on new scheduling by Judge Carey (0.1). | 0.60 hrs. |
| 03/16/12 | M. ROITMAN | Review and comment upon draft response to disclosure statement objections (1.3); Confer with D. LeMay re: same (0.6); Draft email to Committee re: disclosure statement hearing (0.6); Review amended plan, revised supplemental disclosure document (0.9); correspond with DCL Co-Proponents re: same (0.4); Correspond with W. Smith re: same (0.2); Confer/correspond with D. LeMay re: same (0.5); Correspond with Moelis team re: recovery charts (0.2); Review revised solicitation materials (0.4); | 5.10 hrs. |
| 03/16/12 | Y. YOO | Reviewed new caselaw on plan jurisdictional authority issue (2.8). | 2.80 hrs. |
| 03/16/12 | R. M. LEDER | Review changes to DCL Plan re tax issues. | 0.30 hrs. |
| 03/19/12 | D. E. DEUTSCH | Review update e-mail from Kim Brown on status of appeals (.1); call Michael Distefano re: same (.1). | 0.20 hrs. |
| 03/19/12 | Y. YOO | Reviewed additional new caselaw on plan's jurisdictional authority (1.1). | 1.10 hrs. |

| 03/19/12 | A. ROSENBLATT | Call with G. Novad re: disclosure and plan issues (.3) and review plan provisions as per discussion (.4); discuss same with LeMay (.2); discuss section 502 issue with LeMay (.3); review plan section dealing with section 502 (.2); review final version of supplemental disclosure documents remitted and filed by Sidley (.5); email with LeMay re: proposed plan change to Ordinary Litigation Claim (.2). | 2.10 hrs. |
| 03/19/12 | D. BAVA | Prepare plan, supplemental disclosure and solicitation materials for March 22, 2012 status conference (1.20). | 1.20 hrs. |
| 03/19/12 | M. ROITMAN | Preparation for hearing on supplemental disclosure document (1.1) | 1.10 hrs. |
| 03/19/12 | H. SEIFE | Review of supplemental disclosure statement and recovery chart (1.5). | 1.50 hrs. |
| 03/19/12 | D. M. LeMAY | Research regarding possible change to Plan concerning section 502(h) (.6).  Conference w/A. Rosenblatt (.4) regarding same. | 1.00 hrs. |
| 03/20/12 | J. MARRERO | Conference with D.LeMay re memorandum re standard for treatment of creditors under DCL Plan | 0.20 hrs. |
| 03/20/12 | M. ROITMAN | Call with DCL Co-Proponents re: Status Conference (0.6); confer/correspond with D. Bava re: preparation for status conference (0.2); call with K. Lantry, D. LeMay and A. Rosenblatt re: setoff (0.2) | 1.00 hrs. |
| 03/20/12 | A. ROSENBLATT | Call with DCL group re: disclosure statement status conference and confirmation related issues (.7); Call with LeMay and K. Lantry re: section 502 and related issues (.6); emails with Sottile, LeMay and others re: proposed plan changes and issues (.5). | 1.80 hrs. |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/20/12 | D. M. LeMAY | Call of DCL proponents counsel. | 0.60 hrs. |
| 03/20/12 | T. J. MCCORMACK | Conf. M. Ashley re: expert issues (0.2). | 0.20 hrs. |
| 03/21/12 | M. D. ASHLEY | Reviewed materials relating to status of confirmation proceedings (.7). | 0.70 hrs. |
| 03/21/12 | A. ROSENBLATT | Call with Jay Teitelbaum re: releases in plan and elections re same (.4); review release section of plan (.3); discuss release issue with Roitman (.2); call with Sidley re: open plan issues and related items (.3). | 1.20 hrs. |
| 03/21/12 | J. MARRERO | Research re: standard for equal treatment under Bankruptcy Code | 2.50 hrs. |
| 03/22/12 | H. SEIFE | Telephonic participation (partial) in omnibus hearing/ status conference. | 1.20 hrs. |
| 03/22/12 | J. MARRERO | Draft memorandum re: 1124(a)(4) requirements | 4.40 hrs. |
