**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11 Cases** |
| | ) | |
| **TRIBUNE COMPANY, et al.** | ) | **Case No. 08-13141 (KJC)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| _____ | ) | |

## NOTICE OF WITHDRAWAL FROM ECF NOTIFICATIONS

Attorney **Sherry Ruggiero Fallon** hereby requests to be removed from the ECF service list for the above-captioned bankruptcy case. Ms. Fallon no longer holds an interest in the proceedings. The email address to be removed is: **sfallon@trplaw.com**

                                                Respectfully submitted,

                                                TYBOUT, REDFEARN & PELL
                       By: */s/ David G. Culley*
                                                _____
                                                David G. Culley (I.D. #2464)
                                                750 Shipyard Drive, Suite 400
                                                P.O. Box 2092
                                                Wilmington, DE 19899
                                                Phone: (302)658-6901
                                                Fax: (302)658-4018

Dated: April 26, 2012