**CERTIFICATE OF SERVICE**

I hereby certify that I am not less than 18 years of age and that I have caused to be served on this 26th day of April, 2012, the foregoing Notice of Withdrawal from ECF Notifications, via this Court's CM/ECF electronic notification system, upon all counsel of record.

TYBOUT, REDFEARN & PELL
*/s/ David G. Culley*

DAVID G. CULLEY #3668
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE  19899-20922
Telephone: (302)658-6901
Fax: (302)658-4018
Email: dculley@trplaw.com