# EXHIBIT "A"

{698.001-W0020609.}

# EXHIBIT "A" – SUMMARY SHEET

March 1, 2012 through and including March 31, 2012

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $720.00<br>$360.00 | 43.70<br>1.70 | $31,464.00<br>$612.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $640.00 | 80.60 | $51,584.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $640.00 | 9.60 | $6,144.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $495.00 | 24.90 | $12,325.50 |
| Matthew B. McGuire | Partner; admitted PA 2001, DE 2003 | May, 2000 | $475.00 | 34.20 | $16,245.00 |
| Kerri K. Mumford | Partner; admitted DE 2002 | May, 2001 | $495.00 | .80 | $396.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $420.00 | 97.10 | $40,782.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $350.00 | 8.20 | $2,870.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $325.00 | 85.60 | $27,820.00 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $325.00 | 15.3 | $4,972.00 |

| Frances A. Panchak | Paralegal | N/A | $230.00 | 95.0 | $21,850.00 |
| Michelle M. Dero | Paralegal | N/A | $230.00 | 6.80 | $1,564.00 |
| Cathy A. Adams | Paralegal | N/A | $210.00 | 68.20 | $14,322.00 |
| Linda M. Rogers | Paralegal | N/A | $210.00 | 50.90 | $10,689.00 |
| Anthony C. Dellose | Paralegal | N/A | $200.00 | 8.00 | $1,600.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $130.00 | 7.50 | $975.00 |
| | | | **Total** | 638.10 | $246,215.00 |

**Blended Rate: $385.86**

{698.001-W0020609.}