# EXHIBIT "C"

```
                                                        April 26, 2012
                                                   Account No:  698-001
                                                   Statement No:  15028
Tribune Company, et al. bankruptcy
```

## Expenses

| | |
|---|---:|
| Travel Expense | 196.00 |
| Overtime Wages | 349.67 |
| Copying | 1,032.50 |
| Overnight Delivery | 60.05 |
| Service fee | 450.00 |
| Courier Fees | 362.00 |
| Online research | 34.22 |
| Outside Duplication Services | 60,355.89 |
| Document Retrieval | 349.04 |
| Court Reporter fees | 3,537.80 |
| Meals | 834.81 |
| Litigation Support | 9,456.25 |
| Telephonic Court Appearance | 860.00 |
| **Total Expenses Thru 03/31/2012** | **77,878.23** |

Detail Cost Transaction File List

Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 03/01/2012 | AGL | U | B100 | E101 | 0.100 | 6.80 Copying | 2301 |
| Subtotal for Transaction Date 03/01/2012 | | | | | | Billable | 6.80 | |
| 698.001 | 03/02/2012 | AGL | U | B100 | E101 | 0.100 | 0.10 Copying | 2302 |
| 698.001 | 03/02/2012 | AGL | U | B100 | E118 | | 2,243.75 Placers Invoice #M2376 - excel discovery/service project | 2317 |
| 698.001 | 03/02/2012 | AGL | U | B100 | E102 | | 150.00 Outside printing Digital Legal, LLC - Invoice 64127 | 2368 |
| Subtotal for Transaction Date 03/02/2012 | | | | | | Billable | 2,393.85 | |
| 698.001 | 03/03/2012 | AGL | U | B100 | E111 | | 15.00 Meals: working lunch for E. Myrick - Mikimoto's receipt #311902 | 2298 |
| 698.001 | 03/03/2012 | AGL | U | B100 | E101 | 0.100 | 380.70 Copying | 2303 |
| 698.001 | 03/03/2012 | AGL | U | B100 | E209 | | 163.17 Overtime wages - Assist attorney K. Brown in preparing for allocation disputes hearing. | 2328 |
| Subtotal for Transaction Date 03/03/2012 | | | | | | Billable | 558.87 | |
| 698.001 | 03/04/2012 | AGL | U | B100 | E101 | 0.100 | 10.70 Copying | 2304 |
| Subtotal for Transaction Date 03/04/2012 | | | | | | Billable | 10.70 | |
| 698.001 | 03/05/2012 | AGL | U | B100 | E101 | 0.100 | 44.60 Copying | 2305 |
| 698.001 | 03/05/2012 | AGL | U | B100 | E217 | | 1,569.85 Court Reporter fee Diaz Data Services - Invoice 8863 | 2311 |
| 698.001 | 03/05/2012 | AGL | U | B100 | E111 | | 27.83 Meals: Breakfast for Chadbourne (4), Zuckerman (1), LRC (3) - Purebread IV Invoice 98146 | 2318 |
| 698.001 | 03/05/2012 | AGL | U | B100 | E111 | | 152.00 Meals: Lunch for Chadbourne (4), Zuckerman (1), LRC (3) - Purebread IV Invoice 98301 | 2319 |
| 698.001 | 03/05/2012 | AGL | U | B100 | E111 | | 63.51 Meals: Additional breakfast (23.97) and lunch (39.54) provisions for Chadbourne (4); Zuckerman (1) and LRC (3) WB Mason Invoice I04094738 | 2326 |
| 698.001 | 03/05/2012 | AGL | U | B100 | E209 | | 132.09 Overtime wages - Assist attorney K. Brown in preparing for allocation disputes hearing | 2327 |
| 698.001 | 03/05/2012 | AGL | U | B100 | E111 | | 300.00 Meals: Dinner for Chadbourne (2), Zuckerman (2), LRC (2) - American Express/Harry's Seafood Check # 631982 | 2335 |
