IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | ) |
|  | ) Chapter 11 |
| TRIBUNE COMPANY, et al., | ) |
|  | ) Case No. 08-13141 (KJC) |
|  | ) |
|  | ) Courtroom 5 |
|  | ) 824 Market Street |
| _____Debtors._____ | ) Wilmington, Delaware |
|  | ) |
|  | ) April 25, 2012 |
|  | ) 1:30 p.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:                    Sidley Austin LLP
                                BY: KEVIN LANTRY, ESQ.
                                555 West Fifth Street
                                Los Angeles, CA  90013
                                (213) 896-6000

                                Cole, Schotz, Meisel, Forman &
                                Leonard, PA
                                BY:  NORMAN PERNICK, ESQ.
                                1000 North West Street
                                Suite 1200
                                Wilmington, DE 19801
                                (302) 652-3131

ECRO:                           AL LUGANO

Transcription Service:          DIAZ DATA SERVICES
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664
                                www.diazdata.com

Proceedings recorded by electronic sound recording; transcript
produced by transcription service

APPEARANCES:
(Continued)

For The Creditors' Committee: Landis Rath & Cobb
                              BY:  MATTHEW MCGUIRE, ESQ.
                              919 Market Street, Suite 1800
                              Wilmington, DE 19899
                              (302) 467-4400

                              Chadbourne & Parke LLP
                              BY:  DAVID LEMAY, ESQ.
                              30 Rockefeller Plaza
                              New York, NY 10112
                              (212) 408-5100

For Wilmington Trust:         Sullivan Hazeltine & Allinson
                              BY:  WILLIAM SULLIVAN, ESQ.
                              4 East 8th Street, Suite 400
                              Wilmington, DE 19801
                              (302) 250-4357

TELEPHONIC APPEARANCES:

For Former Directors
And Officers:          Grippo & Elden, LLC
                       BY: GEORGE R. DOUGHERTY, ESQ.
                       (312) 704-7700

For Official Committee
of Unsecured Creditors: Chadbourne & Parke, LLP
                        BY: DOUGLAS DEUTSCH, ESQ.
                        BY: HOWARD SEIFE, ESQ.
                        BY: MARC ASHLEY, ESQ.
                        BY: THOMAS MCCORMACK, ESQ.
                        BY: MARC ROITMAN, ESQ.
                        (212) 408-5100

                        Zuckerman Spaeder, LLP
                        BY: GRAEME BUSH, ESQ.
                        BY: ANDREW CARIDAS, ESQ.
                        BY: ANDREW GOLDFARB, ESQ.
                        BY: JAMES SOTTILE, ESQ.
                        (202) 778-1800

                        Moelis & Company
                        BY: SANDHYA SISTLA
                        (212) 883-3832

TELEPHONIC APPEARANCES:
Continued

For Debtor, Tribune:        Sidley Austin
                            BY: BRYAN KRAKAUER, ESQ.
                            (312) 853-7515
                            BY: THOMAS E. ROSS, ESQ.
                            (202) 736-8374
                            BY: ALLISON E. ROSS STROMBERG, ESQ.
                            (312) 853-0497
                            BY: KEN KANSA, ESQ.
                            (312) 853-7163
                            BY: JILLIAN K. LUDWIG, ESQ.
                            (312)853-7523
                            BY: KERRIANN MILLS, ESQ.
                            (312) 853-0036

                            Tribune
                            BY: DAVE ELDERSVELD
                            (312) 222-4707
                            BY: GARY WEITMAN
                            (312) 222-3394
                            BY: DON LIEBENTRITT
                            (312) 222-3651
                            BY: DAVID BRALOW
                            (312)_853-7163

                            Alix Partners, LLC
                            BY: LAURA J. EISELE
                            (248) 204-0675

                            Emery Celli Brinckerhoff & Abady
                            BY: ANDREW WILSON, ESQ.
                            (212) 763-5000

For Bank of America:        Bank of America
                            BY: ESTER CHUNG, ESQ.
                            (646) 855-6705

For Alvarez & Marsal,
LLC:                        Alvarez & Marsal, LLC
                            BY: MATTHEW FRANK
                            (312) 371-9955

For Eric Bilmes:            HBK Capital Management
                            BY: ERIC BILMES
                            (212) 588-5115

TELEPHONIC APPEARANCES:
Continued

For Onex Credit
Partners:                    Onex Credit Partners
                             BY: STUART KOVENSKY
                             (201) 541-2121

For Davidson & Kempner:      DK Partners
                             BY: EPHRAIM DIAMOND
                             (646) 282-5841

                             Schulte Roth & Zabel, LLP
                             BY: KAREN S. PARK, ESQ.
                             (212) 756-2036

For Arrowgrass Capital
Services:                    Arrowgrass Capital Partners, US, LP
                             BY: DAVID DUNN, ESQ.


For Employees Compensation
Defendant's Group:           Frank Gecker, LLP
                             BY: JOSEPH FRANK, ESQ.
                             BY: REED HEILIGMAN, ESQ.
                             (312) 276-1432

For Chandler Bigelow,
III:                         Sperling & Slater
                             BY: GWEN NOLAN, ESQ.
                             (312) 641-3200

For Robert McCormick
Foundation & Cantigny
Foundation:                  Katten Muchin Rosenman, LLP
                             BY: JOHN SIEGER, ESQ.
                             (312) 902-5294

For Citi:                    Citi
                             BY: REBECCA SONG
                             (212) 559-9933

For Auirelius Capital
Management:                  Akin Gump Strauss Hauer & Feld, LLP
                             BY; MEREDITH A. LAHAIE, ESQ.
                             (212) 872-8032

TELEPHONIC APPEARANCES
Continued

For Bank of America:        O'Melveny & Myers, LLP
                            BY: JAMES MILLER, ESQ.
                            (213) 430-6236

For Crane Kenny:            Shaw Gussis Fishman Glantz Wolfson
                            BY: KIMBERLY BACHER, ESQ.
                            (312) 541-0151

For Levine Sullivan
Koch & Schulz:              Levin Sullivan Koch & Schulz
                            BY: SETH BERLIN, ESQ.
                            BY: SHAINA JONES, ESQ.
                            (202) 508-1100

For Jeffries & Co.:         Jeffries & Company
                            BY: JUSTIN BRASS
                            (203) 708-5847

For Anthony Conte:          Anthony Conte, In Pro Per/Pro Se
                            (631) 949-1660

For Mercer US, Inc.:        Freeborn & Peters, LLP
                            BY: DEVON J. EGGERT
                            (312) 360-6378

For Angelo, Gordon &
Company:                    Wilmer Cutler Pickering Hale & Dorr
                            BY: ANDREW N. GOLDMAN, ESQ.
                            (212) 230-8836

For Chicago Fundamental
Investment Partners:        Chicago Fundamental Investment
                            BY: PETER GRUSZKA
                            (312) 416-4215

For Fee Examiner:           Stuart Maue
                            BY: JOHN THEIL
                            (312) 291-3030

For Ernst & Young, LLP:     Alston & Bird, LLP
                            BY: JOHN W. WEISS, ESQ.
                            (212) 210-9412

1  WILMINGTON, DELAWARE, WEDNESDAY, APRIL 25, 2012, 1:31 P.M.

2          THE CLERK:  All rise.  Be seated, please.

3          THE COURT:  Good afternoon, all.

4          MR. PERNICK:  Good afternoon, Your Honor.  Your

5  Honor, Norman Pernick from Cole Schotz for the debtor,

6  Tribune Company.

7          We have a relatively simple agenda today.  So

8  unless the Court would like otherwise, I'm going to just do

9  an abbreviated review of where we are on the different

10  agenda items.

11          THE COURT:  Go ahead.

12          MR. PERNICK:  Items No. 1 through 8 are all

13  continued to 5/29 for the specific matters.  They're all

14  omnibus objections to claims and the specific claims are

15  noted in the agenda of which ones are continued.

16          Your Honor was kind enough to enter orders on No.

17  9, which was the Fifty-Second Omnibus Objection; No. 10,

18  which was the Fifty-Third Omnibus Objection; and No. 12,

19  which were the monthly and quarterly fee requests for the

20  eighth interim period.  And that leaves us with Item No. 11

21  going forward today which Mr. Lantry is going handle.

22          THE COURT:  All right.

23          MR. LANTRY:  Good afternoon, Your Honor.  Kevin

24  Lantry on behalf of the debtors.

25          Your Honor, after our March 22 hearing where this

1    matter was first heard, the parties had indicated to the

2    Court that we thought we had a resolution.  You will recall

3    the resolution was that Mr. Conte would agree to waive and

4    release any claim he had against Tribune Company in exchange

5    for Tribune Company giving Mr. Conte what he was looking for

6    which is striking any reference to Mr. Conte in the

7    schedules of liabilities as a potential creditor against

8    Tribune Company.

9         Neither of the parties had any dispute over

10   granting relief from stay for Mr. Conte to have access to

11   the insurance coverage, should it ultimately come into play

12   in the underlying litigation in the District Court.

