UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY, et al.,**<br><br>      Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE OF ADJOURNED TELEPHONIC STATUS CONFERENCE
WITH RESPECT TO MOTION OF CITADEL EQUITY FUND LTD.
AND CAMDEN ASSET MANAGEMENT FOR RECONSIDERATION
AND/OR CLARIFICATION OF THE COURT'S APRIL 9, 2012
MEMORANDUM AND ORDER REGARDING ALLOCATION DISPUTES**

**PLEASE TAKE NOTICE** that the telephonic status conference with respect to the *Motion of Citadel Equity Fund Ltd and Camden Asset Management for Reconsideration and/or Clarification of the Court's April 9, 2012 Memorandum and Order Regarding Allocation Disputes* [Docket No. 11458], dated April 23, 2012, that was originally scheduled to occur on April 27, 2012 at 2:00 p.m. (Eastern Time) **has been adjourned to April 27, 2012 at 3:30 p.m. (Eastern Time).** The status conference will be heard telephonically before the Honorable Kevin J. Carey, United States Bankruptcy Judge. To attend, parties must contact CourtCall at (888) 882-6878 and provide such information as is required by CourtCall.

Dated: April 27, 2012
   Wilmington, Delaware

                ANDREWS KURTH LLP

                By: /s/ Paul N. Silverstein
                Paul N. Silverstein (NYS Bar PS 5098)
                Jeremy B. Reckmeyer (NYS Bar JR 7536)
                450 Lexington Avenue, 15th Floor
                New York, New York 10017
                Telephone Number: (212) 850-2800
                Facsimile Number: (212) 850-2929

                *Counsel to Citadel Equity Fund Ltd.
                and Camden Asset Management*

NYC:239217.1