# EXHIBIT A



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

April 1, 2012                                                    Invoice 2700    MDS

In Reference To: 00499-003 - Mitchell v. Baltimore Sun

Client: Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 03/13/12 | TC | Review and revise description of abandonment of state-court litigation for bankruptcy court filing. | 0.40<br>430.00/hr | 172.00 |
| | | **For professional services rendered** | **0.40** | **$172.00** |
| | | **Total Amount of this Bill** | | **$172.00** |

**Levine Sullivan Koch & Schulz, LLP**

|                                          |              |
|------------------------------------------|-------------:|
|                                          | April 1, 2012 |
| I.D. 00499-003 - MDS                     | Invoice  2700 |
| Re: Mitchell v. Baltimore Sun            | Page  2       |

### Timekeeper Summary

|                | Hours | Rate/Hour | Amount   |
|----------------|------:|----------:|---------:|
| Thomas Curley  | 0.40  | 430.00    | 172.00   |
| **Totals**     | **0.40** |        | **$172.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605


LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

April 1, 2012                                                           Invoice 2796    DAS
In Reference To:  00499-008 - General
Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 03/20/12 | JWB | Extended telephone conference with client regarding proposed Maryland advertising-related legislation and review advertisements in client's publication in connection with same (.5); review prior research materials (.4); forward case to client regarding advertising issue (.2). | 1.10 455.00/hr | 500.50 |
| 03/21/12 | RP | Telephone conference with client regarding copyright issues (.2); modify license agreement (.3). | 0.50 455.00/hr | 227.50 |
| 03/23/12 | RP | Telephone conference with client regarding copyright issues (.2); review image files (.2); exchange correspondence with client regarding copyright issues (.4); prepare and submit application to register C. Nash photographs (1.2). | 2.00 455.00/hr | 910.00 |
| 03/24/12 | RP | Complete registration of C. Nash photographs. | 0.50 455.00/hr | 227.50 |
| 03/27/12 | RP | Exchange email with client regarding return of client files (.3); review files (.7). | 1.00 455.00/hr | 455.00 |
| 03/27/12 | SB | Identify and return original documents to client. | 0.20 195.00/hr | 39.00 |
| 03/28/12 | SB | Dispose of redundant client data. | 0.10 195.00/hr | 19.50 |

| | **For professional services rendered** | **5.40** | **$2,379.00** |
|---|---|---|---|

| | **Total Amount of this Bill** | **$2,379.00** |
|---|---|---|

**Levine Sullivan Koch & Schulz, LLP**

|  |  |
|---|---|
| I.D. 00499-008 - DAS | April 1, 2012 |
| Re: General | Invoice 2796 |
|  | Page 2 |

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 4.00 | 455.00 | 1,820.00 |
| Jay Ward Brown | 1.10 | 455.00 | 500.50 |
| Scott Bailey | 0.30 | 195.00 | 58.50 |
| **Totals** | **5.40** |  | **$2,379.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

 LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

April 1, 2012                                                                     Invoice 2666      SDB

In Reference To:  00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues

Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 03/01/12 | SDJ | Communicate with local counsel and fee examiner regarding eighteenth monthly fee application. | 0.40 335.00/hr | 134.00 |
| 03/20/12 | SDJ | Draft nineteenth monthly fee application and review invoices regarding same. | 1.50 335.00/hr | 502.50 |
| 03/31/12 | SDB | Address Fee Examiner's report. | 0.20 455.00/hr | 91.00 |
| | | **For professional services rendered** | **2.10** | **$727.50** |
| | | **Total Amount of this Bill** | | **$727.50** |

**Levine Sullivan Koch & Schulz, LLP**

| | | April 1, 2012 |
|---|---|---|
| I.D. 00499-080 - SDB | | Invoice 2666 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | Page 2 |

### Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Seth D. Berlin | | 0.20 | 455.00 | 91.00 |
| Shaina D. Jones | | 1.90 | 335.00 | 636.50 |
| | **Totals** | **2.10** | | **$727.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605