## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on April 27, 2012, the above-referenced Debtors and

Debtors in Possession, by and through their counsel, served the following reports on the parties on

the attached service list via electronic mail:

      (a)      Expert Report of Brian Whittman, dated April 27, 2012

      (b)      Expert Report of John G. Chachas, dated April 27, 2012

[SIGNATURE ON NEXT PAGE]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Dated: April 27, 2012

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
James W. Ducayet
Patrick J. Wackerly
One South Dearborn Street
Chicago, IL  60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

Sidley Austin LLP
James F. Bendernagel
Ronald S. Flagg
Thomas E. Ross
1501 K Street, NW
Washington, DC  20005
Telephone: (202) 736-8000
Facsimile:  (202) 736-8711

- and --

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-8498268v1

**Electronic Service List**

| | |
|---|---|
| James F. Bendernagel, Jr.<br>Ronald S. Flagg<br>Thomas E. Ross<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br><br>Counsel to the Debtors and Debtors in Possession | jbendernagel@sidley.com<br>rflagg@sidley.com<br>tom.ross@sidley.com |
| James Conlan<br>Bryan Krakauer<br>Jessica C. K. Boelter<br>Colleen M. Kenney<br>James W. Ducayet<br>Patrick J. Wackerly<br>Jillian Ludwig<br>Allison Ross Stromberg<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br><br>Counsel to the Debtors and Debtors in Possession | jconlan@sidley.com<br>bkrakauer@sidley.com<br>jboelter@sidley.com<br>ckenney@sidley.com<br>jducayet@sidley.com<br>pwackerly@sidley.com<br>jillian.ludwig@sidley.com<br>astromberg@sidley.com |
| Kevin T. Lantry<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br><br>Counsel to the Debtors and Debtors in Possession | klantry@sidley.com |
| Norman L. Pernick<br>J. Kate Stickles<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br><br>Counsel to the Debtors and Debtors in Possession | npernick@coleschotz.com<br>kstickles@coleschotz.com |
| David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew Stein<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br><br>Counsel for Law Debenture Trust Company of New York | drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com |

| | |
|---|---|
| Garvan F. McDaniel<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br><br>Counsel for Law Debenture Trust Company of New York | gmcdaniel@bglawde.com |
| Bruce Bennett<br>James O. Johnston<br>Joshua Mester<br>Dewey & LeBoeuf LLP<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90017-1530<br><br>Counsel for Oaktree Capital Management, L.P. and<br>Angelo, Gordon & Co., L.P. | bbennett@dl.com<br>jjohnston@dl.com<br>jmester@dl.com |
| Robert S. Brady<br>M. Blake Cleary<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br><br>Counsel for Oaktree Capital Management, L.P. and<br>Angelo, Gordon & Co., L.P. | rbrady@ycst.com<br>mbcleary@ycst.com |
| David M. LeMay<br>Howard Seife<br>Douglas Deutsche<br>Marc D. Ashly<br>Marc B. Roitman<br>Andrew Rosenblatt<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10012<br><br>Counsel to the Official Committee of Unsecured Creditors | dlemay@chadbourne.com<br>hseife@chadbourne.com<br>ddeutsch@chadbourne.com<br>mashly@chadbourne.com<br>mroitman@chadbourne.com<br>arosenblatt@chadbourne.com |
| Adam G. Landis<br>Matthew McGuire<br>Kim Brown<br>Landis Rath & Cobb, LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br><br>Counsel to the Official Committee of Unsecured Creditors | landis@lrclaw.com<br>mcguire@lrclaw.com<br>brown@lrclaw.com |

46429/0001-8498268v1

| | |
|---|---|
| Graeme W. Bush<br>James Sottile<br>Andrew N. Goldfarb<br>Andrew Caridas<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Ste 1000<br>Washington, D.C. 20036-5807<br><br>Special Counsel to the Official Committee of<br>Unsecured Creditors | gbush@zuckerman.com<br>jsottile@zuckerman.com<br>agoldfarb@zuckerman.com<br>acaridas@zuckerman.com |
| Donald S. Bernstein<br>Damian S. Schaible<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br><br>Counsel for JPMorgan Chase Bank, N.A. | Donald.bernstein@davispolk.com<br>Damian.schaible@davispolk.com |
| Robert J. Stearn, Jr.<br>Drew G. Sloan<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, 920 N. King Street<br>Wilmington, DE 19801<br><br>Counsel for JPMorgan Chase Bank, N.A. | stearn@rlf.com<br>dsloan@rlf.com |
| Daniel Golden<br>Deborah Newman<br>David Zensky<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-6745<br><br>Counsel for Aurelius Capital Management, LP | dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com |
| William P. Bowden<br>Amanda Winfree<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br><br>Counsel For Aurelius Capital Management, LP | wbowden@ashby-geddes.com<br>awinfree@ashby-geddes.com |

3

| | |
|---|---|
| David Adler<br>McCarter English<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br><br>Counsel for Deutsche Bank Trust Company Americas | dadler@mccarter.com |
| Katharine L. Mayer<br>McCarter English<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br><br>Counsel for Deutsche Bank Trust Company Americas | kmayer@mccarter.com |
| Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br><br>Counsel to Wilmington Trust Company | rstark@brownrudnick.com<br>msiegel@brownrudnick.com<br>gnovod@brownrudnick.com |
| William D. Sullivan<br>Elihu E. Allinson<br>Sullivan Hazeltine Allinson LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br><br>Counsel to Wilmington Trust Company | bsullivan@sha-llc.com<br>zallinson@sha-llc.com |
| David J. Bradford<br>Catherine L. Steege<br>Andrew W. Vail<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br><br>Counsel to EGI-TRB, LLC | dbradford@jenner.com<br>csteege@jenner.com<br>avail@jenner.com |
| David W. Carickhoff<br>Blank Rome LLP<br>1201 Market Street Suite 800<br>Wilmington, DE 19801<br><br>Counsel to EGI-TRB, LLC | Carickhoff@BlankRome.com |

4

| | |
|---|---|
| Jay Teitelbaum<br>Teitelbaum & Baskin, LLP<br>Counselors at Law<br>1 Barker Avenue<br>Third Floor<br>White Plains, NY 10601<br><br>Counsel for the TM Retirees | jteitelbaum@tblawllp.com |
| Adam Hiller<br>Brian Arban<br>Hiller & Arban, LLC<br>1500 North French Street, 2nd Floor<br>Wilmington, DE 19801<br><br>Counsel for the TM Retirees | ahiller@hillerarban.com<br>barban@hillerarban.com |
| Isaac M. Pachulski<br>Stutman Treister & Glatt<br>1901 Avenue of the Stars, #1200<br>Los Angeles, CA 90067<br><br>Counsel to Brigade Capital Management | ipachulski@stutman.com |
| Christopher D. Loizides<br>Loizides, P.A<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br><br>Counsel to Brigade Capital Management | loizides@loizides.com |

46429/0001-8498268v1