IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE


| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Chapter 11 |
| | ) | Courtroom 5 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | April 27, 2012 |
| | ) | 3:30 p.m. |


TRANSCRIPT OF TELEPHONIC PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtor:               Sidley Austin, LLP
                          BY: JAMES BENDERNAGEL, ESQ.
                          BY: KERRIANN MILLS, ESQ.
                          BY: THOMAS E. ROSS, ESQ.
                          BY: ALLISON E. ROSS STROMBERG, ESQ.
                          (312) 853-7000

                          Cole Schotz Meisel Forman &
                          Leonard, PA
                          BY: NORMAN L. PERNICK, ESQ.
                          (302) 651-2001


ECRO:                     BRANDON MCCARTHY

Transcription Service:    DIAZ DATA SERVICES, LLC
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
 1   TELEPHONIC APPEARANCES:
 2   (Continued)
 3
 4   For Official Committee    Landis, Rath & Cobb
 5   of Unsecured Creditors:   BY: DAN RATH, ESQ.
 6                             (302) 467-4400
 7
 8                             Chadbourne & Parke, LLP
 9                             BY: HOWARD SEIFE, ESQ.
10                             (212) 408-5361
11                             BY: DOUGLAS DEUTSCH, ESQ.
12                             (212) 408-5169
13
14                             Zuckerman Spaeder, LLP
15                             BY: JAMES SOTTILE, ESQ.
16                             (202) 778-1800
17
18   For Wilmington Trust:     Brown Rudnick
19                             BY: GORDON NOVOD, ESQ.
20                             (212) 209-4940
21
22   For DBTCA:                McCarter & English
23                             BY: KATHARINE MAYER, ESQ.
24                             (302) 984-6312
25
26   For Wells Fargo:          White & Case
27                             BY: SCOTT GREISSMAN, ESQ.
28                             (212) 819-8567
29
30   For Bigalow:              Sperling & Slater
31                             BY: GWEN NOLAN, ESQ.
32                             (312) 641-3200
33
34   For Nomura Securities:    Nomura Securities
35                             BY:  MATTHEW JACOBSON, ESQ.
36                             (212) 667-1438
37
38   For Angelo Gordon & Co.:  Wilmer Cutler Pickering Hale & Dorr
39                             BY: MICHELE GOLDIS, ESQ.
40                             (212) 230-8836
41
42   For JP Morgan Chase:      Richards Layton & Finger
43                             BY: DREW SLOAN, ESQ.
44                             (302) 651-7612
45
46                             Davis Polk & Wardwell, LLP
47                             BY: ELI VONEUFT, ESQ.
48                             (212) 450-4775
49
50
```

```
1    TELEPHONIC APPEARANCES:
2    (Continued)
3
4    For SuttonBrook          SuttonBrook Capital Management, LP
5    Capital Management:      BY: CAROL L. BALE
6                             (212) 588-6640
7
8    For Oaktree Capital      Dewey & LeBoeuf, LLP
9    Management:              BY: JAMES O. JOHNSTON, ESQ.
10                            (213) 621-6030
11
12   For Interested Party:    HBK Capital Management
13                            BY: ERIC BILMES
14                            (212) 588-5115
15
16   For Aurelius Capital     Ashby & Geddes
17   Management:              BY: AMANDA WINFREE, ESQ.
18                            (302) 654-1888
19
20                            Akin Gump Strauss Hauer & Feld
21                            BY: DAVID M. ZENSKY, ESQ.
22                            (212) 872-1000
23
24   For Credit Lenders:      Young Conaway Stargatt & Taylor
25                            BY: M. BLAKE CLEARY, ESQ.
26                            (302) 571-6714
27
28   For Bank of America:     O'Melveny & Myers
29                            BY: DANIEL S. SHAMAH, ESQ.
30                            (212) 326-2138
31
32   For Former Directors     Grippo & Elden, LLC
33   And Officers:            BY: GEORGE DOUGHERTY, ESQ.
34                            (312) 704-7700
35
36   For Tribune Company:     Tribune Company
37                            BY: DON LIEBENTRITT
38                            (312) 222-3651
39
40   For Goldman Sachs:       Goldman Sachs & Co.
41                            BY: FREDERICK MORRIS
42                            (212) 902-2886
43
44   For Employees            Frank Gecker, LLP
45   Compensation             BY: REED HEILIGMAN, ESQ.
46   Defendant's Group:       (312) 276-1432
47
48
49
50
```

```
1   TELEPHONIC APPEARANCES:
2   (Continued)
3
4   For Law Debenture
5   Trust Co. of NY:              Kasowitz Benson Torres & Friedman
6                                 BY: MATTHEW STEIN, ESQ.
7                                 (212) 506-1717
8
9                                 Bifferato Gentilotti, LLC
10                                BY: GARVAN MCDANIEL, ESQ.
11                                (302) 429-1900
12
13  For DLA Piper:                DLA Piper US, LLP
14                                BY: MIHELLE MARINO
15                                (302) 468-5700
16
17  For New York State            Morgan Lewis & Bockius, LLP
18  Common Retirement Fund:       BY: RACHEL MAUCERI, ESQ.
19                                (215) 963-5000
20
21  For Merrill Lynch:            Potter Anderson & Carroon, LLP
22                                BY: R. STEPHEN MCNEILL, ESQ.
23                                (302) 984-6067
24                                BY: LAURIE S. SILVERSTIN, ESQ.
25                                (302) 984-6033
26
27                                Kaye Scholer, LLP
28                                BY: PAUL MIGRANO, ESQ.
29                                (212) 836-7042
30
31  For Robert R. McCormack       Katten Muchin Rosenman,LLP
32  Foundation & Cantigny         BY: JOHN SIEGER, ESQ.
33  Foundation:                   (312) 902-5294
34
35  For Citi:                     Citi
36                                BY: REBECCA SONG
37                                (212) 559-9933
38
39                                Paul Weiss Rifkind Wharton &
40                                Garrison
41                                BY: ANN K. YOUNG, ESQ.
42                                (212) 373-2237
43
44  For William A. Niese:         Teitelbaum & Baskin
45                                BY: JAY TEITELBAUM, ESQ.
46                                (914) 437-7670
47
48
49
50
```

```
 1   TELEPHONIC APPEARANCES:
 2   (Continued)
