## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket No. 11451** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on April 25, 2012 at 1:00 P.M. Before the honorable Kevin J. Carey," dated April 23, 2012 [Docket No. 11451], by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit A, on April 23, 2012,

    ii.    enclosed securely in separate postage pre-paid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit B, on April 23, 2012,

    iii.    delivered by facsimile to those parties listed on the annexed Exhibit C, on April 23, 2012,

    iv.    delivered by electronic mail to those parties listed on the annexed Exhibit D, on April 23, 2012,

    v.    delivered by facsimile to those parties listed on the annexed Exhibit E, on April 24, 2012, and

    vi.    delivered by electronic mail to those parties listed on the annexed Exhibit F, on April 24, 2012.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
27th day of April, 2012

Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO5922423
COMM. EXP. MAY 17, 2014

-2-

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AVAYA INC. | C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM MD 21094 |
| CAROL HOEME WALKER | 3561 W. HEMLOCK OXNARD CA 93035 |
| CITY OF HARTFORD | EDWARD C. TAIMAN, JR. ESQ. C/O SABIA TAIMAN, LLC 450 CHURCH STREET HARTFORD CT 06103-1107 |
| JOHN R. WILLIAMS | COUNSEL TO: SUSAN LEFEBVRE AND PHILIP LEFEBVRE 51 ELM STREET NEW HAVEN CT |
| LEFEBVRE, SUSAN | 1 CHELSEA PLACE FARMINGTON CT 06032 |
| MARBURY L. VON BRIESEN | 401 PLUMBRIDGE COURT TIMONIUM MD 21093-8125 |
| MR HERBERT E. EYE | HC 72 BOX 36 FRANKLIN WV 26807 |
| MR. ROBBY S. WELLS | P.O. BOX 345 SAUNEMIN IL 61769 |
| RIVERSIDE CLAIMS LLC | TRANSFEROR: THOMSON INC. DBA GRASS VALLEY POBOX 626,PLANETARIUM STATION NEW YORK NY 10024 |
| ROBERT WELLS | 54 CENTER STREET SAUNEMIN IL 61769-0345 |

**Total Creditor count  10**

**EXHIBIT B**

MR. ANTHONY CONTE
2 ETHAN ALLEN COURT
SOUTH SETAUKET NY 11720


WILLIAM M. KELLEHER, ESQUIRE
ELLIOTT GREENLEAF
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE  19801


JOSEPH GREY, ESQUIRE
CROSS & SIMON, LLC
913 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801


ESTHER TRYBAN TELSER
SENIOR COUNSEL
CITY OF CHICAGO; DEPT. OF LAW
30 N. LASALLE; ROOM 1400
CHICAGO, IL  60602

**EXHIBIT C**

| Name | Fax |
|------|-----|
| Office of the United States Trustee  Attn: David M Klauder | 302-573-6497 |
| Landis Rath & Cobb LLP  Attn: Adam G Landis; Matthew B. McGuire | 302-467-4450 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-651-7701 |
| U. S. Attorney's Office  Attn: Ellen W Slights | 302-573-6431 |
| DLA Piper LLP (US)  Attn: Stuart M Brown; R.Craig Martin; Michelle E. Marino | 302-394-2341 |
| Potter Anderson & Corroon LLP  Attn: Laurie Silverstein | 302-658-1192 |
| McCarter & English, LLP  Attn: Katherine L Mayer; James J. Freebery IV | 302-984-6399 |
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Seitz, van Ogtrop & Green, P.A.  Attn: R Karl Hill; James S. Green, Sr.; Patricia P. McGonigle | 302-888-0606 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-656-3714 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-384-9399 |
| The Rosner Law Group LLC  Attn: Frederick B Rosner; Scott J Leonhardt | 302-351-8010 |
| Cooch and Taylor, P.A.  Attn: Susan E Kaufman | 302-984-3939 |
| Cross & Simon, LLC  Attn: Christopher P Simon; Joseph Grey | 302-777-4224 |
| Cozen O'Connor  Attn: Mark E Felger | 302-295-2013 |
| Archer & Greiner, P.C.  Attn: John V Fiorella, Charles J Brown | 302-777-4352 |
| Brown Stone Nimeroff LLC  Attn: Jami B Nimeroff | 302-351-2744 |
| Pepper Hamilton LLP  Attn: David B Stratton; John H Schanne II | 302-421-8390 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-425-0432 |
| Eckert Seamans Cherin & Mellott, LLC  Attn: Tara L Lattomus | 302-425-0432 |
| Monzack Mersky McLaughlin & Browder, P.A.  Attn: Rachel B Mersky | 302-656-2769 |
| Pinckney, Harris & Weidinger, LLC  Attn: Donna Harris | 302-442-7046 |
| Hiller & Arban, LLC  Attn: Adam Hiller; Brian Arban | 302-442-7045 |
| Bifferato LLC  Attn: Ian Connor Bifferato; Kevin G Collins; Thomas F Driscoll; J Zachary Haupt | 302-254-5383 |
| Duane Morris LLP  Attn: Michael R Lastowski; Sommer L Ross; Richard W. Riley; Lawrence J. Kotler | 302-657-4901 |
| Ashby & Geddes, P.A.  Attn: William Bowden; Amanda M Winfree | 302-654-2067 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Laura Davis Jones; Timothy P Cairns | 302-652-4400 |
| Young Conaway Stargatt & Taylor, LLP  Attn: Robert S Brady; M Blake Cleary | 302-571-1253 |
| Barnes & Thornburg LLP  Attn: David M Powlen; E. Rebecca Workman | 317-231-7433 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP  Attn: Joseph L Christensen | 302-655-4420 |
| Fox Rothschild LLP  Attn: Jeffrey M Schlerf; John H Strock | 302-656-8920 |
| Bayard, P.A.  Attn: Justin R Alberto; Ashley Stitzer | 302-658-6395 |

