# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket Nos. 11463 & 11465** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

Pete Caris, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 24, 2012, I caused to be served the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

a)  "Notice of Amended Agenda of Matters Scheduled for Hearing on April 25, 2012 at 1:00 P.M. Before the Honorable Kevin J. Carey," dated April 24, 2012 [Docket No. 11463], (the "Amended Agenda without Exhibit"),

b)  "Notice of Amended Agenda of Matters Scheduled for Hearing on April 25, 2012 at 1:30 P.M. Before the Honorable Kevin J. Carey," dated April 24, 2012 [Docket No. 11463], (the "Amended Agenda with Exhibit"),

c)  "Notice of Second Amended Agenda of Matters Scheduled for Hearing on April 25, 2012 at 1:30 P.M. Before the Honorable Kevin J. Carey," dated April 24, 2012 [Docket No. 11465], (the "2nd Amended Agenda without Exhibit"), and

d)  "Notice of Second Amended Agenda of Matters Scheduled for Hearing on April 25, 2012 at 1:30 P.M. Before the Honorable Kevin J. Carey," dated April 24, 2012 [Docket No. 11465], (the "2nd Amended Agenda with Exhibit"),

by causing true and correct copies of the:

i.   Amended Agenda without Exhibit and 2nd Amended Agenda without Exhibit, to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit A,

ii.  Amended Agenda without Exhibit and 2nd Amended Agenda without Exhibit, to be enclosed securely in a separate postage pre-paid envelope and delivered by overnight mail to the party listed on the annexed Exhibit B,

iii. Amended Agenda with Exhibit and 2nd Amended Agenda with Exhibit, to be enclosed securely in a separate postage pre-paid envelope and delivered by overnight mail to the party listed on the annexed Exhibit C,

iv.  Amended Agenda with Exhibit and 2nd Amended Agenda with Exhibit, to be delivered by electronic mail to the party listed on the annexed Exhibit D,

v.   Amended Agenda without Exhibit, to be delivered by facsimile to those parties listed on the annexed Exhibit E,

vi.  Amended Agenda without Exhibit, to be delivered by electronic mail to those parties listed on the annexed Exhibit F,

vii. 2nd Amended Agenda without Exhibit, to be delivered by facsimile to those parties listed on the annexed Exhibit G, and

viii. 2nd Amended Agenda without Exhibit, to be delivered by electronic mail to those parties listed on the annexed Exhibit H.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
27th day of April, 2012

Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

**EXHIBIT A**

| Claim Name | Address Information |
| --- | --- |
| AARON L. HAMMER, ESQUIRE | DEVON EGGERT, ESQUIRE FREEBORN & PETERS, LLP 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| ADAM G. LANDIS, ESQUIRE | MATTHEW B. MCGUIRE, ESQUIRE LANDIS RATH & COBB LLP 919 MARKET STREET, STE. 1800 WILMINGTON DE 19801 |
| ALAN D. HOLTZ | ALIXPARTNERS, LLP 40 WEST 57TH STREET NEW YORK NY 10019 |
| ANDREA CLARK SMITH, DIRECTOR | PRICEWATERHOUSECOOPERS LLP 225 SOUTH SIXTH STREET, SUITE 1400 MINNEAPOLIS MN 55402 |
| ANDREW GOLDFARB, ESQUIRE | ZUCKERMAN SPAEDER LLP 1800 M STREET, N.W., SUITE 1000 WASHINGTON DC 20036 |
| BRAD B. ERENS, ESQUIRE | JOSEPH TILLER, ESQUIRE JONES DAY 77 W. WACKER DRIVE CHICAGO IL 60601-1692 |
| BRADLEY DUNN, DIRECTOR | LAZARD FRERES & CO. LLC 30 ROCKEFELLER PLAZA, 61ST FLOOR NEW YORK NY 10020 |
| BRENDA ADRIAN, ESQUIRE | SITRICK AND COMPANY 1840 CENTURY PARK EAST, SUITE 800 LOS ANGELES CA 90067 |
| BRIAN WHITTMAN, MANAGING DIRECTOR | MATTHEW FRANK ALVAREZ & MARSAL NORTH AMERICA LLC 55 WEST MONROE STREET, SUITE 4000 CHICAGO IL 60603 |
| CHRISTOPHER L. MEAZELL, ESQUIRE | DOW LOHNES PLLC THREE PARTNERS PLACE – SUITE 230 201 DAVID L. BOREN BLVD. NORMAN OK 73072 |
| EDWARD J. LESNIAK, ESQUIRE | BURKE, WARREN, MACKAY & SERRITELLA, PC 330 NORTH WABASH AVENUE, 22ND FLOOR CHICAGO IL 60611-3607 |
| GRAEME W. BUSH, ESQUIRE | JAMES SOTTILE, ESQUIRE ZUCKERMAN SPAEDER LLP 1800 M STREET, N.W., SUITE 1000 WASHINGTON DC 20036 |
| GREGORY KOPACZ, ESQUIRE | MCDERMOTT WILL & EMERY 340 MADISON AVENUE NEW YORK NY 10173-1922 |
| HOWARD SEIFE, ESQ.,DAVID M. LEMAY, ESQ, | DOUGLAS E. DEUTSCH, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| J. CORY FALGOWSKI, ESQUIRE | REED SMITH LLP 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| JEFFREY R. ZILKA, GENERAL MANAGER | DANIEL J. EDELMAN, INC. 200 E RANDOLPH DRIVE CHICAGO IL 60601 |
| JEREMY SHERMAN, ESQUIRE | SEYFARTH SHAW LLP 131 S. DEARBORN STREET, SUITE 2400 CHICAGO IL 60603-5577 |
| JOHN F. THEIL, ESQUIRE | STUART MAUE 3840 MCKELVEY RD. ST. LOUIS MO 63044 |
| JULIE JOHNSTON-AHLEN, ESQUIRE | NOVACK AND MACEY LLP 100 NORTH RIVERSIDE PLAZA CHICAGO IL 60606-1501 |
| KATIE A. TRAXLER, ESQUIRE | PAUL, HASTINGS LLP 515 SOUTH FLOWE STREET, 25TH FLOOR LOS ANGELES CA 90071 |
| KAYE DENTON, PARALEGAL | JONES DAY 77 W. WACKER DRIVE CHICAGO IL 60601-1692 |
| KELLI SAGER, ESQUIRE | GINO PASQUALE, PARALEGAL DAVIS WRIGHT TREMAINE LLP 865 S FIGUEROA STREET, SUITE 2400 LOS ANGELES CA 90017 |
| KENNETH P. KANSA, ESQUIRE | JILLIAN K. LUDWIG, ESQUIRE SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| LANDON S. RAIFORD, ESQUIRE | JENNER & BLOCK LLP 330 N. WABASH AVENUE CHICAGO IL 60611-7603 |
| LESLIE SALCEDO, PARALEGAL | ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10016 |
| MS. JENNIFER M. MCMANUS | PARALEGAL SEYFARTH SHAW LLP 131 S. DEARBORN STREET, SUITE 2400 CHICAGO IL 60603 |
| SANDHYA SISTLA | JENS OLSON MOELIS & COMPANY LLC 399 PARK AVENUE, 5TH FLOOR NEW YORK NY 10022 |
| SHAINA D. JONES, ESQUIRE | LEVINE SULLIVAN KOCH & SCHULZ, LLP 1899 L. STREET N.W., SUITE 200 WASHINGTON DC 20036 |
| SHONDA M. FINSETH | PRICEWATERHOUSECOOPERS LLP 225 SOUTH SIXTH STREET, SUITE 1400 MINNEAPOLIS MN 55402 |

**Total Creditor count  29**

**TRB AMD AGENDA 4-24-12**

Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD 21093-8125

**TRB AMD AGENDA 4-24-12**

Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB AMD AGENDA 4-24-12**

Mr Herbert E. Eye
HC 72 Box 36
Franklin, WV 26807

**TRB AMD AGENDA 4-24-12**

Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AGENDA 2-13-12**

Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**TRB AMD AGENDA 4-24-12**

Riverside Claims LLC
Transferor: Thomson Inc.
DBA Grass Valley
Post Office Box 626
Planetarium Station
New York, NY 10024

**TRB AMD AGENDA 4-24-12**

Avaya Inc.
C/O RMS Bankruptcy Services
P.O. Box 5126
Timonium, MD 21094

**TRB AMD AGENDA 4-24-12**

City of Hartford
Edward C. Taiman, Jr. Esq.
C/o Sabia Taiman, LLC
450 Church Street
Hartford, CT 06103-1107

