# EXHIBIT A

**Tribune Co.** 
Time Log

Moelis & Company
**Summary of Hours Worked**
**March 1, 2012 - March 31, 2012**

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 11.0 |
| Jason Warsavsky | Associate | 17.5 |
| Sandhya Sistla | Analyst | 34.5 |
| | **Total Moelis Team Hours** | **63.0** |

**Tribune Co.**  
Time Log - March 2012

MOELIS & COMPANY

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 11.0 |
| Jason Warsavsky | Associate | 17.5 |
| Sandhya Sistla | Analyst | 34.5 |
| **Total** | | **63.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 3/5/2012 | 1.0 | Analysis on Operating Plan Management Meeting & Follow Up Materials |
| Jason Warsavsky | 3/5/2012 | 2.0 | Analysis on Operating Plan Management Meeting & Follow Up Materials |
| Sandhya Sistla | 3/5/2012 | 7.0 | Analysis on Operating Plan Management Meeting & Follow Up Materials |
| Jason Warsavsky | 3/5/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 3/5/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 3/7/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 3/7/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 3/7/2012 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 3/8/2012 | 3.0 | UCC Meeting |
| Jason Warsavsky | 3/8/2012 | 3.0 | UCC Meeting |
| Sandhya Sistla | 3/8/2012 | 3.0 | UCC Meeting |
| Zul Jamal | 3/13/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 3/13/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 3/13/2012 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 3/14/2012 | 2.0 | Review of Revised Supplemental Disclosure Documents |
| Jason Warsavsky | 3/14/2012 | 2.0 | Review of Revised Supplemental Disclosure Documents |
| Sandhya Sistla | 3/14/2012 | 2.0 | Review of Revised Supplemental Disclosure Documents |
| Jason Warsavsky | 3/15/2012 | 1.5 | Monthly FA Call and follow-up analysis |
| Sandhya Sistla | 3/15/2012 | 1.5 | Monthly FA Call and follow-up analysis |
| Jason Warsavsky | 3/19/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 3/19/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 3/19/2012 | 1.0 | Equity Allocation Model Discussion with A&M |
| Jason Warsavsky | 3/19/2012 | 1.0 | Equity Allocation Model Discussion with A&M |
| Sandhya Sistla | 3/19/2012 | 1.0 | Equity Allocation Model Discussion with A&M |
| Jason Warsavsky | 3/20/2012 | 1.0 | Analysis of Equity Allocation Model |
| Sandhya Sistla | 3/20/2012 | 7.0 | Analysis of Equity Allocation Model |
| Zul Jamal | 3/20/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 3/20/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 3/20/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 3/26/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 3/26/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 3/27/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 3/27/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 3/27/2012 | 1.0 | Weekly UCC Advisor Call |
| | **Total** | **63.0** | |