# **EXHIBIT B**

# Tribune Co.

Moelis & Company - March 2012 Expense Summary

|  | March 2012 |
|---|---:|
| Airfare | $ 719.72 |
| Lodging | 157.31 |
| Travel / Overtime / Weekend meals | 49.36 |
| Taxi / Transportation / Parking | 266.15 |
| Telephone | 9.95 |
| Presentations | - |
| Other | - |
| **Total** | **$ 1,202.49** |

**Tribune Co.**
Moelis & Company - March 2012 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| | 2/24/2012 | AIRFARE | Flight Fare - Chicago Managment Plan Meeting | Warsavsky | $677.72 | $677.72 |
| | 2/24/2012 | AIRFARE | Agent Booking Fees - Chicago Managment Plan Meeting | Warsavsky | 42.00 | 42.00 |
| | | | | Total Requested | | $719.72 |
| **LODGING** | | | | | | |
| | 2/28/2012 | LODGING | Hotel - Chicago Managment Plan Meeting | Sistla | $157.31 | $157.31 |
| | | | | Total Requested | | $157.31 |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| | 2/29/2012 | MEALS TRAVEL | Travel Meals - Chicago Management Plan Meeting | Warsavsky | $11.60 | $11.60 |
| | 2/29/2012 | MEALS TRAVEL | Travel Meals - Chicago Management Plan Meeting | Warsavsky | 23.36 | 23.36 |
| | 2/29/2012 | MEALS TRAVEL | Travel Meals - Chicago Management Plan Meeting | Sistla | 9.91 | 9.91 |
| | 3/1/2012 | MEALS TRAVEL | Travel Meals - Chicago Management Plan Meeting | Sistla | 4.49 | 4.49 |
| | | | | Total Requested | | $49.36 |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| | 2/29/2012 | TAXI | Cab Fare - Chicago Management Plan Meeting | Warsavsky | $33.00 | $33.00 |
| | 2/29/2012 | TAXI | Cab Fare - Chicago Management Plan Meeting | Warsavsky | 60.00 | 60.00 |
| | 2/29/2012 | TAXI | Cab Fare - Chicago Management Plan Meeting | Warsavsky | 32.00 | 32.00 |
| | 3/1/2012 | TAXI | Cab Fare - Chicago Management Plan Meeting | Sistla | 43.15 | 43.15 |
| | 3/8/2012 | TAXI | Cab Fare - UCC Meeting | Warsavsky | 52.00 | 52.00 |
| | 2/28/2012 | TAXI | Cab Fare - Chicago Management Plan Meeting | Sistla | 46.00 | 46.00 |
| | | | | Total Requested | | $266.15 |
| **TELEPHONE** | | | | | | |
| | 2/29/2012 | PHONE | Airport WiFi | Warsavsky | $9.95 | $9.95 |
| | | | | Total Requested | | $9.95 |
| | | | | **Month Total** | | **$1,202.49** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
 - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City.
 - Hotel rooms in New York City subject to $350 per night cap
 - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
 - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location