# EXHIBIT 1

## Tribune Thirty-Second Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| McDonnell Boehnen Hulbert & Berghoff<br>300 South Wacker Drive<br>Chicago, Illinois  60606 | Trademark | $48,000.00 |

46429/0001-8505360v1