United States Bankruptcy Court for the  District of Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | *TRIBUNE TELEVISION COMPANY CASE NO. 08-13241* |
|---|---|
| Creditor Name and Address: | *INDIANA DEPT. OF WORKFORCE DEVELOPMENT 10 N. SENATE AVE. RM SE 2U INDIANAPOLIS, IN 46204* |
| Court Claim Number (if known): | |
| Date Claim Filed: | *APPROX. June 1, 2009* |
| Total Amount of Claim Filed: | *$1,000.52* |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: *4/24/12*

Print Name: *Beverly Korobkin*

Title (if applicable): *MANAGER, Collection Enforcement Unit*

*317-232-7487*

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

| United States Bankruptcy Court | District of Delaware | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br><br>TRIBUNE TELEVISION COMPANY | Cause Number<br><br>08-13241 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of a case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property):<br><br>WORKER TRAINING FUND<br>INDIANA DEPARTMENT OF WORKFORCE DEVELOPMENT | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statment giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent you by the court. | |
|---|---|---|
| Name and Address Where Notices Should be Sent:<br><br>Beverly A. Korobkin<br>Department of Workforce Development<br>Collection Enforcement Unit<br>10 N. Senate Avenue<br>Indianapolis, IN 46204-2277<br>(317)232-7487 | | THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor<br><br>432799 | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____ |
|---|---|

**1. BASIS FOR CLAIM:**

- ☐ Goods Sold
- ☐ Services Performed
- ☐ Money Loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)<br>Your SS#: _____ ____ _____<br>Unpaid compensation for services performed<br>from _____ to _____

| 2. DATE DEBT WAS INCURRED:   2008-2008 | 3. IF COURT JUDGMENT, DATE OBTAINED:   N/A |
|---|---|

**4. TOTAL AMOUNT OF CLAIM AT TIME   $1,000.52**

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐   Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

☐ Real Estate   ☐ Motor Vehicle

☐ Other _____

Value of Collateral:   $_____

Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**

☒ Check this box if you have an unsecured priority claim
Amount entitled to priority ___$975.52___
Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cesaation of the debtor's bussiness, whichever is earlier - 11 U.S.C. § 507(a)(3).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(6).

☐ Up to $1950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).

☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).

☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(_).

7. Credits. The amount of all payments on the claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of pefection of lien. If the documents are voluminous, attach a summary.

9. Date-Stamped Copy: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| 05/27/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Beverly A. Korobkin, Department of Workforce Development |
|---|---|

# INDIANA DEPARTMENT OF WORKFORCE DEVELOPMENT
## COLLECTION ENFORCEMENT UNIT
### Request For Claim

**A. Kristine Musall**

**Employer:**
**TRIBUNE TELEVISION COMPANY**
**DBA FINANCE SERVICE CENTER**
**PAYROLL DEPT TT300**
**435 N MICHIGAN AVE**
**CHICAGO, IL 60611**

**Run Date   05-27-2009**

**Effective Date   12/08/2008**

**Account #   432799**

An examination of the records of the above named employer for the periods indicated herein discloses the following in connection with the said employer's liability for contributions under the Indiana Employer Security Act.

**Case Number   08-13241**                                    **District   DE-1**

| Liability No | Period | Contributions | Interest | Penalty | Costs | Total |
|---|---|---|---|---|---|---|
| 7005500 | 2008 | 871.00 | 104.52 | 25.00 | 0.00 | 1,000.52 |
| Total | | 871.00 | 104.52 | 25.00 | 0.00 | 1,000.52 |

Signature _____