# Exhibit A



1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

May 3, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:283103
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through March 31, 2012.

| | | |
|---|---|---|
| By Graeme W. Bush<br>2.10 hours at $875.00 per hour | $ | 1,837.50 |
| By James Sottile<br>44.80 hours at $790.00 per hour | $ | 35,392.00 |
| By Andrew N. Goldfarb<br>64.40 hours at $640.00 per hour | $ | 41,216.00 |
| By P. Andrew Torrez<br>17.40 hours at $610.00 per hour | $ | 10,614.00 |
| By Andrew Caridas<br>7.40 hours at $375.00 per hour | $ | 2,775.00 |
| By Lisa Medoro<br>33.50 hours at $280.00 per hour | $ | 9,380.00 |
| By Afton B. Hodge<br>7.50 hours at $220.00 per hour | $ | 1,650.00 |
| By Kimberley Wilson<br>0.80 hours at $180.00 per hour | $ | 144.00 |

May 3, 2012                                                                                   Page 2

    TOTAL FEES                                                    $      103,008.50

    TOTAL EXPENSES                                           $            0.00

    TOTAL FEES AND EXPENSES THIS PERIOD          $      103,008.50

DESCRIPTION OF SERVICES                                      CLIENT: 12464
                                                             MATTER: 0001


James Sottile

| | | |
|---|---|---|
| 03/01/12 | 0.30 | Call with D. LeMay and A. Rosenblatt (Chadbourne) re claim valuation issues. |
| 03/01/12 | 0.30 | Edit draft order on lift stay motions. |
| 03/01/12 | 0.20 | Call with A. Gordon (Citibank counsel) re motion to sever Advisor claims from JPM adversary proceeding. |
| 03/01/12 | 0.20 | Discussions with A. Goldfarb re motion to sever claims from JPM adversary proceeding. |
| 03/01/12 | 0.10 | E-mail correspondence with A. Gordon (Citibank counsel) re motion to sever Advisor claims. |
| 03/01/12 | 0.20 | E-mail correspondence with D. Zensky (Akin) re draft order on lift stay motions. |
| 03/01/12 | 1.20 | Edit multiple versions of motion to sever Advisor claims and proposed order re same. |
| 03/01/12 | 0.70 | Analyze claim valuation issues including methodology for valuation and potential experts. |
| 03/02/12 | 0.60 | Participate in call re confirmation scheduling order. |
| 03/02/12 | 1.40 | Further editing of motion to sever Advisor claims and accompanying order. |
| 03/02/12 | 0.30 | Further edits to lift stay order. |
| 03/02/12 | 0.60 | Research procedure re severed Advisor claims and steps to transfer and consolidate with FitzSimons. |
| 03/02/12 | 0.50 | Participate in DCL conference call re claim valuation and tax issues re Litigation Trust. |
| 03/02/12 | 1.80 | Prepare for allocation disputes hearing by reviewing pre-hearing briefs and underlying documents. |
| 03/04/12 | 0.40 | Call with J. Bendernagel (Sidley) and D. Zensky (Akin) re issues on confirmation scheduling order. |
| 03/04/12 | 0.20 | Call with D. Zensky (Akin) re issues on lift stay order. |
| 03/05/12 | 7.00 | Participate in allocation disputes hearing and prepare for and attend meetings with other DCL counsel re same. |
| 03/05/12 | 0.20 | Edit draft order to partially lift stay in FitzSimons. |

May 3, 2012                                                                                              Page 4

| | | |
|---|---|---|
| 03/06/12 | 5.50 | Prepare for and participate in allocation disputes hearing. |
| 03/07/12 | 0.60 | Participate in Committee professionals' weekly call re status of confirmation proceedings and allocation disputes. |
| 03/07/12 | 0.70 | Analyze Creditors Trust issues in DCL Plan. |
| 03/08/12 | 2.50 | Participate in Creditors Committee meeting. |
| 03/08/12 | 0.20 | Call with D. Zensky (Akin) re issues on lift stay order. |
| 03/08/12 | 0.10 | Call with A. Goldfarb re issues on lift stay order. |
| 03/08/12 | 0.30 | Call with K. Lantry (Sidley) re Creditors Trust and other plan issues. |
| 03/09/12 | 0.30 | Further revisions to lift stay order and e-mail to other counsel re same. |
| 03/12/12 | 0.90 | Conference call with DCL counsel re disclosure and Plan objections by Aurelius and Wilmington Trust. |
| 03/12/12 | 1.00 | Edit settlement agreement and e-mail to Fellers Snider re same. |
| 03/12/12 | 0.20 | Call with D. LeMay and A. Rosenblatt (Chadbourne) re Creditors Trust issues. |
| 03/12/12 | 0.10 | Call with K. Lantry (Sidley) re Creditors Trust in DCL Plan. |
| 03/12/12 | 0.10 | Call with D. Zensky (Akin) re issues on lift stay order. |
| 03/12/12 | 0.40 | Review Aurelius objection to DCL disclosure statement. |
| 03/13/12 | 0.40 | Further revisions to proposed order on litigation stays. |
| 03/13/12 | 0.10 | Review Debtors' draft reply on allocation disputes and e-mail to D. LeMay (Chadbourne) re same. |
| 03/13/12 | 0.30 | Call with J. Bendernagel (Sidley) re allocation disputes letter submissions and other confirmation issues. |
| 03/13/12 | 0.20 | Call with K. Lantry (Sidley) re issues on order lifting litigation stays and confirmation issues. |
| 03/14/12 | 0.30 | Call with K. Lantry (Sidley) re DCL plan confirmation issues. |
| 03/14/12 | 0.20 | Call with D. Zensky (Akin) re elimination of Creditors Trust and related disclosure. |
| 03/14/12 | 0.30 | Draft disclosure re Creditors Trust elimination. |
| 03/14/12 | 0.30 | Final revisions to lift stay order and certification of counsel. |
| 03/14/12 | 0.90 | Begin work on procedures for managing MDL cases including FitzSimons. |

