# Exhibit B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
31th Monthly Fee Application
Period 3/1/12-3/31/12

| EXPENSES | AMOUNT | | DATE OF SERVICE | | TOTALS | |
|---|---|---|---|---|---|---|
| | | | | | | |
| **TRAVEL** | | | | | | |
| | $ | 331.00 | 3/14/2012 | JS | | |
| | $ | 261.00 | 3/14/2012 | JS | | |
| | $ | 277.00 | 3/31/2012 | JS | | |
| | | | | | | |
| Total | $ | 869.00 | | | $ | 869.00 |
| **TAXI SERVICE** | | | | | | |
| | $ | 39.60 | 3/14/2012 | JS | | |
| | | | | | | |
| Total | $ | 39.60 | | | $ | 39.60 |
| **HOTEL** | | | | | | |
| | $ | 317.90 | 3/14/2012 | JS | | |
| | | | | | | |
| Total | $ | 317.90 | | | $ | 317.90 |
| **TIPS** | $ | 2.25 | 3/14/2012 | JS | | |
| | | | | | | |
| Total | $ | 2.25 | | | $ | 2.25 |
| **DOCKET RESEARCH** | | | | | | |
| Westlaw Research | $ | 204.23 | 2/29/2012 | | | |
| | | | | | | |
| Total | $ | 204.23 | | | $ | 204.23 |
| **OUTSIDE DUPLICATING/PRINTING** | | | | | | |
| Barrister Digital Solutions, LLC | $ | 13,933.97 | 3/6/2012 | | | |
| Barrister Digital Solutions, LLC | $ | 51.56 | 3/20/2012 | | | |
| | | | | | | |
| Total | $ | 13,985.53 | | | $ | 13,985.53 |
| **TRANSLATIONS** | | | | | | |
| TransPerfect Translations | $ | 300.00 | 3/6/2012 | | | |
| TransPerfect Translations Int'l, Inc. | $ | 335.00 | 3/31/2012 | | | |
| | | | | | | |
| Total | $ | 635.00 | | | $ | 635.00 |
| **COURIERS** | | | | | | |
| Washington Express LLC | $ | 252.05 | 3/6/2012 | | | |
| Washington Express LLC | $ | 338.68 | 3/28/2012 | | | |
| | | | | | | |
| Total | $ | 590.73 | | | $ | 590.73 |
| **TELEPHONE REIMBURSEMENT** | | | | | | |
| Soundpath Conferencing | $ | 23.55 | 3/12/2012 | | | |
| Soundpath Conferencing | $ | 28.86 | 3/12/2012 | | | |
| Soundpath Conferencing | $ | 6.01 | 3/12/2012 | | | |
| | | | | | | |
| Total | $ | 58.42 | | | $ | 58.42 |
| **INHOUSE PHOTOCOPIES** | | | | | | |
| | $ | 1.30 | 3/2/2012 | | | |
| | $ | 2.00 | 3/6/2012 | | | |
| | | | | | | |
| Total | $ | 3.30 | | | $ | 3.30 |
| **POSTAGE** | | | | | | |
| | $ | 161.70 | 2/29/2012 | | | |
| | $ | 59.60 | 2/29/2012 | | | |
| | $ | 23.84 | 2/29/2012 | | | |
| | $ | 196.35 | 2/29/2012 | | | |
| | $ | 23.84 | 2/29/2012 | | | |
| | $ | 23.84 | 2/29/2012 | | | |
| | $ | 11.92 | 2/29/2012 | | | |

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| | $ 11.55 | 2/29/2012 | |
| | $ 138.60 | 2/29/2012 | |
| | $ 11.92 | 2/29/2012 | |
| | $ 11.55 | 2/29/2012 | |
| | $ 23.84 | 2/29/2012 | |
| | $ 23.84 | 2/29/2012 | |
| | $ 11.55 | 2/29/2012 | |
| | $ 103.95 | 2/29/2012 | |
| | $ 127.05 | 3/2/2012 | |
| | $ 83.44 | 3/2/2012 | |
| | $ 11.55 | 3/2/2012 | |
| | $ 71.52 | 3/2/2012 | |
| | $ 47.68 | 3/2/2012 | |
| | $ 346.50 | 3/2/2012 | |
| | $ 346.50 | 3/2/2012 | |
| | $ 23.10 | 3/2/2012 | |
| | $ 10.20 | 3/2/2012 | |
| | $ 83.44 | 3/2/2012 | |
| | $ 23.84 | 3/6/2012 | |
| | $ 11.92 | 3/6/2012 | |
| | $ 131.12 | 3/6/2012 | |
| | $ 346.50 | 3/6/2012 | |
| | $ 34.65 | 3/6/2012 | |
| | $ 346.50 | 3/6/2012 | |
| | $ 346.50 | 3/6/2012 | |
| | $ 346.50 | 3/6/2012 | |
| | $ 92.40 | 3/6/2012 | |
| | $ 83.44 | 3/6/2012 | |
| | $ 23.10 | 3/6/2012 | |
| | $ 11.92 | 3/6/2012 | |
| | $ 26.50 | 3/9/2012 | |
| | $ 11.92 | 3/9/2012 | |
| | $ 11.92 | 3/9/2012 | |
| | $ 0.45 | 3/27/2012 | |
| Total | $ 3,838.05 | | $ 3,838.05 |
| LONG DISTANCE CALLS | | | |
| | $ 0.12 | 3/1/2012 | |
| | $ 0.36 | 3/2/2012 | |
| | $ 0.12 | 3/2/2012 | |
| | $ 1.32 | 3/2/2012 | |
| | $ 0.12 | 3/2/2012 | |
| | $ 1.92 | 3/7/2012 | |
| | $ 1.56 | 3/8/2012 | |
| | $ 0.48 | 3/9/2012 | |
| | $ 4.20 | 3/13/2012 | |
| | $ 0.12 | 3/14/2012 | |
| | $ 1.44 | 3/14/2012 | |
| | $ 0.24 | 3/22/2012 | |
| | $ 1.32 | 3/22/2012 | |
| | $ 0.36 | 3/22/2012 | |
| | $ 0.24 | 3/22/2012 | |
| | $ 0.12 | 3/22/2012 | |
| | $ 0.48 | 3/22/2012 | |
| | $ 0.24 | 3/22/2012 | |
| | $ 0.48 | 3/22/2012 | |
| | $ 1.44 | 3/23/2012 | |
| | $ 0.24 | 3/23/2012 | |
| | $ 0.12 | 3/26/2012 | |
| | $ 0.12 | 3/27/2012 | |
| | $ 0.12 | 3/27/2012 | |
| | $ 3.00 | 3/27/2012 | |
| | $ 1.20 | 3/28/2012 | |
| | $ 0.12 | 3/29/2012 | |
| | $ 0.84 | 3/29/2012 | |
| | $ 0.36 | 3/29/2012 | |
| | $ 0.24 | 3/29/2012 | |
| | $ 0.96 | 3/29/2012 | |
| | $ 0.12 | 3/29/2012 | |
| | $ 0.60 | 3/29/2012 | |
| Total | $ 24.72 | | $ 24.72 |

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| **MISCELLANEOUS** | | | |
| Sharon Garrett (Int'l Money Order) | $ 96.00 | 2/27/2012 | |
| Total | $ 96.00 | | $ 96.00 |
| | | | |
| **GRAND TOTAL** | | | $ 20,664.73 |