# EXHIBIT 1

## AMENDED GLOBAL CONTRACT EXHIBITS

**<u>EXHIBIT A</u>**

Exhibit A - Tribune Assumed Contracts/Leases
(As Amended May 4, 2012)

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

| Vendor | Legal Entity | Cure Amount | Category |
|---|---|---|---|
| Advocate Fitness | Tribune Company | $ 27,423.07 | Office Services |
| AT & T Corporation | Tribune Company | 708,224.23 | Telecom |
| Centerpoint Energy Services, Inc. | Tribune Company | 61,202.87 | Utilities |
| CS Stars LLC | Tribune Company | 1,390.87 | Software License |
| Ikon Office Solutions | Tribune Company | 5,543.25 | Office Services |
| Iron Mountain Information Management Inc | Tribune Company | 58,189.24 | Data Management |
| LexisNexis A Div. of Reed Elsevier Inc | Tribune Company | 1,485.84 | Research Services |
| MacMunnis, Inc | Tribune Company | 4,590.00 | Real Estate Management |
| Merrill Communications | Tribune Company | 9,635.73 | Data Management |
| Oracle America, Inc. | Tribune Company | TBD** | Software |
| Redwood Software | Tribune Company | 19,020.09 | Software |
| SBC Global Services, Inc. | Tribune Company | 321,424.91 | Telecom |
| Sprint Nextel | Tribune Company | 186,568.19 | Telecom |
| T-Mobile USA, Inc. | Tribune Company | 149,500.00 | Telecom |
| Verizon Communications Inc | Tribune Company | 108,657.43 | Telecom |
| Verizon Wireless | Tribune Company | 23,879.25 | Telecom |
| WeathersKil, Ltd. | Tribune Company | 72,769.23 | Personal Services |
| Xerox | Tribune Company | 71,001.06 | Business Services |
| Grand Total | | $ 1,830,505.26 | |

** As of the date of this amended Exhibit, the Debtors have been unable to reach a final determination as to the proposed cure amounts relating to these contracts. The Debtors will continue to work with the contract parties to determine the correct cure amounts.

**<u>EXHIBIT B</u>**

Exhibit B - Subsidiary Assumed Contracts/Leases
(As Amended May 4, 2012)

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

| Vendor | Pre-Emergence Legal Entity | Post-Emergence Legal Entity | Cure Amount | Category |
|---|---|---|---|---|
| **20th Century** | | | | **Broadcast Rights** |
| 20th Century | Channel 39, Inc. | WSFL, LLC | $ 583,654.32 | Family Guy, The Simpsons |
| 20th Century | Channel 40, Inc. | KTXL, LLC | 63,742.00 | Family Guy |
| 20th Century | KIAH Inc. | KIAH, LLC | 125,387.13 | Family Guy |
| 20th Century | KPLR, Inc. | KPLR, Inc. | 43,333.33 | Family Guy |
| 20th Century | KSWB Inc. | KSWB, LLC | 125,805.45 | Family Guy |
| 20th Century | KTLA Inc. | KTLA, LLC | 838,709.08 | Family Guy |
| 20th Century | Tribune Broadcast Holdings, Inc. | Tribune Broadcasting Company, LLC | 55,913.37 | Family Guy |
| 20th Century | Tribune Television Company | Tribune Broadcasting Company, LLC | 979,885.06 | Family Guy, The Simpsons |
| 20th Century | Tribune Television Holdings, Inc. | Tribune Broadcasting Company, LLC | 31,408.80 | Family Guy, The Simpsons |
| 20th Century | Tribune Television New Orleans, Inc. | Tribune Broadcasting New Orleans, LLC | 35,761.27 | Family Guy, The Simpsons |
| 20th Century | Tribune Television Northwest, Inc. | KCPQ, LLC | 279,233.55 | Family Guy, The Simpsons |
| 20th Century | WDCW Broadcasting, Inc. | WDCW, LLC | 181,720.42 | Family Guy |
| 20th Century | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 434,032.26 | Family Guy |
| 20th Century | WPIX, Inc. | WPIX, LLC | 978,494.61 | Family Guy |
| | | | 4,757,082.65 | |
| | | | | |
| Arbitron Multimedia Services | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 123,823.30 | Ratings Data Provider |
| [1] Arm Solutions | The Hartford Courant Company | The Hartford Courant Company, LLC | 44,465.14 | Debt Recovery |
| | | | | |
| **ASCAP** | | | | **Music Royalties** |
| ASCAP | Tribune Broadcasting Company | Tribune Broadcasting Company, LLC | 91,704.62 | |
| ASCAP | KPLR, Inc. | KPLR, Inc. | 755.10 | |
| | | | 92,459.72 | |
| | | | | |
| **Broadcast Music, Inc.** | | | | **Music Royalties** |
| Broadcast Music, Inc. | Tribune Broadcasting Company | Tribune Broadcasting Company, LLC | 85,213.29 | |
| Broadcast Music, Inc. | Los Angeles Times Communications LLC | Los Angeles Times Communications LLC | 203.00 | |
| | | | 85,416.29 | |
| | | | | |
| Buena Vista | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 424,259.84 | **Broadcast Rights** America's Funniest Home Videos, Scrubs |
| CCI Europe International Inc | Tribune Publishing Company | Tribune Publishing Company, LLC | 113,021.21 | Software Services |
| Chicago White Sox LTD. | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 210,214.61 | Broadcast Rights |
| Constellation New Energy | Tribune Television Company | Tribune Broadcasting Company, LLC | TBD** | Utility Provider |
| Crown Credit Company | Chicago Tribune Company | Chicago Tribune Company | 5,653.90 | Trucks & Other Heavy Equipment |

Exhibit B - Subsidiary Assumed Contracts/Leases
(As Amended May 4, 2012)

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit to, among other things, modify the "Cure Amount" and or add or delete any executory contract or unexpired lease.

