# EXHIBIT 2

## BLACK LINE AMENDED GLOBAL CONTRACT EXHIBITS D AND E

# EXHIBIT D

## Summary Of Restructuring Transactions

# Tribune Company
## Restructuring Transactions

The following two column list provides information regarding the identity of each of the Debtors following the consummation of the Restructuring Transactions contemplated by the ~~Second~~Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [Docket No. ~~7801~~11399] (as may be modified, amended, or supplemented~~)~~ (, the "Debtor/Committee/Lender Plan"). The column titled "Pre-Emergence Entity" in the table below provides the current identity of each Debtor. Set forth opposite each such Debtor is the identity of its anticipated successor following the consummation of the Restructuring Transactions. Any row that lists multiple entities in the "Post-Emergence Entity" column indicates that the "Pre-Emergence Entity" is contributing its businesses among the entities set forth in the column titled "Post-Emergence Entity". The state of incorporation or formation for each entity is listed in parentheses in the "Pre-Emergence Entity" column, and unless otherwise noted, Delaware is the state of formation for all entities listed in the "Post-Emergence Entity" column. Capitalized terms not defined herein have the meaning given in the Debtor/Committee Lender Plan. For more information regarding the Restructuring Transactions, please refer to Exhibit 5.2 of the Debtor/Committee Lender Plan. The Debtor/Committee/Lender Plan Proponents reserve the right to amend or modify the information set forth below.

|     | **Pre-Emergence Entity** | **Post-Emergence Entity** |
| --- | --- | --- |
| 1.  | Tribune Company (DE) | Tribune Company (no change) |
| 2.  | 435 Production Company (DE) | Tribune Entertainment Company, LLC |
| 3.  | 5800 Sunset Productions Inc. (DE) | Tribune Entertainment Company, LLC |
| 4.  | Baltimore Newspaper Networks, Inc. (MD) | ~~Patuxent Publishing~~The Baltimore Sun Company, LLC |
| 5.  | The Baltimore Sun Company (MD) | The Baltimore Sun Company, LLC |
| 6.  | California Community News Corporation (DE) | California Community News, LLC |
| 7.  | Candle Holdings Corporation (DE) | Tribune Investments, LLC |
| 8.  | Channel 20, Inc. (DE) | Tribune Broadcasting Company, LLC |
| 9.  | Channel 39, Inc. (DE) | WSFL, LLC |
| 10. | Channel 40, Inc. (DE) | KTXL, LLC |
| 11. | Chicago Avenue Construction Company (IL) | Chicago Tribune Company, LLC |
| 12. | ChicagoLand Microwave Licensee, Inc. (DE) | ~~ChicagoLand~~Chicagoland Television News, LLC |
| 13. | Chicagoland Publishing Company (DE) | Chicagoland Publishing Company, LLC |
| 14. | Chicagoland Television News, Inc. (DE) | Chicagoland Television News, LLC |
| 15. | Chicago River Production Company (DE) | Tribune Entertainment Company, LLC |
| 16. | Chicago Tribune Company (IL) | Chicago Tribune Company, LLC |
| 17. | Chicago Tribune Newspapers, Inc. (IL) | Chicago Tribune Company, LLC |
| 18. | Chicago Tribune Press Service, Inc. (IL) | Chicago Tribune Company, LLC |
| 19. | Courant Specialty Products, Inc. (CT) | The Hartford Courant Company, LLC |
| 20. | The Daily Press, Inc. (DE) | The Daily Press, LLC |
| 21. | Direct Mail Associates, Inc. (PA) | The Morning Call, LLC |
| 22. | Distribution Systems of America, Inc. (NY) | Tribune ND, LLC |

