# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

March 1, 2012 through March 31, 2012

| Project Code | Description | Hour | Amount |
|---|---|---|---|
| 5735.00004 | Current Financials | 30.3 | 19,438.50 |
| 5735.00005 | Prospective Financials | 58.6 | 37,889.00 |
| 5735.00007 | Employee Issues | 34.1 | 21,856.00 |
| 5735.00015 | UCC Meetings | 11.5 | 8,175.50 |
| 5735.00017 | Billing and Retention | 2.9 | 1,856.50 |
| 5735.00018 | Travel Time (billed at 50%) | 18.5 | 6,151.25 |
|  |  | **155.9** | **$95,366.75** |

Re:            Current Financials
Client/Matter #   005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/01/12 | BH | Review analysis of Maryland tax settlement and related motion. | 1.60 |
| 03/07/12 | BH | Review weekly financial results compared to plan. | 2.30 |
| 03/07/12 | BH | Draft memo on effect of Maryland tax settlement. | 1.20 |
| 03/07/12 | BH | Review Moelis media update | 0.50 |
| 03/09/12 | ANL | Analyzed Maryland tax settlement documents. | 1.50 |
| 03/12/12 | ANL | Prepared weekly status update for UCC. | 1.50 |
| 03/13/12 | ANL | Analyzed weekly cash flow results, 2012 operating plan, and weekly revenue flash reports. | 3.20 |
| 03/13/12 | ANL | Prepared weekly status update. | 2.30 |
| 03/14/12 | ANL | Prepared weekly status update for UCC. | 2.10 |
| 03/14/12 | ANL | Analyzed February 2012 year to date results for publishing and broadcasting. | 1.50 |
| 03/14/12 | BH | Analyze weekly financial results compared to plan. | 2.50 |
| 03/16/12 | BH | Draft memo on status of Legacy.com sale and financial impact to Tribune. | 1.20 |
| 03/20/12 | ANL | Prepared weekly status update for UCC. | 1.50 |
| 03/22/12 | BH | Review weekly financial results compared to plan. | 2.40 |
| 03/26/12 | ANL | Prepared weekly status update for UCC. | 2.20 |
| 03/27/12 | BH | Analyze materials on status of renewal of broadcasting agreements with Direct TV. | 0.50 |
| 03/27/12 | BH | Analyze weekly financial results compared to plan. | 2.30 |
| | | **Total Hours** | **30.30** |

Re: Current Financials
Client/Matter # 005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 15.80 | 620.00 | 9,796.00 |
| Brad Hall | 14.50 | 665.00 | 9,642.50 |
| **Total Hours & Fees** | **30.30** | | **19,438.50** |

Re: Prospective Financials
Client/Matter # 005735.00005

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/01/12 | BH | Review Tribune 2012 Operating Plan. | 3.50 |
| 03/01/12 | BH | Analyze Tribune 2012 business plans by division and Operating plan presentations. | 3.50 |
| 03/02/12 | BH | Review 2012 Operating Plan. | 1.50 |
| 03/04/12 | BH | Draft memo on management meeting held in Chicago to discuss 2012 Operating Plan. | 1.30 |
| 03/05/12 | BH | Draft report to UCC on the 2012 Operating Plan and comparison to prior year results. | 5.90 |
| 03/06/12 | BH | Draft presentation materials of 2012 Operating Plan versus prior year results for Committee presentation. | 6.30 |
| 03/06/12 | ANL | Prepared summary of publishing revenue and expenses. | 2.10 |
| 03/06/12 | ANL | Prepared 2012 Operation plan presentation for the UCC. | 3.60 |
| 03/06/12 | ANL | Prepared summary of digital revenue and pay wall analysis. | 2.20 |
| 03/06/12 | ANL | Prepared summary of publishing business unit results. | 2.50 |
| 03/06/12 | ANL | Prepared summary of equity investments. | 2.30 |
| 03/06/12 | BH | Review analysis of 2012 Operating Plan and detail 2012 business plans by units. | 4.00 |
| 03/07/12 | ANL | Prepared summary broadcasting revenue and expenses. | 2.50 |
| 03/07/12 | ANL | Prepared 2012 Operation plan presentation for the UCC. | 2.80 |
| 03/07/12 | ANL | Prepared summary of broadcasting business unit results. | 2.20 |
| 03/07/12 | SK | Analyzed Tribune publishing revenue and expense detail | 1.50 |
| 03/07/12 | AH | Review 2012 business plan review document | 1.50 |
| 03/08/12 | BH | Prepare draft comments for verbal presentation to the Committee regarding a report on 2012 Operating Plan and comparison to prior year results. | 2.50 |
| 03/08/12 | ANL | Analyzed 2012 Tribune operating plan and business unit models. | 2.50 |
| 03/09/12 | ANL | Reviewed business unit 2012 operating plans for publishing and broadcasting. | 2.80 |
| 03/09/12 | BH | Review with counsel the request by Debtor to share presentation materials provided to Committee regarding the 2012 Operating Plan. | 0.80 |
| 03/15/12 | BH | Review Debtors memo on projected distributable cash at bankruptcy exit. | 0.80 |
| | | **Total Hours** | **58.60** |

