# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

March 1, 2012 through March 31, 2012

| Expenses | Amount |
|---|---:|
| Airfare | 924.00 |
| Airfare Service Charge | 30.00 |
| Parking & Tolls | 10.00 |
| **Total Disbursements** | **964.00** |

| Date | Disbursement Description | Amount |
|---|---|---:|
| 02/01/12 | Parking & Tolls Albert Leung Parking Overtime (in town) | 10.00 |
| 02/23/12 | Airfare Brad Hall 2012-02-28 SFO – ORD (coach) | 924.00 |
| 02/23/12 | Airfare Service Charge Brad Hall | 30.00 |
| | **Total Disbursements** | **964.00** |