IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br><br>Hearing Date: May 29, 2012 at 1:00 p.m.<br>Objection Deadline: May 22, 2012 at 4:00 p.m. |

## NOTICE OF MOTION

TO:   The United States Trustee; the Debtors; counsel to the Debtors; all parties served in this matter; all parties that have filed a request for service of pleadings in these cases; and, all parties requesting notice under Bankruptcy Rule 2002.

　　　On May 4, 2012, the Official Committee of Unsecured Creditors (the "Committee") filed the *Motion Of The Official Committee Of Unsecured Creditors Concerning Certain Claims Commenced Pursuant To The October 27, 2010 Standing Order* (the "Motion").

　　　Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 22, 2012 at 4:00 p.m. (ET)**.

　　　At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on May 22, 2012.**

　　　A HEARING ON THE MOTION WILL BE HELD ON **MAY 29, 2012 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

{698.001-W0020730.}

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 7, 2012
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ Adam G. Landis_

Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*

{698.001-W0020730.}