# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM MARCH 1, 2012 THROUGH MARCH 31, 2012**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $590.00 | 18.90 | $11,151.00 |
| Walker-Bright, Paul R. | Partner. Joined firm in 2008. Member of IL bar since 1994. | $560.00 | 6.90 | $3,864.00 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003 | $550.00 | .80 | $440.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $490.00 | .20 | $98.00 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL bar since 2002. | $480.00 | 29.10 | $13,968.00 |
| Yassemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 | 1.70 | $765.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $430.00 | 1.00 | $430.00 |
| Forster, Paige | Associate. Joined firm as associate in 2008. Member of PA bar since 2007. | $410.00 | .30 | $123.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $350.00 | 2.20 | $770.00 |
| Schad, James | Analyst. Joined firm in 2008. | $320.00 | 1.20 | $384.00 |
| Livingston, Judy | Analyst. Joined firm in 1997. | $275.00 | 1.10 | $302.50 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $180.00 | 14.90 | $2,682.00 |
| Somoza, Silvia | Paralegal. Joined firm in 2007. | $140.00 | 5.70 | $798.00 |
| **Grand Total:** | | | 84.00 | $35,775.50 |
| Blended Rate: | | | | $425.90 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $517.33 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Reliance/Times Mirror – 00004 | 1.10 | $479.50 |
| Insurance Counseling – 00005 | 35.80 | $16,960.50 |
| Marsh - 00008 | 2.60 | $1,006.00 |
| Fee Applications – 00009 | 43.40 | $17,028.00 |
| HR Investigation - 00011 | 1.10 | $302.50 |
| **TOTAL:** | **84.00** | **$35,775.50** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2261053
Invoice Date: April 30, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through March 31, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Reliance/Times Mirror 503842.00004 | $479.00 | $0.50 | $479.50 |
| RE: Insurance Counseling 503842.00005 | $7,113.00 | $277.04 | $7,390.04 |
| RE: Marsh 503842.00008 | $1,006.00 | $7.32 | $1,013.32 |
| **Current Invoice Total:** | **$8,598.00** | **$284.86** | **$8,882.86** |
| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
| RE: Insurance Counseling 503842.00005 | $9,847.00 | $0.00 | $9,847.00 |
| RE: Fee Applications 503842.00009 | $17,028.00 | $215.09 | $17,243.09 |
| RE: HR Investigation 503842.00011 | $302.50 | $0.90 | $303.40 |
| **Current Invoice Total:** | **$27,177.50** | **$215.99** | **$27,393.49** |
|  | | INVOICE TOTAL: | $36,276.35 |

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2261053)

## NON-BANKRUPTCY/REORGANIZATION
### RE:   Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/09/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 03/13/12 | PHF | Communicated with prothonotary's office regarding next steps in appeal. | 0.30 |
| 03/13/12 | TPL | Reviewed e-mail relating to PA Supreme Court proceedings. | 0.20 |
| 03/13/12 | JDS | Prepared email to T. Law regarding appeal status and schedule. | 0.10 |
| 03/26/12 | JDS | Analyzed correspondence from Reliance transmitting GCP claims payment. | 0.10 |
| 03/30/12 | PRW | Prepared letter to C. Leeman enclosing check from Reliance. | 0.20 |

TOTAL FEES:    $479.00

### CURRENT DISBURSEMENTS

| 03/31/2012 | Duplicating/Printing/Scanning | 0.50 |
|---|---|---|
| | Total Disbursements | 0.50 |
| | Fees & Disbursements | $479.50 |

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 0.20 | 590.00 | 118.00 |
| PRW | P.R. Walker-Bright | 0.20 | 560.00 | 112.00 |
| TPL | T.P. Law | 0.20 | 490.00 | 98.00 |
| PHF | P.H. Forster | 0.30 | 410.00 | 123.00 |
| SS | S. Somoza | 0.20 | 140.00 | 28.00 |
| | | 1.10 | | 479.00 |

