# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Outside Duplicating | IKON/DLS | $444.83 |
| Printing, Duplicating, Scanning | | $40.00 |
| Telephone | | $1.78 |
| Courier | Parcels/DLS | $14.24 |
| **TOTAL:** | | **$500.85** |

US_ACTIVE-109181503.1-JCFALGOW

**EXPENSE SUMMARY**

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Outside Duplicating | IKON/DLS | | $267.58 | | $177.25 | | $444.83 |
| Printing/Duplicating & Scanning | | $.50 | $.56 | $.20 | $37.84 | $.90 | $40.00 |
| Telephone | | | $1.78 | | | | $1.78 |
| Courier | Parcels/DLS | | $7.12 | | | | $14.24 |
| TOTAL: | | $.50 | $277.04 | $.20 | $215.09 | $.90 | $500.85 |

US_ACTIVE-109181503.1-JCFALGOW

## NON-BANKRUPTCY/REORGANIZATION
### RE:     Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/09/12 | SS  | Reviewed and catalogued case correspondence. | 0.20 |
| 03/13/12 | PHF | Communicated with prothonotary's office regarding next steps in appeal. | 0.30 |
| 03/13/12 | TPL | Reviewed e-mail relating to PA Supreme Court proceedings. | 0.20 |
| 03/13/12 | JDS | Prepared email to T. Law regarding appeal status and schedule. | 0.10 |
| 03/26/12 | JDS | Analyzed correspondence from Reliance transmitting GCP claims payment. | 0.10 |
| 03/30/12 | PRW | Prepared letter to C. Leeman enclosing check from Reliance. | 0.20 |

                              TOTAL FEES:              $479.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 03/31/2012 | Duplicating/Printing/Scanning | 0.50 |
| | Total Disbursements | 0.50 |
| | Fees & Disbursements | $479.50 |

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.20 | 590.00 | 118.00 |
| PRW | P.R. Walker-Bright | 0.20 | 560.00 | 112.00 |
| TPL | T.P. Law | 0.20 | 490.00 | 98.00 |
| PHF | P.H. Forster | 0.30 | 410.00 | 123.00 |
| SS  | S. Somoza | 0.20 | 140.00 | 28.00 |
|     |            | 1.10 |        | 479.00 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/15/12 | PRW | Analyzed insuerer release for property damage claim (0.1); prepared e-mail to client regarding same (0.1); prepared e-mail to client regarding locating pre-1965 policies in connection with US EPA 104(e) request (0.1); prepared e-mail to A. Yassemedis and S. Somoza regarding preparing notice letters to insurers for environmental site and scanning policies onto CD (0.1). | 0.40 |
| 03/15/12 | JDS | Analyzed client, P. Walker-Bright emails regarding next steps regarding environmental site claim. | 0.20 |
| 03/16/12 | SS | Reviewed and prepared index of policies, coordinated the scanning and burning of CD of same for producing to EPA for environmental matter. | 1.20 |
| 03/19/12 | PRW | Reviewed revised draft of insurer release for property damage claim and prepared e-mail to client regarding same. | 0.20 |
| 03/20/12 | SS | Analyzed invoices and prepared detailed index of CD for environmental matter. | 1.10 |
| 03/21/12 | JCS | Analyzed issues concerning insurance archaeology for coverage of environmental claims including research regarding known and extant insurance policies, review of prior coverage charts. | 1.20 |
| 03/28/12 | A.Y. | Analyzed notice provisions of historic policies in connection with notifying insurers regarding environmental site claim. | 1.70 |
| 03/28/12 | PRW | Prepared e-mail to client regarding CD containing historic client policies for USEPA 104(e) request and prepared letter to client enclosing same. | 0.30 |
| 03/28/12 | JDS | Analyzed status and next steps for notifying insurers of environmental claim and efforts to locate historic insurance policies in connection with same (.2). | 0.20 |
| 03/30/12 | PRW | Conferred with client regarding review of proposed contract for California workers compensation claim review (.2); reviewed same and provided suggested revisions to client (1.3). | 1.50 |

                                    TOTAL FEES:            $7,113.00

### CURRENT DISBURSEMENTS

| 03/31/2012 | PACER | 0.16 |
|---|---|---|
| 03/31/2012 | Duplicating/Printing/Scanning | 0.40 |
| 03/31/2012 | Courier Service – Outside | 7.12 |
| 03/31/2012 | Outside Duplicating | 267.58 |

