JO ANNA CANZONERI MCCORMICK
342 NORTH ATLANTIC BOULEVARD
ALHAMBRA CALIFORNIA 91801

UNITED STATES FEDERAL BANKRUPTCY COURT IN DELAWARE
824 NORTH MARKET STREET
WILMINGTON DE 19801

REQUEST FOR DISMISSAL OF BANKRUPTCY
CASE ON THE TRIBUNE COMPANY

JO ANNA CANZONERI MCCORMICK
TRIBUNE COMPANY

PLAINTIFFS REQUEST FOR DISMISSAL OF THE TRIBUNE COMPANY

BANKRUPTCY'S CASE FROM THE HONORABLE JUDGE ON THE GROUNDS OF

ROBBERY GRAND LACERY EMBASSMENT THEFT AND POSSIBLE MURDER CASE

**TRIBUNE COMPANY PERSONALLY WAS ROBBED EMBASSED GRAND**

**LACERY AND THEFT FROM THE MCCORMICK FAMILY**

**THE TRIBUNE COMPANY WAS NEVER OWNED BY ROBERT**

**RUTHERFORD MCCORMICK**

**THE TRIBUNE COMPANY PERSONAL INCORPORATE PAPERS FILED IN**

**THE STATE OF DELAWARE WERE NOT SIGNED BY THE OWNER AND**

**PURCHASER OF THE TRIBUNE COMPANY** Also any or all documents based on fraud, guardianship, power of attorney or appointment of attorney of me (Jo Anna Canzoneri McCormick to be removed or dismissed)

DATED MAY 03, 2012    PRO SE JO ANNA CANZONERI MCCORMICK

*Jo Anna Canzoneri McCormick* (signature)