3286 Aberfoyle Pl., NW<br>
Washington, DC 20015<br>
Tel. 202-244-0717<br>
smyth.frank@gmail.com<br>
www.franksmyth.com

Tribune Company Case 8-13141
Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801
302-252-2900

Dear Bankruptcy Case,

I am a plaintiff in the Tribune Company Bankruptcy Case 8-13141, KJC

Please know that my address and phone number have changed.

    The previous information was:
        Frank Smyth
        912 Elm Avenue (out of date address)
        Takoma Park, 20912
        Tel. 301-270-2672

    The NEW ADDRESS AND TELEPHONE NUMBER is:

        Frank Smyth
        3286 Aberfoyle Place, NW
        Washington, DC 20015-2356

Thank you.

Sincerely,

*[signature]*
Frank Smyth