# EXHIBIT A

# Declaration of Christopher L. Meazell

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Thirty-Fourth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period March 1, 2012 through March 31, 2012 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Thirty-Fourth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

46429/0001-8526169v1

4.     There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.     No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 9th day of May, 2012.

Christopher L. Meazell

# EXHIBIT B

# Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## MARCH 1 - MARCH 31, 2012

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 0.4 | 100.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 34.7 | 19,085.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 760 | 48.9 | 37,164.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 390 | 61.7 | 24,063.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 91.9 | 59,735.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 280 | 40.6 | 11,368.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 13.8 | 3,312.00 |
| Christopher L. Meazell | Mmeber (since 2010); Litigation & Bankruptcy; 2001 (GA) & 2007(OK) | 450 | 3.9 | 1,755.00 |
| Maureen M. Nagle | Senior Counsel (since 2008); Corporate; 2000 (NY) & 2011 (DC) | 450 | 8.6 | 3,870.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 470 | 79.6 | 37,412.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 650 | 54.4 | 35,360.00 |
| Derek H. Teslik | Associate (since 2007: Communications; 2008 (NY) & DC (2009) | 350 | 10.1 | 3,535.00 |
| Henry H. Wendel | Paralegal (2011); Communications; n/a | 160 | 0.8 | 128.00 |
| David J. Wittenstein | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 700 | 29.6 | 20,720.00 |

**TOTALS**                                                                479.0        257,607.00
**BLENDED RATE**                                                                       537.8016701

[1] On January 1, 2012 Dow Lohnes implemented a Firm-wide rate adjustment which impacted several timekeepers working on this matter as follows: Teslik (2012 rate is $350, up from 2011 rate of $330), Wendel (2012 rate is $160, up from 2011 rate of $150). The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period. The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2012 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $760

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM
## MARCH 1 - MARCH 31, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 352.0 | 193,708.00 |
| Fee Applications 08656.0101 | 3.9 | 1,755.00 |
| Broadcast Contracts 08656.0104 | 110.3 | 55,082.00 |
| Fox and Network Agreements 08656.0104:001 | 12.8 | 7,062.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **479.0** | **257,607.00** |

# ☿ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

---

April 25, 2012                                                                          Page 1

Tribune Company                                                          Invoice 554182
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100              For Services Through March 31, 2012
FCC/Broadcast Matters

| | | |
|---|---|---|
| 03/01/12 | Review foreign ownership designation rights issues (0.7); correspondence with Sidley and co-proponents' FCC counsel re same (0.9). | |
| | C. Burrow | 1.60 hrs. |
| 03/01/12 | Review changes to application exhibits and proposed changes from bankruptcy counsel (0.9); telephone conference with M. Schneider re FCC ownership and waiver issues and pending FCC requests (0.5). | |
| | J. Feore | 1.40 hrs. |
| 03/01/12 | Telephone conferences with and prepare correspondence to E. Reed and J. Boelter re resolution of JP Morgan concern re designation of claims by value (0.8); review revised foreign ownership certification from JP Morgan (0.6); review revisions from J. Langdon to exhibit for anticipated restructuring application (0.4); prepare correspondence to J. Langdon re comprehensive exhibit (0.2); revise restructuring application exhibit (0.7); review revisions from E. Reed to JP Morgan attribution and media interests showing (1.4). | |
| | J. Logan | 4.10 hrs. |
| 03/02/12 | Review revisions to FCC procedures motion (0.9); review revisions to foreign ownership certification forms (0.6); correspondence with Sidley re same (0.4). | |
| | C. Burrow | 1.90 hrs. |
| 03/02/12 | Telephone conference with J. Stenger (counsel for Committee) re revised exhibits and ownership issues (0.6); review updated procedures motion and certifications (1.0); telephone conference with Sidley re ownership waiver requests (0.4). | |

April 25, 2012                                                         Page 2

|  |  |  |
|---|---|---|
|  | J. Feore | 2.00 hrs. |
| 03/02/12 | Review proposed JP Morgan exhibits and revisions to comprehensive exhibit (0.8); revise comprehensive exhibit to reflect JP Morgan changes (1.6); review and analyze changes to Tribune motion for procedures on foreign ownership determinations from co-proponent comments (1.1); prepare correspondence to A. Stromberg re revised foreign ownership certifications and procedural motion (0.3); prepare correspondence to J. Boelter re further revisions to foreign ownership filing from JP Morgan (0.3); review equity allocation model from B. Whitman (0.8). |  |
|  | J. Logan | 4.90 hrs. |
| 03/02/12 | Research draft assignment of license for new earth station used with Tribune Television New Orleans, Inc., DIP (0.8); prepare draft assignment of license for new earth station used with WPIX, Inc., DIP (0.8). |  |
|  | L. McCarty (Practice Group Professional) | 1.60 hrs. |
| 03/02/12 | Telephone conference with E. Washburn re preparation of supplemental showings (0.2); work on market updates and supplements (1.7). |  |
|  | M. Swanson | 1.90 hrs. |
| 03/03/12 | Review updated and revised draft court motions re filing procedures (0.4); review additional changes to restructuring application drafts (0.5). |  |
|  | J. Feore | 0.90 hrs. |
| 03/03/12 | Work on market updates and supplements. |  |
|  | M. Swanson | 2.20 hrs. |
| 03/04/12 | Review FCC procedures motion (0.9); review exhibits to FCC procedures motion (0.8). |  |
|  | C. Burrow | 1.70 hrs. |
| 03/04/12 | Preparation of comments regarding FCC biennial media ownership review (1.8); review of Newspaper Association of America comments regarding FCC biennial media ownership review for conformity with Tribune's interests (0.5). |  |
|  | J. Rademacher | 2.30 hrs. |
| 03/04/12 | Work on market supplements and updates. |  |
|  | M. Swanson | 7.90 hrs. |
| 03/05/12 | Review final draft of foreign ownership certification (0.7); review final draft of foreign ownership procedures motion (0.5); correspondence with Sidley and co-proponent's FCC counsel re same (0.8). |  |
|  | C. Burrow | 2.00 hrs. |
| 03/05/12 | Preparation of comments regarding FCC biennial media ownership review. |  |

