# EXHIBIT A



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975543
0276 12575 / 12575-000301
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through March 31, 2012

**Photographer(s) Recall Grievance: Case No. 16 300 00214 11**

| Disbursements | Value |
|---|---|
| Taxi - K. Michaels  02/23/12 | 62.00 |
| Meeting in Baltimore in prep for continued arbitration hearing | |
| Taxi - K. Michaels  02/24/12 | 92.00 |
| Out-of-Town Travel - K. Michaels - Hotel  02/23/12 | 309.35 |
| Meeting in Baltimore in prep for continued arbitration hearing | |
| Out-of-Town Travel - K. Michaels - Airfare - Chicago/Baltimore 02/16 -17/2012 | 355.60 |
| Out-of-Town Travel - K. Michaels - Airfare - Chicago/Baltimore 02/23/2012 | 134.80 |

**Total Disbursements**                                                  953.75

**Total Fees And Disbursements This Statement**                    $953.75

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1975543
0276 12575 / 12575-000301
Photographer(s) Recall Grievance: Case No. 16 300
00214 11

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 953.75 |
| Total Fees and Disbursements This Statement | $953.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lookbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975469
0276 12575 / 12575-000303
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through March 31, 2012

## 2012 Pressroom Negotiations

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/06/12 | J. Sherman | C300 | | Conferences with A. Greetis and A. Barnes regarding negotiations. | 0.30 | 217.50 |
| 03/06/12 | A. Greetis | C300 | | Review correspondence from A. Barnes regarding contribution obligation under collective bargaining agreement (.20); review draft memorandum regarding same (.50); discuss research with Z. Robert (.20); review ERISA Section 4205 provisions and related regulations (.40); review case law (.90); discuss same with A. Barnes (.20); draft follow up email to A. Barnes (.30). | 2.70 | 1,431.00 |
| 03/07/12 | J. Sherman | C300 | | Conference with A. Barnes regarding press negotiations. | 0.30 | 217.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH SHAW LLP
ATTORNEYS

Invoice No. 1975469

Page 2

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/08/12 | J. Sherman | C300 | | Review of materials received from A. Barnes in connection with press bargaining priorities (.30); telephone conference with A. Barnes relating to same (.70). | 1.00 | 725.00 |
| 03/12/12 | J. Sherman | C300 | | Review press collective bargaining agreement in preparation for meeting on March 13 (.20); review materials from E. Dinkin regarding press multi-employer pension plan (.30). | 0.50 | 362.50 |
| 03/13/12 | J. Sherman | C300 | | Meetings with client in Baltimore regarding Pressroom bargaining. | 8.00 | 5,800.00 |
| 03/27/12 | J. Sherman | C300 | | Draft language for proposal to extend collective bargaining agreement (.40); telephone conference with A. Barnes in connection with same (.10); revision of language pursuant to telephone conference with A. Barnes (.10). | 0.60 | 435.00 |

**Total Hours** 13.40

**Total Fees** $9,188.50

**Less Discount** ($918.85)

**Total Fees After Discount** $8,269.65

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 10.70 | hours at | $725.00 | per hour | |
| A. Greetis | Partner | - | 2.70 | hours at | $530.00 | per hour | |

**Disbursements** | **Value**
---|---

| Copying | 2.40 |
| Facsimile | 6.00 |



Baltimore Sun

| Disbursements | Value | |
|---|---|---|
| Long Distance Telephone | 3.12 | |
| Online Research | 84.71 | |
| **Total Disbursements** | | 96.23 |
| **Total Amount Due** | | $8,365.88 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
· SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1975469
0276 12575 / 12575-000303
2012 Pressroom Negotiations

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $9,188.50 |
| Less Discount | ($918.85) |
| Total Fees after Discount | $8,269.65 |
| Total Disbursements | 96.23 |
| Total Fees and Disbursements This Statement | $8,365.88 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |


**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975472
0276 31907 / 31907-000005
W1ST

The Baltimore Sun and Morning Call
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-01
Attn:  Ann W. Barnes
Labor Relations Director

For legal services rendered through March 31, 2012

### Rich Pothering Unscheduled Leave Grievance

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/01/12 | K. Michaels | L120 | | Review of documents from A. Barnes: timeline of events, grievance and Company notes (.50); telephone conference with A. Barnes regarding case review and strategy (.70). | 1.20 | 726.00 |
| 03/04/12 | K. Michaels | L120 | | Drafting edits to proposed letter to Union raising procedural arbitrability issues. | 0.10 | 60.50 |
| 03/04/12 | K. Michaels | L120 | | Review of e-mail correspondence from A. Barnes and draft letter to Union raising procedural arbitrability issues. | 0.10 | 60.50 |
| 03/06/12 | K. Michaels | L120 | | Telephone conference with Union counsel T. Kohn regarding selection of arbitrator. | 0.20 | 121.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**ATTORNEYS**

Invoice No. 1975472

Page 2

Morning Call, The

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/06/12 | K. Michaels | L120 | | Review of e-mail correspondence from A. Barnes regarding summary of conference call with Union lawyer regarding arbitration. | 0.10 | 60.50 |
| 03/06/12 | K. Michaels | L120 | | Telephone conference with A. Barnes regarding summary of call with Union counsel regarding case and selection of arbitrator. | 0.10 | 60.50 |
| 03/14/12 | K. Michaels | L120 | | Review of letter from Arbitrator A. Symonette regarding hearing date (.10); e-mail correspondence with A. Barnes regarding same (.10). | 0.20 | 121.00 |
| 03/20/12 | K. Michaels | L120 | | Review of e-mail correspondence from A. Barnes to Morning Call personnel regarding scheduled arbitration and preparation for hearing. | 0.10 | 60.50 |

| | | |
|---|---|---|
| **Total Hours** | 2.10 | |
| **Total Fees** | | $1,270.50 |
| **Less Discount** | | ($127.05) |
| **Total Fees After Discount** | | $1,143.45 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 2.10 | hours at | $605.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $1,143.45 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

The Baltimore Sun and Morning Call
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-01
Attn: Ann W. Barnes
Labor Relations Director

Invoice No. 1975472
0276 31907 / 31907-000005
Rich Pothering Unscheduled Leave Grievance

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,270.50 |
| Less Discount | ($127.05) |
| Total Fees after Discount | $1,143.45 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,143.45 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975479
0276 36377 / 36377-000001
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through March 31, 2012

**Corporate Labor Relations Matters 0000001096**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/07/12 | Z. Robert | B220 | | Review/analyze follow-up questions regarding potential liability risks in connection with special project. | 1.30 | 474.50 |

| | | |
|---|---|---|
| **Total Hours** | 1.30 | |
| **Total Fees** | | $474.50 |
| **Less Discount** | | ($47.45) |
| **Total Fees After Discount** | | $427.05 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Z. Robert | Associate | – | 1.30 | hours at | $365.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Sherman

**Total Disbursements**                                                                    0.00

**Total Amount Due**                                                                   $427.05



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975479
0276 36377 / 36377-000001
Corporate Labor Relations Matters 0000001096

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $474.50 |
| Less Discount | ($47.45) |
| Total Fees after Discount | $427.05 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $427.05 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975477
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through March 31, 2012

