# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>**Related to ECF Nos. 11455, 11562** |

## JOINDER OF AURELIUS CAPITAL MANAGEMENT, LP
## TO THE OPPOSITION OF LAW DEBENTURE TRUST COMPANY OF
## NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS TO
## WILMINGTON TRUST COMPANY'S MOTION FOR LEAVE TO APPEAL
## BANKRUPTCY COURT'S DECISION ON ALLOCATION DISPUTES

Aurelius Capital Management, LP, on behalf of its managed entities (collectively, "Aurelius"),[1] by and through its undersigned counsel, hereby joins (the "Joinder") in the objection [ECF No. 11562] (the "Objection") filed by Law Debenture Trust Company of New York ("Law Debenture")[2] and Deutsche Bank Trust Company Americas ("DBTCA", and together with Law Debenture, the "Senior Indenture Trustees"), collectively opposing the motion [ECF No. 11455] (the "Motion") of Wilmington Trust Company for leave to appeal the Court's *Memorandum Regarding Allocation Disputes* [ECF No. 11337] and *Order Regarding Allocation Disputes* [ECF No. 11338].

Aurelius joins the Senior Indenture Trustees' Objection to the Motion on all of the bases set forth therein, including each of the arguments set forth in the *Opposition of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas to Wilmington Trust Company's Motion for Leave to Appeal Bankruptcy Court's Decision on Subordination* [ECF No.

---

[1] Entities managed by Aurelius own a substantial amount of Senior Notes and PHONES Notes. Neither Aurelius nor any of its managed entities owe any fiduciary duties to any party in interest in these cases nor is Aurelius or any of its managed entities an insider of Tribune or any of its affiliates.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion and/or the Objection.

1

{00629784;v1 }

10702], which arguments the Senior Indenture Trustees have expressly incorporated into their Objection. *See* Objection at 1. Aurelius reserves all rights to amend or supplement this Joinder.

**WHEREFORE**, Aurelius respectfully requests that the Court deny the Motion and grant such other relief as the Court deems just, proper and equitable.

Dated: May 9, 2012

| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
|---|---|
| Daniel H. Golden | |
| David M. Zensky | */s/ Leigh-Anne M. Raport* |
| Philip C. Dublin | William P. Bowden (I.D. No. 2553) |
| Deborah J. Newman | Amanda M. Winfree (I.D. No. 4615) |
| One Bryant Park | Leigh-Anne M. Raport (I.D. No. 5055) |
| New York, NY 10036 | 500 Delaware Avenue, P.O. Box 1150 |
| (212) 872-1000 | Wilmington, DE 19899 |
| | (302) 654-1888 |

*Counsel for Aurelius Capital Management, LP*