**CTERTIFICATE OF SERVICE**

I, Norman M. Monhait, hereby certify that on this 10th day of May 2012, I caused the

foregoing *Notice of Withdrawal of Appearance* to be served on all parties registered with the

CM/ECF System for the United States Bankruptcy Court for the District of Delaware in this

case.

Norman M. Monhait (#1040)