# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## STIPULATION BETWEEN DEBTORS AND WILMINGTON TRUST COMPANY REGARDING TEMPORARY ALLOWANCE OF CLAIMS FOR VOTING PURPOSES ONLY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3018(a)

This stipulation (the "Stipulation") between Wilmington Trust Company ("Wilmington Trust"), in its capacity as successor Indenture Trustee pursuant to an indenture dated April 1, 1999, and the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors" and, collectively with Wilmington Trust, the "Parties"), regarding the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

temporary allowance solely for purposes of voting on the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries dated April 17, 2012 [D.I. 11399] (as may be further amended or modified, the "Fourth Amended DCL Plan"), of Wilmington Trust's claim for certain asserted accrued indenture trustee fees and expenses (including, without limitation, claims for incurred professional fees and expenses) (the "WTC Fees Claim"), is entered into by the Parties.

### RECITALS

A. On June 5, 2009, Wilmington Trust filed a proof of claim in the Debtors' Chapter 11 Cases based on the PHONES Notes issued in April 1999 [Claim No. 3523]. Wilmington Trust serves as successor Indenture Trustee[2] for the PHONES Notes.

B. Wilmington Trust has asserted that it should be entitled to vote the WTC Fees Claim as a Class 1F Other Parent Claim under the Fourth Amended DCL Plan in the amount of $24,098,366.78, as set forth in the Declaration of Gordon Z. Novod dated May 11, 2012 [D.I. 11602] (the "Novod Declaration"), which claim amount the Debtors dispute and to which the Debtors do not consent for any purposes other than the voting issues described in this Stipulation.

C. The Parties have reached an agreement to temporarily allow the WTC Fees Claim solely for purposes of voting on the Fourth Amended DCL Plan.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

### AGREEMENT

1. The recitals set forth above are incorporated herein by reference.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Fourth Amended DCL Plan.

2.      Pursuant to Federal Rule of Bankruptcy Procedure 3018(a), the WTC Fees Claim is temporarily allowed solely for purposes of voting on the Fourth Amended DCL Plan, and for no other purpose whatsoever, as a Class 1F Other Parent Claim in the amount of $24,098,366.78, without the requirement to provide additional supportive documentation beyond that set forth in the Novod Declaration; provided, however, that if the votes of the Class 1F Claims to accept the Fourth Amended DCL Plan are challenged in sufficient number or amount such that the temporary allowance of the WTC Fees Claim for voting purposes may result in Class 1F not accepting the Fourth Amended DCL Plan, the Debtors shall have the right to object to the amount of the WTC Fees Claim for voting purposes on the basis that such amount is not reasonable, including, without limitation, on the basis that Wilmington Trust has submitted insufficient supportive documentation.

[Signature Page Follows]

| | |
|---|---|
| BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>– and –<br><br>SULLIVAN HAZELTINE ALLINSON LLC<br><br>*/s/ William D. Sullivan*<br>William D. Sullivan (I.D. No. 2820)<br>Elihu E. Allinson, III (I.D. No. 3476)<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>Telephone: 302-428-8191<br><br>*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES* | SIDLEY AUSTIN LLP<br>James F. Conlan<br>Bryan Krakauer<br>Kevin T. Lantry<br>Jessica C.K. Boelter<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>– and –<br><br>COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br><br>*/s/ J. Kate Stickles*<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br><br>*Counsel for Debtors and Debtors In Possession* |