# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) <br> Jointly Administered |
| Debtors. | **Re: D.I. 11602 and 11603** |

## DECLARATION OF SERVICE

I, Katie M. Davis, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801.

3. On the 14th of May 2012, I caused a copy of the *Declaration of Gordon Z. Novod* (Exhibit B omitted due to length) (Filed May 11, 2012; Docket No. 11602) and *Certification of Counsel Regarding Stipulation Between Debtors and Wilmington Trust Company Regarding Temporary Allowance of Claims for Voting Purposes Only Pursuant to Federal Rule of Bankruptcy Procedure 3018(a)* (Filed May 11, 2012; Docket No. 11603) to be served upon the parties listed on Exhibit 1 via U.S. Mail, First Class, postage pre-paid.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 14, 2012  
Wilmington, Delaware

By: *Katie Davis*  
Katie Davis