# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Tribune Company, et al.,</u>    Case No. <u>08-13141</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>MEDIA COM</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>N/A</u><br>Amount of Claim: <u>USD$811.75</u><br>Date Claim Filed: <u>N/A</u> |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Phone: <u>(212) 297-8555</u><br>Last four digits of Acct.#: <u>N/A</u> |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Name and Current Address of Transferor:<br><br>MEDIA COM<br>498 Seventh Avenue<br>New York, NY 10018 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>    Date: <u>May 11, 2012</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO: EAGLE NEW MEDIA INVESTMENTS, LLC ("Debtor")
Case No. 08-13162
Jointly Administered Under TRIBUNE COMPANY, ET AL., Case No. 08-13141

Claim # N/A

**MEDIA COM**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$811.75** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___10___ DAY OF ___May___, 2012.

**ASSIGNOR: MEDIA COM**
_____
(Signature)

Stuart Diamond
(Print Name)

CFO NA
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**
_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

In re: Eagle New Media Investments, LLC

Schedule F Rider
Unclaimed Checks

Case No. 08-13162

| Creditor name | Address 1 | Address 2 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHICAGO SUN TIMES INC | 401 N WABASH AVE | | CHICAGO | IL | 60611 | UNITED STATES | Unclaimed Checks | | | | $0.00 |
| ELSHAM, KIMBERLY A | 2408 W CHARLESTON 1F | | CHICAGO | IL | 60647 | UNITED STATES | Unclaimed Checks | | | | $50.00 |
| FELDMAN, HANNAH | 2508 N KEDZIE BLVD NO.2 | | CHICAGO | IL | 60647 | UNITED STATES | Unclaimed Checks | | | | $50.00 |
| HEDRICH BLESSING | 11 WEST ILLINOIS | | CHICAGO | IL | 60610 | UNITED STATES | Unclaimed Checks | | | | $0.00 |
| ILLINOIS STATE TREASURY OFFICE UNCLAIMED PROPERTY DIVISION | PO BOX 19496 | | SPRINGFIELD | IL | 62794 | UNITED STATES | Potential Escheated Checks | Y | Y | | Undetermined |
| JOANNE TRESTRAIL | 1153 E 56TH ST | | CHICAGO | IL | 60637 | UNITED STATES | Unclaimed Checks | | | | $882.17 |
| MEDIA.COM | 777 3RD AVE | | NEW YORK | NY | 10017-1401 | UNITED STATES | Unclaimed Checks | | | | $811.75 |
| MEDIA.COM | 777 THIRD AVENUE | | NEW YORK | NY | 10017 | UNITED STATES | Unclaimed Checks | | | | $3,247.00 |
| MENDOZA, MARIA | 3718 N SAWYER | | CHICAGO | IL | 60618 | UNITED STATES | Unclaimed Checks | | | | $700.00 |
| MOET HENNESSY USA CORPORATE | SCHIEFFELIN & CO. A/P | 85 10TH AVE | NEW YORK | NY | 10011-4725 | UNITED STATES | Unclaimed Checks | | | | $2,595.00 |
| MUSCULAR DYSTROPHY ASSOCIATION | CHICAGO DISTRICT OFFICE | 430 N MICHIGAN AVENUE | CHICAGO | IL | 60611 | UNITED STATES | Unclaimed Checks | | | | $150.00 |
| NEW YORK STATE OFFICE OF THE STATE COMPTROLLER OFFICE OF UNCLAIMED FUNDS | 8TH FLOOR | 110 STATE STREET | ALBANY | NY | 12236 | UNITED STATES | Potential Escheated Checks | Y | Y | | Undetermined |
| OPTIMEDIA INTERNATIONAL | ATTN: JULIO LOPEZ 4TH FLOOR | 79 MADISON AVE | NEW YORK | NY | 10016-7802 | UNITED STATES | Unclaimed Checks | | | | $1,618.40 |
| PANCHO PISTOLAS | 700 W 31ST ST | | CHICAGO | IL | 60616-3007 | UNITED STATES | Unclaimed Checks | | | | $20.00 |
| ROSENBERG, STUART | PO BOX 6257 | | EVANSTON | IL | 60204-6257 | UNITED STATES | Unclaimed Checks | | | | $200.00 |
| ROSENBERG, STUART | PO BOX 6257 | | EVANSTON | IL | 60204-6257 | UNITED STATES | Unclaimed Checks | | | | $200.00 |
| SAMS WINE & SPIRITS INC | 1720 N MARCEY ST | | CHICAGO | IL | 60614 | UNITED STATES | Unclaimed Checks | | | | $0.00 |
| SAMS WINE & SPIRITS INC | 1720 N MARCEY ST | | CHICAGO | IL | 60614 | UNITED STATES | Unclaimed Checks | | | | $835.15 |
| SCHONWALD, JOSH | 5514 S BLACKSTONE AVE NO.310 | | CHICAGO | IL | 60637 | UNITED STATES | Unclaimed Checks | | | | $275.00 |
| US POSTAL SERVICE | 433 W HARRISON ST | | CHICAGO | IL | 60607-9661 | UNITED STATES | Unclaimed Checks | | | | $65.00 |