# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Tribune Company, et al.,</u>   Case No. <u>08-13141</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>MEDIACOM</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>N/A</u><br>Amount of Claim: <u>USD$2,428.10</u><br>Date Claim Filed: <u>N/A</u><br><br>Phone: <u>(212) 297-8555</u><br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>MEDIACOM<br>498 Seventh Avenue<br>New York, NY 10018 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                                                          Date: <u>May 11, 2012</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO: FORUM PUBLISHING GROUP, INC. ("Debtor")
Case No. 08-13168
Jointly Administered Under TRIBUNE COMPANY, ET AL., Case No. 08-13141

Claim # N/A

**MEDIACOM**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$2,428.10** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __10__ DAY OF ___May___, 2012.

ASSIGNOR: MEDIACOM

_____
(Signature)

_Stuart Diamond_
(Print Name)

_CFO   N/A_
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

_Terrel Ross_
(Print Name)

_Managing Member_
(Title)

In re: Forum Publishing Group, Inc.

Schedule F
Unclaimed Checks

Case No. 08-13168

| Creditor name | Address 1 | Address 2 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MEDIACOM | C/O TERRY HINES & ASSOC | 2550 HOLLYWOOD WAY STE 600 | BURBANK | CA | 91505 | UNITED STATES | Unclaimed Checks | | | | $2,428.10 |
| NEAL WOLOWITZ | C/O KINGS POINT PROPERTY | 10034 W MCNAB RD | TAMARAC | FL | 33321-1815 | UNITED STATES | Unclaimed Checks | | | | $136.64 |
| New York State Office of the State Comptroller Office of Unclaimed Funds | 8th floor 110 State Street | | Albany | NY | 12236 | UNITED STATES | Potential Escheated Checks | Y | Y | | Undetermined |
| NO SPOT CLEANERS | 716 N FEDERAL HWY | | HALLANDALE | FL | 33009-2409 | UNITED STATES | Unclaimed Checks | | | | $76.00 |
| Office of the State Treasurer Unclaimed Property Unit | P.O. Box 2114 | | Madison | WI | 53701-2114 | UNITED STATES | Potential Escheat Checks | Y | Y | | Undetermined |
| OKEEHEELEE GOLF COURSE | C/O PALM BEACH BD OF COMM | 1200 COUNTRY CLUB WAY | WEST PALM BEACH | FL | 33413-3300 | UNITED STATES | Unclaimed Checks | | | | $112.00 |
| PALM BEACH SHERIFF'S OFFICE | BURGLAR ALARM UNIT | ATTN: ACCOUNTING DEPT P.O. BOX 24681 | WEST PALM BEACH | FL | 33416-4681 | UNITED STATES | Unclaimed Checks | | | | $18.00 |
| PBC GOV'T PUBLIC AFFAIRS | ATTN:CHUCK SUITS | 301 N OLIVE AVE No. 1102 | WEST PALM BEACH | FL | 33401-4700 | UNITED STATES | Unclaimed Checks | | | | $66.00 |
| RIEMER,RABBI JACK | 20833 CIPRAS WAY | | BOCA RATON | FL | 33433 | UNITED STATES | Unclaimed Checks | | | | $80.00 |
| RODRIGUEZ,PETER | 2901 N ROCK ISLAND RD APT 105 | | MARGATE | FL | 33063 | UNITED STATES | Unclaimed Checks | | | | $0.50 |
| RODRIGUEZ,PETER | 2901 N ROCK ISLAND RD APT 105 | | MARGATE | FL | 33063 | UNITED STATES | Unclaimed Checks | | | | $0.50 |
| RODRIGUEZ,PETER | 2901 N ROCK ISLAND RD APT 105 | | MARGATE | FL | 33063 | UNITED STATES | Unclaimed Checks | | | | $0.50 |
| RODRIGUEZ,PETER | 2901 N ROCK ISLAND RD APT 105 | | MARGATE | FL | 33063 | UNITED STATES | Unclaimed Checks | | | | $0.50 |
| ROM, STEPHEN A | 12 ROYAL PALM WAY No.106 | | BOCA RATON | FL | 33432 | UNITED STATES | Unclaimed Checks | | | | $50.00 |
| RYAL, RICHARD | 10833 CYPRESS GLEN DR | | CORAL SPRINGS | FL | 33071 | UNITED STATES | Unclaimed Checks | | | | $50.00 |
| SASSANO,ERIK | 4197 N E 5TH AVE | | BOCA RATON | FL | 33431 | UNITED STATES | Unclaimed Checks | | | | $0.01 |