# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  <u>Tribune Company, et al.,</u>   Case No. <u>08-13141</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone: <u>516-255-1801</u>
Last four digits of Acct#: <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#: <u>N/A</u>

<u>MEDIACOM</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim: <u>USD$81,193.70</u>
Date Claim Filed: <u>N/A</u>

Phone: <u>(212) 297-8555</u>
Last four digits of Acct.#: <u>N/A</u>

Name and Current Address of Transferor:

MEDIACOM
498 Seventh Avenue
New York, NY 10018

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                       Date: <u>May 11, 2012</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO: LOS ANGELES TIMES COMMUNICATIONS LLC  ("Debtor")
Case No. 08-13185
Jointly Administered Under TRIBUNE COMPANY, ET AL., Case No. 08-13141

Claim # N/A

**MEDIACOM**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$81,193.70** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __10__ DAY OF __May__, 2012.

ASSIGNOR: MEDIACOM

_____
(Signature)

Stuart Diamond
(Print Name)

CFO  NA
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

In re: Los Angeles Times Communications LLC

Schedule F Rider
Unclaimed Checks

Case No. 08-13185

| Creditor name | Address 1 | Address 2 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAXINE COLE | 30751 EL CORAZON 105 | | RCHO SANTA MARGARITA | CA | 92688 | UNITED STATES | Unclaimed Checks | | | | $0.00 |
| MAXINE ERWIN | 1251 CABRILLO PARK DR | | SANTA ANA | CA | 92701 | UNITED STATES | Unclaimed Checks | Y | | | $15.12 |
| MAXINE HENDERSON | 1097 SANTO ANTONIO DR 42 | | COLTON | CA | 92324 | UNITED STATES | Unclaimed Checks | | | | $2.50 |
| MAXINE WOHLGEMUTH | 6816 COLE AV | | HIGHLAND | CA | 92346 | UNITED STATES | Unclaimed Checks | | | | $62.00 |
| MAXTEL (HOY LA) | FLORENCIA VERTARA | 10446 NORTHWEST, 31 TERRACE | MIAMI | FL | 83172 | UNITED STATES | Unclaimed Checks | | | | $180.00 |
| MAXUS/MMS | 498 SEVENTH AVE | | NEW YORK | NY | 10018 | UNITED STATES | Unclaimed Checks | | | | $2,404.50 |
| MAY ANN LAMBERTE | 3572 BANBURY DR 107 | | RIVERSIDE | CA | 92505 | UNITED STATES | Unclaimed Checks | | | | $15.00 |
| MAY, MICHAEL | 4198 REMILLARD CT | | PLEASANTON | CA | 94566 | UNITED STATES | Unclaimed Checks | | | | $250.00 |
| MAYSON, ROBERT | 6731 YEARLING ST | | LAKEWOOD | CA | 90713 | UNITED STATES | Unclaimed Checks | | | | $100.00 |
| MAYSON, ROBERT | 6731 YEARLING ST | | LAKEWOOD | CA | 90713 | UNITED STATES | Unclaimed Checks | | | | $100.00 |
| MAZEN, DONALD | 1124-B N. LOUISE STREET | | GLENDALE | CA | 91207 | UNITED STATES | Unclaimed Checks | | | | $150.00 |
| MC ARTHUR HILL | 1236 W 82ND ST | | LOS ANGELES | CA | 90044 | UNITED STATES | Unclaimed Checks | Y | | | $0.00 |
| MCALISTER'S BODY GROUP | 6929 LAUREL CYN BLVD | | NORTH HOLLYWOOD | CA | 91605 | UNITED STATES | Unclaimed Checks | | | | $1,205.00 |
| MCCANN _ CARROLL ATTORNEYS AT LAW | 2755 JEFFERSON ST. STE. 211 | | CARLSBAD | CA | 92008 | UNITED STATES | Unclaimed Checks | | | | $49.00 |
| MCCHESNEY, ROBERT | 1103 S. DOUGLAS AVENUE | | URBANA | IL | 61801 | UNITED STATES | Unclaimed Checks | | | | $400.00 |
| MCCOY | 802 MATTHEW CT | | REDLANDS | CA | 92373 | UNITED STATES | Unclaimed Checks | Y | | | $0.00 |
| MCCRADIE, ROSS | PO BOX 4294 | | SANTA BARBARA | CA | 93140 | UNITED STATES | Unclaimed Checks | | | | $55.14 |
| MCDANIEL | 2221 VIA GAVILAN | | SAN CLEMENTE | CA | 92673 | UNITED STATES | Unclaimed Checks | | | | $8.52 |
| MCDONALD CDM HOMES | 320 HAZEL DR | | CORONA DEL MAR | CA | 92625 | UNITED STATES | Unclaimed Checks | | | | $178.00 |
| MCDONALDS RESTAURANT #724 | 5980 TELEGRAPH RD | | VENTURA | CA | 93003 | UNITED STATES | Unclaimed Checks | | | | $15.30 |
| MCGOUGH, MICHAEL | 2000 CONNECTICUT AVE NW  APT 410 | | WASHINGTON | DC | 20008 | UNITED STATES | Unclaimed Checks | | | | $500.00 |
| MCINTYRE, ALISON | PETTY CASH | LOS ANGELES TIMES | WASHINGTON | DC | 20006 | UNITED STATES | Unclaimed Checks | | | | $2,195.00 |
| MCKINSEY COMPANY | 3 LANDMARK SQUARE | | STANFORD | CT | 60910 | UNITED STATES | Unclaimed Checks | | | | $850.00 |
| MCNEILL DESIGN CORP | 909 WILSON ST | | BOHEMIA | NY | 11716 | UNITED STATES | Unclaimed Checks | | | | $19.80 |
| MCNULTY,CHARLES | 97 PERRY ST  NO.9 | | NEW YORK | NY | 10014 | UNITED STATES | Unclaimed Checks | | | | $750.00 |
| MEADOW BURKE ENGINEERING | 280 NORTH MONTEBELLO BLVD. | | MONTEBELLO | CA | 90640 | UNITED STATES | Unclaimed Checks | | | | $297.00 |
| MEADOW CREEK APTS | 136 S VIRGIL AVE | | LOS ANGELES | CA | 90004 | UNITED STATES | Unclaimed Checks | | | | $336.70 |
| MEAGAN WATTS | 11214 HOOD WY | | STANTON | CA | 90680 | UNITED STATES | Unclaimed Checks | Y | | Y | $0.00 |
| MEDIA PARTNERS WORLDWIDE | 296 REDONDO AVE | | LONG BEACH | CA | 90803 | UNITED STATES | Unclaimed Checks | | | | $125.00 |
| MEDIACOM | ATTN: DIEDRE SCOTT | 777 THIRD AVE  2ND FLR | NEW YORK | NY | 10017-0000 | UNITED STATES | Unclaimed Checks | | | | $81,193.70 |
| MEDIACOM WEST | ATTN: PAT PREPPY | 2425 OLYMPIC BLVD STE 2600 W | SANTA MONICA | CA | 90404-4076 | UNITED STATES | Unclaimed Checks | | | | $123.25 |
| MEDIAVEST/TELEVEST INC | ATTN: MARGUERITE ALLARD | 79 MADISON AVE  9TH FLOOR | NEW YORK | NY | 10016 | UNITED STATES | Unclaimed Checks | | | | $4,590.00 |
| MEDIAVEST/TELEVEST INC | ATTN: MARGUERITE ALLARD | 79 MADISON AVE 9TH FLR | NEW YORK | NY | 10016 | UNITED STATES | Unclaimed Checks | | | | $41,443.95 |
| MEDIX RESOURCES INC | 28118 AGOURA RD NO.100 | | AGOURA HILLS | CA | 91301 | UNITED STATES | Unclaimed Checks | | | | $790.00 |
| MEDWELL GROUP | 2801 TOWNSGATE RD SUITE #110 | | WESTLAKE VILLAGE | CA | 91361 | UNITED STATES | Unclaimed Checks | | | | $1,413.00 |