# EXHIBIT 1

## Tribune Thirty Third Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Grobart Law Firm, LLC<br>1363 Shermer Road, Suite 223<br>Northbrook, IL 60062<br>Attn: David Grobart, Esquire | Retail leasing | $40,000.00 |
| Ogletree Deakins<br>1745 Broadway, 22nd Floor<br>New York, NY 10019<br>Attn: Edward Cerasia II, Esquire | Employment Law | $48,000.00 |