IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC)<br>Jointly Administered |
| Debtors. | Re: D.I. 11605 |

## DECLARATION OF SERVICE

I, Katie M. Davis, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801.

3. On the 16th of May 2012, I caused a copy of the *Order Approving Stipulation Between Debtors and Wilmington Trust Company Regarding Temporary Allowance of Claims for Voting Purposes Only Pursuant to Federal Rule of Bankruptcy Procedure 3018(a)* (Filed May 14, 2012; Docket No. 11605) to be served upon the parties listed on Exhibit 1 via U.S. Mail, First Class, postage pre-paid.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   May 16, 2012                              By:   *Katie Davis*
           Wilmington, Delaware                            Katie Davis