# **EXHIBIT 1**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kevin T. Lantry, Esq.
Jessica C.K. Boelter, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

James F. Bendernagel, Esq.
Tomas E. Ross, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005

Adam G. Landis, Esq.
Daniel B. Rath, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Howard Seife, Esq.
David LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Graeme, W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036

Katharine L. Mayer, Esq.
James J. Freebery, IV, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street
Wilmington, DE 19801

David J. Adler, Esq.
McCarter & English, LLP
245 Park Avenue
New York, NY 10167

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

David S. Rosner, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Daniel H. Golden, Esq.
David Zensky, Esq.
Philip C. Dublin, Esq.
Abid Qureshi, Esq.
Mitchell P. Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Christopher D. Loizides, Esq.
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

Issac M. Pachulski, Esq.
Stutman Treister & Glatt
1901 Avenue of the Starts, #1200
Los Angeles, CA  90067

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801

Adam C. Harris, Esq.
Karen S. Park, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899

Bruce Bennett, Esq.
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA  90071

David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

David J. Bradford, Esq.
Catherine L. Steege, Esq.
Andrew W. Vail, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654

Adam Hiller, Esq.
Brian Arban, Esq.
Hiller & Arban, LLC
1500 North French Street, 2nd Floor
Wilmington, DE  19801

Jay Teitelbaum, Esq.
Teitelbaum & Baskin, LLP
1 Barker Avenue, 3rd Floor
White Plains, NY  10601

Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

Donald S. Bernstein, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

Mark Collins, Esq.
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801