# EXHIBIT A

**Exhibit A**
**Summary of Fees by Individual Professional**

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Baird,Jeff | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Bolt, Rick J | Executive Director-Grade 1 | 500 | 0.0 | 0.00 |
| Botts,Guy S. | Senior Manager-Grade 4 | 475 | 0.0 | 0.00 |
| Burns, John E | Partner/Principal-Grade 1 | 525 | 1.0 | 525.00 |
| Cornish, Matthew J. | Staff/Assistant-Grade 4 | 175 | 18.0 | 3,150.00 |
| Harig,James Michael | Staff/Assistant-Grade 3 | 175 | 0.0 | 0.00 |
| Hotopp, Shiann Jean | Manager-Grade 3 | 375 | 0.0 | 0.00 |
| Howley,Matthew C | Partner/Principal-Grade 1 | 525 | 0.0 | 0.00 |
| Huennekens,Scott J. | Staff/Assistant-Grade 3 | 175 | 0.0 | 0.00 |
| Ingles,Beatrice | Senior Associate | 175 | 0.0 | 0.00 |
| Jones,Matthew C. | Senior Manager-Grade 1 | 475 | 0.0 | 0.00 |
| Jozaitis, William D. | Senior Manager-Grade 4 | 475 | 0.0 | 0.00 |
| Kearns,Michael Ryan | Senior-Grade 2 | 275 | 0.0 | 0.00 |
| Kearns,Michael Ryan | Manager-Grade 1 | 375 | 0.0 | 0.00 |
| Klapow, Amanda | Staff/Assistant-Grade 3 | 175 | 26.5 | 4,637.50 |
| Knightly,James Charles | Senior-Grade 2 | 275 | 0.0 | 0.00 |
| Kwan, Michelle | Staff/Assistant-Grade 3 | 175 | 0.0 | 0.00 |
| Long,Charles A | Executive Director-Grade 1 | 525 | 0.0 | 0.00 |
| Luc,Piotr | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Mason,Jon S | Executive Director-Grade 2 | 525 | 0.0 | 0.00 |
| Moody, Todd | Partner/Principal-Grade 1 | 525 | 2.0 | 1,050.00 |
| Mulcahy,Sean D. | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Putnam,Joshua Eric | Senior Manager-Grade 2 | 475 | 37.8 | 17,955.00 |
| Rodriguez,Nancy Walton | Staff/Assistant-Grade 1 | 175 | 31.3 | 5,477.50 |
| Steffes, Kelly A | Staff/Assistant-Grade 3 | 175 | 0.0 | 0.00 |
| Tong,Yuet Fung | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Venisnik,Bradley J. | Senior Manager-Grade 4 | 475 | 0.0 | 0.00 |
| Vescovi,Anthony Adam | Senior-Grade 2 | 275 | 0.0 | 0.00 |
| Wojcickyj,Stefan | Executive Director-Grade 2 | 525 | 2.9 | 1,522.50 |
| McGee, Ginny | External Contractor | n/a | 148.0 | 8,350.00 |
| | **Grand Totals** | | **267.5** | **42,667.50** |
| | *Blended Rate* | | | *159.50* |
| | | | 267.5 | |

|  |  |
|---|---|
| 42,667.50 | Total Fees |
| (8,533.50) | Less 20% Holdback |
| 34,134.00 | Current Fee Invoice |

# EXHIBIT B

Secaucus, NJ 07094

# ΞΙ *ERNST & YOUNG*

**INVOICE NUMBER: US0130606100**

**April 10, 2012**

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

**PLEASE REMIT TO:**

Ernst & Young LLP
PNC Bank c/o Ernst & Young US LLP
3712 Solutions Center
Chicago, IL 60677-3007

**EIN: 34-6565596**

BU: **US002**    CLIENT NUMBER: **60025315**

PROJECT NUMBER: **15169346, 15997186**

Progress billing for valuation services rendered pursuant to the Statement of Work dated May 11, 2010:

June, 2011 - February, 2012

| | |
|---|---|
| VAL: FCC License | $ 14,952.50 |
| Cooking Channel Hypo PPA | $ 11,417.50 |
| Fee/Employment  Applications | $  7,947.50 |
| Fees Due | $ 34,317.50 |
| Expenses | $    700.00 |
| Total Due | $ 35,017.50 |
| 20% Holdback of the fees requested | $ (6,863.50) |
| Net Fees & Expenses | $ 28,154.00 |

*Total Due*                    **$35,017.50**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ERNST & YOUNG**

**INVOICE NUMBER: US0130606100**

**April 10, 2012**

| |
|---|
| **PLEASE REMIT TO:** |
| Ernst & Young LLP |
| PNC Bank c/o Ernst & Young US LLP |
| 3712 Solutions Center |
| Chicago, IL 60677-3007 |
| **EIN: 34-6565596** |

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

BU: **US002**    CLIENT NUMBER: **60025315**

*Total Due*                                    **$35,017.50**

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

5800 Sunset Drive
Secaucus, NJ  07094

# ᕮ *ERNST & YOUNG*

**INVOICE NUMBER: US0130465423**

**July 20, 2011**

KTLA-TV
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

**PLEASE REMIT TO:**

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60811877**

For professional services rendered in connection with the second quarter 2011 Los Angeles TVT market survey.

|  |  |
|---|---|
| *Total Due* | **$1,875** |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞII** *ERNST & YOUNG*

**INVOICE NUMBER: US0130465423**

**July 20, 2011**

**PLEASE REMIT TO:**

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

KTLA-TV
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

BU: **US001**   CLIENT NUMBER: **60811877**

| *Total Due* | **$1,875** |
|---|---|

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# ᴇᴊ ERNST & YOUNG

**INVOICE NUMBER: US0130509917**

**October 27, 2011**

KTLA-TV
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

**PLEASE REMIT TO:**
Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60811877**

For professional services rendered in connection with the third quarter 2011 Los Angeles TVT market survey.

*Total Due* **$1,875**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**Ξll ERNST & YOUNG**

**INVOICE NUMBER: US0130509917**

**October 27, 2011**

KTLA-TV
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

**PLEASE REMIT TO:**

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60811877**

| | |
|---|---|
| *Total Due* | **$1,875** |

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

Secaucus, NJ  07094

# ℥ ERNST & YOUNG

**INVOICE NUMBER: US0130465415**

**July 20, 2011**

WPIX-TV
Ms. Cathy Davis
220 East 42nd Street
New York, NY 10017

**PLEASE REMIT TO:**

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60810282**

For professional services rendered in connection with the second quarter 2011 New York TVT market survey.

|  |  |
|---|---|
| *Total Due* | $2,300 |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ᴣ⃞**ᴌ **ERNST & YOUNG**

**INVOICE NUMBER: US0130465415**

**July 20, 2011**

**PLEASE REMIT TO:**

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

WPIX-TV
Ms. Cathy Davis
220 East 42nd Street
New York, NY 10017

BU: **US001**   CLIENT NUMBER: **60810282**

*Total Due*                                     $2,300

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

Secaucus, NJ  07094

# ΞII ERNST & YOUNG

**INVOICE NUMBER: US0130509934**

October 27, 2011

| PLEASE REMIT TO: |
| --- |
| Ernst & Young LLP |
| Pittsbg Ntnl Bnk - Pitt 640382 |
| P.O. Box 640382 |
| Pittsburgh, PA 15264-0382 |
| |
| **EIN: 34-6565596** |

**WPIX-TV**
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

BU: **US001**    CLIENT NUMBER: **60810282**

For professional services rendered in connection with the third quarter 2011 New York TVT market survey.

*Total Due*                                    **$2,300**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**≡∬ ERNST & YOUNG**

**INVOICE NUMBER: US0130509934**

**October 27, 2011**

**WPIX-TV**
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

**PLEASE REMIT TO:**

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60810282**

|  |  |
|---|---|
| *Total Due* | **$2,300** |

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# **EXHIBIT C**

**Exhibit C**
**Schedule of Expenses by Project Category**

| Category | Expenses |
|---|---|
| Computerized Research | 700.00 |

700.00

**Exhibit C**
**Schedule of Expenses**

| Emp/Vendor | Title | Descr | Incur Dt | Expenses | Category |
|---|---|---|---|---|---|
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Cost to access external sources for research required in valuation process for Cooking Channel engagement | 20-Oct-2011 | 700.00 | Computerized Research |

700.00

# **EXHIBIT D**

**Exhibit D**
**Schedule of Fees by Project Category**

|  | Project Category | Total |
|---|---|---|
| 1) | Property Tax Compliance | - |
| 2) | Sales Process Review | - |
| 3) | VAL: FCC License | 47.7 |
| 4) | VAL: Fresh Start | - |
| 5) | Cooking Channel Hypo PPA | 35.3 |
| 6) | Market Value Surveys | 148.0 |
| 7) | Fee/Employment  Applications | 36.5 |
|  | Net Hours | 267.5 |

|  | Project Category | Total |
|---|---|---|
| 1) | Property Tax Compliance | - |
| 2) | Sales Process Review | - |
| 3) | VAL: FCC License | 14,952.50 |
| 4) | VAL: Fresh Start | - |
| 5) | Cooking Channel Hypo PPA | 11,417.50 |
| 6) | Market Value Surveys | 8,350.00 |
| 7) | Fee/Employment  Applications | 7,947.50 |
|  | Net Fees | 42,667.50 |

**Exhibit D**
**Chronological Detail of Services Rendered**

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Burns JR,John E. (US012054281) | Partner/Principal-Grade 1 (111) | Analysis of Cooking Channel report as Experienced Partner required to oversee technical documents/calculations prior to client delivery of Cooking Channel data | 11-Aug-2011 | 525 | 1.0 | 525.00 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Discussion with N. Chakiris, Tribune Asst. Controller, regarding updates of valuation including MSO (multiple system operator) relationship useful & economic lives and Advertiser relationship useful lives (attended as EY Staff responsible for data integration) | 11-Jul-2011 | 175 | 0.9 | 157.50 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Development of valuation asset distribution tool for Cooking Channel entity | 11-Jul-2011 | 175 | 3.1 | 542.50 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Continuing development of valuation asset distribution tool for Cooking Channel entity | 12-Jul-2011 | 175 | 2.4 | 420.00 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Continuing development of valuation asset distribution tool for Cooking Channel entity | 13-Jul-2011 | 175 | 1.6 | 280.00 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Discussion with N. Chakiris, Tribune Asst. Controller, regarding current engagement status (attended as EY Staff responsible for data integration) | 14-Jul-2011 | 175 | 0.3 | 52.50 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Continuing development of valuation asset distribution tool for Cooking Channel entity | 14-Jul-2011 | 175 | 1.7 | 297.50 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Analysis and compilation of revisions to asset distribution tool for Cooking Channel entity | 08-Oct-2011 | 175 | 2.8 | 490.00 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Compilation of initial draft report for Debtor regarding the valuation of the Cooking Channel entity | 28-Oct-2011 | 175 | 5.2 | 910.00 | Cooking Channel Hypo PPA |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Research and analysis of market data for each television station and each market. | 27-Dec-2011 | 175 | 6.7 | 1,172.50 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Research and analysis of market data for each television station and each market. | 28-Dec-2011 | 175 | 1.8 | 315.00 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Research and analysis of market data for each television station and each market. | 29-Dec-2011 | 175 | 0.5 | 87.50 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Research and analysis of market data for each television station and each market. | 06-Jan-2012 | 175 | 0.4 | 70.00 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Analysis and compilation of revisions to asset distribution tool for FCC License | 06-Jan-2012 | 175 | 2.6 | 455.00 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Analysis and compilation of revisions to asset distribution tool for FCC License | 09-Jan-2012 | 175 | 1.8 | 315.00 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Analysis and compilation of weighted average cost of capital for the current year's valuation. | 09-Jan-2012 | 175 | 2.3 | 402.50 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Analysis of asset distribution tool output for each television station for valuation assessment. | 09-Jan-2012 | 175 | 1.9 | 332.50 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Analysis and compilation of weighted average cost of capital for the current year's valuation. | 10-Jan-2012 | 175 | 4.1 | 717.50 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Analysis and compilation of revisions to asset distribution tool for FCC License | 11-Jan-2012 | 175 | 1.3 | 227.50 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Analysis of asset distribution tool output for each television station for valuation assessment. | 11-Jan-2012 | 175 | 1.6 | 280.00 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Compilation of final documentation related to FCC license research and asset distribution tool updates. | 30-Jan-2012 | 175 | 1.5 | 262.50 | VAL: FCC License |

| | | | | | | |
|---|---|---|---|---|---|---|
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for April 2011 report | 5-May-2011 | n/a | 2.8 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for April 2011 report | 5-May-2011 | n/a | 3.2 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate April Los Angeles market data. | 10-May-2011 | n/a | 4.9 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate April Los Angeles market data. | 11-May-2011 | n/a | 0.4 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile April 2011 report. | 11-May-2011 | n/a | 2.7 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate April New York market data. | 16-May-2011 | n/a | 5.2 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile April 2011 report. | 16-May-2011 | n/a | 2.8 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for May 2011 report | 3-Jun-2011 | n/a | 2.8 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for May 2011 report | 3-Jun-2011 | n/a | 3.2 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate May Los Angeles market data. | 10-Jun-2011 | n/a | 5.3 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate May New York market data. | 15-Jun-2011 | n/a | 5.6 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate May Los Angeles market data | 16-Jun-2011 | n/a | 0.2 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile May 2011 report. | 16-Jun-2011 | n/a | 2.5 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile May 2011 report. | 16-Jun-2011 | n/a | 2.4 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set up program for June and Q2 2011 report | 5-Jul-2011 | n/a | 2.9 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set up program for June and Q2 2011 report | 5-Jul-2011 | n/a | 3.1 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate June and Q2 Los Angeles market data. | 11-Jul-2011 | n/a | 5.9 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate June and Q2 Los Angeles market data. | 12-Jul-2011 | n/a | 0.4 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile Q2 2011 report. | 12-Jul-2011 | n/a | 5.7 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate June and Q2 New York market data. | 14-Jul-2011 | n/a | 5.7 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate June and Q2 New York market data. | 15-Jul-2011 | n/a | 0.7 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile Q2 2011 report. | 15-Jul-2011 | n/a | 5.6 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for July 2011 report | 5-Aug-2011 | n/a | 2.8 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for July 2011 report | 5-Aug-2011 | n/a | 3.2 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate July Los Angeles market data. | 10-Aug-2011 | n/a | 4.9 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate July Los Angeles market data | 11-Aug-2011 | n/a | 0.4 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile July 2011 report. | 11-Aug-2011 | n/a | 2.7 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate July New York market data. | 15-Aug-2011 | n/a | 5.2 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile July 2011 report. | 16-Aug-2011 | n/a | 2.8 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for August 2011 report | 6-Sep-2011 | n/a | 2.8 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for August 2011 report | 6-Sep-2011 | n/a | 3.2 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate August Los Angeles market data. | 12-Sep-2011 | n/a | 5.3 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate August Los Angeles market data | 13-Sep-2011 | n/a | 0.2 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile August 2011 report. | 13-Sep-2011 | n/a | 2.5 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate August New York market data. | 15-Sep-2011 | n/a | 5.6 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile August 2011 report. | 16-Sep-2011 | n/a | 2.4 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set up program for September and Q3 2011 report | 5-Oct-2011 | n/a | 2.9 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set up program for September and Q3 2011 report | 5-Oct-2011 | n/a | 3.1 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate September and Q3 Los Angeles market data. | 10-Oct-2011 | n/a | 5.9 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate September and Q3 Los Angeles market data. | 11-Oct-2011 | n/a | 0.4 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile Q3 2011 report. | 11-Oct-2011 | n/a | 5.7 | Market Value Surveys |

| Name (ID) | Role | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| McGee, Ginny | External Contractor | NY: Consolidate September and Q3 New York market data. | 14-Oct-2011 | n/a | 5.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate September and Q3 New York market data. | 17-Oct-2011 | n/a | 0.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile Q3 2011 report. | 17-Oct-2011 | n/a | 5.6 | 0.00 | Market Value Surveys |
| Moody,Todd (US01097982) | Partner/Principal-Grade 1 (111) | Analysis of FCC License report as Experienced Partner required to oversee technical documents/calculations prior to client delivery of FCC license data | 11-Jul-2011 | 525 | 2.0 | 1,050.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Call with N. Chakiris, Tribune Asst. Controller, to discuss Lazard valuation of the Cooking Channel relied on for the current valuation analysis | 25-Jul-2011 | 475 | 0.5 | 237.50 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Draft statement of work and quality control documentation for initialization of new engagement with Debtor related to Cooking Channel engagement | 03-Aug-2011 | 475 | 0.4 | 190.00 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Draft statement of work and quality control documentation for initialization of new engagement with Debtor related to Cooking Channel engagement | 04-Aug-2011 | 475 | 0.4 | 190.00 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Analysis of asset distribution tool output for Cooking Channel entity | 10-Aug-2011 | 475 | 0.3 | 142.50 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Analysis of asset distribution tool output for Cooking Channel entity | 11-Aug-2011 | 475 | 1.8 | 855.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Analysis of asset distribution tool output for Cooking Channel entity | 12-Aug-2011 | 475 | 0.4 | 190.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Finalization of draft statement of work and quality control documentation for initialization of new engagement with Debtor related to Cooking Channel engagement | 22-Aug-2011 | 475 | 1.8 | 855.00 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Analysis MSO (multiple system operator) intangible asset valuation data from the asset distribution tool | 23-Aug-2011 | 475 | 2.2 | 1,045.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Analysis of valuation schedules related to Cooking Channel entity for client delivery in advance of the report | 24-Aug-2011 | 475 | 1.7 | 807.50 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Analysis of valuation schedules related to Cooking Channel entity for client delivery in advance of the report. | 25-Aug-2011 | 475 | 2.4 | 1,140.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Call with N. Chakiris, Tribune Asst. Controller, regarding valuation schedules for Cooking Channel entity (attended as EY Senior Manager responsible for overall engagement on Cooking Channel entity) | 12-Sep-2011 | 475 | 0.4 | 190.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Finalization of draft statement of work and quality control documentation for initialization of new engagement with Debtor related to Cooking Channel engagement | 16-Sep-2011 | 475 | 0.7 | 332.50 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Analysis and compilation of updates to the Cooking Channel valuation schedules | 21-Sep-2011 | 475 | 1.8 | 855.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Completion of statement of work and quality control documentation for initialization of new engagement with Debtor related to Cooking Channel engagement | 29-Sep-2011 | 475 | 0.2 | 95.00 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis of MSO (multiple system operator) relationship useful & economic lives and Advertiser relationship useful lives | 05-Oct-2011 | 475 | 0.6 | 285.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Completion of statement of work and quality control documentation for initialization of new engagement with Debtor related to Cooking Channel engagement | 12-Oct-2011 | 475 | 0.8 | 380.00 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Compilation of information and documentation request for Debtor regarding FCC license analysis | 07-Dec-2011 | 475 | 0.6 | 285.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Compilation of information and documentation request for Debtor regarding FCC license analysis | 08-Dec-2011 | 475 | 0.4 | 190.00 | VAL: FCC License |

| Name (ID) | Position-Grade | Description | Date | Rate | Hours | Amount | Matter |
|---|---|---|---|---|---|---|---|
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Call with M. Hosbach, EY General Counsel, to discuss the FCC engagement performance as a continuance of our fresh start work (attended as EY Senior Manager responsible for FCC License valuation engagement) | 09-Dec-2011 | 475 | 0.7 | 332.50 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis and editing of Cooking Channel report | 09-Dec-2011 | 475 | 1.1 | 522.50 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Call with B. Raynor, EY Valuation QRM partner, to discuss FCC engagement and procedures as it relates to the bankruptcy. (attended as EY Senior Manager responsible for FCC License valuation engagement) | 19-Dec-2011 | 475 | 0.2 | 95.00 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Electronic correspondence and data files to A. Klapow, EY Staff for FCC License valuation engagement, for initiation of analysis | 23-Dec-2011 | 475 | 0.8 | 380.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis of FCC license data and valuations | 06-Jan-2012 | 475 | 0.8 | 380.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis of FCC technical computations | 10-Jan-2012 | 475 | 1.4 | 665.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis of FCC market data and valuations | 10-Jan-2012 | 475 | 2.3 | 1,092.50 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis of FCC license schedule data and valuations | 11-Jan-2012 | 475 | 4.3 | 2,042.50 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Additional analysis related to FCC license valuations | 18-Jan-2012 | 475 | 0.3 | 142.50 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Call with N. Chakiris, Tribune Asst. Controller and B. Litman, Tribune Controller, to walkthrough FCC License valuation schedules (attended as EY Senior Manager responsible for FCC License valuation engagement) | 23-Jan-2012 | 475 | 1.2 | 570.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis and compilation of updates to the FCC license valuations per previous discussion with Debtor | 31-Jan-2012 | 475 | 4.2 | 1,995.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis and compilation of updates to Cooking Channel report | 14-Feb-2012 | 475 | 2.4 | 1,140.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Finalization of Cooking Channel draft report for client delivery | 21-Feb-2012 | 475 | 0.7 | 332.50 | Cooking Channel Hypo PPA |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of March-May fee applications | 01-Jun-2011 | 175 | 2.2 | 385.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of March-May fee applications | 03-Jun-2011 | 175 | 1.3 | 227.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of March-May fee applications | 29-Sep-2011 | 175 | 0.6 | 105.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Preparation of monthly fees incurred for September per Debtor's request (N. Chakiris, Tribune Asst. Controller) | 07-Oct-2011 | 175 | 1.6 | 280.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 26-Oct-2011 | 175 | 1.8 | 315.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 31-Oct-2011 | 175 | 0.8 | 140.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 01-Nov-2011 | 175 | 1.2 | 210.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 02-Nov-2011 | 175 | 2.2 | 385.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 03-Nov-2011 | 175 | 0.4 | 70.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 04-Nov-2011 | 175 | 4.6 | 805.00 | Fee/Employment Applications |

| Name | Title/Grade | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 07-Nov-2011 | 175 | 0.2 | 35.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 08-Nov-2011 | 175 | 0.7 | 122.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Preparation of monthly fees incurred for November per Debtor's request (N. Chakiris, Tribune Asst. Controller) | 30-Nov-2011 | 175 | 0.4 | 70.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 22-Dec-2011 | 175 | 0.5 | 87.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of June-February fee application (9th interim) | 15-Feb-2012 | 175 | 2.1 | 367.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of June-February fee application (9th interim) | 23-Feb-2012 | 175 | 3.4 | 595.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of June-February fee application (9th interim) | 27-Feb-2012 | 175 | 0.8 | 140.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of June-February fee application (9th interim) | 29-Feb-2012 | 175 | 6.5 | 1,137.50 | Fee/Employment Applications |
| Wojcickyj,Stefan (US011004685) | Executive Director-Grade 2 (132) | Analysis of License valuations as Experienced Executive Director required to oversee technical documents/calculations prior to client delivery | 10-Jan-2012 | 525 | 1.2 | 630.00 | VAL: FCC License |
| Wojcickyj,Stefan (US011004685) | Executive Director-Grade 2 (132) | Analysis of FCC data as Experienced Executive Director required to oversee technical documents/calculations prior to client delivery | 10-Jan-2012 | 525 | 0.3 | 157.50 | VAL: FCC License |
| Wojcickyj,Stefan (US011004685) | Executive Director-Grade 2 (132) | Analysis of valuation assumptions by market as Experienced Executive Director required to oversee technical documents/calculations prior to client delivery | 10-Jan-2012 | 525 | 1.1 | 577.50 | VAL: FCC License |
| Wojcickyj,Stefan (US011004685) | Executive Director-Grade 2 (132) | Analysis of valuation schedules as Experienced Executive Director required to oversee technical documents/calculations prior to client delivery | 10-Jan-2012 | 525 | 0.3 | 157.50 | VAL: FCC License |
| n/a | n/a | Flat fee for market value surveys for Quarter 2 LA market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 1,875.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for Quarter 2 NY market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 2,300.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for Quarter 3 LA market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 1,875.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for Quarter 3 NY market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 2,300.00 | Market Value Surveys |
| | | | | | 267.5 | 42,667.50 | |

| Hours | Amount | Category |
|---|---|---|
| 47.7 | 14,952.50 | VAL: FCC License |
| | - | VAL: Fresh Start |
| 35.3 | 11,417.50 | Cooking Channel Hypo PPA |
| | - | Property Tax Compliance |
| 148.0 | 8,350.00 | Market Value Surveys |
| 36.5 | 7,947.50 | Fee/Employment Applications |
| | - | Sales Process Review |
| 267.5 | 42,667.50 | |