# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | |
| **TRIBUNE COMPANY, Debtor(s).** : | **Case No. 08-13141 (KJC)** |
| 435 N. Michigan Ave. : | **Chapter 11** |
| Chicago, IL 60611 : | |
| 36-1880355 : | |

## REQUEST FOR NOTICE

Pursuant to Bankruptcy Rule 2002 (g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Attorney General's Office - Bankruptcy Division.

Notices should be addressed to:
Tennessee Attorney General's Office - Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

The Tennessee Attorney General's Office - Bankruptcy Division hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,
ROBERT E. COPPER, JR.
Attorney General and Reporter
State of Tennessee

 /s/ Laura L. McCloud
**Laura L. McCloud** (TN 016206)
Senior Counsel
Office of the Tennessee Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207
(615) 532-2504
(615) 741-3334 (fax)
 Email: AGBankDelaware@ag.tn.gov

## CERTIFICATE OF SERVICE

I, Laura L. McCloud., certify that on   May 16, 2012  , a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

                                                /s/ Laura L. McCloud
                                                Laura L. McCloud
                                                Senior Counsel

| | |
|---|---|
| Office of the U.S. Trustee | Sidley & Austin |
| 844 King St., Room 2207 | Attorney for the Debtor(s) |
| Lock Box 35 | One First National Plaza |
| Wilmington, DE 19899-0035 | Chicago, IL 60603 |