**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE OF SELECTION OF THE LITIGATION TRUSTEE IN
CONNECTION WITH THE FOURTH AMENDED PLAN**

TO: (I) ALL PARTIES ENTITLED TO VOTE ON THE FOURTH AMENDED PLAN AND (II) ALL PARTIES HAVING REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

CH1 6780639v.1

1. A majority of the anticipated initial members of the prospective Litigation Trust Advisory Board[2] notified counsel to the Official Committee of Unsecured Creditors that they have selected Mark S. Kirschner to serve as Litigation Trustee.

2. Section 13.1 of the Fourth Amended Plan provides, in relevant part, that on the Effective Date a "Litigation Trust shall be established for the purposes of administering the Litigation Trust Assets and making all distributions on account of Litigation Trust Interests as provided for under the Plan." Section 13.3.1 of the Fourth Amended Plan provides that the Litigation Trust shall be managed and operated by the Litigation Trustee, who shall be appointed by the Litigation Trust Advisory Board on the Effective Date, or as soon as practicable thereafter. Section 13.3.1 further provides that "the Litigation Trustee will be identified as soon after the Plan Supplement filing date as a majority of the parties who will be the initial members of the Litigation Trust Advisory Board inform the Proponents of their selection of the Litigation Trustee." Although the Litigation Trust Advisory Board will not be established until the Effective Date, the anticipated initial members of the prospective Litigation Trust Advisory Board were identified on Exhibit B to the proposed Litigation Trust Agreement, which was filed in the Plan Supplement as Exhibit 13.1 to the Fourth Amended Plan. The Plan Supplement was filed with the Bankruptcy Court on May 4, 2012 [Docket No. 11545].

3. The Litigation Trustee's curriculum vitae is attached hereto as <u>Exhibit A</u>. In accordance with section 13.3.1 of the Fourth Amended Plan, prior to the Effective Date, "the Litigation Trustee shall (a) have no standing, and shall not appear or be heard, in the Chapter 11 Cases or any pending actions related to the Committee Complaints or the Disclaimed State Law Avoidance Claims prior to the Effective Date and (b) not be entitled to receive any reimbursement for its costs or expenses of any kind from the Debtors or Reorganized Debtors."

4. If you have any questions regarding this Notice or wish to obtain additional information, including copies of the Fourth Amended Plan or the Disclosure Documents, you may request such information by contacting Epiq Bankruptcy Solutions, LLC by telephone at (646) 282-2400. Copies of the Fourth Amended Plan and the Disclosure Documents are also available on the Internet at http://chapter11.epiqsystems.com/tribune.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A [Docket No. 11399] (the "<u>Fourth Amended Plan</u>").

Dated: May 16, 2012

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-0199
Telecopier: (312) 853-7036

– and –

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

   */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Telecopier: (302) 652-3117

*Counsel for Debtors and Debtors In Possession*

# **EXHIBIT A**

# Marc S. Kirschner

18 East 94th Street, New York, NY  10128
(W) 212.348.2803  (C) 917.459.6964
mskirschner@kirschnerconsulting.com

## SUMMARY

From April 10, 2006 through December 26, 2006, I was the Chapter 11 Trustee for Refco Capital Markets, Ltd. ("RCM"), the unregulated securities broker, and largest unit, of the Refco companies.  I spearheaded first the settlement of complex internecine warfare among RCM's securities and foreign exchange customers as a building block to the global Refco settlement and plan and then negotiated for RCM the economic terms of the global settlement.  Many participants in the Refco cases recognize the central role I played in bringing to a conclusion in record time one of the largest Chapter 11 cases ever; I also believe RCM is one of the largest cases for which a Chapter 11 Trustee ever was appointed.  I am currently the post effective date Plan Administrator for RCM and Litigation Trustee for the Refco Litigation Trust and Refco Private Actions Trust.  I am also the Liquidation Trustee for the Le Nature's Liquidation Trust , the Yellowstone Club Liquidating Trust and the SNTL ( Superior National Insurance Group ) Litigation Trust.

From January 27, 2001 through January 17, 2006, I was Managing Director, and one of the key senior investment professionals, of Resurgence Asset Management, LLC, investing in distressed securities with a view to gaining effective control over, or exerting significant influence in, the reorganization process.  I analyzed all the legal issues of all investments that we considered, developed our legal strategy and then played a pivotal role managing our investments through the reorganization process.  I was also Chief Operating Officer, General Counsel, member of the Executive Committee and Chair of the Pricing Committee of Resurgence and in charge of the legal affairs of its affiliate, First Commercial Credit Corporation, a provider of credit protection to suppliers of companies in financial distress.

As an attorney in the private practice of law before joining Resurgence, I specialized in the bankruptcy and reorganization fields for over thirty years, with a heavy emphasis in complex bankruptcy litigation, including fraudulent conveyance, substantive consolidation, and valuation matters.  From 1987 through January 25, 2001, I headed the Bankruptcy and Restructuring Practice and from January 1, 1997, the Business Practice Group, in the New York Office of the global law firm, Jones Day Reavis & Pogue, now called Jones Day.  I was also a member of its firm-wide Executive Committee during various periods.

## PROFESSIONAL BACKGROUND AND EDUCATION

Resurgence Asset Management, LLC, January 27, 2001-January 17, 2006, Managing Director, General Counsel, Chief Operating Officer (from June 14, 2004) and member of Executive Committee (from June 14, 2004).

Jones, Day, 1987-January 2001, Head of Bankruptcy/Restructuring Group and from January 1, 1997 Head of the Business Practice Group in the New York Office, member of Firm-wide Executive Committee, various periods.

Gelberg & Abrams, 1979-1987, Founding Partner and Head of Bankruptcy Group.

Kaye, Scholer, Fierman, Hayes & Handler, 1970-1979, Associate/Partner.

Chadbourne, Park, Whiteside & Wolff, Associate 1967-1970.

J.D., Cum Laude, University of Michigan Law School, 1967.

A.B. in Economics, with Distinction, Dartmouth College, 1964.

Fellow of the American College of Bankruptcy.

# RESURGENCE ASSET MANAGEMENT – SELECT INVESTMENTS

**Washington Group International (construction and engineering)**
Largest member of secured bank committee; active in creating debt conversion plan of reorganization and subsequent purchases of bond and trade claims which represented beneficial interests in a post reorganization trust. Spearheaded litigation against the Trust.

**Sterling Chemicals, Inc.**
Acquired largest position in unsecured debt, worked with deal team to engineer sale of Canadian pulp division, negotiated $75 million exit facility in connection with Resurgence's standby underwriting.

**Sterling Healthcare (formerly PhyAmerica Physicians Group)**
Purchased emergency room medical practice company in contested takeover out of its bankruptcy proceeding. Funded company during its proceeding with a debtor – in – possession loan. Testified as major fact witness for Resurgence. Directed and developed strategy for fraudulent conveyance claims against former equity owner.

**World Wide Direct (SmarTalk TeleServices)**
Largest unsecured creditor and Unofficial Chair of Liquidating Trust Board. Major role in negotiating settlement of numerous claims against Officers and Directors, fraud and breach of fiduciary duty claims against financial advisor and supervised litigation of substantial claims for malpractice against a major accounting firm. Testified as an expert witness on bankruptcy law matters for Resurgence.

**Spiegel Creditors Trust**
Worked on the purchase of a controlling interest in a post bankruptcy creditors trust holding a very unusual derivative security wrapped around a credit card securitization vehicle.

**Other**
As Chief Operating Officer and Chair of the Pricing Committee of Resurgence, I provided primary oversight on complex issues regarding the allocation of debt trading and the valuation of complex and unusual securities held by funds Resurgence managed. The operations department reported directly to me regarding all matters related to the trade settlement process with Resurgence's prime broker and two custodians. As General Counsel, I also directed the legal affairs of three registered investment advisors, one offshore and two domestic hedge funds, and three private equity funds (one of which had a BVI component). On behalf of First Commercial, I dealt with the complex legal issues that arose in its vendor protection program and supervised its purchase of complex claims, including litigation claims, lease claims and beneficial interests in liquidating trusts.

# PRIVATE PRACTICE OF LAW – MAJOR MATTERS

**Drexel Burnham Lambert Group**
Represented worldwide bank group holding over $3 billion of debt. Represented the bank group in the liquidation of hundreds of millions of esoteric investments acquired by Drexel as part of its underwriting and investment banking activities. Spearheaded investigation of fraudulent conveyance claims involving hundreds of millions of dollars against former Drexel management, including Michael Milken, claims for recharacterization of $300 million of debt issued to former key employees in exchange for equity interests, and one of the principal architects of the Drexel plan of reorganization which involved the spin off of the remaining complex assets and litigation claims into a liquidating trust.

**Coleco Industries**
Represented unsecured committee, investigated complex fraudulent conveyance claims against secured creditor (barter counterparty) and resolution by elimination of claims under a plan providing for the sale of the company to Hasbro Industries. Developed products liability claims resolution process.

**Woodward & Lothrop Holdings**
Represented bondholders committee, investigated and settled under a plan of reorganization massive fraudulent conveyance claims against principal equity owner.

**Anchor Glass Container**
Represented Canadian company in hotly contested and litigated takeover of Anchor Glass out of its first chapter 11 proceeding.

**Hillsborough Holdings (Walter Industries)**
Represented trade committee and participated in resolution of complex asbestos claims as part of a plan of reorganization which returned full claim plus post-petition interest to the trade.

**ICO Global Communications**
Represented Hughes Space & Satellite Company, the contractor for over $1 billion of satellites and ICO's largest creditor. Defended litigated efforts to eliminate or subordinate the claims of Hughes.

**Physicians Resource Group, Inc.**
This was a case that started while I was outside counsel at Jones Day for Resurgence as the largest creditor. Upon joining Resurgence, I assumed the business role for this restructuring. Negotiated the approach to resolve hundreds of millions of dollars of physicians' claims in a structured claims resolution process. Spearheaded a three week, successful trial of massive fraudulent conveyance claims against the former controlling shareholder, as well as substantive consolidation claims. Testified as fact witness on behalf of Resurgence.

**Resorts International**
Represented bondholders' committee in the first Resorts case. Investigated fraudulent conveyance claims against Donald Trump and created one of the first of its kind post-reorganization liquidating trusts to litigate the claims.

**New York Daily News**
Represented chapter 11 debtor. Handled complex rejection of collective bargaining agreement litigation in connection with sale of the entire business under a plan.

**Shea & Gould**
Represented former law firm in establishing funding contributions from former partners in connection with a confirmed plan.

**General**
Throughout my career, I represented banks and other financial institutions holding secured and unsecured claims in complex bankruptcy matters, creditors' committees and trustees, and have significant experience involving the negotiation and documentation of debtor-in-possession loans and other complex financing transactions. I have been involved in numerous complex bankruptcy litigation matters.

## LITIGATION TRUSTEE ROLE

My roles as Litigation Trustee or Liquidation Trustee have involved undertaking a massive factual investigation and then commencing litigations to recoup in the aggregate in excess of $ 2 billion of losses resulting from massive frauds and management misconduct. The lawsuits involve securities law violations, common law fraud, breach of fiduciary duty ,malpractice , fraudulent conveyance , misappropriation of assets, preferential transfers and related causes of action. Defendants include major financial institutions, private equity firms, professional firms , equity holders , members of management and members of Boards of Directors.

## DIRECTORSHIPS

Spectrum Brands, Inc.

Member of Trust Advisory Board, Washington Mutual Bank Liquidating Trust and Board Designee on Special Litigation Committee.

Formerly director of several companies in which Resurgence had major equity interests, interim director of ION Media pending successful chapter 11 reorganization, and sole director appointed by creditors of privately held credit card receivables company in out of court restructuring.