**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | **Re: D.I. 11632** |

## NOTICE OF WITHDRAWAL OF ERRONEOUS FILING

COMES NOW Wilmington Trust Company, by and through undersigned counsel, and hereby gives notice of the withdrawal of the *Notice of Designation of Litigation Trustee* [Docket Item 11632], which was filed in error. Wilmington Trust Company requests that the image for this document be removed because it disclosed information pertaining to the designation of the Litigation Trustee for the Tribune Litigation Trust prematurely.

Dated: Wilmington, Delaware
May 17, 2012

**SULLIVAN HAZELTINE ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (Del. Bar No. 2820)
901 Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone:   (302) 428-8191
Facsimile:    (302) 428-4195
Email: bsullivan@sha-llc.com

-and-

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Gordon Z. Novod, Esq.
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801
Email: rstark@brownrudnick.com
Email: gnovod@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES and a Member of the Tribune Litigation Trust Advisory Board*