IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
In re:                                              :    Chapter 11 Cases
                                                    :
TRIBUNE COMPANY, et al.,                            :    Case No. 08-13141 (KJC)
                                                    :    (Jointly Administered)
           Debtors.                                 :
                                                    :
------------------------------------------------------X

## NOTICE OF DESIGNATION OF LITIGATION TRUSTEE

PLEASE TAKE NOTICE that, in accordance with (1) the direction of Judge Kevin J. Carey as reflected on pp. 55-56 of the transcript of the April 16, 2012 Disclosure Statement Hearing [D.I. 11433]; and (2) Section 13.3.1 of the Fourth Amended DCL Plan (the "DCL Plan") [D.I. 11399]:

1. On May 8, 2012, the three initial members of the Tribune Litigation Trust Advisory Board, to be created under the DCL Plan, as designated in the Plan Supplement filed on May 4, 2011 [D.I. 11545], agreed to hold an initial telephonic meeting of the Tribune Litigation Trust Advisory Board on May 11, 2012 at 11:00 a.m. (EDT).

2. On May 10, 2012, William Niese, one of the designated initial members of the Tribune Litigation Trust Advisory Board, through his counsel, advised the other members of the Tribune Litigation Trust Advisory Board that Mr. Niese would not be participating in the May 11 call and that he has decided not to serve as a litigation trust committee member at this time.

3. On May 11, 2012, the two remaining designees of the initial members of the Tribune Litigation Trust Advisory Board went forward with the initial meeting and thereafter voted to designate Marc Kirschner, as the Litigation Trustee of the Tribune Litigation Trust.

Mr. Kirschner has agreed to accept that position. A copy of Mr. Kirschner's curriculum vitae is attached hereto as Exhibit 1.

Dated: Wilmington, Delaware
May 17, 2012

**SULLIVAN HAZELTINE ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (Del. Bar No. 2820)
901 Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone:   (302) 428-8191
Facsimile:   (302) 428-4195
Email: bsullivan@sha-llc.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Gordon Z. Novod, Esq.
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801
Email: rstark@brownrudnick.com
Email: gnovod@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES and a Member of the Tribune Litigation Trust Advisory Board*

-and-

**McCARTER & ENGLISH, LLP**
Katharine L. Mayer
Renaissance Centre
405 N. King Street
Wilmington, Delaware 19801
Telephone:   (302) 984-6300
Facsimile:   (302) 984-2494
Email: kmayer@mccarter.com

-and-

2

**McCARTER & ENGLISH, LLP**
David J. Adler
245 Park Avenue
New York, New York 10167
Telephone:    (212) 609-6800
Facsimile:    (212) 645-1025
Email: dadler@mccarter.com

*Counsel for Deutsche Bank Trust Company America, solely and in its capacity as successor Indenture Trustee for certain series of Senior Notes and a Member of the Tribune Litigation Trust Advisory Board*