**EXHIBIT 1**



**McDonnell Boehnen Hulbert & Berghoff LLP**
Law Offices

300 South Wacker Drive
Chicago, Illinois 60606-6709
www.mbhb.com

312-913-0001 phone
312-913-0002 fax

May 15, 2012

Via Electronic Mail to: SKarottki@tribune.com
CONFIRMATION VIA COURIER

Salvador K. Karottki
Assistant General Counsel
  Intellectual Property & Digital Media
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, Illinois 60611-4206

Re:    Engagement as Legal Counsel

Dear Sal:

I enjoyed meeting your on April 24, and appreciated the tour of your beautiful and storied building. And thank you for engaging McDonnell Boehnen Hulbert & Berghoff LLP ("MBHB") to perform legal services on behalf of the Tribune Company, including its Tribune Broadcasting and Tribune Interactive subsidiaries. The purpose of this letter is to confirm the engagement and describe how we will generally handle assignments for you. At your convenience, please send to us any appropriate OCP documents.

<u>Scope of Engagement</u>

We understand that our initial responsibility will be to advise and consult with you in connection with prosecution of patent applications for the Tribune Company. Our relationship is with you, the Tribune Company, and its subsidiaries for which we perform services (collectively, "Tribune"), but not with any other siblings, licensors, licensees, collaborators, or investors of the Tribune Company. This relationship may be expanded in the future, and, if so, the parties will identify in writing the scope of any new projects. In addition, this engagement is subject to Tribune's Retention Policy, which is incorporated by reference herein.

Conflicts of Interest

Based on the information you have provided, we are not aware of any conflict of interest that would prevent us from representing Tribune in this matter. However, please know that we have long-standing relationships with many other companies and institutions. If I later become aware of any specific conflict of interest, I will discuss this with you, and we will determine whether the situation prevents MBHB from continuing its representation of Tribune.

Attorney Assignment

Gavin O'Keefe will have primary responsibility for this engagement with Tribune, and I will oversee his work. Other attorneys, paralegals, and assistants in MBHB will assist us, as may be warranted to handle engagements promptly and in the most efficient manner.

You should always feel free to call me if you have any questions or concerns about what we are doing. If for any reason I am unavailable, my secretary will see to it that your message reaches me. If you feel that something has come up that requires urgent attention, feel free to call me any time at my home phone (847.386.7094) or my cell phone (312.420.1872).

Fees

For purposes of determining the value of our services for most clients, we periodically assign to each lawyer and legal assistant an hourly rate, based upon his or her ability, experience, and judgment. Typically, we adjust rates on the start of each calendar year. Gavin O'Keefe's current hourly rate for legal services for Tribune has been set at $220 per hour. The overall rates for attorneys in MBHB currently range from $205 per hour to $690 per hour, and for legal assistants and patent agents from $150 to $255 per hour. My standard, hourly billing rate is $655. However, we are pleased to provide Tribune with a 7.5% discount on our standard fees. We will also use lower cost associates and legal assistants where appropriate if it enables us to deliver effective legal services more economically.

We may require Tribune to pay certain fees and disbursements in advance, particularly where they are expected to be substantial.

Billing Practice

We generally bill on a monthly basis for the legal services, out-of-pocket disbursements, and ancillary services provided during the preceding month. If you do not receive a bill for services performed during the preceding

month, please contact us to determine whether something has gone wrong. However, some clients request that we "hold" all time for a particular project until that project is complete. We try to comply with those requests whenever possible.

We may request that disbursements and similar expenses be advanced if the amount is substantial. Out-of-pocket disbursements include charges such as photocopying, faxes, travel, long distance telephone calls, messenger fees, computerized legal research, filing fees, court reporter fees, foreign associate fees, and other such costs incurred on your behalf. The disbursements are included in our bills, and we make every effort to make sure that these bills are as current as possible. However, some disbursements are not available until several months after the associated activity, and these may be billed later.

We try to provide as much billing information as you require and in the form you desire it. Please let us know if there are any particular billing formats or other requirements that you need.

Payment of Bills

Our bills are payable upon receipt, and we understand that Tribune will submit our bills through its payment process monitored and approved by the Bankruptcy Court in the District of Delaware. If any of our statements remain unpaid for more than ninety (90) days, we may, consistent with our ethical obligations and judicial requirements, cease performing services for you until arrangements satisfactory to us have been made for payment of any arrearages and prospective future obligations.

If Tribune fails to pay our bill within sixty (60) days of receipt, MBHB reserves the right to charge interest on the outstanding balance at the rate of 1.0% per month (12% per year) on a case-by-case basis. Unfortunately, we feel that we must tell our clients that if it becomes necessary for us to file suit for the collection of our fees or disbursements, they are responsible for all our related costs and expenses, including reasonable attorney's fees.

Insurance Notification

As a professional courtesy, we also take this opportunity to let you know that patent infringement insurance is available both to patentees (i.e., insurance to assist in the cost of asserting patents) and to defendants (i.e., insurance to assist in the cost of defending charges and paying judgments). Historically, only a very few companies have offered these products, typically not the larger insurance companies. Recently, however, Lloyd's of London has begun offering defense-insurance, and

other traditional insurance companies are beginning to express interest in these products, so the situation may be changing.

We neither endorse nor oppose patent infringement insurance. Nor do we endorse any particular company or agency offering this product. We simply feel it is in your best interests to bring the availability of this product to your attention. Separately, such insurance may also be available in relation to trademark, copyright, or other intellectual property matters, if these are of interest to you. If you would like to explore the situation further, we will provide you copies of the information that we have or put you in touch with the companies directly.

Termination of Engagement

Tribune has the right to terminate our engagement at any time; however, this action will not relieve Tribune of responsibility for legal fees or disbursements which have already accrued. We will have the same right to terminate the engagement, and may discontinue providing legal services, e.g., if you fail to pay our bills promptly, or if you misrepresent or fail to disclose any material facts in the course of our representation that, in our judgment, prevent an effective attorney-client relationship.

We invite you to discuss freely with us any questions you have concerning our relationship. We want our clients to be satisfied with both the quality of our legal work and the reasonableness of the fees we charge for those services.

We would appreciate your approval of the foregoing by your execution in the place provided below and return to us a copy of this letter.

Again, we are grateful for the opportunity to work with you and Tribune in connection with these matters and look forward to a mutually rewarding relationship.

Sincerely,

*Brad Hulbert*

Brad Hulbert
312 913 2122 direct
hulbert@mbhb.com

BJH/jab
c:    Gavin O'Keefe

AGREED TO:

Tribune Company

By: _____
Salvador K. Karottki

Title:   Assistant General Counsel/Intellectual Property & Digital Media

Date: 05/17/2012