UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                              Case No. 08-13141-KJC

TRIBUNE COMPANY,                                    Chapter 11

        Debtor(s).                               Honorable Kevin J. Carey
_____/

## PROOF OF SERVICE

    The undersigned certifies that on May 21, 2012, a copy of the Michigan Department of Treasury's Objection to the Fourth Amended Plan of Reorganization for the Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, LP, Angelo, Gordon & Co., LP, and JPMorgan Chase Bank, NA, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Norman L. Pernick
Cole, Schotz, Meisel, Forman & Leonard
1000 N West St., Suite 1200
Wilmington, DE 19801

Epiq Bankruptcy Solutions, LLC Claims Agent
757 Third Avenue, 3rd Floor
New York, NY 10017

*/s/ Patricia A. Klein*
Patricia A. Klein
Legal Secretary
Heather L. Donald (P57351)
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: donaldh@michigan.gov

Dated: May 21, 2012