IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

OBJECTION TO FOURTH AMENDED
JOINT PLAN OF REORGANIZATION

COMES NOW the United States and objects to confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., filed on April 17, 2012. The United States objects to confirmation for four reasons.

First, the United States objects to section 2.3 because it is insufficiently specific. Section 2.3 provides for payment of priority tax claims in regular installments over a five-year period. However, section 2.3 does not specify the frequency with which such installment payments will be made or the amount of each installment payment.

Second, the United States objects to paragraphs 11.1.1 and 11.1.2 to the extent these paragraphs purport to restrain the assessment or collection of federal tax which qualifies as an administrative expense under 11 U.S.C. § 503(b). These paragraphs of the plan purport to restrain the Internal Revenue Service from assessing or collecting a tax resulting from an act, omission, or transaction that occurred prior to the petition

1

date, even if the tax liability is an administrative expense under § 503(b). The plan cannot be confirmed if it prevents the Internal Revenue Service from asserting an administrative claim against the debtors.

Third, the United States objects to paragraphs 11.2.2 and 11.2.4 to the extent these paragraphs purport to release non-debtors from any tax liability. The Court does not have jurisdiction to release a non-debtor from a federal tax liability.

Fourth, the United States objects to subparagraph 5.4.2(f), section 7.8, and paragraph 13.2.2 to the extent they purport to establish the tax consequences of the proposed plan or establish the tax consequences of the plan to non-debtors. The Court does not have jurisdiction to decide the federal tax consequences of the proposed plan or the federal tax liability of non-debtors.

WHEREFORE, the United States objects to confirmation, and respectfully prays that the Court deny confirmation, of Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., dated April 17, 2012.

//

//

//

//

//

//

DATED: May 21, 2012.

                              CHARLES M. OBERLY III
                              United States Attorney

                              KATHRYN KENEALLY
                              Assistant Attorney General
                              Tax Division


                              /s/ W. Bradley Russell
                              W. BRADLEY RUSSELL
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              Post Office Box 227
                              Ben Franklin Station
                              Washington, D.C.  20044
                              Telephone: (202) 307-0854
                              E-Mail: William.B.Russell@usdoj.gov

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was served this 21st day of May 2012, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

/s/ W. Bradley Russell
W. BRADLEY RUSSELL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-0854
E-Mail: William.B.Russell@usdoj.gov