IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

NOTICE OF APPEARANCE AND
CERTIFICATION OF GOVERNMENT ATTORNEY

TO THE CLERK:

Please enter the appearance of the undersigned attorney, W. Bradley Russell, as counsel for the United States in this matter.

The undersigned attorney, W. Bradley Russell, makes this certification of government attorney pursuant to Local Rule 9010-1(e)(i).

1. The undersigned attorney is admitted to the bars of the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Middle District of Florida, and the Supreme Court of the State of Florida.

2. The undersigned attorney is in good standing in all jurisdictions in which he has been admitted.

3. The undersigned attorney will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and the undersigned attorney submits to the jurisdiction of this Court for disciplinary purposes.

//

//

DATED: May 21, 2012.

        CHARLES M. OBERLY III
        United States Attorney

        KATHRYN KENEALLY
        Assistant Attorney General
        Tax Division


        /s/ W. Bradley Russell
        W. BRADLEY RUSSELL
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 227
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 307-0854
        E-Mail: William.B.Russell@usdoj.gov

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was served this 21st day of May 2012, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

/s/ W. Bradley Russell
W. BRADLEY RUSSELL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-0854
E-Mail: William.B.Russell@usdoj.gov