## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 21st day of May, 2012, I caused a true and correct copy of Objection of Certain Former Directors and Officers to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JP Morgan Chase Bank, N.A. to be served as indicated upon the following counsel.

### BY HAND DELIVERY

Mark D. Collins, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
Wilmington, DE 19801

Robert S. Brady, Esquire
M. Blake Cleary, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman
    & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Katharine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Center
405 N. King Street
Wilmington, DE 19801

William D. Sullivan, Esquire
Elihu E. Allison, III, Esquire
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

John H. Strock, III, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19801

Scott G. Wilcox, Esquire
Whiteford Taylor Preston LLC
1220 N. Market Street, Suite 608
Wilmington, DE 19801

Thomas G. Macauley, Esquire
Zuckerman and Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

### BY FACSIMILE & FIRST CLASS U.S. MAIL

Donald S. Bernstein, Esquire
Damian S. Schaibe, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Facsimile: 212-701-5800

Graeme W. Bush, Esquire
James Sottile, Esquire
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Facsimile: 202-822-8106

Andrew Goldman, Esquire
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
Facsimile: 212-230-8888

David J. Adler, Esquire
McCarter & English, LLP
245 Park Avenue
New York, NY 10167
Facsimile: 973-297-3842

Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua M. Mester, Esquire
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Facsimile: 213-694-1234

Robert J. Stark, Esquire
Martin S. Siegel, Esquire
Gordon Z. Novod, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Facsimile: 212-209-4801

Howard Seife, Esquire
David LeMay, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Facsimile: 212-541-5369

David S. Rosner, Esquire
Richard F. Casher, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
Facsimile: 212-506-1800

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Janet E. Henderson, Esquire
Kevin T. Lantry, Esquire
Jessica C.K. Boelter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Facsimile: 312-853-7036

Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Facsimile: 212-872-1002

Edward Cerasia, II, Esquire
Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Facsimile: 212-218-5526

Jared D. Zajac, Esquire
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-0002
Facsimile: 212-547-5444

Michael A. Henry, Esquire
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P.O. Box 4060
Allentown, PA 18105-4060
Facsimile: 610-820-6006

Patrick Theodore Garvey, Esquire
Johnson & Bell, Ltd.
33 W. Monroe, Suite 2700
Chicago, IL 60603
Facsimile: 312-372-9818

_____
Jeffrey C. Wisler (#2795)

#4771258