# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al. | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## CERTIFICATE OF SERVICE

      I, Stephanie McFadyen, Paralegal, hereby certify that on May 21, 2012, I caused to be served a true and correct copy of the Objection of Former Tribune Company Employees F. Ashley Allen, Catherine M. Hertz, Michael D. Slason, And Louis J. Stancampiano to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed By the Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. via the Court's electronic filing system upon all counsel registered to be noticed in this case and via first-class mail upon the parties listed on the attached Service List.

Date: May 21, 2012                                                           /s/ Stephanie McFadyen  
                                                                                        Stephanie McFadyen, Paralegal

9340015_2

**SERVICE LIST**

| | |
|---|---|
| **UNITED STATES TRUSTEE**<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 |
| James F. Conlan, Esquire<br>Bryan Krakauer, Esquire<br>Kevin T. Lantry, Esquire<br>Jessica C.K. Boelter, Esquire<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, IL 60603 | Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Andrew Rosenblatt, Esquire<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | Graeme W. Bush, Esquire<br>James Sottile, Esquire<br>**ZUCKERMAN SPAEDER LLP**<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036 |
| Bruce Bennett, Esquire<br>James O. Johnston, Esquire<br>Joshua M. Mester, Esquire<br>**DEWEY & LEBOEUF LLP**<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90071 | Robert S. Brady, Esquire<br>M. Blake Cleary, Esquire<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 |
| Andrew Goldman, Esquire<br>**WILMER CUTLER PICKERING HALE & DORR LLP**<br>399 Park Avenue<br>New York, NY 10022 | Donald S. Bernstein, Esquire<br>Damian Schaible, Esquire<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, NY 10017 |
| Mark D. Collins, Esquire<br>Robert J. Stearn, Jr., Esquire<br>Drew G. Sloan, Esquire<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 | **Epiq Bankruptcy Solutions LLC**<br>757 Third Avenue, Third Floor<br>New York, NY 10017 |

9340015_2