**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | :
In re: | :  Chapter 11
| :
TRIBUNE COMPANY, et al., | :  Case No. 08-13141 (KJC)
| :
                    Debtors. | :  (Jointly Administered)
| :
| :  **Re: Docket Nos. 11337, 11458 & 11660**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINDER OF JPMORGAN CHASE BANK, N.A. TO DEBTORS' RESPONSE TO MOTION OF CITADEL EQUITY FUND LTD. AND CAMDEN ASSET MANAGEMENT FOR RECONSIDERATION AND/OR CLARIFICATION OF THE COURT'S APRIL 9, 2012 MEMORANDUM AND ORDER REGARDING ALLOCATION DISPUTES**

JPMorgan Chase Bank, N.A. ("JPMorgan"), by and through its undersigned counsel and as a proponent of the Fourth Amended DCL Plan, respectfully submits this joinder ("Joinder") to the *Debtors' Response to Motion of Citadel Equity Fund LTD. and Camden Asset Management for Reconsideration and/or Clarification of the Court's April 9, 2012 Memorandum and Order Regarding Allocation Disputes* [Docket No. 11660] (the "Debtors' Response").[1] JPMorgan joins the Debtors' Response and agrees with the arguments set forth therein.

WHEREFORE, JPMorgan (i) does not object to an order stating that the Allocation Disputes Decision was not intended to adjudicate the rights of the Tendering Noteholders solely with respect to the Disclaimed State Law Avoidance Claims and (ii) respectfully requests that any order entered make clear that the Allocation Disputes Decision did not alter the Court's holding in the Confirmation Decision that the Tendering Noteholders' claims should be treated like the non-tendering PHONES Noteholders.

---

[1] Capitalized terms not defined herein have the meaning ascribed to such terms in the Debtors' Response.

Dated: May 21, 2012
      Wilmington, Delaware

Respectfully submitted,

DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Damian S. Schaible
Elliot Moskowitz
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4500

   -and-

RICHARDS, LAYTON & FINGER, P.A.

   */s/ Drew G. Sloan*
Mark D. Collins (Bar No. 2981)
Robert J. Stearn, Jr. (Bar No. 2915)
Drew G. Sloan (Bar No. 5069)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700

*Counsel For JPMorgan Chase Bank, N.A.*