**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
TRIBUNE COMPANY, et al.                             :   Case No. 08-13141 (KJC)
                                                    :   Jointly Administered
                         Debtors.                   :
-------------------------------------------------- x   Related Docket No.  11399
```

**CERTIFICATE OF SERVICE**

I, Katharine L. Mayer, hereby certify that on May 21, 2012, I caused a true and correct copy of the foregoing *Objection of Deutsche Bank Trust Company Americas to the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.* to be served upon the below listed counsel by U.S. Mail, postage pre-paid.


 J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Adam G. Landis
Matthew McGuire
Daniel Rath
James Green
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801


Howard Seife
David M. Lemay
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Dewey & LeBoeuf
Bruce Bennett
Joshua Mester
James Johnston
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins
Robert J. Steam, Jr.
Drew G. Sloan
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801

James F. Conlan,
James W. Ducayet
James Bendernagel
Jessica Boelter
Kevin Lantry
Bryan Krakauer
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Donald S. Bernstein                          Zuckerman Spaeder LLP
Eli Vonnegut                                 James Sottile
Damian S. Schaible                           1800 M Street, NW, Ste 1000
Davis Polk & Wardwell LLP                    Washington, DC 20036
450 Lexington Avenue
New York, NY 10017

Young Conaway Stargatt & Taylor, LLP         Wilmer Cutler Pickering Hale and Dorr
M. Blake Cleary                              Andrew Goldman
Rodney Square 1000 North King Street         399 Park Avenue
Wilmington, DE 19801                         New York, NY 10022

Dated: May 21, 2012                          **McCARTER & ENGLISH, LLP**

                                             By:  /s/ Katharine L. Mayer
                                                  Katharine L. Mayer (DE #3758)
                                                  Renaissance Centre
                                                  405 N. King Street, 8th Floor
                                                  Wilmington, DE 19801
                                                  (302) 984-6300

                                                  -and-

                                                  David J. Adler, Esq.
                                                  245 Park Avenue
                                                  27th Floor
                                                  New York, New York 10167
                                                  (212) 609-6800 – Telephone
                                                  (212) 609-6921 – Facsimile
                                                  dadler@mccarter.com

                                                  *Counsel for Deutsche Bank Trust Company*
                                                  *Americas*