## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al. | ) Case No. 08-13141 (KJC) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Re: Docket No. 11663 |
| | ) |
| | ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                                       :  SS.
NEW CASTLE COUNTY    :

   Cathy Greer, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 21st day of May, 2012, she caused a copy of the following to be served on the parties listed on the attached service lists as indicated:

- **Joinder of JPMorgan Chase Bank, N.A. to Debtors' Response to Motion of Citadel Equity Fund Ltd. and Camden Asset Management for Reconsideration and/or Clarification of the Court's April 9, 2012 Memorandum and Order Regarding Allocation Disputes [Docket No. 11663]**

Cathy Greer, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 22nd day of May, 2012.

Notary Public

LINDA M. ANDERSON
Notary Public - State of Delaware
My Comm. Expires June 30, 2014

RLF1 5795296v. 1

## SERVICE LIST

## VIA FIRST CLASS MAIL

COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1400
WILMINGTON, DE 19801

ANDREWS KURTH LLP
ATTN: PAUL SILVERSTEIN, ESQ.
450 LEXINGTON AVENUE
NEW YORK, NY 10017