

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue. 3rd Floor
New York, NY 10017

May 21, 2012

Re: HK Systems Proof of Claim number 5959, dated June 26, 2009 against Chicago Tribune Company, Case Number 08-13152 in the amount of USD$22,500.00

Dear Clerk,

I, Lou Kurant, Controller at HK Systems located at 507 Plymouth Avenue, Grand Rapids, MI 49505, hereby withdraw HK System's  Proof of Claim number 5959, dated June 26, 2009 against Chicago Tribune Company, Case Number 08-13152 in the amount of USD$22,500.00

Please update the Court's books and records accordingly.

If I can be of further assistance, please contact me at (616) 913-7340.

Best regards,

*Louis Kurant*

Lou Kurant, Controller
Controller, HK Systems, Inc.

Dematic Corp.

Postal Address:
Dematic
507 Plymouth Avenue N.E.
Grand Rapids, MI 49505-6098

Switchboard:
616-913-6200

Page 1 of 1