IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br>Ref. Nos.: 11544, 11553, 11680 |

### ORDER CONCERNING CERTAIN CLAIMS COMMENCED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO THE OCTOBER 27, 2010 STANDING ORDER [D.I. 6150]

Upon consideration of the Motion of the Official Committee of Unsecured Creditors Concerning Certain Claims Commenced Pursuant to the October 27, 2010 Standing Order (the "Motion"); and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these Chapter 11 cases and adversary proceedings; and it appearing that the relief requested is in the best interests of the Debtors, their estates, and creditors; and after due deliberation thereon, it is hereby

ORDERED that the Motion is granted; it is further

ORDERED that the Committee is authorized to dismiss without prejudice the intentional fraudulent transfer claims in Count Thirteen of the Third Amended Complaint in *Official Committee of Unsecured Creditors of Tribune Co. v. FitzSimons*, Adv. Proc. No. 10-54010 (Bankr. D. Del.) (KJC) (the "Complaint") against former Tribune shareholders who received less than $50,000 in proceeds from the 2007 Tribune leveraged buyout to the extent they are individually named as defendants in Exhibit A to

the Complaint (the "Sub-Threshold Defendants"). The Sub-Threshold Defendants will continue to be members of the putative Shareholder Class, as that term is defined in the Complaint; and it is further

ORDERED that the Court shall retain jurisdiction over any and all issues arising from or related to the implementation or interpretation of this Order.

Dated: May 24, 2012
Wilmington, DE

The Honorable Kevin J. Carey
United States Bankruptcy Judge