# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING THE
## NINTH INTERIM APPLICATION OF CHADBOURNE & PARKE LLP

Stuart Maue (the **"Fee Examiner"**) submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the **"Fee Examiner Order"**) in connection with the *Ninth Interim Application of Chadbourne & Parke LLP* [Docket No. 8673] (the **"Fee Application"**). The Fee Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

seeks approval of fees that total $6,969,618.75 and reimbursement of expenses that total $634,384.59 for the period from December 1, 2010 through February 28, 2011. Chadbourne & Parke LLP ("**Chadbourne**") serves as co-counsel to the Official Committee of Unsecured Creditors of the Debtors (the "**Committee**").

## Background

1.      On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**"), each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.      On January 16, 2009, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Tribune Company, et al., Pursuant to 11 U.S.C. §§ 327 and 1103 and Fed. R. Bankr. P. 2014, for an Order Authorizing the Employment and Retention of Chadbourne & Parke LLP as Co-Counsel, Effective as of December 18, 2008* [Docket No. 243] (the "**Retention Application**"). By order dated February 20, 2009 [Docket No. 429], this Court approved the retention of Chadbourne (the "**Retention Order**").

3.      Chadbourne submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* (January 14, 2011) [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee *Examiner* "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary

to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.     The Fee Examiner reviewed the Fee Application for compliance with Sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.     Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*. In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated

skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

7.    A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred. A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules. Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.    The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Chadbourne for review and comment. The firm responded to the Fee Examiner with a detailed written response to the Preliminary Report, and the Fee Examiner and Chadbourne engaged in subsequent written and verbal communication. After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the "**Final Report**") "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5*.

## DISCUSSION OF FINDINGS

### Technical Requirements

9.     **Reconciliation of Fees and Expenses**.    The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("Fees Requested" and "Expenses Requested") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("Fees Computed" and "Expenses Computed").    The Fee Examiner determined that the Fees Computed exceed the Fees Requested by $206.50, resulting in an apparent undercharge.    The discrepancy is the result of task hours within several entries that do not equal the time billed for the entry as a whole, as displayed in **Exhibit A**[2] to the Preliminary Report.    In response, Chadbourne confirmed that the amount computed by the Fee Examiner is correct and agreed to offset the reductions taken by $206.50 to correct this issue.    Exhibit A has been omitted from this report.

The Fee Examiner further determined that there is no discrepancy between the Expenses Requested and the Expenses Computed.    The figures in this report and the accompanying exhibits reflect Fees Computed and Expenses Computed.

10.     **Block Billing**.    The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment."    Local Rule 2016-2(d)(vii).    The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry."    *UST*

---

[2] This Final Report includes exhibits that detail and support the findings discussed herein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

*Guidelines* ¶(b)(4)(v).[3]  With minimal exceptions, typically involving communication activities, the Fee Examiner did not identify problematic instances of block billing.

11.    **Time Increments**.  The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.  The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*.  Chadbourne complied with the applicable rules regarding time increments.

**Review of Fees**

12.    **Firm Staffing.**  The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*.  The Fee Application provided the names, positions, and hourly rates of the 73 Chadbourne professionals and paraprofessionals who billed to this matter, consisting of 13 partners, 5 counsel, 40 associates, 11 paraprofessionals, and 4 librarians.  A summary of hours and fees billed by each timekeeper is displayed in **Exhibit B**.

The firm billed a total of 12,201.40 hours with associated fees of $6,969,825.25.[4]  The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

---

[3] The judicial response to block billing varies.  Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007).  Across the board cuts range from five to 100 percent.  *See id.* at 495 n.7 and cases cited.

[4] This amount reflects the Fees Computed.

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 3,170.40 | 26% | $2,634,288.00 | 38% |
| Counsel | 885.30 | 7% | 575,723.00 | 8% |
| Associate | 7,047.00 | 58% | 3,472,098.75 | 50% |
| Paraprofessional | 1,090.10 | 9% | 285,909.50 | 4% |
| Librarian | 8.60 | * | 1,806.00 | * |
| **TOTAL** | 12,201.40 | 100% | $6,969,825.25 | 100% |

* Less than 1%

The blended hourly rate for the Chadbourne professionals is $601.84 and the blended hourly rate for professionals and paraprofessionals is $571.23.

13. **Hourly Rate Increases.** Chadbourne did not increase the hourly rate of professionals during this interim period.

14. **Potential Double Billing.** The Fee Examiner identified a portion of a sub-divided billing entry that appears to be duplicative (i.e., on the same date by the same timekeeper with identical or nearly identical descriptions and time increments). The questioned tasks, totaling 3.10 hours with $2,092.50 in associated fees, were highlighted in bold and marked with an ampersand [&] in **Exhibit C** to the Preliminary report. The Fee Examiner requested the firm review the entries and either (i) confirm that the tasks were inadvertently billed twice, or (ii) provide an explanation for the duplication.

In response, Chadbourne stated the fees were inadvertently billed twice and, accordingly, voluntarily agreed to reduce its fees by $2,092.50. Exhibit C is omitted from this report.

15. **Timekeepers' Roles.** A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*. With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts. With limited exceptions, each timekeeper appeared to perform either core team responsibilities necessary to the engagement, or

performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals. However, the Fee Examiner requested additional information regarding the necessity and scope of the roles performed by the timekeepers identified in **Exhibit D** to the Preliminary Report, which totaled 11.40 hours with associated fees of $7,709.00. The activities of the questioned timekeepers appear to be limited to reviewing documents created by other billers and participating in intraoffice conferences.

In response to the Fee Examiner's request, Chadbourne explained that the questioned timekeepers possessed specialized legal knowledge, and were called upon because of that expertise. The firm also stated that the entries in question demonstrate Chadbourne's commitment to providing cost-effective counsel to the Committee, as they reflect the firm's use of its pre-existing knowledgebase to avoid duplicative and unnecessary research or preparation time. After consideration of Chadbourne's response and the additional information contained therein, the Fee Examiner makes no recommendation for a fee reduction. Exhibit D is omitted from this report.

16. **Meetings, Conferences, Hearings, and Other Events.** The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix)*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified numerous occasions where two or more (and as many as seven) Chadbourne timekeepers attended the same meeting, conference, hearing, or other event. Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 668.90 hours with $507,463.00 in associated fees, were displayed in **Exhibit E** to the Preliminary Report. In each instance where multiple timekeepers attended a meeting, conference hearing or other event, we identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the attorney leading rather than observing a conference). The potentially duplicative and unnecessary timekeepers' entries total 479.00 hours with $337,587.50 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested the firm provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event, with attention to any meeting or event where more than two firm timekeepers were present.

In response to the Preliminary Report, Chadbourne reiterated the size and complexity of the cases and the resulting need for the participation of numerous professionals. The firm asserted that review of the time in question demonstrates Chadbourne's efforts to limit multiple participants to matters where they are truly necessary, and provided examples of the various areas of expertise needed at Committee meetings and other events. As in responses to prior preliminary report, the firm also provided two exhibits through which the meetings and events were divided into specific categories, each of which contained detailed explanations for the need of multiple timekeepers at the various meetings and/or events. After analyzing the additional information provided, the Fee Examiner determined the requirements of the Local Rules and

UST Guidelines had been satisfied. Thus, no recommendation for a fee reduction is being made, and Exhibit E is omitted from this report.

17.    **Intraoffice Conferences.**    Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by Chadbourne timekeepers describing intraoffice conferences totaling 723.83 hours with $456,615.63 in associated fees, or 7% of the total Fees Computed, as displayed in **Exhibit F** to the Preliminary Report. The Fee Examiner observed that in certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference. The entries describing intraoffice conferences invoiced by two or more firm personnel total 408.73 hours with $259,449.63 in associated fees and are highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested that Chadbourne strive to eliminate unnecessary intraoffice conferencing, but makes no recommendation for a fee reduction. Exhibit F is omitted from this report.

18.    **Complete and Detailed Task Descriptions.**    Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix).* The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the

communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*.

The Fee Examiner reviewed the substantive detail of each billing entry describing communication activities and identified 74.98 hours with $59,214.75 in associated fees where the billing narrative failed to disclose the subject matter of and/or the participants to a communication. The entries were displayed in **Exhibit G** to the Preliminary Report. The Fee Examiner requested Chadbourne provide additional detail regarding the entries in question to permit a determination of the parties and subject-matter of each communication.

In response to the Preliminary Report, Chadbourne stated the firm's belief that the questioned task descriptions contained adequate information when placed in the context of contemporaneous time entries. The response further stated that "[i]n some cases, Exhibit G appears to reflect the Fee Examiner's concern with entries that refer to 'review of correspondence' regarding a particular subject. These time entries generally reflect review, or transmission of multiple emails regarding the same subject. Given that many such emails may be transmitted to, and elicit conversation among, upwards of a dozen individuals or institutions, Chadbourne does not believe it is always feasible for timekeepers to record every party to an email chain." The firm has, however, acknowledged that additional clarity would be beneficial and proposed to specifically instruct all timekeepers to refrain from generalized "review of correspondence re:" entries and to, where possible, list the parties to correspondence. While common sense must be applied in order to avoid truly onerous burdens, the specificity requirements of the Local Rules and UST Guidelines are clear. In light of the communications with the firm, the Fee Examiner makes no recommendation for a fee reduction at this time. Exhibit G is omitted from this report.

19.    **Missing Task Descriptions.**  The Fee Examiner identified a single time entry within a subdivided task description where the timekeeper failed to provide a description of the task performed during the allotted time.  The entry is for 0.80 hour and $516.00 in associated fees and was displayed in **Exhibit H** to the Preliminary Report.  The Fee Examiner requested Chadbourne provide the missing detail for the time entry.  In response, Chadbourne agreed to reduce its fee request by $516.00, due to the impossibility of determining the information that was inadvertently missing from the time entry.  Exhibit H is omitted from this report.

20.    **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm.  Chadbourne invoiced 13.20 hours with $9,570.00 in associated fees, which were displayed in **Exhibit I** to the Preliminary Report, and related to reviewing billing proformas and firm expenses.  It appeared that this was firm administration rather than legal work performed on behalf of the Committee.  The Fee Examiner requested additional information from the firm.  In response, the firm provided sufficient information to address the Fee Examiner's concerns. Exhibit I is omitted from this report.

21.    **Clerical Activities.**  Clerical activities are tasks that may be effectively performed by administrative assistants, secretaries, or support personnel[5] or support tasks for which the firm charged a rate greater than the market rate for such work.  The Fee Examiner identified entries that appeared to describe clerical activity totaling 151.50 hours with associated fees of $40,456.00 as were displayed in **Exhibit J** to the Preliminary Report.  In response, Chadbourne

---

[5] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates).  These overhead activities may include: mailing; photocopying; word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

stated all of the questioned time entries reflect time spent by the timekeeper that manages an online system that rapidly and efficiently distributes updates and case materials to the appropriate parties. Further, that the tasks at issue require familiarity with the cases and technical expertise not possessed by those without appropriate paraprofessional training. After further review of the task descriptions in light of the additional information provided in the written and oral communications, the Fee Examiner makes no recommendation for a fee reduction and Exhibit J is omitted from this report.

22.    **Travel.** The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii).* Chadbourne complied with the Local Rules regarding nonworking travel.

23.    **Chadbourne Retention/Compensation.** Chadbourne billed 235.00 hours with associated fees of $82,392.00 to prepare the firm's retention documents and applications for compensation, approximately 1% of the Fees Computed. The fee entries describing Chadbourne's retention/compensation activities are displayed in **Exhibit K**, which is included in the Final Report for the Court's reference.

24.    **Other Firms' Retention/Compensation.** Chadbourne billed 83.90 hours with associated fees of $39,396.00 for the retention and/or compensation of other firms, less than 1% of the total Fees Computed. The fee entries describing these activities are displayed in **Exhibit L**, which is included in the Final Report for the Court's reference.

### Review of Expenses

25.    **Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and

the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*.   The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.   Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*.   Chadbourne provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

26.    **Photocopies.**   The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii)*.   Chadbourne stated in the Application that the firm's rate for duplication is $0.10 per page.   The Fee Examiner noted that while the majority of the charges were calculated at $0.10 per page, there was one charge that was calculated at a rate of $0.20 per page.   The Fee Examiner requested additional information regarding the photocopy charge displayed on **Exhibit M** to the Preliminary Report.   Chadbourne agreed to the Fee Examiner's proposed reduction in the amount of $16.10.   Exhibit M has been omitted from this report.

27.    **Computer Assisted Legal Research.**   The Local Rules provide that computer assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2 (e)(iii)*.   Chadbourne billed $39,065.14 for computer-assisted legal research and the Application states: "With respect to legal research expenses, Chadbourne has entered into flat-fee contracts with Lexis/Nexis and Westlaw for the provision of online research services.   In order to

determine charges to individual clients, the flat fees charged to Chadbourne by Lexis/Nexis and Westlaw are allocated among those clients based on the actual number and scope of searches conducted on behalf of those clients."

28.    **Overhead Expenses.**  The UST Guidelines state that nonreimbursable overhead "includes, but is not limited to, word processing, proofreading, secretarial and other clerical services, rent, utilities, office equipment and furnishings, insurance, taxes, local telephones and monthly car phone charges, lighting, heating and cooling, and library and publication charges." *UST Guidelines ¶(b)(5)(vii)*.  Chadbourne requested reimbursement for $985.27 in supplies.  The Fee Examiner requested that Chadbourne provide an explanation for the necessity and purpose of the charges displayed in **Exhibit N** to the Preliminary Report.  In response, Chadbourne stated that even though it believes the charges do not constitute firm overhead and are fully compensable, it would agree to reduce its expense reimbursement request by $985.27.  Exhibit N has been omitted from this report.

29.    **Overtime Expenses.**  Chadbourne requested reimbursement of late night and weekend carfare totaling $10,813.89, late night and weekend meals totaling $7,941.07, and paralegal overtime totaling $2,974.65.  Although a firm may have a policy that personnel may be reimbursed for travel home when working late and meals for employees while working late, such charges are generally considered part of the firm's overhead.  In addition, overtime charges for employees working late are also considered part of a firm's overhead.  These charges, totaling $21,729.61, were displayed in **Exhibit O** to the Preliminary Report.

In its response, Chadbourne first addressed $2,233.52 of the questioned "late night and weekend carfare" expenses, which were apparently inadvertently categorized by Chadbourne's billing system.  These charges, which Chadbourne provided the appropriate detail for, should

have been billed as transportation costs for travel in connection with bankruptcy court hearings, depositions and other Committee business.   The Fee Examiner has no objection to the reimbursement of these properly categorized expenses.

With regard, however, to the remaining questioned expenses of $8,580.37 ($10,813.89 minus $2,233.52), $7,491.07, and $2,974.65, and based upon special circumstances and considerations, the firm and the Fee Examiner reached a one-time compromise wherein the firm agreed to a voluntary expense reduction of $9,523.01.   The Fee Examiner makes no additional recommendation for an expense reduction, and Exhibit O is omitted from the report.

30.   **Telephone Charges.**   Chadbourne requested reimbursement of $9,068.96 for telephone charges.   Twenty-three of these charges were in excess of $40.00.   Chadbourne stated in the Application "Due to the national nature of the Debtors' business and the Committee's participation in weekly meetings by telephone, long distance telephone and conference call services have been required.   In accordance with the Guidelines, in seeking reimbursement for long distance telephone charges, Chadbourne currently charges clients its approximate actual cost paid to its long distance carriers.   Chadbourne utilizes outside vendors for conference call services and requests reimbursement only for the amount billed to Chadbourne by the third-party vendors."

31.   **Catered Meals.**   Chadbourne requested reimbursement of $3,605.46 for catered meals.   The Application provided an explanation of the meetings that occurred on most of the days on which catering charges were incurred.   The Fee Examiner requested additional information with regard to the catering charges that were displayed in **Exhibit P** to the Preliminary Report.   In its written response, Chadbourne provided sufficient detail to support the necessity and purpose of the charges.   The firm did, however, voluntarily reduce its request for

reimbursement for several of the charges, which resulted in an expense reduction of $6.91. Exhibit P has been omitted from this report.

32.    **Electronic Data Discovery Services.**    Chadbourne requested reimbursement of $431,020.31 for electronic data discovery services.  The Application states that "In connection with the LBO/ESOP transaction investigation Chadbourne entered into a contract for electronic data discovery services with Complete Document Source, Inc. ("CDS").  Chadbourne continues to use the CDS services in connection with its document review during the plan confirmation discovery process.  The CDS charges incurred during the Application Period represent a monthly hosting fee as well as processing fees for loading data and/or converting data to a searchable format.  In seeking reimbursement for these outside professional services, Chadbourne requests reimbursement for the actual costs incurred."

33.    **Intralinks Fee.**    Chadbourne requested reimbursement of Intralinks fees totaling $27,800.00.  The Application states "Because of the extraordinary number of documents that have been shared with the Committee and analyzed by Chadbourne and other Committee professionals, the Intralinks capacity limit was exceeded during this period.  As a result, additional data storage space was required from Intralinks.  Again, Chadbourne believes that Intralinks is an invaluable tool that allows the Committee members to easily access all background information in these Chapter 11 cases and allows Chadbourne to carefully control access to that data when conflict or other issues arise.  In seeking reimbursement for these outside professional services, Chadbourne requests reimbursement for the actual costs incurred."

34.    **Kroll Ontrak.**    Chadbourne requested reimbursement of Kroll Ontrak fees totaling $55,521.38.  The Application states "In connection with the litigation hold requests demanded by Aurelius Capital Management on Committee members and their professionals,

Chadbourne entered into a contract for services with Kroll Ontrak to assist the Committee in the collection, processing, review, and production of electronically stored information and/or paper documents.   In seeking reimbursement of these outside professional services, Chadbourne requests reimbursement for the actual costs incurred."

35.      **Driven Forensic Collection.**  Chadbourne requested reimbursement of Driven Forensic Collection fees totaling $2,265.82.   The Application states "In connection with the discovery requests demanded by Aurelius Capital Management on Committee members and their professionals, Chadbourne utilized the services of Driven Forensic Collection to assist the Committee in the collection, processing, review, and production of electronically stored information and/or paper documents of a Committee member and his counsel who are based in the Washington, DC area.   In seeking reimbursement for these outside professional services, Chadbourne requests reimbursement for the actual costs incurred."

36.      **Travel - Airfare.**  The Fee Examiner requested additional information and/or supporting documentation for the airfare charges displayed in **Exhibit Q** to the Preliminary Report.   In response, Chadbourne stated that one of the charges was for a coach class ticket; however, the other charge was for a business class ticket.   As such, Chadbourne agreed to reduce its request for reimbursement by $4,143.18.   Exhibit Q has been omitted from this report.

37.      **Travel - Lodging.**   In this Court there has been a practice of limiting reimbursement for domestic lodging to $350.00 per night.   Three of the lodging charges requested for reimbursement by the firm appear to exceed this amount.   The Fee Examiner recommended an expense reduction in the amount of $380.70 for lodging costs in excess of $350.00 per night, as displayed in **Exhibit R** to the Preliminary Report.   In response, Chadbourne maintains its position that the hotel charges incurred at the Hotel DuPont are

appropriate and properly reimburseable.  The Fee Examiner and the firm discussed this issue, and while Chadbourne believes that the questioned costs are appropriate and fully compensable, on an interim basis – and without waiving the right to request full payment at a final fee hearing – the firm acknowledged an expense reduction of $380.70 ($1,489.70 minus $1,109.00 ($350.00 x 3 nights lodging = $1,050.00 lodging charges + $4.00 fax charge  + $55.00 fax charge)) will be made and it will not contest the reduction at the interim hearing.  Exhibit R is omitted from this report.

38.   **Travel Meals.**  The Fee Examiner has applied and the Court has followed the following per person ceilings for meals:  breakfast at $15.00 per person, lunch at $25.00 per person, and dinner at $50.00 per person.  Several meal charges requested for reimbursement appear to exceed these amounts.  The Fee Examiner requested that Chadbourne provide information regarding the type of meal (breakfast, lunch, or dinner) and the number of attendees for each meal listed in **Exhibit S** to the Preliminary Report.  In response, Chadbourne agreed to reduce its requested expense reimbursement by $260.38, the amount in excess of the ceiling amounts for meals.  Exhibit S has been omitted from this report.

## CONCLUSION

The Fee Examiner submits this Preliminary Report to Chadbourne to allow the firm the opportunity to respond and provide additional information regarding the fees and expenses discussed herein prior to the filing of the Final Report with the Court. The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above. The Fee Examiner recommends the approval of fees in the amount of $6,967,216.75 ($6,969,618.75 plus $206.50 minus $2,608.50) and reimbursement of expenses in the amount of $619,069.04 ($634,384.59 minus $15,315.55) for the period from December 1, 2010 through February 28, 2011. The findings are set forth in the summary on the following page.

**CHADBOURNE & PARKE LLP**

**SUMMARY OF FINDINGS**

**Ninth Interim Application (December 1, 2010 through February 28, 2011)**

**A.    Amounts Requested and Computed**

| | |
|---|---|
| Fees Requested | $6,969,618.75 |
| Expenses Requested | 634,384.59 |
| **TOTAL FEES AND EXPENSES REQUESTED** | **$7,604,003.34** |
| Fees Computed | $6,969,825.25 |
| Expenses Computed | 634,384.59 |
| **TOTAL FEES AND EXPENSES COMPUTED** | **$7,604,209.84** |
| Discrepancy in Fees | ($        206.50) |
| **TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES** | ($        206.50) |

**B.    Recommended Fee Allowance and Expense Reimbursement**

| | | |
|---|---|---|
| Fees Requested | $6,969,618.75 | |
| *Discrepancy in Fees* | | *$      206.50* |
| *Agreed Reduction for Potential Double Billing* | | *(2,092.50)* |
| *Agreed Reduction for Missing Task Description* | | *(516.00)* |
| Subtotal | | *($2,402.00)* |
| **RECOMMENDED FEE ALLOWANCE** | | **$6,967,216.75** |
| Expenses Requested | $634,384.59 | |
| *Agreed Reduction for Photocopies* | | *($      16.10)* |
| *Agreed Reduction for Overhead Expenses* | | *(985.27)* |
| *Agreed Reduction for Overtime Expenses* | | *(9,523.01)* |
| *Agreed Reduction for Catered Meals* | | *(6.91)* |
| *Agreed Reduction for Travel - Airfare* | | *(4,143.18)* |
| *Agreed Reduction for Travel - Lodging* | | *(380.70)* |
| *Agreed Reduction for Travel Meals* | | *(260.38)* |
| Subtotal | | *($15,315.55)* |
| **RECOMMENDED EXPENSE REIMBURSEMENT** | | 619,069.04 |
| **TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT** | | **$7,586,285.79** |

Respectfully submitted,

**STUART MAUE**

By: _____

John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 24th day of May, 2012.

David Klauder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

_____
John F. Theil, Esq.

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Chadbourne & Parke LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0095 | McCormack, Thomas J. | PARTNER | $427.50 | $855.00 | 639.70 | $544,763.25 |
| 0525 | Seife, Howard | PARTNER | $492.50 | $985.00 | 456.50 | $449,160.00 |
| 0351 | LeMay, David M. | PARTNER | $447.50 | $895.00 | 438.10 | $391,115.00 |
| 3340 | Schwinger, Robert | PARTNER | $397.50 | $795.00 | 465.80 | $366,574.50 |
| 1426 | Deutsch, Douglas E. | PARTNER | $362.50 | $725.00 | 436.60 | $314,831.25 |
| 3042 | Rosenblatt, Andrew | PARTNER | $362.50 | $725.00 | 379.00 | $273,506.25 |
| 0685 | Zink Jr., N. Theodore | PARTNER | $417.50 | $835.00 | 238.90 | $193,761.75 |
| 0361 | Leder, Richard M. | PARTNER | $985.00 | $985.00 | 48.30 | $47,575.50 |
| 0819 | Alpert, Marc A. | PARTNER | $835.00 | $835.00 | 34.10 | $28,473.50 |
| 1257 | Berson, Scott | PARTNER | $725.00 | $725.00 | 12.60 | $9,135.00 |
| 6587 | Gallai, David | PARTNER | $685.00 | $685.00 | 10.40 | $7,124.00 |
| 2351 | Lee, Sey-Hyo | PARTNER | $765.00 | $765.00 | 8.00 | $6,120.00 |
| 4616 | Lawson, Heidi | PARTNER | $895.00 | $895.00 | 2.40 | $2,148.00 |
| No. of Billers for Position: 13 | | Blended Rate for Position: | $830.90 | | 3,170.40 | $2,634,288.00 |
| | | | | % of Total: 25.98% | % of Total: | 37.80% |
| 7699 | Ashley, Mark D. | COUNSEL | $337.50 | $675.00 | 692.40 | $465,142.50 |
| 7681 | Stenger, James A. | COUNSEL | $495.00 | $495.00 | 101.90 | $50,440.50 |
| 3643 | Vazquez, Francisco | COUNSEL | $645.00 | $645.00 | 62.10 | $40,054.50 |
| 4576 | Gale, Adam | COUNSEL | $695.00 | $695.00 | 19.50 | $13,552.50 |
| 0134 | Liskov, Richard | COUNSEL | $695.00 | $695.00 | 9.40 | $6,533.00 |
| No. of Billers for Position: 5 | | Blended Rate for Position: | $650.31 | | 885.30 | $575,723.00 |
| | | | | % of Total: 7.26% | % of Total: | 8.26% |
| 6743 | Nellos, Alexandra K. | ASSOCIATE | $645.00 | $645.00 | 713.30 | $460,078.50 |
| 6879 | Zafran, Kimberly | ASSOCIATE | $247.50 | $495.00 | 620.70 | $305,464.50 |
| 6870 | Roitman, Marc | ASSOCIATE | $212.50 | $425.00 | 606.50 | $257,337.50 |
| 6831 | Pignatelli, Caroline | ASSOCIATE | $535.00 | $535.00 | 451.00 | $241,285.00 |
| 6878 | Yoo, Young | ASSOCIATE | $495.00 | $495.00 | 419.40 | $207,603.00 |
| 6967 | Marrero, Jessica | ASSOCIATE | $187.50 | $375.00 | 495.90 | $185,006.25 |
| 6868 | Perkins, Francesca | ASSOCIATE | $495.00 | $495.00 | 350.60 | $173,547.00 |

EXHIBIT B

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Chadbourne & Parke LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 6826 | Kirby, Robert | ASSOCIATE | $267.50 | $535.00 | 324.80 | $172,831.75 |
| 6762 | Tanck, Paul J. | ASSOCIATE | $625.00 | $625.00 | 222.30 | $138,937.50 |
| 6905 | Cusmano, Christopher | ASSOCIATE | $425.00 | $425.00 | 242.20 | $102,935.00 |
| 6906 | Daucher, Eric | ASSOCIATE | $425.00 | $425.00 | 242.10 | $102,892.50 |
| 6951 | Distefano, Michael | ASSOCIATE | $375.00 | $375.00 | 266.50 | $99,937.50 |
| 3019 | Przybylko, Eric | ASSOCIATE | $322.50 | $645.00 | 151.90 | $97,137.00 |
| 6651 | Rivera, Christy L. | ASSOCIATE | $322.50 | $645.00 | 145.30 | $92,331.75 |
| 6834 | Towers, Meghan | ASSOCIATE | $535.00 | $535.00 | 156.10 | $83,513.50 |
| 6754 | Gayda, Robert J. | ASSOCIATE | $625.00 | $625.00 | 113.10 | $70,687.50 |
| 6855 | Dye, Bonnie | ASSOCIATE | $495.00 | $495.00 | 142.50 | $70,537.50 |
| 6959 | Stebinger, Nicolas | ASSOCIATE | $187.50 | $375.00 | 176.60 | $65,512.50 |
| 6854 | Duffy Sebring, Adrienne | ASSOCIATE | $495.00 | $495.00 | 122.10 | $60,439.50 |
| 6863 | Kumar, Chiraag | ASSOCIATE | $495.00 | $495.00 | 102.80 | $50,886.00 |
| 6918 | Nah, Soo-Ah | ASSOCIATE | $425.00 | $425.00 | 113.30 | $48,152.50 |
| 6930 | Voelker, Andrea | ASSOCIATE | $425.00 | $425.00 | 113.00 | $48,025.00 |
| 5204 | Miller, Elizabeth M. | ASSOCIATE | $645.00 | $645.00 | 68.90 | $44,440.50 |
| 6964 | Trimmer, Stacey | ASSOCIATE | $375.00 | $375.00 | 113.30 | $42,487.50 |
| 6952 | Kuznetsov, Yan | ASSOCIATE | $375.00 | $375.00 | 103.20 | $38,700.00 |
| 6862 | Kronstadt, Alison | ASSOCIATE | $495.00 | $495.00 | 66.30 | $32,818.50 |
| 6881 | Strand, Megan | ASSOCIATE | $495.00 | $495.00 | 57.20 | $28,314.00 |
| 6956 | Yoo, Tae Sang | ASSOCIATE | $375.00 | $375.00 | 74.20 | $27,825.00 |
| 6875 | Weinbaum, Matthew | ASSOCIATE | $495.00 | $495.00 | 53.50 | $26,482.50 |
| 6950 | Wood, Jonathon | ASSOCIATE | $375.00 | $375.00 | 70.10 | $26,287.50 |
| 5993 | Carson, Benjamin G. | ASSOCIATE | $535.00 | $535.00 | 41.00 | $21,935.00 |
| 2112 | Malik, Faryal | ASSOCIATE | $425.00 | $425.00 | 39.80 | $16,915.00 |
| 6877 | Willan, Paige M. | ASSOCIATE | $495.00 | $495.00 | 33.10 | $16,384.50 |
| 6966 | Mohiuddin, Zaid | ASSOCIATE | $375.00 | $375.00 | 13.70 | $5,137.50 |
| 6921 | Rowntree, Laura | ASSOCIATE | $425.00 | $425.00 | 6.40 | $2,720.00 |
| 6864 | Kurth, Rachel | ASSOCIATE | $495.00 | $495.00 | 3.80 | $1,881.00 |
| 6850 | Betheil, Blake | ASSOCIATE | $495.00 | $495.00 | 3.50 | $1,732.50 |
| 9886 | Miller, Samantha B. | ASSOCIATE | $415.00 | $415.00 | 3.10 | $1,286.50 |
| 6954 | Lynam, Garrett | ASSOCIATE | $375.00 | $375.00 | 2.90 | $1,087.50 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Chadbourne & Parke LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 6793 | Bartell, Aaron M. | ASSOCIATE | $585.00 | $585.00 | 1.00 | $585.00 |
| No. of Billers for Position: 40 | | Blended Rate for Position: | $492.71 | | 7,047.00 | $3,472,098.75 |
| | | | | % of Total: | 57.76% | % of Total: 49.82% |
| 7888 | Iacopelli, Marisa | PARAPROFESSIONA | $250.00 | $250.00 | 210.70 | $52,675.00 |
| 7797 | Lamb, Helen M. | PARAPROFESSIONA | $285.00 | $285.00 | 181.90 | $51,841.50 |
| 8626 | Mendoza, Lissette | PARAPROFESSIONA | $250.00 | $250.00 | 195.70 | $48,925.00 |
| 8036 | Bava, David | PARAPROFESSIONA | $280.00 | $280.00 | 164.80 | $46,144.00 |
| 5229 | Moloney, Lori F. | PARAPROFESSIONA | $320.00 | $320.00 | 106.40 | $34,048.00 |
| 8707 | Hanessian, Aram | PARAPROFESSIONA | $195.00 | $195.00 | 76.20 | $14,859.00 |
| 8622 | Dezil, Patrick | PARAPROFESSIONA | $260.00 | $260.00 | 45.50 | $11,830.00 |
| 8209 | Bakare, Wale | PARAPROFESSIONA | $240.00 | $240.00 | 40.80 | $9,792.00 |
| 5220 | Weissman, Ellen | PARAPROFESSIONA | $260.00 | $260.00 | 27.30 | $7,098.00 |
| 8207 | Lopez, Jason | PARAPROFESSIONA | $225.00 | $225.00 | 27.00 | $6,075.00 |
| 8629 | Ingebritsen, Sarah | PARAPROFESSIONA | $190.00 | $190.00 | 13.80 | $2,622.00 |
| No. of Billers for Position: 11 | | Blended Rate for Position: | $262.28 | | 1,090.10 | $285,909.50 |
| | | | | % of Total: | 8.93% | % of Total: 4.10% |
| 5206 | Danielson, Tania | LIBRARIAN | $210.00 | $210.00 | 3.00 | $630.00 |
| 9927 | Ratchford, Amy | LIBRARIAN | $210.00 | $210.00 | 2.40 | $504.00 |
| 7831 | Richmond, Marjorie | LIBRARIAN | $210.00 | $210.00 | 2.30 | $483.00 |
| 9839 | Schubeck, Barbara | LIBRARIAN | $210.00 | $210.00 | 0.90 | $189.00 |
| No. of Billers for Position: 4 | | Blended Rate for Position: | $210.00 | | 8.60 | $1,806.00 |
| | | | | % of Total: | 0.07% | % of Total: 0.03% |
| Total No. of Billers: 73 | | Blended Rate for Report: | $571.23 | | 12,201.40 | $6,969,825.25 |

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 3.40 | 952.00 |
| Daucher, E | 19.60 | 8,330.00 |
| Deutsch, D | 29.60 | 21,460.00 |
| Hanessian, A | 16.10 | 3,139.50 |
| Lamb, H | 160.30 | 45,685.50 |
| LeMay, D | 0.60 | 537.00 |
| Marrero, J | 1.30 | 487.50 |
| Roitman, M | 3.70 | 1,572.50 |
| Vazquez, F | 0.20 | 129.00 |
| Yoo, Y | 0.20 | 99.00 |
| | 235.00 | $82,392.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 235.00 | 82,392.00 |
| | 235.00 | $82,392.00 |

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/01/10 Wed | Deutsch, D 1313799010/211 | 0.80 | 0.80 | 580.00 | 0.60 0.20 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVIEW MATERIALS ON NEW SUPPLEMENTAL DISCLOSURE STATEMENT FILING AND EDIT SAME (.6); DISCUSS NEXT STEPS RELATED TO SAME WITH JESSICA MARRERO (.2). |
| 12/01/10 Wed | LeMay, D 1313799010/205 | 0.40 | 0.40 | 358.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVISE PROPOSED SUPPLEMENTAL DISCLOSURE AFFIDAVIT. |
| 12/01/10 Wed | Marrero, J 1313799010/204 | 1.10 | 1.10 | 412.50 | 0.30 0.80 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVIEW PRIOR CHADBOURNE RETENTION-RELATED AFFIDAVITS (0.3); REVISE AFFIDAVIT RE WARNER BROS RETENTION (0.8). |
| 12/02/10 Thu | Deutsch, D 1313799010/212 | 0.90 | 0.90 | 652.50 | 0.40 0.10 0.30 0.10 | F F F F | 1 2 3 4 | *MATTER NAME: Fee/Retention Applications* REVIEW FEE EXAMINER'S COMMENTS ON COMMITTEE'S 10TH-12TH FEE APPLICATIONS (.4); DISCUSS REQUIRED FOLLOW-UP ON SAME WITH HELEN LAMB (.1); REVIEW NEW SUMMARY ON BILLING MATTERS (.3); DISCUSS SAME WITH HELEN LAMB (.1). |
| 12/02/10 Thu | Lamb, H 1313799010/206 | 4.50 | 4.30 | 1,225.50 | 4.30 0.20 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* COMPREHENSIVE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE STATEMENT (NOVEMBER) (4.3); FOLLOW-UP EMAILS WITH COMMITTEE MEMBER REGARDING ISSUES RAISED BY FEE EXAMINER ON MARCH COMMITTEE EXPENSES (.2). |
| 12/02/10 Thu | Marrero, J 1313799010/218 | 0.20 | 0.20 | 75.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW SETTLEMENT RE AURELIUS MOTION TO DISQUALIFY CHADBOURNE AND DRAFT SUMMARY OF ISSUE IN SAME. |
| 12/03/10 Fri | Lamb, H 1313799010/207 | 5.50 | 5.50 | 1,567.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE STATEMENT (NOVEMBER). |
| 12/04/10 Sat | Lamb, H 1313799010/208 | 2.30 | 2.30 | 655.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE STATEMENT. |
| 12/05/10 Sun | Lamb, H 1313799010/209 | 5.70 | 5.70 | 1,624.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* CONTINUE COMPREHENSIVE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF NOVEMBER FEE APPLICATION. |
| 12/06/10 Mon | Deutsch, D 1313799010/227 | 0.30 | 0.30 | 217.50 | 0.30 | F | 1 | *MATTER NAME: Fee/Retention Applications* CONFERENCE WITH HELEN LAMB TO DISCUSS FEE APPLICATION ISSUES (.3). |
| 12/06/10 Mon | Lamb, H 1313799010/214 | 4.20 | 4.20 | 1,197.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* COMPREHENSIVE REVIEW OF DAILY TIME DETAIL OF PLAN RELATED WORK IN PREPARATION OF NOVEMBER FEE APPLICATION. |
| 12/07/10 Tue | Lamb, H 1313799010/220 | 3.80 | 3.80 | 1,083.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* COMPREHENSIVE REVIEW DAILY TIME DETAIL REGARDING PLAN WORK IN PREPARATION FOR NOVEMBER FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/07/10 Tue | LeMay, D 1313799010/222 | 0.20 | 0.20 | 179.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* <br> REVIEW AND SIGN 4TH SUPPLEMENTAL AFFIDAVIT. |
| 12/09/10 Thu | Deutsch, D 1313799010/229 | 4.10 | 4.10 | 2,972.50 | 4.10 | F | 1 | MATTER NAME: *Fee/Retention Applications* <br> REVIEW AND EDIT NOVEMBER BILLING (4.1). |
| 12/09/10 Thu | Hanessian, A 1313799010/241 | 4.80 | 4.80 | 936.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* <br> REVIEW TIMEKEEPER TIME SUMMARIES IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 12/09/10 Thu | Lamb, H 1313799010/224 | 5.10 | 5.10 | 1,453.50 | 1.20 <br> 2.20 <br> 1.70 | F <br> F <br> F | 1 <br> 2 <br> 3 | MATTER NAME: *Fee/Retention Applications* <br> REVIEW OF DETAIL OF EXPENSES INCURRED DURING NOVEMBER FEE PERIOD (1.2); <br> RESEARCH FOR CLARIFICATION ON CERTAIN ITEMS (2.2); <br> PREPARATION OF EXPENSE SUMMARY FOR FEE APPLICATION (1.7). |
| 12/11/10 Sat | Deutsch, D 1313799010/230 | 2.40 | 2.40 | 1,740.00 | 2.40 | F | 1 | MATTER NAME: *Fee/Retention Applications* <br> COMPLETE REVIEW AND EDITING OF NOVEMBER TIME (2.4). |
| 12/12/10 Sun | Lamb, H 1313799010/231 | 2.20 | 2.20 | 627.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* <br> BEGIN PREPARATION OF NOVEMBER FEE APPLICATION. |
| 12/15/10 Wed | Lamb, H 1313799010/239 | 3.70 | 3.70 | 1,054.50 | | F | 1 | MATTER NAME: *Fee/Retention Applications* <br> FURTHER PREPARATION OF MONTHLY FEE APPLICATION. |
| 12/16/10 Thu | Vazquez, F 1313799010/250 | 0.20 | 0.20 | 129.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* <br> REVIEW AND REVISE DISCUSSION IN CERTAIN SECTION IN FEE APPLICATION. |
| 12/17/10 Fri | Roitman, M 1313799010/249 | 1.10 | 1.10 | 467.50 | 0.90 <br> 0.20 | F <br> F | 1 <br> 2 | MATTER NAME: *Fee/Retention Applications* <br> DRAFT DESCRIPTION INSERT REGARDING AVOIDANCE ACTIONS FOR CHADBOURNE'S NOVEMBER FEE APP (0.9); <br> CONFER WITH H. LAMB RE: SAME (0.2) |
| 12/18/10 Sat | Lamb, H 1313799010/243 | 3.20 | 3.20 | 912.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* <br> FURTHER PREPARATION OF MONTHLY FEE APPLICATION. |
| 12/21/10 Tue | Lamb, H 1313799010/251 | 3.80 | 3.80 | 1,083.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* <br> FURTHER PREPARATION OF NOVEMBER FEE APPLICATION. |
| 12/22/10 Wed | Lamb, H 1313799010/256 | 1.70 | 1.70 | 484.50 | | F | 1 | MATTER NAME: *Fee/Retention Applications* <br> FURTHER PREPARATION OF NOVEMBER FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/23/10 Thu | Deutsch, D 1313799010/260 | 0.90 | 0.90 | 652.50 | 0.90 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW AND EDIT DRAFT NOVEMBER FEE APPLICATION DESCRIPTIONS (.9). |
| 12/23/10 Thu | Lamb, H 1313799010/258 | 1.50 | 1.50 | 427.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>FINALIZE DRAFT OF MONTHLY FEE APPLICATION FOR ATTORNEY REVIEW. |
| 12/28/10 Tue | Lamb, H 1313799010/262 | 1.30 | 1.30 | 370.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>FINALIZE MONTHLY FEE APPLICATION FOR FILING. |
| 01/01/11 Sat | Lamb, H 1313817010/295 | 6.70 | 6.70 | 1,909.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>COMPREHENSIVE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION (DECEMBER). |
| 01/03/11 Mon | Lamb, H 1313817010/296 | 3.60 | 3.60 | 1,026.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE STATEMENT. |
| 01/05/11 Wed | Bava, D 1313817010/317 | 3.40 | 3.40 | 952.00 | 0.80<br>2.60 | F<br>F | 1<br>2 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW AND ANALYSIS OF PROFESSIONALS QUARTERLY FEE APPLICATIONS FOR THE PERIOD JUNE 1, 2010 THROUGH AUGUST 31, 2010 (.80);<br>DRAFT FEE SUMMARY (2.60). |
| 01/05/11 Wed | Deutsch, D 1313817010/309 | 1.80 | 1.80 | 1,305.00 | 0.30<br>0.50<br>0.50<br>0.20<br>0.30 | F<br>F<br>F<br>F<br>F | 1<br>2<br>3<br>4<br>5 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW FEE EXAMINER'S E-MAIL ON FINAL QUESTIONS RE: 4TH/5TH FEE APPLICATION (.3);<br>RELATED CALLS WITH LORI MALONEY (.5),<br>ALEXANDRA NELLOS (.5)<br>AND HELEN LAMB TO DISCUSS BACKGROUND RELATED TO OUTSTANDING ISSUES (.2);<br>E-MAIL HELEN LAMB RE: REQUIRED ADDITIONAL RESEARCH (.3). |
| 01/05/11 Wed | Lamb, H 1313817010/297 | 2.00 | 2.00 | 570.00 | 0.50<br>1.30<br>0.20 | F<br>F<br>F | 1<br>2<br>3 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW EMAIL FROM A.DALTON (FEE EXAMINER) REGARDING OUTSTANDING ISSUES ON CHADBOURNE'S FOURTH AND FIFTH INTERIM FEE APPLICATIONS (.5);<br>FOLLOW-UP RESEARCH ON ISSUES FOR FURTHER CLARIFICATION (1.3);<br>CONFERENCES WITH D.DEUTSCH REGARDING SAME (.2). |
| 01/05/11 Wed | Roitman, M 1313817010/313 | 0.50 | 0.50 | 212.50 | 0.30<br>0.20 | F<br>F | 1<br>2 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW/REVISE SEVENTH QUARTERLY FEE SUMMARY (0.3);<br>CONFER WITH D. BAVA RE: SAME (0.2) |

~ See the last page of exhibit for explanation

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 01/06/11 Thu | Deutsch, D 1313817010/310 | 1.80 | 1.10 | 797.50 | 0.40 | F | 1 | MATTER NAME: Fee/Retention Applications |
| | | | | | | | | PREPARE FOR (.4) |
| | | | | | 0.30 | F | 2 | AND HOLD CALL WITH FEE EXAMINER RE: FINAL 4TH/5TH FEE APPLICATIONS (.3): |
| | | | | | 0.20 | F | 3 | DRAFT RELATED NOTE TO FILE (.2): |
| | | | | | 0.20 | F | 4 | REVIEW COURT POSTING ON DEBTORS' MOTION TO RETAIN PROFESSIONAL (.2): |
| | | | | | 0.10 | F | 5 | E-MAIL JESSICA MARRERO RE: UPDATE TO COMMITTEE ON SAME (.1): |
| | | | | | 0.20 | F | 6 | SECOND CALL WITH FEE EXAMINER RE: COMPROMISE ON 4TH/5TH FEE APPLICATIONS (.2): |
| | | | | | 0.20 | F | 7 | EXCHANGE E-MAILS WITH MARC ASHLEY RE: RETENTION OF COMMITTEE EXPERT (.2): |
| | | | | | 0.20 | F | 8 | EXCHANGE E-MAILS WITH KEVIN SMITH RE: SAME (.2). |
| 01/06/11 Thu | Lamb, H 1313817010/298 | 2.30 | 2.30 | 655.50 | | F | 1 | MATTER NAME: Fee/Retention Applications |
| | | | | | | | | PREPARATION OF EIGHTH INTERIM FEE APPLICATION. |
| 01/07/11 Fri | Lamb, H 1313817010/301 | 5.60 | 5.60 | 1,596.00 | | F | 1 | MATTER NAME: Fee/Retention Applications |
| | | | | | | | | FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 01/08/11 Sat | Lamb, H 1313817010/304 | 5.70 | 5.70 | 1,624.50 | | F | 1 | MATTER NAME: Fee/Retention Applications |
| | | | | | | | | CONTINUE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF DECEMBER FEE APPLICATION. |
| 01/10/11 Mon | Deutsch, D 1313817010/321 | 0.50 | 0.50 | 362.50 | 0.50 | F | 1 | MATTER NAME: Fee/Retention Applications |
| | | | | | | | | REVIEW OF FEE EXAMINER'S PRELIMINARY REPORT ON SIXTH INTERIM FEE APPLICATION (.5). |
| 01/10/11 Mon | Lamb, H 1313817010/307 | 2.30 | 2.30 | 655.50 | 0.40 | F | 1 | MATTER NAME: Fee/Retention Applications |
| | | | | | | | | REVIEW FEE EXAMINER'S PRELIMINARY REPORT ON CHADBOURNE'S SIXTH INTERIM FEE APPLICATION (.4): |
| | | | | | 0.70 | F | 2 | FOLLOW-UP RESEARCH ON VARIOUS EXPENSE ISSUES RAISED IN THE REPORT (.7): |
| | | | | | 1.10 | F | 3 | PREPARE RESPONSE TO SAME (1.1): |
| | | | | | 0.10 | F | 4 | CONFERENCES WITH D.DEUTSCH REGARDING SAME (.1). |
| 01/11/11 Tue | Lamb, H 1313817010/314 | 2.60 | 2.60 | 741.00 | 0.80 | F | 1 | MATTER NAME: Fee/Retention Applications |
| | | | | | | | | REVIEW EXPENSES INCURRED DURING DECEMBER FEE PERIOD (.8): |
| | | | | | 1.80 | F | 2 | FOLLOW UP RESEARCH ON CERTAIN EXPENSES (1.8). |
| 01/12/11 Wed | Deutsch, D 1313817010/323 | 0.50 | 0.50 | 362.50 | 0.30 | F | 1 | MATTER NAME: Fee/Retention Applications |
| | | | | | | | | REVIEW FOLLOW-UP ITEMS IDENTIFIED BY FEE EXAMINER IN 5TH APPLICATION REVIEW (.3): |
| | | | | | 0.20 | F | 2 | DISCUSS CHANGES TO PROTOCOL WITH HELEN LAMB TO ADDRESS RAISED ISSUES (.2). |
| 01/13/11 Thu | Deutsch, D 1313817010/324 | 0.30 | 0.30 | 217.50 | 0.30 | F | 1 | MATTER NAME: Fee/Retention Applications |
| | | | | | | | | REVIEW EIGHT INTERIM APPLICATION FOR CHADBOURNE & PARKE (.3). |
| 01/13/11 Thu | Lamb, H 1313817010/315 | 0.60 | 0.60 | 171.00 | | F | 1 | MATTER NAME: Fee/Retention Applications |
| | | | | | | | | FINALIZE EIGHTH INTERIM FEE APPLICATION FOR FILING. |

~  See the last page of exhibit for explanation

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|----------------|-------------|-------|------|------------|---|---|-------------|
| 01/14/11 Fri | Daucher, E 1313817010/328 | 5.30 | 5.30 | 2,252.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW FEE EXAMINER'S PRELIMINARY REPORT TO CHADBOURNE'S SIXTH INTERIM FEE APP AND BEGIN DRAFTING A REPLY. |
| 01/14/11 Fri | Deutsch, D 1313817010/325 | 1.40 | 0.30 | 217.50 | 0.30 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND EDIT MEMORANDUM TO COMMITTEE RE: DEBTORS' RETENTION OF SPECIAL COUNSEL (CAMPBELL & LEVINE) (.3): |
| | | | | | 0.70 | F | 2 | REVIEW AND ANALYSIS OF UPDATED SUMMARY FOR COMMITTEE ON PROFESSIONAL FEES (.7): |
| | | | | | 0.10 | F | 3 | E-MAIL DAMIAN SCHAIBLE RE: SENIOR LENDER PROFESSIONAL FEE MATTERS (.1): |
| | | | | | 0.30 | F | 4 | CONFERENCE WITH ERIC DAUCHER TO DISCUSS ISSUES IN FEE EXAMINER'S PRELIMINARY REPORT ON SIXTH INTERIM FEE APPLICATION (.3). |
| 01/14/11 Fri | Lamb, H 1313817010/316 | 3.30 | 3.30 | 940.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>PREPARATION OF DECEMBER FEE APPLICATION. |
| 01/14/11 Fri | Roitman, M 1313817010/327 | 0.10 | 0.10 | 42.50 | 0.10 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVISE SEVENTH QUARTERLY FEE SUMMARY (0.1) |
| 01/16/11 Sun | Lamb, H 1313817010/320 | 3.80 | 3.80 | 1,083.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE PREPARATION OF DECEMBER FEE APPLICATION. |
| 01/18/11 Tue | Daucher, E 1313817010/337 | 6.80 | 6.80 | 2,890.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>BEGIN DRAFTING REPLY TO FEE EXAMINER'S PRELIMINARY REPORT ON SIXTH INTERIM FEES. |
| 01/18/11 Tue | Hanessian, A 1313817010/331 | 6.60 | 6.60 | 1,287.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>PREPARE DETAILED TIME SUMMARY INFORMATION IN RESPONSE TO CERTAIN ISSUES IN FEE EXAMINER REPORT. |
| 01/19/11 Wed | Deutsch, D 1313817010/341 | 1.00 | 0.50 | 362.50 | 0.40 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW LAST TWO WEEKLY ORDINARY COURSE REPORTS (.4): |
| | | | | | 0.10 | F | 2 | E-MAIL JESS MARRERO RE: REQUIRED FOLLOW-UP RESEARCH RELATED TO REPORTS (.1): |
| | | | | | 0.50 | F | 3 | BEGIN REVIEW OF DECEMBER FEE APPLICATION (.5). |
| 01/20/11 Thu | Daucher, E 1313817010/338 | 5.60 | 5.60 | 2,380.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>ADDITIONAL RESEARCH AND DRAFTING FOR REPLY TO FEE EXAMINER'S PRELIMINARY REPORT. |
| 01/20/11 Thu | Deutsch, D 1313817010/342 | 6.10 | 5.90 | 4,277.50 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications<br>TELEPHONE CONVERSATION WITH DAMIAN SCHAIBLE RE: RELEASE OF CERTAIN SENIOR LENDER PROFESSIONAL FEE INFORMATION (.2): |
| | | | | | 1.30 | F | 2 | REVIEW, RESEARCH AND EDIT PARTS OF RESPONSE TO FEE EXAMINER PRELIMINARY REPORT (1.3): |
| | | | | | 0.40 | F | 3 | MEETING WITH ERIC DAUCHER TO DISCUSS FOLLOW-UP ISSUES RELATED TO SAME (.4): |
| | | | | | 4.20 | F | 4 | COMPLETE REVIEW/EDITING OF DECEMBER TIME (4.2). |
| 01/20/11 Thu | Lamb, H 1313817010/329 | 2.80 | 2.80 | 798.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER PREPARATION OF WORK SUMMARY DESCRIPTIONS DURING DECEMBER FEE PERIOD IN PREPARATION OF MONTHLY FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 01/20/11 Thu | Yoo, Y 1313817010/340 | 0.20 | 0.20 | 99.00 | | F | 1 | MATTER NAME: Fee/Retention Applications CORRESPONDED BY EMAIL WITH HELEN LAMB RE: FEE SUMMARY FOR DECEMBER FEE APPLICATION. |
| 01/21/11 Fri | Daucher, E 1313817010/339 | 1.90 | 1.90 | 807.50 | | F | 1 | MATTER NAME: Fee/Retention Applications REVISE RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON SIXTH INTERIM FEE PERIOD. |
| 01/21/11 Fri | Deutsch, D 1313817010/343 | 0.70 | 0.50 | 362.50 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW NEW MATERIALS FROM DEBTORS ON ORDINARY COURSE PROFESSIONALS AND E-MAIL JESS MARRERO RE: REQUIRED RESEARCH/FOLLOW-UP ON SAME (.2); |
| | | | | | 0.40 | F | 2 | REVIEW AND EDIT REVISED DRAFT OF DETAILED REPLY TO FEE EXAMINER (.4); |
| | | | | | 0.10 | F | 3 | E-MAIL ERIC DAUCHER RE: REQUIRED ADDITIONAL FOLLOW-UP ON ISSUE IN SAME (.1). |
| 01/21/11 Fri | Lamb, H 1313817010/330 | 2.20 | 2.20 | 627.00 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER PREPARATION OF WORK SUMMARY DESCRIPTIONS IN PREPARATION OF FEE APPLICATION. |
| 01/23/11 Sun | Lamb, H 1313817010/334 | 2.80 | 2.80 | 798.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW AND RESEARCH PLAN-RELATED ISSUES DURING DECEMBER FEE PERIOD AND DRAFT SUMMARY ON PLAN WORK FOR FEE APPLICATION. |
| 01/24/11 Mon | Lamb, H 1313817010/335 | 1.80 | 1.80 | 513.00 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER PREPARATION OF PLAN SUMMARY IN FEE APPLICATION. |
| 01/26/11 Wed | Deutsch, D 1313817010/352 | 1.40 | 1.40 | 1,015.00 | 1.40 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW AND EDIT MONTHLY FEE APPLICATION DESCRIPTIONS (1.4). |
| 01/26/11 Wed | Lamb, H 1313817010/344 | 0.90 | 0.90 | 256.50 | | F | 1 | MATTER NAME: Fee/Retention Applications FINALIZE MONTHLY FEE APPLICATION FOR FILING. |
| 02/01/11 Tue | Lamb, H 1313830010/255 | 3.70 | 3.70 | 1,054.50 | | F | 1 | MATTER NAME: Fee/Retention Applications BEGIN COMPREHENSIVE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 02/04/11 Fri | Lamb, H 1313830010/256 | 8.40 | 8.40 | 2,394.00 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 02/04/11 Fri | Roitman, M 1313830010/265 | 0.30 | 0.30 | 127.50 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications REVISE QUARTERLY FEE SUMMARY (0.2); |
| | | | | | 0.10 | F | 2 | CONFER WITH D. DEUTSCH RE: SAME (0.1); |
| 02/05/11 Sat | Lamb, H 1313830010/258 | 4.70 | 4.70 | 1,339.50 | | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 02/06/11 Sun | Lamb, H 1313830010/259 | 5.30 | 5.30 | 1,510.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF JANUARY FEE APPLICATION. |
| 02/07/11 Mon | Lamb, H 1313830010/260 | 5.30 | 5.30 | 1,510.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER REVIEW OF DAILY TIME DETAIL IN PREPARATION OF JANUARY FEE APPLICATION. |
| 02/09/11 Wed | Lamb, H 1313830010/267 | 7.20 | 7.20 | 2,052.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF JANUARY FEE APPLICATION. |
| 02/10/11 Thu | Lamb, H 1313830010/268 | 2.60 | 2.60 | 741.00 | 2.20<br>0.40 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>FURTHER REVIEW OF DAILY TIME DETAIL IN PREPARATION OF JANUARY FEE APPLICATION (2.2);<br>CONFERENCE WITH D.DEUTSCH REGARDING ISSUES RAISED IN REVIEW (.4). |
| 02/12/11 Sat | Lamb, H 1313830010/271 | 3.70 | 3.70 | 1,054.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>BEGIN DRAFTING OF JANUARY FEE APPLICATION. |
| 02/14/11 Mon | Roitman, M 1313830010/281 | 0.80 | 0.80 | 340.00 | 0.70<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>DRAFT FIFTH SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF CHADBOURNE'S RETENTION (0.7);<br>CONFER WITH D. LEMAY RE: SAME (0.1) |
| 02/15/11 Tue | Lamb, H 1313830010/273 | 2.20 | 2.20 | 627.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE TO DRAFT SUMMARY DESCRIPTIONS FOR MONTHLY FEE APPLICATION. |
| 02/15/11 Tue | Roitman, M 1313830010/282 | 0.40 | 0.40 | 170.00 | 0.30<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVISE FIFTH SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF CHADBOURNE'S RETENTION (0.3);<br>CORRESPOND WITH C&P TEAM RE: SAME (0.1) |
| 02/17/11 Thu | Hanessian, A 1313830010/277 | 4.70 | 4.70 | 916.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW TIMEKEEPER TIME SUMMARIES IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 02/17/11 Thu | Lamb, H 1313830010/274 | 3.30 | 3.30 | 940.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER REVIEW AND ANALYSIS OF WORK DURING JANUARY FEE PERIOD AND PREPARE SUMMARY DESCRIPTIONS OF SAME FOR FEE APPLICATION. |
| 02/18/11 Fri | Roitman, M 1313830010/284 | 0.50 | 0.50 | 212.50 | 0.50 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW CHADBOURNE DISCLOSURE AFFIDAVITS RE: JPMC (0.5) |
| 02/19/11 Sat | Lamb, H 1313830010/275 | 3.00 | 3.00 | 855.00 | 1.80<br>1.20 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>CONTINUE DRAFTING SUMMARY DESCRIPTIONS OF WORK PERFORMED IN JANUARY FOR FEE APPLICATON (1.8);<br>REVIEW OF JANUARY EXPENSE DETAIL AND RESEARCH ON CERTAIN ISSUES RAISED IN REVIEW (1.2). |
| 02/20/11 Sun | Lamb, H 1313830010/276 | 2.50 | 2.50 | 712.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>BEGIN PREPARATION OF LITIGATION SUMMARIES OF WORK PERFORMED DURING JANUARY IN PREPARATION OF FEE APPLICATION. |

~  See the last page of exhibit for explanation

EXHIBIT K
CHADBOURNE RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|
| 02/21/11 Mon | Lamb, H 1313830010/278 | 1.80 | 1.80 | 513.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER PREPARATION OF LITIGATION SUMMARIES OF WORK PERFORMED DURING JANUARY IN PREPARATION OF FEE APPLICATION. |
| 02/23/11 Wed | Lamb, H 1313830010/286 | 3.30 | 3.30 | 940.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE RESEARCH AND PREPARATION OF LITIGATION SUMMARIES OF WORK PERFORMED DURING JANUARY IN PREPARATION OF FEE APPLICATION. |
| 02/24/11 Thu | Deutsch, D 1313830010/290 | 2.20 | 1.80 | 1,305.00 | 0.10<br>0.20<br>0.10<br>1.80 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee/Retention Applications<br>REVIEW WEEKLY ORDINARY COURSE REPORT (.1);<br>EXCHANGE MULTIPLE E-MAILS WITH JESSICA MARRERO RE: REQUIRED FOLLOW-UP ON PROPOSED INCREASES IN PROFESSIONAL ""CAPS"" (.2);<br>REVIEW RELATED ORDINARY COURSE ORDER (.1);<br>BEGIN REVIEW OF JANUARY FEE STATEMENT (1.8). |
| 02/24/11 Thu | Lamb, H 1313830010/287 | 2.30 | 2.30 | 655.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER PREPARATION OF LITIGATION WORK SUMMARIES FOR FEE APPLICATION. |
| 02/25/11 Fri | Deutsch, D 1313830010/291 | 4.70 | 4.70 | 3,407.50 | 4.70 | F | 1 | MATTER NAME: Fee/Retention Applications<br>COMPLETE REVIEW OF JANUARY FEE APPLICATION TIME ENTRIES (4.7). |
| 02/26/11 Sat | Lamb, H 1313830010/288 | 2.40 | 2.40 | 684.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVISE AND FINALIZE DRAFT OF FEE APPLICATION. |
| 02/28/11 Mon | Deutsch, D 1313830010/296 | 0.90 | 0.90 | 652.50 | 0.90 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND EDIT DRAFT CHADBOURNE FEE APPLICATION FOR FILING (.9). |
| 02/28/11 Mon | Lamb, H 1313830010/295 | 1.30 | 1.30 | 370.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FINALIZE FEE APPLICATION FOR FILING IN ACCORDANCE WITH D.DEUTSCH COMMENTS. |
| Total<br>Number of Entries: | 87 | | 235.00 | $82,392.00 | | | | |

~ See the last page of exhibit for explanation

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 3.40 | 952.00 |
| Daucher, E | 19.60 | 8,330.00 |
| Deutsch, D | 29.60 | 21,460.00 |
| Hanessian, A | 16.10 | 3,139.50 |
| Lamb, H | 160.30 | 45,685.50 |
| LeMay, D | 0.60 | 537.00 |
| Marrero, J | 1.30 | 487.50 |
| Roitman, M | 3.70 | 1,572.50 |
| Vazquez, F | 0.20 | 129.00 |
| Yoo, Y | 0.20 | 99.00 |
| | 235.00 | $82,392.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 235.00 | 82,392.00 |
| | 235.00 | $82,392.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

EXHIBIT L
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Ashley, M | 0.60 | 405.00 |
| Bava, D | 1.70 | 476.00 |
| Daucher, E | 3.20 | 1,360.00 |
| Deutsch, D | 12.90 | 9,352.50 |
| Distefano, M | 6.80 | 2,550.00 |
| Hanessian, A | 3.80 | 741.00 |
| Lamb, H | 2.60 | 741.00 |
| LeMay, D | 0.80 | 716.00 |
| Marrero, J | 24.60 | 9,225.00 |
| Roitman, M | 9.20 | 3,910.00 |
| Rosenblatt, A | 1.20 | 870.00 |
| Seife, H | 1.80 | 1,773.00 |
| Yoo, Y | 14.70 | 7,276.50 |
| | 83.90 | $39,396.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Avoidance Issues | 7.40 | 3,663.00 |
| Fee/Retention Applications | 76.50 | 35,733.00 |
| | 83.90 | $39,396.00 |

EXHIBIT L  PAGE 1 of 11

EXHIBIT L

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 12/01/10 Wed | Roitman, M 1313799010/216 | 0.60 | 0.60 | 255.00 | 0.10 0.50 | F F | MATTER NAME: Fee/Retention Applications 1 REVIEW DEBTORS' OCTOBER 2010 MONTHLY ORDINARY COURSE PROFESSIONALS REPORT (0.1); 2 MEET WITH J. MARRERO RE: SAME (0.5) |
| 12/02/10 Thu | Lamb, H 1313799010/206 | 4.50 | 0.20 | 57.00 | 4.30 0.20 | F F | MATTER NAME: Fee/Retention Applications 1 COMPREHENSIVE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE STATEMENT (NOVEMBER) (4.3); 2 FOLLOW-UP EMAILS WITH COMMITTEE MEMBER REGARDING ISSUES RAISED BY FEE EXAMINER ON MARCH COMMITTEE EXPENSES (.2). |
| 12/02/10 Thu | Marrero, J 1313799010/217 | 1.40 | 1.40 | 525.00 | 0.60 0.80 | F F | MATTER NAME: Fee/Retention Applications 1 REVIEW ORDINARY COURSE PROFESSIONALS CHART AND DEBTORS' UPDATED REPORT (0.6); 2 UPDATE ORDINARY COURSE PROFESSIONALS REPORT (0.8) |
| 12/02/10 Thu | Roitman, M 1313799010/215 | 0.80 | 0.80 | 340.00 | 0.40 0.20 0.20 | F F F | MATTER NAME: Fee/Retention Applications 1 REVIEW ORDINARY COURSE PROFESSIONALS CHART AND DEBTORS' OCT. 2010 ORDINARY COURSE PROFESSIONALS REPORT (0.4); 2 CONFER WITH J. MARRERO RE: SAME (0.2); 3 CONFER WITH J. MARRERO RE: RESOLUTION OF AURELIUS DISQUALIFICATION MOTION (0.2) |
| 12/03/10 Fri | Marrero, J 1313799010/219 | 2.50 | 2.50 | 937.50 | 0.50 2.00 | F F | MATTER NAME: Fee/Retention Applications 1 REVIEW AKIN GUMP'S OPPOSITION TO DISQUALIFICATION MOTION (0.5); 2 DRAFT SUMMARY OF OPPOSITION FOR COMMITTEE (2.0) |
| 12/04/10 Sat | Deutsch, D 1313799010/213 | 1.70 | 1.70 | 1,232.50 | 1.10 0.60 | F F | MATTER NAME: Fee/Retention Applications 1 REVIEW OBJECTION AND EXHIBITS TO MOTION TO DISQUALIFY AKIN GUMP AS COUNSEL TO AURELIUS (1.1); 2 REVISE MEMORANDUM TO COMMITTEE ON SAME (.6). |
| 12/04/10 Sat | Marrero, J 1313799010/210 | 0.50 | 0.50 | 187.50 | | F | MATTER NAME: Fee/Retention Applications 1 REVISE MEMO TO COMMITTEE RE AKIN GUMP OPPOSITION TO DISQUALIFICATION MOTION |
| 12/06/10 Mon | Roitman, M 1313799010/233 | 0.30 | 0.30 | 127.50 | 0.30 | F | MATTER NAME: Fee/Retention Applications 1 CORRESPOND WITH M. ASHLEY RE: MOTION TO DISQUALIFY AKIN GUMP (0.3) |
| 12/07/10 Tue | Deutsch, D 1313799010/228 | 0.70 | 0.70 | 507.50 | 0.30 0.10 0.20 0.10 | F F F F | MATTER NAME: Fee/Retention Applications 1 REVIEW COMMITTEE MEMBER BILLING MATERIALS TO PREPARE FOR CALL WITH FEE EXAMINER (.3); 2 DISCUSS CHANGE IN BILLING MATTER WITH HELEN LAMB (.1); 3 DRAFT E-MAIL TO COMMITTEE RE: SUPPLEMENTAL DISCLOSURE RE: CASE CONNECTIONS (.2); 4 CALL TO WAYNE SMITH (COMMITTEE CO-CHAIR) RE: SUPPLEMENTAL RETENTION ITEM (.1). |
| 12/07/10 Tue | Marrero, J 1313799010/221 | 1.30 | 1.30 | 487.50 | 0.40 0.90 | F F | MATTER NAME: Fee/Retention Applications 1 REVISE AFFIDAVIT RE WARNER BROS RETENTION (0.4); 2 PREPARE AFFIDAVIT FOR FILING AND POSTING NOTE TO COMMITTEE (0.9) |
| 12/07/10 Tue | Roitman, M 1313799010/234 | 0.20 | 0.20 | 85.00 | 0.20 | F | MATTER NAME: Fee/Retention Applications 1 CORRESPOND WITH A. ROSENBLATT RE: MOTION TO DISQUALIFY AKIN GUMP (0.2) |

~ See the last page of exhibit for explanation

EXHIBIT L  PAGE 2 of 11

EXHIBIT L
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 12/07/10 Tue | Rosenblatt, A 1313799010/240 | 0.90 | 0.90 | 652.50 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW AKIN DISQUALIFICATION MOTION AND RESPONSE TO SAME. |
| 12/08/10 Wed | LeMay, D 1313799010/223 | 0.80 | 0.80 | 716.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW AKIN GUMP DQ OBJECTION. |
| 12/10/10 Fri | Marrero, J 1313799010/225 | 0.30 | 0.30 | 112.50 | 0.20 0.10 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW DOCKET RE ORDINARY COURSE PROFESSIONAL AFFIDAVITS (0.2); UPDATE ORDINARY COURSE PROFESSIONAL CHART (0.1). |
| 12/10/10 Fri | Marrero, J 1313799010/226 | 0.90 | 0.90 | 337.50 | 0.30 0.60 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW ANGELO GORDON & OAKTREE'S REPLY IN SUPPORT OF THE MOTION TO DISQUALIFY AKIN GUMP (0.3); BEGIN DRAFTING SUMMARY OF SAME (0.6). |
| 12/10/10 Fri | Roitman, M 1313799010/235 | 3.00 | 3.00 | 1,275.00 | 0.10 0.20 0.90 1.80 | F F F F | 1 2 3 4 | MATTER NAME: Fee/Retention Applications REVIEW AURELIUS JOINDER TO DEBTORS' 2004 MOTION RE: RANDY MICHAELS (0.1); CORRESPOND WITH D. LEMAY AND D. DEUTSCH RE: SAME (0.2); REVIEW REPLY IN SUPPORT OF THE MOTION TO DISQUALIFY AKIN GUMP (0.9); DRAFT MEMO RE: SAME (1.8) |
| 12/10/10 Fri | Roitman, M 1313799010/236 | 0.10 | 0.10 | 42.50 | 0.10 | F | 1 | MATTER NAME: Fee/Retention Applications CORRESPOND WITH J. MARRERO RE: ORDINARY COURSE PROFESSIONALS AFFIDAVITS (0.1) |
| 12/10/10 Fri | Seife, H 1313799010/247 | 1.00 | 1.00 | 985.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW OF AKIN GUMP AND OAKTREE REPLY TO DISQUALIFICATION MOTION. |
| 12/11/10 Sat | Roitman, M 1313799010/237 | 2.00 | 2.00 | 850.00 | 1.90 0.10 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT MEMO RE: REPLY IN SUPPORT OF THE MOTION TO DISQUALIFY AKIN GUMP (1.9); CORRESPOND WITH D. DEUTSCH RE: SAME (0.1) |
| 12/12/10 Sun | Ashley, M 1313799010/264 | 0.60 | 0.60 | 405.00 | 0.60 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEWED REPLY PAPERS ON MOTION TO DISQUALIFY AKIN GUMP (.6). |
| 12/12/10 Sun | Roitman, M 1313799010/238 | 0.70 | 0.70 | 297.50 | 0.30 0.10 0.30 | F F F | 1 2 3 | MATTER NAME: Fee/Retention Applications REVISE MEMO RE: REPLY IN SUPPORT OF THE MOTION TO DISQUALIFY AKIN GUMP (0.3); CORRESPOND WITH D. DEUTSCH RE: SAME (0.1); DRAFT EMAIL TO COMMITTEE RE: SAME (0.3) |
| 12/14/10 Tue | Deutsch, D 1313799010/253 | 0.20 | 0.20 | 145.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications CALL WITH FEE EXAMINER RE: COMMITTEE'S 10TH AND 11TH FEE APPLICATIONS (.2). |
| 12/14/10 Tue | Lamb, H 1313799010/232 | 2.40 | 2.40 | 684.00 | 0.60 0.40 1.40 | F F F | 1 2 3 | MATTER NAME: Fee/Retention Applications REVIEW NOVEMBER EXPENSES SUBMITTED BY COMMITTEE MEMBERS (.6); FOLLOW UP WITH COMMITTEE MEMBERS ON CERTAIN ITEMS (.4); PREPARATION OF REQUEST FOR REIMBURSEMENT OF EXPENSES (1.4). |

~ See the last page of exhibit for explanation

EXHIBIT L  PAGE 3 of 11

EXHIBIT L
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/14/10 Tue | Marrero, J 1313799010/242 | 0.90 | 0.90 | 337.50 | 0.50 0.40 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVIEW AKIN GUMP MOTION FOR SUR-REPLY (0.5); DRAFT POSTING TO COMMITTEE (0.4). |
| 12/14/10 Tue | Seife, H 1313799010/259 | 0.80 | 0.80 | 788.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW OF AKIN SUR-REPLY TO DISQUALIFICATION MOTION. |
| 12/15/10 Wed | Deutsch, D 1313799010/254 | 0.20 | 0.20 | 145.00 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.2). |
| 12/15/10 Wed | Roitman, M 1313799010/248 | 0.30 | 0.30 | 127.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* CORRESPOND WITH D. LEMAY RE: CONDITIONS TO WITHDRAWAL OF MOTION TO DISQUALIFY AKIN GUMP. |
| 12/15/10 Wed | Rosenblatt, A 1313799010/252 | 0.30 | 0.30 | 217.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW SUMMARY OF COURT HEARING AND RESULT OF AKIN GUMP DISQUALIFICATION MOTION. |
| 12/17/10 Fri | Marrero, J 1313799010/244 | 0.40 | 0.40 | 150.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* PREPARE WEEKLY UPDATE TO ORDINARY COURSE PROFESSIONALS REPORT |
| 12/20/10 Mon | Deutsch, D 1313799010/255 | 0.30 | 0.30 | 217.50 | 0.10 0.20 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVIEW UPDATE FROM DEBTORS ON ORDINARY COURSE PROFESSIONALS (.1); EXCHANGE E-MAILS WITH JESSICA MARRERO RE: ANALYSIS ON SAME (.2). |
| 12/20/10 Mon | Hanessian, A 1313799010/257 | 0.80 | 0.80 | 156.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* UPDATING ORDINARY COURSE PROFESSIONALS CHART |
| 12/20/10 Mon | Marrero, J 1313799010/246 | 0.50 | 0.50 | 187.50 | 0.10 0.40 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* DISCUSS UPDATES TO ORDINARY COURSE PROFESSIONALS REPORT WITH M.ROITMAN (0.1); REVIEW DEBTORS' MONTHLY ORDINARY COURSE PROFESSIONALS REPORT AND UPDATE INTERNAL ORDINARY COURSE PROFESSIONALS CHART (0.4) |
| 12/27/10 Mon | Marrero, J 1313799010/261 | 0.80 | 0.80 | 300.00 | 0.40 0.20 0.20 | F F F | 1 2 3 | *MATTER NAME: Fee/Retention Applications* REVIEW DEBTORS' NOTICE OF INTENT TO ADVANCE ATTORNEYS' FEES TO CURRENT EMPLOYEES (0.4); DRAFT POSTING TO COMMITTEE RE SAME (0.2); REVISE POSTING (0.2) |
| 12/30/10 Thu | Marrero, J 1313799010/263 | 1.90 | 1.90 | 712.50 | 0.30 0.90 0.70 | F F F | 1 2 3 | *MATTER NAME: Fee/Retention Applications* REVIEW GREATBANC PRO HAC VICE MOTIONS (0.3); RESEARCH ATTORNEYS SEEKING ADMISSION PRO HAC VICE (0.9); DRAFT SUMMARY RE SAME FOR BANKRUPTCY TEAM (0.7). |
| 01/01/11 Sat | Marrero, J 1313817010/299 | 0.50 | 0.50 | 187.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVISE WEEKLY ORDINARY COURSE PROFESSIONAL REPORT |

~ See the last page of exhibit for explanation

EXHIBIT L  PAGE 4 of 11

EXHIBIT L

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 01/01/11 Sat | Roitman, M 1313817010/294 | 0.20 | 0.20 | 85.00 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>CONFER WITH J. MARRERO RE: ADJUSTMENTS TO ORDINARY COURSE PROFESSIONAL MONTHLY CAPS (0.2) |
| 01/03/11 Mon | Deutsch, D 1313817010/308 | 0.60 | 0.60 | 435.00 | 0.60 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW LAST TWO ORDINARY COURSE PROFESSIONAL REPORTS (.6). |
| 01/06/11 Thu | Deutsch, D 1313817010/310 | 1.80 | 0.70 | 507.50 | 0.40 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>PREPARE FOR (.4) |
| | | | | | 0.30 | F | 2 | AND HOLD CALL WITH FEE EXAMINER RE: FINAL 4TH/5TH FEE APPLICATIONS (.3); |
| | | | | | 0.20 | F | 3 | DRAFT RELATED NOTE TO FILE (.2); |
| | | | | | 0.20 | F | 4 | REVIEW COURT POSTING ON DEBTORS' MOTION TO RETAIN PROFESSIONAL (.2); |
| | | | | | 0.10 | F | 5 | E-MAIL JESSICA MARRERO RE: UPDATE TO COMMITTEE ON SAME (.1); |
| | | | | | 0.20 | F | 6 | SECOND CALL WITH FEE EXAMINER RE: COMPROMISE ON 4TH/5TH FEE APPLICATIONS (.2); |
| | | | | | 0.20 | F | 7 | EXCHANGE E-MAILS WITH MARC ASHLEY RE: RETENTION OF COMMITTEE EXPERT (.2); |
| | | | | | 0.20 | F | 8 | EXCHANGE E-MAILS WITH KEVIN SMITH RE: SAME (.2). |
| 01/06/11 Thu | Marrero, J 1313817010/300 | 2.80 | 2.80 | 1,050.00 | 1.50 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>DRAFT MEMO TO COMMITTEE RE CAMPELL APPLICATION (1.5); |
| | | | | | 1.30 | F | 2 | REVIEW AND SUMMARIZE WTC SUPPLEMENTAL 3018 MOTION (1.3) |
| 01/07/11 Fri | Deutsch, D 1313817010/311 | 0.80 | 0.80 | 580.00 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>TELEPHONE CONVERSATION WITH ADAM LANDIS RE: RETENTION OF EXPERT BY COMMITTEE (.2); |
| | | | | | 0.20 | F | 2 | EXCHANGE E-MAILS WITH MARC ASHLEY RE: NEXT STEPS ON EXPERT RETENTION (.2); |
| | | | | | 0.30 | F | 3 | MEETING WITH MICHAEL DISTEFANO RE: RESEARCH ON COMMITTEE'S RETENTION OF CERTAIN PARTIES (.3); |
| | | | | | 0.10 | F | 4 | EXCHANGE RELATED E-MAILS WITH MICHAEL DISTEFANO (.1). |
| 01/07/11 Fri | Distefano, M 1313817010/302 | 0.60 | 0.60 | 225.00 | 0.10 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>DISCUSS RETENTION OF EXPERTS WITH D. DEUTSCH (.1); |
| | | | | | 0.50 | F | 2 | RESEARCHED WHETHER EXPERTS QUALIFY AS PROFESSIONALS (.5) |
| 01/07/11 Fri | Marrero, J 1313817010/303 | 0.40 | 0.40 | 150.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVISE ORDINARY COURSE PROFESSIONALS CHART |
| 01/08/11 Sat | Distefano, M 1313817010/305 | 0.70 | 0.70 | 262.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>CONTINUE RESEARCH ON EXPERTS IN BANKRUPTCY CASES. |
| 01/09/11 Sun | Distefano, M 1313817010/306 | 4.40 | 4.40 | 1,650.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>DRAFTED MEMO RE: RETENTION OF EXPERTS. |
| 01/10/11 Mon | Distefano, M 1313817010/312 | 1.10 | 1.10 | 412.50 | 1.10 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVISED MEMO RE: RETENTION OF EXPERTS BY COMMITTEE COUNSEL (1.1); |

~ See the last page of exhibit for explanation

EXHIBIT L  PAGE 5 of 11

EXHIBIT L
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 01/10/11 Mon | Roitman, M 1313817010/326 | 0.10 | 0.10 | 42.50 | 0.10 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW DEBTORS' STATEMENT OF PROFESSIONALS' COMPENSATION (0.1) |
| 01/11/11 Tue | Deutsch, D 1313817010/322 | 0.20 | 0.20 | 145.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND RESPOND TO INQUIRY FROM THOMAS MACAULEY ( ZUCKERMAN) RE: RETENTION ISSUE (.2). |
| 01/14/11 Fri | Deutsch, D 1313817010/325 | 1.40 | 1.10 | 797.50 | 0.30 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND EDIT MEMORANDUM TO COMMITTEE RE: DEBTORS' RETENTION OF SPECIAL COUNSEL (CAMPBELL & LEVINE) (.3); |
| | | | | | 0.70 | F | 2 | REVIEW AND ANALYSIS OF UPDATED SUMMARY FOR COMMITTEE ON PROFESSIONAL FEES (.7); |
| | | | | | 0.10 | F | 3 | E-MAIL DAMIAN SCHAIBLE RE: SENIOR LENDER PROFESSIONAL FEE MATTERS (.1); |
| | | | | | 0.30 | F | 4 | CONFERENCE WITH ERIC DAUCHER TO DISCUSS ISSUES IN FEE EXAMINER'S PRELIMINARY REPORT ON SIXTH INTERIM FEE APPLICATION (.3). |
| 01/14/11 Fri | Marrero, J 1313817010/318 | 0.20 | 0.20 | 75.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVISE ORDINARY COURSE PROFESSIONALS WEEKLY REPORT. |
| 01/14/11 Fri | Marrero, J 1313817010/319 | 1.60 | 1.60 | 600.00 | 1.30 | F | 1 | MATTER NAME: Fee/Retention Applications<br>DRAFT MEMO TO THE COMMITTEE RE: CAMPBELL & LEVINE APPLICATION FOR RETENTION (1.3); |
| | | | | | 0.30 | F | 2 | REVISE MEMO (0.3) |
| 01/19/11 Wed | Deutsch, D 1313817010/341 | 1.00 | 0.50 | 362.50 | 0.40 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW LAST TWO WEEKLY ORDINARY COURSE REPORTS (.4); |
| | | | | | 0.10 | F | 2 | E-MAIL JESS MARRERO RE: REQUIRED FOLLOW-UP RESEARCH RELATED TO REPORTS (.1); |
| | | | | | 0.50 | F | 3 | BEGIN REVIEW OF DECEMBER FEE APPLICATION (.5). |
| 01/19/11 Wed | Roitman, M 1313817010/336 | 0.20 | 0.20 | 85.00 | 0.10 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW DEBTORS' ORDINARY COURSE PROFESSIONALS REPORT (0.1); |
| | | | | | 0.10 | F | 2 | CONFER WITH D. DEUTSCH RE: SAME (0.1) |
| 01/20/11 Thu | Deutsch, D 1313817010/342 | 6.10 | 0.20 | 145.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications<br>TELEPHONE CONVERSATION WITH DAMIAN SCHAIBLE RE: RELEASE OF CERTAIN SENIOR LENDER PROFESSIONAL FEE INFORMATION (.2); |
| | | | | | 1.30 | F | 2 | REVIEW, RESEARCH AND EDIT PARTS OF RESPONSE TO FEE EXAMINER PRELIMINARY REPORT (1.3); |
| | | | | | 0.40 | F | 3 | MEETING WITH ERIC DAUCHER TO DISCUSS FOLLOW-UP ISSUES RELATED TO SAME (.4); |
| | | | | | 4.20 | F | 4 | COMPLETE REVIEW/EDITING OF DECEMBER TIME (4.2). |
| 01/21/11 Fri | Deutsch, D 1313817010/343 | 0.70 | 0.20 | 145.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW NEW MATERIALS FROM DEBTORS ON ORDINARY COURSE PROFESSIONALS AND E-MAIL JESS MARRERO RE: REQUIRED RESEARCH/FOLLOW-UP ON SAME (.2); |
| | | | | | 0.40 | F | 2 | REVIEW AND EDIT REVISED DRAFT OF DETAILED REPLY TO FEE EXAMINER (.4); |
| | | | | | 0.10 | F | 3 | E-MAIL ERIC DAUCHER RE: REQUIRED ADDITIONAL FOLLOW-UP ON ISSUE IN SAME (.1). |
| 01/21/11 Fri | Deutsch, D 1313817010/349 | 0.50 | 0.50 | 362.50 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW E-MAILS FROM DAVIS PAUKER (GOLDIN) RE: RETENTION ISSUES (.2); |
| | | | | | 0.30 | F | 2 | EXCHANGE MULTIPLE E-MAILS WITH ERIC DAUCHER AND JAMES SOTTILE RE: RESEARCH AND NEXT STEPS RELATED TO SAME (.3). |

~ See the last page of exhibit for explanation

EXHIBIT L  PAGE 6 of  11

EXHIBIT L
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 01/21/11 Fri | Hanessian, A 1313817010/332 | 1.30 | 1.30 | 253.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVISE ORDINARY COURSE PROFESSIONALS CHART |
| 01/21/11 Fri | Marrero, J 1313817010/333 | 1.80 | 1.80 | 675.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW COURT FILINGS AND REVISE MONTHLY ORDINARY COURSE PROFESSIONALS REPORT |
| 01/24/11 Mon | Daucher, E 1313817010/347 | 2.70 | 2.70 | 1,147.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>RESEARCH AND DRAFTING MEMO RE: RETENTION OF EXPERTS. |
| 01/24/11 Mon | Deutsch, D 1313817010/350 | 0.50 | 0.50 | 362.50 | 0.30<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>CALL WITH DAVID PAUKER (GOLDIN) RE: RETENTION ISSUES (.3);<br>EXCHANGE E-MAILS WITH ERIC DAUCHER RE: REQUIRED RESEARCH RELATED TO GOLDIN RETENTION (.2). |
| 01/25/11 Tue | Daucher, E 1313817010/348 | 0.50 | 0.50 | 212.50 | 0.40<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW RESEARCH RE: EXPERT RETENTION ISSUE (.4);<br>CALL TO A. LANDIS RE: SAME (.1). |
| 01/25/11 Tue | Deutsch, D 1313817010/351 | 1.10 | 1.10 | 797.50 | 0.30<br>0.40<br>0.20<br>0.20 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee/Retention Applications<br>CALL WITH ERIC DAUCHER RE: RESULTS OF RESEARCH ON GOLDIN RETENTION (.3);<br>REVIEW RELATED LEGAL ANALYSIS (.4);<br>CALL AND E-MAIL RE: GOLDIN RETENTION RE: ADAM LANDIS (.2);<br>CALL WITH GOLDIN'S COUNSEL AND ERIC DAUCHER RE: RETENTION ISSUES (.2). |
| 01/28/11 Fri | Bava, D 1313817010/356 | 0.50 | 0.50 | 140.00 | 0.40<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW FEE SUMMARIES FILED BY DEBTORS LISTING PAYMENTS TO SENIOR LENDERS' PROFESSIONALS (.40);<br>EMAILS WITH S.SISTLA OF MOELIS RE: SAME (.10). |
| 01/28/11 Fri | Deutsch, D 1313817010/353 | 0.10 | 0.10 | 72.50 | 0.10 | F | 1 | MATTER NAME: Fee/Retention Applications<br>E-MAIL DAMIAN SCHAIBLE RE: UPDATING DATA ON SENIOR LENDER FEES FOR INCLUSION IN COMMITTEE BILLING SUMMARY (.1). |
| 01/28/11 Fri | Marrero, J 1313817010/345 | 0.60 | 0.60 | 225.00 | 0.20<br>0.20<br>0.20 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>RESEARCH RE: LAW FIRM EMPLOYED BY (AND PAID BY DEBTORS), SUBJECT TO COMMITTEE PREFERENCE ACTIONS (0.2);<br>DRAFT EMAIL TO D. DEUTSCH RE: SAME (0.2);<br>DRAFT WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (0.2) |
| 01/28/11 Fri | Roitman, M 1313817010/346 | 0.10 | 0.10 | 42.50 | 0.10 | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONFER WITH S. SISTLA AND D. BAVA RE: BLACKSTONE FEES (0.1) |
| 01/29/11 Sat | Deutsch, D 1313817010/354 | 0.90 | 0.90 | 652.50 | 0.30<br>0.10<br>0.30<br>0.20 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee/Retention Applications<br>REVIEW BILLING MATERIALS SUBMISSION FROM LEGC (.3);<br>E-MAIL KEN KANSA AND KEVIN LANTRY RE: PROPOSED DEBTOR FOLLOW-UP ON SAME (.1);<br>REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.3);<br>EXCHANGE E-MAILS WITH DEBTORS' COUNSEL (JILL LUDWIG) RE: CONFIRMATION ON CERTAIN ORDINARY COURSE PAYMENT ISSUES (.2). |

~ See the last page of exhibit for explanation

EXHIBIT L  PAGE 7 of 11

EXHIBIT L

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 01/31/11 Mon | Yoo, Y 1313817010/355 | 7.30 | 7.30 | 3,613.50 | 6.90 | F 1 | *MATTER NAME: Fee/Retention Applications*<br>CONTINUED DRAFTING AND REVISING COMMITTEE MEMORANDUM RE: LAW DEBENTURE'S FEE DISGORGEMENT MOTION AND SECTION 549 AVOIDANCE ACTIONS (6.9); |
| | | | | | 0.30 | F 2 | DISCUSSED COMMENTS TO SAME WITH DOUGLAS DEUTSCH (.3); |
| | | | | | 0.10 | F 3 | CORRESPONDED BY EMAIL WITH SPECIAL COUNSEL, JAMES SOTTILE, AND LOCAL COUNSEL, RICK COBB, RE: SAME (.1). |
| 02/02/11 Wed | Deutsch, D 1313830010/261 | 0.30 | 0.30 | 217.50 | 0.20 | F 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW OVERVIEW SUMMARY AND ATTACHMENT FROM JESSICA MARRERO RE: DEBTORS NEW RETENTION REQUEST (.2); |
| | | | | | 0.10 | F 2 | E-MAIL JESSICA MARRERO RE: REQUIRED UPDATE TO COMMITTEE ON SAME (.1). |
| 02/02/11 Wed | Yoo, Y 1313830013/4 | 1.20 | 1.20 | 594.00 | 0.10 | F 1 | *MATTER NAME: Avoidance Issues*<br>CORRESPONDED BY EMAIL WITH SPECIAL COUNSEL, JAMES SOTTILE, RE: COMMENTS TO LAW DEBENTURE'S FEE DISGORGEMENT MOTION AND SECTION 549 AVOIDANCE ACTIONS MEMORANDUM (.1); |
| | | | | | 0.80 | F 2 | CONTINUED DRAFTING AND REVISING MOTION TO EXTEND TIME TO COMPLETE SERVICE (.8); |
| | | | | | 0.10 | F 3 | DISCUSSED SAME WITH DOUGLAS DEUTSCH (.1); |
| | | | | | 0.20 | F 4 | CORRESPONDED BY EMAIL WITH LOCAL COUNSEL, RICK COBB, AND JAMES SOTTILE RE: SAME (.2). |
| 02/03/11 Thu | Bava, D 1313830010/266 | 1.20 | 1.20 | 336.00 | 1.20 | F 1 | *MATTER NAME: Fee/Retention Applications*<br>REVISE 7TH INTERIM FEE SUMMARY RE: FEES AND EXPENSES OF SENIOR LENDERS' PROFESSIONALS (1.20). |
| 02/03/11 Thu | Deutsch, D 1313830010/262 | 0.30 | 0.30 | 217.50 | 0.20 | F 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW SUMMARY FROM DAMIAN SCHAIBLE RE: DATA FOR COMMITTEE ON SENIOR LENDER FEES (.2); |
| | | | | | 0.10 | F 2 | E-MAIL MARC ROITMAN RE: FURTHER ANALYSIS ON SAME (.1). |
| 02/03/11 Thu | Roitman, M 1313830010/264 | 0.40 | 0.40 | 170.00 | 0.20 | F 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW SENIOR LENDER PROFESSIONAL FEES AND REVISE FEE SUMMARY (0.2); |
| | | | | | 0.20 | F 2 | CORRESPOND WITH D. BAVA AND D. DEUTSCH RE: SAME (0.2). |
| 02/04/11 Fri | Deutsch, D 1313830010/263 | 0.70 | 0.70 | 507.50 | 0.40 | F 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW DRAFT SUMMARY/MEMORANDUM FOR COMMITTEE ON UPDATED FEE ANALYSIS FOR ALL CASE PROFESSIONALS (.4); |
| | | | | | 0.10 | F 2 | CALL WITH SENIOR LENDER COUNSEL (ELI VONNERGURT) RE: QUESTION RE: SENIOR LENDER FEES (.1); |
| | | | | | 0.20 | F 3 | EDIT MEMORANDUM TO ADDRESS SAME (.2). |
| 02/04/11 Fri | Marrero, J 1313830010/257 | 0.20 | 0.20 | 75.00 | | F 1 | *MATTER NAME: Fee/Retention Applications*<br>UPDATE ORDINARY COURSE PROFESSIONALS WEEKLY REPORT |
| 02/08/11 Tue | Marrero, J 1313830010/269 | 1.10 | 1.10 | 412.50 | | F 1 | *MATTER NAME: Fee/Retention Applications*<br>DRAFT MEMO TO COMMITTEE RE: DEBTORS' SUPPLEMENTAL APPLICATION TO RETAIN NOVACK & MACEY |
| 02/09/11 Wed | Yoo, Y 1313830013/9 | 1.00 | 1.00 | 495.00 | 0.10 | F 1 | *MATTER NAME: Avoidance Issues*<br>REVIEWED EDITS TO MOTION TO EXTEND SERVICE (.1); |
| | | | | | 0.20 | F 2 | CORRESPONDED BY EMAIL WITH DOUGLAS DEUTSCH AND LOCAL COUNSEL, RICK COBB, RE: SAME (.2); |
| | | | | | 0.10 | F 3 | CORRESPONDED BY EMAIL WITH RICK COBB RE: FURTHER REVISIONS TO SAME (.1); |
| | | | | | 0.60 | F 4 | DRAFTED AND REVISED EMAIL RESPONSE TO DEBTORS' COUNSEL RE: REINSTATED FEE DISGORGEMENT MOTION (.6). |

~ See the last page of exhibit for explanation

EXHIBIT L  PAGE 8 of 11

EXHIBIT L

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 02/10/11 Thu | Yoo, Y 1313830013/10 | 5.20 | 5.20 | 2,574.00 | 0.20 | F | 1 | *MATTER NAME: Avoidance Issues* CORRESPONDED BY EMAIL WITH DOUGLAS DEUTSCH RE: STIPULATED FACTS RE: TCV (.2); |
| | | | | | 0.40 | F | 2 | DISCUSSED REINSTATED FEE DISGORGEMENT MOTION WITH DOUGLAS DEUTSCH (.4); |
| | | | | | 4.60 | F | 3 | RESEARCHED ISSUE RE: CERTAIN GUARANTY ISSUES (4.6). |
| 02/11/11 Fri | Deutsch, D 1313830010/272 | 0.20 | 0.20 | 145.00 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications* EXCHANGE E-MAILS WITH JESSICA MARRERO RE: ORDINARY COURSE PROFESSIONAL MATTER (.2). |
| 02/11/11 Fri | Marrero, J 1313830010/270 | 0.60 | 0.60 | 225.00 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW DOCUMENTS RE: RETENTION OF ORDINARY COURSE PROFESSIONALS (0.2); |
| | | | | | 0.40 | F | 2 | UPDATE ORDINARY COURSE PROFESSIONALS REPORT (0.4) |
| 02/14/11 Mon | Deutsch, D 1313830010/280 | 0.30 | 0.30 | 217.50 | 0.30 | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW AND REVISE MEMORANDUM TO COMMITTEE ON RETENTION OF NEW DEBTOR PROFESSIONAL (.3). |
| 02/17/11 Thu | Marrero, J 1313830010/279 | 0.60 | 0.60 | 225.00 | 0.50 | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW INTRALINKS POSTINGS AND COURT DOCKET RE: MOELIS AFFIDAVITS RE: CONFLICTS (0.5); |
| | | | | | 0.10 | F | 2 | DISCUSS WITH D. DEUTSCH (0.1) |
| 02/17/11 Thu | Roitman, M 1313830010/283 | 0.20 | 0.20 | 85.00 | 0.10 | F | 1 | *MATTER NAME: Fee/Retention Applications* CORRESPOND WITH LANDIS RE: FILING OF LEMAY AFFIDAVIT (0.1); |
| | | | | | 0.10 | F | 2 | CORRESPOND WITH D. LEMAY RE: SAME (0.1) |
| 02/20/11 Sun | Deutsch, D 1313830010/289 | 0.20 | 0.20 | 145.00 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.2). |
| 02/22/11 Tue | Marrero, J 1313830010/285 | 0.20 | 0.20 | 75.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW DEBTORS' ORDINARY COURSE PROFESSIONALS REPORT |
| 02/23/11 Wed | Hanessian, A 1313830010/297 | 0.80 | 0.80 | 156.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVISE ORDINARY COURSE PROFESSIONALS CHART. |
| 02/23/11 Wed | Marrero, J 1313830010/292 | 0.10 | 0.10 | 37.50 | 0.10 | F | 1 | *MATTER NAME: Fee/Retention Applications* DRAFT EMAIL TO A. HANESSIAN RE: ORDINARY COURSE PROFESSIONALS REPORT (0.1) |
| 02/24/11 Thu | Deutsch, D 1313830010/290 | 2.20 | 0.40 | 290.00 | 0.10 | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW WEEKLY ORDINARY COURSE REPORT (.1); |
| | | | | | 0.20 | F | 2 | EXCHANGE MULTIPLE E-MAILS WITH JESSICA MARRERO RE: REQUIRED FOLLOW-UP ON PROPOSED INCREASES IN PROFESSIONAL ""CAPS" (.2); |
| | | | | | 0.10 | F | 3 | REVIEW RELATED ORDINARY COURSE ORDER (.1); |
| | | | | | 1.80 | F | 4 | BEGIN REVIEW OF JANUARY FEE STATEMENT (1.8). |
| 02/24/11 Thu | Hanessian, A 1313830010/298 | 0.90 | 0.90 | 175.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVISE ORDINARY COURSE PROFESSIONALS CHART. |

~  See the last page of exhibit for explanation

EXHIBIT L  PAGE 9 of 11

EXHIBIT L
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| | | | | | | | | *MATTER NAME: Fee/Retention Applications* |
| 02/24/11 | Marrero, J | 1.00 | 2.00 | 750.00 | 0.30 | F | 1 | REVIEW ORDER RE: ORDINARY COURSE PROFESSIONALS MONTHLY CAP (0.3); |
| Thu | 1313830010/293 | | | | 0.40 | F | 2 | REVIEW DEBTORS' INVOICE REPORT (0.4); |
| | | | | | 0.20 | F | 3 | REVIEW UPDATES TO ORDINARY COURSE PROFESSIONALS REPORT (0.2); |
| | | | | | 1.10 | F | 4 | REVISE ORDINARY COURSE PROFESSIONALS REPORT (1.1) |
| | | | | | | | | *MATTER NAME: Fee/Retention Applications* |
| 02/25/11 | Marrero, J | 0.50 | 0.50 | 187.50 | 0.50 | F | 1 | REVISE ORDINARY COURSE PROFESSIONALS REPORT (0.5) |
| Fri | 1313830010/294 | | | | | | | |
| | | | 83.90 | $39,396.00 | | | | |
| Total | | | | | | | | |
| | Number of Entries: | 90 | | | | | | |

EXHIBIT L

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Ashley, M | 0.60 | 405.00 |
| Bava, D | 1.70 | 476.00 |
| Daucher, E | 3.20 | 1,360.00 |
| Deutsch, D | 12.90 | 9,352.50 |
| Distefano, M | 6.80 | 2,550.00 |
| Hanessian, A | 3.80 | 741.00 |
| Lamb, H | 2.60 | 741.00 |
| LeMay, D | 0.80 | 716.00 |
| Marrero, J | 24.60 | 9,225.00 |
| Roltman, M | 9.20 | 3,910.00 |
| Rosenblatt, A | 1.20 | 870.00 |
| Seife, H | 1.80 | 1,773.00 |
| Yoo, Y | 14.70 | 7,276.50 |
| | 83.90 | $39,396.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Avoidance Issues | 7.40 | 3,663.00 |
| Fee/Retention Applications | 76.50 | 35,733.00 |
| | 83.90 | $39,396.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT L  PAGE 11 of 11