## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| In re: * | Chapter 11 |
| * | |
| TRIBUNE COMPANY, et al, * | Case No. 08-13141 (KJC) |
| * | |
| Debtors. * | |
| * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF WITHDRAWAL OF APPEARANCE
### LEONARD H. GERSON AND MICHAEL SCHLOSS ON BEHALF OF SECRETARY OF
### THE UNITED STATES DEPARTMENT OF LABOR

TO:  CLERK OF THE BANKRUPTCY COURT, THE DEBTORS AND ALL PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that the Appearance of Michael Schloss and Leonard H. Gerson on behalf of Hilda L. Solis, Secretary of Labor, United States Department of Labor is hereby withdrawn in the above captioned cases. It is hereby requested that Mr. Schloss and Mr. Gerson also be removed from the CM/ECF system in the above captioned cases.

Dated: May 24, 2012

                                            s/Leonard H. Gerson
                                          **LEONARD H. GERSON**
                                          Trial Attorney
                                          U.S. Department of Labor
                                          Office of the Solicitor
                                          Plan Benefits Security Division
                                          P.O. Box 1914
                                          Washington, D.C. 20013
                                          Telephone: (202) 693-5615
                                          Facsimile: (202) 693-5610
                                          gerson.leonard@dol.gov