## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, Alan N. Salpeter, Esquire and Therese King Nohos, Esquire, counsel for Daniel G. Kazan, are now affiliated with Kaye Scholer LLP. Their new contact information is as follows:

Alan N. Salpeter, Esq.
Therese King Nohos, Esq.
Kaye Scholer LLP
Three First National Plaza
70 West Madison Street, Suite 4200
Chicago, IL 60602
Phone: (312) 583-2453
alan.salpeter@kayescholer.com
therese.nohos@kayescholer.com

Dated: May 25, 2012         Respectfully submitted,
Wilmington, Delaware
                            **POLSINELLI SHUGHART PC**

                      By:   */s/ Shanti M. Katona*
                            Christopher A. Ward (Del. Bar No. 3877)
                            Shanti M. Katona (Del. Bar No. 5352)
                            222 Delaware Avenue, Suite 1101
                            Wilmington, Delaware 19801
                            Telephone:  (302) 352-0920
                            Facsimile:  (302) 252-0921
                            cward@polsinelli.com
                            skatona@polsinelli.com

                            - and -

Alan N. Salpeter, Esq.
Therese King Nohos, Esq.
Kaye Scholer LLP
Three First National Plaza
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
Telephone: (312) 583-2453
alan.salpeter@kayescholer.com
therese.nohos@kayescholer.com

Attorneys for Daniel Kazan

ii