# EXHIBIT A

**TRIBUNE COMPANY, et al.**

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### April 1, 2012 through April 30, 2012

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 27.50 | $ 12,703.50 |
| Committee Meetings | 003 | 46.40 | 32,482.00 |
| Creditor Communications | 004 | 9.70 | 6,876.50 |
| Business Operations | 007 | 67.90 | 47,152.50 |
| Claims Administration/Bar Date | 009 | 3.50 | 2,030.50 |
| Fee/Retention Applications | 010 | 78.00 | 36,995.00 |
| Employee Issues | 014 | 38.20 | 26,709.00 |
| Travel | 018 | 14.70 | 5,625.75 |
| Shareholder Claims | 020 | 25.00 | 17,389.00 |
| Plan Litigation | 021 | 177.20 | 127,463.00 |
| **Total** | | **488.10** | **$315,426.75** |

\* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

For Services Through April 30, 2012

Our Matter #19804.002
          BANKRUPTCY GENERAL


| | | | |
|---|---|---|---|
| 04/02/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.40); prepare confirmation related deadlines calendar (.10). | 1.10 hrs. |
| 04/02/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.70 hrs. |
| 04/02/12 | D. M. LeMAY | Review latest court filings. | 1.00 hrs. |
| 04/03/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.70 hrs. |
| 04/03/12 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.4). | 0.40 hrs. |
| 04/04/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 04/05/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.70 hrs. |
| 04/06/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |
| 04/09/12 | D. M. LeMAY | Review all latest court filings. | 0.50 hrs. |
| 04/09/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.30); prepare confirmation related deadlines calendar (.10). | 0.90 hrs. |
| 04/09/12 | D. E. DEUTSCH | Review last three daily reports, pleadings therein and court calendar (.6). | 0.60 hrs. |
| 04/10/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 04/11/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.40). | 1.10 hrs. |
| 04/12/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.40). | 1.10 hrs. |
| 04/13/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 04/16/12 | D. M. LeMAY | Review latest court filings. | 0.80 hrs. |
| 04/16/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611


| 04/17/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |
|---|---|---|---|
| 04/17/12 | D. E. DEUTSCH | Review last two pleading reports, pleadings therein and court calendar (.4). | 0.40 hrs. |
| 04/18/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.90 hrs. |
| 04/19/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.90 hrs. |
| 04/20/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.70 hrs. |
| 04/22/12 | D. E. DEUTSCH | Review last three daily reports, pleadings therein and court calendar (.4). | 0.40 hrs. |

| 04/23/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.30). | 1.40 hrs. |
| 04/23/12 | M. DISTEFANO | Reviewed agenda for 4/25 hearing (.2); | 0.20 hrs. |
| 04/23/12 | D. M. LeMAY | Review all latest court filings. | 0.80 hrs. |
| 04/24/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10); prepare materials for April 25, 2012 omnibus hearing (1.20). | 2.30 hrs. |
| 04/24/12 | D. E. DEUTSCH | Exchange e-mails with David LeMay re: approach to tomorrow's hearing (.2). | 0.20 hrs. |
| 04/24/12 | D. M. LeMAY | Telephone conference w/K. Lantry (.1) regarding tomorrow's hearing.  Review motion on calendar and fee application (.2). | 0.30 hrs. |
| 04/25/12 | D. M. LeMAY | Prepare for (.5) and participate in (.4) omnibus hearing in USBC. | 0.90 hrs. |
| 04/25/12 | D. E. DEUTSCH | Review last two pleading reports, pleadings therein and court calendar (.4). | 0.40 hrs. |
| 04/25/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

|            |               | daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | |
|------------|---------------|------------|----------|
| 04/26/12 | D. E. DEUTSCH | Review last two pleading reports, pleadings therein and court calendar (.3). | 0.30 hrs. |
| 04/26/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |
| 04/27/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.90 hrs. |
| 04/30/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.70 hrs. |
| 04/30/12 | D. E. DEUTSCH | Exchange e-mails with David Bava and Michael Distefano re: Intralinks postings and related issue (.3). | 0.30 hrs. |
| 04/30/12 | D. M. LeMAY | Review all latest court filings. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page     7
CHICAGO, IL 60611


          Total Fees for Professional Services.............  $12,703.50


                          TIMEKEEPER SUMMARY

Timekeeper's Name                Rate    Hours        Amount

D. M. LeMAY                     925.00    5.10        4717.50
D. E. DEUTSCH                   745.00    3.00        2235.00
D. BAVA                         295.00   19.20        5664.00
M. DISTEFANO                    435.00     .20          87.00
                      TOTALS             27.50       12703.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

For Services Through April 30, 2012

Our Matter #19804.003
          COMMITTEE MEETINGS

| | | | |
|---|---|---|---|
| 04/02/12 | M. DISTEFANO | Drafted, revised and circulated agenda for professionals call (.4); | 0.40 hrs. |
| 04/02/12 | D. E. DEUTSCH | Review and edit draft Committee professionals meeting agenda (.2). | 0.20 hrs. |
| 04/03/12 | D. E. DEUTSCH | Prepare for today's committee professionals meeting (.7); participate in related call (.6). | 1.30 hrs. |
| 04/03/12 | M. ROITMAN | Conference Call with Committee Professionals (0.5). | 0.50 hrs. |
| 04/03/12 | A. ROSENBLATT | Participate on Committee professionals call. | 0.60 hrs. |
| 04/03/12 | M. DISTEFANO | Participate in Committee Professionals call (.5); drafted agenda for Committee meeting (.8) | 1.30 hrs. |
| 04/03/12 | D. M. LeMAY | Weekly call of Committee advisors. | 0.50 hrs. |
| 04/03/12 | M. D. ASHLEY | Reviewed pleadings and correspondence in preparation for weekly Committee professionals' meeting (.7); attended weekly Committee professionals' meeting (.5). | 1.20 hrs. |
| 04/03/12 | T. J. MCCORMACK | Prep for (0.5) and attend professionals meeting on Tribune (0.5). | 1.00 hrs. |
| 04/04/12 | H. SEIFE | Prepare for Committee meeting. | 1.00 hrs. |
| 04/05/12 | H. SEIFE | Attend pre-meeting with team (.3); telephonic meeting with Committee (1.1). | 1.40 hrs. |
| 04/05/12 | D. M. LeMAY | Prepare for (.6) and participate in (1.2) telephone committee meeting. | 1.80 hrs. |
| 04/05/12 | R. KURTH | Attend Chadbourne team meeting re: MIP before Committee call (0.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           May 22, 2012
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 04/05/12 | J. A. STENGER | Attend telephone Committee meeting re: DirecTV complaint (1.0) and prepare follow-up correspondence to J. Logan regarding same (0.4). | 1.40 hrs. |
| 04/05/12 | M. DISTEFANO | Prepared for Committee meeting (.5); take notes at Committee meeting (1.0); drafted Committee Meeting minutes (1.1); | 2.60 hrs. |
| 04/05/12 | D. GALLAI | Attended Committee conference call re: MIP issues. | 1.00 hrs. |
| 04/05/12 | A. ROSENBLATT | Prepare for (.3) and participate at Creditors' Committee pre-meeting with team (.3) and participate in Committee meeting (1.1). | 1.70 hrs. |
| 04/05/12 | D. E. DEUTSCH | Revise presentation to Committee on FCC/DirecTV matters to reflect last night's settlement (.6); review materials on 2012 MIP to prepare for today's Committee meeting (.7); participate in pre-meeting with David LeMay, Howard Seife and, in part, David Gallai (.3); participate in today's Committee meeting (1.0). | 2.60 hrs. |
| 04/06/12 | D. E. DEUTSCH | Review and revise versions of last Committee meeting minutes (.7). | 0.70 hrs. |
| 04/06/12 | M. DISTEFANO | Revised Committee meeting minutes (.6). | 0.60 hrs. |
| 04/09/12 | M. DISTEFANO | Drafted agenda for professionals meeting (.3); prepared for professionals call (.3) | 0.60 hrs. |
| 04/09/12 | D. E. DEUTSCH | Review and edit draft Committee professionals agenda (.2). | 0.20 hrs. |
| 04/09/12 | T. J. MCCORMACK | Review agenda for professionals meeting on 4/10 (0.1). | 0.10 hrs. |
| 04/10/12 | T. J. MCCORMACK | Prep for (0.3) and attend professionals meeting (0.6). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 22, 2012
435 N. MICHIGAN AVENUE                               Page   3
CHICAGO, IL 60611

| 04/10/12 | D. E. DEUTSCH | Prepare for today's Committee professional meeting (.5); participate in same (.6); review and edit draft Committee agenda (.1). | 1.20 hrs. |
|---|---|---|---|
| 04/10/12 | A. ROSENBLATT | Participate in Committee professionals call. | 0.60 hrs. |
| 04/10/12 | M. ROITMAN | Conference call with Committee Professionals (0.5). | 0.50 hrs. |
| 04/10/12 | J. MARRERO | Attend Committee professionals meeting. | 0.60 hrs. |
| 04/10/12 | D. M. LeMAY | Weekly meeting of Committee professionals. | 0.70 hrs. |
| 04/10/12 | M. DISTEFANO | Attendance at Committee Professionals meeting (.5); drafted agenda for Thursday Committee Meeting (.4); | 0.90 hrs. |
| 04/11/12 | M. DISTEFANO | Finalize and post Committee meeting agenda to Intralinks (.2) | 0.20 hrs. |
| 04/11/12 | H. SEIFE | Preparation for Committee meeting. | 1.00 hrs. |
| 04/11/12 | D. M. LeMAY | Revise draft handout for tomorrow's Committee meeting (1.1). | 1.10 hrs. |
| 04/12/12 | D. E. DEUTSCH | Prepare for today's Committee meeting (.5); call with Brad Hall to discuss Committee meeting process on 2012 MIP (.2); participate in Committee meeting (.9). | 1.60 hrs. |
| 04/12/12 | H. SEIFE | Prepare for Committee meeting (.9); telephonic Committee meeting (1.2). | 2.10 hrs. |
| 04/12/12 | A. ROSENBLATT | Prepare for (.3) and attend Creditors' Committee meeting (1.1). | 1.40 hrs. |
| 04/12/12 | D. M. LeMAY | Prepare for (.6) and participate in (1.1) telephonic Committee meeting. | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/12/12 | M. ROITMAN | Prepare for Committee meeting re: Allocation Dispute Ruling (0.3); Attendance at Committee Meeting (0.9); | 1.20 hrs. |
| 04/12/12 | J. MARRERO | Take minutes at Committee meeting (0.9); draft meeting minutes (0.4). | 1.30 hrs. |
| 04/12/12 | D. GALLAI | Attended weekly Committee call re: MIP issues. | 0.70 hrs. |
| 04/16/12 | J. MARRERO | Draft agenda for Committee professionals meeting (0.4); conference with D.Deutsch re: same (0.1). | 0.50 hrs. |
| 04/16/12 | D. E. DEUTSCH | Review and edit draft agenda for Committee professional meeting (.2). | 0.20 hrs. |
| 04/17/12 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: next Committee meeting matters (.2); review and edit minutes from last Committee meeting (.4). | 0.60 hrs. |
| 04/17/12 | J. MARRERO | Draft meeting minutes (0.7); email correspondence with D.Deutsch re: Committee meeting issue (0.3); draft email to Committee members re: same (0.3). | 1.30 hrs. |
| 04/18/12 | D. E. DEUTSCH | Final review and editing of last Committee meeting minutes (.2). | 0.20 hrs. |
| 04/18/12 | J. MARRERO | Draft April 19 meeting minutes (0.9); revise same (0.4); draft posting to Committee re same (0.3) | 1.60 hrs. |
| 04/19/12 | M. DISTEFANO | Reviewed committee meeting minutes from 4/12 (.2); | 0.20 hrs. |
| 04/23/12 | M. DISTEFANO | Drafted professionals meeting agenda . | 0.20 hrs. |
| 04/23/12 | D. E. DEUTSCH | Exchange e-mails with Howard Seife and David LeMay re: upcoming Committee/Committee professional matters (.2); e-mail Michael Distefano re: drafting update to Committee professionals on same (.1). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 22, 2012
435 N. MICHIGAN AVENUE                              Page   5
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/24/12 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano re: various Committee planning matters (.2). | 0.20 hrs. |
| 04/30/12 | T. J. MCCORMACK | Review agenda for 5/1 professionals' meeting (0.1). | 0.10 hrs. |
| 04/30/12 | M. DISTEFANO | Drafted agenda for professionals call (.3); | 0.30 hrs. |

**Total Fees for Professional Services.............. $32,482.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 5.80 | 5365.00 |
| H. SEIFE | 995.00 | 5.50 | 5472.50 |
| T. J. MCCORMACK | 875.00 | 2.10 | 1837.50 |
| J. A. STENGER | 645.00 | 1.40 | 903.00 |
| M. D. ASHLEY | 695.00 | 1.20 | 834.00 |
| A. ROSENBLATT | 745.00 | 4.30 | 3203.50 |
| D. E. DEUTSCH | 745.00 | 9.30 | 6928.50 |
| D. GALLAI | 705.00 | 1.70 | 1198.50 |
| J. MARRERO | 435.00 | 5.30 | 2305.50 |
| M. DISTEFANO | 435.00 | 7.30 | 3175.50 |
| M. ROITMAN | 495.00 | 2.20 | 1089.00 |
| R. KURTH | 565.00 | .30 | 169.50 |
| TOTALS | | 46.40 | 32482.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       May 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                   Page    1

                              For Services Through April 30, 2012

Our Matter #19804.004
            CREDITOR COMMUNICATIONS


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 04/02/12 | D. E. DEUTSCH | Review and respond to request for information from Gordon Novod (counsel to Wilmington Trust) (.2). | 0.20 hrs. |
| 04/04/12 | D. E. DEUTSCH | Review inquiry from Committee member's counsel (Eli Vonnegut) re: Committee process question (.2); respond to same (.1). | 0.30 hrs. |
| 04/05/12 | D. E. DEUTSCH | E-mail Michael Distefano re: inquiry from Committee member (Eli Vonnegut) (.2); review Tribune notice on pension issue per request from Bill Salganik (.3) and hold related call with Rachel Santangelo (.2); call Bill Salganik re: same (.1); call with Eli Vonnegut re: inquiry on Committee issue (.1). | 0.90 hrs. |
| 04/05/12 | A. ROSENBLATT | Emails with Seife re: creditor (Pimco) inquiry (.2) and call with creditor re: Article 3 distributions and related issues (.3). | 0.50 hrs. |
| 04/06/12 | D. E. DEUTSCH | Telephone call with Committee member (Alec Lipkind) re: general Tribune case status and related matters (.4). | 0.40 hrs. |
| 04/09/12 | A. ROSENBLATT | Calls with Pimco and Moelis re: creditor request for recovery model and related issues (.6); call J. Teitelbaum re: plan amendments and related issues (.4). | 1.00 hrs. |
| 04/10/12 | A. ROSENBLATT | Call (.2) and emails (.3) with J. Teitelbaum re: impact of allocation dispute ruling and related confirmation issues; follow-up emails with Teitelbaum to answer questions re: plan recoveries (.3). | 0.80 hrs. |

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 04/11/12 | D. E. DEUTSCH | Review plan to address inquiry from Committee member (Alec Lipkind) on post-petition entity (.2); call Marc Roitman re: related inquiry (.1); review related analysis (.2) and e-mail Alec Lipkind on same (.1); participate in part of call with David Adler and Brad Hall re: 2012 MIP (.4). | 1.00 hrs. |
| 04/12/12 | M. ROITMAN | Confer/correspond with S. Agrawal re: Litigation Trust (0.7) | 0.70 hrs. |
| 04/17/12 | D. E. DEUTSCH | Review information request from Arrowgrass Capital and e-mail Marc Roitman on same (.1); respond to Arrowgrass (.1). | 0.20 hrs. |
| 04/19/12 | D. E. DEUTSCH | Review and respond to inquiry from counsel to JPMorgan re: this week's Committee matters (.2). | 0.20 hrs. |
| 04/23/12 | D. E. DEUTSCH | Review inquiry from Alec Lipkind on case matter (.1); e-mail Marc Roitman re: required research on same (.1); review and analysis of parts of allocation ruling (1.4); discuss issue with Marc Roitman (.2). | 1.80 hrs. |
| 04/24/12 | D. E. DEUTSCH | Review research (.2) and respond to inquiry from Cassandra Caverly (PBGC) re: FCC-related matter (.2); | 0.40 hrs. |
| 04/25/12 | D. E. DEUTSCH | Exchange e-mails with Alec Lipkind (Buena Vista) re: case status inquiry (.1). | 0.10 hrs. |
| 04/30/12 | M. ROITMAN | Confer/correspond with D. Lambeck re: Other Parent Claim elections (0.7); | 0.70 hrs. |
| 04/30/12 | A. ROSENBLATT | Review Teitelbaum email re: confirmation order request and finding re: tax treatment of retiree distributions (.2); call with Jay Teitelbaum re: release issue related to plan (.3). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611


**Total Fees for Professional Services.............   $6,876.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. ROSENBLATT | 745.00 | 2.80 | 2086.00 |
| D. E. DEUTSCH | 745.00 | 5.50 | 4097.50 |
| M. ROITMAN | 495.00 | 1.40 | 693.00 |
| TOTALS |  | 9.70 | 6876.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                              For Services Through April 30, 2012

Our Matter #19804.007
            BUSINESS OPERATIONS
```

| | | | |
|---|---|---|---|
| 04/02/12 | M. DISTEFANO | Prepare Intralinks posting note for Committee re DirecTV FCC Complaint (.3) | 0.30 hrs. |
| 04/02/12 | M. A. ALPERT | Reviewed Info package re: sale of Debtor subsidiary business (.5); conf. with N.Scannavino re: same (.2). | 0.70 hrs. |
| 04/02/12 | D. M. LeMAY | Review DirecTV complaint (1.1); conference w/D. Deutsch regarding same (.3); telephone conference w/Sidley and Dewey regarding same (.2). | 1.60 hrs. |
| 04/02/12 | J. A. STENGER | Review correspondence from J. Logan regarding JPMorgan ex parte filing at FCC (0.2) and research regarding same (0.4); research regarding retransmission dispute with DirecTV (1.0); research regarding DirecTV FCC complaint against Tribune (1.6) and prepare related correspondence to J. Logan and D. Deutsch regarding same (0.9). | 4.10 hrs. |
| 04/02/12 | D. E. DEUTSCH | Review two articles and related notes from James Stenger re: DirecTV/Tribune dispute (.3); exchange e-mails with Brad Hall re: same (.2); review draft FCC complaint and exhibits and outline issues in same (1.4); review related analysis from James Stenger (.3); related meeting with David LeMay re: next steps (.3); draft summary memorandum on FCC complaint to Committee (.5); exchange related e-mails on posting note with Michael Distefano (.1). | 3.10 hrs. |
| 04/02/12 | H. SEIFE | Review of DirecTV complaint with FCC | 0.80 hrs. |

| | | | |
|---|---|---|---|
| 04/02/12 | N. SCANNAVINO | Review information statement re: sale of Debtor subsidary business (.9) and discuss same with M. Alpert (.2). | 1.10 hrs. |
| 04/03/12 | N. SCANNAVINO | Correspondence with C. Lin regarding sale of Debtor subsidiary business. | 0.20 hrs. |
| 04/03/12 | D. E. DEUTSCH | Call with Damian Schaible re: new FCC Complaint (.2); review FCC materials to prepare for call with DCL's FCC attorneys (.4); exchange related e-mails with James Stenger (.2); participate in related call (.6); call with Kevin Lantry re: FCC issues (.2); review news release on DirecTV complaint (.4); analysis of parts of DirecTV Complaint (.3); call with Jessica Boelter re: DirecTV FCC Complaint (.3); call with Bruce Bennett and David LeMay re: Oaktree analysis of DirecTV complaint (.5); exchange e-mails with James Stenger re: required research related to DirecTV Complaint (.3). | 3.40 hrs. |
| 04/03/12 | J. A. STENGER | Prepare for conference call (0.7) and conference call with Tribune and creditor FCC counsel regarding DirecTV FCC Complaint against Tribune (0.8); follow-up research regarding unauthorized transfer of control issues and potential effect on Exit Applications (1.7). | 3.20 hrs. |
| 04/03/12 | D. M. LeMAY | Telephone conferences (2x) with Dewey regarding DirecTV complaint (.5).   Conference w/D. Deutsch regarding same (.3). | 0.80 hrs. |
| 04/04/12 | J. A. STENGER | Prepare for Committee meeting regarding DirecTV FCC complaint against Tribune and potential impact on Exit Applications (0.7); research regarding DirecTV complaint and response procedures (0.4) and telephone conference with Tribune FCC counsel regarding same (0.4); telephone conference with D. Deutsch regarding DirecTV | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |           |
|------------|----------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | complaint and presentation to Committee (0.4); review and revise draft Committee presentation regarding same (1.6).                                                                                                                                                                                                                                                                                                                                                                                                  |           |
| 04/04/12   | D. E. DEUTSCH  | Review new press releases and news articles on DirecTV/Tribune FCC dispute (.6); hold call on related issues with James Stenger (.5); exchange related e-mails on FCC issues with James Stenger (.4); draft outline of presentation to Committee on DirecTV issues (1.2); exchange e-mails with James Stenger re: same (.2).                                                                                                                                                                                            | 2.90 hrs. |
| 04/04/12   | H. SEIFE       | Review of AlixPartners weekly report (.3); review of Moelis report (.2).                                                                                                                                                                                                                                                                                                                                                                                                                                             | 0.50 hrs. |
| 04/04/12   | H. SEIFE       | Review of DirectTV settlement.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | 0.40 hrs. |
| 04/05/12   | D. E. DEUTSCH  | Review various news articles and press releases re: settlement between DirecTV and Tribune (.3); e-mail James Stenger re: meeting with Debtors' FCC counsel on same (.1); exchange e-mails with Brad Hall re: report to Committee on Legacy sale (.2); call with Debtors' litigation counsel (Jim Bendernagle) re: DirecTV settlement (.2); e-mail Brad Hall and Alan Holtz re: required follow-up with A&M on DirecTV settlement (.2); call with John Feore (Debtors' FCC counsel) and James Stenger re: DirecTV settlement (.3); draft posting note to Committee re: DirecTV settlement (.2). | 1.50 hrs. |
| 04/05/12   | J. A. STENGER  | Research regarding settlement of DirecTV complaint (0.6) and telephone conference with J. Feore, Tribune FCC counsel, regarding same (0.5); revise Committee presentation regarding DirecTV complaint (0.7); telephone conference with D. Deutsch regarding same (0.3).                                                                                                                                                                                                                                               | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 04/05/12 | M. DISTEFANO | Reviewed Committee bylaws re trading issue (.3); drafted memo re dismissal of Forest Products case (.3); | 0.60 hrs. |
| 04/05/12 | M. DISTEFANO | Prepared materials to post to Intralinks re DirecTV issue (.2); | 0.20 hrs. |
| 04/10/12 | M. DISTEFANO | Call (.2) and email (.2) with B. Hall re 2012 MIP. | 0.40 hrs. |
| 04/10/12 | D. E. DEUTSCH | Review and respond to inquiry from Alan Holtz (.2); call with James Stenger re: FCC matter/next steps (.2); exchange e-mails with James Stenger re: multiple FCC matters (.2). | 0.60 hrs. |
| 04/10/12 | J. A. STENGER | Correspondence (0.5) and telephone conference (0.5) with J. Feore regarding FCC exit applications and amendments; office correspondence with D. Deutsch regarding same (0.3); research regarding exit issues (0.6). | 1.90 hrs. |
| 04/11/12 | J. A. STENGER | Correspondence with D. Deutsch regarding FCC exit applications (0.3); research regarding dismissal of DirecTV complaint (1.2); research regarding update to FCC on court proceedings (1.0). | 2.50 hrs. |
| 04/11/12 | H. SEIFE | Review of AlixPartners weekly report. | 0.30 hrs. |
| 04/11/12 | D. E. DEUTSCH | Review memorandum from James Stenger re: various FCC matters (.2); exchange related e-mails on required next steps with James Stenger (.1). | 0.30 hrs. |
| 04/12/12 | D. E. DEUTSCH | Review revised FCC procedures motion exhibits and revised order (1.2); exchange related e-mails with James Stenger (.2). | 1.40 hrs. |
| 04/12/12 | H. SEIFE | Review of Moelis weekly report. | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         May 22, 2012
435 N. MICHIGAN AVENUE                                Page    5
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/12/12 | J. A. STENGER | Review correspondence from A. Stromberg (0.3) and revised FCC procedures motion (1.1); research regarding JPMorgan waiver requests for FCC exit applications (2.1). | 3.50 hrs. |
| 04/13/12 | D. E. DEUTSCH | Review and edit draft memorandum (.5) and related deal materials re: new business venture by Debtor subsidiary (1.1). | 1.60 hrs. |
| 04/16/12 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: filing of FCC "Comment" (.2); call with Zul Jamal re: analysis of new Debtor transaction related to Newport News (.3); e-mail Jessica Marrero re: required follow-up re: same (.1); e-mail Zul Jamal re: same (.1); exchange additional e-mails with James Stenger re: FCC filing and other matters (.3); review draft memorandum to Committee from Zul Jamal re: Newport News business transactions (.4); draft mark-up including legal analysis on issue for same (.6); related call to Zul Jamal (.1). | 2.10 hrs. |
| 04/17/12 | D. E. DEUTSCH | Review revised memorandum from Moelis on proposed transaction involving Newport News paper (.2); e-mail Zul Jamal on same (.1). | 0.30 hrs. |
| 04/17/12 | M. STRAND | Reviewed, finalized and filed Committee Comments with FCC re: propsed NBCO rulemaking (0.6); correspondence with J.Stenger re: same (0.3). | 0.90 hrs. |
| 04/17/12 | J. A. STENGER | Finalize and file Committee Comments with FCC re: NBCO proposed rule. | 0.50 hrs. |
| 04/18/12 | H. SEIFE | Review of AlixPartners weekly report. | 0.30 hrs. |
| 04/18/12 | J. MARRERO | Draft Intralinks posting re Moelis memorandum re: Daily Press (0.4); email correspondence with D.Deutsch and Moelis re: same (0.3). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| 04/18/12 | D. E. DEUTSCH | Review memorandum on outsourcing certain printing work and make final edits to same (.6); review and edit related posting note (.2); hold call on various FCC matters with James Stenger (.3). | 1.10 hrs. |
| 04/19/12 | D. E. DEUTSCH | Review weekly AlixPartners' business report (.2). | 0.20 hrs. |
| 04/19/12 | J. A. STENGER | Correspondence with D. Deutsch regarding bankruptcy hearing and regarding FCC exit applications (0.2); correspondence with J. Feore, Debtor's FCC counsel regarding same (0.3); review Committee memo regarding same (0.4); review amendments to non-broadcast license applications (0.8); prepare correspondence to D. Deutsch and John Logan, Debtor's FCC counsel regarding same (0.5). | 2.20 hrs. |
| 04/20/12 | J. A. STENGER | Review comments in FCC proceeding affecting exit application waiver requests (1.1) and research regarding same (2.4). | 3.50 hrs. |
| 04/23/12 | J. A. STENGER | Review correspondence from J. Feore, debtors' FCC counsel regarding letter objection to FCC Exit Applications (0.9) and research regarding same (1.5); and office conference with D.Deutsch regarding objection to exit applications (0.3). | 2.70 hrs. |
| 04/24/12 | J. MARRERO | Calls with PBGC re: FCC matters (0.3); email correspondence re: same with D.Deutsch (0.1); review meeting minutes re: same (0.4) | 0.80 hrs. |
| 04/25/12 | J. A. STENGER | Research regarding FCC exit applications and amendments to same (1.5); telephone conference with J. Feore, debtors' FCC counsel regarding final processing of FCC exit applications (0.7). | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611

| 04/25/12 | D. E. DEUTSCH | Review and respond to inquiry from James Stenger re: confirmation/FCC issues (.2); e-mail David Bava re: required follow-up on James Stenger request (.1); review draft amendments to FCC applications (1.5); e-mail James Stenger on same (.1). | 1.90 hrs. |
|---|---|---|---|
| 04/25/12 | H. SEIFE | Review of AlixPartners report. | 0.20 hrs. |
| 04/26/12 | H. SEIFE | Review of Moelis weekly report. | 0.20 hrs. |
| 04/26/12 | J. A. STENGER | Review correspondence from debtors' FCC counsel J. Logan regarding FCC applications (0.2) and respond to same (0.4). | 0.60 hrs. |
| 04/26/12 | D. E. DEUTSCH | Review updated FCC-related equity allocation model (2.1); exchange related e-mails with James Stenger (.1); exchange related e-mails with David LeMay re: model relationship to confirmation matters (.2). | 2.40 hrs. |
| 04/30/12 | D. E. DEUTSCH | Review non-broadcast entity FCC amendments and related materials (1.4). | 1.40 hrs. |

**Total Fees for Professional Services.............. $47,152.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 2.40 | 2220.00 |
| H. SEIFE | 995.00 | 2.90 | 2885.50 |
| M. A. ALPERT | 855.00 | .70 | 598.50 |
| J. A. STENGER | 645.00 | 32.50 | 20962.50 |
| D. E. DEUTSCH | 745.00 | 24.20 | 18029.00 |
| N. SCANNAVINO | 495.00 | 1.30 | 643.50 |
| J. MARRERO | 435.00 | 1.50 | 652.50 |
| M. DISTEFANO | 435.00 | 1.50 | 652.50 |
| M. STRAND | 565.00 | .90 | 508.50 |
| TOTALS | | 67.90 | 47152.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1


                           For Services Through April 30, 2012
Our Matter #19804.009
              CLAIMS ADMINISTRATION/BAR DATE


04/05/12   M. DISTEFANO      Revised memo to Committee re 53rd        0.60 hrs.
                             Omnibus Claims Objection (.6);

04/05/12   D. E. DEUTSCH     Review and edit memorandum to           0.50 hrs.
                             Committee on 53rd Omnibus Claims
                             Objection (.4); discuss related
                             research question with Michael
                             Distefano (.1).

04/19/12   D. E. DEUTSCH     Review multiple e-mails from other      0.50 hrs.
                             DCL parties re: treatment of
                             Wilmington Trust claim (.4);
                             exchange e-mails with David LeMay
                             re: negotiation approach on same
                             (.1).

04/23/12   M. DISTEFANO      Reviewed response to order             0.20 hrs.
                             sustaining 51st Omnibus objection
                             (.2);

04/25/12   M. DISTEFANO      Drafted memo to committee re           0.70 hrs.
                             Spring-Nextel claim settlement
                             (.6); reviewed order re Conte
                             claim (.1);

04/25/12   M. ROITMAN        Review proposed stipulation re:        0.20 hrs.
                             Conte motion to lift stay (0.1);
                             confer with M. Distefano re: same
                             (0.1)

04/26/12   M. DISTEFANO      Meeting with D. Deutsch re Sprint      0.20 hrs.
                             settlement (.1); responded to
                             debtors counsel re same (.1);

04/26/12   D. E. DEUTSCH     Review memorandum to Committee on      0.30 hrs.
                             proposed Sprint settlement (.2);
                             discuss same with Michael
                             Distefano (.1).

04/30/12   D. E. DEUTSCH     Exchange e-mails with Ken Kansa        0.30 hrs.
                             re: stipulation with Wilmington
                             Trust on allowance of claim for
                             voting purposes and next steps on
                             same (.3).


        Total Fees for Professional Services.............   $2,030.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 1.60 | 1192.00 |
| M. DISTEFANO | 435.00 | 1.70 | 739.50 |
| M. ROITMAN | 495.00 | .20 | 99.00 |
| TOTALS | | 3.50 | 2030.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                              For Services Through April 30, 2012
Our Matter #19804.010
          FEE/RETENTION APPLICATIONS
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/02/12 | M. ROITMAN | Correspond with A. Lipkind re: Committee member fee/expense claims (0.2); Draft memorandum re: Committee member fee/expense claims (0.6) | 0.80 hrs. |
| 04/03/12 | M. ROITMAN | Draft memorandum re: Committee member fee/expense claims (0.8) | 0.80 hrs. |
| 04/03/12 | H. LAMB | Review of billing proformas/daily time detail in preparation of March fee application. | 4.30 hrs. |
| 04/03/12 | D. E. DEUTSCH | Review weekly ordinary course report (.2); review summary chart on professional fee application status (.1). | 0.30 hrs. |
| 04/04/12 | E. DAUCHER | Draft response to Fee Examiner's preliminary report on Chadbourne's Ninth Interim Fee Application. | 5.10 hrs. |
| 04/05/12 | E. DAUCHER | Draft response to Fee Examiner's preliminary report on Chadbourne's Ninth Interim Fee Application. | 1.20 hrs. |
| 04/05/12 | H. LAMB | Continue review of billing proformas/daily time detail in preparation of March fee application. | 3.30 hrs. |
| 04/06/12 | E. DAUCHER | Discuss response to fee examiner's report on Chadbourne's Ninth Interim Fee Application with D. Deutsch (.2); begin revising same per comments from D. Deutsch (.3). | 0.50 hrs. |
| 04/06/12 | D. E. DEUTSCH | Exchange e-mails with John Thiele re: fee application matter (.1). | 0.10 hrs. |
| 04/09/12 | D. BAVA | Prepare exhibit to response to fee examiner's report regarding the 9th interim fee application (1.60). | 1.60 hrs. |
| 04/09/12 | J. MARRERO | Preparation of ordinary course professionals report. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 04/09/12 | H. LAMB | Preparation of Thirteenth Interim Fee Application. | 1.80 hrs. |
| 04/09/12 | E. DAUCHER | Review of time entries and related records for response to Fee Examiner's preliminary report on Ninth Interim Fee Application (2.0); drafting for same (1.4). | 3.40 hrs. |
| 04/10/12 | E. DAUCHER | Review of time entries and related records for response to Fee Examiner's preliminary report on Ninth Interim Fee Application (1.5); drafting for same (1.2); discuss same with D. Deutsch (.3); revisions to same (1.2). | 4.20 hrs. |
| 04/10/12 | H. LAMB | Begin research and preparation of work description summaries for March fee application. | 2.20 hrs. |
| 04/10/12 | J. MARRERO | Review annd revise professional fee report | 0.40 hrs. |
| 04/12/12 | E. DAUCHER | Revise response to Fee Examiner per discussion with D. Deutsch. | 1.50 hrs. |
| 04/12/12 | D. E. DEUTSCH | Work on review and analysis of response to Fee Examiner's preliminary report on 9th interim fees (1.7); related discussion with Helen Lamb on research issue (.2); related meeting with Eric Daucher on outstanding issues (.5). | 2.40 hrs. |
| 04/13/12 | D. BAVA | Review and analysis of Fee Examiner's exhibit versus responsive exhibit re: identify specific billing categories (.60). | 0.60 hrs. |
| 04/13/12 | E. DAUCHER | Additional revisions to response to Fee Examiner's preliminary report on 9th interim fee application (1.8); draft exhibits for response (1.7). | 3.50 hrs. |
| 04/15/12 | H. LAMB | Continue to research and prepare work description summaries for monthly fee application. | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 04/16/12 | H. LAMB | Review Committee members' expense receipts for March fee period (.5); preparation of request for reimbursement of expenses for submission to court (1.1). | 1.60 hrs. |
| 04/16/12 | D. BAVA | Review and analysis of Fee Examiner's exhibit versus responsive exhibit re: identify specific billing categories (1.1). | 1.10 hrs. |
| 04/16/12 | J. MARRERO | Draft ordinary course professionals report (0.5); review and revise professional fee report (0.7). | 1.20 hrs. |
| 04/16/12 | D. E. DEUTSCH | Review and respond to inquiry from Helen Lamb re: upcoming fee statement filing (.2); e-mail Eric Daucher re: Fee Examiner response matter (.1); review draft letter to Fee Examiner and edit same (1.6); discuss follow-up research and analysis on inquiry with Eric Daucher (.3). | 2.20 hrs. |
| 04/16/12 | E. DAUCHER | Review exhibits to respond to Fee Examiner's preliminary report (.8); discuss potention revisions to same with D. Deutsch (.3); comprehensive review of time records and related backup highlighted in Fee Examiner's Exhibit E (1.2); revise exhibits to response to fee examiner accordingly (1.8); revise response to fee examiner per related comments from D. Deutsch (1.4). | 5.50 hrs. |
| 04/17/12 | E. DAUCHER | Final review of and revisions to response to fee examiner and related exhibits per comments from D. Deutsch. | 2.50 hrs. |
| 04/17/12 | D. E. DEUTSCH | Review analysis of fee issue research by Helen Lamb (.2); review research and drafting related to Fee Examiner exhibit created by Eric Daucher (.7); edit same (.4); complete final edits to response to Fee Examiner's preliminary report on 9th interim | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            May 22, 2012
435 N. MICHIGAN AVENUE                                  Page    4
CHICAGO, IL 60611

|            |                 | fee application (.8).                                                                                                                                                                                                     |           |
|------------|-----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 04/17/12   | H. LAMB         | Review and confirm Chadbourne fees/expenses (.3) and Committee member expenses (.4) in draft omnibus fee order for eighth interim fee period                                                                                 | 0.70 hrs. |
| 04/18/12   | H. LAMB         | Review expenses incurred during fee period (.4); follow-up research regarding certain expenses (.9).                                                                                                                        | 1.30 hrs. |
| 04/18/12   | D. E. DEUTSCH   | Draft insert for response to Fee Examiner report (1.4); additional edits to response (.6); meeting with Howard Seife to discuss final modifications to requests in light of Fee Examiner requests (.3); telephone conference with Fee Examiner to discuss report (.3). | 2.60 hrs. |
| 04/18/12   | H. SEIFE        | Conference with D.Deutsch regarding fee examiner issues.                                                                                                                                                                    | 0.20 hrs. |
| 04/18/12   | E. DAUCHER      | Final revisions to response to fee examiner and exhibits to same.                                                                                                                                                           | 2.50 hrs. |
| 04/19/12   | H. LAMB         | Further research and preparation of work description summaries for March fee application.                                                                                                                                   | 1.70 hrs. |
| 04/22/12   | D. E. DEUTSCH   | Review of March fee application detail.                                                                                                                                                                                     | 1.70 hrs. |
| 04/23/12   | J. MARRERO      | Draft ordinary course professionals report (2.1); draft professional fee report (0.6)                                                                                                                                       | 2.70 hrs. |
| 04/24/12   | D. E. DEUTSCH   | Complete detailed review of time entries for March (1.2);                                                                                                                                                                   | 1.20 hrs. |
| 04/25/12   | H. LAMB         | Revise and finalize monthly fee application in accordance with D.Deutsch comments.                                                                                                                                          | 1.60 hrs. |
| 04/25/12   | D. E. DEUTSCH   | Review and edit March fee application summary/introduction descriptions (1.1); review and edit last week's professional fee application report (.2); review and edit last week's ordinary                                    | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | course professional report (.3). |  |
| 04/27/12 | J. MARRERO | Draft ordinary course professionals report (0.4); Draft professional fee report (0.4). | 0.80 hrs. |
| 04/28/12 | D. E. DEUTSCH | Review this week's ordinary course professional report (.3); review this week's professional fee application report (.2). | 0.50 hrs. |
| 04/30/12 | M. DISTEFANO | Prepare posting memo to Committee re Zuckerman issue. | 0.50 hrs. |
| 04/30/12 | D. E. DEUTSCH | Review e-mail/attachments from Zuckerman Spaeder re: memorandum to Committee (.1); exchange e-mails with Michael Distefano re: same (.1). | 0.20 hrs. |

            **Total Fees for Professional Services..............   $36,995.00**


                          TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | .20 | 199.00 |
| D. E. DEUTSCH | 745.00 | 14.90 | 11100.50 |
| D. BAVA | 295.00 | 3.30 | 973.50 |
| E. DAUCHER | 495.00 | 29.90 | 14800.50 |
| H. LAMB | 295.00 | 22.10 | 6519.50 |
| J. MARRERO | 435.00 | 5.50 | 2392.50 |
| M. DISTEFANO | 435.00 | .50 | 217.50 |
| M. ROITMAN | 495.00 | 1.60 | 792.00 |
| TOTALS |  | 78.00 | 36995.00 |