TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1

                            For Services Through April 30, 2012

Our Matter #19804.014
        EMPLOYEE ISSUES


| 04/02/12 | D. GALLAI | Reviewed MIP-related documents. | 0.60 hrs. |
|---|---|---|---|
| 04/02/12 | D. E. DEUTSCH | Review draft 2012 MIP Motion and related exhibits (1.7); related e-mails with Brad Hall and Alan Holtz on 2012 MIP (.1); related call with David Gallai (.2); Exchange e-mails with Brad Hall re: 2012 MIP issues (.2); draft related memo to Bill Salganik and Bob Paul (.3); exchange additional related e-mails with Bill and Bob (.1); review and analysis of AlixPartners' 2012 MIP report (1.4); draft detailed list of 2012 MIP follow-up issues (.3); draft proposed edits to 2012 MIP (.5) and e-mail Brad Hall re: same (.3). | 5.10 hrs. |
| 04/03/12 | D. E. DEUTSCH | Exchange e-mails with Bill Salganik and Brad Hall re: MIP matters (.2); call with Alan Holtz re: MIP matters (.4); exchange e-mails with Michael Distefano re: outstanding MIP research issues (.2); prepare for (.6) and attend meeting with Brad Hall, David Gallai and Bill Salganik on MIP issues (1.1); participate in related post-call meeting with Brad Hall and David Gallai (.3); review motion and related materials on ordinary course bonus pools provided by Michael Distefano (.6); draft e-mail to Bill Salganik on same (.2). | 3.60 hrs. |
| 04/03/12 | M. DISTEFANO | Reviewed previous MIP reports (.8) and discussed same with D. Deutsch (.2); | 1.00 hrs. |
| 04/03/12 | D. GALLAI | Conf. w/ Chadbourne, Alix Partners, and B.Salganik re MIP matters (1.1).  Post-call conf. w/ Chadbourne team and Alix Partners re MIP (0.3). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 04/03/12 | R. KURTH | Reviewed revised MIP report from Alix Partners (0.3); reviewed e-mail w/ questions from Bill Salganik (0.1); telephone conf. re: MIP w/ D. Deutsch, D. Gallai, B. Salganik, B. Hall and A. Leung (1.0); follow-up call with Chadbourne and Alix Partners (0.4); follow-up conversation re: MIP with D. Deutsch and D. Gallai (0.1). | 1.90 hrs. |
| 04/03/12 | H. SEIFE | Review MIP proposal. | 1.00 hrs. |
| 04/03/12 | T. J. MCCORMACK | Review correspondence on MIP issues and relation to overall plan (0.4). | 0.40 hrs. |
| 04/04/12 | H. SEIFE | Conference with D.Deutsch regarding MIP (.3); review of AlixPartners presentation on MIP (.8). | 1.10 hrs. |
| 04/04/12 | D. GALLAI | Conf. w/ D. Deutsch re MIP issue (0.1). Reviewed pension-related notice (0.1). Confs. w/ R. Santangelo re notice (0.2). | 0.40 hrs. |
| 04/04/12 | R. KURTH | Reviewed Tribune pension funding notice (0.4) and researched IRS guidance on election for alternative amortization schedule and IRS model notice to plan participants (1.0). | 1.40 hrs. |
| 04/04/12 | D. E. DEUTSCH | Review inquiries from Bill Salganik on MIP issues (.2); review motion on other Debtor Incentive Program (.3); exchange e-mails with Brad Hall re: 2012 MIP (.1); draft response to Bill Salganik inquiry (.2); review and research (.4) and respond to further Bill Salganik inquiry on MIP matter (.2); hold related call with Bill Salganik (.2); review inquiry from Guild re: pension status letter (.2); e-mail David Gallai re: required follow-up on same (.2). | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 22, 2012
435 N. MICHIGAN AVENUE                               Page   3
CHICAGO, IL 60611


| 04/05/12 | D. E. DEUTSCH | Exchange e-mails with Brad Hall re: resignation of CIO (.1) and reporting details to Committee on same (.2); review and edit draft letter to Debtors re: confusion over pension notice (.3); | 0.60 hrs. |
| 04/05/12 | R. KURTH | Researched pension funding matter (0.5); call with D. Deutsch re: pension funding notice (0.2); drafted e-mail to J. Lotsoff re: pension funding notice (0.3); revised e-mail re: comments from D. Deutsch and sent to J. Lotsoff (0.2). | 1.20 hrs. |
| 04/06/12 | D. E. DEUTSCH | Exchange e-mails with Bill Salganik re: follow-up on inquiry on pension reporting issue (.3). | 0.30 hrs. |
| 04/09/12 | D. GALLAI | Correspondence w/ D. Deutsch re MIP issue (0.1).  Reviewed separation agreement with company executive (1.1); correspondence w/ M. Distefano re same (0.2). | 1.40 hrs. |
| 04/09/12 | M. DISTEFANO | Reviewed departure agreement for certain executive (.4) and drafted memo to Committee re same (.6); | 1.00 hrs. |
| 04/09/12 | D. E. DEUTSCH | Review memorandum from Jonathan Lotsoff re: MIP issue (.2); e-mail Brad Hall re: required related research on same (.2); exchange e-mails on 2012 MIP issue with David Gallai (.2); draft e-mail to Brad Hall re: inquiry from Bill Salganik re: 2012 MIP and proposed related response (.3). | 0.90 hrs. |
| 04/10/12 | D. E. DEUTSCH | Review 2012 MIP materials to prepare for call with Committee members re: next steps on same (.9); call with Jay Teitelbaum re: MIP, allocation matters and various other case matters (.4); call with Wayne Smith re: MIP (.2); call with Frank Anderson re: MIP and other case matter (.5); call with Gabrielle Davis re: MIP (.2); call with David Adler re: MIP (.3); meeting with Damian | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | Schaible to discuss Thursday's Committee meeting, including MIP matters (.3); Call with Gordon Novod to discuss 2012 MIP and various other case issues (.4). |  |
| 04/10/12 | D. E. DEUTSCH | E-mail Brad Hall re: PBGC inquiry on 2012 MIP (.1). | 0.10 hrs. |
| 04/10/12 | M. DISTEFANO | Revised memo to Committee re departure of certain executive (.5); drafted email to Debtors re same (.4). | 0.90 hrs. |
| 04/11/12 | M. DISTEFANO | Revised memo re certain executive departure (.9); call with AlixPartners and Deutsche bank re 2012 MIP (.3); | 1.20 hrs. |
| 04/11/12 | D. GALLAI | Reviewed letter agreement with senior executive (0.2). Correspondence from M. Distefano re same (0.1). | 0.30 hrs. |
| 04/11/12 | D. E. DEUTSCH | Review and mark-up memorandum on departure of chief information officer (.3); discuss related follow-up analysis with Michael Distefano (.2); exchange e-mails with Jonathan Lotsoff re: 2012 MIP matter (.2); begin preparing discussion points on 2012 MIP for tomorrow's Committee meeting (1.1). | 1.80 hrs. |
| 04/12/12 | D. E. DEUTSCH | Call with Jonathan Lotsoff re: 2012 MIP matters/next steps (.2); review revised MIP motion (1.7); second call (.1) and exchange of e-mails with Jonathan Lotsoff re: 2012 MIP motion changes (.2); exchange e-mails with Michael Distefano re: Committee review of senior executive departure terms (.2). | 2.40 hrs. |
| 04/18/12 | M. DISTEFANO | Drafted email to Debtors counsel re employee departure (.2) | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                May 22, 2012
435 N. MICHIGAN AVENUE                                      Page    5
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 04/26/12 | D. E. DEUTSCH | Call with Kevin Lantry re: 2012 MIP and other employee issues (.3); call with counsel to three former employees (Maile Solis) re: next proposed steps on compensation issue (.2). | 0.50 hrs. |
| 04/30/12 | D. E. DEUTSCH | Review draft motion on compensation awards for two officers for prior service and mark-up parts of same (.7); review materials on 2010 MIP and related materials (1.1). | 1.80 hrs. |
| 04/30/12 | D. GALLAI | Correspondence with A.Rosenblatt re retiree settlement and 409A (0.2); conf. w/ A. Rosenblatt re same (0.3). | 0.50 hrs. |


**Total Fees for Professional Services..............    $26,709.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | 2.10 | 2089.50 |
| T. J. MCCORMACK | 875.00 | .40 | 350.00 |
| D. E. DEUTSCH | 745.00 | 22.30 | 16613.50 |
| D. GALLAI | 705.00 | 4.60 | 3243.00 |
| M. DISTEFANO | 435.00 | 4.30 | 1870.50 |
| R. KURTH | 565.00 | 4.50 | 2542.50 |
| TOTALS | | 38.20 | 26709.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                   For Services Through April 30, 2012

    Our Matter #19804.018
              TRAVEL


| 04/15/12 | D. M. LeMAY | Non-working travel from New York to Wilmington, Delaware for hearing. | 2.50 hrs. |
|---|---|---|---|
| 04/16/12 | M. ROITMAN | Non-working travel time from New York to Wilmington for disclosure statement hearing (1.9); Non-working travel time from Wilmington to New York after disclosure statement hearing (2.3) | 4.20 hrs. |
| 04/16/12 | A. ROSENBLATT | Non-working travel to and return from Wilmington, DE from hearing. | 3.00 hrs. |
| 04/25/12 | D. M. LeMAY | Non-working travel to and from Wilmington, Delaware for hearing. | 5.00 hrs. |


          **Total Fees for Professional Services.............. $11,251.50**


                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 7.50 | 6937.50 |
| A. ROSENBLATT | 745.00 | 3.00 | 2235.00 |
| M. ROITMAN | 495.00 | 4.20 | 2079.00 |
| TOTALS | | 14.70 | 11251.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                            For Services Through April 30, 2012

Our Matter #19804.020
            SHAREHOLDER CLAIMS


04/02/12   M. ROITMAN        Review filings in state law          0.40 hrs.
                             constructive fraudulent conveyance
                             actions and revise report on same
                             (0.4)

04/03/12   D. E. DEUTSCH     Review MDL report (.2); review       0.40 hrs.
                             notes (.1) and call James Sottile
                             re: dismissal of certain
                             shareholder claims (.1).

04/04/12   D. BAVA           Review and analysis of federal and  0.40 hrs.
                             state court docket sheets in state
                             law fraudulent conveyance actions
                             re: case activity (.40).

04/05/12   M. D. ASHLEY      Reviewed pleadings and              1.10 hrs.
                             correspondence relating to status
                             of MDL litigation (1.1).

04/05/12   T. J. MCCORMACK   Conference with M.Ashley re:         0.60 hrs.
                             status of MDL cases (0.1); review
                             correspondence among parties re:
                             same (0.5).

04/09/12   M. ROITMAN        Review filings in state law          0.30 hrs.
                             constructive fraudulent conveyance
                             actions and revise report on same
                             (0.3)

04/09/12   D. E. DEUTSCH     Call with James Sottile re:          0.40 hrs.
                             options to dismiss certain LBO
                             Shareholder claims (.4).

04/11/12   D. E. DEUTSCH     Review recent MDL court filings      0.40 hrs.
                             (.3); e-mail David Bava re: new
                             hearing dates (.1).

04/11/12   D. BAVA           Review and analysis of federal and  0.40 hrs.
                             state court docket sheets in state
                             law fraudulent conveyance actions
                             re: case activity (.40).

04/11/12   M. D. ASHLEY      Reviewed objections to MDL          1.00 hrs.
                             transfer order and related
                             materials (.8); emails with
                             Zuckerman regarding same (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                Page    2
CHICAGO, IL 60611

| 04/11/12 | T. J. MCCORMACK | Review MDL transfer objections from advisors (0.5); conference with M. Ashley re: same (0.1). | 0.60 hrs. |
| 04/12/12 | H. SEIFE | Emails with team regarding MDL developments/order. | 0.50 hrs. |
| 04/16/12 | D. E. DEUTSCH | Exchange multiple e-mails with James Sottile re: dismissal of certain claims below threshold amounts and issues relating to same (.3). | 0.30 hrs. |
| 04/17/12 | D. E. DEUTSCH | Exchange e-mails with James Sottile re: proposal to dismiss certain LBO claims (.2). | 0.20 hrs. |
| 04/17/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and update report re: same (0.4) | 0.40 hrs. |
| 04/17/12 | T. J. MCCORMACK | Review correspondence with team on MDL status and recent objections (0.3). | 0.30 hrs. |
| 04/18/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |
| 04/18/12 | D. E. DEUTSCH | Call with James Sottile re: plans to dismiss certain LBO claims and related next steps (.4). | 0.40 hrs. |
| 04/20/12 | C. L. RIVERA | Review case activity in similar LBO/shareholder lawsuits. | 0.30 hrs. |
| 04/22/12 | M. D. ASHLEY | Reviewed materials relating to administration of MDL proceedings (.7). | 0.70 hrs. |
| 04/24/12 | T. J. MCCORMACK | Review Zuckerman draft re: threshold limit on claims (0.3); confer M. Ashley re: same (0.1). | 0.40 hrs. |
| 04/24/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and update report re: same (0.4) | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 04/25/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |

| 04/25/12 | T. J. MCCORMACK | Review motion to vacate transfer order in MDL filed by advisors (0.7). | 0.70 hrs. |

| 04/25/12 | D. E. DEUTSCH | Review draft certificate of counsel re: various outstanding shareholder claims (.4); exchange e-mails with Dan Rath and James Sottile on same (.2); related calls (two) with Dan Rath on issues with approach and alternative options to address same (.5); review and edit last week's MDL case report (.2). | 1.30 hrs. |

| 04/26/12 | T. J. MCCORMACK | Analysis of reconsideration motion on state fraudulent transfer claims (0.5); review e-mails from defense team re: same (0.3); review proposed joint letter re: Committee position on MDL procedures (0.4); confer M. Ashley re: same (0.1); e-mails with Zuckerman re: same (0.2). | 1.50 hrs. |

| 04/26/12 | M. D. ASHLEY | Revised draft letter to MDL court regarding procedural issues and reviewed related materials (1.1); emails with J. Sottile regarding same (.2). | 1.30 hrs. |

| 04/26/12 | M. ROITMAN | Revise email to Committee re: MDL Case Management Proposal (0.8); Correspond with J. Sottile and C&P team re: same (0.3) | 1.10 hrs. |

| 04/26/12 | D. E. DEUTSCH | Review draft court filing related to dismissal of certain shareholder claims (.4); related call on process with Dan Rath (.2); call with James Sottile on next steps related dismissal of certain claims and signoff from Aurelius et al. on same (.2); e-mail James Sottile re: additional issues related to proposed dismissal (.2); review | 1.30 hrs. |

|            |                 | new MDL filing (.2); e-mail James Sottile on Committee next steps related to same (.1). |           |
|------------|-----------------|-----------------------------------------------------------------------------------------|-----------|
| 04/27/12   | D. BAVA         | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 0.40 hrs. |
| 04/27/12   | M. D. ASHLEY    | Revised draft Committee motion to dismiss certain FitzSimons shareholder defendants (.9); emails with Zuckerman regarding same (.2). | 1.10 hrs. |
| 04/27/12   | D. E. DEUTSCH   | Review draft motion to dismiss certain Fitzsimmons claims (.4); call with Andrew Goldfarb re: change in approach on motion to dismiss (.2); call with James Sottile re: various Fitzsimmons lawsuit matters (.3). | 0.90 hrs. |
| 04/28/12   | D. E. DEUTSCH   | Review this week's MDL case report (.2). | 0.20 hrs. |
| 04/30/12   | D. E. DEUTSCH   | Exchange e-mails with Rick Cobb re: approach to dismissal of certain shareholder claims (.2); call with James Sottile re: status of motion to dismiss certain shareholder actions (.2); review draft motion to dismiss identified shareholder actions and edit same (1.7); exchange related e-mails with Andrew Goldfarb (.1); draft additional edits to mark-up of motion (.5). | 2.70 hrs. |
| 04/30/12   | M. D. ASHLEY    | Reviewed revised draft motion to dismiss certain FitzSimons shareholder defendants and related materials (.7); emails with Zuckerman regarding same (.3). | 1.00 hrs. |
| 04/30/12   | T. J. MCCORMACK | Review MDL procedures letter and status (0.3); t/c Zuckerman re: same (0.2); | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611


04/30/12   M. ROITMAN          Review filings in state law          0.30 hrs.
                               constructive fraudulent conveyance
                               actions and update report re: same
                               (0.3)


           **Total Fees for Professional Services..............   $17,389.00**



                          TIMEKEEPER SUMMARY

Timekeeper's Name              Rate      Hours          Amount

H. SEIFE                       995.00     .50           497.50
T. J. MCCORMACK                875.00    4.60          4025.00
M. D. ASHLEY                   695.00    6.20          4309.00
D. E. DEUTSCH                  745.00    8.50          6332.50
D. BAVA                        295.00    2.00           590.00
C. L. RIVERA                   665.00     .30           199.50
M. ROITMAN                     495.00    2.90          1435.50
                    TOTALS               25.00        17389.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                            For Services Through April 30, 2012

Our Matter #19804.021
          PLAN LITIGATION


| 04/02/12 | D. M. LeMAY | Review Aurelius list of Plan issues and work on response. | 1.40 hrs. |
|---|---|---|---|

| 04/02/12 | D. E. DEUTSCH | Review e-mails re: appointment of mediator for plan appeal (.1); exchange e-mails with Kim Brown re: same (.1); related call with Matt McGuire (.1). | 0.30 hrs. |

| 04/02/12 | M. ROITMAN | Review and comment upon draft supplemental scheduling order (0.4); Correspond with A. Rosenblatt re: same (0.1); Review Aurelius's proposed changes to DCL Plan (0.5) | 1.00 hrs. |

| 04/02/12 | A. ROSENBLATT | Review Aurelius list of proposed plan changes (.4) and review Plan in connection with same (.6); review final proposed confirmation timeline and provide comments to Sidley (.5); review Law Debenture plan change related to fee requests (.2) and emails with LeMay and others re: same (.2); emails with Landis and others re: mediation related to appeal of reconsideration decision (.3). | 2.20 hrs. |

| 04/02/12 | H. SEIFE | Review of Aurelius plan objections. | 0.80 hrs. |

| 04/02/12 | M. D. ASHLEY | Reviewed confirmation hearing court transcripts (1.1); reviewed FCC complaint against Tribune (.6). | 1.70 hrs. |

| 04/02/12 | T. J. MCCORMACK | Conference with M. Ashley on status of upcoming matters, including confirmation issues (0.2); review 3/30/12 court transcript on issues for upcoming hearing re: confirmation (0.9). | 1.10 hrs. |

| 04/03/12 | A. ROSENBLATT | Prepare for (.4) and attend meeting with Roitman to discuss Aurelius proposed plan changes and formulate preliminary positions on each (.6); review Roitman memorandum summary of same and provide comments (.5); review | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 22, 2012
435 N. MICHIGAN AVENUE                               Page    2
CHICAGO, IL 60611

|            |              | LeMay comments to plan changes (.3); review proposed plan changes to address Wilmington Trust plan issue list (.4). |            |
|------------|--------------|---|------------|
| 04/03/12 | M. ROITMAN | Meet with A. Rosenblatt re: Aurelius's proposed changes to DCL Plan (0.6); Draft email memorandum to D. LeMay re: analysis of same (1.1); Correspond with D. LeMay, A. Rosenblatt and J. Sottile re: same (0.4) | 2.10 hrs. |
| 04/04/12 | A. ROSENBLATT | Review 11.2.2 release language in connection with proposed amendments to plan and Teitelbaum requested change (.4); review email forwarded by LeMay re: mediation process for appeal on reconsideration motion (.3); final review of confirmation scheduling order before being submitted by Sidley (.3). | 1.00 hrs. |
| 04/05/12 | A. ROSENBLATT | Review revised confirmation timeline prepared by DiStefano as per Court's revised confirmation schedule and provide comments to same (.4); review and provide comments to Committee posting notice re: same (.2). | 0.60 hrs. |
| 04/05/12 | M. DISTEFANO | Revised and posted Confirmation timeline for Committee (.9); | 0.90 hrs. |
| 04/09/12 | M. DISTEFANO | Reviewed Allocation Disputes Opinion (.5) | 0.50 hrs. |
| 04/09/12 | M. ROITMAN | Meet with A. Rosenblatt re: Alvarez Model (0.6); Review Opinion on Allocation Disputes (1.4); Correspond with C&P Team re: same (0.6); Draft email to Committee re: same (0.7); | 3.30 hrs. |
| 04/09/12 | D. M. LeMAY | Review Allocation Decision (.9) and multiple e-mails to C&P team regarding next steps (.5). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 04/09/12 | D. E. DEUTSCH | Review of Judge Carey's decision on allocation issues (1.0); exchange e-mails with Marc Roitman re: Committee posting note for same (.2). | 1.20 hrs. |
| 04/09/12 | A. ROSENBLATT | Review Bankruptcy Court's allocation decision and order (1.5); emails with LeMay, Roitman and others from Chadbourne and other members of DCL Group re: same (.6). | 2.10 hrs. |
| 04/09/12 | H. SEIFE | Review of Judge Carey's opinion on allocation disputes. | 1.30 hrs. |
| 04/09/12 | T. J. MCCORMACK | Review Judge Carey decision on allocation disputes (1.1); draft email to D. LeMay re: same (0.2). | 1.30 hrs. |
| 04/10/12 | T. J. MCCORMACK | Review allocation issues, potential appeal options and next steps (0.7). | 0.70 hrs. |
| 04/10/12 | H. SEIFE | Review of Judge Carey opinion and order (.8); review of revised draft of plan (1.1); review emails among parties regarding same (.4). | 2.30 hrs. |
| 04/10/12 | A. ROSENBLATT | Call with J. Boelter from Sidley re: preview of new proposed plan changes and related issues (.5); review Aurelius plan amendment wish list as per discussion with Boelter (.5); review blackline of plan reflecting changes to incorporate allocation dispute determination (1.0); participate on call with DCL group re: proposed plan changes and related issues (.8); review Davis Polk email re: plan changes and consider same (.3); review chart reflecting allocation dispute hearing results and provide Distefano comments to same (.4); review revised resolicitation order circulated by Sidley (.3). | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 22, 2012
435 N. MICHIGAN AVENUE                             Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 04/10/12 | D. M. LeMAY | Review allocation decision and preparation of summary for the Committee. | 1.20 hrs. |
| 04/10/12 | M. DISTEFANO | Reviewed Allocation Disputes opinion and prepared summary for Committee re same (3.3); | 3.30 hrs. |
| 04/10/12 | M. ROITMAN | Confer/correspond with D. Bava re: preparation for Disclosure Statement hearing (0.2) | 0.20 hrs. |
| 04/11/12 | M. DISTEFANO | Revised chart re allocation disputes decision (1.5); finalize and post same to Intralinks for the Committee (.2) | 1.70 hrs. |
| 04/11/12 | M. ROITMAN | Review and comment upon draft Fourth Amended Plan (1.2); Call with DCL Co-Proponents re: proposed plan amendments (0.8); Confer with A. Rosenblatt and D. LeMay re: same (0.3); Review restructuring transactions exhibit re: post-emergence corporate organization (0.2); confer with D. Deutsch re: same (0.1); Call with DCL Co-Proponents re: revised supplemental disclosure document (0.7); Review and comment upon revised Supplemental Disclosure Document and exhibits (1.4); Draft email to Committee re: Fourth Amended Plan and Supplemental Disclosure Document (0.7); Confer/correspond with D. LeMay re: same (0.3); Correspond with W. Smith re: same (0.5) | 6.20 hrs. |
| 04/11/12 | J. MARRERO | Review WTC motion re temporary allowance of fee claim for voting purposes (.7); email correspondence with D.Deutsch re: same (.1). | 0.80 hrs. |
| 04/11/12 | A. ROSENBLATT | Review proposed amended disclosure documents circulated by Sidley (.7); multiple emails and conferences with Roitman and LeMay re: proposed plan changes and related issues (.7) two calls with J. Boelter re: plan confirmation | 6.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE               May 22, 2012
435 N. MICHIGAN AVENUE                                      Page    5
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                           |            |
|------------|----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | issues (.8); participate on DCL sub-group call re: plan issues (.9); review Dewey edits to proposed supplemental disclosure document in advance of DCL group call (.3); participate on DCL group call re: disclosure issues (.8); review all revised plan documents (1.0); emails with DCL group re: comments to same (.8). |            |
| 04/11/12   | H. SEIFE       | Review of revised proposed resolicitation order (.5); review emails with DCL parties regarding same (.4); review of revised draft disclosure statement (1.2); emails with DCL parties regarding disclosure statement (.4).                  | 2.50 hrs.  |
| 04/11/12   | D. M. LeMAY    | Review and comment on most recent Plan charges (1.6). Participate in call with DCL sub-group re: plan amendments (.8). Participate in call with DCL Group re: disclosure issues (.8).                                                        | 3.20 hrs.  |
| 04/11/12   | M. D. ASHLEY   | Reviewed allocation disputes ruling and related materials (1.8).                                                                                                                                                                           | 1.80 hrs.  |
| 04/12/12   | H. SEIFE       | Review of further revised plan (.8); emails with DCL parties regarding plan and disclosure statement (.7); review of revised disclosure statement and recovery appendix (.8).                                                               | 2.30 hrs.  |
| 04/12/12   | A. ROSENBLATT  | Emails with Boelter re: Wilmington Trust issue with allowed amount of PHONES claim (.3); review final changes to amended plan documents circulated by Sidley prior to filing of same (.8); review plan trust provision re: request by Wilmington Trust to have charging lien attach to distributions to PHONES notes holders from litigation trust (.4). | 1.50 hrs.  |

| 04/12/12 | J. MARRERO | Review solicitation procedures motion and related filings in re: temporary allowance of claims for voting purposes (1.1); email correspondence with M.Roitman re same (0.2); conference with D.Deutsch re same (0.3). | 1.60 hrs. |
|---|---|---|---|
| 04/12/12 | D. M. LeMAY | Prepare for DS hearing on Monday (1.3). Review filed documents (1.8) and Akin comments to same (.7). | 3.80 hrs. |
| 04/12/12 | D. E. DEUTSCH | Review background materials on allowance of claim for voting purposes (.2); conference with Jessica Marrero to discuss research/analysis on same (.3). | 0.50 hrs. |
| 04/12/12 | M. ROITMAN | Research re: appealability of Allocation Disputes Ruling (1.3) | 1.30 hrs. |
| 04/12/12 | D. BAVA | Prepare materials for April 16, 2012 hearing (.90). | 0.90 hrs. |
| 04/13/12 | D. BAVA | Prepare materials for attorneys for April 16, 2012 hearing (2.20). | 2.20 hrs. |
| 04/13/12 | M. ROITMAN | Call with DCL co-proponents re: proposed plan amendments (1.1); Review revised plan (0.4); Confer/correspond with D. LeMay re: same (0.2); Research re: appealability of Allocation Disputes Ruling (0.5); Draft email memorandum to H. Seife re: same (1.8); Preparation for disclosure hearing (0.2); Confer/correspond with D. Bava re: same (0.2) | 4.40 hrs. |
| 04/13/12 | A. ROSENBLATT | Review blackline of plan circulated by Sidley reflecting Akin comments (.5); email with Roitman re: same (.2); review memorandum from Roitman re: whether allocation dispute ruling is appealable (.3); email with Roitman re: same (.1); review emails from Sidley providing update on discussions with Akin and strategy for Monday's hearing (.3). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 04/13/12 | H. SEIFE | Review of filed disclosure statement and plan (.5); review emails regarding Akin comments (.3); review of plan mark-up (.3) review of memo on finality of order (.7). | 1.80 hrs. |
| 04/13/12 | D. M. LeMAY | Review Akin proposed Plan revisions (1.3) and discuss with M. Roitman (.3).  Participate in conference call of DCL Proponents re: plan amendments (1.1). | 2.70 hrs. |
| 04/14/12 | H. SEIFE | Review emails among DCL parties regarding plan/disclosure statement changes and Akin comments. | 0.40 hrs. |
| 04/15/12 | H. SEIFE | Preparation for hearing on disclosure statement. | 0.50 hrs. |
| 04/15/12 | A. ROSENBLATT | Multiple emails among DCL Plan Proponents on status of discussions with Akin, strategy for Disclosure Statement hearing and related issues (.6); review revised Plan circulated by Sidley reflecting incorporation of certain Akin comments (.4). | 1.00 hrs. |
| 04/16/12 | J. MARRERO | Review report re: Disclosure Statement hearing (0.1); draft posting to Committee re: revised DCL Plan (0.4) | 0.50 hrs. |
| 04/16/12 | M. ROITMAN | Attend Disclosure Statement hearing in Bankruptcy Court (1.4); Draft email to Committee reporting on hearing (1.2); correspond with H. Lamb re: same (0.2); Confer with D. LeMay and A. Rosenblatt re: same (0.2); Meet with Debtors and Committee Professionals following hearing re: proposed order (0.9); Review revised Fourth Amended Plan and Supplemental Disclosure Document (0.7); Correspond with W. Smith re: same (0.2); Correspond with Sidley team, A. Rosenblatt and D. LeMay re: same (0.2). | 5.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page   8
CHICAGO, IL 60611

| 04/16/12 | D. M. LeMAY | Prepare for (1.0) and participate in (1.5) Disclosure Hearing in USBC.  Participate in post-hearing drafting session with DCL group (1.1). | 3.60 hrs. |
|---|---|---|---|
| 04/16/12 | D. E. DEUTSCH | Participate in part of Disclosure Statement hearing (.8); e-mail Ken Kansa re: temporary allowance of certain claim for voting purposes (.2). | 1.00 hrs. |
| 04/16/12 | M. D. ASHLEY | Reviewed materials relating to amended plan and disclosure statement (.7). | 0.70 hrs. |
| 04/16/12 | A. ROSENBLATT | Review latest version of plan documents and latest iteration of proposed order in preparation for disclosure statement hearing (1.1); attend disclosure statement hearing (1.5); participate in post-hearing meeting among DCL Plan Proponents to work on language of order (1.1); emails with Roitman and others re: executing amended plan documents and delivering signature pages (.4); review summary of hearing sent from Roitman (.3); review proposed language change to plan proposed by Aurelius to address litigation trust issue (.4) and emails with Sottile and LeMay re same (.3); review revised plan incorporating changes as per hearing circulated by Sidley team (.4). | 5.50 hrs. |
| 04/16/12 | H. SEIFE | Preparation for (.9) and attend hearing on disclosure statement (telephonic) (1.4); review of plan and disclosure statement revisions (1.3); review emails among parties regarding same (.8). | 4.40 hrs. |
| 04/16/12 | T. J. MCCORMACK | Review summary of disclosure statement hearing (0.2); conference with M. Ashley re: status of same (0.1). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    9
CHICAGO, IL 60611


04/17/12    T. J. MCCORMACK     Review materials on confirmation        0.60 hrs.
                                hearing evidence, potential need
                                for testimony and remaining issues
                                (0.6).

04/17/12    M. D. ASHLEY        Reviewed court hearing transcript       0.90 hrs.
                                regarding disclosure issues (.9).

04/17/12    H. SEIFE            Review of blacklined draft plan         2.30 hrs.
                                (.8); review of disclosure
                                statement (.7); review versions of
                                final plan and disclosure
                                statement (.8).

04/17/12    D. E. DEUTSCH       E-mail Ken Kansa re: proposal to        0.10 hrs.
                                value claim for voting purposes
                                (.1).

04/17/12    M. ROITMAN          Review as-filed plan and               0.50 hrs.
                                disclosure document (0.3); Confer
                                with D. Deutsch re:
                                indemnification of directors and
                                officers in Fourth Amended Plan
                                (0.2);

04/18/12    Y. YOO              Reviewed new caselaw on court's         0.80 hrs.
                                jurisdictional authority over plan
                                confirmation (.8).

04/18/12    A. ROSENBLATT       Call with J. Boelter re: Phones         1.20 hrs.
                                claim amount issue and Wilmington
                                Trust request re: same (.4);
                                emails from K. Kansa re: treatment
                                of Wilmington Trust fee claim for
                                voting purposes (.2); review
                                stipulation re: same (.2); review
                                DCL responses and positions to
                                same (.4).

04/19/12    A. ROSENBLATT       Review Sidley proposed language to      1.10 hrs.
                                address Wilmington Trust Phones
                                claim amount issue and provide
                                comments to same (.3); review
                                Lantry response to same (.1) and
                                emails from other DCL Plan
                                Proponents re same (.3) review
                                fact witness disclosure document
                                to be filed by Sidley and Ashley
                                comments to same (.2); review time
                                deadline for parties to appeal
                                allocation dispute decision (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page   10
CHICAGO, IL 60611


| 04/19/12 | H. SEIFE | Review of witness disclosure. | 0.20 hrs. |
|---|---|---|---|
| 04/19/12 | M. D. ASHLEY | Revised draft DCL confirmation hearing witness list (.5) and reviewed related materials (.3); emails with D. LeMay, Sidley regarding draft witness list (.2). | 1.00 hrs. |
| 04/19/12 | T. J. MCCORMACK | Review DCL group listing of fact witnesses (0.3); confer M. Ashley re: same (0.1); t/c Zuckerman re: same and other evidentiary issues (0.4). | 0.80 hrs. |
| 04/20/12 | A. ROSENBLATT | Emails with local counsel and Deutsch re: Committee signoff on disclosure documents being filed (.3); review plan supplement list circulated by Davis Polk (.3); review latest draft of litigation trust agreement (.3). | 0.90 hrs. |
| 04/23/12 | C. L. RIVERA | Confer with D. LeMay re: confi provisions for litigation trust. | 0.20 hrs. |
| 04/23/12 | M. ROITMAN | Correspond with A. Lipkind and D. Deutsch re: plan treatment of preference actions (1.0); Review Wilmington Trust Motion for Leave to File Interlocutory Appeal (0.5); Correspond with C&P team re: same (0.3); Review Motion for Reconsideration (0.4) | 2.20 hrs. |
| 04/23/12 | D. M. LeMAY | Review Revised Plan Supplement Documents (1.0).  Review Litigation Trust Confidentiality Agreement draft (1.1). | 2.10 hrs. |
| 04/23/12 | D. M. LeMAY | Review draft expert reports. | 1.10 hrs. |
| 04/23/12 | J. MARRERO | Review WTC appeal documents (0.9); email correspondence with C&P team re same (0.3); draft posting for Committee re: same (0.6); review motion for reconsideration by certain PHONES holders (0.7); draft posting to Committee re: same (0.3). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page   11
CHICAGO, IL 60611

| 04/23/12 | T. J. MCCORMACK | Review Sidley draft of litigation trust documents (0.6); review appeals on allocation issues (0.7); review draft expert reports of Chachas and Whittman (0.8). | 2.10 hrs. |
|---|---|---|---|
| 04/23/12 | H. SEIFE | Review of Wilmington Trust motion and appeal (.5); review of draft common interest agreement (.4). | 0.90 hrs. |
| 04/23/12 | M. D. ASHLEY | Revised draft Litigation Trust cooperation agreement (1.3); reviewed draft DCL expert reports (1.1); reviewed motion for reconsideration of allocation disputes ruling (.6). | 3.00 hrs. |
| 04/23/12 | A. ROSENBLATT | Review motion for leave to appeal filed by Wilmington Trust (.5); review Litigation Trust Confidentiality Agreement (.8) and review M. Ashley preliminary comments to same (.4); review proposed stipulation re: allowance of Wilmington Trust fee claim for purposes of voting circulated by Sidley and compare to earlier stipulation providing for same treatment (.4). | 2.10 hrs. |
| 04/24/12 | A. ROSENBLATT | Review motion for reconsideration/clarification filed by tendering PHONES Notes holders (.6); emails with LeMay and other DCL parties re: same (.2); provide comments to litigation trust confidentiality agreement (.6); begin to review updated litigation trust agreement sent from Sidley (.5). | 1.90 hrs. |
| 04/24/12 | H. SEIFE | Review of motion for reconsideration (.4); review of Johnston email regarding same. (.3). | 0.70 hrs. |
| 04/24/12 | M. ROITMAN | Review draft plan supplement documents (1.1); correspond with D. LeMay and C. Rivera re: same (0.5); Review tendering PHONES holders motion for reconsideration (0.2); confer with D. LeMay re: | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page   12
CHICAGO, IL 60611

|            |               | same (0.1)                                                                                                                                                                                                                                                                                                                                           |            |
|------------|---------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 04/24/12   | C. L. RIVERA  | Confer with M. Roitman re: litigation trust and confi provision (.1) correspondence with D.LeMay re: same (.2).                                                                                                                                                                                                                                         | 0.30 hrs.  |
| 04/25/12   | C. L. RIVERA  | Confer with M. Roitman re: review of trust agreement and confi agreement (0.2); reviewing revised trust agreement (1.0).                                                                                                                                                                                                                                | 1.20 hrs.  |
| 04/25/12   | M. ROITMAN    | Review revised Litigation Trust Agreement (0.5); Review Litigation Trust Confidentiality Agreement and litigation team comments (0.6); Confer/correspond with D. LeMay re: Motion for Reconsideration by tendering PHONES holders (0.2)                                                                                                                   | 1.30 hrs.  |
| 04/25/12   | M. D. ASHLEY  | Reviewed revised draft Litigation Trust cooperation agreement and related materials (.6).                                                                                                                                                                                                                                                              | 0.60 hrs.  |
| 04/25/12   | A. ROSENBLATT | Emails with LeMay and others re: Committee stance on tendering PHONES motion for reconsideration (.2); review revised plan supplement checklist and allocation of responsibilities among DCL Plan Proponents (.5); review emails with DCL Plan Proponents re: valuation of claims assigned to litigation trust in connection with removal of indemnification provision set forth in litigation trust agreement (.5). | 1.20 hrs.  |
| 04/26/12   | A. ROSENBLATT | Review comments to litigation trust confidentiality agreement (.3); meet with Rivera and Roitman re: comments on litigation trust agreement and confidentiality agreement (1.0); emails with LeMay re: tendering PHONES reconsideration motion (.3); calls to Sidley re: same (.4); emails with D. Deutsch re: share allocation analysis for FCC purposes and review same (.3); | 3.00 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page   13
CHICAGO, IL 60611

|            |                |                                                                                                                                                                            |            |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | review latest confirmation task list sent from E. Vonnegut (.4); review letter sent from Sottile re: MDL proceeding (.2) and review email from LeMay to group with thoughts about sharing same with Committee (.1). |            |
| 04/26/12   | D. M. LeMAY    | Review drafts of revised Litigation Trust documents.                                                                                                                        | 1.30 hrs.  |
| 04/26/12   | M. D. ASHLEY   | Reviewed materials relating to Tendering Noteholders' motion for reconsideration of allocation disputes ruling (1.2); emails with D. LeMay, J. Sottile regarding same (.3). | 1.50 hrs.  |
| 04/26/12   | H. SEIFE       | Preparation for court hearing.                                                                                                                                              | 0.50 hrs.  |
| 04/26/12   | C. L. RIVERA   | Reviewing confi agreement and trust agreement (2.8); correspondence with M. Roitman re: same (0.3); confer with A. Rosenblatt and M. Roitman re: comments to confi agreement and trust agreement (1.1). | 4.20 hrs.  |
| 04/26/12   | M. ROITMAN     | Revise Litigation Trust Confidentiality Agreement (1.7); Confer/correspond with M. Ashley and J. Sottile re: same (0.4); Conference call with C. Rivera and A. Rosenblatt re: same (1.1); | 3.20 hrs.  |
| 04/26/12   | D. E. DEUTSCH  | Review report from Kim Brown on appeal issues/status (.3); review court papers on allocation appeal and reconsideration (1.8).                                              | 2.10 hrs.  |
| 04/27/12   | C. L. RIVERA   | Reviewing revised confi agreement (.5); correspondence to M. Roitman with additional change (.3).                                                                           | 0.80 hrs.  |
| 04/27/12   | M. ROITMAN     | Revise Litigation Trust Confidentiality Agreement (2.7); Confer/correspond with C. Rivera, M. Ashley and J. Sottile re: same (0.6); | 3.30 hrs.  |

| | | | |
|---|---|---|---|
| 04/27/12 | H. SEIFE | Participate in telephonic court hearing before Judge Carey re: reconsideration motion (.5); review of expert reports of Chachas and Whittman (.8). | 1.30 hrs. |
| 04/27/12 | M. D. ASHLEY | Revised further draft of Litigation Trust cooperation agreement (.8); emails with J. Sottile regarding same (.2). | 1.00 hrs. |
| 04/27/12 | D. M. LeMAY | Participate in telephonic status conference regarding reconsideration motion (.4). Prepare update for committee (.2). | 0.60 hrs. |
| 04/27/12 | A. ROSENBLATT | Participate on telephonic hearing re: tendering PHONES motion for reconsideration (.5); review revised draft of litigation trust confidentiality agreement with Sottile comments (.4); review further revised confidentiality agreement incorporating additional Chadbourne comments (.3); review draft expert reports for Chachas and Whittman circulated by Sidley (.4); review additional letter submitted by Akin in MDL proceeding circulated by Sottile (.2); review trust loan term sheet to identify open issues to be resolved (.3). | 2.10 hrs. |
| 04/30/12 | A. ROSENBLATT | Call with Gallai re: Jay Teitelbaum tax issue (.2); call with Kevin Lantry re: same (.3); review litigation trust confidentiality agreement comments circulated by Davis Polk (.3) and review revised agreement sent from debtors (.3); review draft plan supplement exhibit identifying proposed directors of reorganized debtors (.3); review retiree settlement as per discussion with Gallai (.3); review Zuckerman waiver memorandum re: MDL litigation (.2); review email from Sottile re: designees for litigation trust advisory board (.2);  email with Roitman re: | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page   15
CHICAGO, IL 60611

|            |                 | status of Wilmington Trust appeal of reconsideration motion (.2); begin to review litigation trust loan agreement circulated by Sidley (.3). |           |
|------------|-----------------|---|---|
| 04/30/12   | D. M. LeMAY     | Review draft Litigation Trust Confidentiality Agreement (1.5); review draft Litigation Trust Loan Agreement (1.9). | 3.40 hrs. |
| 04/30/12   | M. D. ASHLEY    | Reviewed Debtors' revisions to draft Litigation Trust cooperation agreement and related materials (.8); emails with team regarding same (.3). | 1.10 hrs. |
| 04/30/12   | T. J. MCCORMACK | Review comments to Litigation Trust Agreement (0.3); review information on Trustees for Litigation Trust (0.2). | 0.50 hrs. |
| 04/30/12   | M. ROITMAN      | Review and comment upon draft Litigation Trust Confidentiality Agreement (0.5); Review draft Litigation Trust Loan Agreement (0.2); conference with C.Rivera re: same (0.2). | 0.90 hrs. |
| 04/30/12   | C. L. RIVERA    | Call with M. Roitman re: comments to litigation trust materials. | 0.20 hrs. |
| 04/30/12   | D. E. DEUTSCH   | Review memorandum to Committee re: confirmation-related deadlines (.1); e-mail David Bava re: related posting to Committee (.1). | 0.20 hrs. |

        **Total Fees for Professional Services.............. $127,463.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 22, 2012
435 N. MICHIGAN AVENUE                                 Page    16
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 25.80 | 23865.00 |
| H. SEIFE | 995.00 | 22.20 | 22089.00 |
| T. J. MCCORMACK | 875.00 | 7.40 | 6475.00 |
| M. D. ASHLEY | 695.00 | 13.30 | 9243.50 |
| A. ROSENBLATT | 745.00 | 43.40 | 32333.00 |
| D. E. DEUTSCH | 745.00 | 5.40 | 4023.00 |
| D. BAVA | 295.00 | 3.10 | 914.50 |
| C. L. RIVERA | 665.00 | 6.90 | 4588.50 |
| J. MARRERO | 435.00 | 5.70 | 2479.50 |
| M. DISTEFANO | 435.00 | 6.40 | 2784.00 |
| M. ROITMAN | 495.00 | 36.80 | 18216.00 |
| Y. YOO | 565.00 | .80 | 452.00 |
| TOTALS | | 177.20 | 127463.00 |