## EXHIBIT B

**TRIBUNE COMPANY, et al.**

**SUMMARY OF EXPENSES INCURRED**

**April 1, 2012 through April 30, 2012**

| DISBURSEMENT | AMOUNT |
|---|---|
| Long Distance Travel<br><br>  Train Fare[1]   $1,241.20<br>  Lodging[2]        438.90 | $1,680.10 |
| Business Meals/Catering<br>  Late Night/Weekend Meals   $128.21<br>  Travel Meals[3]                   68.95 | 197.16 |
| Carfare (Late Night/Weekends) | 355.75 |
| Lexis Legal Research | 578.26 |
| Westlaw Legal Research | 2,421.77 |
| Information Retrieval (Bloomberg Law) | 118.14 |
| Federal Express | 65.95 |
| Reproduction | 817.60 |
| Court Reporter | 3,493.25 |
| Paralegal Overtime | 649.28 |
| Telephone Charges [4] | 1,331.68 |
| Telephone Reimbursement | 46.73 |
| Managing Clerk Services (PACER) [5] | 601.71 |
| **TOTAL** | **$12,357.38** |

1.  Represents travel on Amtrak to Wilmington, Delaware on March 15-16, 2012 and March 25, 2012 to attend hearings in Bankruptcy Court.

2.  Represents lodging expense in connection with March 15-16, 2012 travel to Wilmington, Delaware.

3.    Represents meal expenses in connection with March 15-16, 2012 travel to Wilmington, Delaware.

4.    Total includes charges ($1,190.95) for conference call services for Creditors' Committee meetings held on April 5, 2012 and April 12, 2012.

5.    Due to the voluminous nature of the computerized records listing each PACER charge, Chadbourne has not electronically filed said copies.  The computerized records will be made available to the Fee Examiner in the required format and, upon request, will be made available to any party in interest upon request to the undersigned counsel.

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/18/2012 | | | LDTRAN | 1.00 | 309.00 | 309.00 | TRANSPORTATION - LONG DISTANCE TRAVEL - (AMTRAK | 28994358 |
| | | | | | | | + $23 TAXI) Vendor: DAVID LEMAY 4/15-4/16/12 | |
| | | | | | | | TRAVEL TO WILMINGTON, DE REGARDING TRIBUNE | |
| | | | | | | | HEARING ON APRIL 16, 2012 | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 811.90 | |
| | | | | | | | Check #340890 04/19/2012 | |
| 04/19/2012 | | | LDTRAN | 1.00 | 310.00 | 310.00 | TRANSPORTATION - LONG DISTANCE TRAVEL - | 29004939 |
| | | | | | | | (AMTRAK) - Vendor: ANDREW ROSENBLATT 4/16/12 | |
| | | | | | | | TRAVEL TO/FROM WILMINTON, DE RE: ATTENDANCE AT | |
| | | | | | | | HEARING | |
| | | | | | | | Vendor=ANDREW ROSENBLATT  Balance= .00  Amount= 310.00 | |
| | | | | | | | Check #340897 04/19/2012 | |
| 04/19/2012 | | | LDTRAN | 1.00 | 287.20 | 287.20 | TRANSPORTATION - LONG DISTANCE TRAVEL - (AMTRAK | 29004960 |
| | | | | | | | + $10.20 Taxi) -Vendor: MARC ROITMAN 4/16/12 | |
| | | | | | | | WILIMINGTON, DE FOR TRIBUNE HEARING | |
| | | | | | | | Vendor=MARC ROITMAN  Balance= .00  Amount= 297.15 | |
| | | | | | | | Check #340895 04/19/2012 | |
| 04/27/2012 | | | LDTRAN | 1.00 | 335.00 | 335.00 | TRANSPORTATION - LONG DISTANCE TRAVEL (AMTRAK) | 29017699 |
| | | | | | | | - Vendor: DAVID LEMAY 4/25/12 TRAVEL TO | |
| | | | | | | | WILMINGTON, DE FOR TRIBUNE HEARING ON APRIL 25, | |
| | | | | | | | 2012 | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 335.00 | |
| | | | | | | | Check #341115 04/27/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 1,241.20 | 4 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 1,241.20 | | |
| | | GRAND TOTAL:    WORK: | | | | 1,241.20 | 4 records | |
| | | GRAND TOTAL:    BILL: | | | | 1,241.20 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 04/18/2012 | | | LODGE | 1.00 | 438.90 | 438.90 | LODGING - LONG DIST ANCE TRAVEL (HOTEL DuPONT - | 28994356 |
| | | | | | | | One Night) - Vendor: DAVID LEMAY 4/15-4/16/12 | |
| | | | | | | | TRAVEL TO WILMINGT ON, DE REGARDING TRIBUNE | |
| | | | | | | | HEARING ON APRIL 16, 2012 | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 811.90 | |
| | | | | | | | Check #340890  04/19/2012 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:   WORK | | | | 438.90 | 1 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 438.90 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 438.90 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 438.90 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/09/2012 | | | MEALH | 1.00 | 30.63 | 30.63 | MEALS | 28994238 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 262634265 | |
| | | | | | | | Name of Restaurant: OUR PLACE | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 2183.60 | |
| | | | | | | | Check #340855  04/18/2012 | |
| 04/17/2012 | | | MEALH | 1.00 | 28.93 | 28.93 | MEALS - Vendor: CHADBOURNE & PARKE LLP MEALS - | 29003457 |
| | | | | | | | VARIOUS MEALS 2/25 (JAMBA JUICE), 2/25 ( | |
| | | | | | | | LENNY'S ), 3/12 ( JUST  SALAD),  - MARC ROITMAN | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 649.96 | |
| | | | | | | | Check #340901  04/20/2012 | |
| 04/26/2012 | | | MEALH | 1.00 | 28.27 | 28.27 | MEALS - Vendor: CHADBOURNE & PARKE LLP MEALS | 29017752 |
| | | | | | | | WHILE WORKING ON 3/23 & 3/31/12 - DOUGLAS | |
| | | | | | | | DEUTSCH | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 854.42 | |
| | | | | | | | Check #341139  04/27/2012 | |
| 04/26/2012 | | | MEALH | 1.00 | 40.38 | 40.38 | MEALS - Vendor: CHADBOURNE & PARKE LLP MEALS - | 29017756 |
| | | | | | | | WHILE WORKING ON 4/2, 4/03,4/16  AND 4/17 - | |
| | | | | | | | DOUGLAS DEUTSCH | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 854.42 | |
| | | | | | | | Check #341139  04/27/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 128.21 | 4 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 128.21 | | |
| | | GRAND TOTAL:     WORK: | | | | 128.21 | 4 records | |
| | | GRAND TOTAL:     BILL: | | | | 128.21 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/18/2012 | | | MEALLD | 1.00 | 59.00 | 59.00 | MEALS - LONG DISTANCE TRAVEL (Dinner) - Vendor: | 28994357 |
| | | | | | | | DAVID LEMAY 4/15-4/16/12 TRAVEL TO WILMINGTON, | |
| | | | | | | | DE REGARDING TRIBUNE HEARING ON APRIL 16, 2012 | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 811.90 | |
| | | | | | | | Check #340890  04/19/2012 | |
| | | | | | | | | |
| 04/19/2012 | | | MEALLD | 1.00 | 9.95 | 9.95 | MEALS - LONG DISTANCE TRAVEL (Breakfast/Lunch) | 29004959 |
| | | | | | | | - Vendor: MARC ROITMAN 4/16/12 WILIMINGT ON, DE | |
| | | | | | | | FOR TRIBUNE HEARING | |
| | | | | | | | Vendor=MARC ROITMAN  Balance= .00  Amount= 297.15 | |
| | | | | | | | Check #340895  04/19/2012 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:  WORK | | | | 68.95 | 2 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 68.95 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 68.95 | 2 records | |
| | | GRAND TOTAL:    BILL: | | | | 68.95 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                      Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/23/2012 | | | CAR | 1.00 | 54.63 | 54.63 | CARFARE | 29019573 |
| | | | | | | | Daucher Eric | |
| | | | | | | | 77 W 55 ST | |
| | | | | | | | LAGUARDIA AIRPORT | |
| | | | | | | | 0032678 | |
| | | | | | | | 543772 | |
| | | | | | | | Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 11501.40 | |
| | | | | | | | Check #341441  05/15/2012 | |
| 03/04/2012 | | | CAR | 1.00 | 100.08 | 100.08 | CARFARE | 29019574 |
| | | | | | | | McCormack Thomas J. | |
| | | | | | | | 2 GLENWOOD ROAD | |
| | | | | | | | 1 PENN STATION | |
| | | | | | | | 0714723 | |
| | | | | | | | 543772 | |
| | | | | | | | Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 11501.40 | |
| | | | | | | | Check #341441  05/15/2012 | |
| 04/17/2012 | | | CAR | 1.00 | 128.04 | 128.04 | CARFARE - Vendor: CHADBOURNE & PARKE LLP | 28993500 |
| | | | | | | | CARFARES - VARIOUS CABFARE - | |
| | | | | | | | 2/24,2/25,2/27,3/07,3/12,4/09 | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 577.02 | |
| | | | | | | | Check #340901  04/20/2012 | |
| 04/23/2012 | | | CAR | 1.00 | 20.75 | 20.75 | CARFARE - Vendor: CHADBOURNE & PARKE LLP | 29008736 |
| | | | | | | | CABFARE - CAB TAKEN ON 4/23/12 - WORKING LA TE | |
| | | | | | | | NIGHT -- JESSICA MARRERO | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 1582.78 | |
| | | | | | | | Check #341139  04/27/2012 | |
| 04/26/2012 | | | CAR | 1.00 | 24.25 | 24.25 | CARFARE - Vendor: CHADBOURNE & PARKE LLP CAR - | 29017751 |
| | | | | | | | CABFARE TAKEN WHILE WORKING ON 3/27 & 3/31 - | |
| | | | | | | | DOUGLAS DEUTSCH | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 854.42 | |
| | | | | | | | Check #341139  04/27/2012 | |
| 04/26/2012 | | | CAR | 1.00 | 28.00 | 28.00 | CARFARE - Vendor: CHADBOURNE & PARKE LLP | 29017755 |
| | | | | | | | CABFARE - WHILE WORKING ON 4/3,4/14,4/17 - | |
| | | | | | | | DOUGLAS DEUTSCH | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 854.42 | |
| | | | | | | | Check #341139  04/27/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 355.75 | 6 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 355.75 | | |
| | | GRAND TOTAL:    WORK: | | | | 355.75 | 6 records | |
| | | GRAND TOTAL:    BILL: | | | | 355.75 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]

Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 04/02/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 29022113 |
| 04/02/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 29022114 |
| 04/03/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 29022115 |
| 04/03/2012 | | | LEXIS | 1.00 | 8.43 | 8.43 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 29022116 |
| 04/04/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 29022117 |
| 04/04/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 29022118 |
| 04/05/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 3<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 29022119 |
| 04/05/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 29022120 |
| 04/06/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 29022121 |
| 04/06/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 29022122 |
| 04/09/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 2<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 29022123 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/09/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 29022124 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD`S SERVICE | |
| 04/10/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022125 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 3 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/10/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 29022126 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD`S SERVICE | |
| 04/11/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022127 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/11/2012 | | | LEXIS | 1.00 | 8.43 | 8.43 | LEXIS | 29022128 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD`S SERVICE | |
| 04/12/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022129 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/12/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 29022130 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD`S SERVICE | |
| 04/13/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022131 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/13/2012 | | | LEXIS | 1.00 | 8.43 | 8.43 | LEXIS | 29022132 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD`S SERVICE | |
| 04/16/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022133 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/16/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 29022134 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | SHEPARD'S SERVICE | |
| 04/17/2012 | | | EXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022135 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/17/2012 | | | EXIS | 1.00 | 8.44 | 8.44 | LEXIS | 29022136 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 04/18/2012 | | | EXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022137 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 5 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/18/2012 | | | EXIS | 1.00 | 82.50 | 82.50 | LEXIS | 29022138 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 12.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/18/2012 | | | EXIS | 1.00 | 8.44 | 8.44 | LEXIS | 29022139 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 04/19/2012 | | | EXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022140 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/19/2012 | | | EXIS | 1.00 | 8.44 | 8.44 | LEXIS | 29022141 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 04/20/2012 | | | EXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022142 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/20/2012 | | | EXIS | 1.00 | 8.44 | 8.44 | LEXIS | 29022143 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 04/23/2012 | | | EXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022144 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/23/2012 | | | EXIS | 1.00 | 8.44 | 8.44 | LEXIS | 29022145 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 04/24/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022146 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 2.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 04/24/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022147 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 3677 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 04/24/2012 | | | LEXIS | 1.00 | 197.08 | 197.08 | LEXIS | 29022148 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 2.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 04/24/2012 | | | LEXIS | 1.00 | 68.75 | 68.75 | LEXIS | 29022149 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 3.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 04/24/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022150 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 240 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/24/2012 | | | LEXIS | 1.00 | 6.89 | 6.89 | LEXIS | 29022151 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/24/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022152 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 3 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/24/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 29022153 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 04/25/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022154 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/25/2012 | | | LEXIS | 1.00 | 8.43 | 8.43 | LEXIS | 29022155 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 04/26/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022156 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 04/26/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022157 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 957 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 04/26/2012 | | | LEXIS | 1.00 | 45.85 | 45.85 | LEXIS | 29022158 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 2.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 04/26/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022159 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 0 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/26/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022160 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/26/2012 | | | LEXIS | 1.00 | 8.43 | 8.43 | LEXIS | 29022161 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 04/27/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022162 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/27/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 29022163 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 04/30/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29022164 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 04/30/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS | 29022165 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| | | UNBILLED TOTALS:   WORK: | | | | 578.26 | 53 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 578.26 | | |
| | | GRAND TOTAL:   WORK: | | | | 578.26 | 53 records | |
| | | GRAND TOTAL:   BILL: | | | | 578.26 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 04/02/2012 | | | WEST | 1.00 | 45.73 | 45.73 | INFORMATION RETRIEVAL User Name: YOO,YOUNG CNNT(HMS):0:00:00 Westlaw ID:6717614 ACCT NO: 1000813306 Excluded | 28972305 |
| 04/02/2012 | | | WEST | 1.00 | 16.17 | 16.17 | INFORMATION RETRIEVAL User Name: YOO,YOUNG CNNT(HMS):0:00:00 Westlaw ID:6717614 ACCT NO: 1000813306 Included | 28972326 |
| 04/03/2012 | | | WEST | 1.00 | 54.97 | 54.97 | INFORMATION RETRIEVAL User Name: YOO,YOUNG CNNT(HMS):0:00:00 Westlaw ID:6717614 ACCT NO: 1000813306 Included | 28972349 |
| 04/04/2012 | | | WEST | 1.00 | 63.78 | 63.78 | INFORMATION RETRIEVAL User Name: YOO,YOUNG CNNT(HMS):0:00:00 Westlaw ID:6717614 ACCT NO: 1000813306 Included | 28974243 |
| 04/05/2012 | | | WEST | 1.00 | 132.58 | 132.58 | INFORMATION RETRIEVAL User Name: YOO,YOUNG CNNT(HMS):0:00:00 Westlaw ID:6717614 ACCT NO: 1000813306 Included | 28978921 |
| 04/06/2012 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL User Name: YOO,YOUNG CNNT(HMS):0:00:00 Westlaw ID:6717614 ACCT NO: 1000813306 Included | 28979298 |
| 04/07/2012 | | | WEST | 1.00 | 54.97 | 54.97 | INFORMATION RETRIEVAL User Name: YOO,YOUNG CNNT(HMS):0:00:00 Westlaw ID:6717614 ACCT NO: 1000813306 Included | 28979310 |
| 04/08/2012 | | | WEST | 1.00 | 16.17 | 16.17 | INFORMATION RETRIEVAL User Name: YOO,YOUNG CNNT(HMS):0:00:00 Westlaw ID:6717614 ACCT NO: 1000813306 Included | 28979319 |
| 04/10/2012 | | | WEST | 1.00 | 106.71 | 106.71 | INFORMATION RETRIEVAL User Name: YOO,YOUNG CNNT(HMS):0:00:00 Westlaw ID:6717614 ACCT NO: 1000813306 Included | 28983670 |
| 04/11/2012 | | | WEST | 1.00 | 29.11 | 29.11 | INFORMATION RETRIEVAL User Name: YOO,YOUNG CNNT(HMS):0:00:00 Westlaw ID:6717614 ACCT NO: 1000813306 Included | 28984747 |
| 04/12/2012 | | | WEST | 1.00 | 132.58 | 132.58 | INFORMATION RETRIEVAL User Name: YOO,YOUNG CNNT(HMS):0:00:00 Westlaw ID:6717614 ACCT NO: 1000813306 Included | 28985814 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    5/21/2012 5:46:40 PM

Page 2

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/13/2012 | | | WEST | 1.00 | 16.17 | 16.17 | INFORMATION RETRIEVAL | 28991314 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:0:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/13/2012 | | | WEST | 1.00 | 106.71 | 106.71 | INFORMATION RETRIEVAL | 28991315 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:0:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/14/2012 | | | WEST | 1.00 | 94.32 | 94.32 | INFORMATION RETRIEVAL | 28991327 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:0:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/15/2012 | | | WEST | 1.00 | 24.97 | 24.97 | INFORMATION RETRIEVAL | 28993245 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:0:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/16/2012 | | | WEST | 1.00 | 16.17 | 16.17 | INFORMATION RETRIEVAL | 28993262 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:0:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/17/2012 | | | WEST | 1.00 | 67.91 | 67.91 | INFORMATION RETRIEVAL | 28994172 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:0:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/18/2012 | | | WEST | 1.00 | 89.64 | 89.64 | INFORMATION RETRIEVAL | 29003935 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:0:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/19/2012 | | | WEST | 1.00 | 119.65 | 119.65 | INFORMATION RETRIEVAL | 29005557 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:0:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/20/2012 | | | WEST | 1.00 | 177.13 | 177.13 | INFORMATION RETRIEVAL | 29006774 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:0:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/21/2012 | | | WEST | 1.00 | 78.40 | 78.40 | INFORMATION RETRIEVAL | 29006763 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:0:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Excluded | |
| 04/21/2012 | | | WEST | 1.00 | 111.38 | 111.38 | INFORMATION RETRIEVAL | 29006785 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:0:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                              Page 3
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Included | |
| 04/22/2012 | | | WEST | 1.00 | 93.78 | 93.78 | INFORMATION RETRIEVAL | 29006791 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/23/2012 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL | 29007503 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/24/2012 | | | WEST | 1.00 | 63.24 | 63.24 | INFORMATION RETRIEVAL | 29008163 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/24/2012 | | | WEST | 1.00 | 93.78 | 93.78 | INFORMATION RETRIEVAL | 29008164 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/25/2012 | | | WEST | 1.00 | 39.20 | 39.20 | INFORMATION RETRIEVAL | 29009143 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Excluded | |
| 04/25/2012 | | | WEST | 1.00 | 74.74 | 74.74 | INFORMATION RETRIEVAL | 29009160 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/25/2012 | | | WEST | 1.00 | 93.78 | 93.78 | INFORMATION RETRIEVAL | 29009161 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/26/2012 | | | WEST | 1.00 | 74.02 | 74.02 | INFORMATION RETRIEVAL | 29019251 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/26/2012 | | | WEST | 1.00 | 37.91 | 37.91 | INFORMATION RETRIEVAL | 29019252 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/27/2012 | | | WEST | 1.00 | 132.58 | 132.58 | INFORMATION RETRIEVAL | 29031749 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 04/28/2012 | | | WEST | 1.00 | 85.52 | 85.52 | INFORMATION RETRIEVAL | 29031759 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| | | | | | | | | |
| 04/29/2012 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL | 29031773 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| | | | | | | | | |
| 04/30/2012 | | | WEST | 1.00 | 39.20 | 39.20 | INFORMATION RETRIEVAL | 29031730 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Excluded | |
| | | | | | | | | |
| 04/30/2012 | | | WEST | 1.00 | 29.11 | 29.11 | INFORMATION RETRIEVAL | 29031795 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| | | | | | | | | |
| | | UNBILLED TOTALS:  WORK | | | | 2,421.77 | 36 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 2,421.77 | | |
| | | | | | | | | |
| | | GRAND TOTAL:      WORK: | | | | 2,421.77 | 36 records | |
| | | GRAND TOTAL:      BILL: | | | | 2,421.77 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 03/28/2012 | | | INFORT | 1.00 | 2.18 | 2.18 | INFORMATION RETRIEVAL | 29056718 |
| | | | | | | | 975913013 | |
| | | | | | | | Ill. Cir. Ct. | |
| | | | | | | | 2011-L-013642 | |
| | | | | | | | DRC | |
| | | | | | | | DAVID BAVA | |
| | | | | | | | 6615604 | |
| 03/28/2012 | | | INFORT | 1.00 | 4.36 | 4.36 | INFORMATION RETRIEVAL | 29056719 |
| | | | | | | | 975913015 | |
| | | | | | | | Ill. Cir. Ct. | |
| | | | | | | | 2011-L-013643 | |
| | | | | | | | DRC | |
| | | | | | | | DAVID BAVA | |
| | | | | | | | 6615604 | |
| 03/28/2012 | | | INFORT | 1.00 | 111.05 | 111.05 | INFORMATION RETRIEVAL | 29056720 |
| | | | | | | | 975913017 | |
| | | | | | | | Ill. Cir. Ct. | |
| | | | | | | | 2011-L-013643 | |
| | | | | | | | DRC | |
| | | | | | | | DAVID BAVA | |
| | | | | | | | 6615604 | |
| 04/02/2012 | | | INFORT | 1.00 | 0.11 | 0.11 | INFORMATION RETRIEVAL | 29056713 |
| | | | | | | | 975913655 | |
| | | | | | | | 3d Cir. | |
| | | | | | | | 08-04468 | |
| | | | | | | | DT | |
| | | | | | | | RACHEL TORO | |
| | | | | | | | 6615628 | |
| 04/09/2012 | | | INFORT | 1.00 | 0.11 | 0.11 | INFORMATION RETRIEVAL | 29056714 |
| | | | | | | | 975913259 | |
| | | | | | | | 3d Cir. | |
| | | | | | | | 08-04468 | |
| | | | | | | | DT | |
| | | | | | | | RACHEL TORO | |
| | | | | | | | 6615628 | |
| 04/16/2012 | | | INFORT | 1.00 | 0.11 | 0.11 | INFORMATION RETRIEVAL | 29056715 |
| | | | | | | | 975913291 | |
| | | | | | | | 3d Cir. | |
| | | | | | | | 08-04468 | |
| | | | | | | | DT | |
| | | | | | | | RACHEL TORO | |
| | | | | | | | 6615628 | |
| 04/23/2012 | | | INFORT | 1.00 | 0.11 | 0.11 | INFORMATION RETRIEVAL | 29056716 |
| | | | | | | | 975913265 | |
| | | | | | | | 3d Cir. | |
| | | | | | | | 08-04468 | |
| | | | | | | | DT | |
| | | | | | | | RACHEL TORO | |
| | | | | | | | 6615628 | |
| 04/30/2012 | | | INFORT | 1.00 | 0.11 | 0.11 | INFORMATION RETRIEVAL | 29056717 |
| | | | | | | | 975913019 | |
| | | | | | | | 3d Cir. | |
| | | | | | | | 08-04468 | |
| | | | | | | | DT | |
| | | | | | | | RACHEL TORO | |
| | | | | | | | 6615628 | |
| | | UNBILLED TOTALS:  WORK: | | | | 118.14 | 8 records | |
| | | UNBILLED TOTALS:    BILL: | | | | 118.14 | | |
| | | GRAND TOTAL:    WORK: | | | | 118.14 | 8 records | |
| | | GRAND TOTAL:      BILL: | | | | 118.14 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]

Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 04/13/2012 | | | FEDEXH | 1.00 | 41.29 | 41.29 | FEDERAL EXPRESS | 29004021 |
| | | | | | | | DAVID BAVA | |
| | | | | | | | Landis Rath & Cobb LLP | |
| | | | | | | | 919 N Market St | |
| | | | | | | | WILMINGTON          DE19801    US | |
| | | | | | | | 410791150242 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= .00  Amount= 2562.35 | |
| | | | | | | | Check #341351  05/15/2012 | |
| 04/24/2012 | | | FEDEXH | 1.00 | 11.12 | 11.12 | FEDERAL EXPRESS | 29022805 |
| | | | | | | | DAVID BAVA | |
| | | | | | | | Landis Rath & Cobb LLP | |
| | | | | | | | 919 N Market St | |
| | | | | | | | WILMINGTON          DE19801    US | |
| | | | | | | | 410791152290 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= 2332.70  Amount= 2332.70 | |
| 04/26/2012 | | | FEDEXH | 1.00 | 13.54 | 13.54 | FEDERAL EXPRESS | 29022806 |
| | | | | | | | HOWARD SEIFE | |
| | | | | | | | Landis Rath & Cobb | |
| | | | | | | | 919 N Market St | |
| | | | | | | | WILMINGTON          DE19801    US | |
| | | | | | | | 410791152510 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= 2332.70  Amount= 2332.70 | |
| | | UNBILLED TOTALS:  WORK | | | | 65.95 | 3 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 65.95 | | |
| | | GRAND TOTAL:    WORK: | | | | 65.95 | 3 records | |
| | | GRAND TOTAL:    BILL: | | | | 65.95 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                              Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/02/2012 | | | REPRO | 118.00 | 0.20 | 23.60 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 10:41<br>804186 | 28972639 |
| 04/02/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 11:02<br>804191 | 28972640 |
| 04/02/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 12:11<br>804221 | 28972641 |
| 04/02/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 16:48<br>804357 | 28972642 |
| 04/02/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION<br>User Name: Scannavino, Nicholas<br>Time of Day: (H:M:S): 12:47<br>804248 | 28972643 |
| 04/02/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 10:42<br>Scan File 801564 | 28973179 |
| 04/02/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 10:46<br>Scan File 801565 | 28973180 |
| 04/02/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 10:47<br>Scan File 801567 | 28973181 |
| 04/02/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 10:49<br>Scan File 801569 | 28973182 |
| 04/02/2012 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 10:50<br>Scan File 801571 | 28973183 |
| 04/02/2012 | | | REPRO | 66.00 | 0.20 | 13.20 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 10:54<br>Scan File 801573 | 28973184 |
| 04/02/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 11:04<br>Scan File 801579 | 28973185 |
| 04/02/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 12:06<br>Scan File 801602 | 28973186 |
| 04/02/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>User Name: Scannavino, Nicholas<br>Time of Day: (H:M:S): 12:54<br>Scan File 801642 | 28973187 |
| 04/02/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>User Name: Grossman, Jason<br>Time of Day: (H:M:S): 10:59<br>Scan File 801574 | 28973188 |
| 04/03/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 28977030 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 687484 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3100964 | |
| | | | | | | | Print | |
| 04/03/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 28977031 |
| | | | | | | | 687485 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3100964 | |
| | | | | | | | Print | |
| 04/03/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28977033 |
| | | | | | | | 687487 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4609720 | |
| | | | | | | | Print | |
| 04/03/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28977034 |
| | | | | | | | 687489 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4609720 | |
| | | | | | | | Print | |
| 04/03/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28977035 |
| | | | | | | | 687491 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4609720 | |
| | | | | | | | Print | |
| 04/03/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28977036 |
| | | | | | | | 686426 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4609720 | |
| | | | | | | | Print | |
| 04/04/2012 | | | REPRO | 100.00 | 0.20 | 20.00 | REPRODUCTION | 28973931 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:18 | |
| | | | | | | | 809568 | |
| 04/05/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28977032 |
| | | | | | | | 689058 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3100964 | |
| | | | | | | | Print | |
| 04/05/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28977037 |
| | | | | | | | 689050 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4609720 | |
| | | | | | | | Print | |
| 04/05/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28977038 |
| | | | | | | | 688920 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4612844 | |
| | | | | | | | Print | |
| 04/05/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28977039 |
| | | | | | | | 688950 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4612844 | |
| | | | | | | | Print | |
| 04/05/2012 | | | REPRO | 32.00 | 0.20 | 6.40 | REPRODUCTION | 28978591 |
| | | | | | | | User Name: Deutsch, Douglas E. | |
| | | | | | | | Time of Day: (H:M:S): 09:30 | |
| | | | | | | | 812019 | |
| 04/05/2012 | | | REPRO | 48.00 | 0.20 | 9.60 | REPRODUCTION | 28978592 |
| | | | | | | | User Name: Deutsch, Douglas E. | |
| | | | | | | | Time of Day: (H:M:S): 19:18 | |
| | | | | | | | 812234 | |
| 04/05/2012 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28989441 |
| | | | | | | | 689669 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

Page 3

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 04/05/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28989448 |
| | | | | | | | 689722 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4616021 | |
| | | | | | | | Print | |
| 04/05/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28989449 |
| | | | | | | | 689720 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4616021 | |
| | | | | | | | Print | |
| 04/05/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28989464 |
| | | | | | | | 689602 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4596406 | |
| | | | | | | | Print | |
| 04/05/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28989465 |
| | | | | | | | 689604 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4596406 | |
| | | | | | | | Print | |
| 04/05/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28989466 |
| | | | | | | | 689509 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4596406 | |
| | | | | | | | Print | |
| 04/05/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28989467 |
| | | | | | | | 689453 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4615938 | |
| | | | | | | | Print | |
| 04/05/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28989483 |
| | | | | | | | 689667 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1513819 | |
| | | | | | | | Print | |
| 04/05/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28989484 |
| | | | | | | | 689601 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1513819 | |
| | | | | | | | Print | |
| 04/06/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28979515 |
| | | | | | | | User Name: Deutsch, Douglas E. | |
| | | | | | | | Time of Day: (H:M:S): 11:09 | |
| | | | | | | | 813716 | |
| 04/06/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28989450 |
| | | | | | | | 690056 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4616021 | |
| | | | | | | | Print | |
| 04/07/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28979607 |
| | | | | | | | User Name: Deutsch, Douglas E. | |
| | | | | | | | Time of Day: (H:M:S): 07:41 | |
| | | | | | | | 813857 | |
| 04/07/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28979608 |
| | | | | | | | User Name: Deutsch, Douglas E. | |
| | | | | | | | Time of Day: (H:M:S): 09:50 | |
| | | | | | | | 813858 | |
| 04/07/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28979609 |
| | | | | | | | User Name: Deutsch, Douglas E. | |
| | | | | | | | Time of Day: (H:M:S): 10:10 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 813859 | |
| 04/09/2012 | | | REPRO | 48.00 | 0.20 | 9.60 | REPRODUCTION | 28979442 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 10:30 | |
| | | | | | | | 816217 | |
| 04/09/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28979443 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 16:21 | |
| | | | | | | | 816345 | |
| 04/09/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28979444 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 16:25 | |
| | | | | | | | 816348 | |
| 04/09/2012 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28979445 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 16:29 | |
| | | | | | | | 816349 | |
| 04/09/2012 | | | REPRO | 1890.00 | 0.20 | 378.00 | REPRODUCTION | 28979446 |
| | | | | | | | User Name: Gardner, Norman | |
| | | | | | | | Time of Day: (H:M:S): 20:04 | |
| | | | | | | | 816385 | |
| 04/09/2012 | | | REPRO | 45.00 | 0.20 | 9.00 | REPRODUCTION | 28980017 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 10:40 | |
| | | | | | | | Scan File 814016 | |
| 04/09/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28989442 |
| | | | | | | | 691437 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4623295 | |
| | | | | | | | Print | |
| 04/09/2012 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION | 28989468 |
| | | | | | | | 690724 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4586772 | |
| | | | | | | | Print | |
| 04/09/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28989469 |
| | | | | | | | 691091 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4612844 | |
| | | | | | | | Print | |
| 04/09/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28989470 |
| | | | | | | | 691141 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4612844 | |
| | | | | | | | Print | |
| 04/09/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28989471 |
| | | | | | | | 691429 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4204346 | |
| | | | | | | | Print | |
| 04/09/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28989489 |
| | | | | | | | 691061 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3683323 | |
| | | | | | | | Print | |
| 04/10/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28983313 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 10:48 | |
| | | | | | | | 818828 | |
| 04/10/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28983314 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 15:18 | |