| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | 818944 | |
| 04/10/2012 | | | REPRO | 12.00 | 0.20 | 2.40 | REPRODUCTION | 28989443 |
| | | | | | | | 692518 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3100964 | |
| | | | | | | | Print | |
| 04/10/2012 | | | REPRO | 13.00 | 0.20 | 2.60 | REPRODUCTION | 28989444 |
| | | | | | | | 691562 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4467072 | |
| | | | | | | | Print | |
| 04/10/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28989451 |
| | | | | | | | 692202 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4624974 | |
| | | | | | | | Print | |
| 04/10/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28989452 |
| | | | | | | | 692208 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4624974 | |
| | | | | | | | Print | |
| 04/10/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28989453 |
| | | | | | | | 692494 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4624974 | |
| | | | | | | | Print | |
| 04/10/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28989454 |
| | | | | | | | 692500 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4624974 | |
| | | | | | | | Print | |
| 04/10/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28989455 |
| | | | | | | | 692514 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4624974 | |
| | | | | | | | Print | |
| | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28989456 |
| | | | | | | | 692517 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4624974 | |
| | | | | | | | Print | |
| 04/10/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28989457 |
| | | | | | | | 691706 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4624450 | |
| | | | | | | | Print | |
| 04/10/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28989461 |
| | | | | | | | 692265 | |
| | | | | | | | Stenger, James | |
| | | | | | | | 4625195 | |
| | | | | | | | Print | |
| 04/10/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28989462 |
| | | | | | | | 691708 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4619703 | |
| | | | | | | | Print | |
| 04/10/2012 | | | REPRO | 12.00 | 0.20 | 2.40 | REPRODUCTION | 28989472 |
| | | | | | | | 692297 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4620869 | |
| | | | | | | | Print | |
| 04/10/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28989473 |
| | | | | | | | 692298 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4625137 | |
| | | | | | | | Print | |
| 04/10/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28989474 |
| | | | | | | | 692301 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4625137 | |
| | | | | | | | Print | |
| 04/10/2012 | | | REPRO | 12.00 | 0.20 | 2.40 | REPRODUCTION | 28989475 |
| | | | | | | | 692308 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4620869 | |
| | | | | | | | Print | |
| 04/11/2012 | | | REPRO | 114.00 | 0.20 | 22.80 | REPRODUCTION | 28984385 |
| | | | | | | | User Name: Morales, Antonio | |
| | | | | | | | Time of Day: (H:M:S) 11:56 | |
| | | | | | | | 821710 | |
| 04/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28984386 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 13:58 | |
| | | | | | | | 821732 | |
| 04/11/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28984694 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 10:01 | |
| | | | | | | | Scan File 819055 | |
| 04/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28989445 |
| | | | | | | | 693200 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400073 | |
| | | | | | | | Print | |
| 04/11/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28989458 |
| | | | | | | | 692725 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4624450 | |
| | | | | | | | Print | |
| 04/11/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28989459 |
| | | | | | | | 693147 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4624974 | |
| | | | | | | | Print | |
| 04/11/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28989460 |
| | | | | | | | 693306 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4624974 | |
| | | | | | | | Print | |
| 04/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28989463 |
| | | | | | | | 692801 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4619703 | |
| | | | | | | | Print | |
| 04/12/2012 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28985474 |
| | | | | | | | User Name: Bava, David | |
| | | | | | | | Time of Day: (H:M:S): 11:13 | |
| | | | | | | | 824229 | |
| 04/12/2012 | | | REPRO | 1650.00 | 0.20 | 330.00 | REPRODUCTION | 28985475 |
| | | | | | | | User Name: Hand, Rashaan | |
| | | | | | | | Time of Day: (H:M:S): 11:42 | |
| | | | | | | | 824274 | |
| 04/12/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28985476 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 14:20 | |
| | | | | | | | 824284 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 04/12/2012 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION | 28985769 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 09:37 | |
| | | | | | | | Scan File 821861 | |
| 04/12/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28985770 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 14:04 | |
| | | | | | | | Scan File 821953 | |
| 04/12/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28985771 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 14:05 | |
| | | | | | | | Scan File 821954 | |
| 04/12/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28989446 |
| | | | | | | | 694518 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400096 | |
| | | | | | | | Print | |
| 04/12/2012 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28989447 |
| | | | | | | | 694527 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 04/12/2012 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION | 28989476 |
| | | | | | | | 693719 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4586772 | |
| | | | | | | | Print | |
| 04/12/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28989477 |
| | | | | | | | 694633 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4631312 | |
| | | | | | | | Print | |
| 04/12/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28989478 |
| | | | | | | | 694641 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4631312 | |
| | | | | | | | Print | |
| 04/12/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28989485 |
| | | | | | | | 693838 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4629559 | |
| | | | | | | | Print | |
| 04/12/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28989486 |
| | | | | | | | 694530 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1513819 | |
| | | | | | | | Print | |
| 04/13/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28989479 |
| | | | | | | | 694784 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4586772 | |
| | | | | | | | Print | |
| 04/13/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28989480 |
| | | | | | | | 694785 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4586772 | |
| | | | | | | | Print | |
| 04/13/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28989481 |
| | | | | | | | 694791 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4631312 | |
| | | | | | | | Print | |
| 04/13/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28989482 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

Page 8

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 694793 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4631312 | |
| | | | | | | | Print | |
| 04/13/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28989487 |
| | | | | | | | 694891 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4632623 | |
| | | | | | | | Print | |
| 04/13/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28989488 |
| | | | | | | | 694906 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4632752 | |
| | | | | | | | Print | |
| 04/13/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28991407 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 10:14 | |
| | | | | | | | 826836 | |
| 04/13/2012 | | | REPRO | 866.00 | 0.20 | 173.20 | REPRODUCTION | 28991408 |
| | | | | | | | User Name: Hand, Rashaan | |
| | | | | | | | Time of Day: (H:M:S): 11:52 | |
| | | | | | | | 826888 | |
| 04/13/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28991861 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 10:18 | |
| | | | | | | | Scan File 824457 | |
| 04/13/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29002401 |
| | | | | | | | 695454 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4576047 | |
| | | | | | | | Print | |
| 04/16/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28992837 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 09:36 | |
| | | | | | | | 830048 | |
| 04/16/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28992838 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 17:28 | |
| | | | | | | | 830262 | |
| 04/16/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28993202 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 09:37 | |
| | | | | | | | Scan File 827350 | |
| 04/16/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28993203 |
| | | | | | | | User Name: Marrero, Jessica | |
| | | | | | | | Time of Day: (H:M:S): 17:46 | |
| | | | | | | | Scan File 827589 | |
| 04/16/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 29002402 |
| | | | | | | | 695888 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811717 | |
| | | | | | | | Print | |
| 04/16/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29002403 |
| | | | | | | | 696560 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811717 | |
| | | | | | | | Print | |
| 04/16/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29002404 |
| | | | | | | | 696562 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811717 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/16/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29002405 |
| | | | | | | | 696580 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4612844 | |
| | | | | | | | Print | |
| 04/16/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29002406 |
| | | | | | | | 696604 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4612844 | |
| | | | | | | | Print | |
| 04/16/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29002407 |
| | | | | | | | 696631 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4612844 | |
| | | | | | | | Print | |
| 04/16/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29002408 |
| | | | | | | | 696639 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4615938 | |
| | | | | | | | Print | |
| 04/16/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29002409 |
| | | | | | | | 696656 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4631312 | |
| | | | | | | | Print | |
| 04/16/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29002410 |
| | | | | | | | 696669 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4612844 | |
| | | | | | | | Print | |
| 04/16/2012 | | | REPRO | 12.00 | 0.20 | 2.40 | REPRODUCTION | 29002411 |
| | | | | | | | 696683 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4620869 | |
| | | | | | | | Print | |
| 04/17/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28993655 |
| | | | | | | | User Name: Fremer, Suzanne | |
| | | | | | | | Time of Day: (H:M:S): 15:37 | |
| | | | | | | | 833175 | |
| 04/17/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29002412 |
| | | | | | | | 697624 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4615938 | |
| | | | | | | | Print | |
| 04/17/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29002413 |
| | | | | | | | 697875 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4043598 | |
| | | | | | | | Print | |
| 04/17/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29002414 |
| | | | | | | | 697877 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4043598 | |
| | | | | | | | Print | |
| 04/17/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29002415 |
| | | | | | | | 696930 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4625137 | |
| | | | | | | | Print | |
| 04/17/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29002416 |
| | | | | | | | 696932 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4625137 | |
| | | | | | | | Print | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/17/2012 | | | REPRO | 14.00 | 0.20 | 2.80 | REPRODUCTION | 29002417 |
| | | | | | | | 697211 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 04/17/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29002418 |
| | | | | | | | 697219 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4615938 | |
| | | | | | | | Print | |
| 04/17/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29002419 |
| | | | | | | | 697220 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4631312 | |
| | | | | | | | Print | |
| 04/17/2012 | | | REPRO | 12.00 | 0.20 | 2.40 | REPRODUCTION | 29002420 |
| | | | | | | | 697221 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4620869 | |
| | | | | | | | Print | |
| 04/17/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29002421 |
| | | | | | | | 697223 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4625137 | |
| | | | | | | | Print | |
| 04/17/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29002422 |
| | | | | | | | 697881 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4595684 | |
| | | | | | | | Print | |
| 04/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29003532 |
| | | | | | | | User Name: Bava, David | |
| | | | | | | | Time of Day: (H:M:S): 14:21 | |
| | | | | | | | 835766 | |
| 04/18/2012 | | | REPRO | 54.00 | 0.20 | 10.80 | REPRODUCTION | 29003533 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:32 | |
| | | | | | | | 835821 | |
| 04/18/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 29003534 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:44 | |
| | | | | | | | 835827 | |
| 04/18/2012 | | | REPRO | 1408.00 | 0.20 | 281.60 | REPRODUCTION | 29003535 |
| | | | | | | | User Name: Gardner, Norman | |
| | | | | | | | Time of Day: (H:M:S): 18:57 | |
| | | | | | | | 835858 | |
| 04/18/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 29003536 |
| | | | | | | | User Name: Fremer, Suzanne | |
| | | | | | | | Time of Day: (H:M:S): 10:38 | |
| | | | | | | | 835692 | |
| 04/18/2012 | | | REPRO | 27.00 | 0.20 | 5.40 | REPRODUCTION | 29003852 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:36 | |
| | | | | | | | Scan File 833453 | |
| 04/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014382 |
| | | | | | | | 698646 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4641514 | |
| | | | | | | | Print | |
| 04/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014383 |
| | | | | | | | 698647 | |
| | | | | | | | Bava, David | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

Page 11

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4641514 | |
| | | | | | | | Print | |
| 04/18/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29014390 |
| | | | | | | | 698954 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4612844 | |
| | | | | | | | Print | |
| 04/18/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29014391 |
| | | | | | | | 698961 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4612844 | |
| | | | | | | | Print | |
| 04/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014392 |
| | | | | | | | 698949 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4612844 | |
| | | | | | | | Print | |
| 04/18/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29014393 |
| | | | | | | | 698735 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4612844 | |
| | | | | | | | Print | |
| 04/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014394 |
| | | | | | | | 698947 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4612844 | |
| | | | | | | | Print | |
| 04/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014395 |
| | | | | | | | 698740 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4612844 | |
| | | | | | | | Print | |
| 04/18/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29014396 |
| | | | | | | | 698753 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4625137 | |
| | | | | | | | Print | |
| 04/19/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29005223 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 13:44 | |
| | | | | | | | 838282 | |
| 04/19/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014384 |
| | | | | | | | 699894 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400096 | |
| | | | | | | | Print | |
| 04/19/2012 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION | 29014385 |
| | | | | | | | 700115 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 04/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29014397 |
| | | | | | | | 699930 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/19/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29014419 |
| | | | | | | | 700116 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1513819 | |
| | | | | | | | Print | |
| 04/20/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29006893 |
| | | | | | | | User Name: Pender, Sheila | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Time of Day: (H:M:S): 10:51 | |
| | | | | | | | 840583 | |
| 04/20/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29006894 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 15:42 | |
| | | | | | | | 840718 | |
| 04/20/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014398 |
| | | | | | | | 700556 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/20/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014399 |
| | | | | | | | 700568 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/20/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014400 |
| | | | | | | | 700572 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/20/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 29014401 |
| | | | | | | | 701251 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811717 | |
| | | | | | | | Print | |
| 04/23/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29007717 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:39 | |
| | | | | | | | 843650 | |
| 04/23/2012 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 29008026 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 13:16 | |
| | | | | | | | Scan File 841161 | |
| 04/23/2012 | | | REPRO | 28.00 | 0.20 | 5.60 | REPRODUCTION | 29008027 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 13:16 | |
| | | | | | | | Scan File 841162 | |
| 04/23/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29014402 |
| | | | | | | | 701970 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/23/2012 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION | 29014420 |
| | | | | | | | 702569 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 1509166 | |
| | | | | | | | Print | |
| 04/23/2012 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION | 29014421 |
| | | | | | | | 702571 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 1509166 | |
| | | | | | | | Print | |
| 04/24/2012 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 29008519 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 18:46 | |
| | | | | | | | Scan File 843880 | |
| 04/24/2012 | | | REPRO | 28.00 | 0.20 | 5.60 | REPRODUCTION | 29008520 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 18:46 | |
| | | | | | | | Scan File 843881 | |
| 04/24/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014386 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | 703340 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4657293 | |
| | | | | | | | Print | |
| 04/24/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29014403 |
| | | | | | | | 702802 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/24/2012 | | | REPRO | 270.00 | 0.20 | 54.00 | REPRODUCTION | 29014422 |
| | | | | | | | 703301 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 1491713 | |
| | | | | | | | Print | |
| 04/25/2012 | | | REPRO | 110.00 | 0.20 | 22.00 | REPRODUCTION | 29008938 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 14:46 | |
| | | | | | | | 848198 | |
| 04/25/2012 | | | REPRO | 75.00 | 0.20 | 15.00 | REPRODUCTION | 29008939 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:15 | |
| | | | | | | | 848240 | |
| 04/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29008940 |
| | | | | | | | User Name: Fremer, Suzanne | |
| | | | | | | | Time of Day: (H:M:S): 10:17 | |
| | | | | | | | 848084 | |
| 04/25/2012 | | | REPRO | 28.00 | 0.20 | 5.60 | REPRODUCTION | 29009129 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 15:06 | |
| | | | | | | | Scan File 846138 | |
| 04/25/2012 | | | REPRO | 27.00 | 0.20 | 5.40 | REPRODUCTION | 29009130 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 15:07 | |
| | | | | | | | Scan File 846139 | |
| 04/25/2012 | | | REPRO | 28.00 | 0.20 | 5.60 | REPRODUCTION | 29009131 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:14 | |
| | | | | | | | Scan File 846168 | |
| 04/25/2012 | | | REPRO | 27.00 | 0.20 | 5.40 | REPRODUCTION | 29009132 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:14 | |
| | | | | | | | Scan File 846169 | |
| 04/25/2012 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 29009133 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:18 | |
| | | | | | | | Scan File 846170 | |
| 04/25/2012 | | | REPRO | 26.00 | 0.20 | 5.20 | REPRODUCTION | 29009134 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:19 | |
| | | | | | | | Scan File 846171 | |
| 04/25/2012 | | | REPRO | 24.00 | 0.20 | 4.80 | REPRODUCTION | 29009135 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:20 | |
| | | | | | | | Scan File 846172 | |
| 04/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29014387 |
| | | | | | | | 704068 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4658891 | |
| | | | | | | | Print | |
| 04/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29014388 |
| | | | | | | | 704069 | |
| | | | | | | | Distefano, Michael | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 4658891 | |
| | | | | | | | Print | |
| 04/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29014389 |
| | | | | | | | 704073 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4658891 | |
| | | | | | | | Print | |
| 04/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014404 |
| | | | | | | | 704216 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29014405 |
| | | | | | | | 704229 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/25/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29014406 |
| | | | | | | | 703917 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29014407 |
| | | | | | | | 704010 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014408 |
| | | | | | | | 704021 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014409 |
| | | | | | | | 704101 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/25/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29014410 |
| | | | | | | | 704104 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/25/2012 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 29014411 |
| | | | | | | | 704105 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4602783 | |
| | | | | | | | Print | |
| 04/26/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 29014412 |
| | | | | | | | 704522 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4602783 | |
| | | | | | | | Print | |
| 04/26/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014413 |
| | | | | | | | 704525 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4602783 | |
| | | | | | | | Print | |
| 04/26/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014414 |
| | | | | | | | 704526 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4602783 | |
| | | | | | | | Print | |
| 04/26/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 29014415 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 704554 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4602783 | |
| | | | | | | | Print | |
| 04/26/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29014416 |
| | | | | | | | 704568 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4602783 | |
| | | | | | | | Print | |
| 04/26/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29014417 |
| | | | | | | | 704571 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/26/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29014418 |
| | | | | | | | 704583 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/26/2012 | | | REPRO | 73.00 | 0.20 | 14.60 | REPRODUCTION | 29020094 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 11:01 | |
| | | | | | | | 850464 | |
| 04/26/2012 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 29020177 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 11:07 | |
| | | | | | | | Scan File 848320 | |
| 04/26/2012 | | | REPRO | 21.00 | 0.20 | 4.20 | REPRODUCTION | 29024146 |
| | | | | | | | 705283 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 04/26/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29024150 |
| | | | | | | | 705282 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1513819 | |
| | | | | | | | Print | |
| 04/27/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29024147 |
| | | | | | | | 706060 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |
| | | | | | | | Print | |
| 04/27/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29024148 |
| | | | | | | | 706067 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |
| | | | | | | | Print | |
| 04/27/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29024149 |
| | | | | | | | 706076 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 04/30/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29020357 |
| | | | | | | | User Name: Deutsch, Douglas E. | |
| | | | | | | | Time of Day: (H:M:S): 09:55 | |
| | | | | | | | 855413 | |
| 04/30/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29044402 |
| | | | | | | | 707181 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1493811 | |
| | | | | | | | Print | |
| 04/30/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29044417 |
| | | | | | | | 706790 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]

Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

Page 16

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
|      |          |                      |      |          |      |        | Lamb, Helen |            |
|      |          |                      |      |          |      |        | 1811405     |            |
|      |          |                      |      |          |      |        | Print       |            |
|      |          |                      |      |          |      | 1,635.20 | 203 records |          |
|      |          |                      |      |          |      | 817.60 |             |            |
|      |          |                      |      |          |      |        |             |            |
|      |          | GRAND TOTAL:    WORK: |      |          |      | 1,635.20 | 203 records |          |
|      |          | GRAND TOTAL:    BILL: |      |          |      | 817.60 |             |            |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/16/2012 | | | CRTRPT | 1.00 | 1,075.15 | 1,075.15 | COURT REPORTER - Vendor: TSG REPORTING INC | 28991963 |
| | | | | | | | HEARING TRANSCRIPT RE: TRIBUNE (03/06/2012 | |
| | | | | | | | HEARING) | |
| | | | | | | | Vendor=TSG REPORTING INC  Balance= .00  Amount= 1075.15 | |
| | | | | | | | Check #340777 04/16/2012 | |
| 04/16/2012 | | | CRTRPT | 1.00 | 1,443.70 | 1,443.70 | COURT REPORTER - Vendor: TSG REPORTING INC | 28991964 |
| | | | | | | | HEARING TRANSCRIPT RE: TRIBUNE (03/05/2012 | |
| | | | | | | | HEARING) | |
| | | | | | | | Vendor=TSG REPORTING INC  Balance= .00  Amount= 1443.70 | |
| | | | | | | | Check #340777 04/16/2012 | |
| 04/16/2012 | | | CRTRPT | 1.00 | 315.00 | 315.00 | COURT REPORTER - Vendor: TSG REPORTING INC | 28991969 |
| | | | | | | | DEPOSITION TRANSCRIPT ( CHRIS | |
| | | | | | | | HOCHSCHILD/WILLAIM PATE) | |
| | | | | | | | Vendor=TSG REPORTING INC  Balance= .00  Amount= 315.00 | |
| | | | | | | | Check #340777 04/16/2012 | |
| 04/16/2012 | | | CRTRPT | 1.00 | 659.40 | 659.40 | COURT REPORTER - Vendor: TSG REPORTING INC | 28991970 |
| | | | | | | | DEPOSITION TRANSCRIPT ( CHRIS | |
| | | | | | | | HOCHSCHILD/WILLAIM PATE) | |
| | | | | | | | Vendor=TSG REPORTING INC  Balance= .00  Amount= 659.40 | |
| | | | | | | | Check #340777 04/16/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 3,493.25 | 4 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 3,493.25 | | |
| | | GRAND TOTAL:    WORK: | | | | 3,493.25 | 4 records | |
| | | GRAND TOTAL:    BILL: | | | | 3,493.25 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/13/2012 | | | OTPARA | 1.75 | 81.16 | 142.03 | PARALEGAL OVERTIME PR 04/13/2012- D.BAVA | 28984191 |
| 04/13/2012 | | | OTPARA | 1.00 | 81.16 | 81.16 | PARALEGAL OVERTIME PR 04/13/2012- D.BAVA | 28984194 |
| 04/13/2012 | | | OTPARA | 5.25 | 81.16 | 426.09 | PARALEGAL OVERTIME PR 04/13/2012- D.BAVA | 28984195 |
| | | UNBILLED TOTALS:  WORK | | | | 649.28 | 3 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 649.28 | | |
| | | GRAND TOTAL:    WORK: | | | | 649.28 | 3 records | |
| | | GRAND TOTAL:    BILL: | | | | 649.28 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/07/2012 | | | TEL | 411.00 | 0.08 | 31.55 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 411<br>NUMBER of CALLERS:: 10<br>TIME of DAY: 10:24<br>19804.02.002 > MAT | 28953911 |
| 03/13/2012 | | | TEL | 239.00 | 0.08 | 18.28 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 239<br>NUMBER of CALLERS:: 9<br>TIME of DAY: 09:55<br>400.0.2 > MAT | 29009893 |
| 03/15/2012 | | | TEL | 115.00 | 0.08 | 8.79 | TELEPHONE CHARGES<br>CALLER: Marc A. Alpert<br>CNCT : 115<br>NUMBER of CALLERS:: 4<br>TIME of DAY: 15:04<br>Not E.nte > MAT | 29009926 |
| 03/27/2012 | | | TEL | 248.00 | 0.08 | 18.97 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 248<br>NUMBER of CALLERS:: 9<br>TIME of DAY: 09:57 | 29009821 |
| 04/02/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 14:38<br>NUM CALLED: 2023264000<br>803355 | 28972862 |
| 04/02/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 17:31<br>NUM CALLED: 2136216030<br>803789 | 28972863 |
| 04/02/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 17:34<br>NUM CALLED: 2138966022<br>803792 | 28972864 |
| 04/02/2012 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 6<br>TIME of DAY: (H:M:S): 19:31<br>NUM CALLED: 4158480308<br>803905 | 28972865 |
| 04/02/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265167<br>CNCT: 1<br>TIME of DAY: (H:M:S): 12:46<br>NUM CALLED: 3129847525<br>803091 | 28972866 |
| 04/03/2012 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 13:16<br>NUM CALLED: 9734493025<br>805948 | 28973032 |
| 04/03/2012 | | | TEL | 9.00 | 0.04 | 0.39 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 9<br>TIME of DAY: (H:M:S): 13:18<br>NUM CALLED: 9734493025<br>805970 | 28973033 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                    Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/03/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28973034 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:39 | |
| | | | | | | | NUM CALLED: 2138966022 | |
| | | | | | | | 805999 | |
| 04/03/2012 | | | TEL | 4.00 | 0.02 | 0.09 | TELEPHONE CHARGES | 28973035 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:41 | |
| | | | | | | | NUM CALLED: 2136216000 | |
| | | | | | | | 806013 | |
| 04/03/2012 | | | TEL | 232.00 | 0.08 | 17.74 | TELEPHONE CHARGES | 29009818 |
| | | | | | | | CALLER: Douglas E. Deutsch | |
| | | | | | | | CNCT : 232 | |
| | | | | | | | NUMBER of CALLERS:: 10 | |
| | | | | | | | TIME of DAY: 09:55 | |
| 04/03/2012 | | | TEL | 284.00 | 0.08 | 21.71 | TELEPHONE CHARGES | 29009819 |
| | | | | | | | CALLER: Douglas E. Deutsch | |
| | | | | | | | CNCT : 284 | |
| | | | | | | | NUMBER of CALLERS:: 4 | |
| | | | | | | | TIME of DAY: 14:26 | |
| 04/04/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28974068 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:02 | |
| | | | | | | | NUM CALLED: 3128534602 | |
| | | | | | | | 808087 | |
| 04/04/2012 | | | TEL | 4.00 | 0.02 | 0.09 | TELEPHONE CHARGES | 28974069 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:39 | |
| | | | | | | | NUM CALLED: 4109645125 | |
| | | | | | | | 808668 | |
| 04/05/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28978745 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:12 | |
| | | | | | | | NUM CALLED: 3128534602 | |
| | | | | | | | 811316 | |
| 04/05/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28978746 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:14 | |
| | | | | | | | NUM CALLED: 4109645125 | |
| | | | | | | | 811567 | |
| 04/05/2012 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 28978747 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 19:27 | |
| | | | | | | | NUM CALLED: 4103855014 | |
| | | | | | | | 811873 | |
| 04/05/2012 | | | TEL | 1370.00 | 0.46 | 633.25 | TELEPHONE CHARGES | 29009822 |
| | | | | | | | CALLER: Howard Seife | |
| | | | | | | | CNCT : 1370 | |
| | | | | | | | NUMBER of CALLERS:: 27 | |
| | | | | | | | TIME of DAY: 11:02 | |
| 04/07/2012 | | | TEL | 3.00 | 0.04 | 0.13 | TELEPHONE CHARGES | 28979862 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 09:11 | |
| | | | | | | | NUM CALLED: 2036553500 | |
| | | | | | | | 813835 | |
| 04/09/2012 | | | TEL | 4.00 | 0.02 | 0.09 | TELEPHONE CHARGES | 28979730 |
| | | | | | | | EXT: 265169 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:13 | |
| | | | | | | | NUM CALLED: 8163917649 | |
| | | | | | | | 815084 | |
| 04/09/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28979731 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:41 | |
| | | | | | | | NUM CALLED: 5136516156 | |
| | | | | | | | 815444 | |
| 04/09/2012 | | | TEL | 19.00 | 0.02 | 0.44 | TELEPHONE CHARGES | 28979732 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 19 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:02 | |
| | | | | | | | NUM CALLED: 2027781894 | |
| | | | | | | | 815701 | |
| 04/09/2012 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES | 28979733 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:11 | |
| | | | | | | | NUM CALLED: 2032291814 | |
| | | | | | | | 815939 | |
| 04/10/2012 | | | TEL | 8.00 | 0.04 | 0.34 | TELEPHONE CHARGES | 28983469 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 8 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:32 | |
| | | | | | | | NUM CALLED: 9144377670 | |
| | | | | | | | 817840 | |
| 04/10/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28983470 |
| | | | | | | | EXT: 265539 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:44 | |
| | | | | | | | NUM CALLED: 4158480308 | |
| | | | | | | | 817957 | |
| 04/10/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 28983471 |
| | | | | | | | EXT: 265539 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:15 | |
| | | | | | | | NUM CALLED: 4158480308 | |
| | | | | | | | 818536 | |
| 04/10/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28983472 |
| | | | | | | | EXT: 265539 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:50 | |
| | | | | | | | NUM CALLED: 4158480308 | |
| | | | | | | | 818561 | |
| 04/10/2012 | | | TEL | 225.00 | 0.08 | 17.21 | TELEPHONE CHARGES | 29009820 |
| | | | | | | | CALLER: Douglas E. Deutsch | |
| | | | | | | | CNCT : 225 | |
| | | | | | | | NUMBER of CALLERS:: 9 | |
| | | | | | | | TIME of DAY: 09:57 | |
| 04/11/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 28984547 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:35 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 820589 | |
| 04/11/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28984548 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:17 | |
| | | | | | | | NUM CALLED: 8189546007 | |
| | | | | | | | 821240 | |
| 04/12/2012 | | | TEL | 27.00 | 0.02 | 0.62 | TELEPHONE CHARGES | 28985639 |
| | | | | | | | EXT: 265169 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | CNCT: 27 | |
| | | | | | | | TIME of DAY: (H:M:S): 09:34 | |
| | | | | | | | NUM CALLED: 3126862833 | |
| | | | | | | | 822891 | |
| 04/12/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28985640 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:21 | |
| | | | | | | | NUM CALLED: 3128537030 | |
| | | | | | | | 822949 | |
| 04/12/2012 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES | 28985641 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:29 | |
| | | | | | | | NUM CALLED: 2037085847 | |
| | | | | | | | 822970 | |
| 04/12/2012 | | | TEL | 9.00 | 0.02 | 0.21 | TELEPHONE CHARGES | 28985642 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 9 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:56 | |
| | | | | | | | NUM CALLED: 3024674438 | |
| | | | | | | | 823214 | |
| 04/12/2012 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 28985643 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:14 | |
| | | | | | | | NUM CALLED: 3128534602 | |
| | | | | | | | 823258 | |
| 04/12/2012 | | | TEL | 18.00 | 0.04 | 0.77 | TELEPHONE CHARGES | 28985644 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 18 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:18 | |
| | | | | | | | NUM CALLED: 2037085847 | |
| | | | | | | | 823415 | |
| 04/12/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 28985645 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:52 | |
| | | | | | | | NUM CALLED: 3024674438 | |
| | | | | | | | 823569 | |
| 04/12/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 28985646 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:41 | |
| | | | | | | | NUM CALLED: 3128534602 | |
| | | | | | | | 823925 | |
| 04/12/2012 | | | TEL | 1123.00 | 0.50 | 557.70 | TELEPHONE CHARGES | 29009823 |
| | | | | | | | CALLER: Howard Seife | |
| | | | | | | | CNCT : 1123 | |
| | | | | | | | NUMBER of CALLERS:: 24 | |
| | | | | | | | TIME of DAY: 10:50 | |
| 04/13/2012 | | | TEL | 2.00 | 0.05 | 0.09 | TELEPHONE CHARGES | 28991576 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 09:44 | |
| | | | | | | | NUM CALLED: 2036553500 | |
| | | | | | | | 825536 | |
| 04/18/2012 | | | TEL | 26.00 | 0.02 | 0.60 | TELEPHONE CHARGES | 29003707 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 26 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:24 | |
| | | | | | | | NUM CALLED: 2027781894 | |
| | | | | | | | 834421 | |
| 04/18/2012 | | | TEL | 23.00 | 0.02 | 0.53 | TELEPHONE CHARGES | 29003708 |
| | | | | | | | EXT: 265169 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | CNCT: 23 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:49 | |
| | | | | | | | NUM CALLED: 3142913030 | |
| | | | | | | | 835283 | |
| 04/24/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29008422 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:16 | |
| | | | | | | | NUM CALLED: 3024674438 | |
| | | | | | | | 844968 | |
| 04/24/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 29008423 |
| | | | | | | | EXT: 265204 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:39 | |
| | | | | | | | NUM CALLED: 2023264020 | |
| | | | | | | | 844665 | |
| 04/25/2012 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES | 29009046 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:29 | |
| | | | | | | | NUM CALLED: 3038660107 | |
| | | | | | | | 847498 | |
| 04/26/2012 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES | 29019995 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 6 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:30 | |
| | | | | | | | NUM CALLED: 3024674420 | |
| | | | | | | | 849194 | |
| 04/26/2012 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES | 29019996 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 6 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:37 | |
| | | | | | | | NUM CALLED: 2027781894 | |
| | | | | | | | 849213 | |
| 04/26/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 29019997 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:38 | |
| | | | | | | | NUM CALLED: 3122229100 | |
| | | | | | | | 849331 | |
| 04/26/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29019998 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:29 | |
| | | | | | | | NUM CALLED: 3122229100 | |
| | | | | | | | 849433 | |
| 04/26/2012 | | | TEL | 19.00 | 0.02 | 0.44 | TELEPHONE CHARGES | 29019999 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 19 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:09 | |
| | | | | | | | NUM CALLED: 3126662833 | |
| | | | | | | | 849774 | |
| 04/27/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29020512 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:09 | |
| | | | | | | | NUM CALLED: 3122229100 | |
| | | | | | | | 851836 | |
| 04/27/2012 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 29020513 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:54 | |
| | | | | | | | NUM CALLED: 2027781822 | |
| | | | | | | | 852168 | |
| 04/27/2012 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 29020514 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:22 | |
| | | | | | | | NUM CALLED: 2022857055 | |
| | | | | | | | 852373 | |
| 04/27/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29020515 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:33 | |
| | | | | | | | NUM CALLED: 3122229100 | |
| | | | | | | | 852402 | |
| 04/30/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29020649 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:11 | |
| | | | | | | | NUM CALLED: 3122229100 | |
| | | | | | | | 854354 | |
| 04/30/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29020650 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:46 | |
| | | | | | | | NUM CALLED: 2027781894 | |
| | | | | | | | 854980 | |
| | | UNBILLED TOTALS:   WORK | | | | 1,331.68 | 59 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 1,331.68 | | |
| | | GRAND TOTAL:   WORK: | | | | 1,331.68 | 59 records | |
| | | GRAND TOTAL:   BILL: | | | | 1,331.68 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                 Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   5/21/2012 5:46:40 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 04/24/2012 | | | TELH | 1.00 | 46.73 | 46.73 | TELEPHONE CHARGES - Vendor: HOWARD SEIFE | 29008057 |
| | | | | | | | 3/14-4/13/12 BLACKBERRY SERVICE | |
| | | | | | | | Vendor=HOWARD SEIFE  Balance= .00  Amount= 46.73 | |
| | | | | | | | Check #340946  04/24/2012 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:  WORK | | | | 46.73 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 46.73 | | |
| | | | | | | | | |
| | | GRAND TOTAL:     WORK: | | | | 46.73 | 1 records | |
| | | GRAND TOTAL:     BILL: | | | | 46.73 | | |