**Exhibit A**



## CERTIFICATE OF PUBLICATION

Chicago Tribune Company hereby certifies that it is the
publisher of the Chicago Tribune; that the Chicago Tribune
is an English language newspaper of general circulation,
published daily in the City of Chicago, County of Cook
and State of Illinois; that the Chicago Tribune has been
so published continuously for more than one year prior to
the date of first publication mentioned below and is further
a newspaper as defined in Ill. Rev. Stat. Ch. 100, SS 5 & 10;
that the undersigned is the duly authorized agent of the
Chicago Tribune Company to execute this certificate on its
behalf; and that a notice of which the annexed is a true
copy was printed and published in said newspaper (1)
times(s) and on the following dates:

**Starting 05/05/12 and Ending 05/05/12**

the first publication being on the earliest of said dates and
the last publication being on the latest of said dates.

Executed at Chicago, Illinois this 07TH day of
May, 2012.

CHICAGO TRIBUNE COMPANY

By

MARVIS L PHARR
MY COMMISSION EXPIRES
MAY 5, 2015

NOTARY PUBLIC
OFFICIAL
SEAL
STATE OF ILLINOIS

Chicago Tribune - chicagotribune.com
435 North Michigan Avenue, Room 1015 - Chicago, Illinois 60611
(312) 222-3232 - Fax: (312) 222-4014

1626715



**Exhibit B**

LA Times in House Ads

Torrance, CA 90505

*Affidavit of Publication*

*—of—*

**Classified Advertising**

Veronica Chavez _____ *of said*

*County and State being duly sworn, says:*

*That he is and at all times herein mentioned was a citizen of the United States, over 21 years of age, and not a party to nor interested in the above entitled matter; that he is a principal clerk of the printers and publishers of the* **LOS ANGELES TIMES** *a newspaper printed and published daily in the said Los Angeles County; that the*

Legal Notice

*in the above entitled matter of which the annexed is a printed copy, was published in said newspaper*

**LOS ANGELES TIMES**
202 West First St. Los Angeles, CA. 90012

*on the following days, to-wit:*

Fri; May 04, 2012

State of California

County of Los Angeles

PATRICIA ARACELLY HERNANDEZ
Commission # 1848383
Notary Public - California
Los Angeles County
My Comm. Expires May 9, 2013

Subscribed and sworn to (or affirmed) before me on this

23rd day of May _____, 2012, by

(1) Veronica Chavez Grajiola
         Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Networks, Inc.
California Community News Corp.
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc. (9221);
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.,
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com corp.
ForSaleByOwner.com Referral Serv, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
JuliusAir Company, LLC
JuliusAir Company II, LLC;
KIAH Inc.

KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
NewScom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Co.
Patuxent Publishing Company
Publishers Forest Products Co. of Wash.
Sentinel Communications News Ventures, Inc.
Shepard's Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb,Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Co., Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS 1, Inc.
TMS Entertainment Guides, Inc.
Tower Distributions Company

Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc., n/k/a
Tribune Washington Bureau Inc.
Tribune California Properties, Inc.
Tribune CNLBC, LLC f/k/a Chicago National
League Ball Club, LLC
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Co.
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Hldgs, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Hldgs, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCCT, Inc. f/k/a WTXX Inc.
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF FOURTH AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES AND VOTING AND OBJECTION DEADLINES RELATING TO THE PLAN**

PLEASE TAKE NOTICE THAT on April 17, 2012, the Debtors in the above-referenced chapter 11 cases filed the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (as may be amended, the "Plan") and the Supplemental Disclosure Document related to the Plan (as may be amended, the "Supplemental Disclosure Document"). Capitalized terms not defined in this notice have the meanings given to them in the Plan.

PLEASE TAKE FURTHER NOTICE THAT:

1.  The deadline for voting to accept or reject the Plan is 4:00 p.m. Eastern Time on May 21, 2012, unless such time is extended. Objections to the Plan must comply with the Resolicitation Order (defined below) and be filed by 11:59 p.m. Eastern Time on May 21, 2012. A hearing to consider confirmation of the Plan will be held on June 7, 2012 at 3:00 p.m. Eastern Time, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom No. 5, Wilmington, Delaware 19801. That hearing may be continued from time to time without further notice.

2.  On April 17, 2012, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Resolicitation Order") approving the Supplemental Disclosure Document and the procedures for providing notice to parties in interest of the Plan and the hearing to confirm the Plan, and approving procedures for resoliciting votes on and elections under the Plan.

3.  The scope of resolicitation of the Plan is limited to Holders of Claims in the following Classes: Senior Loan Claims and Senior Guaranty Claims (Classes 1C and 50C-111C), Bridge Loan Claims (Class 1D), Senior Noteholder Claims (Class 1E), Other Parent Claims (Class 1F), EGI-TRB LLC Notes Claims (Class 1I), PHONES Notes Claims (Class 1J), and thirty-six (36) Classes of General Unsecured Claims against Non-Guarantor Debtors for which no Holders voted to accept or reject the Plan in the prior solicitation process (Classes 2E, 4E through 7E, 10E, 12E through 15E, 18E through 20E, 22E through 29E, 31E through 38E, 40E, 42E, 43E, and 46E through 49E).

4.  Any party in interest wishing to obtain copies of the Supplemental Disclosure Document, the Plan, the Resolicitation Order or other information about the resolicitation procedures, or with questions about their ballot, or inquiries on obtaining a ballot, may request such information or materials by contacting the Voting Agent (i) by first-class mail addressed to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, PO Box 5014, New York, NY 10150-5014; (ii) by personal delivery or overnight courier to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017; or (iii) by telephone at (888) 287-7568. Copies of the Supplemental Disclosure Document, the Plan and the Resolicitation Order, as well as additional information concerning the matters described in this notice, are also available on the Internet free of charge at http://chapter11.epiqsystems.com/tribune.

Dated: May 4, 2012

| SIDLEY AUSTIN LLP | COLE SCHOTZ MEISEL FORMAN |
|---|---|
| James F. Conlan, Bryan Krakauer, | & LEONARD, P.A. |
| Kenneth P. Kansa, Jessica C.K. Boelter, | Norman L. Pernick (No. 2290), J. Kate Stickles (No. |
| One South Dearborn Street, Chicago, | 2917), Patrick J. Reilley (No. 4451), 500 Delaware |
| Illinois 60603, Tele: (312) 853-0199, | Avenue, Suite 1410, Wilmington, Delaware 19201, |
| Fax: (312) 853-7036 | Tele: (302) 652-3131, Fax: (302) 652-3117 |

Counsel for Debtors and Debtors In Possession

**Exhibit C**

# AFFIDAVIT

**STATE OF TEXAS**                    )
                                      )
**CITY AND COUNTY OF DALLAS)**

I, Albert Fox, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

 the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

1   insertion(s) on the following date(s):

MAY-04-2012;

ADVERTISER: TRIBUNE COMPANY;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
4    day of   May        2012

Notary Public

DONNA HESTER
Notary Public, State of Texas
My Commission Expires
October 29, 2014

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

Tribune Company, 435 Production Company, 5800 Sunset Productions Inc., Baltimore Newspaper Networks, Inc., California Community News Corp., Candle Holdings Corporation, Channel 20, Inc., Channel 39, Inc., Channel 40, Inc., Chicago Avenue Construction Company, Chicago River Production Company, Chicago Tribune Company, Chicago Tribune Newspapers, Inc., Chicago Tribune Press Service, Inc., ChicagoLand Microwave Licensee, Inc., Chicagoland Publishing Company, Chicagoland Television News, Inc., Courant Specialty Products, Inc. (92211, Direct Mail Associates, Inc., Distribution Systems of America, Inc., Eagle New Media Investments, LLC, Eagle Publishing Investments, LLC, forsale-byowner.com .com, ForSaleByOwner.com Referral Serv, LLC, Fortify Holdings Corporation, Forum Publishing Group, Inc., Gold Coast Publications, Inc., GreenCo, Inc., Heart & Crown Advertising, Inc., Homeowners Realty, Inc., Homestead Publishing Co., Hoy, LLC, Hoy Publications, LLC, InsertCo, Inc., Internet Foreclosure Service, Inc., JuliusAir Company, LLC, JuliusAir Company II, LLC, KIAH Inc., KPLR, Inc., KSWB Inc., KTLA Inc., KWGN Inc., Los Angeles Times Communications LLC, Los Angeles Times International, Ltd., Los Angeles Times Newspapers, Inc., Magic T Music Publishing Company, NBBF, LLC, Neocomm, Inc., New Mass. Media, Inc., Newscom Services, Inc., Newspaper Readers Agency, Inc., North Michigan Production Company, North Orange Avenue Properties, Inc., Oak Brook Productions, Inc., Orlando Sentinel Communications Co., Patuxent Publishing Company, Publishers Forest Products Co. of Wash., Sentinel Communications News Ventures, Inc., Shepard's Inc., Signs of Distinction, Inc., Southern Connecticut Newspapers, Inc., Star Community Publishing Group, LLC, Stemweb, Inc., Sun-Sentinel Company, The Baltimore Sun Company, The Daily Press, Inc., The Hartford Courant Company, The Morning Call, Inc., The Other Company LLC, Times Mirror Land and Timber Company, Times Mirror Payroll Processing Co., Inc., Times Mirror Services Company, Inc., TMLH 2, Inc., TMLS I, Inc., TMS Entertainment Guides, Inc., Tower Distribution Company, Towering T Music Publishing Company, Tribune Broadcast Holdings, Inc., Tribune Broadcasting Company, Tribune Broadcasting Holdco, LLC, Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc., Tribune California Properties, Inc., Tribune CNLBC, LLC f/k/a Chicago National League Ball Club, LLC, Tribune Direct Marketing, Inc., Tribune Entertainment Company, Tribune Entertainment Production Co., Tribune Finance, LLC, Tribune Finance Service Center, Inc., Tribune License, Inc., Tribune Los Angeles, Inc., Tribune Manhattan Newspaper Hldgs, Inc., Tribune Media Net, Inc., Tribune Media Services, Inc., Tribune Network Holdings Company, Tribune New York Newspaper Hldgs, LLC, Tribune NM, Inc., Tribune Publishing Company, Tribune Television Company, Tribune Television Holdings, Inc., Tribune Television New Orleans, Inc., Tribune Television Northwest, Inc., ValuMail, Inc., Virginia Community Shoppers, LLC, Virginia Gazette Companies, LLC, WATL, LLC, WCCT, Inc. f/k/a WTXX Inc., WCWN LLC, WDCW Broadcasting, Inc., WGN Continental Broadcasting Company, WLVI Inc., WPIX, Inc.

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF FOURTH AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES AND VOTING AND OBJECTION DEADLINES RELATING TO THE PLAN**

PLEASE TAKE NOTICE THAT on April 17, 2012, the Debtors in the above-referenced chapter 11 cases filed the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (as may be amended, the "Plan") and the Supplemental Disclosure Document related to the Plan (as may be amended, the "Supplemental Disclosure Document"). Capitalized terms not defined in this notice have the meanings given to them in the Plan.

PLEASE TAKE FURTHER NOTICE THAT:

1. The deadline for voting to accept or reject the Plan is **4:00 p.m. Eastern Time on May 21, 2012**, unless such time is extended. Objections to the Plan must comply with the Resolicitation Order (defined below) and be filed by **11:59 p.m. Eastern Time on May 21, 2012**. A hearing to consider confirmation of the Plan will be held on **June 7, 2012 at 3:00 p.m.** Eastern Time, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom No. 5, Wilmington, Delaware 19801. That hearing may be continued from time to time without further notice.

2. On April 17, 2012, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Resolicitation Order") approving the Supplemental Disclosure Document and the procedures for providing notice to parties in interest of the Plan and the hearing to confirm the Plan, and approving procedures for resoliciting votes on and elections under the Plan.

3. The scope of resolicitation of the Plan is limited to Holders of Claims in the following Classes: Senior Loan Claims and Senior Guaranty Claims (Classes 1C and 50C-111C), Bridge Loan Claims (Class 1D), Senior Noteholder Claims (Class 1E), Other Parent Claims (Class 1F), EGI-TRB LLC Notes Claims (Class 1I), PHONES Notes Claims (Class 1J), and thirty-six (36) Classes of General Unsecured Claims against Non-Guarantor Debtors for which no Holders voted to accept or reject the Plan in the prior solicitation process (Classes 2E, 4E through 7E, 10E, 12E through 15E, 18E through 20E, 22E through 29E, 31E through 38E, 40E, 42E, 43E, and 46E through 49E).

4. Any party in interest wishing to obtain copies of the Supplemental Disclosure Document, the Plan, the Resolicitation Order or other information about the resolicitation procedures, or with questions about their ballot, or inquiries on obtaining a ballot, may request such information or materials by contacting the Voting Agent (i) by first-class mail addressed to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, PO Box 5014, New York, NY 10150-5014; (ii) by personal delivery or overnight courier to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017; or (iii) by telephone at (888) 287-7566. Copies of the Supplemental Disclosure Document, the Plan and the Resolicitation Order, as well as additional information concerning the matters described in this notice, are also available on the Internet free of charge at http://chapter11.epiqsystems.com/tribune.

Dated:          May 4, 2012

SIDLEY AUSTIN LLP, James F. Conlan, Bryan Krakauer, Kenneth P. Kansa, Jessica C.K. Boelter, One South Dearborn Street, Chicago, Illinois 60603, Tele: (312) 853-0199, Fax: (312) 853-7036 -and- COLE SCHOTZ MEISEL, FORMAN & LEONARD, P.A., Norman L. Pernick (No. 2290), J. Kate Stickles (No. 2917), Patrick J. Reilley (No. 4451), 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19201, Tele: (302) 652-3131, Fax: (302) 652-3117. Counsel for Debtors and Debtors In Possession

**Exhibit D**

# The New York Times

620 8TH AVENUE • NEW YORK, NY 10018

## CERTIFICATION OF PUBLICATION

MAY 04 2012 _____ 20 ___

I, _Alice Weber_ , in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

MAY 04 2012 _____ 20 ___

Approved: _Maria Pannullo_

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Chapter 11
Case No. 08-13141 (KJC)
(Jointly Administered)

In re:
TRIBUNE COMPANY, et al.,
Debtors.