# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC
**COURTROOM LOCATION:** 5
**DATE:** May 29, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kenneth Kansa | Sidley Austin | Tribune Company |
| Fitz Stukes | Goi Schotz | |
| Jelly Schlef | Fox Rothschild | Bridge Lenders |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 05/29/2012
Calendar Time: 01:00 PM ET

2nd Revision 05/29/2012 05:36 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4963681 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4961301 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4962697 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4963782 | Alexander Bilus | (215) 994-2608 | Dechert LLP | Interested Party, Dechert LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4964342 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4961314 | Graeme Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4961327 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4963628 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4941890 | Michael D'Agostino | 860-240-2731 | Bingham McCutchen, LLP | Representing, Michael D'Agostino / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4961259 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4961380 | Amish R. Doshi | 631-923-2858 | Magnozzi & Kye LLP | Creditor, Oracle America, Inc. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4861942 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4962764 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4848458 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4961984 | Matthew Frank | 312-371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4963675 | Daniel H. Golden | (212) 872-8010 | Akin Gump Strauss Hauer & Feld | Creditor, Aurelius Capital Management / LIVE |

Peggy Drasal        CourtConfCal2009        Page 1 of 4

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4961321 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4964188 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4848463 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4961881 | James O. Johnston | (213) 489-3939 | Jones Day | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4963658 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4962718 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4962708 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4963712 | Adam G. Landis | (302) 467-4444 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4962703 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4961276 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4962758 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4962738 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4928747 | Michele Maman-Cohen | (213) 330-7716 | Cadwalader Wickersham & Taft | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4936800 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, New York State Common Retiremenet Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4963680 | Katharine L. Mayer | 302-984-6312 | McCarter & English | Creditor, Deutsche Bank Trust Company Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4961297 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4963801 | Garvan McDaniel | (302) 429-1900 | Bifferato Gentilotti LLC | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 4963720 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4963691 | R. Stephen McNeill | 302-984-6067 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4961894 | Joshua M. Mester | (213) 489-3939 | Jones Day | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4962730 | Keriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4844096 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4961428 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4958527 | Michael D. Oneal | (312) 222-3490 | Tribune Company | | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4961475 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4962754 | David M. Powlen | (302) 888-4537 | Barnes & Thornburg LLP | | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4961466 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4963708 | Daniel Rath | 302-467-4400 | Landis Rath & Cobb, LLP | | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4961286 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4962755 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4962745 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4961266 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4961351 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4927569 | Beth Sieg | (804) 775-1137 | McGuireWoods, LLP | | Interested Party, Dominion / LIVE |
| Tribune Company | 08-13141 | Hearing | 4963689 | Laurie S. Silverstein | 302-984-6033 | Potter Anderson & Corroon LLP | | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4962767 | Drew G Sloan | (302) 651-7612 | Richards, Layton & Finger, P.A. | | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4961304 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4963645 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4961816 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy, | | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4963702 | William Sullivan | 302-428-8191 | Sullivan Hazeltine Allinson, LLC | | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4961323 | Andrew M. Thau | 212-692-5178 | GMP Securities, LLC | | Interested Party, GMP Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4848423 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4962463 | Eli Vonnegut | (650) 752-2000 | Davis Polk & Wardwell LLP | | Creditor, JPMorgan Chase Bank NA / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4962772 | Gary Weitman | (312) 222-3394 | Tribune Company | | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4964090 | Justin Winerman | (312) 407-0924 | Skadden Arps Slate Meagher & Flom | | Client, Former Special Committe / LISTEN ONLY |