# EXHIBIT A

**Tribune Co.** 
Time Log

Moelis & Company
**Summary of Hours Worked**
**April 1, 2012 - April 30, 2012**

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 9.0 |
| Jason Warsavsky | Associate | 13.5 |
| Sandhya Sistla | Analyst | 20.0 |
| | **Total Moelis Team Hours** | **42.5** |

**Tribune Co.**
Time Log - April 2012

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 9.0 |
| Jason Warsavsky | Associate | 13.5 |
| Sandhya Sistla | Analyst | 20.0 |
| **Total** | | **42.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Jason Warsavsky | 4/2/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 4/2/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 4/3/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 4/3/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 4/3/2012 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 4/5/2012 | 3.0 | UCC Meeting |
| Jason Warsavsky | 4/5/2012 | 3.0 | UCC Meeting |
| Sandhya Sistla | 4/5/2012 | 3.0 | UCC Meeting |
| Jason Warsavsky | 4/9/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 4/9/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 4/10/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 4/10/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 4/10/2012 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 4/11/2012 | 1.0 | Review of Opinion and Order Regarding Allocation Disputes |
| Jason Warsavsky | 4/11/2012 | 1.0 | Review of Opinion and Order Regarding Allocation Disputes |
| Sandhya Sistla | 4/11/2012 | 1.5 | Review of Opinion and Order Regarding Allocation Disputes |
| Zul Jamal | 4/12/2012 | 3.0 | UCC Meeting |
| Jason Warsavsky | 4/12/2012 | 3.0 | UCC Meeting |
| Sandhya Sistla | 4/12/2012 | 3.0 | UCC Meeting |
| Jason Warsavsky | 4/23/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 4/23/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Jason Warsavsky | 4/24/2012 | 1.5 | Monthly FA Call and follow-up analysis |
| Sandhya Sistla | 4/24/2012 | 1.5 | Monthly FA Call and follow-up analysis |
| | **Total** | **42.5** | |