```
                 IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 08-13141(KJC)
                                )    (Jointly Administered)
                                )
TRIBUNE COMPANY                 )    Chapter 11
                                )
                                )    Courtroom 5
                                )    824 Market Street
            Debtors.            )    Wilmington, Delaware
                                )
                                )    May 29, 2012
                                )    1:00 p.m.



                     TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                  UNITED STATES BANKRUPTCY JUDGE



APPEARANCES:

For Debtors:              Sidley Austin
                          BY: KENNETH KANSA, ESQ.
                          One South Dearborn
                          Chicago, IL  60603
                          312-853-7163

                          Cole Schotz
                          BY: J. KATE STICKLES, ESQ.
                          500 Delaware Avenue, Ste. 1410
                          Wilmington, DE  19801
                          302-651-2001


ECRO:                     AL LUGANO

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For Bridge Lenders:          Fox Rothschild, LLP
                             BY: JEFFREY M. SCHLERF, ESQ.
                             919 North Market Street, Ste. 1300
                             Wilmington, DE  19899-2323
                             302-622-4212

TELEPHONIC APPEARANCES:

For the Debtor,
Tribune Company:             Sidley Austin
                             BY: JAMES BENDERNAGEL, ESQ.
                             202-736-8136
                             BY: KEVIN LANTRY, ESQ.
                             213-896-6022
                             BY: JILLIAN LUDWIG, ESQ.
                             312-853-7523
                             BY: KERRIANN MILLS, ESQ.
                             312-853-0036
                             BY: BRYAN KRAKAUER, ESQ.
                             312-853-7515
                             BY: THOMAS E. ROSS, ESQ.
                             202-736-8374
                             BY: ALLISON E. ROSS STROMBERG, ESQ.
                             312-853-0497

                             Tribune Company
                             BY: DAVID ELDERSVELD
                             312-222-4707
                             BY: DON LIEBENTRITT
                             312-222-3651
                             BY: MICHAEL D. ONEAL
                             312-222-3490
                             BY: GARY WEITMAN
                             312-222-3394

For The Official
Committee of Unsecured
Creditors:                   Landis Rath & Cobb
                             BY:  MATTHEW MCGUIRE, ESQ.
                             BY: ADAM G. LANDIS, ESQ.
                             BY: DANIEL RATH, ESQ.
                             302-467-4400

```
 1   TELEPHONIC APPEARANCES:
 2   (Continued)
 3
 4   For the Official
 5   Committee of Unsecured
 6   Creditors:                 Chadbourne & Parke LLP
 7                              BY:  DAVID LEMAY, ESQ.
 8                              BY: MARC D. ASHLEY, ESQ.
 9                              BY: DOUGLAS DEUTSCH, ESQ.
10                              BY: THOMAS MCCORMACK, ESQ.
11                              BY: MARC ROITMAN, ESQ.
12                              BY: HOWARD SEIFE, ESQ.
13                              212-408-5100
14
15                              Zuckerman Spaeder, LLP
16                              BY: GRAEME BUSH, ESQ.
17                              BY: ANDREW GOLDFARB, ESQ.
18                              BY: JAMES SOTTILE, ESQ.
19                              202-778-1800
20                              BY: ANDREW CARIDAS, ESQ.
21                              202-778-1855
22
23   For Aurelius Capital
24   Management:                Akin Gump Strauss Hauer & Feld
25                              BY: DANIEL H. GOLDEN, ESQ.
26                              212-872-8010
27
28   For JPMorgan Chase
29   Bank:                      Richards Layton & Finger, PA
30                              BY: DREW G. SLOAN, ESQ.
31                              302-651-7612
32
33                              Davis Polk & Wardwell, LLP
34                              BY: ELI VONNEGUT, ESQ.
35                              650-752-2000
36
37   For Oracle
38   America, Inc.:             Magnozzi & Kye, LLP
39                              BY: AMISH R. DOSHI, ESQ.
40                              631-923-2858
41
42
43   For Wilmington Trust:      Sullivan Hazeltine & Allinson
44                              BY:  WILLIAM SULLIVAN, ESQ.
45                              302-250-4357
46
47                              Brown Rudnick, LLP
48                              BY: GORDON NOVOD, ESQ.
49                              212-209-4940
50
```

```
 1  TELEPHONIC APPEARANCES:
 2  (Continued)
 3
 4  For Employees'
 5  Compensation Defendant's
 6  Group:                      Frank Gecker, LLP
 7                              BY: JOSEPH FRANK, ESQ.
 8                              BY: REED HEILIGMAN, ESQ.
 9                              312-276-1432
10
11  For Credit Agreement
12  Lenders:                    Jones Day
13                              BY: JOSHUA M. MESTER, ESQ.
14                              BY: JAMES O. JOHNSTON, ESQ.
15                              213-489-36939
16
17  For Deutsche Bank
18  National Trust Co.:         McCarter & English
19                              BY: DAVID J. ADLER, ESQ.
20                              212-609-6847
21                              BY: KATHARINE L. MAYER,M ESQ.
22                              302-984-6312
23
24  For Merrill Lynch:          Potter Anderson & Carroon, LLP
25                              BY: R. STEPHEN MCNEILL, ESQ.
26                              302-984-6067
27                              BY: LAURIE S. SILVERSTEIN, ESQ.
28                              302-984-6033
29
30                              Kaye Scholer, LLP
31                              BY: JANE PARVER, ESQ.
32                              212-836-8510
33                              BY: MADLYN G. PRIMOFF, ESQ.
34                              212-836-7042
35
36  For Law Debenture Trust
37  Company of New York:        Bifferato Gentilotti, LLC
38                              BY: GARVAN MCDANIEL, ESQ.
39                              302-429-1900
40
41  For Law Debenture Trust
42  Company of the Americas: Kasowitz Benson Torres & Friedman
43                              BY: MATTHEW STEIN, ESQ.
44                              212-506-1717
45
46  For Dechert, LLP:           Dechert, LLP
47                              BY: ALEXANDER BILUS
48                              215-994-2608
49
50
```

```
 1  TELEPHONIC APPEARANCES:
 2  (Continued)
 3
 4  For Bank of America:      O'Melveny & Myers (NY Office)
 5                            BY: DANIEL S. SHAMAH, ESQ.
 6                            212-326-2138
 7
 8                            Bank of America
 9                            BY: ESTHER CHUNG
10                            646-855-6705
11
12  For Dow Jones
13  News Wires:               Dow Jones & Company
14                            BY: PEG PRICKLEY
15                            215-462-0953
16
17  For Michael D'Agostino:   Bingham McCutchen, LLP
18                            Michael D'Agostino, Esq.
19                            860-240-2731
20
21  For Former Directors
22  and Officers:             Grippo & Elden, LLC
23                            BY: GEORGE DOUGHERTY, ESQ.
24                            312-704-7700
25
26  For Matthew Frank:        Alvarez & Marsal, LLC
27                            BY: MATTHEW FRANK, ESQ.
28                            312-371-9955
29
30  For Wells Fargo Bank:     White & Case
31                            BY: SDCOTT GREISSMAN, ESQ.
32                            212-819-8567
33
34  For Anna Kalenchits:      Anna Kalenchits
35                            212-723-1808
36
37  For Royal Bank of
38  Scotland:                 Cadwalader Wickersham & Taft
39                            BY: MICHELE MARMAN-COHEN, ESQ.
40                            213-330-7716
41
42  For New York State
43  Common Retirement Fund:   Morgan Lewis & Brockius, LLP
44                            BY: RACHEL MAUCERI, ESQ.
45                            215-963-5000
46
47  For Chandler Bigelow:     Sperling & Slater
48                            BY: GWEN NOLAN, ESQ.
49                            312-641-3200
```

```
 1   TELEPHONIC APPEARANCES:
 2   (Continued)
 3
 4   For Morgan Stanley:       Barnes & Thornburg, LLP
 5                             BY: DAVID M. POWLEN, ESQ.
 6                             302-888-4537
 7
 8
 9
10   For Dominion:             McGuire Woods, LLP
11                             BY: BETH SIEG, ESQ.
12                             804-775-1137
13
14   For Amalgamated Bank:     Milbank Tweed Hadley & McCloy
15                             BY: ALAN STONE, ESQ.
16                             212-530-5285
17
18   For GMP Securities:       GMP Securities
19                             BY: ANDREW M. THAU
20                             212-692-5178
21
22   For EGI-TRB, LLC:         Jenner & Block, LLP
23                             BY: ANDREW VAIL, ESQ.
24                             312-840-8688
25
26   For Former Special
27   Committee:                Skadden Arps Slate Meagher & Flom
28                             BY: JUSTIN WINERMAN, ESQ.
29                             312-407-0924


30
```

1      WILMINGTON, DELAWARE, TUESDAY, MAY 29, 2012, 1:01 P.M.

2              THE CLERK:  All rise.  Be seated.

3              THE COURT:  Good afternoon.

4              MS. STICKLES:  Good afternoon, Your Honor.  Kate

5      Stickles on behalf of the debtors.  With me today is Kenneth

6      Kansa from Sidley Austin.

7              Last Thursday, the debtors filed an amended

8      agenda with the Court reflecting that Agenda Items 1 through

9      8, which are various claim objections, have been continued.

10     Certification of Counsel were filed with respect to Agenda

11     Items 9 through 12, and the Court entered orders with

12     respect to those matters.  Thank you, Your Honor.

13             That brings us to Item No. 13, which is Ms.

14     McCormick's Motion to Dismiss, and Mr. Kansa is here to

15     address that matter.

16             THE COURT:  All right, thank you.

17             MR. KANSA:  Good afternoon, Your Honor.  Ken

18     Kansa, of Sidley Austin on behalf of the debtors.

19             MR. KANSA:  Item 13 on the agenda as Ms. Stickles

20     said is the motion of Jo Anna Canzoneri McCormick to dismiss

21     the debtors' Chapter 11 cases.  I don't believe Ms.

22     McCormick has arranged for an appearance by phone and I

23     don't believe she's in person today, but I'll pause and see

1  if she's on the phone.

2        THE COURT:  Let me ask for the record is Jo Anna

3  Canzoneri McCormick present on the telephone or is anyone

4  present or on the telephone on her behalf?

5              (No audible response.)

6        THE COURT:  I hear no response.

7        MR. KANSA:  Your Honor, the debtors objected to

8  the motion reciting similar grounds, and incorporating by

9  reference, prior denials by this Court to similar motions

10  filed by Ms. McCormick.  I don't believe there's anything we

11  need to say beyond what's in our papers.  This is a serial

12  repetitive filing that articulates no coherent basis for the

13  relief requested, and we would ask that the Court deny the

14  motion on those grounds.

15        THE COURT:  Mr. Kansa, let me ask you this.  Ms.

16  McCormick filed Claim No. 5844, which has since been, by

17  order, expunged.  Has Ms. McCormick filed any other claims?

18        MR. KANSA:  I don't believe she has, Your Honor.

19  Her status as a creditor was eliminated, but we objected to

20  those claims and they were disallowed by the Court.

21        THE COURT:  Okay.  I did review the docket and

22  specifically reviewed the documents referred to in the

23  debtors' opposition here to the Motion to Dismiss.  And I

1    just thought I'd recite a few of the background facts for

2    the record.

3            According to the debtors' objection, which is

4    Docket No. 2984, as best as the debtors can discern, they

5    cited in the objection, Ms. McCormick is attempting to

6    articulate a theory by which she is entitled to 100 percent

7    ownership interest in the Tribune Company based on

8    conjecture that the charitable trust established under the

9    provisions in the Last Will and Testament of Robert R.

10   McCormick, upon his death in 1955, were fraudulent in nature

11   such that she, as a purported family member, is the heir and

12   beneficiary of the McCormick legacy.

13           In their objections, the debtors say they are

14   unable to ascertain anything further about the McCormick

15   claim or determine its basis with precision.  The objection

16   to the claim was sustained by virtue of this Court's order

17   of January 25, 2010.

18           Ms. McCormick, then again -- well then, filed a

19   Motion to Dismiss, which was Docket No. 1059 -- I'm sorry,

20   that's the order -- filed a Motion to Dismiss which was

21   Docket 10359.  A hearing on the Motion to Dismiss was set

22   for January 11, 2012.  Ms. McCormick did not appear either

23   by phone or in person at that hearing, and by order dated

1   January 12, 2012, Docket No. 10596, this Court sustained the

2   debtors' objection to her Motion to Dismiss.

3         Ms. McCormick has again, filed a Motion to

4   Dismiss the case.  I've reviewed the motion and it is, to

5   the extent that it is decipherable, another version or

6   variation of some of the meritless claims which she's made

7   before.  She's again failed to appear today either in person

8   or by telephone.  With the expunging of her claim, Ms.

9   McCormick has no standing to bring this Motion to Dismiss as

10   a creditor or party in interest.  Her claims, as far as I

11   can discern, have no merit whatsoever.  And she repeatedly

12   fails to appear for matters that she's filed, and which have

13   been scheduled for hearing.  I'd ask that the debtor prepare

14   a form of order dismissing this motion with prejudice for

15   the reasons I've stated on the record today, and submitting

16   that order under certification.  There's no need to run it

17   by Ms. McCormick.

18         MR. KANSA:  Your Honor, I have a form of such

19   order with me, if I may approach.

20         THE COURT:  You may.

21         MR. KANSA:  It is identical to a version that was

22   filed with our opposition to Ms. McCormick's motion.

23         THE COURT:  Okay.  Thank you.  Okay.  And I am

1  going to add the words -- well, I'm going to add two things.

2  I'm going to add after "due deliberation" the words, "and

3  for the reasons stated on the record".  I'm also going to

4  add in the first decretal paragraph, "order that the motion

5  is denied with prejudice".  And with that, I've signed the

6  order as I've marked it up.

7            Let me ask that the debtor do this.  Should there

8  be any future filings by Ms. McCormick, please file the

9  appropriate response within the time permitted by local rule

10  to not list it for a hearing, but then with the debtors'

11  response, please submit the papers to chambers and I'll

12  decide whether to act on any further filings without a

13  hearing, or if I have questions or think that a hearing is

14  necessary, I'll then ask the debtor to schedule it.

15            MR. KANSA:  Thank you, Your Honor.  We will do

16  that.

17            THE COURT:  All right, thank you.

18            MR. KANSA:  With that, that brings us to the last

19  item on the agenda, which is the status conference on plan

20  confirmation.  As Your Honor may gather from the sparse

21  attendance in the courtroom here today, Your Honor permitted

22  the parties to attend by telephone and virtually everyone

23  has taken the Court up on that.  I will turn the telephonic

1   podium over to the parties on the phone for the status

2   conference.

3            THE COURT:  All right.

4            MR. BENDERNAGEL:  Your Honor, this is Jim

5   Bendernagel for the debtors.  I can give you a status report

6   and then others can comment, if that approach is acceptable

7   to you.

8            THE COURT:  That's fine, go ahead.

9            MR. BENDERNAGEL:  As you know, Your Honor, the

10  objection date for the plan confirmation was March -- was

11  May 21, last Monday.  We did receive objections.  We've

12  reviewed those objections.  We've had an integral meeting

13  with a number of the noteholders regarding their specific

14  objections.  And we've made, what we believe is progress in

15  resolving some of those objections.  We believe we'll make

16  more progress over the next week and a half in resolving

17  some of the other objections.  However, the expectation is

18  that we're not going to resolve all the objections in

19  advance of the confirmation hearing, and that we'll have to

20  have a confirmation hearing that, you know, we'll address

21  certain of those objections.

22            The -- we also discussed with the noteholders,

23  the hearing itself, and we've made what we consider to be

1   considerable progress in scoping out that hearing.  I think

2   it's clear that we'll certainly be able to complete the

3   hearing within the time allotted, which is as you'll recall,

4   the afternoon of the 7th, all day the 8th, and a portion of

5   the 11th.  I think the expectation and the hope is that we'll

6   be able to accomplish this within a single day.  That may be

7   overly optimistic, but I think that people are shooting for

8   that.

9          In terms of discussing the specifics of the

10  confirmation hearing, I think there's agreement at least

11  with the parties that we've talked to, that there's probably

12  no need for opening and closing statements; that the

13  evidentiary portion of the hearing will be very limited.

14  The DCL plan proponents intend to proffer the expert reports

15  of Mr. Chachas and Mr. Whittman, which have been distributed

16  weeks ago in connection with the pretrial schedule.  There

17  haven't been any depositions.  The issues that they address

18  are more for the record.  They don't really address issues

19  that have been the subject of the objections.  And as a

20  consequence, we don't really anticipate any cross

21  examination.  Obviously, if we're wrong about that, we'll be

22  prepared to deal with it, but our expectation is that that

23  is not going to take up a lot of time.

1          We also identified Mr. Hartenstein as a possible

2    factual witness.  However, the testimony we contemplated him

3    providing is very similar to the testimony that he's

4    provided in the past.  And we're now contemplating not

5    calling him unless the Court wishes to hear or address

6    specific questions of Mr. Hartenstein.  None of his

7    testimony really goes to the issues that are being actively

8    litigated in connection with the objections that have been

9    made.

10          So in sum, I think, you know, the evidentiary

11   portion of this hearing will probably be done in certainly

12   less than an hour and maybe less than a half an hour, unless

13   something changes between now and June 8th or June 7th.  That

14   brings us to the objections themselves.  They fall into sort

15   of two categories.  One, objections that were made to

16   preserve positions that -- on issues that Your Honor has

17   already ruled upon.  I think that the parties that have made

18   those objections want a small amount of time to preserve

19   them on the record.  It's not anticipated that there would

20   be argument with respect to those matters.  And as a

21   consequence, the expectation is that won't take very long,

22   maybe 15, 20 minutes, if that.

23          That brings us to what I'll call the active

1    objections.  We're trying to whittle that list down.  I

2    think we'll have some success, but as I noted, we won't be

3    able to eliminate all of them.  What we propose with respect

4    to those is after the filings are made on Friday, and the

5    briefs are put in, that we'll try to put together a schedule

6    that we'll share with the other parties of how to address

7    those, the order in which those issues should be addressed.

8    And that we'd deal with this very much like we've dealt with

9    these type of issues in the allocation dispute hearing back

10   in April of last year, by having sort of a roster and order

11   of argument and we try to march through those in some kind

12   of a, you know, scheduled basis.

13           As I indicated, we propose to provide you that

14   list next Tuesday.  It might make sense to, if we have some

15   time on Wednesday, to have a telephone conference just to

16   make sure that everybody's onboard with that order.  I'd

17   rather not wait until we get there on Thursday afternoon and

18   it's conceivable that we could tell you on Tuesday and

19   Wednesday whether we even think Thursday afternoon is

20   necessary.  Maybe we can just start on Friday morning.  I'm

21   reluctant to go in that direction simply because if we're

22   wrong, that would really screw things up.  I think the

23   expectation is we certainly can finish before the weekend,

1  if we start on Thursday afternoon.  And I think the hope is

2  that we can do this all on one day on Friday, but it's

3  probably premature to address that issue at this juncture.

4         I think that covers all the points that we've

5  talked about.  And we thought it was important just to give

6  you a sense of where we are.  Today is the day to file

7  Motions in Limine, but as far as I know, there aren't going

8  to be any Motions in Limine.  And we had an elaborate

9  schedule to file objections to documents and exhibits and

10 depositions, but there were no depositions and there have

11 been only a few exhibits, and there aren't any objections

12 filed to the exhibits, so a lot of that is preliminary

13 matters, I don't think there's going to be any way --

14 anything in the way of preliminary issues that need to be

15 resolved in advance of the hearing.

16        So that's where we stand.  Obviously, how I speak

17 I think -- I know I speak for the debtors and I'm pretty

18 sure I speak for the rest of the DCL plan proponents, but

19 I'll yield the floor and let other people speak.

20        THE COURT:  All right, thank you.  Let me first

21 ask whether any other plan proponents, DCL plan proponents

22 wish to be heard?

23             (No audible response.)

1          THE COURT:  I hear no response.  Anyone else wish

2  to be heard?

3          MR. GOLDEN:  Your Honor, excuse me, it's Danny

4  Golden, from Akin Gump on behalf of Aurelius.

5          I just want to confirm that we've had

6  conversations primarily with debtors' counsel on this

7  process for conducting the confirmation hearing.  And from

8  Aurelius' perspective, we are in general agreement with it.

9          THE COURT:  Okay.  Does anyone else wish to be

10  heard?

11          MR. DOSHI:  Your Honor, if I may?

12          THE COURT:  Go ahead.

13          MR. DOSHI:  Good afternoon, Your Honor.  This is

14  Amish Doshi on behalf of Oracle America, Inc.

15          I just wanted to rise to comment that I'm not

16  sure if counsel had included Oracle America in the broad

17  category of active objections.  Oracle has, while it does

18  not object to the confirmation of the plan, it does have an

19  outstanding objection with respect to its contract

20  assumption and assignment, as well as, cure issues.  And

21  pursuant to agreement with the debtors' counsel, our

22  previously filed objection is deemed pending.

23          We are in discussions with debtors' counsel and

1  remain hopeful that the issues outstanding with respect to

2  Oracle will be resolved.  But to the extent that they're not

3  and to the extent we're not in the "active objections

4  category", we would request that an appropriate time, to the

5  extent we have unresolved issues, we be allowed to present

6  our case.

7           THE COURT:  Would you expect to present any

8  evidence, Mr. Doshi?

9           MR. DOSHI:  No, Your Honor.  We have already

10  filed an objection, as well as the exhibits which are the --

11  relating to the cure amounts.  Again, we've had numerous

12  discussions with debtors' counsel and remain hopeful that

13  the issues will be resolved, but to the extent that it not,

14  we may -- we're not going to be presenting evidence, as has

15  been previously submitted with our opposition, but just oral

16  argument.

17           THE COURT:  All right, thank you.

18           MR. BENDERNAGEL:  Well, Your Honor, this is Jim

19  Bendernagel.  Can I comment?

20           THE COURT:  Go ahead.

21           MR. BENDERNAGEL:  I'm not -- been involved in

22  those discussions, but I'm not sure that the objection

23  that's being discussed is a confirmation objection as much

1   as it is related to a specific claim.  I don't remember

2   Oracle having filed an objection on May 21.  The active

3   objections that we're talking about, all stem from the

4   objections that were made specifically to confirmation.  My

5   comments about active versus passive has nothing to do with

6   a wider variety of issues that may be in the case, and I

7   wasn't trying to imply that somehow Oracle's objection is

8   not active in the sense of real or the like are already

9   resolved.  And I don't think though that it's contemplated

10  that the Oracle objection would be the subject of the

11  confirmation hearing on the 8th   And I think that the

12  request is simply to make clear that he'd have -- that

13  Oracle would have its day in Court if, in fact, the issue is

14  resolved.  At least that's how I understood the comment to

15  be made.  If I'm wrong, somebody else from Sidley can

16  correct me.

17          THE COURT:  All right.  Does anyone else wish to

18  be heard?

19                  (No audible response.)

20          THE COURT:  I hear no further response.  Mr.

21  Bendernagel had indicated earlier in our call, that he

22  didn't anticipate that any Motions in Limine will be filed.

23  Does anyone anticipate filing one?

1                    (No audible response.)

2            THE COURT:  I hear no response.  Okay.  Is there

3   anything else that we should discuss today?

4            MR. BENDERNAGEL:  Does it make any sense, Your

5   Honor, to tentatively schedule a telephonic conference on

6   Wednesday to just take stock of where we are at that

7   juncture and possibly discuss whether in fact, it makes

8   sense to start on Thursday afternoon or Friday morning?  And

9   obviously, your schedule may dictate that, but for --

10           THE COURT:  Bear with me for a minute, 3:00

11  Wednesday afternoon, June 6?

12           MR. BENDERNAGEL:  That would be great from our

13  perspective.

14           THE COURT:  Telephonically only.

15           MR. BENDERNAGEL:  Yeah, I think that makes sense

16  so --

17           THE COURT:  Okay.  Anything else we should talk

18  about today?

19           MR. BENDERNAGEL:  Not from the debtors.

20           THE COURT:  Anyone else?

21           MR. DOSHI:  Your Honor, if I may be heard for a

22  second, on behalf of Oracle.  I was unsure of whether

23  Oracle's issues are for confirmation hearing or to be

1   addressed at a later date.

2           MR. BENDERNAGEL:  I believe that it's a later

3   date, but there are other people on this call that are more

4   familiar with that issue than I am.

5           THE COURT:  Well --

6           MR. LANTRY:  Your Honor, this is Kevin Lantry on

7   behalf of the debtors.

8           I think we have, in our discussions with Oracle,

9   gotten an understanding that the cure dispute, if it hasn't

10  been consensually resolved, would be something we would

11  address post confirmation.  So for clarity, I would

12  certainly recommend that it isn't necessary for Oracle to

13  feel that that needs to be addressed in conjunction with the

14  confirmation hearing.

15          THE COURT:  Is cure the only issue between the

16  parties?

17          MR. DOSHI:  Your Honor, cure as it relates to

18  assumption and assignment as well.  So they're part and

19  parcel, but it relates to assumption and assignment of

20  Oracle contracts, as well as --

21          THE COURT:  Well, let me ask it another way.  Are

22  there adequate assurance issues or other issues other than

23  there's a dispute over how much is owed?

1          MR. DOSHI:  We -- at this time, we do not have

2     adequate assurance issues, Your Honor, just the dispute as

3     to the amount and the actual assumption and assignment

4     without Oracle in [indiscernible].

5          THE COURT:  Well, okay.

6          MR. DOSHI:  I didn't know --

7          THE COURT:  Let me drill down even further, Mr.

8     Doshi.

9          MR. DOSHI:  Okay.

10          THE COURT:  If they give you what you think they

11     owe you, will there be an objection to assumption?

12          MR. DOSHI:  No, or if they pay us what we have an

13     agreement on, then no.

14          THE COURT:  Okay.  That makes it clear for me,

15     thank you.  All right.  Anything further for today?

16                    (No audible response.)

17          THE COURT:  All right.  Thank you all very much.

18     That concludes this hearing.  Court will stand in recess.

19

1          (Whereupon, at 1:23 p.m., the hearing was adjourned.)

2

3                              CERTIFICATION

4          I certify that the foregoing is a correct

5    transcript from the electronic sound recording of the

6    proceedings in the above-entitled matter.

7

8

9    _____          29 May 2012
10   Traci L. Calaman, Transcriber              Date
11

12

| Word | Page:Line |
|---|---|

**08-13141(kjc**(1) 1:5
**able**(3) 13:2 13:6 15:3
**about**(6) 9:14 13:21 16:5 19:3 19:5 20:18
**aboveentitled** (1) 23:6
**acceptable**(1) 12:6
**accomplish**(1) 13:6
**according**(1) 9:3
**act**(1) 11:12
**active**(6) 14:23 17:17 18:3 19:2 19:5 19:8
**actively**(1) 14:7
**actual**(1) 22:3
**adam**(1) 2:44
**add**(4) 11:1 11:1 11:2 11:4
**address**(8) 7:15 12:20 13:17 13:18 14:5 15:6 16:3 21:11
**addressed**(3) 15:7 21:1 21:13
**adequate**(2) 21:22 22:2
**adjourned**(1) 23:1
**adler**(1) 4:19
**administered**(1) 1:6
**advance**(2) 12:19 16:15
**after**(2) 11:2 15:4
**afternoon**(7) 3:7 7:4 7:17 13:4 15:17 15:19 16:1 17:13 20:8 20:11
**again**(4) 9:18 10:3 10:7 18:11
**agenda**(5) 7:8 7:8 7:10 7:19 11:19
**ago**(1) 13:16
**agreement**(5) 4:11 13:10 17:8 17:21 22:13
**ahead**(3) 12:8 17:12 18:20
**akin**(3) 3:24 17:4
**alan**(1) 6:15
**alexander**(1) 4:47
**all**(16) 7:2 7:16 11:7 12:3 12:18 13:4 15:3 16:2 16:4 16:20 18:17 19:3 19:17 22:15 22:17 22:17
**allinson**(1) 3:43
**allison**(1) 2:26
**allocation**(1) 15:9
**allotted**(1) 13:3
**allowed**(1) 18:5
**already**(3) 14:17 18:9 19:8
**also**(3) 11:3 12:22 14:1
**alvarez**(1) 5:26
**amalgamated**(1) 6:14
**amended**(1) 7:7
**america**(5) 3:38 5:4 5:8 17:14 17:16
**americas**(1) 4:42
**amish**(2) 3:39 17:14
**amount**(2) 14:18 22:3
**amounts**(1) 18:11
**and**(66) 5:22 7:11 7:14 7:22 7:23 8:8 8:13 8:20 8:21 8:23 9:9 9:11 9:23 10:4 10:11 10:12 10:15 10:23 11:5 11:11 11:22 12:6 12:14 12:16 12:19 12:23 13:4 13:5 13:12 13:15 13:19 14:4 14:12 14:13 14:20 15:4 15:8 15:10 15:11 15:17 15:18 16:1 16:5 16:8 16:9 16:9 16:10 16:11 16:17 16:19 17:7 17:20 17:20 17:23 18:12 18:12 19:6 19:9 19:11 20:7 20:8 21:18 21:18 21:19 22:3 22:3
**anderson**(1) 4:24
**andrew**(4) 3:17 3:20 6:19 6:23
**anna**(4) 5:34 5:34 7:20 8:2
**another**(2) 10:5 21:21
**anticipate**(3) 13:20 19:22 19:23
**anticipated**(1) 14:19
**any**(12) 8:17 11:8 11:12 13:17 13:20 16:8 16:11 16:13 16:21 18:7 19:22 20:4
**anyone**(6) 8:3 17:1 17:9 19:17 19:23 20:20
**anything**(6) 8:10 9:14 16:14 20:3 20:17 22:15
**appear**(3) 9:22 10:7 10:12
**appearance**(1) 7:22

**appearances**(5) 2:10 3:1 4:1 5:1 6:1
**approach**(2) 10:19 12:6
**appropriate**(2) 11:9 18:4
**april**(1) 15:10
**are**(17) 7:9 9:13 13:7 13:18 14:7 15:4 15:5 16:6 17:8 17:23 18:10 19:8 20:6 20:23 21:3 21:3 21:21
**aren't**(2) 16:7 16:11
**argument**(3) 14:20 15:11 18:16
**arps**(1) 6:27
**arranged**(1) 7:22
**articulate**(1) 9:6
**articulates**(1) 8:12
**ascertain**(1) 9:14
**ashley**(1) 3:8
**ask**(8) 8:2 8:13 8:15 10:13 11:7 11:14 16:21 21:21
**assignment**(4) 17:20 21:18 21:19 22:3
**assumption**(5) 17:20 21:18 21:19 22:3
**assurance**(2) 21:22 22:2
**attempting**(1) 9:5
**attend**(1) 11:22
**attendance**(1) 11:21
**audible**(5) 8:5 16:23 19:19 20:1 22:16
**aurelius**(3) 3:23 17:4 17:8
**austin**(4) 1:25 2:13 7:6 7:18
**avenue**(1) 1:33
**back**(1) 15:9
**background**(1) 9:1
**bank**(7) 3:29 4:17 5:4 5:8 5:30 5:37 6:14
**bankruptcy**(2) 1:1 1:20
**barnes**(1) 6:4
**based**(1) 9:7
**basis**(3) 8:12 9:15 15:12
**bear**(1) 20:10
**because**(1) 15:21
**been**(11) 7:9 8:16 10:13 13:15 13:17 13:19 14:8 16:11 18:15 18:21 21:10
**before**(3) 1:19 10:7 15:23
**behalf**(7) 7:5 7:18 8:4 17:4 17:14 20:22 21:7
**being**(2) 14:7 18:23
**believe**(7) 7:21 7:23 8:10 8:18 12:14 12:15 21:2
**bendernagel**(5) 2:14 12:4 12:5 12:9 18:18 18:19 18:21 19:21 20:4 20:12 20:15 20:19 21:2
**beneficiary**(1) 9:12
**benson**(1) 4:42
**best**(1) 9:4
**beth**(1) 6:11
**between**(2) 14:13 21:15
**beyond**(1) 8:11
**bifferato**(1) 4:37
**bigelow**(1) 5:47
**bilus**(1) 4:47
**bingham**(1) 5:17
**block**(1) 6:22
**bridge**(1) 2:4
**briefs**(1) 15:5
**bring**(1) 10:9
**brings**(4) 7:13 11:18 14:14 14:23
**broad**(1) 17:16
**brockius**(1) 5:43
**brown**(1) 3:47
**bryan**(1) 2:22
**bush**(1) 3:16
**but**(17) 7:23 8:19 11:10 13:7 13:22 15:2 16:2 16:7 16:10 16:18 18:2 18:13 18:15 18:22 20:9 21:3 21:19
**cadwalader**(1) 5:38
**calaman**(1) 23:10

**call**(3) 14:23 19:21 21:3
**calling**(1) 14:5
**can**(9) 9:4 10:11 12:5 12:6 15:20 15:23 16:2 18:19 19:15
**canzoneri**(2) 7:20 8:3
**capital**(1) 3:23
**carey**(1) 1:19
**caridas**(1) 3:20
**carroon**(1) 4:24
**case**(5) 1:5 5:30 10:4 18:6 19:6
**cases**(1) 7:21
**categories**(1) 14:15
**category**(2) 17:17 18:4
**certain**(1) 12:21
**certainly**(4) 13:2 14:11 15:23 21:12
**certification**(3) 7:10 10:16 23:3
**certify**(1) 23:4
**chachas**(1) 13:15
**chadbourne**(1) 3:6
**chambers**(1) 11:11
**chandler**(1) 5:47
**changes**(1) 14:13
**chapter**(2) 1:8 7:21
**charitable**(1) 9:8
**chase**(1) 3:28
**chicago**(1) 1:28
**chung**(1) 5:9
**cited**(1) 9:9
**claim**(6) 7:9 8:16 9:15 9:16 10:8 19:1
**claims**(4) 8:17 8:20 10:6 10:10
**clarity**(1) 21:11
**clear**(3) 13:2 19:12 22:14
**clerk**(1) 7:2
**closing**(1) 13:12
**cobb**(1) 2:42
**coherent**(1) 8:12
**cole**(1) 1:31
**comment**(4) 12:6 17:15 18:19 19:14
**comments**(1) 19:5
**committee**(3) 2:41 3:5 6:27
**common**(1) 5:43
**company**(7) 1:8 2:13 2:29 4:37 4:42 5:13 9:7
**compensation**(1) 4:5
**complete**(1) 13:2
**conceivable**(1) 15:18
**concludes**(1) 22:18
**conducting**(1) 17:7
**conference**(4) 11:19 12:2 12:15 20:5
**confirm**(1) 17:5
**confirmation**(13) 11:20 12:10 12:19 12:20 13:10 17:7 17:18 18:23 19:4 19:11 20:23 21:11 21:14
**conjecture**(1) 9:8
**conjunction**(1) 21:13
**connection**(2) 13:16 14:8
**consensually**(1) 21:10
**consequence**(2) 13:20 14:21
**consider**(1) 12:23
**considerable**(1) 13:1
**contemplated**(2) 14:2 19:9
**contemplating**(1) 14:4
**continued**(6) 2:2 3:2 4:2 5:2 6:2 7:9
**contract**(1) 17:19
**contracts**(1) 21:20
**conversations**(1) 17:6
**correct**(2) 19:16 23:4
**could**(1) 15:18
**counsel**(7) 7:10 17:6 17:16 17:21 17:23 18:12

**court**(44) 1:1 7:3 7:8 7:11 7:16 8:2 8:6 8:9 8:13 8:15 8:20 8:21 10:1 10:20 10:23 11:17 11:23 12:3 12:8 14:5 16:20 17:1 17:9 17:12 18:7 18:17 18:20 19:13 19:17 19:20 20:2 20:10 20:14 20:17 20:20 21:5 21:15 21:21 22:5 22:7 22:10 22:14 22:17 22:18
**court's**(1) 9:16
**courtroom**(2) 1:10 11:21
**covers**(1) 16:4
**credit**(1) 4:11
**creditor**(2) 8:19 10:10
**creditors**(2) 2:42 3:6
**cross**(1) 13:20
**cure**(5) 17:20 18:11 21:9 21:15 21:17
**daniel**(2) 2:45 3:25 5:5
**danny**(1) 17:3
**data**(1) 1:40
**date**(2) 12:10 21:1 21:3 23:10
**dated**(1) 9:23
**david**(4) 2:30 3:7 4:19 6:5
**davis**(1) 3:33
**day**(6) 4:12 13:4 13:6 16:2 16:6 19:13
**dcl**(3) 13:14 16:18 16:21
**deal**(2) 13:22 15:8
**dealt**(1) 15:8
**dearborn**(1) 1:27
**death**(1) 9:10
**debenture**(2) 4:36 4:41
**debtor**(4) 2:12 10:13 11:7 11:14
**debtors**(21) 1:12 1:25 7:5 7:7 7:18 7:21 8:7 8:23 9:3 9:4 9:13 10:2 11:10 12:5 16:17 17:6 17:21 17:23 18:12 20:19 21:7
**dechert**(2) 4:46 4:46
**decide**(1) 11:12
**decipherable**(1) 10:5
**decretal**(1) 11:4
**deemed**(1) 17:22
**defendant's**(1) 4:5
**delaware**(4) 1:2 1:12 1:33 7:1
**deliberation'**(1) 11:2
**denials**(1) 8:9
**denied**(1) 11:5
**deny**(1) 8:13
**depositions**(3) 13:17 16:10 16:10
**determine**(1) 9:15
**deutsch**(1) 3:9
**deutsche**(1) 4:17
**diaz**(1) 1:40
**dictate**(1) 20:9
**did**(3) 8:21 9:22 12:11
**didn't**(2) 19:22 22:6
**direction**(1) 15:21
**directors**(1) 5:21
**disallowed**(1) 8:20
**discern**(2) 9:4 10:11
**discuss**(2) 20:3 20:7
**discussed**(2) 12:22 18:23
**discussing**(1) 13:9
**discussions**(4) 17:23 18:12 18:22 21:8
**dismiss**(9) 7:14 7:20 8:23 9:19 9:20 9:21 10:2 10:4 10:9
**dismissing**(1) 10:14
**dispute**(4) 15:9 21:9 21:23 22:2
**distributed**(1) 13:15
**district**(1) 1:2
**docket**(5) 8:21 9:4 9:19 9:21 10:1
**documents**(2) 8:22 16:9
**does**(6) 17:9 17:17 17:18 19:17 19:23 20:4
**dominion**(1) 6:10
**don**(1) 2:32
**don't**(9) 7:21 7:23 8:10 8:18 13:18 13:20 16:13 19:1 19:9
**done**(1) 14:11

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

doshi(13) 3:39 17:11 17:13 17:14 18:8 18:9 20:21 21:17 22:1 22:6 22:8 22:9 22:12
dougherty(1) 5:23
douglas(1) 3:9
dow(2) 5:12 5:13
down(1) 15:1 22:7
drew(1) 3:30
drill(1) 22:7
d'agostino(2) 5:17 5:18
earlier(1) 19:21
ecro(1) 1:38
egi-trb(1) 6:22
either(2) 9:22 10:7
elaborate(1) 16:8
elden(1) 5:22
eldersveld(1) 2:30
electronic(2) 1:45 23:5
eli(1) 3:34
eliminate(1) 15:3
eliminated(1) 8:19
else(7) 17:1 17:9 19:15 19:17 20:3 20:17 20:20
employees'(1) 4:4
english(1) 4:18
entered(1) 7:11
entitled(1) 9:6
esq(54) 1:26 1:32 2:5 2:14 2:16 2:18 2:20 2:22 2:24 2:26 2:43 2:44 2:45 3:7 3:8 3:9 3:10 3:11 3:12 3:16 3:17 3:18 3:20 3:25 3:30 3:34 3:39 3:44 3:48 4:7 4:8 4:13 4:14 4:19 4:21 4:25 4:27 4:31 4:33 4:38 4:43 5:5 5:18 5:23 5:27 5:31 5:39 5:44 5:48 6:5 6:11 6:15 6:23 6:28
established(1) 9:8
esther(1) 5:9
even(2) 15:19 22:7
everybody's(1) 15:16
everyone(1) 11:22
evidence(2) 18:8 18:14
evidentiary(2) 13:13 14:10
examination(1) 13:21
excuse(1) 17:3
exhibits(4) 16:9 16:11 16:12 18:10
expect(1) 18:7
expectation(5) 12:17 13:5 13:22 14:21 15:23
expert(1) 13:14
expunged(1) 8:17
expunging(1) 10:8
extent(5) 10:5 18:2 18:3 18:5 18:13
fact(2) 19:13 20:7
facts(1) 9:1
factual(1) 14:2
failed(1) 10:7
fails(1) 10:12
fall(1) 14:14
familiar(1) 21:4
family(1) 9:11
far(2) 10:10 16:7
fargo(1) 5:30
feel(1) 21:13
feld(1) 3:24
few(2) 9:1 16:11
file(3) 11:8 16:6 16:9
filed(15) 7:7 7:10 8:10 8:16 8:17 9:18 9:20 10:3 10:12 10:22 16:12 17:22 18:10 19:2 19:22
filing(2) 8:12 19:23
filings(3) 11:8 11:12 15:4
fine(1) 12:8
finger(1) 3:29
finish(1) 15:23
first(2) 11:4 16:20
flom(1) 6:27
floor(1) 16:19

for(60) 1:2 1:25 2:4 2:12 2:40 3:4 3:23 3:28 3:37 3:43 4:4 4:11 4:17 4:24 4:36 4:41 4:46 5:4 5:12 5:17 5:21 5:26 5:30 5:34 5:37 5:42 5:47 6:4 6:10 6:14 6:19 6:22 6:26 7:22 8:2 8:12 9:1 9:22 10:12 10:13 10:14 11:3 11:10 11:12 12:5 12:10 13:7 13:12 13:18 16:17 16:18 17:7 20:9 20:10 20:21 20:23 21:11 21:12 22:14 22:15
foregoing(1) 23:4
form(2) 10:14 10:18
former(2) 5:21 6:26
fox(1) 2:4
frank(4) 4:6 4:7 5:26 5:27
fraudulent(1) 9:10
friday(4) 15:4 15:20 16:2 20:8
friedman(1) 4:42
from(9) 7:6 11:20 17:4 17:7 19:3 19:15 20:12 20:19 23:5
fund(1) 5:43
further(5) 9:14 11:12 19:20 22:7 22:15
future(1) 11:8
garvan(1) 4:38
gary(1) 2:36
gather(1) 11:20
gecker(1) 4:6
general(1) 17:8
gentilotti(1) 4:37
george(1) 5:23
get(1) 15:17
give(3) 12:5 16:5 22:10
gmp(2) 6:18 6:18
goes(1) 14:7
going(6) 11:1 11:2 11:3 12:18 13:23 16:7 16:13 18:14
golden(3) 3:25 17:3 17:4
goldfarb(1) 3:17
good(4) 7:3 7:4 7:17 17:13
gordon(1) 3:48
gotten(1) 21:9
graeme(1) 3:16
great(1) 20:12
greissman(1) 5:31
grippo(1) 5:22
grounds(2) 8:8 8:14
group(1) 4:6
gump(2) 3:24 17:4
gwen(1) 5:48
had(6) 12:12 16:8 17:5 17:16 18:11 19:21
hadley(1) 6:14
half(2) 12:16 14:12
harrisburg(1) 1:42
hartenstein(2) 14:1 14:6
has(11) 7:22 8:16 8:17 8:18 10:3 10:9 11:23 14:16 17:17 18:14 19:5
hasn't(1) 21:9
hauer(1) 3:24
have(23) 7:9 10:11 10:12 11:13 12:19 12:20 13:15 13:19 14:8 14:17 15:2 15:14 15:15 16:10 17:18 18:5 18:9 19:12 19:13 21:8 22:1 22:12
haven't(1) 13:17
having(2) 15:10 19:2
hazeltine(1) 3:43
he'd(1) 19:12
he's(1) 14:3
hear(5) 8:6 14:5 17:1 19:20 20:2
heard(5) 16:22 17:2 17:10 19:18 20:21
hearing(22) 9:21 9:23 10:13 11:10 11:13 11:13 11:13 12:19 12:20 12:23 13:1 13:3 13:10 13:13 14:11 15:9 16:15 17:7 19:11 20:23 21:14 22:18 23:1
heiligman(1) 4:8
heir(1) 9:11

her(5) 8:4 8:19 10:2 10:8 10:10
here(3) 7:14 8:23 11:21
him(2) 14:2 14:5
his(2) 9:10 14:6
honor(22) 7:4 7:12 7:17 8:7 8:18 10:18 11:15 11:20 11:21 12:4 12:9 14:16 17:3 17:11 17:13 18:9 18:18 20:5 20:21 21:6 21:17 22:2
honorable(1) 1:19
hope(1) 13:5 16:1
hopeful(2) 18:1 18:12
hour(2) 14:12 14:12
how(4) 15:6 16:16 19:14 21:23
howard(1) 3:12
however(2) 12:17 14:2
i'd(3) 9:1 10:13 15:16
i'll(5) 7:23 11:11 11:14 14:23 16:19
i'm(10) 9:19 11:1 11:2 11:3 15:20 16:17 17:15 18:21 18:22 19:15
i've(4) 10:4 10:15 11:5 11:6
identical(1) 10:21
identified(1) 14:1
imply(1) 19:7
important(1) 16:5
inc(2) 3:38 17:14
included(1) 17:16
incorporating(1) 8:8
indicated(2) 15:13 19:21
indiscernible(1) 22:4
integral(1) 12:12
intend(1) 13:14
interest(2) 9:7 10:10
into(1) 14:14
involved(1) 18:21
isn't(1) 21:12
issue(4) 16:3 19:13 21:4 21:15
issues(16) 13:17 13:18 14:7 14:16 15:7 15:9 16:14 17:20 18:1 18:5 18:13 19:6 20:23 21:22 21:22 22:2
it's(7) 13:2 14:19 15:18 16:2 17:3 19:9
item(2) 7:13 7:19 11:19
items(2) 7:8 7:11
its(3) 9:15 17:19 19:13
itself(1) 12:23
james(3) 2:14 3:18 4:14
jane(1) 4:31
january(3) 9:17 9:22 10:1
jeffrey(1) 2:5
jenner(1) 6:22
jillian(1) 2:18
jim(2) 12:4 18:18
johnston(1) 4:14
jointly(1) 1:6
jones(3) 4:12 5:12 5:13
joseph(1) 4:7
joshua(1) 4:13
jpmorgan(1) 3:28
judge(1) 1:19 1:20
juncture(2) 13:6 20:7
june(3) 14:13 14:13 20:11
just(9) 9:1 15:1 15:15 15:20 16:5 17:5 17:15 18:15 20:6 22:2
justin(1) 6:28
kalenchits(2) 5:34 5:34
kansa(13) 1:26 7:6 7:14 7:17 7:18 7:19 8:7 8:15 8:18 10:18 10:21 11:15 11:18
kasowitz(1) 4:42
kate(1) 1:32 7:4
katharine(1) 4:21
kaye(1) 4:30
ken(1) 7:17
kenneth(1) 1:26 7:5
kerriann(1) 2:20
kevin(3) 1:19 2:16 21:6

kind(1) 15:11
know(7) 1:2 12:20 14:10 15:12 16:7 16:17 22:6
krakauer(1) 2:22
kye(1) 3:38
landis(2) 2:42 2:44
lantry(3) 2:16 21:6 21:6
last(5) 7:7 9:9 11:18 12:11 15:10
later(3) 21:1 21:2
laurie(1) 4:27
law(2) 4:36 4:41
layton(1) 3:29
least(2) 13:10 19:14
legacy(1) 9:12
lemay(1) 3:7
lenders(2) 2:4 4:12
less(2) 14:12 14:12
let(7) 8:2 8:15 11:7 16:19 16:20 21:21 21:21
lewis(1) 5:43
liebentritt(1) 2:32
like(2) 15:8 19:8
limine(3) 16:7 16:8 19:22
limited(1) 13:13
list(3) 11:10 15:1 15:14
litigated(1) 14:8
llc(4) 4:37 5:22 5:26 6:22
llp(16) 2:4 3:6 3:15 3:33 3:38 3:47 4:6 4:24 4:30 4:46 4:46 5:17 5:43 6:4 6:10 6:22
local(1) 11:9
long(1) 14:21
lot(3) 13:23 16:12
ludwig(1) 2:18
lugano(1) 1:38
lynch(1) 4:24
madlyn(1) 4:33
magnozzi(1) 3:38
make(5) 12:15 15:14 15:16 19:12 20:4
makes(3) 20:7 20:15 22:14
management(1) 3:24
marc(2) 3:8 3:11
march(2) 12:10 15:11
marked(1) 11:6
market(2) 1:11 2:6
marman-cohen(1) 5:39
marsal(1) 5:26
matter(2) 7:15 23:6
matters(4) 7:12 10:12 14:20 16:13
matthew(3) 2:43 4:43 5:26 5:27
mauceri(1) 5:44
may(14) 1:14 7:1 10:19 10:20 11:20 12:11 13:6 17:11 18:14 19:2 19:6 20:9 20:21 23:9
maybe(3) 14:12 14:22 15:20
mayer,m(1) 4:21
mcarter(1) 4:18
mccloy(1) 6:14
mccormack(1) 3:10
mccormick(16) 7:20 7:22 8:3 8:10 8:16 8:17 9:5 9:10 9:12 9:14 9:18 9:22 10:3 10:9 10:17 11:8
mccormick's(2) 7:14 10:22
mccutchen(1) 5:17
mcdaniel(1) 4:38
mcguire(2) 2:43 6:10
mcneill(1) 4:25
meagher(1) 6:27
meeting(1) 12:12
member(1) 9:11
merit(1) 10:11
meritless(1) 10:6
merrill(1) 4:24
mester(1) 4:13
michael(3) 2:34 5:17 5:18

| Word | Page:Line |
|---|---|
| michele(1) 5:39 | |
| might(1) 15:14 | |
| milbank(1) 6:14 | |
| mills(1) 2:20 | |
| minute(1) 20:10 | |
| minutes(1) 14:22 | |
| monday(1) 12:11 | |
| more(3) 12:16 13:18 21:3 | |
| morgan(2) 5:43 6:4 | |
| morning(2) 15:20 20:8 | |
| motion(15) 7:14 7:20 8:8 8:14 8:23 9:19 9:20 9:21 10:2 10:3 10:4 10:9 10:14 10:22 11:4 | |
| motions(4) 8:9 16:7 16:8 19:22 | |
| much(4) 15:8 18:23 21:23 22:17 | |
| myers(1) 5:4 | |
| national(1) 4:18 | |
| nature(1) 9:10 | |
| necessary(3) 11:14 15:20 21:12 | |
| need(4) 8:11 10:16 13:12 16:14 | |
| needs(1) 21:13 | |
| new(2) 4:37 5:42 | |
| news(1) 5:13 | |
| next(2) 12:16 15:14 | |
| nolan(1) 5:48 | |
| none(1) 14:6 | |
| north(1) 2:6 | |
| not(18) 9:22 11:10 12:18 13:23 14:4 14:9 15:17 17:15 17:18 18:2 18:3 18:13 18:14 18:21 18:22 19:8 20:19 22:1 | |
| noted(1) 15:2 | |
| noteholders(2) 12:13 22:22 | |
| nothing(1) 19:5 | |
| now(2) 14:4 14:13 | |
| novod(1) 3:48 | |
| number(1) 12:13 | |
| numerous(1) 18:11 | |
| object(1) 17:18 | |
| objected(2) 8:7 8:19 | |
| objection(14) 9:3 9:5 9:15 10:2 12:10 17:19 17:22 18:10 18:22 18:23 19:2 19:7 19:10 22:11 | |
| objections(21) 7:9 9:13 12:11 12:12 12:14 12:15 12:17 12:18 12:21 13:19 14:8 14:15 14:15 14:18 15:1 16:9 16:11 17:17 18:3 19:3 19:4 | |
| obviously(3) 13:21 16:16 20:9 | |
| office(1) 5:4 | |
| officers(1) 5:22 | |
| official(2) 2:40 3:4 | |
| okay(9) 8:21 10:23 10:23 17:9 20:2 20:17 22:5 22:9 22:14 | |
| onboard(1) 15:16 | |
| one(4) 1:27 14:15 16:2 19:23 | |
| oneal(1) 2:34 | |
| only(3) 16:11 20:14 21:15 | |
| opening(1) 13:12 | |
| opposition(3) 8:23 10:22 18:15 | |
| optimistic(1) 13:7 | |
| oracle(13) 3:37 17:14 17:16 17:17 18:2 19:2 19:10 19:13 20:22 21:8 21:12 21:20 22:4 | |
| oracle's(2) 19:7 20:23 | |
| oral(1) 18:15 | |
| order(11) 8:17 9:16 9:20 9:23 10:14 10:16 10:19 11:6 15:7 15:10 15:16 | |
| orders(1) 7:11 | |
| other(8) 8:17 12:17 15:6 16:19 16:21 21:3 21:22 21:22 | |
| others(1) 12:6 | |
| our(9) 8:11 10:22 13:22 17:21 18:6 18:15 19:21 20:12 21:8 | |

| Word | Page:Line |
|---|---|
| out(1) 13:1 | |
| outstanding(2) 17:19 18:1 | |
| over(3) 12:1 12:16 21:23 | |
| overly(1) 13:7 | |
| owe(1) 22:11 | |
| owed(1) 21:23 | |
| ownership(1) 9:7 | |
| o'melveny(1) 5:4 | |
| p.m(3) 1:15 7:1 23:1 | |
| papers(2) 8:11 11:11 | |
| paragraph(1) 11:4 | |
| parcel(1) 21:19 | |
| parke(1) 3:6 | |
| part(1) 21:18 | |
| parties(6) 11:22 12:1 13:11 14:17 15:6 21:16 | |
| party(1) 10:10 | |
| parver(1) 4:31 | |
| passive(1) 19:5 | |
| past(1) 14:4 | |
| pause(1) 7:23 | |
| pay(1) 22:12 | |
| peg(1) 5:14 | |
| pending(1) 17:22 | |
| pennsylvania(1) 1:42 | |
| people(3) 13:7 16:19 21:3 | |
| percent(1) 9:6 | |
| permitted(2) 11:9 11:21 | |
| person(1) 7:23 9:23 10:7 | |
| perspective(2) 17:8 20:13 | |
| phone(4) 7:22 8:1 9:23 12:1 | |
| plan(7) 11:19 12:10 13:14 16:18 16:21 16:21 17:18 | |
| please(2) 11:8 11:11 | |
| podium(1) 12:1 | |
| points(1) 16:4 | |
| polk(1) 3:33 | |
| portion(3) 13:4 13:13 14:11 | |
| positions(1) 14:16 | |
| possible(1) 14:1 | |
| possibly(1) 20:7 | |
| post(1) 21:11 | |
| potter(1) 4:24 | |
| powlen(1) 6:5 | |
| ppearances(1) 1:23 2:1 | |
| precision(1) 9:15 | |
| prejudice(1) 10:14 | |
| prejudice"(1) 11:5 | |
| preliminary(2) 16:12 16:14 | |
| premature(1) 16:3 | |
| prepare(1) 10:13 | |
| prepared(1) 13:22 | |
| present(4) 8:3 8:4 18:5 18:7 | |
| presenting(1) 18:14 | |
| preserve(2) 14:16 14:18 | |
| pretrial(1) 13:16 | |
| pretty(1) 16:17 | |
| previously(2) 17:22 18:15 | |
| prickley(1) 5:14 | |
| primarily(1) 17:6 | |
| primoff(1) 4:33 | |
| prior(1) 8:9 | |
| probably(3) 13:11 14:11 16:3 | |
| proceedings(3) 1:18 1:45 23:6 | |
| process(1) 17:7 | |
| produced(1) 1:46 | |
| proffer(1) 13:14 | |
| progress(3) 12:14 12:16 13:1 | |
| proponents(4) 13:14 16:18 16:21 16:21 | |
| propose(2) 15:3 15:13 | |
| provide(1) 15:13 | |
| provided(1) 14:4 | |
| providing(1) 14:3 | |
| provisions(1) 9:9 | |
| purported(1) 9:11 | |
| pursuant(1) 17:21 | |

| Word | Page:Line |
|---|---|
| put(2) 15:5 15:5 | |
| questions(2) 11:13 14:6 | |
| rachel(1) 5:44 | |
| rath(2) 2:42 2:45 | |
| rather(1) 15:17 | |
| real(1) 19:8 | |
| really(3) 13:18 13:20 14:7 15:22 | |
| reasons(2) 10:15 11:3 | |
| recall(1) 13:3 | |
| receive(1) 12:11 | |
| recess(1) 22:18 | |
| recite(1) 9:1 | |
| reciting(1) 8:8 | |
| recommend(1) 21:12 | |
| record(5) 8:2 9:2 10:15 13:18 14:19 | |
| recorded(1) 1:45 | |
| recording(2) 1:45 23:5 | |
| record"(1) 11:3 | |
| reed(1) 4:8 | |
| reference(1) 8:9 | |
| referred(1) 8:22 | |
| reflecting(1) 7:8 | |
| regarding(1) 12:13 | |
| related(1) 19:1 | |
| relates(2) 21:17 21:19 | |
| relating(1) 18:11 | |
| relief(1) 8:13 | |
| reluctant(1) 15:21 | |
| remain(2) 18:1 18:12 | |
| remember(1) 19:1 | |
| repeatedly(1) 10:11 | |
| repetitive(1) 8:12 | |
| report(1) 12:5 | |
| reports(1) 13:14 | |
| request(2) 18:4 19:12 | |
| requested(1) 8:13 | |
| resolve(1) 12:18 | |
| resolved(6) 16:15 18:2 18:13 19:9 19:14 21:10 | |
| resolving(1) 12:15 12:16 | |
| respect(6) 7:10 7:12 14:20 15:3 17:19 18:1 | |
| response(11) 8:5 8:6 11:9 11:11 16:23 17:1 19:19 19:20 20:1 20:2 22:16 | |
| rest(1) 16:18 | |
| retirement(1) 5:43 | |
| review(1) 8:21 | |
| reviewed(3) 8:22 10:4 12:12 | |
| richards(1) 3:29 | |
| right(8) 7:16 11:17 12:3 16:20 18:17 19:17 22:15 22:17 | |
| rise(2) 7:2 17:15 | |
| robert(1) 9:9 | |
| roitman(1) 3:11 | |
| ross(2) 2:24 2:26 | |
| roster(1) 15:10 | |
| rothschild(1) 2:4 | |
| royal(1) 5:37 | |
| rudnick(1) 3:47 | |
| rule(1) 11:9 | |
| ruled(1) 14:17 | |
| run(1) 10:16 | |
| said(1) 7:20 | |
| say(2) 8:11 9:13 | |
| schedule(6) 11:14 13:16 15:5 16:9 20:5 20:9 | |
| scheduled(2) 10:13 15:12 | |
| schlerf(1) 2:5 | |
| scholer(1) 4:30 | |
| schotz(1) 1:31 | |
| schuylkill(1) 1:41 | |
| scoping(1) 13:1 | |
| scotland(1) 5:38 | |
| screw(1) 15:22 | |
| sdcott(1) 5:31 | |
| seated(1) 7:2 | |

| Word | Page:Line |
|---|---|
| second(1) 20:22 | |
| securities(2) 6:18 6:18 | |
| see(1) 7:23 | |
| seife(1) 3:12 | |
| sense(6) 15:14 16:6 19:8 20:4 20:8 20:15 | |
| serial(1) 8:11 | |
| service(1) 1:40 1:46 | |
| services(1) 1:40 | |
| set(1) 9:21 | |
| shamah(1) 5:5 | |
| share(1) 15:6 | |
| she(4) 8:18 9:6 9:11 10:11 | |
| she's(5) 7:23 8:1 10:6 10:7 10:12 | |
| shooting(1) 13:7 | |
| should(4) 11:7 15:7 20:3 20:17 | |
| sidley(5) 1:25 2:13 7:6 7:18 19:15 | |
| sieg(1) 6:11 | |
| signed(1) 11:5 | |
| silverstein(1) 4:27 | |
| similar(3) 8:8 8:9 14:3 | |
| simply(2) 15:21 19:12 | |
| since(1) 8:16 | |
| single(1) 13:6 | |
| skadden(1) 6:27 | |
| slate(1) 6:27 | |
| slater(1) 5:47 | |
| sloan(1) 3:30 | |
| small(1) 14:18 | |
| some(6) 10:6 12:15 12:17 15:2 15:11 | |
| somebody(1) 19:15 | |
| somehow(1) 19:7 | |
| something(2) 14:13 21:10 | |
| sorry(1) 9:19 | |
| sort(2) 14:14 15:10 | |
| sottile(1) 3:18 | |
| sound(2) 1:45 23:5 | |
| south(1) 1:27 | |
| spaeder(1) 3:15 | |
| sparse(1) 11:20 | |
| speak(4) 16:16 16:17 16:18 16:19 | |
| special(1) 6:26 | |
| specific(3) 12:13 14:6 19:1 | |
| specifically(2) 8:22 19:4 | |
| specifics(1) 13:9 | |
| sperling(1) 5:47 | |
| stand(2) 16:16 22:18 | |
| standing(1) 10:9 | |
| stanley(1) 6:4 | |
| start(3) 15:20 16:1 20:8 | |
| state(1) 5:42 | |
| stated(2) 10:15 11:3 | |
| statements(1) 13:12 | |
| states(2) 1:1 1:20 | |
| status(4) 8:1 11:19 12:1 12:5 | |
| ste(1) 1:33 2:6 | |
| stein(1) 4:43 | |
| stem(1) 19:3 | |
| stephen(1) 4:25 | |
| stickles(4) 1:32 7:4 7:5 7:19 | |
| stock(1) 20:6 | |
| stone(1) 6:15 | |
| strauss(1) 3:24 | |
| street(3) 1:11 1:41 2:6 | |
| stromberg(1) 2:26 | |
| subject(2) 13:19 19:10 | |
| submit(1) 11:11 | |
| submitted(1) 18:15 | |
| submitting(1) 10:15 | |
| success(1) 15:2 | |
| such(2) 9:11 10:18 | |
| sullivan(2) 3:43 3:44 | |
| sum(1) 14:10 | |
| sure(4) 15:16 16:18 17:16 18:22 | |
| sustained(2) 9:16 10:1 | |
| taft(1) 5:38 | |
| take(3) 13:23 14:21 20:6 | |
| taken(1) 11:23 | |
| talk(1) 20:17 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|
| talked(2) 13:11 16:5 | | they're(2) 18:2 21:18 | | wednesday(4) 15:15 15:19 20:6 20:11 | |
| talking(1) 19:3 | | things(2) 11:1 15:22 | | week(1) 12:16 | |
| telephone(5) 8:3 8:4 10:8 11:22 15:15 | | think(19) 11:13 13:1 13:5 13:7 13:10 | | weekend(1) 15:23 | |
| telephonic(7) 2:10 3:1 4:1 5:1 6:1 11:23 | | 14:10 14:17 15:2 15:19 15:22 16:1 16:4 | | weeks(1) 13:16 | |
| 20:5 | | 16:13 16:17 19:9 19:11 20:15 21:8 22:10 | | weitman(1) 2:36 | |
| | | | | well(10) 9:18 11:1 17:20 18:10 18:18 21:5 | |
| telephonically(1) 20:14 | | this(21) 8:9 8:11 8:15 9:16 10:1 10:9 | | 21:18 21:20 21:21 22:5 | |
| tell(1) 15:18 | | 10:14 11:7 12:4 13:6 14:11 15:8 16:2 16:3 | | | |
| tentatively(1) 20:5 | | 17:6 17:13 18:18 21:3 21:6 22:1 22:18 | | wells(1) 5:30 | |
| terms(1) 13:9 | | | | were(6) 7:10 8:20 9:10 14:15 16:10 19:4 | |
| testament(1) 9:9 | | thomas(2) 2:24 3:10 | | we'd(1) 15:8 | |
| testimony(3) 14:2 14:3 14:7 | | thornburg(1) 6:4 | | what(6) 12:14 12:23 14:23 15:3 22:10 | |
| than(4) 14:12 14:12 21:4 21:22 | | those(13) 7:12 8:14 8:20 12:12 12:15 | | 22:12 | |
| thank(9) 7:12 7:16 10:23 11:15 11:17 | | 12:21 14:18 14:20 15:4 15:7 15:7 15:11 | | | |
| 16:20 18:17 22:15 22:17 | | 18:22 | | what's(1) 8:11 | |
| | | though(1) 19:9 | | whatsoever(1) 10:11 | |
| that(102) 7:8 7:13 7:15 8:12 8:13 9:8 | | thought(2) 9:1 16:5 | | where(3) 16:6 16:16 20:6 | |
| 9:11 9:23 10:5 10:12 10:13 10:16 10:21 | | through(3) 7:8 7:11 15:11 | | whereupon(1) 23:1 | |
| 11:4 11:5 11:7 11:13 11:16 11:18 11:18 | | thursday(5) 7:7 15:17 15:19 16:1 20:8 | | whether(5) 11:12 15:19 16:21 20:7 20:22 | |
| 11:23 12:6 12:18 12:19 12:20 13:1 13:2 | | 22:1 | | which(14) 7:9 7:13 8:16 9:3 9:6 9:19 9:20 | |
| 13:5 13:6 13:7 13:8 13:11 13:11 13:12 | | | | 10:6 10:12 11:19 13:3 13:15 15:7 18:10 | |
| 13:17 13:19 13:21 13:22 13:22 14:3 14:7 | | today(9) 7:5 7:23 10:7 10:15 11:21 16:6 | | | |
| 14:8 14:13 14:15 14:16 14:16 14:17 14:17 | | 20:3 20:18 22:15 | | while(1) 17:17 | |
| 14:19 14:21 14:22 14:23 15:1 15:5 15:6 | | | | white(1) 5:30 | |
| 15:8 15:13 15:16 15:16 15:18 15:21 15:22 | | together(1) 15:5 | | whittle(1) 15:1 | |
| 16:2 16:3 16:4 16:4 16:12 16:14 17:5 | | torres(1) 4:42 | | whittman(1) 13:15 | |
| 17:15 18:1 18:2 18:4 18:12 18:13 18:22 | | traci(1) 23:10 | | wickersham(1) 5:38 | |
| 19:3 19:4 19:6 19:7 19:9 19:10 19:11 | | transcriber(1) 23:10 | | wider(1) 19:6 | |
| 19:12 19:12 19:21 19:22 20:3 20:6 20:9 | | transcript(3) 1:18 1:46 23:5 | | will(10) 9:9 11:15 11:23 13:13 14:11 18:2 | |
| 20:12 20:15 21:2 21:3 21:4 21:9 21:12 | | transcription(2) 1:40 1:46 | | 18:13 19:22 22:11 22:18 | |
| 21:13 21:13 22:14 22:18 23:4 | | tribune(4) 1:8 2:13 2:29 9:7 | | | |
| | | trust(5) 3:43 4:18 4:36 4:41 9:8 | | william(1) 3:44 | |
| that's(5) 9:20 12:8 16:16 18:23 19:14 | | try(2) 15:5 15:11 | | wilmington(5) 1:12 1:34 2:7 3:43 7:1 | |
| thau(1) 6:19 | | trying(2) 15:1 19:7 | | winerman(1) 6:28 | |
| the(216) 1:1 1:2 1:19 2:12 2:40 3:4 4:42 | | tuesday(3) 7:1 15:14 15:18 | | wires(1) 5:13 | |
| 7:2 7:3 7:5 7:7 7:8 7:11 7:16 7:18 7:19 | | turn(1) 11:23 | | wish(4) 16:22 17:1 17:9 19:17 | |
| 7:20 7:21 8:1 8:2 8:2 8:3 8:4 8:6 8:7 8:8 | | tweed(1) 6:14 | | wishes(1) 14:5 | |
| 8:12 8:13 8:13 8:15 8:20 8:21 8:21 8:22 | | two(2) 11:1 14:15 | | with(38) 7:5 7:8 7:10 7:11 9:15 10:8 | |
| 8:22 8:23 9:1 9:2 9:3 9:4 9:5 9:7 9:8 9:8 | | type(1) 15:9 | | 10:14 10:19 10:22 11:5 11:5 11:10 11:18 | |
| 9:9 9:11 9:12 9:13 9:14 9:15 9:16 9:20 | | unable(1) 9:14 | | 12:13 12:22 13:11 13:16 13:22 14:8 14:20 | |
| 9:21 10:1 10:4 10:4 10:5 10:6 10:8 10:13 | | under(2) 9:8 10:16 | | 15:3 15:6 15:8 15:8 15:16 17:6 17:8 | |
| 10:15 10:15 10:20 10:23 11:1 11:2 11:3 | | understanding(1) 21:9 | | 17:19 17:21 17:23 18:1 18:12 18:15 19:5 | |
| 11:3 11:4 11:4 11:5 11:7 11:8 11:9 11:10 | | understood(1) 19:14 | | 20:10 21:4 21:8 21:13 | |
| 11:11 11:14 11:17 11:18 11:19 11:19 11:20 | | united(2) 1:1 1:20 | | | |
| 11:21 11:22 11:23 11:23 12:1 12:1 12:1 | | unless(2) 14:5 14:12 | | within(3) 11:9 13:3 13:6 | |
| 12:3 12:5 12:8 12:9 12:10 12:13 12:16 | | unresolved(1) 18:5 | | without(2) 11:12 22:4 | |
| 12:17 12:17 12:18 12:19 12:22 12:22 | | unsecured(2) 2:41 3:5 | | witness(1) 14:2 | |
| 12:23 13:2 13:3 13:4 13:4 13:4 13:5 13:5 | | unsure(1) 20:22 | | won't(2) 14:21 15:2 | |
| 13:5 13:9 13:9 13:11 13:12 13:13 13:14 | | until(1) 15:17 | | woods(1) 6:10 | |
| 13:14 13:16 13:17 13:18 13:19 13:19 14:2 | | upon(2) 9:10 14:17 | | words(2) 11:1 11:2 | |
| 14:3 14:4 14:4 14:5 14:7 14:8 14:10 14:14 | | vail(1) 6:23 | | would(11) 8:13 14:19 15:22 18:4 18:7 | |
| 14:17 14:19 14:21 14:23 15:4 15:4 15:6 | | variation(1) 10:6 | | 19:10 19:13 20:22 21:10 21:10 21:11 | |
| 15:7 15:9 15:22 15:23 16:1 16:4 16:6 | | variety(1) 19:6 | | | |
| 16:12 16:14 16:15 16:17 16:18 16:18 | | various(1) 7:9 | | wrong(3) 13:21 15:22 19:15 | |
| 16:19 16:20 17:1 17:7 17:9 17:12 17:16 | | version(2) 10:5 10:21 | | yeah(1) 20:15 | |
| 17:18 17:18 17:21 18:1 18:2 18:3 18:3 | | versus(1) 19:5 | | year(1) 15:10 | |
| 18:4 18:7 18:10 18:10 18:11 18:13 18:13 | | very(5) 13:13 14:3 14:21 15:8 22:17 | | yield(1) 16:19 | |
| 18:17 18:20 18:22 19:2 19:3 19:6 19:8 | | virtually(1) 11:22 | | york(2) 4:37 5:42 | |
| 19:8 19:10 19:10 19:10 19:11 19:11 19:13 | | virtue(1) 9:16 | | you(24) 7:12 7:16 8:15 10:20 10:23 11:15 | |
| 19:14 19:17 19:20 20:2 20:10 20:14 20:17 | | vonnegut(1) 3:34 | | 11:17 12:5 12:7 12:9 12:20 14:10 15:12 | |
| 20:19 20:20 21:5 21:7 21:9 21:13 21:15 | | wait(1) 15:17 | | 15:13 15:18 16:6 16:20 18:7 18:17 22:10 | |
| 21:15 21:15 21:21 22:2 22:3 22:3 22:5 | | want(2) 14:18 17:5 | | 22:10 22:11 22:15 22:17 | |
| 22:7 22:10 22:14 22:17 23:1 23:4 23:5 | | wanted(1) 17:15 | | | |
| 23:5 23:6 | | wardwell(1) 3:33 | | you'll(1) 13:3 | |
| | | was(11) 8:19 9:16 9:19 9:20 9:21 10:21 | | your(23) 7:4 7:12 7:17 8:7 8:18 10:18 | |
| their(2) 9:13 12:13 | | 12:10 12:10 16:5 20:22 23:1 | | 11:15 11:20 11:21 12:4 12:9 14:16 17:3 | |
| them(2) 14:19 15:3 | | | | 17:11 17:13 18:9 18:18 20:4 20:9 20:21 | |
| themselves(1) 14:14 | | wasn't(1) 19:7 | | 21:6 21:17 22:2 | |
| then(6) 9:18 9:18 11:10 11:14 12:6 22:13 | | way(3) 16:13 16:14 21:21 | | | |
| theory(1) 9:6 | | we'll(9) 12:15 12:19 12:20 13:2 13:5 | | zuckerman(1) 3:15 | |
| there(12) 11:7 13:16 14:19 15:17 16:7 | | 13:21 15:2 15:5 15:6 | | "and(1) 11:2 | |
| 16:10 16:10 16:11 20:2 21:3 21:22 22:11 | | | | "due(1) 11:2 | |
| | | we're(8) 12:18 13:21 14:4 15:1 15:21 18:3 | | "order(1) 11:4 | |
| there's(6) 8:10 10:16 13:10 13:11 16:13 | | 18:14 19:3 | | | |
| 21:23 | | | | | |
| | | we've(9) 12:11 12:12 12:14 12:23 13:11 | | | |
| these(1) 15:9 | | 15:8 16:4 17:5 18:11 | | | |
| they(9) 8:20 9:4 9:13 13:17 13:18 14:14 | | | | | |
| 22:10 22:10 22:12 | | | | | |