## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al</u>., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Ref. No.: 11399, 11666 and 11667** |

### LIMITED JOINDER OF TM RETIREES WITH RESPECT TO OBJECTIONS FILED BY DEUTSCHE BANK TRUST COMPANY AMERICAS AND WILMINGTON TRUST COMPANY TO THE FOURTH AMENDED DCL PLAN

Teitelbaum & Baskin, LLP ("**T&B**") and Hiller & Arban, LLC, as attorneys for approximately 200 former employees and/or directors (and beneficiaries of such former employees and/or directors) (the "**TM Retirees**")[1] of The Times Mirror Company ("**Times Mirror**"), who were receiving or entitled to receive payments under certain non-qualified deferred compensation plans assumed by one or more of the Debtors, for their limited joinder to the Objection Of Wilmington Trust Company, As Successor Indenture Trustee For The Phones Notes To The Fourth Amended Joint Debtor/Committee Plan (D.I. 11666) (the "**WTC Objection**") and to the Objection of Deutsche Bank Trust Company Americas, In Its Capacity

---

[1] Among the TM Retirees supporting this statement is William Niese, a member of the Official Committee of Unsecured Creditors (the "**Committee**"). T&B also represents Mr. Niese in his role as a member of the Committee and as plaintiff in various state law constructive fraud claim actions commenced pursuant to this Court's Order of April 25, 2011. This pleading is filed on behalf of the TM Retirees, including Mr. Niese, in their capacity as creditors and parties in interest and not in any manner as a representative of the Committee. The positions taken herein do not necessarily reflect the position of the Committee, and the Committee has not been consulted in connection with this pleading.

As Successor Indenture Trustee, To The Fourth Amended Joint Plan of Reorganization (D.I. 11667) (the "**D. Bank Objection**")respectfully state:

1. The TM Retirees join in the WTC Objection (¶¶ 32-46) and the D. Bank Objection (¶¶ 22-27) solely with respect to the issues identified in the above identified paragraphs related to the Litigation Trust as it appears that such points will enhance the operation of the Litigation Trust.

2. Specifically, Mr. Niese, one of the designated members of the Litigation Trust Advisory Board, has previously advised the DCL Plan proponents and other prospective members of the Litigation Trust Advisory Board that he would not be willing to serve on the Litigation Advisory Board unless there was a reasonable provision for the payment of counsel fees for the members.

3. Mr. Niese has served on the Official Committee of Unsecured Creditors since the inception of these cases. Along with every other member of the Creditors' Committee Mr. Niese has had the assistance of individual counsel and believes that it is critical that members of the Litigation Advisory Board continue to have such independent counsel.

4. Mr. Niese believes that he can serve an important role as a Litigation Advisory Board Member and wishes to serve.

5. However, the Litigation Trust Agreement makes no provision for the payment of reasonable compensation for counsel to the members of the Trust.  Mr. Niese appreciates the concerns of the plan funders in creating yet another feeding frenzy, but is concerned about the financial burdens of serving without a provision for payment of counsel fees.  This is why Mr. Niese has requested an

amendment to the Litigation Trust Agreement which provides for a modest increase in compensation to the members and a modest per annum flat fee for counsel.[2]

6. Unfortunately, the Litigation Trust Agreement has not been amended. Effectively, this decision may deprive Mr. Niese of the opportunity to participate in a trust that promises a significant source of recoveries for TM Retirees.

## CONCLUSION

The TM Retirees respectfully request that this Court require amendments to the Litigation Trust as identified in WTC Objection (¶¶ 32-46) and the D. Bank Objection (¶¶ 22-27) and in particular with respect to compensation for the members and their counsel.

Dated: May 30, 2012                   Respectfully submitted,
       Wilmington, Delaware

                                      HILLER & ARBAN, LLC

                                      **/s/ Brian Arban**
                                      Adam Hiller (DE No. 4511)
                                      1500 North French Street, 2nd Floor
                                      Wilmington, Delaware 19801
                                      (302) 442-7676 telephone
                                      barban@hillerarban.com

                                      -and-

                                      Jay Teitelbaum, Esq. (JT-4619)
                                      TEITELBAUM & BASKIN, LLP
                                      1 Barker Avenue
                                      Third Floor
                                      White Plains, New York 10601
                                      (914) 437-7670
                                      jteitelbaum@tblawl1p.com

---

[2] In the interests of not disclosing matters which may be considered settlement discussions, the amounts proposed have not been disclosed in this pleading.