IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                        Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2012, I caused copies of the foregoing LIMITED JOINDER OF TM RETIREES WITH RESPECT TO OBJECTIONS FILED BY DEUTSCHE BANK TRUST COMPANY AMERICAS AND WILMINGTON TRUST COMPANY TO THE FOURTH AMENDED DCL PLAN via electronic mail upon the parties listed on the attached matrix.

Dated: May 30, 2012
      Wilmington, Delaware

   /s/ Brian Arban
Brian Arban (DE No. 4511)
Hiller & Arban, LLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
barban@hillerarban.com