# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

April 1, 2012 through and including April 30, 2012

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $720.00 | 19.20 | $13,824.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $640.00 | 72.50 | $46,400.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $640.00 | 11.60 | $7,424.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $495.00 | 106.30 | $52,618.50 |
| Matthew B. McGuire | Partner; admitted PA 2001, DE 2003 | May, 2000 | $475.00 | 29.60 | $14,060.00 |
| Tyler O'Connell | Associate; admitted DE 2004 | May, 2004 | $420.00 | .70 | $294.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $420.00 | 131.20 | $55,104.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $325.00 | 59.90 | $19,467.50 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $325.00 | 16.90 | $5,492.50 |
| Alison Baker | Law Clerk | May, 2012 | $275.00 | 26.40 | $7,260.00 |

| Frances A. Panchak | Paralegal | N/A | $230.00 | 64.30 | $14,789.00 |
| --- | --- | --- | --- | --- | --- |
| Michelle M. Dero | Paralegal | N/A | $230.00 | 1.90 | $437.00 |
| Cathy A. Adams | Paralegal | N/A | $210.00 | 42.80 | $8,988.00 |
| Linda M. Rogers | Paralegal | N/A | $210.00 | 55.70 | $11,697.00 |
| Anthony C. Dellose | Paralegal | N/A | $200.00 | 2.30 | $460.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $130.00 | 14.0 | $1,820.00 |
| | | | **Total** | 655.30 | $260,135.50 |

**Blended Rate: $396.97**