# EXHIBIT "C"

```
                                                          May 30, 2012
                                                   Account No:  698-001
                                                   Statement No:   15122
Tribune Company, et al. bankruptcy
```

### Expenses

| | |
|---|---:|
| Postage | 15.75 |
| Copying | 630.90 |
| Overnight Delivery | 472.76 |
| Court/Filing Fees | 293.00 |
| Courier Fees | 111.50 |
| Online research | 33.44 |
| Outside Duplication Services | 6,635.49 |
| Document Retrieval | 474.40 |
| Court Reporter fees | 858.85 |
| Meals | 262.20 |
| Conference Call Service | 282.00 |
| Litigation Support | 21,415.70 |
| **Total Expenses Thru 04/30/2012** | **31,485.99** |

{698.001-W0021107.}

Date: 05/30/2012                           **Detail Cost Transaction File List**                                  Page: 1
                                                Landis Rath & Cobb LLP

|  | Trans Date | Tcode/ Task Code | Rate | Amount |  |
|---|---|---|---|---:|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | |
|  | 04/02/2012 | B100 E101 | 0.100 | 31.80 | Copying |
|  | 04/02/2012 | B100 E107 |  | 18.00 | Delivery services/messengers Digital Legal, LLC - Invoice 64881 |
|  | 04/02/2012 | B100 E214 |  | 293.00 | Filing Fee American Express - US Bankruptcy Court filing of advisor claim complaint |
|  | 04/02/2012 | B100 E102 |  | 2,951.19 | Outside printing Digital Legal, LLC - Invoice 64854 |
|  | 04/02/2012 | B100 E108 |  | 5.50 | Postage |
|  | 04/02/2012 | B100 E108 |  | 0.45 | Postage |
| Subtotal for Transaction Date 04/02/2012 | | | Billable | 3,299.94 | |
|  | 04/03/2012 | B100 E101 | 0.100 | 47.80 | Copying |
|  | 04/03/2012 | B100 E107 |  | 6.50 | Delivery services/messengers Digital Legal, LLC - Invoice 64881 |
|  | 04/03/2012 | B100 E102 |  | 175.00 | Outside printing/CD creation: Digital Legal, LLC Invoice 64918 |
|  | 04/03/2012 | B100 E221 |  | 80.85 | Overnight Delivery FedEx - Invoice 7-858-03713 |
| Subtotal for Transaction Date 04/03/2012 | | | Billable | 310.15 | |
|  | 04/04/2012 | B100 E101 | 0.100 | 47.90 | Copying |
|  | 04/04/2012 | B100 E102 |  | 102.78 | Outside printing Digital Legal, LLC - Invoice 64910 |
| Subtotal for Transaction Date 04/04/2012 | | | Billable | 150.68 | |
|  | 04/05/2012 | B100 E101 | 0.100 | 17.30 | Copying |
|  | 04/05/2012 | B100 E108 |  | 0.90 | Postage |
| Subtotal for Transaction Date 04/05/2012 | | | Billable | 18.20 | |
|  | 04/06/2012 | B100 E118 |  | 1,625.00 | Litigation support vendors Placers, Inc. of Delaware Invoice #M2399 - Excel discovery/service project |
| Subtotal for Transaction Date 04/06/2012 | | | Billable | 1,625.00 | |
|  | 04/09/2012 | B100 E101 | 0.100 | 4.40 | Copying |
|  | 04/09/2012 | B100 E108 |  | 1.70 | Postage |
| Subtotal for Transaction Date 04/09/2012 | | | Billable | 6.10 | |
|  | 04/10/2012 | B100 E101 | 0.100 | 14.40 | Copying |
|  | 04/10/2012 | B100 E108 |  | 1.70 | Postage |
| Subtotal for Transaction Date 04/10/2012 | | | Billable | 16.10 | |
|  | 04/11/2012 | B100 E101 | 0.100 | 15.80 | Copying |
|  | 04/11/2012 | B100 E107 |  | 6.50 | Delivery services/messengers Digital Legal, LLC - Invoice 65089 |
| Subtotal for Transaction Date 04/11/2012 | | | Billable | 22.30 | |
|  | 04/12/2012 | B100 E101 | 0.100 | 29.10 | Copying |
|  | 04/12/2012 | B100 E221 |  | 12.41 | Overnight Delivery FedEx - Invoice 7-858-03713 |
|  | 04/12/2012 | B100 E221 |  | 172.79 | Overnight Delivery FedEx Invoice 7-873-46246 |
| Subtotal for Transaction Date 04/12/2012 | | | Billable | 214.30 | |
|  | 04/13/2012 | B100 E101 | 0.100 | 6.60 | Copying |
|  | 04/13/2012 | B100 E101 | 0.100 | 163.30 | Copying |
|  | 04/13/2012 | B100 E102 |  | 1,841.25 | Outside printing Digital Legal, LLC - Invoice 65062 |
|  | 04/13/2012 | B100 E118 |  | 1,900.00 | Litigation support vendors Placers, Inc. of Delaware Invoice #M2406 - Excel discovery/service project. |
| Subtotal for Transaction Date 04/13/2012 | | | Billable | 3,911.15 | |
|  | 04/16/2012 | B100 E217 |  | 613.95 | Court Reporter fee Diaz Data Services - Invoice 9022 |
|  | 04/16/2012 | B100 E107 |  | 50.50 | Delivery services/messengers Digital Legal, LLC - Invoice 65261 |
|  | 04/16/2012 | B100 E111 |  | 60.00 | Meals: Breakfast for Zuckerman (1), Chadbourne (3), LRC (2) - Sugarfoot Fine Food Invoice 495989 |
|  | 04/16/2012 | B100 E111 |  | 152.70 | Meals: Lunch for Zuckerman (1), Chadbourne (3), LRC (3) - Purebread IV Invoice 109558 |
|  | 04/16/2012 | B100 E226 |  | 102.00 | Conference Call Service American Express - CourtCall IDs 4881366, 4881358 |
| Subtotal for Transaction Date 04/16/2012 | | | Billable | 979.15 | |
|  | 04/17/2012 | B100 E102 |  | 140.00 | Outside printing/CD creationDigital Legal, LLC - Invoice 65155 |
|  | 04/17/2012 | B100 E101 | 0.100 | 9.90 | Copying |
|  | 04/17/2012 | B100 E102 |  | 820.85 | Outside printing Digital Legal, LLC - Invoice 65169 |
|  | 04/17/2012 | B100 E221 |  | 68.98 | Overnight Delivery FedEx Invoice 7-873-46246 |
| Subtotal for Transaction Date 04/17/2012 | | | Billable | 1,039.73 | |
|  | 04/18/2012 | B100 E101 | 0.100 | 7.00 | Copying |
|  | 04/18/2012 | B100 E108 |  | 5.50 | Postage |

## Detail Cost Transaction File List
### Landis Rath & Cobb LLP

| Trans Date | Tcode/ Task Code | | Rate | Amount | |
|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| Trans Date | Tcode | Task Code | Rate | Amount | Description |
|---|---|---|---|---|---|
| 04/18/2012 | B100 | E107 | | 15.00 | Delivery services/messengers Digital Legal, LLC - Invoice 65261 |
| 04/18/2012 | B100 | E221 | | 12.72 | Overnight Delivery FedEx Invoice 7-873-46246 |
| **Subtotal for Transaction Date 04/18/2012** | | | Billable | 40.22 | |
| 04/19/2012 | B100 | E101 | 0.100 | 11.10 | Copying |
| 04/19/2012 | B100 | E102 | | 42.10 | Outside printing Digital Legal, LLC - Invoice 65215 |
| **Subtotal for Transaction Date 04/19/2012** | | | Billable | 53.20 | |
| 04/20/2012 | B100 | E101 | 0.100 | 10.70 | Copying |
| 04/20/2012 | B100 | E118 | | 1,812.50 | Litigation support vendors Placers, Inc. of Delaware Invoice #M2412 - Excel discovery/service project. |
| **Subtotal for Transaction Date 04/20/2012** | | | Billable | 1,823.20 | |
| 04/23/2012 | B100 | E101 | 0.100 | 110.00 | Copying |
| **Subtotal for Transaction Date 04/23/2012** | | | Billable | 110.00 | |
| 04/24/2012 | B100 | E118 | | 14,115.70 | Litigation support vendors TransPerfect Translations International Invoice 415847 - Remainder of charges for document translation into 6 different languages |
| 04/24/2012 | B100 | E101 | 0.100 | 0.60 | Copying |
| 04/24/2012 | B100 | E102 | | 210.00 | Outside printing/CD Creation: Digital Legal, LLC Invoice 65331 |
| 04/24/2012 | B100 | E221 | | 125.01 | Overnight Delivery FedEx Invoice 7-873-46246 |
| **Subtotal for Transaction Date 04/24/2012** | | | Billable | 14,451.31 | |
| 04/25/2012 | B100 | E101 | 0.100 | 14.20 | Copying |
| 04/25/2012 | B100 | E107 | | 15.00 | Delivery services/messengers Digital Legal, LLC - Invoice 65403 |
| 04/25/2012 | B100 | E102 | | 71.19 | Outside printing Digital Legal, LLC - Invoice 65339 |
| 04/25/2012 | B100 | E217 | | 148.10 | Court Reporter fee Diaz Data Services - Invoice 9064 |
| 04/25/2012 | B100 | E226 | | 30.00 | Conference Call Service American Express - CourtCall ID 4900318 |
| 04/25/2012 | B100 | E111 | | 49.50 | Meals: Lunch for Chadbourne (1), LRC (2) - Sugarfoot Fine Food Invoice 498008 |
| **Subtotal for Transaction Date 04/25/2012** | | | Billable | 327.99 | |
| 04/26/2012 | B100 | E101 | 0.100 | 74.40 | Copying |
| 04/26/2012 | B100 | E102 | | 281.13 | Outside printing Digital Legal, LLC - Invoice 65360 |
| **Subtotal for Transaction Date 04/26/2012** | | | Billable | 355.53 | |
| 04/27/2012 | B100 | E217 | | 96.80 | Court Reporter fee Diaz Data Services - Invoice 9067 |
| 04/27/2012 | B100 | E118 | | 1,962.50 | Litigation support vendors Placers, Inc. of Delaware Invoice #M2415 - Excel discovery/service project |
| 04/27/2012 | B100 | E226 | | 150.00 | Conference Call Service American Express - CourtCall IDs 4908629, 4908636, 4908645, 4908695, 4908706 |
| **Subtotal for Transaction Date 04/27/2012** | | | Billable | 2,209.30 | |
| 04/30/2012 | B100 | E101 | 0.100 | 14.60 | Copying |
| 04/30/2012 | B100 | E208 | | 474.40 | PACER Document Retrieval - April 2012 |
| 04/30/2012 | B100 | E106 | | 33.44 | Online research LexisNexis Invoice 1204140735 |
| **Subtotal for Transaction Date 04/30/2012** | | | Billable | 522.44 | |
| **Total for Client ID 698.001** | | | Billable | 31,485.99 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |

**GRAND TOTALS**

| | | | Billable | 31,485.99 | |
|---|---|---|---|---|---|