**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Richard W. Riley, hereby certify that I am not less than 18 years of age, and that on May 31, 2012, I caused a true and correct copy of the *Statement Of Robert R. McCormick Tribune Foundation And Cantigny Foundation In Response To Objection Of Aurelius Capital Management, LP To Confirmation Of The Fourth Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By The Debtors, The Official Committee Of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., And JPMorgan Chase Bank, N.A.* to be served upon counsel on the attached service list by U.S. Mail, postage pre-paid to all of the counsel and by hand delivery to the counsel located in Wilmington, Delaware.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 31, 2012
      Wilmington, Delaware

*/s/ Richard W. Riley*
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Tel:  (302) 657-4900
Fax: (302) 657-4901
E-Mail: rwriley@duanemorris.com

DM3\2198892.1

## SERVICE LIST

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
One South Dearborn Street
Chicago, IL 60603

*Counsel to the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates*

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Counsel to the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates*

CHADBOURNE & PARKE, LLP
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, NY 10112

*Counsel to the Official Committee of Unsecured Creditors*

LANDIS, RATH & COBB, LLP
Adam G. Landis
919 Market Street, Suite 1800
Wilmington, DE 19801

*Counsel to the Official Committee of Unsecured Creditors*

ZUCKERMAN SPAEDER LLP
Graeme Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036

*Counsel to the Official Committee of Unsecured Creditors*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady
M. Blake Cleary
The Brandywine Building - 17th Floor
1000 West Street, Post Office Box 391
Wilmington, DE 19899-0391

*Counsel to Oaktree Capital Management, L.P. and Angelo Gordon & Co., L.P.*

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071

*Counsel to Oaktree Capital Management, L.P. and Angelo Gordon & Co., L.P.*

WILMER CUTLER PICKERING HALE
 & DORR LLP
Andrew N. Goldman
399 Park Avenue
New York, NY 10022

*Co-Counsel to Angelo Gordon & Co., L.P.*

DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Damian S. Schaible
450 Lexington Avenue
New York, NY 10017

*Counsel to JPMorgan Chase Bank, N.A.*

AKIN GUMP STRAUSS HAUER
 & FELD LLP
Daniel H. Golden
Philip C. Dublin
One Bryant Park
New York, NY 10036

*Counsel to Aurelius Capital Management, LP*

RICHARDS, LAYTON & FINGER, P.A.
Mark D Collins
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Counsel to JPMorgan Chase Bank, N.A.*

MCCARTER & ENGLISH, LLP
Katharine L. Mayer
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801

*Counsel to Deutsche Bank Trust Company Americas*

BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel, Esquire
800 N. King Street, Plaza Level
Wilmington, DE 19801

*Counsel to Law Debenture Trust Company of New York*

SULLIVAN HAZELTINE ALLINSON LLC
William D. Sullivan
Elihu E. Allinson, III
4 East 8th Street, Suite 400
Wilmington, DE 19801

*Counsel to Wilmington Trust Company*

| | |
|---|---|
| MCCARTER & ENGLISH, LLP<br>David Adler<br>245 Park Avenue, 27th floor<br>New York, NY 10167<br><br>*Counsel to Deutsche Bank Trust Company Americas* | KASOWITZ, BENSON, TORRES<br> & FRIEDMAN LLP<br>David S. Rosner<br>Richard F. Casher<br>1633 Broadway<br>New York, NY 10019<br><br>*Counsel to Law Debenture Trust Company of New York* |
| BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY 10036<br><br>*Counsel to Wilmington Trust Company* | David M. Klauder<br>United States Trustee's Office<br>844 King Street, Suite 2207<br>Wilmington, DE  19801<br><br>*Office of the United States Trustee* |