## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| TRIBUNE COMPANY, *et al.*, | ) Case No. 08-13141 (KJC) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) Re: Dkt. No. 11658 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                                          : SS.
NEW CASTLE COUNTY   :

Tamara L. Moody, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Blank Rome LLP, and that on May 21, 2012 she caused the following document to be served upon the parties listed on the attached service list via first class mail:

- **EGI-TRB LLC'S OBJECTION TO CONFIRMATION OF THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO GORDON & CO., AND JPMORGAN CHASE BANK N.A.** [Dkt. No. 11658]

Date: May 23, 2012

**BLANK ROME LLP**

Tamara L. Moody, Paralegal
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

SWORN TO AND SUBSCRIBED before
me this 23rd day of May 2012

Notary Public

MARY C. LEVAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 11, 2013

Norman L. Pernick, Esq.
Cole Schotz Meisel Forman &
    Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

David M. Klauder, Esq.
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Mark D. Collins
Robert J. Stearn, Jr.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

William P. Bowden
Amanda M. Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

James F. Conlan
Jessica C. K. Boelter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Robert S. Brady
M. Blake Cleary
Young Conaway Stargatt & Taylor LLP
The Brandywine Building – 17th Floor
1000 West St., P.O. Box 391
Wilmington, DE  19899

Douglas A. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Daniel H. Golden
Philip C. Dublin
David Zensky
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Bruce Bennett
James O. Johnston
Dewey & LeBoeuf LLP
333 South Grand Avenue
Suite 2600
Los Angeles, CA  90071-1530

Donald S. Bernstein
Damian S. Schaible
David Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

Graeme Bush
James Sottile
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C.  20036