# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

### April 1, 2012 through April 30, 2012

| Project Code | Description | Hour | Amount |
|---|---|---|---|
| 5735.00004 | Current Financials | 42.3 | 26,883.00 |
| 5735.00007 | Employee Issues | 35.4 | 23,727.00 |
| 5735.00008 | Plan of Reorganization | 16.6 | 10,622.00 |
| 5735.00015 | UCC Meetings | 4.7 | 3,506.50 |
| 5735.00017 | Billing and Retention | 8.1 | 5,130.00 |
| | | **107.1** | **$69,868.50** |

Re:  Current Financial
Client/Matter #   005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/02/12 | BH | Analyze the economic impact of dispute with Direct TV over retransmission rights. | 0.90 |
| 04/02/12 | BH | Analyze March 2012 and year to date publishing and broadcasting results. | 1.10 |
| 04/04/12 | BH | Analyze weekly financial performance compared to Plan. | 2.40 |
| 04/04/12 | ANL | Prepared weekly status update for UCC. | 1.50 |
| 04/04/12 | ANL | Analyzed weekly flash reports and cash reports. | 1.70 |
| 04/05/12 | ANL | Prepared weekly status update for UCC. | 1.60 |
| 04/05/12 | ANL | Analyzed weekly revenue flash reports and cash reports. | 2.20 |
| 04/05/12 | BH | Prepare verbal comments for presentation to Committee on financial performance and 2012 MIP. | 1.30 |
| 04/09/12 | ANL | Prepared weekly status update for UCC. | 1.50 |
| 04/11/12 | ANL | Prepared weekly status update for UCC and weekly revenue flash reports. | 2.30 |
| 04/11/12 | BH | Analyze weekly financial performance compared to Plan and edit report to Committee on same. | 2.30 |
| 04/12/12 | BH | Prepare verbal comments for Committee presentation of financial results. | 1.00 |
| 04/12/12 | BH | Analyze Moelis Media Update. | 0.50 |
| 04/16/12 | ANL | Prepared weekly status update for UCC and weekly revenue flash reports. | 1.50 |
| 04/17/12 | BH | Analyze weekly financial performance compared to Plan and edit report to Committee on same. | 2.20 |
| 04/18/12 | ANL | Prepared weekly status update for UCC. | 1.10 |
| 04/18/12 | ANL | Analyzed weekly publishing and broadcasting revenue flash reports and monthly financial statements. | 2.50 |
| 04/20/12 | ANL | Prepared weekly status update for UCC and weekly revenue analysis. | 1.80 |
| 04/23/12 | ANL | Prepared weekly status update for UCC and weekly revenue analysis. | 1.30 |
| 04/24/12 | BH | Analyze weekly financial performance compared to Plan. | 2.40 |
| 04/25/12 | ANL | Analyzed March 2012 publishing results. | 1.80 |
| 04/25/12 | ANL | Prepared summary of March and Q1 2012 Tribune financial results. | 3.20 |
| 04/26/12 | ANL | Analyzed March 2012 broadcasting results. | 1.50 |
| 04/26/12 | BH | Review Moelis Media Update | 0.50 |
| 04/30/12 | ANL | Prepared weekly status update. | 2.20 |
| | | **Total Hours** | **42.30** |

Re:  Current Financial
Client/Matter #  005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 27.70 | 620.00 | 17,174.00 |
| Brad Hall | 14.60 | 665.00 | 9,709.00 |
| **Total Hours & Fees** | **42.30** | | **26,883.00** |

Re: Employee Issues
Client/Matter # 005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/01/12 | ANL | Prepared MIP history charts from 2009 through 2012. | 1.70 |
| 04/01/12 | ANL | Prepared 2012 MIP presentation to UCC. | 1.20 |
| 04/01/12 | BH | Draft report to Committee on the proposed 2012 MIP bonus program. | 4.50 |
| 04/01/12 | BH | Analyze historical MIP details from 2009 through 2012. | 2.50 |
| 04/01/12 | BH | Review 2012 MIP participants' details. | 2.50 |
| 04/02/12 | BH | Review Mercer report for 2012 versus 2011 report. | 1.60 |
| 04/02/12 | ANL | Prepared 2012 MIP presentation to UCC. | 1.80 |
| 04/02/12 | AH | Review draft report to UCC re: MIP | 1.40 |
| 04/02/12 | BH | Draft questions for Debtor advisors on reasons for changes to MIP in 2012 from prior years. | 0.80 |
| 04/02/12 | BH | Draft report to Committee on 2012 MIP. | 3.60 |
| 04/03/12 | BH | Draft report to Committee on 2012 MIP including review of Committee members' comments. | 3.50 |
| 04/03/12 | BH | Review Debtors motion for 2012 MIP approval. | 1.40 |
| 04/03/12 | BH | Conference call with Chadbourne and Committee member on proposed 2012 MIP terms. | 0.80 |
| 04/03/12 | BH | Draft final version of 2012 MIP report for Committee. | 3.90 |
| 04/05/12 | AH | Prepare for MIP presentation | 0.60 |
| 04/09/12 | BH | Provide response to counsel on the method of establishing year end pool dollars for MIP. | 0.60 |
| 04/10/12 | ANL | Reviewed 2012 MIP presentation to UCC and Steve Gable consulting contract and separation agreement. | 2.50 |
| 04/11/12 | BH | Call with counsel and Committee member to answer questions on 2012 MIP proposal. | 0.50 |
| | | **Total Hours** | **35.40** |

Re: Employee Issues
Client/Matter # 005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.00 | 920.00 | 1,840.00 |
| Albert Leung | 7.20 | 620.00 | 4,464.00 |
| Brad Hall | 26.20 | 665.00 | 17,423.00 |
| **Total Hours & Fees** | **35.40** | | **23,727.00** |

Re: Plan of Reorganization
Client/Matter # 005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/11/12 | AH | Review allocation dispute memo from Chadbourne | 0.50 |
| 04/13/12 | ANL | Reviewed amended plan of reorganization and disclosure statement. | 2.30 |
| 04/18/12 | ANL | Reviewed amended plan of reorganization and disclosure statement. | 1.30 |
| 04/24/12 | ANL | Reviewed amended POR and WTC appeal documents. | 2.30 |
| 04/26/12 | ANL | Analyzed Tribune equity allocation model and memo. | 1.80 |
| 04/26/12 | BH | Review Equity Allocation model provided by Debtors advisors. | 2.70 |
| 04/26/12 | BH | Review calculation of parent company "Other Parent Claim" amounts. | 1.30 |
| 04/27/12 | ANL | Analyzed Tribune fourth amended POR and supplemental disclosure statements. | 3.20 |
| 04/27/12 | ANL | Analyzed recovery scenarios. | 1.20 |
| | | **Total Hours** | **16.60** |

Re: Plan of Reorganization
Client/Matter # 005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.50 | 920.00 | 460.00 |
| Albert Leung | 12.10 | 620.00 | 7,502.00 |
| Brad Hall | 4.00 | 665.00 | 2,660.00 |
| **Total Hours & Fees** | **16.60** | | **10,622.00** |

Re: UCC Meetings
Client/Matter # 005735.00015

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/03/12 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.40 |
| 04/05/12 | ANL | Participated in telephonic UCC meeting. | 0.60 |
| 04/05/12 | AH | Participate in portion of UCC meeting (re: MIP) | 0.80 |
| 04/05/12 | BH | Participate in UCC Committee meeting and present reports on financial condition and 2012 MIP. | 0.90 |
| 04/10/12 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.50 |
| 04/12/12 | AH | Participate in weekly UCC meeting (telephonic) | 0.80 |
| 04/12/12 | BH | Participate in Committee meeting and provide reports. | 0.70 |
| | | **Total Hours** | **4.70** |

Re:             UCC Meetings
Client/Matter # 005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.60 | 920.00 | 1,472.00 |
| Albert Leung | 0.60 | 620.00 | 372.00 |
| Brad Hall | 2.50 | 665.00 | 1,662.50 |
| **Total Hours & Fees** | **4.70** | | **3,506.50** |

Re:              Billing and Retention
Client/Matter #  005735.00017

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/04/12 | BH | Review February fee application to court. | 1.30 |
| 04/06/12 | ANL | Prepared February 2012 fee application and 13th interim fee application. | 1.20 |
| 04/10/12 | BH | Revise fee application report. | 1.10 |
| 04/17/12 | ANL | Reviewed fee examiner preliminary report for 9th interim period. | 1.80 |
| 04/22/12 | ANL | Prepared March 2012 fee application. | 1.20 |
| 04/25/12 | ANL | Prepared March 2012 fee application. | 1.50 |
| | | **Total Hours** | **8.10** |

| | |
|---|---|
| Re: | Travel Time (billed at 50%) |
| Client/Matter # | 005735.00018 |

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 5.70 | 620.00 | 3,534.00 |
| Brad Hall | 2.40 | 665.00 | 1,596.00 |
| **Total Hours & Fees** | **8.10** | | **5,130.00** |