## EXHIBIT D

**Documents Relating to Service Extensions for
Preference Complaints – Various Adv. Pro. Nos.**

| Adversary Docket No. | Title/Document Description |
|---|---|
| Various Docket Nos. | Revised Order Granting Motion For Extension of Time To Effect Service of Original Process<br><br>(Order extended time to effect service to and including October 4, 2011 or October 6, 2011, as determined based on the date each Preference Complaint was filed) |
| Various Docket Nos. | Order Granting Second Motion For Extension to Effect Service of Original Process<br><br>(Order extended time to effect service to and including March 1, 2012) |
| Various Docket Nos. | Order Granting Third Motion For Extension to Effect Service of Original Process<br><br>(Order extended time to effect service to and including July 2, 2012) |

**Documents Relating to Service Extensions for
(LBO Complaints)**

| Adversary Docket No. | Title/Document Description |
|---|---|
| Various Docket Nos. | Order Granting Motion For Extension of Time To Complete Service<br><br>(Order extended time to complete service for Adversary Proceeding No. 10-53963 and Adversary Proceeding No. 10-54010 to and including September 1, 2011). |
| 139<br>(In Adv. Pro. No. 10-54010) | Order Granting Second Motion For Extension of Time To Complete Service<br><br>(Order extended time to complete service for Adversary Proceeding No. 10-54010 to and including March 1, 2012) |

| Adversary Docket No. | Title/Document Description |
|---|---|
| 661<br>(In Adv. Pro. No. 10-53963) | Order Granting Second Motion For Extension of Time To Complete Service<br><br>(Order extended time to complete service for Adversary Proceeding No. 10-53963 to and including March 1, 2012) |
| 404<br>(In Adv. Pro. No. 10-54010) | Order Granting Third Motion For Extension of Time To Complete Service<br><br>(Order extended time to complete service for Adversary Proceeding No. 10-54010 to and including July 2, 2012) |
| 1219<br>(In Adv. Pro. No. 10-53963) | Order Granting Third Motion For Extension to Effect Service of Original Process<br><br>(Order extended time to effect service to and including July 2, 2012). |