# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF NEW YORK     )
                      ss.:
COUNTY OF NEW YORK    )

Edward Cerasia II, being duly sworn, deposes and says:

1.  I am a Shareholder of law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. (the "Firm"), which maintains offices at 1745 Broadway, 22nd Floor, New York, New York 10019.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347);Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on January 15, 2009 [Docket No. 227], authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. I have represented and advised the Debtors as employment law counsel with respect to certain aspects of the Debtors' business operations, and recently joined the Firm in April 2012. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time are $315 to $720 per hour. In the normal course of its business, the Firm revises its billing rates on January 1 of each year and requests that, effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding its present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

### Clients of the Firm

Tribune Company
Times Mirror Services Company
WPIX, Inc.
Betty Ellen Berlamino

NBC Universal Domestic Television
SP Newsprint LLC
Warner Brothers
Bunzl Distribution USA
Chicago Transit Authority
Hampton Inn & Suites
Northwestern Memorial Hospital
ABM AMRO Holding NV
Bank of America
CapitalSource Finance LLC
Citigroup Financial Products Inc.
Deutsche Bank AG
General Electric Capital Corporation
Goldman Sachs & Company
Guggenheim Management LLC
Highland Capital Management LP
ING Investment Management
JP Morgan Chase Bank
Lehman Brothers Inc.
Littlejohn & Co
Loews Corporation
Merrill Lynch
Metropolitan Life Insurance Company
Morgan Stanley Smith Barney
Morgan Stanley, Inc.
Morgan Stanley US Residential Mortgage
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
Perry Corporation
Putnam Investment
Wachovia Bank NA
Barclays Capital
Citibank NA
Citicorp NA
Citigroup Global Markets
Bank of New York
Wells Fargo Bank NA
Moelis & Company
Alvarez & Marsal NA
Deloitte & Touche LLP
Mercer, Inc.
PricewaterhouseCoopers LLP
Reed Smith
Allied World Insurance
Chubb & Son, Inc.

The Hartford Insurance Group- Hartford Fire Insurance is a client
Lexington Insurance
State Farm
XL Insurance
Zurich American Insurance Company
American Express
Anheuser Busch
Arby's Restaurants
AT&T
Carmax
Circuit City
Comcast
Countrywide Financial Corp
Dell
Disney
Domino's Pizza
Dunkin Donuts
Jack in the Box
Ford
GEICO
General Mills
GlaxoSmithKline
ITT Educational Services
Johnson & Johnson
Kia Factory Motors
Kraft General Foods
McDonald's
Pepsi Cola Bottling of Hickory
Pepsi Cola Metropolitan Bottling Co
Pepsi Bottling Group
Pfizer
Procter & Gamble
Progressive Insurance
Southwest Airlines
Sprint Nextel Corporation
Target Stores
T-Mobile USA
Time Warner
Valassis
Verizon Wireless
Washington Mutual
Yum Brands
CBS Broadcasting
CBS Radio
Elite Staffing
Zellwin Farms Company

David Buchbinder
Freedom Communications, Inc.
Gannett Company, Inc.
Hearst Corporation
Microsoft Corporation
Realty Executives
TV Guide Magazine, LLC
U.B. National Association, N.D
UBS Financial Services

### Adverse Parties

James Allen
Joseph DeSola
Charles Evans
Loretta Grant
Pearl Evans
Bill McNair
Sean Serrao
Victor Cruz
Fidelity Investments
Jefferson Pilot Financial Insurance
Wilmington Trust Company
Ernst & Young
FM Global

6. Neither I nor any Shareholder of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8. Neither I nor any Shareholder of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. The Debtors do not owe the Firm any money for prepetition services.

10. The Firm does not currently hold a retainer from the Debtors.

11. As of the Petition Date, the Firm was not party to a services agreement with the Debtors.

12. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2012

*[signature: Edward Cerasia II]*

Edward Cerasia II

Sworn to and subscribed before me
this 1st day of June, 2012

*[signature]*

Notary Public

ALAYNA BALDANZA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01BA6103726
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES JANUARY 12, 20 16