# EXHIBIT A

# EXHIBIT A

## Tribune Company, et al.

### SUMMARY OF SENIOR NOTEHOLDER ALTERNATIVE TREATMENT ELECTIONS

| Senior Note | CUSIP | Senior Note Claim Amount | SENIOR NOTEHOLDER ALTERNATIVE TREATMENT ELECTIONS | | |
|---|---|---|---|---|---|
| | | | Principal Amount Elected | Adjusted Amount (Principal & Interest) | Number of Electing Accounts |
| 7.25% Debentures Due 2096 | 887360AT2 | $148,715,333.33 | $1,450,000.00 | $1,457,008.33 | 2 |
| 7.5% Debentures Due 2023 | 887364AA5 | $102,000,520.83 | $9,319,000.00 | $9,502,920.82 | 14 |
| 7.25% Debentures Due 2013 | 887364AB3 | $83,702,999.21 | $4,250,000.00 | $4,389,895.83 | 4 |
| 6.61% Debentures Due 2027 | 887364AF4 | $86,270,366.40 | $2,559,000.00 | $2,598,468.31 | 7 |
| 4.875% Unsecured Notes Due 2010 | 896047AE7 | $456,946,875.00 | $38,800,000.00 | $39,398,975.00 | 22 |
| 5.25% Unsecured Notes Due 2015 | 896047AF4 | $335,486,250.00 | $31,224,000.00 | $31,743,099.00 | 18 |
| Medium Term Notes | 89604KAN8 | $69,812,899.00 | $7,390,000.00 | $7,417,934.20 | 4 |
| Medium Term Notes | 89605HBY9 | $120,500.00 | $0.00 | $0.00 | 0 |
| | TOTALS | $1,283,055,743.77 | $94,992,000.00 | $96,508,301.50 | 71 |



# EXHIBIT B

EXHIBIT B

Tribune Company, et al.

Report of Senior Noteholder Alternative Treatment Elections

| CUSIP | DTC PARTICIPANT NO. | NOMINEE | PRINCIPAL AMOUNT | ADJUSTED AMOUNT (Principal & Interest) |
|---|---|---|---|---|
| 896047AE7 | 216 | AMERIPRISE | $20,000.00 | $20,308.75 |
| 887364AA5 | 418 | CITIGROUP | $15,000.00 | $15,296.04 |
| 896047AE7 | 418 | CITIGROUP | $50,000.00 | $50,771.88 |
| 896047AE7 | 418 | CITIGROUP | $14,000.00 | $14,216.13 |
| 896047AF4 | 418 | CITIGROUP | $10,000.00 | $10,166.25 |
| 887360AT2 | 573 | DEUTSCHE BANK SECURITIES INC | $450,000.00 | $452,175.00 |
| 887364AA5 | 385 | E*TRADE | $22,000.00 | $22,434.19 |
| 887364AF4 | 385 | E*TRADE | $55,000.00 | $55,848.28 |
| 896047AE7 | 385 | E*TRADE | $2,070,000.00 | $2,101,955.63 |
| 896047AE7 | 385 | E*TRADE | $25,000.00 | $25,385.94 |
| 896047AF4 | 385 | E*TRADE | $7,600,000.00 | $7,726,350.00 |
| 896047AF4 | 57 | EDWARD JONES | $6,000.00 | $6,099.75 |
| 887364AA5 | 141 | FIRST CLEARING | $15,000.00 | $15,296.04 |
| 887364AA5 | 141 | FIRST CLEARING | $15,000.00 | $15,296.04 |
| 887364AB3 | 5 | GOLDMAN SACHS | $1,004,000.00 | $1,037,048.33 |
| 887364AB3 | 5 | GOLDMAN SACHS | $1,196,000.00 | $1,235,368.33 |
| 887364AF4 | 5 | GOLDMAN SACHS | $221,000.00 | $224,408.56 |
| 887364AF4 | 5 | GOLDMAN SACHS | $204,000.00 | $207,146.36 |
| 896047AE7 | 5 | GOLDMAN SACHS | $6,621,000.00 | $6,723,211.69 |
| 896047AE7 | 5 | GOLDMAN SACHS | $5,706,000.00 | $5,794,086.38 |
| 896047AF4 | 5 | GOLDMAN SACHS | $1,872,000.00 | $1,903,122.00 |
| 896047AF4 | 5 | GOLDMAN SACHS | $1,728,000.00 | $1,756,728.00 |
| 89604KAN8 | 5 | GOLDMAN SACHS | $173,000.00 | $173,653.94 |
| 89604KAN8 | 5 | GOLDMAN SACHS | $142,000.00 | $142,536.76 |
| 896047AE7 | 902 | JPMORGAN | $15,000.00 | $15,231.56 |
| 887360AT2 | 5198 | MERRILL LYNCH | $1,000,000.00 | $1,004,833.33 |
| 887364AA5 | 5198 | MERRILL LYNCH | $4,164,000.00 | $4,246,181.17 |
| 887364AB3 | 5198 | MERRILL LYNCH | $2,000,000.00 | $2,065,833.33 |
| 887364AF4 | 5198 | MERRILL LYNCH | $2,000,000.00 | $2,030,846.67 |
| 896047AE7 | 5198 | MERRILL LYNCH | $19,580,000.00 | $19,882,266.25 |
| 896047AE7 | 5198 | MERRILL LYNCH | $65,000.00 | $66,003.44 |
| 896047AF4 | 5198 | MERRILL LYNCH | $19,680,000.00 | $20,007,180.00 |
| 896047AF4 | 5198 | MERRILL LYNCH | $20,000.00 | $20,332.50 |



EXHIBIT B

Tribune Company, et al.

Report of Senior Noteholder Alternative Treatment Elections

| CUSIP | DTC PARTICIPANT NO. | NOMINEE | PRINCIPAL AMOUNT | ADJUSTED AMOUNT (Principal & Interest) |
|---|---|---|---|---|
| 896047AF4 | 5198 | MERRILL LYNCH | $50,000.00 | $50,831.25 |
| 89604KAN8 | 5198 | MERRILL LYNCH | $6,945,000.00 | $6,971,252.10 |
| 887364AA5 | 727 | MESIROW | $25,000.00 | $25,493.40 |
| 896047AF4 | 15 | MORGAN STANLEY | $10,000.00 | $10,166.25 |
| 896047AE7 | 226 | NATIONAL FINANCIAL | $16,000.00 | $16,247.00 |
| 896047AE7 | 226 | NATIONAL FINANCIAL | $14,000.00 | $14,216.13 |
| 887364AA5 | 226 | NATIONAL FINANCIAL | $10,000.00 | $10,197.36 |
| 887364AA5 | 571 | OPPENHEIMER & CO. | $10,000.00 | $10,197.36 |
| 887364AF4 | 571 | OPPENHEIMER & CO. | $12,000.00 | $12,185.08 |
| 887364AF4 | 571 | OPPENHEIMER & CO. | $12,000.00 | $12,185.08 |
| 896047AE7 | 571 | OPPENHEIMER & CO. | $20,000.00 | $20,308.75 |
| 896047AF4 | 571 | OPPENHEIMER & CO. | $25,000.00 | $25,415.63 |
| 896047AF4 | 571 | OPPENHEIMER & CO. | $20,000.00 | $20,332.50 |
| 896047AF4 | 571 | OPPENHEIMER & CO. | $20,000.00 | $20,332.50 |
| 896047AF4 | 571 | OPPENHEIMER & CO. | $20,000.00 | $20,332.50 |
| 887364AA5 | 338 | OPTIONSXPRESS | $10,000.00 | $10,197.36 |
| 887364AA5 | 158 | PENSON FINANCIAL | $47,000.00 | $47,927.60 |
| 896047AE7 | 158 | PENSON FINANCIAL | $81,000.00 | $82,250.44 |
| 896047AE7 | 158 | PENSON FINANCIAL | $2,019,000.00 | $2,050,168.31 |
| 896047AF4 | 158 | PENSON FINANCIAL | $80,000.00 | $81,330.00 |
| 887364AF4 | 443 | PERSHING | $55,000.00 | $55,848.28 |
| 896047AE7 | 443 | PERSHING | $15,000.00 | $15,231.56 |
| 896047AF4 | 443 | PERSHING | $23,000.00 | $23,382.38 |
| 896047AF4 | 443 | PERSHING | $30,000.00 | $30,498.75 |
| 896047AF4 | 443 | PERSHING | $10,000.00 | $10,166.25 |
| 896047AF4 | 443 | PERSHING | $20,000.00 | $20,332.50 |
| 887364AA5 | 725 | RAYMOND JAMES & ASSOCIATES | $65,000.00 | $66,282.85 |
| 887364AA5 | 235 | RBC CAPITAL MARKETS | $12,000.00 | $12,236.83 |
| 89604KAN8 | 235 | RBC CAPITAL MARKETS | $130,000.00 | $130,491.40 |
| 896047AE7 | 547 | RW BAIRD | $50,000.00 | $50,771.88 |
| 896047AE7 | 705 | SCOTTRADE INC | $10,000.00 | $10,154.38 |
| 896047AE7 | 793 | STIFEL NICOLAUS | $50,000.00 | $50,771.88 |
| 896047AE7 | 221 | UBS FINANCIAL | $200,000.00 | $203,087.50 |



EXHIBIT B

Tribune Company, et al.

Report of Senior Noteholder Alternative Treatment Elections

| CUSIP | DTC PARTICIPANT NO. | NOMINEE | PRINCIPAL AMOUNT | ADJUSTED AMOUNT (Principal & Interest) |
|---|---|---|---|---|
| 887364AA5 | 642 | UBS SECURITIES | $4,900,000.00 | $4,996,706.94 |
| 887364AB3 | 642 | UBS SECURITIES | $50,000.00 | $51,645.83 |
| 896047AE7 | 642 | UBS SECURITIES | $2,135,000.00 | $2,167,959.06 |
| 887364AA5 | 62 | VANGUARD | $9,000.00 | $9,177.63 |
| 896047AE7 | 62 | VANGUARD | $24,000.00 | $24,370.50 |



# EXHIBIT C


EXHIBIT C

Tribune Company, et al.

Report of Defective Senior Noteholder Alternative Treatment Elections

| CUSIP | DTC PARTICIPANT NO. | NOMINEE | PRINCIPAL AMOUNT | ADJUSTED AMOUNT (Principal & Interest) | REASON FOR DEFECT |
|---|---|---|---|---|---|
| 896047AE7 | 15 | MORGAN STANLEY | $25,000.00 | $25,385.94 | MISSING RELEVANT PAGES OF ELECTION FORM |
| 896047AE7 | 793 | STIFEL NICOLAUS | $20,000.00 | $20,308.75 | DID NOT SUBMIT AN ELECTION FORM |
| 896047AE7 | 793 | STIFEL NICOLAUS | $20,000.00 | $20,308.75 | DID NOT SUBMIT AN ELECTION FORM |
| 896047AE7 | 793 | STIFEL NICOLAUS | $15,000.00 | $15,231.56 | DID NOT SUBMIT AN ELECTION FORM |
| 896047AE7 | 793 | STIFEL NICOLAUS | $15,000.00 | $15,231.56 | DID NOT SUBMIT AN ELECTION FORM |
| 896047AE7 | 793 | STIFEL NICOLAUS | $15,000.00 | $15,231.56 | DID NOT SUBMIT AN ELECTION FORM |
| 896047AE7 | 793 | STIFEL NICOLAUS | $10,000.00 | $10,154.38 | DID NOT SUBMIT AN ELECTION FORM |
| 896047AE7 | 793 | STIFEL NICOLAUS | $3,000.00 | $3,046.31 | DID NOT SUBMIT AN ELECTION FORM |
| 896047AF4 | 793 | STIFEL NICOLAUS | $10,000.00 | $10,166.25 | DID NOT SUBMIT AN ELECTION FORM |
| 896047AF4 | 997 | STATE STREET | $5,000,000.00 | $5,083,125.00 | DID NOT SUBMIT AN ELECTION FORM |
| 887364AB3 | 2803 | US BANK | $140,000.00 | $144,608.33 | DID NOT SUBMIT AN ELECTION FORM |
| 896047AF4 | 2803 | US BANK | $100,000.00 | $101,662.50 | DID NOT SUBMIT AN ELECTION FORM |
| UNKNOWN | UNKNOWN | UNKNOWN | $0.00 | $0.00 | SUBMITTED INCOMPLETE ELECTION FORM AND SENIOR NOTE WAS NOT DELIVERED INTO ATOP |
| UNKNOWN | UNKNOWN | UNKNOWN | $0.00 | $0.00 | SUBMITTED INCOMPLETE ELECTION FORM AND SENIOR NOTE WAS NOT DELIVERED INTO ATOP |
| UNKNOWN | UNKNOWN | UNKNOWN | $0.00 | $0.00 | SUBMITTED INCOMPLETE ELECTION FORM AND SENIOR NOTE WAS NOT DELIVERED INTO ATOP |

