# **EXHIBIT A**



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY  10017

May 1, 2012                                                                                           Invoice  2981    DAS
In Reference To:  00499-008 - General
Client:  Tribune Company

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/18/12 | RP | Review copyright issue and exchange email with client regarding same. | 0.50<br>455.00/hr | 227.50 |
| | | **For professional services rendered** | **0.50** | **$227.50** |

## Disbursements

| Description | Amount |
|---|---|
| Filing Fees | 385.00 |
| **Total Disbursements** | **$385.00** |
| **Total Amount of this Bill** | **$612.50** |

Levine Sullivan Koch & Schulz, LLP

| | | May 1, 2012 |
|---|---|---|
| I.D. 00499-008 - DAS | | Invoice 2981 |
| Re: General | | Page 2 |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 0.50 | 455.00 | 227.50 |
| **Totals** | **0.50** | | **$227.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

May 1, 2012　　　　　　　　　　　　　　　　　　　　　　　　Invoice  2885    NES
In Reference To:  00499-071 - Henke
Client:  Tribune Company

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/16/12 | NES | Begin reviewing amended complaint. | 0.50<br>455.00/hr | 227.50 |
| 04/19/12 | NES | Complete review of amended complaint and discuss with client. | 1.10<br>455.00/hr | 500.50 |
| | | **For professional services rendered** | **1.60** | **$728.00** |
| | | **Total Amount of this Bill** | | **$728.00** |

## Levine Sullivan Koch & Schulz, LLP

| | | | May 1, 2012 |
|---|---|---|---|
| I.D. 00499-071 - NES | | | Invoice 2885 |
| Re: Henke | | | Page 2 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 1.60 | 455.00 | 728.00 |
| **Totals** | **1.60** | | **$728.00** |


PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

May 1, 2012 Invoice 2911    SDB

In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/02/12 | SDJ | Revise nineteenth monthly fee application for submission to bankruptcy court. | 0.80<br>335.00/hr | 268.00 |
| 04/02/12 | JPB | Review and revise nineteenth monthly fee application for accuracy. | 0.30<br>195.00/hr | 58.50 |
| 04/04/12 | SDB | Review and revise nineteenth monthly fee application. | 0.40<br>455.00/hr | 182.00 |
| 04/05/12 | SDJ | Correspond with Fee Examiner regarding eighteenth monthly fee application. | 0.20<br>335.00/hr | 67.00 |
| 04/06/12 | SDJ | Review fee examiner's preliminary report and draft and revise response regarding same. | 1.50<br>335.00/hr | 502.50 |
| 04/09/12 | SDB | Review Fee examiner's preliminary report (.4); revise correspondence to fee examiner responding to questions (.4). | 0.80<br>455.00/hr | 364.00 |
| 04/10/12 | SDJ | Draft and revise seventh quarterly fee application and review associated monthly fee applications. | 1.50<br>335.00/hr | 502.50 |
| 04/11/12 | JPB | Review and revise seventh quarterly fee application for accuracy. | 1.00<br>195.00/hr | 195.00 |
| 04/12/12 | SDJ | Correspond with local counsel regarding seventh quarterly fee application. | 0.20<br>335.00/hr | 67.00 |
| 04/17/12 | SDJ | Review Omnibus Order regarding eighth interim fee period and exhibit regarding same. | 0.80<br>335.00/hr | 268.00 |

**Levine Sullivan Koch & Schulz, LLP**

|  |  |  |  |  |
|---|---|---|---|---|
| I.D. 00499-080 - SDB<br>Re: Tribune Company - Fee Application-Bankruptcy Retention Issues |  |  |  | May 1, 2012<br>Invoice 2911<br>Page 2 |
| **Date** | **Atty** | **Description** | **Hours/Rate** | **Amount** |
| 04/24/12 | SDJ | Correspond with local counsel regarding eighth interim period hearing details and review procedures regarding same (.8); review amended notices and entered order (.4). | 1.20<br>335.00/hr | 402.00 |
| 04/24/12 | SDB | Review order received from court regarding fees. | 0.20<br>455.00/hr | 91.00 |
| 04/25/12 | SDJ | Draft and revise twentieth fee application and review invoices regarding same. | 1.50<br>335.00/hr | 502.50 |
| 04/25/12 | JPB | Review and revise twentieth monthly fee application for accuracy. | 0.50<br>195.00/hr | 97.50 |
| 04/27/12 | SDJ | Correspond with local counsel regarding twentieth monthly fee application (.2); correspond with client regarding nineteenth monthly fee application (.2); revise response to Fee Examiner's preliminary report regarding fourth quarterly fee application (.8). | 1.20<br>335.00/hr | 402.00 |
| | | **For professional services rendered** | **12.10** | **$3,969.50** |
| | | **Total Amount of this Bill** | | **$3,969.50** |

Levine Sullivan Koch & Schulz, LLP

| | | | May 1, 2012 |
|---|---|---|---|
| I.D. 00499-080 - SDB | | | Invoice 2911 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | | Page 3 |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 1.40 | 455.00 | 637.00 |
| Shaina D. Jones | 8.90 | 335.00 | 2,981.50 |
| Jennifer P. Burke | 1.80 | 195.00 | 351.00 |
| **Totals** | **12.10** | | **$3,969.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

May 1, 2012                                                                                           Invoice   3015      GCS

In Reference To:  00499-086 - LA Times Access

Client:  Tribune Company

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/09/12 | GCS | Select local counsel (.8); review articles (.8); revise motion (1.3); exchange email and telephone conference with client regarding same (.3). | 3.20<br>455.00/hr | 1,456.00 |
| 04/10/12 | CRB | Review relevant bankruptcy court filings, conduct legal research, and prepare objections to motion to seal bankruptcy exhibit regarding land-use restrictions around Dodger Stadium. | 9.50<br>430.00/hr | 4,085.00 |
| 04/10/12 | GCS | Formulate strategy regarding motion for access to sealed exhibit. | 0.50<br>455.00/hr | 227.50 |
| 04/11/12 | CRB | Conduct discrete factual research and revise objections to motion to seal bankruptcy exhibit regarding land-use restrictions around Dodger Stadium (3.3); review cite check of objections, revise and finalize same for filing (1.7); begin preparing for hearing (1.3). | 6.30<br>430.00/hr | 2,709.00 |
| 04/11/12 | JPB | Research case histories and review and revise citations and quotations in objections to motion to seal for accuracy. | 2.60<br>195.00/hr | 507.00 |
| 04/11/12 | GCS | Formulate strategy regarding filing of motion and Dodgers' reaction to same and assist with preparation for hearing. | 0.60<br>455.00/hr | 273.00 |
| 04/12/12 | CRB | Review legal and factual record and prepare for access argument in Dodgers bankruptcy proceeding (6.5); review agenda for motions hearing and coordinate with local counsel regarding same (1.1); formulate strategy for responding to debtors' request for continuance and exchange email with client regarding same (.9). | 8.50<br>430.00/hr | 3,655.00 |

Levine Sullivan Koch & Schulz, LLP

|  |  |  | May 1, 2012 |
|---|---|---|---|
| I.D. 00499-086 - GCS | | | Invoice 3015 |
| Re: LA Times Access | | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/12/12 | GCS | Formulate strategy regarding preparation for oral argument. | 1.00<br>455.00/hr | 455.00 |
| 04/13/12 | CRB | Prepare for and attend Dodgers bankruptcy motions hearings (morning and afternoon sessions) and argue for unsealing of Dodger Stadium land-use covenants submitted as part of reorganization plan (6.8); conduct research between hearings regarding additional legal issues raised by Dodgers (1.5). | 8.30<br>430.00/hr | 3,569.00 |
| 04/16/12 | CRB | Review docket orders and analyze options for renewing access motion (1.3); exchange email with client regarding same (.2). | 1.50<br>430.00/hr | 645.00 |
| | | **For professional services rendered** | **42.00** | **$17,581.50** |

**Disbursements**

| Description | Amount |
|---|---|
| Travel | 221.91 |
| **Total Disbursements** | **$221.91** |
| **Total Amount of this Bill** | **$17,803.41** |

Levine Sullivan Koch & Schulz, LLP

| | | | May 1, 2012 |
|---|---|---|---|
| I.D. 00499-086 - GCS | | | Invoice 3015 |
| Re: LA Times Access | | | Page 3 |

**Timekeeper Summary**

| | | **Hours** | **Rate/Hour** | **Amount** |
|---|---|---|---|---|
| Gayle C. Sproul | | 5.30 | 455.00 | 2,411.50 |
| Chad R. Bowman | | 34.10 | 430.00 | 14,663.00 |
| Jennifer P. Burke | | 2.60 | 195.00 | 507.00 |
| | **Totals** | **42.00** | | **$17,581.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605