UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 11725, 11664**<br>**Hearing Date:  June 7, 2012 @3:00 p.m.** |

### CERTAIN DIRECTORS' AND OFFICERS' JOINDER TO THE STATEMENT OF THE ROBERT R. MCCORMICK TRIBUNE AND CANTIGNY FOUNDATIONS

Various individuals who were directors and officers of the Debtors during 2007[1] hereby join the *Statement of the Robert R. McCormick Tribune Foundation and Cantigny Foundation in Response to Objection of Aurelius Capital Management, LP to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., LP, and JPMorgan Chase Bank, N.A.* [Docket No. 11725] in response to the *Objection of Aurelius Capital Management, LP to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., LP, and JPMorgan Chase Bank, N.A.* [Docket No. 11664].

---

[1]     Harry Amsden, Chandler Bigelow, Stephen Carver, Dennis FitzSimons, Bob Gremillion, Don Grenesko, Enrique Hernandez, Jr., Mark Hianik, David Hiller, Betsy Holden, Crane Kenney, Timothy Knight, Tim Landon, Tom Leach, Luis Lewin, Mark Mallory, Dick Malone, Robert Morrison, Ruthellyn Musil, William Osborn, Irving Quimby, John Reardon, J. Christopher Reyes, Scott Smith, Dudley Taft, John Vitanovec, Kathy Waltz, Miles White, and David Williams.  This group includes every member of the Board of Directors other than Mr. Zell and virtually all of the principal officers of the then-existing Tribune Companies.

Dated: June 1, 2012                                    CONNOLLY BOVE LODGE & HUTZ LLP

                                    By: _____

Of Counsel:                                            Jeffrey C. Wisler (#2795)
                                                       Marc J. Phillips (#4445)
John R. McCambridge                                    The Nemours Building
George R. Dougherty                                    1007 North Orange Street
**GRIPPO & ELDEN LLC**                                 P.O. Box 2207
111 South Wacker Drive                                 Wilmington, Delaware  19899
Chicago, Illinois  60606                               Telephone:  (302) 658-9141
Telephone:  (312) 704-7700                             Facsimile:  (302) 658-0380
Facsimile:  (312) 558-1195                             jwisler@cblh.com
jmccambridge@grippoelden.com                           mphilips@cblh.com
gdougherty@grippoelden.com

*Attorneys for Harry Amsden, Stephen Carver, Dennis FitzSimons, Bob Gremillion, Don
Grenesko, David Hiller, Tim Landon, Tom Leach, Luis Lewin, Mark Mallory, Dick Malone,
Ruthellyn Musil, John Reardon, Scott Smith, John Vitanovec, Kathy Waltz, and David Williams*

Matthew R. Kipp
Nick D. Campanario
**Skadden, Arps, Slate, Meagher & Flom LLP**
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
Matthew.kipp@skadden.com

*Attorneys for Enrique Hernandez, Jr., Betsy Holden, Robert S. Morrison,
William A. Osborn, J. Christopher Reyes, Dudley S. Taft, and Miles D. White*

Michael Dockterman                                     Mark E. Felger
Jonathan W. Young                                      **Cozen O'Connor**
**Edwards Wildman Palmer LLP**                         Chase Manhattan Centre, Suite 1400
225 West Wacker Drive                                  1201 North Market Street
Chicago, Illinois 60606                                Wilmington, Delaware 19801
Telephone: (312) 201-2000                              Telephone: (302) 295-2000
Facsimile: (312) 201-2555                              Facsimile: (302) 295-2013
mdockterman@edwardswildman.com                         mfelger@cozen.com
jyoung@edwardswildman.com

*Attorneys for Mark Hianik and Irving Quimby*

Richard A. Saldinger
Allen J. Guon
Kimberly Bacher
**Shaw Gussis Fishman Glantz**
   **Wolfson & Towbin LLC**
321 North Clark Street, Suite 800
Chicago, Illinois 60610
Telephone: (312) 276-1325
Facsimile: (312) 275-0566
rsaldinger@shawgussis.com
aguon@shawgussis.com
kbacher@shawgussis.com

*Attorneys for Crane Kenney*

Kathleen M. Miller (#2898)
**Smith, Katzenstein & Jenkins LLP**
The Corporate Plaza
800 Delaware Avenue, Suite 1000
Wilmington, Delaware  19899 (Courier 19801)
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
kmiller@skfdelaware.com

Gregg R. Hague
Steven C. Florsheim
**Sperling & Slater**
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
grh@sperling-law.com
sflorsheim@sperling-law.com

*Attorneys for Chandler Bigelow*

Joel E. Friedlander
**Bouchard, Margules & Friedlander**
222 Delaware Avenue, Suite 1102
Wilmington, Delaware 19801
Telephone: (302) 573-3500
Facsimile: (302) 573-3501
jefdelaw@aol.com

Michael T. Hannafan
Blake T. Hannafan
**Hannafan & Hannafan, Ltd.**
One East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527-0055
Facsimile: (312) 527-0220.
mth@hannafanlaw.com
bth@hannafanlaw.com

*Attorneys for Timothy P. Knight*

Anthony M. Saccullo (#4141)
Thomas H. Kovach (#3964)
**A. M. Saccullo Legal, LLC**
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
ams@saccullolegal.com
kovach@saccullolegal.com

#4785386