IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Hearing Date: June 7, 2012 at 3:00p.m. (ET)<br>Related to Docket No. 11399 |

## JOINT PRETRIAL MEMORANDUM RELATED TO THE CONFIRMATION OF A PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES

I.     **INTRODUCTION**

The debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), the Official Committee of Unsecured Creditors (the "Creditors' Committee"), Oaktree Capital Management, L.P. ("Oaktree"), Angelo, Gordon & Co., L.P. ("Angelo Gordon") and JPMorgan Chase Bank, N.A. ("JPMorgan", and together with the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Debtors, the Creditors' Committee, Oaktree, and Angelo Gordon, the "DCL Plan Proponents") are seeking an order confirming the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. [Docket No. 11399] (as may be further amended, modified or supplemented, the "Fourth Amended DCL Plan").[2]

Following a hearing in 2011 (the "2011 Confirmation Hearing"), on October 31, 2011, the Court issued the Opinion on Confirmation (the "Confirmation Opinion"),[3] which, *inter alia*, denied confirmation of the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. (as modified April 26, 2011) [Docket No. 8769], as amended on October 19, 2011 [Docket No. 10024] (the "Second Amended DCL Plan"). In the Confirmation Opinion, the Court identified certain specific provisions of the Second Amended DCL Plan that required modification in order to satisfy the applicable requirements of the Bankruptcy Code for confirmation. See Confirmation Opinion at 113-114. The Court also concluded that other provisions of the Second Amended DCL Plan, including the settlements of LBO-Related Causes of Action and the Step Two Disgorgement Settlement incorporated in the Second Amended DCL Plan, satisfied the applicable requirements of the Bankruptcy Code. Id. at 71, 113. The Court further determined that, as between the Second Amended DCL Plan and a competing plan that

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Fourth Amended DCL Plan or the Disclosure Documents, as applicable.

[3] Docket No. 10133.

was filed by Aurelius Capital Management, LP and three indenture trustees (the "Noteholders"),[4] an amended Second Amended DCL Plan addressing the obstacles to confirmation identified in the Confirmation Opinion would be the preferred plan under section 1129(c) of the Bankruptcy Code. See id. at 125.

This Joint Pretrial Memorandum is submitted on behalf of the DCL Plan Proponents and the Noteholders (together the "Joint Pretrial Parties"). Pursuant to Paragraph 23 of the Second Supplemental Scheduling Order Relating to Plan Confirmation, issued April 5, 2012 (the "Second Supplemental Scheduling Order") [Docket. No. 11326], the Joint Pretrial Parties have adopted and incorporated by reference the briefs they submitted, exhibits and testimony entered into evidence, and oral arguments made in connection with the 2011 Confirmation Hearing, in connection with the various reconsideration motions filed thereto, and in connection with the Allocation Disputes (collectively, the "2011 Confirmation Submissions"), and all such materials shall be deemed included in the record of the Confirmation Hearing.

The Joint Pretrial Parties anticipate that the upcoming Confirmation Hearing will focus on arguments regarding unresolved objections to the Fourth Amended DCL Plan. On June 5, 2012, after meeting and conferring with parties objecting to the Fourth Amended DCL Plan, the Debtors will file a Notice of Agenda with respect to the Confirmation Hearing identifying the unresolved confirmation objections that will be argued at the Confirmation Hearing, and the proposed order in which those unresolved objections will be addressed at the Confirmation Hearing.

---

[4] See Third Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes [Docket No. 8755].

46429/0001-8581101V1

## II. STATEMENT OF JURISDICTION

This court has jurisdiction to consider the Fourth Amended DCL Plan pursuant to 28 U.S.C. §§ 157 and 1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. §157.

## III. STATEMENT OF UNCONTESTED FACTS

The Joint Pretrial Parties attach hereto as **Exhibit A** to this Joint Pretrial Memorandum and incorporate herein by reference, the Joint Pretrial Memorandum Related to the Confirmation of a Plan of Reorganization for Tribune Company and its Subsidiaries, and exhibits thereto [Docket No. 8187], filed February 28, 2011, that references (i) the Notice of Service of Designations Pursuant to Order Approving Stipulation Regarding Use of Examiner's Report at the Confirmation Hearing [Docket No. 8177], filed February 28, 2011, and (ii) a copy of Volume I of the Examiner's Report designating all Statements of Historical Facts that the Plan Proponent Groups and the Requesting Parties (as defined in the Notice of Service) do not dispute.

## IV. STATEMENT OF FACTS WHICH ARE IN DISPUTE

The Joint Pretrial Parties attach hereto as **Exhibit A** to this Joint Pretrial Memorandum and incorporate herein by reference, the Joint Pretrial Memorandum Related to the Confirmation of a Plan of Reorganization for Tribune Company and its Subsidiaries, and exhibits thereto [Docket No. 8187], filed February 28, 2011, that references (i) the Notice of Service of Designations Pursuant to Order Approving Stipulation Regarding Use of Examiner's Report at the Confirmation Hearing [Docket No. 8177], filed February 28, 2011, and (ii) a copy of Volume I of the Examiner's Report designating: all Statements of Historical Facts that the Plan Proponent Groups and the Requesting Parties dispute. Additional facts which are in dispute were set forth in the 2011 Confirmation Submissions. See, e.g., Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Second Amended Joint Plan

of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (filed February 26, 2011) [Docket No. 8173]; Joint Objection of the Debtors, the Official Committee of Unsecured Creditors, Angelo, Gordon & Co. L.P., Oaktree Capital Management, L.P. and JPMorgan Chase Bank, N.A. to Confirmation of the Noteholder Plan (filed February 15, 2011) [Docket No. 8011]; Amended Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization (filed February 16, 2011) [Docket No. 8025]; Memorandum of Law of Noteholder Plan Proponents (I) in Support of Confirmation of the Noteholder Plan and (II) In Response to Objections to the Noteholder Plan (filed February 25, 2011) [Docket No. 8171]; Amended Supplemental Objection of the Noteholder Plan Proponents to the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (As Modified), dated April 12, 2011 [Docket No. 8635]; and Objection of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, to the Second Amended Debtor/Committee/Lender Plan, dated February 15, 2011 [Docket No. 7996].

Additional facts which are in dispute are set forth in the objections to the Fourth Amended DCL Plan (a list of which is attached hereto as **Exhibit B**) and the Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P.,

Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (filed June 1, 2012) [Docket No. TBD].

V.   **THE OBJECTIONS TO THE DEBTOR/COMMITTEE/LENDER PLAN**

Attached hereto as **Exhibit B** is a list of objections that were filed to the Fourth Amended DCL Plan.

VI.  **LEGAL ISSUES PRESENTED AND THE CONSTITUTIONAL, STATUTORY, REGULATORY AND DECISIONAL AUTHORITIES RELIED UPON**

The legal issues presented and the legal authority relied upon were set forth in the 2011 Confirmation Submissions.  See, e.g., Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (filed February 26, 2011) [Docket No. 8173]; Joint Objection of the Debtors, the Official Committee of Unsecured Creditors, Angelo, Gordon & Co. L.P., Oaktree Capital Management, L.P. and JPMorgan Chase Bank, N.A. to Confirmation of the Noteholder Plan (filed February 15, 2011) [Docket No. 8011]; Amended Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization (filed February 16, 2011) [Docket No. 8025]; Memorandum of Law of Noteholder Plan Proponents (I) in Support of Confirmation of the Noteholder Plan and (II) In Response to Objections to the Noteholder Plan (filed February 25, 2011) [Docket No. 8171]; Amended Supplemental Objection of the Noteholder Plan Proponents to the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co.,

6

46429/0001-8581101V1

L.P., and JPMorgan Chase Bank, N.A. (As Modified), dated April 12, 2011 [Docket No. 8635]; and Objection of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, to the Second Amended Debtor/Committee/Lender Plan, dated February 15, 2011 [Docket No. 7996].

Additional legal issues presented and the legal authority relied upon are set forth in the objections to the Fourth Amended DCL Plan (a list of which is attached hereto as **Exhibit B**) and the Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (filed June 1, 2012) [Docket No. TBD].

## VII. WITNESSES THAT WILL OR MAY TESTIFY AT TRIAL

The DCL Proponents intend to proffer the testimony of the following witnesses:

1) <u>John G. Chachas, the founder and Managing Partner of Methuselah Advisors, an investment banking and asset management business</u>. On March 11, 2011, Mr. Chachas provided expert testimony on valuation in connection with the 2011 Confirmation Hearing. The Debtors, working with Mr. Chachas and Lazard Frères & Co. LLC, have since updated the Court-approved valuation to reflect the impact of developments since completion of the January 2011 Reorganized Value Analysis. Mr. Chachas is prepared to present expert evidence in support of that update.

2) <u>Brian Whittman, a Managing Director in the Commercial Restructuring practice of Alvarez & Marsal North America LLC</u>. On March 14, 2011, Mr. Whittman provided expert testimony concerning various issues, including liquidation analysis, parent valuation, and recovery analysis in connection with the 2011 Confirmation Hearing. To the extent necessary, Mr. Whittman is prepared to provide additional expert testimony on any of the topics of his prior testimony. In addition, Mr. Whittman is prepared to provide expert testimony as to (i) the potential recoveries discussed in Exhibit B to the Supplemental Disclosure Document, (ii) the updated financial information and projections in Exhibit D to the same, and (iii) adjustments to recoveries as a result of the Court's rulings on the Allocation Disputes.

## VIII. A LIST OF EXHIBITS TO BE OFFERED INTO EVIDENCE

The DCL Plan Proponents attach hereto as **Exhibit C** to this Joint Pretrial Memorandum, and incorporate herein by reference, their supplemental list of exhibits that they reasonably anticipate offering into evidence at the Confirmation Hearing. Pursuant to the Second Supplemental Scheduling Order, the Supplemental Debtor/Committee/Lender Exhibit List For Use At Confirmation Hearing was previously served on May 22, 2012 and a Notice of Service was filed with the Court [Docket No. 11672].

## IX. A LIST OF DISCOVERY ITEMS AND TRIAL DEPOSITIONS TO BE OFFERED INTO EVIDENCE

The Joint Pretrial Parties do not anticipate that any discovery items or trial depositions will be offered into evidence at the Confirmation Hearing.

The Joint Pretrial Parties attach hereto as **Exhibit A** to this Joint Pretrial Memorandum and incorporate herein by reference, the Joint Pretrial Memorandum Related to the Confirmation of a Plan of Reorganization for Tribune Company and its Subsidiaries, and exhibits thereto [Docket No. 8187], filed February 28, 2011, that references lists of discovery items and trial depositions and counter-designations and objections to be offered into evidence at the 2011 Confirmation Hearing.

## X. ESTIMATE OF THE LENGTH OF THE TRIAL

The Court has scheduled the Confirmation Hearing to commence June 7, 2012 at 3:00 p.m. (Eastern Time). Subject to ongoing resolution of objections to the Fourth Amended DCL Plan, the Joint Pretrial Parties believe the Confirmation Hearing can be completed on June 8, 2012.

[SIGNATURES ON NEXT PAGE]

46429/0001-8581101V1

Dated: June 1, 2012

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>James F. Conlan<br>Bryan Krakauer<br>Kevin T. Lantry<br>Jessica C.K. Boelter<br>One South Dearborn Street<br>Chicago, IL  60603<br>Telephone:  (312) 853-0199<br>Facsimile:  (312) 853-7036<br><br>SIDLEY AUSTIN LLP<br>James F. Bendernagel, Jr.<br>Ronald S. Flagg<br>1501 K Street, N.W.<br>Washington, D.C.  20005<br>Telephone:  (202) 736-8000<br>Facsimile:  (202) 736-8711 | COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br><br>By: /s/ J. Kate Stickles<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>Telephone:  (302) 652-3131<br>Facsimile:  (302) 652-3117 |

Counsel for Debtors and Debtors In Possession

| | |
|---|---|
| CHADBOURNE & PARKE LLP<br>Howard Seife<br>David M. LeMay<br>30 Rockefeller Plaza<br>New York, NY  10112<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369 | LANDIS RATH & COBB LLP<br><br>By: /s/ Matthew B. McGuire<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, DE  19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450 |

Counsel for the Official Committee of Unsecured Creditors

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C.  20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

Special Counsel to the Official Committee of Unsecured Creditors

9

46429/0001-8581101V1

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP<br>Donald S. Bernstein<br>Benjamin S. Kaminetzky<br>Damian Schaible<br>Elliot Moskowitz<br>450 Lexington Avenue<br>New York, NY  10017<br>Telephone: (212) 450-4500<br>Facsimile: (212) 701-5800 | RICHARDS, LAYTON & FINGER, P.A.<br><br>By: _/s/ Drew G. Sloan_<br>Mark D. Collins (No. 2981)<br>Robert J. Stearn, Jr. (No.  2915)<br>Drew G. Sloan (No. 5069)<br>One Rodney Square, 920 N. King Street<br>Wilmington, DE  19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651 7701 |

Counsel for JPMorgan Chase Bank, N.A.

WILMER CUTLER PICKERING
HALE & DORR LLP
Andrew N. Goldman
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 220-8888

Counsel for Angelo, Gordon & Co., L.P.

| | |
|---|---|
| JONES DAY<br>Bruce Bennett<br>James O. Johnston<br>Joshua M. Mester<br>555 South Flower Street,  Fiftieth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 243-2400<br>Facsimile: (213) 243-2539 | YOUNG CONAWAY<br>STARGATT & TAYLOR, LLP<br><br>By: _/s/ Robert S. Brady_<br>Robert S. Brady (No. 2847)<br>M. Blake Cleary (No. 3614)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |

Counsel for Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.

46429/0001-8581101V1

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>David M. Zensky<br>Abid Qureshi<br>Sunish Gulati<br>Jason Goldsmith<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-7481<br>Facsimile: (212) 872-1002 | ASHBY & GEDDES, P.A.<br><br>By: /s/ Amanda M. Winfree<br>William P. Bowden (No. 2553)<br>Amanda M. Winfree (No. 4615)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19801<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067 |

Counsel for Aurelius Capital Management, LP

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>David S. Rosner<br>Andrew K. Glenn<br>Sheron Korpus<br>1633 Broadway<br>New York, NY 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800 | BIFFERATO GENTILOTTI LLC<br><br>By: /s/ Garvan F. McDaniel<br>Garvan F. McDaniel (No. 4167)<br>800 North King Street, Plaza Level<br>Wilmington, DE 19801<br>Telephone: (302) 429-1900<br>Facsimile: (302) 429-8600 |

Counsel for Law Debenture Trust Company of New York

| | |
|---|---|
| BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Katherine S. Bromberg<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801 | SULLIVAN HAZELTINE ALLINSON LLC<br><br>By: /s/ Elihu E. Allinson<br>William D. Sullivan (No. 2820)<br>Elihu E. Allinson (No. 3476)<br>901 North Market St., Suite 1300<br>Wilmington, DE 19801<br>Telephone: (302) 428-8191<br>Facsimile: (302) 428-4195 |

Counsel for Wilmington Trust Company

46429/0001-8581101V1

| | |
|---|---|
| McCARTER & ENGLISH, LLP<br>David J. Adler<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br>Telephone: (212) 609-6800<br>Facsimile: (212) 609-6921 | McCARTER & ENGLISH, LLP<br><br>By: */s/ Katharine L. Mayer*<br>Katharine L. Mayer (No. 3758)<br>Renaissance Centre<br>405 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6300<br>Facsimile: (302) 984-6399 |

Counsel for Deutsche Bank Trust Company Americas