```
           IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF DELAWARE


IN RE:                        )    Case No. 08-13141(KJC)
                              )
                              )
TRIBUNE COMPANY               )    Chapter 11
                              )
                              )    Courtroom 5
                              )    824 Market Street
          Debtors.            )    Wilmington, Delaware
                              )
                              )    April 13, 2011
                              )    10:00 a.m.

              TRANSCRIPT OF PROCEEDINGS
      BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
            UNITED STATES BANKRUPTCY JUDGE
```

APPEARANCES:

For Debtors:                  Sidley Austin, LLP
                              BY: JAMES CONLAN, ESQ.
                              BY: BRYAN KRAKAUER, ESQ.
                              BY: KEN KANSA, ESQ.
                              BY: KEVIN LANTRY, ESQ.
                              One South Dearborn
                              Chicago, IL 60603
                              (312) 853-7000

                              Cole, Schotz, Meisel, Forman
                              & Leonard, P.A.
                              BY: NORMAN PERNICK, ESQ.
                              500 Delaware Ave., Ste. 1410
                              Wilmington, DE 19801
                              (302) 652-3131

ECRO:                         AL LUGANO

Transcription Service:        DIAZ DATA SERVICES
                              331 Schuylkill Street
                              Harrisburg, Pennsylvania 17110
                              (717) 233-6664
                              www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
APPEARANCES:
(Continued)

For Oaktree & Angelo Gordon:   Young Conaway Stargatt &
                               Taylor
                               BY: BLAKE CLEARY, ESQ.
                               BY: ROBERT BRADY, ESQ.
                               The Brandywine Building
                               1000 West Street, 17th Floor
                               Wilmington, DE 19801
                               (302) 571-6600

                               Dewey & LeBeouf
                               BY: JOSHUA MESTER, ESQ.
                               BY: JAMES JOHNSTON, ESQ.
                               333 S. Grand Ave., Ste. 2600
                               Los Angeles, CA  90071-1530
                               (213) 621-6021

For Merrill Lynch:             Potter Anderson & Carroon, LLP
                               BY: LAURIE SILVERSTEIN, ESQ.
                               BY: R. STEPHEN MCNEILL, ESQ.
                               Hercules Plaza
                               1313 North Market Street
                               6th Floor
                               Wilmington, DE  19801
                               (302) 984-6033

For Barclays:                  DLA Piper
                               BY: MICHELLE MARINO, ESQ.
                               1251 Avenue of the Americas
                               New York, NY  10020-1104
                               (212) 335-4500

For Barclays & Waterstone
Capital Management:            Latham & Watkins, LLP
                               BY: JASON SANJANA, ESQ.
                               885 Third Avenue
                               New York, NY  10022-4834
                               (212) 906-4587
```

APPEARANCES:
(Continued)

| | |
|---|---|
| For U. S. Trustee: | United States Trustee<br>BY: DAVID KLAUDER, ESQ.<br>BY: PAT TINKER, ESQ.<br>844 King Street, Ste. 2207<br>Wilmington, DE  19801<br>(302) 573-6491 |
| For JP Morgan: | Davis Polk & Wardwell<br>BY: ELLIOT MOSKOWITZ, ESQ<br>BY: DAMIEN SCHAIBLE, ESQ.<br>BY: MICHAEL RUSSANO, ESQ.<br>BY: ELI VONNEGUT, ESQ.<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000 |
| | Richards Layton & Finger<br>BY: ROBERT STEARN, ESQ.<br>BY: DREW SLOAN, ESQ.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700 |
| For Wilmington Trust: | Brown Rudnick<br>BY: MARTIN SIEGEL, ESQ.<br>BY: ROBERT STARK, ESQ.<br>185 Asylum Street<br>Hartford, CT  06103<br>(860)509-6519 |
| | Sullivan Hazeltine Allinson, LLC<br>BY: WILLIAM HAZELTINE, ESQ.<br>4 East 8th Street, Suite 400<br>Wilmington, DE  19801<br>(302) 4268-8191 |

```
APPEARANCES:
(Continued)

For Official Committee
of Unsecured Creditors:        Landis, Rath & Cobb
                               BY: DANIEL B. RATH, ESQ.
                               BY: ADAM G. LANDIS, ESQ.
                               919 Market Street, Suite 1800
                               Wilmington, DE 19801
                               (302) 467-4400

                               Chadbourne & Parke, LLP
                               BY: DAVID LEMAY, ESQ.
                               BY: HOWARD SEIFE, ESQ.
                               BY: JAMES STENGER, ESQ.
                               BY: DOUGLAS DEUTSCH, ESQ.
                               BY: THOMAS MCCORMACK, ESQ.
                               BY: ANDREW ROSENBLATT, ESQ.
                               BY: MARC ASHLEY, ESQ.
                               30 Rockefeller Plaza
                               New York, NY 10112
                               (212) 408-5100

                               Zuckerman Spaeder
                               BY: JAMES SOTTILE, ESQ.
                               BY: ANDREW GOLDFARB, ESQ.
                               1800 M Street, NW
                               Suite 1000
                               Washington, DC 20036
                               (202) 778-1800

For Great Banc:                Womble Carlyle
                               BY: THOMAS M. HORAN, ESQ.
                               222 Delaware Avenue, Ste. 1501
                               Wilmington, DE  19801
                               (302) 252-4339

                               K & L Gates, LLP
                               BY: JEFFREY RICH, ESQ.
                               599 Lexington Avenue
                               New York, NY  10022-7615
```

```
APPEARANCES:
(Continued)

For DBTCA:                      McCarter & English
                                BY: KATHARINE MAYER, ESQ.
                                405 N. King Street, 8th Fl.
                                Wilmington, DE  19801
                                (302) 984-6312


For Aurelius:                   Akin Gump Strauss Hauer & Feld
                                BY: DANIEL GOLDEN, ESQ.
                                BY: PHIL DUBLIN, ESQ.
                                BY: ABID QUERSHI, ESQ.
                                One Bryant Park
                                New York, NY 10036
                                (212) 872-1000

                                Ashby & Geddes
                                BY: WILLIAM BOWDEN, ESQ.
                                500 Delaware Avenue
                                Wilmington, DE  19809
                                (302) 654-1888

For U.S. Department of
Labor:                          U.S. Department of Labor
                                BY: LEONARD GEARSON, ESQ.
                                200 Constitution Ave., NW
                                Washington, DC  20210


For SuttonBrook Capital
Management:                     Schulte Roth & Zabel, LLP
                                BY: LAWRENCE V. GELBER, ESQ.
                                919 Third Avenue
                                New York, NY  10022
                                (212) 756-2460

                                Klehr Harrison Harvy
                                Branzburg, LLP
                                BY: MICHAEL W. YURKEWICZ, ESQ.
                                919 Market St., Ste. 1000
                                Wilmington, DE  19801-3062
                                (302) 552-5519
```

```
APPEARANCES:
(Continued)

For Tribune:                    Tribune Company
                                BY: DON LIEBENTRITT, ESQ.
                                435 North Michigan Avenue
                                Chicago, IL  60611
                                (312) 222-9100

For Brigade Capital
Management:                     Loizides, PA
                                BY: CHRIS LOIZIDES, ESQ.
                                1225 King Street, Suite 800
                                Wilmington, DE  19801
                                (302) 654-0248

For Robert McCormick Foundation
Tribune Foundation &
Cantiguy Foundation:            Duane Morris
                                BY: RICHARD W. RILEY, ESQ.
                                222 Delaware Ave., Ste. 1600
                                Wilmington, DE  19801-1659
                                (302) 657-4928

                                Katten Muchin Rosenman, LLP
                                BY: DAVID BOHAN, ESQ.
                                525 West Monroe St.
                                Chicago, Il  60661-3693
                                (312)902-5566

For Zell & EGI - TRB:           Jenner & Block
                                BY: DAVID BRADFORD, ESQ.
                                BY: CATHY STEEGE, ESQ.
                                BY: DAVID CARICKHOFF, ESQ.
                                353 North Clark Street
                                Chicago, Il  60654-3456
                                (312) 923-2952

For Crone Kenney:               Shaw Gussis
                                BY: ALLEN GUON, ESQ.
                                321 N. Clark St., Ste. 800
                                Chicago, IL  60654
                                (312) 541-0151
```

APPEARANCES:
(Continued)

| | |
|---|---|
| For Timothy Knight: | A. M. Saccullo Legal, LLC<br>BY: ANTHONY M. SACCULLO, ESQ.<br>27 Crimson King Drive<br>Bear, DE  19701<br>(302) 836-8877 |
| | Hannafan & Hannafan, Ltd.<br>BY: BLAKE HANNAFAN, ESQ.<br>One East Waker Dr., Ste. 2800<br>Chicago, IL  60601<br>(312) 527-0055 |
| For Certain Officers &<br>Directors: | Grippo & Elden<br>BY: JOHN McCAMBRIDGE, ESQ.<br>BY: GEORGE DOUGHERTY, ESQ.<br>111 S. Wacker Drive<br>Chicago, Il  60606<br>(312) 704-7700 |
| | Connolly Bove Lodge & Hutz LLP<br>BY: JEFFREY WISLER, ESQ.<br>The Nemours Building<br>10007 North Orange Street<br>Wilmington, DE 19899<br>(302) 888-6258 |

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For SuttonBrook Capital: | SuttonBrook Capital Management, LP<br>BY: CAROL L. BALE, ESQ.<br>(212) 588-6640 |
| For Bank of America: | O'Melveny & Myers<br>BY: DANIEL SHAMAH, ESQ.<br>(212) 326-2138 |
| | Bank of America<br>BY: ESTHER CHUNG, ESQ.<br>(646) 855-6705 |

```
TELEPHONIC APPEARANCES:
(Continued)

For Official Committee of
Unsecured Creditors:          Chadbourne & Park, LLP
                              BY: MARC ROITMAN, ESQ.
                              (212)408-5271
                              BY: JESSICA MARRERO, ESQ.
                              (212) 408-5100
                              BY: FRANCISCO VASQUEZ, ESQ.
                              (212) 408-5111

                              Zuckerman & Spaeder, LLP
                              BY: GRAEM BUSH, ESQ.
                              BY: ANDREW GOLDFARB, ESQ.
                              BY: JAMES SOTTILE, ESQ.
                              BY: ANDREW CARIDAS, ESQ.
                              (202) 778-1800

                              Landis Rath & Cobb, LLP
                              BY: MATTHEW B. MCGUIRE, ESQ
                              (302) 467-4431

For Brigade Capital
Management:                   Brigade Capital Management
                              BY: NEIL LOSQUADRO
                              (212) 745- 9758

                              Stutman Treister & Glatt
                              BY: ISAAC PACHULSKI, ESQ.
                              (310) 228-5655

For Citibank:                 Paul Weiss Rifkind Wharton
                              BY: KIRA DAVIS, ESQ.
                              (212) 373-3000
                              BY: ANDREW GORDON, ESQ.
                              (212)373-3543
                              BY: ANDREW LEVY, ESQ.
                              (202)223-7328
                              BY: SHANNON PENNOCK, ESQ.
                              (212) 373-3000
                              BY: ELIZABETH MCCOLM, ESQ.
                              (212) 373-3000
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Anna Kalenchits:            Anna Kalenchits
                                (212)723-1808


For Tribune:                    Sidley Austin
                                BY: GREG DEMO, ESQ.
                                (312) 853-7758
                                BY: JANET HENDERSON, ESQ.
                                BY: COLLEEN KENNEY, ESQ.
                                (312) 853-2931
                                BY: BRETT MYRICK, ESQ.
                                (312) 853-1049
                                BY: DENNIS TWOOMEY, ESQ.
                                (312) 853-7824
                                BY: PATRICK WACKERLY, ESQ.
                                (312) 853-7000

                                Tribune Company
                                BY: MICHAEL D. ONEAL, ESQ.
                                (312) 222-3490
                                BY: GARY WEITMAN, ESQ.
                                (312) 222-3394
                                BY: DAVE ELDERSVELD, ESQ.
                                (312) 222-4707

For Former Special Committee
Of Tribune's Board of
Directors:                      Skadden Arps Slate Meagher &
                                Flom
                                BY: NICK CAMPANARIO, ESQ.
                                (312) 407-0974


For Aurelius Capital
Management:                     Aurelius Capital Management LP
                                BY: MATTHEW A. ZLOTO, ESQ.
                                (646) 445-6518

                                Akin Gump Strauss Hauer & Feld
                                BY: SHAYA ROCHESTER, ESQ.
                                (212) 872-1076
                                BY: DAVID ZENSKY, ESQ.
                                (212) 309-6000
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Partner Fund Management:   Vinson & Elkins, LLP
                               BY: LANCE A. MULHERN, ESQ.
                               (212) 237-0184

For JP Morgan Chase Bank:      Davis Polk & Wardwell, LLP
                               BY: PETER KIM, ESQ.
                               (212) 450-3028

                               JP Morgan Chase Bank, NA
                               BY: SHACHAR MINKOVE, ESQ.
                               (212) 834-7174

For Barclays:                  Mayer & Brown, LLP
                               BY: AMIT K. TREHAN, ESQ.
                               (212) 506-1717
                               BY: JEAN-MARIE ATAMIAN, ESQ
                               (212) 506-2678
                               BY: MICHAEL L. SIMES, ESQ.
                               (212) 506-2607
                               BY: BEN WILSON, ESQ.
                               (212) 412-7642

                               Latham & Watkins, LLP
                               BY: JASON B. SANJANA, ESQ.
                               (212) 906-4587

For Eos Partners:              Eos Partners
                               BY: MIKE J. SCHOTT, ESQ.
                               (212) 593-4046

For Merrill Lynch:             Kaye Scholer, LLP
                               BY: MADLYN G. PRIMOFF, ESQ.
                               (212) 836-7042
                               BY: JONATHAN AGUDELO, ESQ.
                               (212) 836-8369
                               BY: JANE PARVER, ESQ.
                               (212 836-8510

For DK Partners:               DK Partners
                               BY: EPHRAIM DIAMOND, ESQ.
                               (646) 282-5841
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Monarch Alternative
Capital, LP:                  Monarch Alternative Capital
                              BY: ROBERT G. BURNS, ESQ.
                              (212) 554-1768
For Kramer Levin:             Kramer Levin, Naftalis &
                              Frankel, LLP
                              BY: DAVID E. BLABEY, JR.,ESQ.
                              (212) 715-9100
                              BY: JORDAN KAYE, ESQ.
                              (212) 715-9489


For CitiGroup:                Paul Weiss Rifkind Wharton &
                              Garrison
                              BY: AMY DEITERICH, ESQ.
                              (212) 373-3688


For Nomura Securities:        Nomura Securities
                              BY: ARTHUR KAVALIS, ESQ.
                              (212) 667-2370


For Great Banc Trust Co.:     Morgan Lewis & Brockius, LLP
                              BY: DEBORAH S. DAVIDSON, ESQ.
                              (215) 552-6900


For Interested Party:         Schulte Roth & Zabel, LLP
                              BY: KAREN S. PARK, ESQ.
                              (212) 756-2036


For EGI-TRB:                  Jenner & Block, LLP
                              BY: ANDREW VAIL, ESQ.
                              (312) 840-8688

For Credit Agreement
Lenders:                      Angelo Gordon & Company, LP
                              BY: GAVIN BAIERA, ESQ.
                              (212) 692-0217

                              Wilmer Cutler Pickering Hale &
                              Dorr
                              BY: MICHELLE GOLDIS, ESQ.
                              (212) 295-6329
                              BY: ANDREW GOLDMAN, ESQ.
                              (212) 230-8836
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Mina Faltas:           Viking Global Investors
                           BY: MINA FALTAS, ESQ.
                           (212) 672-7011
For Chandler Bigelow:      Sperling & Slater
                           BY: STEVEN C. FLORSHEIM, ESQ.
                           BY: CLAIRE P. MURPHY, ESQ.
                           (312)641-3200


For Goldman Sachs & Co.:   Goldman Sachs & Company
                           BY: SCOTT BYNUM, ESQ.
                           (212) 902-8060
                           BY: LEXI FALLON, ESQ.
                           (212) 902-0791


For Matthew Frank:         Alvarez & Marsal, Inc.
                           BY: MATTHEW FRANK
                           (312)371-9955
                           BY: BRIAN WHITTMAN, ESQ.
                           (312) 601-4227


For Wells Fargo:           White & Case
                           BY: SCOTT GREISSMAN, ESQ.
                           (212) 819-8567


For Law Debenture Trust:   Kasowitz Benson Torres &
                           Friedman
                           BY: SHERON KORPUS, ESQ.
                           (212)506-1700
                           BY: CHRISTINE MONTENEGRO, ESQ.
                           (212)506-1715
                           BY: DAVID ROSNER, ESQ.
                           (212)506-1726
For Oaktree Capital
Management:                Oaktree Capital Management
                           BY: EDGAR LEE
                           (213) 830-6415


For Canyon Partners:       Canyon Partners
                           BY: CHANEY M. SHEFFIELD
                           (310) 272-1062
```

```
TELEPHONIC APPEARANCES:
(Continued)

For One East Partners:        One East Partners
                              BY: SINA TOUSSI
                              (212) 230-4510


For Robert R. McCormick
Foundation &
Cantigny Foundation:          Katten Muchin Rosenman, LLP
                              BY: JOHN SIEGER, ESQ.
                              (312) 902-5294


For Macquarie Capital (USA):  Macquarie Capital (USA)
                              BY: RUSHABH VORA
                              (212) 231-6311


For Cooperstown Capital
Management:                   Cooperstown Capital Management
                              BY: PEETER COURI, ESQ.
                              (203)552-6900


For Serengeti Asset
Management:                   Serengeti Asset Management
                              BY: NICHOLAS HEILBUT, ESQ.
                              (212) 466-2167


For Pryor Cashman, LLP:       Pryor Cashman, LLP
                              BY: TINA MOSS, ESQ.
                              (212) 326-0421


For Contrarian Capital
Management:                   Contrarian Capital Management
                              BY: JOSHUA TRUMP, ESQ.
                              (203) 862-8299


For Smith Management:         Smith Management
                              BY: JENNIFER WILD, ESQ.
                              (212) 418-6877


For Great Bank Trust Co.:     Morgan Lewis & Bockius, LLP
                              BY: MENACHEM ZELMANOVITZ, ESQ.
                              (212) 309-6000
```

1  resolution might be acceptable, the problem is is that Your
2  Honor's not going to be confirming their confirmation brief.
3  What Your Honor is going to be confirming is a plan or
4  reorganization and entering a confirmation order.  And the
5  plan itself is not clear in this respect.  It does not
6  reserve the issue.  It doesn't really address the issue,
7  right on its face, one would read that the two sets of the
8  notes and the PHONE securities are being treated as if they
9  are equal claims and equal priority.
10             THE COURT:  Or some other Court of competent
11  jurisdiction --
12             MS. STEEGE:  Or you resolve it.
13             THE COURT:  -- could decide that issue, too.
14             MS. STEEGE:  Right.  But another Court of
15  competent jurisdiction is going to want to see that it's
16  clearly been expressively preserved in a confirmation order
17  and in a plan, not in a brief that's filed prior to
18  confirmation that doesn't really -- doesn't itself get
19  approved by the Court.  So that is our position with regard
20  to the subordination, absolute priority rule objection.
21  With regard to the objection that we've made, we've made an
22  objection, a narrow objection, to the provisions of Section
23  9.12 of the DCL plan.  And when the bridge lenders withdrew
24  their plan and came on board with the DCL plan, changes were
25  made to the plan which provided that the bridge lenders

1   would be reimbursed for their fees and expenses up to I
2   believe under the current amendments it's $7 million, but
3   they only get those payments if they support the DCL plan
4   and take no positions inconsistent with confirmation of the
5   plan.  In short we think that this is an inappropriate, not
6   to be pejorative, but it's basically a bride.  There's no
7   basis in the bankruptcy code to allow the bridge lenders
8   reimbursement for their fees and expenses.  They're not a
9   secured creditor that's over-secured that's entitled to
10  collect that under Section 506(b), simply because they
11  withdrew a plan.  That's not a substantial contribution.  No
12  one is suggesting it is under Section 503(b).  In their
13  chart of objections they say well, they've resolved one
14  objection by making Your Honor have approval of the
15  reasonableness of those fees.  That's a start, but there's
16  no legal basis to be giving them fees in the first place.
17  And we would submit that that particular provision of the
18  plan is inappropriate and that this allowance of fees for a
19  creditor who is not entitled to it should not be confirmed.
20              THE COURT:  Well, let me ask the question as
21  carefully as I can articulate it.  What makes this proposal
22  different from what I find is a common dynamic in bankruptcy
23  proceedings and that is a party who wants something,
24  bargaining for the other party's acquiescence or
25  cooperation?  What makes this different?

1    MS. STEEGE: What makes it different, Your Honor,
2 is the creation of a claim for this party that they would
3 not otherwise be entitled to under the code.  The code
4 specifically provides for reimbursement of expenses and fees
5 to certain creditors if they're secured and they're over-
6 secured under Section 506(b).  It might allow for recovery
7 of expenses under 503(b) if a party has made a substantial
8 contribution.  But the case law is pretty clear that
9 proposing your own plan, withdrawing your own plan, these
10 are things you're doing for your own benefit, not for the
11 benefit of the estate as a whole and you don't get a
12 substantial contribution claim.  There's no basis in the
13 code to provide this type of claim to induce their
14 cooperation.  That's different than reaching an agreement
15 over a claim that the code would allow to be paid under a
16 plan, agreement you're going to pay a creditor a certain
17 percentage amount on their claim in exchange for their
18 support of your plan, you're dealing with a claim the code
19 recognizes.  Here you're creating something out of whole
20 cloth simply to get their support to go on board.  They
21 should support the plan or not, but they shouldn't be doing
22 it because they're going to get $7 million in fees for doing
23 so.  Then every single other creditor that the debtor wants
24 to induce could come in here and say I want my fees paid,
25 too, and there's no legal basis for that and that's why it's

1  wrong.  Thank you.
2          THE COURT:  Thank you.
3          MR. SOTTILE:  Your Honor, James Sottile of
4  Zuckerman Spaeder, Special Counsel to the Official Committee
5  of Unsecured Creditors.  Mr. LeMay of Chadbourne will be
6  addressing the legal points raised by Jenner Block, Counsel
7  for Mr. Zell and EGI-TRB.
8          I rise to ask the Court's indulgence to speak for
9  two or three minutes about those arguments by Mr. Bradford
10 that I think went a little beyond the legal objections that
11 he was presenting, in particular arguments about what
12 happened on standing and when claims should be pursued and
13 what Determinations were made about the merits of claims.
14         THE COURT:  You can do that in two to three
15 minutes?
16         MR. SOTTILE:  I believe that I can, Your Honor.
17         THE COURT:  Go ahead.
18         MR. SOTTILE:  Your Honor, let me just say what --
19 where we fundamentally disagree with Mr. Bradford.  There
20 was no Determination by any of the parties that agreed to
21 the April settlement that there was no basis for claims
22 against Mr. Zell or EGI-TRB.  There was simply a settlement
23 under which for the consideration given at the time and
24 based on what the parties knew at the time, they were
25 prepared to release those claims.  Nobody decided there was

1   behalf of the PHONES holders or a subset of the PHONES
2   holders, very candidly told the Court that he didn't think
3   that -- he said it is very unlikely the PHONES -- I'm
4   quoting now -- that the PHONES are going to be able -- are
5   going to see a significant recovery here, if any recovery at
6   all.  And of course the indenture trustees counsel for the
7   PHONES wanted to unsay that and I had some fun with it.  But
8   I think it is an open secret in this courtroom that the
9   subordinated classes are probably quarreling about nothing.
10  So for all those reasons, Your Honor, I would urge the Court
11  not to reach out and attempt to bite off this unnecessary
12  issue of the respective priority of these two subordinated
13  classes.  I think our plan is perfectly clear that it
14  doesn't purport to prejudge that issue and if people -- if
15  the Court wants, I should say, for us to make that clearer
16  in bold print or somewhere else, I don't see any reason we
17  wouldn't do that.  So I think that's a phony issue in
18  effect, Your Honor.
19              THE COURT:  Well, then if it's so easy to make it
20  go away, why not just make it go away?
21              MR. LEMAY:  We could add a sentence to our plan.
22              THE COURT:  All right.
23              MR. LEMAY:  I don't see any reason we couldn't do
24  that.  With respect to the bridge loan settlement, I'm kind
25  of amused you know.  That is the one aspect of what we've

1  done that the noteholders and Aurelius actually have not
2  taken us to task on.  If the bridge settlement was such a
3  rotten deal and was giving away money that ought not to have
4  been given, I'm quite confident that these gentlemen over
5  here would have called our attention to it.  They didn't do
6  that.  In fact, their most recent supplemental filing seems
7  to suggest that they'd be willing to embrace the bridge
8  settlement itself.  It's actually a pretty good settlement.
9  We settled a billion six of potential liability for $64.5
10 million or approximately four percent of the total.  A
11 portion of that is in effect stated to be on account of
12 legal fees, it is stated to be subject to the Court's
13 approval, so I think we've met the Court approval
14 requirement that's come out of some of the recent case law
15 here, but I think the way to look at it is the way that Your
16 Honor looked at it in your question to Counsel, which is in
17 effect what we're doing is settling this $1.6 billion claim
18 for $64.5 million.  A portion of it is allocated under the
19 settlement to legal fees.  I think that is more of interest
20 to the bridge proponents than -- I'm sorry -- to the bridge
21 lenders than to the DCL proponents.  I think the way to look
22 at it is what did the estate get from this and of course
23 what the estate did get was that the bridge reserve, the
24 initial amount of $77 million satisfied that settlement and
25 left money left over, I think it was about $13 million, I'm

1  subject to correction on that, left money left over to be
2  distributed to the bondholders and to the parent GUX.  So I
3  think all in all that was a very good settlement and I think
4  Your Honor hit the nail on the head when you suggested that
5  this is just how claims get resolved in the attribution of a
6  portion of that consideration, subject to your Court -- to
7  Your Honor's approval to legal fees I think is just not
8  problematical.  I think that really is more of an internal
9  kind of scorekeeping mechanism within the bridge community
10 itself.  So those issues I think, Your Honor, should come
11 off the table relatively quickly.
12              I'm going to turn now to some of the things that
13 Mr. Bradford talked about.  I was perplexed -- well, first
14 as to the inadequate safeguards against frivolous
15 litigation.  I think we've all heard Your Honor pretty
16 clearly.  Mr. Sottile has made that remark.  You know it's -
17 - it should not come as a surprise that there is a spotlight
18 on Mr. Zell, I mean and I'm told that in naval circles when
19 a ship sinks out from under a captain, there's usually an
20 inquiry and here, if I may use one of my famous analogies,
21 Mr. Zell and his colleagues designed and built a ship and
22 they launched it and they commissioned it and they put a
23 crew on it and it sailed about 100 yards into Lake Michigan
24 and sunk to the bottom of the ocean, it is hardly surprising
25 that they are the subject of attention from lawyers under