IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket Nos. 11399 and 11747<br>Hearing Date: June 7, 2012 at 3:00 p.m. |

## NOTICE OF FILING OF AMENDED EXHIBIT 13.1 TO FOURTH AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO, GORDON & CO., L.P., AND JPMORGAN CHASE BANK, N.A.

**PLEASE TAKE NOTICE** that, attached hereto as Exhibit 1 is a clean version of Exhibit 13.1 Litigation Trust Agreement ("Plan Exhibit 13.1") to the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Docket Nos. 11399 and 11747).

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit 2 is a black line of Plan Exhibit 13.1 that compares the Litigation Trust Agreement to the version previously filed on May 4, 2012 (Docket No. 11545).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Second Supplemental Scheduling Order Relating to Plan Confirmation (Docket No. 11326), a hearing on confirmation of the Fourth Amended DCL Plan is scheduled to commence on June 7, 2012 at 3:00 p.m. (Eastern Time) before the Honorable Kevin J. Carey, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, a copy of this Notice, without Exhibits, will be served on all parties having requested notice pursuant to Bankruptcy Rule 2002 and all parties having filed an objection to the Fourth Amended DCL Plan.

**PLEASE TAKE FURTHER NOTICE** that, a copy of Plan Exhibit 13.1 may be (i) obtained free of charge from Epiq Bankruptcy Solutions, LLC's ("Epiq") dedicated website related to the Debtors' chapter 11 cases (http://chapter11.epiqsystems.com/tribune) or by telephoning Epiq at (646) 282-2400; (ii) inspected during regular business hours at the Office of the Clerk of the Bankruptcy Court, 3rd Floor, 824 Market Street Wilmington, Delaware 19801; or (iii) viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

[SIGNATURES ON NEXT PAGE]

Dated: Wilmington, Delaware
      June 2, 2012

           SIDLEY AUSTIN LLP
           James F. Conlan
           Bryan Krakauer
           Kevin T. Lantry
           Jessica C.K. Boelter
           One South Dearborn Street
           Chicago, Illinois 60603
           Telephone: (312 853-7000
           Telecopier: (312) 853-7036

           – and –

           COLE, SCHOTZ, MEISEL,
           FORMAN & LEONARD, P.A.

           /s/ *J. Kate Stickles*
           Norman L. Pernick (No. 2290)
           J. Kate Stickles (No. 2917)
           500 Delaware Avenue, Suite 1410
           Wilmington, Delaware 19801
           Telephone: (302) 652-3131
           Telecopier: (302) 652-3117

           *Counsel for Debtors and Debtors In Possession*

           CHADBOURNE & PARKE LLP
           Howard Seife
           David M. LeMay
           Andrew Rosenblatt
           30 Rockefeller Plaza
           New York, New York 10112
           Telecopier: (212) 541-5369

           – and –

           LANDIS RATH & COBB LLP

           /s/ *Matthew B. McGuire*
           Adam G. Landis (No. 3407)
           Matthew B. McGuire (No. 4366)
           919 Market Street, Suite 1800
           Wilmington, Delaware 19801
           Telecopier: (302) 467-4450

           – and –

46429/0001-8581332v2

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Telecopier: (202) 822-8106

Counsel for the Official Committee of
Unsecured Creditors

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2400
Facsimile: (213) 243-2539

– and –

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

/s/  M. Blake Cleary
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telecopier: (302) 571-1253

*Counsel for Oaktree Capital Management, L.P.
and Angelo, Gordon & Co., L.P.*

WILMER CUTLER PICKERING HALE
& DORR LLP
Andrew Goldman
399 Park Avenue
New York, New York 10022
Telecopier: (212) 220-8888

*Co-Counsel for Angelo, Gordon & Co., L.P.*

46429/0001-8581332v2

DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Damian Schaible
450 Lexington Avenue
New York, New York 10017
Telecopier: (212) 701-5800

– and –

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Drew G. Sloan*
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19801
Telecopier: (302) 651-7701

*Counsel for JPMorgan Chase Bank, N.A.*