## **Attachment A**

**FEE SUMMARY FOR THE QUARTERLY PERIOD FROM
JUNE 1, 2011 THROUGH AUGUST 31, 2011**

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chris E. Abbinante | Partner/ Corporate/ 14 years. Admitted 1997. | $825 | 6.00 | $4,950.00 |
| Suresh T. Advani | Partner/ Tax/ 19 years. Admitted 1992. | $875 | 0.70 | $612.50 |
| Richard W. Astle | Partner/ Corporate/ 31 years. Admitted 1980. | $775 | 10.50 | $8,137.50 |
| Larry A. Barden | Partner/ Corporate/ 29 years. Admitted 1982. | $900 | 103.60 | $93,240.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 34 years. Admitted 1977. | $850 | 275.90 | $234,515.00 |
| Steven M. Bierman | Partner/ Litigation/ 34 years. Admitted 1977. | $950 | 3.20 | $3,040.00 |

---

[1] As of August 31, 2011.

[2] Hourly Billing Rates reflected herein are those rates in effect as of January 1, 2011.

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Donald E. Bingham | Partner/ Banking/ 13 years. Admitted 1998. | $700 | 0.50 | $350.00 |
| Kevin F. Blatchford | Partner/ Corporate/ 25 years. Admitted 1986. | $750 | 1.30 | $975.00 |
| Mark B. Blocker | Partner/ Litigation/ 23 years. Admitted 1988. | $725 | 2.80 | $2,030.00 |
| Jessica C.K. Boelter | Partner/ Bankruptcy/ 9 years. Admitted 2002. | $700 | 309.50 | $214,025.00 |
| Mark Borrelli | Partner/ Investment Products and Derivatives/ 22 years. Admitted 1989. | $675 | 2.20 | $1,485.00 |
| James N. Cahan | Partner/ Environmental/ 35 years. Admitted 1976. | $675 | 20.70 | $13,972.50 |
| Michael A. Clark | Partner/ Tax/ 32 years. Admitted 1979. | $750 | 1.80 | $1,350.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James F. Conlan | Partner/ Bankruptcy/ 23 years. Admitted 1988. | $975 | 316.00 | $308,100.00 |
| Stephen G. Contopulos | Partner/ Litigation/ 39 years. Admitted 1972. | $775 | 3.70 | $2,867.50 |
| Michael W. Davis | Partner/ Litigation/ 36 years. Admitted 1975. | $825 | 41.00 | $33,825.00 |
| Beth J. Dickstein | Partner/ Employee Benefits/ 23 years. Admitted 1988. | $750 | 0.30 | $225.00 |
| James W. Ducayet | Partner/ Litigation/ 15 years. Admitted 1996. | $750 | 35.80 | $26,850.00 |
| Joel S. Feldman | Partner/ Insurance and Financial Services/ 32 years. Admitted 1979. | $790 | 0.90 | $711.00 |
| Max C. Fischer | Partner/ Employment/ 16 years. Admitted 1995. | $650 | 0.90 | $585.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ronald S. Flagg | Partner/ Litigation/ 30 years. Admitted 1981. | $700 | 60.80 | $42,560.00 |
| Cliff Fonstein | Partner/ Litigation/ 17 years. Admitted 1994. | $775 | 0.50 | $387.50 |
| Lawrence R. Fullerton | Partner/ Litigation/ 33 years. Admitted 1978. | $850 | 20.90 | $17,765.00 |
| Brian J. Gold | Partner/ Employment/ 29 years. Admitted 1982. | $750 | 108.20 | $81,150.00 |
| Scott J. Heyman | Partner/ Tax/ 24 years. Admitted 1987. | $750 | 0.20 | $150.00 |
| Robert W. Hirth | Partner/ Litigation/ 32 years. Admitted 1979. | $900 | 180.40 | $162,360.00 |
| Pran Jha | Partner/ Corporate/ 20 years. Admitted 1991. | $725 | 7.80 | $5,655.00 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 19 years. Admitted 1992. | $750 | 6.80 | $5,100.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Eamon P. Joyce | Partner/ Litigation/ 8 years. Admitted 2003. | $700 | 5.20 | $3,640.00 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 12 years. Admitted 1999. | $750 | 97.40 | $71,550.00 |
| Richard B. Kapnick | Partner/ Litigation/ 29 years. Admitted 1982. | $800 | 2.60 | $2,080.00 |
| Colleen M. Kenney | Partner/ Litigation/ 20 years. Admitted 1991. | $700 | 65.50 | $43,400.00 |
| William D. Kerr | Partner/ Investment Products and Derivatives/ 27 years. Admitted 1984. | $975 | 0.30 | $292.50 |
| Bryan Krakauer | Partner/ Bankruptcy/ 29 years. Admitted 1982. | $950 | 348.30 | $325,802.50 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 20 years. Admitted 1991. | $900 | 317.80 | $283,680.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Scott R. Lassar | Partner/ Litigation/ 36 years. Admitted 1975. | $850 | 7.30 | $6,935.00 |
| Robert J. Lewis | Partner/ Banking/ 16 years. Admitted 1995. | $725 | 0.70 | $507.50 |
| Jonathan D. Lotsoff | Partner/ Employment/ 17 years. Admitted 1994. | $700 | 275.20 | $192,640.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 31 years. Admitted 1980. | $975 | 13.20 | $12,870.00 |
| Bridget R. O'Neill | Partner/ Tax/ 23 years. Admitted 1988. | $875 | 1.50 | $1,312.50 |
| David S. Petron | Partner/ 9 years. Admitted 2002. | $625 | 1.50 | $937.50 |
| Marc E. Raven | Partner/ Litigation/ 27 years. Admitted 1984. | $700 | 0.10 | $70.00 |
| Anne E. Rea | Partner/ Litigation/ 27 years. Admitted 1984. | $900 | 0.90 | $810.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Courtney A. Rosen | Partner/ Litigation/ 13 years. Admitted 1998. | $650 | 0.70 | $472.50 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 29 years. Admitted 1982. | $750 | 74.00 | $55,500.00 |
| Joel G. Samuels | Partner/ Bankruptcy/ 27 years. Admitted 1984. | $875 | 277.00 | $242,375.00 |
| Mark D. Schneider | Partner/ Communications/ 26 years. Admitted 1985. | $725 | 49.60 | $35,960.00 |
| James P. Seery, Jr. | Partner/ Bankruptcy/ 20 years. Admitted 1991. | $950 | 0.50 | $475.00 |
| Stewart R. Shepherd | Partner/ Employee Benefits/ 35 years. Admitted 1976. | $750 | 4.60 | $3,450.00 |
| Hille R. Sheppard | Partner/ Litigation/ 17 years. Admitted 1994. | $700 | 23.40 | $16,380.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jeffrey C. Steen | Partner/ Bankruptcy/ 27 years. Admitted 1984. | $875 | 281.10 | $242,681.25 |
| Paul A. Svoboda | Partner/ Trusts and Estates/ 25 years. Admitted 1986. | $625 | 0.50 | $312.50 |
| Dennis M. Twomey | Partner/ Bankruptcy/ 11 years. Admitted 2000. | $725 | 125.60 | $91,060.00 |
| Alan M. Unger | Partner/ Litigation/ 32 years. Admitted 1979. | $900 | 28.70 | $25,830.00 |
| Melanie E. Walker | Partner/ Litigation/ 11 years. Admitted 2000. | $625 | 34.00 | $21,250.00 |
| Susan A. Weber | Partner/ Litigation/ 18 years. Admitted 1993. | $725 | 18.80 | $13,630.00 |
| James P. Young | Partner/ Litigation/ 18 years. Admitted 1993. | $650 | 15.50 | $10,075.00 |
| Jay H. Zimbler | Partner/ Tax/ 36 years. Admitted 1975. | $900 | 2.50 | $2,250.00 |
| | | | | |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael S. Sigal | Senior Counsel/ Corporate/ 44 years. Admitted 1967. | $800 | 0.30 | $240.00 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 32 years. Admitted 1979. | $725 | 166.10 | $120,422.50 |
| David M. Baron | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 7.60 | $2,774.00 |
| David J. Carey | Associate/ Litigation/ 1 year. Admitted 2010. | $425 | 5.80 | $2,465.00 |
| Christina M. Craige | Associate/ Bankruptcy/ 5 years. Admitted 2006. | $575 | 8.00 | $4,600.00 |
| Gregory V. Demo | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 192.90 | $89,347.50 |
| Bret T. Diskin | Associate/ Corporate/ 2 years. Admitted 2009. | $365 | 0.60 | $219.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William T. Donnell | Associate/ Corporate/ 1 year. Admitted 2010. | $325 | 4.50 | $1,462.50 |
| Jason J. Englund | Associate/ Litigation/ 2 years. Admitted 2009. | $405 | 53.20 | $21,546.00 |
| Katherine B. Falahee | Associate/ Environmental Law/ 1 year. Admitted 2010. | $325 | 5.40 | $1,755.00 |
| Rachel M. Fleischer | Associate/ Litigation/ 4 years. Admitted 2007. | $450 | 1.80 | $810.00 |
| Ericka K. Foster | Associate/ Employment/ 7 years. Admitted 2004. | $550 | 13.70 | $7,535.00 |
| Lauren A. Gallagher | Associate/ Employee Benefits/ 2 years. Admitted 2009. | $365 | 52.50 | $19,162.50 |
| Anna Gumport | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $375 | 48.40 | $18,150.00 |

10

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael T. Gustafson | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $375 | 347.70 | $130,387.50 |
| Timothy R. Hargadon | Associate/ Litigation/ 1 year. Admitted 2010. | $425 | 2.10 | $892.50 |
| R.C. Harlan | Associate/ Litigation/ 7 years. Admitted 2004. | $565 | 0.80 | $452.00 |
| James R. M. Hemmings | Associate/ Litigation/ 8 years. Admitted 2003. | $575 | 41.30 | $23,747.50 |
| Dennis Kao | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $425 | 15.80 | $6,715.00 |
| Geoffrey M. King | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 376.50 | $160,012.50 |
| Candice L. Kline | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 259.80 | $123,405.00 |
| Marc A. Korman | Associate/ Litigation/ 1 year. Admitted 2010. | $325 | 27.20 | $8,840.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher S. Krueger | Associate/ Corporate/ 3 years. Admitted 2008. | $405 | 2.80 | $1,134.00 |
| Susan P. Lagana | Associate/ Litigation/ 2 years. Admitted 2009. | $325 | 36.10 | $12,592.50 |
| James P. Langdon | Associate/ Corporate/ 5 years. Admitted 2006. | $495 | 72.80 | $36,036.00 |
| Jillian K. Ludwig | Associate/ Bankruptcy/ 4 years. Admitted 2007. | $535 | 561.20 | $300,242.00 |
| Shawn C. Luna | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 143.00 | $60,775.00 |
| Matthew G. Martinez | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 46.30 | $21,992.50 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 6 years. Admitted 2005. | $625 | 129.20 | $77,750.00 |
| Ryan C. Morris | Associate/ Litigation/ 4 years. Admitted 2007. | $525 | 17.80 | $9,345.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sophia Park Mullen | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $535 | 53.00 | $28,355.00 |
| Brett H. Myrick | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 465.50 | $197,837.50 |
| Erica C. Parks | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $375 | 67.30 | $25,237.50 |
| Tom A. Paskowitz | Associate/ Litigation/ 5 years. Admitted 2006. | $625 | 14.30 | $8,937.50 |
| Jen Peltz | Associate/ Litigation/ 8 years. Admitted 2003. | $575 | 0.20 | $115.00 |
| Steve W. Robinson | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 137.90 | $58,607.50 |
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 7 years. Admitted 2004. | $550 | 1.60 | $880.00 |
| Jed Rosenkrantz | Associate/ Corporate/ 2 years. Admitted 2009. | $365 | 6.90 | $2,518.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Thomas E. Ross | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 323.10 | $117,931.50 |
| Brian S. Shull | Associate/ Litigation/ 4 years. Admitted 2007. | $450 | 7.60 | $3,420.00 |
| Richard M. Silverman | Associate/ Tax/ 4 years. Admitted 2007. | $450 | 11.70 | $5,265.00 |
| Allison Ross Stromberg | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 388.10 | $181,117.50 |
| Kees Vandenberg | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 0.20 | $73.00 |
| Patrick J. Wackerly | Associate/ Litigation/ 4 years. Admitted 2007. | $450 | 115.30 | $49,680.00 |
| Angela Eavy | Staff Attorney/ Litigation/ 7 years. Admitted 2004. | $355 | 2.40 | $852.00 |
| Paula Friedman | Staff Attorney/ Communications/ 22 years. Admitted 1989. | $300 | 24.70 | $7,410.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew S. Jackson | Staff Attorney/ Litigation/ 7 years. Admitted 2004. | $355 | 1.80 | $639.00 |
| Roberto Alarcon | Legal Assistant/ Litigation/ 5 years. | $200 | 7.90 | $1,580.00 |
| Eva Mozena Brandon | Legal Assistant/ Litigation/ 1 year. | $200 | 31.50 | $6,300.00 |
| Madeleine Buras | Legal Assistant/ Litigation/ 1 year. | $235 | 0.70 | $164.50 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 9 years. | $240 | 34.30 | $8,232.00 |
| Heath Ingram | Legal Assistant/ Litigation/ 1 year. | $200 | 17.40 | $3,480.00 |
| Aaron J. Keker | Legal Assistant/ Litigation/ 7 years. | $200 | 1.00 | $200.00 |
| Kathy J. Kim | Legal Assistant/ Litigation/ 5 years. | $235 | 1.00 | $235.00 |
| Megan Scholl Lindberg | Legal Assistant/ Litigation/ 6 years. | $200 | 48.20 | $9,640.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Randall C. Luce | Senior Legal Assistant/ Litigation/ 14 years. | $290 | 3.10 | $899.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 26 years. | $300 | 202.40 | $60,720.00 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 9 years. | $240 | 4.00 | $960.00 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 15 years. | $255 | 21.70 | $5,533.50 |
| James P. Platt | Senior Legal Assistant/ Litigation/ 9 years. | $225 | 14.60 | $3,285.00 |
| Nicholas Roberge | Legal Assistant/ Litigation/ 7 years. | $200 | 12.80 | $2,560.00 |
| Arturo Rodriguez | Legal Assistant/ Employment/ 5 years. | $200 | 2.00 | $400.00 |
| Karyn L. Sikaitis | Legal Assistant/ Litigation/ 17 years. | $240 | 22.00 | $5,280.00 |
| Kenley Stark | Legal Assistant/ Bankruptcy/ > 1 year. | $235 | 0.60 | $141.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 19 years. | $200 | 196.80 | $39,360.00 |
| Cameron Waldman | Legal Assistant/ Litigation/ 2 years. | $200 | 1.90 | $380.00 |
| Mary L. Wiersema | Legal Assistant/ Investment Products/ 18 years. | $260 | 5.60 | $1,456.00 |
| Jeffrey V. Bosh | Director of Library Services/ 25 years. | $150 | 1.00 | $150.00 |
| Michael J. Fillinger | Librarian/ 13 years. | $125 | 0.50 | $62.50 |
| Eva M. Huber | Librarian/ 17 years. | $100 | 0.30 | $30.00 |
| Christa M. Lange | Librarian/ 32 years. | $150 | 0.70 | $105.00 |
| Amy Weiner | Librarian/ 17 years. | $125 | 0.50 | $62.50 |
| Marc A. Beltran | Litigation Support/ 3 years. | $280 | 1.20 | $336.00 |
| Steven P. Cosgrove | Litigation Support/ 4 years. | $245 | 1.00 | $245.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel H. Lang | Litigation Support/ 7 years. | $195 | 1.30 | $253.50 |
| Jayson S. Levine | Litigation Support/ < 1 year. | $185 | 12.60 | $2,331.00 |
| John Pan | Litigation Support/ 2 years. | $210 | 0.60 | $132.00 |
| Justin Tebbe | Litigation Support/ 1 year. | $280 | 0.50 | $140.00 |
| William U. Geng | Docket/ 24 years. | $100 | 0.60 | $60.00 |
| **Grand Total** | | | **8,510.00** | **$5,083,600.25** |
| **Adjusted Grand Total** | | | | **$5,073,861.25[3]** |
| **Blended Rate** | | **$596.22** | | |

---

[3] This amount reflects a voluntary reduction of $9,739.00 per an agreement with the Debtors for services performed in connection with the Newspaper Crossownership matter during the month of August 2011.

18

**COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD
FROM JUNE 1, 2011 THROUGH AUGUST 31, 2011**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 175.00 | $70,847.50 |
| Fee Applications (30390) | 449.60 | $173,526.00 |
| Executory Contracts and Leases (30410) | 12.10 | $5,302.50 |
| Use/Sale/Lease of Assets (30430) | 16.60 | $10,156.00 |
| Insurance Matters (30450) | 4.40 | $3,960.00 |
| Committee-Related Matters (30460) | .90 | $737.00 |
| Litigated Matters (30470) | 4,072.90 | $2,429,895.00 |
| Travel Time (30480) (with 50% discount) | 87.70 | $28,577.75 |
| Labor Matters (30490) | .50 | $355.00 |
| Plan and Disclosure Statement (30500) | 1,718.80 | $1,218,741.50 |
| Professional Retention (30510) | 71.20 | $34,444.00 |
| Tax Matters (30520) | 24.20 | $14,809.50 |
| Claims Processing (30530) | 726.20 | $347,663.00 |
| Business Operations (30550) | 190.30 | $120,277.00 |
| Case Administration (30560) | 109.00 | $51,558.00 |
| Creditor Communications (30570) | 15.00 | $6,243.00 |
| Employee Matters (30590) | 834.40 | $555,911.00 |
| 2010 Exit Credit Facility (13700) | 1.20 | $857.50 |
| **TOTAL** | **8,510** | **$5,073,861.25** |

# **Attachment B**

**EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM
JUNE 1, 2011 THROUGH AUGUST 31, 2011**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[1] | | $12,773.54 |
| Court Costs | | $6,058.00 |
| Court Reporter | | $1,878.90 |
| Document Production | | $6,912.50 |
| Duplicating Charges[2] | | $10,363.85 |
| Document Delivery Services | | $350.29 |
| Document Services | | $1,287.75 |
| Filing Fees | | (290.00) |
| Ground Transportation | | $3,424.24 |
| Legal Support Services | | $13,620.29 |
| Lexis Research Service[3] | Lexis | $20,972.29 |
| Meals Out-of-Town | | $1,465.96 |
| Meals | | $66.00 |
| Messenger Services | | $602.95 |
| Overtime | | $1,864.07 |
| Professional Services/Specialists | | $339,976.21 |
| Search Services | | $3,920.33 |
| Telephone Tolls | | $1,078.10 |
| Travel/Lodging | | $7,354.50 |
| Westlaw Research Service[3] | Westlaw | $11,813.37 |
| | | |
| **Total** | | **$445,493.14** |

---

[1] Air transportation during the period covered by this Application is charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters.

[2] Sidley's rate for standard copying is $0.10 per page and is in compliance with the rate as required by Local Rule 2016-2(e)(iii).

[3] Sidley charges its clients for computer-assisted legal research at a rate that recovers no more than the Firm's cost.