# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>Related Docket Nos. 11399, 11664<br>Hearing Date: June 7, 2012 |

### SUPPLEMENTAL OBJECTION OF AURELIUS CAPITAL MANAGEMENT, LP TO CONFIRMATION OF THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO, GORDON & CO., L.P., AND JPMORGAN CHASE BANK, N.A.

Aurelius Capital Management, LP, on behalf of its managed entities ("Aurelius")[1] by and through its undersigned counsel, hereby files this supplemental objection (the "Supplemental Objection") to the *Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.* [ECF No 11399] (the "DCL Plan").[2] Aurelius files this Supplemental Objection to identify certain proposed revisions to the terms of the Trust Loan Agreement (as defined below) and the LT Confidentiality and Common Interest Agreement, which agreements were not filed by the DCL Plan Proponents in advance of May 21, 2012—the confirmation objection deadline—and, consequently, were not specifically addressed in the *Objection of Aurelius Capital Management, LP to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors,*

---

[1] Entities managed by Aurelius own a substantial amount of Senior Notes and PHONES Notes. Neither Aurelius nor any of its managed entities owe any fiduciary duties to any party in interest in these cases, nor is Aurelius or any of its managed entities an insider of Tribune Company or any of its affiliates.

[2] Terms not otherwise defined herein shall have the meanings ascribed to such terms in the DCL Plan or the Objection, as appropriate.

{00638509;v1 }

*Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.*, dated May 21, 2012 [ECF No. 11664] (the "Objection"). In support of this Supplemental Objection, Aurelius respectfully represents as follows:

1. By this Supplemental Objection, Aurelius objects to the proposed forms of (i) the LT Confidentiality and Common Interest Agreement, filed on June 1, 2012 as Exhibit D to the *Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & CO., L.P., and JPMorgan Chase Bank, N.A.* [ECF No. 11745] (the "DCL Confirmation Memorandum") and (ii) the Credit Agreement dated as of [_____] among the Litigation Trust, as Borrower, and Tribune Company, as Lender (the "Trust Loan Agreement'), filed on June 1, 2012 as Exhibit B to the DCL Confirmation Memorandum. The objections raised herein (as briefly summarized below and as more fully set forth in the attached exhibits) were foreshadowed by Aurelius in its original Objection and were raised with the Debtors and the Committee in advance of the filing of the DCL Confirmation Memorandum.

2. As set forth in its Objection, Aurelius had at that time only recently obtained a draft of the LT Confidentiality Agreement, and had indicated that it intended to work with the DCL Plan Proponents to resolve its objections to the terms of the LT Confidentiality Agreement prior to confirmation. In the event that such efforts were unsuccessful, Aurelius reserved the right to object to the terms of the LT Confidentiality Agreement in connection with confirmation. *See* Objection at 13, n.13.

3. In addition, the draft Trust Loan Agreement was only made available to Aurelius on May 24, 2012—three days after the confirmation objection deadline—which prevented

Aurelius from reviewing the terms of the Trust Loan in full and previewing its issues with respect thereto.

4. Aurelius has now had a sufficient opportunity to review both the proposed LT Confidentiality and Common Interest Agreement and the Trust Loan Agreement, and has prepared the attached blacklines reflecting its comments to each document, which are attached hereto as Exhibit 1 and Exhibit 2, respectively. Copies of such blacklines were previously provided to counsel for the Debtors and counsel for the Creditor's Committee on May 30, 2012. Aurelius's comments are briefly summarized below:

- Trust Loan Agreement. In its current draft form, the Trust Loan Agreement contemplates that the Trust Loan will be a delayed draw term loan, requiring the Litigation Trustee to provide Tribune (as lender) with notice of all reasonable requests for funds. The Litigation Trustee should, however, be entitled to draw the entire Trust Loan down on or shortly after the Effective Date and should be entitled to use its discretion with respect to how the loaned funds will be employed on behalf of all trust beneficiaries. Similarly, the Trust Loan Agreement should be amended to provide that the Litigation Trustee shall only be obligated to repay amounts in respect of the Trust Loan to the extent that it maintains $30 million in the Expense Fund (after payment of the Parent GUC Trust Preference). Moreover, given the facts and circumstances of these cases, the Trust Loan Agreement should not contain representations and warranties that are more typical of a traditional third-party loan.

- LT Confidentiality Agreement: As reflected in the attached markup, Aurelius disagrees with the DCL Plan Proponents as to the extent to which the Reorganized Debtors may withhold documents relating to the claims being pursued by the Litigation Trust, and the privileges and protections that apply thereto. As stated in the Objection (and as reflected in the attached blackline), the LT Confidentiality and Common Interest Agreement should be amended to provide, *inter alia*, that all documents and information, and all privileges attached to any document, communication or other information relevant to the prosecution of the Preserved Causes of Action (save certain limited exceptions as set forth in Exhibit 2, hereto) will be transferred to the Litigation Trustee, and that the Litigation Trustee will be given the ability to waive any such privilege in his discretion. *See* Objection at 12-14.

5. Although Aurelius remains committed to working towards a consensual resolution of the issues identified herein and in the attached blacklines, Aurelius has filed this Supplemental

Objection to preserve its rights to raise any or all of these issues at confirmation in the event that it is not able to reach a consensual resolution with the DCL Plan Proponents. Indeed, given the tight timeframe that all parties are now operating under between the date of this submission and the scheduled confirmation hearing, the parties may not be able to reach agreement on what are, at least at this point, substantive open issues. Aurelius will advise the Court as to the status of its Objection and this Supplemental Objection at the telephonic hearing scheduled for Wednesday, June 6, 2012, and will hope to have narrowed the issues that will require this Court's attention by that time.

## **CONCLUSION**

For the reasons set forth herein, and in the Objection and the prior objections and other pleadings referred to therein, the Court should deny confirmation of the DCL Plan.

Dated:  June 4, 2012

Respectfully submitted,

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
| Daniel H. Golden | |
| David M. Zensky | /s/ *William P. Bowden* |
| Philip C. Dublin | William P. Bowden (I.D. No. 2553) |
| One Bryant Park | Amanda M. Winfree (I.D. No. 4615) |
| New York, NY  10036 | Leigh-Anne M. Raport (I.D. No. 5055) |
| (212) 872-1000 | 500 Delaware Avenue, P.O. Box 1150 |
| | Wilmington, DE  19899 |
| | (302) 654-1888 |

*Counsel for Aurelius Capital Management, LP*