# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JUNE 7, 2012 AT 3:00 P.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

## CONTESTED MATTERS GOING FORWARD

1.  Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed April 17, 2012) (Docket No. 11399)[2]

    Objection Deadline: May 21, 2012 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Subject to the proposed modifications set forth in Docket No. 11747 (Agenda Item 1(u)).

Responses:

(a) Letter of Malcolm Berko (Filed May 11, 2012) (Docket No. 11600)[3]

(b) The State of Michigan, Department of Treasury's Objection to the Fourth Amended Plan of Reorganization for the Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co. L.P., and JPMorgan Chase Bank, NA (Filed May 21, 2012) (Docket No. 11652)

(c) The United States' Objection to Fourth Amended Joint Plan of Reorganization (Filed May 21, 2012) (Docket No. 11653)

(d) Missouri Department of Revenues Objection to Confirmation of Debtors' Fourth Amended Joint Plan of Reorganization (Filed May 21, 2012) (Docket No. 11656)

(e) Objection of Certain Former Directors and Officers to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed May 21, 2012) (Docket No. 11657)

(f) EGI-TRB LLC's Objection to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JPMorgan Chase Bank N.A. (Filed May 21, 2012) (Docket No. 11658)

(g) Objection of Citadel Equity Fund Ltd. and Camden Asset Management LP to Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed May 21, 2012) (Docket No. 11659)

(h) Limited Objection of Former Tribune Company Employees F. Ashley Allen, Catherine M. Hertz, Michael D. Slason, and Louis J. Stancampiano to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed May 21, 2012) (Docket No. 11661)

---

[3] The DCL Plan Proponents do not believe that this is a legitimate DCL Plan objection but include it herein out of an abundance of caution because it was styled as a response to the DCL Plan on the Court's docket.

(i) Objection of Aurelius Capital Management, LP to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed May 21, 2012) (Docket No. 11664)

(j) Objection of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, to the Fourth Amended Joint Debtor/Committee/Lender Plan (Filed May 21, 2012) (Docket No. 11666)

(k) Objection of Deutsche Bank Trust Company Americas, in Its Capacity as Successor Indenture Trustee, to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed May 21, 2012) (Docket No. 11667)

(l) Objection of Law Debenture Trust Company of New York to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. (Filed May 21, 2012) (Docket No. 11668)

(m) Limited Joinder of TM Retirees with Respect to Objections Filed by Deutsche Bank Trust Company Americas and Wilmington Trust Company to the Fourth Amended DCL Plan (Filed May 30, 2012) (Docket No. 11720)

(n) Statement of Robert R. McCormick Tribune Foundation and Cantigny Foundation in Response to Objection of Aurelius Capital Management, LP to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed May 31, 2012) (Docket No. 11725)

(o) Certain Directors' and Officers' Reply to the Objection of Aurelius Capital Management, LP to Confirmation of the Fourth Amended Joint Plan of Reorganization (Filed June 1, 2012) (Docket No. 11739)

(p) Certain Directors' and Officers' Joinder to the Statement of the Robert R. McCormick Tribune and Cantigny Foundations (Filed June 1, 2012) (Docket No. 11740)

46429/0001-8428575v2

(q) Bridge Agent's Reply, and Joinder to DCL Plan Proponents' Reply, to Objection of Aurelius Capital Management, LP to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed June 2, 2012) (Docket No. 11748)

(r) Supplemental Objection of Aurelius Capital Management, LP to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed June 4, 2012) (Docket No. 11753)

Related Documents:

(a) Opinion on Confirmation (Entered October 31, 2011) (Docket No. 10133); Order Denying Confirmation of Competing Plan (Entered October 31, 2011) (Docket No. 10134)

(b) Order Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan (Entered January 24, 2012) (Docket No. 10692)

(c) Supplemental Scheduling Order Relating to Discovery and the Submission of Evidence in Connection with Plan Confirmation (Entered March 6, 2012) (Docket No. 11096)

(d) DCL Plan Proponents' Disclosure of Identities of Expert Witnesses (Filed March 26, 2012) (Docket No. 11236)

(e) Second Supplemental Scheduling Order Relating to Plan Confirmation (Entered April 5, 2012) (Docket No. 11326)

(f) Notice of Filing of Supplemental Disclosure Document Relating to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed April 17, 2012) (Docket No. 11400)

46429/0001-8428575v2

(g)   Order (I) Approving Supplemental Disclosure Document; (II) Establishing Scope, Forms, Procedures, and Deadlines for Resolicitation and Tabulation of Votes to Accept or Reject DCL Plan From Certain Classes; (III) Authorizing Tabulation of Prior Votes and Elections on DCL Plan Made by Holders of Claims in Non-Resolicited Classes; (IV) Scheduling the Confirmation Hearing and Establishing Notice and Objection Procedures in Respect Thereof; and (V) Granting Related Relief (Entered April 17, 2012) (Docket No. 11419)

(h)   DCL Plan Proponents' Disclosure of Identities of Fact Witnesses (Filed April 20, 2012) (Docket No. 11443)

(i)   Debtors' Notice of Service (regarding Expert Reports) (Filed April 27, 2012) (Docket No. 11502)

(j)   Notice of Filing of Exhibits to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed May 4, 2012) (Docket No. 11545)

(k)   Affidavit of Solicitation Mailing (Filed May 10, 2012) (Docket No. 11594)

(l)   Debtors' Notice of Selection of the Litigation Trustee in Connection with the Fourth Amended Plan (Filed May 16, 2012) (Docket No. 11635)

(m)   Wilmington Trust Company's and Deutsche Bank Trust Company America's Notice of Designation of Litigation Trustee (Filed May 17, 2012) (Docket No. 11638)

(n)   Debtors' Notice of Service (regarding Supplemental Debtor/Committee/Lender Exhibit List for Use at Confirmation Hearing) (Filed May 22, 2012) (Docket No. 11672)

(o)   Certification of Publication of Notice of Confirmation Hearing (Filed May 29, 2012) (Docket No. 11704)

(p)   Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed May 29, 2012) (Docket No. 11711)

46429/0001-8428575v2

(q) Supplemental Declaration of Stephenie Kjontvedt on behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed By the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed June 1, 2012) (Docket No. 11737)

(r) Joint Pretrial Memorandum Related to the Confirmation of a Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed June 1, 2012) (Docket No. 11742)

(s) Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed June 1, 2012) (Docket No. 11745)

(t) Proposed Findings of Fact and Conclusions of Law in Support of Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed June 1, 2012) (Docket No. 11746)

(u) Notice of Filing of Proposed Amendments to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed June 1, 2012) (Docket No. 11747)

(v) Notice of Filing of Amended Exhibit 13.1 to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed June 2, 2012) (Docket No. 11750)

Status: After the DCL Plan Proponents have met and conferred with the objectors on June 5, the Debtors will submit by the end of the day on June 5 a notice to the Court identifying the un-resolved confirmation objections that will be argued, and the proposed order in which those un-resolved objections will be addressed by the various parties at the Confirmation Hearing. The Confirmation Hearing will be going forward.

46429/0001-8428575v2

2. Motion of Citadel Equity Fund Ltd. and Camden Asset Management for Reconsideration and/or Clarification of the Court's April 9, 2012 Memorandum and Order Regarding Allocation Disputes (Filed April 23, 2012) (Docket No. 11458)

   Objection Deadline: May 21, 2012 at 4:00 p.m.
   Reply Deadline: June 1, 2012 at 4:00 p.m.

   Responses:

   (a) Debtors' Response to Motion of Citadel Equity Fund Ltd. and Camden Asset Management for Reconsideration and/or Clarification of the Court's April 9, 2012 Memorandum and Order Regarding Allocation Disputes (Filed May 21, 2012) (Docket No. 11660)

   (b) Joinder of Oaktree Capital Management, L.P., and Angelo Gordon & Co., L.P. to Debtors' Response to Motion of Citadel Equity Fund Ltd. and Camden Asset Management for Reconsideration and/or Clarification of the Court's April 9, 2012 Memorandum and Order Regarding Allocation Disputes (Filed May 21, 2012) (Docket No. 11662)

   (c) Joinder of JPMorgan Chase Bank, N.A. to Debtors' Response to Motion of Citadel Equity Fund Ltd. and Camden Asset Management for Reconsideration and/or Clarification of the Court's April 9, 2012 Memorandum and Order Regarding Allocation Disputes (Filed May 21, 2012) (Docket No. 11663)

   (d) Objection of Aurelius Capital Management, LP to Motion of Citadel Equity Fund Ltd. and Camden Asset Management for Reconsideration and/or Clarification of the Court's April 9, 2012 Memorandum and Order Regarding Allocation Disputes (Filed May 21, 2012) (Docket No. 11665)

   (e) Reply of Citadel Equity Fund Ltd. and Camden Asset Management LP in Support of Their Motion for Reconsideration and/or Clarification (Filed June 1, 2012) (Docket No. 11741)

   Related Documents:

   (a) Memorandum Regarding Allocation Disputes (Entered April 9, 2012) (Docket No. 11337)

   (b) Order Scheduling Hearing on Motion of Citadel Equity Fund Ltd. and Camden Asset Management for Reconsideration and/or Clarification of the Court's April 9, 2012 Memorandum and Order Regarding Allocation Disputes (Entered May 4, 2012) (Docket No. 11534)

   Status: This matter will be going forward.

Dated: June 5, 2012

          SIDLEY AUSTIN LLP
          James F. Conlan
          Bryan Krakauer
          Kevin T. Lantry
          Jessica C.K. Boelter
          One South Dearborn Street
          Chicago, IL 60603
          Telephone: (312) 853-7000

          James F. Bendernagel, Jr.
          Ronald S. Flagg
          1501 K St., N.W.
          Washington, D.C. 20005
          Telephone: (202) 736-8000

          -and-

          COLE, SCHOTZ, MEISEL,
          FORMAN & LEONARD, P.A.

By: _/s/ Kate Stickles_____
          Norman L. Pernick (No. 2290)
          J. Kate Stickles (No. 2917)
          500 Delaware Avenue, Suite 1410
          Wilmington, DE 19801
          Telephone: (302) 652-3131

          ATTORNEYS FOR DEBTORS
          AND DEBTORS IN POSSESSION