IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-13187 |
| | § | |
| **LOS ANGELES TIMES NEWSPAPERS, INC.** | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
## OF PROOF OF CLAIM NO. 28

**YOU ARE HEREBY NOTIFIED** that Harris County's claim no.28 in the amount of **71.01** is **WITHDRAWN**. The taxes are paid.

Date: 6-4-12

Respectfully submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP

JOHN P. DILLMAN
State Bar No. 05874400
TARA L. GRUNDEMEIER
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3400 - Telephone
(713) 844-3503 - Telecopier

*Counsel for Harris County*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO 08-13187 |
| | § | |
| **LOS ANGELES TIMES NEWSPAPER, INC.** | § | |
| | | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Harris County's Notice of Withdrawal of Proof of Claim No.28** Shall be served via electronic means if available, otherwise by regular, first class mail upon the following entities on ___6-4-12___

Debtor(s)

Los Angeles Times Newspapers, Inc.
435 North Michigan Avenue
Chicago, IL 60611

Attorney in Charge for Debtor(s)

Norman L. Pernick
1000 N. West
Suite 1200
Wilmington, DE 19801

Trustee

U.S. Trustee
844 King Street
Room 2207 Lockbox #35
Wilmington, DE 19899

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

_____
**JOHN P. DILLMAN**
State Bar No. 05874400
**TARA L. GRUNDEMEIER**
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - Telephone
(713) 844-3503 - Telecopier

*Counsel for Harris County*