# Exhibit A



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

May 31, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:283386
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through April 30, 2012.

| | | |
|---|---|---|
| By Graeme W. Bush<br>0.90 hours at $875.00 per hour | $ | 787.50 |
| By James Sottile<br>46.50 hours at $790.00 per hour | $ | 36,735.00 |
| By Andrew N. Goldfarb<br>24.10 hours at $640.00 per hour | $ | 15,424.00 |
| By P. Andrew Torrez<br>9.30 hours at $610.00 per hour | $ | 5,673.00 |
| By Andrew Caridas<br>1.10 hours at $375.00 per hour | $ | 412.50 |
| By Lisa Medoro<br>9.20 hours at $280.00 per hour | $ | 2,576.00 |
| TOTAL FEES | $ | 61,608.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 61,608.00 |

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC

May 31, 2012                                                                                    Page 2
DESCRIPTION OF SERVICES                                              CLIENT: 12464
                                                                                    MATTER: 0001


James Sottile

| | | |
|---|---|---|
| 04/02/12 | 1.10 | Edit Advisor claims complaint. |
| 04/02/12 | 0.20 | Call with E. Moskowitz (Davis Polk) re Plan amendments requested by Aurelius. |
| 04/03/12 | 0.30 | Participate in weekly Committee professionals' call about status of bankruptcy and litigation proceedings. |
| 04/03/12 | 0.50 | Call with D. Zensky (Akin), R. Lack (Friedman Kaplan) and J. Teitelbaum (Teitelbaum & Baskin) re strategy for MDL litigation. |
| 04/04/12 | 0.90 | Meeting with J. Teitelbaum (Teitelbaum & Baskin) re strategy for MDL proceedings. |
| 04/09/12 | 1.00 | Review FitzSimons complaint and analyze potential motions to dismiss. |
| 04/09/12 | 0.40 | Call with M. Hurley and D. Newman (Akin), J. Teitelbaum (Teitelbaum & Baskin), R. Lack (Friedman Kaplan) and A. Goldfarb re strategy for MDL proceedings. |
| 04/09/12 | 0.70 | Review and analyze requests for dismissal from various shareholder defendants. |
| 04/09/12 | 0.20 | Call with D. Deutsch (Chadbourne) re threshold motion on dismissal of certain shareholders. |
| 04/10/12 | 0.40 | Participate in weekly Committee professionals' call re status of bankruptcy and litigation proceedings. |
| 04/10/12 | 0.40 | Participate in call with DCL counsel re Plan amendments. |
| 04/10/12 | 0.80 | Review and analyze opinion re allocation disputes for bankruptcy plan. |
| 04/10/12 | 0.40 | Review/analyze status of service on shareholders and next steps in FitzSimons. |
| 04/10/12 | 1.70 | Further analysis of potential dispositive motions from defendants on FitzSimons and legal research re same. |
| 04/11/12 | 1.00 | Two conference calls with DCL counsel re Plan amendments and revisions to supplement disclosure document. |
| 04/11/12 | 0.50 | Call with D. Golden (Akin) and K. Lantry (Sidley) re Plan amendment issues. |
| 04/11/12 | 0.70 | Draft/edit Plan amendments. |

| 04/11/12 | 1.00 | Review/analyze draft Plan amendments and revisions to supplemental disclosure document. |
| 04/11/12 | 0.20 | Call with E. Moskowitz and M. Russano (Davis Polk) re Plan amendments. |
| 04/11/12 | 0.20 | Call with J. Teitelbaum (Teitelbaum & Baskin) re Litigation Trust issues. |
| 04/11/12 | 0.20 | E-mail correspondence with D. Golden (Akin) re Plan amendment issues. |
| 04/11/12 | 0.80 | Further analysis of Bar Order issues in connection with potential Plan amendments, including review of key cases. |
| 04/12/12 | 0.60 | Participate in telephonic meeting of Creditors Committee. |
| 04/12/12 | 0.10 | Call with D. Golden (Akin) re Plan amendments. |
| 04/12/12 | 1.60 | Call with D. Golden (Akin), K. Lantry and J. Boelter (Sidley) re Plan amendment issues. |
| 04/12/12 | 0.30 | Call with K. Lantry and J. Boelter (Sidley) re Plan amendment issues. |
| 04/12/12 | 1.50 | Review revised drafts of Plan and supplemental disclosure document and analyze remaining issues raised by Aurelius. |
| 04/12/12 | 0.30 | Call with J. Johnston (Dewey LeBoeuf) re Plan amendment issues. |
| 04/12/12 | 0.20 | Call with E. Moskowitz and M. Russano (Davis Polk) re Plan amendment issues. |
| 04/12/12 | 0.20 | Call with M. Russano (Davis Polk) re issues on Plan release language. |
| 04/12/12 | 0.90 | Close analysis of Plan release language and related definitions in response to comments from Aurelius. |
| 04/12/12 | 0.20 | Calls with M. Hurley (Akin) re release issues in Plan language. |
| 04/12/12 | 0.20 | E-mail correspondence with E. Moskowitz and M. Russano (Davis Polk) re issues on Plan release language. |
| 04/13/12 | 0.70 | Draft Plan amendment language to address release issues. |
| 04/13/12 | 0.80 | Call with Aurelius counsel and J. Teitelbaum (Teitelbaum & Baskin) re motions and scheduling for MDL litigation. |
| 04/13/12 | 0.80 | Review/analyze Plan amendments. |
| 04/13/12 | 0.90 | Further analysis of release issues raised by Aurelius and close analysis of relevant Plan language. |

May 31, 2012

| | | |
|---|---|---|
| 04/16/12 | 1.20 | Prepare for disclosure statement hearing. |
| 04/16/12 | 1.00 | Participate in disclosure statement hearing. |
| 04/16/12 | 0.50 | Meeting with DCL counsel to revise Plan and disclosure statement language in light of hearing and discuss next steps. |
| 04/16/12 | 0.20 | E-mail correspondence with DCL counsel re Plan revisions in light of disclosure statement hearing. |
| 04/17/12 | 0.50 | Call with D. Zensky (Akin) and R. Lack (Friedman Kaplan) re next steps in MDL. |
| 04/17/12 | 0.30 | Call with J. Parver (Kaye Scholer) re Plan amendments. |
| 04/17/12 | 0.70 | Review pleadings in Zell Illinois cases. |
| 04/18/12 | 0.20 | Call with D. Deutsch (Chadbourne) re dismissal of shareholders who received less than threshold amount. |
| 04/18/12 | 0.30 | Call with D. Rath (Landis Rath) and A. Goldfarb re service issues in FitzSimons. |
| 04/18/12 | 0.30 | Review draft letter from Akin re MDL scheduling and e-mail correspondence with Akin re same. |
| 04/18/12 | 2.70 | Research and outline arguments in response to likely motions directed at FitzSimons. |
| 04/18/12 | 0.60 | Research potential Litigation Trustee candidates. |
| 04/19/12 | 1.60 | Review old draft of Litigation Trust Agreement and examples from other cases to identify key issues to address in revised version. |
| 04/20/12 | 0.50 | Call with D. Golden and K. Lantry (Akin) re Plan amendment issues. |
| 04/20/12 | 0.50 | Analyze Plan amendments proposed by Aurelius. |
| 04/23/12 | 0.30 | Call with J. Bendernagel (Sidley) re Plan confirmation issues. |
| 04/23/12 | 0.40 | Review/analyze Litigation Trust Confidentiality Agreement. |
| 04/23/12 | 0.80 | Review case law on 546(e) issue for FitzSimons. |
| 04/24/12 | 0.30 | Edit certification of counsel re dismissal of shareholders receiving less than threshold amount from FitzSimons. |
| 04/24/12 | 0.80 | Analysis of additional Plan amendments sought by Noteholders. |
| 04/24/12 | 0.70 | Draft potential revisions to plan release provisions. |
| 04/25/12 | 1.80 | Further analysis of potential dispositive motions by defendants in FitzSimons, research re key arguments. |

May 31, 2012                                                                                          Page 5

| | | |
|---|---|---|
| 04/26/12 | 0.30 | Review/analyze draft letter to Judge Pauley re MDL case management. |
| 04/26/12 | 0.30 | Review motion for reconsideration filed by certain PHONES holders. |
| 04/26/12 | 1.10 | Work on proposed revisions to Litigation Trust Agreement. |
| 04/26/12 | 0.90 | Work on revisions to Litigation Trust Confidentiality and Cooperation Agreement. |
| 04/26/12 | 0.30 | Draft note to Committee re MDL case management. |
| 04/26/12 | 0.20 | E-mail correspondence with Chadbourne re MDL case management. |
| 04/27/12 | 1.50 | Edit Litigation Trust Cooperation Agreement. |
| 04/27/12 | 0.20 | Call with M. Hurley (Akin) re proposal to Judge Pauley re MDL case management. |
| 04/30/12 | 0.30 | Edit motion re dismissal of shareholders who received less than threshold from FitzSimons. |
| 04/30/12 | 0.20 | Call with J. Bendernagel (Sidley) re litigation trust issues. |
| 04/30/12 | 0.20 | Call with J. Teitelbaum (Teitelbaum & Baskin) re litigation trust issues. |
| 04/30/12 | 0.30 | Review revised draft of letter to Judge Pauley re MDL case management and e-mail correspondence with MDL plaintiffs' counsel re same. |
| 04/30/12 | 0.20 | Call with D. Deutsch (Chadbourne) re dismissal from FitzSimons of shareholders that received less than threshold. |
| 04/30/12 | 0.30 | E-mail correspondence with D. Golden (Akin) and J. Teitelbaum (Teitelbaum & Baskin) and DCL counsel re Litigation Trust Advisory Board and Litigation Trustee. |
| 04/30/12 | 1.10 | Review new draft of Litigation Trust Agreement. |

P. Andrew Torrez

| | | |
|---|---|---|
| 04/02/12 | 0.10 | Review notice and amended notice of status conference regarding solicitation procedures and motion for relief from stay. |
| 04/03/12 | 0.30 | Review report summarizing 2012 Management Incentive Program. |
| 04/05/12 | 0.10 | Review notice of filing complaint in Advisor claims adversary proceeding. |

| | | |
|---|---|---|
| 04/05/12 | 0.30 | Review revised proposed timeline regarding solicitation and confirmation of DCL plan. |
| 04/06/12 | 0.20 | Review April 5 meeting minutes. |
| 04/11/12 | 1.10 | Review memorandum summarizing court's ruling with respect to allocation disputes. |
| 04/11/12 | 0.10 | Review weekly status update. |
| 04/12/12 | 2.50 | Review Fourth Amended DCL Plan and blackline amendments to Third Amended DCL Plan. |
| 04/12/12 | 0.80 | Review supplemental disclosure statement and exhibits. |
| 04/12/12 | 0.10 | Review agenda for court hearing. |
| 04/13/12 | 0.50 | Review court's order regarding allocation disputes. |
| 04/16/12 | 1.10 | Review blackline of Amended DCL Plan. |
| 04/17/12 | 0.70 | Review Fourth Amended Joint Plan of Reorganization and supplemental disclosures, and proposed order. |
| 04/17/12 | 0.20 | Review correspondence from court and various fee applications. |
| 04/23/12 | 0.10 | Review order approving supplemental disclosure document. |
| 04/23/12 | 0.10 | Review notice of interim fee application. |
| 04/23/12 | 0.80 | Review Wilmington Trust's motion for leave to appeal court's decision on allocation disputes and supporting documents. |
| 04/30/12 | 0.20 | Review of memorandum re Zuckerman Spaeder representation as to PIMCO and related entities. |

Andrew N. Goldfarb

| | | |
|---|---|---|
| 04/02/12 | 0.20 | Review additional proposed changes to Advisor complaint. |
| 04/02/12 | 0.20 | Emails with J. Green (LRC) re preparation of Advisor complaint, notice, and blackline. |
| 04/02/12 | 0.20 | Call with J. Clark re sending files to J. Green (LRC). |
| 04/02/12 | 0.20 | Review shareholder discovery files and respond to K. Scully (Akin) re shareholder information request. |
| 04/03/12 | 1.30 | Prepare, finalize, and file notice of tag along for Advisor action with MDL Panel, including accompanying papers. |
| 04/03/12 | 0.10 | Send tag-along notice papers to counsel for CGMI (Paul Weiss) and Merrill (Kaye Scholer). |

| | | |
|---|---|---|
| 04/03/12 | 0.10 | Emails with J. Green (LRC) re filing of Advisor claims action. |
| 04/05/12 | 0.30 | Review and circulate to various counsel the MDL conditional transfer order for Advisor action and related briefing schedule. |
| 04/06/12 | 0.20 | Call with M. Walsh (Weil) re Morgan Stanley shareholder discovery in FitzSimons. |
| 04/06/12 | 0.10 | Email to D. Rath (LRC) and J. Sottile re call with M. Walsh (Weil) re FitzSimons discovery. |
| 04/06/12 | 0.30 | Review and circulate MDL orders and briefing schedule to counsel for Advisors, and co-counsel. |
| 04/09/12 | 0.70 | Review subpoena responses for FitzSimons shareholder discovery. |
| 04/09/12 | 0.30 | Call with J. Green (LRC) re shareholder discovery progress in FitzSimons. |
| 04/09/12 | 0.40 | Call with MDL plaintiffs' counsel (Akin, Friedman Kaplan, Teitelbaum) and J. Sottile re MDL coordination. |
| 04/09/12 | 0.10 | Call to E. Moskowitz (DPW) re shareholder production in FitzSimons. |
| 04/09/12 | 0.40 | Research status of Committee claims against Barclays and Deutsche Bank. |
| 04/09/12 | 0.20 | Emails to counsel for Advisor action defendants (Kaye Scholer, Paul Weiss) re accepting service of complaint. |
| 04/09/12 | 0.10 | Call with E. Jones (OMM) re Advisor action service for Merrill defendant. |
| 04/10/12 | 0.20 | Email J. Green (LRC) suggested revisions to communication re shareholder discovery production in FitzSimons. |
| 04/10/12 | 0.30 | Participate in weekly professionals' call re status of bankruptcy and litigation proceedings. |
| 04/10/12 | 0.10 | Confer with A. Caridas re Charter Trust situation in FitzSimons. |
| 04/10/12 | 0.40 | Email D. Rath and J. Green (LRC) and J. Sottile re email from R. Lack (Friedman Kaplan) about shareholder discovery and productions in FitzSimons. |
| 04/10/12 | 0.50 | Email to R. Lack (Friedman Kaplan) responding to email about shareholder discovery and productions in FitzSimons. |

May 31, 2012                                                                                    Page 8

| 04/10/12 | 0.20 | Confer with J. Sottile re service of FitzSimons complaints, proceeds threshold. |
| 04/10/12 | 0.30 | Emails with J. Sottile re representation of PIMCO entities in Tribune. |
| 04/10/12 | 0.20 | Review and respond to J. Green (LRC) emails re Jenner/Zell subpoena to Committee and FitzSimons complaint service. |
| 04/10/12 | 0.20 | Call with E. Moskowitz (DPW) re FitzSimons shareholder discovery/production. |
| 04/11/12 | 0.30 | Call with J. Green (LRC) re MDL and service issues in FitzSimons. |
| 04/11/12 | 0.20 | Review CGMI and Merrill objections to CTO-4 in MDL and briefing schedule re same. |
| 04/11/12 | 0.40 | Email J. Green (LRC) re threshold motion strategy for FitzSimons. |
| 04/12/12 | 0.10 | Email J. Green (SVG) re PIMCO representation. |
| 04/13/12 | 0.60 | Participate in call with J. Parver (Kay Scholer), J. Teitelbaum (Teitelbaum & Baskin), J. Sottile, A. Entwistle, M. Hurley (Akin), and B. Lack (Friedman Kaplan) re potential agreed structure to briefing schedule. |
| 04/16/12 | 0.40 | Draft memorandum to Committee re PIMCO defendants and modification of appearance. |
| 04/16/12 | 0.30 | Revise draft notice modifying appearance as to PIMCO. |
| 04/16/12 | 0.10 | Call with A. Zigman (Weil) re Morgan Stanley entities' shareholder production in FitzSimons. |
| 04/16/12 | 0.10 | Email to LRC and J. Sottile re call with Weil re Morgan Stanley entities' shareholder production in FitzSimons. |
| 04/16/12 | 0.10 | Email to A. Zigman (Weil) with follow-up response to call re FitzSimons production from Morgan Stanley. |
| 04/17/12 | 0.70 | Call with R. Lack (Friedman Kaplan) re shareholder discovery information in FitzSimons. |
| 04/17/12 | 0.20 | Obtain and review Zell action pleadings. |
| 04/17/12 | 1.20 | Draft letter to Judge Pauley re Committee role in MDL. |
| 04/17/12 | 0.50 | Research for response to email from H. Neier (Friedman Kaplan) re certain bank defendants in FitzSimons. |
| 04/17/12 | 0.30 | Email to J. Sottile and LRC re call with B. Lack (Friedman Kaplan) re FitzSimons discovery issues. |

| 04/17/12 | 0.30 | Review chart of defendants potentially to be dismissed from FitzSimons. |
| 04/17/12 | 0.10 | Email to J. Green (LRC) re chart of potentially dismissed defendants. |
| 04/17/12 | 0.10 | Email to J. Green (LRC) re status of service in SDNY for FitzSimons. |
| 04/17/12 | 0.20 | Call with J. Green (LRC) re FitzSimons service issues in SDNY. |
| 04/17/12 | 0.10 | Call and email with A. Moloney (Bingham) re counsel for State Street Bank in FitzSimons. |
| 04/17/12 | 0.40 | Research LRC's T drive file for status of service on certain Morgan Stanley funds in FitzSimons. |
| 04/18/12 | 0.80 | Call with D. Rath, R. Cobb, and J. Green (LRC) and J. Sottile re FitzSimons discovery and proceeds threshold issues. |
| 04/18/12 | 0.30 | Emails with E. Moskowitz (DPW) re JPM production and service in FitzSimons. |
| 04/18/12 | 0.20 | Confer with J. Sottile re status of various Tribune projects. |
| 04/18/12 | 0.30 | Review SDNY Local Rules re service and summonses. |
| 04/18/12 | 0.10 | Email to J. Green (LRC) re SDNY rules research. |
| 04/19/12 | 2.00 | Draft and edit COC re threshold. |
| 04/19/12 | 0.10 | Email S. Sulkowski (Milbank) re additional FitzSimons shareholder discovery issues. |
| 04/20/12 | 0.40 | Prepare draft proposed order for COC on threshold. |
| 04/20/12 | 0.20 | Revise draft COC and send to J. Sottile. |
| 04/20/12 | 0.30 | Call with S. Sulkowski (Milbank) re clients' shareholder production in FitzSimons. |
| 04/20/12 | 0.30 | Email to J. Sottile and LRC re conference call with Sulkowski (Milbank). |
| 04/20/12 | 0.20 | Review case on foreign affiliate discovery obligations for FitzSimons. |
| 04/23/12 | 0.20 | Revise draft summons with MDL form. |
| 04/23/12 | 0.10 | Email LRC and J. Sottile re proposed revisions to draft summons. |
| 04/25/12 | 0.30 | Call with D. Rath (LRC) re COC strategy on litigation LBO proceeds threshold in FitzSimons. |

May 31, 2012                                                                                           Page 10

| 04/25/12 | 0.10 | Email J. Sottile re call with D. Rath (LRC) on litigation threshold strategy for FitzSimons. |
| 04/25/12 | 0.20 | Call and emails with S. Perkins (Steptoe) re potential personnel conflict related to FitzSimons. |
| 04/26/12 | 0.20 | Review J. Sottile emails re MDL plaintiffs' response to defendants' organizational filing. |
| 04/26/12 | 0.50 | Revise COC to convert to motion on litigation threshold in FitzSimons. |
| 04/27/12 | 0.30 | Call with R. Cobb (LRC) re threshold motion for FitzSimons. |
| 04/27/12 | 0.20 | Revise and send draft FitzSimons threshold motion to LRC and D. Deutsch (C&P) for review. |
| 04/27/12 | 0.20 | Email to R. Cobb and D. Rath (LRC) re legal arguments for threshold motion in FitzSimons. |
| 04/27/12 | 0.10 | Call with D. Deutsch (C&P) re draft threshold motion for FitzSimons. |
| 04/27/12 | 0.10 | Review transcript from 4/25 Bankruptcy Court hearing. |
| 04/29/12 | 0.10 | Revise PIMCO memorandum to Committee re Zuckerman Spaeder's scope of representation. |
| 04/29/12 | 0.10 | Send PIMCO memorandum to Committee to C&P for posting. |
| 04/30/12 | 0.70 | Further revise motion for threshold and proposed order in FitzSimons per D. Deutsch (C&P) comments. |
| 04/30/12 | 0.10 | Email draft motion for threshold in FitzSimons to Noteholders' and Debtors' counsel. |
| 04/30/12 | 0.20 | Update draft Committee letter to Judge Pauley in MDL. |
| 04/30/12 | 0.70 | Revise motion for threshold in FitzSimons re LRC and C&P comments. |

Graeme W. Bush

| 04/11/12 | 0.30 | E-mail exchanges with J. Sottile and debtor's counsel on Plan supplement draft issues. |
| 04/26/12 | 0.30 | Confer with J. Sottile regarding FitzSimons transfer to MDL and related proceedings. |
| 04/30/12 | 0.30 | Review e-mails from Chadbourne & Parke regarding hearing, memorandum to UCC and UCC professionals' telephone conference. |

May 31, 2012                                                                                          Page 11

Andrew Caridas

04/10/12          1.10    Communications with counsel regarding Charter Trust
                          arrangement in FitzSimons.


Lisa Medoro

04/02/12          1.50    Review, edit and revise A31-A60 spreadsheet for FitzSimons
                          subpoena recipients and list of entities that require follow up.

04/16/12          6.00    Review, edit and revise complaint service tracking
                          spreadsheet to account for return receipts received and
                          packages returned in lender action.

04/26/12          1.50    Edit and revise complaint tracking spreadsheet to account for
                          return receipts received from international entities in lender
                          action.

04/27/12          0.20    Edit and revise chart of defendants that a certificate of service
                          was filed with court in lender action.



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800   202.822.8106 fax   www.zuckerman.com

May 31, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:283387
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through April 30, 2012.

By Andrew N. Goldfarb
    2.10  hours at  $640.00  per hour

$      1,344.00

| | |
|---|---|
| TOTAL FEES | $      1,344.00 |
| TOTAL EXPENSES | $         0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $      1,344.00 |

May 31, 2012                                                                                    Page 2

DESCRIPTION OF SERVICES                                                CLIENT: 12464
                                                                       MATTER: 0002


Andrew N. Goldfarb

| | | |
|---|---|---|
| 04/02/12 | 0.20 | Review 31st Zuckerman Spaeder fee application. |
| 04/09/12 | 0.30 | Review fee Examiner's final report on Zuckerman Spaeder's 5th interim fee application. |
| 04/09/12 | 0.20 | Begin preparation of Zuckerman Spaeder 10th interim fee application. |
| 04/10/12 | 0.10 | Confer with J. Clark re preparation of 10th interim fee application. |
| 04/11/12 | 0.90 | Draft and finalize 10th interim fee app. |
| 04/17/12 | 0.10 | Email to fee Examiner re Zuckerman Spaeder 31st monthly fee application. |
| 04/17/12 | 0.20 | Email to V. Garlati (Tribune) re Zuckerman Spaeder 30th monthly fee application. |
| 04/17/12 | 0.10 | Email to P. Ratkowiak (Sidley) re proposed order on 5th interim fee application. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

May 31, 2012

Tribune Company                                                    Invoice:283388
c/o Kenneth P. Kansa                                                Client: 12464
Sidley Austin LLP                                                  Matter: 0003
One South Dearborn                                              EIN: 52-1112263
Chicago, IL 60603

Re: Special Counsel / Non-Working Travel Time

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through April 30, 2012.

By James Sottile
    4.00  hours at  $790.00  per hour           $       3,160.00

|  |  |
|---|---|
| TOTAL FEES | $    3,160.00 |
| Less Professional Courtesy | $   -1,580.00 |
| TOTAL FEES | $    1,580.00 |
| TOTAL EXPENSES | $       0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $    1,580.00 |

BALTIMORE         NEW YORK         TAMPA         WASHINGTON, DC

May 31, 2012                                                                                                    Page 2

DESCRIPTION OF SERVICES                                                          CLIENT: 12464
                                                                                                        MATTER: 0003


James Sottile
04/16/12                    4.00   Travel to/from Wilmington for disclosure statement hearing.