# Exhibit B

Tribune Company, et al., 08-13141 (KJC)
Zuckerman Spaeder LLP
33rd Monthly Fee Application
Period 4/1/12 - 4/30/12

| EXPENSES | AMOUNT | | DATE OF SERVICE | | TOTALS | |
|---|---|---|---|---|---|---|
| **TRAVEL** | | | | | | |
| | $ | 351.00 | 4/30/2012 | JS | | |
| | | | | | | |
| Total | $ | 351.00 | | | $ | 351.00 |
| **MEALS** | | | | | | |
| | $ | 101.50 | 4/30/2012 | JS | | |
| | | | | | | |
| Total | $ | 101.50 | | | $ | 101.50 |
| **DOCKET RESEARCH** | | | | | | |
| Westlaw Research | $ | 114.97 | 3/31/2012 | | | |
| LexusNexis Risk Data Management | $ | 16.35 | 4/10/2012 | | | |
| Pacer Service Center | $ | 14.08 | 4/30/2012 | | | |
| Pacer Service Center | $ | 9.60 | 4/30/2012 | | | |
| | | | | | | |
| Total | $ | 155.00 | | | $ | 155.00 |
| **COURT REPORTERS** | | | | | | |
| TSG Reporting Inc. | $ | 288.70 | 4/11/2012 | | | |
| | | | | | | |
| Total | $ | 288.70 | | | $ | 288.70 |
| **COURIERS** | | | | | | |
| Federal Express | $ | 527.30 | 4/3/2012 | | | |
| Federal Express | $ | 18.24 | 4/17/2012 | | | |
| | | | | | | |
| Total | $ | 545.54 | | | $ | 545.54 |
| **INHOUSE PHOTOCOPIES** | | | | | | |
| | $ | 0.30 | 4/26/2012 | | | |
| | | | | | | |
| Total | $ | 0.30 | | | $ | 0.30 |
| **POSTAGE** | | | | | | |
| | $ | 0.45 | 4/2/2012 | | | |
| | $ | 5.20 | 4/6/2012 | | | |
| | $ | 5.20 | 4/6/2012 | | | |
| | | | | | | |
| Total | $ | 10.85 | | | $ | 10.85 |
| **LONG DISTANCE CALLS** | | | | | | |
| | $ | 0.12 | 4/9/2012 | | | |
| | $ | 0.36 | 4/9/2012 | | | |
| | $ | 0.36 | 4/9/2012 | | | |
| | $ | 1.92 | 4/9/2012 | | | |
| | $ | 0.12 | 4/10/2012 | | | |
| | $ | 2.64 | 4/11/2021 | | | |
| | $ | 0.12 | 4/16/2012 | | | |
| | $ | 4.56 | 4/17/2012 | | | |
| | $ | 5.16 | 4/18/2012 | | | |
| | $ | 0.36 | 4/19/2012 | | | |
| | $ | 0.72 | 4/20/2012 | | | |
| | $ | 0.12 | 4/27/2012 | | | |
| | | | | | | |
| Total | $ | 16.56 | | | $ | 16.56 |
| | | | | | | |
| | | | | | | |
| **GRAND TOTAL** | | | | | $ | 1,469.45 |