# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>Related to Docket Nos. 11399, 11545, 11747, 11750<br>Status Conference: June 6, 2012 at 3:00 p.m.<br>Confirmation Hearing: June 7, 2012 at 3:00 p.m. |

## NOTICE OF FILING OF PROPOSED SEQUENCE FOR ADDRESSING UNRESOLVED OBJECTIONS AT CONFIRMATION HEARING

Pursuant to the Second Supplemental Scheduling Order Relating to Plan Confirmation (Docket No. 11326), a hearing on confirmation (the "Confirmation Hearing") of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Fourth Amended DCL

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Plan") (Docket Nos. 11399 and 11747) is scheduled to commence on June 7, 2012 at 3:00 p.m. (Eastern Time) before the Honorable Kevin J. Carey, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.[2]

On June 5, 2012, the DCL Plan Proponents conducted a telephonic meet and confer session (the "Meet and Confer") with those parties who filed objections (the "Objectors") to confirmation of the Fourth Amended DCL Plan. During the Meet and Confer, the DCL Plan Proponents and those Objectors participating in the Meet and Confer (i) identified the unresolved objections to confirmation of the Fourth Amended Plan that will be argued during the Confirmation Hearing and (ii) discussed a proposed sequence in which the unresolved objections to confirmation of the Fourth Amended Plan would be addressed by the applicable parties at the Confirmation Hearing. Attached hereto is a proposed sequence for addressing unresolved objections and the parties that intend to present arguments at the Confirmation Hearing, which the DCL Plan Proponents believe is consistent with the understanding of the parties as a result of the Meet and Confer.

Dated: Wilmington, Delaware
       June 5, 2012

                            SIDLEY AUSTIN LLP
                            James F. Conlan
                            Bryan Krakauer
                            Kevin T. Lantry
                            Jessica C.K. Boelter
                            One South Dearborn Street
                            Chicago, Illinois 60603
                            Telephone: (312 853-7000
                            Telecopier: (312) 853-7036

---

[2] The Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. are referred to collectively herein as the "DCL Plan Proponents."

46429/0001-8588993v1

– and –

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

/s/ *J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Telecopier: (302) 652-3117

*Counsel for Debtors and Debtors In Possession*

CHADBOURNE & PARKE LLP
Howard Seife
David M. LeMay
Andrew Rosenblatt
30 Rockefeller Plaza
New York, New York 10112
Telecopier: (212) 541-5369

– and –

LANDIS RATH & COBB LLP

/s/ *Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telecopier: (302) 467-4450

– and –

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Telecopier: (202) 822-8106

Counsel for the Official Committee of
Unsecured Creditors

46429/0001-8588993v1

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 243-2400
Facsimile: (213) 243-2539

– and –

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

*/s/  M. Blake Cleary*
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telecopier: (302) 571-1253

*Counsel for Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.*

WILMER CUTLER PICKERING HALE
& DORR LLP
Andrew Goldman
399 Park Avenue
New York, New York 10022
Telecopier: (212) 220-8888

*Co-Counsel for Angelo, Gordon & Co., L.P.*

DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Damian Schaible
450 Lexington Avenue
New York, New York 10017
Telecopier: (212) 701-5800

– and –

46429/0001-8588993v1

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Drew G. Sloan*
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19801
Telecopier: (302) 651 7701

*Counsel for JPMorgan Chase Bank, N.A.*

46429/0001-8588993v1

## Proposed Sequence for Addressing Unresolved Objections at Tribune's Confirmation Hearing[1]

1. Objection to Classification of Swap Claim: *Law Debenture*; *DCL Plan Proponents*

2. Objection to Classification of Senior Notes Indenture Trustee Attorney's Fees Claims: *Law Debenture*; *DCL Plan Proponents*

3. Objection to Classification of Tendering Noteholder Claims, and Other Issues Raised in Tendering Noteholders' Motion to Reconsider: *Tendering Noteholders*, *DCL Plan Proponents*, *Aurelius*, and *WTC*

4. Objections Requesting Establishment of Reserves for the PHONES and EGI-TRB Claims: *EGI-TRB*, *WTC*, and *DCL Plan Proponents*

5. Objection to Not Indemnifying Former Employees Who are Preference Defendants: *Certain Former Employees*; *DCL Plan Proponents*

6. Objection to Process of Allowing Lender Fees: *Aurelius*, *Law Debenture*, *DCL Plan Proponents*, and *Bridge Lenders*

7. Objections to Certain Plan Language

   a. Plan's Release Language (§ 1.1.67; § 1.1.199): *Aurelius* and *DCL Plan Proponents*

   b. Plan's Neutrality on Parties' Rights in Disclaimed State Law Avoidance Claims and the Preservation of Indentures for Purposes of Ongoing Litigation (§ 5.8.2): *Aurelius*, *Robert R. McCormick Tribune Foundation and Cantigny Foundation*, *Certain Directors and Officers*, and *DCL Plan Proponents*

8. Objections Involving Litigation Trust

   a. Litigation Trust Loan
      i) $20 million Loan Rather than Contribution to Litigation Trust: *DBTCA*; *DCL Plan Proponents*
      ii) Objections to Structure of Loan Agreement: *Aurelius*, *WTC*, and *DCL Plan Proponents*

---

[1] The short-hand descriptions of the objections set forth in this document are in no way intended to modify or otherwise alter the arguments set forth in the objections filed by the respective parties.

    b. Cap on Litigation Trust's Expense Fund After Loan Repayment: *Aurelius, WTC,* and *DCL Plan Proponents*

    c. Scope and Amount of Compensation and Attorney's Fees for Trust Advisory Committee Members: *DBTCA, WTC, TM Retirees,* and *DCL Plan Proponents*

    d. Should Litigation Trustee Have Right to Seek Modification of Plan or Confirmation Order: *Aurelius; DCL Plan Proponents*

    e. Litigation Trust Confidentiality and Common Interest Agreement and Transfer of Debtors' Privileges and Cooperation with Litigation Trust: *Aurelius, WTC, Certain Directors and Officers, TM Retirees,* and *DCL Plan Proponents*

    f. Committee's Transfer of Privileges and Documents to Litigation Trust: *WTC, Aurelius, Certain Directors and Officers, TM Retirees,* and *DCL Plan Proponents*

9. Objections Believed to be Resolved Through Changes to Plan, Confirmation Order, or Litigation Trust Agreement

    a. Deutsche Bank's MSCS Issue: *DBTCA; DCL Plan Proponents*

    b. Taxing Authority Objections: *Missouri Department of Revenue, Internal Revenue Service,* and *DCL Plan Proponents*