IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-13141(KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| TRIBUNE COMPANY | ) | Chapter 11 |
| | ) | |
| | ) | Courtroom 5 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | June 6, 2012 |
| | ) | 3:00 p.m. |

TRANSCRIPT OF TELEPHONIC PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:                Sidley Austin
                           BY: JAMES BENDERNAGEL, ESQ.
                           202-736-8136
                           BY: JESSICA BOETLER, ESQ.
                           312-853-7030
                           BY: KEVIN LANTRY, ESQ.
                           213-896-6022
                           BY: JILLIAN LUDWIG, ESQ.
                           312-853-7523
                           BY: DAVID MILES, ESQ.
                           202-736-8556
                           BY: KERRIANN MILLS, ESQ.
                           312-853-0036
                           BY: THOMAS E. ROSS, ESQ.
                           202-736-8374
                           BY: DENNIS TWOMEY, ESQ.
                           312-853-7824

                           Cole Schotz Meisel Forman & Leonard
                           BY: J. KATE STICKLES, ESQ.
                           302-651-2001

ECRO:                      AL LUGANO

Transcription Service:     DIAZ DATA SERVICES
                           331 Schuylkill Street
                           Harrisburg, Pennsylvania 17110
                           (717) 233-6664
                           www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

TELEPHONIC APPEARANCES:

```
 1  For The Official
 2  Committee of Unsecured
 3  Creditors:                    Landis Rath & Cobb
 4                                BY:  MATTHEW MCGUIRE, ESQ.
 5                                BY: ADAM G. LANDIS, ESQ.
 6                                BY: DANIEL RATH, ESQ.
 7                                302-467-4400
 8
 9                                Chadbourne & Parke LLP
10                                BY: DAVID LEMAY, ESQ.
11                                BY: MARC D. ASHLEY, ESQ.
12                                BY: DOUGLAS DEUTSCH, ESQ.
13                                BY: THOMAS MCCORMACK, ESQ.
14                                BY: MARC ROITMAN, ESQ.
15                                BY: HOWARD SEIFE, ESQ.
16                                212-408-5100
17
18                                Zuckerman Spaeder, LLP
19                                BY: GRAEME BUSH, ESQ.
20                                BY: ANDREW GOLDFARB, ESQ.
21                                BY: JAMES SOTTILE, ESQ.
22                                202-778-1800
23                                BY: ANDREW CARIDAS, ESQ.
24                                202-778-1855
25
26  For Aurelius Capital
27  Management:                   Akin Gump Strauss Hauer & Feld
28                                BY: DANIEL H. GOLDEN, ESQ.
29                                BY: DAVID ZENSKY, ESQ.
30                                212-872-8010
31
32  For JPMorgan Chase
33  Bank:                         Richards Layton & Finger, PA
34                                BY: DREW G. SLOAN, ESQ.
35                                302-651-7612
36                                BY: MARK D. COLLINS, ESQ.
37                                302-651-7531
38
39                                Davis Polk & Wardwell, LLP
40                                BY: ELLIOTT MOSKOWITZ, ESQ.
41                                212-450-4241
42                                BY: DAMIAN SCHAIBLE, ESQ.
43                                212-450-4000
44  For Oracle
45  America, Inc.:                Magnozzi & Kye, LLP
46                                BY: AMISH R. DOSHI, ESQ.
47                                631-923-2858
```

```
 1
 2
 3   For Wilmington Trust:     Sullivan Hazeltine & Allinson
 4                             BY:  WILLIAM SULLIVAN, ESQ.
 5                             302-250-4357
 6
 7                             Brown Rudnick, LLP
 8                             BY: GORDON NOVOD, ESQ.
 9                             212-209-4940
10
11   For Interested Party:     OZ Management
12                             BY: MICHAEL BARNETT
13                             212-719-7347
14
15   For Siguler Guff:         Siguler Guff
16                             BY: RANDALL W. BEELER
17                             212-332-5109
18
19   For Creditor, Oaktree
20   Capital Management:       Jones Day
21                             BY: BRUCE BENNETT
22                             213-489-3939
23
24   For HBK Capital
25   Management:               HBK Capital Management
26                             BY: ERIC BILMES
27                             212-588-5115
28
29   For Aurelius Capital
30   Management:               Ashby & Geddes
31                             BY: WILLIAM BOWDEN, ESQ.
32                             BY: AMANDA WINFREY, ESQ.
33                             302-654-1888
34
35   For Morgan Stanley:       Barnes & Thornburg, LLP
36                             BY: KEVIN COLLINS, ESQ.
37                             302-888-0301
38
39   For Michael D'Agostino:   Bingham McCutchen, LLP
40                             BY: MICHAEL D'AGOSTINO
41                             860-240-2731
42
43
44
45   For SEI:                  Marshall Dennehey Warner Coleman &
46                             Goggin
47                             BY: DENNIS C. DICE, ESQ.
48                             215-575-2779
49
```

```
1   For Delaware
2   Investments:              Stradley Ronon Stevens & Young
3                             BY: MARK DORVAL, ESQ.
4                             215-564-8109
5
6   For Former Directors
7   and Officers:            Grippo & Elden, LLC
8                             BY: GEORGE DOUGHERTY, ESQ.
9                             312-704-7700
10
11  For Arrowgrass Capital
12  Services:                Arrowgrass Capital Partners, US, LP
13                            BY: DAVID DUNN
14                            212-584-5946
15
16  For Matthew Frank:       Alvarez & Marsal, LLC
17                            BY: MATTHEW FRANK
18                            312-371-9955
19
20  For Citigroup:           Paul Weiss Rifkind Wharton &
21                            Garrison
22                            BY: ANDREW GORDON, ESQ.
23                            BY: OKSANA LASHKO, ESQ.
24                            BY: ELIZABETH MCCOLM, ESQ.
25                            BY: ANN K. YOUNG, ESQ.
26                            212-373-3000
27
28  For Wells Fargo Bank:    White & Case
29                            BY: SCOTT GREISSMAN, ESQ.
30                            212-819-8567
31
32                            Fox Rothschild, LLP
33                            BY: JEFFREY M. SCHLERF, ESQ.
34                            302-622-4212
35
36                            Perkins Cole
37                            BY: TINA MOSS, ESQ.
38                            212-262-6910
39
40  For Interested Party:    Thomson & Reuters
41                            BY: THOMAS HALS, ESQ.
42                            610-544-2712
43
44  For Employees Compensation
45  Defendant's Group:       Frank Gecker, LLP
46                            BY: REED HEILIGMAN, ESQ.
47                            312-276-1432
48
49
```

```
 1
 2   For CCI & Comcast:        Ballard Spahr, LLP
 3                             BY: LESLIE HEILMAN, ESQ.
 4                             302-525-4446
 5
 6   For Interested Party:     Nomura Securities
 7                             BY: MATTHEW JACOBSON
 8                             212-667-1438
 9
10   For Credit Agreement
11   Lenders:                  Jones Day
12                             BY: JOSHUA M. MESTER, ESQ.
13                             BY: JAMES O. JOHNSTON, ESQ.
14                             213-489-3939
15
16                             Young Conaway Stargatt & Taylor
17                             BY: M. BLAKE CLEARY, ESQ.
18                             302-571-6714
19   For Deutsche Bank
20   National Trust Co.:       McCarter & English
21                             BY: DAVID J. ADLER, ESQ.
22                             212-609-6847
23                             BY: KATHARINE L. MAYER, ESQ.
24                             302-984-6312
25
26   For Merrill Lynch:        Potter Anderson & Carroon, LLP
27                             BY: R. STEPHEN MCNEILL, ESQ.
28                             302-984-6067
29                             BY: LAURIE S. SILVERSTEIN, ESQ.
30                             302-984-6033
31
32                             Kaye Scholer, LLP
33                             BY: JANE PARVER, ESQ.
34                             212-836-8510
35                             BY: MADLYN G. PRIMOFF, ESQ.
36                             212-836-7042
37
38   For Law Debenture Trust
39   Company of New York:      Bifferato Gentilotti, LLC
40                             BY: GARVAN MCDANIEL, ESQ.
41                             302-429-1900
42
43                             Kasowitz Benson Torres & Friedman
44                             BY: MATTHEW STEIN, ESQ.
45                             212-506-1717
46
47
48
49
```

```
 1
 2   For Bank of America:        O'Melveny & Myers
 3                               BY: DANIEL S. SHAMAH, ESQ.
 4                               212-326-2138
 5                               BY: EVAN JONES, ESQ.
 6                               213-430-6236
 7
 8                               Bank of America
 9                               BY: ESTHER CHUNG
10                               646-855-6705
11
12   For Royal Bank of
13   Scotland:                   Cadwalader Wickersham & Taft
14                               BY: MICHELE MARMAN-COHEN, ESQ.
15                               213-330-7716
16
17   For New York State
18   Common Retirement Fund:     Morgan Lewis & Brockius, LLP
19                               BY: RACHEL MAUCERI, ESQ.
20                               215-963-5000
21
22   For Chandler Bigelow:       Sperling & Slater
23                               BY: GWEN NOLAN, ESQ.
24                               312-641-3200
25
26   For Morgan Stanley:         Barnes & Thornburg, LLP
27                               BY: DAVID M. POWLEN, ESQ.
28                               302-888-4537
29
30                               Weil Gotshal & Manges, LLP
31                               BY: DAVID LITVACK, ESQ.
32                               212-310-8361
33                               BY: ANDREA SAAVEDRA, ESQ.
34                               212-310-8544
35
36   For EGI-TRB, LLC:           Jenner & Block, LLP
37                               BY: ANDREW VAIL, ESQ.
38                               312-840-8688
39   For Former Special
40   Committee:                  Skadden Arps Slate Meagher & Flom
41                               BY: JUSTIN WINERMAN, ESQ.
42                               312-407-0924
43
44   For Interested Party:       Jeffries & Company
45                               BY: JUSTING BRASS
46                               310-575-5128
47
48
49
```

```
 1   For Dow Jones News
 2   Wires:                   Dow Jones & Company
 3                            BY: PEG BRICKLEY
 4                            215-462-0953
 5
 6   For EGI-TRB:             Blank Rome, LLP
 7                            By: DAVID CARICKHOFF, ESQ.
 8                            302-425-6434
 9
10   For Interested Party:   Associated Press
11                            BY: RANDALL CHASE
12                            302-674-3037
13
14   For Interested Party:   Debt Wire
15                            BY: TIBITA P. KANEENE
16                            212-500-1383
17
18   For U.S. Trustee:       Office of the United States Trustee
19                            BY: DAVID KLAUDER, ESQ.
20                            302-573-6491
21
22   For Corre Partners:     Corre Partners
23                            BY: STEPHEN LAM
24                            646-863-7157
25
26   For Interested Party:   Dilworth Paxson, LLP
27                            BY: CATHERINE PAPPAS, ESQ.
28                            215-575-7131
29
30   For Citadel Equity
31   Group:                   Andrews Kurth
32                            BY: JEREMY RECKMEYER, ESQ.
33                            212-850-2851
34                            BY: PAUL SILVERSTEIN, ESQ.
35                            212-850-2856
36
37   For Robert R. McCormick
38   Tribune Foundation and
39   Cantigny Foundation:     Duane Morris, LLP
40                            BY: RICHARD W. RILEY, ESQ.
41                            302-657-4900
42
43                            Katten Muchin Rosenman, LLP
44                            BY: JOHN SIEGER, ESQ.
45                            312-902-5294
46
47
48
49
```

```
 1   For Katten Muchin
 2   Rosenman, LLP:              Katten Muchin Rosenman, LLP
 3                              BY: ANDREW L. WOOL, ESQ.
 4                              312-902-5623
 5
 6   For William A. Niese:      Teitelbaum & Baskin
 7                              BY: JAY TEITELBAUM, ESQ.
 8                              914-437-7670
 9
10   For Interested Party:      One East Partners
11                              BY: SINA TOUSSI
12                              212-230-4510
13
```

1  WILMINGTON, DELAWARE, WEDNESDAY, JUNE 6, 2012 3:02 P.M.

2           THE CLERK:  All rise.

3           THE COURT:  Good afternoon.  This is Judge Carey.

4  We're on the record in the related Tribune Chapter 11

5  proceedings.  This telephonic hearing has been planned in

6  the nature of a status conference in advance of the

7  confirmation hearing scheduled to commence tomorrow

8  afternoon at 3:00.  I'll turn the matter over to debtors'

9  Counsel.

10          MR. BENDERNAGEL:  Your Honor, Jim Bendernagel,

11  for the debtors.  I appreciate you taking the time out to

12  listen to us today.  As you indicated, the purpose of this

13  meeting was two-fold.  Essentially, one was to provide you

14  with status of where we were in our preparations; and the

15  second, was to discuss the specific order of presentation.

16  As you probably saw yesterday, we submitted an order of the

17  presentation of the arguments that was the product of a

18  meet-and-confer with the parties, and has largely been

19  agreed to, and I think we've made a lot of progress this

20  week in trying to get the hearing set up in the most

21  efficient way possible.

22          As an initial matter, it's probably important to

23  say that there seems to be consensus that we should start at

1    3:00 p.m. tomorrow.  I know last week I had mentioned the

2    possibility we might be able to start on Friday.  Nobody

3    thought that was a good idea and, as a consequence, people

4    think we ought to start tomorrow at 3:00 p.m., and if

5    possible, start maybe a little earlier on Friday just to

6    ensure that the -- this all gets done before the weekend.  I

7    think people are confident that that can occur but, on the

8    other hand, we don't want to take chances along those lines.

9              THE COURT:  Well --

10             MR. BENDERNAGEL:  In terms of --

11             THE COURT:  -- Mr. Bendernagel, I'd be willing to

12   start as early as 9:00 if the parties would like to do that.

13             MR. BENDERNAGEL:  That's what we were going to

14   ask you for if that was possible, so that would be great.

15             THE COURT:  All right.  We'll set it for 9:00.

16             MR. BENDERNAGEL:  The second thing is, in terms

17   of what's going to happen tomorrow, I think everybody still

18   is of the view that we'll start with the evidentiary issues,

19   which are relatively few, and we can march through that

20   relatively quickly.  We're going to just put in a few

21   documents and make proffers with respect to two of the

22   witnesses.  But I think that that's going to be done without

23   much fanfare, at least I haven't heard anybody suggesting

1    there was going to be fanfare on that.

2            We'll then move to the objections that are being

3    put forward to preserve positions with respect to issues

4    that you've already decided.  My expectation is that will be

5    relatively quick.  And the hope is that those two phases of

6    the hearing can be accomplished in 45 minutes or so, or

7    less, and I think we're confident that we can do that.

8            Then we would propose to move to the schedules

9    that we provided to you yesterday, starting with the

10   classification of the SWAP claim and then moving on down.

11   As you see, there are parties designated who's going to

12   speak on each of these issues, and the expectation is they'd

13   speak, at least initially, in the order that they're

14   presented on this list.  Since we submitted that list, there

15   have been a couple of comments about the list, and if you

16   have it in front of you, I'll tell you what those are.

17            THE COURT:  I do.

18            MR. BENDERNAGEL:  On number three, there was a

19   suggestion by the Counsel for Citadel that the order in

20   which the two issues that are encompassed within that point

21   should be reversed; that the Motion for Clarification should

22   come in front of the objection.  We don't have any problem

23   with reversing the order in terms of how they're listed

1    here.  We do think that both of those issues ought to be

2    addressed simultaneously.  I think that was your intention

3    when you moved the Motion for Clarification to the objection

4    date, and looking at the papers, the issues that are being

5    addressed are essentially the same.  I mean the arguments

6    are very, very similar and it seems to me that it would be

7    much more efficient for Mr. Silverstein to go forward and

8    say whatever he wants about both points and that the parties

9    respond in kind.  But this was Mr. Silverstein's suggestion

10   so it might be appropriate to hear from him on this issue.

11           MR. SILVERSTEIN:  Thank you, Your Honor.  If I

12   may?  It's Paul Silverstein, Andrews Kurth, for Citadel and

13   Camden.  I think for efficiency sake, unless Your Honor

14   feels differently, the Motion for Reconsideration or

15   Clarification and the confirmation objections should be

16   addressed at the same time.  My comment to Sidley this

17   morning was that the reconsideration clarifications go first

18   for the matters that are -- for those two matters, even

19   though they are going at the same time, if you will.  So

20   there's no disagreement there, unless Your Honor has a

21   different view of the world.

22           THE COURT:  Listen, in this case, when the

23   parties agree, I am inclined not to disturb it.

1          MR. SILVERSTEIN:  Okay.

2          MR. BENDERNAGEL:  All right.

3          MR. SILVERSTEIN:  Thank you, Your Honor.

4          MR. BENDERNAGEL:  We'll make that adjustment,

5    Your Honor, and we'll proceed accordingly.

6          MR. SILVERSTEIN:  And just for a fine point; not

7    to disagree, the Motion for Reconsideration or Clarification

8    is specifically going to be heard there as a separate

9    motion, but we're going to combine it because of efficiency

10   reasons.

11         THE COURT:  Correct.

12         MR. SILVERSTEIN:  Thank you.

13         MR. BENDERNAGEL:  Your Honor, the next point is

14   -- it's really two points.  They were raised by Mr. Golden

15   this morning.  One is sort of good news; the other, I guess,

16   is bad news.  The good news is that I think we've come to

17   resolution on point 8-D and we can strike that from the

18   list.  There's not going to be an argument on that issue.

19   So that can come off the list.  The bad news, and I say this

20   more facetiously, Mr. Golden has decided to add an issue and

21   we propose to put that as issue number ten, and that's an

22   objection to the proposal that we had made that the stay

23   that's provided for by the Bankruptcy Rules with respect to

1    the confirmation issue be waived.  Aurelius wants to pose

2    that.  We're not arguing that that shouldn't be put on the

3    list.  We would propose to put that on as the last item on

4    the list, and the two parties that I'm aware of that want to

5    talk to that are Aurelius and the DCL Plan Proponents.  But

6    since these are Mr. Golden's changes, I'll cede the floor to

7    him.

8              THE COURT:  Mr. Golden?

9              MR. GOLDEN:  Thank you, Jim.  Good afternoon,

10   Your Honor.  Obviously, I'm not going to argue that I

11   appreciate the DCL Proponents' acquiescence in adding that

12   point to the list.  This was a point raised for the first

13   time by the DCLs in their Memorandum of Law where they were

14   going to request of the Court a waiver of the 3020 stay of

15   the confirmation order.  I don't think that the argument

16   will take very long.  It amounted to all of two paragraphs

17   in their Memorandum of Law.  I think the whole argument can

18   be handled in five minutes or less.

19             THE COURT:  I hesitate to offer the following

20   because I do not, I repeat, do not wish to get into argument

21   today on any issue substantively, but consider this.  If I

22   understand correctly, the effective date will not occur

23   until after FCC approval, all the FCC approvals that are

1   required, have been obtained.  And I've been told by the

2   parties repeatedly that this would take an extended period

3   of time.  If that is true, just consider overnight, if you

4   will, really whether this is an issue that ought to be an

5   issue.  And I don't need a response now and, in fact, would

6   prefer not to have them, but I just ask that the parties

7   consider that overnight.

8            MR. BENDERNAGEL:  We'll do that, Your Honor, and

9   depending on how it's resolved, we'll either list it or not

10  list it on the list we hand up to you at 3:00 tomorrow.

11           THE COURT:  All right.

12           MR. BENDERNAGEL:  A couple of other points.  One

13  is there's concern that these arguments could get bogged

14  down.  And one thing that you had done in the allocation

15  dispute hearing that some people found to be very effective,

16  is you basically told people look, you've written an awful

17  lot on these subject matters; there's no need for rebuttal,

18  and there's certainly some parties that think that that

19  would be an appropriate thing to do here.  In fairness,

20  generally, the objecting parties don't like that because the

21  way we have the schedules set up, they go first.  On the

22  other hand, as you've observed many times in this case,

23  there isn't a heck of a lot new here, and this is more a

1   question of what's your convenience and the like.  The

2   debtors' concern in this regard is we just want to make sure

3   we get done tomorrow and that we don't get bogged down just

4   going round and round on the same points.  I don't think

5   there's much chance of that happening with you running the

6   show.  But on the other hand, the way you dealt with it the

7   last time was to get rid of the rebuttal phase altogether

8   and offer people the ability to write a letter.  I don't

9   know that that's something you'd entertain this time but we

10  wanted to just get the issue today so people were in a

11  better position to plan.

12          THE COURT:  Well, that's a decision --

13          MR. ZENSKY:  Your Honor?

14          THE COURT:  -- I think I'd prefer to make

15  tomorrow or the following day as the circumstances arise

16  just depending on the issue.  And I say that because there

17  are some issues here that I have already decided, and I'd

18  like to -- one of the things I'd like to do is let the

19  parties know that I don't intend to hear re-argument except

20  strictly in connection with the Motion for Reconsideration

21  on anything that I've already decided, particularly in the

22  allocation dispute opinion even though the decision there is

23  contingent upon confirmation of a Plan.  And as I suppose

1  the parties would recognize, I don't intend to revisit

2  something I've decided in the original confirmation opinion

3  unless somebody tells me there's something different to be

4  considered, and that's not an invitation to be overly

5  creative.  I am, as I've, I think said before, understanding

6  of the fact that parties, who are on what they view as the

7  wrong end of certain of the decisions, wish to preserve

8  their rights so that they are not extinguished on appeal,

9  and I certainly understand parties wanting to make those

10  statements for the record, but I don't want to hear

11  reargument on things I've already decided.  So I'm hoping

12  that will cut down on some of the time.  Whether I want to

13  hear rebuttal on certain things or whether we can talk about

14  post-hearing submissions, that I'll decide at the conclusion

15  of the confirmation hearing.

16       MR. ZENSKY:  Your Honor, David Zensky, of Akin,

17  Gump, Strauss, Hauer & Feld, for Aurelius.  Can I weigh in

18  on this issue for one moment?

19       THE COURT:  Absolutely.

20       MR. ZENSKY:  Thank you, Your Honor.  Just to be

21  clear, and I think Mr. Bendernagel already alluded to this,

22  it's my understanding, and certainly speaking for our

23  client, no one is intending to take up the Court's time

1  rearguing the issues that have been decided in the course of

2  the allocation disputes or the first confirmation hearing,

3  and when Mr. Bendernagel referred to the opportunity at the

4  opening for the parties to simply incorporate their prior

5  positions, that was intended to be, I think, a 30-second

6  statement, or thereabouts.  So the proposal that the debtors

7  had made about cutting off any rebuttal rights is really

8  directed to arguments that you will be hearing for the first

9  time tomorrow and Friday, and we were not in agreement with

10  the debtors' proposal on that point.  We don't think that

11  this hearing is similar to the allocation dispute hearing in

12  the sense that there were all kinds of positions and

13  arguments and alliances and parties going first and second

14  and so on, and when Your Honor kind of decreed no rebuttals,

15  it affected everyone more or less equally.  At this

16  juncture, there's a single plan and the objectors would all

17  be the ones affected by a determination there could be no

18  rebuttal, even on issues that the Court is hearing for the

19  first time.  So we would just ask that Your Honor keep that

20  in mind as the hearing progresses and you determine whether

21  to entertain short rebuttal on any of these points.  We

22  don't think that there's any danger of not completing the

23  hearing by the close of Friday, even with the use of short

1    judicious rebuttal, and I don't think that Mr. Bendernagel

2    would disagree with that.

3            THE COURT:  All right.  Well, I will keep that in

4    mind, Mr. Zensky.

5            MR. ZENSKY:  Thank you, Your Honor.

6            THE COURT:  Okay.  Mr. Bendernagel, do you have

7    anything else from the DCL Plan Proponents' standpoint or

8    should I turn to see whether anyone else wishes to be heard

9    at this point?

10           MR. BENDERNAGEL:  Just two things, Your Honor.

11   One is that, as I indicated before, we will submit a revised

12   list of what the issues are, the order they're going to be

13   presented based on what we talked about today.  And the only

14   addition to that, which is my second point, is the parties

15   are continuing to work on some of these issues and the hope

16   is that we can narrow this list down a little bit more.  You

17   saw earlier in the week that Mr. Zensky's clients filed a

18   mark-up of litigation confidentiality agreement, or whatever

19   it's being called at the moment.  The parties have met on

20   that and made pretty good progress and the hope is that, on

21   that point and some other points, that we'll be able to

22   further narrow this list.

23           THE COURT:  Okay.  I also see that there's

1  further activity in the MDL litigation and the District

2  Court Judge is gathering everything to him at this point.  I

3  did -- and I thanked him for sending me that information and

4  I think we'll, to the extent it becomes relevant, we'll

5  continue to stay in touch on that basis.  Anything I should

6  know in connection with confirmation that would be impacted

7  by anything going on in the MDL litigation?

8          MR. BENDERNAGEL:  Your Honor, if I could make a

9  suggestion?  One thing that has been odd about the Southern

10 District of New York is the Southern District of New York

11 does not always publish on its docket the information that

12 Judge Pauley is putting out.  I'm not sure everybody on the

13 call really knows what you're talking about.  It might be

14 helpful for Mr. Zensky just to say a few words as to what it

15 is.

16          THE COURT:  All right.  Mr. Zensky?

17          MR. ZENSKY:  Yes, I'd be happy to, Your Honor,

18 for those who don't know that Judge Pauley issued an Order

19 yesterday simply scheduling a Pretrial Conference for July

20 10th I believe, to be attended by the parties that he has

21 appointed as interim lead Counsel and the order described

22 the topics for discussion at that conference.  The order

23 also granted an unopposed motion for an extension of the 4M

1  period that the Committee and the state law plaintiffs had

2  made two months or so ago and had some other comments about

3  the status of the stay remaining in place other than the

4  activity described in the order and prior orders.  But to

5  your question directly, Your Honor, again, we didn't see, as

6  you know, the MDL as something that was going to interfere

7  with this Court's confirmation hearing, confirmation

8  schedule, and are still of that view and, therefore, have

9  nothing to respond in terms of your question about whether

10 there is anything happening there that Your Honor should

11 know about in terms of the confirmation hearing.

12          THE COURT:  All right.  Thank you.  Does anyone

13 else wish to be heard?

14          MR. GOLDEN:  Yes, Your Honor.  It's Daniel Golden

15 again.  Just a small -- very small point.  If you have the

16 sequence in front of you, Mr. Bendernagel indicated that

17 there was a general description numbered now one through ten

18 and a listing of the parties who would actually be weighing

19 in on each particular issue, and then he added in the order

20 in which they would be weighing in.  I hadn't understood

21 that, so with that understanding, I would just direct Your

22 Honor's attention to item number six which is the objection

23 to process of allowing lender fees and if the listing of the

1   parties is Aurelius, Law Debenture, DCL Plan Proponents, and

2   Bridge Lenders, I'll just advise the parties that Law

3   Debenture will be taking the lead position in arguing that

4   objection.

5          THE COURT:  All right.  Thank you.  Does anyone

6   else --

7          MR. BENDERNAGEL:  We don't have any problem with

8   that, Your Honor, and we weren't trying to lock people in.

9   I think it's helpful for the Court, and if people want to

10  make other adjustments in the order in terms of who's going

11  first among them, that's fine and dandy.

12         THE COURT:  Okay.  Anyone else wish to be heard?

13              (No audible response)

14         THE COURT:  I hear no further response.  Mr.

15  Bendernagel, is there anything else we need to talk about

16  today?

17         MR. BENDERNAGEL:  No.

18         THE COURT:  All right.  Thank you all very much.

19  That concludes this hearing.  I wish everyone a safe trip to

20

1    Wilmington and I shall see you tomorrow afternoon.   Court

2   is adjourned.

3      (Whereupon, at 3:21 p.m., the hearing was adjourned.)

4

5                        CERTIFICATION

6           I certify that the foregoing is a correct

7   transcript from the electronic sound recording of the

8   proceedings in the above-entitled matter.

9

10   _____           6 June 2012

11   Tammy Kelly, Transcriber                      Date

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**08-13141(kjc**(1) 1:5
**30-second**(1) 18:5
**ability**(1) 16:8
**able**(2) 10:2 19:21
**about**(11) 11:15 12:8 17:13 18:7 19:13 20:9 20:13 21:2 21:9 21:11 22:15
**aboveentitled** (1) 23:8
**absolutely**(1) 17:19
**accomplished**(1) 11:6
**accordingly**(1) 13:5
**acquiescence**(1) 14:11
**activity**(2) 20:1 21:4
**actually**(1) 21:18
**adam**(1) 2:7
**add**(1) 13:20
**added**(1) 21:19
**adding**(1) 14:11
**addition**(1) 19:14
**addressed**(3) 12:2 12:5 12:16
**adjourned**(2) 23:22 23:3
**adjustment**(1) 13:4
**adjustments**(1) 22:10
**adler**(1) 5:21
**administered**(1) 1:6
**advance**(1) 9:6
**advise**(1) 21:2
**affected**(2) 18:15 18:17
**after**(1) 14:23
**afternoon**(4) 9:3 9:8 14:9 23:1
**again**(2) 21:5 21:15
**ago**(1) 21:2
**agree**(1) 12:23
**agreed**(1) 9:19
**agreement**(3) 5:10 18:9 19:18
**akin**(2) 2:29 17:16
**all**(15) 9:2 10:6 10:15 13:2 14:16 14:23 15:11 18:12 18:16 19:3 20:16 21:12 22:5 22:18 22:18
**alliances**(1) 18:13
**allinson**(1) 3:3
**allocation**(4) 15:14 16:22 18:2 18:11
**allowing**(1) 21:23
**alluded**(1) 17:21
**along**(1) 10:8
**already**(5) 11:4 16:17 16:21 17:11 17:21
**also**(2) 19:23 20:23
**altogether**(1) 16:7
**alvarez**(1) 4:16
**always**(1) 20:11
**amanda**(1) 3:32
**america**(3) 2:47 6:2 6:8
**amish**(1) 2:48
**among**(1) 22:11
**amounted**(1) 14:16
**and**(80) 4:7 7:38 9:14 9:18 9:19 10:3 10:19 10:21 11:5 11:7 11:10 11:12 11:15 12:4 12:6 12:7 12:8 12:12 12:15 13:5 13:6 13:17 13:19 13:20 13:21 14:4 14:5 15:1 15:5 15:5 15:8 15:14 15:18 15:23 16:1 16:3 16:4 16:8 16:16 16:17 16:23 17:4 17:9 17:21 17:22 18:3 18:9 18:9 18:12 18:13 18:13 18:13 18:14 18:14 18:16 18:20 19:1 19:13 19:15 19:20 19:21 19:21 20:1 20:3 20:3 20:21 21:1 21:2 21:4 21:8 21:8 21:18 21:19 21:23 22:1 22:8 22:9 22:11 23:1
**anderson**(1) 5:26
**andrea**(1) 6:33
**andrew**(5) 2:22 2:25 4:22 6:37 8:3
**andrews**(7) 7:31 12:12
**ann**(1) 4:25
**any**(6) 11:22 14:21 18:7 18:21 18:22 22:7
**anybody**(1) 10:23
**anyone**(4) 19:8 21:12 22:5 22:12

**anything**(6) 16:21 19:7 20:5 20:7 21:10 22:15
**appeal**(1) 17:8
**appearances**(1) 2:1
**appointed**(1) 20:21
**appreciate**(2) 9:11 14:11
**appropriate**(2) 12:10 15:19
**approval**(1) 14:23
**approvals**(1) 14:23
**are**(20) 10:7 10:19 11:2 11:11 11:16 11:20 12:4 12:5 12:6 12:18 12:19 14:5 14:6 14:23 16:17 17:6 17:8 19:12 19:15 21:8
**argue**(1) 14:10
**arguing**(2) 14:2 22:3
**argument**(4) 13:18 14:15 14:17 14:20
**arguments**(5) 9:17 12:5 15:13 18:8 18:13
**arise**(1) 16:15
**arps**(1) 6:40
**arrowgrass**(2) 4:11 4:12
**ashby**(1) 3:30
**ashley**(1) 2:13
**ask**(3) 10:14 15:6 18:19
**associated**(1) 7:10
**attended**(1) 20:20
**attention**(1) 12:2
**audible**(1) 22:13
**aurelius**(6) 2:28 3:29 14:1 14:5 17:17 22:
**austin**(1) 1:24
**aware**(1) 14:4
**awful**(1) 15:16
**bad**(2) 13:16 13:19
**ballard**(1) 5:2
**bank**(6) 2:35 4:28 5:19 6:2 6:8 6:12
**bankruptcy**(3) 1:1 1:20 13:23
**barnes**(2) 3:35 6:26
**barnett**(1) 3:12
**based**(1) 19:13
**basically**(1) 15:16
**basis**(1) 20:5
**baskin**(1) 8:6
**because**(4) 13:9 14:20 15:20 16:16
**becomes**(1) 20:4
**beeler**(1) 3:16
**been**(7) 9:5 9:18 11:15 15:1 15:1 18:1
**before**(4) 1:19 10:6 17:5 19:11
**being**(3) 11:2 12:4 19:19
**believe**(1) 20:20
**bendernagel**(23) 1:25 9:10 9:10 10:10 10:11 10:13 10:16 11:18 13:2 13:4 13:13 15:8 15:12 17:21 18:3 19:1 19:6 19:10 20:8 21:16 22:7 22:15 22:17
**bennett**(1) 3:21
**benson**(1) 5:43
**better**(1) 16:11
**bifferato**(1) 5:39
**bigelow**(1) 6:22
**bilmes**(1) 3:26
**bingham**(1) 3:39
**bit**(1) 19:16
**blake**(1) 5:17
**blank**(1) 7:6
**block**(1) 6:36
**boetler**(1) 1:27
**bogged**(2) 15:13 16:3
**both**(2) 12:1 12:8
**bowden**(1) 3:31
**brass**(1) 6:45
**brickley**(1) 7:3
**bridge**(1) 22:2
**brockius**(1) 6:18
**brown**(1) 3:7
**bruce**(1) 3:21
**bush**(1) 2:21
**but**(11) 10:7 10:22 12:9 13:9 14:5 14:21 15:6 16:6 16:9 17:10 21:4

**cadwalader**(1) 6:13
**call**(1) 20:13
**called**(1) 19:19
**camden**(1) 12:13
**can**(10) 10:7 10:19 11:6 11:7 13:17 13:19 14:17 17:13 17:17 19:16
**cantigny**(1) 7:39
**capital**(7) 2:28 3:20 3:24 3:25 3:29 4:11 4:12
**carey**(2) 1:19 9:3
**carickhofl**(1) 7:7
**caridas**(1) 2:25
**carroon**(1) 5:26
**case**(4) 1:5 4:28 12:22 15:22
**catherine**(1) 7:27
**cci**(1) 5:2
**cede**(1) 7:14
**certain**(2) 17:7 17:13
**certainly**(3) 15:18 17:9 17:22
**certification**(1) 23:5
**certify**(1) 23:6
**chadbourne**(1) 2:11
**chance**(1) 16:5
**chances**(1) 10:8
**chandler**(1) 6:22
**changes**(1) 14:6
**chapter**(2) 1:8 9:4
**chase**(2) 2:34 7:11
**chung**(1) 6:9
**circumstances**(1) 16:15
**citadel**(3) 7:30 11:19 12:12
**citigroup**(1) 4:20
**claim**(1) 11:10
**clarification**(4) 11:21 12:3 12:15 13:7
**clarifications**(1) 12:17
**classification**(1) 11:10
**clear**(1) 17:21
**cleary**(1) 5:17
**clerk**(1) 9:2
**client**(1) 17:23
**clients**(1) 19:17
**close**(1) 18:23
**cobb**(1) 2:5
**cole**(2) 1:42 4:36
**coleman**(1) 3:45
**collins**(2) 2:38 3:36
**combine**(1) 13:9
**comcast**(1) 5:2
**come**(3) 11:22 13:16 13:19
**commence**(1) 9:7
**comment**(1) 12:16
**comments**(2) 11:15 21:2
**committee**(3) 2:4 6:40 21:1
**common**(1) 6:18
**company**(4) 1:8 5:39 6:44 7:2
**compensation**(1) 4:44
**completing**(1) 18:22
**conaway**(1) 5:16
**concern**(2) 15:13 16:2
**concludes**(1) 22:19
**conclusion**(1) 17:14
**conference**(3) 9:6 20:19 20:22
**confident**(2) 10:7 11:7
**confidentiality**(1) 19:18
**confirmation**(12) 9:7 12:15 14:1 14:15 16:23 17:2 17:15 18:2 20:6 21:7 21:7 21:11
**connection**(2) 16:20 20:6
**consensus**(1) 9:23
**consequence**(1) 10:3
**consider**(3) 14:21 15:3 15:7
**considered**(1) 17:4
**contingent**(1) 16:23
**continue**(1) 20:5
**continuing**(1) 19:15
**convenience**(1) 16:1

**corre**(2) 7:22 7:22
**correct**(2) 13:11 23:6
**correctly**(1) 14:22
**could**(3) 15:13 18:17 20:8
**counsel**(3) 9:9 11:19 20:21
**couple**(2) 11:15 15:12
**course**(1) 18:1
**court**(28) 1:1 9:3 10:9 10:11 10:15 11:17 12:22 13:11 14:8 14:14 14:19 15:11 16:12 16:14 17:19 18:18 19:3 19:6 19:23 20:2 20:16 21:12 22:5 22:9 22:12 22:14 22:18 23:1
**courtroom**(1) 1:10
**court's**(2) 17:23 21:7
**creative**(1) 16:6
**credit**(1) 5:10
**creditor**(1) 3:19
**creditors**(1) 2:5
**cut**(1) 17:12
**cutting**(1) 18:7
**d'agostino**(2) 3:39 3:40
**damian**(1) 2:44
**dandy**(1) 22:11
**danger**(1) 18:22
**daniel**(4) 2:8 2:30 6:3 21:14
**data**(1) 1:48
**date**(2) 12:4 14:22
**david**(10) 1:33 2:12 2:31 4:13 5:21 6:27 6:31 7:7 7:19 17:16
**davis**(1) 2:41
**day**(3) 3:20 5:11 16:15
**dcl**(4) 14:5 14:11 19:7 22:1
**dcls**(1) 14:13
**dealt**(1) 16:6
**debenture**(3) 5:38 22:1 22:3
**debt**(1) 7:14
**debtors**(7) 1:12 1:24 9:8 9:11 16:2 18:6 18:10
**decide**(1) 17:14
**decided**(7) 11:4 13:20 16:16 16:17 17:2 17:11 18:1
**decision**(2) 16:12 16:22
**decisions**(1) 17:7
**decreed**(1) 18:14
**defendant's**(1) 4:45
**delaware**(4) 1:2 1:12 4:1 9:1
**dennehey**(1) 3:45
**dennis**(2) 1:39 3:47
**depending**(2) 15:9 16:16
**described**(2) 20:21 21:4
**description**(1) 21:17
**designated**(1) 11:11
**determination**(1) 18:17
**determine**(1) 18:20
**deutsch**(1) 2:14
**deutsche**(1) 5:19
**diaz**(1) 1:48
**dice**(1) 3:47
**did**(1) 20:3
**didn't**(1) 21:5
**different**(2) 12:21 17:3
**differently**(1) 12:14
**dilworth**(1) 7:26
**direct**(1) 21:21
**directed**(1) 18:8
**directly**(1) 21:5
**directors**(1) 4:6
**disagree**(2) 13:7 19:2
**disagreement**(1) 12:20
**discuss**(1) 9:15
**discussion**(1) 20:22
**dispute**(3) 15:15 16:22 18:11
**disputes**(1) 18:2
**district**(4) 1:2 20:1 20:10 20:10
**disturb**(1) 12:23
**docket**(1) 20:11

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| documents(1) 10:21 | | first(8) 12:17 14:12 15:21 18:2 18:8 18:13 | | hauer(2) 2:29 17:17 | | jessica(1) 1:27 | |
| does(3) 20:11 21:12 22:5 | | 18:19 22:11 | | have(13) 11:15 11:16 11:22 15:1 15:6 | | jillian(1) 1:31 | |
| done(4) 10:6 10:22 15:14 16:3 | | | | 15:21 16:17 18:1 19:6 19:19 21:8 21:15 | | jim(2) 9:10 14:9 | |
| don't(16) 10:8 11:22 14:15 15:15 15:20 | | five(1) 14:18 | | 22:7 | | john(1) 7:44 | |
| 16:3 16:4 16:8 16:19 17:1 17:10 18:10 | | flom(1) 6:40 | | haven't(1) 10:23 | | johnston(1) 5:13 | |
| 18:22 19:1 20:18 22:7 | | floor(1) 14:6 | | hazeltine(1) 3:3 | | jointly(1) 1:6 | |
| | | following(4) 14:19 16:15 | | hbk(3) 3:24 3:25 | | jones(5) 3:20 5:11 6:5 7:1 7:2 | |
| dorval(1) 4:3 | | for(81) 1:2 1:24 2:3 2:28 2:34 2:46 3:3 | | hear(5) 12:10 16:19 17:10 17:13 22:14 | | joshua(1) 5:12 | |
| doshi(1) 2:48 | | 3:11 3:15 3:19 3:24 3:29 3:35 3:39 3:45 | | heard(5) 10:23 13:8 19:8 21:13 22:12 | | jpmorgan(1) 2:34 | |
| dougherty(1) 4:8 | | 4:1 4:6 4:11 4:16 4:20 4:28 4:40 4:44 5:2 | | hearing(17) 9:5 9:7 9:20 11:6 15:15 17:15 | | judge(6) 1:19 1:20 9:3 20:2 20:12 20:18 | |
| douglas(1) 2:14 | | 5:6 5:16 5:19 5:26 5:38 6:2 6:12 6:17 | | 18:2 18:8 18:11 18:11 18:18 18:20 18:23 | | judicious(1) 19:1 | |
| dow(2) 7:1 7:2 | | 6:22 6:26 6:36 6:39 6:44 7:1 7:6 7:10 | | 21:7 21:11 22:19 23:3 | | july(1) 20:19 | |
| down(5) 11:10 15:14 16:3 17:12 19:16 | | 7:14 7:18 7:22 7:26 7:30 7:37 8:1 8:6 | | | | juncture(1) 18:16 | |
| drew(1) 2:36 | | 8:10 9:11 10:14 10:15 11:19 11:21 12:3 | | heck(1) 15:23 | | june(3) 1:14 9:1 23:10 | |
| duane(1) 7:39 | | 12:7 12:12 12:13 12:14 12:18 12:18 13:6 | | heiligman(1) 4:46 | | just(16) 10:5 10:20 13:6 15:3 15:6 16:2 | |
| dunn(1) 4:13 | | 13:7 13:23 14:12 15:17 16:20 17:10 17:1 | | heilman(1) 5:3 | | 16:3 16:10 16:16 17:20 18:19 19:10 20:14 | |
| | | 17:18 17:22 18:4 18:8 18:18 20:3 20:14 | | helpful(2) 20:14 22:9 | | 21:15 21:21 22:2 | |
| each(1) 11:12 21:19 | | 20:18 20:19 20:22 20:23 22:9 | | here(4) 12:1 15:19 15:23 16:17 | | | |
| earlier(2) 10:5 19:17 | | | | hesitate(1) 11:4 | | justin(1) 6:41 | |
| early(1) 10:12 | | foregoing(1) 23:6 | | him(4) 12:10 14:7 20:2 20:3 | | justing(1) 6:45 | |
| east(1) 8:10 | | forman(1) 1:42 | | honor(22) 9:10 12:11 12:13 12:20 13:3 | | kaneene(1) 7:15 | |
| ecro(1) 1:46 | | former(2) 4:6 6:39 | | 13:5 13:13 14:10 15:8 16:13 17:16 17:20 | | kasowitz(1) 5:43 | |
| effective(2) 14:22 15:15 | | forward(2) 11:3 12:7 | | 18:14 18:19 19:5 19:10 20:8 20:17 21:5 | | kate(1) 1:43 | |
| efficiency(2) 12:13 13:9 | | found(1) 15:15 | | 21:10 21:14 22:8 | | katharine(1) 5:23 | |
| efficient(2) 9:21 12:7 | | foundation(2) 7:38 7:39 | | | | katten(3) 7:43 8:1 8:2 | |
| egi-trb(2) 6:36 7:6 | | fox(1) 4:32 | | honorable(1) 1:19 | | kaye(1) 5:32 | |
| either(1) 15:9 | | frank(3) 4:16 4:17 4:45 | | honor's(1) 21:22 | | keep(2) 18:19 19:3 | |
| elden(1) 4:7 | | friday(4) 10:2 10:5 18:9 18:23 | | hope(1) 11:5 19:15 19:20 | | kerriann(1) 1:35 | |
| electronic(2) 1:54 23:7 | | friedman(1) 5:43 | | hoping(1) 17:11 | | kevin(3) 1:19 1:29 3:36 | |
| elizabeth(1) 4:24 | | from(4) 12:10 13:17 19:7 23:7 | | how(1) 11:23 15:9 | | kind(2) 12:9 18:14 | |
| elliott(1) 2:42 | | front(3) 11:16 11:22 21:16 | | howard(1) 2:17 | | kinds(1) 18:12 | |
| else(6) 19:7 19:8 21:13 22:6 22:12 22:15 | | fund(1) 6:18 | | i've(1) 17:5 | | klauder(1) 7:19 | |
| employees(1) 4:44 | | further(3) 19:2 20:1 22:14 | | idea(1) 10:3 | | know(7) 10:1 16:9 16:19 20:6 20:18 21:6 | |
| encompassed(1) 11:20 | | | | impacted(1) 20:6 | | 21:11 | |
| end(1) 17:7 | | garrison(1) 4:21 | | important(1) 9:22 | | | |
| english(1) 5:20 | | garvan(1) 5:40 | | inc(1) 2:47 | | knows(1) 20:13 | |
| ensure(1) 10:6 | | gathering(1) 20:2 | | inclined(1) 12:23 | | kurth(2) 7:31 12:12 | |
| entertain(2) 16:9 18:21 | | gecker(1) 4:45 | | incorporate(1) 18:4 | | kye(1) 2:47 | |
| equally(1) 18:15 | | geddes(1) 3:30 | | indicated(3) 9:12 19:11 21:16 | | lam(1) 7:23 | |
| equity(1) 7:30 | | general(1) 21:17 | | information(2) 20:3 20:11 | | landis(2) 2:5 2:7 | |
| eric(1) 3:26 | | generally(1) 15:20 | | initial(1) 9:22 | | lantry(1) 1:29 | |
| esq(77) 1:25 1:27 1:29 1:31 1:33 1:35 | | gentilotti(1) 5:39 | | initially(1) 11:13 | | largely(1) 9:18 | |
| 1:37 1:39 1:43 2:6 2:7 2:8 2:12 2:13 2:14 | | george(1) 4:8 | | intend(2) 16:19 17:1 | | lashko(1) 4:23 | |
| 2:15 2:16 2:17 2:21 2:22 2:23 2:25 2:30 | | get(7) 9:20 14:20 15:13 16:3 16:3 16:7 | | intended(1) 18:5 | | last(3) 10:1 14:3 16:7 | |
| 2:31 2:36 2:38 2:42 2:44 2:48 3:4 3:8 | | 16:10 | | intending(1) 17:23 | | laurie(1) 5:29 | |
| 3:31 3:32 3:36 3:47 4:3 4:8 4:22 4:23 | | | | intention(1) 12:22 | | law(6) 5:38 14:13 14:17 21:1 22:1 22:2 | |
| 4:24 4:25 4:29 4:33 4:37 4:41 4:46 5:3 | | gets(1) 10:6 | | interested(8) 3:11 4:40 5:6 6:44 7:10 7:14 | | layton(1) 2:35 | |
| 5:12 5:13 5:17 5:21 5:23 5:27 5:29 5:33 | | goggin(1) 3:46 | | 7:26 8:10 | | lead(2) 20:21 22:3 | |
| 5:35 5:40 5:44 6:3 6:5 6:14 6:19 6:23 | | going(18) 10:13 10:17 10:20 10:22 11:1 | | | | least(2) 10:23 11:13 | |
| 6:27 6:31 6:33 6:37 6:41 7:7 7:19 7:27 | | 11:11 12:19 13:8 13:9 13:18 14:10 14:14 | | interfere(1) 21:6 | | lemay(1) 2:12 | |
| 7:32 7:34 7:40 7:44 8:3 8:7 | | 16:4 18:13 19:12 20:7 21:6 22:10 | | interim(1) 20:21 | | lender(1) 21:23 | |
| | | | | into(1) 14:20 | | lenders(2) 5:11 22:2 | |
| essentially(2) 9:13 12:5 | | golden(7) 2:30 13:14 13:20 14:8 14:9 | | investments(1) 4:2 | | leonard(1) 1:42 | |
| esther(1) 6:9 | | 21:14 21:14 | | invitation(1) 17:4 | | leslie(1) 5:3 | |
| evan(1) 6:5 | | | | isn't(1) 15:23 | | less(3) 11:7 14:18 18:15 | |
| even(4) 12:18 16:22 18:18 18:23 | | golden's(1) 14:6 | | issue(12) 12:10 13:18 13:20 13:21 14:1 | | let(1) 16:18 | |
| everybody(2) 10:17 20:12 | | goldfarb(1) 2:22 | | 14:21 15:4 15:5 16:10 16:16 17:18 21:19 | | letter(1) 16:8 | |
| everyone(2) 18:15 22:19 | | good(6) 9:3 10:3 13:15 13:16 14:9 19:20 | | | | lewis(1) 6:18 | |
| everything(1) 20:2 | | gordon(2) 3:8 4:22 | | issued(1) 20:18 | | like(5) 10:12 15:20 16:1 16:18 16:18 | |
| evidentiary(1) 10:18 | | gotshal(1) 6:30 | | issues(16) 10:18 11:3 11:12 11:20 12:1 | | lines(1) 10:8 | |
| except(1) 16:19 | | graeme(1) 2:21 | | 12:4 16:17 18:1 18:18 19:12 19:15 | | list(14) 11:14 11:14 11:15 13:18 13:19 | |
| expectation(2) 11:4 11:12 | | granted(1) 20:23 | | | | 14:3 14:4 14:12 15:9 15:10 15:10 19:12 | |
| extended(1) 15:2 | | great(1) 10:14 | | item(2) 14:3 21:22 | | 19:16 19:22 | |
| extension(1) 20:23 | | greissman(1) 4:29 | | its(1) 20:11 | | | |
| extent(1) 20:4 | | grippo(1) 4:7 | | it's(8) 9:22 12:12 13:14 15:9 17:22 19:9 | | listed(1) 11:23 | |
| extinguished(1) 17:8 | | group(2) 4:45 7:31 | | 21:14 22:9 | | listen(2) 9:12 12:22 | |
| facetiously(1) 13:20 | | guess(1) 13:15 | | | | listing(2) 21:18 21:23 | |
| fact(1) 15:5 17:6 | | guff(2) 3:15 3:15 | | i'd(5) 10:11 16:14 16:17 16:18 20:17 | | litigation(3) 19:18 20:1 20:7 | |
| fairness(1) 15:19 | | gump(2) 2:29 17:17 | | i'll(5) 9:8 11:16 14:6 17:14 22:2 | | little(2) 10:5 19:16 | |
| fanfare(2) 10:23 11:1 | | gwen(1) 6:23 | | i'm(4) 14:4 14:10 17:11 20:12 | | litvack(1) 6:31 | |
| fargo(1) 4:28 | | had(6) 10:1 13:22 15:14 18:7 21:1 21:2 | | i've(4) 15:1 16:21 17:2 17:11 | | llc(4) 4:7 4:16 5:39 6:36 | |
| fcc(2) 14:23 14:23 | | hadn't(1) 21:20 | | | | llp(22) 2:11 2:20 2:41 2:47 3:7 3:35 3:39 | |
| feels(1) 12:14 | | hals(1) 4:41 | | jacobson(1) 5:7 | | 4:32 4:45 5:2 5:26 5:32 6:18 6:26 6:30 | |
| fees(1) 21:23 | | hand(4) 10:8 15:10 15:22 16:6 | | james(3) 1:25 2:23 5:13 | | 6:36 7:6 7:26 7:39 7:43 8:2 8:2 | |
| feld(2) 2:29 17:17 | | handled(1) 14:18 | | jane(1) 5:33 | | | |
| few(3) 10:19 10:20 20:14 | | happen(1) 10:17 | | jay(1) 8:7 | | lock(1) 22:8 | |
| filed(1) 19:17 | | happening(2) 16:5 21:10 | | jeffrey(1) 4:33 | | long(1) 14:16 | |
| fine(2) 13:6 22:11 | | happy(1) 20:17 | | jeffries(1) 6:44 | | look(1) 15:16 | |
| finger(1) 2:35 | | harrisburg(1) 1:50 | | jenner(1) 6:36 | | looking(1) 12:4 | |
| | | has(6) 9:5 9:18 12:20 13:20 20:9 20:20 | | jeremy(1) 7:32 | | lot(3) 9:19 15:17 15:23 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| ludwig(1) 1:31 | | news(5) 7:1 13:15 13:16 13:19 13:19 | | people(8) 10:3 10:7 15:15 15:16 16:8 16:10 22:8 22:9 | | reed(1) 4:46 | |
| lugano(1) 1:46 | | next(1) 13:13 | | | | referred(1) 18:3 | |
| lynch(1) 5:26 | | niese(1) 8:6 | | period(2) 15:2 21:1 | | regard(1) 16:2 | |
| made(5) 9:19 13:22 18:7 19:20 21:2 | | nobody(1) 10:2 | | perkins(1) 4:36 | | related(1) 9:4 | |
| madlyn(1) 5:35 | | nolan(1) 6:23 | | phase(1) 16:7 | | relatively(3) 10:19 10:20 11:5 | |
| magnozzi(1) 2:47 | | nomura(1) 5:6 | | phases(1) 11:5 | | relevant(1) 20:4 | |
| make(7) 10:21 13:4 16:2 16:14 17:9 20:8 22:10 | | not(16) 12:23 13:6 13:18 14:2 14:10 14:20 14:20 14:22 15:6 15:9 17:4 17:8 18:9 18:22 20:11 20:12 | | place(1) 21:3 | | remaining(1) 21:3 | |
| | | | | plaintiffs(1) 21:1 | | repeat(1) 14:20 | |
| | | | | plan(6) 14:5 16:11 16:23 18:16 19:7 22:1 | | repeatedly(1) 15:2 | |
| management(6) 2:29 3:11 3:20 3:25 3:25 3:30 | | nothing(1) 21:9 | | planned(1) 9:5 | | request(1) 14:14 | |
| | | novod(1) 3:8 | | point(12) 11:20 13:6 13:13 13:17 14:12 14:12 18:10 19:9 19:14 19:21 20:2 21:15 | | required(1) 15:1 | |
| manges(1) 6:30 | | now(2) 15:5 21:17 | | | | resolution(1) 13:17 | |
| many(1) 15:22 | | number(3) 11:18 13:21 21:22 | | points(6) 12:8 13:14 15:12 16:4 18:21 19:21 | | resolved(1) 15:9 | |
| marc(2) 2:13 2:16 | | numbered(1) 21:17 | | | | respect(3) 10:21 11:3 13:23 | |
| march(1) 10:19 | | oaktree(1) 3:19 | | polk(1) 2:41 | | respond(1) 21:9 | |
| mark(2) 2:38 4:3 | | objecting(1) 15:20 | | pose(1) 14:1 | | response(3) 15:5 22:13 22:14 | |
| mark-up(1) 19:18 | | objection(5) 11:22 12:3 13:22 21:22 22:4 | | position(2) 16:11 22:3 | | retirement(1) 6:18 | |
| market(1) 1:11 | | objections(2) 11:2 12:15 | | positions(3) 11:3 18:5 18:12 | | reuters(1) 4:40 | |
| marman-cohen(1) 6:14 | | objectors(1) 18:16 | | possibility(1) 10:2 | | reversed(1) 11:21 | |
| marsal(1) 4:16 | | observed(1) 15:1 | | possible(3) 9:21 10:5 10:14 | | reversing(1) 11:23 | |
| marshall(1) 3:45 | | obtained(1) 15:1 | | post-hearing(1) 17:14 | | revised(1) 19:11 | |
| matter(3) 9:8 9:22 23:8 | | obviously(1) 14:10 | | potter(1) 5:26 | | revisit(1) 17:1 | |
| matthew(5) 2:6 4:16 4:17 5:7 5:44 | | occur(2) 10:7 14:22 | | powlen(1) 6:27 | | richard(1) 7:40 | |
| matters(3) 12:18 12:18 15:17 | | odd(1) 20:9 | | ppearances(1) 1:22 | | richards(1) 2:35 | |
| mauceri(1) 6:19 | | off(2) 13:19 18:7 | | prefer(2) 15:6 16:14 | | rid(1) 16:7 | |
| may(1) 12:12 | | offer(2) 14:19 16:8 | | preparations(1) 9:14 | | rifkind(1) 4:20 | |
| maybe(1) 10:5 | | office(1) 7:18 | | presentation(2) 9:15 9:17 | | right(8) 10:15 13:2 15:11 19:3 20:16 21:12 22:5 22:18 | |
| mayer(1) 5:23 | | officers(1) 4:7 | | presented(2) 11:14 19:13 | | | |
| mccarter(1) 5:20 | | official(1) 2:3 | | preserve(1) 11:3 17:7 | | rights(2) 17:8 18:7 | |
| mccolm(1) 4:24 | | okay(4) 13:1 19:6 19:23 22:12 | | press(1) 7:10 | | riley(1) 7:40 | |
| mccormack(1) 2:15 | | oksana(1) 4:23 | | pretrial(1) 20:19 | | rise(1) 9:2 | |
| mccormick(1) 7:37 | | one(11) 8:10 9:13 13:15 15:12 15:14 16:18 17:18 17:23 19:11 20:9 21:17 | | pretty(1) 19:20 | | robert(1) 7:37 | |
| mccutchen(1) 3:39 | | | | primoff(1) 5:35 | | roitman(1) 2:16 | |
| mcdaniel(1) 5:40 | | | | prior(2) 18:4 21:4 | | rome(1) 7:6 | |
| mcguire(1) 2:6 | | ones(1) 18:17 | | probably(2) 9:16 9:22 | | ronon(1) 4:2 | |
| mcneill(1) 5:27 | | only(1) 19:13 | | problem(1) 11:22 22:7 | | rosenman(3) 7:43 8:2 8:2 | |
| mdl(3) 20:1 20:7 21:6 | | opening(1) 18:4 | | proceed(1) 13:5 | | ross(1) 1:37 | |
| meagher(1) 6:40 | | opinion(2) 16:22 17:2 | | proceedings(4) 1:18 1:54 9:5 23:8 | | rothschild(1) 4:32 | |
| mean(1) 12:5 | | opportunity(1) 18:3 | | process(1) 21:23 | | round(2) 16:4 16:4 | |
| meet-and-confer(1) 9:18 | | oracle(1) 2:46 | | produced(1) 1:55 | | royal(1) 6:12 | |
| meeting(1) 9:13 | | order(13) 9:15 9:16 11:13 11:19 11:23 14:15 19:12 20:18 20:21 20:22 21:4 21:15 22:10 | | product(1) 9:17 | | rudnick(1) 3:7 | |
| meisel(1) 1:42 | | | | proffers(1) 10:21 | | rules(1) 13:23 | |
| memoranduem(2) 14:13 14:17 | | | | progress(2) 9:19 19:20 | | running(1) 16:5 | |
| mentioned(1) 10:1 | | | | progresses(1) 18:20 | | saavedra(1) 6:33 | |
| merrill(1) 5:26 | | orders(1) 21:4 | | proponents(2) 14:5 22:1 | | safe(2) 22:19 | |
| mester(1) 5:12 | | original(1) 17:2 | | proponents(2) 14:11 19:7 | | said(1) 17:5 | |
| met(1) 19:19 | | other(9) 10:8 13:15 15:12 15:22 16:6 19:21 21:2 21:3 22:10 | | proposal(3) 13:22 18:6 18:10 | | sake(1) 12:13 | |
| michael(3) 3:12 3:39 3:40 | | | | propose(3) 11:8 13:21 14:3 | | same(4) 12:5 12:16 12:19 16:4 | |
| michele(1) 6:14 | | | | provide(1) 9:13 | | saw(2) 9:16 19:17 | |
| might(3) 10:2 12:10 20:13 | | ought(3) 10:4 12:1 15:4 | | provided(1) 11:9 13:23 | | say(5) 9:23 12:8 13:19 16:16 20:14 | |
| miles(1) 1:33 | | our(2) 9:14 17:22 | | publish(1) 20:11 | | schaible(1) 2:44 | |
| mills(1) 1:35 | | out(2) 9:11 20:12 | | purpose(1) 9:12 | | schedule(1) 21:8 | |
| mind(2) 18:20 19:4 | | over(1) 9:8 | | put(5) 10:20 11:3 13:21 14:2 14:3 | | scheduled(1) 9:7 | |
| minutes(2) 11:6 14:18 | | overly(1) 17:4 | | putting(1) 20:12 | | schedules(2) 11:8 15:21 | |
| moment(1) 13:8 | | overnight(2) 15:3 15:7 | | | | scheduling(1) 20:19 | |
| months(1) 21:2 | | o'melveny(1) 6:2 | | question(3) 16:1 21:5 21:9 | | schlerf(1) 4:33 | |
| more(5) 12:7 13:20 15:23 18:15 19:16 | | p.m(5) 1:15 9:1 10:1 10:4 23:3 | | quick(1) 11:5 | | scholer(1) 5:32 | |
| morgan(3) 3:35 6:18 6:26 | | papers(1) 12:4 | | quickly(1) 10:20 | | schotz(1) 1:42 | |
| morning(2) 12:17 13:15 | | pappas(1) 7:27 | | rachel(1) 6:19 | | schuylkill(1) 1:49 | |
| morris(1) 7:39 | | paragraphs(1) 14:16 | | raised(2) 13:14 14:12 | | scotland(1) 6:13 | |
| moskowitz(1) 2:42 | | parke(1) 2:11 | | randall(2) 3:16 7:11 | | scott(1) 4:29 | |
| moss(1) 4:37 | | particular(1) 21:19 | | rath(2) 2:5 2:8 | | second(4) 9:15 10:16 18:13 19:14 | |
| most(1) 9:20 | | particularly(1) 16:21 | | re-argument(1) 16:19 | | securities(1) 5:6 | |
| motion(7) 11:21 12:3 12:14 13:7 13:9 16:20 20:23 | | parties(22) 9:18 10:12 11:11 12:8 12:23 14:4 15:2 15:6 15:18 15:20 16:19 17:1 17:6 17:9 18:4 18:13 19:14 19:19 19:20 21:18 22:1 22:2 | | really(4) 13:14 15:4 18:7 20:13 | | see(5) 11:11 19:8 19:23 21:5 23:1 | |
| | | | | rearguing(1) 18:1 | | seems(2) 9:23 12:6 | |
| | | | | reargument(1) 17:11 | | sei(1) 3:45 | |
| move(2) 11:2 11:8 | | | | reasons(1) 13:5 | | seife(1) 2:17 | |
| moved(1) 12:3 | | partners(4) 4:12 7:22 7:22 8:10 | | rebuttal(7) 15:17 16:7 17:13 18:7 18:18 18:21 19:1 | | sending(1) 20:3 | |
| moving(1) 11:10 | | party(8) 3:11 4:40 5:6 6:44 7:10 7:14 7:26 8:10 | | | | sense(1) 18:12 | |
| much(4) 10:23 12:7 16:5 22:18 | | | | rebuttals(1) 18:14 | | separate(1) 13:8 | |
| muchin(3) 7:43 8:1 8:2 | | | | reckmeyer(1) 7:32 | | sequence(1) 21:16 | |
| myers(1) 6:2 | | parver(1) 5:33 | | recognize(1) 17:1 | | service(2) 1:48 1:55 | |
| | | paul(3) 4:20 7:34 12:12 | | reconsideration(4) 12:14 12:17 13:7 16:20 | | services(2) 1:48 4:12 | |
| narrow(2) 19:16 19:22 | | pauley(2) 20:12 20:18 | | record(2) 9:4 17:10 | | set(3) 9:20 10:15 15:21 | |
| national(1) 5:5 | | paxson(1) 7:26 | | recorded(1) 1:54 | | shall(1) 23:1 | |
| nature(1) 9:6 | | peg(1) 7:3 | | recording(2) 1:54 23:7 | | shamah(1) 6:3 | |
| need(3) 15:5 15:17 22:15 | | pennsylvania(1) 1:50 | | | | short(2) 18:21 18:23 | |
| new(5) 5:39 6:17 15:23 20:10 20:10 | | | | | | | |

| Word | Page:Line |
|---|---|
| **should**(7) 9:23 11:21 11:21 12:15 19:8 20:5 21:10 | |
| | |
| **shouldn't**(1) 14:2 | |
| **show**(1) 16:6 | |
| **sidley**(1) 1:24 12:16 | |
| **sieger**(1) 7:44 | |
| **siguler**(2) 3:15 3:15 | |
| **silverstein**(9) 5:29 7:34 12:7 12:11 12:12 13:1 13:3 13:6 13:12 | |
| | |
| **silverstein's**(1) 12:9 | |
| **similar**(2) 12:6 18:11 | |
| **simply**(2) 18:4 20:19 | |
| **simultaneously**(1) 12:2 | |
| **sina**(1) 8:11 | |
| **since**(2) 11:14 14:6 | |
| **single**(1) 18:16 | |
| **six**(1) 21:22 | |
| **skadden**(1) 6:40 | |
| **slate**(1) 6:40 | |
| **slater**(1) 6:22 | |
| **sloan**(1) 2:36 | |
| **small**(2) 21:15 21:15 | |
| **some**(7) 15:15 15:18 16:17 17:12 19:15 19:21 21:2 | |
| | |
| **somebody**(1) 17:3 | |
| **something**(4) 16:9 17:2 17:3 21:6 | |
| **sort**(1) 13:15 | |
| **sottile**(1) 2:23 | |
| **sound**(2) 1:54 23:7 | |
| **southern**(2) 20:9 20:10 | |
| **spaeder**(1) 2:20 | |
| **spahr**(1) 5:2 | |
| **speak**(2) 11:12 11:13 | |
| **speaking**(1) 17:22 | |
| **special**(1) 6:39 | |
| **specific**(1) 9:15 | |
| **specifically**(1) 13:8 | |
| **sperling**(1) 6:22 | |
| **standpoint**(1) 19:7 | |
| **stanley**(2) 3:35 6:26 | |
| **stargatt**(1) 5:16 | |
| **start**(6) 9:23 10:2 10:4 10:5 10:12 10:18 | |
| **starting**(1) 11:9 | |
| **state**(2) 6:17 21:1 | |
| **statement**(1) 18:6 | |
| **statements**(1) 17:10 | |
| **states**(3) 1:1 1:20 7:18 | |
| **status**(3) 9:6 9:14 21:3 | |
| **stay**(4) 13:22 14:14 20:5 21:3 | |
| **stein**(1) 5:44 | |
| **stephen**(2) 5:27 7:23 | |
| **stevens**(1) 4:2 | |
| **stickles**(1) 1:43 | |
| **still**(2) 10:17 21:8 | |
| **stradley**(1) 4:2 | |
| **strauss**(2) 2:29 17:17 | |
| **street**(2) 1:11 1:49 | |
| **strictly**(1) 16:20 | |
| **strike**(1) 13:17 | |
| **subject**(1) 15:17 | |
| **submission**(1) 17:14 | |
| **submit**(1) 19:11 | |
| **submitted**(2) 9:16 11:14 | |
| **substantively**(1) 14:21 | |
| **suggesting**(1) 10:23 | |
| **suggestion**(1) 11:19 12:9 20:9 | |
| **sullivan**(2) 3:3 3:4 | |
| **suppose**(1) 16:23 | |
| **sure**(2) 16:2 20:12 | |
| **swap**(1) 11:10 | |
| **taft**(1) 6:13 | |
| **take**(4) 10:8 14:16 15:2 17:23 | |
| **taking**(2) 9:11 22:3 | |
| **talk**(3) 14:5 17:13 22:15 | |
| **talked**(1) 19:13 | |

| Word | Page:Line |
|---|---|
| **talking**(1) 20:13 | |
| **taylor**(1) 5:16 | |
| **teitelbaum**(2) 8:6 8:7 | |
| **telephonic**(3) 1:18 2:1 9:5 | |
| **tell**(1) 11:16 | |
| **tells**(1) 17:3 | |
| **ten**(2) 13:21 21:17 | |
| **terms**(6) 10:10 10:16 11:23 21:9 21:11 22:10 | |
| | |
| **than**(1) 21:3 | |
| **thank**(9) 12:11 13:3 13:12 14:9 17:20 19:5 21:12 22:5 22:18 | |
| | |
| **thanked**(1) 20:3 | |
| **that**(120) 9:17 9:23 9:23 10:3 10:6 10:7 10:7 10:12 10:14 10:14 10:18 10:19 10:22 11:1 11:2 11:4 11:4 11:5 11:7 11:7 11:9 11:13 11:14 11:19 11:20 11:20 11:21 12:2 12:2 12:4 12:6 12:8 12:17 12:18 13:4 13:16 13:17 13:18 13:19 13:21 13:22 14:2 14:2 14:2 14:3 14:4 14:4 14:5 14:10 14:11 14:15 14:23 15:2 15:3 15:4 15:6 15:7 15:8 15:13 15:14 15:15 15:18 15:18 15:18 15:20 16:3 16:5 16:9 16:16 16:17 16:19 16:21 17:6 17:8 17:12 17:14 18:1 18:5 18:6 18:8 18:10 18:10 18:12 18:18 18:19 18:19 18:22 19:1 19:2 19:3 19:11 19:14 19:16 19:17 19:20 19:20 19:21 19:22 19:23 20:3 20:5 20:6 20:9 20:11 20:18 20:20 20:22 21:1 21:6 21:8 21:10 21:16 21:21 21:21 22:2 22:3 22:8 22:19 23:6 | |
| **that's**(8) 10:13 10:22 13:21 13:23 16:9 16:12 17:4 22:11 | |
| | |
| **the**(215) 1:1 1:2 1:19 2:3 7:18 9:2 9:3 9:4 9:6 9:6 9:8 9:11 9:11 9:12 9:14 9:15 9:16 9:17 9:17 9:18 9:20 9:20 10:1 10:6 10:6 10:7 10:9 10:11 10:12 10:15 10:16 10:18 10:18 10:21 11:2 11:5 11:6 11:8 11:9 11:10 11:12 11:13 11:15 11:17 11:19 11:19 11:20 11:21 11:22 11:23 12:3 12:3 12:4 12:5 12:5 12:8 12:14 12:15 12:16 12:17 12:18 12:19 12:21 12:22 12:22 13:7 13:11 13:13 13:13 13:16 13:17 13:19 13:19 13:22 13:22 13:23 13:23 14:1 14:2 14:3 14:4 14:4 14:5 14:6 14:8 14:11 14:12 14:12 14:13 14:14 14:14 14:15 14:15 14:17 14:19 14:19 14:22 14:23 15:6 15:6 15:10 15:11 15:14 15:20 15:20 15:21 15:21 16:1 16:4 16:5 16:6 16:6 16:6 16:7 16:8 16:10 16:12 16:14 16:15 16:15 16:16 16:18 16:18 16:20 16:21 16:22 17:2 17:2 17:6 17:6 17:7 17:10 17:12 17:14 17:15 17:19 17:23 18:1 18:1 18:2 18:2 18:3 18:3 18:4 18:6 18:6 18:8 18:10 18:11 18:12 18:16 18:17 18:17 18:18 18:18 18:20 18:22 18:23 18:23 19:3 19:6 19:7 19:12 19:12 19:13 19:14 19:15 19:17 19:19 19:19 19:20 19:23 20:1 20:1 20:4 20:7 20:9 20:10 20:11 20:12 20:16 20:20 20:21 20:22 20:22 20:23 21:1 21:1 21:3 21:3 21:4 21:6 21:11 21:12 21:15 21:18 21:19 21:22 21:23 22:3 22:3 22:23 22:5 22:9 22:10 22:12 22:14 22:14 23:3 23:6 23:7 23:7 23:8 | |
| | |
| **their**(4) 14:13 14:17 17:8 18:4 | |
| **them**(2) 15:6 22:11 | |
| **then**(4) 11:2 11:8 11:10 21:19 | |
| **there**(16) 9:23 11:1 11:11 11:14 11:18 12:20 13:8 15:23 16:16 16:22 18:12 18:17 21:10 21:10 21:17 22:15 | |
| | |
| **thereabouts**(1) 18:6 | |
| **therefore**(1) 21:8 | |
| **there's**(10) 12:20 13:18 15:13 15:17 15:18 16:5 17:3 18:16 18:22 19:23 | |

| Word | Page:Line |
|---|---|
| **these**(6) 11:12 14:6 15:13 15:17 18:21 19:15 | |
| | |
| **they**(7) 12:19 13:14 14:13 15:21 17:6 17:8 21:20 | |
| | |
| **they'd**(1) 11:12 | |
| **they're**(3) 11:13 11:23 19:12 | |
| **thing**(4) 10:16 15:14 15:19 20:9 | |
| **things**(4) 16:18 17:11 17:13 19:10 | |
| **think**(23) 9:19 10:4 10:7 10:17 10:22 11:7 12:1 12:2 12:13 13:16 14:15 14:17 15:18 16:4 16:14 17:5 17:21 18:5 18:10 18:22 19:1 20:4 22:9 | |
| **this**(30) 9:3 9:5 9:12 9:19 10:6 11:14 12:9 12:10 12:16 12:22 13:15 13:19 14:12 14:21 15:2 15:4 15:22 15:23 16:2 16:9 17:18 17:21 18:11 18:15 19:9 19:16 19:22 20:2 21:7 22:19 | |
| **thomas**(3) 1:37 2:15 4:41 | |
| **thomson**(1) 4:40 | |
| **thornburg**(2) 3:35 6:26 | |
| **those**(7) 10:8 11:5 11:16 12:1 12:18 17:9 20:18 | |
| | |
| **though**(2) 12:19 16:22 | |
| **thought**(1) 10:3 | |
| **three**(1) 11:18 | |
| **through**(2) 10:19 21:17 | |
| **tibita**(1) 7:15 | |
| **time**(11) 9:11 12:6 12:19 14:13 15:3 16:7 16:9 17:12 17:23 18:9 18:19 | |
| | |
| **times**(1) 15:22 | |
| **tina**(1) 4:37 | |
| **today**(5) 9:12 14:21 16:10 19:13 22:16 | |
| **told**(2) 10:5 11:5 | |
| **tomorrow**(9) 9:7 10:1 10:4 10:17 15:10 16:3 16:15 18:9 23:1 | |
| **topics**(1) 20:22 | |
| **torres**(1) 5:43 | |
| **touch**(1) 20:5 | |
| **toussi**(1) 8:11 | |
| **transcript**(3) 1:18 1:55 23:7 | |
| **transcription**(2) 1:48 1:55 | |
| **tribune**(3) 1:8 7:38 9:4 | |
| **trip**(1) 22:19 | |
| **true**(1) 15:8 | |
| **trust**(3) 3:3 5:20 5:38 | |
| **trustee**(2) 7:18 7:18 | |
| **trying**(2) 9:20 22:8 | |
| **turn**(2) 9:8 19:8 | |
| **two**(9) 10:21 11:5 11:20 12:18 13:14 14:4 14:16 19:10 21:2 | |
| | |
| **two-fold**(1) 9:13 | |
| **twomey**(1) 1:39 | |
| **u.s**(1) 7:18 | |
| **understand**(2) 14:22 17:9 | |
| **understanding**(3) 17:5 17:22 21:21 | |
| **understood**(1) 21:20 | |
| **united**(3) 1:1 1:20 7:18 | |
| **unless**(3) 12:13 12:20 17:3 | |
| **unopposed**(1) 20:23 | |
| **unsecured**(1) 2:4 | |
| **until**(1) 14:23 | |
| **upon**(1) 16:23 | |
| **use**(1) 18:23 | |
| **vail**(1) 6:37 | |
| **very**(6) 12:6 12:6 14:16 15:15 21:15 22:18 | |
| **view**(4) 10:18 12:21 17:6 21:8 | |
| **waived**(1) 14:1 | |
| **waiver**(1) 14:14 | |
| **want**(6) 10:8 14:4 16:2 17:10 17:12 22:9 | |
| **wanted**(1) 16:10 | |
| **wanting**(1) 17:9 | |

| Word | Page:Line |
|---|---|
| **wants**(2) 12:8 14:1 | |
| **wardwell**(1) 2:41 | |
| **warner**(1) 3:45 | |
| **was**(17) 9:13 9:13 9:15 9:17 10:3 10:14 11:1 11:18 12:2 12:9 12:17 14:12 16:7 18:5 21:6 21:17 23:3 | |
| | |
| **way**(3) 9:21 15:21 16:6 | |
| **wednesday**(1) 9:1 | |
| **week**(3) 9:20 10:1 19:17 | |
| **weekend**(1) 10:6 | |
| **weigh**(1) 17:17 | |
| **weighing**(2) 21:18 21:20 | |
| **weil**(1) 6:30 | |
| **weiss**(1) 4:20 | |
| **well**(3) 10:9 16:12 19:3 | |
| **wells**(1) 4:28 | |
| **were**(7) 9:14 10:13 13:14 14:13 16:10 18:9 18:12 | |
| | |
| **weren't**(1) 22:8 | |
| **we'll**(10) 10:15 10:18 11:2 13:4 13:5 15:8 15:9 19:21 20:4 20:4 | |
| | |
| **we're**(5) 9:4 10:20 11:7 13:9 14:2 | |
| **we've**(2) 9:19 13:16 | |
| **wharton**(1) 4:20 | |
| **what**(7) 10:13 11:16 17:6 19:12 19:13 20:13 20:14 | |
| **whatever**(2) 12:8 19:18 | |
| **what's**(2) 10:17 16:1 | |
| **when**(4) 12:3 12:22 18:3 18:14 | |
| **where**(2) 9:14 14:13 | |
| **whereupon**(1) 23:3 | |
| **whether**(6) 15:4 17:12 17:13 18:20 19:8 21:9 | |
| **which**(5) 10:19 11:20 19:14 21:20 21:22 | |
| **white**(1) 4:28 | |
| **who**(3) 17:6 20:18 21:18 | |
| **whole**(1) 14:17 | |
| **who's**(2) 11:11 22:10 | |
| **wickersham**(1) 6:13 | |
| **will**(10) 11:4 12:19 14:16 14:22 15:4 17:12 18:8 19:3 19:11 22:3 | |
| | |
| **william**(3) 3:4 3:31 8:6 | |
| **willing**(1) 10:11 | |
| **wilmington**(4) 1:12 3:3 9:1 23:1 | |
| **winerman**(1) 6:41 | |
| **winfrey**(1) 3:32 | |
| **wire**(1) 7:14 | |
| **wires**(1) 7:2 | |
| **wish**(5) 14:20 17:7 21:13 22:12 22:19 | |
| **wishes**(1) 19:8 | |
| **with**(18) 9:14 9:18 10:18 10:21 11:3 11:9 11:23 13:23 16:5 16:6 16:20 18:9 18:23 19:2 20:6 21:7 21:21 22:7 | |
| | |
| **within**(1) 11:20 | |
| **without**(1) 10:22 | |
| **witnesses**(1) 10:22 | |
| **wool**(1) 8:3 | |
| **words**(1) 20:14 | |
| **work**(1) 19:15 | |
| **world**(1) 12:21 | |
| **would**(16) 10:12 10:14 11:8 12:6 14:3 15:2 15:15 15:19 17:1 18:16 18:19 19:2 20:6 21:18 21:20 21:21 | |
| | |
| **write**(1) 16:8 | |
| **written**(1) 15:16 | |
| **wrong**(1) 17:7 | |
| **www.diazdata.com**(1) 1:52 | |
| **yes**(2) 20:17 21:14 | |
| **yesterday**(3) 9:16 11:9 20:19 | |
| **york**(4) 5:39 6:17 20:10 20:10 | |

| Word | Page:Line |
|---|---|
| **you**(35) | 9:11  9:12  9:13  9:16  10:14  11:9 |
| | 11:11  11:15  11:16  11:16  12:3  12:11  12:19 |
| | 13:3  13:12  14:9  15:3  15:10  15:14  15:16 |
| | 16:5  16:6  17:20  18:8  18:20  19:5  19:6 |
| | 19:16  21:6  21:12  21:15  21:16  22:5  22:18 |
| | 23:1 |
| **young**(3) | 4:2  4:25  5:16 |
| **your**(27) | 9:10  12:2  12:11  12:13  12:20 |
| | 13:3  13:5  13:13  14:10  15:8  16:1  16:13 |
| | 17:16  17:20  18:14  18:19  19:5  19:10  20:8 |
| | 20:17  21:5  21:5  21:9  21:10  21:14  21:21 |
| | 22:8 |
| **you'd**(1) | 16:9 |
| **you're**(1) | 20:13 |
| **you've**(3) | 11:4  15:16  15:22 |
| **zensky**(10) | 2:31  16:13  17:16  17:16  17:20 |
| | 19:4  19:5  20:14  20:16  20:17 |
| | |
| **zensky's**(1) | 19:17 |
| **zuckerman**(1) | 2:20 |