**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al. | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**MOTION AND ORDER FOR ADMISSION
_PRO HAC VICE_ OF CATHERINE G. PAPPAS**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission _pro hac vice_ of Catherine G. Pappas, Esquire of Dilworth Paxson LLP to represent certain former Tribune Co. employees F. Ashley Allen, Catherine M. Hertz, Michael D. Slason, and Louis J. Stancampiano in this action.

DILWORTH PAXSON LLP

/s/ Jesse N. Silverman
Jesse N. Silverman (DE #5446)
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
Wilmington, DE  19801
Tel: (302) 571-9800

Dated: June 7, 2012                     _Attorneys for Certain Former Employees_

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court (receipt #DEX016638).

/s/ Catherine G. Pappas
Catherine G. Pappas, Esquire
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
Wilmington, DE  19801
Tel: (302) 571-9800

Dated: June 7, 2012

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

The Honorable Kevin J. Carey
United States Bankruptcy Judge

Dated:

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2012, I caused a copy of the foregoing Motion and Order for Admission Pro Hac Vice of Catherine G. Pappas to be served upon the persons on the attached Service List by first-class United States mail, postage prepaid, unless otherwise indicated.

/s/ Stephanie McFadyen

Dated: June 7, 2012
Stephanie McFadyen, Paralegal

**SERVICE LIST**

| | |
|---|---|
| **UNITED STATES TRUSTEE**<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 |
| James F. Conlan, Esquire<br>Bryan Krakauer, Esquire<br>Kevin T. Lantry, Esquire<br>Jessica C.K. Boelter, Esquire<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, IL 60603 | Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Andrew Rosenblatt, Esquire<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | Graeme W. Bush, Esquire<br>James Sottile, Esquire<br>**ZUCKERMAN SPAEDER LLP**<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036 |
| Bruce Bennett, Esquire<br>James O. Johnston, Esquire<br>Joshua M. Mester, Esquire<br>**DEWEY & LEBOEUF LLP**<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90071 | Robert S. Brady, Esquire<br>M. Blake Cleary, Esquire<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 |
| Andrew Goldman, Esquire<br>**WILMER CUTLER PICKERING HALE & DORR LLP**<br>399 Park Avenue<br>New York, NY 10022 | Donald S. Bernstein, Esquire<br>Damian Schaible, Esquire<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, NY 10017 |
| Mark D. Collins, Esquire<br>Robert J. Stearn, Jr., Esquire<br>Drew G. Sloan, Esquire<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 | **Epiq Bankruptcy Solutions LLC**<br>757 Third Avenue, Third Floor<br>New York, NY 10017 |