# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** June 7, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Sullivan | Sullivan Hazeltine Allinson | Wilmington Trust |
| Robert Stark | Brown Rudnick | " |
| Martin Siegel | " | " |
| Gordon Novod | " | " |
| David Rosner | Kasowitz Benson | Law Debenture |
| Matthew Stein | " | " |
| Garvan McDaniel | Bifferato Gentilotti | |
| David Zensky | Akin Gump | Aurelius |
| Daniel Golden | Akin Gump | Aurelius |
| Matt Stokes | Cole Schotz | Tribune Company et al |
| James Bendernagel | Sidley Austin | |
| Jessica Boelter | | |
| Kerriann Mills | | |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO.  08-13141-KJC

COURTROOM LOCATION: 5
DATE: June 7, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Damian Schenkle | Davis Polk Wardwell | JP Morgan |
| Elliot Moskowitz | " | " |
| [scribbled] | [scribbled] | [scribbled] |
| [scribbled] | [scribbled] | [scribbled] |
| Drew Sloan | Richards Layton & Finger | " |
| David Carickhoff | Blank Rome | EGI-TRB |
| Thomas Horan | Womble Carlyle Sandridge Rice | GreatBanc |
| Jeremy Pelwurger | Andrews Kurth | Citadel & Camden |
| Paul Silverstein | Andrews Kurth | Citadel & Camden |
| Amanda M. Winfree | Ashby + Geddes, PA | Aurelius |
| Scott Greissman | White + Case LLP | Bridge Lenders |
| Eric Sutty | Fox Rothschild LLP | " |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: June 7, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam G. Landis | Landis Rath & Cobb | The Committee |
| Daniel B. Rath | " " | " |
| Howard Seife | Chadbourne & Parke | " |
| David LeMay | " " | " |
| Andrew Rosenblatt | " " | " |
| Marc Roitman | " " | " |
| James Sottile | Zuckerman Spaeder | " |
| KaToya Ellis Murry | McCarter & English | DBTCA |
| David Adler | " | " |
| Blake Cleary | Young Conaway Stargatt & Taylor | Daktres/Morgs to borden |
| James Johnston | Jones Day | " " |
| Josh Mester | " " | " " |
| D Getzler | Teschel | TM Retirees |

# SIGN-IN-SHEET

**CASE NAME:** TRIBUNE  
**CASE NO.** -KJC  
**COURTROOM LOCATION:** 5  
**DATE:**

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kevin Collins | Barnes + Thornburg | Megan Stanley |
| Laurie Selber Silverstein | Potter Anderson & Corroon | Merrill Lynch |
| R. Stephen McAlevin | " | " |
| Simon Fraser | Cozen | Citadel Equity Fund Ltd. & Camden Asset Mgmt |
| Richard Riley | Duane Morris LLP | Robert R. McCormick Tribune Foundation |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 06/07/2012
Calendar Time: 03:00 PM ET

2nd Revision 06/07/2012 09:06 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4985443 | Ronak Amin | (212) 390-2783 | The Blackstone Group | Interested Party, The Blackstone Group / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4984387 | Jeffrey Anapolsky | (410) 345-2737 | T. Rowe Price | Interested Party, Jeffrey Anapolsky / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4981292 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4931559 | Kimberly Bacher | 312-541-0151 | Shaw Gussis Fishman Glantz Wolfson | Interested Party, Crane Kenny / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4980186 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4863337 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4977972 | Michael Barnett | 212-719-7347 | OZ Management | Interested Party, Michael Barnett / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4983832 | Randall W. Beeler | (212) 332-5109 | Siguler Guff | Representing, Siguler Guff / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4977057 | Bruce Bennett | (213) 489-3939 | Jones Day | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4979691 | Eric Bilmes | 212-588-5115 | HBK Capital Management | Creditor, HBK Capital Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4979812 | Justin Brass | (310) 575-5128 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4974790 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4981321 | Graeme Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4985274 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4981361 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Peggy Drasal    CourtConfCal2009    Page 1 of 5

| Name | Case | Type | ID | Attendee | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4978333 | Courtney Carson | (212) 320-5499 | Soros Fund Management | Interested Party, Soros / LIVE |
| Tribune Company | 08-13141 | Hearing | 4981095 | Shagun S. Chadha | (203) 569-4345 | CRT Capital Group, LLC | Third Party, CRT Capital Group, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4963629 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4982819 | Peter Couri | 203-552-6900 | Cooperstown Capital Management | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4874451 | Michael D'Agostino | 860-240-2731 | Bingham McCutchen, LLP | Representing, Michael D'Agostino / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4978133 | David W. Derr | (203) 719-9776 | UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4981224 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4985303 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4982625 | Andrew Dodge | (415) 680-1180 | Indaba Capital | Interested Party, Indaba Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4739880 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| Tribune Company | 08-13141 | Hearing | 4981443 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4980164 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4983024 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4983959 | Steven C Florsheim | (312) 641-3200 | Sperling & Slater | Defendant(s), Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4984136 | Matthew Fornshell | (614) 462-1061 | Ice Miller, LLP. | Creditor, OPERS / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4870028 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4969138 | Matthew Frank | 312-371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4984816 | Bryce Fraser | (212) 823-5544 | Fortress Investment Group | Interested Party, Fortress Investment Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4980620 | Igor Fuks | (212) 303-9453 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4981342 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4975734 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4885727 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tribune Company | 08-13141 | Hearing | 4981299 | Shan Haider | (212) 262-6904 | Perkins Coie | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4870053 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4979718 | Mark Holliday | 214-659-4612 | Andrews Kurth | Creditor, Citadel Equity Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4979652 | Matthew Jacobson | (212) 667-1438 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4980479 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4981607 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchitis / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4980263 | Tibita P. Kaneene | (212) 500-1383 | DebtWire | Interested Party, Debt Wire / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4983901 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4985259 | Michael J. Kelly | (212) 554-1760 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4980115 | Candice Kline | 312-853-7778 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4983007 | Sheron Korpus | 212-506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4984284 | Stuart Kovensky | 201-541-2121 | Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4980515 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4948834 | Stephen Lam | (646) 863-7157 | Corre Partners | Creditor, Corre Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4975709 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, CitiGroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4980176 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4981253 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4980159 | Kenneth C. Liang | (213) 830-6422 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4982674 | Angela Libby | (212) 450-4433 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4980152 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4983917 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4981246 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, New York State Common Retiremenet Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4978305 | Olivia Mauro | 212-412-6773 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4975744 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4981280 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4978011 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4980140 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4860048 | Grant Nachman | 212-745-9781 | Brigade Capital Management | Interested Party, Brigade Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4979741 | Deborah J. Newman | (212) 872-7481 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4982621 | Svetoslav Nikov - Client | (212) 380-5890 | Cyrus Capital Partners, LP | Creditor, Cyrus Capital Partners, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4983878 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4982774 | Chris Nolter | 212-313-9286 | Chris Nolter | Interested Party, Interested Party / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4983828 | Jeffrey Olinsky - Client | (212) 705-7857 | Bingham McCutchen, LLP | Client; Jeffrey Olinsky / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4931865 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel LLP | Interested Party, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4979775 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4979767 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4968879 | Courtney Rogers | (203) 897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4981259 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4983909 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4872716 | Mike J. Schott | (212) 593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4982723 | Marc Schwartz | (212) 209-3122 | Taconic Capital | Interested Party, Taconic Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4981201 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4971639 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4982634 | Chaney M. Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4983941 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4983781 | Kenneth Smalley | (212) 616-7763 | The Seaport Group | Non-Party, The Seaport Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4982611 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4981305 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4959648 | Andrew M. Thau | 212-692-5178 | GMP Securities, LLC | Interested Party, GMP Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4976923 | Sina Toussi | 212-230-4510 | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4980110 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4980025 | Dennis Twomey | 312-853-7824 ext. 00 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4875089 | Andrew Vail | (312) 840-8888 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4920956 | Joanna Wa | (203) 862-6213 | Southpaw Asset Management | Interested Party, Southpaw Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4980181 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4981593 | Justin Winerman | (312) 407-0924 | Skadden Arps Slate Meagher & Flom | Client, Former Special Committe / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4985240 | Teck Wong | (952) 984-3292 | Carval Investors | Creditor, Carval Investors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4975704 | Ann K. Young | (212) 373-2237 | Paul Weiss Rifkind Wharton & | Interested Party, CitiGroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4985485 | Elnaz Zarrini | (212) 209-4909 | Brown Rudnick, LLP | Creditor, Willminting Trust / LISTEN ONLY |
| Tribune Company | 08-13171 | Hearing | 4985353 | Andrew Zatz | (212) 819-8744 | White & Case LLP | Creditor, Wells Fargo Bank / LISTEN ONLY |