IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al. | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**MOTION AND ORDER FOR ADMISSION**
***PRO HAC VICE* OF CATHERINE G. PAPPAS**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Catherine G. Pappas, Esquire of Dilworth Paxson LLP to represent certain former Tribune Co. employees F. Ashley Allen, Catherine M. Hertz, Michael D. Slason, and Louis J. Stancampiano in this action.

DILWORTH PAXSON LLP

/s/ Jesse N. Silverman
Jesse N. Silverman (DE #5446)
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
Wilmington, DE  19801
Tel: (302) 571-9800

Dated: June 7, 2012

*Attorneys for Certain Former Employees*

9381332_1

Docket No: 11767
Filed: 6/7/12

RECEIVED JUN 1 1 2012

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court (receipt #DEX016638).

/s/ Catherine G. Pappas
Catherine G. Pappas, Esquire
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
Wilmington, DE 19801
Tel: (302) 571-9800

Dated: June 7, 2012

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

Dated: June 11, 2012

9381332_1