# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Amended Calendar 06/11/2012 11:21 AM

Calendar Date: 06/11/2012
Calendar Time: 03:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4988152 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4981300 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4988185 | Kimberly Bacher | 312-541-0151 | Shaw Gussis Fishman Glantz Wolfson | Interested Party, Crane Kenny / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4980192 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4863351 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4985304 | Michael Barnett | 212-719-7347 | OZ Management | Interested Party, Michael Barnett / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4988616 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4988751 | Bruce Bennett | (213) 489-3939 | Jones Day | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4988659 | Eric Bilmes | 212-588-5115 | HBK Capital Management | Creditor, HBK Capital Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4990288 | Kristie M. Blase | (212) 756-2466 | Schulte Roth & Zabel LLP | Defendant(s), Schulte Roth & Zabel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4988669 | Jessica Boelter | (312) 853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4983957 | David C Bohan | 312-902-5566 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4988146 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4988551 | Justin Brass | (310) 575-5128 | Jefferies & Company | Creditor, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4988550 | Kim Brown | (302) 467-4436 | Landis Rath & Cobb, LLP | Creditor, Official Committee for Unsecured Creditors / LIVE |

Peggy Drasal    CourtConfCal2009    Page 4 of 9

| Tribune Company | 08-13141 | Hearing | 4981336 | Graeme Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4981370 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4990199 | Randall Chase | (302) 674-3037 | Associated Press | Interested Party, Associated Press / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988104 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988131 | M. Blake Cleary | 302-571-6714 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988569 | Kevin Collins | (302) 888-0301 | Barnes & Thornburg LLP | Interested Party, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4874454 | Michael D'Agostino | 860-240-2731 | Bingham McCutchen, LLP | Representing, Michael D'Agostino / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4990203 | David W. Derr | (203) 719-9776 | UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4981239 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4989077 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4861930 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| Tribune Company | 08-13141 | Hearing | 4990391 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988716 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4870040 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4969147 | Matthew Frank | 312-371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988221 | Igor Fuks | (212) 303-9453 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988691 | Daniel H. Golden | (212) 872-8010 | Akin Gump Strauss Hauer & Feld | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4981353 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4990313 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988085 | Dan Gropper | (646) 445-6500 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988780 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4990686 | Shan Haider | (212) 262-6904 Perkins Coie | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4870065 | Reed Heiligman | (312) 276-1432 Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988374 | Thomas Horan | (302) 252-4339 Womble Carlyle Sandridge & Rice, | Interested Party, GreatBanc Trust Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988148 | Matthew Jacobson | (212) 667-1438 Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988135 | James O. Johnston | (213) 489-3939 Jones Day | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988177 | Evan Jones | 213-430-6236 O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4981621 | Anna Kalenchits | (212) 723-1808 Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988702 | Ken Kansa | 312-853-7163 Sidley Austin LLP | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4989111 | Michael J. Kelly | (212) 554-1760 Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988632 | Candice Kline | 312-853-7778 Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4990289 | Stuart Kovensky | 201-541-2121 Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988679 | Bryan Krakauer | (312) 853-7515 Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988533 | Adam G. Landis | (302) 467-4444 Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988620 | Kevin Lantry | (213) 896-6022 Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4980197 | Edgar Lee | (213) 830-6415 Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4981248 | David LeMay | (212) 408-5100 Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4980166 | Kenneth C. Liang | (213) 830-6422 Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988709 | Don Liebentritt | (312) 222-3651 Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988581 | David Litvack | (212) 310-8361 Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988656 | Jillian Ludwig | 312-853-7523 Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4966656 | Michele Maman-Cohen | (213) 330-7716 Cadwalader Wickersham & Taft | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988779 | Michelle Marino | (302) 468-5700 DLA Piper US, LLP | Interested Party, DLA Piper US, LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988649 | Matthew Martinez | (312) 853-0826 Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4988799 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, New York State Common Retiremenet Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4978337 | Olivia Mauro | 212-412-6773 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988145 | Katharine L. Mayer | 302-984-6312 | McCarter & English | Creditor, Deutsche Bank Trust Company Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4981285 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988541 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988109 | R. Stephen McNeill | 302-984-6067 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4990651 | Gerson P. Mendonce | 212-339-2495 | Allen Global Partners | Creditor, Allen Global Partners / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988139 | Joshua M. Mester | (213) 489-3939 | Jones Day | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988693 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988663 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988999 | Elliot Moskowitz | (212) 450-4241 | Davis Polk & Wardwell LLP | Interested Party, JP Morgan Chase Bank NA / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988684 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4979744 | Deborah J. Newman | (212) 872-7481 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4991165 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4990982 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4931872 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel LLP | Interested Party, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4979781 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988330 | Marc J. Phillips | 302-884-6283 | Connolly Bove Lodge & Hutz LLP | Creditor, Others Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4979774 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988520 | Daniel Rath | 302-467-4400 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4989214 | Jeremy Reckmeyer | (212) 850-2851 | Andrews Kurth | Creditor, Citadel Equity Group / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4990275 | Richard W. Riley | (302) 657-4900 | Duane Morris LLP | Interested Party, McCormick Tribune Foundation and Cantigny Foundation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988395 | Courtney Rogers | (203) 897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4981271 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988626 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988576 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4990285 | Anthony M. Saccullo | (302) 836-8877 | AM Saccullo Legal | Creditor, Timothy Knight / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988997 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell LLP | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4990579 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Creditor, Wells Fargo Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4991181 | Mike J. Schott | (212) 593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4981213 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988165 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4989106 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988101 | Laurie S. Silverstein | 302-984-6033 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4989010 | Drew G Sloan | (302) 651-7612 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4985618 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4981315 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988917 | Robert Stark | 212-209-4862 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4990400 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988726 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988713 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy, | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988911 | William Sullivan | 302-428-8191 | Sullivan Hazeltine Allinson, LLC | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988198 | Jay Teitelbaum | 914-437-7670 | Teitelbaum & Baskin | Interested Party, William A. Niese / LIVE |
| Tribune Company | 08-13141 | Hearing | 4985427 | Sina Toussi | 212-230-4510 | One East Partners | Interested Party, One East Partners / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4988673 | Dennis Twomey | 312-853-7824 ext. 00 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4875099 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI - TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988721 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4989326 | Justin Winerman | (312) 407-0924 | Skadden Arps Slate Meagher & Flom | Client, Former Special Committee / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4988688 | Amanda Winfree | (302) 654-1888 ext. 00 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4990213 | Andrew L. Wool | (312) 902-5623 | Katten Muchin Rosenman LLP | Interested Party, Katten Muchin Rosenman LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4988529 | ~~Ann K. Young~~ | (212) 373-2237 | Paul Weiss Rifkind Wharton & | Interested Party, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4990299 | David M. Zensky | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LIVE |