# SCHEDULE 1

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 54: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 1 | BISGER, FRED B., TRUSTEE - C/O BISGER REALTY MANAGEMENT - MARVIN ALAN ROSMAN<br>MARVIN ALAN ROSMAN & ASSOCIATES, PLC.<br>4912 W. BROAD STREET, P.O. BOX 6964<br>RICHMOND, VA 23230-0964 | A |
| 2 | CATELLUS DEVELOPMENT CORPORATION<br>C/O EDWARD J. TREDINNICK, ESQ.<br>GREENE RADOVSKY MALONEY SHARE & HENNIGH<br>FOUR EMBARCADERO CENTER, 40TH FLOOR<br>SAN FRANCISCO, CA 94111 | B |
| 3 | CHANSKY, KATHERINE M.<br>12001 FALCON RIDGE WAY<br>NORTHRIDGE, CA 91326 | B |
| 4 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | A |
| 5 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | A |
| 6 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., # 7-400<br>CHICAGO, IL 60601 | A |
| 7 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | A |
| 8 | MITCHELL, SR., KEIFFER J., AS PR OF THE ESTATE OF PARREN J. MITCHELL<br>LARRY GIBSON, ESQ. & JOHN LEIDIG, ESQ.<br>36 SO. CHARLES ST., SUITE 2000<br>BALTIMORE, MD 21201 | B |
| 9 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 10 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 11 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 12 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 54: SCHEDULE I

|    | NAME | EXHIBIT |
|----|------|---------|
| 13 | SHUTTLE PRINTING, INC.<br>ATTN: BILL EDNIE<br>57-11 49TH PL<br>MASPETH, NY 11378 | C |
| 14 | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | A |
| 15 | WARNER BROS DOMESTIC CABLE DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | A |
| 16 | WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | A |
| 17 | WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | A |
| 18 | WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | A |
| 19 | WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | A |
| 20 | WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | A |
| 21 | WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | A |
| 22 | WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | A |