# EXHIBIT A

# Amended Claims

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 54: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 BISGER, FRED B., TRUSTEE - C/O BISGER REALTY MANAGEMENT - MARVIN ALAN ROSMAN MARVIN ALAN ROSMAN & ASSOCIATES, PLC. 4912 W. BROAD STREET, P.O. BOX 6964 RICHMOND, VA 23230-0964 | 05/11/2009 | 08-13210 | 2639 | $13,203.26 | BISGER, FRED B. TRUSTEE C/O BISGER REALTY MANAGEMENT, INC. MICHAEL P LAFAYETTE - LAFAYETTE, AYERS & 10160 STAPLES MILL ROAD, SUITE 105 GLEN ALLEN, VA 23060 | 03/30/2012 | 08-13210 | 7099 | $13,203.26 |
| 2 DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/15/2009 | 08-13252 | 2821 | $1,617.32 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 04/20/2012 | 08-13252 | 7107 | $0.00 |
| 3 ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | 05/22/2009 | 08-13141 | 3081 | $51,447,746.00 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 64338 CHICAGO, IL 60664-0338 | 05/14/2012 | 08-13141 | 7119 | $53,752,914.06 |
| 4 ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., # 7-400 CHICAGO, IL 60601 | 05/26/2009 | 08-13141 | 3196 | $22,396,645.06 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 64338 CHICAGO, IL 60664-0338 | 05/14/2012 | 08-13141 | 7118 | $24,250,962.45 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 7

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 54: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | 04/10/2009 | 08-13231 | 929 | $8,278.44 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, IL 60664-0338 | 05/11/2012 | 08-13231 | 7109 | $185.02 |
| 6 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13225 | 6577 | $1,000.00* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/29/2012 | 08-13225 | 7097 | $1,000.00* |
| 7 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/16/2011 | 08-13223 | 6788 | $17.21* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/29/2012 | 08-13223 | 7098 | $27,141.40* |
| 8 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/18/2011 | 08-13225 | 6790 | $3,781.61* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/30/2012 | 08-13225 | 7100 | $4,403.38* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 54: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/30/2012 | 08-13225 | 7100 | $4,403.38* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 04/12/2012 | 08-13225 | 7105 | $3,102.46* |
| 10 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 05/07/2010 | 08-13141 | 6472 | $4,337,722.06 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION FREDERICK F. RUDZIK, CLAIMANTS ATTORNEY POST OFFICE BOC 6668 TALLAHASSEE, FL 32314-6668 | 04/16/2012 | 08-13141 | 7104 | $5,750,522.32 |
| 11 | WARNER BROS DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13148 | 4083 | $880,200.01 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD, BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13148 | 6766 | $725,361.30 |
| | | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13148 | 6765 | $154,838.71 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 54: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 12 | WARNER BROS DOMESTIC TV DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13183 | 4081 | $4,849,100.33 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13183 | 6754 | $3,717,918.21 |
| | | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13183 | 6753 | $1,131,182.12 |
| 13 | WARNER BROS DOMESTIC TV DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13149 | 4082 | $674,987.71 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13149 | 6756 | $464,275.40 |
| | | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13149 | 6755 | $210,712.31 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 54: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | WARNER BROS DOMESTIC TV DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13241 | 4086 | $4,441,916.84 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13241 | 6752 | $3,333,657.35 |
| | | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13241 | 6751 | $1,108,259.49 |
| 15 | WARNER BROS DOMESTIC TV DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13254 | 4087 | $6,051,726.03 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13254 | 6764 | $4,920,545.16 |
| | | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13254 | 6763 | $1,131,180.87 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 54: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 WARNER BROS DOMESTIC TV DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13180 | 4090 | $867,954.77 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13180 | 6762 | $731,436.38 |
| | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13180 | 6761 | $136,518.39 |
| 17 WARNER BROS DOMESTIC TV DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13182 | 4091 | $710,410.98 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13182 | 6760 | $512,560.46 |
| | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13182 | 6759 | $197,850.52 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 54: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 18 | WARNER BROS DOMESTIC TV DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13251 | 4094 | $1,390,437.95 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13251 | 6758 | $1,046,737.71 |
| | | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13251 | 6757 | $343,700.24 |

TOTAL    $98,081,148.96

\* - Indicates claim contains unliquidated and/or undetermined amounts