## EXHIBIT B

## Modified Debtor Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 54: EXHIBIT B – MODIFIED DEBTOR CLAIMS

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CATELLUS DEVELOPMENT CORPORATION C/O EDWARD J. TREDINNICK, ESQ. GREENE RADOVSKY MALONEY SHARE & HENNIGH FOUR EMBARCADERO CENTER, 40TH FLOOR SAN FRANCISCO, CA 94111 | 06/09/2009 | $196,420.56 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $196,420.56 |
| 2 | CHANSKY, KATHERINE M. 12001 FALCON RIDGE WAY NORTHRIDGE, CA 91326 | 05/28/2009 | $134.00 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $134.00 |
| 3 | MITCHELL, SR., KEIFFER J., AS PR OF THE ESTATE OF PARREN J. MITCHELL LARRY GIBSON, ESQ. & JOHN LEIDIG, ESQ. 36 SO. CHARLES ST., SUITE 2000 BALTIMORE, MD 21201 | 04/06/2009 | $20,000,000.00 | 08-13141 | Tribune Company | 08-13209 | The Baltimore Sun Company | $20,000,000.00 |

Page 1 of 1