# EXHIBIT C

## Insufficient Documentation Claim

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 54: EXHIBIT C – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SHUTTLE PRINTING, INC. ATTN: BILL EDNIE 57-11 49TH PL MASPETH, NY 11378 | 08-13176 | InsertCo, Inc. | 06/12/2009 | 4880 | Undetermined* | No basis for any claim is asserted. The Debtors' books and records do not reveal any basis for the claim. |
| | | | | | TOTAL | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1