# **PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No.** ____ |

## ORDER SUSTAINING DEBTORS' FIFTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' Fifty-Fourth Omnibus (Non-Substantive) Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing or modifying, as applicable, the Disputed Claims set forth on Exhibit A, Exhibit

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

B, and Exhibit C hereto; and upon consideration of the Rodden Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Amended Claims set forth on the attached Exhibit A are hereby disallowed in their entirety; and it is further

ORDERED that the Modified Debtor Claims set forth on the attached Exhibit B are hereby modified so that each such claim is reassigned to the Debtor specified under the column heading "Modified Debtor;" and it is further

ORDERED that the Insufficient Documentation Claim set forth on the attached Exhibit C is hereby disallowed in its entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Surviving Claims" or "Modified Debtor Claims" on Exhibits A, or B attached hereto, and the parties' rights with respect to the "Surviving Claims" and "Modified Debtor Claims" are reserved provided, however, that each of the claims identified as "Surviving Claims" on Exhibit A attached hereto is deemed timely filed to the extent that it relates back to a claim which was filed on or before the applicable Bar Date; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

_____, 2012

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

# EXHIBIT A

# Amended Claims

## TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 54: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 BISGER, FRED B., TRUSTEE - C/O BISGER REALTY MANAGEMENT - MARVIN ALAN ROSMAN MARVIN ALAN ROSMAN & ASSOCIATES, PLC. 4912 W. BROAD STREET, P.O. BOX 6964 RICHMOND, VA 23230-0964 | 05/11/2009 | 08-13210 | 2639 | $13,203.26 | BISGER, FRED B. TRUSTEE C/O BISGER REALTY MANAGEMENT, INC. MICHAEL P LAFAYETTE - LAFAYETTE, AYERS & 10160 STAPLES MILL ROAD, SUITE 105 GLEN ALLEN, VA 23060 | 03/30/2012 | 08-13210 | 7099 | $13,203.26 |
| 2 DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/15/2009 | 08-13252 | 2821 | $1,617.32 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 04/20/2012 | 08-13252 | 7107 | $0.00 |
| 3 ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | 05/22/2009 | 08-13141 | 3081 | $51,447,746.00 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPCY SECTION PO BOX 64338 CHICAGO, IL 60664-0338 | 05/14/2012 | 08-13141 | 7119 | $53,752,914.06 |
| 4 ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., # 7-400 CHICAGO, IL 60601 | 05/26/2009 | 08-13141 | 3196 | $22,396,645.06 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPCY SECTION PO BOX 64338 CHICAGO, IL 60664-0338 | 05/14/2012 | 08-13141 | 7118 | $24,250,962.45 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 54: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | 04/10/2009 | 08-13231 | 929 | $8,278.44 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, IL 60664-0338 | 05/11/2012 | 08-13231 | 7109 | $185.02 |
| 6 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13225 | 6577 | $1,000.00* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/29/2012 | 08-13225 | 7097 | $1,000.00* |
| 7 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/16/2011 | 08-13223 | 6788 | $17.21* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/29/2012 | 08-13223 | 7098 | $27,141.40* |
| 8 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/18/2011 | 08-13225 | 6790 | $3,781.61* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/30/2012 | 08-13225 | 7100 | $4,403.38* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 54: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/30/2012 | 08-13225 | 7100 | $4,403.38* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 04/12/2012 | 08-13225 | 7105 | $3,102.46* |
| 10 STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 05/07/2010 | 08-13141 | 6472 | $4,337,722.06 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION FREDERICK F. RUDZIK, CLAIMANTS ATTORNEY POST OFFICE BOC 6668 TALLAHASSEE, FL 32314-6668 | 04/16/2012 | 08-13141 | 7104 | $5,750,522.32 |
| 11 WARNER BROS DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13148 | 4083 | $880,200.01 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD, BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13148 | 6766 | $725,361.30 |
| | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13148 | 6765 | $154,838.71 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 54: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 12 | WARNER BROS DOMESTIC TV DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13183 | 4081 | $4,849,100.33 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13183 | 6754 | $3,717,918.21 |
| | | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13183 | 6753 | $1,131,182.12 |
| 13 | WARNER BROS DOMESTIC TV DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13149 | 4082 | $674,987.71 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13149 | 6756 | $464,275.40 |
| | | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13149 | 6755 | $210,712.31 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 54: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | WARNER BROS DOMESTIC TV DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13241 | 4086 | $4,441,916.84 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13241 | 6752 | $3,333,657.35 |
| | | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13241 | 6751 | $1,108,259.49 |
| 15 | WARNER BROS DOMESTIC TV DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13254 | 4087 | $6,051,726.03 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13254 | 6764 | $4,920,545.16 |
| | | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13254 | 6763 | $1,131,180.87 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 54: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 WARNER BROS DOMESTIC TV DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13180 | 4090 | $867,954.77 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13180 | 6762 | $731,436.38 |
| | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13180 | 6761 | $136,518.39 |
| 17 WARNER BROS DOMESTIC TV DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13182 | 4091 | $710,410.98 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13182 | 6760 | $512,560.46 |
| | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13182 | 6759 | $197,850.52 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 6 of 7

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 54: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 18 | WARNER BROS DOMESTIC TV DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 06/09/2009 | 08-13251 | 4094 | $1,390,437.95 | WARNER BROS. DOMESTIC CABLE DISTRIBUTION C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK, CA 91522 | 04/26/2011 | 08-13251 | 6758 | $1,046,737.71 |
| | | | | | | NBC STUDIOS LLC TRANSFEROR: WARNER BROS. TELEVISION DIST JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP. 100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C UNIVERSAL CITY, CA 91608 | 04/26/2011 | 08-13251 | 6757 | $343,700.24 |
| | | | TOTAL | | $98,081,148.96 | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

## EXHIBIT B

## Modified Debtor Claim

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 54: EXHIBIT B – MODIFIED DEBTOR CLAIMS

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 4196 | CATELLUS DEVELOPMENT CORPORATION C/O EDWARD J. TREDINNICK, ESQ. GREENE RADOVSKY MALONEY SHARE & HENNIGH FOUR EMBARCADERO CENTER, 40TH FLOOR SAN FRANCISCO, CA 94111 | 06/09/2009 | $196,420.56 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $196,420.56 |
| 2 | 3251 | CHANSKY, KATHERINE M. 12001 FALCON RIDGE WAY NORTHRIDGE, CA 91326 | 05/28/2009 | $134.00 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $134.00 |
| 3 | 878 | MITCHELL, SR., KEIFFER J., AS PR OF THE ESTATE OF PARREN J. MITCHELL LARRY GIBSON, ESQ. & JOHN LEIDIG, ESQ. 36 SO. CHARLES ST., SUITE 2000 BALTIMORE, MD 21201 | 04/06/2009 | $20,000,000.00 | 08-13141 | Tribune Company | 08-13209 | The Baltimore Sun Company | $20,000,000.00 |

Page 1 of 1

# EXHIBIT C

## Insufficient Documentation Claims

CH1 6816652v.3

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 54: EXHIBIT C – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SHUTTLE PRINTING, INC. ATTN: BILL EDNIE 57-11 49TH PL MASPETH, NY 11378 | 08-13176 | InsertCo, Inc. | 06/12/2009 | 4880 | Undetermined* | No basis for any claim is asserted. The Debtors' books and records do not reveal any basis for the claim. |
| | | | | | TOTAL | $0.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts