# EXHIBIT D

**Letter From Robert Henke to Clerk of the Maryland Circuit Court, Dated October 13, 2008 (Exhibit D to Initial Response, Docket No. 3989)**

Dynamic In Situ Geotechnical Testing
725 Cameron Woods Drive
Apex, North Carolina 27523

Exhibit D
Letter plus
Postal record.

Phone: (919) 303-5801
E-Mail: hroberthenke@aol.com

Circuit Court for Baltimore City – Civil Division
Room 462 – Courthouse East
111 North Calvert Street
Baltimore, Maryland 21201

October 13, 2008

Subject: Defamation Complaint of October 3, 2008; Case # 24-C-

Dear Madam or Sir;

I am writing to provide the information requested of me in a form dated 10/8/08. The information is needed to allow you to begin processing the subject complaint.

The parties I am filing suit against are 1) The Baltimore Sun and 2) Mr. Gadi Dechter, Sun Reporter. The addresses follow:

> The Baltimore Sun
> Attention: Mr. Timothy E. Ryan
>     Publisher, President, and Chief Executive Officer
> 501 North Calvert Street
> Baltimore, Maryland 21278
>
> Mr. Gadi Dechter
> Sun Reporter
> The Baltimore Sun
> 501 North Calvert Street
> Baltimore, Maryland 21278

Additionally, I have enclosed an official check for $105 to replace the personal check I sent for that amount along with my October 3, 2008 complaint. I have also enclosed a self addressed envelope in the event you need to contact me.

I greatly appreciate your efforts in processing my complaint. Please do not hesitate to contact me if you have any questions.

Sincerely,

Robert Henke

 **UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **2301 3460 0001 8065 5679**
Status: **Delivered**

Your item was delivered at 11:30 AM on October 17, 2008 in BALTIMORE, MD 21202 to CLERK BALT CITY CIR. The item was signed for by W ESTEP.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                      10/19/2008