## EXHIBIT E

**Letter From Robert Henke to Clerk of the Maryland Circuit Court, Dated December 30, 2008 (Exhibit E to Initial Response, Docket No. 3989)**

**Dynamic In Situ Geotechnical Testing**
725 Cameron Woods Drive
Apex, North Carolina 27523

Phone: (919) 303-5801
E-Mail: hroberthenke@aol.com

December 30, 2008

Circuit Court for Baltimore City
Attention: Room 462
111 North Calvert Street
Baltimore, Maryland 21202

Exhibit E

Letter, enclosures
and postal record.

Subject: Defamation Complaint, Case # 24-C-

Attention: B.L. Bowman

I am writing to resubmit a defamation complaint I had first submitted in a letter dated October 3, 2008. I have enclosed various materials.

Regarding background, in response to my October 3, 2008 letter, the Circuit Court for Baltimore City ("the Court") sent to me a form, dated October 8, 2008, that assigned a case number (#24-C-), requested additional information, and, presumably, requested a payment form other than the personal check I had sent for the filing fee of $105.00. I provided the information requested in an October 13, 2008 letter and, with the letter, I included a money order for $105.00 and a self-addressed envelope. On December 18, 2008, I telephoned the Court to check on the status of my complaint. I was informed that there was no record of my complaint. I also found that the money order had not been cashed. I should note that both my letters were signature confirmation mailings. T. Lane signed for the October 3, 2008 letter on October 6, 2008 and W. Estep signed for the October 13, 2008 letter on October 17, 2008.

Regarding the enclosures, I have enclosed the resubmitted complaint. The complaint consists of a copy of my original complaint letter dated October 3, 2008 and a copy of my October 13, 2008 letter in which I provided to the Court the additional information requested by the Court in its October 8, 2008 form. Along with these, I have enclosed a self-addressed envelope and a new money order for the filing fee of $105.00.

Second, for your information and convenience, I have also enclosed copies of all previous correspondence and related documents. These include a copy of the material that was sent to me by the Court in response to my October 3, 2008 letter; copies of my receipts for the signature confirmation deliveries of my October 3 and October 13, 2008 letters; and a copy of the receipt for the original money order for $105.00 I sent with the October 13, 2008 letter. I am now having the original money order voided.

I greatly appreciate your efforts in processing my complaint. Please do not hesitate to contact me if you have any questions.

Sincerely,

Robert Henke

Enclosures