IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-13141 |
| | ) | (Jointly Administered) |
| | ) | |
| TRIBUNE COMPANY | ) | Chapter 11 |
| | ) | Courtroom 5 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | June 11, 2012 |
| | ) | 3:00 p.m. |

TRANSCRIPT OF TELEPHONIC PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

| | |
|---|---|
| For Debtors: | Sidley Austin |
| | BY: JAMES BENDERNAGEL, ESQ. |
| | (202)736-8136 |
| | BY: JESSICA BOETLER, ESQ. |
| | (312)853-7030 |
| | BY: KEVIN LANTRY, ESQ. |
| | (213)896-6022 |
| | BY: JILLIAN LUDWIG, ESQ. |
| | (312)853-7523 |
| | BY: DAVID MILES, ESQ. |
| | 202-736-8556 |
| | BY: KERRIANN MILLS, ESQ. |
| | (312)853-0036 |
| | BY: THOMAS E. ROSS, ESQ. |
| | 202-736-8374 |
| | BY: DENNIS TWOMEY, ESQ. |
| | (312)853-7824 |
| | BY: KEN KANSA, ESQ. |
| | (312) 853-7163 |
| | BY: BRYAN KRAKAUER, ESQ. |
| | (312) 853-7515 |
| | BY: CANDACE KLINE, ESQ. |
| | (312)853-7778 |
| | BY: MATTHEW MARTINEZ, ESQ. |
| | (312) 853-0826 |
| | BY: BRETT MYRICK, ESQ. |
| | (312) 853-1049 |
| | |
| ECRO: | AL LUGANO |
| | |
| Transcription Service: | DIAZ DATA SERVICES |
| | 331 Schuylkill Street |
| | Harrisburg, Pennsylvania 17110 |
| | (717) 233-6664 |
| | www.diazdata.com |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
APPEARANCES:
(Continued)

For Debtors:                    Cole Schotz Meisel Forman & Leonard
                                BY: J. KATE STICKLES, ESQ.
                                (302)651-2001

                                Tribune Company
                                BY: DON LIEBENTRITT
                                (312) 222-3651
                                BY: MICHAEL D. O'NEAL
                                (312) 222-3490
                                BY: GARY WEITMAN
                                (312) 222-3394
                                BY: DAVE ELDERSVELD
                                (312) 2223-4707
For The Official
Committee of Unsecured
Creditors:                      Landis Rath & Cobb
                                BY:  MATTHEW MCGUIRE, ESQ.
                                BY: ADAM G. LANDIS, ESQ.
                                BY: DANIEL RATH, ESQ.
                                BY: KIM BROWN, ESQ.
                                (302)467-4400

                                Chadbourne & Parke LLP
                                BY: DAVID LEMAY, ESQ.
                                BY: MARC D. ASHLEY, ESQ.
                                BY: DOUGLAS DEUTSCH, ESQ.
                                BY: THOMAS MCCORMACK, ESQ.
                                BY: MARC ROITMAN, ESQ.
                                BY: HOWARD SEIFE, ESQ.
                                (212)408-5100

                                Zuckerman Spaeder, LLP
                                BY: GRAEME BUSH, ESQ.
                                BY: ANDREW GOLDFARB, ESQ.
                                BY: JAMES SOTTILE, ESQ.
                                (202)778-1800
                                BY: ANDREW CARIDAS, ESQ.
                                (202) 778-1855

For HBK Capital
Management:                     HBK Capital Management
                                BY: ERIC BILMES
                                (212) 588-5115
```

```
For Wilmington Trust:       Sullivan Hazeltine & Allinson
                            BY:  WILLIAM SULLIVAN, ESQ.
                            (302) 250-4357

                            Brown Rudnick
                            BY: MARTIN SIEGEL, ESQ.
                            (212) 209-4829
                            BY: ROBERT STARK, ESQ.
                            (212) 209-4862

For Aurelius Capital
Management:                 Akin Gump Strauss Hauer & Feld, LLP
                            BY: DAVID M. ZENSKY, ESQ.
                            (212) 872-1000
                            BY: DEBORAH J. NEWMAN, ESQ.
                            (212) 872-7481
                            BY: DANIEL H. GOLDEN, ESQ.
              `             (212) 872-98010

                            Aurelius Capital Management, LP
                            BY: DAN GROPPER
                            (646) 445-6500
For JPMorgan Chase
Bank:                       Richards Layton & Finger, PA
                            BY: DREW G. SLOAN, ESQ.
                            (302)651-7612
                            BY: MARK D. COLLINS, ESQ.
                            (302) 651-7531

                            Davis Polk & Wardwell, LLP
                            BY: ELLIOTT MOSKOWITZ, ESQ.
                            (212) 450-4241
                            BY: DAMIAN SCHAIBLE, ESQ.
                            (212) 450-4000

For Creditor, Oaktree
Capital Management:         Jones Day
                            BY: BRUCE BENNETT
                            (213) 489-3939

                            Oaktree Capital Management
                            BY; KENNETH C. LIANG
                            (213) 860-6415
                            BY: EDGAR LEE
                            (213) 830-6415
For Aurelius Capital
Management:                 Ashby & Geddes
                            BY: AMANDA WINFREY, ESQ.
                            (302) 654-1888
```

```
For Morgan Stanley:        Barnes & Thornburg, LLP
                           BY: KEVIN COLLINS, ESQ.
                           (302) 888-0301


For Michael D'Agostino:    Bingham McCutchen, LLP
                           BY: MICHAEL D'AGOSTINO
                           (860) 240-2731
For Former Directors
and Officers:              Grippo & Elden, LLC
                           BY: GEORGE DOUGHERTY, ESQ.
                           (312) 704-7700
For Arrowgrass Capital
Services:                  Arrowgrass Capital Partners, US, LP
                           BY: DAVID DUNN
                           (212) 584-5946


For Matthew Frank:         Alvarez & Marsal, LLC
                           BY: MATTHEW FRANK
                           (312) 371-9955


For Citigroup:             Paul Weiss Rifkind Wharton &
                           Garrison
                           BY: ANN K. YOUNG, ESQ.
                           (212) 373-3000


For Wells Fargo Bank:      White & Case
                           BY: SCOTT GREISSMAN, ESQ.
                           (212) 819-8567

                           Fox Rothschild, LLP
                           BY: JEFFREY M. SCHLERF, ESQ.
                           (302) 622-4212

                           Perkins Cole
                           BY: SHAN HAIDER, ESQ.
                           (212) 262-6904

For Employees Compensation
Defendant's Group:         Frank Gecker, LLP
                           BY: REED HEILIGMAN, ESQ.
                           BY: JOSEPH FRANK, ESQ.
                           (312) 276-1432


For Interested Party:      Nomura Securities
                           BY: MATTHEW JACOBSON
                           (212) 667-1438
```

For Credit Agreement
Lenders:                        Jones Day
                                BY: JOSHUA M. MESTER, ESQ.
                                BY: JAMES O. JOHNSTON, ESQ.
                                (213) 489-3939

                                Young Conaway Stargatt & Taylor
                                BY: M. BLAKE CLEARY, ESQ.
                                BY: ROBERT S. BRADY, ESQ.
                                (302) 571-6714

                                Angelo Gordon & Co., LP
                                BY: GAVIN BAIERA
                                (212) 692-0217

For Deutsche Bank
National Trust Co.:             McCarter & English
                                BY: DAVID J. ADLER, ESQ.
                                (212) 609-6847
                                BY: KATHARINE L. MAYER, ESQ.
                                (302) 984-6312

For Merrill Lynch:              Potter Anderson & Carroon, LLP
                                BY: R. STEPHEN MCNEILL, ESQ.
                                (302) 984-6067
                                BY: LAURIE S. SILVERSTEIN, ESQ.
                                (302) 984-6033

                                Kaye Scholer, LLP
                                BY: JANE PARVER, ESQ.
                                (212) 836-8510
                                BY: MADLYN G. PRIMOFF, ESQ.
                                (212) 836-7042

For Law Debenture Trust
Company of New York:            Kasowitz Benson Torres & Friedman
                                BY: MATTHEW STEIN, ESQ.
                                (212) 506-1717

For Bank of America:            O'Melveny & Myers
                                BY: DANIEL S. SHAMAH, ESQ.
                                (212) 326-2138
                                BY: EVAN JONES, ESQ.
                                (213) 430-6236

                                Bank of America
                                BY: ESTHER CHUNG
                                (646) 855-6705

```
For New York State
Common Retirement Fund:    Morgan Lewis & Brockius, LLP
                           BY: RACHEL MAUCERI, ESQ.
                           215-963-5000
For Royal Bank of
Scotland:                  Cadwalader Wickersham & Taft
                           BY: MICHELE MARMAN-COHEN, ESQ.
                           (213) 330-7716

                           Royal Bank of Scotland
                           BY: COURTNEY ROGERS
                           (203) 897-4815

For Chandler Bigelow:      Sperling & Slater
                           BY: GWEN NOLAN, ESQ.
                           (312) 641-3200

For Morgan Stanley:        Weil Gotshal & Manges, LLP
                           BY: DAVID LITVACK, ESQ.
                           10-8361
                           BY: ANDREA SAAVEDRA, ESQ.
                           (212) 310-8544

For EGI-TRB, LLC:          Jenner & Block, LLP
                           BY: ANDREW VAIL, ESQ.
                           (312) 840-8688
For Former Special
Committee:                 Skadden Arps Slate Meagher & Flom
                           BY: JUSTIN WINERMAN, ESQ.
                           (312) 407-0924

For Interested Party:      Jeffries & Company
                           BY: JUSTIN BRASS
                           (310) 575-5128

For Interested Party:      Associated Press
                           BY: RANDALL CHASE
                           (302) 674-3037
For Citadel Equity
Group:                     Andrews Kurth
                           BY: JEREMY RECKMEYER, ESQ.
                           (212) 850-2851
For Robert R. McCormick
Tribune Foundation and
Cantigny Foundation:       Duane Morris, LLP
                           BY: RICHARD W. RILEY, ESQ.
                           (302) 657-4900
For Katten Muchin
Rosenman, LLP:             Katten Muchin Rosenman, LLP
                           BY: ANDREW L. WOOL, ESQ.
                           BY: DAVID C. BOHAN, ESQ.
                           (312) 902-5623
```

```
For William A. Nease:      Teitelbaum & Baskin
                           BY: JAY TEITELBAUM, ESQ.
                           914-437-7670

For Interested Party:      One East Partners
                           BY: SINA TOUSSI
                           (212) 230-4510


For Interested Party:      OZ Management
                           BY: MICHAEL BARNETT
                           (212) 719-7347

For Crane Kenny:           Shaw Gussis Fishman Glantz Wolfson
                           BY: KIMBERLY BACHER, ESQ.
                           (312) 541-0151
SuttonBrook Capital
Management:                SuttonBrook Capital Management, LP
                           BY: CAROL L. BALE
                           (212) 588-6640
For Schulte Roth &
Zabel, LLP:                Schulte Roth & Zabel, LLP
                           BY: KRISTIE M. GLASE, ESQ.
                           (212) 756-2466

For USB Securities:        USB Securities, LLC
                           BY: DAVID W. DERR
                           (203) 719-9776

For Davidson Kempner:      D K Partners
                           BY: EPHRAIM DIAMOND
                           (646) 282-5841

                           Schulte Roth & Zabel, LLP
                           BY: KAREN S. PARK, ESQ.
                           (212) 756-2036
For Halcyon Asset
Management:                Halcyon Asset Management
                           BY: IGOR FUKS
                           (212) 303-9453

For Chicago Fundamental
Investment Partners:       Chicago Fundamental Investment
                           Partners
                           BY: PETER GRUSZKA
                           (312) 416-4215

For GreatBanc Trust Co.:  Womble Carlyle Sandridge & Rice
                           BY: THOMAS HORAN, ESQ.
                           (302) 252-4339
```

```
For Anna Kalenchits:        BY: ANNA KALENCHITS
                            (212) 723-1808

For Monarch Alternative
Capital, LP:                Monarch Alternative Capital, LP
                            BY: MICHAEL J. KELLY
                            (212) 554-1760
For Onex Credit
Partners:                   Onex Credit Partners
                            BY: STUART KOVENSKY
                            (201) 541-2121

For DLA Piper:              DLA Piper US, LLP
                            BY: MICHELLE MARINO
                            (302) 468-5700

For Barclays Capital:       Barclays Capital, Inc.
                            BY: OLIVIA MAURO
                            (212) 412-6773
For Allen Global
Partners:                   Allen Global Partners
                            BY: GERSON P. MENDONCE
                            (212) 339-2495

For Other Directors:        Connolly Bove Lodge & Hutz, LLP
                            BY: MARC J. PHILLIPS, ESQ.
                            (302) 884-6283

For Timothy Knight:         A M Saccullo Legal
                            BY: ANTHONY M. SACCULLO, ESQ.
                            (302) 836-8877

For Eos Partners:           Eos Partners
                            BY:  MIKE J. SCHOTT
                            (212) 593-4046

For Citi:                   Citi
                            BY: REBECCA SONG
                            (212) 559-9933

For Amalgamated:            Milbank Tweed Hadley & McCloy
                            BY: ALAN STONE, ESQ.
                            (212) 5390-5285
```

1    WILMINGTON, DELAWARE, MONDAY, JUNE 11, 2012, 3:00 P.M.

2                THE CLERK:  All rise.

3                THE COURT:  Good afternoon.  This Judge Carey.

4    We're on the record in the Tribune Company related Chapter

5    11 proceedings.  This is technically a continuation, at

6    least for status purposes, of the Confirmation Hearing.

7    I'll turn the matter over to debtors' counsel.

8                MR. BENDERNAGEL:  Your Honor, Jim Bendernagel on

9    behalf of the debtors.

10               Appreciate you taking out the time this

11   afternoon.  When we broke on Friday, there were essentially

12   three issues that were still somewhat in flux.  And playing

13   off the agenda that we had, there was the issues relating to

14   six -- Item 6 and Items 8(a) and (b).  Mr. Schaible

15   identified or described the settlement that had been reached

16   between the various parties relating to that.  It's my

17   understanding that the parties are working diligently to

18   implement that agreement in the various papers.  Those

19   papers being the Litigation Trust Loan Agreement and the

20   Litigation Trust Agreement itself, and that there aren't any

21   open issues right now for the Court.  And there's no

22   anticipation that they're not going to be able to work

23   through that.  So I don't think there's anything for the

24   Court to do on that issue today.

25               The second issue relates to exhibits being Items

1  8(b) and (e), the two Information Sharing Agreements; the

2  one between the debtor and the litigation trustee and the

3  other between the committee and the litigation trustee.

4  Over the weekend, drafts of those two agreements had been

5  exchanged between the parties.  And again, the parties are

6  making good progress in that regard.  There aren't any

7  issues at this juncture to bring to your attention.  And

8  based on the conversations that we've had to date, I don't

9  think we're going to need to bring any of those issues to

10  your attention as far as the two agreements are concerned.

11          I know you got a letter today from the Grippo

12  firm or their local counsel, relating to language that they

13  would like to see incorporated into the Confirmation Order,

14  reflecting the discussions that you had with Mr. Dougherty

15  on Friday.  We've looked at that.  We talked to the

16  noteholders' counsel about the language.  And my sense is

17  that we're going to be able to work that out; that there's

18  agreement conceptually as to what that language should say

19  and we're, you know, we haven't been able to respond with

20  specific language, but I've had a conversation with one of

21  the lawyers at Grippo, and I think there is agreement as to

22  this issue and there's no need to bother the Court at this

23  juncture.  I have not talked to Mr. Dougherty.  If he wants

24  to address that, it might be a good idea to let him just say

25  what he wants to say at this juncture and we can respond.  I

1  do think that we're in a pretty good shape on this issue.

2          THE COURT:  All right.  Mr. Dougherty?

3          MR. DOUGHERTY:  Your Honor, yes, thank you, Your

4  Honor.  This is George Dougherty.

5          I'm pleased to hear that.  And I hope we're

6  making progress because I didn't feel like we made a lot of

7  progress with respect to what we received on Sunday night.

8  And that's why we circulated this order.  You know, they

9  said they wanted two very specific things.  And I think this

10 order does it.  It gives them exactly what they were asking

11 for.  And at the same time, gives us and other parties

12 comfort in what we're calling the LBO actions in the

13 proposed language that we sent to you.  It's very short.

14 It's very discrete.  And I hope we can work with that.

15          And to get the language in the Confirmation Order

16 is important because there -- the agreements that Jim was

17 talking about recognize -- well, they do a couple things.

18 One, they incorporate a bunch of terms from either the plan

19 documents or other documents into this document.  And then

20 they also have a priority to the extent there's any

21 inconsistencies between the plan documents, the Confirmation

22 Order, or the Litigation Trust Agreement and they have a

23 ranking.  And they say the Confirmation Order will take

24 priority over anything below it in the ranking process.

25          So from our point of view, it's very important

1  that the language we requested or something like it to meet

2  any legitimate concerns they might have, becomes part of the

3  Confirmation Order, if that's something you'd entertain as

4  opposed to just being put into one of the documents that

5  they continue to work on.

6          MR. BENDERNAGEL:  Can I respond, Your Honor?

7          THE COURT:  Go ahead.

8          MR. BENDERNAGEL:  We don't have a problem doing

9  that.  And we're working with the language that Mr.

10  Dougherty sent over to us.  And I think that we're going to

11  be able to get there.  So now having said that, I do point

12  out that one of the things you told us the other day is that

13  you didn't want to see the Confirmation Order until after

14  you've rendered your decision.  On this issue, I think it's

15  probably important, though, for you to see the specific

16  language that we would like incorporated on this issue and

17  we'll send that over along with these two agreements.  The

18  hope is to get that all over to you on Wednesday.  But I am

19  confident that we're going to be able to work this out.

20          THE COURT:  Okay.  Refresh me, Mr. Bendernagel.

21  Will you be submitting a new chart as well with the --

22          MR. BENDERNAGEL:  Yes.

23          THE COURT:  Okay.

24          MR. BENDERNAGEL:  Yes.  What we've been working

25  on, consistent with what we talked about on Friday, is a new

1   chart and a proposed findings of fact and conclusions of

2   law, the various open agreements, and the like.  The one

3   thing that you had suggested we hold off on is the

4   Confirmation Order.  But we're trying to put that whole

5   package together and get it over to you along with the plan

6   amendments on Wednesday.

7                THE COURT:  Okay.  Is there anything else --

8                MR. BENDERNAGEL:  That brings us --

9                THE COURT:  Go ahead.

10               MR. BENDERNAGEL:  That brings us to the last

11  issue, Your Honor.  And here, we do have a continuing

12  disagreement.  This is Issue 7, which related to the

13  language of 5.8.2.  Mr. Sottile described for the Court, an

14  agreement that had been reached between the noteholders and

15  the DCL plan proponents as to how to revise that language.

16  The lawyers that were representing the McCormick Foundation

17  said that they wanted to have some time to look at that

18  language when it was actually put on paper.  We've provided

19  them that language.  And it's my understanding, that there's

20  still an issue between us, collectively us, and the

21  McCormick Foundation as to how that language affects their

22  rights.  And it might be helpful to turn it over to Mr.

23  Sottile.  He can remind you what the agreement was, what the

24  open issue is, and then the McCormick Foundation could talk

25  to that issue.

1              THE COURT:  All right.

2              MR. SOTTILE:  Your Honor, James Sottile for the

3    Official Committee.

4              I went through in some detail with the Court, the

5    language that the DCL plan proponents were working out to

6    resolve the objections of the Aurelius and Wilmington Trust,

7    as well as, to deal with the issues raised by the retiree

8    claimants when we were before the Court on Friday.  In

9    substance, Your Honor, in Section 5.8.2, we were, as

10   requested by counsel for Aurelius, adding in the reference

11   to "debt" surviving solely for the purpose of the indenture

12   trustees and the retiree claimants being able to pursue the

13   disclaim state law avoidance actions, adding cross

14   references to other sections of the plan dealing with the

15   obligations of the debtors on that and certainly making

16   clear that to the extent that survives, it's subject to all

17   of those provisions prohibiting action to get the debtors on

18   the debt.

19             And then in addition, we struck, at the end of

20   the Section 5.8.2, a reference to the plan not addressing

21   the rights of defendants in defending against disclaim state

22   law avoidance claims or preserved causes of action and dealt

23   with that issue in the definition to those respective terms.

24   We're finalizing the language, Your Honor, but do not see

25   any substantive issues as between the DCL plan proponents,

1  Aurelius, Wilmington Trust, and the retiree claimants.

2         However, we were advised this morning by counsel

3  for McCormick, that that resolution and the language we sent

4  to them on Friday afternoon did not satisfy their objection

5  and that they continue to press their objection to the

6  revised language of Section 5.8.2.  I think it would be

7  appropriate for the Court to hear from them at this time

8  concerning their objections.  And then, I believe that

9  counsel for Aurelius and I, and perhaps others, would have

10  something to say in response.

11         THE COURT:  All right.  I'll hear from McCormick.

12         MR. WOOL:  Your Honor, this is Andrew Wool on

13  behalf of the Robert R. McCormick Foundation and Cantigny

14  Foundation.

15         Our issue is really on that last part that

16  counsel was talking about.  We'd like new language that says

17  "nothing in the plan is intended to impair the rights of any

18  defendant defending against the disclaim state law avoidance

19  claim or preserved cause of action."  We'd like that that be

20  included in 5.8.2.  We think that's consistent with the

21  previous orders entered by the Court, and Your Honor's

22  opinion on confirmation.  The language, to begin with, is a

23  little confusing and I think instead of just saying that

24  that -- or arguing that whether or not that's covered in

25  other sections of the plan, we don't see any harm in making

1  it expressed in this section.  To be clear, that nothing in

2  the plan is intended to impair the rights of any defendant

3  in disclaim state law avoidance actions.

4          THE COURT:  Anyone else wish to be heard?

5          MR. ZENSKY:  Yes, Your Honor, David Zensky, Akin,

6  Gump, Strauss, Hauer & Feld for Aurelius Capital Management.

7          Very briefly, Your Honor, I explained at length,

8  I believe on Friday, the nature of our objection to that

9  language, and that it did not accurately reflect the intent

10  that I think is common ground of the DCL plan with respect

11  to the preservation of the various claims that are supposed

12  to go forward post-confirmation.

13          Your Honor commented during the course of the

14  argument, and I believe the DCL plan proponents agreed that

15  the language could be clearer, and agreed to make the change

16  that we requested for that very reason.  The neutrality

17  language that I believe is appropriate or fair to request is

18  now contained in other portions of the plan, both as to the

19  preserved causes of action, and to the disclaim state

20  avoidance actions that I believe does now properly reflect

21  what the plan is intended to do and not intended to do.  And

22  would ask that the Court overrule the objection and accept

23  the changes that have been consented to and worked out by

24  the DCL plan proponents and Aurelius on this matter.

25          MR. SOTTILE:  Your Honor, James Sottile for the

1  Official Committee.

2          We join with Mr. Zensky and agree that the

3  compromised language that has been worked out, appropriately

4  reflects the plan's intent and that the objection should be

5  overruled.

6          THE COURT:  All right.  Let's do this.  I do have

7  the demonstrative in front of me that was used at the

8  Confirmation Hearing.  On a separate page, let me ask that

9  the DCL plan proponents recast that demonstrative so that it

10  reflects what they've agreed to.  And then I'll ask that

11  McCormick send me their version of what they think it should

12  say, unless it's simply the addition of what in my copy here

13  is the iii in red.  Just so that I'm -- I have something

14  clear in front of me without my chicken scratchings, okay?

15          MR. SOTTILE:  Your Honor, James Sottile.  I

16  believe the dispute is limited to iii.

17          THE COURT:  Okay.

18          MR. SOTTILE:  Although counsel for McCormick can

19  obviously correct me.

20          MR. ZENSKY:  Your Honor, it's David Zensky again,

21  Akin, Gump, Strauss, Hauer & Feld.

22          I think in order to fully review the moving parts

23  here, Your Honor would need to see Section 1.167 and 1.174

24  which has statements to the effect that the plan does not

25  determine whether the defendants in the preserved actions or

1   the disclaim state law actions properly face liability.

2            THE COURT:  All right.  Then let's do it this

3   way.  Package for Issue No. 7, the provisions however you

4   like.  And if McCormick wants to submit something the

5   following day with just packages of the plan provisions as

6   they'd like to see them, not argument, not further argument,

7   that will be fine.  Anything further on that issue?

8            MR. RILEY:  Your Honor, Richard Riley for the

9   McCormick Foundation.

10           Is there a timing on this or you just have a day

11   after whenever we see it from --

12           THE COURT:  Well, hopefully, we'll get the

13   debtors' DCL submissions on Wednesday, but yes, just a day

14   -- within 24 hours after their submission.  And if it turns

15   out their submissions slide for a day, then your response

16   date would as well.

17           MR. RILEY:  Okay.

18           THE COURT:  Okay?  Anything else on this issue?

19           MR. BENDERNAGEL:  I think that's it --

20           THE COURT:  Okay.

21           MR. BENDERNAGEL:  -- on that issue, Your Honor.

22           THE COURT:  All right, Mr. Bendernagel, anything

23   else from your end?

24           MR. BENDERNAGEL:  No, I think that pretty much

25   covers it, Your Honor.

1            THE COURT:  Okay.  There is -- I'll ask if anyone

2   else wishes to be heard on any other topic in a moment, but

3   I had meant to bring up at the conclusion of the

4   Confirmation Hearing, the fact that I had not forgotten this

5   -- what I'll call the Zell Motion, 9019 Motion.  I'm sorry,

6   not 9019, the Rule 11 Motion, 9011 Motion, and requests to

7   modify the stay to let that move forward.  I haven't

8   forgotten about it, but -- and I don't know if the Zell

9   interests are represented on today's phone call, but I

10  thought I'd simply ask the parties for their respective

11  views on when they think it's appropriate for me to rule on

12  that.

13            MR. SOTTILE:  Your Honor, James Sottile for the

14  Official Committee.

15            I believe, Your Honor, that that issue may

16  effectively be mooted out given the --

17            THE COURT:  Because of the lifting of the stay?

18            MR. SOTTILE:  -- transfer to the MDL, the lifting

19  of the stay before Your Honor, and the imposition of a stay

20  by the MDL Court.  We would be happy, Your Honor, to confer

21  with counsel for the -- for Mr. Zell and the EGI-TRB

22  entities, and confirm that to be the case.  But I believe,

23  as a result of the transfer and actions by this Court and

24  the MDL Court on the stay, that the issue is now moot.

25            THE COURT:  Okay.  I would appreciate that, Mr.

1  Sottile.

2         MR. SOTTILE:  Thank you, Your Honor, we will do

3  so.

4         THE COURT:  All right, thank you.  Does anyone

5  else have anything else that you think we need to talk about

6  today?

7         MR. GOLDEN:  Yes, Your Honor. It's Daniel Golden

8  from Akin Gump on behalf of Aurelius.

9         I just want to ensure that when Mr. Bendernagel

10  says that it's the intention of the DCL's to get all the

11  open documents, which I'll summarize in a second to the

12  Court, that there's an agreement in place that we'll see

13  them in advance and hopefully, try to sign off on them in

14  advance.

15         We have seen certain documents over the weekend.

16  We've seen new versions of this -- of the two agreements

17  respecting transfers of documents and privileges.  Davis

18  Polk and Akin Gump are working on the Loan Agreement for the

19  trust.  That's what Mr. Bendernagel referenced.  But we have

20  not seen new findings of fact and conclusions of law.  We

21  have not seen a new chart showing the objections and the

22  status of the resolutions.  And we've not seen any further

23  iterations of the Litigation Trust Agreement.  And I think

24  those are all of the documents that the DCL's intend to

25  submit on Wednesday.  So I'd just like to be assured that

1    we're going to see them in advance, have an opportunity to

2    comment before they get ultimately to Your Honor.

3              THE COURT:  Mr. Bendernagel?

4              MR. BENDERNAGEL:  That's our intention.

5              THE COURT:  Okay.

6              MR. BENDERNAGEL:  This is Mr. -- this is Jim

7    Bendernagel.  That's our intention, Your Honor.  I believe

8    that the Litigation Trust Agreement, the committee is going

9    to circulate tonight with its proposed changes to implement

10   various points.  I think that there is a list of plan

11   amendments that we're going to submit to the Court and we'll

12   certainly share that with people beforehand.

13             And with respect to the findings of fact and

14   conclusions of law, we've gotten comments from people, which

15   we've implemented, and it's our intention to share that

16   document, as well as, the chart that shows what's been

17   resolved and what hasn't been resolved.  And it's our

18   intention to try and get people to give us their comments

19   before we submit it so that there's no continuing byplay on

20   those documents simply because we didn't solicit that

21   information ahead of time.

22             THE COURT:  Okay.  Thank you.  Does anyone else

23   wish to be heard today?

24                  (No audible response.)

25             THE COURT:  I hear no further response.  Mr.

1   Bendernagel, anything further from the debtors' end?

2            MR. BENDERNAGEL:  No, Your Honor.

3            THE COURT:  All right.  Thank you all very much.

4   That concludes this hearing.  Court will stand adjourned.

5        (Whereupon, at 3:19 p.m., the hearing was adjourned.)

6                        CERTIFICATION

7            I certify that the foregoing is a correct

8   transcript from the electronic sound recording of the

9   proceedings in the above-entitled matter.

10

11

12   _____          11 June 2012

13   Traci L. Calaman, Transcriber                Date

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| able(6) 9:22 10:17 10:19 12:11 12:19 | | anyone(4) 16:4 19:1 20:4 21:22 | | brockius(1) 6:2 | | confident(1) 12:19 | |
| about(6) 10:16 11:17 12:25 15:16 19:8 | | anything(9) 9:23 11:24 13:7 18:7 18:18 18:22 20:5 22:1 | | broke(1) 9:11 | | confirm(1) 19:22 | |
| aboveentitled (1) 22:9 | | | | brown(2) 2:23 3:5 | | confirmation(11) 9:6 10:13 11:15 21:21 | |
| accept(1) 16:22 | | appreciate(2) 9:10 19:25 | | bruce(1) 3:38 | | 11:23 12:3 12:13 13:4 15:22 17:8 19:4 | |
| accurately(1) 16:9 | | appropriate(3) 15:7 16:17 19:11 | | bryan(1) 1:40 | | | |
| action(4) 14:17 14:22 15:19 16:19 | | appropriately(1) 17:3 | | bunch(1) 11:18 | | confusing(1) 15:23 | |
| actions(7) 11:12 14:13 16:3 16:20 17:25 18:1 19:23 | | are(7) 9:17 10:5 10:10 16:11 19:9 20:18 20:24 | | bush(1) 2:36 | | connolly(1) 8:25 | |
| | | | | but(10) 10:20 10:22 12:18 13:4 14:24 18:13 | | consented(1) 16:23 | |
| actually(1) 13:18 | | aren't(2) 9:20 10:6 | | 19:2 19:8 19:9 19:22 20:19 | | consistent(1) 12:25 15:20 | |
| adam(1) 2:21 | | arguing(1) 15:24 | | byplay(1) 21:19 | | contained(1) 16:18 | |
| adding(2) 14:10 14:13 | | argument(3) 16:14 18:6 18:6 | | cadwalader(1) 6:6 | | continuation(1) 9:5 | |
| addition(2) 14:19 17:12 | | arps(1) 6:28 | | call(2) 19:5 19:9 | | continue(2) 12:5 15:5 | |
| address(1) 10:24 | | arrowgrass(2) 4:13 4:14 | | calling(1) 11:12 | | continued(1) 2:2 | |
| addressing(1) 14:20 | | ashby(1) 3:47 | | can(5) 10:25 11:14 12:6 13:23 17:18 | | continuing(2) 13:11 21:19 | |
| adler(1) 5:18 | | ashley(1) 2:28 | | candace(1) 1:42 | | conversation(1) 10:20 | |
| administered(1) 1:6 | | ask(5) 16:22 17:8 17:10 19:1 19:10 | | cantigny(2) 6:45 15:13 | | conversations(1) 10:8 | |
| advance(3) 20:13 20:14 21:1 | | asking(1) 11:10 | | capital(16) 2:43 2:44 3:11 3:20 3:37 3:41 | | copy(1) 17:12 | |
| advised(1) 15:2 | | asset(2) 7:38 7:39 | | 3:46 4:13 4:14 7:18 7:19 8:5 8:5 8:17 | | correct(2) 17:19 22:7 | |
| affects(1) 10:2 | | associated(1) 6:36 | | 8:17 16:6 | | could(2) 13:24 16:15 | |
| after(3) 12:13 18:11 18:14 | | assured(1) 20:25 | | | | counsel(9) 9:7 10:12 10:16 14:10 15:2 | |
| afternoon(3) 9:3 9:11 15:4 | | attention(2) 10:7 10:10 | | carey(2) 1:17 9:3 | | 15:9 15:16 17:18 19:21 | |
| again(2) 10:5 17:20 | | audible(1) 21:24 | | caridas(1) 2:40 | | | |
| against(2) 14:21 15:18 | | aurelious(10) 3:11 3:20 3:46 14:6 14:10 | | carlyle(1) 7:49 | | couple(1) 11:17 | |
| agenda(1) 9:13 | | 15:1 15:9 16:6 16:24 20:8 | | carol(1) 7:20 | | course(1) 16:13 | |
| agree(1) 17:2 | | | | carroon(1) 5:23 | | court(42) 1:19 9:21 9:24 10:22 11:2 | |
| agreed(3) 16:14 16:15 17:10 | | austin(1) 1:21 | | case(5) 1:5 4:27 19:22 | | 12:7 12:20 12:23 13:7 13:9 13:13 14:1 | |
| agreement(13) 5:1 9:18 9:19 9:20 10:18 | | avoidance(5) 14:13 14:22 15:18 16:3 16:20 | | cause(1) 15:19 | | 14:4 14:8 15:7 15:11 15:21 16:4 16:22 | |
| 10:21 11:22 13:14 13:23 20:12 20:18 | | bacher(1) 7:16 | | causes(2) 14:22 16:19 | | 17:6 17:17 18:2 18:12 18:18 18:20 18:22 | |
| 20:23 21:8 | | baiera(1) 5:13 | | certain(1) 20:15 | | 19:1 19:17 19:20 19:23 19:24 19:25 20:4 | |
| | | bale(1) 7:20 | | certainly(2) 14:15 21:12 | | 20:12 21:3 21:5 21:11 21:22 21:25 22:3 | |
| ahead(3) 12:7 13:9 21:21 | | bank(7) 3:24 4:27 5:16 5:40 5:46 6:5 6:10 | | certification(1) 22:6 | | 22:4 | |
| akin(5) 3:12 16:5 17:21 20:8 20:18 | | bankruptcy(2) 1:1 1:18 | | certify(1) 22:7 | | courtney(1) 6:11 | |
| alan(1) 8:42 | | barclays(1) 8:17 8:17 | | chadbourne(1) 2:26 | | courtroom(1) 1:9 | |
| all(14) 9:2 11:2 12:8 14:1 14:16 15:11 | | barnes(1) 4:1 | | chandler(1) 6:14 | | covered(1) 15:24 | |
| 17:6 18:2 18:22 20:4 20:10 20:24 22:3 | | barnett(1) 7:12 | | change(1) 16:15 | | covers(1) 18:25 | |
| 22:3 | | based(1) 10:8 | | changes(2) 16:23 21:9 | | crane(1) 7:15 | |
| allen(2) 8:20 8:21 | | baskin(1) 7:2 | | chapter(2) 1:8 9:4 | | credit(3) 5:1 8:8 8:9 | |
| allinson(1) 3:1 | | because(4) 11:6 11:16 19:17 21:20 | | chart(4) 12:21 13:1 13:20:21 21:16 | | creditor(1) 3:36 | |
| along(2) 12:17 13:5 | | becomes(1) 12:2 | | chase(2) 3:23 6:37 | | creditors(1) 2:19 | |
| also(1) 11:20 | | been(9) 9:15 10:4 10:19 12:24 13:14 | | chicago(2) 7:43 7:44 | | cross(1) 14:13 | |
| alternative(2) 8:4 8:5 | | 16:23 17:3 21:16 21:17 | | chicken(1) 17:14 | | d'agostino(2) 4:6 4:7 | |
| although(1) 17:18 | | | | chung(1) 5:47 | | damian(1) 3:33 | |
| alvarez(1) 4:10 | | before(5) 1:17 14:8 19:19 21:2 21:19 | | circulate(1) 21:9 | | dan(1) 3:21 | |
| amalgamated(1) 8:41 | | beforehand(1) 21:12 | | circulated(1) 11:8 | | daniel(4) 2:22 3:17 5:41 20:7 | |
| amanda(1) 3:48 | | begin(1) 15:22 | | citadel(1) 6:39 | | data(1) 1:51 | |
| amendments(1) 13:6 21:11 | | behalf(3) 9:9 15:13 20:8 | | citi(2) 8:37 8:37 | | date(2) 10:8 18:16 | |
| america(2) 5:40 5:46 | | being(4) 9:19 9:25 12:4 14:12 | | citigroup(1) 4:22 | | dave(1) 2:15 | |
| and(92) 4:10 6:44 9:12 9:14 9:14 9:19 | | believe(9) 15:8 16:8 16:14 16:17 16:20 | | claim(1) 15:19 | | david(10) 1:30 2:27 3:13 4:15 5:18 6:19 | |
| 9:20 9:21 10:1 10:2 10:2 10:3 10:5 10:16 | | 17:16 19:15 19:22 21:7 | | claimants(3) 14:8 14:12 15:1 | | 6:51 7:28 16:5 17:20 | |
| 10:19 10:21 10:22 10:25 11:5 11:8 | | | | claims(2) 14:22 16:11 | | | |
| 11:9 11:11 11:11 11:14 11:11 11:22 | | below(1) 11:24 | | clear(3) 14:16 16:1 17:14 | | davidson(1) 7:31 | |
| 11:23 12:9 12:10 12:16 13:1 13:1 13:2 | | bendernagel(1) 1:22 9:8 9:8 12:6 12:8 | | clearer(1) 16:15 | | davis(2) 3:30 20:17 | |
| 13:5 13:11 13:14 13:19 13:20 13:22 13:24 | | 12:20 12:22 12:24 13:8 13:10 18:19 18:21 | | cleary(1) 5:8 | | day(7) 3:37 5:2 12:12 18:5 18:10 18:13 | |
| 14:6 14:12 14:15 14:19 14:22 15:1 15:3 | | 18:22 18:24 20:9 20:19 21:3 21:4 21:6 | | clerk(1) 9:2 | | 18:15 | |
| 15:5 15:8 15:9 15:9 15:13 15:21 15:23 | | 21:7 22:1 22:2 | | cobb(1) 2:19 | | | |
| 16:9 16:14 16:15 16:19 16:21 16:21 16:22 | | | | cole(2) 2:4 4:35 | | dcl(8) 13:15 14:5 14:25 16:10 16:14 16:24 | |
| 16:23 16:24 17:2 17:4 17:10 17:23 18:4 | | bennett(1) 3:38 | | collectively(1) 13:20 | | 17:9 18:13 | |
| 18:14 19:6 19:8 19:19 19:21 19:22 19:23 | | benson(1) 5:36 | | collins(1) 3:27 4:2 | | | |
| 19:23 20:13 20:17 20:18 20:20 20:21 | | between(8) 9:16 10:2 10:3 10:5 11:21 | | comfort(1) 11:12 | | dcl's(2) 20:10 20:24 | |
| 20:22 20:23 21:11 21:13 21:13 21:15 | | 13:14 13:20 14:25 | | comment(1) 21:2 | | | |
| 21:17 21:17 21:18 | | | | commented(1) 21:14 | | deal(1) 14:7 | |
| | | bigelow(1) 6:14 | | comments(2) 21:14 21:18 | | dealing(1) 14:14 | |
| anderson(1) 5:23 | | bilmes(1) 2:45 | | committee(7) 2:18 6:28 10:3 14:3 17:1 | | dealt(1) 14:22 | |
| andrea(1) 6:21 | | bingham(1) 4:6 | | 19:14 21:8 | | debenture(1) 5:35 | |
| andrew(5) 2:37 2:40 6:25 6:50 15:12 | | blake(1) 5:8 | | | | deborah(1) 3:15 | |
| andrews(1) 6:40 | | block(1) 6:24 | | common(2) 6:2 16:10 | | debt(1) 14:18 | |
| angelo(1) 5:12 | | boetler(1) 1:24 | | company(5) 1:8 2:8 5:36 6:32 9:4 | | debtor(1) 10:2 | |
| ann(1) 4:24 | | bohan(1) 6:51 | | compensation(1) 4:39 | | debtors(9) 1:11 1:21 2:4 9:7 9:9 14:15 | |
| anna(2) 8:1 8:1 | | both(1) 16:18 | | compromised(1) 17:3 | | 14:17 18:13 22:1 | |
| anthony(1) 8:30 | | bother(1) 10:22 | | conaway(1) 5:7 | | | |
| anticipation(1) 9:22 | | bove(1) 8:25 | | conceptually(1) 10:18 | | debt"(1) 14:11 | |
| any(11) 9:20 10:6 10:9 11:20 12:2 14:25 | | brady(1) 5:9 | | concerned(1) 10:10 | | decision(1) 12:14 | |
| 15:17 15:25 16:2 19:2 20:22 | | brass(1) 6:33 | | concerning(1) 15:8 | | defendant(2) 15:18 16:2 | |
| | | brett(1) 1:46 | | concerns(1) 12:2 | | defendant's(1) 4:40 | |
| | | briefly(1) 16:7 | | concludes(1) 22:4 | | defendants(2) 14:21 17:25 | |
| | | bring(3) 10:7 10:9 19:3 | | conclusion(1) 19:3 | | defending(1) 14:21 15:18 | |
| | | brings(2) 13:8 13:10 | | conclusions(3) 13:1 20:20 21:14 | | definition(1) 14:23 | |
| | | | | confer(1) 19:20 | | delaware(3) 1:2 1:11 9:1 | |
| | | | | | | demonstrative(2) 17:7 17:9 | |
| | | | | | | dennis(1) 1:36 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| derr(1) 7:28 | | exhibits(1) 9:25 | | graeme(1) 2:36 | | interested(5) 4:46  6:32  6:36  7:6  7:11 |
| described(2) 9:15  13:13 | | explained(1) 16:7 | | greatbanc(1) 7:49 | | interests(1) 19:9 |
| detail(1) 14:4 | | expressed(1) 16:1 | | greissman(1) 4:28 | | into(3) 10:13  11:19  12:4 |
| determine(1) 17:25 | | extent(2) 11:20  14:16 | | grippo(3) 4:10  10:11  10:21 | | investment(2) 7:44  7:44 |
| deutsch(1) 2:29 | | face(1) 18:1 | | gropper(1) 3:21 | | issue(19) 9:24  9:25  10:22  11:1  12:14 |
| deutsche(1) 5:16 | | fact(4) 13:1  19:4  20:20  21:13 | | ground(1) 16:10 | | 12:16  13:11  13:12  13:20  13:24  13:25 |
| diamond(1) 7:32 | | fair(1) 16:17 | | group(2) 4:40  6:40 | | 14:23  15:15  18:3  18:7  18:18  18:21  19:15 |
| diaz(1) 1:51 | | far(1) 10:10 | | gruszka(1) 7:46 | | 19:24 |
| did(2) 15:4  16:9 | | fargo(1) 4:27 | | gump(5) 3:12  16:6  17:21  20:8  20:18 | | issues(7) 9:12  9:13  9:21  10:7  10:9  14:7 |
| didn't(3) 11:6  12:13  21:20 | | feel(1) 11:6 | | gussis(1) 7:15 | | 14:25 |
| diligently(1) 9:17 | | feld(3) 3:12  16:6  17:21 | | gwen(1) 6:15 | | it's(14) 9:16  11:13  11:14  11:25  12:14 |
| directors(2) 4:9  8:25 | | finalizing(1) 14:24 | | had(10) 9:13  9:15  10:4  10:8  10:14  10:20 | | 13:19  14:16  17:12  17:20  19:11  20:7  20:10 |
| disagreement(1) 13:12 | | findings(3) 13:1  20:20  21:13 | | 13:3  13:14  19:3  19:4 | | 21:15  21:17 |
| disclaim(6) 14:13  14:21  15:18  16:3  16:19 | | fine(1) 18:7 | | hadley(1) 8:41 | | item(1) 9:14 |
| 18:1 | | finger(1) 3:24 | | haider(1) 4:36 | | items(2) 9:14  9:25 |
| discrete(1) 11:14 | | firm(1) 10:12 | | halcyon(2) 7:38  7:39 | | iterations(1) 20:23 |
| discussions(1) 10:14 | | fishman(1) 7:15 | | happy(1) 19:20 | | its(1) 21:9 |
| dispute(1) 17:16 | | flom(1) 6:28 | | harm(1) 15:25 | | itself(1) 9:20 |
| district(1) 1:2 | | flux(1) 9:12 | | harrisburg(1) 1:53 | | |
| dla(2) 8:13  8:13 | | following(1) 18:5 | | has(2) 17:3  17:24 | | jacobson(1) 4:47 |
| document(2) 11:19  21:16 | | for(81) 1:2  1:21  2:4  2:17  2:43  3:1  3:11 | | hasn't(1) 21:17 | | james(7) 1:22  2:38  5:4  14:2  16:25  17:15 |
| documents(9) 11:19  11:19  11:21  12:4 | | 3:23  3:36  3:46  4:1  4:6  4:9  4:13  4:18  4:22 | | hauer(3) 3:12  16:6  17:21 | | 19:13 |
| 20:11  20:15  20:17  20:24  21:20 | | 4:27  4:39  4:46  5:1  5:16  5:23  5:35  5:40 | | have(17) 10:23  11:20  11:22  12:2  12:8 | | jane(1) 5:30 |
| does(5) 11:10  16:20  17:24  20:4  21:22 | | 6:1  6:5  6:14  6:18  6:24  6:27  6:32  6:36 | | 13:11  13:17  15:9  16:23  17:6  17:13  18:10 | | jay(1) 7:3 |
| doing(1) 12:8 | | 6:39  6:43  6:48  7:2  7:6  7:11  7:15  7:22 | | 20:5  20:15  20:19  20:21  21:1 | | jeffrey(1) 4:32 |
| don(1) 2:9 | | 7:27  7:31  7:38  7:43  7:49  8:1  8:4  8:8  8:13 | | | | jeffries(1) 6:32 |
| don't(5) 9:23  10:8  12:8  15:25  19:8 | | 8:17  8:20  8:25  8:29  8:33  8:37  8:41  9:6 | | haven't(2) 10:19  19:7 | | jenner(1) 6:24 |
| dougherty(7) 4:11  10:14  10:23  11:2  11:3 | | 9:21  9:31  9:11  12:15  13:13  14:2  14:10 | | having(1) 12:11 | | jeremy(1) 6:41 |
| 11:4  12:10 | | 14:11  15:3  15:7  15:9  16:6  16:16  16:25 | | hazeltine(1) 3:1 | | jessica(1) 1:24 |
| douglas(1) 2:29 | | 17:18  18:3  18:8  18:15  19:9  19:10  19:11  19:13 | | hbk(2) 2:43  2:44 | | jillian(1) 1:28 |
| drafts(1) 10:4 | | 19:21  19:21  20:18 | | hear(4) 11:5  15:7  15:11  21:25 | | jim(3) 9:8  11:16  21:6 |
| drew(1) 3:25 | | | | heard(3) 16:4  19:2  21:23 | | johnston(1) 5:4 |
| duane(1) 6:45 | | foregoing(1) 22:7 | | hearing(5) 9:6  17:8  19:4  22:4  22:5 | | join(1) 17:2 |
| dunn(1) 4:15 | | forgotten(1) 19:4  19:8 | | heiligman(1) 4:41 | | jointly(1) 1:6 |
| during(1) 16:13 | | forman(1) 2:4 | | helpful(1) 13:22 | | jones(3) 3:37  5:2  5:43 |
| east(1) 7:6 | | former(2) 4:9  6:27 | | here(3) 13:11  17:12  17:23 | | joseph(1) 4:42 |
| ecro(1) 1:49 | | forward(2) 16:12  19:7 | | him(1) 10:24 | | joshua(1) 5:3 |
| edgar(1) 3:44 | | foundation(8) 6:44  6:45  13:16  13:21  13:24 | | hold(1) 8:25 | | jpmorgan(1) 3:23 |
| effect(1) 17:24 | | 15:13  15:14  18:9 | | honor(28) 9:8  11:3  11:4  12:6  13:11  14:2 | | judge(3) 1:17  1:18  9:3 |
| effectively(1) 19:16 | | fox(1) 4:31 | | 14:9  14:24  15:12  16:5  16:7  16:13  16:25 | | juncture(3) 10:7  10:23  10:25 |
| egi-trb(2) 6:24  19:21 | | frank(4) 4:18  4:19  4:40  4:42 | | 17:15  17:20  17:23  18:8  18:21  18:25  19:13 | | june(3) 1:13  9:1  22:12 |
| either(1) 11:18 | | friday(6) 9:11  10:15  12:25  14:8  15:4  16:8 | | 19:15  19:19  19:20  20:2  20:7  21:2  21:7 | | just(9) 10:20  12:4  14:23  17:13  18:5  18:10 |
| elden(1) 4:10 | | friedman(1) 5:36 | | 22:2 | | 18:13  20:9  20:25 |
| eldersveld(1) 2:15 | | from(11) 10:11  11:18  11:25  15:7  15:11 | | honor's(1) 15:21 | | |
| electronic(2) 1:56  22:8 | | 18:11  18:23  20:8  21:14  22:1  22:8 | | honorable(1) 1:17 | | justin(2) 6:29  6:33 |
| elliott(1) 3:31 | | front(2) 17:7  17:14 | | hope(3) 11:5  11:14  12:18 | | kalenchits(2) 8:1  8:1 |
| else(8) 13:7  16:4  18:18  18:23  19:2  20:5 | | fuks(1) 7:40 | | hopefully(2) 18:12  20:13 | | kansa(1) 1:38 |
| 20:5  21:22 | | fully(1) 17:22 | | horan(1) 7:50 | | karen(1) 7:36 |
| | | fund(1) 6:2 | | hours(1) 18:14 | | kasowitz(1) 5:36 |
| employees(1) 4:39 | | fundamental(2) 7:43  7:44 | | how(3) 13:15  13:21 | | kate(1) 2:5 |
| end(3) 14:19  18:23  22:1 | | further(5) 18:6  18:7  20:22  21:25  22:1 | | howard(1) 2:32 | | katharine(1) 5:20 |
| english(1) 5:17 | | garrison(1) 4:23 | | however(2) 15:2  18:3 | | katten(2) 6:48  6:49 |
| ensure(1) 20:9 | | gary(1) 2:13 | | hutz(1) 8:25 | | kaye(1) 5:29 |
| entered(1) 15:21 | | gavin(1) 5:13 | | i'd(2) 19:10  20:25 | | kelly(1) 8:6 |
| entertain(1) 12:3 | | gecker(1) 4:40 | | i'll(6) 9:7  15:11  17:10  19:1  19:5  20:11 | | kempner(1) 7:31 |
| entities(1) 19:22 | | geddes(1) 3:47 | | i'm(3) 11:5  17:13  19:5 | | ken(1) 1:38 |
| eos(2) 8:33  8:33 | | george(2) 4:11  11:4 | | i've(1) 10:20 | | kenneth(1) 3:42 |
| ephraim(1) 7:32 | | gerson(1) 8:22 | | idea(1) 10:24 | | kenny(1) 7:15 |
| equity(1) 6:39 | | get(9) 11:15  12:11  12:18  13:5  14:17  18:12 | | identified(1) 9:15 | | kerriann(1) 1:32 |
| eric(1) 2:45 | | 20:10  21:2  21:18 | | igor(1) 7:40 | | kevin(3) 1:17  1:26  4:2 |
| esq(79) 1:22  1:24  1:26  1:28  1:30  1:32 | | | | iii(2) 17:13  17:16 | | kim(1) 2:23 |
| 1:34  1:36  1:38  1:40  1:42  1:44  1:46  2:5 | | give(1) 21:18 | | impair(2) 15:17  16:2 | | kimberly(1) 7:16 |
| 2:20  2:21  2:22  2:23  2:27  2:28  2:29  2:30 | | given(1) 19:16 | | implement(2) 9:18  21:9 | | kline(1) 1:42 |
| 2:31  2:32  2:36  2:37  2:38  2:40  3:2  3:6  3:8 | | gives(2) 11:10  11:11 | | implemented(1) 21:15 | | knight(1) 8:29 |
| 3:13  3:15  3:17  3:25  3:27  3:33  3:48 | | glantz(1) 7:15 | | important(3) 11:16  11:25  12:15 | | know(4) 10:11  10:19  11:8  19:8 |
| 4:2  4:11  4:24  4:28  4:32  4:36  4:41  4:42 | | glase(1) 7:24 | | imposition(1) 19:19 | | kovensky(1) 8:10 |
| 5:3  5:4  5:8  5:9  5:18  5:20  5:24  5:26  5:30 | | global(2) 8:20  8:21 | | inc(1) 8:17 | | krakauer(1) 1:40 |
| 5:32  5:37  5:41  5:43  6:3  6:7  6:15  6:19 | | gligi(9) 9:22  10:9  10:17  12:10  12:19  21:1 | | included(1) 15:20 | | kristie(1) 7:24 |
| 6:21  6:25  6:29  6:41  6:46  6:50  6:51  7:3 | | 21:8  21:11 | | inconsistencies(1) 11:21 | | kurth(1) 6:40 |
| 7:16  7:24  7:36  7:50  8:26  8:30  8:42 | | golden(3) 3:17  20:7  20:7 | | incorporate(1) 11:18 | | landis(2) 2:19  2:21 |
| | | goldfarb(1) 2:37 | | incorporated(2) 10:13  12:16 | | language(20) 10:12  10:16  10:18  10:20 |
| essentially(1) 9:11 | | good(4) 9:3  10:6  10:24  11:1 | | indenture(1) 14:11 | | 11:13  11:15  12:1  12:9  12:16  13:13  13:15 |
| esther(1) 5:47 | | gordon(1) 5:12 | | information(2) 10:1  21:21 | | 13:18  13:19  13:21  14:5  14:24  15:3  15:16 |
| evan(1) 5:43 | | got(1) 10:11 | | instead(1) 15:23 | | 15:16  15:22  16:9  16:15  16:17  17:3 |
| exactly(1) 11:10 | | gotshal(1) 6:18 | | intend(1) 20:24 | | |
| exchanged(1) 10:5 | | gotten(1) 21:14 | | intended(4) 15:17  16:2  16:21  16:21 | | lantry(1) 1:26 |
| | | | | intent(2) 16:9  17:4 | | last(2) 13:10  15:15 |
| | | | | intention(5) 20:10  21:4  21:7  21:15  21:18 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| laurie(1) 5:26 | | meagher(1) 6:28 | | our(7) 11:25 15:15 16:8 21:4 21:7 21:15 21:17 | | rachel(1) 6:3 | |
| law(9) 5:35 13:2 14:13 14:22 15:18 16:3 18:1 20:20 21:14 | | meant(1) 19:3 | | | | raised(1) 14:7 | |
| | | meet(1) 12:1 | | | | randall(1) 6:37 | |
| | | meisel(1) 2:4 | | out(9) 9:10 10:17 12:12 12:19 14:5 16:23 17:3 18:15 19:16 | | ranking(2) 11:23 11:24 | |
| lawyers(2) 10:21 13:16 | | mendonce(1) 8:22 | | | | rath(2) 2:19 2:22 | |
| layton(1) 3:24 | | merrill(1) 5:23 | | | | reached(2) 9:15 13:14 | |
| lbo(1) 11:12 | | mester(1) 5:3 | | over(9) 9:7 10:4 11:24 12:10 12:17 12:18 13:5 13:22 20:15 | | really(1) 15:15 | |
| least(1) 9:6 | | michael(5) 2:11 4:6 4:7 7:12 8:6 | | | | reason(1) 16:16 | |
| lee(1) 3:44 | | michele(1) 6:7 | | | | rebecca(1) 8:38 | |
| legal(1) 8:29 | | michelle(1) 8:14 | | overrule(1) 16:22 | | recast(1) 17:9 | |
| legitimate(1) 12:2 | | might(3) 10:24 12:2 13:22 | | overruled(1) 17:5 | | received(1) 11:7 | |
| lemay(1) 2:27 | | mike(1) 8:34 | | o'melveny(1) 5:40 | | reckmeyer(1) 6:41 | |
| lenders(1) 5:2 | | milbank(1) 8:41 | | o'neal(1) 2:11 | | recognize(1) 11:17 | |
| length(1) 16:7 | | miles(1) 1:30 | | p.m(3) 1:14 9:1 22:5 | | record(1) 9:4 | |
| leonard(1) 2:4 | | mills(1) 1:32 | | package(2) 13:5 18:3 | | recorded(1) 1:56 | |
| let(3) 10:24 17:8 19:7 | | modify(1) 19:7 | | packages(1) 18:5 | | recording(2) 1:56 22:8 | |
| let's(2) 17:6 18:2 | | moment(1) 19:2 | | page(1) 9:4 | | red(1) 17:13 | |
| lewis(1) 6:2 | | monarch(2) 8:4 8:5 | | paper(1) 13:18 | | reed(1) 4:41 | |
| liability(1) 18:1 | | monday(1) 9:1 | | papers(2) 9:18 9:19 | | reference(2) 14:10 14:20 | |
| liang(1) 3:42 | | moot(1) 19:24 | | park(1) 7:36 | | referenced(1) 20:19 | |
| liebentritt(1) 2:9 | | mooted(1) 19:16 | | parke(1) 2:26 | | references(1) 14:14 | |
| lifting(2) 19:17 19:18 | | morgan(3) 4:1 6:2 6:18 | | part(2) 12:2 15:15 | | reflect(2) 16:9 16:20 | |
| like(10) 10:13 11:6 12:1 12:16 13:2 15:16 15:19 18:4 18:6 20:25 | | morning(1) 15:2 | | parties(6) 9:16 9:17 10:5 10:5 11:11 19:10 20:20 20:21 | | reflecting(1) 10:14 | |
| | | morris(1) 6:45 | | | | reflects(1) 17:4 17:10 | |
| | | moskowitz(1) 3:31 | | partners(11) 4:14 7:6 7:31 7:44 7:45 8:9 8:9 8:21 8:21 8:33 8:33 | | refresh(1) 12:20 | |
| limited(1) 17:16 | | motion(4) 19:5 19:5 19:6 19:6 | | | | regard(1) 10:6 | |
| list(1) 21:10 | | move(1) 19:7 | | | | related(2) 9:4 13:12 | |
| litigation(7) 9:19 9:20 10:2 10:3 11:22 20:23 21:8 | | moving(1) 17:22 | | parts(1) 17:22 | | relates(1) 9:25 | |
| | | much(2) 18:24 22:3 | | party(5) 4:46 6:32 6:36 7:6 7:11 | | relating(3) 9:13 9:16 10:12 | |
| | | muchin(2) 6:48 6:49 | | paul(1) 4:22 | | remind(1) 13:23 | |
| little(1) 15:23 | | myers(1) 5:40 | | pennsylvania(1) 1:53 | | rendered(1) 12:14 | |
| litvack(1) 6:19 | | myrick(1) 1:46 | | people(3) 21:12 21:14 21:18 | | represented(1) 19:9 | |
| llc(4) 4:10 4:18 6:24 7:27 | | national(1) 5:17 | | perhaps(1) 15:9 | | representing(1) 13:16 | |
| llp(21) 2:26 2:35 3:12 3:30 4:1 4:6 4:31 4:40 5:23 5:29 6:2 6:18 6:24 6:45 6:49 6:49 7:23 7:23 7:35 8:13 8:25 | | nature(1) 16:8 | | perkins(1) 4:35 | | request(1) 16:17 | |
| | | nease(1) 7:2 | | peter(1) 7:46 | | requested(3) 12:1 14:10 16:16 | |
| | | need(4) 10:9 10:22 17:23 20:5 | | phillips(1) 8:26 | | requests(1) 19:6 | |
| loan(2) 9:19 20:18 | | neutrality(1) 16:16 | | phone(1) 10:17 | | resolution(1) 15:3 | |
| local(1) 10:12 | | new(8) 5:36 6:1 12:21 12:25 15:16 20:16 20:20 20:21 | | piper(2) 8:13 8:13 | | resolutions(1) 20:22 | |
| lodge(1) 8:25 | | | | place(1) 20:12 | | resolve(1) 14:6 | |
| look(1) 13:17 | | | | plan(20) 11:18 11:21 13:5 13:15 14:5 14:14 14:20 14:24 15:17 15:25 16:2 16:10 16:14 16:18 16:21 16:24 17:9 17:24 18:5 21:10 | | resolved(2) 21:17 21:17 | |
| looked(1) 10:15 | | newman(1) 3:15 | | | | respect(3) 11:7 16:10 21:13 | |
| lot(1) 11:6 | | night(1) 11:7 | | | | respecting(1) 20:17 | |
| ludwig(1) 1:28 | | nolan(1) 6:15 | | | | respective(2) 14:23 19:10 | |
| lugano(1) 1:49 | | nomura(1) 4:46 | | | | respond(3) 10:19 10:25 12:6 | |
| lynch(1) 5:23 | | not(16) 9:22 10:23 14:20 14:24 15:4 15:24 16:9 16:21 17:24 18:6 18:6 19:4 19:6 20:20 20:21 20:22 | | plan's(1) 17:4 | | response(4) 15:10 18:15 21:24 21:25 | |
| made(1) 11:6 | | | | playing(1) 9:12 | | result(1) 19:23 | |
| madlyn(1) 5:32 | | | | pleased(1) 11:5 | | retiree(3) 14:7 14:12 15:1 | |
| make(1) 16:15 | | | | point(1) 11:25 12:11 | | retirement(1) 6:2 | |
| making(4) 10:6 11:6 14:15 15:25 | | noteholders(2) 10:16 13:14 | | points(1) 21:10 | | review(1) 17:22 | |
| | | nothing(1) 15:17 16:1 | | polk(2) 3:30 20:18 | | revise(1) 13:15 | |
| | | now(5) 9:21 12:11 16:18 16:20 19:24 | | portions(1) 16:18 | | revised(1) 15:6 | |
| management(2) 2:44 2:44 3:12 3:20 3:37 3:41 3:47 7:11 7:19 7:19 7:39 7:39 16:6 | | | | post-confirmation(1) 16:12 | | rice(1) 7:49 | |
| | | | | potter(1) 5:23 | | richard(2) 6:46 18:8 | |
| | | oaktree(2) 3:36 3:41 | | ppearances(2) 1:20 2:1 | | richards(1) 3:24 | |
| manges(1) 6:18 | | objection(5) 15:4 15:5 16:8 16:22 17:4 | | preservation(1) 16:11 | | rifkind(1) 4:22 | |
| marc(3) 2:28 2:31 8:26 | | objections(3) 14:6 15:8 20:21 | | preserved(4) 14:22 15:19 16:19 17:25 | | right(4) 9:21 11:2 14:1 15:11 17:6 18:2 18:22 20:4 22:3 | |
| marino(1) 8:14 | | obligations(1) 14:15 | | press(2) 6:36 15:5 | | | |
| mark(1) 3:27 | | obviously(1) 17:19 | | pretty(2) 11:1 18:24 | | rights(4) 13:22 14:21 15:17 16:2 | |
| market(1) 1:10 | | off(3) 9:13 13:3 20:13 | | previous(1) 15:21 | | riley(2) 6:46 18:8 18:8 18:17 | |
| marman-cohen(1) 6:7 | | officers(1) 4:10 | | primoff(1) 5:32 | | rise(1) 9:2 | |
| marsal(1) 4:18 | | official(4) 2:17 14:3 17:1 19:14 | | priority(2) 11:20 11:24 | | robert(4) 3:8 5:9 6:43 15:13 | |
| martin(1) 3:6 | | okay(12) 12:20 12:23 13:7 17:14 17:17 18:17 18:18 18:20 19:1 19:25 21:5 21:21 | | privileges(1) 20:17 | | rogers(1) 6:11 | |
| martinez(1) 1:44 | | | | probably(1) 12:15 | | roitman(1) 2:31 | |
| matter(3) 9:7 16:24 22:9 | | | | problem(1) 12:8 | | rosenman(2) 6:49 6:49 | |
| matthew(6) 1:44 6:24 4:18 4:19 4:47 5:37 | | olivia(1) 8:18 | | proceedings(4) 1:16 1:56 9:5 22:9 | | ross(1) 1:34 | |
| mauceri(1) 6:3 | | one(7) 7:6 10:2 10:20 11:18 12:4 12:12 13:2 | | process(1) 11:24 | | roth(3) 7:22 7:23 7:35 | |
| mauro(1) 8:18 | | | | produced(1) 1:57 | | rothschild(1) 4:31 | |
| may(1) 19:15 | | | | progress(3) 10:6 11:6 11:7 | | royal(2) 6:5 6:10 | |
| mayer(1) 5:20 | | onex(2) 8:8 8:9 | | prohibiting(1) 14:17 | | rudnick(1) 3:5 | |
| mccarter(1) 5:17 | | open(4) 9:21 13:2 13:24 20:11 | | properly(2) 16:20 18:1 | | rule(2) 19:6 19:11 | |
| mccloy(1) 8:41 | | opinion(1) 15:22 | | proponents(6) 13:15 14:5 14:25 16:14 16:24 17:9 | | saavedra(1) 6:21 | |
| mccormack(1) 2:30 | | opportunity(1) 21:1 | | | | saccullo(3) 8:29 8:30 | |
| mccormick(16) 4:6 6:43 13:16 13:21 13:24 15:3 15:11 15:13 17:11 17:18 18:4 18:9 | | opposed(1) 12:4 | | | | said(3) 11:9 12:11 13:17 | |
| | | order(10) 10:13 11:8 11:10 11:15 11:22 11:23 12:3 12:13 13:4 17:22 | | proposed(3) 11:13 13:1 21:9 | | same(1) 11:11 | |
| | | | | provided(1) 13:18 | | sandridge(1) 7:49 | |
| mccutchen(1) 4:6 | | | | provisions(3) 14:17 18:3 18:5 | | satisfy(1) 15:4 | |
| mcguire(1) 2:20 | | orders(1) 15:21 | | purpose(1) 14:11 | | say(6) 10:18 10:24 10:25 11:23 15:10 | |
| mcneill(1) 5:24 | | other(9) 8:25 10:3 11:11 11:19 12:12 14:14 15:25 16:18 19:2 | | purposes(1) 9:6 | | | |
| mdl(3) 9:18 19:20 19:24 | | | | pursue(1) 14:12 | | | |
| | | others(1) 15:9 | | put(3) 12:4 13:4 13:18 | | | |

| Word | Page:Line |
|---|---|
| saying(1) 15:23 | |
| says(2) 15:16 20:10 | |
| schaible(2) 3:33 9:14 | |
| schlerf(1) 4:32 | |
| scholer(1) 5:29 | |
| schott(1) 8:34 | |
| schotz(1) 2:4 | |
| schulte(3) 7:22 7:23 7:35 | |
| schuylkill(1) 1:52 | |
| scotland(2) 6:6 6:10 | |
| scott(1) 4:28 | |
| scratchings(1) 17:14 | |
| second(2) 9:25 20:11 | |
| section(5) 14:9 14:20 15:6 16:1 17:23 | |
| sections(2) 14:14 15:25 | |
| securities(3) 4:46 7:27 7:27 | |
| see(10) 10:13 13:12 13:15 14:24 15:25 17:23 18:6 18:11 20:12 21:1 | |
| seen(5) 20:15 20:16 20:20 20:21 20:22 | |
| seife(1) 2:32 | |
| send(2) 12:17 17:11 | |
| sense(1) 10:16 | |
| sent(3) 11:13 12:10 15:3 | |
| separate(1) 17:8 | |
| service(1) 1:51 1:57 | |
| services(2) 1:51 4:14 | |
| settlement(1) 9:15 | |
| shamah(1) 5:41 | |
| shan(1) 4:36 | |
| shape(1) 11:1 | |
| share(2) 21:12 21:15 | |
| sharing(1) 10:1 | |
| shaw(1) 7:15 | |
| short(1) 11:13 | |
| should(3) 10:18 17:4 17:11 | |
| showing(1) 20:21 | |
| shows(1) 21:16 | |
| sidley(1) 1:21 | |
| siegel(1) 3:6 | |
| sign(1) 20:13 | |
| silverstein(1) 5:26 | |
| simply(3) 17:12 19:10 21:20 | |
| sina(1) 7:7 | |
| six(1) 9:14 | |
| skadden(1) 6:28 | |
| slate(1) 6:28 | |
| slater(1) 6:14 | |
| slide(1) 18:15 | |
| sloan(1) 3:25 | |
| solely(1) 14:11 | |
| solicit(1) 21:20 | |
| some(2) 13:17 14:4 | |
| something(5) 12:1 12:3 15:10 17:13 18:4 | |
| somewhat(1) 9:12 | |
| song(1) 8:38 | |
| sorry(1) 19:5 | |
| sottile(15) 2:38 13:13 13:23 14:2 14:2 16:25 16:25 17:15 17:15 17:18 19:13 19:13 19:18 20:1 20:2 | |
| sound(2) 1:56 22:8 | |
| spaeder(1) 2:35 | |
| special(1) 6:27 | |
| specific(3) 10:20 11:9 12:15 | |
| sperling(1) 6:14 | |
| stand(1) 22:4 | |
| stanley(2) 4:1 6:18 | |
| stargatt(1) 5:7 | |
| stark(1) 3:8 | |
| state(7) 6:1 14:13 14:21 15:18 16:3 16:19 18:1 | |
| statements(1) 17:24 | |
| states(2) 1:1 1:18 | |
| status(2) 9:6 20:22 | |
| stay(5) 19:7 19:17 19:19 19:19 19:24 | |
| stein(1) 5:37 | |
| stephen(1) 5:24 | |

| Word | Page:Line |
|---|---|
| stickles(1) 2:5 | |
| still(2) 9:12 13:20 | |
| stone(1) 8:42 | |
| strauss(3) 3:12 16:6 17:21 | |
| street(2) 1:10 1:52 | |
| struck(1) 14:19 | |
| stuart(1) 8:10 | |
| subject(1) 14:16 | |
| submission(1) 18:14 | |
| submissions(2) 18:13 18:15 | |
| submit(4) 18:4 20:25 21:11 21:19 | |
| submitting(1) 12:21 | |
| substance(1) 14:9 | |
| substantive(1) 14:25 | |
| suggested(1) 13:3 | |
| sullivan(2) 3:1 3:2 | |
| summarize(1) 20:11 | |
| sunday(1) 11:7 | |
| supposed(1) 16:11 | |
| survives(1) 14:16 | |
| surviving(1) 14:11 | |
| suttonbrook(2) 7:18 7:19 | |
| taft(1) 6:6 | |
| take(1) 11:23 | |
| taking(1) 9:10 | |
| talk(2) 13:24 20:5 | |
| talked(3) 10:15 10:23 12:25 | |
| talking(2) 11:17 15:16 | |
| taylor(1) 5:7 | |
| technically(1) 9:5 | |
| teitelbaum(2) 7:2 7:3 | |
| telephonic(1) 1:16 | |
| terms(2) 11:18 14:23 | |
| thank(5) 11:3 20:2 20:4 21:22 22:3 | |
| that(118) 9:12 9:13 9:15 9:16 9:17 9:18 9:20 9:22 9:23 9:24 10:6 10:8 10:12 10:14 10:15 10:17 10:17 10:17 10:18 10:24 11:1 11:5 11:13 11:14 11:16 12:1 12:4 12:9 12:9 12:10 12:11 12:12 12:12 12:16 12:17 12:18 12:19 13:3 13:4 13:8 13:10 13:14 13:15 13:16 13:17 13:17 13:19 13:19 13:21 13:25 14:5 14:15 14:16 14:16 14:23 15:3 15:3 15:5 15:8 15:15 15:15 15:16 15:19 15:19 15:23 15:24 15:24 16:1 16:8 16:9 16:10 16:11 16:14 16:16 16:16 16:17 16:20 16:22 16:23 17:2 17:3 17:4 17:7 17:8 17:9 17:9 17:10 17:13 17:24 18:7 18:7 18:21 18:24 19:4 19:7 19:12 19:15 19:15 19:22 19:24 20:5 20:9 20:10 20:12 20:12 20:24 20:25 21:8 21:10 21:11 21:12 21:15 21:16 21:19 21:20 22:4 22:7 | |
| that's(8) 11:8 12:3 15:20 15:24 18:19 20:19 21:4 21:7 | |

| Word | Page:Line |
|---|---|
| the(236) 1:1 1:2 1:17 2:17 9:2 9:3 9:4 9:6 9:7 9:9 9:10 9:13 9:13 9:15 9:16 9:17 9:18 9:19 9:19 9:21 9:23 9:25 10:1 10:1 10:2 10:2 10:2 10:3 10:3 10:4 10:5 10:5 10:8 10:10 10:11 10:13 10:14 10:15 10:16 10:21 10:22 10:22 11:11 11:12 11:12 11:15 11:15 11:16 11:18 11:20 11:21 11:21 11:22 11:23 11:24 12:1 12:2 12:4 12:7 12:9 12:12 12:12 12:13 12:15 12:17 12:20 12:21 12:23 13:2 13:2 13:2 13:3 13:5 13:7 13:9 13:10 13:12 13:13 13:14 13:15 13:16 13:16 13:20 13:23 13:23 13:24 14:1 14:2 14:4 14:4 14:5 14:6 14:6 14:7 14:7 14:8 14:10 14:11 14:11 14:12 14:12 14:14 14:14 14:15 14:16 14:17 14:18 14:19 14:20 14:20 14:21 14:23 14:24 14:25 15:1 15:3 15:5 15:7 15:11 15:13 15:17 15:17 15:18 15:20 15:21 15:22 15:25 16:2 16:2 16:4 16:8 16:9 16:10 16:11 16:11 16:13 16:13 16:14 16:15 16:15 16:16 16:18 16:18 16:19 16:21 16:22 16:22 16:23 16:24 16:25 17:2 17:4 17:4 17:6 17:7 17:7 17:9 17:12 17:13 17:16 17:17 17:22 17:24 17:24 17:25 17:25 18:1 18:2 18:3 18:4 18:5 18:8 18:12 18:12 18:18 18:20 18:22 19:1 19:3 19:3 19:4 19:5 19:6 19:7 19:8 19:10 19:13 19:16 19:17 19:17 19:17 19:18 19:18 19:19 19:19 19:20 19:21 19:21 19:22 19:23 19:24 19:24 19:24 19:25 20:4 20:10 20:10 20:10 20:11 20:15 20:16 20:18 20:18 20:21 20:21 20:22 20:23 20:24 20:24 21:5 21:5 21:8 21:8 21:11 21:13 21:16 21:22 21:25 22:1 22:3 22:5 22:7 22:8 22:8 22:9 | |
| their(10) 10:12 13:21 15:4 15:5 15:8 17:11 18:14 18:15 19:10 21:18 | |
| them(8) 11:10 13:19 15:4 15:7 18:6 20:13 20:13 21:1 | |
| then(7) 11:19 13:24 14:19 15:8 17:10 18:2 18:15 | |
| there(11) 9:11 9:13 9:20 10:6 10:21 11:16 12:11 13:7 18:10 19:1 21:10 | |
| there's(8) 9:21 9:23 10:17 10:22 11:20 13:19 20:12 21:19 | |
| these(1) 12:17 | |
| they(16) 10:12 11:8 11:9 11:10 11:17 11:18 11:21 11:22 11:23 12:2 12:5 13:17 15:5 17:11 19:11 21:2 | |
| they'd(1) 18:6 | |
| they're(1) 9:22 | |
| they've(1) 17:10 | |
| thing(1) 13:3 | |
| things(3) 11:9 11:17 12:12 | |
| think(19) 9:23 10:9 10:21 11:1 11:9 12:10 12:14 15:6 15:20 15:3 16:10 17:11 17:22 18:19 18:24 19:11 20:5 20:23 21:10 | |
| this(31) 9:3 9:5 9:10 10:7 10:22 10:22 10:25 11:1 11:4 11:8 11:9 11:9 12:14 12:16 13:9 13:12 15:2 15:7 15:12 16:1 16:24 17:6 18:2 18:10 18:18 19:4 19:23 20:16 21:6 21:6 22:4 | |
| thomas(3) 1:34 2:30 7:50 | |
| thornburg(1) 4:1 | |
| those(7) 9:18 10:4 10:9 14:17 14:23 20:24 21:20 | |
| though(1) 12:15 | |
| thought(1) 19:10 | |
| three(1) 9:12 | |
| through(2) 9:23 14:4 | |

| Word | Page:Line |
|---|---|
| time(5) 9:10 11:11 13:17 15:7 21:21 | |
| timing(1) 18:10 | |
| timothy(1) 8:29 | |
| today(4) 9:24 10:11 20:6 21:23 | |
| today's(1) 19:9 | |
| together(1) 13:5 | |
| told(1) 12:12 | |
| tonight(1) 21:9 | |
| topic(1) 19:2 | |
| torres(1) 5:36 | |
| toussi(1) 7:7 | |
| transcript(3) 1:16 1:57 22:8 | |
| transcription(2) 1:51 1:57 | |
| transfer(2) 19:18 19:23 | |
| transfers(1) 20:17 | |
| tribune(4) 1:8 2:8 6:44 9:4 | |
| trust(12) 3:1 5:17 5:35 7:49 9:19 9:20 11:22 14:6 15:1 20:19 20:23 21:8 | |
| trustee(2) 10:2 10:3 | |
| trustees(1) 14:12 | |
| try(2) 20:13 21:18 | |
| trying(1) 13:4 | |
| turn(2) 9:7 13:22 | |
| turns(1) 18:14 | |
| tweed(1) 8:41 | |
| two(6) 10:1 10:4 10:10 11:9 12:17 20:16 | |
| twomey(1) 1:36 | |
| ultimately(1) 21:2 | |
| understanding(2) 9:17 13:19 | |
| united(2) 1:1 1:18 | |
| unless(1) 17:12 | |
| unsecured(1) 2:18 | |
| until(1) 12:13 | |
| usb(2) 7:27 7:27 | |
| used(1) 17:7 | |
| vail(1) 6:25 | |
| various(5) 9:16 9:18 13:2 16:11 21:10 | |
| version(1) 17:11 | |
| versions(1) 20:16 | |
| very(7) 11:9 11:13 11:14 11:25 16:7 16:16 22:3 | |
| view(1) 11:25 | |
| views(1) 19:11 | |
| want(2) 12:13 20:9 | |
| wanted(1) 11:9 13:17 | |
| wants(3) 10:23 10:25 18:4 | |
| wardwell(1) 3:30 | |
| was(7) 9:13 11:16 13:18 13:23 15:16 17:7 22:5 | |
| way(1) 18:3 | |
| we'd(2) 15:16 15:19 | |
| we'll(4) 12:17 18:12 20:12 21:11 | |
| we're(14) 9:4 10:9 10:17 10:19 11:1 11:5 11:12 12:10 12:19 13:4 14:24 21:1 21:11 | |
| we've(8) 10:8 10:15 12:24 13:18 20:16 20:22 21:14 21:15 | |
| wednesday(4) 12:18 13:6 18:13 20:25 | |
| weekend(1) 10:4 20:15 | |
| weil(1) 6:18 | |
| weiss(1) 4:22 | |
| weitman(1) 2:13 | |
| well(6) 11:17 12:21 14:7 18:12 18:16 | |
| wells(1) 4:27 | |
| went(1) 14:4 | |
| were(8) 9:11 9:12 11:10 13:16 14:5 14:8 14:9 15:2 | |
| wharton(1) 4:22 | |
| what(16) 10:18 10:25 11:7 11:10 11:12 12:24 12:25 13:23 13:23 16:21 17:10 17:11 17:12 19:5 20:19 21:17 | |
| what's(1) 21:16 | |
| when(5) 9:11 13:18 14:8 19:11 20:9 | |

| Word | Page:Line |
|------|-----------|

**whenever**(1) 18:11
**whereupon**(1) 22:5
**whether**(2) 15:24  17:25
**which**(4) 13:12  17:24  20:11  21:14
**white**(1) 4:27
**whole**(1) 13:4
**why**(1) 11:8
**wickersham**(1) 6:6
**will**(5) 11:23  12:21  18:7  20:2  22:4
**william**(2) 3:2  7:2
**wilmington**(5) 1:11  3:1  9:1  14:6  15:1
**winerman**(1) 6:29
**winfrey**(1) 3:48
**wish**(2) 16:4  21:23
**wishes**(1) 19:2
**with**(23) 10:14  10:19  10:20  11:7  11:14
12:9  12:17  12:21  12:25  13:5  14:4  14:7
14:14  14:23  15:20  15:22  16:10  17:2  18:5
19:21  21:9  21:12  21:13

**within**(1) 18:14
**without**(1) 17:14
**wolfson**(1) 7:15
**womble**(1) 7:49
**wool**(3) 6:50  15:12  15:12
**work**(5) 9:22  10:17  11:14  12:5  12:19
**worked**(2) 16:23  17:3
**working**(5) 9:17  12:9  12:24  14:5  20:18
**would**(9) 10:13  12:16  15:6  15:9  16:22
17:23  18:16  19:20  19:25

**www.diazdata.com**(1) 1:55
**yes**(6) 11:3  12:22  12:24  16:5  18:13  20:7
**york**(2) 5:36  6:1
**you**(22) 9:10  10:11  10:14  10:19  11:3  11:8
11:13  12:12  12:13  12:15  12:18  12:21  13:3
13:5  13:23  18:3  18:10  20:2  20:4  20:5
21:22  22:3

**you'd**(1) 12:3
**you've**(1) 12:14
**young**(2) 4:24  5:7
**your**(34) 9:8  10:7  10:10  11:3  11:3  12:6
12:14  13:11  14:2  14:9  14:24  15:12  15:21
16:5  16:7  16:13  16:25  17:15  17:20  17:23
18:8  18:15  18:21  18:23  18:25  19:13  19:15
19:19  19:20  20:2  20:7  21:2  21:7  22:2

**zabel**(3) 7:23  7:23  7:35
**zell**(3) 19:5  19:8  19:21
**zensky**(6) 3:13  16:5  16:5  17:2  17:20  17:20
**zuckerman**(1) 2:35