**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

May 29. 2012

United States Bankruptcy Court
Total District of Delaware
c/o Epic Solutions-Tribune Company
757 Third Avenue
New York, NY 10017

Re:   Tribune NM, Inc, B 95-4579939
      Case # 08-13239

Dear Sir/Madam:

Our records indicate that the claim filed on 10/27/2009 in the amount of $196,057.17 has a zero balance due.

If you have any questions, please contact me at (518) 518-457-3160.

Sincerely,

Diane Hanley
Tax Compliance Representative I