# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
 **EIN:** 36–1880355
Times Mirror Corporation

**Chapter:** 11

*Case No*.: 08–13141–KJC

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 6/11/2012 was filed on 6/12/2012 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 7/3/2012 .

If a request for redaction is filed, the redacted transcript is due 7/13/2012 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 9/10/2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 6/12/12

(ntc)

```
                          United States Bankruptcy Court
                               District of Delaware
In re:                                                      Case No. 08-13141-KJC
Tribune Company                                             Chapter 11
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0311-1           User: Brandon              Page 1 of 2           Date Rcvd: Jun 12, 2012
                               Form ID: ntcBK             Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2012.
 db           +Tribune Company,    435 N. Michigan Avenue,    Chicago, IL 60611-4024
 aty          +Carl D. Neff,   Ciardi Ciardi & Astin,    919 N. Market Street,    Suite 700,
                Wilmington, DE 19801-3044,    U.S.A.
 aty          +Edward Cerasia, II,    Seyfarth Shaw LLP,    620 Eighth Avenue,    32nd Floor,
                New York, NY 10018-1618
 aty          +George R. Dougherty,    Grippo & Elden LLC,    111 S. Wacker Drive,    Chicago, IL 60606-4314
 aty          +Gregory Kopacz,   McDermott, Will & Emery LLP,    340 Madison Avenue,    New York, NY 10173-1922
 aty          +Holly Snow,   Paul Hastings LLP,    191 N. Wacker Drive, 30th Floor,    Chicago, IL 60606-1914
 aty          +James F. Conlan,    Sidley Austin LLP,    One South Dearborn Street,    Chicago, IL 60603-2323
 aty          +Jared D. Zajac,   McDermott Will & Emery LLP,    340 Madison Avenue,    New York, NY 10173-1922
 aty          +John R. McCambridge,    Grippo & Elden,    111 S. Wacker Drive,    Chicago, IL 60606-4314
 aty          +Michael W. Kazan,    Grippo & Elden LLC,    111 S. Wacker Drive,    Chicago, IL 60606-4314
 aty          +O. Andrew F. Wilson,    Emery Celli Brinkerhoff & Abady LLP,    75 Rockefeller Plaza, 20th Floor,
                New York, NY 10019-6935
 aty          +Patrick T. Nash,    Grippo & Elden,    111 S. Wacker Drive,    Chicago, IL 60606-4314
 aty          +Stephen Novack,    Novack and Macey LLP,    100 North Riverside Plaza,    Chicago, IL 60606-1501,
                312-419-6928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2012**                     **Signature:**       _Joseph Speetjens_

```
District/off: 0311-1          User: Brandon               Page 2 of 2                Date Rcvd: Jun 12, 2012
                              Form ID: ntcBK              Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2012 at the address(es) listed below:
NONE.                                                                                                   TOTAL: 0