IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 11754 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\June 7 Agenda_DI 11754_Aff_6-5-12_SS.doc

2. On June 5, 2012, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on June 7, 2012 at 3:00 P.M. Before the Honorable Kevin J. Carey," dated June 5, 2012 [Docket No. 11754], by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via facsimile to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Panagiota Manatakis

Sworn to before me this
___ day of June, 2012

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\TRIBUNE\Affidavits\June 7 Agenda_DI 11754_Aff_6-5-12_SS.doc

**EXHIBIT A**

Mr. Malcolm Berko
P.O. Box 8303
Seminole, FL 33775

William M. Kelleher, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE  19801

David J. Bradford, Esquire
Catherine L. Steege, Esquire
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654

Richard A. Saldinger, Esquire
Allen J. Guon, Esquire
Kimberly Bacher, Esquire
Sbaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL  60610

David M. Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801

**EXHIBIT B**

| Name | Fax |
|---|---|
| Office of the United States Trustee  Attn: David M Klauder | 302-573-6497 |
| Landis Rath & Cobb LLP  Attn: Adam G Landis; Matthew B. McGuire | 302-467-4450 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-651-7701 |
| U. S. Attorney's Office  Attn: Ellen W Slights | 302-573-6431 |
| DLA Piper LLP (US)  Attn: Stuart M Brown; R.Craig Martin; Michelle E. Marino | 302-394-2341 |
| Potter Anderson & Corroon LLP  Attn: Laurie Silverstein | 302-658-1192 |
| McCarter & English, LLP  Attn: Katherine L Mayer; James J. Freebery IV | 302-984-6399 |
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Seitz, van Ogtrop & Green, P.A.  Attn: R Karl Hill; James S. Green, Sr.; Patricia P. McGonigle | 302-888-0606 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-656-3714 |
| The Rosner Law Group LLC  Attn: Frederick B Rosner; Scott J Leonhardt | 302-351-8010 |
| Cooch and Taylor, P.A.  Attn: Susan E Kaufman | 302-984-3939 |
| Cross & Simon, LLC  Attn: Christopher P Simon; Joseph Grey | 302-777-4224 |
| Cozen O'Connor  Attn: Mark E Felger | 302-295-2013 |
| Archer & Greiner, P.C.  Attn: John V Fiorella, Charles J Brown | 302-777-4352 |
| Brown Stone Nimeroff LLC  Attn: Jami B Nimeroff | 302-351-2744 |
| Pepper Hamilton LLP  Attn: David B Stratton; John H Schanne II | 302-421-8390 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-425-0432 |
| Eckert Seamans Cherin & Mellott, LLC  Attn: Tara L Lattomus | 302-425-0432 |
| Monzack Mersky McLaughlin & Browder, P.A.  Attn: Rachel B Mersky | 302-656-2769 |
| Pinckney, Harris & Weidinger, LLC  Attn: Donna Harris | 302-442-7046 |
| Hiller & Arban, LLC  Attn: Adam Hiller; Brian Arban | 302-442-7045 |
| Bifferato LLC  Attn: Ian Connor Bifferato; Kevin G Collins; Thomas F Driscoll; J Zachary Haupt | 302-254-5383 |
| Duane Morris LLP  Attn: Michael R Lastowski; Sommer L Ross; Richard W. Riley; Lawrence J. Kotler | 302-657-4901 |
| Ashby & Geddes, P.A.  Attn: William Bowden; Amanda M Winfree | 302-654-2067 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Laura Davis Jones; Timothy P Cairns | 302-652-4400 |
| Young Conaway Stargatt & Taylor, LLP  Attn: Robert S Brady; M Blake Cleary | 302-571-1253 |
| Barnes & Thornburg LLP  Attn: David M Powlen; E. Rebecca Workman | 317-231-7433 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP  Attn: Joseph L Christensen | 302-655-4420 |
| Fox Rothschild LLP  Attn: Jeffrey M Schlerf; John H Strock | 302-656-8920 |
| Bayard, P.A.  Attn: Justin R Alberto; Ashley Stitzer | 302-658-6395 |
| Greenberg Traurig, LLP  Attn: Dennis A Meloro | 302-661-7360 |
| Bifferato Gentilotti LLC  Attn: Garvan F McDaniel | 302-429-8600 |
| Blank Rome LLP  Attn: David W Carickhoff | 302-425-6464 |
| Sullivan Hazeltine Allinson LLC  Attn: William Hazeltine; William D Sullivan; Elihu E Allinson III | 302-428-8195 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Derek C Abbott; Curtis S Miller | 302-658-3989 |
| Ballard Spahr LLP  Attn: Christopher S Chow; Leslie C Heilman | 302-252-4466 |
| Morgan, Lewis & Bockius LLP  Attn: Colm F Connolly | 302-574-3001 |
| Klehr Harrison Harvey Branzburg LLP  Attn: Michael W Yurkewicz | 302-426-9193 |
| Loizides, P.A.  Attn: Christopher D Loizides | 302-654-0728 |
| Polsinelli Shughart PC  Attn: Christopher A Ward | 302-252-0921 |
| Tybout Redfearn and Pell  Attn: David G. Culley | 302-658-4018 |
| Phillips, Goldman & Spence, P.A.  Attn: John C Phillips | 302-655-4210 |

| | |
|---|---|
| Silverman McDonald & Friedman  Attn: Brian E Lutness | 302-888-2923 |
| Margolis Edelstein  Attn: James E Huggett | 302-888-1119 |
| Michael P. Morton | 302-426-1300 |
| Rosenthal, Monhait & Goddess, PA  Attn: Norman M. Monhait | 302-658-7567 |
| Ciardi Ciardi & Astin  Attn: Daniel K. Astin, John D. McLaughlin, Jr. | 302-658-1300 |
| A.M. Saccullo Legal, LLC  Attn: Anthony M Saccullo; Thomas H Kovach | 302-836-8787 |
| Elliott Greenleaf  Attn: Rafael X. Zahralddin-Aravena | 302-384-9399 |
| Stradley, Ronon, Stevens & Young, LLP  Attn: Antranig Garibian | 302-295-4801 |
| Sidley Austin LLP  Attn: James F Conlan; Bryan Krakauer | 312-853-7036 |
| Sidley Austin LLP  Attn: Kevin T Lantry | 213-896-6600 |
| Chadbourne & Parke LLP  Attn: Howard Seife; David M LeMay; Douglas E Deutsche | 212-541-5369 |
| Zuckerman Spaeder LLP  Attn: Graeme W Bush; James Sottile | 202-822-8106 |
| Davis Polk & Wardwell  Attn: Benjamin S. Kaminetzky; Elliot Moskowitz; Karen Luftglass | 212-607-7999 |
| Kaye Scholer LLP  Attn: Madlyn Gleich Primoff; Jane W Parver; Joseph W Drayton | 212-836-6525 |
| Mayer Brown LLP  Attn: Frederick D Hyman; Brian Trust; Amit K Trehan; Barbara Yan | 212-262-1910 |
| Brown Rudnick LLP  Attn: Robert J Stark; Martin S Siegel; Gordon Z Novod | 212-209-4801 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Daniel H Golden; David M Zensky; Philip Dublin | 212-872-1002 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: Edward A Friedman; William P Weintraub | 212-833-1250 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: David S Rosner; Andrew K. Glenn; Sheron Korpus; Christine A. Montenegro; Matthew B. Stein | 212-506-1800 |
| McCarter & English, LLP  Attn: David Adler | 212-609-6921 |
| Weil, Gotshal & Manges LLP  Attn: Jonathan D. Polkes; Michael F. Walsh; Richard Slack | 212-310-8007 |
| Jones Day  Attn: Bruce Bennett; James O Johnston; Joshua M Mester | 213-243-2539 |
| Wilmer Cutler Pickering Hale and Dorr LLP  Attn: Andrew Goldman | 212-230-8888 |
| Jenner & Block  LLP  Attn: David J Bradford; Catherine L. Steege; Andrew W. Vail | 312 527-0484 |
| Teitelbaum & Baskin, LLP  Attn: Jay Teitelbaum | 914-437-7672 |
| Latham & Watkins LLP  Attn: Robert J. Rosenberg; David A. Hammerman | 212-751-4864 |
| Stutman Treister & Glatt  Attn: Isaac M. Pachulski | 310-228-5788 |
| Heather L. Donald, Assistant Attorney General | 313-456-0141 |
| U.S. Department of Justice  Attn: Charles M. Oberly, III; W. Bradley Russell | 202-514-6866 |
| Missouri Department of Revenue  Attn:  Eva Holtz Vlachynsky | 573-751-7232 |
| Connolly Bove Lodge & Hutz LLP  Attn: Jeffrey C. Wisler; Marc J. Phillips | 302-658-0380 |
| Grippo & Elden LLC  Attn: John R. McCambridge; George R. Dougherty | 312-558-1195 |
| Skadden, Arps, Slate, Meagher & Flom LLP  Attn: Matthew R. Kipp; Nick D. Campanario | 312-407-0411 |
| Edwards Wildman Palmer LLP  Attn: Michael Dockterman, Jonathan Young | 312-201-2555 |
| Andrews Kurth  Attn: Paul N. Silverstein, Jeremy B. Reckmeyer | 212-850-2929 |
| Dilworth Paxson LLP  Attn:  Jesse N. Silverman, Catherine G. Pappas | 302-571-8875 |
| Dilworth Paxson LLP  Attn:  Jesse N. Silverman, Catherine G. Pappas | 215-575-7200 |
| Ashby & Geddes, P.A.  Attn: Leigh-Ann M. Raport | 302-654-2067 |
| Katten Muchin Rosenman LLP  Attn: John P. Sieger | 312-902-1061 |
| Sbaw Gussis Fishman Glantz Wolfson & Towbin LLC  Attn: Richard A. Saldinger, Allen J. Guon, Kimberly Bacher | 312-275-0566 |
| Smith, Katzenstein & Jenkins LLP  Attn: Kathleen M. Miller | 302-652-8405 |
| Sperling & Slater  Attn: Gregg R. Hague, Steven C. Florsheim | 312-641-6492 |
| Bouchard, Margules & Friedlander  Attn: Joel E. Friedlander | 302-573-3501 |
| Hannafan & Hannafan, Ltd.  Attn: Michael T. Hannafan, Blake T. Hannafan | 312-527-0220 |