**SCHEDULE I**

TRIBUNE COMPANY
435 PRODUCTION COMPANY
5800 SUNSET PRODUCTIONS INC.
BALTIMORE NEWSPAPER NETWORKS, INC.
CALIFORNIA COMMUNITY NEWS CORPORATION
CANDLE HOLDINGS CORPORATION
CHANNEL 20, INC.
CHANNEL 39, INC.
CHANNEL 40, INC.
CHICAGO AVENUE CONSTRUCTION COMPANY
CHICAGO RIVER PRODUCTION COMPANY
CHICAGO TRIBUNE COMPANY
CHICAGO TRIBUNE NEWSPAPERS, INC.
CHICAGO TRIBUNE PRESS SERVICE, INC.
CHICAGOLAND MICROWAVE LICENSEE, INC.
CHICAGOLAND PUBLISHING COMPANY
CHICAGOLAND TELEVISION NEWS, INC.
COURANT SPECIALTY PRODUCTS, INC.
DIRECT MAIL ASSOCIATES, INC.
DISTRIBUTION SYSTEMS OF AMERICA, INC.
EAGLE NEW MEDIA INVESTMENTS, LLC
EAGLE PUBLISHING INVESTMENTS, LLC
FORSALEBYOWNER.COM CORP.
FORTIFY HOLDINGS CORPORATION
FORUM PUBLISHING GROUP, INC.
GOLD COAST PUBLICATIONS, INC.
GREENCO, INC.
HEART & CROWN ADVERTISING, INC.
HOMEOWNERS REALTY, INC.
HOMESTEAD PUBLISHING CO.
HOY PUBLICATIONS, LLC
HOY, LLC
INSERTCO, INC.
INTERNET FORECLOSURE SERVICE, INC.
KIAH INC.
KPLR, INC.
KSWB INC.
KTLA INC.
KWGN INC.
LOS ANGELES TIMES COMMUNICATIONS LLC
LOS ANGELES TIMES INTERNATIONAL, LTD.
LOS ANGELES TIMES NEWSPAPERS, INC.
NEOCOMM, INC.
NEW MASS. MEDIA, INC.

NEWSCOM SERVICES, INC.
NEWSPAPER READERS AGENCY, INC.
NORTH MICHIGAN PRODUCTION COMPANY
NORTH ORANGE AVENUE PROPERTIES, INC.
OAK BROOK PRODUCTIONS, INC.
ORLANDO SENTINEL COMMUNICATIONS COMPANY
PATUXENT PUBLISHING COMPANY
PUBLISHERS FOREST PRODUCTS CO. OF WASHINGTON
SENTINEL COMMUNICATIONS NEWS VENTURES, INC.
SHEPARD'S INC.
SIGNS OF DISTINCTION, INC.
SOUTHERN CONNECTICUT NEWSPAPERS, INC.
STAR COMMUNITY PUBLISHING GROUP, LLC
STEMWEB, INC.
SUN-SENTINEL COMPANY
THE BALTIMORE SUN COMPANY
THE DAILY PRESS, INC.
THE HARTFORD COURANT COMPANY
THE MORNING CALL, INC.
TIMES MIRROR LAND AND TIMBER COMPANY
TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.
TMLS I, INC.
TMS ENTERTAINMENT GUIDES, INC.
TOWER DISTRIBUTION COMPANY
TOWERING T MUSIC PUBLISHING COMPANY
TRIBUNE BROADCAST HOLDINGS, INC.
TRIBUNE BROADCASTING COMPANY
TRIBUNE CALIFORNIA PROPERTIES, INC.
TRIBUNE DIRECT MARKETING, INC.
TRIBUNE ENTERTAINMENT COMPANY
TRIBUNE ENTERTAINMENT PRODUCTION COMPANY
TRIBUNE FINANCE SERVICE CENTER, INC.
TRIBUNE FINANCE, LLC
TRIBUNE INTERACTIVE, INC.
TRIBUNE LICENSE, INC.
TRIBUNE MEDIA NET, INC.
TRIBUNE MEDIA SERVICES, INC.
TRIBUNE NETWORK HOLDINGS COMPANY
TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC
TRIBUNE PUBLISHING COMPANY
TRIBUNE RECEIVABLES, LLC
TRIBUNE TELEVISION COMPANY
TRIBUNE TELEVISION HOLDINGS, INC.
TRIBUNE TELEVISION NEW ORLEANS, INC.
TRIBUNE TELEVISION NORTHWEST, INC.
TRIBUNE WASHINGTON BUREAU INC.

VALUMAIL, INC.
VIRGINIA COMMUNITY SHOPPERS, LLC
VIRGINIA GAZETTE COMPANIES, LLC
WATL, LLC
WCCT, INC.
WCWN LLC
WDCW BROADCASTING, INC.
WGN CONTINENTAL BROADCASTING COMPANY
WLVI INC.
WPIX, INC.
MULTIMEDIA INSURANCE COMPANY
RIVERWALK CENTER I JV
TMS ENTERTAINMENT GUIDES CANADA CORP.
TRIBUNE (FN) CABLE VENTURES, INC.
TRIBUNE CNLBC, LLC
TRIBUNE DB, LLC
TRIBUNE DQ, LLC
TRIBUNE HONG KONG LTD.
TRIBUNE MEDIA SERVICES B.V.
TRIBUNE NATIONAL MARKETING COMPANY
TRIBUNE ND, INC.
TRIBUNE SPORTS NETWORK HOLDINGS, LLC
TRIBUNE WFPT, LLC