**EXHIBIT A**



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1987892
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through April 30, 2012

### Labor-General 0000001174

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/19/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding Mailer Union contract violation (.30); review of Mailer collective bargaining agreement for purposes of determining appropriate response (.40). | 0.70 | 423.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.70 | |
| **Total Fees** | | $423.50 |
| **Less Discount** | | ($42.35) |
| **Total Fees After Discount** | | $381.15 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1987892

Page 2

Baltimore Sun

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 0.70 | hours at | $605.00 | per hour |

**Total Disbursements**                                                                              0.00

**Total Amount Due**                                                                              $381.15



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1987892
0276 12575 / 12575-000001
Labor-General 0000001174

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $423.50 |
| Less Discount | ($42.35) |
| Total Fees after Discount | $381.15 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $381.15 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1987893
0276 12575 / 12575-000301
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through April 30, 2012

**Photographer(s) Recall Grievance: Case No. 16 300 00214 11**

| Disbursements | Value |
|---|---|
| Meals - K. Michaels - 02/17/12 (Breakfast) meeting in Baltimore in prep for continued hearing | 22.40 |
| Out-of-Town Travel - K. Michaels - Aifare - 02/24/2012 - Baltimore-Chicago/Ohare | 872.80 |
| Out-of-Town Travel - K. Michaels - Airfare - 02/08/2012 - Chicago/Midway - Baltimore - Chicago/Midway | 295.60 |

**Total Disbursements**                                              1,190.80

**Total Fees And Disbursements This Statement**                      $1,190.80

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1987893
0276 12575 / 12575-000301
Photographer(s) Recall Grievance: Case No. 16 300
00214 11

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 1,190.80 |
| Total Fees and Disbursements This Statement | $1,190.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1987894
0276 12575 / 12575-000303
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through April 30, 2012

### 2012 Pressroom Negotiations

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/23/12 | J. Sherman | C300 | | Conference with A. Barnes regarding Union's proposal for new discharge and discipline provision. | 0.40 | 290.00 |
| 04/24/12 | J. Sherman | C300 | | Draft language responding to Union's attempt to withdraw grievance and preserve position opposing practice (.50); e-mail correspondence with A. Barnes regarding same (.10). | 0.60 | 435.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.00 | |
| **Total Fees** | | $725.00 |
| **Less Discount** | | ($72.50) |
| **Total Fees After Discount** | | $652.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.00 | hours at | $725.00 | per hour | |

| Disbursements | Value |
|---|---|
| Online Research | 97.24 |
| Out-of-Town Travel - J. Sherman - Airfare - 03/13/12 - Chgo/Baltimore - Meetings with client in Baltimore regarding press negotiations | 372.60 |
| Out-of-Town Travel - J. Sherman - Mileage & Parking - 03/13/12 - Meetings with client in Baltimore regarding press negotiations | 54.59 |
| Taxi - J. Sherman - 03/13/12 - Meetings with client in Baltimore regarding press negotiations | 36.00 |

**Total Disbursements**      560.43

**Total Amount Due**      $1,212.93



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1987894
0276 12575 / 12575-000303
2012 Pressroom Negotiations

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $725.00 |
| Less Discount | ($72.50) |
| Total Fees after Discount | $652.50 |
| Total Disbursements | 560.43 |
| Total Fees and Disbursements This Statement | $1,212.93 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1988177
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through April 30, 2012

### Bankruptcy Fee Application 0000001891

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/02/12 | J. McManus | B110 | | Revise Seyfarth's Twenty-Eighth Monthly Fee Application. | 0.80 | 232.00 |
| 04/03/12 | J. McManus | B110 | | Draft Tenth Quarterly Fee Application. | 1.20 | 348.00 |
| 04/05/12 | J. Sherman | L120 | | Review and execute Twenty-Eighth Monthly Fee Application. | 0.30 | 217.50 |
| 04/05/12 | J. McManus | B110 | | Finalize Seyfarth's Twenty-Eighth Monthly Fee Application in preparation for filing. | 0.80 | 232.00 |
| 04/06/12 | J. McManus | B110 | | Revise Twenty-Eighth Monthly Fee Application (1.20); prepare Tenth Quarterly Fee Application (1.30). | 2.50 | 725.00 |



Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/09/12 | J. McManus | B110 | | Revise pleading portion of Seyfarth's Twenty-Ninth Monthly Fee Application (.30); prepare Tenth Interim Fee Application (.60); prepare response to Fee Examiner's Report on Seyfarth's Sixth Interim Fee Application (.60). | 1.50 | 435.00 |
| 04/12/12 | J. McManus | B110 | | Finalize/revise pleading portion of Seyfarth's Tenth Quarterly Fee Application (1.20); prepare response to Fee Examiner's Report on Sixth Interim Fee Application (.50). | 1.70 | 493.00 |
| 04/17/12 | J. McManus | B110 | | Review proposed omnibus fee order in preparation for 4/25/12 hearing and confirm fee and expense award to Seyfarth. | 0.10 | 29.00 |
| 04/18/12 | A. Connor | B160 | | Review Examiner's Report (.10); confirm fee and expense adjustments in preparation for hearing (.10). | 0.20 | 62.00 |
| 04/19/12 | J. McManus | B110 | | Prepare response to Fee Examiner's Report on Seyfarth's Sixth Interim Fee Application. | 1.00 | 290.00 |
| 04/23/12 | J. McManus | B110 | | Revise response to Fee Examiner's Report on Seyfarth's Sixth Interim Fee Application. | 0.60 | 174.00 |
| 04/24/12 | J. McManus | B110 | | Review proposed order regarding Tenth Interim Fee Application (.10); confirm proposed payment to Seyfarth (.10); prepare (with R. Pinkston) for hearing on same (.20). | 0.40 | 116.00 |
| 04/30/12 | J. McManus | B110 | | Meeting with J. Sherman to discuss responses to Fee Auditor's Report on Seyfarth's Seventh Monthly Interim Fee Application (.10); prepare responses to Fee Auditor's Report on Seyfarth's Sixth Monthly Interim Fee Application (1.40); draft pleading portion of Seyfarth's Thirtieth Monthly Fee Application (.70). | 2.20 | 638.00 |



Invoice No. 1988177

Page 3

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/30/12 | A. Connor | B160 | | Review Fee Examiner's Preliminary Report on Seyfarth Sixth Interim Fee Application (.80); preparation of response to preliminary report on Seyfarth Sixth Fee Application (4.5). | 5.30 | 1,643.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 18.60 | |
| **Total Fees** | | | $5,634.50 |
| **Less Discount** | | | ($563.45) |
| **Total Fees After Discount** | | | $5,071.05 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.30 | hours at | $725.00 | per hour |
| J. McManus | Paralegal | - | 12.80 | hours at | $290.00 | per hour |
| A. Connor | Paralegal | - | 5.50 | hours at | $310.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 9.60 |
| Long Distance Telephone | 0.52 |
| Online Research | 20.40 |
| **Total Disbursements** | 30.52 |
| **Total Amount Due** | $5,101.57 |



**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1988177
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $5,634.50 |
| Less Discount | ($563.45) |
| Total Fees after Discount | $5,071.05 |
| Total Disbursements | 30.52 |
| Total Fees and Disbursements This Statement | $5,101.57 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1988081
0276 11089 / 11089-000038
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through April 30, 2012

### Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No. 2011-62692

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/04/12 | J. Collins | L160 | | Telephone conference with opposing counsel regarding settlement issues (.30); draft correspondence to J. Osick regarding same (.10). | 0.40 | 232.00 |
| 04/11/12 | J. Collins | L160 | | Review plaintiff's settlement demand (.20); draft correspondence to J. Osick regarding same (.20). | 0.40 | 232.00 |
| 04/18/12 | J. Collins | L160 | | Telephone conference with K. Fisher's attorney regarding response to settlement demand (.30); correspondence to J. Osick regarding same (.10). | 0.40 | 232.00 |
| 04/23/12 | J. Collins | L160 | | Review plaintiff's revised settlement demand (.10); draft correspondence to J. Osick regarding same (.20). | 0.30 | 174.00 |

**Total Hours**                                                                                                          1.50

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Tribune Company

| | |
|---|---|
| **Total Fees** | $870.00 |
| **Less Discount** | ($87.00) |
| **Total Fees After Discount** | $783.00 |

**Timekeeper Summary**

| J. Collins | Sr Partner I | - | 1.50 | hours at | $580.00 | per hour |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $783.00 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1988081
0276 11089 / 11089-000038
Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No.
2011-62692

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $870.00 |
| Less Discount | ($87.00) |
| Total Fees after Discount | $783.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $783.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1988087
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through April 30, 2012

**Allen v. am New York**

| Disbursements | Value |
|---|---|
| Docketing Services Filed Stipulation of Discontinuance of Order of Dismissial 2/21/12 | 75.00 |
| **Total Disbursements** | 75.00 |
| **Total Fees And Disbursements This Statement** | $75.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1988087
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 75.00 |
| Total Fees and Disbursements This Statement | $75.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1988108
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through April 30, 2012

<u>Karen Scott v. WPIX</u>

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 04/01/12 | E. Cerasia II | L440 | | Revise latest draft of WPIX's reply brief in further support of its motions in limine. | 0.80 | 612.00 |
| 04/01/12 | A. Ianni | L430 | | Review revised reply brief in support of motions in limine (.30); draft declaration of E. Cerasia in support thereof (.20). | 0.50 | 197.50 |
| 04/02/12 | A. Cabrera | L120 | | Final review of motion in limine for filing. | 0.50 | 232.50 |
| 04/02/12 | A. Ianni | L430 | | Review/revise reply in support of motions in limine and declaration in support thereof. | 1.40 | 553.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/02/12 | A. Balint | C100 | | Assemble exhibits to declaration of E. Cerasia (.10); review/redact exhibits for electronic filing (.20); electronically file reply brief and declaration in support of motions in limine (.30). | 0.80 | 192.00 |
| 04/20/12 | C. Macleod | L140 | | Per E. Cerasia, work on converting Ringtail databases to Concordance format in order to transfer to Ogletree Deakins for document production purposes. | 0.80 | 184.00 |
| 04/23/12 | C. Macleod | L140 | | Per E. Cerasia, convert Ringtail database to Concordance format to send to Ogletree for document production purposes. | 1.10 | 253.00 |
| 04/24/12 | C. Macleod | L140 | | Per E. Cerasia, convert Ringtail database to Concordance format to send to Ogletree for document production purposes. | 1.30 | 299.00 |
| 04/25/12 | C. Macleod | L140 | | Per E. Cerasia, work on converting Ringtail data into Concordance format to facilitate transfer to Ogletree Deakins for document production purposes. | 0.50 | 115.00 |
| 04/26/12 | C. Macleod | L140 | | Per E. Cerasia, convert Ringtail database to Concordance format to send to Ogletree for document production purposes. | 0.90 | 207.00 |

**Total Hours**                                                                     8.60

**Total Fees**                                                                   $2,845.00

**Less Discount**                                                              ($284.50)

**Total Fees After Discount**                                            $2,560.50



Invoice No. 1988108

Page 3

Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.80 | hours at | $765.00 | per hour |
| A. Cabrera | Associate | - | 0.50 | hours at | $465.00 | per hour |
| A. Ianni | Associate | - | 1.90 | hours at | $395.00 | per hour |
| A. Balint | Paralegal | - | 0.80 | hours at | $240.00 | per hour |
| C. Macleod | LitDiscAnalyst | - | 4.60 | hours at | $230.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Courier/Messenger | 27.09 |
| Copying | 6.00 |
| Online Research | 1,305.18 |
| **Total Disbursements** | 1,338.27 |
| **Total Amount Due** | $3,898.77 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1988108
0276 68308 / 68308-000003
Karen Scott v. WPIX

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $2,845.00 |
| Less Discount | ($284.50) |
| Total Fees after Discount | $2,560.50 |
| Total Disbursements | 1,338.27 |
| Total Fees and Disbursements This Statement | $3,898.77 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1988111
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through April 30, 2012

### Sal Marchiano v. Betty Ellen Berlamino

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/25/12 | C. Macleod | L140 | | Per E. Cerasia, work on converting Ringtail data into Concordance format to facilitate transfer to Ogletree Deakins for document production purposes. | 0.30 | 69.00 |
| 04/27/12 | C. Macleod | L140 | | Per E. Cerasia, work on converting Ringtail data into Concordance format to facilitate transfer to Ogletree Deakins for document production purposes. | 0.80 | 184.00 |
| 04/30/12 | C. Macleod | L140 | | Per E. Cerasia, work on converting Ringtail data into Concordance format to facilitate transfer to Ogletree Deakins for document production purposes. | 1.30 | 299.00 |

| **Total Hours** | | | 2.40 |
|---|---|---|---|
| **Total Fees** | | | **$552.00** |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Tribune Company

| | |
|---|---:|
| **Less Discount** | ($55.20) |
| **Total Fees After Discount** | $496.80 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| C. Macleod | LitDiscAnalyst | - | 2.40 | hours at | $230.00 | per hour |

| | |
|---|---:|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $496.80 |



SEYFARTH
SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1988111
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $552.00 |
| Less Discount | ($55.20) |
| Total Fees after Discount | $496.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $496.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1988113
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through April 30, 2012

**Larry Hoff v. WPIX, et al.**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/03/12 | A. Ianni | L430 | | Telephone conference with S. Jacobson regarding stipulation to amend complaint (.20); memorandum to E. Cerasia regarding same (.20); correspondence to L. Pearson regarding deposition schedule (.10). | 0.50 | 197.50 |
| 04/06/12 | A. Ianni | L310 | | Communications with S. Jacobson regarding stipulations (.30); legal research regarding retaliation under city law (1.20). | 1.50 | 592.50 |

| | | |
|---|---|---|
| **Total Hours** | 2.00 | |
| **Total Fees** | | $790.00 |
| **Less Discount** | | ($79.00) |
| **Total Fees After Discount** | | $711.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1988113

Page 2

Tribune Company

## Timekeeper Summary

| A. Ianni | Associate | - | 2.00 | hours at | $395.00 | per hour |
|---|---|---|---|---|---|---|

| **Disbursements** | **Value** | |
|---|---|---|
| Online Research | 98.46 | |
| **Total Disbursements** | | 98.46 |
| **Total Amount Due** | | $809.46 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1988113
0276 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $790.00 |
| Less Discount | ($79.00) |
| Total Fees after Discount | $711.00 |
| Total Disbursements | 98.46 |
| Total Fees and Disbursements This Statement | $809.46 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1988129
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through April 30, 2012

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/13/12 | N. Riesco | C300 | | Communications with J. Ludwig regarding case status and evidentiary hearing before bankruptcy court. | 0.30 | 117.00 |
| 04/14/12 | N. Riesco | L120 | | Review transcript from evidentiary hearing before bankruptcy court on J. Parker's late proof of claims. | 0.50 | 195.00 |
| 04/15/12 | N. Riesco | L190 | | Compose email to P. Bender regarding status hearing continuance. | 0.30 | 117.00 |
| 04/17/12 | N. Riesco | L120 | | Conference call with J. Ludwig to discuss case status and evidentiary hearing before bankruptcy court. | 0.50 | 195.00 |
| 04/18/12 | N. Riesco | L190 | | Call to judge's clerk regarding continuance of status hearing (.10); communication with P. Bender regarding same (.30). | 0.40 | 156.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1988129

Page 2

Chicago Tribune Company

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | | | 2.00 |
| **Total Fees** | | | | $780.00 |
| **Less Discount** | | | | ($78.00) |
| **Total Fees After Discount** | | | | $702.00 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 2.00 | hours at | $390.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $702.00 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1988129
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $780.00 |
| Less Discount | ($78.00) |
| Total Fees after Discount | $702.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $702.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS
SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1988130
0276 57634 / 57634-000007
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through April 30, 2012

### Marcia E. Sinclair Harassment; IDHR Charge No. 2008CN4074

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 03/21/12 | N. Riesco | L310 | | Draft responses to complainant's interrogatories. | 1.10 | 429.00 |
| 04/02/12 | N. Riesco | L310 | | Draft, edit and revise responses to complainant's request for document production. | 3.00 | 1,170.00 |
| 04/03/12 | N. Riesco | L120 | | Review/analyze M. Sinclair's responses to discovery (1.20); draft, edit and revise responses to complainant's interrogatories (.50); various communications with J. Osick and G. Silva concerning ongoing investigation and discovery efforts (.50). | 2.20 | 858.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/04/12 | N. Riesco | L120 | | Review/analyze complainant's document production (.50); review file/documents received from IDHR (.50); communications with G. Silva regarding M. Holmes and ongoing investigation (.50). | 1.50 | 585.00 |
| 04/06/12 | N. Riesco | L310 | | Draft, edit and revise response to complainant's interrogatories (.70); draft letter to opposing counsel regarding extension to provide discovery (.30). | 1.00 | 390.00 |
| 04/09/12 | N. Riesco | L310 | | Draft, edit and revise responses to complainant's interrogatories and document requests (5.00); communications with G. Silva regarding same (.20); conference call with opposing counsel (.10). | 5.30 | 2,067.00 |
| 04/11/12 | G. Pauling II | L120 | | Review discovery responses. | 2.00 | 1,190.00 |
| 04/11/12 | N. Riesco | L310 | | Review, edit and revise responses to document requests and interrogatories (1.60); communications with G. Pauling regarding same (.30); email correspondence to J. Osick and G. Silva regarding same (.30). | 2.20 | 858.00 |
| 04/12/12 | G. Pauling II | L120 | | Further attention to discovery responses. | 1.00 | 595.00 |
| 04/12/12 | N. Riesco | L120 | | Conduct privilege/responsiveness review of documents received from client in preparation for production. | 0.60 | 234.00 |
| 04/13/12 | N. Riesco | L120 | | Review G. Pauling's edits to discovery responses. | 0.50 | 195.00 |
| 04/13/12 | D. Grant | L140 | | Organize/prepare documents in Ringtail for attorneys' review. | 1.00 | 230.00 |
| 04/16/12 | G. Pauling II | L120 | | Review/revise discovery responses (1.00); review key documents (.70); devise strategy for document production (.50). | 2.20 | 1,309.00 |



Invoice No. 1988130

Page 3

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/16/12 | N. Riesco | L120 | | Telephone conference with G. Pauling to discuss objections and responses to document requests and interrogatories (1.30); revise answers and objections to document requests and interrogatories (2.30); call to opposing counsel regarding extension (.10). | 3.70 | 1,443.00 |
| 04/18/12 | N. Riesco | L310 | | Revise responses to interrogatories and document requests (1.70); compose draft email to client regarding same (.20). | 1.90 | 741.00 |
| 04/20/12 | N. Riesco | L190 | | Edit correspondence to J. Osick and G. Silva concerning discovery responses and email search. | 0.30 | 117.00 |
| 04/21/12 | N. Riesco | L250 | | Draft motion for extension of time to complete discovery (.80); review/finalize document production and discovery responses (.70). | 1.50 | 585.00 |
| 04/24/12 | G. Pauling II | L120 | | Attention to discovery responses. | 2.30 | 1,368.50 |
| 04/24/12 | N. Riesco | L190 | | Telephone conference with G. Pauling, G. Silva and J. Osick concerning email searches (.50); communications with opposing counsel concerning agreed motion to extend time and responses to discovery (.20); revise responses to discovery and motion to extend discovery (.50). | 1.20 | 468.00 |
| 04/25/12 | N. Riesco | L120 | | Review commission rules (.50); draft letter to opposing counsel (.30); prepare proofs of service for filing with commission (.70). | 1.50 | 585.00 |
| 04/27/12 | N. Riesco | L190 | | Draft deficiency letter to opposing counsel regarding discovery responses. | 0.70 | 273.00 |
| 04/30/12 | N. Riesco | L120 | | Draft, edit and revise deficiency letter to opposing counsel regarding discovery (2.00); review/analyze complainant's document production (1.80). | 3.80 | 1,482.00 |

**Total Hours**                                                                                    40.50

# SEYFARTH
**ATTORNEYS  SHAW** LLP

Chicago Tribune Company

| | |
|---|---|
| **Total Fees** | $17,172.50 |
| **Less Discount** | ($1,717.25) |
| **Total Fees After Discount** | $15,455.25 |

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 7.50 | hours at | $595.00 | per hour |
| N. Riesco | Associate | - | 32.00 | hours at | $390.00 | per hour |
| D. Grant | LitDiscAnalyst | - | 1.00 | hours at | $230.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 110.10 |
| Outside Printing | 33.75 |
| **Total Disbursements** | 143.85 |
| **Total Amount Due** | $15,599.10 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

Invoice No. 1988130
0276 57634 / 57634-000007
Marcia E. Sinclair Harassment; IDHR Charge No.
2008CN4074

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $17,172.50 |
| Less Discount | ($1,717.25) |
| Total Fees after Discount | $15,455.25 |
| Total Disbursements | 143.85 |
| Total Fees and Disbursements This Statement | $15,599.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1987917
0276 57634 / 57634-000008
W1ST

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

For legal services rendered through April 30, 2012

**Carolyn Rusin v.; Case No. 1:12-cv-01135**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/04/12 | K. Petersen | L212 | | Prepare answer to C. Rusin complaint. | 1.30 | 500.50 |
| 04/05/12 | N. Finkel | L212 | | Revise answer to complaint (.40); exchange correspondence with Company regarding same (.20). | 0.60 | 345.00 |
| 04/05/12 | K. Petersen | L212 | | Continue preparing answer to C. Rusin complaint. | 0.50 | 192.50 |
| 04/13/12 | N. Finkel | L110 | | Review documents from Company regarding class list. | 0.20 | 115.00 |
| 04/13/12 | K. Petersen | L120 | | Review/analyze putative class list and correspondence from client (.30); revise answer accordingly (.20); analyze viability of motion for judgment on pleadings (.50). | 1.00 | 385.00 |
| 04/16/12 | K. Petersen | L110 | | Exchange emails with V. Gogins (.10); coordinate witness interviews (.10). | 0.20 | 77.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1987917

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/17/12 | K. Petersen | L212 | | Finalize answer for filing and coordinate filing of appearances (.80); calls and emails with V. Gogins regarding witness interviews (.20). | 1.00 | 385.00 |
| 04/19/12 | K. Petersen | L190 | | Correspondence with opposing counsel regarding Rule 26(f) conference and initial status report (.20); review Judge Chang's rule and order regarding same (.10). | 0.30 | 115.50 |
| 04/20/12 | N. Finkel | L110 | | Interview A. Burnham (1.50); prepare for same (.50). | 2.00 | 1,150.00 |
| 04/20/12 | K. Petersen | L110 | | Conduct witness interview of A. Burnham regarding plaintiff's employment and complaint allegations (1.50); prepare for same (1.50). | 3.00 | 1,155.00 |
| 04/23/12 | N. Finkel | L250 | | Directions to K. Petersen regarding Rule 26(f) conference. | 0.10 | 57.50 |
| 04/23/12 | K. Petersen | L250 | | Review and analysis of Judge Chang's FLSA-related decisions (.80); prepare for Rule 26(f) conference (.20). | 1.00 | 385.00 |
| 04/24/12 | K. Petersen | L190 | | Participate in Rule 26(f) conference. | 0.50 | 192.50 |
| 04/25/12 | N. Finkel | L250 | | Revise rule 26(f) conference and written discovery requests. | 0.50 | 287.50 |
| 04/25/12 | K. Petersen | L250 | | Revise plaintiffs' proposed joint status report. | 0.50 | 192.50 |

**Total Hours** 12.70

**Total Fees** $5,535.50

**Less Discount** ($553.55)

**Total Fees After Discount** $4,981.95

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Finkel | Partner | - | 3.40 | hours at | $575.00 | per hour |
| K. Petersen | Associate | - | 9.30 | hours at | $385.00 | per hour |



Chicago Tribune Company

| Disbursements | Value |
|---|---|
| Taxi - N. Finkel - 03/21/12 - Cab to/from Company to have initial meeting regarding Rusin matter | 18.00 |

| | |
|---|---|
| **Total Disbursements** | <u>18.00</u> |
| **Total Amount Due** | <u>$4,999.95</u> |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

Invoice No. 1987917
0276 57634 / 57634-000008
Carolyn Rusin v.; Case No. 1:12-cv-01135

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $5,535.50 |
| Less Discount | ($553.55) |
| Total Fees after Discount | $4,981.95 |
| Total Disbursements | 18.00 |
| Total Fees and Disbursements This Statement | $4,999.95 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1988123
0276 33175 / 33175-000001
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through April 30, 2012

### Los Angeles Times - General Matters 0000000985

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 04/09/12 | K. Launey | C300 | | Conference with J. Powers regarding obligation to accommodate customer to book reading with sign language request (.50); prepare email summary with advice per his request (.20). | 0.70 | 332.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.70 | |
| **Total Fees** | | $332.50 |
| **Less Discount** | | ($33.25) |
| **Total Fees After Discount** | | $299.25 |

### Timekeeper Summary

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Los Angeles Times (Sherman)

| K. Launey | Partner | – | 0.70 | hours at | $475.00 | per hour |

**Total Disbursements**                                                      0.00

**Total Amount Due**                                                     $299.25



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1988123
0276 33175 / 33175-000001
Los Angeles Times - General Matters 0000000985

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $332.50 |
| Less Discount | ($33.25) |
| Total Fees after Discount | $299.25 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $299.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1987947
0276 17832 / 17832-000001
W1ST

Los Angeles Times
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick
Director, Labor and Employee Relations

For legal services rendered through April 30, 2012

**Labor General 0000001020**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/02/12 | D. Howells | C300 | | Draft e-mail to J. Xanders with analysis of Transparency in Supply Chain Act coverage by dollar threshold and retail/manufacturer definitions. | 0.30 | 169.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.30 | |
| **Total Fees** | | $169.50 |
| **Less Discount** | | ($16.95) |
| **Total Fees After Discount** | | $152.55 |

**Timekeeper Summary**

D. Howells        Senior Counsel    -    0.30    hours at    $565.00    per hour

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times

**Total Disbursements**                                    0.00

**Total Amount Due**                                    $152.55



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Los Angeles Times
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick
Director, Labor and Employee Relations

Invoice No. 1987947
0276 17832 / 17832-000001
Labor General 0000001020

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $169.50 |
| Less Discount | ($16.95) |
| Total Fees after Discount | $152.55 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $152.55 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 12, 2012

Invoice No. 1988290
0276 12420 / 12420-000012
W1ST

WGN-TV
c/o Tribune Company
435 N. Michigan Ave.
Chicago, IL 60614
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through April 30, 2012

## IBEW, Local 1220 and CLTV; NLRB Case No. 13-RC-077273

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/02/12 | M. Rybicki | C300 | | Review of emails and materials and other preparation for meeting with J. Lyons, G. Caputo and other management representatives concerning NLRB petition. | 0.50 | 362.50 |
| 04/03/12 | M. Rybicki | C300 | | Preparation for (1.00) and meeting with WGN management (including J. Lyon, G. Caputo, C. Robertson, S. Farber and A. Foran (joining telephonically) concerning labor strategy relative to representative petition (3.20); preparation of follow up memo (2.00). | 6.20 | 4,495.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1988290

Page 2

WGN-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/04/12 | M. Rybicki | C300 | | Attention to matters relating to filing of voter eligibility list (.20); review of materials provided by Company (Farber and Lyons) (.30); preparation of memo to Company (Caputo and Lyons) concerning election related matters (1.50). | 2.00 | 1,450.00 |
| 04/05/12 | M. Rybicki | C300 | | Attention to matters relating to Union organizing petition including proper filing of voter eligibility list (.20); review of draft materials for legality of content and correspondence concerning same (to G. Caputo, J. Lyons, and A. Foran (.30); preparation for conference with A. Foran (.50). | 1.00 | 725.00 |
| 04/06/12 | M. Rybicki | C300 | | Draft campaign strategy calendar. | 0.50 | 362.50 |
| 04/08/12 | M. Rybicki | C300 | | Review of and correspondence with Board agent (.10); e-mails and preparation for call with A. Foran (.30). | 0.40 | 290.00 |
| 04/09/12 | M. Rybicki | C300 | | Telephone conference with A. Foran concerning next steps (.10); communications with WGN labor team (G. Caputo and others) including transmittal of small group meetings memo (.20). | 0.30 | 217.50 |
| 04/11/12 | M. Rybicki | C300 | | Preparation for (1.00) and telephone conference with WGN team (G. Caputo and others) and A. Foran concerning representation petition matters and legal advice concerning same (.50); follow up conversation to G. Caputo concerning related issues (.10). | 1.60 | 1,160.00 |
| 04/12/12 | M. Rybicki | C300 | | Response to G. Caputo and A. Foran concerning status quo issue (.30); preparation of petition-related materials (.20). | 0.50 | 362.50 |



SEYFARTH SHAW LLP
ATTORNEYS

Invoice No. 1988290

Page 3

WGN-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/14/12 | M. Rybicki | C300 | | Review of and reply to e-mail from G. Caputo concerning meeting with employee (.20); review of intended communications (.30). | 0.50 | 362.50 |
| 04/16/12 | M. Rybicki | C300 | | Review of communications (.20) and preparation for labor strategy call with A. Foran, G. Caputo and others from WGN (.30). | 0.50 | 362.50 |
| 04/17/12 | M. Rybicki | L120 | | Preparation for (.20) and participation on conference call with G. Caputo, A. Foran and others concerning election-related matters (.30). | 0.50 | 362.50 |
| 04/18/12 | M. Rybicki | C300 | | Preparation of materials for conference call (.40); conference call with G. Caputo, A. Foran and others concerning petition related materials (.50); review of materials by A. Foran for legality (.10). | 1.00 | 725.00 |
| 04/19/12 | M. Rybicki | C300 | | Review of materials for legality of content (.30); e-mail from G. Caputo (.10). | 0.40 | 290.00 |
| 04/22/12 | M. Rybicki | C300 | | Review of materials (.20) and correspondence with G. Caputo and A. Foran concerning election material (.20). | 0.40 | 290.00 |
| 04/23/12 | M. Rybicki | C300 | | Correspondence with/from G. Caputo and A Foran relative to election (including posting requirements). | 0.40 | 290.00 |
| 04/24/12 | M. Rybicki | C300 | | Preparation for conference call including review of prior materials and new materials (.90); participation on call with WGN Team including A. Foran and G. Caputo (.50); revision of materials to insure their compliancy with law (.40); legal research relative to who can act as the Union's observer in answer to question from G. Caputo (.70). | 2.50 | 1,812.50 |



WGN-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/25/12 | M. Rybicki | C300 | | Review of election details notice and comments from WGN management (e.g., C. Roberson) and associated legal research and conversation with J. Sherman concerning same (.40); review of campaign piece by G. Caputo for legality of content and associated legal research concerning same (.80); legal research concerning who can act as election observer and certain other observer related questions and preparation of memo to G. Caputo concerning same (1.30); review of materials from J. Lyons for legality of content and consideration of an conversation with J. Sherman concerning single employer status issue and associated research (.30). | 2.80 | 2,030.00 |
| 04/27/12 | M. Rybicki | C300 | | Communications and correspondence with A. Foran and G. Caputo concerning election. | 0.40 | 290.00 |

| | | |
|---|---|---|
| **Total Hours** | 22.40 | |
| **Total Fees** | | $16,240.00 |
| **Less Discount** | | ($1,624.00) |
| **Total Fees After Discount** | | $14,616.00 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M. Rybicki | Partner | - | 22.40 | hours at | $725.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Meals - MICHAEL J. RYBICKI Lunch @ Coco Pazzo - Prep for negotiations 03/28/12 | 62.00 |



Invoice No. 1988290

Page 5

WGN-TV

| Disbursements | Value |
|---|---|
| Out-of-Town Travel -  MICHAEL J. RYBICKI Taxi- Prep for negotiations 03/28/12 | 22.00 |
| **Total Disbursements** | <u>84.00</u> |
| **Total Amount Due** | <u>$14,700.00</u> |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 12, 2012

WGN-TV
c/o Tribune Company
435 N. Michigan Ave.
Chicago, IL 60614
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1988290
0276 12420 / 12420-000012
IBEW, Local 1220 and CLTV; NLRB Case No. 13-RC-077273

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $16,240.00 |
| Less Discount | ($1,624.00) |
| Total Fees after Discount | $14,616.00 |
| Total Disbursements | 84.00 |
| Total Fees and Disbursements This Statement | $14,700.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1988105
0740 10537 / 10537-000047
W6S

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avene
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through April 30, 2012

### Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-60542-JIC

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/03/12 | N. Finkel | 0.30 | Review and analysis of complaint. |
| 04/04/12 | N. Finkel | 0.30 | Strategy conference with J. Osick (.20); directions to K. Petersen regarding same (.10). |
| 04/11/12 | N. Finkel | 0.20 | Revise answer to complaint. |
| 04/11/12 | K. Petersen | 1.20 | Prepare answer to complaint. |
| 04/12/12 | N. Finkel | 0.50 | Directions to K. Petersen on revisions to draft answer (.10); communications with local counsel regarding initial tasks (.40). |
| 04/12/12 | K. Petersen | 1.50 | Confer with N. Finkel regarding defense strategy (.50); revise answer to complaint (.40); analyze Louis-Charles decision to assess potential motion for judgment on the pleadings (.60). |
| 04/17/12 | N. Finkel | 1.00 | Conference with Company regarding facts of case. |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Sun-Sentinel Company

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/17/12 | K. Petersen | 2.00 | Conference with N. Finkel, J. Osick and other client representatives regarding complaint allegations and defense strategy (1.00); revise answer accordingly (.50); analyze initial scheduling order and plaintiffs' statement of claims (.50). |
| 04/18/12 | N. Finkel | 0.40 | Review of plaintiffs' statement of claim and Court order on scheduling (.20); directions to K. Petersen regarding case strategy in light of same (.20). |
| 04/18/12 | K. Petersen | 0.50 | Correspondence to client regarding plaintiff's statement of claims and proposed defense strategy. |
| 04/19/12 | K. Petersen | 2.00 | Prepare pro hac vice motions (.20); analyze district court rules (.30); conference with local counsel regarding procedural matters and response to statement of claims (.50); strategize regarding possibility of consenting to magistrate judge (.40); prepare document requests (.40). |
| 04/20/12 | N. Finkel | 0.10 | Review/revise draft document request. |
| 04/20/12 | K. Petersen | 2.50 | Work on finalizing pro hac vice motions (.50); continue working on preparing discovery requests (1.00); prepare response to plaintiffs' statement of claims (1.00). |
| 04/23/12 | N. Finkel | 0.40 | Revise statement of claim (.20); review of time records (.20). |
| 04/23/12 | K. Petersen | 1.50 | Analyze expense report and payroll data for plaintiffs (.50); revise defendant's response to statement of claims (.30); review legal authority regarding calculation of damages in connection with same (.30); correspondence to client regarding discovery and strategy (.40). |
| 04/25/12 | N. Finkel | 0.70 | Strategy conference with Company. |
| 04/25/12 | K. Petersen | 0.60 | Call with N. Finkel and client regarding status and defense strategy (.40); finalize and serve document requests to plaintiffs (.20). |
| 04/26/12 | K. Petersen | 0.30 | Prepare deposition notices for plaintiffs (.20); correspondence to opposing counsel regarding same (.10). |
| 04/30/12 | N. Finkel | 0.20 | Review of plaintiffs' written discovery responses (.10); directions to K. Petersen regarding same (.10). |

| | | | |
|------|------|------|------|
| **Total Hours** | 16.20 | | |
| **Total Fees** | | | $7,016.00 |
| **Less Discount** | | | ($701.60) |



Invoice No. 1988105

Page 3

Sun-Sentinel Company

**Total Fees After Discount**                                    $6,314.40

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| N. Finkel | - | 4.10 | hours at | $575.00 | per hour |
| K. Petersen | - | 12.10 | hours at | $385.00 | per hour |

**Total Disbursements**                                           0.00

**Total Amount Due**                                          $6,314.40



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avene
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1988105
0740 10537 / 10537-000047
Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-
60542-JIC

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $7,016.00 |
| Less Discount | ($701.60) |
| Total Fees after Discount | $6,314.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $6,314.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



# SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1987919
0276 15827 / 15827-000020
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through April 30, 2012

### Neil Levine v. Tribune Entertainment Co. dba KTLA, et al.; Case No. BC477541

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/02/12 | L. O'Hara | L240 | | Prepare proposed demurrers of corporate defendants (.30); prepare motion to strike of defendant B. Lopez-Nash (.30). | 0.60 | 273.00 |
| 04/02/12 | J. Brodsky | L240 | | Revise proposed orders for the two demurrers. | 0.50 | 227.50 |
| 04/03/12 | L. O'Hara | L240 | | Finalize demurrers and motion to strike of defendant B. Lopez-Nash. | 0.30 | 136.50 |
| 04/03/12 | L. O'Hara | L310 | | Direction to J. Brodsky regarding preparation of discovery requests. | 0.20 | 91.00 |
| 04/04/12 | L. O'Hara | L330 | | Review correspondence from opposing counsel regarding plaintiff's deposition date (.10); communicate with J. Powers regarding same (.20). | 0.30 | 136.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1987919

Page 2

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/09/12 | L. O'Hara | L330 | | Communicate with B. Lopez-Nash regarding scheduling plaintiff's deposition (.10); communications with opposing counsel to confirm same (.10). | 0.20 | 91.00 |
| 04/09/12 | J. Brodsky | L310 | | Prepare special interrogatories to plaintiff. | 0.60 | 273.00 |
| 04/09/12 | J. Brodsky | L310 | | Prepare requests for production to plaintiff. | 0.30 | 136.50 |
| 04/10/12 | L. O'Hara | L330 | | Draft correspondence to opposing counsel regarding scheduling plaintiff's deposition (.20); prepare amended notice of deposition (.10). | 0.30 | 136.50 |
| 04/10/12 | J. Brodsky | L310 | | Prepare form employment and general interrogatories to plaintiff. | 0.70 | 318.50 |
| 04/10/12 | J. Brodsky | L310 | | Prepare requests for production on plaintiff. | 1.80 | 819.00 |
| 04/17/12 | L. O'Hara | L160 | | Review plaintiff's correspondence regarding mediation (.10); review availability dates for G. Kyriacou (.10); communicate with J. Powers regarding same (.10). | 0.30 | 136.50 |
| 04/17/12 | L. O'Hara | L310 | | Review plaintiff's written discovery served on defendants, KTLA, Tribune and B. Lopez-Nash. | 0.40 | 182.00 |
| 04/17/12 | J. Brodsky | L310 | | Review/analyze written discovery requests. | 0.30 | 136.50 |
| 04/17/12 | J. Brodsky | L310 | | Confer with L. O'Hara (.20); prepare correspondence to J. Powers and B. Lopez-Nash regarding discovery requests (.10). | 0.30 | 136.50 |
| 04/18/12 | L. O'Hara | L310 | | Review/revise discovery requests. | 1.10 | 500.50 |
| 04/19/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories to Tribune Entertainment Company. | 1.80 | 819.00 |
| 04/19/12 | J. Brodsky | L310 | | Prepare correspondence to J. Powers with discovery requests. | 0.10 | 45.50 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1987919

Page 3

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/19/12 | J. Brodsky | L310 | | Revise requests for production. | 1.10 | 500.50 |
| 04/19/12 | J. Brodsky | L310 | | Prepare responses to requests for production for Tribune Entertainment Company. | 2.30 | 1,046.50 |
| 04/20/12 | L. O'Hara | L310 | | Direction to J. Brodsky regarding service of discovery requests on plaintiff (.10); preparation of responses to plaintiff's discovery (.10); communications with opposing counsel regarding mediation (.10). | 0.30 | 136.50 |
| 04/20/12 | J. Brodsky | L160 | | Prepare letter to opposing counsel regarding mediation. | 0.20 | 91.00 |
| 04/20/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories to Tribune Entertainment Company. | 3.10 | 1,410.50 |
| 04/20/12 | J. Brodsky | L310 | | Prepare discovery requests for plaintiff. | 0.50 | 227.50 |
| 04/23/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories to Tribune Company. | 1.00 | 455.00 |
| 04/24/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories to B. Lopez-Nash. | 1.00 | 455.00 |
| 04/24/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories to Tribune Company. | 1.50 | 682.50 |

**Total Hours**                                                                21.10

**Total Fees**                                                                          $9,600.50

**Timekeeper Summary**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 4.00 | hours at | $455.00 | per hour |
| J. Brodsky | Associate | - | 17.10 | hours at | $455.00 | per hour |



Invoice No. 1987919

Page 4

KTLA-TV

| Disbursements | Value |
|---|---|
| Copying | 7.50 |
| Facsimile | 7.00 |
| Online Research | 1,383.25 |
| **Total Disbursements** | <u>1,397.75</u> |
| **Total Fees And Disbursements This Statement** | <u>$10,998.25</u> |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 1987919
0276 15827 / 15827-000020
Neil Levine v. Tribune Entertainment Co. dba KTLA, et
al.; Case No. BC477541

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $9,600.50 |
| Total Disbursements | 1,397.75 |
| Total Fees and Disbursements This Statement | $10,998.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

<table>
<tr>
<td>
<b>PAYMENT BY CHECK VIA STANDARD MAIL:</b><br>
Seyfarth Shaw LLP<br>
3807 Collections Center Drive<br>
Chicago, IL 60693<br><br>
<b>PAYMENT BY CHECK VIA OVERNIGHT MAIL:</b><br>
Bank of America Lockbox Services<br>
3807 Collections Center Drive<br>
Chicago, IL 60693
</td>
<td>
<b>PAYMENT BY WIRE TO:</b><br><br>
Bank Name: Bank of America<br>
Account Name: Seyfarth Shaw LLP Operating Account<br>
Account Number: 5201743357<br>
ABA Wire Payment Number: 026-009-593<br>
ABA ACH Payment Number: 081-904-808<br>
Swift Code: BOFAUS3N
</td>
</tr>
</table>



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Invoice No. 1988124
0276 33175 / 33175-000026
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL  60611
Attn:  John W. Powers

For legal services rendered through April 30, 2012

### Christino Escandon v. Los Angeles Times, et al.; Case No. BC476209

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/01/12 | L. O'Hara | L310 | | Review/revise draft responses to plaintiff's form interrogatories and special interrogatories (2.30); direction to J. Brodsky regarding same (.40). | 2.70 | 1,228.50 |
| 04/01/12 | J. Brodsky | L120 | | Prepare correspondence to O. Galindo and J. Hernandez regarding additional documents needed for discovery responses and employee names. | 0.10 | 45.50 |
| 04/01/12 | J. Brodsky | L120 | | Conference with L' O.Hara regarding written discovery. | 0.40 | 182.00 |
| 04/01/12 | J. Brodsky | L120 | | Prepare objections and responses to special interrogatories for Tribune Company and LA Times International. | 0.80 | 364.00 |
| 04/01/12 | J. Brodsky | L310 | | Prepare Tribune Company and LA Times International's responses to form interrogatories. | 2.50 | 1,137.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/01/12 | J. Brodsky | L310 | | Prepare Tribune Company and LA Times International's responses to requests for production. | 1.00 | 455.00 |
| 04/01/12 | J. Brodsky | L320 | | Review client documents (.60); prepare documents for production (.30). | 0.90 | 409.50 |
| 04/02/12 | L. O'Hara | L310 | | Review/revise responses to plaintiff's nine sets of discovery served on defendants. | 2.70 | 1,228.50 |
| 04/02/12 | L. O'Hara | L320 | | Review status of documents requested from client that are responsive to plaintiff's discovery requests. | 0.30 | 136.50 |
| 04/02/12 | J. Brodsky | L120 | | Review/analyze plaintiff's deposition transcript. | 0.60 | 273.00 |
| 04/02/12 | J. Brodsky | L120 | | Correspond with O. Galindo regarding additional documents needed for discovery responses. | 0.20 | 91.00 |
| 04/02/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories for all three defendants. | 1.60 | 728.00 |
| 04/02/12 | J. Brodsky | L310 | | Revise special interrogatory responses for three defendants. | 0.30 | 136.50 |
| 04/02/12 | J. Brodsky | L320 | | Prepare responses to requests for production for all three defendants. | 2.20 | 1,001.00 |
| 04/02/12 | J. Brodsky | L320 | | Review and prepare documents for production. | 0.70 | 318.50 |
| 04/02/12 | O. Golinder | L190 | | Review documents for W-2s (.40); conference with J. Brodsky regarding responses to discovery and document production (.10). | 0.50 | 135.00 |
| 04/03/12 | L. O'Hara | L310 | | Further revisions to drafts of responses to plaintiff's discovery (1.10); review additional documents received from client for possible production (.60). | 1.70 | 773.50 |
| 04/03/12 | L. O'Hara | L310 | | Telephone conference with J. Powers regarding responses to plaintiff's form interrogatories, special interrogatories and document demands served on Los Angeles Times Communications LLC and other affiliate defendants. | 1.20 | 546.00 |



Invoice No. 1988124

Page 3

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/03/12 | L. O'Hara | L330 | | Prepare for meeting with B. Young. | 0.30 | 136.50 |
| 04/03/12 | J. Brodsky | L120 | | Prepare responses to special interrogatories for three defendants. | 0.80 | 364.00 |
| 04/03/12 | J. Brodsky | L120 | | Research requirements of employer to allow employees to have indefinite leave. | 0.20 | 91.00 |
| 04/03/12 | J. Brodsky | L120 | | Telephone conference with J. Powers and L. O'Hara regarding discovery responses. | 1.20 | 546.00 |
| 04/03/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories for three defendants. | 1.00 | 455.00 |
| 04/03/12 | J. Brodsky | L310 | | Prepare responses to requests for production for three defendants. | 1.10 | 500.50 |
| 04/03/12 | J. Brodsky | L310 | | Prepare verifications for written discovery. | 0.10 | 45.50 |
| 04/03/12 | J. Brodsky | L320 | | Review and prepare relevant documents for production. | 1.20 | 546.00 |
| 04/03/12 | J. Brodsky | L330 | | Prepare for deposition preparation meeting of B. Young. | 0.80 | 364.00 |
| 04/03/12 | O. Golinder | L190 | | Prepare documents for deposition preparation. | 0.70 | 189.00 |
| 04/04/12 | L. O'Hara | L310 | | Review verifications for discovery and direction to J. Brodsky regarding working with O. Galindo to procure verifications. | 0.30 | 136.50 |
| 04/04/12 | L. O'Hara | L330 | | Meet with B. Young in preparation for his deposition. | 3.40 | 1,547.00 |
| 04/04/12 | J. Brodsky | L120 | | Review/analyze plaintiff's deposition transcript. | 0.50 | 227.50 |
| 04/04/12 | J. Brodsky | L310 | | Prepare verifications and correspondence to O. Galindo with the written discovery responses. | 0.20 | 91.00 |
| 04/04/12 | J. Brodsky | L320 | | Prepare documents for production. | 0.30 | 136.50 |
| 04/04/12 | J. Brodsky | L320 | | Correspond with J. Hernandez regarding missing documents for production. | 0.20 | 91.00 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/04/12 | J. Brodsky | L330 | | Meet with B. Young for the preparation for his deposition. | 3.10 | 1,410.50 |
| 04/04/12 | J. Brodsky | L330 | | Assemble documents for R. Nguyen's deposition preparation meeting. | 0.10 | 45.50 |
| 04/04/12 | J. Brodsky | L330 | | Prepare correspondence to B. Young, S. Akutagawa, R. Nguyen, and D. Cattini regarding deposition details. | 0.30 | 136.50 |
| 04/04/12 | J. Brodsky | L330 | | Prepare correspondence to opposing counsel regarding deposition scheduling changes. | 0.10 | 45.50 |
| 04/04/12 | G. Chuchla | L110 | | Create chronology of emails, performance reviews, sales records, and other documents related to plaintiff's time at LA Times. | 0.70 | 38.50 |
| 04/05/12 | L. O'Hara | L320 | | Final review of documents to be produced to plaintiff. | 0.80 | 364.00 |
| 04/05/12 | L. O'Hara | L330 | | Prepare for (.30) and meet with D. Cantini in preparation for his deposition (1.80). | 2.10 | 955.50 |
| 04/05/12 | J. Brodsky | L110 | | Prepare chronology of events based on plaintiff's deposition testimony. | 0.50 | 227.50 |
| 04/05/12 | J. Brodsky | L120 | | Review/analyze "leave of absence" e-mails (.10); prepare correspondence to J. Powers regarding questionable e-mail (.10). | 0.20 | 91.00 |
| 04/05/12 | J. Brodsky | L310 | | Conference with O. Galindo regarding questions on discovery responses. | 0.20 | 91.00 |
| 04/05/12 | J. Brodsky | L310 | | Prepare discovery responses (.80); documents for production (.40); prepare letter to opposing counsel (.10). | 1.30 | 591.50 |
| 04/05/12 | J. Brodsky | L320 | | Review/analyze documents for production. | 2.30 | 1,046.50 |
| 04/05/12 | O. Golinder | L190 | | Prepare documents for production. | 0.90 | 243.00 |
| 04/06/12 | L. O'Hara | L330 | | Meet with S. Akutagawa in preparation for her deposition (1.50); communicate with O. Galindo regarding status (.70). | 2.20 | 1,001.00 |

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/06/12 | J. Brodsky | L310 | | Prepare correspondence to opposing counsel with discovery responses and production. | 0.30 | 136.50 |
| 04/09/12 | L. O'Hara | L120 | | Communicate with witness E. Lona regarding her coverage for plaintiff's territory during his absences. | 0.40 | 182.00 |
| 04/09/12 | L. O'Hara | L330 | | Meet with R. Nguyen in preparation for his deposition. | 4.00 | 1,820.00 |
| 04/09/12 | J. Brodsky | L110 | | Review/analyze medical records from Dr. H. Galleno. | 0.30 | 136.50 |
| 04/09/12 | J. Brodsky | L110 | | Assemble documents for deposition preparation of R. Nguyen. | 0.40 | 182.00 |
| 04/09/12 | J. Brodsky | L120 | | Prepare chronology of plaintiff's dates of leave and performance plans. | 0.80 | 364.00 |
| 04/09/12 | J. Brodsky | L330 | | Prepare R. Nguyen for deposition. | 3.80 | 1,729.00 |
| 04/10/12 | L. O'Hara | L330 | | Communicate with J. Powers regarding results of deposition preparation sessions. | 0.20 | 91.00 |
| 04/10/12 | J. Brodsky | L320 | | Review/analyze medical records from Dr. H. Galleno. | 0.20 | 91.00 |
| 04/11/12 | L. O'Hara | L330 | | Depositions and representation at depositions of B. Young, S. Akutagawa, D. Cantini and R. Nguyen. | 8.00 | 3,640.00 |
| 04/12/12 | L. O'Hara | L110 | | Review correspondence from Company's workers' compensation lawyer and enclosed records. | 0.30 | 136.50 |
| 04/12/12 | J. Brodsky | L190 | | Correspond with United Healthcare regarding outstanding subpoenas and missing authorization for psychological records. | 0.60 | 273.00 |
| 04/12/12 | O. Golinder | L190 | | Follow up with United Healthcare regarding records. | 0.20 | 54.00 |
| 04/19/12 | J. Brodsky | L160 | | Prepare mediation brief. | 0.90 | 409.50 |
| 04/20/12 | L. O'Hara | L190 | | Follow up communications regarding procuring compromise and release from workers' compensation counsel. | 0.10 | 45.50 |



Invoice No. 1988124

Page 6

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 04/20/12 | O. Golinder | L190 | | Conference with workers' compensation attorneys regarding obtaining a copy of C&R (.20); review same (.10). | 0.30 | 81.00 |
| 04/23/12 | J. Brodsky | L160 | | Prepare mediation brief. | 6.10 | 2,775.50 |
| 04/24/12 | J. Brodsky | L160 | | Prepare mediation brief. | 3.70 | 1,683.50 |
| 04/25/12 | J. Brodsky | L160 | | Prepare mediation brief. | 2.50 | 1,137.50 |
| 04/30/12 | L. O'Hara | L230 | | Direction to J. Brodsky regarding preparation of CMC Statement. | 0.20 | 91.00 |
| 04/30/12 | J. Brodsky | L160 | | Revise mediation brief. | 0.40 | 182.00 |

**Total Hours**      81.20

**Total Fees**      $36,185.00

**Timekeeper Summary**

| | | | | | | |
|------|-----------|---|--------|----------|----------|----------|
| L. O'Hara | Partner | - | 30.90 | hours at | $455.00 | per hour |
| J. Brodsky | Associate | - | 47.00 | hours at | $455.00 | per hour |
| O. Golinder | Paralegal | - | 2.60 | hours at | $270.00 | per hour |
| G. Chuchla | Case Assistant | - | 0.70 | hours at | $55.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 0.90 |
| Copying | 31.70 |
| Filing Fees - NATIONWIDE LEGAL EXPRESS, LLC 3/2 | 790.00 |
| Long Distance Telephone | 1.40 |
| Local Travel - L. O'HARA 4/11 mileage to pick up John Powers, return travel from Manhattan Beach to Long Beach for depo of witnesses | 39.96 |
| Local Travel - L. O'HARA 4/11 parking for depo of witnesses | 15.00 |
| Local Travel - L. O'HARA Mileage - Interview witness S. Akutagawa 04/06/12 | 7.22 |



Los Angeles Times (Sherman)

| **Disbursements** | **Value** |
|---|---|
| Overnight Delivery/Local Messenger - NATIONWIDE LEGAL EXPRESS, LLC | 85.05 |
| Overnight Delivery/Local Messenger - NATIONWIDE LEGAL EXPRESS, LLC 3/16 | 85.05 |
| Overnight Delivery/Local Messenger - NATIONWIDE LEGAL EXPRESS, LLC 3/9 | 126.00 |
| Parking Validations | 34.00 |
| Parking Validations | 34.00 |
| Parking Validations | 34.00 |
| Subpoena Fees -  TITAN LEGAL SERVICES 3/19 | 27.19 |
| Subpoena Fees -  TITAN LEGAL SERVICES 3/19 | 27.19 |
| Subpoena Fees -  TITAN LEGAL SERVICES 3/28 | 92.01 |

| | |
|---|---|
| **Total Disbursements** | 1,430.67 |
| **Total Fees And Disbursements This Statement** | $37,615.67 |



# SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 1988124
0276 33175 / 33175-000026
Christino Escandon v. Los Angeles Times, et al.; Case
No. BC476209

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $36,185.00 |
| Total Disbursements | 1,430.67 |
| Total Fees and Disbursements This Statement | $37,615.67 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |