IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
                              ) SS
NEW CASTLE COUNTY )

      Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 18th day of June, 2012, she caused a copy of the following:

**CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 11695**

to be served upon the parties identified on the attached list in the manner indicated.

*Frances A. Panchak* (signature)
Frances A. Panchak.

SWORN TO AND SUBSCRIBED before me this 18th day of June, 2012.

*Erica Lee Myrick* (signature)
Notary Public

ERICA LEE MYRICK
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 2, 2014

{698.001-W0021361.}

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

**Service List**

*Via Hand Delivery*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

*Via First Class Mail*
(Counsel to JPMorgan Chase Bank, N.A.)
Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

*Via Hand Delivery*
(Counsel to Barclays Bank PLC)
Stuart M. Brown, Esq.
R. Craig Martin, Esq.
Michelle E. Marino, Esq.
DLA Piper LLP (US)
919 N. Market Street, Suite 1500
Wilmington, DE  19801

*Via Hand Delivery*
(Counsel to JPMorgan Chase Bank, N.A.)
Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, PA
920 North King Street
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Barclays)
Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019

*Via Hand Delivery*
David M. Klauder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801

*Via First Class Mail*
John Theil
Stuart Maue
3840 McKelvey Road
St. Louis, MO  63044

*Via First Class Mail*
Mr. Vince Garlati
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611