# TAKING STOCK

A Creators Syndicate column



06-15-12
MALCOLM BERKO

Judge K.J. Carey

824 Market Street

5th Floor, Courtroom #5

Wilmington, Delaware 19081

Re: TRIBUNE COMPANY, et al., Chapter 11, Case No. 08-13141 (KJC) Dated 06-07-12 @ 3:00 pm (EST)

Judge Carey:

On behalf of several readers, both unsecured creditors as well as former and current employees, who have been denied telephonic access and advice from Counsel For the Official Committee of Unsecured Creditors, we protest and object to the Court's proceedings. Potential damages to plaintiffs, a result of the resolution of this matter without plaintiff's ability to be heard, may be prejudicial to the outcome and cause egregious damages to plaintiffs. We peittion this court to appoint a bankruptcy attorney specifically to address the rights of the plaintiffs and we respectfully ask that said appointee not be a member of Jones Day or Young Conway Stargatt & Taylor law firms.

Sincerely,



Malcolm Berko

P.O. Box 8303
Seminole, FL 33775

(727) 392-4443
mjberko@yahoo.com

05-05-12

Judge K. J. Carey

United States Bankruptcy Court

824 Market Street

Fifth Floor, Courtroom #5

Wilmington, Delaware 19801

Re: TRIBUNE COMPANY, et, al.

Judge Carey:

Please note that the word "Honorable" necessarily connotes "respect" and "trust."

I've tried to make sense of the enclosed mailing which I recently received.   Can you understand that its bewildering language expresses contempt for the public domain and egregiously promotes the public's distrust of the court system?   Can you understand how difficult it is to respect a member of the bar who conducts public domain business, for the benefit of the public, in a manner that discourages the public's understanding and participation?   Many believe it's a miscarriage of common sense ascribing the adjective "Honorable" (some prefer it to be a noun) to your title of Judge.

Sincerely,

Malcolm Berko

P.O. Box 8303

Seminole, FL  33775