# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket Nos. 11745, 11746, 11747, 11750 |

## NOTICE OF FILING OF AMENDED PLAN AND RELATED DOCUMENTS

PLEASE TAKE NOTICE that attached hereto are the following documents relating to the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. (collectively, the "DCL Proponents"):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

- Exhibit 1(a): Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A., as Amended June 18, 2012 (the "DCL Plan"), without exhibits;[2]

- Exhibit 1(b): a cumulative blackline that compares the DCL Plan to the Proposed Amendments to the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., without exhibits, that was filed on June 1, 2012 [Docket No. 11747];

- Exhibit 2: a blackline that reflects revisions incorporated into Sections 5.8.2, 1.1.67, and 1.1.174 of the DCL Plan in response to objections raised by Aurelius Capital Management, L.P. ("Aurelius"), Robert R. McCormick Tribune Foundation, and Cantigny Foundation regarding the DCL Plan's neutrality on parties' rights in Disclaimed State Law Avoidance Claims and the preservation of the Indentures for purposes of ongoing litigation;

- Exhibit 3(a): DCL Plan Exhibit 13.1 – Litigation Trust Agreement (the "Revised Litigation Trust Agreement");

- Exhibit 3(b): a cumulative blackline that compares the Revised Litigation Trust Agreement to the Litigation Trust Agreement that was filed on June 2, 2012 [Docket No. 11750];

- Exhibit 4(a): Litigation Trust Loan Agreement (the "Revised Litigation Trust Loan Agreement");

- Exhibit 4(b): a cumulative blackline that compares the Revised Litigation Trust Loan Agreement to the Litigation Trust Loan Agreement that was filed on June 1, 2012 [Docket No. 11745];

- Exhibit 5(a): Agreement Respecting Transfer of Documents, Information, and Privileges from Debtors and Reorganized Debtors (the "Debtors' LT Agreement");

- Exhibit 5(b): a cumulative blackline that compares the Debtors' LT Agreement to the Litigation Trust Confidentiality and Common Interest Agreement that was filed on June 1, 2012 [Docket No. 11745];

- Exhibit 6: Agreement Respecting Transfer of Documents, Information, and Privileges from the Official Committee of Unsecured Creditors (the "Committee's LT Agreement");[3]

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the DCL Plan.
[3] The Committee's LT Agreement was not previously filed with this Court. Accordingly, a blackline of the Committee's LT Agreement is not included as an Exhibit to this Notice.

2

- Exhibit 7: an updated summary chart reflecting, among other things, the current status of objections to the DCL Plan (the "Revised Objection Summary Chart");

- Exhibit 8(a): Proposed Findings of Fact and Conclusions of Law in Support of Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Revised Proposed FOF/COL"); and

- Exhibit 8(b): a cumulative blackline that compares the Revised Proposed FOF/COL to the Proposed Findings of Fact and Conclusions of Law in Support of Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. that was filed on June 1, 2012 [Docket No. 11746].

PLEASE TAKE FURTHER NOTICE that, as a result of continued negotiations among the parties following the Confirmation Hearing, the DCL Proponents believe that the revisions incorporated into the Revised Litigation Trust Agreement, Revised Litigation Trust Loan Agreement, Debtors' LT Agreement, and Committee's LT Agreement reflect a largely consensual resolution of the objections raised with respect to Agenda[4] items 6 and 8(a) through 8(e).[5] However, with respect to the Committee's LT Agreement, an issue remains concerning the reservation of certain rights as to which the DCL Proponents believe the language in the DCL Proponents' draft of the Committee's LT Agreement regarding discovery of the Creditors Committee and its professionals is appropriate, while Aurelius believes the language should be revised as indicated in Aurelius's blacklined draft, attached hereto as Exhibit 9.

---

[4] As used herein, the term "Agenda" refers to the Proposed Sequence for Addressing Unresolved Objections at Tribune's Confirmation Hearing distributed by the DCL Proponents during the Confirmation Hearing.

[5] Agenda items 6 and 8(a) through 8(e) included certain objections respecting (i) the process of allowing lender fees, (ii) certain provisions of the Litigation Trust Loan, (iii) certain provisions of the Litigation Trust Agreement, and (iv) the Debtors and Creditors' Committee's transfer of their respective privileges and documents to the Litigation Trust.

46429/0001-8625376V1

PLEASE TAKE FURTHER NOTICE that the DCL Proponents believe that the other revisions incorporated into the Exhibits attached hereto resolve most, but not all, of the remaining issues raised by the parties. However, as described in greater detail in the Revised Objections Summary Chart, the DCL Proponents believe that the objections raised with respect to Agenda items 1 through 5 remain unresolved, and the objections raised with respect to Agenda item 7 remain partially unresolved, as follows:

- Law Debenture Trust Company of New York's ("Law Debenture") objection to the DCL Plan's classification of the Swap Claim;

- Law Debenture and Deutsche Bank Trust Company Americas's objections to the DCL Plan's classification of the Law Debenture Expense Claim and the DBTCA Expense Claim, respectively;

- Citadel Equity Fund and Camden Asset Management's objection to the DCL Plan's classification of the PHONES Notes Claims;

- Wilmington Trust Company and EGI-TRB LLC's objections requesting the establishment of reserves for the PHONES Notes Claims and EGI-TRB LLC Notes Claims, respectively;

- Former Employee's objection to the DCL Plan not indemnifying former employees who are preference defendants;[6] and

- Robert R. McCormick Tribune Foundation and Cantigny Foundation's objection regarding the DCL Plan's neutrality on parties' rights in Disclaimed State Law Avoidance Claims and the preservation of Indentures for purposes of ongoing litigation.[7]

[SIGNATURES ON NEXT PAGE]

---

[6] The Former Employees are F. Ashley Allen, Catherine M. Hertz, Michael D. Slason, and Louis J. Stancampiano. See Limited Objection of Former Tribune Company Employees F. Ashley Allen, Catherine M. Hertz, Michael D. Slason, and Louis J. Stancampiano to Fourth Amended for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., May 21, 2012 [Docket No. 11661].

[7] On June 1, 2012, a group of the Debtors' former officers and directors filed a joinder to this objection [D.I. 11740].

46429/0001-8625376V1

Dated: June 19, 2012

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>James F. Conlan<br>Bryan Krakauer<br>Kevin T. Lantry<br>Jessica C.K. Boelter<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-0199<br>Facsimile: (312) 853-7036<br><br>SIDLEY AUSTIN LLP<br>James F. Bendernagel, Jr.<br>Ronald S. Flagg<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711 | COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br><br>By: */s/ J. Kate Stickles*<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117 |

Counsel for Debtors and Debtors In Possession

| | |
|---|---|
| CHADBOURNE & PARKE LLP<br>Howard Seife<br>David M. LeMay<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369 | LANDIS RATH & COBB LLP<br><br>By: */s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450 |

Counsel for the Official Committee of Unsecured Creditors

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

Special Counsel to the Official Committee of Unsecured Creditors

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP<br>Donald S. Bernstein<br>Benjamin S. Kaminetzky<br>Damian Schaible<br>Elliot Moskowitz<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4500<br>Facsimile: (212) 701-5800 | RICHARDS, LAYTON & FINGER, P.A.<br><br>By: /s/ Drew G. Sloan<br>Mark D. Collins (No. 2981)<br>Robert J. Stearn, Jr. (No. 2915)<br>Drew G. Sloan (No. 5069)<br>One Rodney Square, 920 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651 7701 |

Counsel for JPMorgan Chase Bank, N.A.

WILMER CUTLER PICKERING
HALE & DORR LLP
Andrew N. Goldman
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 220-8888

Counsel for Angelo, Gordon & Co., L.P.

| | |
|---|---|
| JONES DAY<br>Bruce Bennett<br>James O. Johnston<br>Joshua M. Mester<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 243-2400<br>Facsimile: (213) 243-2539 | YOUNG CONAWAY<br>STARGATT & TAYLOR, LLP<br><br>By: /s/ Robert S. Brady<br>Robert S. Brady (No. 2847)<br>M. Blake Cleary (No. 3614)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |

Counsel for Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.

46429/0001-8625376V1