# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING THE
## TENTH INTERIM APPLICATION OF CHADBOURNE & PARKE LLP

Stuart Maue (the **"Fee Examiner"**) submits this Final Report pursuant to the

*Order Appointing Fee Examiner and Establishing Related Procedures for Compensation*

*and Reimbursement of Expenses for Professionals and Consideration of Fee Applications*

[Docket No. 546] (the **"Fee Examiner Order"**) in connection with the *Tenth Interim*

*Application of Chadbourne & Parke LLP* [Docket No. 9467] (the **"Fee Application"**).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

The Fee Application seeks approval of fees that total $4,723,522.00 and reimbursement of expenses that total $473,519.01 for the period from March 1, 2011 through May 31, 2011.  Chadbourne & Parke LLP ("**Chadbourne**") serves as co-counsel to the Official Committee of Unsecured Creditors of the Debtors (the "**Committee**").

## Background

1.      On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**"), each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.      On January 16, 2009, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Tribune Company, et al., Pursuant to 11 U.S.C. §§ 327 and 1103 and Fed. R. Bankr. P. 2014, for an Order Authorizing the Employment and Retention of Chadbourne & Parke LLP as Co-Counsel, Effective as of December 18, 2008* [Docket No. 243] (the "**Retention Application**").   By order dated February 20, 2009 [Docket No. 429], this Court approved the retention of Chadbourne (the "**Retention Order**").

3.      Chadbourne submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 14, 2011) [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee *Examiner* "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.      The Fee Examiner reviewed the Fee Application for compliance with Sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A).* In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into

account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

7.    A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred.  A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application.  A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.    The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Chadbourne for review and comment.  The firm responded to the Fee Examiner with a detailed written response to the Preliminary Report, and the Fee Examiner and Chadbourne engaged in subsequent

written and verbal communication. After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the "**Final Report**") "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5.*

## DISCUSSION OF FINDINGS

### Technical Requirements

9.    <u>Reconciliation of Fees and Expenses</u>.  The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**").  The Fee Examiner determined that the Fees Computed exceed the Fees Requested by $300.50, resulting in an apparent undercharge.  The discrepancy is the result of task hours within several entries that do not equal the time billed for the entry as a whole, which was displayed in **Exhibit A** to the Preliminary Report.[2]  The firm agreed that an inadvertent computation error had occurred, which resulted in an increase in fees by an amount of $300.50.  Exhibit A is omitted from this report.

The Fee Examiner further determined that there is no discrepancy between the Expenses Requested and the Expenses Computed.  The figures in this report and the accompanying exhibits reflect Fees Computed and Expenses Computed.

---

[2] This Final Report includes exhibits that detail and support the findings discussed herein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

10.    **Block Billing**. The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*.    The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[3]    With minor exceptions that pertained to multiple communications in a single entry, the Fee Examiner did not identify any objectionable block billing.

11.    **Time Increments**.    The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.    The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*. Chadbourne complied with the applicable rules regarding time increments.

**Review of Fees**

12.    **Firm Staffing.**    The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*.    The Fee Application provided the names, positions, and hourly rates of the 59 Chadbourne professionals and

---

[3] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

paraprofessionals who billed to this matter, consisting of 14 partners, 5 counsel, 29 associates, and 11 paraprofessionals. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit B**.

The firm billed a total of 7,666.70 hours with associated fees of $4,723,822.50.[4] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 2,976.90 | 39% | $2,457,688.00 | 52% |
| Counsel | 990.70 | 13% | 623,328.50 | 13% |
| Associate | 2,991.90 | 39% | 1,457,648.50 | 31% |
| Paraprofessional | 707.20 | 9% | 185,157.50 | 4% |
| TOTAL | 7,666.70 | 100% | $4,723,822.50 | 100% |

The blended hourly rate for the Chadbourne professionals is $652.15 and the blended hourly rate for professionals and paraprofessionals is $616.15.

13.    **Hourly Rate Increases.**  Chadbourne did not increase the hourly rate of professionals during this interim period.

14.    **Timekeepers' Roles.**  A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*. With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts. With limited exceptions, each timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals. However, the Fee Examiner requested additional information regarding the necessity and scope of the

---

[4] This amount reflects the Fees Computed.

role performed by the timekeeper identified in **Exhibit C** to the Preliminary Report, which totaled 1.40 hours with associated fees of $875.00. In addition, some of the activities performed by other timekeepers appeared to be of questionable necessity or utility (i.e., time spent reviewing materials or monitoring events from other similar cases). These questioned activities were displayed in **Exhibit D** to the Preliminary Report. The Fee Examiner requested that the firm provide additional information regarding the necessity and purpose of the timekeeper's activities identified in Exhibits C and D.

Chadbourne first addressed Exhibit C, by providing additional information that explained the necessity and purpose of questioned timekeeper's role. The firm also provided detailed information with regard to the critical nature and importance of the questioned tasks contained in Exhibit D. With the additional information provided, the Fee Examiner makes no recommendation for a fee reduction. Exhibits C and D are omitted from this report.

15.   **Meetings, Conferences, Hearings, and Other Events.** The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix)*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified numerous occasions where two or more Chadbourne timekeepers attended the same meeting, conference, hearing, or other event. Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 1,229.80 hours with $901,900.00 in associated fees, were displayed in **Exhibit E**. In each instance where multiple timekeepers attended a meeting, conference hearing or other event, we identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the attorney leading rather than observing a conference). The potentially duplicative and unnecessary timekeepers' entries total 987.80 hours with $682,915.00 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested that the firm provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event, with attention to any meeting or event where more than two firm timekeepers were present.

In response to the Preliminary Report, Chadbourne reiterated the size and complexity of the cases and the resulting need for the participation of numerous professionals. The firm asserted that review of the time in question demonstrates Chadbourne's efforts to limit multiple participants to matters where they are truly necessary, and provided examples of the various areas of expertise needed at Committee meetings and other events. As in responses to prior preliminary report, the firm also provided two exhibits through which the meetings and events were divided into specific categories, each of which contained detailed explanations for the need of multiple

timekeepers at the various meetings and/or events.    After analyzing the additional information provided, the Fee Examiner determined the requirements of the Local Rules and UST Guidelines had been satisfied.  Thus, no recommendation for a fee reduction is being made, and Exhibit E is omitted from this report.

16.    **Intraoffice Conferences.**  Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.  The Fee Examiner identified billing activities by Chadbourne timekeepers describing intraoffice conferences totaling 441.90 hours with $282,731.00 in associated fees, or 6% of the total Fees Computed, as were displayed in **Exhibit F** to the Preliminary Report.  The Fee Examiner observed that in certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference.  The entries describing intraoffice conferences invoiced by two or more firm personnel total 161.00 hours with $105,836.50 in associated fees and were highlighted in bold and marked with an ampersand [&] in the exhibit.  The Fee Examiner requested that Chadbourne strive to eliminate unnecessary intraoffice conferencing, but makes no recommendation for a fee reduction.  Exhibit F is omitted from this report.

17.    **Complete and Detailed Task Descriptions.**  Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary."  The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.,* phone call, research)," each activity description "shall include the subject matter (*e.g.,* exclusivity motion, section 341 meeting)," and that activity descriptions "shall

individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*.

The Fee Examiner reviewed the substantive detail of each billing entry and determined that the Chadbourne timekeepers sufficiently described the activities performed.

18. **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. With minimal exceptions, the Fee Examiner did not identify any billing entries describing administrative activities.

19. **Clerical Activities.** Typically, clerical activities are those tasks that do not require legal acumen and may effectively be performed by administrative assistants, secretaries, or support personnel, and like administrative activities are generally reflected in the hourly rates charged by a firm. In the 3rd Circuit, however, clerical-type activities performed by professionals and/or paraprofessionals can be compensable. However, the task will be compensated at a rate typically associated with someone that performs those tasks and that has that level of expertise or knowledge. The Fee Examiner reviewed each timekeeper's billing activities and identified certain entries describing clerical-type activities, including but not limited to updating/revising case calendars, and posting material/data to intralinks. The questioned entries totaled 146.20 hours with associated

fees of $38,318.00 and were displayed in **Exhibit G** to the Preliminary Report. The firm was invited to comment.

In response, Chadbourne stated all of the questioned time entries reflect time spent by the timekeeper that manages an online system that rapidly and efficiently distributes updates and case materials to the appropriate parties. Further, that the tasks at issue require familiarity with the cases and technical expertise not possessed by those without appropriate paraprofessional training. After further review of the task descriptions in light of the additional information provided in the written and oral communications, the Fee Examiner makes no recommendation for a fee reduction and Exhibit G is omitted from this report.

20. **Travel.** The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii).* Chadbourne complied with the Local Rules regarding nonworking travel.

21. **Chadbourne Retention/Compensation.** Chadbourne billed 193.60 hours with associated fees of $67,051.00 to prepare the firm's retention documents and applications for compensation, approximately 1% of the Fees Computed. The fee entries describing Chadbourne's retention/compensation activities are displayed in **Exhibit H**, which is included in the Final Report for the Court's reference.

22. **Other Firms' Retention/Compensation**. Chadbourne billed 47.00 hours with associated fees of $21,954.50 for the retention and/or compensation of other firms, less than 1% of the total Fees Computed. The fee entries describing these activities are displayed in **Exhibit I**, which is included in the Final Report for the Court's reference.

### Review of Expenses

23.    **Itemization of Expenses.**  The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii).*  The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii).*  Chadbourne provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

24.    **Photocopies**.  The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii).*  Chadbourne stated in the Application that the firm's rate for duplication is $0.10 per page.

25.    **Computer Assisted Legal Research**.  The Local Rules provide that computer assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2 (e)(iii).*  Chadbourne billed $28,560.65 for computer-assisted legal research and the Application states: "With respect to legal research expenses, Chadbourne has entered into flat-fee contracts with Lexis/Nexis and Westlaw for the provision of online

research services.    In order to determine charges to individual clients, the flat fees

charged to Chadbourne by Lexis/Nexis and Westlaw are allocated among those clients

based on the actual number and scope of searches conducted on behalf of those clients."

26.    **Overhead Expenses.**    The UST Guidelines state that nonreimbursable

overhead "includes, but is not limited to, word processing, proofreading, secretarial and

other clerical services, rent, utilities, office equipment and furnishings, insurance, taxes,

local telephones and monthly car phone charges, lighting, heating and cooling, and

library and publication charges." *UST Guidelines ¶(b)(5)(vii)*.    Chadbourne requested

reimbursement of $1,338.80 for supplies.    The Fee Examiner requested that Chadbourne

provide an explanation for the necessity and purpose of the charges displayed in

**Exhibit J** to the Preliminary Report.    Chadbourne explained in detail how the questioned

charges were "particularly attributable" to these chapter 11 cases as opposed to standard

overhead, which is compliant with the UST Guidelines.    The Fee Examiner makes no

recommendation for a fee reduction.    Exhibit J is omitted from this report.

27.    **Overtime Expenses.**    Chadbourne requested reimbursement of late night

and weekend carfare totaling $5,324.85, late night and weekend meals totaling $2,384.22,

and paralegal overtime totaling $3,683.61.    Although a firm may have a policy that

personnel may be reimbursed for travel home when working late and meals for

employees while working late, such charges are generally considered part of the firm's

overhead.    In addition overtime charges for employees working late are also considered

part of a firm's overhead.    These charges, totaling $11,392.68, were displayed in

**Exhibit K** to the Preliminary Report.

In its response, Chadbourne first addressed $2,396.69 of the questioned carfare expenses, which were apparently incorrectly categorized by Chadbourne's billing system. These charges, which Chadbourne provided the appropriate detail for, should have been billed as transportation costs for travel in connection with bankruptcy court hearings, depositions and other Committee business. The Fee Examiner has no objection to the reimbursement of these expenses.

With regard, however, to the remaining questioned expenses of $8,995.99 ($11,392.68 minus $2,396.69), the Fee Examiner and the firm discussed this issue, and while Chadbourne believes that the questioned costs are appropriate and fully compensable, on an interim basis – and without waiving the right to request full payment at a final fee hearing – the firm acknowledged the expense reduction will be made and will not contest the reduction at the interim hearing. Exhibit K is omitted from the report.

28.    **Telephone Charges.** Chadbourne requested reimbursement of $5,782.10 for telephone charges. Chadbourne stated in the Application "Due to the national nature of the Debtors' business and the Committee's participation in weekly meetings by telephone, long distance telephone and conference call services have been required. In accordance with the Guidelines, in seeking reimbursement for long distance telephone charges, Chadbourne currently charges clients its approximate actual cost paid to its long distance carriers. Chadbourne utilizes outside vendors for conference call services and requests reimbursement only for the amount billed to Chadbourne by the third-party vendors."

29.    **Catered Meals**. Chadbourne requested reimbursement for catered meals. The Application provided an explanation of the meetings that occurred on most of the

days on which catering charges were incurred. The Fee Examiner requested additional information with regard to the catering charge, which was displayed in **Exhibit L** to the Preliminary Report. Chadbourne responded by stating that the meal charge was inadvertently recorded as a "catered" meal, when it was, in fact, a "travel meal" that reflected a working dinner for three individuals. Based upon the clarification provided by the firm, the Fee Examiner makes no recommendation for an expense reduction. Exhibit L is omitted from this report.

30.   **Electronic Data Discovery Services.**   Chadbourne requested reimbursement of $236,500.14 for electronic data discovery services. The Application stated that "In connection with the LBO/ESOP transaction investigation Chadbourne entered into a contract for electronic data discovery services with Complete Document Source, Inc. ("CDS"). Chadbourne continues to use the CDS services in connection with its document review during the plan confirmation discovery process. The CDS charges incurred during the Application Period represent a monthly hosting fee as well as processing fees for loading data and/or converting data to a searchable format. In seeking reimbursement for these outside professional services, Chadbourne requests reimbursement for the actual costs incurred."

31.   **Potentially Duplicative Charges.**   The Fee Examiner noted charges for hotel dry cleaning that appear to be duplicative. **Exhibit M** to the Preliminary Report displayed two charges for travel between April 11, 2011, and April 14, 2011, which each include an expense for hotel dry cleaning. The Fee Examiner requested an explanation as to the apparent duplicative dry cleaning charges. Chadbourne responded by stating that one of the questioned charges was inadvertently recorded as "dry cleaning", when it was,

in fact, a "travel dinner". Based upon the clarification provided by the firm, the Fee Examiner makes no recommendation for an expense reduction. Exhibit M is omitted from this report.

32.    **Travel - Lodging.** The Fee Examiner has recommended and the Court has followed a domestic lodging ceiling of $350.00 per night. The Fee Examiner requested additional information regarding the lodging charges displayed in **Exhibit N** to the Preliminary Report. In response, Chadbourne maintains its position that the hotel charges incurred at the Hotel DuPont are appropriate and properly reimbursable, especially in light of the fact this fee period covered a two-week stay for a sizable team during the confirmation hearing. The Fee Examiner and the firm discussed the issue, and while Chadbourne believes that the questioned charges are appropriate and fully compensable, on an interim basis – and without waiving the right to request full payment at a final fee hearing – the firm acknowledged an expense reduction of $18,766.50 will be made and it will not contest the reduction at the interim hearing. Exhibit N is omitted from this report.

33.    **Travel Meals**. The Fee Examiner has recommended and the Court has followed certain per person ceilings for meals incurred during travel (i.e. breakfast - $15.00, lunch - $25.00, and dinner - $50.00). Several meal charges requested for reimbursement appear to exceed the ceiling amounts. The Fee Examiner requested that Chadbourne provide itemized detail and supporting documentation for each meal listed in **Exhibit O** to the Preliminary Report. In response and even though it believes the questioned charges are appropriate and fully compensable, Chadbourne agreed, for this

Fee Application, to reduce its requested expense reimbursement by $830.47 (the amount in excess of the ceilings for travel meals). Exhibit O has been omitted from this report.

## CONCLUSION

The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above. The Fee Examiner recommends the approval of fees in the amount of $4,723,822.50 ($4,723,522.00 plus $300.50) and reimbursement of expenses in the amount of $444,926.05 ($473,519.01 minus $28,592.96) for the period from March 1, 2011 through May 31, 2011. The findings are set forth in the summary on the following page.

**CHADBOURNE & PARKE LLP**

**SUMMARY OF FINDINGS**

**Tenth Interim Application (March 1, 2011 through May 31, 2011)**

**A.    Amounts Requested and Computed**

| | | |
|---|---|---|
| Fees Requested | $4,723,522.00 | |
| Expenses Requested | 473,519.01 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $5,197,041.01 |
| | | |
| Fees Computed | $4,723,822.50 | |
| Expenses Computed | 473,519.01 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $5,197,341.51 |
| | | |
| Discrepancy in Fees | ($ 300.50) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($ 300.50) |

**B.    Recommended Fee Allowance and Expense Reimbursement**

| | | |
|---|---|---|
| Fees Requested | $4,723,522.00 | |
| *Discrepancy in Fees* | | *$ 300.50* |
| Subtotal | | *$ 300.50* |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $4,723,822.50 |
| | | |
| Expenses Requested | $473,519.01 | |
| *Agreed Reduction for Overtime Expenses* | | *($ 8,995.99)* |
| *Agreed Reduction for Travel - Lodging* | | *(18,766.50)* |
| *Agreed Reduction for Travel Meals* | | *(830.47)* |
| Subtotal | | *($28,592.96)* |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 444,926.05 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $5,168,748.55 |

Respectfully submitted,

**STUART MAUE**

By:_____

John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 19th day of June, 2012.

David Klauder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

John F. Theil, Esq.

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Chadbourne & Parke LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0525 | Seife, Howard | PARTNER | $492.50 | $985.00 | 535.30 | $522,936.50 |
| 0351 | LeMay, David M. | PARTNER | $447.50 | $895.00 | 562.70 | $500,931.50 |
| 0095 | McCormack, Thomas J. | PARTNER | $427.50 | $855.00 | 478.80 | $400,824.00 |
| 3042 | Rosenblatt, Andrew | PARTNER | $362.50 | $725.00 | 537.00 | $385,990.00 |
| 1426 | Deutsch, Douglas E. | PARTNER | $362.50 | $725.00 | 433.30 | $311,061.25 |
| 3340 | Schwinger, Robert | PARTNER | $397.50 | $795.00 | 243.40 | $186,268.50 |
| 0685 | Zink Jr., N. Theodore | PARTNER | $417.50 | $835.00 | 110.70 | $91,056.75 |
| 6587 | Gallai, David | PARTNER | $685.00 | $685.00 | 32.10 | $21,988.50 |
| 0361 | Leder, Richard M. | PARTNER | $985.00 | $985.00 | 10.60 | $10,441.00 |
| 0819 | Alpert, Marc A. | PARTNER | $835.00 | $835.00 | 9.60 | $8,016.00 |
| 1257 | Berson, Scott | PARTNER | $725.00 | $725.00 | 8.80 | $6,380.00 |
| 4616 | Lawson, Heidi | PARTNER | $795.00 | $895.00 | 5.50 | $4,832.50 |
| 0723 | Smith, Kevin | PARTNER | $765.00 | $765.00 | 5.40 | $4,131.00 |
| 2351 | Lee, Sey-Hyo | PARTNER | $765.00 | $765.00 | 3.70 | $2,830.50 |
| No. of Billers for Position:  14 | | Blended Rate for Position: | $825.59 | | 2,976.90 | $2,457,688.00 |
| | | | | % of Total: | 38.83% | % of Total:    52.03% |
| 7699 | Ashley, Marc D. | COUNSEL | $337.50 | $675.00 | 520.90 | $347,996.25 |
| 6651 | Rivera, Christy L. | COUNSEL | $645.00 | $645.00 | 176.30 | $113,713.50 |
| 7681 | Stenger, James A. | COUNSEL | $247.50 | $495.00 | 175.70 | $84,867.75 |
| 3643 | Vazquez, Francisco | COUNSEL | $645.00 | $645.00 | 102.40 | $66,048.00 |
| 0134 | Liskov, Richard | COUNSEL | $695.00 | $695.00 | 15.40 | $10,703.00 |
| No. of Billers for Position:  5 | | Blended Rate for Position: | $629.18 | | 990.70 | $623,328.50 |
| | | | | % of Total: | 12.92% | % of Total:    13.20% |
| 6743 | Nellos, Alexandra K. | ASSOCIATE | $322.50 | $645.00 | 593.90 | $379,743.75 |
| 6870 | Roitman, Marc | ASSOCIATE | $212.50 | $425.00 | 543.60 | $228,968.75 |
| 6906 | Daucher, Eric | ASSOCIATE | $425.00 | $425.00 | 357.40 | $151,895.00 |
| 6826 | Kirby, Robert | ASSOCIATE | $267.50 | $535.00 | 261.70 | $139,180.25 |
| 6967 | Marrero, Jessica | ASSOCIATE | $375.00 | $375.00 | 298.20 | $111,825.00 |
| 6879 | Zafran, Kimberly | ASSOCIATE | $495.00 | $495.00 | 149.70 | $74,101.50 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Chadbourne & Parke LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 6878 | Yoo, Young | ASSOCIATE | $247.50 | $495.00 | 142.20 | $69,696.00 |
| 6831 | Pignatelli, Caroline | ASSOCIATE | $535.00 | $535.00 | 121.90 | $65,216.50 |
| 6951 | Distefano, Michael | ASSOCIATE | $375.00 | $375.00 | 127.40 | $47,775.00 |
| 6855 | Dye, Bonnie | ASSOCIATE | $495.00 | $495.00 | 58.90 | $29,155.50 |
| 6834 | Towers, Meghan | ASSOCIATE | $267.50 | $535.00 | 64.00 | $25,626.50 |
| 6881 | Strand, Megan | ASSOCIATE | $495.00 | $495.00 | 51.50 | $25,492.50 |
| 6868 | Perkins, Francesca | ASSOCIATE | $495.00 | $495.00 | 44.50 | $22,027.50 |
| 3019 | Przybylko, Eric | ASSOCIATE | $645.00 | $645.00 | 31.70 | $20,446.50 |
| 6864 | Kurth, Rachel | ASSOCIATE | $495.00 | $495.00 | 28.00 | $13,860.00 |
| 6930 | Voelker, Andrea | ASSOCIATE | $425.00 | $425.00 | 21.00 | $8,925.00 |
| 5993 | Carson, Benjamin G. | ASSOCIATE | $535.00 | $535.00 | 15.60 | $8,346.00 |
| 6863 | Kumar, Chiraag | ASSOCIATE | $495.00 | $495.00 | 12.00 | $5,940.00 |
| 6950 | Wood, Jonathon | ASSOCIATE | $375.00 | $375.00 | 12.70 | $4,762.50 |
| 6959 | Stebinger, Nicolas | ASSOCIATE | $187.50 | $375.00 | 14.10 | $4,706.25 |
| 6854 | Sebring, Adrienne | ASSOCIATE | $495.00 | $495.00 | 8.80 | $4,356.00 |
| 2112 | Malik, Faryal | ASSOCIATE | $425.00 | $425.00 | 8.30 | $3,527.50 |
| 5995 | Grimaldi Kurpis, Elizabeth | ASSOCIATE | $535.00 | $535.00 | 4.50 | $2,407.50 |
| 6905 | Cusmano, Christopher | ASSOCIATE | $425.00 | $425.00 | 4.90 | $2,082.50 |
| 5204 | Miller, Elizabeth M. | ASSOCIATE | $645.00 | $645.00 | 3.10 | $1,999.50 |
| 6952 | Kuznetsov, Yan | ASSOCIATE | $375.00 | $375.00 | 5.00 | $1,875.00 |
| 6754 | Gayda, Robert J. | ASSOCIATE | $625.00 | $625.00 | 2.20 | $1,375.00 |
| 6877 | Willan, Paige M. | ASSOCIATE | $495.00 | $495.00 | 2.40 | $1,188.00 |
| 6918 | Nah, Soo-Ah | ASSOCIATE | $425.00 | $425.00 | 2.70 | $1,147.50 |
| | No. of Billers for Position: 29 | Blended Rate for Position: | $487.20 | | 2,991.90 | $1,457,648.50 |
| | | | | | % of Total: 39.02% | % of Total: 30.86% |
| 7797 | Lamb, Helen M. | PARAPROFESSIONA | $285.00 | $285.00 | 167.60 | $47,766.00 |
| 8036 | Bava, David | PARAPROFESSIONA | $280.00 | $280.00 | 144.60 | $40,488.00 |
| 7888 | Iacopelli, Marisa | PARAPROFESSIONA | $250.00 | $250.00 | 129.80 | $32,450.00 |
| 8626 | Mendoza, Lissette | PARAPROFESSIONA | $250.00 | $250.00 | 72.70 | $18,175.00 |
| 5220 | Weissman, Ellen | PARAPROFESSIONA | $260.00 | $260.00 | 48.60 | $12,636.00 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Chadbourne & Parke LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 5229 | Moloney, Lori F. | PARAPROFESSIONA | $320.00 | $320.00 | 31.60 | $10,112.00 |
| 8707 | Hanessian, Aram | PARAPROFESSIONA | $195.00 | $195.00 | 50.20 | $9,789.00 |
| 8207 | Lopez, Jason | PARAPROFESSIONA | $225.00 | $225.00 | 33.70 | $7,582.50 |
| 8629 | Ingebritsen, Sarah | PARAPROFESSIONA | $190.00 | $190.00 | 16.10 | $3,059.00 |
| 8622 | Dezil, Patrick | PARAPROFESSIONA | $260.00 | $260.00 | 7.40 | $1,924.00 |
| 8209 | Bakare, Wale | PARAPROFESSIONA | $240.00 | $240.00 | 4.90 | $1,176.00 |

No. of Billers for Position:  11          Blended Rate for Position:  $261.82          707.20          $185,157.50

% of Total:   9.22%     % of Total:   3.92%

Total No. of Billers:  59          Blended Rate for Report:  $616.15          7,666.70          $4,723,822.50

EXHIBIT H

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Deutsch, D | 28.50 | 20,662.50 |
| Hanessian, A | 9.10 | 1,774.50 |
| Lamb, H | 154.90 | 44,146.50 |
| Roitman, M | 1.10 | 467.50 |
| | 193.60 | $67,051.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 193.60 | 67,051.00 |
| | 193.60 | $67,051.00 |

EXHIBIT H

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|------|------|------|------|------|------|------|
| 03/02/11 Wed | Lamb, H 1313848010/300 | 4.60 | 4.60 | 1,311.00 | | F 1 | MATTER NAME: Fee/Retention Applications BEGIN COMPREHENSIVE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF FEBRUARY FEE STATEMENT. |
| 03/04/11 Fri | Lamb, H 1313848010/301 | 4.70 | 4.70 | 1,339.50 | | F 1 | MATTER NAME: Fee/Retention Applications REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF FEBRUARY FEE APPLICATION. |
| 03/05/11 Sat | Lamb, H 1313848010/302 | 5.40 | 5.40 | 1,539.00 | | F 1 | MATTER NAME: Fee/Retention Applications FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 03/07/11 Mon | Lamb, H 1313848010/303 | 4.50 | 4.50 | 1,282.50 | 3.80<br>0.70 | F 1<br>F 2 | MATTER NAME: Fee/Retention Applications CONTINUE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF FEBRUARY FEE APPLICATION (3.8);<br>CONFERENCES WITH L.MOLONEY AND LITIGATION TEAM MEMBERS ON CLARIFICATION OF WORK (.7). |
| 03/08/11 Tue | Lamb, H 1313848010/304 | 7.80 | 7.80 | 2,223.00 | 7.30<br>0.50 | F 1<br>F 2 | MATTER NAME: Fee/Retention Applications CONTINUE COMPREHENSIVE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF FEBRUARY FEE STATEMENT (7.3);<br>CONFERENCES WITH L.MOLONEY RE CLARIFICATION ON LITIGATION WORK (.5). |
| 03/09/11 Wed | Lamb, H 1313848010/305 | 7.40 | 7.40 | 2,109.00 | 6.60<br>0.80 | F 1<br>F 2 | MATTER NAME: Fee/Retention Applications FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION (6.6);<br>VARIOUS CONFERENCES WITH TIME-RECORDERS TO CLARIFY ISSUES (.8). |
| 03/10/11 Thu | Lamb, H 1313848010/306 | 6.20 | 6.20 | 1,767.00 | | F 1 | MATTER NAME: Fee/Retention Applications FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE STATEMENT. |
| 03/12/11 Sat | Lamb, H 1313848010/310 | 3.80 | 3.80 | 1,083.00 | | F 1 | MATTER NAME: Fee/Retention Applications FINAL REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 03/16/11 Wed | Lamb, H 1313848010/313 | 2.30 | 2.30 | 655.50 | | F 1 | MATTER NAME: Fee/Retention Applications BEGIN DRAFTING MONTHLY FEE APPLICATION FOR FEBRUARY. |
| 03/18/11 Fri | Lamb, H 1313848010/314 | 3.50 | 3.50 | 997.50 | | F 1 | MATTER NAME: Fee/Retention Applications FURTHER PREPARATION OF SUMMARY WORK DESCRIPTIONS FOR FEE APPLICATION. |
| 03/22/11 Tue | Lamb, H 1313848010/318 | 1.90 | 1.90 | 541.50 | | F 1 | MATTER NAME: Fee/Retention Applications CONTINUE PREPARATION OF WORK SUMMARY DESCRIPTIONS FOR FEE APPLICATION. |
| 03/24/11 Thu | Deutsch, D 1313848010/321 | 1.40 | 1.40 | 1,015.00 | 1.40 | F 1 | MATTER NAME: Fee/Retention Applications BEGIN REVIEW OF FEBRUARY FEE STATEMENT (1.4). |
| 03/24/11 Thu | Lamb, H 1313848010/319 | 2.80 | 2.80 | 798.00 | 1.10<br>1.70 | F 1<br>F 2 | MATTER NAME: Fee/Retention Applications REVIEW OF EXPENSES INCURRED DURING FEBRUARY PERIOD (1.1);<br>FOLLOW UP/CONFIRM ON CERTAIN EXPENSE ISSUES (1.7). |

~  See the last page of exhibit for explanation

EXHIBIT H
CHADBOURNE RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/25/11 Fri | Hanessian, A 1313848010/327 | 4.80 | 4.80 | 936.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW TIMEKEEPER TIME SUMMARIES IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 03/25/11 Fri | Lamb, H 1313848010/322 | 4.20 | 4.20 | 1,197.00 | | F | 1 | MATTER NAME: Fee/Retention Applications RESEARCH AND PREPARE LITIGATION WORK SUMMARIES FOR FEE APPLICATION. |
| 03/27/11 Sun | Lamb, H 1313848010/324 | 3.20 | 3.20 | 912.00 | | F | 1 | MATTER NAME: Fee/Retention Applications RESEARCH AND PREPARE LITIGATION WORK SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 03/28/11 Mon | Lamb, H 1313848010/325 | 4.20 | 4.20 | 1,197.00 | | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE RESEARCH AND PREPARE LITIGATION WORK SUMMARIES FOR FEE APPLICATION. |
| 03/30/11 Wed | Lamb, H 1313848010/333 | 2.60 | 2.60 | 741.00 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER PREPARATION OF LITIGATION WORK SUMMARIES FOR FEE APPLICATION. |
| 04/02/11 Sat | Lamb, H 1313862010/210 | 3.80 | 3.80 | 1,083.00 | | F | 1 | MATTER NAME: Fee/Retention Applications BEGIN COMPREHENSIVE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MARCH FEE APPLICATION. |
| 04/05/11 Tue | Deutsch, D 1313862010/212 | 2.10 | 2.10 | 1,522.50 | 2.10 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW AND MARK-UP DRAFT FEBRUARY FEE DETAIL (2.1). |
| 04/05/11 Tue | Lamb, H 1313862010/209 | 2.10 | 2.10 | 598.50 | | F | 1 | MATTER NAME: Fee/Retention Applications PREPARATION OF NINTH INTERIM FEE APPLICATION. |
| 04/06/11 Wed | Lamb, H 1313862010/215 | 3.40 | 3.40 | 969.00 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER COMPREHENSIVE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MARCH FEE APPLICATION. |
| 04/07/11 Thu | Deutsch, D 1313862010/219 | 3.40 | 3.40 | 2,465.00 | 3.40 | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE REVIEW AND EDITING OF DRAFT PRO FORMAS (3.4). |
| 04/07/11 Thu | Lamb, H 1313862010/216 | 6.60 | 6.60 | 1,881.00 | | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE REVIEW AND ANALYSIS OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MARCH FEE APPLICATION. |
| 04/08/11 Fri | Deutsch, D 1313862010/218 | 2.70 | 2.70 | 1,957.50 | 2.70 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW AND EDIT DRAFT PRO FORMAS (2.7). |
| 04/08/11 Fri | Lamb, H 1313862010/225 | 2.20 | 2.20 | 627.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVISE AND FINALIZE FEBRUARY FEE APPLICATION FOR FILING. |

~ See the last page of exhibit for explanation

EXHIBIT H
CHADBOURNE RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 04/09/11 Sat | Deutsch, D 1313862010/222 | 0.20 | 0.20 | 145.00 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications* <br> EXCHANGE E-MAILS WITH HELEN LAMB RE: FEBRUARY FEE APPLICATION MATTERS (.2). |
| 04/09/11 Sat | Lamb, H 1313862010/227 | 4.80 | 4.80 | 1,368.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* <br> FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MARCH FEE APPLICATION. |
| 04/10/11 Sun | Lamb, H 1313862010/228 | 5.20 | 5.20 | 1,482.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* <br> FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MARCH FEE APPLICATION. |
| 04/11/11 Mon | Deutsch, D 1313862010/229 | 0.30 | 0.30 | 217.50 | 0.30 | F | 1 | *MATTER NAME: Fee/Retention Applications* <br> REVIEW, EDIT AND SIGN NINTH INTERIM APPLICATION AND RELATED CERTIFICATION (.3). |
| 04/11/11 Mon | Lamb, H 1313862010/226 | 0.90 | 0.90 | 256.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* <br> FINALIZE FOR FILING NINTH INTERIM FEE APPLICATION. |
| 04/12/11 Tue | Lamb, H 1313862010/230 | 7.80 | 7.80 | 2,223.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* <br> FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MARCH FEE APPLICATION. |
| 04/14/11 Thu | Lamb, H 1313862010/231 | 3.30 | 3.30 | 940.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* <br> FURTHER REVIEW OF DAILY TIME DETAIL IN PREPARATION OF MARCH FEE APPLICATION. |
| 04/16/11 Sat | Lamb, H 1313862010/235 | 2.20 | 2.20 | 627.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* <br> PREPARATION OF FEE APPLICATION BY DRAFTING SUMMARY DESCRIPTIONS OF WORK PERFORMED DURING THE MARCH FEE PERIOD. |
| 04/19/11 Tue | Lamb, H 1313862010/238 | 1.80 | 1.80 | 513.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* <br> FURTHER PREPARATION OF WORK SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 04/20/11 Wed | Hanessian, A 1313862010/249 | 4.30 | 4.30 | 838.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* <br> REVIEW TIMEKEEPER TIME SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 04/21/11 Thu | Deutsch, D 1313862010/242 | 0.30 | 0.30 | 217.50 | 0.20 <br> 0.10 | F <br> F | 1 <br> 2 | *MATTER NAME: Fee/Retention Applications* <br> REVIEW E-MAIL FROM US TRUSTEE'S OFFICE RE: FEBRUARY FEE APPLICATION (.2); <br> DISCUSS SAME WITH DAVID KLAUDER (.1). |
| 04/21/11 Thu | Lamb, H 1313862010/243 | 0.90 | 0.90 | 256.50 | 0.10 <br> 0.40 <br> 0.20 <br> 0.20 | F <br> F <br> F <br> F | 1 <br> 2 <br> 3 <br> 4 | *MATTER NAME: Fee/Retention Applications* <br> REVIEW EMAIL FROM US TRUSTEE REGARDING PARALEGAL OVERTIME INCURRED DURING FEBRUARY FEE PERIOD (.1); <br> REVIEW SUPPORTING INFORMATION ON SAME AND PREPARE DETAILED SUMMARY IN RESPONSE TO US TRUSTEE QUESTIONS (.4); <br> CONFERENCES WITH D.DEUTSCH REGARDING SAME (.2); <br> REVIEW D.DEUTSCH RESPONSE TO US TRUSTEE (.2). |

~ See the last page of exhibit for explanation

EXHIBIT H
CHADBOURNE RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 04/21/11 Thu | Roitman, M 1313862010/244 | 0.20 | 0.20 | 85.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND COMMENT ON EMAIL TO US TRUSTEE RE: PARALEGAL OVERTIME (0.2) |
| 04/22/11 Fri | Lamb, H 1313862010/245 | 1.70 | 1.70 | 484.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER PREPARATION OF WORK SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 04/23/11 Sat | Lamb, H 1313862010/246 | 3.50 | 3.50 | 997.50 | 2.30<br>1.20 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>CONTINUE RESEARCH AND PREPARATION OF WORK SUMMARIES IN PREPARATION OF MONTHLY FEE APPLICATION (2.3);<br>FURTHER REVIEW AND FOLLOW-UP RESEARCH ON EXPENSES INCURRED DURING FEE PERIOD (1.2). |
| 04/25/11 Mon | Deutsch, D 1313862010/254 | 1.70 | 1.70 | 1,232.50 | 1.70 | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE REVIEW AND EDITING OF MARCH TIME (1.7). |
| 04/25/11 Mon | Lamb, H 1313862010/247 | 4.40 | 4.40 | 1,254.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>RESEARCH AND DRAFT SUMMARY DESCRIPTIONS OF LITIGATION WORK FOR MONTHLY FEE APPLICATION. |
| 04/26/11 Tue | Deutsch, D 1313862010/255 | 3.00 | 2.80 | 2,030.00 | 2.80<br>0.10<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>CONTINUE REVIEW AND EDITING OF MARCH TIME (2.8);<br>REVIEW COURT POSTING (.1)<br>AND E-MAIL JESS MARRERO RE: FOLLOW-UP ON MOTION BY JENNER TO EXPAND RETENTION (.1). |
| 04/29/11 Fri | Deutsch, D 1313862010/253 | 1.30 | 1.30 | 942.50 | 1.30 | F | 1 | MATTER NAME: Fee/Retention Applications<br>COMPLETE REVIEW AND MARK-UP OF MARCH TIME (1.3). |
| 05/01/11 Sun | Lamb, H 1313874010/238 | 1.80 | 1.80 | 513.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FINALIZE DRAFT OF MARCH FEE APPLICATION. |
| 05/02/11 Mon | Roitman, M 1313874010/240 | 0.90 | 0.90 | 382.50 | 0.70<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND COMMENT ON PLAN-RELATED WORK DESCRIPTION SUMMARIES FOR MARCH FEE APPLICATION (0.7);<br>CONFER/CORRESPOND WITH H. LAMB RE: SAME (0.2) |
| 05/03/11 Tue | Deutsch, D 1313874010/242 | 1.40 | 1.40 | 1,015.00 | 1.40 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND MARK-UP MARCH FEE APPLICATION (1.4). |
| 05/04/11 Wed | Deutsch, D 1313874010/243 | 0.40 | 0.40 | 290.00 | 0.40 | F | 1 | MATTER NAME: Fee/Retention Applications<br>COMPLETE REVIEW AND EDITING OF MARCH FEE APPLICATION SUMMARIES (.4). |
| 05/04/11 Wed | Lamb, H 1313874010/241 | 1.10 | 1.10 | 313.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FINALIZE MARCH FEE APPLICATION FOR FILING. |

~ See the last page of exhibit for explanation

EXHIBIT H
CHADBOURNE RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 05/05/11 Thu | Lamb, H 1313874010/244 | 2.60 | 2.60 | 741.00 | | F | 1 | MATTER NAME: Fee/Retention Applications BEGIN REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF APRIL FEE APPLICATION. |
| 05/06/11 Fri | Lamb, H 1313874010/245 | 4.40 | 4.40 | 1,254.00 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF APRIL FEE APPLICATION. |
| 05/08/11 Sun | Lamb, H 1313874010/246 | 5.30 | 5.30 | 1,510.50 | | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF APRIL FEE APPLICATION. |
| 05/10/11 Tue | Lamb, H 1313874010/247 | 4.70 | 4.70 | 1,339.50 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 05/12/11 Thu | Lamb, H 1313874010/248 | 1.80 | 1.80 | 513.00 | | F | 1 | MATTER NAME: Fee/Retention Applications BEGIN DRAFTING WORK DESCRIPTION SUMMARIES FOR APRIL FEE APPLICATION. |
| 05/16/11 Mon | Lamb, H 1313874010/252 | 1.70 | 1.70 | 484.50 | | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE DRAFTING WORK DESCRIPTION SUMMARIES FOR APRIL FEE APPLICATION. |
| 05/19/11 Thu | Deutsch, D 1313874010/255 | 1.20 | 1.20 | 870.00 | 0.20 0.60 0.30 0.10 | F F F F | 1 2 3 4 | MATTER NAME: Fee/Retention Applications REVIEW E-MAIL AND VOICEMAIL MESSAGES FROM FEE EXAMINER (ANDREW DALTON) (.2); REVIEW MATERIALS RELATED TO ISSUES RAISED BY FEE EXAMINER REVIEW OF SIXTH INTERIM REPORT (.6); CALL WITH FEE EXAMINER REGARDING SAME (.3); RELATED E-MAIL TO FEE EXAMINER (.1); |
| 05/20/11 Fri | Lamb, H 1313874010/256 | 2.80 | 2.80 | 798.00 | | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE RESEARCH AND PREPARATION OF PLAN/LITIGATION WORK DESCRIPTION SUMMARIES FOR FEE APPLICATION. |
| 05/21/11 Sat | Lamb, H 1313874010/257 | 3.30 | 3.30 | 940.50 | | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE RESEARCH AND PREPARATION OF PLAN/LITIGATION WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 05/23/11 Mon | Deutsch, D 1313874010/261 | 2.60 | 2.60 | 1,885.00 | 2.60 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW OF APRIL FEE STATEMENT (2.6). |
| 05/24/11 Tue | Deutsch, D 1313874010/260 | 1.40 | 1.10 | 797.50 | 0.30 1.10 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW LAST WEEK'S ORDINARY COURSE PROFESSIONAL REPORT (.3); CONTINUE REVIEW AND EDITING OF DRAFT APRIL FEE STATEMENT (1.1). |
| 05/25/11 Wed | Deutsch, D 1313874010/262 | 2.80 | 2.80 | 2,030.00 | 2.80 | F | 1 | MATTER NAME: Fee/Retention Applications COMPLETE REVIEW OF APRIL TIME DETAIL (2.8). |

~ See the last page of exhibit for explanation

EXHIBIT H
CHADBOURNE RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 05/26/11 | Deutsch, D | 1.10 | 1.10 | 797.50 | | | | *MATTER NAME: Fee/Retention Applications* |
| Thu | 1313874010/267 | | | | 0.60 | F | 1 | DETAILED REVIEW OF FEE EXAMINER REPORT (.6): |
| | | | | | 0.50 | F | 2 | DRAFT E-MAIL TO FEE EXAMINER RE: QUESTIONS ON DIVISION OF TIME RELATED TO BILLING MATTER (.5). |
| 05/26/11 | Lamb, H | 1.70 | 1.70 | 484.50 | | | | *MATTER NAME: Fee/Retention Applications* |
| Thu | 1313874010/264 | | | | | F | 1 | REVISE AND FINALIZE MONTHLY FEE APPLICATION FOR FILING. |
| 05/31/11 | Deutsch, D | 1.70 | 1.70 | 1,232.50 | | | | *MATTER NAME: Fee/Retention Applications* |
| Tue | 1313874010/266 | | | | 1.40 | F | 1 | EDIT PROPOSED APRIL FEE APPLICATION (1.4): |
| | | | | | 0.30 | F | 2 | INSERT FOR SAME (.3). |
| Total | | | 193.60 | $67,051.00 | | | | |

Number of Entries:        65

~ See the last page of exhibit for explanation

EXHIBIT H

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Deutsch, D | 28.50 | 20,662.50 |
| Hanessian, A | 9.10 | 1,774.50 |
| Lamb, H | 154.90 | 44,146.50 |
| Roitman, M | 1.10 | 467.50 |
| | 193.60 | $67,051.00 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 193.60 | 67,051.00 |
| | 193.60 | $67,051.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F       FINAL BILL

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 4.30 | 1,204.00 |
| Deutsch, D | 5.10 | 3,697.50 |
| Hanessian, A | 5.60 | 1,092.00 |
| Lamb, H | 3.90 | 1,111.50 |
| LeMay, D | 1.00 | 895.00 |
| Marrero, J | 18.00 | 6,750.00 |
| McCormack, T | 3.70 | 3,163.50 |
| Roitman, M | 1.80 | 765.00 |
| Seife, H | 1.80 | 1,773.00 |
| Zink Jr., N | 1.80 | 1,503.00 |
| | 47.00 | $21,954.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 47.00 | 21,954.50 |
| | 47.00 | $21,954.50 |

EXHIBIT I  PAGE 1 of  7

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/06/11<br>Sun | Deutsch, D<br>1313848010/309 | 0.20 | 0.20 | 145.00 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>E-MAIL JESSICA MARRERO RE: NEXT STEPS ON NEW APPLICATION TO EMPLOY (.2). |
| 03/08/11<br>Tue | Marrero, J<br>1313848010/308 | 1.00 | 1.00 | 375.00 | 0.60<br>0.30<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | *MATTER NAME: Fee/Retention Applications*<br>DRAFT MEMO TO COMMITTEE RE: ERNST & YOUNG RETENTION APPLICATION (0.6);<br>REVISE SAME (0.3);<br>DRAFT POSTING TO COMMITTEE RE: SAME (0.1) |
| 03/11/11<br>Fri | Marrero, J<br>1313848010/307 | 0.60 | 0.60 | 225.00 | 0.10<br>0.10<br>0.40 | F<br>F<br>F | 1<br>2<br>3 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW SUPPLEMENTAL LIST OF ORDINARY COURSE PROFESSIONALS (0.1);<br>REVIEW EMAIL CORRESPONDENCE FROM DEBTORS' COUNSEL ON BEHALF OF OFFIT KURMAN RE: REQUESTED WAIVER OF REQUIREMENT TO FILE FEE APPLICATION (0.1);<br>UPDATE ORDINARY COURSE PROFESSIONALS STATUS REPORT (0.4) |
| 03/13/11<br>Sun | Deutsch, D<br>1313848010/311 | 0.30 | 0.30 | 217.50 | 0.20<br>0.10 | F<br>F | 1<br>2 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW E-MAIL FROM J. LUDWIG RE: ORDINARY COURSE FEE WAIVER (.2);<br>E-MAIL J. MARRERO RE: NEXT STEPS ON SAME (.1). |
| 03/14/11<br>Mon | Marrero, J<br>1313848010/312 | 0.30 | 0.30 | 112.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>EMAIL CORRESPONDENCE WITH DEBTORS' COUNSEL RE: WAIVER OF FEE APPLICATION REQUIREMENT FOR OFFIT KURMAN |
| 03/19/11<br>Sat | Deutsch, D<br>1313848010/315 | 0.40 | 0.40 | 290.00 | 0.40 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW LAST TWO WEEKLY ORDINARY COURSE REPORTS (.4). |
| 03/20/11<br>Sun | Lamb, H<br>1313848010/316 | 2.20 | 2.20 | 627.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW COMMITTEE MEMBER EXPENSE REPORTS/RECEIPTS FOR FEBRUARY AND PREPARE REQUEST FOR REIMBURSEMENT. |
| 03/21/11<br>Mon | Marrero, J<br>1313848010/317 | 0.30 | 0.30 | 112.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW AND UPDATE WEEKLY ORDINARY COURSE PROFESSIONALS REPORT |
| 03/24/11<br>Thu | Hanessian, A<br>1313848010/326 | 1.00 | 1.00 | 195.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>PREPARE UPDATES TO ORDINARY COURSE PROFESSIONALS CHART |
| 03/24/11<br>Thu | Marrero, J<br>1313848010/320 | 0.20 | 0.20 | 75.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW DEBTORS FEBRUARY 2011 ORDINARY COURSE PROFESSIONAL REPORT |
| 03/25/11<br>Fri | Marrero, J<br>1313848010/323 | 0.90 | 0.90 | 337.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW DEBTORS' FEB. 2011 ORDINARY COURSE PROFESSIONALS MONTHLY SUMMARY AND UPDATE WEEKLY ORDINARY COURSE PROFESSIONALS REPORT |
| 03/29/11<br>Tue | Bava, D<br>1313848010/328 | 1.60 | 1.60 | 448.00 | 1.60 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW AND ANALYSIS OF INTERIM FEE APPLICATIONS AND MONTHLY FEE STATEMENTS FOR THE PERIOD SEPTEMBER 1 THROUGH NOVEMBER 30, 2010 RE: FEE SUMMARY (1.60). |

~  See the last page of exhibit for explanation

EXHIBIT I  PAGE 2 of 7

EXHIBIT I
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/29/11 Tue | Roitman, M 1313848010/329 | 0.30 | 0.30 | 127.50 | 0.20 0.10 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW 7TH QUARTERLY SENIOR LENDER PROFESSIONAL FEE SUMMARY (0.2): CORRESPOND WITH D. SCHAIBLE AND E. VONNEGUT RE: 8TH QUARTERLY SENIOR LENDER PROFESSIONAL FEE SUMMARY (0.1) |
| 03/30/11 Wed | Bava, D 1313848010/331 | 2.70 | 2.70 | 756.00 | 2.70 | F | 1 | MATTER NAME: Fee/Retention Applications PREPARE AND REVISE EIGHTH QUARTERLY FEE SUMMARY (2.70). |
| 03/30/11 Wed | Deutsch, D 1313848010/330 | 0.30 | 0.30 | 217.50 | 0.30 | F | 1 | MATTER NAME: Fee/Retention Applications EXCHANGE E-MAILS WITH DAMIAN SCHAIBLE RE: BILLING BY SENIOR LENDER PROFESSIONALS (.3). |
| 03/30/11 Wed | Roitman, M 1313848010/332 | 0.70 | 0.70 | 297.50 | 0.40 0.30 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW DRAFT 8TH QUARTERLY FEE SUMMARY (0.4): CONFER WITH D. BAVA RE: SAME (0.3) |
| 04/01/11 Fri | Marrero, J 1313862010/211 | 0.30 | 0.30 | 112.50 | 0.30 | F | 1 | MATTER NAME: Fee/Retention Applications DRAFT WEEKLY ORDINARY COURSE PROFESSIONALS REPORT (0.3) |
| 04/04/11 Mon | Deutsch, D 1313862010/223 | 0.40 | 0.40 | 290.00 | 0.40 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW LAST WEEK'S ORDINARY COURSE PROFESSIONAL REPORT (.4). |
| 04/05/11 Tue | Marrero, J 1313862010/213 | 1.00 | 1.00 | 375.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW ALL PLEADINGS, MEETING MINUTES AND PRESENTATIONS TO THE COMMITTEE RE: RETENTION OF ZUCKERMAN SPAEDER |
| 04/05/11 Tue | Seife, H 1313862010/236 | 0.40 | 0.40 | 394.00 | | F | 1 | MATTER NAME: Fee/Retention Applications TELEPHONE CONFERENCE WITH SOTTILE REGARDING CONFLICT ISSUE. |
| 04/06/11 Wed | LeMay, D 1313862010/220 | 1.00 | 1.00 | 895.00 | 0.30 0.70 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW DRAFT ZS LETTER TO COMMITTEE RE CONFLICT ISSUE (.3) AND MEETING W/H. SEIFE RE: SAME (.7). |
| 04/06/11 Wed | McCormack, T 1313862010/257 | 2.80 | 2.80 | 2,394.00 | 0.30 0.20 0.30 0.30 0.20 1.50 | F F F F F F | 1 2 3 4 5 6 | MATTER NAME: Fee/Retention Applications DRAFT MOTION REGARDING RETENTION OF CONFLICTS COUNSEL FOR GS (0.3): CONFER H. SEIFE RE: SAME (0.2): T/CS WITH J. SOTTILE RE: CONFLICT COUNSEL FOR GS, PRESENTATION TO COMMITTEE AND NECESSARY MOTION (0.3): CONFER H. SEIFE AND D. LEMAY RE: SAME (0.3): REVIEW RETENTION ISSUES (0.2): REVISE/EDIT MOTION (1.5). |
| 04/06/11 Wed | Roitman, M 1313862010/214 | 0.20 | 0.20 | 85.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications CORRESPOND WITH H. SEIFE, T. MCCORMACK AND J. SOTTILE RE: ZUCKERMAN MEMORANDUM RE: INQUIRY ON GOLDMAN SACHS REPRESENTATION (0.2). |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 3 of 7

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 04/06/11 Wed | Seife, H 1313862010/237 | 0.80 | 0.80 | 788.00 | 0.80 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW AND REVISE ZUCKERMAN MEMO TO COMMITTEE REGARDING GOLDMAN (.8). |
| 04/06/11 Wed | Zink Jr., N 1313862010/256 | 1.80 | 1.80 | 1,503.00 | 1.00<br>0.80 | F<br>F | 1<br>2 | *MATTER NAME: Fee/Retention Applications*<br>CONFERENCE WITH H. SEIFE, D. LEMAY, T. MCCORMACK RE ZUCKERMAN ISSUE (1.0);<br>REVIEW EXAMINER REPORT RE CHANDLER TRUST/GOLDMAN SACHS ISSUE (.8). |
| 04/07/11 Thu | Roitman, M 1313862010/217 | 0.10 | 0.10 | 42.50 | 0.10 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>CORRESPOND WITH H. SEIFE AND D. BAVA RE: EIGHTH QUARTERLY FEE SUMMARY (0.1) |
| 04/08/11 Fri | Roitman, M 1313862010/221 | 0.30 | 0.30 | 127.50 | 0.30 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>DRAFT EMAIL TO COMMITTEE RE: EIGHTH QUARTERLY FEE SUMMARY (0.3) |
| 04/09/11 Sat | Deutsch, D 1313862010/224 | 0.30 | 0.30 | 217.50 | 0.30 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL BILLING REPORT (.3). |
| 04/11/11 Mon | Marrero, J 1313862010/232 | 0.20 | 0.20 | 75.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>DRAFT ORDINARY COURSE PROFESSIONALS WEEKLY REPORT. |
| 04/15/11 Fri | Lamb, H 1313862010/233 | 1.70 | 1.70 | 484.50 | 1.30<br>0.40 | F<br>F | 1<br>2 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW OF COMMITTEE MEMBER EXPENSES AND PREPARATION OF REQUEST FOR REIMBURSEMENT OF EXPENSES (1.3);<br>EMAILS WITH COMMITTEE MEMBERS TO FOLLOW UP ON CERTAIN ITEMS (.4). |
| 04/15/11 Fri | Marrero, J 1313862010/234 | 0.20 | 0.20 | 75.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>DRAFT ORDINARY COURSE PROFESSIONALS WEEKLY REPORT. |
| 04/18/11 Mon | McCormack, T 1313862010/260 | 0.90 | 0.90 | 769.50 | 0.90 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>ANALYSIS OF ISSUES FOR SPECIAL COUNSEL AS TO GOLDMAN SACHS CLAIMS (0.9). |
| 04/18/11 Mon | Seife, H 1313862010/251 | 0.30 | 0.30 | 295.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW OF JIM GREEN AS CONFLICTS COUNSEL. |
| 04/19/11 Tue | Seife, H 1313862010/252 | 0.30 | 0.30 | 295.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW OF SERTZ RETENTION APPLICATION. |
| 04/20/11 Wed | Deutsch, D 1313862010/239 | 0.80 | 0.80 | 580.00 | 0.20<br>0.50<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW E-MAILS FROM ADAM LANDIS (.2)<br>AND RELATED APPLICATION TO RETAIN SPECIAL CONFLICTS COUNSEL (.5);<br>E-MAIL ADAM LANDIS RE: REVIEW OF SAME (.1). |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 4 of 7

EXHIBIT I
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 04/20/11 Wed | Deutsch, D 1313862010/240 | 0.40 | 0.40 | 290.00 | 0.40 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW LAST TWO ORDINARY COURSE PROFESSIONALS REPORTS (.4). |
| 04/20/11 Wed | Roitman, M 1313862010/241 | 0.20 | 0.20 | 85.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications<br>CORRESPOND WITH W. SMITH RE: SVG RETENTION APPLICATION (0.2) |
| 04/22/11 Fri | Hanessian, A 1313862010/250 | 1.10 | 1.10 | 214.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>UPDATING ORDINARY COURSE PROFESSIONALS CHART |
| 04/22/11 Fri | Marrero, J 1313862010/248 | 1.20 | 1.20 | 450.00 | 0.30<br>0.90 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW DEBTORS' MARCH INVOICE REPORT (0.3);<br>DRAFT ORDINARY COURSE PROFESSIONALS REPORT (0.9) |
| 04/26/11 Tue | Deutsch, D 1313862010/255 | 3.00 | 0.20 | 145.00 | 2.80<br>0.10<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>CONTINUE REVIEW AND EDITING OF MARCH TIME (2.8);<br>REVIEW COURT POSTING (.1)<br>AND E-MAIL JESS MARRERO RE: FOLLOW-UP ON MOTION BY JENNER TO EXPAND RETENTION (.1). |
| 04/26/11 Tue | Marrero, J 1313862010/258 | 0.50 | 0.50 | 187.50 | 0.30<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW SUPPLEMENTAL AFFIDAVIT OF JENNER & BLOCK (0.3);<br>DRAFT EMAIL TO D. DEUTSCH SUMMARIZING SAME (0.2) |
| 04/29/11 Fri | Marrero, J 1313862010/259 | 0.60 | 0.60 | 225.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>DRAFT WEEKLY ORDINARY COURSE PROFESSIONALS REPORT |
| 05/02/11 Mon | Deutsch, D 1313874010/239 | 0.40 | 0.40 | 290.00 | 0.30<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.3);<br>DISCUSS ADDITIONAL INQUIRY ON SAME WITH JESSICA MARRERO (.1). |
| 05/09/11 Mon | Marrero, J 1313874010/251 | 0.20 | 0.20 | 75.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>PREPARE WEEKLY ORDINARY COURSE PROFESSIONALS REPORT. |
| 05/10/11 Tue | Deutsch, D 1313874010/249 | 0.30 | 0.30 | 217.50 | 0.30 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW LAST WEEK'S ORDINARY COURSE PROFESSIONAL REPORT (.3). |
| 05/13/11 Fri | Deutsch, D 1313874010/250 | 0.20 | 0.20 | 145.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW WEEKLY ORDINARY COURSE PROFESSIONALS REPORT (.2). |
| 05/13/11 Fri | Marrero, J 1313874010/253 | 0.30 | 0.30 | 112.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>PREPARE WEEKLY ORDINARY COURSE PROFESSIONAL REPORT. |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 5 of 7

EXHIBIT I
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 05/18/11 Wed | Deutsch, D 1313874010/254 | 0.30 | 0.30 | 217.50 | 0.30 | F | 1 | MATTER NAME: Fee/Retention Applications<br>DRAFT E-MAIL TO FEE EXAMINER RE: ISSUE ON COMMITTEE EXPENSE RAISED IN MULTIPLE VOICE MESSAGES (.3); |
| 05/19/11 Thu | Marrero, J 1313874010/258 | 0.80 | 0.80 | 300.00 | 0.20<br>0.60 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>CONFERENCE WITH D. DEUTSCH RE: FEE EXAMINER REPORTS (0.2);<br>PREPARE CHART SUMMARIZING SUBMISSION OF QUARTERLY REPORTS BY CASE PROFESSIONALS (0.6). |
| 05/20/11 Fri | Hanessian, A 1313874010/259 | 3.50 | 3.50 | 682.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>PREPARE SUMMARY CHART OF OUTSTANDING FEE APPLICATIONS. |
| 05/20/11 Fri | Marrero, J 1313874010/263 | 0.40 | 0.40 | 150.00 | 0.20<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>DRAFT WEEKLY ORDINARY COURSE PROFESSIONALS REPORT (0.2);<br>CONFERENCE WITH A HANESSIAN RE: QUARTERLY FEE APPLICATIONS BY CASE PROFESSIONALS (0.2) |
| 05/24/11 Tue | Deutsch, D 1313874010/260 | 1.40 | 0.30 | 217.50 | 0.30<br>1.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW LAST WEEK'S ORDINARY COURSE PROFESSIONAL REPORT (.3);<br>CONTINUE REVIEW AND EDITING OF DRAFT APRIL FEE STATEMENT (1.1). |
| 05/24/11 Tue | Marrero, J 1313874010/268 | 1.40 | 1.40 | 525.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>DRAFT REPORT RE: STATUS OF CASE PROFESSIONAL QUARTERLY FEE APPLICATIONS |
| 05/25/11 Wed | Marrero, J 1313874010/269 | 1.70 | 1.70 | 637.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>DRAFT REPORT RE: STATUS OF CASE PROFESSIONALS' QUARTERLY FEE APPLICATIONS |
| 05/27/11 Fri | Marrero, J 1313874010/270 | 2.10 | 2.10 | 787.50 | 0.70<br>1.40 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>DRAFT WEEKLY ORDINARY COURSE PROFESSIONALS REPORT (0.7);<br>DRAFT REPORT RE: STATUS OF CASE PROFESSIONALS QUARTERLY FEE APPLICATIONS (1.4) |
| 05/31/11 Tue | Deutsch, D 1313874010/265 | 0.30 | 0.30 | 217.50 | 0.30 | F | 1 | MATTER NAME: Fee/Retention Applications<br>MEETING WITH JESSICA MARRERO TO DISCUSS ANALYSIS ON OTHER FEE APPLICATIONS (.3). |
| 05/31/11 Tue | Marrero, J 1313874010/271 | 3.80 | 3.80 | 1,425.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVISE SUMMARY CHART RE: STATUS OF CASE PROFESSIONALS' FEE APPLICATIONS. |

Total | | | 47.00 | $21,954.50
Number of Entries: 57

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 6 of 7

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 4.30 | 1,204.00 |
| Deutsch, D | 5.10 | 3,697.50 |
| Hanessian, A | 5.60 | 1,092.00 |
| Lamb, H | 3.90 | 1,111.50 |
| LeMay, D | 1.00 | 895.00 |
| Marrero, J | 18.00 | 6,750.00 |
| McCormack, T | 3.70 | 3,163.50 |
| Roitman, M | 1.80 | 765.00 |
| Seife, H | 1.80 | 1,773.00 |
| Zink Jr., N | 1.80 | 1,503.00 |
| | 47.00 | $21,954.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 47.00 | 21,954.50 |
| | 47.00 | $21,954.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT I  PAGE 7 of  7