**PENNY D. WEIGAND, ATTORNEY AT LAW—SBN 116346**   June 12, 2012

Clerk of the Bankruptcy Court
824 North Market Street
Third Floor
Wilmington, Delaware 19801

RE: Tribune Company (08-13141) KJC

To Whom This May Concern:

I am an attorney who would like to file a written statement on behalf of at least one shareholder in the LBO so-called buyout-- in Tribune Company (08-13141) prior to a ruling to exit bankruptcy expected by Judge Carey sometime in July. In lieu of being able to file a statement, I would like to appear and make a statement on the record on behalf of one former shareholder involved in the LBO in Tribune Company (08-13141). Please forward to Judge Carey and or the applicable department. I do not have a list of appearances in this matter and have no way of providing either service or proof of service; therefore, a simple statement written or oral to be read into or read for the record at the applicable time, with permission from the court, would be preferable. I may be contacted at pdweigandjd@aol.com or faxed at 619-669-1918 or called via mobile phone at 619-368-7347 according to the judge's discretion and/or rules of this court.

It is my belief that under the constitution of the United States of America, those who may be adversely or otherwise affected by any purported decision of any kind, in this instance the pursuit unmeritorious claims against them, should properly be afforded the right and opportunity to be heard before any wide sweeping decision of any kind what so ever is made as to the whole of them. It is on that basis, I respectfully request an opportunity to be heard in the form of filing a written statement with the court, on and according to the rules and procedures of the court, and/or to appear before the court and make oral statement.

Sincerely,

*Penny D. Weigand (e)*
Penny D. Weigand, Esq. CA SBN 116346
Attorney at Law