| 03/22/12 | A. ROSENBLATT | Participate telephonically on disclosure statement status conference with Court (.6); review order entered by MDL panel re: FitzSimons lawsuit (.4); call with Brown Rudnick re: plan issues from Wilmington Trust's perspective (.3); further review of Wilmington Trust letter identifying plan issues (.3). | 1.60 hrs. |
| 03/23/12 | A. ROSENBLATT | Follow-up emails with Teitelbaum re: progress on plan release issue (.3); review draft of expert witness disclosure sent from Sidley (.2); review proposed plan changes sent from Sidley (.5). | 1.00 hrs. |
| 03/23/12 | M. D. ASHLEY | Reviewed draft DCL notice of confirmation hearing expert witnesses and related materials (.9); emails with D. LeMay regarding same (.2). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 03/23/12 | D. M. LeMAY | Review research results regarding Section 1123(a)(4). | 0.80 hrs. |
| 03/23/12 | T. J. MCCORMACK | Review final version of DCL expert disclosure submission (0.4); confer M. Ashley re: same (0.2). | 0.60 hrs. |
| 03/26/12 | T. J. MCCORMACK | Review issues raised by Aurelius on judgment reduction and Litigation Trust (0.8) and confer with M.Ashley re: same (0.2). | 1.00 hrs. |
| 03/26/12 | H. SEIFE | Conference with D.LeMay on status/preparation for hearing (.4); review of expert witness disclosure (.3) | 0.70 hrs. |
| 03/26/12 | M. D. ASHLEY | Call with D. Deutsch regarding confirmation hearing discovery issues (.1); reviewed pleadings and correspondence relating to proposed amendments to DCL plan (1.7); emails with J. Sottile regarding proposed plan amendments (.3). | 2.10 hrs. |
| 03/26/12 | Y. YOO | Reviewed new caselaw re: plan's jurisdictional authority (2.2). | 2.20 hrs. |
| 03/26/12 | M. DISTEFANO | Drafted emails to Committee re Disclosure Statement status conference (.2); posted update to Committee re: status conference (.2). | 0.40 hrs. |
| 03/26/12 | A. ROSENBLATT | Review email from J. Boelter re: proposed plan change requested by Aurelius and consider issue (.3); call with Sidley team and LeMay re: proposed plan changes and related issues (.4); review research results re: section 1124 and 502 issue sent from J. Marrero (.4); review current plan sections re: proposed changes (.6); review Debtors' list of witnesses for confirmation (.2); review Sottile email memorandum re: proposed plan changes (.4); follow-up emails with LeMay, Sottile and Ashley re: same (.4). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2012
Page   22

| | | | |
|---|---|---|---|
| 03/27/12 | A. ROSENBLATT | Review emails from Boelter and Sottile re: additional discussion regarding proposed plan changes (.3); discussion with D.LeMay re: Court message about adjourning disclosure statement hearing (.2) and review Committee memorandum re: same (.3); call with J. Teitelbaum re: release issue and status of discussions with Sidley re: release (.4); further review definition of "released parties" re: discussion with Teitelbaum (.3). | 1.50 hrs. |
| 03/27/12 | M. DISTEFANO | Finalize and post update to Committee re Disclosure Statement hearing (.2); meeting with J. Marrero re Allocation Disputes ruling summary (.2); | 0.40 hrs. |
| 03/27/12 | D. M. LeMAY | Review several Plan changes requested by Aurelius. | 1.10 hrs. |
| 03/27/12 | M. ROITMAN | Draft email to Committee re: disclosure statement hearing (0.4); confer/correspond with D. LeMay re: same (0.2); | 0.60 hrs. |
| 03/27/12 | T. J. MCCORMACK | Review information on Judge Carey's scheduling changes (0.2). | 0.20 hrs. |
| 03/28/12 | A. ROSENBLATT | Emails from Boelter and other DCL Plan proponents re: Aurelius comments to section 7.15 of Plan (.5); review Wilmington Trust letter re: open plan issues (.4); review proposed ballot re: election option related to release issue (.4). | 1.30 hrs. |
| 03/29/12 | A. ROSENBLATT | Participate on call with DCL plan proponents re: confirmation schedule, allocation disputes and related issues (.7); post-call discussion with LeMay (.3); review proposed fact witness document to be filed by Sidley (.3); review email from Lantry re: discussions with Aurelius re: confirmation timing (.2); review proposed timeline re: same (.5); emails | 2.70 hrs. |

|            |                 | among DCL Plan Proponents re: proposed timeline (.3); review revised timeline and explanation sent from Sidley (.4). |           |
| ---------- | --------------- | --- | --------- |
| 03/29/12   | M. D. ASHLEY    | Reviewed draft DCL confirmation hearing witness list and related materials (.8); emails with team regarding same (.1). | 0.90 hrs. |
| 03/29/12   | T. J. MCCORMACK | Review 3/22 hearing transcript (0.3); review fact witness list for DCL group (0.2) | 0.50 hrs. |
| 03/29/12   | H. SEIFE        | Review of DCL witness disclosure. | 0.20 hrs. |
| 03/29/12   | D. M. LeMAY     | Conference call of DCL Proponents regarding timing and Plan changes requested by Aurelius. | 0.70 hrs. |
| 03/29/12   | M. ROITMAN      | Correspond with D. LeMay re: confirmation process (0.1); Review Debtors' proposed confirmation calendar (0.2) | 0.30 hrs. |
| 03/30/12   | M. ROITMAN      | Telephonic status conference with Bankruptcy Court (0.4); Confer with D. LeMay and A. Rosenblatt following hearing (0.2); Draft email to Committee re: same (0.5); Review and comment upon draft supplemental scheduling order (0.3) | 1.40 hrs. |
| 03/30/12   | M. DISTEFANO    | Participate in court status conference. | 0.40 hrs. |
| 03/30/12   | H. SEIFE        | Review report on status conference (.3); review of new proposed confirmation timetable (.3). | 0.60 hrs. |
| 03/30/12   | D. M. LeMAY     | Participate in conference call hearing in USBC (.5). Review draft Scheduling Order (.4). | 0.90 hrs. |
| 03/30/12   | D. E. DEUTSCH   | Review e-mail to Committee re: confirmation hearing matters (.1); e-mail David Bava re: required calendar and other posting updates necessitated by same (.1). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                  April 25, 2012
435 N. MICHIGAN AVENUE                                        Page    24
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 03/30/12 | A. ROSENBLATT | Participate on telephonic status conference re: disclosure statement hearing (.4); review memorandum to Committee re: same (.2); review draft scheduling order circulated by Sidley (.4); review emails from Dewey, Sidley and others re: same (.3); review list of open plan supplement documents that need to be completed and timing for same (.4). | 1.70 hrs. |

**Total Fees for Professional Services.............. $322,488.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 97.90 | 90557.50 |
| H. SEIFE | 995.00 | 36.40 | 36218.00 |
| R. M. LEDER | 995.00 | 1.70 | 1691.50 |
| T. J. MCCORMACK | 875.00 | 34.50 | 30187.50 |
| M. D. ASHLEY | 695.00 | 24.20 | 16819.00 |
| A. ROSENBLATT | 745.00 | 72.90 | 54310.50 |
| D. E. DEUTSCH | 745.00 | 9.60 | 7152.00 |
| D. BAVA | 295.00 | 7.40 | 2183.00 |
| E. DAUCHER | 495.00 | 6.50 | 3217.50 |
| J. MARRERO | 435.00 | 41.10 | 17878.50 |
| M. DISTEFANO | 435.00 | 20.50 | 8917.50 |
| M. ROITMAN | 495.00 | 99.80 | 49401.00 |
| Y. YOO | 565.00 | 7.00 | 3955.00 |
| TOTALS | | 459.50 | 322488.50 |