| 698.001 | 03/05/2012 | AGL | U | B100 | E107 | | 56.00 Delivery services/messengers Digital Legal, LLC - Invoice 64382 | 2348 |
| 698.001 | 03/05/2012 | AGL | U | B100 | E102 | | 67.34 Outside printing Digital Legal, LLC - Invoice 64194 | 2369 |
| 698.001 | 03/05/2012 | AGL | U | B100 | E228 | | 419.00 Telephonic Court Appearance American Express - Courtcall IDs 4799347, 4799309, 4799319 | 2402 |
| Subtotal for Transaction Date 03/05/2012 | | | | | | Billable | 2,832.22 | |
| 698.001 | 03/06/2012 | AGL | U | B100 | E101 | 0.100 | 3.30 Copying | 2306 |
| 698.001 | 03/06/2012 | AGL | U | B100 | E217 | | 1,231.05 Court Reporter fee Diaz Data Services - Invoice 8875 | 2312 |
| 698.001 | 03/06/2012 | AGL | U | B100 | E111 | | 136.00 Meals: Lunch for Chadbourne (4), Zuckerman (1), LRC (3) - Cavanaugh's Restaurant Invoice 107 | 2316 |
| 698.001 | 03/06/2012 | AGL | U | B100 | E111 | | 50.99 Meals: Breakfast for Chadbourne (4), Zuckerman (1), LRC (3) - Purebread IV Invoice 98513 | 2320 |
| 698.001 | 03/06/2012 | AGL | U | B100 | E209 | | 54.41 Overtime wages - Assist attorney K. Brown re: allocation disputes hearing. | 2329 |
| 698.001 | 03/06/2012 | AGL | U | B100 | E107 | | 44.50 Delivery services/messengers Digital Legal, LLC - Invoice 64382 | 2349 |
| 698.001 | 03/06/2012 | AGL | U | B100 | E221 | | 60.05 Overnight Delivery FedEx - Invoice 7-828-12986 | 2362 |
| 698.001 | 03/06/2012 | AGL | U | B100 | E228 | | 279.00 Telephonic Court Appearance American Express - Courtcall IDs 4799372, 4799325, 4799437 | 2404 |
| Subtotal for Transaction Date 03/06/2012 | | | | | | Billable | 1,859.30 | |
| 698.001 | 03/07/2012 | AGL | U | B100 | E101 | 0.100 | 10.80 Copying | 2321 |
| 698.001 | 03/07/2012 | AGL | U | B100 | E102 | | 94.64 Outside printing Digital Legal, LLC - Invoice 64295 | 2370 |
| Subtotal for Transaction Date 03/07/2012 | | | | | | Billable | 105.44 | |
| 698.001 | 03/08/2012 | AGL | U | B100 | E101 | 0.100 | 33.30 Copying | 2322 |
| 698.001 | 03/08/2012 | AGL | U | B100 | E102 | | 13,988.31 Outside printing Digital Legal, LLC - Invoice 64307 | 2339 |
| 698.001 | 03/08/2012 | AGL | U | B100 | E102 | | 42.10 Outside printing Digital Legal, LLC - Invoice 64332 | 2371 |
| 698.001 | 03/08/2012 | AGL | U | B100 | E110 | | 184.00 Out-of-town travel American Express - Amtrak train to/from New York for A. Landis | 2401 |
| 698.001 | 03/08/2012 | AGL | U | B100 | E110 | | 12.00 Out-of-town travel American Express - Parking fee for A. Landis | 2403 |
| Subtotal for Transaction Date 03/08/2012 | | | | | | Billable | 14,259.71 | |
| 698.001 | 03/09/2012 | AGL | U | B100 | E118 | | 1,787.50 Placers Invoice #M2381 - Excel discovery/service project | 2341 |
| 698.001 | 03/09/2012 | AGL | U | B100 | E107 | | 6.50 Delivery services/messengers Digital Legal, LLC - Invoice 64382 | 2350 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| Subtotal for Transaction Date 03/09/2012 | | | | | Billable | 1,794.00 | | |
| 698.001 | 03/12/2012 | AGL | U | B100 E101 | 0.100 | 15.30 | Copying | 2323 |
| Subtotal for Transaction Date 03/12/2012 | | | | | Billable | 15.30 | | |
| 698.001 | 03/13/2012 | AGL | U | B100 E101 | 0.100 | 30.90 | Copying | 2324 |
| 698.001 | 03/13/2012 | AGL | U | B100 E113 | | 180.00 | Subpoena fees Delaware Claims Agency, LLC - Invoice 6 | 2363 |
| 698.001 | 03/13/2012 | AGL | U | B100 E102 | | 57.35 | Outside printing Digital Legal, LLC - Invoice 64411 | 2372 |
| Subtotal for Transaction Date 03/13/2012 | | | | | Billable | 268.25 | | |
| 698.001 | 03/14/2012 | AGL | U | B100 E101 | 0.100 | 6.40 | Copying | 2343 |
| 698.001 | 03/14/2012 | AGL | U | B100 E102 | | 11,339.80 | Outside printing Digital Legal, LLC - Invoice 64430 | 2373 |
| Subtotal for Transaction Date 03/14/2012 | | | | | Billable | 11,346.20 | | |
| 698.001 | 03/15/2012 | AGL | U | B100 E101 | 0.100 | 11.20 | Copying | 2344 |
| 698.001 | 03/15/2012 | AGL | U | B100 E102 | | 5,108.09 | Outside printing Digital Legal, LLC - Invoice 64453 | 2374 |
| 698.001 | 03/15/2012 | AGL | U | B100 E107 | | 6.50 | Delivery services/messengers Digital Legal, LLC - Invoice 64518 | 2378 |
| Subtotal for Transaction Date 03/15/2012 | | | | | Billable | 5,125.79 | | |
| 698.001 | 03/16/2012 | AGL | U | B100 E101 | 0.100 | 111.10 | Copying | 2345 |
| 698.001 | 03/16/2012 | AGL | U | B100 E217 | | 99.70 | Court Reporter fee Diaz Data Services Invoice 8916 | 2351 |
| 698.001 | 03/16/2012 | AGL | U | B100 E118 | | 1,787.50 | Placers, Inc. of Delaware Invoice #M2382 - Excel discovery/service project | 2352 |
| 698.001 | 03/16/2012 | AGL | U | B100 E228 | | 90.00 | Telephonic Court Appearance American Express - Courtcall IDs 4828011, 4827907, 4827998 | 2405 |
| Subtotal for Transaction Date 03/16/2012 | | | | | Billable | 2,088.30 | | |
| 698.001 | 03/19/2012 | AGL | U | B100 E101 | 0.100 | 79.20 | Copying | 2346 |
| 698.001 | 03/19/2012 | AGL | U | B100 E102 | | 18,429.80 | Outside printing Digital Legal, LLC - Invoice 64489 | 2375 |
| Subtotal for Transaction Date 03/19/2012 | | | | | Billable | 18,509.00 | | |
| 698.001 | 03/20/2012 | AGL | U | B100 E101 | 0.100 | 25.80 | Copying | 2347 |
| Subtotal for Transaction Date 03/20/2012 | | | | | Billable | 25.80 | | |
| 698.001 | 03/21/2012 | AGL | U | B100 E101 | 0.100 | 48.20 | Copying | 2353 |
| 698.001 | 03/21/2012 | AGL | U | B100 E113 | | 210.00 | Subpoena fees Delaware Claims Agency, LLC - Invoice 8 | 2365 |
| 698.001 | 03/21/2012 | AGL | U | B100 E102 | | 48.51 | Outside printing Digital Legal, LLC - Invoice 64580 | 2376 |
| 698.001 | 03/21/2012 | AGL | U | B100 E102 | | 1,318.23 | Outside printing Digital Legal, LLC - Invoice 64582 | 2377 |
| Subtotal for Transaction Date 03/21/2012 | | | | | Billable | 1,624.94 | | |
| 698.001 | 03/22/2012 | AGL | U | B100 E101 | 0.100 | 70.40 | Copying | 2354 |
| 698.001 | 03/22/2012 | AGL | U | B100 E217 | | 495.15 | Court Reporter fee Diaz Data Services - Invoice 8952 | 2361 |
| 698.001 | 03/22/2012 | AGL | U | B100 E107 | | 215.00 | Delivery services/messengers Parcels, Inc. - Invoice 372770 | 2366 |
| 698.001 | 03/22/2012 | AGL | U | B100 E102 | | 381.95 | Outside printing Parcels, Inc. - Invoice 372757 | 2367 |
| 698.001 | 03/22/2012 | AGL | U | B100 E107 | | 33.50 | Delivery services/messengers Digital Legal, LLC - Invoice 64665 | 2379 |
| 698.001 | 03/22/2012 | AGL | U | B100 E111 | | 89.48 | Meals: Lunch for Chadbourne (3), LRC (2) - Panera Bread/DLS Invoice 64665 | 2380 |
| 698.001 | 03/22/2012 | AGL | U | B100 E228 | | 72.00 | Telephonic Court Appearance American Express - Courtcall ID 4836678 | 2406 |
| Subtotal for Transaction Date 03/22/2012 | | | | | Billable | 1,357.48 | | |
| 698.001 | 03/23/2012 | AGL | U | B100 E101 | 0.100 | 5.30 | Copying | 2355 |
| 698.001 | 03/23/2012 | AGL | U | B100 E118 | | 1,737.50 | Placers, Inc. of Delaware Invoice #M2387 - Excel discovery/service project. | 2382 |
| Subtotal for Transaction Date 03/23/2012 | | | | | Billable | 1,742.80 | | |
| 698.001 | 03/26/2012 | AGL | U | B100 E101 | 0.100 | 22.90 | Copying | 2356 |
| 698.001 | 03/26/2012 | AGL | U | B100 E113 | | 60.00 | Subpoena fees Delaware Claims Agency, LLC - Invoice 7 | 2364 |
| Subtotal for Transaction Date 03/26/2012 | | | | | Billable | 82.90 | | |
| 698.001 | 03/27/2012 | AGL | U | B100 E101 | 0.100 | 48.90 | Copying | 2357 |
| 698.001 | 03/27/2012 | AGL | U | B100 E102 | | 214.09 | Outside printing Digital Legal, LLC - Invoice 64675 | 2383 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| | | | | | Billable | 262.99 | Subtotal for Transaction Date 03/27/2012 | |
| 698.001 | 03/28/2012 | AGL | U | B100 E101 | 0.100 | 18.30 | Copying | 2358 |
| 698.001 | 03/28/2012 | AGL | U | B100 E102 | | 125.60 | Outside printing Digital Legal, LLC - Invoice 64695 | 2384 |
| | | | | | Billable | 143.90 | Subtotal for Transaction Date 03/28/2012 | |
| 698.001 | 03/29/2012 | AGL | U | B100 E101 | 0.100 | 3.60 | Copying | 2359 |
| 698.001 | 03/29/2012 | AGL | U | B100 E102 | | 8,990.08 | Outside printing Digital Legal, LLC - Invoice 64731 | 2385 |
| | | | | | Billable | 8,993.68 | Subtotal for Transaction Date 03/29/2012 | |
| 698.001 | 03/30/2012 | AGL | U | B100 E101 | 0.100 | 44.70 | Copying | 2360 |
| 698.001 | 03/30/2012 | AGL | U | B100 E217 | | 142.05 | Court Reporter fee Diaz Data Services - Invoice 8962 | 2381 |
| 698.001 | 03/30/2012 | AGL | U | B100 E118 | | 1,900.00 | Placers, Inc. of Delaware Invoice #M2394 - Excel Discovery/Service project | 2386 |
| | | | | | Billable | 2,086.75 | Subtotal for Transaction Date 03/30/2012 | |
| 698.001 | 03/31/2012 | AGL | U | B100 E106 | | 34.22 | Online research LexisNexis - Invoice 1203140930 | 2393 |
| 698.001 | 03/31/2012 | AGL | U | B100 E208 | | 349.04 | PACER Document Retrieval | 2394 |
| | | | | | Billable | 383.26 | Subtotal for Transaction Date 03/31/2012 | |

**Total for Client ID 698.001**  Billable  77,878.23  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy

**GRAND TOTALS**

Billable  77,878.23