13        When we sent over a stipulation to Mr. Conte,

14   however, he had some second thoughts about that.  And

15   although he has argued and explained a number of his

16   different second thoughts, the bulk of them are that I think

17   he is articulating certain potential claims he may have

18   against Tribune Company which I think caused him to pause

19   about signing a release and waiver.

20        So I think we're back to the beginning of, should

21   he be still listed as a potential creditor of Tribune

22   Company, which I think caused him to pause about signing a

23   release and waiver.  So I think we're back to the beginning

24   of should he be still listed as a potential creditor of

25   Tribune Company.

1              He did register for the CourtCall today, so I

2    think it's probably, at this point, wise to hand the reigns

3    over to him as the movant.

4              THE COURT:  Mr. Conte, this is Judge Carey.  Are

5    you on the phone?

6              MR. CONTE:  Yes, I am, Your Honor.  Good

7    afternoon.

8              THE COURT:  Good afternoon, sir.  It's your

9    motion, so the floor is yours.

10             MR. CONTE:  Actually, Your Honor, one of the

11   things that I'm wishing to ask the Court today is permission

12   to amend my Motion to Seek Additional Relief.

13             Basically, the problem here is that it's been

14   represented to me, by Tribune ND and Tribune and their

15   counsel, and in my case in District Court on Long Island,

16   that the insurance policy in question will pay the claims

17   that I've made in my complaint in that case.  I've been

18   skeptical of that and only recently, I would say about a

19   week ago, I received a letter from Chubb in which they

20   specifically stated that both claims are not covered by that

21   insurance policy.

22             Truthfully, Your Honor, I can't help but think

23   that this is some type of scheme by Tribune to misrepresent

24   the potential of my claims being paid by these policies

25   while they are literally looting Tribune ND of any and all

1  assets that it has.  I am wishing Your Honor to continue to

2  have my name stricken from the schedules, but I'm also

3  asking the Court that, in light of the fact that this

4  insurance policy that was represented to me will not pay the

5  claims, my claims, that Tribune be -- replace money that

6  it's taken from Tribune ND and for -- or show the Court

7  and/or me, what assets Tribune ND it has in the other event

8  to pay my claims.  Now those claims will go forward and will

9  go to trial.  I don't want there to be any speculation about

10 that.  That's basically what I'm requesting, Your Honor.

11            THE COURT:  Well, Mr. Conte, I won't even await

12 the debtors' response.  That request for relief is so far

13 afield from that which is now before me, that I'm not

14 inclined to permit the request for additional relief today.

15 If you'd like to file an amended motion or a new and

16 different motion, we'll address that in the ordinary course

17 of business.  So that having been said, let me ask, are you

18 still pressing your Motion for Relief From Stay today?   It

19 doesn't foreclose --

20            MR. CONTE:  From the stay --

21            THE COURT:  -- you requesting the relief that

22 you've asked for, I'm just saying I won't consider it today

23 under the present procedural posture.

24            MR. CONTE:  Your Honor, are you asking me if I'm

25 requesting the stay be lifted as to the insurance policy?

1        THE COURT:  Yes, you still want that I assume.

2        MR. CONTE:  I still want that, Your Honor, but

3  now as far as I'm concerned, and I've been told by the

4  insurers that that policy does not cover my claims.  That's

5  been misrepresented to me all along and --

6        THE COURT:  Well, let me put it this way to you,

7  sir, I can't advise you, but sometimes when insurance

8  companies say that, it may turn out not to be true.  And I'm

9  not saying it is or it isn't, but, you know, if you intend

10  to press forward, your position today to get the relief you

11  request, at least in part, the debtors consented to it.  And

12  if that's the only outstanding issue is the -- for today is

13  the listing of your name on the schedule.  So again, I ask

14  you, do you want to press your motion today?

15        MR. CONTE:  I agree to have the stay lifted as to

16  the insurance policy, should there be any change as to that.

17  And I'd like to go forward with having my name removed from

18  the schedules at this time.

19        THE COURT:  Okay.  Well, let's talk about that

20  then.  The floor is yours, sir.  Mr. Conte?

21        MR. CONTE:  I pretty much had made my case before

22  about this.  This is Tribune asserts that now I have claims

23  against them directly.  I don't.  I have claims against

24  Tribune ND.  They've never been brought into any case or

25  litigation by me.  And in fact, it's been ruled out by Judge

1  Bianco, in my civil case on Long Island, that they would

2  ever become a defendant in that case.  Therefore, I wish to

3  continue to have my name stricken from that list.  I don't

4  know why Tribune put that -- my name onto that list.  And

5  truthfully, whether it's in error or deliberate, I want my

6  name removed from that list.

7           THE COURT:  All right, thank you, sir.

8           MR. CONTE:  I've discussed this with Mr. Lantry

9  and whatever release he's trying to offer me in terms of

10 releases, I honestly don't think is adequate.

11          THE COURT:  Mr. Conte, you're fading in and out,

12 I think.  Are you on a land line?

13          MR. CONTE:  I'm not, I'm on a cellular line, but

14 I have a very strong signal.  I just can't understand why

15 that's happening.

16          THE COURT:  Okay.  Well under our telephone

17 procedures which are posted on the Court's website, you

18 should be on a land line, sir.

19          MR. CONTE:  I will in the future be aware of

20 that, and I will do that, Your Honor.  I apologize.

21          THE COURT:  All right, thank you.  But let me ask

22 you to finish up.  I'm listening.

23          MR. CONTE:  I'm basically finished with, you

24 know, I simply want my name removed from the schedules.

25 I've made my case and my motion and I've provided the

1  evidence with my motion and I simply want it removed.

2          THE COURT:  Okay.  Thank you, sir.  I'll hear

3  from the debtor.

4          MR. LANTRY:  Kevin Lantry again, Your Honor.

5  With regard to removing his name from the schedules, in the

6  past couple of weeks, Mr. Conte has made a number of demands

7  and allegations against Tribune Company, not just Tribune

8  ND, both in terms of misrepresentations regarding the

9  insurance, but more fundamentally, his claim that Tribune

10 Company looted $600 million from Tribune ND as a result of

11 the transaction in 2008 involving Cablevision.  And

12 therefore, he wants somehow Tribune Company to put over in

13 some segregated pot or to somehow reverse whatever has gone

14 on, to provide enough for Mr. Conte to have all the comfort

15 he needs that he has, Tribune ND, or somebody has enough

16 assets.

17          This strikes us as being some kind of cause of

18 action, some kind of claim against the debtors.  His

19 behavior as we've talked about before and in our pleadings

20 trying to include Tribune Company as a defendant in his

21 underlying action in the Eastern District of New York, again

22 corroborates the reason why we thought it would be prudent

23 to list him as a potential creditor of Tribune Company.  And

24 therefore, we think that it's prudent to leave him on as a

25 potential creditor based on his actions.

1          I will admit that whether he is listed or not

2    listed is probably less of an issue in reality than the fact

3    that he has been duly noticed many, many times about the bar

4    date, about these proceedings and, therefore, is aware of

5    them and, therefore, whatever actions he thinks he needs to

6    take against Tribune Company, he has had notice of.

7          But I fear, given his unwillingness to engage

8    bankruptcy counsel, that he may misunderstand what it would

9    be if we were to strike his name from the schedules.  And to

10   keep from complicating what's going on in the Eastern

11   District of New York where again, Judge Bianco has denied

12   his motion to add Tribune Company as a defendant, I feel

13   like taking him off the schedule could be somehow used in a

14   way that would cause what you're doing in this Court to

15   interfere with Judge -- what Judge Bianco's doing.

16         This confusion or whatnot between the two is

17   again illustrated by most of what Mr. Conte is saying he

18   wants to put in another pleading that you may see someday,

19   he has already brought to Judge Bianco and Judge Bianco's

20   heard it many times.

21         So again, I'm only just forecasting that there is

22   a little bit of seeking additional relief in a variety of

23   forms here that whatever you do about Tribune Company here

24   could be back in front of Judge Bianco again and that's why

25   we would like to leave Mr. Conte as still listed as a

1  potential creditor, even though we're happy to grant the

2  relief from stay requested.

3       I have a form of order, Your Honor, that we're

4  happy to submit which does grant relief from stay, but deny

5  the balance of the relief requested, should that be your

6  ultimate ruling.

7       THE COURT:  Is that the same form of order that

8  was included in the binder?

9       MR. LANTRY:  It is the same form of order that

10 was with the original motion.  The form of order I think we

11 may have had on the binder, and I'm not sure which one we

12 gave you, may have been a form that we were suggesting as

13 part a stipulation that hasn't occurred.  The only thing

14 from the original motion that's different in the order I

15 would hand up is that we make reference to the hearing

16 today, not just to the hearing on March 22.  And that's why

17 I would recommend the current form of order.

18       THE COURT:  All right.  Well hold that for the

19 moment.  The committee has filed a joinder, does the

20 committee wish to be heard?

21       MR. LEMAY:  Good afternoon, Your Honor.  David

22 LeMay from Chadbourne & Parke for the committee.

23       We filed the joinder because we support the

24 debtor's argument.  I think based purely on what you've

25 heard on the record of this hearing, without even going

1  back, it seems clear to me that Mr. Conte believes that

2  Tribune Company, in addition to the non-debtor subsidiary,

3  has done something wrong to him and intends to seek recourse

4  of some kind or nature against Tribune Company.

5           So within the very broad definition of what a

6  creditor is under the Bankruptcy Code, I'd submit to the

7  Court that it's pretty plain that he falls within that

8  definition of a creditor, and therefore, his inclusion on

9  the creditor list ought to be entirely non-controversial.  I

10 think Mr. Lantry was right that there's a bit of a red

11 herring whether he's on the list or not is probably

12 subsidiary.

13          But given that, I think it's entirely undisputed

14 now, based on the record just in front of you, that Mr.

15 Conte believes he has some claims against Tribune Company

16 that should be very straightforward.  I'm available to

17 answer any questions, Your Honor.

18          THE COURT:  All right.  Thank you, Mr. LeMay.

19 Mr. Conte, I'll give the last word, if you like.

20          MR. CONTE:  Your Honor, it's just my gut feeling

21 that Tribune ND is the non-filing debtor.  It's not a --

22 it's a non-filing subsidiary of Tribune, the debtor company.

23 And it's my belief that Tribune is doing everything it

24 possibly can to bankrupt Tribune ND and leave it as a shell

25 corporation.  It faces many lawsuits, has many potential

1   judgments and possible judgments already against it.  And

2   there's no assets.  It's basically a shell corporation with

3   no bank account.  And Tribune has a history of, while

4   preparing for this bankruptcy, of literally looting the

5   hundreds of millions of dollars of cash assets that Tribune

6   ND, which was formerly known as News Day, Incorporated had.

7            Under that set of facts, Your Honor, I'm asking

8   that Tribune, you know, stop pilfering, you know, Tribune

9   ND, put back some of the assets that its taken from Tribune

10  ND, especially knowing that it's subject and it's being sued

11  by many parties and is part of a class action lawsuit on

12  Long Island, and simply have them replace and put back money

13  that they took from Tribune ND.  They -- you know, all

14  Tribune ND is today is a bankrupted shell, thanks to

15  Tribune.  And I'm asking for some relief there, especially

16  since the insurance policy that they've represented for

17  months and years does not cover my claims, when they claimed

18  it would.  That's my argument, Your Honor.

19           THE COURT:  All right.  Thank you, Mr. Conte.

20  Mr. Conte, I will grant your motion in part to afford relief

21  from the stay, to which the debtor has consented.  However,

22  as counsel for the committee has pointed out today, you have

23  by your own words, given the reason why you should not be

24  removed from the creditor's list, and that part of the

25  request I will deny.  Any further or additional relief that

1   you discussed specifically today will need to be the subject

2   of future requests.

3            Mr. Lantry, I'll consider the form of order that

4   you have.

5            MR. LANTRY:  May I approach, Your Honor?

6            THE COURT:  You may.  All right.  That order has

7   been signed.  So there's nothing else on the agenda today to

8   be considered, am I right?

9            MR. PERNICK:  That is correct, Your Honor.

10           THE COURT:  Okay.  There is one other matter.

11  It's come to my attention that Citadel Equity Fund, Limited,

12  and Camden Asset Management have together filed a Motion for

13  Reconsideration of my April 9 order.  The time for filing

14  Motions for Reconsideration under Rule 9023 is fourteen

15  days, so that would have passed.  Nine plus fourteen is the

16  twenty-third.  Is -- are counsel aware of any other such

17  motion that's been filed?  I haven't had the opportunity to

18  check the docket.

19           MR. LANTRY:  That is the only other motion I'm

20  aware of in terms of reconsidering your disputes allocation

21  opinion.

22           THE COURT:  Okay.  We assigned initially a

23  hearing date of May 29, but I'm not certain whether I'll

24  hear it then, sooner, or at confirmation.  And I just wanted

25  the parties to know I was now considering that.  Okay.

1  Anything further for today?

2            MR. PERNICK:  No, Your Honor.

3            THE COURT:  Thank you very much.  That concludes

4  this hearing.  Court will stand in recess.

5      (Whereupon, at 1:49 p.m., the hearing was adjourned.)

6

7                          CERTIFICATION

8        I certify that the foregoing is a correct

9  transcript from the electronic sound recording of the

10 proceedings in the above-entitled matter.

11

12

13 _____        26 April 2012
14 Traci L. Calaman, Transcriber                Date

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **debtors.** | 1:13 | **are**(13) 6:9 6:12 6:14 6:15 7:16 8:4 8:20 8:25 9:17 9:24 11:12 11:17 17:16 | **caused**(2) 7:18 7:22 | | **creditor**(9) 7:7 7:21 7:24 12:23 12:25 14:1 15:6 15:8 15:9 |
| **abady**(1) 3:32 | | | | **celli**(1) 3:32 | | |
| **abbreviated**(1) 6:9 | | **argued**(1) 7:15 | | **cellular**(1) 11:13 | | **creditor's**(1) 16:24 |
| **about**(11) 7:14 7:19 7:22 8:18 9:9 10:19 10:22 12:19 13:13 13:4 13:23 | | **argument**(2) 14:24 16:18 | | **certain**(2) 7:17 17:23 | | **creditors**(2) 2:4 2:30 |
| | | **arrowgrass**(2) 4:17 4:18 | | **certification**(1) 18:7 | | **current**(1) 14:17 |
| | | **articulating**(1) 7:17 | | **certify**(1) 18:8 | | **cutler**(1) 5:30 |
| **aboveentitled** (1) 18:10 | | **ashley**(1) 2:33 | | **chadbourne**(3) 2:10 2:30 14:22 | | **data**(1) 1:41 |
| **access**(1) 7:10 | | **ask**(4) 8:11 9:17 10:13 11:21 | | **chandler**(1) 4:28 | | **date**(2) 13:4 17:23 |
| **account**(1) 16:3 | | **asked**(1) 9:22 | | **change**(1) 10:16 | | **dave**(1) 3:19 |
| **action**(3) 12:18 12:21 16:11 | | **asking**(4) 9:3 9:24 16:7 16:15 | | **chapter**(1) 1:7 | | **david**(4) 2:11 3:25 4:19 14:21 |
| **actions**(2) 12:25 13:5 | | **asserts**(1) 10:22 | | **check**(1) 17:18 | | **davidson**(1) 4:9 |
| **actually**(1) 8:10 | | **asset**(1) 17:12 | | **chicago**(2) 5:34 5:35 | | **day**(1) 16:6 |
| **add**(1) 13:12 | | **assets**(6) 9:1 9:7 12:16 16:2 16:5 16:9 | | **chubb**(1) 8:19 | | **days**(1) 17:15 |
| **addition**(1) 15:2 | | **assigned**(1) 17:22 | | **chung**(1) 3:37 | | **debtor**(6) 3:4 6:5 12:3 15:21 15:22 16:21 |
| **additional**(4) 8:12 9:14 13:22 16:25 | | **assume**(1) 10:1 | | **citadel**(1) 17:11 | | **debtor's**(1) 14:24 |
| **address**(1) 9:16 | | **attention**(1) 17:11 | | **citi**(2) 4:39 4:39 | | **debtors**(5) 1:25 6:24 9:12 10:11 12:18 |
| **adequate**(1) 11:10 | | **auirelius**(1) 4:43 | | **civil**(1) 11:1 | | **defendant**(2) 11:2 12:20 13:12 |
| **adjourned**(1) 18:5 | | **austin**(2) 1:25 3:4 | | **claim**(3) 7:4 12:9 12:18 | | **defendant's**(1) 4:23 |
| **admit**(1) 13:1 | | **available**(1) 15:16 | | **claimed**(1) 16:17 | | **definition**(2) 15:5 15:8 |
| **advise**(1) 10:7 | | **await**(1) 9:11 | | **claims**(15) 6:14 6:14 7:17 8:16 8:20 8:24 9:5 9:5 9:8 9:8 10:4 10:22 10:23 15:15 16:17 | | **delaware**(3) 1:2 1:13 6:1 |
| **afford**(1) 16:20 | | **aware**(4) 11:19 13:4 17:16 17:20 | | | | **deliberate**(1) 11:5 |
| **afield**(1) 9:13 | | **bacher**(1) 5:9 | | **class**(1) 16:11 | | **demands**(1) 12:6 |
| **after**(1) 6:25 | | **back**(6) 7:20 7:23 13:24 15:1 16:9 16:12 | | **clear**(1) 15:1 | | **denied**(1) 13:11 |
| **afternoon**(6) 6:3 6:4 6:23 8:7 8:8 14:21 | | **balance**(1) 14:5 | | **clerk**(1) 6:2 | | **deny**(2) 14:4 16:25 |
| **again**(7) 10:13 12:4 12:21 13:11 13:17 13:21 13:24 | | **bank**(4) 3:36 3:36 5:4 16:3 | | **cobb**(1) 2:4 | | **deutsch**(1) 2:31 |
| | | **bankrupt**(1) 15:24 | | **code**(1) 11:1 | | **devon**(1) 5:26 |
| | | **bankruptcy**(5) 1:1 1:21 13:8 15:6 16:4 | | **cole**(2) 1:31 6:5 | | **diamond**(1) 4:10 |
| **against**(11) 7:4 7:7 7:18 10:23 10:23 12:7 12:18 13:16 15:4 15:15 16:1 | | **bankrupted**(1) 16:14 | | **come**(2) 7:11 17:11 | | **diaz**(1) 1:41 |
| | | **bar**(1) 13:3 | | **comfort**(1) 12:14 | | **did**(1) 8:1 |
| | | **based**(3) 12:25 14:24 15:14 | | **committee**(6) 2:4 2:29 14:19 14:20 14:22 16:22 | | **different**(4) 6:9 7:16 9:16 14:14 |
| **agenda**(4) 6:7 6:10 6:15 17:7 | | **basically**(4) 8:13 9:10 11:23 16:2 | | | | **directly**(1) 10:23 |
| **ago**(1) 8:19 | | **because**(1) 14:23 | | | | **directors**(1) 2:24 |
| **agree**(2) 7:3 10:15 | | **become**(1) 11:2 | | **companies**(1) 10:8 | | **discussed**(2) 11:8 17:1 |
| **ahead**(1) 6:11 | | **been**(11) 8:13 8:17 9:17 10:3 10:5 10:24 10:25 13:3 14:12 17:7 17:17 | | **company**(23) 1:29 2:45 5:18 5:30 6:6 7:4 7:5 7:8 7:22 7:22 7:25 12:7 12:20 12:21 12:20 12:23 13:6 13:12 13:23 15:2 15:4 15:15 15:22 | | **dispute**(1) 7:9 |
| **akin**(1) 4:44 | | | | | | **disputes**(1) 17:20 |
| **alix**(1) 3:28 | | | | | | **district**(5) 1:2 7:12 8:15 12:21 13:11 |
| **all**(15) 6:5 6:3 6:12 6:13 6:22 8:25 10:5 11:7 11:21 12:14 14:18 15:18 16:13 16:19 17:6 | | **before**(4) 1:20 9:13 10:21 12:19 | | | | **docket**(1) 17:18 |
| | | **beginning**(2) 7:20 7:23 | | **compensation**(1) 4:22 | | **does**(4) 10:4 14:4 14:19 16:17 |
| **allegations**(1) 12:7 | | **behalf**(1) 6:24 | | **complaint**(1) 8:17 | | **doesn't**(1) 9:19 |
| **allison**(1) 2:16 | | **behavior**(1) 12:19 | | **complicating**(1) 13:10 | | **doing**(3) 13:14 13:15 15:23 |
| **allison**(1) 3:9 | | **being**(3) 8:24 12:17 16:10 | | **concerned**(1) 10:3 | | **dollars**(1) 16:5 |
| **allocation**(1) 17:20 | | **belief**(1) 15:23 | | **concludes**(1) 18:3 | | **don**(1) 3:23 |
| **along**(1) 10:5 | | **believes**(1) 15:15 | | **confirmation**(1) 17:24 | | **don't**(4) 9:9 10:23 11:3 11:10 |
| **already**(2) 13:19 16:1 | | **berlin**(1) 5:14 | | **confusion**(1) 13:16 | | **done**(1) 15:3 |
| **also**(1) 9:2 | | **between**(1) 13:16 | | **consented**(2) 10:11 16:21 | | **dorr**(1) 5:30 |
| **alston**(1) 5:43 | | **bianco**(4) 11:1 13:11 13:19 13:24 | | **consider**(2) 9:22 17:3 | | **dougherty**(1) 2:26 |
| **although**(1) 7:15 | | **bianco's**(2) 13:15 13:19 | | **considered**(1) 17:8 | | **douglas**(1) 2:31 |
| **alvarez**(2) 3:40 3:41 | | **bigelow**(1) 4:28 | | **considering**(1) 17:25 | | **duly**(1) 13:3 |
| **amend**(1) 8:12 | | **bilmes**(2) 3:45 3:46 | | **conte**(32) 5:22 5:22 7:3 7:5 7:6 7:10 7:13 8:4 8:6 8:10 9:11 9:20 9:24 10:2 10:15 10:20 10:21 11:8 11:11 11:13 11:19 11:23 12:6 12:14 13:17 13:25 15:1 15:15 15:19 15:20 16:19 16:20 | | **dunn**(1) 4:19 |
| **amended**(1) 9:15 | | **binder**(2) 14:8 14:11 | | | | **east**(1) 2:18 |
| **america**(3) 3:36 3:36 5:4 | | **bird**(1) 5:43 | | | | **eastern**(2) 12:21 13:10 |
| **and**(58) 2:25 6:14 6:18 6:19 6:20 7:3 7:14 7:15 7:19 7:23 8:14 8:14 8:15 8:18 8:25 9:6 9:8 9:15 10:3 10:5 10:8 10:11 10:17 10:25 11:4 11:9 11:11 11:20 11:25 12:15 12:1 12:7 12:11 12:19 12:23 13:4 13:5 13:9 13:24 13:24 14:11 14:16 15:3 15:8 15:23 15:24 16:1 16:1 16:3 16:10 16:11 16:12 16:12 16:15 16:17 16:24 17:12 17:24 | | **bit**(3) 13:22 15:10 | | | | **ecro**(1) 1:39 |
| | | **both**(2) 8:20 12:8 | | **continue**(2) 9:1 11:3 | | **eggert**(1) 5:26 |
| | | **bralow**(1) 3:25 | | **continued**(6) 2:2 3:2 4:2 5:2 6:13 6:15 | | **eighth**(1) 6:20 |
| | | **brass**(1) 5:19 | | **corporation**(2) 15:25 16:2 | | **eisele**(1) 3:29 |
| | | **brickerhoff**(1) 3:32 | | **correct**(2) 17:9 18:8 | | **elden**(1) 2:25 |
| | | **broad**(1) 15:5 | | **corroborates**(1) 12:22 | | **eldersveld**(1) 3:19 |
| **and/or**(1) 9:7 | | **brought**(2) 10:24 13:19 | | **could**(2) 13:3 13:24 | | **electronic**(1) 1:48 18:9 |
| **andrew**(4) 2:40 2:41 3:33 5:31 | | **bryan**(1) 3:5 | | **counsel**(4) 8:15 13:8 16:22 17:16 | | **else**(1) 17:7 |
| **angeles**(1) 1:28 | | **bulk**(1) 7:16 | | **couple**(1) 12:6 | | **emery**(1) 3:32 |
| **angelo**(1) 5:29 | | **bush**(1) 2:39 | | **course**(1) 9:16 | | **employees**(1) 4:22 |
| **another**(1) 13:18 | | **business**(1) 9:17 | | **court**(34) 1:1 6:3 6:8 6:11 6:22 7:2 7:12 8:4 8:8 8:10 8:11 8:15 9:3 9:6 9:11 9:21 10:1 10:6 10:19 11:7 11:11 11:16 11:21 12:2 13:14 14:7 14:18 15:7 15:18 16:19 17:6 17:10 17:22 18:3 18:4 | | **engage**(1) 13:7 |
| **answer**(1) 15:17 | | **but**(12) 8:22 9:2 10:2 10:7 10:9 11:13 11:21 12:19 13:7 14:4 15:13 17:23 | | | | **enough**(3) 6:16 12:14 12:15 |
| **anthony**(2) 5:22 5:22 | | | | | | **enter**(1) 6:16 |
| **any**(10) 7:4 7:6 7:9 8:25 9:9 10:16 10:24 15:17 16:25 17:16 | | **cablevision**(1) 12:11 | | | | **entirely**(2) 15:9 15:13 |
| | | **camden**(1) 17:12 | | | | **ephraim**(1) 4:10 |
| | | **can**(1) 15:24 | | **court's**(1) 11:17 | | **equity**(1) 17:11 |
| **anything**(1) 18:1 | | **can't**(3) 8:22 10:7 11:14 | | **courtcall**(1) 8:1 | | **eric**(2) 3:45 3:46 |
| **apologize**(1) 11:20 | | **cantigny**(1) 4:34 | | **courtroom**(1) 1:11 | | **ernst**(1) 5:43 |
| **appearances**(4) 2:22 3:1 4:1 5:1 | | **capital**(4) 3:45 4:17 4:18 4:43 | | **cover**(2) 10:4 16:17 | | **error**(1) 11:5 |
| **approach**(1) 17:5 | | **carey**(2) 1:20 8:4 | | **coverage**(1) 7:11 | | **especially**(2) 16:10 16:15 |
| **april**(4) 1:15 6:1 17:13 18:13 | | **caridas**(1) 2:40 | | **covered**(1) 8:20 | | **esq**(36) 1:26 1:33 2:5 2:11 2:17 2:26 2:31 2:32 2:33 2:34 2:35 2:39 2:40 2:41 2:42 3:5 3:7 3:9 3:11 3:13 3:15 3:33 3:47 4:14 4:19 4:24 4:25 4:30 4:36 4:45 5:5 5:9 5:14 5:15 5:31 5:44 |
| | | **case**(8) 1:9 8:15 8:17 10:21 10:24 11:1 11:2 11:25 | | **crane**(1) 5:8 | | |
| | | | | **credit**(2) 4:4 4:5 | | |
| | | **cash**(1) 16:5 | | | | |
| | | **cause**(2) 12:17 13:14 | | | | **ester**(1) 3:37 |

| Word | Page:Line |
|---|---|
| even(3) 9:11  14:1  14:25 | |
| event(1) 9:7 | |
| ever(1) 11:2 | |
| everything(1) 15:23 | |
| evidence(1) 12:1 | |
| examiner(1) 5:39 | |
| exchange(1) 7:4 | |
| explained(1) 7:15 | |
| faces(1) 16:7 | |
| fact(3) 9:3  10:25  13:2 | |
| facts(1) 15:7 | |
| fading(1) 11:11 | |
| falls(1) 15:7 | |
| far(2) 9:12  10:3 | |
| fear(1) 13:7 | |
| fee(2) 5:39  6:19 | |
| feel(1) 13:12 | |
| feeling(1) 15:20 | |
| feld(1) 4:44 | |
| fifth(1) 1:27 | |
| fifty-second(1) 6:17 | |
| fifty-third(1) 6:18 | |
| file(1) 9:15 | |
| filed(4) 14:19  14:23  17:12  17:17 | |
| filing(1) 17:13 | |
| finish(1) 11:22 | |
| finished(1) 11:23 | |
| first(1) 7:1 | |
| fishman(1) 5:8 | |
| floor(2) 8:9  10:20 | |
| for(52) 1:2  1:25  2:4  2:16  2:24  2:29  3:4  3:36  3:40  3:45  4:4  4:9  4:17  4:22  4:28  4:33  4:39  4:43  5:4  5:8  5:12  5:18  5:22  5:25  5:29  5:34  5:39  5:43  6:5  6:13  6:19  7:5  7:5  7:10  8:1  9:6  9:12  9:14  9:18  9:22  10:12  12:14  14:18  14:22  16:4  16:15  16:16  16:22  17:12  17:13  17:14  18:1 | |
| forecasting(1) 13:21 | |
| foreclose(1) 9:19 | |
| foregoing(1) 18:8 | |
| form(7) 14:3  14:7  14:9  14:10  14:12  14:17  17:3 | |
| forman(1) 1:31 | |
| former(1) 2:24 | |
| formerly(1) 16:6 | |
| forms(1) 13:23 | |
| forward(4) 6:21  9:8  10:10  10:17 | |
| foundation(2) 4:34  4:35 | |
| fourteen(1) 17:14  17:15 | |
| frank(3) 3:42  4:23  4:24 | |
| freeborn(1) 5:25 | |
| from(26) 6:5  7:10  8:19  9:2  9:6  9:13  9:20  10:7  11:3  11:6  11:24  12:3  12:5  12:10  13:9  13:10  14:2  14:4  14:4  14:22  16:9  16:13  16:21  16:24  18:9 | |
| front(2) 13:24  15:14 | |
| fund(1) 17:11 | |
| fundamental(2) 5:34  5:35 | |
| fundamentally(1) 12:9 | |
| further(1) 16:25  18:1 | |
| future(2) 11:19  17:2 | |
| gary(1) 3:21 | |
| gave(1) 14:12 | |
| gecker(1) 4:23 | |
| george(1) 2:26 | |
| get(1) 10:10 | |
| give(1) 15:19 | |
| given(3) 13:7  15:13  16:23 | |
| giving(1) 7:5 | |
| glantz(1) 5:8 | |
| going(5) 6:8  6:21  6:21  13:10  14:25 | |
| goldfarb(1) 2:41 | |
| goldman(1) 5:31 | |
| gone(1) 12:13 | |
| good(6) 6:3  6:4  6:23  8:6  8:8  14:21 | |
| gordon(1) 5:29 | |

| Word | Page:Line |
|---|---|
| graeme(1) 2:39 | |
| grant(3) 14:1  14:4  16:20 | |
| granting(1) 7:10 | |
| grippo(1) 2:25 | |
| group(1) 4:23 | |
| gruszka(1) 5:36 | |
| gump(1) 4:44 | |
| gussis(1) 5:8 | |
| gut(1) 15:20 | |
| gwen(1) 4:30 | |
| had(9) 7:1  7:2  7:4  7:9  7:14  10:21  13:6  14:11  16:6  17:17 | |
| hale(1) 5:30 | |
| hand(2) 8:2  14:15 | |
| handle(1) 6:21 | |
| happening(1) 11:15 | |
| happy(2) 14:1  14:4 | |
| harrisburg(1) 1:43 | |
| has(19) 7:15  9:1  9:7  12:6  12:13  12:15  12:15  13:3  13:6  13:11  13:19  14:19  15:3  15:15  15:25  16:3  16:21  16:22  17:6 | |
| hasn't(1) 14:13 | |
| hauer(1) 4:44 | |
| have(18) 6:7  7:10  7:17  9:2  10:15  10:22  10:23  11:3  11:14  12:14  14:3  14:11  14:12  16:12  16:22  17:4  17:12  17:15 | |
| haven't(1) 17:17 | |
| having(2) 9:17  10:17 | |
| hazeltine(1) 2:16 | |
| hbk(1) 3:45 | |
| he's(2) 11:9  15:11 | |
| hear(2) 12:2  17:24 | |
| heard(4) 7:1  13:20  14:20  14:25 | |
| hearing(7) 6:25  14:15  14:16  14:25  17:23  18:4  18:5 | |
| heiligman(1) 4:25 | |
| help(1) 8:22 | |
| here(3) 8:13  13:23  13:23 | |
| herring(1) 15:11 | |
| him(7) 7:18  7:22  8:3  12:23  12:24  13:13  15:3 | |
| his(10) 7:15  12:5  12:9  12:18  12:20  12:25  13:7  13:9  13:12  15:8 | |
| history(1) 16:3 | |
| hold(1) 14:18 | |
| honestly(1) 11:10 | |
| honor(23) 6:4  6:5  6:16  6:23  6:25  8:6  8:10  8:22  9:1  9:10  9:24  10:2  11:20  12:24  14:21  15:17  15:20  16:7  16:18  17:5  17:9  18:2 | |
| honorable(1) 1:20 | |
| howard(1) 2:32 | |
| however(2) 7:14  16:21 | |
| hundreds(1) 16:5 | |
| i'd(2) 10:17  15:6 | |
| i'll(4) 12:2  15:19  17:3  17:23 | |
| i'm(20) 6:8  8:11  9:2  9:10  9:13  9:22  9:24  10:3  10:8  11:13  11:13  11:22  11:23  13:21  14:11  15:16  16:7  16:15  17:19  17:23 | |
| i've(6) 8:17  8:17  10:7  10:3  11:8  11:25  11:25 | |
| iii(1) 4:29 | |
| illustrated(1) 13:17 | |
| inc(1) 5:25 | |
| inclined(1) 9:14 | |
| include(1) 12:20 | |
| included(1) 14:8 | |
| inclusion(1) 15:8 | |
| incorporated(1) 16:6 | |
| indicated(1) 7:1 | |
| initially(1) 17:22 | |

| Word | Page:Line |
|---|---|
| insurance(9) 7:11  8:16  8:21  9:4  9:25  10:7  10:16  12:9  16:16 | |
| insurers(1) 10:4 | |
| intend(1) 10:9 | |
| intends(1) 15:3 | |
| interfere(1) 13:15 | |
| interim(1) 6:20 | |
| into(2) 7:11  10:24 | |
| investment(2) 5:35  5:35 | |
| involving(1) 12:11 | |
| island(3) 8:15  11:1  16:12 | |
| isn't(1) 10:9 | |
| issue(2) 10:12  13:2 | |
| it's(17) 8:2  8:8  8:13  9:6  10:25  11:5  12:24  15:7  15:15  15:20  15:21  15:22  15:23  16:2  16:10  16:10  17:11 | |
| item(1) 6:20 | |
| items(2) 6:10  6:12 | |
| its(1) 16:9 | |
| james(2) 2:42  5:5 | |
| jeffries(2) 5:18  5:18 | |
| jillian(1) 3:13 | |
| john(3) 4:36  5:40  5:44 | |
| joinder(2) 14:19  14:23 | |
| jones(1) 5:15 | |
| joseph(1) 4:24 | |
| judge(9) 1:21  8:4  10:25  13:11  13:15  13:15  13:19  13:24 | |
| judgments(2) 16:1  16:1 | |
| just(9) 6:8  9:22  11:14  12:7  13:21  14:16  15:14  15:20  17:24 | |
| justin(1) 5:19 | |
| kansa(1) 3:11 | |
| karen(1) 4:14 | |
| katten(1) 4:35 | |
| keep(1) 13:10 | |
| kempner(1) 4:9 | |
| ken(1) 3:11 | |
| kenny(1) 5:8 | |
| kerriann(1) 3:15 | |
| kevin(4) 1:20  1:26  6:23  12:4 | |
| kimberly(1) 5:9 | |
| kind(4) 6:16  12:17  12:18  15:4 | |
| kjc(1) 1:9 | |
| know(7) 10:9  11:4  11:24  16:8  16:8  16:13  17:25 | |
| knowing(1) 16:10 | |
| known(1) 16:6 | |
| koch(2) 5:13  5:13 | |
| kovensky(1) 4:6 | |
| krakauer(1) 3:5 | |
| lahaie(1) 4:45 | |
| land(2) 11:12  11:18 | |
| landis(1) 2:4 | |
| lantry(12) 1:26  6:21  6:23  6:24  11:8  12:4  12:4  14:9  15:10  17:3  17:5  17:19 | |
| last(1) 15:19 | |
| laura(1) 3:29 | |
| lawsuit(1) 16:11 | |
| lawsuits(1) 15:25 | |
| least(1) 10:11 | |
| leave(3) 12:24  13:25  15:24 | |
| leaves(1) 6:20 | |
| lemay(4) 2:11  14:21  14:22  15:18 | |
| leonard(1) 1:32 | |
| less(1) 13:2 | |
| let(3) 9:17  10:6  11:21 | |
| let's(1) 10:19 | |
| letter(1) 8:19 | |
| levin(1) 5:13 | |
| levine(1) 5:12 | |
| liabilities(1) 7:7 | |
| liebentritt(1) 3:23 | |

| Word | Page:Line |
|---|---|
| lifted(1) 9:25  10:15 | |
| light(1) 9:3 | |
| like(6) 6:8  9:15  10:17  13:13  13:25  15:19 | |
| limited(1) 17:11 | |
| line(3) 11:12  11:13  11:18 | |
| list(7) 11:3  11:4  11:6  12:23  15:9  15:11  16:24 | |
| listed(5) 7:21  7:24  13:1  13:2  13:25 | |
| listening(1) 11:22 | |
| listing(1) 10:13 | |
| literally(2) 8:25  16:4 | |
| litigation(2) 7:12  10:25 | |
| little(1) 13:22 | |
| llc(4) 2:25  3:25  3:28  3:41  3:41 | |
| llp(12) 1:25  2:10  2:30  2:38  4:13  4:23  4:35  4:44  5:4  5:25  5:43  5:43 | |
| long(3) 8:15  11:1  16:12 | |
| looking(1) 7:5 | |
| looted(1) 12:10 | |
| looting(2) 8:25  16:4 | |
| los(1) 1:28 | |
| ludwig(1) 1:39 | |
| lugano(1) 1:39 | |
| made(4) 8:17  10:21  11:25  12:6 | |
| make(1) 14:15 | |
| management(3) 3:45  4:44  17:12 | |
| many(6) 13:3  13:3  13:20  15:25  15:25 | |
| marc(2) 2:33  2:35 | |
| march(2) 6:25  14:16 | |
| market(1) 1:12  2:6 | |
| marsal(2) 3:40  3:41 | |
| matter(3) 7:11  17:10  18:10 | |
| matters(1) 6:13 | |
| matthew(2) 2:5  3:42 | |
| maue(1) 5:39 | |
| may(9) 7:17  10:8  13:8  13:18  14:11  14:12  17:5  17:6  17:23 | |
| mccormack(1) 2:34 | |
| mccormick(1) 4:33 | |
| mcguire(1) 2:5 | |
| meisel(1) 3:11 | |
| mercer(1) 5:25 | |
| meredith(1) 4:45 | |
| miller(1) 5:5 | |
| million(1) 12:10 | |
| millions(1) 16:5 | |
| mills(1) 3:15 | |
| misrepresent(1) 8:23 | |
| misrepresentations(1) 12:8 | |
| misrepresented(1) 10:5 | |
| misunderstand(1) 13:8 | |
| moelis(1) 2:45 | |
| moment(1) 14:19 | |
| money(2) 9:5  16:12 | |
| monthly(1) 6:19 | |
| months(1) 16:17 | |
| more(1) 12:9 | |
| most(1) 13:17 | |
| motion(15) 8:9  8:12  9:15  9:16  9:18  10:14  11:25  12:1  13:12  14:10  14:14  16:20  17:12  17:17  17:19 | |
| motions(1) 17:14 | |
| movant(1) 8:3 | |
| much(2) 10:21  18:3 | |
| muchin(1) 4:35 | |
| myers(1) 5:4 | |
| name(9) 9:2  10:13  10:17  11:3  11:4  11:6  11:24  12:5  13:9 | |
| nature(1) 15:4 | |
| need(1) 17:1 | |
| needs(2) 12:15  13:5 | |
| neither(1) 10:24 | |
| never(1) 10:24 | |
| new(4) 2:13  9:15  12:21  13:11 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

news(1) 16:6
nine(1) 17:15
nolan(1) 4:30
non-controversial(1) 15:9
non-debtor(1) 15:2
non-filing(2) 15:21 15:22
norman(2) 1:33 6:5
north(1) 1:34
not(16) 8:20 9:4 9:13 10:4 10:8 10:9 11:13 12:7 13:1 14:11 14:16 15:11 15:21 16:17 16:23 17:23
noted(1) 6:15
nothing(1) 17:7
notice(1) 13:6
noticed(1) 13:3
now(6) 9:8 9:13 10:3 10:22 15:14 17:25
number(2) 7:15 12:6

objection(2) 6:17 6:18
objections(1) 6:14
occurred(1) 14:13
off(1) 13:13
offer(1) 11:9
officers(1) 2:25
official(1) 2:29
okay(6) 10:19 11:16 12:2 17:10 17:22
omnibus(3) 6:14 6:17 6:18
one(3) 8:10 14:11 17:10
ones(1) 6:15
onex(2) 4:4 4:5
only(5) 8:18 10:12 13:21 14:13 17:19
onto(1) 11:4
opinion(1) 17:21
opportunity(1) 17:17
order(9) 14:3 14:7 14:9 14:10 14:14 14:17 17:3 17:6 17:13

orders(1) 6:16
ordinary(1) 9:16
original(2) 14:10 14:14
other(4) 9:7 17:10 17:16 17:19
otherwise(1) 6:8
ought(1) 15:9
our(3) 6:25 11:16 12:19
out(4) 10:8 10:25 11:11 16:22
outstanding(1) 10:12
over(4) 7:9 7:13 8:3 12:12
own(1) 16:23
o'melveny(1) 5:4

p.m(3) 1:16 6:1 18:5
paid(1) 8:24
park(1) 4:14
parke(3) 2:10 2:30 14:22
part(5) 10:11 14:13 16:11 16:20 16:24
parties(4) 7:1 7:9 16:11 17:25
partners(6) 3:28 4:5 4:5 4:9 4:18 5:35
passed(1) 17:15
past(1) 12:6
pause(2) 7:18 7:22
pay(3) 8:16 9:4 9:8
pennsylvania(1) 1:43
per/pro(1) 5:22
period(1) 6:20
permission(1) 8:11
permit(1) 9:14
pernick(6) 1:33 6:4 6:5 6:12 17:9 18:2
peter(1) 5:36
peters(1) 5:25
phone(1) 8:5
pickering(1) 5:30
pilfering(1) 16:8
plain(1) 15:7
play(1) 7:11
plaza(1) 2:12
pleading(1) 13:18
pleadings(1) 12:19
please(1) 6:2
plus(1) 17:15

point(1) 8:2
pointed(1) 16:22
policies(1) 8:24

policy(7) 8:16 8:21 9:4 9:25 10:4 10:16 16:16

position(1) 10:10
possible(1) 16:1
possibly(1) 15:24
posted(1) 11:17
posture(1) 9:23
pot(1) 12:13

potential(9) 7:7 7:17 7:21 7:24 8:24 12:23 12:25 14:1 15:25

ppearances(2) 1:23 2:1
preparing(1) 16:4
present(1) 9:23
press(2) 10:10 10:11
pressing(1) 9:18
pretty(2) 10:21 15:7
pro(1) 5:22
probably(3) 8:2 13:2 15:11
problem(1) 8:13
procedural(1) 9:23
procedures(1) 11:17
proceedings(4) 1:19 1:48 13:4 18:10
produced(1) 1:49
provide(1) 12:14
provided(1) 11:25
prudent(2) 12:22 12:24
purely(1) 14:24
put(6) 10:6 11:4 12:12 13:18 16:9 16:12

quarterly(1) 6:19
question(1) 8:16
questions(1) 15:17
rath(1) 2:4
reality(1) 13:2
reason(2) 12:22 16:23
rebecca(1) 4:40
recall(1) 7:2
received(1) 8:19
recently(1) 8:18
recess(1) 18:4
recommend(1) 14:17
reconsideration(2) 17:13 17:14
reconsidering(1) 17:20
record(2) 14:25 15:14
recorded(1) 1:48
recording(2) 1:48 18:9
recourse(1) 15:3
red(1) 15:10
reed(1) 4:25
reference(2) 7:6 14:15
regard(1) 12:5
regarding(1) 12:8
register(1) 8:1
reigns(1) 8:2
relatively(1) 6:7
release(4) 7:4 7:19 7:23 11:9
releases(1) 11:10
relief(14) 7:10 8:12 9:12 9:14 9:18 9:21 10:10 13:22 14:2 14:4 14:5 16:15 16:20 16:25
removed(5) 10:17 11:6 11:24 12:1 16:24
removing(1) 12:5
replace(2) 9:5 16:12
represented(3) 8:14 9:4 16:16
request(4) 9:12 9:14 10:11 11:25
requested(2) 14:2 14:5
requesting(3) 9:10 9:21 9:25
requests(2) 6:19 17:2
resolution(2) 7:2 7:3
response(1) 9:12
result(1) 12:10
reverse(1) 12:13
review(1) 6:9

right(9) 6:22 11:7 11:21 14:18 15:10 15:18 16:19 17:6 17:8

rise(1) 6:2
robert(1) 4:33
rockefeller(1) 2:35
roitman(1) 2:35
rosenman(1) 4:35
ross(2) 3:7 3:9
roth(1) 4:13
rule(1) 17:14
ruled(1) 10:25
ruling(1) 14:6
said(1) 9:17
same(2) 14:7 14:9
sandhya(1) 2:46
say(2) 8:18 10:8
saying(3) 9:22 10:9 13:17
schedule(2) 10:13 13:13
schedules(6) 7:7 9:2 10:18 11:24 12:5 13:9
scheme(1) 8:23
schotz(2) 1:31 6:5
schulte(1) 4:13
schulz(2) 5:13 5:13
schuylkill(1) 1:42
seated(1) 6:2
second(2) 7:4 7:16
see(1) 13:18
seek(2) 8:12 15:3
seeking(1) 13:22
seems(1) 15:1
segregated(1) 12:13
seife(1) 2:32
sent(1) 7:13
service(2) 1:41 1:49
services(2) 1:41 4:18
set(1) 16:7
seth(1) 5:16
shaina(1) 5:15
shaw(1) 5:8
shell(3) 15:24 16:2 16:14
should(8) 7:11 7:20 7:24 10:16 11:18 14:5 15:16 16:23

show(1) 9:6

sidley(2) 1:25 3:4
sieger(1) 4:36
signal(1) 11:14
signed(1) 17:7
signing(2) 7:19 7:22
simple(1) 6:7
simply(3) 11:24 12:1 16:12
since(1) 16:16
sir(6) 8:8 10:7 10:20 11:7 11:18 12:2
sistla(1) 2:46
skeptical(1) 8:18
slater(1) 4:29

some(8) 7:14 8:23 12:13 12:17 12:18 15:4 15:15 16:9 16:15

somebody(1) 12:15
someday(1) 13:18
somehow(3) 12:12 13:12 13:13
something(1) 15:3
sometimes(1) 10:7

song(1) 4:40
sooner(1) 17:24
sottile(1) 2:42
sound(1) 1:48 18:9
spaeder(1) 2:38
specific(2) 6:13 6:14
specifically(2) 8:20 17:1
speculation(1) 9:9
sperling(1) 4:29
stand(1) 18:4
stated(1) 8:20
states(2) 1:1 1:21

stay(8) 7:10 9:18 9:20 9:25 10:15 14:2 14:4 16:21

still(6) 7:21 7:24 9:18 10:1 10:2 13:25
stipulation(2) 7:13 14:13
stop(1) 16:8
straightforward(1) 15:16
strauss(1) 4:44
street(6) 1:12 1:27 1:34 1:42 2:6 2:18
stricken(2) 9:2 11:3
strike(1) 13:9
strikes(1) 12:17
striking(1) 7:6
stromberg(1) 3:9
strong(1) 11:14
stuart(2) 4:6 5:39
subject(2) 16:10 17:1
submit(1) 14:4 15:6
subsidiary(3) 15:2 15:12 15:22
such(1) 17:16
sued(1) 16:10
suggesting(1) 14:12
suite(1) 1:35 2:6 2:18
sullivan(3) 2:16 2:17 5:12 5:13
support(1) 14:23
sure(1) 14:11
take(1) 13:6
taken(2) 9:6 16:9
taking(1) 13:13
talk(1) 10:19
talked(1) 12:19
telephone(1) 11:16
telephonic(4) 2:22 3:1 4:1 5:1
terms(3) 11:9 12:3 17:20
than(1) 10:7
thank(6) 11:7 11:21 12:2 15:18 16:19 18:3
thanks(1) 16:14
that(91) 6:20 7:2 7:3 7:14 7:16 8:11 8:13 8:16 8:17 8:17 8:18 8:18 8:20 8:20 8:23 9:1 9:3 9:3 9:4 9:5 9:5 9:10 9:12 9:13 9:13 9:16 9:17 9:21 10:1 10:2 10:4 10:4 10:8 10:16 10:19 10:22 11:1 11:2 11:3 11:4 11:4 11:6 11:20 11:20 12:15 12:24 13:1 13:3 13:8 13:14 13:18 13:21 13:23 14:3 14:5 14:7 14:7 14:9 14:12 14:13 14:15 14:18 15:1 15:1 15:7 15:7 15:7 15:10 15:13 15:14 15:16 15:16 15:23 16:5 16:7 16:8 16:9 16:13 16:16 16:24 16:25 17:3 17:6 17:9 17:11 17:15 17:19 17:25 18:3 18:8

that's(9) 9:10 10:4 10:12 11:15 13:24 14:14 14:16 16:18 17:17

the(160) 1:1 1:2 1:20 2:4 6:2 6:3 6:5 6:8 6:9 6:11 6:13 6:14 6:15 6:17 6:18 6:19 6:19 6:22 6:24 7:1 7:1 7:3 7:6 7:9 7:11 7:12 7:12 7:16 7:20 7:23 8:1 8:2 8:3 8:4 8:5 8:8 8:8 8:9 8:10 8:11 8:13 8:16 8:16 8:24 9:2 9:3 9:3 9:4 9:6 9:7 9:11 9:12 9:14 9:16 9:20 9:21 9:23 9:25 9:25 10:1 10:3 10:6 10:10 10:11 10:12 10:12 10:13 10:13 10:15 10:16 10:18 10:19 10:20 11:7 11:11 11:16 11:17 11:19 11:21 11:24 11:25 12:2 12:3 12:5 12:5 12:8 12:11 12:14 12:18 12:21 12:22 13:2 13:3 13:9 13:10 13:13 13:16 14:1 14:5 14:5 14:7 14:7 14:8 14:9 14:10 14:10 14:11 14:13 14:14 14:14 14:15 14:16 14:17 14:18 14:18 14:19 14:19 14:22 14:23 14:23 14:25 15:2 15:5 15:6 15:6 15:9 15:11 15:14 15:18 15:19 15:21 15:22 16:4 16:9 16:16 16:19 16:21 16:22 16:23 16:24 17:1 17:3 17:6 17:7 17:10 17:13 17:15 17:17 17:18 17:19 17:22 17:25 18:3 18:5 18:8 18:9 18:9 18:10 18:10

theil(1) 5:40
their(1) 8:14
them(4) 7:16 10:23 13:5 16:12

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **then**(2) 10:20 17:24 | | **we'll**(1) 9:16 | |
| **there**(5) 9:9 10:16 13:21 16:15 17:10 | | **we're**(4) 7:20 7:23 14:1 14:3 | |
| **there's**(3) 15:10 16:2 17:7 | | **we've**(1) 12:19 | |
| **therefore**(6) 11:2 12:12 12:24 13:4 13:5 | | **website**(1) 11:17 | |
| 15:8 | | **wednesday**(1) 6:1 | |
| | | **week**(1) 8:19 | |
| **these**(2) 8:24 13:4 | | **weeks**(1) 12:6 | |
| **they**(6) 8:19 8:25 11:1 16:13 16:13 16:17 | | **weiss**(1) 5:44 | |
| **they're**(1) 6:13 | | **weitman**(1) 3:21 | |
| **they've**(2) 10:24 16:16 | | **well**(5) 9:11 10:6 10:19 11:16 14:18 | |
| **thing**(1) 14:13 | | **were**(3) 6:19 13:9 14:12 | |
| **things**(1) 8:11 | | **west**(2) 1:27 1:34 | |
| **think**(14) 7:16 7:18 7:20 7:22 7:23 8:2 | | **what**(9) 7:5 9:7 9:10 13:8 13:14 13:15 | |
| 8:22 11:10 11:12 12:24 14:10 14:24 15:10 | | 13:17 14:24 15:5 | |
| 15:13 | | | |
| **thinks**(1) 13:5 | | **what's**(1) 13:10 | |
| **this**(16) 6:25 8:2 8:4 8:23 9:3 10:6 10:18 | | **whatever**(4) 11:9 12:13 13:5 13:23 | |
| 10:22 10:22 11:8 12:17 13:14 13:16 14:25 | | **whatnot**(1) 13:16 | |
| 16:4 18:4 | | **when**(3) 7:13 10:7 16:17 | |
| | | **where**(3) 6:9 6:25 13:11 | |
| **thomas**(2) 2:34 3:7 | | **whereupon**(1) 18:5 | |
| **those**(1) 9:8 | | **whether**(4) 11:5 13:1 15:11 17:23 | |
| **though**(1) 14:1 | | **which**(15) 6:15 6:17 6:18 6:19 6:21 7:6 | |
| **thought**(2) 7:2 12:22 | | 7:18 7:22 8:19 9:13 11:17 14:4 14:11 16:6 | |
| **thoughts**(2) 7:14 7:16 | | 16:21 | |
| **through**(1) 6:12 | | | |
| **time**(2) 10:18 17:13 | | **while**(2) 8:25 16:3 | |
| **times**(2) 13:3 13:20 | | **why**(6) 11:4 11:14 12:22 13:24 14:16 | |
| **today**(16) 6:7 6:21 8:1 8:11 9:14 9:18 | | **will**(12) 7:2 8:16 9:4 9:8 9:8 11:19 11:20 | |
| 9:22 10:10 10:12 10:14 14:16 16:14 16:22 | | 13:1 16:20 16:25 17:1 18:4 | |
| 17:1 17:7 18:1 | | | |
| | | **william**(1) 2:17 | |
| **together**(1) 17:12 | | **wilmer**(1) 5:30 | |
| **told**(1) 10:3 | | **wilmington**(6) 1:13 1:36 2:7 2:16 2:19 6:1 | |
| **took**(1) 16:13 | | **wilson**(1) 3:33 | |
| **transaction**(1) 12:11 | | **wise**(1) 8:2 | |
| **transcript**(3) 1:19 1:48 18:9 | | **wish**(2) 11:2 14:20 | |
| **transcription**(2) 1:41 1:49 | | **wishing**(2) 8:11 9:1 | |
| **trial**(1) 9:9 | | **with**(9) 6:20 10:17 11:8 11:23 12:1 12:5 | |
| **tribune**(46) 1:9 3:4 3:18 6:6 7:4 7:5 7:8 | | 13:15 14:10 16:2 | |
| 7:18 7:21 7:25 8:14 8:14 8:23 8:25 9:5 | | | |
| 9:6 9:7 10:22 10:24 11:4 12:7 12:7 12:9 | | **within**(2) 15:5 15:7 | |
| 12:10 12:12 12:15 12:20 12:23 13:6 13:12 | | **without**(1) 14:25 | |
| 13:23 15:2 15:4 15:15 15:21 15:22 15:23 | | **wolfson**(1) 5:8 | |
| 15:24 16:3 16:5 16:8 16:8 16:9 16:13 | | **won't**(2) 9:11 9:22 | |
| 16:14 16:15 | | **word**(1) 15:19 | |
| | | **words**(1) 16:23 | |
| **true**(1) 10:8 | | **would**(12) 6:8 7:3 8:18 11:1 12:22 13:8 | |
| **trust**(1) 2:16 | | 13:14 13:25 14:15 14:17 16:18 17:15 | |
| **truthfully**(2) 8:22 11:5 | | | |
| **trying**(2) 11:9 12:20 | | **wrong**(1) 15:3 | |
| **turn**(1) 10:8 | | **www.diazdata.com**(1) 1:45 | |
| **twenty-third**(1) 17:16 | | **years**(1) 16:17 | |
| **two**(1) 13:16 | | **yes**(2) 8:6 10:1 | |
| **type**(1) 8:23 | | **york**(3) 2:13 12:21 13:11 | |
| **ultimate**(1) 14:6 | | **you**(36) 7:2 8:5 9:17 9:21 9:24 10:1 10:6 | |
| **ultimately**(1) 7:11 | | 10:7 10:9 10:9 10:10 10:14 10:14 11:7 | |
| **under**(5) 9:23 11:16 15:6 16:7 17:14 | | 11:12 11:17 11:21 11:22 11:23 12:2 13:18 | |
| **underlying**(2) 7:12 12:21 | | 13:23 14:12 15:14 15:18 15:19 16:8 16:8 | |
| **understand**(1) 11:14 | | 16:13 16:19 16:22 16:23 17:1 17:4 17:6 | |
| **undisputed**(1) 15:13 | | 18:3 | |
| **united**(2) 1:1 1:21 | | **you'd**(1) 9:15 | |
| **unless**(1) 6:8 | | **you're**(2) 11:11 13:14 | |
| **unsecured**(1) 2:30 | | **you've**(2) 9:22 14:24 | |
| **unwillingness**(1) 13:7 | | **young**(1) 5:43 | |
| **used**(1) 13:13 | | **your**(32) 6:4 6:4 6:16 6:23 6:25 8:6 8:8 | |
| **variety**(1) 13:22 | | 8:10 8:22 9:1 9:10 9:18 9:24 10:2 10:10 | |
| **very**(4) 11:14 15:5 15:16 18:3 | | 10:13 10:14 11:20 12:4 14:3 14:5 14:21 | |
| **waive**(1) 7:3 | | 15:17 15:20 16:7 16:18 16:20 16:23 17:5 | |
| **waiver**(2) 7:19 7:23 | | 17:9 17:20 18:2 | |
| **want**(7) 9:9 10:1 10:2 10:14 11:5 11:24 | | | |
| 12:1 | | **yours**(2) 8:9 10:20 | |
| | | **zabel**(1) 4:13 | |
| **wanted**(1) 17:24 | | **zuckerman**(1) 2:38 | |
| **wants**(2) 12:12 13:18 | | | |
| **was**(13) 6:16 6:17 6:18 7:1 7:3 7:5 9:4 | | | |
| 14:8 14:10 15:10 16:6 17:25 18:5 | | | |
| | | | |
| **way**(2) 10:6 13:14 | | | |