 3
 4   For GMP Securities:       GMP Securities, LLC
 5                             BY: ANDREW THAU
 6                             (212) 692-5178
 7
 8   For EGI-TRB:              Jenner & Block, LLP
 9                             BY: ANDREW VAIL, ESQ.
10                             (312) 840-8688
11
12   For Rebecca Workman:      Barnes & Thornburg, LLP
13                             BY: REBECCA WORKMAN
14                             (302) 888-0301
15
16   For Citadel Equity        Andrews Kurth
17   Group:                    BY: PAUL SILVERSTEIN, ESQ.
18                             (212) 850-2856
19                             BY: JEREMY RECKMEYER, ESQ.
20                             (212) 850-2851
21                             BY: MARK HOLIDAY, ESQ.
22                             (214) 659-4612
23
24                             Cozen O'Connor
25                             BY: MARK E. FELGER, ESQ.
26                             (302) 295-2022
27
28   For Barclays &            Latham & Watkins
29   Waterstone:               BY: DAVID HAMMERMAN, ESQ.
30                             (212) 906-1398
31
32   Jeffries & Company:       Jeffries & Company
33                             BY: JUSTIN BRASS
34                             (203) 708-5847
35
```

1      WILMINGTON, DELAWARE, FRIDAY, APRIL 27, 2012, 3:32 P.M.

2              THE CLERK:  All rise.  Court is now in session

3              THE COURT:  Good afternoon.  This is Judge Carey.

4    We're on the record in the related Tribune Company Chapter

5    11 proceedings.  First, let me thank the parties for

6    gathering so quickly on a Friday afternoon on this lovely

7    spring day, at least it is in Wilmington, anyway.

8              The subject of today's telephonic hearing is for

9    me to let the parties know, particularly, the movant,

10   Citadel Equity Fund, Limited, and Camden Asset Management,

11   in connection with their motion for a clarification of my

12   April 9 ruling which disposed of allocation disputes.

13             In thinking about how to go about addressing the

14   Motion for Reconsideration, I took into consideration that

15   it's often better simply to let things develop.  That is,

16   give parties a chance to file responses, make stipulations,

17   possibly resolve certain matters, before the Court injects

18   itself into the substance of the relief that's requested.

19   But in light of the confirmation schedule, I thought,

20   frankly, it would be better for the administration of the

21   case, to advise the parties, particularly the movant, of the

22   following, before the parties went any further either in

23   terms of filing responses or having their discussions.

24             The Motion for Reconsideration raises two issues,

25   both of which the movant acknowledges were not addressed by

1  the Court's allocation decision.  And that should come as no

2  surprise because, as the parties had defined and the Court

3  had memorialized, the determinations to be made, neither of

4  the questions that the movant now raises were to be decided

5  in the allocation determination.

6           That having been said, in an effort to continue

7  to keep the Chapter 11 moving along, I wanted to give at

8  least a preliminary view with respect to one of the issues.

9  And that is with respect to the effect of the allocation

10  decision, particularly as it concerns the determination of

11  -- on the amount of the claim of the PHONES notes, it should

12  have on the litigation, the MDL litigation or other like

13  litigation pending elsewhere, though I understand most of it

14  is now housed in the Southern District of New York District

15  Court.  And that is, as I've said, I think pretty

16  consistently throughout, it's not my intention to interfere

17  with the decision making of the forum Court that's making

18  these determinations and I do not intend to do so now.

19           With respect to the second issue, that is the

20  classification of the PHONES claims based upon what I'll

21  describe, I guess, as a bifurcation of the amounts, I see

22  that and would intend to handle that in connection with

23  confirmation.  So if the movants here think that, based upon

24  how the debtor -- well, the DCL proponents plan to or do

25  propose to classify them under what's now the fourth amended

1   plan in a way with which they disagree, then they can file

2   the appropriate confirmation objection and I'll address it,

3   if need be, in connection with the confirmation hearing.

4           Now, that having been said, I do have a question

5   for the movant and the debtor at least initially, and then

6   others, if they wish to chime in.  Does it make sense to

7   couple the time for response to the Motion for

8   Reconsideration to the plan objection date which is May 21,

9   or does it make sense simply to schedule the hearing for

10  confirmation and simply let the timing for response fall as

11  it would under the local rule?  I'll first ask the movant to

12  respond.

13          MR. SILVERSTEIN:  Thank you, Your Honor.  It's

14  Paul Silverstein from Andrews Kurth, for Citadel and Camden.

15          First, can tell I you what we were thinking in

16  terms of timing?

17          THE COURT:  Yes.

18          MR. SILVERSTEIN:  If I may.  The -- we were

19  viewing this, the confirmation hearing is on for June 7.

20  The objection deadline is 5/21.  The voting deadline is

21  5/21.  We were hoping that we could have this -- the Motion

22  for Reconsideration heard before the objection deadline so

23  people would actually know -- so the exchange PHONES would

24  know better how to vote.  If Your Honor's not going to do

25  that and you want to hear it all at once at confirmation it,

1  I guess, presents a little problem for the exchange

2  noteholders in terms of voting and filing confirmation

3  objections, but I guess it is what it is.  But that's what

4  we were thinking.  We heard that the next omnibus was 5/28.

5  I think we were looking for maybe a hearing the week before,

6  so several days before 5/21.

7          THE COURT:  Mr. Silverstein, I understand what

8  you wanted.  I told you what I am going to do.

9          MR. SILVERSTEIN:  Okay.  I appreciate that, Your

10 Honor.  And as far as the objection deadlines, I guess I'm

11 fairly [indiscernible].  It would probably make sense for

12 them to coincide, I guess, with confirmation, if not

13 earlier.  I'd actually like them earlier, but I'm not -- I

14 don't feel very strongly either way on that, Your Honor.

15         THE COURT:  No, and on that issue, I don't

16 either.  All right.  Let me ask if the debtor has a view.

17         MR. BENDERNAGEL:  Your Honor, this is Jim

18 Bendernagel.  Can you hear me?

19         THE COURT:  I can.

20         MR. BENDERNAGEL:  And I apologize if there's some

21 background noise.  We're at an affair that required us to

22 get a conference room that makes it a little hard to talk

23 without some background noise.

24         With respect to the schedules, as I understand

25 what you're proposing is our opposition would be due on 5/21

1    and we'd move forward and have the hearing on this issue

2    tied to the confirmation hearing.  Is that correct?

3              THE COURT:  That's correct.

4              MR. BENDERNAGEL:  And I don't think we have a

5    problem with doing that.  I don't know that we necessarily

6    agree that your orders, your prior orders in this case

7    don't, in some respects, preclude the position they're

8    taking with respect to the second issue.  But I only say

9    that to make it clear that we have a -- may have a different

10   opinion than Mr. Silverstein, not to argue.

11             THE COURT:  Yeah.  I didn't mean to foreclose on

12   that issue, anybody's rights to take whatever position they

13   wish to in connection with confirmation.

14             MR. BENDERNAGEL:  We're happy to file our

15   opposition on 5/21 and get ready for the confirmation

16   hearing and deal with this at that juncture.

17             THE COURT:  All right.  Does anyone else wish to

18   be heard on that issue?

19             MR. JOHNSTON:  Your Honor, this is Jim Johnston

20   of Dewey & LeBoeuf on behalf of Oaktree and Angelo Gordon.

21             I would propose a slightly different schedule,

22   one that also culminates at confirmation.  But since what

23   the movants here have raised are essentially confirmation

24   objections, I think it makes sense to have them formally

25   raise their confirmation objections at the deadline which is

1    5/21.  And then have the DCL proponents respond both to

2    those confirmation objections and the Motion for

3    Reconsideration at the time at which you've already ordered

4    we're entitled to file a reply to the confirmation

5    objection.  Otherwise, I fear that we're going to have this,

6    you know, ships passing in the night problem that we've had

7    a few times in the past where we'll respond to the Motion

8    for Reconsideration and then the movants will be raising

9    confirmation objections.

10              THE COURT:  Okay.

11              MR. JOHNSTON:  It seems more efficient to combine

12    those, have them make their confirmation objections, and

13    then we can reply to both in our response.

14              THE COURT:  And the reply date is June 1.

15              MR. JOHNSTON:  That sounds right.

16              THE COURT:  Okay.  Anyone else wish to be heard?

17                    (No audible response.)

18              THE COURT:  All right.

19              MR. SILVERSTEIN:  Your Honor, if I could respond

20    when everyone else is done, I'd appreciate that.

21              THE COURT:  Okay.

22              MR. ZENSKY:  Your Honor, David Zensky, Akin,

23    Gump, Strauss, Hauer & Feld for Aurelius Capital Management,

24    very briefly.

25              Your Honor, I think if there was a convenient

1  time that the issue could be resolved in advance of

2  confirmation, that would be our preference, but it's also

3  agreeable and if it sounds like the critical mass is moving

4  towards having it decided at confirmation, I think I do

5  agree with Mr. Johnston's comments about the normal flow of

6  briefing the issue the way Your Honor has not characterized

7  it.  And if we are going to have it decided at confirmation,

8  it might make more sense to follow that route.

9         THE COURT:  All right, thank you.  Anyone else

10 wish to be heard?

11              (No audible response.)

12         THE COURT:  All right.  Mr. Silverstein?

13         MR. SILVERSTEIN:  Thank you, Your Honor.  I think

14 that the issue of Your Honor's ruling's impact, if any, on

15 the MDL is not a confirmation issue as was suggested.  I do

16 think, however, that the classification issue clearly is.

17 And our preference would be to have responses at the

18 earliest possible date.  I think the 21st would be our

19 preference on that and I thank you.

20         THE COURT:  All right.  Thank you.  Okay.

21 Responses to the Reconsideration Motion will be due on May

22 21.  Any replies will be due on June 1.  The hearing will be

23 held scheduled for the same time as confirmation beginning

24 on June 7, I think it's a 3:00.  But I'll ask the parties to

25 confer and submit a form of order that provides that.  Are

1  there any questions?

2                    (No audible response.)

3          THE COURT:  All right.  Thank you all very much.

4  That concludes this hearing.  Have a good weekend, everyone.

5  Court will stand adjourned.

6          ALL:  Thank you, Your Honor.

7          THE COURT:  Okay.

8      (Whereupon, at 3:43 p.m., the hearing was adjourned.)

9

10                    CERTIFICATION

11      I certify that the foregoing is a correct

12  transcript from the electronic sound recording of the

13  proceedings in the above-entitled matter.

14

15

16  _____        29 April 2012
17  Traci L. Calaman, Transcriber                Date

18

| Word | Page:Line |
|------|-----------|
| **about**(3) 6:13 6:13 12:5 | |
| **aboveentitled** (1) 13:13 | |
| **acknowledges**(1) 6:25 | |
| **actually**(2) 8:23 9:13 | |
| **address**(1) 8:2 | |
| **addressed**(1) 6:25 | |
| **addressing**(1) 6:13 | |
| **adjourned**(2) 13:5 13:8 | |
| **administered**(1) 1:6 | |
| **administration**(1) 6:20 | |
| **advance**(1) 12:1 | |
| **advise**(1) 6:21 | |
| **affair**(1) 9:21 | |
| **afternoon**(2) 6:3 6:6 | |
| **agree**(2) 10:6 12:5 | |
| **agreeable**(1) 12:3 | |
| **akin**(2) 3:20 11:22 | |
| **all**(11) 6:2 8:25 9:16 10:17 11:18 12:9 12:12 12:20 13:3 13:3 13:6 | |
| **allison**(1) 1:27 | |
| **allocation**(4) 6:12 7:1 7:5 7:9 | |
| **along**(1) 7:7 | |
| **already**(1) 11:3 | |
| **also**(2) 10:22 12:2 | |
| **amanda**(1) 3:17 | |
| **amended**(1) 7:25 | |
| **america**(1) 3:28 | |
| **amount**(1) 7:11 | |
| **amounts**(1) 7:21 | |
| **and**(34) 3:33 6:10 7:1 7:2 7:9 7:15 7:18 7:22 8:2 8:5 8:5 8:10 8:14 8:25 9:2 9:10 9:15 9:20 10:1 10:1 10:4 10:15 10:16 10:20 11:1 11:2 11:8 11:12 11:14 12:3 12:7 12:17 12:19 12:25 | |
| **anderson**(1) 4:21 | |
| **andrew**(2) 5:5 5:9 | |
| **andrews**(2) 5:16 8:14 | |
| **angelo**(2) 2:38 10:20 | |
| **ann**(1) 4:41 | |
| **any**(4) 6:22 12:14 12:22 13:1 | |
| **anybody's**(1) 10:12 | |
| **anyone**(3) 10:17 11:16 12:9 | |
| **anyway**(1) 6:7 | |
| **apologize**(1) 9:20 | |
| **appearances**(4) 2:1 3:1 4:1 5:1 | |
| **appreciate**(1) 9:9 11:20 | |
| **appropriate**(1) 8:2 | |
| **april**(4) 1:14 6:1 6:12 13:16 | |
| **are**(3) 10:23 12:7 12:25 | |
| **argue**(1) 10:10 | |
| **ashby**(1) 3:16 | |
| **ask**(3) 8:11 9:16 12:24 | |
| **asset**(1) 6:10 | |
| **audible**(1) 11:17 12:11 13:2 | |
| **aurelius**(2) 3:16 11:23 | |
| **austin**(1) 1:23 | |
| **background**(2) 9:21 9:23 | |
| **bale**(1) 3:5 | |
| **bank**(1) 3:28 | |
| **bankruptcy**(2) 1:1 1:20 | |
| **barclays**(1) 5:28 | |
| **barnes**(1) 5:12 | |
| **based**(2) 7:20 7:23 | |
| **baskin**(1) 4:44 | |
| **because**(1) 7:2 | |
| **been**(2) 7:6 8:4 | |
| **before**(6) 1:19 6:17 6:22 8:22 9:5 9:6 | |
| **beginning**(1) 12:23 | |
| **behalf**(1) 10:20 | |
| **bendernagel**(6) 1:24 9:17 9:18 9:20 10:4 10:14 | |
| **benson**(1) 4:5 | |
| **better**(3) 6:15 6:20 8:24 | |
| **bifferato**(1) 4:9 | |
| **bifurcation**(1) 7:21 | |
| **bigalow**(1) 2:30 | |

| Word | Page:Line |
|------|-----------|
| **bilmes**(1) 3:13 | |
| **blake**(1) 3:25 | |
| **block**(1) 5:8 | |
| **bockius**(1) 4:17 | |
| **both**(3) 6:25 11:1 11:13 | |
| **brandon**(1) 1:35 | |
| **brass**(1) 5:33 | |
| **briefing**(1) 12:6 | |
| **briefly**(1) 11:24 | |
| **brown**(1) 2:18 | |
| **but**(6) 6:19 9:3 9:3 9:13 10:8 10:22 12:2 12:24 | |
| **calaman**(1) 13:17 | |
| **camden**(1) 6:10 8:14 | |
| **can**(5) 8:1 8:15 9:18 9:19 11:13 | |
| **cantigny**(1) 4:32 | |
| **capital**(6) 3:4 3:5 3:8 3:12 3:16 11:23 | |
| **carey**(2) 1:19 6:3 | |
| **carol**(1) 3:5 | |
| **carroon**(1) 4:21 | |
| **case**(4) 1:5 2:26 11:21 10:6 | |
| **certain**(1) 6:17 | |
| **certification**(1) 13:10 | |
| **certify**(1) 13:11 | |
| **chadbourne**(1) 2:8 | |
| **chance**(1) 6:16 | |
| **chapter**(3) 1:8 6:4 7:7 | |
| **characterized**(1) 12:6 | |
| **chase**(1) 2:42 | |
| **chime**(1) 8:6 | |
| **citadel**(3) 5:16 6:10 8:14 | |
| **citi**(2) 4:35 4:35 | |
| **claim**(1) 7:11 | |
| **claims**(1) 7:20 | |
| **clarification**(1) 6:11 | |
| **classification**(2) 7:20 12:16 | |
| **classify**(1) 7:25 | |
| **clear**(1) 10:9 | |
| **clearly**(1) 12:16 | |
| **cleary**(1) 3:25 | |
| **clerk**(1) 6:2 | |
| **cobb**(1) 2:4 | |
| **coincide**(1) 9:12 | |
| **cole**(1) 1:30 | |
| **combine**(1) 11:11 | |
| **come**(1) 7:1 | |
| **comments**(1) 12:5 | |
| **committee**(1) 2:4 | |
| **common**(1) 4:18 | |
| **company**(6) 1:8 3:36 3:36 5:32 5:32 6:4 | |
| **compensation**(1) 3:45 | |
| **conaway**(1) 3:24 | |
| **concerns**(1) 7:10 | |
| **concludes**(1) 13:4 | |
| **confer**(1) 12:25 | |
| **conference**(1) 9:22 | |
| **confirmation**(24) 6:19 7:23 8:2 8:3 8:10 8:19 8:25 9:2 9:12 10:2 10:13 10:15 10:22 10:23 10:25 11:2 11:4 11:9 11:12 12:2 12:4 12:7 12:15 12:23 | |
| **connection**(4) 6:11 7:22 8:3 10:13 | |
| **consideration**(1) 6:14 | |
| **consistently**(1) 7:16 | |
| **continue**(1) 7:6 | |
| **continued**(4) 2:2 3:2 4:2 5:2 | |
| **convenient**(1) 11:25 | |
| **correct**(3) 10:2 10:3 13:11 | |
| **could**(3) 8:21 11:19 12:1 | |
| **couple**(1) 8:7 | |
| **court**(25) 1:1 6:2 6:3 6:17 7:2 7:15 7:17 8:17 9:7 9:15 9:19 10:3 10:11 10:17 11:10 11:14 11:16 11:18 11:21 11:24 12:12 12:20 13:3 13:5 13:7 | |
| **court's**(1) 7:1 | |
| **courtroom**(1) 1:10 | |
| **cozen**(1) 5:24 | |

| Word | Page:Line |
|------|-----------|
| **credit**(1) 3:24 | |
| **creditors**(1) 2:5 | |
| **critical**(1) 12:3 | |
| **culminates**(1) 10:22 | |
| **cutler**(1) 2:38 | |
| **dan**(1) 2:5 | |
| **daniel**(1) 3:29 | |
| **data**(1) 1:37 | |
| **davis**(1) 2:46 | |
| **day**(1) 6:7 | |
| **days**(1) 9:6 | |
| **dbtca**(1) 2:22 | |
| **dcl**(2) 7:24 11:1 | |
| **deadline**(4) 8:20 8:20 8:22 10:25 | |
| **deadlines**(1) 9:10 | |
| **deal**(1) 10:16 | |
| **debenture**(1) 4:4 | |
| **debtor**(4) 1:23 7:24 8:5 9:16 | |
| **debtors**(1) 1:12 | |
| **decided**(2) 7:4 12:4 12:7 | |
| **decision**(3) 7:1 7:10 7:17 | |
| **defendant's**(1) 3:46 | |
| **defined**(1) 7:2 | |
| **delaware**(3) 1:2 1:12 6:1 | |
| **describe**(1) 7:21 | |
| **determination**(2) 7:5 7:10 | |
| **determinations**(2) 7:3 7:18 | |
| **deutsch**(1) 2:11 | |
| **develop**(1) 6:15 | |
| **dewey**(2) 3:8 10:20 | |
| **diaz**(1) 1:37 | |
| **didn't**(1) 10:11 | |
| **different**(2) 10:9 10:21 | |
| **directors**(1) 3:32 | |
| **disagree**(1) 8:1 | |
| **discussions**(1) 6:23 | |
| **disposed**(1) 6:12 | |
| **disputes**(1) 6:12 | |
| **district**(3) 1:2 7:14 7:14 | |
| **dla**(2) 4:13 4:13 | |
| **does**(3) 8:6 8:9 10:17 | |
| **doing**(1) 10:5 | |
| **don**(1) 3:37 | |
| **don't**(5) 9:14 9:15 10:4 10:5 10:7 | |
| **done**(1) 11:20 | |
| **dorr**(1) 2:38 | |
| **dougherty**(1) 3:33 | |
| **douglas**(1) 2:11 | |
| **drew**(1) 2:43 | |
| **due**(3) 9:25 12:21 12:22 | |
| **earlier**(2) 9:13 9:13 | |
| **earliest**(1) 12:18 | |
| **ecro**(1) 1:35 | |
| **effect**(1) 7:9 | |
| **efficient**(1) 11:11 | |
| **effort**(1) 7:6 | |
| **egi-trb**(1) 5:8 | |
| **either**(3) 6:22 9:14 9:16 | |
| **elden**(1) 3:32 | |
| **electronic**(2) 1:43 13:12 | |
| **eli**(1) 2:47 | |
| **else**(4) 10:17 11:16 11:20 12:9 | |
| **elsewhere**(1) 7:13 | |
| **employees**(1) 3:44 | |
| **english**(1) 2:22 | |
| **entitled**(1) 11:4 | |
| **equity**(2) 5:6 6:10 | |
| **eric**(1) 3:13 | |
| **esq**(39) 1:24 1:25 1:26 1:27 1:32 2:5 2:9 2:11 2:15 2:19 2:23 2:27 2:31 2:35 2:39 2:43 2:47 3:9 3:17 3:21 3:25 3:29 3:33 3:45 4:6 4:10 4:18 4:22 4:24 4:28 4:32 4:41 4:45 5:9 5:17 5:19 5:21 5:25 5:29 | |
| **essentially**(1) 10:23 | |
| **everyone**(1) 11:20 13:4 | |

| Word | Page:Line |
|------|-----------|
| **exchange**(2) 8:23 9:1 | |
| **fairly**(1) 9:11 | |
| **fall**(1) 8:10 | |
| **far**(1) 9:10 | |
| **fargo**(1) 2:26 | |
| **fear**(1) 11:5 | |
| **feel**(1) 9:14 | |
| **feld**(2) 3:20 11:23 | |
| **felger**(1) 5:25 | |
| **few**(1) 11:7 | |
| **file**(4) 6:16 8:1 10:14 11:4 | |
| **filing**(2) 6:23 9:2 | |
| **finger**(1) 2:42 | |
| **first**(3) 6:5 8:11 8:15 | |
| **flow**(1) 12:5 | |
| **follow**(1) 12:8 | |
| **following**(1) 6:22 | |
| **for**(54) 1:2 1:23 2:4 2:18 2:22 2:26 2:30 2:34 2:38 2:42 3:4 3:8 3:12 3:16 3:24 3:28 3:32 3:36 3:40 3:44 4:4 4:13 4:17 4:21 4:31 4:35 4:44 5:4 5:8 5:12 5:16 5:28 5:6 6:8 6:14 6:20 6:24 8:5 8:7 8:7 8:9 8:10 8:14 8:19 8:22 9:1 9:5 9:11 10:15 11:2 11:8 11:23 12:23 | |
| **foreclose**(1) 10:11 | |
| **foregoing**(1) 13:11 | |
| **form**(1) 12:25 | |
| **formally**(1) 10:24 | |
| **forman**(1) 1:30 | |
| **former**(1) 3:32 | |
| **forum**(1) 7:17 | |
| **forward**(1) 10:1 | |
| **foundation**(2) 4:32 4:33 | |
| **fourth**(1) 7:25 | |
| **frank**(1) 3:44 | |
| **frankly**(1) 6:20 | |
| **frederick**(1) 3:41 | |
| **friday**(2) 6:1 6:6 | |
| **friedman**(1) 4:5 | |
| **from**(2) 8:14 13:12 | |
| **fund**(2) 4:18 6:10 | |
| **further**(1) 6:22 | |
| **garrison**(1) 4:40 | |
| **garvan**(1) 4:10 | |
| **gathering**(1) 6:6 | |
| **gecker**(1) 3:44 | |
| **geddes**(1) 3:16 | |
| **gentilotti**(1) 4:9 | |
| **george**(1) 3:33 | |
| **get**(2) 9:22 10:15 | |
| **give**(2) 6:16 7:7 | |
| **gmp**(2) 5:4 5:4 | |
| **going**(4) 8:24 9:8 11:5 12:7 | |
| **goldis**(1) 2:39 | |
| **goldman**(2) 3:40 3:40 | |
| **good**(2) 6:3 13:4 | |
| **gordon**(3) 2:19 2:38 10:20 | |
| **greissman**(1) 2:27 | |
| **grippo**(1) 3:32 | |
| **group**(2) 3:46 5:17 | |
| **guess**(5) 7:21 9:1 9:3 9:10 9:12 | |
| **gump**(2) 3:20 11:23 | |
| **gwen**(1) 2:31 | |
| **had**(3) 7:2 7:3 11:6 | |
| **hale**(1) 2:38 | |
| **hammerman**(1) 5:29 | |
| **handle**(1) 7:22 | |
| **happy**(1) 10:14 | |
| **hard**(1) 9:22 | |
| **harrisburg**(1) 1:39 | |
| **has**(2) 9:16 12:6 | |
| **hauer**(2) 3:20 11:23 | |
| **have**(15) 7:12 8:4 8:21 10:1 10:4 10:9 10:9 10:23 10:24 11:1 11:5 11:12 12:7 12:17 13:4 | |
| **having**(4) 6:23 7:6 8:4 12:4 | |
| **hbk**(1) 3:12 | |
| **hear**(2) 8:25 9:18 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **heard**(5) 8:22 9:4 10:18 11:16 12:10 | | **little**(2) 9:1 9:22 | | **objections**(6) 9:3 10:24 10:25 11:2 11:9 11:12 | | **replies**(1) 12:22 | |
| **hearing**(11) 6:8 8:3 8:9 8:19 9:5 10:1 10:2 10:16 12:22 13:4 13:8 | | **llc**(4) 1:37 3:32 4:9 5:4 | | | | **reply**(3) 11:4 11:13 11:14 | |
| | | **llp**(12) 1:23 2:8 2:14 2:46 3:8 3:44 4:13 4:17 4:21 4:27 5:8 5:12 | | **officers**(1) 3:33 | | **requested**(1) 6:18 | |
| **heiligman**(1) 3:45 | | | | **official**(1) 2:4 | | **required**(1) 9:21 | |
| **held**(1) 12:23 | | **local**(1) 8:11 | | **often**(1) 6:15 | | **resolve**(1) 6:17 | |
| **here**(2) 7:23 10:23 | | **looking**(1) 9:5 | | **okay**(6) 9:9 11:10 11:16 11:21 12:20 13:7 | | **resolved**(1) 12:2 | |
| **holiday**(1) 5:21 | | **lovely**(1) 6:6 | | **omnibus**(1) 9:4 | | **respect**(5) 7:8 7:9 7:19 9:24 10:8 | |
| **honor**(11) 8:13 9:10 9:14 9:17 10:19 11:19 11:22 11:25 12:6 12:13 13:6 | | **lynch**(1) 4:21 | | **once**(1) 8:25 | | **respects**(1) 10:7 | |
| | | **made**(1) 7:3 | | **one**(2) 7:8 10:22 | | **respond**(4) 8:12 11:1 11:7 11:19 | |
| | | **make**(7) 6:16 8:6 8:9 9:11 10:9 11:12 12:8 | | **only**(1) 10:8 | | **response**(6) 8:7 8:10 11:13 11:17 12:11 13:2 | |
| **honor's**(2) 8:24 12:14 | | **makes**(2) 9:22 10:24 | | **opinion**(1) 10:10 | | | |
| **honorable**(1) 1:19 | | **making**(2) 7:17 7:17 | | **opposition**(2) 9:25 10:15 | | **responses**(4) 6:16 6:23 12:17 12:21 | |
| **hoping**(1) 8:21 | | **management**(7) 3:4 3:5 3:9 3:12 3:17 6:10 11:23 | | **order**(1) 12:25 | | **retirement**(1) 4:18 | |
| **housed**(1) 7:14 | | | | **ordered**(1) 11:3 | | **richards**(1) 2:42 | |
| **how**(3) 6:13 7:24 8:24 | | | | **orders**(2) 10:6 10:6 | | **rifkind**(1) 4:39 | |
| **howard**(1) 2:9 | | **marino**(1) 4:14 | | **other**(1) 7:12 | | **right**(8) 9:16 10:17 11:15 11:18 12:9 12:12 12:20 13:3 | |
| **however**(1) 12:16 | | **mark**(2) 5:21 5:25 | | **others**(1) 8:6 | | | |
| **i'd**(2) 9:13 11:20 | | **market**(1) 1:11 | | **otherwise**(1) 11:5 | | | |
| **i'll**(4) 7:20 8:2 8:11 12:24 | | **mass**(1) 12:3 | | **our**(6) 9:25 10:14 11:13 12:2 12:17 12:18 | | **rights**(1) 10:12 | |
| **i'm**(2) 9:10 9:13 | | **matter**(1) 13:13 | | **o'melveny**(1) 3:28 | | **rise**(1) 6:2 | |
| **i've**(1) 7:15 | | **matters**(1) 6:17 | | **p.m**(3) 1:15 6:1 13:8 | | **robert**(1) 4:31 | |
| | | **matthew**(2) 2:35 4:6 | | **parke**(1) 2:8 | | **room**(1) 9:22 | |
| **impact**(1) 12:14 | | **mauceri**(1) 4:18 | | **particularly**(3) 6:9 6:21 7:10 | | **rosenman,llp**(1) 4:31 | |
| **indiscernible**(1) 9:11 | | **may**(4) 8:8 8:18 10:9 12:21 | | **parties**(7) 6:5 6:9 6:16 6:21 6:22 7:2 7:2 | | **ross**(2) 1:26 1:27 | |
| **initially**(1) 8:5 | | **maybe**(1) 9:5 | | **party**(1) 3:12 | | **route**(1) 12:8 | |
| **injects**(1) 6:17 | | **mayer**(1) 2:23 | | **passing**(1) 11:6 | | **rudnick**(1) 2:18 | |
| **intend**(2) 7:18 7:22 | | **mccarter**(1) 2:22 | | **past**(1) 11:7 | | **rule**(1) 8:11 | |
| **intention**(1) 7:16 | | **mccarthy**(1) 1:35 | | **paul**(4) 4:28 4:39 5:17 8:14 | | **ruling**(1) 6:12 | |
| **interested**(1) 3:12 | | **mccormack**(1) 4:31 | | **pending**(1) 7:13 | | **ruling's**(1) 12:14 | |
| **interfere**(1) 7:16 | | **mcdaniel**(1) 4:10 | | **pennsylvania**(1) 1:39 | | **sachs**(2) 3:40 3:40 | |
| **into**(2) 6:14 6:18 | | **mcneill**(1) 4:22 | | **people**(1) 8:23 | | **said**(3) 7:6 7:15 8:4 | |
| **issue**(11) 7:19 9:15 10:1 10:8 10:12 10:18 12:1 12:6 12:14 12:15 12:16 | | **mdl**(2) 7:12 12:15 | | **pernick**(1) 1:32 | | **same**(1) 12:23 | |
| | | **mean**(1) 10:11 | | **phones**(3) 7:11 7:20 8:23 | | **say**(1) 10:8 | |
| **issues**(2) 6:24 7:8 | | **meisel**(1) 1:30 | | **pickering**(1) 2:38 | | **schedule**(3) 6:19 8:9 10:21 | |
| **it's**(5) 6:15 7:16 8:13 12:2 12:24 | | **memorialized**(1) 7:3 | | **piper**(2) 4:13 4:13 | | **scheduled**(1) 12:23 | |
| **itself**(1) 6:18 | | **merrill**(1) 4:21 | | **plan**(3) 7:24 8:1 8:8 | | **schedules**(1) 9:24 | |
| **jacobson**(1) 2:35 | | **michele**(1) 2:39 | | **polk**(1) 2:46 | | **scholer**(1) 4:27 | |
| **james**(3) 1:24 2:15 3:9 | | **might**(1) 12:8 | | **position**(2) 10:7 10:12 | | **schotz**(1) 1:30 | |
| **jay**(1) 4:45 | | **migrano**(1) 4:28 | | **possible**(1) 12:18 | | **schuylkill**(1) 1:38 | |
| **jeffries**(2) 5:32 5:32 | | **mihelle**(1) 4:14 | | **possibly**(1) 6:17 | | **scott**(1) 2:27 | |
| **jenner**(1) 5:8 | | **mills**(1) 1:25 | | **potter**(1) 4:21 | | **second**(2) 7:19 10:8 | |
| **jeremy**(1) 5:19 | | **more**(2) 11:11 12:8 | | **ppearances**(1) 1:22 | | **securities**(4) 2:34 2:34 5:4 5:4 | |
| **jim**(2) 9:17 10:19 | | **morgan**(2) 2:42 4:17 | | **preclude**(1) 10:7 | | **see**(1) 7:21 | |
| **john**(1) 4:32 | | **morris**(1) 3:41 | | **preference**(3) 12:2 12:17 12:19 | | **seems**(1) 11:11 | |
| **johnston**(5) 3:9 10:19 10:19 11:11 11:15 | | **most**(1) 7:13 | | **preliminary**(1) 7:8 | | **seife**(1) 2:9 | |
| **johnston's**(1) 12:5 | | **motion**(8) 6:11 6:14 6:24 8:7 8:21 11:2 11:7 12:21 | | **presents**(1) 9:1 | | **sense**(5) 8:6 8:9 9:11 10:24 12:8 | |
| **jointly**(1) 1:6 | | | | **pretty**(1) 7:15 | | **service**(2) 1:37 1:44 | |
| **judge**(3) 1:19 1:20 6:3 | | **movant**(6) 6:9 6:21 6:25 7:4 8:5 8:11 | | **prior**(1) 10:6 | | **services**(1) 1:37 | |
| **juncture**(1) 10:16 | | **movants**(3) 7:23 10:23 11:8 | | **probably**(1) 9:11 | | **session**(1) 6:2 | |
| **june**(4) 8:19 11:14 12:22 12:24 | | **move**(1) 10:1 | | **problem**(3) 9:1 10:5 11:6 | | **several**(1) 9:6 | |
| **justin**(1) 5:33 | | **moving**(2) 7:7 12:3 | | **proceedings**(4) 1:18 1:43 6:5 13:13 | | **shamah**(1) 3:29 | |
| **kasowitz**(1) 4:5 | | **much**(1) 13:3 | | **produced**(1) 1:44 | | **ships**(1) 11:6 | |
| **katharine**(1) 2:23 | | **muchin**(1) 4:31 | | **proponents**(2) 7:24 11:1 | | **should**(2) 7:1 7:11 | |
| **katten**(1) 4:31 | | **myers**(1) 1:25 | | **propose**(1) 7:25 10:21 | | **sidley**(1) 1:23 | |
| **kaye**(1) 4:27 | | **necessarily**(1) 10:5 | | **proposing**(1) 9:25 | | **sieger**(1) 4:32 | |
| **keep**(1) 7:7 | | **need**(1) 8:3 | | **provides**(1) 12:25 | | **silverstein**(10) 5:17 8:13 8:14 8:18 9:7 9:9 10:10 11:19 12:12 12:13 | |
| **kerriann**(1) 1:25 | | **neither**(1) 7:3 | | **question**(1) 8:4 | | | |
| **kevin**(1) 1:19 | | **new**(2) 4:17 7:14 | | **questions**(2) 7:4 13:1 | | | |
| **kjc**(1) 1:5 | | **next**(1) 9:4 | | **quickly**(1) 6:6 | | **silverstin**(1) 4:24 | |
| **know**(5) 6:9 8:23 8:24 10:5 11:6 | | **niese**(1) 4:44 | | **rachel**(1) 4:18 | | **simply**(3) 6:15 8:9 8:10 | |
| **kurth**(2) 5:16 8:14 | | **night**(1) 11:6 | | **raise**(1) 10:25 | | **since**(1) 10:22 | |
| **landis**(1) 2:4 | | **noise**(2) 9:21 9:23 | | **raised**(1) 10:23 | | **slater**(1) 2:30 | |
| **latham**(1) 5:28 | | **nolan**(1) 2:31 | | **raises**(2) 6:24 7:4 | | **slightly**(1) 10:21 | |
| **laurie**(1) 4:24 | | **nomura**(2) 2:34 2:34 | | **raising**(1) 11:8 | | **sloan**(1) 2:43 | |
| **law**(1) 4:4 | | **normal**(1) 12:5 | | **rath**(2) 2:4 2:5 | | **some**(3) 9:20 9:23 10:7 | |
| **layton**(1) 2:42 | | **norman**(1) 1:32 | | **ready**(1) 10:15 | | **song**(1) 4:36 | |
| **least**(3) 6:7 7:8 8:5 | | **not**(9) 6:25 7:16 7:18 8:24 9:12 9:13 10:10 12:6 12:15 | | **rebecca**(3) 4:36 5:12 5:13 | | **sottile**(1) 2:15 | |
| **leboeuf**(2) 3:8 10:20 | | | | **reckmeyer**(1) 5:19 | | **sound**(2) 1:43 13:12 | |
| **lenders**(1) 3:24 | | | | **reconsideration**(7) 6:14 6:24 8:8 8:22 11:3 11:8 12:21 | | **sounds**(2) 11:15 12:3 | |
| **leonard**(1) 1:31 | | **noteholders**(1) 9:2 | | | | **southern**(1) 7:14 | |
| **let**(5) 6:5 6:9 6:15 8:10 9:16 | | **notes**(1) 7:11 | | | | **spaeder**(1) 2:14 | |
| **lewis**(1) 4:17 | | **novod**(1) 2:19 | | **record**(1) 6:4 | | **sperling**(1) 2:30 | |
| **liebentritt**(1) 3:37 | | **now**(6) 6:2 7:4 7:14 7:18 7:25 8:4 | | **recorded**(1) 1:43 | | **spring**(1) 6:7 | |
| **light**(1) 6:19 | | **o'connor**(1) 5:24 | | **recording**(2) 1:43 13:12 | | **stand**(1) 13:5 | |
| **like**(3) 7:12 9:13 12:3 | | **oaktree**(2) 3:8 10:20 | | **reed**(1) 3:45 | | **stargatt**(1) 3:24 | |
| **limited**(1) 6:10 | | **objection**(6) 8:22 8:8 8:20 8:22 9:10 11:5 | | **related**(1) 6:4 | | **state**(1) 4:17 | |
| **litigation**(3) 7:12 7:12 7:13 | | | | **relief**(1) 6:18 | | **states**(2) 1:1 1:20 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|
| **stein**(1) 4:6 | | **took**(1) 6:14 | | **zensky**(3) 3:21 11:22 11:22 | |
| **stephen**(1) 4:22 | | **torres**(1) 4:5 | | **zuckerman**(1) 2:14 | |
| **stipulations**(1) 6:16 | | **towards**(1) 12:4 | | | |
| **strauss**(3) 3:20 11:23 | | **traci**(1) 13:17 | | | |
| **street**(2) 1:11 1:38 | | **transcriber**(1) 13:17 | | | |
| **stromberg**(1) 1:27 | | **transcript**(3) 1:18 1:44 13:12 | | | |
| **strongly**(1) 9:14 | | **transcription**(2) 1:37 1:44 | | | |
| **subject**(1) 6:8 | | **tribune**(4) 1:8 3:36 3:36 6:4 | | | |
| **submit**(1) 12:25 | | **trust**(2) 2:18 4:5 | | | |
| **substance**(1) 6:18 | | **two**(1) 6:24 | | | |
| **suggested**(1) 12:15 | | **under**(2) 7:25 8:11 | | | |
| **surprise**(1) 7:2 | | **understand**(3) 7:13 9:7 9:24 | | | |
| **suttonbrook**(2) 3:4 3:4 | | **united**(2) 1:1 1:20 | | | |
| **take**(1) 10:12 | | **unsecured**(1) 2:5 | | | |
| **taking**(1) 10:8 | | **upon**(2) 7:20 7:23 | | | |
| **talk**(1) 9:22 | | **vail**(1) 5:9 | | | |
| **taylor**(1) 3:24 | | **very**(3) 9:14 11:24 13:3 | | | |
| **teitelbaum**(2) 4:44 4:45 | | **view**(2) 7:8 9:16 | | | |
| **telephonic**(6) 1:18 2:1 3:1 4:1 5:1 6:8 | | **viewing**(1) 8:19 | | | |
| **tell**(1) 8:15 | | **voneuft**(1) 2:47 | | | |
| **terms**(3) 6:23 8:16 9:2 | | **vote**(1) 8:24 | | | |
| **than**(1) 10:10 | | **voting**(2) 8:20 9:2 | | | |
| **thank**(8) 6:5 8:13 12:9 12:13 12:19 12:20 13:3 13:6 | | **want**(1) 8:25 | | | |
| | | **wanted**(2) 7:7 9:8 | | | |
| **that**(44) 6:14 6:15 7:1 7:4 7:6 7:9 7:15 7:19 7:22 7:22 7:23 8:4 8:21 8:25 9:4 9:9 9:14 9:15 9:21 9:22 10:2 10:5 10:5 10:6 10:9 10:9 10:12 10:16 10:18 10:22 11:5 11:6 11:15 11:20 12:1 12:2 12:8 12:14 12:16 12:19 12:25 12:25 13:4 13:11 | | **wardwell**(1) 2:46 | | | |
| | | **was**(4) 9:4 11:25 12:15 13:8 | | | |
| | | **waterstone**(1) 5:29 | | | |
| | | **watkins**(1) 5:28 | | | |
| | | **way**(3) 8:1 9:14 12:6 | | | |
| **that's**(4) 6:18 7:17 9:3 10:3 | | **we'd**(1) 10:1 | | | |
| **thau**(1) 5:5 | | **we'll**(1) 11:7 | | | |
| **the**(128) 1:1 1:2 1:19 6:2 6:3 6:4 6:5 6:8 6:9 6:9 6:13 6:17 6:18 6:18 6:19 6:20 6:20 6:21 6:21 6:21 6:22 6:24 6:25 7:1 7:2 7:2 7:3 7:4 7:5 7:7 7:8 7:9 7:9 7:10 7:11 7:11 7:11 7:12 7:12 7:14 7:17 7:17 7:19 7:19 7:20 7:21 7:23 7:24 7:24 7:25 8:2 8:3 8:5 8:5 8:7 8:7 8:8 8:9 8:10 8:11 8:11 8:17 8:18 8:19 8:20 8:20 8:21 8:22 8:23 9:1 9:4 9:5 9:7 9:10 9:15 9:16 9:19 9:24 10:1 10:2 10:3 10:7 10:8 10:11 10:15 10:17 10:23 10:25 11:1 11:2 11:3 11:4 11:6 11:7 11:7 11:8 11:10 11:14 11:14 11:16 11:18 11:21 12:1 12:3 12:5 12:6 12:6 12:9 12:12 12:14 12:15 12:16 12:17 12:18 12:20 12:21 12:22 12:23 12:24 13:3 13:7 13:8 13:11 13:12 13:12 13:13 | | **we're**(5) 6:4 9:21 10:14 11:4 11:5 | | | |
| | | **we've**(1) 11:6 | | | |
| | | **week**(1) 9:5 | | | |
| | | **weekend**(1) 13:4 | | | |
| | | **weiss**(1) 4:39 | | | |
| | | **well**(1) 7:24 | | | |
| | | **wells**(1) 2:26 | | | |
| | | **went**(1) 6:22 | | | |
| | | **were**(7) 6:25 7:4 8:15 8:18 8:21 9:4 9:5 | | | |
| **their**(4) 6:11 6:23 10:25 11:12 | | **wharton**(1) 4:39 | | | |
| **them**(5) 7:25 9:12 9:13 10:24 11:12 | | **what**(8) 7:20 8:15 9:3 9:3 9:7 9:8 9:25 10:22 | | | |
| **then**(5) 8:1 8:5 11:1 11:8 11:13 | | | | | |
| **there**(2) 11:25 13:1 | | | | | |
| **there's**(1) 9:20 | | **what's**(1) 7:25 | | | |
| **these**(1) 7:18 | | **whatever**(1) 10:12 | | | |
| **they**(4) 8:1 8:1 8:6 10:12 | | **when**(1) 11:20 | | | |
| **they're**(1) 10:7 | | **where**(1) 11:7 | | | |
| **things**(1) 6:15 | | **whereupon**(1) 13:8 | | | |
| **think**(11) 7:15 7:23 9:5 10:4 10:24 11:25 12:4 12:13 12:16 12:18 12:24 | | **which**(6) 6:12 6:25 8:1 8:8 10:25 11:3 | | | |
| | | **white**(1) 2:26 | | | |
| | | **will**(5) 11:8 12:21 12:22 12:22 13:5 | | | |
| **thinking**(3) 6:13 8:15 9:4 | | **william**(1) 4:44 | | | |
| **this**(11) 6:3 6:6 8:19 8:21 9:17 10:1 10:6 10:16 10:19 11:5 13:4 | | **wilmer**(1) 2:38 | | | |
| | | **wilmington**(4) 1:12 2:18 6:1 6:7 | | | |
| | | **winfree**(1) 3:17 | | | |
| **thomas**(1) 1:26 | | **wish**(5) 8:6 10:13 10:17 11:16 12:10 | | | |
| **thornburg**(1) 5:12 | | **with**(15) 6:11 7:8 7:9 7:17 7:19 7:22 8:1 8:3 9:12 9:24 10:5 10:8 10:13 10:16 12:5 | | | |
| **those**(2) 11:2 11:12 | | | | | |
| **though**(1) 7:13 | | | | | |
| **thought**(1) 6:19 | | **without**(1) 9:23 | | | |
| **throughout**(1) 7:16 | | **workman**(2) 5:12 5:13 | | | |
| **tied**(1) 10:2 | | **would**(11) 6:20 7:22 8:11 8:23 9:11 9:25 10:21 12:2 12:17 12:18 | | | |
| **time**(4) 8:7 11:3 12:1 12:23 | | | | | |
| **times**(1) 11:7 | | | | | |
| **timing**(2) 8:10 8:16 | | **www.diazdata.com**(1) 1:41 | | | |
| **today's**(1) 6:8 | | **yeah**(1) 10:11 | | | |
| **told**(1) 9:8 | | **yes**(1) 8:17 | | | |
| | | **york**(2) 4:17 7:14 | | | |
| | | **you**(13) 8:13 8:15 8:25 9:8 9:8 9:18 11:6 12:9 12:13 12:19 12:20 13:3 13:6 | | | |
| | | **you're**(1) 9:25 | | | |
| | | **you've**(1) 11:3 | | | |
| | | **young**(2) 3:24 4:41 | | | |
| | | **your**(15) 8:13 8:24 9:9 9:14 9:17 10:6 10:6 10:19 11:19 11:22 11:25 12:6 12:13 12:14 13:6 | | | |