| | |
|---|---|
| Greenberg Traurig, LLP  Attn: Dennis A Meloro | 302-661-7360 |
| Bifferato Gentilotti LLC  Attn: Garvan F McDaniel; Mary E. Augustine | 302-429-8600 |
| Blank Rome LLP  Attn: David W Carickhoff | 302-425-6464 |
| Sullivan Hazeltine Allinson LLC  Attn: William Hazeltine; William D Sullivan; Elihu E Allinson III | 302-428-8195 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Derek C Abbott; Curtis S Miller | 302-658-3989 |
| Ballard Spahr LLP  Attn: Christopher S Chow; Leslie C Heilman | 302-252-4466 |
| Morgan, Lewis & Bockius LLP  Attn: Colm F Connolly | 302-574-3001 |
| Klehr Harrison Harvey Branzburg LLP  Attn: Michael W Yurkewicz | 302-426-9193 |
| Loizides, P.A.  Attn: Christopher D Loizides | 302-654-0728 |
| Polsinelli Shughart PC  Attn: Christopher A Ward | 302-252-0921 |
| Tybout Redfearn and Pell  Attn: Sherry Ruggiero Fallon | 302-658-4018 |
| Phillips, Goldman & Spence, P.A.  Attn: John C Phillips | 302-655-4210 |
| Silverman McDonald & Friedman  Attn: Brian E Lutness | 302-888-2923 |
| Margolis Edelstein  Attn: James E Huggett | 302-888-1119 |
| Michael P. Morton | 302-426-1300 |
| Rosenthal, Monhait & Goddess, PA  Attn: Norman M. Monhait | 302-658-7567 |
| Ciardi Ciardi & Astin  Attn: Daniel K. Astin, John D. McLaughlin, Jr. | 302-658-1300 |
| A.M. Sacullo Legal, LLC  Attn: Anthony M Sacullo; Thomas H Kovach | 302-836-8787 |
| Elliott Greenleaf  Attn: Rafael X. Zahralddin-Aravena | 302-384-9399 |
| Stradley, Ronon, Stevens & Young, LLP  Attn: Antranig Garibian | 302-295-4801 |
| Sidley Austin LLP  Attn: James F Conlan; Bryan Krakauer | 312-853-7036 |
| Sidley Austin LLP  Attn: Kevin T Lantry | 213-896-6600 |
| Chadbourne & Parke LLP  Attn: Howard Seife; David M LeMay; Douglas E Deutsche | 212-541-5369 |
| Zuckerman Spaeder LLP  Attn: Graeme W Bush; James Sottile | 202-822-8106 |
| Davis Polk & Wardwell  Attn: Benjamin S. Kaminetzky; Elliot Moskowitz; Karen Luftglass | 212-607-7999 |
| Kaye Scholer LLP  Attn: Madlyn Gleich Primoff; Jane W Parver; Joseph W Drayton | 212-836-6525 |
| Mayer Brown LLP  Attn: Frederick D Hyman; Brian Trust; Amit K Trehan; Barbara Yan | 212-262-1910 |
| Brown Rudnick LLP  Attn: Robert J Stark; Martin S Siegel; Gordon Z Novod | 212-209-4801 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Daniel H Golden; David M Zensky; Philip Dublin | 212-872-1002 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: Edward A Friedman; William P Weintraub | 212-833-1250 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: David S Rosner; Sheron Korpus; Christine A. Montenegro; Matthew B. Stein | 212-506-1800 |
| McCarter & English, LLP  Attn: David Adler | 212-609-6921 |
| Weil, Gotshal & Manges LLP  Attn: Jonathan D. Polkes; Michael F. Walsh; Richard Slack | 212-310-8007 |
| Dewey & Leboeuf LLP  Attn: Bruce Bennett; James O Johnston; Joshua M Mester | 213-621-6100 |

| | |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP  Attn: Andrew Goldman | 212-230-8888 |
| Jenner & Block  LLP  Attn: David J Bradford; Catherine L. Steege; Andrew W. Vail | 312 527-0484 |
| Teitelbaum & Baskin, LLP  Attn: Jay Teitelbaum | 914-437-7672 |
| Teitelbaum & Baskin, LLP  Attn: Jay Teitelbaum | 512-474-1579 |
| Reed Smith LLP attn: Aarron N. Chapin | 312-207-6400 |
| City of Chicago Attn: Esther Tryban Telser | 312-744-6798 |
| City of Chicago Attn: Esther Tryban Telser | 312-744-3832 |
| United States Debt Recovery : Attn: Nathan E. Jones | 775-832-5085 |
| Office of Ohio Attorney General : Domn D. Rosenblum | 877-591-5768 |
| Wildman Harrold Allen : Attn: Joy L Monahan | 312-416-4823 |

**EXHIBIT D**

**Email Address**
mvbbvb@comcast.net
chriseyec@aol.com
stevewalkergolf@gmail.com
tvtimelitigation@aol.com

# EXHIBIT E

Brenda Adrian, Esquire
Sitrick And Company
Fax: 310-788-2855

Jeffrey R. Zilka, General Manager
Daniel J. Edelman, Inc.
Fax - 312-240-2905

**EXHIBIT F**

TRIBUNE DATA SOURCE FOR 4/25/12 OMNIBUS HEARING AT 1:00 P.M.

**BILLING PROFESSIONALS FOR EIGHTH INTERIM FEE PERIOD**
[September 1, 2010 – November 30, 2010]

| | |
|---|---|
| **Kenneth P. Kansa, Esquire**<br>**Jillian K. Ludwig, Esquire**<br>**Sidley Austin LLP**<br>**One South Dearborn Street**<br>**Chicago, IL 60603** | Kkansa@sidley.com; jillian.ludwig@sidley.com |
| **Brian Whittman, Managing Director**<br>**Matthew Frank**<br>**Alvarez & Marsal North America LLC**<br>**55 West Monroe Street, Suite 4000**<br>**Chicago IL 60603** | **Bwhittman@alvarezandmarsal.com;**<br>**mfrank@alvarezandmarsal.com** |
| **Kelli Sager, Esquire**<br>**Gino Pasquale, Paralegal**<br>**Davis Wright Tremaine LLP**<br>**865 S Figueroa Street, Suite 2400**<br>**Los Angeles, CA 90017** | **ginopasquale@dwt.com**<br>**kellisager@dwt.com**<br>**ginopasquale@dwt.com** |
| **Edward J. Lesniak, Esquire**<br>**Burke, Warren, MacKay & Serritella, PC**<br>**330 North Wabash Avenue, 22nd Floor**<br>**Chicago, IL 60611-3607** | **elesniak@burkelaw.com** |
| **Christopher L. Meazell, Esquire**<br>**Dow Lohnes PLLC**<br>**Three Partners Place - Suite 230**<br>**201 David L. Boren Blvd.**<br>**Norman, OK 73072** | **cmeazell@dowlohnes.com** |
| **Leslie Salcedo, Paralegal**<br>**Alston & Bird LLP**<br>**90 Park Avenue**<br>**New York, NY 10016** | **leslie.salcedo@alston.com;**<br>**John.Spears@alston.com** |
| **Landon S. Raiford, Esquire**<br>**Jenner & Block LLP**<br>**330 N. Wabash Avenue**<br>**Chicago, IL 60611-7603** | **LRaiford@jenner.com** |
| **Kaye Denton, Paralegal**<br>**Jones Day**<br>**77 W. Wacker Drive**<br>**Chicago, IL 60601-1692** | **kdenton@jonesday.com** |

46429/0001-5259604v89

| | |
|---|---|
| **Brad B. Erens, Esquire**<br>**Joseph Tiller, Esquire**<br>**Jones Day**<br>**77 W. Wacker Drive**<br>**Chicago, IL 60601-1692** | **bberens@JonesDay.com; jtiller@jonesday.com** |
| **Bradley Dunn, Director**<br>**Lazard Frères & Co. LLC**<br>**30 Rockefeller Plaza, 61st Floor**<br>**New York, NY 10020** | **Bradley.dunn@lazard.c om** |
| **Shaina D. Jones, Esquire**<br>**Levine Sullivan Koch & Schulz, LLP**<br>**1899 L. Street N.W., Suite 200**<br>**Washington, D.C. 20036** | **SJones@lskslaw.com** |
| **Gregory Kopacz, Esquire**<br>**McDermott Will & Emery**<br>**340 Madison Avenue**<br>**New York, NY 10173-1922** | **gkopacz@mwe.com** |
| **Julie Johnston-Ahlen, Esquire**<br>**Novack and Macey LLP**<br>**100 North Riverside Plaza**<br>**Chicago, IL 60606-1501** | jja@novackmacey.com |
| **Katie A. Traxler, Esquire**<br>**Paul, Hastings LLP**<br>**515 South Flowe Street, 25th Floor**<br>**Los Angeles, CA 90071** | **katietraxler@paulhastings.com;**<br>**hollysnow@paulhastings.com** |
| **Shonda M. Finseth**<br>**PricewaterhouseCoopers LLP**<br>**225 South Sixth Street, Suite 1400**<br>**Minneapolis, MN 55402** | **shonda.m.finseth@us.pwc.com** |
| **William T. England, Director**<br>**PricewaterhouseCoopers LLP**<br>**One North Wacker Drive**<br>**Chicago, IL 60606** | **william.t.england@us.pwc.com;**<br>**andrea.clark.smith@us.pwc.com** |
| **Andrea Clark Smith, Director**<br>**PricewaterhouseCoopers LLP**<br>**225 South Sixth Street, Suite 1400**<br>**Minneapolis, MN 55402** | andrea.clark.smith@us.pwc.com |
| **J. Cory Falgowski, Esquire**<br>**Reed Smith LLP**<br>**1201 Market Street, Suite 1500**<br>**Wilmington, DE 19801** | **jfalgowski@reedsmith.com** |

2

| | |
|---|---|
| **Aaron L. Hammer, Esquire**<br>**Devon Eggert, Esquire**<br>**Freeborn & Peters, LLP**<br>**311 South Wacker Drive, Suite 3000**<br>**Chicago, IL  60606** | **ahammer@freebornpeters.com**<br>**deggert@freebornpeters.com** |
| **Ms. Jennifer M. McManus**<br>**Paralegal**<br>**Seyfarth Shaw LLP**<br>**131 S. Dearborn Street, Suite 2400**<br>**Chicago, IL  60603** | **Jmcmanus@Seyfarth.Com** |
| **Jeremy Sherman, Esquire**<br>**Seyfarth Shaw LLP**<br>**131 S. Dearborn Street, Suite 2400**<br>**Chicago, IL  60603-5577** | **jsherman@seyfarth.com** |
| **John F. Theil, Esquire**<br>**Stuart Maue**<br>**3840 McKelvey Rd.**<br>**St. Louis, MO  63044** | **tribunebkr@smmj.com; j.theil@smmj.com** |
| **Howard Seife, Esquire**<br>**David M. LeMay, Esquire**<br>**Douglas E. Deutsch, Esquire**<br>**Chadbourne & Parke LLP**<br>**30 Rockefeller Plaza**<br>**New York, NY  10112** | **hseife@chadbourne.com;**<br>**dlemay@chadbourne.com;**<br>**HLamb@chadbourne.com** |
| **Adam G. Landis, Esquire**<br>**Matthew B. McGuire, Esquire**<br>**Landis Rath & Cobb LLP**<br>**919 Market Street, Ste. 1800**<br>**Wilmington, DE  19801** | **landis@lrclaw.com; mcguire@lrclaw.com** |
| **Alan D. Holtz**<br>**ALIXPARTNERS, LLP**<br>**40 West 57th Street**<br>**New York, NY 10019** | aholtz@alixpartners.com<br>aleung@alixpartners.com |
| **Sandhya Sistla**<br>**Jens Olson**<br>**Moelis & Company LLC**<br>**399 Park Avenue, 5th Floor**<br>**New York, NY 10022** | **sandhya.sistla@moelis.com;**<br>**jens.olson@moelis.com** |
| **Graeme W. Bush, Esquire**<br>**James Sottile, Esquire**<br>**Zuckerman Spaeder LLP**<br>**1800 M Street, N.W., Suite 1000** | gbush@zuckerman.com; jsottile@zuckerman.com;<br>agoldfarb@zuckerman.com |

3

| | |
|---|---|
| **Washington, D.C.  20036** | |

4