**TRB AMD AGENDA 4-24-12**

LEFEBVRE, SUSAN
1 CHELSEA PLACE
FARMINGTON, CT  06032

**TRB AMD AGENDA 4-24-12**

JOHN R. WILLIAMS
COUNSEL TO: SUSAN LEFEBVRE AND PHILIP
LEFEBVRE
51 ELM STREET
NEW HAVEN, CT

**EXHIBIT B**

**Overnight – 4-24-12 Amended Agenda( DI 11463 FOR SERVICE)**

Paul Solomon, Esquire
Local TV, LLC
1717 Dixie Hwy #650
Ft. Wright, KY 41011

**EXHIBIT C**

MR. ANTHONY CONTE
2 ETHAN ALLEN COURT
SOUTH SETAUKET NY 11720

**EXHIBIT D**

**Email Address**
tvtimelitigation@aol.com

EXHIBIT E

| Name | Fax |
|------|-----|
| Office of the United States Trustee  Attn: David M Klauder | 302-573-6497 |
| Landis Rath & Cobb LLP  Attn: Adam G Landis; Matthew B. McGuire | 302-467-4450 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-651-7701 |
| U. S. Attorney's Office  Attn: Ellen W Slights | 302-573-6431 |
| DLA Piper LLP (US)  Attn: Stuart M Brown; R.Craig Martin; Michelle E. Marino | 302-394-2341 |
| Potter Anderson & Corroon LLP  Attn: Laurie Silverstein | 302-658-1192 |
| McCarter & English, LLP  Attn: Katherine L Mayer; James J. Freebery IV | 302-984-6399 |
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Seitz, van Ogtrop & Green, P.A.  Attn: R Karl Hill; James S. Green, Sr.; Patricia P. McGonigle | 302-888-0606 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-656-3714 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-384-9399 |
| The Rosner Law Group LLC  Attn: Frederick B Rosner; Scott J Leonhardt | 302-351-8010 |
| Cooch and Taylor, P.A.  Attn: Susan E Kaufman | 302-984-3939 |
| Cross & Simon, LLC  Attn: Christopher P Simon; Joseph Grey | 302-777-4224 |
| Cozen O'Connor  Attn: Mark E Felger | 302-295-2013 |
| Archer & Greiner, P.C.  Attn: John V Fiorella, Charles J Brown | 302-777-4352 |
| Brown Stone Nimeroff LLC  Attn: Jami B Nimeroff | 302-351-2744 |
| Pepper Hamilton LLP  Attn: David B Stratton; John H Schanne II | 302-421-8390 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-425-0432 |
| Eckert Seamans Cherin & Mellott, LLC  Attn: Tara L Lattomus | 302-425-0432 |
| Monzack Mersky McLaughlin & Browder, P.A.  Attn: Rachel B Mersky | 302-656-2769 |
| Pinckney, Harris & Weidinger, LLC  Attn: Donna Harris | 302-442-7046 |
| Hiller & Arban, LLC  Attn: Adam Hiller; Brian Arban | 302-442-7045 |
| Bifferato LLC  Attn: Ian Connor Bifferato; Kevin G Collins; Thomas F Driscoll; J Zachary Haupt | 302-254-5383 |
| Duane Morris LLP  Attn: Michael R Lastowski; Sommer L Ross; Richard W. Riley; Lawrence J. Kotler | 302-657-4901 |
| Ashby & Geddes, P.A.  Attn: William Bowden; Amanda M Winfree | 302-654-2067 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Laura Davis Jones; Timothy P Cairns | 302-652-4400 |
| Young Conaway Stargatt & Taylor, LLP  Attn: Robert S Brady; M Blake Cleary | 302-571-1253 |
| Barnes & Thornburg LLP  Attn: David M Powlen; E. Rebecca Workman | 317-231-7433 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP  Attn: Joseph L Christensen | 302-655-4420 |
| Fox Rothschild LLP  Attn: Jeffrey M Schlerf; John H Strock | 302-656-8920 |
| Bayard, P.A.  Attn: Justin R Alberto; Ashley Stitzer | 302-658-6395 |

Greenberg Traurig, LLP  Attn: Dennis A Meloro                                                                                     302-661-7360
Bifferato Gentilotti LLC  Attn: Garvan F McDaniel; Mary E. Augustine                                                              302-429-8600
Blank Rome LLP  Attn: David W Carickhoff                                                                                          302-425-6464
Sullivan Hazeltine Allinson LLC  Attn: William Hazeltine; William D Sullivan; Elihu E Allinson III                                302-428-8195
Morris, Nichols, Arsht & Tunnell LLP  Attn: Derek C Abbott; Curtis S Miller                                                       302-658-3989
Ballard Spahr LLP  Attn: Christopher S Chow; Leslie C Heilman                                                                     302-252-4466
Morgan, Lewis & Bockius LLP  Attn: Colm F Connolly                                                                                302-574-3001
Klehr Harrison Harvey Branzburg LLP  Attn: Michael W Yurkewicz                                                                    302-426-9193
Loizides, P.A.  Attn: Christopher D Loizides                                                                                      302-654-0728
Polsinelli Shughart PC  Attn: Christopher A Ward                                                                                  302-252-0921
Tybout Redfearn and Pell  Attn: Sherry Ruggiero Fallon                                                                            302-658-4018
Phillips, Goldman & Spence, P.A.  Attn: John C Phillips                                                                           302-655-4210
Silverman McDonald & Friedman  Attn: Brian E Lutness                                                                              302-888-2923
Margolis Edelstein  Attn: James E Huggett                                                                                         302-888-1119
Michael P. Morton                                                                                                                 302-426-1300
Rosenthal, Monhait & Goddess, PA  Attn: Norman M. Monhait                                                                         302-658-7567
Ciardi Ciardi & Astin  Attn: Daniel K. Astin, John D. McLaughlin, Jr.                                                            302-658-1300
A.M. Sacculло Legal, LLC  Attn: Anthony M Sacculло; Thomas H Kovach                                                              302-836-8787
Elliott Greenleaf  Attn: Rafael X. Zahralddin-Aravena                                                                            302-384-9399
Stradley, Ronon, Stevens & Young, LLP  Attn: Antranig Garibian                                                                    302-295-4801
Sidley Austin LLP  Attn: James F Conlan; Bryan Krakauer                                                                           312-853-7036
Sidley Austin LLP  Attn: Kevin T Lantry                                                                                           213-896-6600
Chadbourne & Parke LLP  Attn: Howard Seife; David M LeMay; Douglas E Deutsche                                                     212-541-5369
Zuckerman Spaeder LLP  Attn: Graeme W Bush; James Sottile                                                                         202-822-8106
Davis Polk & Wardwell  Attn: Benjamin S. Kaminetzky; Elliot Moskowitz; Karen Luftglass                                           212-607-7999
Kaye Scholer LLP  Attn: Madlyn Gleich Primoff; Jane W Parver; Joseph W Drayton                                                    212-836-6525
Mayer Brown LLP  Attn: Frederick D Hyman; Brian Trust; Amit K Trehan; Barbara Yan                                                212-262-1910
Brown Rudnick LLP  Attn: Robert J Stark; Martin S Siegel; Gordon Z Novod                                                         212-209-4801
Akin Gump Strauss Hauer & Feld LLP  Attn: Daniel H Golden; David M Zensky; Philip Dublin                                         212-872-1002
Friedman Kaplan Seiler & Adelman LLP  Attn: Edward A Friedman; William P Weintraub                                               212-833-1250
Kasowitz, Benson, Torres & Friedman LLP  Attn: David S Rosner; Sheron Korpus; Christine A. Montenegro; Matthew B. Stein           212-506-1800
McCarter & English, LLP  Attn: David Adler                                                                                        212-609-6921
Weil, Gotshal & Manges LLP  Attn: Jonathan D. Polkes; Michael F. Walsh; Richard Slack                                            212-310-8007
Dewey & Leboeuf LLP  Attn: Bruce Bennett; James O Johnston; Joshua M Mester                                                       213-621-6100

| | |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP  Attn: Andrew Goldman | 212-230-8888 |
| Jenner & Block  LLP  Attn: David J Bradford; Catherine L. Steege; Andrew W. Vail | 312 527-0484 |
| Teitelbaum & Baskin, LLP  Attn: Jay Teitelbaum | 914-437-7672 |
| Reed Smith LLP attn: Aarron N. Chapin | 312-207-6400 |
| City of Chicago Attn: Esther Tryban Telser | 312-744-6798 |
| City of Chicago Attn: Esther Tryban Telser | 312-744-3832 |
| United States Debt Recovery : Attn: Nathan E. Jones | 775-832-5085 |
| Office of Ohio Attorney General : Domn D. Rosenblum | 877-591-5768 |
| Wildman Harrold Allen  Attn: Joy L Monahan | 312-416-4823 |
| Sitrick And Company  Attn: Brenda Adrian | 310-788-2855 |
| Daniel J. Edelman, Inc.  Attn:  Jeffrey R. Zilka | 312-240-2905 |

**EXHIBIT F**

**Email Address**

mvbbvb@comcast.net
chriseyec@aol.com
stevewalkergolf@gmail.com
Kkansa@sidley.com;
jillian.ludwig@sidley.com
mfrank@alvarezandmarsal.com
Bwhittman@alvarezandmarsal.com;
ginopasquale@dwt.com
kellisager@dwt.com
ginopasquale@dwt.com
elesniak@burkelaw.com
cmeazell@dowlohnes.com
leslie.salcedo@alston.com;
John.Spears@alston.com
LRaiford@jenner.com
kdenton@jonesday.com
bberens@JonesDay.com;
jtiller@jonesday.com
Bradley.dunn@lazard.c om
 SJones@lskslaw.com
gkopacz@mwe.com
jja@novackmacey.com
katietraxler@paulhastings.com;
hollysnow@paulhastings.com
shonda.m.finseth@us.pwc.com
william.t.england@us.pwc.com;
andrea.clark.smith@us.pwc.com
jfalgowski@reedsmith.com
ahammer@freebornpeters.com
deggert@freebornpeters.com
Jmcmanus@Seyfarth.Com
jsherman@seyfarth.com
tribunebkr@smmj.com;
j.theil@smmj.com
hseife@chadbourne.com
dlemay@chadbourne.com
HLamb@chadbourne.com
landis@lrclaw.com
mcguire@lrclaw.com
aholtz@alixpartners.com
aleung@alixpartners.com
sandhya.sistla@moelis.com;
jens.olson@moelis.com
jsottile@zuckerman.com
gbush@zuckerman.com;
agoldfarb@zuckerman.com

EXHIBIT G

| Name | Fax |
| --- | --- |
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Seitz, van Ogtrop & Green, P.A.  Attn: James S. Green, Sr.; Patricia P. McGonigle | 302-888-0606 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-425-0432 |
| Silverman McDonald & Friedman  Attn: Brian E Lutness | 302-888-2923 |
| Zuckerman Spaeder LLP  Attn: Graeme W Bush; James Sottile | 202-822-8106 |
| Weil, Gotshal & Manges LLP  Attn: Jonathan D. Polkes; Michael F. Walsh; Richard Slack | 212-310-8007 |
| Reed Smith LLP attn: Aarron N. Chapin | 312-207-6400 |
| Wildman Harrold Allen  Attn: Joy L Monahan | 312-416-4823 |
| Sitrick And Company  Attn: Brenda Adrian | 310-788-2855 |
| Daniel J. Edelman, Inc.  Attn:  Jeffrey R. Zilka | 312-240-2905 |

**EXHIBIT H**

**Email**
david.klauder@usdoj.gov
landis@lrclaw.com
mcguire@lrclaw.com
Collins@RLF.com
stearn@RLF.com
ellen.slights@usdoj.gov
stuart.brown@dlapiper.com
Craig.martin@dlapiper.com
Michelle.marino@dlapiper.com
lsilverstein@potteranderson.com
kmayer@mccarter.com
khill@svglaw.com
wmk@elliottgreenleaf.com
rosner@teamrosner.com
leonhardt@teamrosner.com
skaufman@coochtaylor.com
csimon@crosslaw.com
jgrey@crosslaw.com
mfelger@cozen.com
jfiorella@archerlaw.com
cbrown@archerlaw.com
jnimeroff@bsnlawyers.com
strattond@pepperlaw.com
raportl@pepperlaw.com
schannej@pepperlaw.com
tlattomus@eckertseamans.com
rmersky@monlaw.com
dharris@phw-law.com
barban@hillerarban.com
cbifferato@bifferato.com
tdriscoll@bifferato.com
kcollins@bifferato.com
jhaupt@bifferato.com
mlastowski@duanemorris.com
slross@duanemorris.com
rwriley@duanemorris.com
slross@duanemorris.com
LJKotler@duanemorris.com
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
kskomrucha@ashby-geddes.com
ljones@pszjlaw.com
tcairns@pszjlaw.com
mbillion@pszjlaw.com
rbrady@ycst.com
mbcleary@ycst.com

david.powlen@btlaw.com
jchristensen@paulweiss.com
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
jalberto@bayardlaw.com
melorod@gtlaw.com
gmcdaniel@bglawde.com
carickhoff@blankrome.com
whazeltine@sha-llc.com
bsullivan@sha-llc.com
zallinson@sha-llc.com
chowc@ballardspahr.com
heilmanl@ballardspahr.com
cconnolly@morganlewis.com
myurkewicz@klehr.com
loizides@loizides.com
cward@polsinelli.com
skatona@polsinelli.com
sfallon@trplaw.com
jcp@pgslaw.com
jhuggett@margolisedelstein.com
mmorton@michaelmorton.com
nmonhait@rmgglaw.com
jmclaughlin@ciardilaw.com
ams@saccullolegal.com
kovach@saccullolegal.com
rxzaelliottgreenleaf.com
jms@elliottgreenleaf.com
AGaribian@stradley.com
jconlan@sidley.com
bkrakauer@sidley.com
kkansa@sidley.com
klantry@sidley.com
hseife@chadbourne.com
dlemay@chadbourne.com
Tribuneco.routing@dpw.com
mprimoff@kayescholer.com
fhyman@mayerbrown.com
btrust@mayerbrown.com
atrehan@mayerbrown.com
byan@mayerbrown.com
rstark@brownrudnick.com
gnovod@bownrudnick.com
msiegel@brownrudnick.com
dgolden@akingump.com
pdublin@akingump.com
efriedman@fklaw.com

wweintraub@fklaw.com
drosner@kasowitz.com
aglenn@kasowitz.com
dadler@mccarter.com
bbennett@dl.com
jjohnston@dl.com
jmester@dl.com
Andrew.goldman@wilmerhale.com
dbradford@jenner.com
dsondgeroth@jenner.com
jteitelbaum@tblawllp.com
etrybantelser@cityofchicago.org
nate@usdrllc.com
Donn.Rosenblum@ohioattorneygeneral.gov

zhaupt@bifferato.com
gnovod@brownrudnick.com
kskomorucha@ashby-geddes.com

Email Address

mvbbvb@comcast.net
chriseyec@aol.com
stevewalkergolf@gmail.com
Kkansa@sidley.com;
jillian.ludwig@sidley.com
mfrank@alvarezandmarsal.com
Bwhittman@alvarezandmarsal.com;
ginopasquale@dwt.com
kellisager@dwt.com
ginopasquale@dwt.com
elesniak@burkelaw.com
cmeazell@dowlohnes.com
leslie.salcedo@alston.com;
John.Spears@alston.com
LRaiford@jenner.com
kdenton@jonesday.com
bberens@JonesDay.com;
jtiller@jonesday.com
Bradley.dunn@lazard.com
 SJones@lskslaw.com
gkopacz@mwe.com
jja@novackmacey.com
katietraxler@paulhastings.com;
hollysnow@paulhastings.com
shonda.m.finseth@us.pwc.com
william.t.england@us.pwc.com;
andrea.clark.smith@us.pwc.com
jfalgowski@reedsmith.com
ahammer@freebornpeters.com
deggert@freebornpeters.com
Jmcmanus@Seyfarth.Com
jsherman@seyfarth.com
tribunebkr@smmj.com;
j.theil@smmj.com
hseife@chadbourne.com
dlemay@chadbourne.com
HLamb@chadbourne.com
landis@lrclaw.com
mcguire@lrclaw.com
aholtz@alixpartners.com
aleung@alixpartners.com
sandhya.sistla@moelis.com;
jens.olson@moelis.com
jsottile@zuckerman.com
gbush@zuckerman.com;
agoldfarb@zuckerman.com