| | | |
|---|---|---|
| 03/15/12 | 1.80 | Review draft revised Plan and Supplemental Disclosure. |
| 03/16/12 | 0.30 | Review/analyze draft DCL Plan revisions from K. Lantry (Sidley) re Ordinary Litigation claims and preference claims. |
| 03/16/12 | 0.30 | Call with S. Griessman (White & Case - Bridge Lender counsel) re Creditors Trust issues. |
| 03/16/12 | 0.90 | Review/analyze final revisions to drafts of Plan and Supplemental Disclosure. |
| 03/16/12 | 0.10 | E-mail correspondence with D. LeMay and A. Rosenblatt (Chadbourne) re same. |
| 03/19/12 | 0.30 | Edit memorandum to Committee re threshold amount for individually pursuing shareholders. |
| 03/19/12 | 0.50 | Edit motion to dismiss individual defendants who received less than threshold amount in LBO proceeds. |
| 03/20/12 | 0.50 | Call with DCL counsel re allocation disputes and status conference on disclosure statement. |
| 03/20/12 | 0.30 | Participate in Committee professionals' call re status of bankruptcy and litigation matters. |
| 03/22/12 | 0.30 | Prepare for status hearing by reviewing motion to sever Advisor claims and draft order. |
| 03/22/12 | 0.50 | Participate in status hearing. |
| 03/23/12 | 0.40 | Call with D. Zensky and M. Hurley (Akin) re Plan amendment issues and MDL proceedings. |
| 03/26/12 | 0.20 | Call with D. Zensky and M. Hurley (Akin) re Plan amendments proposed by Aurelius. |
| 03/26/12 | 1.00 | Analyze Plan amendment re Bar Order proposed by Aurelius, including close analysis of Bar Order provisions and research re judgment reduction issues. |
| 03/26/12 | 0.30 | Draft note to Chadbourne re Bar Order Plan amendment proposed by Aurelius. |
| 03/27/12 | 0.30 | Participate in weekly Committee professionals' conference call re status of bankruptcy and litigation matters. |
| 03/27/12 | 1.10 | Draft note to DCL counsel re Plan amendments requested by Aurelius and e-mail correspondence with DCL counsel re same. |
| 03/27/12 | 0.30 | Call with J. Bendernagel (Sidley) re Plan amendments requested by Aurelius and other Plan confirmation issues. |
| 03/27/12 | 0.20 | Call with D. Zensky (Akin) re requested Plan amendments. |

May 3, 2012                                                                                        Page 6

| 03/27/12 | 0.50 | Research re potential revisions to Bar Order section of Plan. |
| 03/29/12 | 0.30 | Review draft Rule 4(m) motion extending service time for FitzSimons to August 31 and accompanying declaration. |
| 03/29/12 | 0.40 | Call with DCL counsel re Plan amendments and confirmation schedule. |
| 03/29/12 | 1.40 | Review and edit draft Advisor claims complaint. |
| 03/29/12 | 0.30 | Draft/edit potential Plan amendments re bar order. |
| 03/29/12 | 0.20 | E-mail correspondence with D. Zensky (Akin) re same. |

P. Andrew Torrez

| 03/01/12 | 1.20 | Review draft reply brief on the unfair discrimination allocation dispute. |
| 03/02/12 | 0.90 | Review proposed partial joinder to debtors' brief regarding allocation disputes. |
| 03/02/12 | 0.50 | Review draft Committee motion to sever advisor claims. |
| 03/05/12 | 0.40 | Review memorandum regarding dismissal of party from FitzSimons adversary proceeding. |
| 03/05/12 | 0.80 | Review revised draft brief on unfair discrimination allocation dispute. |
| 03/05/12 | 0.30 | Review memorandum regarding MDL proceedings update. |
| 03/06/12 | 3.70 | Review reply briefs regarding allocation disputes as filed by (a) the Committee, (b) Aurelius, (c) the Debtors, (d) EGI-TRB, and (e) Law Debenture and Deutsche Bank. |
| 03/07/12 | 2.30 | Review reply briefs regarding allocation disputes as filed by (a) Oaktree Capital Management, (b) TM Retirees, and (c) Wilmington Trust. |
| 03/07/12 | 0.40 | Review Zuckerman Spaeder memorandum regarding adversary proceedings. |
| 03/08/12 | 0.30 | Review motion to sever Advisor claims from JPM adversary proceeding. |
| 03/08/12 | 1.20 | Review memorandum from Chadbourne to Committee summarizing allocation dispute reply briefs. |
| 03/09/12 | 0.10 | Review notice of motion for order establishing procedures. |
| 03/09/12 | 0.40 | Review draft letter to Judge Carey regarding unfair discrimination allocation dispute. |

| 03/12/12 | 0.60 | Review memorandum summarizing the Limited Objection of Aurelius to DCL Plan Proponents' Supplemental Disclosure Document. |
| 03/13/12 | 0.40 | Review of memorandum regarding the proposed elimination of the Creditors' Trust from the DCL Plan. |
| 03/15/12 | 0.80 | Review blackline of modified Third Amended DCL Plan. |
| 03/15/12 | 0.40 | Review blacklines of exhibits to Supplemental Disclosure document. |
| 03/19/12 | 0.10 | Review Retirees' motion for leave to present expert testimony. |
| 03/20/12 | 0.40 | Review memorandum regarding Charter Trust Agreement and implication on FitzSimons adversary proceeding. |
| 03/20/12 | 0.20 | Review memorandum regarding dismissal of Madoff Investment Securities LLC from FitzSimons adversary proceedings. |
| 03/20/12 | 0.30 | Review DCL Plan Proponents' Reply to Objections. |
| 03/20/12 | 0.30 | Review Debtors' Reply to Objections. |
| 03/26/12 | 0.10 | Review certification of no objection regarding motion for extension of time to effect service of process. |
| 03/27/12 | 0.10 | Review order sustaining debtors' objection to claims. |
| 03/27/12 | 0.10 | Review revised order granting motion for further extension of time. |
| 03/29/12 | 0.10 | Review of agenda for court hearing. |
| 03/30/12 | 1.00 | Review of draft complaint asserting Advisor claims against Citigroup, Merrill Lynch |

Andrew N. Goldfarb

| 03/01/12 | 1.40 | Draft and revise motion to sever Advisor claims. |
| 03/01/12 | 0.90 | Draft and revise proposed order on motion to sever Advisor claims. |
| 03/01/12 | 2.00 | Draft and revise proposed partial lift-stay order for FitzSimons. |
| 03/01/12 | 0.30 | Confer via email with J. Sottile re lift stay order and motion to sever. |
| 03/01/12 | 0.50 | Draft motion to Committee re status of representation as to Anchorage, Monarch, and York. |

| | | |
|---|---|---|
| 03/01/12 | 0.20 | Emails with S. Naunton and J. Sottile re Marathon defendants' role in the adversary proceedings. |
| 03/01/12 | 0.20 | Confer with J. Sottile about emails and calls from Kaye Scholer and Paul Weiss re motion to sever Advisor claims. |
| 03/01/12 | 0.10 | Respond to emails from J. Parver (Kaye Scholer) and A. Gordon (Paul Weiss) re motion to sever. |
| 03/01/12 | 0.10 | Review M. Ashley (C&P) comments to motion to sever Advisor claims. |
| 03/01/12 | 0.30 | Email draft posting note to C&P with motion to sever papers. |
| 03/01/12 | 0.10 | Review D. Deutch (C&P) comments via email to draft motion to partially lift stay. |
| 03/01/12 | 0.30 | Additional research on Rule 21 for motion to sever Advisor claims. |
| 03/02/12 | 1.20 | Revise and finalize motion to sever Advisor claims from lender action. |
| 03/02/12 | 0.20 | Review and revise draft notice of motion for motion to sever. |
| 03/02/12 | 0.20 | Calls with S. Pappa and P. McGonigle (SVG) re filing of motion to sever. |
| 03/02/12 | 0.10 | Call with J. Green (LRC) re service list for bankruptcy adversary proceedings. |
| 03/02/12 | 0.20 | Confer with J. Green (LRC) re Monarch defendants in FitzSimons. |
| 03/02/12 | 0.80 | Revise and finalize memorandum for Committee on Zuckerman representation as to certain defendants. |
| 03/02/12 | 0.20 | Confer with S. Naunton re information for Committee memorandum on Zuckerman Spaeder representation. |
| 03/02/12 | 0.20 | Circulate to DCL Plan proponents and D. Zensky (Akin) draft motion to sever Advisor claims. |
| 03/02/12 | 0.10 | Email filed motion to sever Advisor claims to counsel for advisors. |
| 03/02/12 | 0.40 | Review and analyze shareholder production information re defendant Monarch entities in FitzSimons. |
| 03/02/12 | 0.30 | Email J. Green (LRC) question re interpretation of information concerning Monarch defendants in FitzSimons. |
| 03/02/12 | 0.20 | Email memorandum to Committee re Zuckerman representation of Committee to D. Deutsch (C&P) with posting note. |

May 3, 2012                                                                                                   Page 9

| | | |
|---|---|---|
| 03/02/12 | 0.20 | Review J. Sottile edits to motion to sever papers and draft lift stay order. |
| 03/02/12 | 1.20 | Legal research on Rule 21 for motion to sever. |
| 03/02/12 | 0.20 | Follow up emails to D. Deutch and M. DiStefano (C&P) re memorandum posting to Committee. |
| 03/05/12 | 0.30 | Review and revise draft order partially lifting stay. |
| 03/05/12 | 0.10 | Email to J. Green (LRC) re York Capital, Anchorage, and Monarch entities in FitzSimons. |
| 03/05/12 | 0.20 | Create and email redline of drafts of lift stay draft order to D. Zensky (Akin). |
| 03/05/12 | 0.20 | Confer via email with J. Sottile re draft revision of lift-stay order. |
| 03/06/12 | 0.60 | Listen to Court hearing argument on unfair discrimination in DCL Plan. |
| 03/06/12 | 0.20 | Email D. Zensky (Akin) excerpts from standing order related to settlement re partial lift-stay draft. |
| 03/07/12 | 0.30 | Call with C. Gurri, counsel for two parties in FitzSimons, re status of suit. |
| 03/07/12 | 0.10 | Respond to email request from C. Gurri for MDL-related orders. |
| 03/07/12 | 0.60 | Participate in Committee professionals' call re status of bankruptcy and litigation proceedings. |
| 03/08/12 | 1.00 | Revise draft lift stay order per Akin and J. Sottile comments. |
| 03/08/12 | 0.20 | Confer with A. Caridas re lender action service and MDL related issues. |
| 03/08/12 | 0.30 | Review SDNY Local Rules re notice of appearance and Master Case Order 1. |
| 03/11/12 | 0.20 | Send email to G. Bush, J. Sottile, and S. Naunton re Zuckerman's Committee's representation as to certain parties. |
| 03/12/12 | 0.50 | Revise and circulate to J. Sottile draft partial lift stay order for FitzSimons and the state law actions. |
| 03/12/12 | 0.20 | Review emails between J. Green (LRC) and S. Sulkowski (Milbank) re shareholder discovery in FitzSimons. |
| 03/12/12 | 0.30 | Revise notice re modification of appearance for SVG and Zuckerman Spaeder in lender action and email same to SVG for filing. |

| 03/12/12 | 0.40 | Revise again the draft lift-stay order for FitzSimons and state law actions per J. Sottile comments. |
| 03/12/12 | 0.20 | Confer with A. Caridas re Pro Hac application to SDNY. |
| 03/13/12 | 0.60 | Participate in weekly professionals' call re bankruptcy and litigation proceedings. |
| 03/13/12 | 0.30 | Send draft of partial lift-stay order for FitzSimons to parties that appeared relating to the motions. |
| 03/13/12 | 0.20 | Emails to J. Sottile re draft partial lift-stay order about proposed changes and process. |
| 03/13/12 | 0.50 | Call with D. Rath and J. Green (LRC) re discovery and service in FitzSimons. |
| 03/13/12 | 0.20 | Email with J. Sottile re service and shareholder discovery in FitzSimons. |
| 03/13/12 | 0.50 | Revise draft motion on threshold for FitzSimons. |
| 03/13/12 | 0.20 | Email to D. Deutsch (C&P) re FitzSimons threshold update memorandum for Committee. |
| 03/13/12 | 0.30 | Prepare notice modifying appearance of LRC and Zuckerman Spaeder in FitzSimons. |
| 03/13/12 | 0.10 | Review and circulate MDL order re Committee limited motion to vacate CTO. |
| 03/13/12 | 0.10 | Email D. Rath and J. Green (LRC) re filing of partial lift stay order. |
| 03/13/12 | 0.20 | Call J. Smith (KKR) re status of KKR parties in lender action. |
| 03/14/12 | 0.20 | Revise draft lift-stay order. |
| 03/14/12 | 0.10 | Re-circulate draft lift-stay order to interested parties for review. |
| 03/14/12 | 0.10 | Call with J. Sottile re response to question on lift-stay draft order. |
| 03/14/12 | 0.10 | Email E. Moskowitz (DPW) response to question re language in lift-stay draft order. |
| 03/14/12 | 0.20 | Review 2/2 transcript re Merrill comment and reference to state law actions for lift-stay order. |
| 03/14/12 | 0.10 | Review draft COC prepared by LRC to go with lift stay order. |
| 03/14/12 | 0.20 | Call with J. Green (LRC) re lift-stay order and COC. |
| 03/14/12 | 0.20 | Email J. Sottile and LRC re possible edits to COC for lift-stay order. |

| 03/14/12 | 0.40 | Call with M. Ashley (C&P) re draft lift-stay order and process issues for FitzSimons and MDL. |
|---|---|---|
| 03/14/12 | 0.40 | Revise draft LBO proceeds threshold motion for FitzSimons. |
| 03/14/12 | 0.20 | Review updated chart of shareholder defendants prepared by LRC. |
| 03/14/12 | 0.20 | Confer with D. Deutsch (C&P) re proceeds threshold motion issue for FitzSimons. |
| 03/14/12 | 0.20 | Email to J. Sottile re conversation with D. Deutsch (C&P) and issues raised re threshold motion. |
| 03/14/12 | 0.10 | Email to J. Sottile re revised draft proceed threshold motion for FitzSimons. |
| 03/14/12 | 0.60 | Prepare draft of Committee response to MDL Panel Minute Order on motion to vacate CTO. |
| 03/14/12 | 0.20 | Emails to SVG re draft proposed lift-stay order and COC for filing in lender action. |
| 03/14/12 | 0.20 | Research process for getting on ECF list for SDNY. |
| 03/15/12 | 0.60 | Revise notice to withdraw limited motion to vacate CTO in MDL. |
| 03/15/12 | 0.20 | Emails with J. Sottile re threshold issue for FitzSimons defendants. |
| 03/15/12 | 0.60 | Draft memorandum to Committee updating on LBO proceeds threshold in FitzSimons. |
| 03/15/12 | 0.20 | Emails with J. Sottile and J. Green (LRC) re status of FitzSimons service. |
| 03/15/12 | 0.50 | Attention to preparation for filing notice of appearance in SDNY for MDL. |
| 03/15/12 | 0.10 | Review and circulate partial lift-stay order. |
| 03/15/12 | 0.20 | Review K. Lantry (Sidley) email to J. Sottile re requested changes to Plan, including review of statutory section at issue. |
| 03/16/12 | 0.70 | Attention to shareholder discovery project, including coordination of service in lender action and review of additional shareholder discovery in FitzSimons. |
| 03/16/12 | 0.60 | Review memorandum to Committee on threshold per conversation and comments received from D. Deutsch (C&P). |

May 3, 2012                                                                                      Page 12

| 03/19/12 | 1.10 | Revise draft motion on LBO proceeds threshold in FitzSimons. |
| 03/19/12 | 0.70 | Draft letter to S. Sulkowski (Milbank) re Rule 34 and compulsion order production. |
| 03/19/12 | 1.50 | Legal research on Rule 34 scope. |
| 03/19/12 | 0.40 | Revise memorandum to Committee re threshold level in FitzSimons. |
| 03/19/12 | 0.10 | Email D. Zensky (Akin), J. Bendernagel and K. Lantry (Sidley) re draft threshold motion. |
| 03/19/12 | 0.20 | Email Intralinks posting note to C&P. |
| 03/19/12 | 0.10 | Call with J. Sottile re proceeds threshold issue in FitzSimons. |
| 03/19/12 | 0.20 | Emails with SVG re CNO filings for motion to sever Advisor claims and motion to extend service in lender action. |
| 03/19/12 | 0.10 | Call with G. Novod (WT) re FitzSimons complaints. |
| 03/19/12 | 0.10 | Email to G. Novod (WT) with requested complaint materials. |
| 03/19/12 | 0.60 | Draft letter to parties in FitzSimons re threshold modification and additional production requests. |
| 03/19/12 | 0.10 | Email draft letter on threshold to J. Green and D. Rath (LRC). |
| 03/20/12 | 0.10 | Confer with A. Caridas re lender action service. |
| 03/20/12 | 0.30 | Weekly Committee professionals' call re bankruptcy and litigation matters. |
| 03/20/12 | 0.20 | Call with S. Sulkowski (Milbank) re lender action service on UBS AG. |
| 03/20/12 | 0.20 | Review draft revisions by J. Green (LRC) to letter to Milbank re shareholder productions in FitzSimons. |
| 03/20/12 | 0.10 | Email to J. Green (LRC) re same. |
| 03/20/12 | 0.10 | Review and circulate court order on MDL transfer. |
| 03/20/12 | 0.20 | Revise and finalize memorandum to Committee re Charter Trust proposal in FitzSimons. |
| 03/20/12 | 0.10 | Email Charter Trust memorandum to M. Distefano (C&P) for posting with posting note. |
| 03/20/12 | 0.30 | Draft notice of tag along action for Advisor claims pursuant to motion to sever. |
| 03/21/12 | 0.40 | Revise draft letter to S. Sulkowski (Milbank) re FitzSimons productions for numerous clients. |

May 3, 2012                                                                                    Page 13

| 03/21/12 | 0.80 | Legal research regarding Rule 34 discovery obligations. |
| 03/21/12 | 0.10 | Email revised draft of shareholder production letter to J. Green (LRC). |
| 03/22/12 | 0.40 | Attend court hearing telephonically. |
| 03/22/12 | 1.20 | Review status of shareholder discovery and spreadsheets re same in FitzSimons. |
| 03/22/12 | 0.30 | Emails to L. Medoro re FitzSimons shareholder discovery projects. |
| 03/22/12 | 0.60 | Revise draft letter re threshold for producing parties in FitzSimons. |
| 03/22/12 | 0.20 | Review agenda and email J. Sottile re Committee matters for hearing. |
| 03/22/12 | 0.30 | Review new 5th Circuit decision on standing to avoid guaranty. |
| 03/22/12 | 0.30 | Email to D. Rath, J. Green (LRC) and J. Sottile re threshold status issues. |
| 03/22/12 | 0.20 | Call with D. Rath (LRC) re status of MDL issues for 3/22 hearing. |
| 03/22/12 | 0.30 | Apply for ECF Account with SDNY for MDL proceeding, including calls to Clerk's office. |
| 03/22/12 | 0.10 | Email J. Green (LRC) re status of orders entered in lender action in advance of 3/22 hearing. |
| 03/23/12 | 0.20 | Call with counsel for Sumitomo re claims against Sumitomo in FitzSimons. |
| 03/23/12 | 0.20 | Call with Dana Plonn, counsel to Unisys Master Trust, re lender action status. |
| 03/23/12 | 1.00 | Review lender action and begin edits for Advisor complaint pursuant to order on motion to sever. |
| 03/23/12 | 0.30 | Coordinate revisions/additions to Exhibit A from recent shareholder productions. |
| 03/23/12 | 0.20 | Responsive email to J. Drobish (LRC) re Ex. A status and recent additions per shareholder discovery. |
| 03/26/12 | 0.20 | Call with J. Sottile about issues relating to 50K threshold motion. |
| 03/26/12 | 1.20 | Revise draft complaint for Advisor claims. |
| 03/26/12 | 0.10 | Email draft of Advisor complaint to J. Sottile. |

May 3, 2012                                                                                          Page 14

| | | |
|---|---|---|
| 03/26/12 | 0.30 | Call with J. Green (LRC) re FitzSimons issues re shareholder discovery and threshold. |
| 03/26/12 | 0.50 | Revise, finalize, and send letter to S. Sulkowski (Milbank) responding to letter shareholder productions in FitzSimons. |
| 03/26/12 | 0.20 | Review J. Sottile and C&P emails re proposed changes to DCL Plan. |
| 03/26/12 | 0.10 | Email D. Deutsch re proceeds threshold memorandum to Committee. |
| 03/27/12 | 0.50 | Call with D. Rath (LRC) re strategy and substance of 50K threshold issue. |
| 03/27/12 | 0.40 | Participate in weekly professionals' call re litigation and bankruptcy proceedings. |
| 03/27/12 | 0.30 | Revise and send draft letter re additional discovery in FitzSimons to J. Green (LRC). |
| 03/27/12 | 0.10 | Email to A. Caridas re follow-up necessary for Charter Trust proposal in FitzSimons. |
| 03/27/12 | 0.10 | Emails to L. Medoro and A. Caridas re FitzSimons shareholder discovery contact info research project. |
| 03/27/12 | 0.40 | Email to J. Sottile and D. Rath (LRC) re possible approach to 50K threshold issue for FitzSimons. |
| 03/27/12 | 0.60 | Legal research on section 363 and McCormick Foundation objection to Noteholders motion for standing on SLCFC actions. |
| 03/27/12 | 0.20 | Email to D. Rath (LRC) re threshold issue and legal research related thereto. |
| 03/27/12 | 0.10 | Email to J. Green (LRC) re approach to additional shareholder discovery in connection with 50K threshold in FitzSimons. |
| 03/28/12 | 0.20 | Email E. Moskowitz and A. Chang (DPW) re JPMorgan shareholder production for FitzSimons. |
| 03/28/12 | 0.30 | Call with J. Green (LRC) re shareholder discovery letter to parties that produced 100K and above. |
| 03/28/12 | 0.20 | Call with J. Gadharf (Katten) re status of FitzSimons and shareholder production by Wolverine Asset Mgmt. |
| 03/28/12 | 0.30 | Revise and finalize letter to S. Sulkowski (Milbank) re shareholder production in FitzSimons. |

May 3, 2012

| 03/28/12 | 0.10 | Emails with D. Rath and J. Green (LRC) and J. Sottile re advisor claims action. |
| 03/28/12 | 0.20 | Send FitzSimons shareholder productions to parties that subpoenaed the Committee. |
| 03/28/12 | 0.20 | Email J. Sottile re E. Moskowitz (DPW) email re JPM shareholder production. |
| 03/28/12 | 0.10 | Email J. Sottile re Advisor claims complaint. |
| 03/28/12 | 0.10 | Email D. Rath (LRC) and J. Sottile re timing of filing severed Advisor claims action. |
| 03/28/12 | 0.10 | Email J. Green (LRC) re memorandum to Committee about threshold issue in FitzSimons. |
| 03/28/12 | 0.10 | Emails about LRC's role in Advisor action. |
| 03/28/12 | 0.10 | Review J. Green (LRC) edits to letter to Milbank re shareholder discovery in FitzSimons. |
| 03/29/12 | 6.20 | Draft and revise inserts to MDL Plaintiffs' omnibus motion to extend Rule 4(m) deadline and accompanying declaration. |
| 03/29/12 | 0.20 | Confer with J. Goldsmith (Akin) re draft and content of MDL omnibus Rule 4(m) motion. |
| 03/29/12 | 0.20 | Call with J. Green (LRC) re service of draft Rule 4(m) motion. |
| 03/29/12 | 0.30 | Call with D. Rath (LRC) re strategy on draft MDL Rule 4(m) motion. |
| 03/29/12 | 0.40 | Emails to J. Sottile and D. Rath (LRC) re strategy and approach to for Committee on MDL Rule 4(m) motion. |
| 03/29/12 | 0.50 | Revise and review draft Advisor complaint per J. Sottile comments. |
| 03/29/12 | 0.10 | Email draft Advisor complaint to C&P and LRC for review. |
| 03/29/12 | 0.20 | Revise draft MDL tag along notice for Advisor action. |
| 03/29/12 | 0.20 | Review proposed order for MDL Rule 4(m) motion. |
| 03/29/12 | 0.10 | Email J. Goldsmith (Akin) comments on draft proposed order. |
| 03/29/12 | 0.20 | Redline revisions to list of MDL counsel. |
| 03/29/12 | 0.10 | Email revised list of MDL counsel to Akin. |
| 03/29/12 | 0.10 | Email D. Zensky (Akin) re status of FitzSimons service. |

| 03/29/12 | 0.10 | Email E. Moskowitz (DPW) re shareholder discovery in FitzSimons. (.1) |
| 03/30/12 | 0.40 | Prepare and send letter to D. Margolis (Weil) re Morgan Stanley entities' production in FitzSimons. |
| 03/30/12 | 0.10 | Email to J. Green re letter to D. Margolis (Weil). |
| 03/30/12 | 0.10 | Email to J. Green re service of Rule 4(m) motion in MDL. |
| 03/30/12 | 0.50 | Revise and edit LRC draft memo to Committee re revisions to threshold approach in FitzSimons. |
| 03/30/12 | 0.20 | Emails with Akin re service of 4(m) motion filing in MDL. |
| 03/30/12 | 0.30 | Revise and cleanup Advisor complaint. |
| 03/30/12 | 0.30 | Email to C&P re posting of Advisor claims complaint with posting note for Committee. |
| 03/30/12 | 0.10 | Email to J. Sottile re issue of consolidation of Advisor action with FitzSimons. |
| 03/30/12 | 0.20 | Email to M. Ashley (C&P) responding to email about consolidation of Advisor action with FitzSimons in MDL. |
| 03/30/12 | 0.40 | Review Lender Action complaint regarding Advisor claims. |
| 03/30/12 | 0.20 | Email communications with J. Sottile re claims against Advisors. |
| 03/30/12 | 0.70 | Prepare notice of filing to accompany Advisor claims complaint. |
| 03/30/12 | 1.20 | Prepare and review exhibits for Advisor claims complaint. |
| 03/30/12 | 0.20 | Call with J. Green (LRC) re preparation of Advisor claims complaint and exhibits. |
| 03/30/12 | 0.40 | Edit and review spreadsheet with additional shareholder contact info for FitzSimons action. |
| 03/30/12 | 0.10 | Email J. Green (LRC) re additional spreadsheet for FitzSimons complaint and service. |
| 03/30/12 | 0.10 | Email LRC and J. Sottile latest drafts of Advisor complaint and tag-along notice for MDL. |
| 03/30/12 | 0.10 | Review Committee motion to sever Advisor claims. |
| 03/30/12 | 0.10 | Review MDL Master Case Order #1. |

Graeme W. Bush

| 03/01/12 | 0.40 | Review draft unfair discrimination brief in connection with bankruptcy allocation dispute. |

| 03/06/12 | 0.50 | Review e-mails amond DCL Plan proponents' counsel regarding allocation dispute hearing strategy and substance. |
|---|---|---|
| 03/11/12 | 0.50 | Review letter briefs of parties regarding allocation and unfair discrimination. |
| 03/19/12 | 0.20 | Confer with J. Sottile regarding status of case and upcoming hearings in bankruptcy and litigation proceedings for Committee. |
| 03/21/12 | 0.30 | Review Order modifying stay in FitzSimons. |
| 03/28/12 | 0.20 | Send e-mail regarding court fee hearing scheduled to address fees. |

Andrew Caridas

| 03/01/12 | 0.70 | Communications regarding possible Charter Trust settlement. |
|---|---|---|
| 03/02/12 | 0.50 | Revise memorandum re: possible Charter Trust settlement. |
| 03/02/12 | 1.30 | Communications regarding international service of lender action complaint. |
| 03/02/12 | 0.70 | Communications regarding MDL docket notices and entry of appearance for Zuckerman on behalf of Committee. |
| 03/09/12 | 2.50 | Research and communications regarding international service requirements. |
| 03/12/12 | 1.70 | Calls to clerk's office re MDL docket issue and discussion of same with A. Goldfarb. |

Lisa Medoro

| 03/01/12 | 5.00 | Continue to prepare and label packages for service to defendants with international address in lender action. |
|---|---|---|
| 03/02/12 | 8.00 | Continue to prepare and label packages for service to lender action defendants with international address in lender action. |
| 03/06/12 | 0.30 | Confer with Office Services regarding mailing of international packages to defendants. |
| 03/06/12 | 1.70 | Prepare additional complaint service packages for delivery to domestic defendants. |
| 03/06/12 | 1.50 | Edit and revise complaint service spreadsheet to include proper addresses and mailing information for domestic and international defendants sent complaint package. |
| 03/07/12 | 0.50 | Continue to edit and revise complaint service spreadsheet to account for return receipts received and packages returned. |

May 3, 2012                                                                                    Page 18

| | | |
|---|---|---|
| 03/08/12 | 1.80 | Continue to edit and revise complaint service spreadsheet to account for return receipts received and packages returned. |
| 03/08/12 | 0.80 | Review and retrieve documents from First Circuit case relating to international service. |
| 03/09/12 | 3.50 | Prepare labels, documents and packages for defendant mailings in conformity with Hague guidelines. |
| 03/09/12 | 0.50 | Call with A. Caridas regarding Hague guidelines for serving defendants in Zurich and China. |
| 03/09/12 | 0.10 | Edit and revise master service tracking spreadsheet to account for return receipts received and packages returned. |
| 03/14/12 | 0.60 | Edit and revise complaint tracking spreadsheet chart to account for return receipts received and packages returned. |
| 03/14/12 | 0.40 | Prepare and finalize packages to lender action international defendants that require Hague process for mailing. |
| 03/15/12 | 0.20 | Edit and revise complaint tracking spreadsheet chart to account for return receipts received and packages returned. |
| 03/28/12 | 1.00 | Review returned service packages and return receipts and update complaint service spreadsheet to reflect the same. |
| 03/28/12 | 5.00 | Edit, review and revise A1-A30 spreadsheet to include addresses. |
| 03/29/12 | 1.50 | Edit and revise complaint tracking spreadsheet to account for return receipts received and packages returned. |
| 03/30/12 | 1.10 | Edit, review and revise A31-A60 spreadsheet. |

Afton B. Hodge

| | | |
|---|---|---|
| 03/23/12 | 0.20 | Confer with A. Caridas regarding assignment to assist with FitzSimons party discovery. |
| 03/23/12 | 0.30 | Prepare spreadsheet of same. |
| 03/23/12 | 3.30 | Search Delaware Secretary of State, Westlaw, and Irish stock exchange websites for entity addresses. |
| 03/26/12 | 2.00 | Search for business and registered agent addresses via Delaware Secretary of State, Westlaw and Irish Stock exchange websites. |
| 03/26/12 | 0.20 | Confer with A. Goldfarb and J. Faubell regarding same. |
| 03/27/12 | 1.10 | Search for business and registered agent addresses via Delaware Secretary of State, Westlaw and Irish Stock exchange websites. |

May 3, 2012                                                                                          Page 19

| 03/27/12 | 0.20 | Update excel spreadsheet for FitzSimons party research. |
| 03/27/12 | 0.20 | Confer with A. Caridas and M. Welham regarding same. |

Kimberley Wilson

| 03/23/12 | 0.80 | Get contact information on Julia Rosenwald for Afton Hodge and advise her on the online sources to look at when searching for Tribune contact information. |



ZUCKERMAN SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

April 24, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:283104
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through March 31, 2012.

By Andrew N. Goldfarb
    2.00  hours at  $640.00  per hour

$    1,280.00

| | |
|---|---|
| TOTAL FEES | $ 1,280.00 |
| TOTAL EXPENSES | $ 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ 1,280.00 |

April 24, 2012                                                                                    Page 2

DESCRIPTION OF SERVICES                                                    CLIENT: 12464
                                                                                          MATTER: 0002

Andrew N. Goldfarb

| 03/05/12 | 0.50 | Review and finalize Zuckerman Spaeder 30th monthly fee application, including send to LRC for filing. |
| 03/22/12 | 0.10 | Initial review of fee Examiner's preliminary report on Zuckerman Spaeder sixth interim fee application. |
| 03/27/12 | 1.00 | Review timesheets for 2/2012 for compliance with Local Rules. |
| 03/30/12 | 0.40 | Review revised timesheets to ensure compliance with Local Rules in connection with preparation of 31st monthly fee application. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

April 24, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:283105
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

---

STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through March 31, 2012.

By James Sottile
7.30  hours at  $790.00  per hour

$    5,767.00

| | | |
|---|---|---|
| TOTAL FEES | $ | 5,767.00 |
| Less Professional Courtesy | $ | -2,883.50 |
| TOTAL FEES | $ | 2,883.50 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 2,883.50 |

BALTIMORE           NEW YORK           TAMPA           WASHINGTON, DC

April 24, 2012                                                                                      Page 2

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                                        MATTER: 0003


James Sottile

| Date | Hours | Description |
|---|---|---|
| 03/05/12 | 2.00 | Travel to Wilmington from New York for allocation disputes hearing. |
| 03/06/12 | 2.30 | Travel to New York following allocation disputes hearing. |
| 03/22/12 | 3.00 | Travel to/from Wilmington for status conference re confirmation issues. |