| Vendor | Pre-Emergence Legal Entity | Post-Emergence Legal Entity | Cure Amount | Category |
|---|---|---|---|---|
| **[2]** **Debmar-Mercury** | | | | **Broadcast Rights** |
| Debmar-Mercury | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company | 29,677.41 | Lionsgate Film Package |
| Debmar-Mercury | Tribune Television Company | Tribune Television Company | 160,752.68 | House of Payne |
| Debmar-Mercury | | | 190,430.09 | |
| | | | | |
| **Dow Jones & Company** | | | | Business Intelligence |
| Dow Jones & Company | Chicago Tribune Company | Chicago Tribune Company, LLC | 3,240.48 | |
| Dow Jones & Company | Los Angeles Times Communications LLC | Los Angeles Times Communications LLC | 64,516.13 | |
| Dow Jones & Company | Sun-Sentinel Company | Sun-Sentinel Company, LLC | 1,225.81 | |
| | | | 68,982.42 | |
| | | | | |
| **Fox Broadcasting** | | | | **Broadcast Rights** |
| Fox Broadcasting | KSW8 Inc. | KSW8, LLC | 1,128,900.91 | Network Affiliation |
| Fox Broadcasting | Channel 40, Inc. | KTXL, LLC | 132,688.38 | Network Affiliation, NFL Supplement |
| Fox Broadcasting | Tribune Broadcasting Company | Tribune Broadcasting Company, LLC | 1,380,232.00 | Network Affiliation, NFL Supplement |
| Fox Broadcasting | Tribune Television Company | Tribune Broadcasting Company, LLC | 234,044.86 | Network Affiliation, NFL Supplement |
| Fox Broadcasting | Tribune Television Holdings, Inc. | Tribune Broadcasting Company, LLC | 62,534.51 | Network Affiliation, NFL Supplement |
| Fox Broadcasting | Tribune Television Northwest, Inc. | KCPQ, LLC | 320,850.91 | Network Affiliation, NFL Supplement |
| | | | 3,259,252.67 | |
| | | | | |
| **GE Capital Corp.** | | | | Financing |
| GE Capital Corp. | Tribune Media Services, Inc. | Tribune Media Services, LLC | TBD** | |
| GE Capital Corp. | The Hartford Courant Company | The Hartford Courant Company, LLC | TBD** | |
| GE Capital Corp. | Forum Publishing Group, Inc. | Forum Publishing Group, LLC | TBD** | |
| GE Capital Corp. | Chicago Tribune Company | Chicago Tribune Company, LLC | TBD** | |
| GE Capital Corp. | Tribune Publishing Company | Tribune Publishing Company | TBD** | |
| | | | TBD** | |
| | | | | |
| **Getty Images** | | | | Imaging Services |
| Getty Images | Chicago Tribune Company | Chicago Tribune Company, LLC | 6,694.77 | |
| Getty Images | The Hartford Courant Company | The Hartford Courant Company, LLC | 1,562.00 | |
| Getty Images | Los Angeles Times Communications LLC | Los Angeles Times Communications LLC | 13,698.39 | |
| Getty Images | Hoy, LLC | Tribune NO, LLC | 125.00 | |
| | | | 22,080.16 | |
| | | | | |
| Intelsat Corporation | Tribune Broadcasting News Network, Inc. | Tribune Washington Bureau Inc. | 80,934.40 | Satellite Services |
| | | | | |
| **[3]** Kamakazee Kiwi Corp. | Tribune Entertainment Company | Tribune Entertainment Company | 28,575.00 | Programming |

Exhibit B - Subsidiary Assumed Contracts/Leases
(As Amended May 4, 2012)

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

| Vendor | Pre-Emergence Legal Entity | Post-Emergence Legal Entity | Cure Amount | Category |
|---|---|---|---|---|
| **LexisNexis A Div. Of Reed Elsevier Inc** | | | | Research Services |
| LexisNexis A Div. Of Reed Elsevier Inc | Channel 40, Inc. | KTLA, LLC | 269.81 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Chicago Tribune Company | Chicago Tribune Company, LLC | 76,926.12 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Chicagoland Television News, Inc. | Chicagoland Television News, LLC | 1,470.97 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Hoy Publications, LLC | Hoy Publications, LLC | 2,138.41 | |
| LexisNexis A Div. Of Reed Elsevier Inc | KWGN, Inc. | KWGN, LLC | 500.70 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Los Angeles Times Communications LLC | Los Angeles Times Communications LLC | 86,842.35 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | 22,686.00 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Patuxent Publishing Company | Patuxent Publishing Company, LLC | 206.80 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Sun-Sentinel Company | Sun-Sentinel Company, LLC | 39,922.10 | |
| LexisNexis A Div. Of Reed Elsevier Inc | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 28,066.61 | |
| LexisNexis A Div. Of Reed Elsevier Inc | The Daily Press, Inc. | The Daily Press, LLC | 6,305.95 | |
| LexisNexis A Div. Of Reed Elsevier Inc | The Hartford Courant Company | The Hartford Courant Company, LLC | 10,217.66 | |
| LexisNexis A Div. Of Reed Elsevier Inc | The Morning Call, Inc. | The Morning Call, LLC | 9,272.90 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Tribune Media Net, Inc. | Tribune 365, LLC | 230.91 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Tribune Television Company | Tribune Broadcasting Company, LLC | 450.98 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Tribune Television Northwest, Inc. | KCPQ, LLC | 442.93 | |
| LexisNexis A Div. Of Reed Elsevier Inc | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 1,935.42 | |
| LexisNexis A Div. Of Reed Elsevier Inc | WPIX, Inc. | WPIX, LLC | 1,992.71 | |
| | | | 289,779.24 | |
| [4] MSA | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 25,029.74 | Data Storage |
| Multicorp | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 31,597.09 | Cleaning Services |
| **New Line Television** | | | | Broadcast Rights |
| New Line Television | KTLA, Inc. | KTLA, LLC | 9,750.00 | New Line 10 |
| New Line Television | WPIX, Inc. | WPIX, LLC | 19,475.81 | New Line 9 |
| New Line Television | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 36,169.35 | New Line 9 |
| | | | 65,395.16 | |
| **New York Times Syndication** | | | | Comics and Games |
| New York Times Syndication | Gold Coast Publications, Inc. | Gold Coast Publications, LLC | 450.00 | |
| New York Times Syndication | Los Angeles Times Communications LLC | Los Angeles Times Communications LLC | 62.16 | |
| New York Times Syndication | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | 792.00 | |
| New York Times Syndication | Sun-Sentinel Company | Sun-Sentinel Company, LLC | 323.66 | |
| New York Times Syndication | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 1,176.42 | |
| New York Times Syndication | The Hartford Courant Company | The Hartford Courant Company, LLC | 349.65 | |
| New York Times Syndication | The Morning Call, Inc. | The Morning Call, LLC | 418.02 | |
| | | | 3,571.91 | |

Exhibit B - Subsidiary Assumed Contracts/Leases
(As Amended May 4, 2012)

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

| Vendor | Pre-Emergence Legal Entity | Post-Emergence Legal Entity | Cure Amount | Category |
|---|---|---|---|---|
| **Oracle America, Inc.** | | | | |
| Oracle America, Inc. | Chicago Tribune Company | Chicago Tribune Company, LLC | TBD** | |
| Oracle America, Inc. | The Baltimore Sun Company | The Baltimore Sun Company, LLC | TBD** | |
| Oracle America, Inc. | Los Angeles Times Communications LLC | Los Angeles Times Communications LLC | TBD** | Technology Services |
| | | | TBD** | |
| **Penske Truck Leasing** | | | | |
| Penske Truck Leasing | The Hartford Courant Company | The Hartford Courant Company, LLC | 27,888.93 | Equipment Rental |
| Penske Truck Leasing | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 37,939.56 | |
| | | | 65,828.49 | |
| **Ryder Truck Rental, Inc.** | | | | |
| Ryder Truck Rental, Inc. | Chicago Tribune Company | Chicago Tribune Company, LLC | 183,113.45 | Equipment Rental |
| Ryder Truck Rental, Inc. | Homestead Publishing Co. | Homestead Publishing Co., LLC | 2,048.77 | |
| Ryder Truck Rental, Inc. | Sun-Sentinel Company | Sun-Sentinel Company, LLC | 9,814.67 | |
| Ryder Truck Rental, Inc. | Tribune Direct Marketing, Inc. | Tribune Direct Marketing, LLC | 486.50 | |
| Ryder Truck Rental, Inc. | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 229.23 | |
| | | | 195,692.62 | |
| **SESAC Inc** | Tribune Broadcasting Company | Tribune Broadcasting Company, LLC | 51,750.77 | Music Royalties |
| **Sony** | | | | **Broadcast Rights** |
| Sony | KPLR, Inc. | KPLR, Inc. | 38,783.33 | King of Queens |
| Sony | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 295,847.51 | Dream of Jeannie, Bewitched |
| | | | 334,630.84 | |
| [S] Tele Reach Inc | The Hartford Courant Company | The Hartford Courant Company, LLC | 40,748.50 | Subscription Sales |
| **TW Telecom Inc** | | | | |
| TW Telecom Inc | Tribune Media Services, Inc. | TBD** | | Telecommunications |
| TW Telecom Inc | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | TBD** | |
| TW Telecom Inc | KSWB Inc. | KSWB, LLC | TBD** | |
| TW Telecom Inc | WPIX, Inc. | WPIX, LLC | TBD** | |
| TW Telecom Inc | Los Angeles Times Communications LLC | Los Angeles Times Communications LLC | TBD** | |
| TW Telecom Inc | Tribune Television Company | Tribune Broadcasting Company, LLC | TBD** | |
| | | | TBD* | |

Exhibit B - Subsidiary Assumed Contracts/Leases
(As Amended May 4, 2012)

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

| Vendor | Pre-Emergence Legal Entity | Post-Emergence Legal Entity | Cure Amount | Category |
|---|---|---|---|---|
| **Universal Press Syndicate** | | | | Comics and Games |
| Universal Press Syndicate | Gold Coast Publications, Inc. | Gold Coast Publications, LLC | 77.20 | |
| Universal Press Syndicate | Sun-Sentinel Company | Sun-Sentinel Company, LLC | 3,962.79 | |
| Universal Press Syndicate | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 4,672.02 | |
| Universal Press Syndicate | Los Angeles Times Communications LLC | Los Angeles Times Communications LLC | 10,441.19 | |
| Universal Press Syndicate | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | 980.00 | |
| Universal Press Syndicate | The Daily Press, Inc. | The Daily Press, LLC | 879.46 | |
| Universal Press Syndicate | New Mass. Media, Inc. | Courant Specialty Products, Inc. | 367.33 | |
| Universal Press Syndicate | Chicago Tribune Company | Chicago Tribune Company, LLC | 27,023.66 | |
| Universal Press Syndicate | The Hartford Courant Company | The Hartford Courant Company, LLC | 8,842.80 | |
| Universal Press Syndicate | The Morning Call, Inc. | The Morning Call, LLC | 2,953.06 | |
| Universal Press Syndicate | Patuxent Publishing Company | Patuxent Publishing Company, LLC | 120.00 | |
| | | | 60,299.51 | |
| | | | | |
| USA Today | Tribune Media Services, Inc. | TMS News and Features, LLC | 20,233.42 | Syndication Content Provider |
| | | | | |
| **[6] Warner Brothers** | | | | Broadcast Rights |
| Warner Brothers | WPIX, Inc. | WPIX, LLC | 3,986,641.94 | Friends, Two and a Half Men |
| Warner Brothers | KTLA Inc. | KTLA, LLC | 3,158,762.81 | Friends, Two and a Half Men |
| Warner Brothers | Tribune Television Company | Tribune Broadcasting Company, LLC | 2,610,774.67 | Friends, Two and a Half Men |
| Warner Brothers | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 1,481,131.74 | Friends, Two and a Half Men |
| Warner Brothers | WDCW Broadcasting, Inc. | WDCW, LLC | 724,916.14 | Friends, Two and a Half Men |
| Warner Brothers | Tribune Television Northwest, Inc. | KCPQ, LLC | 841,736.05 | Friends, Two and a Half Men |
| Warner Brothers | Channel 39, Inc. | WSFL, LLC | 550,554.84 | Friends, Two and a Half Men |
| Warner Brothers | KIAH Inc. | KIAH, LLC | 474,290.42 | Friends, Two and a Half Men |
| Warner Brothers | KSWB, Inc. | KSWB, LLC | 407,626.71 | Two and a Half Men |
| Warner Brothers | Channel 40, Inc. | KTXL, LLC | 361,081.73 | Two and a Half Men |
| Warner Brothers | Tribune Broadcast Holdings, Inc. | Tribune Broadcasting Company, LLC | 501,770.72 | Friends, Two and a Half Men |
| Warner Brothers | KPLR, Inc. | KPLR, Inc. | 203,467.00 | Friends, Two and a Half Men |
| Warner Brothers | Tribune Television Holdings, Inc. | Tribune Broadcasting Company, LLC | 104,566.80 | Friends, Two and a Half Men |
| Warner Brothers | Tribune Television New Orleans, Inc. | Tribune Broadcasting New Orleans, LLC | 44,995.00 | Friends, Two and a Half Men |
| | | | 15,452,716.55 | |
| | | | | |
| [7] WDSU Television Inc | Tribune Television New Orleans, Inc. | Tribune Broadcasting New Orleans, LLC | 53,526.62 | Utility Provider |

Exhibit B - Subsidiary Assumed Contracts/Leases
(As Amended May 4, 2012)

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

| Vendor | Pre-Emergence Legal Entity | Post-Emergence Legal Entity | Cure Amount | Category |
|---|---|---|---|---|
| Xerox | | | | Copier Services |
| Xerox | California Community News Corporation | California Community News, LLC | 438.95 | |
| Xerox | Channel 40, Inc. | KTXL, LLC | 941.75 | |
| Xerox | Chicago Tribune Company | Chicago Tribune Company, LLC | 51,156.57 | |
| Xerox | Chicagoland Publishing Company | Chicagoland Publishing Company, LLC | 970.83 | |
| Xerox | Chicagoland Television News, Inc. | Chicagoland Television News, LLC | 104.00 | |
| Xerox | Eagle New Media Investments, LLC | Tribune Publishing Company, LLC | 697.68 | |
| Xerox | KWGN Inc. | KWGN, LLC | 1,325.04 | |
| Xerox | Los Angeles Times Communications LLC | Los Angeles Times Communications LLC | 12,773.33 | |
| Xerox | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | 7,224.68 | |
| Xerox | Southern Connecticut Newspapers, Inc. | Tribune Publishing Company, LLC | 265.19 | |
| Xerox | Star Community Publishing Group, LLC | Tribune ND, LLC | 2,291.99 | |
| Xerox | Sun-Sentinel Company | Sun-Sentinel Company, LLC | 28,199.56 | |
| Xerox | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 16,320.93 | |
| Xerox | The Daily Press, Inc. | The Daily Press, LLC | 8,742.23 | |
| Xerox | The Hartford Courant Company | The Hartford Courant Company, LLC | 4,432.82 | |
| Xerox | The Morning Call, Inc. | The Morning Call, LLC | 7,833.40 | |
| Xerox | Tribune Broadcasting Company | Tribune Broadcasting Company, LLC | 5,120.55 | |
| Xerox | Tribune Direct Marketing, Inc. | Tribune Direct Marketing, LLC | 36,145.21 | |
| Xerox | Tribune Media Net, Inc. | Tribune 365, LLC | 499.94 | |
| Xerox | Tribune Media Services, Inc. | TBD** | 3,553.83 | |
| Xerox | Tribune Publishing Company | Tribune Publishing Company, LLC | 770.73 | |
| Xerox | Tribune Television Company | Tribune Broadcasting Company, LLC | 1,470.42 | |
| Xerox | Tribune Television New Orleans, Inc. | Tribune Broadcasting New Orleans, LLC | 932.09 | |
| Xerox | Virginia Gazette Companies, LLC | The Daily Press, LLC | 44.81 | |
| Xerox | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 6,576.25 | |
| Xerox | WPIX, Inc. | WPIX, LLC | 80.08 | |
| | | | 198,912.86 | |
| **Grand Total** | | | **$   26,396,364.73** | |

Notes:
[1] Arm Solutions sold claims to Corre Opportunities Fund, L.P.
[2] Debenn Mercury sold claims to ASM Capital III, L.P.
[3] Kamalazee Xiwi Corp. has a reconciled claim for the amount listed and another claim (#5704) that, when reconciled, could increase the cure amount.
[4] MSA sold a claim to Longacre Opportunity Fund, L.P.
[5] Tele Reach sold claims to Longacre Opportunity Fund, L.P.
[6] Warner Bros sold claims to NBC Studios LLC.
[7] WDSU Television Inc sold claims to TKC Master Fund LLC.

** As of the date of this amended Exhibit, the Debtors have been unable to reach a final determination as to the proposed cure amounts relating to these contracts. The Debtors will continue to work with the contract parties to determine the correct cure amounts and the proper Post-Emergence Legal Entity.

**EXHIBIT C**

Exhibit C - Assumed Customer Program Obligations
(As Amended May 4, 2012)

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

| Agency | Advertiser | Pre-Emergence Legal Entity | Post-Emergence Legal Entity | Cure Amount | Category |
|---|---|---|---|---|---|
| 2008 Movie Package | Traitor/Movie | LA Times Communications, LLC | LA Times Communications, LLC | $ 5,080.00 | Advertising Credit |
| Allied Advertising Limited | Buena Vista Pictures | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 296.58 | Advertising Credit |
| Blitz Media | Sylvan Learning Ctr / C. Gables | Gold Coast Publications, Inc. | Sun-Sentinel Company, LLC | 2,387.50 | Advertising Credit |
| Lennar Cheaspeake Division | Lennar Chesapeake Division | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 489.44 | Advertising Credit |
| Mansi Media | Pier 1 Imports Inc | Orlando Sentinel Communications Company, LLC | Orlando Sentinel Communications Company, LLC | 205.80 | Advertising Credit |
| Mansi Media | Kia Motors | Orlando Sentinel Communications Company, LLC | Orlando Sentinel Communications Company, LLC | 98.93 | Advertising Credit |
| Mansi Media/Mnn | Hyundai Motor America | Chicago Tribune Company, LLC | Chicago Tribune Company, LLC | 943.49 | Advertising Credit |
| Media Solutions Advertising | Friedman'S Jeweler D.I.P. | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 12.48 | Advertising Credit |
| Media Space Solution | Abc Entertainment | LA Times Communications, LLC | LA Times Communications, LLC | 1,527.25 | Advertising Credit |
| Mediacom | Jetblue Corp | Orlando Sentinel Communications Company, LLC | Orlando Sentinel Communications Company, LLC | 14,105.50 | Advertising Credit |
| Metro Newspaper Services | US Customs & Border Protection | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 342.11 | Advertising Credit |
| News America Marketing Inc | U S Cellular | Hoy Publications, LLC | Hoy Publications, LLC | 1,038.10 | Advertising Credit |
| NNN-PA Disbursement | Procter & Gamble | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 957.92 | Advertising Credit |
| NSA Media | Linens N Things | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 4,722.28 | Advertising Credit |
| Office Max | Office Max | The Baltimore Sun Company, LLC | The Baltimore Sun Company, LLC | 376.74 | Advertising Credit |
| Publicitas - Spain | Spanish Tourist Board | Chicago Tribune Company, LLC | Chicago Tribune Company, LLC | 3,685.55 | Advertising Credit |
| Shaker Advertising Agcy IL | Peapod | Hoy Publications, LLC | Hoy Publications, LLC | 490.20 | Advertising Credit |
| Sunshine Travel Tours | Sunshine Travel Tours | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | 2,280.00 | Advertising Credit |
| Terry*Hines & Associtts Inc | America The Beautiful | LA Times Communications, LLC | LA Times Communications, LLC | 9,210.00 | Advertising Credit |
| THA/Grey | Warner Brothers | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | 7,265.00 | Advertising Credit |
| THA/Grey | Focus Film Productions | Chicago Tribune Company | Chicago Tribune Company, LLC | 3,699.20 | Advertising Credit |
| THA/Grey | Warner Brothers Films-Burbank (Print) | Chicago Tribune Company | Chicago Tribune Company, LLC | 2,962.56 | Advertising Credit |
| THA/Grey | Warner Independent Pictures | Chicago Tribune Company | Chicago Tribune Company, LLC | 3,890.55 | Advertising Credit |
| THA/Grey - Terry Hines & Assoc | Warner Brothers | Sun-Sentinel Company | Sun-Sentinel Company, LLC | 2,109.82 | Advertising Credit |
| The Miller Group | Ryan Homes | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 673.93 | Advertising Credit |
| TMP Worldwide | A General Client | LA Times Communications, LLC | LA Times Communications, LLC | 300.00 | Advertising Credit |
| TMP Worldwide | Colstar | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 157.55 | Advertising Credit |
| Tmp Worldwide | Genesis Eldercare | The Baltimore Sun Company, LLC | The Baltimore Sun Company, LLC | 57.18 | Advertising Credit |
| Tweeter Home Ent. Group | Tweeter Home Ent. Group | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | 281.16 | Advertising Credit |
| **Grand Total** | | | | **$ 69,450.84** | |

## EXHIBIT D

**Summary Of Restructuring Transactions**

# Tribune Company
# Restructuring Transactions

The following two column list provides information regarding the identity of each of the Debtors following the consummation of the Restructuring Transactions contemplated by the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [Docket No. 11399] (as may be modified, amended, or supplemented , the "Debtor/Committee/Lender Plan"). The column titled "Pre-Emergence Entity" in the table below provides the current identity of each Debtor. Set forth opposite each such Debtor is the identity of its anticipated successor following the consummation of the Restructuring Transactions. Any row that lists multiple entities in the "Post-Emergence Entity" column indicates that the "Pre-Emergence Entity" is contributing its businesses among the entities set forth in the column titled "Post-Emergence Entity". The state of incorporation or formation for each entity is listed in parentheses in the "Pre-Emergence Entity" column, and unless otherwise noted, Delaware is the state of formation for all entities listed in the "Post-Emergence Entity" column. Capitalized terms not defined herein have the meaning given in the Debtor/Committee Lender Plan. For more information regarding the Restructuring Transactions, please refer to Exhibit 5.2 of the Debtor/Committee Lender Plan. The Debtor/Committee/Lender Plan Proponents reserve the right to amend or modify the information set forth below.

|  | Pre-Emergence Entity | Post-Emergence Entity |
|---|---|---|
| 1. | Tribune Company (DE) | Tribune Company (no change) |
| 2. | 435 Production Company (DE) | Tribune Entertainment Company, LLC |
| 3. | 5800 Sunset Productions Inc. (DE) | Tribune Entertainment Company, LLC |
| 4. | Baltimore Newspaper Networks, Inc. (MD) | The Baltimore Sun Company, LLC |
| 5. | The Baltimore Sun Company (MD) | The Baltimore Sun Company, LLC |
| 6. | California Community News Corporation (DE) | California Community News, LLC |
| 7. | Candle Holdings Corporation (DE) | Tribune Investments, LLC |
| 8. | Channel 20, Inc. (DE) | Tribune Broadcasting Company, LLC |
| 9. | Channel 39, Inc. (DE) | WSFL, LLC |
| 10. | Channel 40, Inc. (DE) | KTXL, LLC |
| 11. | Chicago Avenue Construction Company (IL) | Chicago Tribune Company, LLC |
| 12. | ChicagoLand Microwave Licensee, Inc. (DE) | Chicagoland Television News, LLC |
| 13. | Chicagoland Publishing Company (DE) | Chicagoland Publishing Company, LLC |
| 14. | Chicagoland Television News, Inc. (DE) | Chicagoland Television News, LLC |
| 15. | Chicago River Production Company (DE) | Tribune Entertainment Company, LLC |
| 16. | Chicago Tribune Company (IL) | Chicago Tribune Company, LLC |
| 17. | Chicago Tribune Newspapers, Inc. (IL) | Chicago Tribune Company, LLC |
| 18. | Chicago Tribune Press Service, Inc. (IL) | Chicago Tribune Company, LLC |
| 19. | Courant Specialty Products, Inc. (CT) | The Hartford Courant Company, LLC |
| 20. | The Daily Press, Inc. (DE) | The Daily Press, LLC |
| 21. | Direct Mail Associates, Inc. (PA) | The Morning Call, LLC |

| | Pre-Emergence Entity | Post-Emergence Entity |
|---|---|---|
| 22. | Distribution Systems of America, Inc. (NY) | Tribune ND, LLC |
| 23. | Eagle New Media Investments, LLC (DE)[1] | Tribune Publishing Company, LLC Chicagoland Publishing Company, LLC |
| 24. | Eagle Publishing Investments, LLC (DE) | Tribune Investments, LLC |
| 25. | forsalebyowner.com corp. (NY) | forsalebyowner.com, LLC |
| 26. | ForSaleByOwner.com Referral Services LLC (FL) | ForSaleByOwner.com Referral Services LLC |
| 27. | Fortify Holdings Corporation (DE) | Tribune Investments, LLC |
| 28. | Forum Publishing Group, Inc. (DE) | Sun-Sentinel Company, LLC |
| 29. | Gold Coast Publications, Inc. (DE) | Sun-Sentinel Company, LLC |
| 30. | GreenCo, Inc. (DE) | Tribune Investments, LLC |
| 31. | The Hartford Courant Company (CT) | The Hartford Courant Company, LLC |
| 32. | Heart & Crown Advertising, Inc. (CT) | The Hartford Courant Company, LLC |
| 33. | Homeowners Realty, Inc. (UT) | forsalebyowner.com, LLC |
| 34. | Homestead Publishing Co. (MD) | The Baltimore Sun Company, LLC |
| 35. | Hoy, LLC (NY) | Tribune ND, LLC |
| 36. | Hoy Publications, LLC (DE) | Hoy Publications, LLC (no change) |
| 37. | InsertCo, Inc. (NY) | Tribune 365, LLC |
| 38. | Internet Foreclosure Service, Inc. (NY) | Internet Foreclosure Service, LLC |
| 39. | JuliusAir Company II, LLC (DE) | Tribune Investments, LLC |
| 40. | JuliusAir Company LLC (DE) | Tribune Investments, LLC |
| 41. | KIAH Inc. (DE) | KIAH, LLC |
| 42. | KPLR, Inc. (MO) | KPLR, Inc. (MO) (no change) |
| 43. | KSWB Inc. (DE) | KSWB, LLC |
| 44. | KTLA Inc. (CA) | KTLA, LLC |
| 45. | KWGN Inc. (DE) | KWGN, LLC |
| 46. | Los Angeles Times Communications LLC (DE) | Los Angeles Times Communications LLC (no change) |
| 47. | Los Angeles Times International, Ltd. (CA) | Los Angeles Times International, LLC |
| 48. | Los Angeles Times Newspapers, Inc. (DE) | Los Angeles Times Communications LLC |
| 49. | Magic T Music Publishing Company (DE) | Magic T Music Publishing Company, LLC |
| 50. | The Morning Call, Inc. (PA) | The Morning Call, LLC |
| 51. | NBBF, LLC (DE) | NBBF, LLC (no change) |
| 52. | Neocomm, Inc. (DE) | Orlando Sentinel Communications Company, LLC |
| 53. | New Mass. Media, Inc. (MA) | The Hartford Courant Company, LLC |
| 54. | Newscom Services, Inc. (DE) | Los Angeles Times International, LLC |
| 55. | Newspaper Readers Agency, Inc. (IL) | Chicago Tribune Company, LLC |
| 56. | North Michigan Production Company (DE) | Tribune Entertainment Company, LLC |
| 57. | North Orange Avenue Properties, Inc. (FL) | Orlando Sentinel Communications Company, LLC |
| 58. | Oak Brook Productions, Inc. (DE) | Oak Brook Productions, LLC |
| 59. | Orlando Sentinel Communications Company (DE) | Orlando Sentinel Communications Company, LLC |

[1] Eagle New Media Investments, LLC will convey the assets and liabilities of Chicago Magazine to Chicagoland Publishing Company, LLC and subsequently will merge into Tribune Publishing Company, LLC.

| | Pre-Emergence Entity | Post-Emergence Entity |
|---|---|---|
| 60. | The Other Company LLC (DE) | Tribune Broadcasting Company, LLC |
| 61. | Patuxent Publishing Company (MD) | The Baltimore Sun Company, LLC |
| 62. | Sentinel Communications News Ventures, Inc. (DE) | Orlando Sentinel Communications Company, LLC |
| 63. | Shepard's Inc. (DE) | Tribune Investments, LLC |
| 64. | Signs of Distinction, Inc. (MD) | The Baltimore Sun Company, LLC |
| 65. | Southern Connecticut Newspapers, Inc. (CT) | Tribune Publishing Company, LLC |
| 66. | Star Community Publishing Group, LLC (DE) | Tribune ND, LLC |
| 67. | Stemweb, Inc. (NY) | forsalebyowner.com, LLC |
| 68. | Sun-Sentinel Company (DE) | Sun-Sentinel Company, LLC |
| 69. | Times Mirror Land and Timber Company (OR) | Tribune Investments, LLC |
| 70. | Times Mirror Payroll Processing Company, Inc. (DE) | Tribune Investments, LLC |
| 71. | Times Mirror Services Company, Inc. (DE) | Tribune Investments, LLC |
| 72. | TMLH 2, Inc. (CA) | The Hartford Courant Company, LLC |
| 73. | TMLS I, Inc. (CA) | Tribune Publishing Company, LLC |
| 74. | TMS Entertainment Guides, Inc. (DE) | TMS Entertainment Guides, LLC |
| 75. | Tower Distribution Company (DE) | Tower Distribution Company, LLC |
| 76. | Towering T Music Publishing Company (DE) | Towering T Music Publishing Company, LLC |
| 77. | Tribune Broadcast Holdings, Inc. (DE)[2] | Tribune Broadcasting Indianapolis, LLC KRCW, LLC |
| 78. | Tribune Broadcasting Company (DE) | Tribune Broadcasting Company, LLC |
| 79. | Tribune Broadcasting Holdco, LLC (DE) | Tribune Broadcasting Company, LLC |
| 80. | Tribune California Properties, Inc. (DE) | Tribune Investments, LLC |
| 81. | Tribune CNLBC, LLC (DE) | Tribune CNLBC, LLC (no change) |
| 82. | Tribune Direct Marketing, Inc. (DE) | Tribune Direct Marketing, LLC |
| 83. | Tribune Entertainment Company (DE) | Tribune Entertainment Company, LLC |
| 84. | Tribune Entertainment Production Company (DE) | Tribune Entertainment Company, LLC |
| 85. | Tribune Finance, LLC (DE) | Tribune Investments, LLC |
| 86. | Tribune Finance Service Center, Inc. (DE) | Tribune Investments, LLC |
| 87. | Tribune License, Inc. (DE) | Tribune Publishing Company, LLC |
| 88. | Tribune Los Angeles, Inc. (DE) | Los Angeles Times Communications LLC |
| 89. | Tribune Manhattan Newspaper Holdings, Inc. (DE) | Tribune ND, LLC |
| 90. | Tribune Media Net, Inc. (DE) | Tribune 365, LLC |
| 91. | Tribune Media Services, Inc. (DE)[3] | Tribune Media Services, LLC TMS News and Features, LLC |
| 92. | Tribune Network Holdings Company (DE) | Tribune Broadcasting Company, LLC |

[2] Tribune Broadcast Holdings, Inc. will (i) convey assets and liabilities of the WTTV television station to Tribune Broadcasting Indianapolis, LLC and (ii) convey assets and liabilities of the KRCW television station to KRCW, LLC.

[3] Tribune Media Services, Inc. will convey the assets and liabilities of its syndication business to TMS News and Features, LLC and subsequently will convert into a new Delaware limited liability company named Tribune Media Services, LLC.

| | Pre-Emergence Entity | Post-Emergence Entity |
|---|---|---|
| 93. | Tribune New York Newspaper Holdings, LLC (DE) | Tribune ND, LLC |
| 94. | Tribune NM, Inc. (DE) | Tribune Publishing Company, LLC |
| 95. | Tribune Publishing Company (DE) | Tribune Publishing Company, LLC |
| 96. | Tribune Television Company (DE)[4] | Tribune Broadcasting Hartford, LLC<br>Tribune Broadcasting Indianapolis, LLC<br>KDAF, LLC<br>WPHL, LLC<br>WPMT, LLC |
| 97. | Tribune Television Holdings, Inc. (DE)[5] | WXMI, LLC<br>Tribune Broadcasting Seattle, LLC |
| 98. | Tribune Television New Orleans, Inc. (DE) | Tribune Broadcasting New Orleans, Inc. (no change) |
| 99. | Tribune Television Northwest, Inc. (DE) | Tribune Broadcasting Seattle, LLC |
| 100. | Tribune Washington Bureau Inc. (DE) | Tribune Washington Bureau, LLC |
| 101. | ValuMail, Inc. (CT) | The Hartford Courant Company, LLC |
| 102. | Virginia Community Shoppers, LLC (DE) | The Daily Press, LLC |
| 103. | Virginia Gazette Companies, LLC (DE) | The Daily Press, LLC |
| 104. | WATL, LLC (DE) | Tribune Broadcasting Company, LLC |
| 105. | WCWN LLC (DE) | Tribune Broadcasting Company, LLC |
| 106. | WDCW Broadcasting, Inc. (DE) | WDCW, LLC |
| 107. | WGN Continental Broadcasting Company (DE) | WGN Continental Broadcasting Company, LLC |
| 108. | WLVI Inc. (DE) | Tribune Broadcasting Company, LLC |
| 109. | WPIX, Inc. (DE) | WPIX, LLC |
| 110. | WCCT, Inc. (f/k/a WTXX Inc.) (DE) | Tribune Broadcasting Hartford, LLC |

[4] Tribune Television Company will convey (i) the assets and liabilities of the WTIC television station to Tribune Broadcasting Hartford, LLC, (ii) the assets and liabilities of the WXIN television station to Tribune Broadcasting Indianapolis, LLC, (iii) the assets and liabilities of the KDAF television station to KDAF, LLC, (iv) the assets and liabilities of the WPHL television station to WPHL, LLC and (v) the assets and liabilities of the WPMT television station to WPMT, LLC.

[5] Tribune Television Holdings, Inc. will (i) convey the assets and liabilities of the WXMI television station to WXMI, LLC and (ii) convey the assets and liabilities of the KZJO television station (formerly known as KMYQ) to Tribune Broadcasting Seattle, LLC.

**EXHIBIT E**

**Notice Of Restructuring Transactions**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF CONTRACTS AND LEASES PURSUANT TO RESTRUCTURING TRANSACTIONS

**PLEASE TAKE NOTICE THAT** on April 17, 2012, the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [Docket No. 11399] (as may be modified, amended, or supplemented , the "Debtor/Committee/Lender Plan") was filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtor/Committee/Lender Plan contemplates that the Debtors may enter into various Restructuring Transactions in connection with their emergence from their Chapter 11 Cases. As part of these Restructuring Transactions, some or all of the contracts and leases to which certain Debtors are a party will be assumed by, assigned to and/or vest in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

other affiliated Debtors or Reorganized Debtors that will be successors to the existing Debtor parties to such contracts. These affiliated Debtors or Reorganized Debtors shall become party to the applicable contract or lease, and the terms of such contract or lease shall remain in full force and effect (unless otherwise rejected pursuant to the terms of the Debtor/Committee/Lender Plan).

**PLEASE TAKE FURTHER NOTICE THAT** on May 4, 2012, the Debtor/Committee/Lender Plan Proponents filed with the Bankruptcy Court the Plan Supplement related to the Debtor/Committee/Lender Plan [Docket No. ●]. Exhibit 5.2 to the Debtor/Committee/Lender Plan (filed as part of the Plan Supplement) includes a detailed outline and schematic depiction of the specific Restructuring Transactions anticipated to occur prior to, on, or after the Effective Date (including illustrative charts detailing the Restructuring Transactions). Instructions on where you can obtain a copy of Exhibit 5.2 are set forth in the last paragraph of this Notice.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as Exhibit A is a table that provides information regarding the identify of each of the Debtor subsidiaries of Tribune Company (the "Subsidiaries") following the consummation of the Restructuring Transactions contemplated by the Debtor/Committee/Lender Plan. The column titled "Pre-Emergence Entity" on Exhibit A provides the current identity of each Subsidiary. Set forth opposite each such Subsidiary in the column titled "Post-Emergence Entity" is the identity of its anticipated successor following the consummation of the Restructuring Transactions.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtor/Committee/Lender Plan and the Plan Supplement, including Exhibit 5.2 to the Debtor/Committee/Lender Plan, are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801 and may be examined by parties in interest by visiting the Office of the Clerk of the Bankruptcy Court during business hours. In addition, any party in interest wishing to obtain copies of the Debtor/Committee/Lender Plan or the Plan Supplement may request such information by contacting the Voting Agent (i) by first-class mail addressed to: Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, PO Box 5014, New York, NY 10150-5014; (ii) by personal delivery or overnight courier to: Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017; or (iii) by telephoning the Voting Agent at (646) 282-2400. Copies of the Debtor/Committee/Lender Plan and the Plan Supplement are also available on the Internet free of charge at http://chapter11.epiqsystems.com/trb.

Dated: ●, 2012

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 570-0199
Facsimile: (312) 853-7036

COLE SCHOTZ MEISEL FORMAN
& LEONARD, P.A.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Counsel for Debtors and Debtors In Possession

2

**EXHIBIT A**

# Tribune Company
# Restructuring Transactions

      The following two column list provides information regarding the identity of each of the Debtors following the consummation of the Restructuring Transactions contemplated by the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [Docket No. 11399] (as may be modified, amended, or supplemented , the "Debtor/Committee/Lender Plan"). The column titled "Pre-Emergence Entity" in the table below provides the current identity of each Debtor. Set forth opposite each such Debtor is the identity of its anticipated successor following the consummation of the Restructuring Transactions. Any row that lists multiple entities in the "Post-Emergence Entity" column indicates that the "Pre-Emergence Entity" is contributing its businesses among the entities set forth in the column titled "Post-Emergence Entity". The state of incorporation or formation for each entity is listed in parentheses in the "Pre-Emergence Entity" column, and unless otherwise noted, Delaware is the state of formation for all entities listed in the "Post-Emergence Entity" column. Capitalized terms not defined herein have the meaning given in the Debtor/Committee Lender Plan. For more information regarding the Restructuring Transactions, please refer to Exhibit 5.2 of the Debtor/Committee Lender Plan. The Debtor/Committee/Lender Plan Proponents reserve the right to amend or modify the information set forth below.

|  | **Pre-Emergence Entity** | **Post-Emergence Entity** |
|---|---|---|
| 1. | Tribune Company (DE) | Tribune Company (no change) |
| 2. | 435 Production Company (DE) | Tribune Entertainment Company, LLC |
| 3. | 5800 Sunset Productions Inc. (DE) | Tribune Entertainment Company, LLC |
| 4. | Baltimore Newspaper Networks, Inc. (MD) | The Baltimore Sun Company, LLC |
| 5. | The Baltimore Sun Company (MD) | The Baltimore Sun Company, LLC |
| 6. | California Community News Corporation (DE) | California Community News, LLC |
| 7. | Candle Holdings Corporation (DE) | Tribune Investments, LLC |
| 8. | Channel 20, Inc. (DE) | Tribune Broadcasting Company, LLC |
| 9. | Channel 39, Inc. (DE) | WSFL, LLC |
| 10. | Channel 40, Inc. (DE) | KTXL, LLC |
| 11. | Chicago Avenue Construction Company (IL) | Chicago Tribune Company, LLC |
| 12. | ChicagoLand Microwave Licensee, Inc. (DE) | Chicagoland Television News, LLC |
| 13. | Chicagoland Publishing Company (DE) | Chicagoland Publishing Company, LLC |
| 14. | Chicagoland Television News, Inc. (DE) | Chicagoland Television News, LLC |
| 15. | Chicago River Production Company (DE) | Tribune Entertainment Company, LLC |
| 16. | Chicago Tribune Company (IL) | Chicago Tribune Company, LLC |
| 17. | Chicago Tribune Newspapers, Inc. (IL) | Chicago Tribune Company, LLC |
| 18. | Chicago Tribune Press Service, Inc. (IL) | Chicago Tribune Company, LLC |
| 19. | Courant Specialty Products, Inc. (CT) | The Hartford Courant Company, LLC |
| 20. | The Daily Press, Inc. (DE) | The Daily Press, LLC |
| 21. | Direct Mail Associates, Inc. (PA) | The Morning Call, LLC |

| | Pre-Emergence Entity | Post-Emergence Entity |
|---|---|---|
| 22. | Distribution Systems of America, Inc. (NY) | Tribune ND, LLC |
| 23. | Eagle New Media Investments, LLC (DE)[1] | Tribune Publishing Company, LLC Chicagoland Publishing Company, LLC |
| 24. | Eagle Publishing Investments, LLC (DE) | Tribune Investments, LLC |
| 25. | forsalebyowner.com corp. (NY) | forsalebyowner.com, LLC |
| 26. | ForSaleByOwner.com Referral Services LLC (FL) | ForSaleByOwner.com Referral Services LLC |
| 27. | Fortify Holdings Corporation (DE) | Tribune Investments, LLC |
| 28. | Forum Publishing Group, Inc. (DE) | Sun-Sentinel Company, LLC |
| 29. | Gold Coast Publications, Inc. (DE) | Sun-Sentinel Company, LLC |
| 30. | GreenCo, Inc. (DE) | Tribune Investments, LLC |
| 31. | The Hartford Courant Company (CT) | The Hartford Courant Company, LLC |
| 32. | Heart & Crown Advertising, Inc. (CT) | The Hartford Courant Company, LLC |
| 33. | Homeowners Realty, Inc. (UT) | forsalebyowner.com, LLC |
| 34. | Homestead Publishing Co. (MD) | The Baltimore Sun Company, LLC |
| 35. | Hoy, LLC (NY) | Tribune ND, LLC |
| 36. | Hoy Publications, LLC (DE) | Hoy Publications, LLC (no change) |
| 37. | InsertCo, Inc. (NY) | Tribune 365, LLC |
| 38. | Internet Foreclosure Service, Inc. (NY) | Internet Foreclosure Service, LLC |
| 39. | JuliusAir Company II, LLC (DE) | Tribune Investments, LLC |
| 40. | JuliusAir Company LLC (DE) | Tribune Investments, LLC |
| 41. | KIAH Inc. (DE) | KIAH, LLC |
| 42. | KPLR, Inc. (MO) | KPLR, Inc. (MO) (no change) |
| 43. | KSWB Inc. (DE) | KSWB, LLC |
| 44. | KTLA Inc. (CA) | KTLA, LLC |
| 45. | KWGN Inc. (DE) | KWGN, LLC |
| 46. | Los Angeles Times Communications LLC (DE) | Los Angeles Times Communications LLC (no change) |
| 47. | Los Angeles Times International, Ltd. (CA) | Los Angeles Times International, LLC |
| 48. | Los Angeles Times Newspapers, Inc. (DE) | Los Angeles Times Communications LLC |
| 49. | Magic T Music Publishing Company (DE) | Magic T Music Publishing Company, LLC |
| 50. | The Morning Call, Inc. (PA) | The Morning Call, LLC |
| 51. | NBBF, LLC (DE) | NBBF, LLC (no change) |
| 52. | Neocomm, Inc. (DE) | Orlando Sentinel Communications Company, LLC |
| 53. | New Mass. Media, Inc. (MA) | The Hartford Courant Company, LLC |
| 54. | Newscom Services, Inc. (DE) | Los Angeles Times International, LLC |
| 55. | Newspaper Readers Agency, Inc. (IL) | Chicago Tribune Company, LLC |
| 56. | North Michigan Production Company (DE) | Tribune Entertainment Company, LLC |
| 57. | North Orange Avenue Properties, Inc. (FL) | Orlando Sentinel Communications Company, LLC |
| 58. | Oak Brook Productions, Inc. (DE) | Oak Brook Productions, LLC |
| 59. | Orlando Sentinel Communications Company (DE) | Orlando Sentinel Communications Company, LLC |

---

[1] Eagle New Media Investments, LLC will convey the assets and liabilities of Chicago Magazine to Chicagoland Publishing Company, LLC and subsequently will merge into Tribune Publishing Company, LLC.

| | Pre-Emergence Entity | Post-Emergence Entity |
|---|---|---|
| 60. | The Other Company LLC (DE) | Tribune Broadcasting Company, LLC |
| 61. | Patuxent Publishing Company (MD) | The Baltimore Sun Company, LLC |
| 62. | Sentinel Communications News Ventures, Inc. (DE) | Orlando Sentinel Communications Company, LLC |
| 63. | Shepard's Inc. (DE) | Tribune Investments, LLC |
| 64. | Signs of Distinction, Inc. (MD) | The Baltimore Sun Company, LLC |
| 65. | Southern Connecticut Newspapers, Inc. (CT) | Tribune Publishing Company, LLC |
| 66. | Star Community Publishing Group, LLC (DE) | Tribune ND, LLC |
| 67. | Stemweb, Inc. (NY) | forsalebyowner.com, LLC |
| 68. | Sun-Sentinel Company (DE) | Sun-Sentinel Company, LLC |
| 69. | Times Mirror Land and Timber Company (OR) | Tribune Investments, LLC |
| 70. | Times Mirror Payroll Processing Company, Inc. (DE) | Tribune Investments, LLC |
| 71. | Times Mirror Services Company, Inc. (DE) | Tribune Investments, LLC |
| 72. | TMLH 2, Inc. (CA) | The Hartford Courant Company, LLC |
| 73. | TMLS I, Inc. (CA) | Tribune Publishing Company, LLC |
| 74. | TMS Entertainment Guides, Inc. (DE) | TMS Entertainment Guides, LLC |
| 75. | Tower Distribution Company (DE) | Tower Distribution Company, LLC |
| 76. | Towering T Music Publishing Company (DE) | Towering T Music Publishing Company, LLC |
| 77. | Tribune Broadcast Holdings, Inc. (DE)[2] | Tribune Broadcasting Indianapolis, LLC KRCW, LLC |
| 78. | Tribune Broadcasting Company (DE) | Tribune Broadcasting Company, LLC |
| 79. | Tribune Broadcasting Holdco, LLC (DE) | Tribune Broadcasting Company, LLC |
| 80. | Tribune California Properties, Inc. (DE) | Tribune Investments, LLC |
| 81. | Tribune CNLBC, LLC (DE) | Tribune CNLBC, LLC (no change) |
| 82. | Tribune Direct Marketing, Inc. (DE) | Tribune Direct Marketing, LLC |
| 83. | Tribune Entertainment Company (DE) | Tribune Entertainment Company, LLC |
| 84. | Tribune Entertainment Production Company (DE) | Tribune Entertainment Company, LLC |
| 85. | Tribune Finance, LLC (DE) | Tribune Investments, LLC |
| 86. | Tribune Finance Service Center, Inc. (DE) | Tribune Investments, LLC |
| 87. | Tribune License, Inc. (DE) | Tribune Publishing Company, LLC |
| 88. | Tribune Los Angeles, Inc. (DE) | Los Angeles Times Communications LLC |
| 89. | Tribune Manhattan Newspaper Holdings, Inc. (DE) | Tribune ND, LLC |
| 90. | Tribune Media Net, Inc. (DE) | Tribune 365, LLC |
| 91. | Tribune Media Services, Inc. (DE)[3] | Tribune Media Services, LLC TMS News and Features, LLC |
| 92. | Tribune Network Holdings Company (DE) | Tribune Broadcasting Company, LLC |

[2] Tribune Broadcast Holdings, Inc. will (i) convey assets and liabilities of the WTTV television station to Tribune Broadcasting Indianapolis, LLC and (ii) convey assets and liabilities of the KRCW television station to KRCW, LLC.

[3] Tribune Media Services, Inc. will convey the assets and liabilities of its syndication business to TMS News and Features, LLC and subsequently will convert into a new Delaware limited liability company named Tribune Media Services, LLC.

3

| | Pre-Emergence Entity | Post-Emergence Entity |
|---|---|---|
| 93. | Tribune New York Newspaper Holdings, LLC (DE) | Tribune ND, LLC |
| 94. | Tribune NM, Inc. (DE) | Tribune Publishing Company, LLC |
| 95. | Tribune Publishing Company (DE) | Tribune Publishing Company, LLC |
| 96. | Tribune Television Company (DE)[4] | Tribune Broadcasting Hartford, LLC<br>Tribune Broadcasting Indianapolis, LLC<br>KDAF, LLC<br>WPHL, LLC<br>WPMT, LLC |
| 97. | Tribune Television Holdings, Inc. (DE)[5] | WXMI, LLC<br>Tribune Broadcasting Seattle, LLC |
| 98. | Tribune Television New Orleans, Inc. (DE) | Tribune Broadcasting New Orleans, Inc. (no change) |
| 99. | Tribune Television Northwest, Inc. (DE) | Tribune Broadcasting Seattle, LLC |
| 100. | Tribune Washington Bureau Inc. (DE) | Tribune Washington Bureau, LLC |
| 101. | ValuMail, Inc. (CT) | The Hartford Courant Company, LLC |
| 102. | Virginia Community Shoppers, LLC (DE) | The Daily Press, LLC |
| 103. | Virginia Gazette Companies, LLC (DE) | The Daily Press, LLC |
| 104. | WATL, LLC (DE) | Tribune Broadcasting Company, LLC |
| 105. | WCWN LLC (DE) | Tribune Broadcasting Company, LLC |
| 106. | WDCW Broadcasting, Inc. (DE) | WDCW, LLC |
| 107. | WGN Continental Broadcasting Company (DE) | WGN Continental Broadcasting Company, LLC |
| 108. | WLVI Inc. (DE) | Tribune Broadcasting Company, LLC |
| 109. | WPIX, Inc. (DE) | WPIX, LLC |
| 110. | WCCT, Inc. (f/k/a WTXX Inc.) (DE) | Tribune Broadcasting Hartford, LLC |

---

[4] Tribune Television Company will convey (i) the assets and liabilities of the WTIC television station to Tribune Broadcasting Hartford, LLC, (ii) the assets and liabilities of the WXIN television station to Tribune Broadcasting Indianapolis, LLC, (iii) the assets and liabilities of the KDAF television station to KDAF, LLC, (iv) the assets and liabilities of the WPHL television station to WPHL, LLC and (v) the assets and liabilities of the WPMT television station to WPMT, LLC.

[5] Tribune Television Holdings, Inc. will (i) convey the assets and liabilities of the WXMI television station to WXMI, LLC and (ii) convey the assets and liabilities of the KZJO television station (formerly known as KMYQ) to Tribune Broadcasting Seattle, LLC.