|  | **Pre-Emergence Entity** | **Post-Emergence Entity** |
|---|---|---|
| 23. | Eagle New Media Investments, LLC (DE)* | Tribune Publishing Company, LLC Chicagoland Publishing Company, LLC |
| 24. | Eagle Publishing Investments, LLC (DE) | Tribune Investments, LLC |
| 25. | forsalebyowner.com corp. (NY) | forsalebyowner.com, LLC |
| 26. | ForSaleByOwner.com Referral Services LLC (FL) | ForSaleByOwner.com Referral Services LLC |
| 27. | Fortify Holdings Corporation (DE) | Tribune Investments, LLC |
| 28. | Forum Publishing Group, Inc. (DE) | Sun-Sentinel Company, LLC |
| 29. | Gold Coast Publications, Inc. (DE) | Sun-Sentinel Company, LLC |
| 30. | GreenCo, Inc. (DE) | Tribune Investments, LLC |
| 31. | The Hartford Courant Company (CT) | The Hartford Courant Company, LLC |
| 32. | Heart & Crown Advertising, Inc. (CT) | The Hartford Courant Company, LLC |
| 33. | Homeowners Realty, Inc. (UT) | forsalebyowner.com, LLC |
| 34. | Homestead Publishing Co. (MD) | ~~Homestead Publishing Co.~~The Baltimore Sun Company, LLC |
| 35. | Hoy, LLC (NY) | Tribune ND, LLC |
| 36. | Hoy Publications, LLC (DE) | Hoy Publications, LLC (no change) |
| 37. | InsertCo, Inc. (NY) | Tribune 365, LLC |
| 38. | Internet Foreclosure Service, Inc. (NY) | Internet Foreclosure Service, LLC |
| 39. | JuliusAir Company II, LLC (DE) | Tribune Investments, LLC |
| 40. | JuliusAir Company LLC (DE) | Tribune Investments, LLC |
| 41. | KIAH Inc. (DE) | KIAH, LLC |
| 42. | KPLR, Inc. (MO) | KPLR, Inc. (MO) (no change) |
| 43. | KSWB Inc. (DE) | KSWB, LLC |
| 44. | KTLA Inc. (CA) | KTLA, LLC |
| 45. | KWGN Inc. (DE) | KWGN, LLC |
| 46. | Los Angeles Times Communications LLC (DE) | Los Angeles Times Communications LLC (no change) |
| 47. | Los Angeles Times International, Ltd. (CA) | Los Angeles Times International, LLC |
| 48. | Los Angeles Times Newspapers, Inc. (DE) | Los Angeles Times Communications LLC |
| 49. | Magic T Music Publishing Company (DE) | Magic T Music Publishing Company, LLC |
| 50. | The Morning Call, Inc. (PA) | The Morning Call, LLC |
| 51. | NBBF, LLC (DE) | NBBF, LLC (no change) |
| 52. | Neocomm, Inc. (DE) | Orlando Sentinel Communications Company, LLC |
| 53. | New Mass. Media, Inc. (MA) | The Hartford Courant Company, LLC |
| 54. | Newscom Services, Inc. (DE) | ~~Tribune Publishing Company~~Los Angeles Times International, LLC |
| 55. | Newspaper Readers Agency, Inc. (IL) | Chicago Tribune Company, LLC |
| 56. | North Michigan Production Company (DE) | Tribune Entertainment Company, LLC |
| 57. | North Orange Avenue Properties, Inc. (FL) | Orlando Sentinel Communications Company, LLC |
| 58. | Oak Brook Productions, Inc. (DE) | Oak Brook Productions, LLC |
| 59. | Orlando Sentinel Communications | Orlando Sentinel Communications Company, |

---

* Eagle New Media Investments, LLC will convey the assets and liabilities of Chicago Magazine to Chicagoland Publishing Company, LLC and subsequently will merge into Tribune Publishing Company, LLC.

3

|  | **Pre-Emergence Entity** | **Post-Emergence Entity** |
|---|---|---|
|  | Company (DE) | LLC |
| 60. | The Other Company LLC (DE) | ~~The Other~~Tribune Broadcasting Company, LLC ~~(no change)~~ |
| 61. | Patuxent Publishing Company (MD) | ~~Patuxent Publishing~~The Baltimore Sun Company, LLC |
| ~~62.~~ | ~~Publishers Forest Products Co. of Washington (WA)~~ | ~~Tribune Investments, LLC~~ |
| 62. ~~63.~~ | Sentinel Communications News Ventures, Inc. (DE) | Orlando Sentinel Communications Company, LLC |
| 63. ~~64.~~ | Shepard's Inc. (DE) | Tribune Investments, LLC |
| 64. ~~65.~~ | Signs of Distinction, Inc. (MD) | The Baltimore Sun Company, LLC |
| 65. ~~66.~~ | Southern Connecticut Newspapers, Inc. (CT) | Tribune Publishing Company, LLC |
| 66. ~~67.~~ | Star Community Publishing Group, LLC (DE) | Tribune ND, LLC |
| 67. ~~68.~~ | Stemweb, Inc. (NY) | forsalebyowner.com, LLC |
| 68. ~~69.~~ | Sun-Sentinel Company (DE) | Sun-Sentinel Company, LLC |
| 69. ~~70.~~ | Times Mirror Land and Timber Company (OR) | Tribune Investments, LLC |
| 70. ~~71.~~ | Times Mirror Payroll Processing Company, Inc. (DE) | Tribune Investments, LLC |
| 71. ~~72.~~ | Times Mirror Services Company, Inc. (DE) | Tribune Investments, LLC |
| 72. ~~73.~~ | TMLH 2, Inc. (CA) | The Hartford Courant Company, LLC |
| 73. ~~74.~~ | TMLS I, Inc. (CA) | Tribune Publishing Company, LLC |
| 74. ~~75.~~ | TMS Entertainment Guides, Inc. (DE) | TMS Entertainment Guides, LLC |
| 75. ~~76.~~ | Tower Distribution Company (DE) | Tower Distribution Company, LLC |

4

|  | **Pre-Emergence Entity** | **Post-Emergence Entity** |
|---|---|---|
| 76. ~~77~~ | Towering T Music Publishing Company (DE) | Towering T Music Publishing Company, LLC |
| 77. ~~78~~ | Tribune Broadcast Holdings, Inc. (DE)[†] | ~~WTTV~~Tribune Broadcasting Indianapolis, LLC KRCW, LLC |
| 78. ~~79~~ | Tribune Broadcasting Company (DE) | Tribune Broadcasting Company, LLC |
| 79. ~~80~~ | Tribune Broadcasting Holdco, LLC (DE) | Tribune Broadcasting Company, LLC |
| 80. ~~81~~ | Tribune California Properties, Inc. (DE) | Tribune Investments, LLC |
| 81. ~~82~~ | Tribune CNLBC, LLC (DE) | Tribune CNLBC, LLC (no change) |
| 82. ~~83~~ | Tribune Direct Marketing, Inc. (DE) | Tribune Direct Marketing, LLC |
| 83. ~~84~~ | Tribune Entertainment Company (DE) | Tribune Entertainment Company, LLC |
| 84. ~~85~~ | Tribune Entertainment Production Company (DE) | Tribune Entertainment Company, LLC |
| 85. ~~86~~ | Tribune Finance, LLC (DE) | Tribune Investments, LLC |
| 86. ~~87~~ | Tribune Finance Service Center, Inc. (DE) | Tribune Investments, LLC |
| 87. ~~88~~ | Tribune License, Inc. (DE) | Tribune Publishing Company, LLC |
| 88. ~~89~~ | Tribune Los Angeles, Inc. (DE) | Los Angeles Times Communications LLC |
| 89. ~~90~~ | Tribune Manhattan Newspaper Holdings, Inc. (DE) | Tribune ND, LLC |

[†] Tribune Broadcast Holdings, Inc. will (i) convey assets and liabilities of the WTTV television station to ~~WTTV~~Tribune Broadcasting Indianapolis, LLC and (ii) convey assets and liabilities of the KRCW television station to KRCW, LLC.

5

|  | **Pre-Emergence Entity** | **Post-Emergence Entity** |
|---|---|---|
| 90. 9̶1̶.̶ | Tribune Media Net, Inc. (DE) | Tribune 365, LLC |
| 91. 9̶2̶.̶ | Tribune Media Services, Inc. (DE)‡ | Tribune Media Services, LLC<br>TMS News and Features, LLC |
| 92. 9̶3̶.̶ | Tribune Network Holdings Company (DE) | Tribune Broadcasting Company, LLC |
| 93. 9̶4̶.̶ | Tribune New York Newspaper Holdings, LLC (DE) | Tribune ND, LLC |
| 94. 9̶5̶.̶ | Tribune NM, Inc. (DE) | Tribune Publishing Company, LLC |
| 95. 9̶6̶.̶ | Tribune Publishing Company (DE) | Tribune Publishing Company, LLC |
| 96. 9̶7̶.̶ | Tribune Television Company (DE)‡§ | W̶T̶I̶C̶Tribune Broadcasting Hartford, LLC<br>W̶X̶I̶N̶,̶ ̶L̶L̶C̶Tribune Broadcasting Indianapolis, LLC<br>KDAF, LLC<br>WPHL, LLC<br>WPMT, LLC |
| 97. 9̶8̶.̶ | Tribune Television Holdings, Inc. (DE)§**  | WXMI, LLC<br>K̶Z̶J̶O̶,̶ ̶L̶L̶C̶Tribune Broadcasting Seattle, LLC |
| 98. 9̶9̶.̶ | Tribune Television New Orleans, Inc. (DE) | Tribune Broadcasting New Orleans, L̶L̶C̶Inc. (no change) |
| 99. 1̶0̶0̶.̶ | Tribune Television Northwest, Inc. (DE) | K̶C̶P̶Q̶Tribune Broadcasting Seattle, LLC |

‡ Tribune Media Services, Inc. will convey the assets and liabilities of its syndication business to TMS News and Features, LLC and subsequently will convert into a new Delaware limited liability company named Tribune Media Services, LLC.

‡§ Tribune Television Company will convey (i) the assets and liabilities of the WTIC television station to W̶T̶I̶C̶Tribune Broadcasting Hartford, LLC, (ii) the assets and liabilities of the WXIN television station to W̶X̶I̶N̶Tribune Broadcasting Indianapolis, LLC, (iii) the assets and liabilities of the KDAF television station to KDAF, LLC, (iv) the assets and liabilities of the WPHL television station to WPHL, LLC and (v) the assets and liabilities of the WPMT television station to WPMT, LLC.

§ T̶r̶i̶b̶u̶n̶e̶ ̶T̶e̶l̶e̶v̶i̶s̶i̶o̶n̶ ̶H̶o̶l̶d̶i̶n̶g̶s̶,̶ ̶I̶n̶c̶.̶ ̶w̶i̶l̶l̶ ̶(̶i̶)̶ ̶c̶o̶n̶v̶e̶y̶ ̶t̶h̶e̶ ̶a̶s̶s̶e̶t̶s̶ ̶a̶n̶d̶ ̶l̶i̶a̶b̶i̶l̶i̶t̶i̶e̶s̶ ̶o̶f̶ ̶t̶h̶e̶ ̶W̶X̶M̶I̶ ̶t̶e̶l̶e̶v̶i̶s̶i̶o̶n̶ ̶s̶t̶a̶t̶i̶o̶n̶ ̶t̶o̶ ̶W̶X̶M̶I̶,̶ ̶L̶L̶C̶ ̶a̶n̶d̶ ̶(̶i̶i̶)̶ ̶c̶o̶n̶v̶e̶y̶ ̶t̶h̶e̶ ̶a̶s̶s̶e̶t̶s̶ ̶a̶n̶d̶ ̶l̶i̶a̶b̶i̶l̶i̶t̶i̶e̶s̶ ̶o̶f̶ ̶t̶h̶e̶ ̶K̶Z̶J̶O̶ ̶t̶e̶l̶e̶v̶i̶s̶i̶o̶n̶ ̶s̶t̶a̶t̶i̶o̶n̶ ̶(̶f̶o̶r̶m̶e̶r̶l̶y̶ ̶k̶n̶o̶w̶n̶ ̶a̶s̶ ̶K̶M̶Y̶Q̶)̶ ̶t̶o̶ ̶K̶Z̶J̶O̶,̶ ̶L̶L̶C̶.̶

** Tribune Television Holdings, Inc. will (i) convey the assets and liabilities of the WXMI television station to WXMI, LLC and (ii) convey the assets and liabilities of the KZJO television station (formerly known as KMYQ) to Tribune Broadcasting Seattle, LLC.

6

|  | **Pre-Emergence Entity** | **Post-Emergence Entity** |
|---|---|---|
| 100. ~~101.~~ | Tribune Washington Bureau Inc. (DE) | Tribune Washington Bureau, LLC |
| 101. ~~102.~~ | ValuMail, Inc. (CT) | The Hartford Courant Company, LLC |
| 102. ~~103.~~ | Virginia Community Shoppers, LLC (DE) | The Daily Press, LLC |
| 103. ~~104.~~ | Virginia Gazette Companies, LLC (DE) | The Daily Press, LLC |
| 104. ~~105.~~ | WATL, LLC (DE) | Tribune Broadcasting Company, LLC |
| 105. ~~106.~~ | WCWN LLC (DE) | Tribune Broadcasting Company, LLC |
| 106. ~~107.~~ | WDCW Broadcasting, Inc. (DE) | WDCW, LLC |
| 107. ~~108.~~ | WGN Continental Broadcasting Company (DE) | WGN Continental Broadcasting Company, LLC |
| 108. ~~109.~~ | WLVI Inc. (DE) | Tribune Broadcasting Company, LLC |
| 109. ~~110.~~ | WPIX, Inc. (DE) | WPIX, LLC |
| 110. ~~111.~~ | WCCT, Inc. (f/k/a WTXX Inc.) (DE) | ~~WCCT~~Tribune Broadcasting Hartford, LLC |

# EXHIBIT E

**Notice Of Restructuring Transactions**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[*] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF CONTRACTS AND LEASES PURSUANT TO RESTRUCTURING TRANSACTIONS**

**PLEASE TAKE NOTICE THAT** on ~~February 4, 2011,~~April 17, 2012, the ~~Second~~Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [Docket No. ~~7801~~11399] (as may be modified, amended, or supplemented, the "Debtor/Committee/Lender Plan") was filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtor/Committee/Lender Plan contemplates that the Debtors may enter into various Restructuring Transactions in connection with their emergence from their Chapter 11 Cases. As part of these Restructuring Transactions, some or all of the contracts and leases to which certain Debtors are a party will be assumed by, assigned to and/or vest in

---

[*] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

other affiliated Debtors or Reorganized Debtors that will be successors to the existing Debtor parties to such contracts. These affiliated Debtors or Reorganized Debtors shall become party to the applicable contract or lease, and the terms of such contract or lease shall remain in full force and effect (unless otherwise rejected pursuant to the terms of the Debtor/Committee/Lender Plan).

**PLEASE TAKE FURTHER NOTICE THAT** on ~~January 31, 2011,~~ May 4, 2012, the Debtor/Committee/Lender Plan Proponents filed with the Bankruptcy Court the Plan Supplement related to the Debtor/Committee/Lender Plan [Docket No. ~~7701~~●]. Exhibit 5.2 to the Debtor/Committee/Lender Plan (filed as part of the Plan Supplement) includes a detailed outline and schematic depiction of the specific Restructuring Transactions anticipated to occur prior to, on, or after the Effective Date (including illustrative charts detailing the Restructuring Transactions). Instructions on where you can obtain a copy of Exhibit 5.2 are set forth in the last paragraph of this Notice.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as Exhibit A is a table that provides information regarding the identify of each of the Debtor subsidiaries of Tribune Company (the "Subsidiaries") following the consummation of the Restructuring Transactions contemplated by the Debtor/Committee/Lender Plan. The column titled "Pre-Emergence Entity" on Exhibit A provides the current identity of each Subsidiary. Set forth opposite each such Subsidiary in the column titled "Post-Emergence Entity" is the identity of its anticipated successor following the consummation of the Restructuring Transactions.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtor/Committee/Lender Plan and the Plan Supplement, including Exhibit 5.2 to the Debtor/Committee/Lender Plan, are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801 and may be examined by parties in interest by visiting the Office of the Clerk of the Bankruptcy Court during business hours. In addition, any party in interest wishing to obtain copies of the Debtor/Committee/Lender Plan or the Plan Supplement may request such information by contacting the Voting Agent (i) by first-class mail addressed to: Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, PO Box 5014, New York, NY 10150-5014; (ii) by personal delivery or overnight courier to: Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017; or (iii) by telephoning the Voting Agent at (646) 282-2400. Copies of the Debtor/Committee/Lender Plan and the Plan Supplement are also available on the Internet free of charge at http://chapter11.epiqsystems.com/trb.

Dated: _____●, ~~2011~~2012

| | |
|---|---|
| SIDLEY AUSTIN LLP | COLE SCHOTZ MEISEL FORMAN |
| James F. Conlan | & LEONARD, P.A. |
| Bryan Krakauer | Norman L. Pernick (No. 2290) |
| Kevin T. Lantry | J. Kate Stickles (No. 2917) |
| Jessica C.K. Boelter | Patrick J. Reilley (No. 4451) |
| One South Dearborn Street | 500 Delaware Avenue, Suite 1410 |
| Chicago, Illinois 60603 | Wilmington, DE 19801 |
| Telephone: (312) 570-0199 | Telephone: (302) 652-3131 |
| Facsimile: (312) 853-7036 | Facsimile: (302) 652-3117 |

Counsel for Debtors and Debtors In Possession

# EXHIBIT A

# Tribune Company
# Restructuring Transactions

The following two column list provides information regarding the identity of each of the Debtors following the consummation of the Restructuring Transactions contemplated by the ~~Second~~Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [Docket No. ~~7801~~11399] (as may be modified, amended, or supplemented~~)(~~, the "Debtor/Committee/Lender Plan"). The column titled "Pre-Emergence Entity" in the table below provides the current identity of each Debtor. Set forth opposite each such Debtor is the identity of its anticipated successor following the consummation of the Restructuring Transactions. Any row that lists multiple entities in the "Post-Emergence Entity" column indicates that the "Pre-Emergence Entity" is contributing its businesses among the entities set forth in the column titled "Post-Emergence Entity". The state of incorporation or formation for each entity is listed in parentheses in the "Pre-Emergence Entity" column, and unless otherwise noted, Delaware is the state of formation for all entities listed in the "Post-Emergence Entity" column. Capitalized terms not defined herein have the meaning given in the Debtor/Committee Lender Plan. For more information regarding the Restructuring Transactions, please refer to Exhibit 5.2 of the Debtor/Committee Lender Plan. The Debtor/Committee/Lender Plan Proponents reserve the right to amend or modify the information set forth below.

|    | **Pre-Emergence Entity** | **Post-Emergence Entity** |
|----|--------------------------|---------------------------|
| 1. | Tribune Company (DE) | Tribune Company (no change) |
| 2. | 435 Production Company (DE) | Tribune Entertainment Company, LLC |
| 3. | 5800 Sunset Productions Inc. (DE) | Tribune Entertainment Company, LLC |
| 4. | Baltimore Newspaper Networks, Inc. (MD) | ~~Patuxent Publishing~~The Baltimore Sun Company, LLC |
| 5. | The Baltimore Sun Company (MD) | The Baltimore Sun Company, LLC |
| 6. | California Community News Corporation (DE) | California Community News, LLC |
| 7. | Candle Holdings Corporation (DE) | Tribune Investments, LLC |
| 8. | Channel 20, Inc. (DE) | Tribune Broadcasting Company, LLC |
| 9. | Channel 39, Inc. (DE) | WSFL, LLC |
| 10. | Channel 40, Inc. (DE) | KTXL, LLC |
| 11. | Chicago Avenue Construction Company (IL) | Chicago Tribune Company, LLC |
| 12. | ChicagoLand Microwave Licensee, Inc. (DE) | ~~ChicagoLand~~Chicagoland Television News, LLC |
| 13. | Chicagoland Publishing Company (DE) | Chicagoland Publishing Company, LLC |
| 14. | Chicagoland Television News, Inc. (DE) | Chicagoland Television News, LLC |
| 15. | Chicago River Production Company (DE) | Tribune Entertainment Company, LLC |
| 16. | Chicago Tribune Company (IL) | Chicago Tribune Company, LLC |
| 17. | Chicago Tribune Newspapers, Inc. (IL) | Chicago Tribune Company, LLC |
| 18. | Chicago Tribune Press Service, Inc. (IL) | Chicago Tribune Company, LLC |
| 19. | Courant Specialty Products, Inc. (CT) | The Hartford Courant Company, LLC |
| 20. | The Daily Press, Inc. (DE) | The Daily Press, LLC |
| 21. | Direct Mail Associates, Inc. (PA) | The Morning Call, LLC |
| 22. | Distribution Systems of America, Inc. (NY) | Tribune ND, LLC |

|    | **Pre-Emergence Entity** | **Post-Emergence Entity** |
|----|---|---|
| 23. | Eagle New Media Investments, LLC (DE)* | Tribune Publishing Company, LLC Chicagoland Publishing Company, LLC |
| 24. | Eagle Publishing Investments, LLC (DE) | Tribune Investments, LLC |
| 25. | forsalebyowner.com corp. (NY) | forsalebyowner.com, LLC |
| 26. | ForSaleByOwner.com Referral Services LLC (FL) | ForSaleByOwner.com Referral Services LLC |
| 27. | Fortify Holdings Corporation (DE) | Tribune Investments, LLC |
| 28. | Forum Publishing Group, Inc. (DE) | Sun-Sentinel Company, LLC |
| 29. | Gold Coast Publications, Inc. (DE) | Sun-Sentinel Company, LLC |
| 30. | GreenCo, Inc. (DE) | Tribune Investments, LLC |
| 31. | The Hartford Courant Company (CT) | The Hartford Courant Company, LLC |
| 32. | Heart & Crown Advertising, Inc. (CT) | The Hartford Courant Company, LLC |
| 33. | Homeowners Realty, Inc. (UT) | forsalebyowner.com, LLC |
| 34. | Homestead Publishing Co. (MD) | ~~Homestead Publishing Co.~~ The Baltimore Sun Company, LLC |
| 35. | Hoy, LLC (NY) | Tribune ND, LLC |
| 36. | Hoy Publications, LLC (DE) | Hoy Publications, LLC (no change) |
| 37. | InsertCo, Inc. (NY) | Tribune 365, LLC |
| 38. | Internet Foreclosure Service, Inc. (NY) | Internet Foreclosure Service, LLC |
| 39. | JuliusAir Company II, LLC (DE) | Tribune Investments, LLC |
| 40. | JuliusAir Company LLC (DE) | Tribune Investments, LLC |
| 41. | KIAH Inc. (DE) | KIAH, LLC |
| 42. | KPLR, Inc. (MO) | KPLR, Inc. (MO) (no change) |
| 43. | KSWB Inc. (DE) | KSWB, LLC |
| 44. | KTLA Inc. (CA) | KTLA, LLC |
| 45. | KWGN Inc. (DE) | KWGN, LLC |
| 46. | Los Angeles Times Communications LLC (DE) | Los Angeles Times Communications LLC (no change) |
| 47. | Los Angeles Times International, Ltd. (CA) | Los Angeles Times International, LLC |
| 48. | Los Angeles Times Newspapers, Inc. (DE) | Los Angeles Times Communications LLC |
| 49. | Magic T Music Publishing Company (DE) | Magic T Music Publishing Company, LLC |
| 50. | The Morning Call, Inc. (PA) | The Morning Call, LLC |
| 51. | NBBF, LLC (DE) | NBBF, LLC (no change) |
| 52. | Neocomm, Inc. (DE) | Orlando Sentinel Communications Company, LLC |
| 53. | New Mass. Media, Inc. (MA) | The Hartford Courant Company, LLC |
| 54. | Newscom Services, Inc. (DE) | ~~Tribune Publishing Company~~ Los Angeles Times International, LLC |
| 55. | Newspaper Readers Agency, Inc. (IL) | Chicago Tribune Company, LLC |
| 56. | North Michigan Production Company (DE) | Tribune Entertainment Company, LLC |
| 57. | North Orange Avenue Properties, Inc. (FL) | Orlando Sentinel Communications Company, LLC |
| 58. | Oak Brook Productions, Inc. (DE) | Oak Brook Productions, LLC |
| 59. | Orlando Sentinel Communications Company | Orlando Sentinel Communications |

---

* Eagle New Media Investments, LLC will convey the assets and liabilities of Chicago Magazine to Chicagoland Publishing Company, LLC and subsequently will merge into Tribune Publishing Company, LLC.

|  | **Pre-Emergence Entity** | **Post-Emergence Entity** |
|---|---|---|
|  | (DE) | Company, LLC |
| 60. | The Other Company LLC (DE) | ~~The Other~~Tribune Broadcasting Company, LLC ~~(no change)~~ |
| 61. | Patuxent Publishing Company (MD) | ~~Patuxent Publishing~~The Baltimore Sun Company, LLC |
| ~~62.~~ | ~~Publishers Forest Products Co. of Washington (WA)~~ | ~~Tribune Investments, LLC~~ |
| 62. ~~63.~~ | Sentinel Communications News Ventures, Inc. (DE) | Orlando Sentinel Communications Company, LLC |
| 63. ~~64.~~ | Shepard's Inc. (DE) | Tribune Investments, LLC |
| 64. ~~65.~~ | Signs of Distinction, Inc. (MD) | The Baltimore Sun Company, LLC |
| 65. ~~66.~~ | Southern Connecticut Newspapers, Inc. (CT) | Tribune Publishing Company, LLC |
| 66. ~~67.~~ | Star Community Publishing Group, LLC (DE) | Tribune ND, LLC |
| 67. ~~68.~~ | Stemweb, Inc. (NY) | forsalebyowner.com, LLC |
| 68. ~~69.~~ | Sun-Sentinel Company (DE) | Sun-Sentinel Company, LLC |
| 69. ~~70.~~ | Times Mirror Land and Timber Company (OR) | Tribune Investments, LLC |
| 70. ~~71.~~ | Times Mirror Payroll Processing Company, Inc. (DE) | Tribune Investments, LLC |
| 71. ~~72.~~ | Times Mirror Services Company, Inc. (DE) | Tribune Investments, LLC |
| 72. ~~73.~~ | TMLH 2, Inc. (CA) | The Hartford Courant Company, LLC |
| 73. ~~74.~~ | TMLS I, Inc. (CA) | Tribune Publishing Company, LLC |
| 74. ~~75.~~ | TMS Entertainment Guides, Inc. (DE) | TMS Entertainment Guides, LLC |
| 75. ~~76.~~ | Tower Distribution Company (DE) | Tower Distribution Company, LLC |
| 76. ~~77.~~ | Towering T Music Publishing Company (DE) | Towering T Music Publishing Company, LLC |
| 77. ~~78.~~ | Tribune Broadcast Holdings, Inc. (DE)[†] | ~~WTTV~~Tribune Broadcasting Indianapolis, LLC<br>KRCW, LLC |
| 78. ~~79.~~ | Tribune Broadcasting Company (DE) | Tribune Broadcasting Company, LLC |
| 79. ~~80.~~ | Tribune Broadcasting Holdco, LLC (DE) | Tribune Broadcasting Company, LLC |
| 80. ~~81.~~ | Tribune California Properties, Inc. (DE) | Tribune Investments, LLC |
| 81. ~~82.~~ | Tribune CNLBC, LLC (DE) | Tribune CNLBC, LLC (no change) |
| 82. ~~83.~~ | Tribune Direct Marketing, Inc. (DE) | Tribune Direct Marketing, LLC |
| 83. ~~84.~~ | Tribune Entertainment Company (DE) | Tribune Entertainment Company, LLC |
| 84. ~~85.~~ | Tribune Entertainment Production Company (DE) | Tribune Entertainment Company, LLC |
| 85. ~~86.~~ | Tribune Finance, LLC (DE) | Tribune Investments, LLC |
| 86. ~~87.~~ | Tribune Finance Service Center, Inc. (DE) | Tribune Investments, LLC |
| 87. ~~88.~~ | Tribune License, Inc. (DE) | Tribune Publishing Company, LLC |
| 88. ~~89.~~ | Tribune Los Angeles, Inc. (DE) | Los Angeles Times Communications LLC |
| 89. ~~90.~~ | Tribune Manhattan Newspaper Holdings, Inc. (DE) | Tribune ND, LLC |

---

[†] Tribune Broadcast Holdings, Inc. will (i) convey assets and liabilities of the WTTV television station to ~~WTTV~~Tribune Broadcasting Indianapolis, LLC and (ii) convey assets and liabilities of the KRCW television station to KRCW, LLC.

|  | **Pre-Emergence Entity** | **Post-Emergence Entity** |
|---|---|---|
| 90. ~~91.~~ | Tribune Media Net, Inc. (DE) | Tribune 365, LLC |
| 91. ~~92.~~ | Tribune Media Services, Inc. (DE)[‡] | Tribune Media Services, LLC<br>TMS News and Features, LLC |
| 92. ~~93.~~ | Tribune Network Holdings Company (DE) | Tribune Broadcasting Company, LLC |
| 93. ~~94.~~ | Tribune New York Newspaper Holdings, LLC (DE) | Tribune ND, LLC |
| 94. ~~95.~~ | Tribune NM, Inc. (DE) | Tribune Publishing Company, LLC |
| 95. ~~96.~~ | Tribune Publishing Company (DE) | Tribune Publishing Company, LLC |
| 96. ~~97.~~ | Tribune Television Company (DE)[‡§] | ~~WTIC~~Tribune Broadcasting Hartford, LLC<br>~~WXIN, LLC~~Tribune Broadcasting Indianapolis, LLC<br>KDAF, LLC<br>WPHL, LLC<br>WPMT, LLC |
| 97. ~~98.~~ | Tribune Television Holdings, Inc. (DE)[§**] | WXMI, LLC<br>~~KZJO, LLC~~Tribune Broadcasting Seattle, LLC |
| 98. ~~99.~~ | Tribune Television New Orleans, Inc. (DE) | Tribune Broadcasting New Orleans, ~~LLC~~Inc. (no change) |
| 99. ~~100.~~ | Tribune Television Northwest, Inc. (DE) | ~~KCPQ~~Tribune Broadcasting Seattle, LLC |
| 100. ~~101.~~ | Tribune Washington Bureau Inc. (DE) | Tribune Washington Bureau, LLC |
| 101. ~~102.~~ | ValuMail, Inc. (CT) | The Hartford Courant Company, LLC |
| 102. ~~103.~~ | Virginia Community Shoppers, LLC (DE) | The Daily Press, LLC |
| 103. ~~104.~~ | Virginia Gazette Companies, LLC (DE) | The Daily Press, LLC |
| 104. ~~105.~~ | WATL, LLC (DE) | Tribune Broadcasting Company, LLC |
| 105. ~~106.~~ | WCWN LLC (DE) | Tribune Broadcasting Company, LLC |
| 106. ~~107.~~ | WDCW Broadcasting, Inc. (DE) | WDCW, LLC |

---

[‡] Tribune Media Services, Inc. will convey the assets and liabilities of its syndication business to TMS News and Features, LLC and subsequently will convert into a new Delaware limited liability company named Tribune Media Services, LLC.

[‡§] Tribune Television Company will convey (i) the assets and liabilities of the WTIC television station to ~~WTIC~~Tribune Broadcasting Hartford, LLC, (ii) the assets and liabilities of the WXIN television station to ~~WXIN~~Tribune Broadcasting Indianapolis, LLC, (iii) the assets and liabilities of the KDAF television station to KDAF, LLC, (iv) the assets and liabilities of the WPHL television station to WPHL, LLC and (v) the assets and liabilities of the WPMT television station to WPMT, LLC.

[§] ~~Tribune Television Holdings, Inc. will (i) convey the assets and liabilities of the WXMI television station to WXMI, LLC and (ii) convey the assets and liabilities of the KZJO television station (formerly known as KMYQ) to KZJO, LLC.~~

[**] Tribune Television Holdings, Inc. will (i) convey the assets and liabilities of the WXMI television station to WXMI, LLC and (ii) convey the assets and liabilities of the KZJO television station (formerly known as KMYQ) to Tribune Broadcasting Seattle, LLC.

|  | **Pre-Emergence Entity** | **Post-Emergence Entity** |
|---|---|---|
| ~~07.~~ |  |  |
| 107. ~~108.~~ | WGN Continental Broadcasting Company (DE) | WGN Continental Broadcasting Company, LLC |
| 108. ~~109.~~ | WLVI Inc. (DE) | Tribune Broadcasting Company, LLC |
| 109. ~~110.~~ | WPIX, Inc. (DE) | WPIX, LLC |
| 110. ~~111.~~ | WCCT, Inc. (f/k/a WTXX Inc.) (DE) | ~~WCCT~~<u>Tribune Broadcasting Hartford</u>, LLC |