Re: Prospective Financials
Client/Matter # 005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.50 | 920.00 | 1,380.00 |
| Albert Leung | 25.50 | 620.00 | 15,810.00 |
| Brad Hall | 30.10 | 665.00 | 20,016.50 |
| Stephanie Ko | 1.50 | 455.00 | 682.50 |
| **Total Hours & Fees** | **58.60** | | **37,889.00** |

Re: Employee Issues
Client/Matter # 005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/15/12 | ANL | Reviewed severance agreement and severance payment calculation of Sun Sentinel insider. | 0.80 |
| 03/16/12 | ANL | Prepared Legacy.com memo for UCC and analyzed deal details. | 1.80 |
| 03/19/12 | BH | Call with Tribune advisors on status of 2012 MIP proposal. | 0.50 |
| 03/19/12 | BH | Analyze summary presentation of 2012 MIP and compare to 2011 actual results. | 1.10 |
| 03/20/12 | BH | Call with Tribune advisor on MIP detail information for 2012. | 0.50 |
| 03/22/12 | ANL | Analyzed 2012 MIP details and presentations. | 2.50 |
| 03/26/12 | ANL | Analyzed 2012 MIP details and prepared MIP presentation. | 2.30 |
| 03/27/12 | ANL | Analyzed 2012 MIP details and presentations. | 1.50 |
| 03/27/12 | ANL | Prepared 2012 MIP presentation for UCC. | 2.30 |
| 03/28/12 | ANL | Analyzed 2012 MIP details and presentations. | 1.50 |
| 03/28/12 | BH | Review MIP detail materials. | 1.50 |
| 03/29/12 | BH | Draft report on 2012 MIP. | 3.00 |
| 03/29/12 | BH | Call with counsel to discuss MIP issues. | 0.50 |
| 03/29/12 | BH | Review and analyze Mercer report. | 2.60 |
| 03/29/12 | ANL | Participated in conference call with Chadbourne regarding 2012 MIP proposal. | 0.60 |
| 03/29/12 | ANL | Prepared 2012 MIP presentation for UCC. | 2.60 |
| 03/29/12 | ANL | Analyzed 2012 MIP Mercer presentation. | 2.30 |
| 03/30/12 | ANL | Analyzed 2012 MIP Mercer presentation and 2012 MIP data. | 2.30 |
| 03/30/12 | AH | Update call w/ D. Deutsch on various matters, including MIP | 0.40 |
| 03/31/12 | BH | Draft 2012 MIP report for Committee. | 3.50 |
| | | **Total Hours** | **34.10** |

Re: Employee Issues  
Client/Matter # 005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.40 | 920.00 | 368.00 |
| Albert Leung | 20.50 | 620.00 | 12,710.00 |
| Brad Hall | 13.20 | 665.00 | 8,778.00 |
| **Total Hours & Fees** | **34.10** | | **21,856.00** |

Re: UCC Meetings
Client/Matter # 005735.00015

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/07/12 | BH | Participate in weekly UCC professionals call hosted by Chadbourne | 0.70 |
| 03/08/12 | ANL | Participated in UCC in person meeting via teleconference. | 3.00 |
| 03/08/12 | AH | Attend in person UCC meeting at Chadbourne offices. | 2.60 |
| 03/08/12 | BH | Participate in Committee meeting and deliver a report on 2012 Operating Plan. | 4.00 |
| 03/13/12 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.40 |
| 03/20/12 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.40 |
| 03/27/12 | BH | Participate in weekly professionals meeting hosted by Chadbourne. | 0.40 |
| | | **Total Hours** | **11.50** |

Re:             UCC Meetings
Client/Matter #   005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.60 | 920.00 | 2,392.00 |
| Albert Leung | 3.00 | 620.00 | 1,860.00 |
| Brad Hall | 5.90 | 665.00 | 3,923.50 |
| **Total Hours & Fees** | **11.50** | | **8,175.50** |

Re:             Billing and Retention
Client/Matter # 005735.00017

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/09/12 | ANL | Prepared January 2012 fee application and exhibits. | 1.60 |
| 03/12/12 | BH | Review January 2012 fee application and exhibits. | 1.30 |
| | | **Total Hours** | **2.90** |

Re:             Billing and Retention
Client/Matter # 005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 1.60 | 620.00 | 992.00 |
| Brad Hall | 1.30 | 665.00 | 864.50 |
| **Total Hours & Fees** | **2.90** | | **1,856.50** |

Re: Travel Time (billed at 50%)
Client/Matter # 005735.00018

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/07/12 | BH | Travel from San Francisco to New York for UCC meeting. | 9.00 |
| 03/08/12 | BH | Travel from New York to San Francisco following Committee meeting. | 9.50 |
| | | **Total Hours** | **18.50** |

Re:             Travel Time (billed at 50%)
Client/Matter # 005735.00018

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 18.50 | 665.00 | 12,302.50 |
| **Total Hours & Fees** | **18.50** | | **12,302.50** |