**NON-BANKRUPTCY/REORGANIZATION**
**RE:    Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/05/12 | JDS | Emails with client regarding insurance coverage for environmental claims (.1). | 0.10 |
| 03/06/12 | JDS | Analyzed and exchanged emails with client regarding insurance coverage for environmental claims. | 0.20 |
| 03/07/12 | SS | Reviewed and prepared files for documents regarding environmental site insurance claims. | 0.40 |
| 03/07/12 | PRW | Reviewed prior settlement agreements with insurers regarding environmental site and prepared memorandum summarizing same. | 1.70 |
| 03/07/12 | JDS | Analyzed and exchanged emails with client, P. Walker-Bright regarding insurance coverage for environmental claims. | 0.40 |
| 03/08/12 | SS | Analyzed and prepared historic Tribune policies in file room for attorney review and coordinated and set up files for environmental insurance claim. | 0.60 |
| 03/08/12 | PRW | Analyzed evidence of insurance potentially applicable to environmental claim matter. | 0.50 |
| 03/08/12 | JDS | Emails with client and analyzed policy documents and information related to insurance for environmental claims. | 0.70 |
| 03/09/12 | SS | Reviewed and organized into files additional documents for environmental insurance matter. | 0.70 |
| 03/13/12 | PRW | Analyzed EPA 104(e) request for information regarding Superfund site and EPA report on Remedial Investigation of same. | 1.10 |
| 03/13/12 | JDS | Analyzed materials received from client regarding environmental site claim. | 0.20 |
| 03/14/12 | PRW | Analyzed US EPA 104(e) inquiry about environmental site (0.3); prepared e-mail to client summarizing available coverage under historic insurance policies for environmental site (0.4); reviewed proposed release from insurer regarding property damage claim and prepared e-mail to J. Shugrue regarding same (0.3). | 1.00 |
| 03/14/12 | JDS | Analyzed proposed insurer release document regarding property claim (.2); analyzed issues related to insurance available in connection with new environmental site claim (.06) | 0.80 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/15/12 | PRW | Analyzed insuerer release for property damage claim (0.1); prepared e-mail to client regarding same (0.1); prepared e-mail to client regarding locating pre-1965 policies in connection with US EPA 104(e) request (0.1); prepared e-mail to A. Yassemedis and S. Somoza regarding preparing notice letters to insurers for environmental site and scanning policies onto CD (0.1). | 0.40 |
| 03/15/12 | JDS | Analyzed client, P. Walker-Bright emails regarding next steps regarding environmental site claim. | 0.20 |
| 03/16/12 | SS | Reviewed and prepared index of policies, coordinated the scanning and burning of CD of same for producing to EPA for environmental matter. | 1.20 |
| 03/19/12 | PRW | Reviewed revised draft of insurer release for property damage claim and prepared e-mail to client regarding same. | 0.20 |
| 03/20/12 | SS | Analyzed invoices and prepared detailed index of CD for environmental matter. | 1.10 |
| 03/21/12 | JCS | Analyzed issues concerning insurance archaeology for coverage of environmental claims including research regarding known and extant insurance policies, review of prior coverage charts. | 1.20 |
| 03/28/12 | A.Y. | Analyzed notice provisions of historic policies in connection with notifying insurers regarding environmental site claim. | 1.70 |
| 03/28/12 | PRW | Prepared e-mail to client regarding CD containing historic client policies for USEPA 104(e) request and prepared letter to client enclosing same. | 0.30 |
| 03/28/12 | JDS | Analyzed status and next steps for notifying insurers of environmental claim and efforts to locate historic insurance policies in connection with same (.2). | 0.20 |
| 03/30/12 | PRW | Conferred with client regarding review of proposed contract for California workers compensation claim review (.2); reviewed same and provided suggested revisions to client (1.3). | 1.50 |

                                    TOTAL FEES:                $7,113.00

### CURRENT DISBURSEMENTS

| 03/31/2012 | PACER | 0.16 |
|---|---|---|
| 03/31/2012 | Duplicating/Printing/Scanning | 0.40 |
| 03/31/2012 | Courier Service – Outside | 7.12 |
| 03/31/2012 | Outside Duplicating | 267.58 |

| 03/31/2012 | Telephone – Outside | 1.78 |
|---|---|---|
| | Total Disbursements | 277.04 |
| | Fees & Disbursements | $7,390.04 |

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.80 | 590.00 | 1,652.00 |
| PRW | P.R. Walker-Bright | 6.70 | 560.00 | 3,752.00 |
| A.Y. | A. Yassemedis | 1.70 | 450.00 | 765.00 |
| SS | S. Somoza | 4.00 | 140.00 | 560.00 |
| JCS | J.C. Schad | 1.20 | 320.00 | 384.00 |
| | | 16.40 | | 7,113.00 |

**NON-BANKRUPTCY/REORGANIZATION**
**RE:   Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/21/12 | JDS | Analyzed client emails regarding inquiry regarding upcoming submission to Marsh. | 0.20 |
| 03/22/12 | DR | Corresponded with client regarding status of reimbursement request on Marsh and analyzed and evaluated relevant invoices for submission to Marsh. | 0.40 |
| 03/26/12 | DR | Drafted letter to Marsh requesting reimbursement pursuant to terms of settlement agreement. | 0.60 |
| 03/28/12 | DR | Finalized letter to Marsh requesting reimbursement pursuant to terms of settlement agreement and corresponded with client regarding same (1.0); emails with J. Shugrue regarding same (.2). | 1.20 |
| 03/28/12 | JDS | Emails with D. Rosenfield regarding submission of reimbursement request to Marsh pursuant to terms of parties' prior settlement. | 0.20 |

                              TOTAL FEES:              $1,006.00

### CURRENT DISBURSEMENTS

| 03/31/2012 | Duplicating/Printing/Scanning | 0.20 |
|---|---|---|
| 03/31/2012 | Courier Service - Outside | 7.12 |
| | Total Disbursements | 7.32 |
| | Fees & Disbursements | $1,013.32 |

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.40 | 590.00 | 236.00 |
| DR | D. Rosenfield | 2.20 | 350.00 | 770.00 |
| | | 2.60 | | 1,006.00 |

## BANKRUPTCY/REORGANIZATION
### RE:   Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/01/12 | LL | Emails with J. Shugrue regarding monthly fee applications. | 0.20 |
| 03/01/12 | SS | Analyzed and catalogued case correspondence. | 0.20 |
| 03/01/12 | JDS | Emails with L. Lankford regarding preparation of monthly fee application. | 0.20 |
| 03/05/12 | LL | Worked on drafting and preparing RS's monthly fee application. | 1.00 |
| 03/07/12 | LL | Revisions to RS's Final Fee Spreadsheet. | 1.00 |
| 03/08/12 | LL | Worked on drafting and preparing RS's monthly fee application. | 0.20 |
| 03/12/12 | LL | E-mail correspondence with J. Shugrue and L. Raines regarding RS's monthly fee application (.2); worked on drafting and preparing same (.5). | 0.70 |
| 03/12/12 | LJR | Reviewed and revised bankruptcy court fee submission (3.2); communications with J. Shugrue and L. Lankford regarding finalized invoice and additional preparation of fee submission (.2). | 3.40 |
| 03/12/12 | JDS | Emails with L. Lankford and L. Raines regarding preparation of 36th monthly fee application. | 0.20 |
| 03/13/12 | LJR | Reviewed and analyzed issues raised by fee auditor report and need to respond to same, including communications with fee auditor as to timing of response. | 0.50 |
| 03/13/12 | JDS | Analyzed Fee Examiner's Preliminary Report regarding 9th Interim Fee Application. | 1.70 |
| 03/14/12 | LL | Research regarding RS's 9th Interim Fee Application. | 0.20 |
| 03/14/12 | LJR | Reviewed and analyzed fee auditor report (.6); began review and analysis of invoices submitted in connection with 9th interim fee application and need to address issues raised in fee auditor report (07); reviewed additional communications with J. Shugrue and C. Falgowski regarding timing and preparation of response to fee auditor report (.3). | 1.60 |
| 03/14/12 | JDS | Telephone conference with Fee Examiner (J. Theil) regarding Preliminary Report regarding 9th Interim Fee Application (.3); analyzed issues related to same in preparation for reply to same (.5). | 0.80 |
| 03/15/12 | LL | Revisions, calculations, etc. to RS's 36th Monthly Fee Application, drafting CNO's to RS's 12th Interim & 35th Monthly Fee Applications (1.7); revisions to RS's 36th Monthly Fee Application (.6). | 2.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/15/12 | JCF | Reviewed fee auditor report (.3); reviewed fee auditor reports filed in case (.3); communicationed with J. Shugrue regarding responses to fee auditor report (.4). | 1.00 |
| 03/15/12 | JDS | Analyzed and revised 36th Monthly Fee Application (.9); analyzed CNOs for 35th Monthly, 12th Interin Fee Applications (.2). | 1.10 |
| 03/16/12 | LL | Drafting Fee Applications | 3.00 |
| 03/19/12 | JDS | Analyzed status of 36th Monthly Fee and exchanged emails with L. Lankford regarding same. | 0.20 |
| 03/20/12 | LL | E-mail correspondence with C. Falgowski regarding CNO's to 35th Monthly & 12th Interim Fee Applications and 36th Monthly Fee Application (.1); e-mail correspondence with J. Shugrue regarding same (.2); drafting RS's 37th Monthly & 13th Interim Fee Applications (1.4); revisions to CNO's to 35th Monthly & 12th Interim (.8); revisions to RS's 36th Monthly Fee Application (.8). | 3.30 |
| 03/20/12 | JDS | Emails with L. Lankford regarding status and filing of 36th Monthly Fee Application (.2); analyzed and began preparing reply to issues raised by Fee Auditor regarding 9th Quarterly Fee Application (.4). | 0.60 |
| 03/22/12 | LL | E-mail correspondence with J. Shugrue regarding 13th Inteirm & 36th Monthly Fee Applications (.1). | 0.10 |
| 03/22/12 | LJR | Reviewed and analyzed fee auditor report and correspondence from J. Shugrue related to same (.7); reviewed and analyzed rejected time entries and researched prior correspondence and notes in connection with revision of time entry descriptions to conform with fee auditor requirements (4.1); communications with J. Shugrue regarding preparation of next fee submission and worked on preparation of documents needed in connection with same (.2). | 5.00 |
| 03/22/12 | JDS | Analyzed and approved 13th Quarterly Fee Application (.2); emails with L. Raines regarding additional detail to address fee auditor issues related to 9th Quarterly Fee Application (.2). | 0.40 |
| 03/26/12 | LJR | Worked on researching, drafting and preparation of responses to issues/questions raised by fee auditor report and analyzed need for follow up in connection with same. | 0.30 |
| 03/26/12 | JDS | Drafted narrative text for 37th Monthly Fee Application (.9); drafted response to Fee Auditor (J. Theil, Stuart Maue) questions/issues raised in Preliminary Report on 9th Interim Fee Application of Reed Smith (1.2). | 2.10 |
| 03/27/12 | LJR | Reviewed and analyzed preliminary response to portions of fee auditor report and conferred with J. Shugrue regarding same. | 0.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/27/12 | JDS | Drafted email to Fee Auditor (J. Theil, Stuart Maue) and accompanying materials responding to questions and issues raised in Fee Auditor's Preliminary Report concerning 9th Interim Fee Application of Reed Smith. | 1.80 |
| 03/28/12 | LL | Finalized RS's 37th Monthly & 13th Interim Fee Applications. | 1.50 |
| 03/28/12 | LJR | Reviewed, revised and finalized month fee application. | 3.40 |
| 03/28/12 | JDS | Reviewed and approved for filing 37th Monthly Fee Application. | 0.30 |
| 03/29/12 | LL | Revisions to RS's 13th Interim Fee Application (.9); research regarding 10th Interim (.5). | 1.40 |
| 03/29/12 | LJR | Further review and analysis of response to fee auditor report and drafted response exhibits to fee auditor exhibits F and G. | 2.40 |
| 03/29/12 | SS | Analyzed, reviewed and catalogued court fillings. | 0.80 |
| 03/29/12 | JDS | Continued to draft response to questions/issued raised in Fee Auditor's Preliminary Report on 9th Interim Fee Application of Reed Smith. | 0.20 |

                        TOTAL FEES:                $17,028.00

### CURRENT DISBURSEMENTS

| 03/31/2012 | PACER | 7.04 |
|---|---|---|
| 03/31/2012 | Duplicating/Printing/Scanning | 30.80 |
| 03/31/2012 | Outside Duplicating | 177.25 |
| | Total Disbursements | 215.09 |
| | Fees & Disbursements | $17,243.09 |

## BANKRUPTCY/REORGANIZATION
**Fee Summary: Fee Applications**

| ID  | Names          | Hours | Rate   | Amount    |
|-----|----------------|-------|--------|-----------|
| JDS | J.D. Shugrue   | 9.60  | 590.00 | 5,664.00  |
| JCF | J.C. Falgowski | 1.00  | 430.00 | 430.00    |
| LJR | L.J. Raines    | 16.90 | 480.00 | 8,112.00  |
| SS  | S. Somoza      | 1.00  | 140.00 | 140.00    |
| LL  | L. Lankford    | 14.90 | 180.00 | 2,682.00  |
|     |                | 43.40 |        | 17,028.00 |

**BANKRUPTCY/REORGANIZATION**
**RE:     HR Investigation**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/12/12 | JML | Corresponded with DTI regarding archiving of Relativity database. | 0.30 |
| 03/15/12 | JML | Teleconference and corresponded with DTI regarding logistics of archiving Relativity database. | 0.60 |
| 03/19/12 | JML | Corresponded with DTI regarding specifications for archiving of Relativity database. | 0.20 |
| | | TOTAL FEES: | $302.50 |

**CURRENT DISBURSEMENTS**

| | | | |
|---|---|---|---|
| 03/31/2012 | Duplicating/Printing/Scanning | | 0.90 |
| | | Total Disbursements | 0.90 |
| | | Fees & Disbursements | $303.40 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: HR Investigation**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JML | J.M. Livingston | 1.10 | 275.00 | 302.50 |
| | | 1.10 | | 302.50 |

April 30, 2012
RE: Insurance Counseling
(503842.00005)

Case 08-13141-BLS   Doc 11567-3   Filed 05/08/12   Page 15 of 17

Invoice: 2261053
Page 12

**BANKRUPTCY/REORGANIZATION**
**RE:   Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/01/12 | JDS | Emails with L. Raines regarding insurance coverage issues regarding preference actions. | 0.20 |
| 03/02/12 | SS | Reviewed and catalogued case correspondence. | 0.50 |
| 03/05/12 | LJR | Further review and analysis of defense costs information provided by client and defense costs information provided by underlying defense counsel including drafting chart of same (1.1); emails with client regarding inquiry with respect to prior correspondence sent to insurers by defense counsel (.3). | 1.40 |
| 03/05/12 | JDS | Emails with client regarding insurance claim for Preference Actions (.1). | 0.10 |
| 03/07/12 | LJR | Reviewed and analyzed email from client regarding reconciliation of defense costs payments and need for further follow up with defense counsel regarding same. | 0.90 |
| 03/09/12 | LJR | Emails with client regarding defense costs information related to preference lawsuits. | 0.30 |
| 03/12/12 | JDS | Analyzed issues related to insurance coverage for Preference Actions. | 0.20 |
| 03/14/12 | LJR | Reviewed and analyzed research regarding coverage for amounts incurred in connection with preference lawsuits and related coverage arguments. | 1.90 |
| 03/19/12 | LJR | Reviewed and analyzed correspondence from client and bankruptcy counsel related to amended complaint filed in shareholder fraudulent conveyance action (.9); reviewed and analyzed amended complaint filed in shareholder fraudulent conveyance action (.9); reviewed and analyzed insurance policies and prior correspondence and notes related to shareholder fraudulent conveyance actions and drafted summary and analysis related to same (5.3). | 7.10 |
| 03/19/12 | JDS | Analyzed and evaluated insurance coverage issues concerning fraudulent conveyance actions (.7); emails with client regarding insurance coverage issues concerning fraudulent conveyance actions (.1); telephone conference with bankruptcy counsel regarding insurance coverage issues concerning fraudulent conveyance actions (.2); analyzed email from underlying defense counsel providing insurance limits erosion report required by BK Court Comfort Order (.2). | 1.20 |
| 03/20/12 | JDS | Emails with client team, bankruptcy counsel, benefits counsel regarding insurance coverage issues related to fraudulent conveyance lawsuits. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/21/12 | JDS | Prepared for, telephone conference with client, bankruptcy counsel and benefits counsel regarding insurance coverage issues in connection with fraudulent conveyance actions (1.2); analyzed insurance policies, correspondence with insurers, third party complaints in connection with analysis of insurance coverage issues regarding fraudulent conveyance suits (1.7). | 2.90 |
| 03/22/12 | AJM | Analyzed and evaluated potential insurance coverage issues with respect to fraudulent transfer claims (.3); reviewed email and analysis to clients regarding same (.2). | 0.50 |
| 03/22/12 | JDS | Prepared email to client team regarding insurance coverage issues related to fraudulent conveyance lawsuits (.5); telephone conference with client regarding same (.2). | 0.70 |
| 03/23/12 | AJM | Analyzed email from client regarding potential insurance coverage issues. | 0.30 |
| 03/27/12 | LJR | Reviewed and analyzed summary/analysis from conference call with client, bankruptcy and ERISA counsel (.2); further review and analysis of Deutsche Bank lawsuit in connection with same (.4). | 0.60 |
| 03/28/12 | JDS | Analyzed issues in connection with providing notice to liability insurers in connection with amended complaint filed in fraudulent conveyance action (.2). | 0.20 |
| 03/29/12 | JDS | Analyzed approach to providing notice to insurers regarding recently filed amended complaint in fraudulent conveyance actions. | 0.20 |

                                TOTAL FEES:                     $9,847.00


                                           Fees & Disbursements    $9,847.00

## BANKRUPTCY/REORGANIZATION
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 5.90 | 590.00 | 3,481.00 |
| AJM | A.J. Moss | 0.80 | 550.00 | 440.00 |
| LJR | L.J. Raines | 12.20 | 480.00 | 5,856.00 |
| SS | S. Somoza | 0.50 | 140.00 | 70.00 |
| | | 19.40 | | 9,847.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2261053
Invoice Date: April 30, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through March 31, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Reliance/Times Mirror 503842.00004 | $479.00 | $0.50 | $479.50 |
| RE: Insurance Counseling 503842.00005 | $7,113.00 | $277.04 | $7,390.04 |
| RE: Marsh 503842.00008 | $1,006.00 | $7.32 | $1,013.32 |
| **Current Invoice Total:** | **$8,598.00** | **$284.86** | **$8,882.86** |

| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Insurance Counseling 503842.00005 | $9,847.00 | $0.00 | $9,847.00 |
| RE: Fee Applications 503842.00009 | $17,028.00 | $215.09 | $17,243.09 |
| RE: HR Investigation 503842.00011 | $302.50 | $0.90 | $303.40 |
| **Current Invoice Total:** | **$27,177.50** | **$215.99** | **$27,393.49** |

**INVOICE TOTAL:** $36,276.35

**INVOICE IS PAYABLE UPON RECEIPT**