03/31/2012  Telephone – Outside                                            1.78

                                              Total Disbursements    277.04

                                              Fees & Disbursements    $7,390.04

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.80 | 590.00 | 1,652.00 |
| PRW | P.R. Walker-Bright | 6.70 | 560.00 | 3,752.00 |
| A.Y. | A. Yassemedis | 1.70 | 450.00 | 765.00 |
| SS | S. Somoza | 4.00 | 140.00 | 560.00 |
| JCS | J.C. Schad | 1.20 | 320.00 | 384.00 |
|  |  | 16.40 |  | 7,113.00 |

## NON-BANKRUPTCY/REORGANIZATION
**RE:   Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/21/12 | JDS | Analyzed client emails regarding inquiry regarding upcoming submission to Marsh. | 0.20 |
| 03/22/12 | DR | Corresponded with client regarding status of reimbursement request on Marsh and analyzed and evaluated relevant invoices for submission to Marsh. | 0.40 |
| 03/26/12 | DR | Drafted letter to Marsh requesting reimbursement pursuant to terms of settlement agreement. | 0.60 |
| 03/28/12 | DR | Finalized letter to Marsh requesting reimbursement pursuant to terms of settlement agreement and corresponded with client regarding same (1.0); emails with J. Shugrue regarding same (.2). | 1.20 |
| 03/28/12 | JDS | Emails with D. Rosenfield regarding submission of reimbursement request to Marsh pursuant to terms of parties' prior settlement. | 0.20 |

                              TOTAL FEES:            $1,006.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 03/31/2012 | Duplicating/Printing/Scanning | 0.20 |
| 03/31/2012 | Courier Service - Outside | 7.12 |
| | Total Disbursements | 7.32 |
| | Fees & Disbursements | $1,013.32 |

## NON-BANKRUPTCY/REORGANIZATION
**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.40 | 590.00 | 236.00 |
| DR | D. Rosenfield | 2.20 | 350.00 | 770.00 |
| | | 2.60 | | 1,006.00 |

April 30, 2012    Case 08-13141-BLS    Doc 11567-4    Filed 05/08/12    Page 8 of 9    Invoice 2261053
RE:    Fee Applications                                                                                                             Page 9
        (503842.00009)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/27/12 | JDS | Drafted email to Fee Auditor (J. Theil, Stuart Maue) and accompanying materials responding to questions and issues raised in Fee Auditor's Preliminary Report concerning 9th Interim Fee Application of Reed Smith. | 1.80 |
| 03/28/12 | LL | Finalized RS's 37th Monthly & 13th Interim Fee Applications. | 1.50 |
| 03/28/12 | LJR | Reviewed, revised and finalized month fee application. | 3.40 |
| 03/28/12 | JDS | Reviewed and approved for filing 37th Monthly Fee Application. | 0.30 |
| 03/29/12 | LL | Revisions to RS's 13th Interim Fee Application (.9); research regarding 10th Interim (.5). | 1.40 |
| 03/29/12 | LJR | Further review and analysis of response to fee auditor report and drafted response exhibits to fee auditor exhibits F and G. | 2.40 |
| 03/29/12 | SS | Analyzed, reviewed and catalogued court fillings. | 0.80 |
| 03/29/12 | JDS | Continued to draft response to questions/issued raised in Fee Auditor's Preliminary Report on 9th Interim Fee Application of Reed Smith. | 0.20 |

                                         TOTAL FEES:                           $17,028.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 03/31/2012 | PACER | 7.04 |
| 03/31/2012 | Duplicating/Printing/Scanning | 30.80 |
| 03/31/2012 | Outside Duplicating | 177.25 |
| | Total Disbursements | 215.09 |
| | Fees & Disbursements | $17,243.09 |

**BANKRUPTCY/REORGANIZATION**
RE: **HR Investigation**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/12/12 | JML | Corresponded with DTI regarding archiving of Relativity database. | 0.30 |
| 03/15/12 | JML | Teleconference and corresponded with DTI regarding logistics of archiving Relativity database. | 0.60 |
| 03/19/12 | JML | Corresponded with DTI regarding specifications for archiving of Relativity database. | 0.20 |

TOTAL FEES: $302.50

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 03/31/2012 Duplicating/Printing/Scanning | | 0.90 |
| Total Disbursements | | 0.90 |
| Fees & Disbursements | | $303.40 |

**BANKRUPTCY/REORGANIZATION**
Fee Summary: **HR Investigation**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JML | J.M. Livingston | 1.10 | 275.00 | 302.50 |
| | | 1.10 | | 302.50 |