April 25, 2012                                                    Page 3

Tribune Company                                               Invoice 554182

|  |  |  |
|---|---|---|
|  | J. Rademacher | 1.20 hrs. |
| 03/05/12 | Revise FCC waiver showings and exhibits (0.6); review final FCC comments and ownership proposals (0.5); telephone conference with Committee counsel re FCC filings (0.4). | |
|  | J. Feore | 1.50 hrs. |
| 03/05/12 | Review revised draft of foreign ownership certification and instructions (0.6); review correspondence from J. Langdon re revisions to amendment to reflect restructuring transactions (0.4); prepare correspondence to J. Stenger (Committee counsel) and T. Davidson (Angelo Gordon/Oaktree) re foreign ownership certification changes (0.4); prepare correspondence to E. Reed (JP Morgan) and T. Davidson (Angelo Gordon/Oaktree) re estimates of voting interests for pre-qualified principals (0.5); revise draft FCC amendments to reflect additional comments from J. Langdon (Sidley) re restructuring transactions (0.4); review revised procedural motion from A. Strombert (Sidley) (0.7); review and analyze model for equity allocation from Alvarez (1.8). | |
|  | J. Logan | 4.80 hrs. |
| 03/05/12 | Work on market updates and supplements. | |
|  | M. Swanson | 0.40 hrs. |
| 03/06/12 | Correspondence with Sidley re equity allocation model. | |
|  | C. Burrow | 0.50 hrs. |
| 03/06/12 | Preparation of edits to newspaper/broadcast cross-ownership waiver showing regarding applications to assign broadcast licenses in bankruptcy (2.0); preparation of edits to Chicago market showing regarding same (3.6). | |
|  | J. Rademacher | 5.60 hrs. |
| 03/06/12 | Review final revisions to waiver requests and legal updates (0.7); telephone conference with Committee counsel re amendments and FCC filings (0.2). | |
|  | J. Feore | 0.90 hrs. |
| 03/06/12 | Revise comprehensive exhibit to harmonize comments from Angelo Gordon, Oaktree, JP Morgan and Committee counsel (2.8); prepare revised charts for anticipated FCC filing (0.4); prepare correspondence to J. Langdon re restructuring applications (0.2); revise exhibits to reflect changes in satellite applications (0.4); review and analyze proposed allocation model re potential proponent issues (1.9); complete revisions to comprehensive exhibit draft (1.9); prepare correspondence to E. Washburn re revised exhibits (0.3). | |
|  | J. Logan | 7.90 hrs. |
| 03/06/12 | Work on market updates and supplements. | |
|  | M. Swanson | 4.60 hrs. |
| 03/07/12 | Review equity allocation model. | |

April 25, 2012                                                      Page 4

Tribune Company                                              Invoice 554182

|  | C. Burrow | 1.80 hrs. |
|---|---|---|

| 03/07/12 | Preparation of edits to Miami market showing regarding newspaper/broadcast cross-ownership waiver accompanying applications to assign broadcast licenses in bankruptcy (2.3); preparation of edits to Los Angeles market showing regarding same (2.5); preparation of edits to New York market showing regarding newspaper/broadcast cross-ownership waiver accompanying applications to assign broadcast licenses in bankruptcy (2.8); preparation of edits to Hartford market showing regarding newspaper/broadcast cross-ownership waiver accompanying applications to assign broadcast licenses in bankruptcy (3.0); research regarding required updates to Indianapolis satellite showing regarding same (0.5); research regarding Hartford duopoly waiver request regarding same (0.7); | |
|---|---|---|
|  | J. Rademacher | 11.80 hrs. |

| 03/07/12 | Conference with J. Stenger (counsel for Committee) re FCC filings and updates and timing issues (0.4); review Committee's comments and prepare final exhibit supplements (0.8). | |
|---|---|---|
|  | J. Feore | 1.20 hrs. |

| 03/07/12 | Prepare correspondence to E. Reed (JP Morgan) re further revisions to comprehensive exhibit proposed by JP Morgan (0.6); prepare correspondence to co-proponents re proposed telephone conference re status of waivers and updates (0.3); review allotment model and formulas in proposed worksheets for foreign ownership computations (2.9); prepare correspondence to J. Boelter re JP Morgan designation issue and potential effect on allotment model (0.3); prepare for telephone conference with Alvarez re allotment model (0.3). | |
|---|---|---|
|  | J. Logan | 4.40 hrs. |

| 03/07/12 | Review and revise market updates and supplements. | |
|---|---|---|
|  | M. Swanson | 4.60 hrs. |

| 03/08/12 | Telephone conference with co-proponent's FCC counsel re FCC status and process (0.5); telephone conference with Sidley and Alvarez re allocation model (1.8); review allocation model re same (0.7). | |
|---|---|---|
|  | C. Burrow | 3.00 hrs. |

| 03/08/12 | Telephone conference with D. Wiley, J. Bayes, E. Reed and T. Davidson regarding status of updates to FCC applications to assign broadcast licenses in bankruptcy. | |
|---|---|---|
|  | J. Rademacher | 0.60 hrs. |

| 03/08/12 | Work on FCC supplements and amendments to pending applications (0.7); telephone conference with Wiley and Akin teams and Committee counsel re FCC processes (0.6). | |
|---|---|---|
|  | J. Feore | 1.30 hrs. |

Tribune Company                                                              Invoice 554182

| 03/08/12 | Prepare correspondence to E. Reed (JP Morgan) re further revisions to comprehensive exhibit proposed by JP Morgan (0.5); telephone conference with co-proponents' FCC counsel re schedule for proposed filings and additional steps for completion of waiver supplements (0.5); telephone conference with J. Boelter and Alvarez representatives re allotment model and spreadsheets for stock/warrants distribution (1.6); prepare correspondence to T. Davidson re notices sent by JP Morgan to lenders re foreign ownership certification completion obligations (0.2); telephone conference with J. Stenger (FCC counsel to committee of unsecured creditors) re committee view of proposed allotment model from Alvarez (0.4); review revised correspondence from Alvarez to co-proponents re allocation model (0.6). | |
|---|---|---|
| | J. Logan | 3.80 hrs. |

| 03/08/12 | Review re need for Indianapolis and Hartford duopoly updates (0.2); prepare for and participate in conference call with counsel for Wiley, Akin and Chadbourne (0.8). | |
|---|---|---|
| | M. Swanson | 1.00 hrs. |

| 03/09/12 | Correspondence with Sidley and Alvarez re equity allocation model. | |
|---|---|---|
| | C. Burrow | 0.80 hrs. |

| 03/09/12 | Preparation of market updates for amendments to applications to transfer broadcast licenses in bankruptcy (5.6); correspondence with J. Bayes (JP Morgan counsel), E. Reed (JP Morgan counsel), T. Davidson (JP Morgan counsel) and J. Stenger (Oaktree counsel) regarding same (0.6). | |
|---|---|---|
| | J. Rademacher | 6.20 hrs. |

| 03/09/12 | Work on final revisions to ownership waiver amendments (1.0); telephone conferences with D. Eldersveld and E. Washburn re FCC amendments and filings (0.2); telephone conference and follow-up with Wiley and Akin counsel re status of FCC amendments (0.3). | |
|---|---|---|
| | J. Feore | 1.50 hrs. |

| 03/09/12 | Review and prepare sections for non-broadcast authorizations update (1.5); telephone conference with E. Reed and W. Johnsen (JP Morgan counsel) re allotment model (0.5); prepare for and participate in telephone conference with J. Boelter (Sidley) and Alvarez representatives re model for allotment of stock and warrants (1.7); telephone conference with T. Davidson (Angelo Gordon/Oaktree) re model for allotment (0.4). | |
|---|---|---|
| | J. Logan | 4.10 hrs. |

| 03/09/12 | Research relating to new satellite licenses acquired since the filing of the exit application (1.7); prepare list of assignment applications for satellite licenses for amendment to pending assignment re applications (1.0). | |
|---|---|---|
| | L. McCarty (Practice Group Professional) | 2.70 hrs. |

| 03/09/12 | Review certiorari filings re affect on arguments in market | |
|---|---|---|

April 25, 2012                                                        Page 6

Tribune Company                                                      Invoice 554182

| | | |
|---|---|---|
| | updates/supplements. | |
| | M. Swanson | 2.40 hrs. |
| 03/10/12 | Review revised exhibits re issues raised by counsel and overall waiver issues (1.0); research re proposed newspaper/broadcast cross-ownership rule changes and impact on temporary waiver requests (0.7). | |
| | J. Feore | 1.70 hrs. |
| 03/11/12 | Review certiorari filing re affect on arguments in market supplements/updates. | |
| | M. Swanson | 1.10 hrs. |
| 03/12/12 | Review issues re equity allocation model (0.9); review revisions to FCC exhibits (1.3). | |
| | C. Burrow | 2.20 hrs. |
| 03/12/12 | Correspondence with A. Casey regarding updates to station ratings in cross-ownership markets (0.2); telephone conference with J. Bayes (JP Morgan counsel) regarding updates to FCC cross-ownership waiver updates (0.4); correspondence with E. Reed (JP Morgan counsel) regarding same (0.2); correspondence with J. Stenger(Oaktree counsel) regarding same (0.5); analysis of issues regarding JP Morgan requested changes to amendment to FCC application to assign license for New York television station in bankruptcy (0.4);  analysis of issues regarding JP Morgan requested changes to amendment to FCC application to assign license for Los Angeles television station in bankruptcy (0.6); analysis of issues regarding JP Morgan requested changes to amendment to FCC application to assign license for Chicago television and radio stations in bankruptcy (0.9);  analysis of issues regarding JP Morgan requested changes to amendment to FCC application to assign license for Miami television station in bankruptcy (0.7); analysis of issues regarding JP Morgan requested changes to amendment to FCC application to assign license for Hartford television station in bankruptcy (0.8). | |
| | J. Rademacher | 4.70 hrs. |
| 03/12/12 | Review comments re revised FCC exhibits and waivers. | |
| | J. Feore | 0.90 hrs. |
| 03/12/12 | Review issues re amendment of satellite applications (0.7); telephone conference with E. Reed and W. Johnsen (FCC counsel to JP Morgan) re proposed changes to exhibits (0.3); revise comprehensive exhibit to reflect JP Morgan comments (0.8); review issues re comments on exit application changes from FCC counsel to Official Committee of Unsecured Creditors (0.9). | |
| | J. Logan | 2.70 hrs. |
| 03/12/12 | Edit draft exhibit for satellite exit application amendments. | |
| | L. McCarty (Practice Group Professional) | 2.10 hrs. |

Tribune Company                                                             Invoice 554182

| Date | Description | Hours |
|---|---|---|
| 03/12/12 | Review bank counsel's revisions to market updates.<br>M. Swanson | 0.30 hrs. |
| 03/13/12 | Preparation of amendment to FCC applications for assignment of licenses in bankruptcy regarding New York (1.6), Los Angeles (1.3), Chicago (2.0), Miami (1.4) and Hartford (1.6) market update; correspondence with J. Bayes (JP Morgan counsel) regarding amendments to Chicago market update (0.1); telephone conference with J. Bayes (JP Morgan counsel) regarding same (0.3); correspondence with E. Washburn regarding market updates (2.1).<br>J. Rademacher | 10.40 hrs. |
| 03/13/12 | Review final amendments and supplements to pending FCC applications (0.9); telephone conferences with R. Wiley re FCC applications and meetings (0.6); telephone conferences with J. Stenger re revisions to FCC applications (0.9).<br>J. Feore | 2.40 hrs. |
| 03/13/12 | Prepare for telephone conference with Angelo Gordon and Oaktree counsel re allotment model (0.5); telephone conference with T. Davidson and J. Johnston re allotment model for compliance with FCC regulatory requirements in distribution of Tribune securities (1.3); prepare supplement to memorandum on allotment schedule to address issues from Angelo Gordon and Oaktree (0.5); review proposed additions to exit application amendments from JP Morgan, Angelo Gordon and Oaktree (0.7); revise comprehensive exhibit to reflect comments from Angelo Gordon, Oaktree and JP Morgan (1.2).<br>J. Logan | 4.20 hrs. |
| 03/13/12 | Review and revise modification to market updates/supplements.<br>M. Swanson | 4.00 hrs. |
| 03/14/12 | Telephone conferences and correspondence with Sidley and co-proponent's FCC counsel re FCC application filing issues (1.8); update FCC applications re same (2.6); update memorandum re foreign ownership computations (0.4).<br>C. Burrow | 4.80 hrs. |
| 03/14/12 | Preparation of amendment to FCC applications for assignment of licenses in bankruptcy regarding New York (2.1), Los Angeles (1.6), Chicago (2.3), Miami (1.8) and Hartford (1.7) market updates; preparation of update amendment regarding request for continuation of FCC satellite authorization for Indianapolis market (1.6); correspondence with J. Bayes (JP Morgan counsel) and E. Reed (JP Morgan counsel) regarding amendments to Chicago market update (0.3); telephone conference with J. Bayes (JP Morgan counsel) and E. Reed (JP Morgan counsel) regarding same (0.3); correspondence with J. Bayes (JP Morgan counsel) and E. Reed (JP Morgan counsel) regarding amendments to New York market update (0.2); telephone conference with J. Bayes (JP Morgan counsel) and E. | |

Tribune Company

|  |  |  |
|---|---|---|
|  | Reed (JP Morgan counsel) regarding same (0.4), correspondence with E. Washburn regarding market updates (0.5). | |
|  | J. Rademacher | 12.80 hrs. |
| 03/14/12 | Telephone conferences with Wiley and Akin teams re FCC filings, amendments and supplements (0.5); telephone conferences with J. Stenger re review of FCC drafts and open issues (0.8); telephone conference with D. Eldersveld re FCC filing and updates (0.4); review amended supplements and exhibits for FCC (1.4). | |
|  | J. Feore | 3.10 hrs. |
| 03/14/12 | Prepare for telephone conference with FCC counsel to co-proponents re completion and filing of amendments (0.5); telephone conference with E. Reed, W. Johnsen and R. Wiley (JP Morgan counsel) and T. Davidson (Angelo Gordon/Oaktree FCC counsel) re completion of amendment (0.6); revise comprehensive exhibit to reflect comments from counsel to co-proponents (2.8); telephone conference with FCC counsel to Oaktree/Angelo Gordon re allotment model for equity distribution (1.3); prepare insert to allotment model memorandum to address Angelo Gordon issues (0.8); prepare draft exhibit reference pages for FCC Form 314 completion and revise statements and exhibits on FCC Form 314 (1.4); prepare correspondence to J. Stenger re placement of exhibit cross-references and format of amendment (0.5); prepare final corrections and modifications to comprehensive exhibit and correspondence to FCC counsel to co-proponents re same (1.9). | |
|  | J. Logan | 9.80 hrs. |
| 03/14/12 | Prepare draft amendments to pending applications for assignment of license. | |
|  | L. McCarty (Practice Group Professional) | 8.30 hrs. |
| 03/14/12 | Review and revise market supplements/updates (6.6); telephone conference call with creditors' and investors' counsel re status of FCC materials (0.8). | |
|  | M. Swanson | 7.40 hrs. |
| 03/15/12 | Review issues re FCC application amendments (0.9); correspondence with co-proponent's FCC counsel re same (1.4). | |
|  | C. Burrow | 2.30 hrs. |
| 03/15/12 | Preparation of amendment to FCC applications for assignment of licenses in bankruptcy regarding New York (1.6), Los Angeles (2.0), Chicago (1.9), Miami (1.8) and Hartford (1.8) market updates; telephone conference with E. Reed (JP Morgan counsel) regarding Miami market update (0.3); correspondence with E. Reed (JP Morgan counsel) regarding Miami market update (0.2); telephone conference with J. Bayes (JP Morgan counsel) and E. Reed (JP Morgan counsel) regarding Los Angeles market update (0.2); telephone conference with E. Washburn regarding status of market updates (0.3); preparation of update amendment regarding request | |

Tribune Company

|  |  |  |
|---|---|---|
|  | for continuation of FCC satellite authorization for Indianapolis market (1.0). | |
|  | J. Rademacher | 11.10 hrs. |
| 03/15/12 | Telephone conferences with D. Eldersveld re FCC filings (0.3); telephone conference with R. Wiley re FCC amendments and supplements and FCC meetings (0.4); review waiver issues and updates and changes in analysis of ownership (0.6); telephone conference with counsel for Committee re FCC supplements and amendments (0.5); review revised Plan re FCC issues (0.6); review final proposed FCC supplements on waiver requests (0.7). | |
|  | J. Feore | 3.10 hrs. |
| 03/15/12 | Review correspondence from E. Washburn re changes to comprehensive exhibit to exit application filings (0.6); prepare correspondence to E. Washburn and L. McCarty re signatory for amendments (0.3); review and analyze impact of proposed modification to Reorganization Plan on amendment schedule (0.4); prepare correspondence to T. Davidson (FCC counsel to Angelo Gordon/Oaktree) re revision to Angelo Gordon structure charts and re computation of estimated voting share holdings in reorganized Tribune (0.7); revise comprehensive exhibit with Tribune and Angelo Gordon (0.8); review issues re FCC changes to filing of DCL Plan and prospects for filing version to be updated (0.2); prepare correspondence to FCC counsel to co-proponents with revised drafts of comprehensive exhibit for exit application amendments (0.4); review and implement changes from JP Morgan counsel re changes to attribution and media ownership sections (1.4); review correspondence from Official Committee re issues in waiver requests (0.4); review waiver request draft re confirmation of consistency with comprehensive exhibit (1.2); circulate revised exhibits to FCC counsel for co-proponents (0.6); prepare correspondence to B. Whitman (Alvarez) and J. Boelter (Sidley) re proposed briefing on allotment model for Official Committee of Unsecured Creditors (0.2); revise comprehensive exhibit to report additional Oaktree radio interests (1.4); supplement final changes from client to positional interests and exhibits on officers and directors (0.8). | |
|  | J. Logan | 9.40 hrs. |
| 03/15/12 | Revise draft amendments to pending assignment of license (6.4); upload comprehensive exhibit to each (3.3). | |
|  | L. McCarty (Practice Group Professional) | 9.70 hrs. |
| 03/15/12 | Review and revise market supplements/updates. | |
|  | M. Swanson | 6.00 hrs. |
| 03/16/12 | Review amendments to plan (0.7); telephone conference and correspondence with Sidley re same (0.7). | |
|  | C. Burrow | 1.40 hrs. |

Tribune Company

| | | |
|---|---|---|
| 03/16/12 | Supervise filing of amendments to FCC applications to assign broadcast licenses in bankruptcy (8.4); correspondence with E. Washburn regarding same (0.2). | |
| | J. Rademacher | 8.60 hrs. |
| 03/16/12 | Review final updates on FCC amendments/supplements (1.1); telephone conferences with counsel for JP Morgan and Committee re FCC filings (0.4); telephone conference with S. Sheehan re FCC initiatives (0.5). | |
| | J. Feore | 2.00 hrs. |
| 03/16/12 | Review issues re revised Reorganization Plan (0.3); review and revise FCC Form 314 (0.9); prepare correspondence to B. Whitman (Alvarez) re proposed telephone conference with Official Committee counsel (0.2); prepare correspondence to D. Roberts (FCC) re filing of broadcast amendments (0.3); telephone conference with JP Morgan counsel re schedule for filing amendment and confirmation of comprehensive exhibit (0.5); review and revise correspondence to petitioners re amendment (0.3); complete pre-filing review of application amendments (1.6); review issues re amendment of non-broadcast applications (2.4). | |
| | J. Logan | 6.50 hrs. |
| 03/16/12 | Finalize and submit amendments to pending exit applications (4.8); prepare service copies for delivery to service list (4.5); prepare correspondence to client regarding submission of amendment applications (0.2). | |
| | L. McCarty (Practice Group Professional) | 9.50 hrs. |
| 03/16/12 | Work on Indianapolis duopoly issues (0.8); review re bankruptcy court timing (0.1). | |
| | M. Swanson | 0.90 hrs. |
| 03/17/12 | Follow-up re FCC supplemental filings and review of non-broadcast FCC filings (0.4); review timing issues for FCC meetings (0.2). | |
| | J. Feore | 0.60 hrs. |
| 03/18/12 | Prepare market materials, studies and data. | |
| | M. Swanson | 2.50 hrs. |
| 03/19/12 | Review FCC application issues re bankruptcy application overlap with license renewals. | |
| | C. Burrow | 0.60 hrs. |
| 03/19/12 | Telephone conference with FCC staff and follow-up re filing of supplements to pending applications (0.3); review and revise draft filings for non-broadcast applications and supplements (0.6). | |
| | J. Feore | 0.90 hrs. |
| 03/19/12 | Prepare and review  FCC service copies for amendment filing (0.8); telephone conference with D. Roberts (FCC) re amendment filing and FCC copies (0.4); prepare compilation of amendments for FCC staff (0.8); prepare exit application amendments for non-broadcast | |

Tribune Company                                                         Invoice 554182

services (1.6); prepare letter to D. Roberts re filings for exit
application (0.4); prepare for telephone conference with FCC
counsel to Official Committee and Alvarez re allotment model (0.3);
telephone conference with FCC counsel to Official Committee and
Alvarez re allotment model (0.8); prepare correspondence to FCC
counsel to Official Committee re exit application amendments (0.3).
J. Logan                                          5.40 hrs.

03/19/12    Prepare courtesy copies of amendments to pending exit applications
            for FCC staff.
            L. McCarty (Practice Group Professional)        4.20 hrs.

03/19/12    Telephone conference with E. Washburn re application supplements.
            M. Swanson                                      0.20 hrs.

03/19/12    Review upcoming renewal applications and FCC issues for
            reorganization.
            S. Anderson (Practice Group Professional)       0.20 hrs.

03/20/12    Revise FCC non-broadcast applications.
            C. Burrow                                       1.80 hrs.

03/20/12    Work on restructuring applications and filing details re pending
            applications (0.4); telephone conference with FCC staff re updates
            (0.2); telephone conference with S. Sheehan re FCC/Capitol Hill
            next steps (0.3).
            J. Feore                                        0.90 hrs.

03/20/12    Complete and review application package for D. Roberts (FCC)
            (0.8); revise general exhibits for amendments to non-broadcast
            applications (1.3); prepare amendments with material for Form 312
            in connection with exit application amendments (1.4); prepare
            amendments for Form 327 applications in connection with
            amendment of non-broadcast exit applications (1.6).
            J. Logan                                        5.10 hrs.

03/20/12    Telephone conference with E. Washburn re PIF question (0.1);
            prepare for and participate in call with NAA attorneys re contour
            proposal for cross-ownership comments (0.5).
            M. Swanson                                      0.60 hrs.

03/21/12    Review issues re FCC non-broadcast amendments (0.5);
            correspondence with Sidley and co-proponent's FCC counsel re
            same (0.7).
            C. Burrow                                       1.20 hrs.

03/21/12    Review pending applications and proposals for filing restructuring
            applications (0.6); review FCC procedures re pending renewals and
            action on long-form applications (0.7); review non-broadcast filings
            and updates (0.4).
            J. Feore                                        1.70 hrs.

03/21/12    Complete non-broadcast amendments and distribute to co-

Tribune Company

|  |  |  |
|---|---|---|
|  | proponents' FCC counsel for review and comment (1.4); prepare correspondence to J. Boelter re completion and filing of restructuring applications (0.4); review issues re need for renewal "step in shoes" showing for reorganized Tribune (0.4). |  |
|  | J. Logan | 2.20 hrs. |
| 03/21/12 | Review correspondence relating to concerns about renewal applications and pending restructuring and exit applications (0.4); telephone call with client regarding amendment filed to date for restructuring applications (0.2); research database relating to amendments (0.6); prepare draft amendment to CARS exit application (0.6). |  |
|  | L. McCarty (Practice Group Professional) | 1.80 hrs. |
| 03/22/12 | Telephone conference with Sidley re FCC timing and restructuring transactions (0.8); review FCC processing issues re same (0.9). |  |
|  | C. Burrow | 1.70 hrs. |
| 03/22/12 | Telephone conference with A. Denysyk (FCC) regarding update to Hartford duopoly waiver request regarding assignment of licenses of WCCT and WTIC in bankruptcy (0.2); research regarding requirements for update regarding same (0.3). |  |
|  | J. Rademacher | 0.50 hrs. |
| 03/22/12 | Work on additional updates and non-broadcast supplements to pending FCC applications (0.9); telephone conference with FCC staff re review of supplements and timing issues (0.2). |  |
|  | J. Feore | 1.10 hrs. |
| 03/22/12 | Review and analyze correspondence from FCC counsel to Official Committee re restructuring transactions (0.7); telephone conference with J. Boelter re timing and structure for restructuring transactions (0.5); review issues re modification of warrants and 310(b) compliance (0.3); revise exit application amendments for non-broadcast applications (1.1). |  |
|  | J. Logan | 2.60 hrs. |
| 03/22/12 | Telephone conference with FCC staff re need for Hartford update. |  |
|  | M. Swanson | 0.20 hrs. |
| 03/23/12 | Review FCC filing issues for restructuring transactions (0.9); correspondence with co-proponent's FCC counsel re same (0.4). |  |
|  | C. Burrow | 1.30 hrs. |
| 03/23/12 | Telephone conference with E. Washburn regarding update to Hartford financial materials regarding duopoly waiver request associated with assignment of licenses for WCCT and WTIC (0.3); research regarding same (0.5); correspondence with E. Washburn regarding same (0.4). |  |
|  | J. Rademacher | 1.20 hrs. |
| 03/23/12 | Review FCC filings in Hartford and request for updated information (0.5); review outstanding confidentiality order and applicability to |  |

Tribune Company                                              Invoice 554182

|          |                                                                 |            |
|----------|-----------------------------------------------------------------|------------|
|          | filings (0.3).                                                  |            |
|          | J. Feore                                                        | 0.80 hrs.  |
| 03/23/12 | Review and revise Form 312, Form 327 and Form 602 exhibits to reflect changes proposed by co-proponents (1.7); prepare correspondence to E. Washburn with revised exhibits for non-broadcast applications (0.3); prepare correspondence to Akin, Gump re issues on non-broadcast exhibits (0.4); prepare correspondence to J. Stenger re issues on non-broadcast exhibits (0.4). | |
|          | J. Logan                                                        | 2.80 hrs.  |
| 03/23/12 | Review and respond to correspondence relating to FRN issue relating to restructuring entities. | |
|          | L. McCarty (Practice Group Professional)                        | 0.40 hrs.  |
| 03/23/12 | Telephone conferences with D. Roberts re additional material needed for Hartford duopoly waiver request (0.4); review authority cited by D. Roberts (0.3); telephone conference with client re need for update and assembly of materials (0.4). | |
|          | M. Swanson                                                      | 1.10 hrs.  |
| 03/23/12 | Research filing issues and creation of FRNs.                    |            |
|          | S. Anderson (Practice Group Professional)                       | 0.20 hrs.  |
| 03/24/12 | Review possible changes to restructuring application amendments (0.4); review updated FCC amendments/supplements (0.3). | |
|          | J. Feore                                                        | 0.70 hrs.  |
| 03/26/12 | Review FCC filing issues re restructuring transactions (0.7); correspondence with Sidley re same (0.6). | |
|          | C. Burrow                                                       | 1.30 hrs.  |
| 03/26/12 | Telephone conference with counsel for JP Morgan re FCC applications (0.2); review preparation of non-broadcast filings and updates (0.5). | |
|          | J. Feore                                                        | 0.70 hrs.  |
| 03/26/12 | Telephone conference with FCC counsel to Official Committee re treatment of non-broadcast authorizations (0.5); prepare correspondence to J. Langdon re schedule for creation of entities for restructuring applications and related scheduling matters (0.5); telephone conference with D. Roberts (FCC) re issues with amendment to comprehensive exhibit relating to JP Morgan media ownership interests (0.4); telephone conference with J. Bayes (FCC counsel to JP Morgan) re FCC concerns with JP Morgan attribution showing (0.4). | |
|          | J. Logan                                                        | 1.80 hrs.  |
| 03/27/12 | Correspondence with Sidley re timing and contract issues (0.8); review revised FCC procedures order and motions (1.1). | |
|          | C. Burrow                                                       | 1.90 hrs.  |
| 03/27/12 | Telephone conference with J. Stenger re FCC applications and |            |

April 25, 2012                                                                        Page 14

Tribune Company                                                                      Invoice 554182

|  |  |  |
|---|---|---|
|  | updates on file with FCC (0.6); review requests re further information on supplemental applications and need to update (0.4); work on additional exhibits for broadcast and non-broadcast applications (0.6). | |
|  | J. Feore | 1.60 hrs. |
| 03/27/12 | Review draft procedural order for addressing foreign ownership issues (0.9); review issues re schedule change and effect on timing of restructuring applications (0.4). | |
|  | J. Logan | 1.30 hrs. |
| 03/27/12 | Review re certiorari replies for issues to include in cross-ownership waiver supplements. | |
|  | M. Swanson | 0.50 hrs. |
| 03/28/12 | Research regarding FCC required updates to FCC applications to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 1.90 hrs. |
| 03/28/12 | Review proposed changes to further FCC filings (0.5); telephone conference with FCC staff re status of FCC applications (0.2). | |
|  | J. Feore | 0.70 hrs. |
| 03/28/12 | Telephone conference with J. Stenger (FCC counsel to Official Committee) re questions about allotment model (0.3); complete review of procedural motion and related documents for A. Stromberg (Sidley) (0.7); telephone conference with D. Roberts re FCC staff request for additional update (0.3); prepare memorandum re D. Roberts (FCC) telephone call on additional required updates (0.4). | |
|  | J. Logan | 1.70 hrs. |
| 03/28/12 | Review re need to update media data in cross-ownership waiver requests (0.3); review previous exhibits (0.3); telephone conference with E. Washburn re scope of update (0.2); research re update materials (1.8). | |
|  | M. Swanson | 2.60 hrs. |
| 03/29/12 | Research specialty newspapers and other local publications in the Chicago DMA re FCC request for updated exhibits to cross-ownership waiver request. | |
|  | A. Mejia (Practice Group Professional) | 5.80 hrs. |
| 03/29/12 | Correspondence with Sidley re FCC contracts questions (0.3); review issues re equity allocation model (0.6). | |
|  | C. Burrow | 0.90 hrs. |
| 03/29/12 | Research re print media sources in Tribune markets. | |
|  | H. Wendel (Paralegal) | 0.80 hrs. |
| 03/29/12 | Research regarding updating information in FCC newspaper/broadcast cross-ownership waiver requests for New York, Los Angeles, Chicago, Miami and Hartford regarding | |

April 25, 2012                                    Page 15

Tribune Company                                    Invoice 554182

applications to assign broadcast licenses in bankruptcy (0.5); telephone conference with M. Fratrik (econometrics expert) regarding same (0.2).
J. Rademacher                                    0.70 hrs.

03/29/12    Review informational requests of FCC staff re waiver showings (0.5); telephone conference with S. Sheehan re proposed follow-up with FCC (0.4); work on finalizing non-broadcast and other applications (0.4).
J. Feore                                    1.30 hrs.

03/29/12    Prepare correspondence to E. Washburn (Tribune) re comments on amendments for non-broadcast applications (0.2); review issues re limitations on ability to contract as applied to FCC staff inquiries in connection with retransmission consent (0.2); prepare correspondence to B. Whitman in response to questions on procedural memorandum (0.4); prepare correspondence to B. Whitman and to T. Davidson re allotment model (0.3); revise memorandum on allotment plan (0.6).
J. Logan                                    1.70 hrs.

03/29/12    Telephone conferences with D. Roberts (FCC) re updating cross-ownership market data (0.4); telephone conference with E. Washburn re same (0.2); telephone conferences with M. Fratrik (BIA) re update and quote (0.3); voicemail and email exchanges with E. Washburn re same (0.1); review M. Fratrik quote (0.2); email exchange with client re same (0.1); email authorization to M. Fratrik (0.1); review material needing updates but outside scope of BIA work (0.6).
M. Swanson                                    2.00 hrs.

03/30/12    Research specialty newspapers and other local publications in the Chicago DMA re cross-ownership waiver request.
A. Mejia (Practice Group Professional)    8.00 hrs.

03/30/12    Review ex parte filings with FCC re ownership certifications (0.3); review FCC-requested updates on waiver markets and market studies (0.6).
J. Feore                                    0.90 hrs.

03/30/12    Prepare correspondence to B. Whitman and T. Davidson re memorandum on allotment model (0.3); review ex parte letter from JP Morgan and related issues in connection with media ownership showing (0.4).
J. Logan                                    0.70 hrs.

03/30/12    Meeting regarding draft assignment application for new earth station licenses.
L. McCarty (Practice Group Professional)    0.30 hrs.

BILLING SUMMARY

April 25, 2012                                                     Page 16

Tribune Company                                                   Invoice 554182

|  | Hours |
|---|---|
| BURROW | 34.70 |
| FEORE | 35.80 |
| LOGAN | 91.90 |
| SWANSON | 54.40 |
| RADEMACHER | 79.60 |
| ANDERSON | 0.40 |
| MCCARTY | 40.60 |
| MEJIA | 13.80 |
| WENDEL | 0.80 |
| TOTAL | 352.00 |

Fees for Professional Services ............................................................ $        193,708.00

| | | |
|---|---|---|
| CONFERENCE CALL (SOUNDPATH) | $ | 4.20 |
| COURIER SERVICE | $ | 147.68 |
| REPRODUCTION | $ | 1,466.90 |
| TELEPHONE | $ | 21.60 |
| WESTLAW INFORMATION SERVICE | $ | 28.32 |
| 03/08/12  VENDOR: John R. Feore, Jr.; INVOICE#: ERJRF012512; DATE: 3/8/2012 - Parking at FCC for meeting with FCC staff re Tribune applications | $ | 18.00 |

Total Reimbursable Costs ................................................................ $          1,686.70
Total Current Billing for This File ..................................................... $        195,394.70

Our File # 08656.0101          For Services Through March 31, 2012
Retention and Fee Applications

| 03/02/12 | Preparation of 33rd monthly fee application. C. Meazell | 1.40 hrs. |
|---|---|---|
| 03/08/12 | Preparation of 33rd monthly fee application. C. Meazell | 1.60 hrs. |
| 03/27/12 | Preparation of 33rd monthly fee application. C. Meazell | 0.90 hrs. |

BILLING SUMMARY
|  | Hours |
|---|---|
| MEAZELL | 3.90 |

April 25, 2012                                          Page 17

Tribune Company                                         Invoice 554182
                    TOTAL              3.90

Fees for Professional Services ............................................................ $        1,755.00
Total Current Billing for This File.................................................... $        1,755.00


Our File # 08656.0104          For Services Through March 31, 2012
Broadcast Contracts


| 03/01/12 | Analysis re telecasting issues. | |
| | D. Wittenstein | 0.30 hrs. |
| 03/01/12 | Prepare revised term sheet for DirecTV (1.4); telephone call with K. Connor re DirecTV agreement (0.9); review current DirecTV agreement for Tribune (0.6); prepare email to K. Connor re Tribune revised term sheet (0.1). | |
| | R. Folliard III | 3.00 hrs. |
| 03/02/12 | Analysis re carriage strategies. | |
| | D. Wittenstein | 0.60 hrs. |
| 03/02/12 | Telephone call with K. Connor re DirecTV term sheet (0.1); prepare revised term sheet for DirecTV (0.2); prepare email to K. Connor with revised term sheet (0.1). | |
| | R. Folliard III | 0.40 hrs. |
| 03/03/12 | Research and analysis re possible strategies for programming agreements. | |
| | D. Wittenstein | 2.00 hrs. |
| 03/05/12 | Research FCC regulations and copyright rules regarding WGNA superstation status. | |
| | D. Teslik | 0.70 hrs. |
| 03/05/12 | Research and analysis re strategies for programming WGN. | |
| | D. Wittenstein | 3.90 hrs. |
| 03/05/12 | Review DirecTV material in preparation for conference call (0.1); conference call with K. Connor re changes to DirecTV term sheet (0.9); revise DirecTV term sheet (0.8). | |
| | R. Folliard III | 1.80 hrs. |
| 03/06/12 | Research FCC and Copyright office decisions regarding multicast streams and superstations; prepare summary of Cablevision retransmission agreement. | |
| | D. Teslik | 4.50 hrs. |

Tribune Company

| | | |
|---|---|---|
| 03/06/12 | Research and prepare materials for Tribune personnel re telecasting project. | |
| | D. Wittenstein | 2.20 hrs. |
| 03/06/12 | Revise DirecTV term sheet to include CLTV rates (0.3); prepare email to K. Connor re revised term sheet for DirecTV (0.1); conference call with K. Connor re DirecTV term sheet (0.8); prepare final version of term sheet for DirecTV (0.4). | |
| | R. Folliard III | 1.60 hrs. |
| 03/07/12 | Research FCC carriage cases regarding high definition and multicast channels for multicast project. | |
| | D. Teslik | 2.10 hrs. |
| 03/07/12 | Research and analysis re carriage strategies. | |
| | D. Wittenstein | 1.70 hrs. |
| 03/07/12 | Prepare email re changes to DirecTV term sheet (0.3); prepare email to K. Connor re proposed changes to Clear Creek retransmission agreement (0.3). | |
| | R. Folliard III | 0.60 hrs. |
| 03/08/12 | Prepare materials in connection with meeting with Tribune personnel re programming. | |
| | D. Wittenstein | 0.40 hrs. |
| 03/08/12 | Conference call re DirecTV strategy and potential blackout (0.8); analyze proposal regarding programming agreements (0.3). | |
| | R. Folliard III | 1.10 hrs. |
| 03/09/12 | Finalize materials for use in meeting with Tribune personnel re programming agreements (0.5); prepare for meeting re same (0.3). | |
| | D. Wittenstein | 0.80 hrs. |
| 03/09/12 | Prepare emails re sample spots and website materials by other broadcasters in retransmission disputes (0.3); analyze proposed changes to Acme retransmission agreement (0.3). | |
| | R. Folliard III | 0.60 hrs. |
| 03/10/12 | Review issues re possible WGN carriage issues. | |
| | J. Feore | 0.80 hrs. |
| 03/11/12 | Prepare for meetings with WGN/Tribune personnel re programming agreements. | |
| | D. Wittenstein | 0.20 hrs. |
| 03/12/12 | Prepare for and meeting with N. Larsen, G. Mazzaferri and L. Gardner regarding programming agreements (4.2); follow-up research and analysis re same (0.8). | |
| | D. Wittenstein | 5.00 hrs. |
| 03/12/12 | Review programming options per regulatory requirements (0.8); meeting with N. Larsen, G. Mazzaferri and L. Gardiner re | |

Tribune Company                                                    Invoice 554182

|  |  |  |
|---|---|---|
|  | programming options (2.5). | |
|  | J. Feore | 3.30 hrs. |
| 03/13/12 | Work on follow-up to meeting with Tribune personnel re programming agreements. | |
|  | D. Wittenstein | 0.30 hrs. |
| 03/13/12 | Prepare emails to D. Eldersveld updating status of DirecTV negotiations and strategy (1.2); conference call re strategy for going dark on DirecTV (1.1); review DirecTV material for conference call (0.2). | |
|  | R. Folliard III | 2.50 hrs. |
| 03/14/12 | Research FCC cases regarding standing to bring retransmission without consent claim for multicast project. | |
|  | D. Teslik | 2.80 hrs. |
| 03/14/12 | Research and analysis re programming options(1.5); prepare email memorandum to Tribune personnel re same (0.6). | |
|  | D. Wittenstein | 2.10 hrs. |
| 03/14/12 | Research re ability for Tribune to provide programming for WGN-TV consistent with FCC syndication exclusivity rules (0.2); analyze DirecTV counteroffer (0.8); telephone call with K. Connor re response to DirecTV (0.6); prepare response to DirecTV counteroffer (0.7). | |
|  | R. Folliard III | 2.30 hrs. |
| 03/15/12 | Conference call with K. Connor re DirecTV and Google Fiber. | |
|  | R. Folliard III | 0.70 hrs. |
| 03/16/12 | Prepare email re FCC decision fining cable operator for illegal carriage of broadcast stations without consent and impact of decision on future negotiations. | |
|  | R. Folliard III | 0.20 hrs. |
| 03/17/12 | Review agreements re carriage issues for WGN-TV. | |
|  | J. Feore | 0.60 hrs. |
| 03/18/12 | Review and analysis of telecasting agreement in connection with proposals. | |
|  | D. Wittenstein | 2.10 hrs. |
| 03/19/12 | Review and analysis of telecasting agreement (1.1); prepare email memorandum to Tribune personnel regarding same (0.5). | |
|  | D. Wittenstein | 1.60 hrs. |
| 03/19/12 | Review and  update options memorandum re WGN programming carriage issues. | |
|  | J. Feore | 0.40 hrs. |
| 03/19/12 | Prepare email re retransmission consent requirements for SMATV operators (0.4); analyze revisions to Clear Creek retransmission agreement (0.2); prepare email to K. Connor re Clear Creek | |

April 25, 2012                                                            Page 20

Tribune Company                                                          Invoice 554182

|  |  |  |
|---|---|---|
| | agreement (0.1). | |
| | R. Folliard III | 0.70 hrs. |
| 03/20/12 | Prepare email to K. Connor re Google Fiber and Clear Creek (0.2); review DirecTV material in preparation for conference call (0.3); conference call re DirecTV retransmission negotiations (1.4); analyze draft AT&T retransmission consent agreement and WGN agreement (2.5). | |
| | R. Folliard III | 4.40 hrs. |
| 03/21/12 | Telephone call with K. Connor re DirecTV negotiations (0.6); prepare revised version of Clear Creek retransmission agreement (0.2). | |
| | R. Folliard III | 0.80 hrs. |
| 03/22/12 | Review further carriage options. | |
| | J. Feore | 0.40 hrs. |
| 03/22/12 | Telephone calls with K. Connor re revised term sheet with DirecTV (0.6); research re MFN with Dish Network (0.2); prepare revised term sheet for DirecTV (1.0). | |
| | R. Folliard III | 1.80 hrs. |
| 03/23/12 | Prepare for conference call regarding DirecTV retransmission agreement (0.4); conference call re changes to DirecTV term sheet (0.5); revise term sheet (0.6); follow up conference call re term sheet (0.3); finalize DirecTV term sheet (0.4). | |
| | R. Folliard III | 2.20 hrs. |
| 03/26/12 | Research and email memorandum to G. Mazzaferri regarding telecast strategies. | |
| | D. Wittenstein | 0.20 hrs. |
| 03/26/12 | Review current issues re carriage and programming options for WGN. | |
| | J. Feore | 0.30 hrs. |
| 03/26/12 | Review AT&T agreements in preparation for call (0.8); conference calls with K. Connor re AT&T agreement (0.8); conference call with K. Connor re DirecTV public campaign (0.2); analyze public relations material in DirecTV dispute (0.3); prepare emails to K. Connor re corrections to public relations material and strategy for public outreach (1.4); prepare revised retransmission agreement for AT&T (2.2). | |
| | R. Folliard III | 5.70 hrs. |
| 03/27/12 | Analysis of MLB superstation letter agreement (1.3); memorandum to G. Mazzaferri regarding same (0.5). | |
| | D. Wittenstein | 1.80 hrs. |
| 03/27/12 | Review draft statement re DirecTV dispute and review next steps at FCC re carriage issues (0.4); review issues raised by AT&T negotiations (0.4). | |

Tribune Company

|  |  |  |
|---|---|---|
|  | J. Feore | 0.80 hrs. |
| 03/27/12 | Prepare revised multiview agreement with AT&T for 2012 MLB season (3.1); conference call with K. Connor re DirecTV counter offer (0.5); analyze DirecTV counter offer (0.3); prepare email to Tribune re updating FCC to status of negotiations with DirecTV (0.3); prepare email to FCC staff re retransmission negotiations with DirecTV (0.4); analyze AT&T term sheet and ability to modify terms of agreement (0.4); prepare email re recommendation to finalize AT&T agreement promptly and potential for AT&T to breach confidentiality provision of term sheet (1.7). |  |
|  | R. Folliard III | 6.70 hrs. |
| 03/28/12 | Work on outline of AT&T issues and impact on DirecTV negotiations and issues. |  |
|  | J. Feore | 0.30 hrs. |
| 03/28/12 | Prepare email re importance of finalizing AT&T agreement before a potential dispute with DirecTV (0.2); prepare AT&T multiview agreement for WGN-TV Chicago (3.2); review proposed term sheet for DirecTV negotiations (0.2); conference calls with K. Connor and with Tribune re response and revised term sheet for DirecTV (2.4); research re MFN implications for including provision in DirecTV agreement re conversion to basic cable network (0.6); revise and redraft the DirecTV term sheet (1.3). |  |
|  | R. Folliard III | 7.90 hrs. |
| 03/29/12 | Review status of AT&T and DirecTV negotiations (0.3); telephone conference with S. Sheehan re FCC/Capitol Hill follow-up (0.2). |  |
|  | J. Feore | 0.50 hrs. |
| 03/29/12 | Prepare email to FCC re status of retransmission consent negotiations with DirecTV and impact of bankruptcy on negotiations (0.4); telephone call with FCC staff re status of retransmission consent negotiations with DirecTV (0.2); telephone calls with Tribune re DirecTV negotiations (0.8); prepare email re potential MFN options for DirecTV term sheet; revise AT&T multiview agreement (0.7). |  |
|  | R. Folliard III | 3.30 hrs. |
| 03/30/12 | Telephone call from L. Gardner (0.4); work on demand letter to DirecTV (0.6); research and analysis re copyright and FCC issues in connection with impending retransmission consent impasse with DirecTV (1.4). |  |
|  | D. Wittenstein | 2.40 hrs. |
| 03/30/12 | Conference calls with Tribune re DirecTV term sheet (1.4); revise DirecTV term sheet (1.5); research re options for DirecTV to import replacement programming for Tribune stations (2.0); prepare letter to DirecTV advising it that Tribune will enforce its rights against any unlawful carriage (0.5). |  |
|  | R. Folliard III | 5.40 hrs. |

April 25, 2012                                                                                           Page 22

Tribune Company                                                                              Invoice 554182

| 03/31/12 | Research and analysis re syndicated exclusivity, network nonduplication and sports blackout issues re retransmission consent impasse with DirecTV (0.8); work on retransmission consent impasse issues (1.2). | |
| | D. Wittenstein | 2.00 hrs. |

| 03/31/12 | Telephone conference with N. Larsen, G. Mazzaferri and J. Marenghi re DirecTV negotiations (0.6); review draft statements, releases and memorandum re procedural steps (0.9). | |
| | J. Feore | 1.50 hrs. |

| 03/31/12 | Conference calls re DirecTV offer and acceptance of terms for broadcast stations (0.6); conference call with K. Connor re DirecTV negotiations (0.4); research re syndicated exclusivity rights and nonduplication rights for Tribune CW stations (0.5); research re DirecTV rights to retransmit superstations without consent in Tribune markets (3.5); prepare email re message to general mangers about DirecTV dispute (0.4); prepare email re response to DirecTV acceptance of terms for broadcast stations (0.4); monitor false trade press accounts re agreement between Tribune and DirecTV (0.2); prepare emails re preventing DirecTV from importing Tribune superstations (0.8); prepare emails re preserving exclusivity rights on DirecTV (0.6); prepare emails re obligation by DirecTV to cease retransmitting Tribune stations (0.6). | |
| | R. Folliard III | 8.00 hrs. |

### BILLING SUMMARY

| | Hours |
| --- | --- |
| FEORE | 8.90 |
| WITTENSTEIN | 29.60 |
| FOLLIARD III | 61.70 |
| TESLIK | 10.10 |
| TOTAL | 110.30 |

| | | | |
| --- | --- | --- | --- |
| Fees for Professional Services ............................................................................... $ | | | 55,082.00 |
| | TELEPHONE | $ | 50.28 |
| 03/12/12 | Travel expenses to Chicago by John Feore on 3/12/12 for Client meeting with Tribune officials (N. Larsen, G. Mazzaferri and L. Gardner) | $ | 1,324.01 |
| Total Reimbursable Costs ........................................................................................ $ | | | 1,374.29 |
| Total Current Billing for This File ......................................................................... $ | | | 56,456.29 |

Tribune Company                                              Invoice 554182

Our File # 08656.0104:001        For Services Through March 31, 2012
Fox and Network Agreements

| | | |
|---|---|---|
| 03/01/12 | Telephone conference with N. Larsen, G. Mazzaferri and L. Gardner re network proposed changes to affiliation and open issues (0.7); review markup of proposal (0.3).<br>J. Feore | 1.00 hrs. |
| 03/01/12 | Telephone call with N. Larsen, L. Gardner and G. Mazzaferri re Fox agreements (.8); revise agreements re same (1.9).<br>M. Nagle | 2.70 hrs. |
| 03/02/12 | Review revised issues list re network affiliation and side letter (0.5); conference re open issues and follow-up (0.2).<br>J. Feore | 0.70 hrs. |
| 03/02/12 | Prepare and distribute revised Fox affiliation agreement, side letter and issues summary.<br>M. Nagle | 2.10 hrs. |
| 03/05/12 | Review and markup affiliation agreement and side letter (0.4); update issues and options list (0.3).<br>J. Feore | 0.70 hrs. |
| 03/06/12 | Telephone call with S. Shelton,  L. Gardner and G. Mazzaferri re Fox (1.1); prepare issues list agenda re same (0.7); review L. Gardner and G. Mazzaferri emails re same (0.2).<br>M. Nagle | 2.00 hrs. |
| 03/07/12 | Review updated and revised network affiliation terms and conditions.<br>J. Feore | 0.50 hrs. |
| 03/14/12 | Review network proposal re affiliation (0.4); telephone conference with N. Larsen, G. Mazzaferri and L. Gardiner re response (0.4).<br>J. Feore | 0.80 hrs. |
| 03/14/12 | Telephone call with N. Larsen, L. Gardner and G. Mazzaferri re Fox (0.4); review Fox proposal re Tribune (0.6).<br>M. Nagle | 1.00 hrs. |
| 03/16/12 | Follow-up emails on Fox issues, including spill in and spill out.<br>M. Nagle | 0.40 hrs. |
| 03/23/12 | Review network proposals, open issues and options for Tribune re affiliation and stations.<br>J. Feore | 0.50 hrs. |
| 03/27/12 | Telephone call with N. Larsen, L. Gardner and G. Mazzaferri re Fox status. | |

April 25, 2012                                           Page 24

Tribune Company                                         Invoice 554182
          M. Nagle                          0.40 hrs.

BILLING SUMMARY

|           | Hours  |
|-----------|--------|
| FEORE     | 4.20   |
| NAGLE     | 8.60   |
| TOTAL     | 12.80  |

Fees for Professional Services ...................................................................... $        7,062.00

          TELEPHONE                          $          4.08

Total Reimbursable Costs............................................................................... $          4.08
Total Current Billing for This File................................................................ $        7,066.08

Total Current Billing for This Invoice............................................................ $      260,672.07

# ☼ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

April 25, 2012

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Invoice 554182

Our File # 08656.0100        For Services Through March 31, 2012
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................ $         195,394.70

Our File # 08656.0101        For Services Through March 31, 2012
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................ $             1,755.00

Our File # 08656.0104        For Services Through March 31, 2012
Broadcast Contracts
    Total Current Billing for This Invoice ............................................................ $           56,456.29

Our File # 08656.0104:001    For Services Through March 31, 2012
Fox and Network Agreements
    Total Current Billing for This Invoice ............................................................ $             7,066.08

    Total Current Billing for This Invoice ............................................................ $         260,672.07

# EXHIBIT C

# Excel Spreadsheet

46429/0001-8526169v1

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## MARCH 1 - MARCH 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 1,203.20 |
| Duplicating Charges (1) | | 1,466.90 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 147.68 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 165.99 |
| Lexis Research Service | Lexis | 0.00 |
| Research Service | Westlaw | 28.32 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | Lasership - FCC | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 4.20 |
| Telephone Tolls | | 75.96 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **3,092.25** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.