### Bankruptcy Fee Application 0000001891

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/01/12 | J. Sherman | L120 | | Review/execute Twenty-Seventh Monthly Fee Application. | 0.30 | 217.50 |
| 03/01/12 | J. McManus | B110 | | Arrange for Twenty-Seventh Monthly Fee Application to be filed with the Court (.10); prepare Twenty-Eighth Monthly Fee Application (.70). | 0.80 | 232.00 |
| 03/02/12 | J. McManus | B110 | | Prepare Seyfarth's Twenty-Eighth Monthly Fee Application. | 0.70 | 203.00 |
| 03/06/12 | J. Sherman | C300 | | Review/redact invoices for purposes of privilege. | 0.50 | 362.50 |
| 03/09/12 | J. Sherman | C300 | | Review March 9 Fee Examiner Preliminary Report dated March 9, 2012. | 0.60 | 435.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1975477

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/13/12 | J. McManus | B110 | | Prepare response to Fee Examiner's Report on Sixth Interim Fee Application. | 0.60 | 174.00 |
| 03/14/12 | J. McManus | B110 | | Review/edit/supplement time detail as Exhibit to Seyfarth's Twenty-Eighth Monthly Fee Application. | 0.50 | 145.00 |
| 03/16/12 | J. McManus | B110 | | Revise Seyfarth's Response to Fee Examiner's Report on Seyfarth's Fifth Interim Fee Application. | 0.70 | 203.00 |
| 03/19/12 | J. McManus | B110 | | Revise spreadsheet/response to Fee Auditor's Report on Seyfarth's Fifth Quarterly Fee Application. | 0.90 | 261.00 |
| 03/20/12 | J. McManus | B110 | | Confer with J. Theil regarding final edits to response to Fee Examiner's Report on Seyfarth's Fifth Interim Fee Application (.10); finalize/submit same (.50); review Fee Examiner's Report on Seyfarth's Sixth Interim Fee Application (.20); begin preparing response to Fee Examiner's Report on Seyfarth's Sixth Interim Fee Application (.50). | 1.30 | 377.00 |
| 03/21/12 | J. McManus | B110 | | Prepare Twenty-Eighth Monthly Fee Application (1.20); prepare response to Fee Examiner's Report on Seyfarth's Sixth Interim Fee Application (.50). | 1.70 | 493.00 |
| 03/22/12 | J. McManus | B110 | | Revise Seyfarth's Twenty-Eighth Monthly Fee Application. | 0.60 | 174.00 |
| 03/29/12 | J. McManus | B110 | | Prepare response to Fee Examiner's Report on Seyfarth's Sixth Interim Fee Application (.60); conference with A. Shepro regarding preparation of chart regarding same (.10); respond to J. Theil regarding additional inquiries regarding Fifth Interim Fee Application (.10); revise fee detail portion of Seyfarth's Twenty-Eighth Monthly Fee Application (.30). | 1.10 | 319.00 |
| 03/30/12 | J. Sherman | C300 | | Redact March statements for privilege. | 0.50 | 362.50 |



Invoice No. 1975477

Page 3

Tribune Company/Sherman

| | | |
|---|---|---|
| **Total Hours** | | 10.80 |
| **Total Fees** | | $3,958.50 |
| **Less Discount** | | ($395.85) |
| **Total Fees After Discount** | | $3,562.65 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.90 | hours at | $725.00 | per hour |
| J. McManus | Paralegal | - | 8.90 | hours at | $290.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 7.10 |
| Other - BANK OF AMERICA CA Courtcall -Seyfarth Fifth Interim Fee Application | 30.00 |
| **Total Disbursements** | 37.10 |
| **Total Amount Due** | $3,599.75 |



SEYFARTH
ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1975477
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,958.50 |
| Less Discount | ($395.85) |
| Total Fees after Discount | $3,562.65 |
| Total Disbursements | 37.10 |
| Total Fees and Disbursements This Statement | $3,599.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975478
0276 11089 / 11089-000038
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through March 31, 2012

**Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No. 2011-62692**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/12/12 | J. Collins | L160 | | Telephone conference with J. Osick regarding settlement issues. | 0.30 | 174.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.30 | |
| **Total Fees** | | $174.00 |
| **Less Discount** | | ($17.40) |
| **Total Fees After Discount** | | $156.60 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Collins | Sr Partner I | – | 0.30 | hours at | $580.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| **Disbursements** | **Value** | |
|---|---|---|
| Copying | 6.50 | |
| Online Research | 25.56 | |
| **Total Disbursements** | | 32.06 |
| **Total Amount Due** | | $188.66 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1975478
0276 11089 / 11089-000038
Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No.
2011-62692

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $174.00 |
| Less Discount | ($17.40) |
| Total Fees after Discount | $156.60 |
| Total Disbursements | 32.06 |
| Total Fees and Disbursements This Statement | $188.66 |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

### IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |


**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975489
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through March 31, 2012

### Karen Scott v. WPIX

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/01/12 | E. Cerasia II | L440 | | Revise letter to court regarding trial date (.10); emails with K. Rubenstein and S. Jacobson regarding same. (.20). | 0.30 | 229.50 |
| 03/02/12 | A. Cabrera | L250 | | Revise draft motion in limine excluding testimony regarding others. | 5.50 | 2,557.50 |
| 03/02/12 | A. Ianni | L430 | | Legal research regarding motion in limine. | 1.30 | 513.50 |
| 03/03/12 | A. Ianni | L430 | | Draft motion in limine. | 1.30 | 513.50 |
| 03/05/12 | E. Cerasia II | L440 | | Draft/revise brief in support of motion in limine as to K. Scott's trial witnesses and alleged age-based comments by B. Berlamino. | 1.40 | 1,071.00 |
| 03/05/12 | A. Ianni | L430 | | Draft motion in limine. | 2.60 | 1,027.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/06/12 | E. Cerasia II | L440 | | Draft/revise latest draft of motion in limine regarding K. Scott's trial witnesses (4.10); telephone conference with Judge Pauley's clerk and email correspondence with opposing counsel regarding coordination of conference call with Judge (.10); telephone conference with Judge Pauley regarding trial schedule and deadlines pre-trial papers (.20); email correspondence with A. Foran and with B. Berlamino regarding same (.20). | 4.60 | 3,519.00 |
| 03/06/12 | A. Ianni | L430 | | Revise motion in limine to exclude testimony of L. Petterson. | 2.00 | 790.00 |
| 03/07/12 | E. Cerasia II | L440 | | Continue to draft/revise briefs in support of motion in limine to exclude K. Scott's witnesses and alleged comments by B. Berlamino (5.30); email correspondence with A. Foran regarding brief (.20); review/analyze case law for brief (1.50). | 7.00 | 5,355.00 |
| 03/07/12 | A. Cabrera | L250 | | Revise motion in limine to exclude "me too" testimony and evidence. | 0.30 | 139.50 |
| 03/07/12 | A. Ianni | L430 | | Meeting with E. Cerasia regarding motions in limine. | 0.30 | 118.50 |
| 03/08/12 | E. Cerasia II | L440 | | Revise WPIX's brief in support of motion in limine to exclude witnesses (.70); email correspondence with M. Ramirez regarding trial (.10). | 0.80 | 612.00 |
| 03/08/12 | A. Ianni | L430 | | Revise motions in limine. | 1.00 | 395.00 |
| 03/09/12 | E. Cerasia II | L440 | | Telephone conference with A. Foran regarding revisions to brief in support of motion in limine (.10); revise latest draft of brief in support of WPIX's motion in limine as to Scott's witnesses and alleged comments by B. Berlamino (.80). | 0.90 | 688.50 |
| 03/09/12 | A. Ianni | L430 | | Draft declaration to accompany motions in limine (.40); revise motions in limine (.50). | 0.90 | 355.50 |



Invoice No. 1975489

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/09/12 | A. Balint | L250 | | Cite-check, shephardize and blue-book brief in support of motion in limine to bar testimony from plaintiff's proposed witnesses (1.00); assemble exhibits to declaration of E. Cerasia (1.00). | 2.00 | 480.00 |
| 03/11/12 | E. Cerasia II | L440 | | Revise briefs in support of motions in limine to preclude 5 of K. Scott's trial witnesses. | 1.10 | 841.50 |
| 03/11/12 | A. Ianni | L430 | | Revise motions in limine (.90); notice of motion (.20); revise declaration (.40). | 1.50 | 592.50 |
| 03/12/12 | E. Cerasia II | L440 | | Final revisions to papers in support of WPIX's motions in limine. | 0.80 | 612.00 |
| 03/12/12 | A. Balint | L250 | | Edit table of authorities (.30); assemble exhibits to declaration of E. Cerasia (.30); edit E. Cerasia declaration (.30); electronically file motions in limine (.30) ; draft letter to Judge Pauley (.30); prepare courtesy copies for Judge Pauley (.30). | 1.80 | 432.00 |
| 03/26/12 | A. Cabrera | L120 | | Review plaintiff's opposition to motions in limine. | 0.80 | 372.00 |
| 03/26/12 | A. Ianni | L430 | | Review opposition to motions in limine. | 0.40 | 158.00 |
| 03/27/12 | E. Cerasia II | L440 | | Review/analyze K. Scott's brief in opposition to WPIX's motions in limine to prepare arguments for reply brief. | 0.70 | 535.50 |
| 03/27/12 | A. Cabrera | L120 | | Review exhibits to opposition to motions in limine. | 1.20 | 558.00 |
| 03/27/12 | A. Cabrera | L120 | | Strategize regarding issues and arguments to raise in reply to opposition to motions in limine. | 0.50 | 232.50 |
| 03/27/12 | A. Cabrera | L250 | | Verify factual assertions made in plaintiff's opposition (.30); outline responses to show misrepresentations of the record (.80). | 1.10 | 511.50 |



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/27/12 | A. Ianni | L430 | | Draft reply in support of motions in limine. | 1.30 | 513.50 |
| 03/28/12 | A. Cabrera | L250 | | Outline issues to address in reply brief. | 0.80 | 372.00 |
| 03/28/12 | A. Ianni | L430 | | Draft reply in support of motions in limine. | 5.30 | 2,093.50 |
| 03/29/12 | E. Cerasia II | L120 | | Revise WPIX's reply brief regarding motions in limine. | 0.70 | 535.50 |
| 03/29/12 | A. Ianni | L430 | | Draft reply in support of motions in limine. | 4.90 | 1,935.50 |
| 03/30/12 | E. Cerasia II | L440 | | Revise latest draft of WPIX's reply brief in further support or motions in limine (3.20); and review/analyze cases cited by Scott's opposition brief (1.40). | 4.60 | 3,519.00 |
| 03/30/12 | A. Cabrera | L250 | | Review/revise reply brief regarding motions in limine. | 1.50 | 697.50 |
| 03/30/12 | A. Ianni | L430 | | Revise reply in support of motions in limine. | 2.90 | 1,145.50 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 64.10 | |
| **Total Fees** | | | $34,022.50 |
| **Less Discount** | | | ($3,402.25) |
| **Total Fees After Discount** | | | $30,620.25 |

**Timekeeper Summary**

| E. Cerasia II | Partner | - | 22.90 | hours at | $765.00 | per hour |
|---------------|---------|---|-------|----------|---------|----------|
| A. Cabrera | Associate | - | 11.70 | hours at | $465.00 | per hour |
| A. Ianni | Associate | - | 25.70 | hours at | $395.00 | per hour |
| A. Balint | Paralegal | - | 3.80 | hours at | $240.00 | per hour |



Tribune Company

| **Disbursements** | **Value** | |
| --- | --- | --- |
| Courier/Messenger | 10.25 | |
| Long Distance Telephone | 0.13 | |
| Online Research | 563.41 | |
| **Total Disbursements** | | 573.79 |
| **Total Amount Due** | | $31,194.04 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1975489
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $34,022.50 |
| Less Discount | ($3,402.25) |
| Total Fees after Discount | $30,620.25 |
| Total Disbursements | 573.79 |
| Total Fees and Disbursements This Statement | $31,194.04 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



SEYFARTH
ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975491
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through March 31, 2012

**Sal Marchiano v. Betty Ellen Berlamino**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/14/12 | R. Schley | L140 | | Upload defendant document productions to database (.30); organize for review and analysis by attorney (.30). | 0.60 | 138.00 |
| 03/15/12 | A. Ianni | L320 | | Review documents produced in K. Scott case for reproduction to S. Marchiano. | 0.30 | 118.50 |
| 03/15/12 | R. Schley | L320 | | Assist A. Balint with preparation of documents for production to opposing counsel (WPIX000001-WPIX006827). | 0.80 | 184.00 |
| 03/16/12 | A. Ianni | L320 | | Draft letter to L. Pearson regarding production of documents from K. Scott case. | 0.30 | 118.50 |
| 03/19/12 | A. Ianni | L210 | | Draft stipulation regarding time to respond to retaliation counterclaim (.20); communications with L. Pearson regarding deposition scheduling (.20). | 0.40 | 158.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1975491

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/22/12 | A. Ianni | L430 | | Draft motion to dismiss retaliation claim of K. Scott. | 2.30 | 908.50 |
| 03/23/12 | E. Cerasia II | L240 | | Revise motion to dismiss K. Scott's retaliation claim. | 0.50 | 382.50 |
| 03/23/12 | A. Ianni | L430 | | Revise motion to dismiss retaliation claim of K. Scott. | 0.50 | 197.50 |
| 03/26/12 | A. Ianni | L430 | | Review/edit motion to dismiss. | 0.20 | 79.00 |
| 03/27/12 | E. Cerasia II | L240 | | Final revisions to papers in support of motion to dismiss K. Scott's retaliation claim. | 0.20 | 153.00 |
| 03/27/12 | A. Ianni | L430 | | Draft notice of motion (.30); edit motion to dismiss (.70). | 1.00 | 395.00 |
| 03/27/12 | N. Puzio | L430 | | Electronically convert/file motion to dismiss with the Southern District of New York. | 0.30 | 72.00 |

| | | |
|---|---|---|
| **Total Hours** | 7.40 | |
| **Total Fees** | | $2,904.50 |
| **Less Discount** | | ($290.45) |
| **Total Fees After Discount** | | $2,614.05 |

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.70 | hours at | $765.00 | per hour |
| A. Ianni | Associate | - | 5.00 | hours at | $395.00 | per hour |
| N. Puzio | Paralegal | - | 0.30 | hours at | $240.00 | per hour |
| R. Schley | LitDiscAnalyst | - | 1.40 | hours at | $230.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $2,614.05 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1975491
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,904.50 |
| Less Discount | ($290.45) |
| Total Fees after Discount | $2,614.05 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,614.05 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975493
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through March 31, 2012

**<u>Larry Hoff v. WPIX, et al.</u>**

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 03/01/12 | A. Ianni | L330 | | Draft interrogatory responses (.20); e-mail to J. Osick regarding same (.10). | 0.30 | 118.50 |
| 03/02/12 | A. Ianni | L310 | | Draft interrogatory responses. | 0.50 | 197.50 |
| 03/09/12 | A. Ianni | L320 | | Review documents for production. | 0.40 | 158.00 |
| 03/12/12 | A. Balint | L320 | | Review client documents for production. | 0.30 | 72.00 |
| 03/14/12 | A. Ianni | L320 | | Direct R. Schley regarding document production (.10); review documents to be produced (1.10). | 1.20 | 474.00 |
| 03/14/12 | R. Schley | L140 | | Load plaintiff's production (LH 0001-LH 0494) to database (.70); organize for review and analysis by attorney (.60). | 1.30 | 299.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1975493

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/15/12 | A. Balint | L320 | | Review client documents for production (.30); remove Nielson and privileged documents from production (.50); draft production log (.50). | 1.30 | 312.00 |
| 03/16/12 | A. Ianni | L120 | | Telephone conference with L. Pearson and S. Jacobson regarding discovery scheduling. | 0.30 | 118.50 |
| 03/19/12 | A. Ianni | L430 | | Draft stipulation regarding time to respond to retaliation claim (.20); e-mail with K. Rubinstein regarding same (.20). | 0.40 | 158.00 |
| 03/22/12 | A. Ianni | L430 | | Draft motion to dismiss retaliation claim of K. Scott. | 2.30 | 908.50 |
| 03/23/12 | E. Cerasia II | L240 | | Revise motion to dismiss K. Scott's retaliation claim. | 0.50 | 382.50 |
| 03/23/12 | A. Ianni | L430 | | Revise motion to dismiss retaliation claim of K. Scott. | 0.50 | 197.50 |
| 03/26/12 | A. Ianni | L430 | | Review/edit motion to dismiss. | 0.20 | 79.00 |
| 03/27/12 | E. Cerasia II | L240 | | Final revisions to papers in support of motion to dismiss K. Scott's retaliation claim. | 0.20 | 153.00 |
| 03/27/12 | A. Ianni | L430 | | Draft notice of motion (.30); edit motion to dismiss (.70). | 1.00 | 395.00 |
| 03/27/12 | N. Puzio | L430 | | Electronically convert/file motion to dismiss with the Southern District of New York. | 0.30 | 72.00 |
| 03/28/12 | A. Ianni | L330 | | Correspondence with L. Pearson and S. Jacobson regarding deposition scheduling. | 0.50 | 197.50 |

**Total Hours**                                                                                11.50

**Total Fees**                                                                                  $4,292.50

**Less Discount**                                                                              ($429.25)

**Total Fees After Discount**                                                                  $3,863.25



Tribune Company

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.70 | hours at | $765.00 | per hour |
| A. Ianni | Associate | - | 7.60 | hours at | $395.00 | per hour |
| A. Balint | Paralegal | - | 1.60 | hours at | $240.00 | per hour |
| N. Puzio | Paralegal | - | 0.30 | hours at | $240.00 | per hour |
| R. Schley | LitDiscAnalyst | - | 1.30 | hours at | $230.00 | per hour |

## Disbursements

| | Value |
|---|---|
| Courier/Messenger | 22.29 |
| Copying | 5.00 |
| CD Duplication | 20.00 |
| CD Mastering | 15.00 |

**Total Disbursements**                                   62.29

**Total Amount Due**                                    $3,925.54



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1975493
0276 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $4,292.50 |
| Less Discount | ($429.25) |
| Total Fees after Discount | $3,863.25 |
| Total Disbursements | 62.29 |
| Total Fees and Disbursements This Statement | $3,925.54 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975474
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through March 31, 2012

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/02/12 | N. Riesco | L120 | | Review correspondence concerning settlement negotiations (.60); communications with J. Ludwig concerning cross-examination of witnesses and possibility of settlement (.40). | 1.00 | 390.00 |
| 03/16/12 | N. Riesco | L120 | | Communications with J. Ludwig regarding bankruptcy proceedings (.30); review file for Parker involvement pro se prior to counsel's appearance (.80); register for court evidentiary hearing (.20); review Albeheary testimony at evidentiary hearing (.50). | 1.80 | 702.00 |
| 03/19/12 | K. Osgood | L120 | | Review email correspondence with J. Ludwig and N. Riesco regarding status court hearing per N. Riesco's request. | 0.10 | 46.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1975474

Page 2

Chicago Tribune Company

| | | |
|---|---|---|
| **Total Hours** | | 2.90 |
| **Total Fees** | | $1,138.00 |
| **Less Discount** | | ($113.80) |
| **Total Fees After Discount** | | $1,024.20 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 2.80 | hours at | $390.00 | per hour |
| K. Osgood | Counsel | - | 0.10 | hours at | $460.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $1,024.20 |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
· CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1975474
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,138.00 |
| Less Discount | ($113.80) |
| Total Fees after Discount | $1,024.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,024.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975475
0276 57634 / 57634-000007
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through March 31, 2012

<u>Marcia E. Sinclair Harassment; IDHR Charge No. 2008CN4074</u>

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/01/12 | N. Riesco | L190 | | Finalize discovery requests (.60); draft letter to opposing counsel (.20); communication with J. Osick regarding same (.20). | 1.00 | 390.00 |
| 03/05/12 | N. Riesco | L160 | | Review correspondence from opposing counsel regarding settlement release (.20); consider acceptable and unacceptable settlement provisions (.20); draft proposed email to client regarding same (.30). | 0.70 | 273.00 |
| 03/06/12 | N. Riesco | L120 | | Communications with G. Pauling and J. Osick concerning settlement demand. | 0.40 | 156.00 |
| 03/13/12 | N. Riesco | P230 | | Review discovery requests received from opposing counsel (.20); compose e-mail to client regarding same (.10). | 0.30 | 117.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/19/12 | N. Riesco | L310 | | Review/analyze plaintiff's request for production of documents and interrogatories (1.50); assess completeness of materials on file (.50); compose email to G. Silva detailing materials needed for ongoing analysis and responses to discovery (1.00). | 3.00 | 1,170.00 |
| 03/20/12 | N. Riesco | L310 | | Draft objections and responses to plaintiff's discovery requests. | 1.50 | 585.00 |
| 03/23/12 | N. Riesco | C300 | | Call with G. Silva to discuss employment background of potential witnesses and request for discovery documentation (1.50); draft responses and objections to document requests (.80); draft FOIA letter to IDHR for file (.20). | 2.50 | 975.00 |
| 03/26/12 | N. Riesco | L190 | | Prepare key documents binder and chronology (.70); review/analyze key documents in preparation for witness interviews (1.00); conference call with G. Silva and M. Medious (1.80). | 3.50 | 1,365.00 |
| 03/27/12 | N. Riesco | L310 | | Communications with G. Silva concerning email and documents being gathered in response to discovery(.30); conference call with S. Motton and G. Silva regarding discovery matters (.20); draft responses to document requests (.50). | 1.00 | 390.00 |
| 03/28/12 | N. Riesco | L190 | | Conference call with G. Silva and C. McNally in connection with investigation/responses to discovery. | 1.10 | 429.00 |
| 03/30/12 | N. Riesco | L310 | | Conference call with G. Silva and S. Motton in connection with investigation/responses to discovery. | 1.00 | 390.00 |

**Total Hours**     16.00

**Total Fees**     $6,240.00

**Less Discount**     ($624.00)

# SEYFARTH
ATTORNEYS **SHAW** LLP

Invoice No. 1975475

Page 3

Chicago Tribune Company

**Total Fees After Discount** $5,616.00

**Timekeeper Summary**

| N. Riesco | Associate | - | 16.00 | hours at | $390.00 | per hour |

**Disbursements** | **Value**
--- | ---
Copying | 21.70
Facsimile | 31.00
**Total Disbursements** | 52.70
**Total Amount Due** | $5,668.70



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1975475
0276 57634 / 57634-000007
Marcia E. Sinclair Harassment; IDHR Charge No.
2008CN4074

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $6,240.00 |
| Less Discount | ($624.00) |
| Total Fees after Discount | $5,616.00 |
| Total Disbursements | 52.70 |
| Total Fees and Disbursements This Statement | $5,668.70 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577·
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975480
0276 57634 / 57634-000008
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through March 31, 2012

**Carolyn Rusin v.; Case No. 1:12-cv-01135**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/08/12 | N. Finkel | L120 | | Review complaint (.20); conference with J. Osick regarding same (.10). | 0.30 | 172.50 |
| 03/15/12 | N. Finkel | L110 | | Initial meeting with Company regarding strategy (.80); prepare for same (.40). | 1.20 | 690.00 |
| 03/21/12 | N. Finkel | C300 | | Conference with B. Moore regarding timing of outsourcing. | 0.20 | 115.00 |

**Total Hours** 1.70

**Total Fees** $977.50

**Less Discount** ($97.75)

**Total Fees After Discount** $879.75

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Chicago Tribune Company

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Finkel | Partner | - | 1.70 | hours at | $575.00 | per hour |

**Total Disbursements**                                                      0.00

**Total Amount Due**                                                      $879.75



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attention: James P. Osick

Invoice No. 1975480
0276 57634 / 57634-000008
Carolyn Rusin v.; Case No. 1:12-cv-01135

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $977.50 |
| Less Discount | ($97.75) |
| Total Fees after Discount | $879.75 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $879.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975550
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through March 31, 2012

## East Coast Properties

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/07/12 | T. Haley | C300 | | (Tribune North/Orlando) Review/analyze Orlando large distribution agreement. | 3.70 | 2,405.00 |
| 03/09/12 | T. Haley | C300 | | Extended telephone conference with D. Bralow regarding changes to Orlando agreement. | 1.60 | 1,040.00 |
| 03/12/12 | T. Haley | C300 | | Draft indemnification paragraphs for Orlando agreement. | 0.40 | 260.00 |

| | | |
|---|---|---|
| **Total Hours** | 5.70 | |
| **Total Fees** | | $3,705.00 |
| **Less Discount** | | ($370.50) |
| **Total Fees After Discount** | | $3,334.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Tribune Company/Olson

## Timekeeper Summary

| T. Haley | Sr Partner I | – | 5.70 | hours at | $650.00 | per hour |

**Total Disbursements**                                                                 0.00

**Total Amount Due**                                                              $3,334.50



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

Invoice No. 1975550
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,705.00 |
| Less Discount | ($370.50) |
| Total Fees after Discount | $3,334.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,334.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH** ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975476
0276 17832 / 17832-000001
W1ST

Los Angeles Times
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60614
Attn: Mr. James P. Osick
Director, Labor and Employee Relations

For legal services rendered through March 31, 2012

### Labor General 0000001020

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/16/12 | D. Howells | C300 | | Review e-mail from J. Xanders and letter to suppliers for Transparency in Supply Chain Act compliance (.10); forward feedback to J. Xanders with a sample supplier certificate (.30); follow-up exchange of e-mails with J. Xanders about pros and cons of suppliers responding initially in their own way without a certification (.20). | 0.60 | 339.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.60 | |
| **Total Fees** | | $339.00 |
| **Less Discount** | | ($33.90) |
| **Total Fees After Discount** | | $305.10 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1975476

Page 2

Los Angeles Times

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| D. Howells | Senior Counsel | - | 0.60 | hours at | $565.00 | per hour |

**Total Disbursements**                                                                 0.00

**Total Amount Due**                                                                 $305.10



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Los Angeles Times
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60614
Attn:  Mr. James P. Osick
Director, Labor and Employee Relations

Invoice No. 1975476
0276 17832 / 17832-000001
Labor General 0000001020

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $339.00 |
| Less Discount | ($33.90) |
| Total Fees after Discount | $305.10 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $305.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975553
0276 12420 / 12420-000012
W1ST

WGN-TV
c/o Tribune Company
435 N. Michigan Ave.
Chicago, IL 60614
Attn: James P. Osick
Director, Labor and Employee Relations

For legal services rendered through March 31, 2012

### IBEW, Local 1220 and CLTV; NLRB Case No. 13-RC-077273

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/27/12 | M. Rybicki | C300 | | Telephone conference with J. Osick and A. Foran concerning filing of representation petition and possible legal issues at hearing (.20); review of computer files relative to unit issues (.50); analyze associated legal issues (.30); separate follow up telephone conferences with A. Foran and J. Osick regarding same (.10). | 1.10 | 797.50 |
| 03/28/12 | M. Rybicki | C300 | | Meeting with A. Foran concerning representation petition and discussion concerning legal and practical issues. | 6.50 | 4,712.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



WGN-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/29/12 | M. Rybicki | C300 | | Attention to representation petition related matters including review of materials from NLRB in both this case and prior (2010) case (.20); correspondence with A. Foran concerning stipulation for election and election details (.20); preparation for meeting with WGN management (conference with A. Foran) (.70). | 1.10 | 797.50 |
| 03/30/12 | M. Rybicki | C300 | | Review of correspondence and preparation for labor strategy meeting with Station management and A. Foran (via conference call). | 0.50 | 362.50 |
| 03/31/12 | M. Rybicki | C300 | | Review of correspondence and preparation for labor strategy meeting with Station management and A. Foran (via conference call). | 0.50 | 362.50 |

**Total Hours**                                     9.70

**Total Fees**                                                  $7,032.50

**Less Discount**                                              ($703.25)

**Total Fees After Discount**                          $6,329.25

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M. Rybicki | Partner | - | 9.70 | hours at | $725.00 | per hour | |

**Total Disbursements**                                            0.00

**Total Amount Due**                                            $6,329.25



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

WGN-TV
c/o Tribune Company
435 N. Michigan Ave.
Chicago, IL 60614
Attn: James P. Osick
Director, Labor and Employee Relations

Invoice No. 1975553
0276 12420 / 12420-000012
IBEW, Local 1220 and CLTV; NLRB Case No. 13-RC-077273

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $7,032.50 |
| Less Discount | ($703.25) |
| Total Fees after Discount | $6,329.25 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $6,329.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975555
0276 33175 / 33175-000026
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through March 31, 2012

**Christino Escandon v. Los Angeles Times, et al.; Case No. BC476209**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/01/12 | L. O'Hara | L110 | | Prepare for witness interviews (1.00); conduct witness interviews (2.70). | 3.70 | 1,683.50 |
| 03/01/12 | L. O'Hara | L120 | | Review case chronology and documents (.40); direction to J. Brodsky regarding supplementing same (.10). | 0.50 | 227.50 |
| 03/01/12 | J. Brodsky | L120 | | Confer with L. O'Hara regarding deposition notice and additional medical chronology. | 0.20 | 91.00 |
| 03/02/12 | L. O'Hara | L120 | | Compile list of items still needed for defense and communicate with O. Galindo regarding same. | 0.60 | 273.00 |
| 03/02/12 | L. O'Hara | L120 | | Direction to J. Brodsky regarding procuring plaintiff's medical records. | 0.20 | 91.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1975555

Page 2

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/02/12 | L. O'Hara | L310 | | Communications with opposing counsel regarding improperly served discovery requests. | 0.20 | 91.00 |
| 03/02/12 | L. O'Hara | L330 | | Communicate with defense witnesses regarding deposition times and location (.30); communicate with B. Young and R. Nguyen regarding attending plaintiff's deposition and preparation of same (.20). | 0.50 | 227.50 |
| 03/02/12 | J. Brodsky | L120 | | Prepare medical and leave chronology. | 0.80 | 364.00 |
| 03/02/12 | J. Brodsky | L120 | | Determine witness documents we need to subpoena and prepare notices to consumer and subpoenas. | 0.80 | 364.00 |
| 03/02/12 | J. Brodsky | L310 | | Revise responses to form interrogatories (.20); prepare correspondence to L. O'Hara (.10). | 0.30 | 136.50 |
| 03/04/12 | J. Brodsky | L120 | | Prepare witness list. | 0.60 | 273.00 |
| 03/04/12 | J. Brodsky | L120 | | Prepare medical and leave chronology. | 1.30 | 591.50 |
| 03/05/12 | L. O'Hara | L330 | | Correspondence to opposing counsel regarding deposition times and written discovery deadline (.10); communicate with R. Nguyen regarding deposition preparation meeting (.10). | 0.20 | 91.00 |
| 03/05/12 | L. O'Hara | L330 | | Communicate with R. Nguyen regarding deposition preparation meeting. | 0.20 | 91.00 |
| 03/05/12 | J. Brodsky | L120 | | Prepare medical and leave chronology. | 0.50 | 227.50 |
| 03/12/12 | L. O'Hara | L120 | | Communicate with O. Galindo regarding documents needed for defense preparation. | 0.20 | 91.00 |
| 03/12/12 | L. O'Hara | L160 | | Review settlement demand from opposing counsel (.10); communicate with J. Powers regarding same (.20). | 0.30 | 136.50 |
| 03/12/12 | L. O'Hara | L190 | | Direction to paralegal regarding document management issues relating to newly produced documents. | 0.20 | 91.00 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/12/12 | L. O'Hara | L330 | | Prepare for meeting with R. Nguyen (.60); meet with R. Nguyen in preparation for plaintiff's deposition (4.00). | 4.60 | 2,093.00 |
| 03/12/12 | J. Brodsky | L110 | | Confer with L. O'Hara and R. Nguyen (.10); review additional client documents (.20). | 0.30 | 136.50 |
| 03/12/12 | O. Golinder | L190 | | Conference with L. O'Hara (.20); begin review of additional documents provided by the client (1.70). | 1.90 | 513.00 |
| 03/13/12 | L. O'Hara | L330 | | Communicate with R. Nguyen regarding his deposition. | 0.20 | 91.00 |
| 03/13/12 | O. Golinder | L190 | | Review additional documents received from client (1.20); review chronology and binder of client documents (1.30); organize same for L. O'Hara (3.00). | 5.50 | 1,485.00 |
| 03/14/12 | L. O'Hara | L190 | | Direction to paralegal regarding additional documents received from client. | 0.20 | 91.00 |
| 03/15/12 | L. O'Hara | L190 | | Communicate with paralegal regarding document management issues. | 0.10 | 45.50 |
| 03/15/12 | J. Brodsky | L120 | | Review/analyze prepared binder of client documents. | 0.50 | 227.50 |
| 03/15/12 | O. Golinder | L320 | | Review/update binder with client documents (2.20); update chronology of events (.90); emails with L. O'Hara and J. Brodsky regarding additional documents and client's response (.20). | 3.30 | 891.00 |
| 03/16/12 | J. Brodsky | L320 | | Review documents produced by client to prepare for production and revise responses to form interrogatories with client's provided information. | 1.10 | 500.50 |
| 03/17/12 | L. O'Hara | L310 | | Communicate with J. Brodsky regarding drafting defendant's discovery responses. | 0.10 | 45.50 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/17/12 | J. Brodsky | L310 | | Revise responses to form interrogatories with client's provided information (.20); prepare correspondence to L. O'Hara for additional information needed (.10). | 0.30 | 136.50 |
| 03/20/12 | L. O'Hara | L110 | | Communicate with O. Galindo regarding additional information needed for defense. | 0.20 | 91.00 |
| 03/20/12 | L. O'Hara | L160 | | Communications regarding mediation scheduling. | 0.20 | 91.00 |
| 03/20/12 | L. O'Hara | L310 | | Review plaintiff's responses to discovery and documents produced in response. | 2.30 | 1,046.50 |
| 03/20/12 | L. O'Hara | L330 | | Review documents in preparation for deposition. | 2.70 | 1,228.50 |
| 03/20/12 | J. Brodsky | L310 | | Review written discovery responses by plaintiff. | 0.80 | 364.00 |
| 03/20/12 | J. Brodsky | L310 | | Conference with L. O'Hara (.20); revise written discovery responses (1.50). | 1.70 | 773.50 |
| 03/20/12 | O. Golinder | L120 | | Review plaintiff's production of documents (.30); prepare notices to consumer and subpoenas to medical providers (1.50); update key document binder (.80). | 2.60 | 702.00 |
| 03/21/12 | L. O'Hara | L120 | | Telephone call with workers compensation counsel regarding claim history (.30); communicate with J. Powers regarding same (.20). | 0.50 | 227.50 |
| 03/21/12 | L. O'Hara | L160 | | Communications with mediator regarding mediation scheduling. | 0.30 | 136.50 |
| 03/21/12 | L. O'Hara | L330 | | Prepare for plaintiff's deposition. | 7.40 | 3,367.00 |
| 03/21/12 | J. Brodsky | L120 | | Review/analyze documents regarding plaintiff's use of medication and reports of psychiatric treatment. | 0.50 | 227.50 |
| 03/21/12 | J. Brodsky | L320 | | Review produced documents from client and contact O. Galindo regarding missing documents. | 0.50 | 227.50 |



SEYFARTH
ATTORNEYS  SHAW LLP

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/21/12 | O. Golinder | L190 | | Continue to review documents produced by plaintiff (1.40); research uses for medications listed by plaintiff in his responses (.90); create a chart listing results of medications research (.40); prepare deposition exhibits (3.20). | 5.90 | 1,593.00 |
| 03/22/12 | L. O'Hara | L120 | | Call from LA Times workers compensation attorney regarding location of workers compensation file and other background facts regarding plaintiff. | 0.20 | 91.00 |
| 03/22/12 | L. O'Hara | L230 | | Review notice of case management conference (.10); direction to assistant regarding contacting clerk to request continuance of conference until after mediation (.10). | 0.20 | 91.00 |
| 03/22/12 | L. O'Hara | L330 | | Prepare for representation at plaintiff's deposition. | 6.30 | 2,866.50 |
| 03/22/12 | J. Brodsky | L120 | | Conference with L. O'Hara, J. Powers, and O. Golinder regarding litigation strategy. | 1.10 | 500.50 |
| 03/22/12 | J. Brodsky | L120 | | Conference with O. Golinder regarding her medical records investigation. | 0.60 | 273.00 |
| 03/22/12 | J. Brodsky | L120 | | Investigate plaintiff's background information. | 0.20 | 91.00 |
| 03/22/12 | J. Brodsky | L230 | | Conference with L. O'Hara regarding case management conference (.10); research judge (.10). | 0.20 | 91.00 |
| 03/22/12 | J. Brodsky | L330 | | Assist with plaintiff's deposition. | 1.50 | 682.50 |
| 03/22/12 | O. Golinder | L330 | | Prepare exhibits for deposition (1.30); review documents received from workers' comp attorney (1.10); meeting with client regarding deposition (1.10); research additional information regarding plaintiff (.20). | 3.70 | 999.00 |
| 03/23/12 | L. O'Hara | L160 | | Review correspondence from mediator. | 0.10 | 45.50 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/23/12 | L. O'Hara | L190 | | Communicate with paralegal regarding status of subpoenaed records. | 0.10 | 45.50 |
| 03/23/12 | L. O'Hara | L230 | | Prepare notice of continuance of case management conference. | 0.20 | 91.00 |
| 03/23/12 | L. O'Hara | L330 | | Schedule and notice second session of deposition. | 0.20 | 91.00 |
| 03/23/12 | J. Brodsky | L120 | | Review Judge Rosenblatt's profile. | 0.20 | 91.00 |
| 03/23/12 | J. Brodsky | L120 | | Prepare subpoenas for plaintiff's doctors. | 0.40 | 182.00 |
| 03/23/12 | O. Golinder | L120 | | Research registered agent for U.S. Healthworks and United Healthcare (Unimerica Ins. Co.) for service of subpoenas (.40); prepare notices to consumer and subpoenas (.70); draft schedule requesting medical records (.30); draft schedule requesting disability claim documents (.40); conference with J. Brodsky regarding same (.20); attention to service of same (.20). | 2.20 | 594.00 |
| 03/26/12 | L. O'Hara | L160 | | Communicate with O. Galindo regarding mediator's statement. | 0.20 | 91.00 |
| 03/26/12 | L. O'Hara | L330 | | Communications regarding scheduling witness preparation meetings. | 0.30 | 136.50 |
| 03/27/12 | L. O'Hara | L160 | | Communication from O. Galindo regarding mediation. | 0.10 | 45.50 |
| 03/27/12 | L. O'Hara | L310 | | Direction to J. Brodsky regarding preparation of discovery responses and documents still needed from client. | 0.50 | 227.50 |
| 03/27/12 | J. Brodsky | L120 | | Conference with L. O'Hara regarding discovery responses. | 0.30 | 136.50 |
| 03/27/12 | J. Brodsky | L310 | | Revise written discovery responses to plaintiff's requests for production, special interrogatories (1.20); form interrogatories and prepare documents for production (1.00). | 2.20 | 1,001.00 |
| 03/27/12 | J. Brodsky | L320 | | Conference with O. Galindo regarding documents needed for production. | 0.10 | 45.50 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/30/12 | L. O'Hara | L310 | | Direction to J. Brodsky regarding responses to plaintiff's discovery requests. | 0.30 | 136.50 |
| 03/30/12 | L. O'Hara | L330 | | Communications regarding deposition preparation meetings. | 0.10 | 45.50 |
| 03/30/12 | J. Brodsky | L310 | | Confer with L. O'Hara regarding discovery. | 0.20 | 91.00 |
| 03/30/12 | J. Brodsky | L310 | | Prepare responses to special interrogatories for Tribune Co. and LA Times International. | 0.40 | 182.00 |

**Total Hours**                                                                                     77.10

**Total Fees**                                                                           $30,437.00

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 34.40 | hours at | $455.00 | per hour |
| J. Brodsky | Associate | - | 17.60 | hours at | $455.00 | per hour |
| O. Golinder | Paralegal | - | 25.10 | hours at | $270.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Filing Fees | 34.75 |
| Copying | 209.60 |
| Long Distance Telephone | 4.90 |
| Online Research | 19.05 |
| Local Travel | 12.21 |

**Total Disbursements**                                                                  280.51

**Total Fees And Disbursements This Statement**                          $30,717.51



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 1975555
0276 33175 / 33175-000026
Christino Escandon v. Los Angeles Times, et al.; Case
No. BC476209

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $30,437.00 |
| Total Disbursements | 280.51 |
| Total Fees and Disbursements This Statement | $30,717.51 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS
SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Invoice No. 1975562
0276 15827 / 15827-000020
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through March 31, 2012

**Neil Levine v. Tribune Entertainment Co. dba KTLA, et al.; Case No. BC477541**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/01/12 | J. Brodsky | L120 | | Conference with O. Golinder regarding document production from the client (.20); review documents (.10). | 0.30 | 136.50 |
| 03/01/12 | O. Golinder | L190 | | Finalize binder with key documents for J. Brodsky. | 2.90 | 783.00 |
| 03/05/12 | L. O'Hara | L110 | | Telephone call from Company's workers' compensation counsel. | 0.30 | 136.50 |
| 03/06/12 | L. O'Hara | L190 | | Communication from client regarding service. | 0.10 | 45.50 |
| 03/06/12 | J. Brodsky | L240 | | Confer with L. O'Hara and O. Golinder regarding litigation strategy. | 0.10 | 45.50 |
| 03/06/12 | O. Golinder | L190 | | Emails to/ from L. O'Hara regarding service of complaint and status of document review. | 0.20 | 54.00 |



KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/07/12 | J. Brodsky | L120 | | Conference with L. O'Hara regarding demurer and litigation. | 0.10 | 45.50 |
| 03/07/12 | J. Brodsky | L120 | | Conference with G. Connor regarding workers' compensation deposition and prepare correspondence to the team. | 0.20 | 91.00 |
| 03/12/12 | L. O'Hara | L241 | | Communicate with J. Powers regarding anticipated demurrer and motion to strike (10); direction to J. Brodsky regarding same (.20). | 0.30 | 136.50 |
| 03/12/12 | L. O'Hara | L330 | | Communicate with workers' compensation lawyer regarding scheduling of deposition. | 0.10 | 45.50 |
| 03/12/12 | J. Brodsky | L120 | | Conference with L. O'Hara regarding litigation strategy. | 0.50 | 227.50 |
| 03/12/12 | J. Brodsky | L241 | | Prepare demurrer to first, third, and fourth causes of action of plaintiff's complaint. | 4.70 | 2,138.50 |
| 03/12/12 | J. Brodsky | L241 | | Prepare motion to strike FEHA claims from the complaint regarding Lopez-Nash. | 0.80 | 364.00 |
| 03/13/12 | L. O'Hara | L241 | | Direction to J. Brodsky regarding demurrer. | 0.20 | 91.00 |
| 03/13/12 | J. Brodsky | L241 | | Revise demurrer to first, third, and fourth causes of action. | 0.40 | 182.00 |
| 03/13/12 | J. Brodsky | L241 | | Prepare motion to strike FEHA claims from the complaint. | 1.90 | 864.50 |
| 03/13/12 | J. Brodsky | L241 | | Prepare notice for both demurrers and motions to strike. | 0.40 | 182.00 |
| 03/14/12 | L. O'Hara | L190 | | Communicate with J. Powers regarding proper corporate entities. | 0.20 | 91.00 |
| 03/14/12 | L. O'Hara | L241 | | Review draft of demurrers and motion to strike (.20); direction to J. Brodsky regarding same (.20). | 0.40 | 182.00 |
| 03/14/12 | J. Brodsky | L241 | | Conference with L. O'Hara regarding demurrers (.10); revise the demurrer for B. Lopez-Nash (.20). | 0.30 | 136.50 |



Invoice No. 1975562

Page 3

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/15/12 | L. O'Hara | L190 | | Communicate with J. Powers regarding corporate entities named in complaint. | 0.10 | 45.50 |
| 03/15/12 | J. Brodsky | L241 | | Prepare B. Lopez-Nash's demurrer and motion to strike. | 2.70 | 1,228.50 |
| 03/15/12 | J. Brodsky | L241 | | Prepare KTLA's demurrer. | 0.70 | 318.50 |
| 03/15/12 | J. Brodsky | L241 | | Prepare notice of demurrer and motion to strike and demurrer and motion to strike. | 0.50 | 227.50 |
| 03/19/12 | J. Brodsky | L190 | | Determine Judge D. Minning's hearing dates rules. | 0.20 | 91.00 |
| 03/19/12 | J. Brodsky | L241 | | Prepare demurrer and motion to strike claims against B. Lopez-Nash. | 0.40 | 182.00 |
| 03/19/12 | J. Brodsky | L241 | | Prepare B. Lopez-Nash's notice of demurrer, and motion to strike. | 0.40 | 182.00 |
| 03/19/12 | J. Brodsky | L241 | | Prepare memorandum, demurrer, and notice in support of defendants' demurrer. | 1.20 | 546.00 |
| 03/22/12 | L. O'Hara | L330 | | Communicate with J. Powers regarding planned demurrers and scheduling plaintiff's deposition. | 0.10 | 45.50 |
| 03/23/12 | L. O'Hara | L241 | | Review/revise motion to strike and demurrers (1.60); communicate with court clerks regarding hearing dates and possible transfer to another department (.30); research new judge to whom case may be transferred (.30). | 2.20 | 1,001.00 |
| 03/25/12 | J. Brodsky | L120 | | Prepare demurrer to dismiss claims against B. Lopez-Nash. | 2.80 | 1,274.00 |
| 03/26/12 | L. O'Hara | L240 | | Review/revise corporate defendants' demurrers (2.00); communicate with J. Powers regarding same (.10). | 2.10 | 955.50 |
| 03/26/12 | L. O'Hara | L330 | | Prepare notice of plaintiff's deposition. | 0.20 | 91.00 |
| 03/27/12 | L. O'Hara | L190 | | Direction to J. Brodsky regarding preparation of document hold letter. | 0.20 | 91.00 |
| 03/27/12 | L. O'Hara | L240 | | Review/revise demurrers and motion to strike on behalf of defendant B. Lopez-Nash. | 2.80 | 1,274.00 |


**SEYFARTH SHAW** LLP
ATTORNEYS

Invoice No. 1975562

Page 4

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/27/12 | J. Brodsky | L120 | | Research case law on individual liability for failure to accommodate and engage in the interactive process (.40); conference with L. O'Hara regarding same (.10). | 0.50 | 227.50 |
| 03/27/12 | J. Brodsky | L120 | | Locate additional cases on personnel decisions and harassment for use in Lopez-Nash demurrer (.60); conference with L. O'Hara regarding same (.10). | 0.70 | 318.50 |
| 03/27/12 | J. Brodsky | L190 | | Revise litigation hold letter. | 0.70 | 318.50 |
| 03/28/12 | L. O'Hara | L120 | | Communications with B. Lopez-Nash and J. Powers regarding additional correspondence received from EEOC. | 0.10 | 45.50 |
| 03/28/12 | L. O'Hara | L241 | | Review revised demurrers and motion to strike on behalf of defendant B. Lopez-Nash. | 0.70 | 318.50 |
| 03/28/12 | J. Brodsky | L241 | | Research authority on harassment standards in the context of personnel decision making for Lopez-Nash demurrer. | 0.90 | 409.50 |
| 03/28/12 | J. Brodsky | L241 | | Revise B. Lopez-Nash's demurrer. | 1.00 | 455.00 |
| 03/29/12 | L. O'Hara | L190 | | Revise document hold letter. | 0.50 | 227.50 |

**Total Hours**                                                                                            36.10

**Total Fees**                                                                                            $15,852.00

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 10.60 | hours at | $455.00 | per hour |
| J. Brodsky | Associate | - | 22.40 | hours at | $455.00 | per hour |
| O. Golinder | Paralegal | - | 3.10 | hours at | $270.00 | per hour |

# SEYFARTH
## ATTORNEYS SHAW LLP

Invoice No. 1975562

Page 5

KTLA-TV

| **Disbursements** | **Value** | |
| --- | --- | --- |
| Copying | 8.40 | |
| **Total Disbursements** | | 8.40 |
| **Total Fees And Disbursements This Statement** | | $15,860.40 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attn:  John W. Powers

Invoice No. 1975562
0276 15827 / 15827-000020
Neil Levine v. Tribune Entertainment Co. dba KTLA, et
al.; Case No. BC477541

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $15,852.00 |
| Total Disbursements | 8.40 |
| Total Fees and Disbursements This Statement | $15,860.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |