# EXHIBIT A

# Declaration of Christopher L. Meazell

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Thirty-Fifth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period April 1, 2012 through April 30, 2012 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Thirty-Fifth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

46429/0001-8627093v1

4.      There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 19th day of June, 2012.

Christopher L. Meazell

# EXHIBIT B

# Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## APRIL 1 - APRIL 30, 2012

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 1.2 | 300.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 6.8 | 3,740.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 760 | 42.3 | 32,148.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 390 | 40.1 | 15,639.00 |
| Rebecca A. Kaye | Paralegal (2010); Corporate; n/a | 160 | 12.6 | 2,016.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 31.4 | 20,410.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 280 | 27.6 | 7,728.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 55.8 | 13,392.00 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 450 | 9.6 | 4,320.00 |
| Maureen M. Nagle | Senior Counsel (since 2008); Corporate; 2000 (NY) & 2011 (DC) | 450 | 7.1 | 3,195.00 |
| Christian J. Pena | Paralegal (2005); Communications; n/a | 220 | 0.9 | 198.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 470 | 36.0 | 16,920.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 650 | 17.2 | 11,180.00 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC (2009) | 350 | 6.5 | 2,275.00 |

| | | | | |
|---|---|---|---|---|
| Henry H. Wendel | Paralegal (2011); Communications; n/a | 160 | 21.7 | 3,472.00 |
| David J. Wittenstein | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 700 | 5.0 | 3,500.00 |

|  |  |  |
|---|---|---|
| **TOTALS** | 321.8 | **140,433.00** |
| **BLENDED RATE** | | 436.3983841 |

[1]  On January 1, 2012 Dow Lohnes implemented a Firm-wide rate adjustment which impacted one timekeeper working on this matter as follows: Pena (2012 rate is $220, up from 2011 rate of $210) .  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2012 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $760 per hour.

## COMPENSATION BY PROJECT CATEGORY
### FOR THE PERIOD FROM
### APRIL 1 - APRIL 30, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 224.7 | 97,588.00 |
| Fee Applications 08656.0101 | 9.6 | 4,320.00 |
| Broadcast Contracts 08656.0104 | 86.1 | 37,616.00 |
| Fox and Network Agreements 08656.0104:001 | 1.4 | 909.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **321.8** | **140,433.00** |

# ☼ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T 202.776.2000 F 202.776.2222

---

June 1, 2012                                                          Page 1

Tribune Company                                              Invoice 555951
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL 60611

Our File # 08656.0100          For Services Through April 30, 2012
FCC/Broadcast Matters

| | | |
|---|---|---|
| 04/02/12 | Research specialty newspapers and other local publications in Chicago market re FCC cross-ownership waiver. | |
| | A. Mejia (Practice Group Professional) | 6.30 hrs. |
| 04/02/12 | Telephone conference with D. Liebentritt re FCC applications and requests for additional information (0.3); review pending staff requests (0.5); telephone conference with S. Sheehan re timing issues (0.4). | |
| | J. Feore | 1.20 hrs. |
| 04/02/12 | Prepare correspondence to J. Stenger re JP Morgan ex parte filing (0.2); prepare correspondence to E. Washburn re JP Morgan ex parte filing (0.2); conference with J. Boelter re DirecTV filing and implications for bankruptcy proceeding (0.3); review DirecTV filing and claims re control under FCC policies (0.9). | |
| | J. Logan | 1.60 hrs. |
| 04/02/12 | Review correspondence from client regarding WGN auxiliary license modifications. | |
| | L. McCarty (Practice Group Professional) | 0.10 hrs. |
| 04/02/12 | Email exchange with C. Sennett re status of FCC applications (0.1); review re status of requested FCC updates (0.1). | |
| | M. Swanson | 0.20 hrs. |
| 04/03/12 | Research specialty newspapers and other local publications in Chicago (2.1) and Hartford (2.1) television markets re FCC cross-ownership waiver. | |
| | A. Mejia (Practice Group Professional) | 4.20 hrs. |
| 04/03/12 | Revisions to exhibit of print media in Los Angeles market. | |

June 1, 2012                                                                                      Page 2

Tribune Company                                                                        Invoice 555951

|          |                                                                                                 |           |
|----------|-------------------------------------------------------------------------------------------------|-----------|
|          | H. Wendel (Paralegal)                                                                            | 4.30 hrs. |
| 04/03/12 | Telephone conferences with counsel for creditors re status of FCC applications, issues raised by complaint and processing of FCC applications (0.6); review updated material for applications per FCC request (0.5). | |
|          | J. Feore                                                                                        | 1.10 hrs. |
| 04/03/12 | Telephone conferences with J. Bayes and J. Stenger re DirecTV filing (0.6); prepare for conference with co-proponents re implications of DirecTV filing for bankruptcy proceeding (0.6); review pleading re conference on DirecTV filing (0.7); telephone conference with FCC counsel to co-proponents re DirecTV filing in connection with cable carriage dispute (0.8); telephone conference with J. Boelter and R. Flagg re DirecTV retransmission consent complaint (0.6); telephone conference with FCC counsel to Official Committee re filing of restructuring applications and amendments to non-broadcast applications (0.6). | |
|          | J. Logan                                                                                        | 3.90 hrs. |
| 04/03/12 | Research relating to business radio license modification applications (0.3); telephone calls with FCC staff regarding same (0.3); research regarding land mobile frequency coordinators (0.3); prepare correspondence to client re same (0.5). | |
|          | L. McCarty (Practice Group Professional)                                                        | 1.40 hrs. |
| 04/04/12 | Research specialty newspapers and other local publications in Chicago (4.4) and Hartford (4.3) markets re FCC cross-ownership waivers. | |
|          | A. Mejia (Practice Group Professional)                                                          | 8.70 hrs. |
| 04/04/12 | Revisions to exhibit of print media in Los Angeles market.                                      |           |
|          | H. Wendel (Paralegal)                                                                           | 4.00 hrs. |
| 04/04/12 | Review updated newspaper, radio and television information provided by consulting economist M. Fratrik regarding applications to assign broadcast licenses in bankruptcy. | |
|          | J. Rademacher                                                                                   | 1.00 hrs. |
| 04/04/12 | Work on updated material to respond to FCC information requests (0.7); review non-broadcast information filings (0.3).          | |
|          | J. Feore                                                                                        | 1.00 hrs. |
| 04/04/12 | Telephone conference with J. Stenger (FCC counsel to Official Committee) re timing and requirements for response to DirecTV filing (0.5); review issues re response schedule for DirecTV complaint (0.3). | |
|          | J. Logan                                                                                        | 0.80 hrs. |
| 04/04/12 | Telephone conference with M. Fratrik (BIA) (0.1); review re market update data "counts" (0.1).  | |
|          | M. Swanson                                                                                      | 0.20 hrs. |

June 1, 2012                                                                       Page 3

Tribune Company                                                        Invoice 555951

| 04/05/12 | Research re newspaper and other local print media, and TV and radio outlets in Chicago (3.3) and Hartford (3.2) markets re FCC cross-ownership waivers. | |
| --- | --- | --- |
| | A. Mejia (Practice Group Professional) | 6.50 hrs. |
| 04/05/12 | Research traditional print media outlets in Miami market. | |
| | H. Wendel (Paralegal) | 4.20 hrs. |
| 04/05/12 | Telephone conference with J. Stenger re follow-up issues in connection with DirecTV response. | |
| | J. Logan | 0.40 hrs. |
| 04/06/12 | Review and comparison of BIA reports re local newspapers, radio and television stations in the Los Angeles market re FCC cross-ownership waiver. | |
| | A. Mejia (Practice Group Professional) | 3.20 hrs. |
| 04/06/12 | Review of print media sources in Miami market. | |
| | H. Wendel (Paralegal) | 4.50 hrs. |
| 04/06/12 | Work on updates to FCC's requests for information and supplements to application amendments (0.6); telephone conference with T. Davidson re DirecTV complaint (0.2); telephone conference with J. Bayes re DirecTV complaint (0.2); telephone conference with FCC staff re follow-up on complaint (0.2); review withdrawal of complaint and next steps (0.4). | |
| | J. Feore | 1.60 hrs. |
| 04/06/12 | Review re research on market update data "counts." | |
| | M. Swanson | 0.20 hrs. |
| 04/06/12 | Review DirecTV request to dismiss FCC complaint against Tribune (0.1); prepare email re dismissal of FCC complaint (0.1). | |
| | R. Folliard III | 0.20 hrs. |
| 04/07/12 | Prepare update to media outlet data in newspaper/broadcast cross-ownership markets regarding FCC applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 3.80 hrs. |
| 04/07/12 | Research re possible response to FCC re DirecTV and need to file (0.5); review issues raised in DirecTV complaint re pending applications (0.4). | |
| | J. Feore | 0.90 hrs. |
| 04/09/12 | Research specialty newspapers and other local publications in Los Angeles and New York markets re revised exhibits to FCC cross-ownership waivers. | |
| | A. Mejia (Practice Group Professional) | 7.60 hrs. |
| 04/09/12 | Telephone conferences with FCC Media Bureau staff and Chiefs re filing in response to complaint (0.8); telephone conference with D. Eldersveld re follow-up at FCC re complaint (0.3); review pending | |

June 1, 2012                                                                          Page 4

Tribune Company                                                            Invoice 555951

|  | applications and supplements and draft updates to applications (0.4).<br>J. Feore | 1.50 hrs. |
|---|---|---|
| 04/10/12 | Research newspapers and other local publications in Los Angeles market re revised exhibits to FCC cross-ownership waiver.<br>A. Mejia (Practice Group Professional) | 4.80 hrs. |
| 04/10/12 | Revise additional print media source list.<br>H. Wendel (Paralegal) | 0.20 hrs. |
| 04/10/12 | Prepare update to media outlet data in newspaper/broadcast cross-ownership markets regarding FCC applications to assign broadcast licenses in bankruptcy.<br>J. Rademacher | 0.60 hrs. |
| 04/10/12 | Telephone conference with T. Davidson re FCC application issues (0.5); telephone conference with J. Bendernagel re FCC next steps and timing (0.4); telephone conference with J. Stenger re ownership waiver issues and showing and FCC applications (0.5); review draft updates for FCC applications (0.6).<br>J. Feore | 2.00 hrs. |
| 04/10/12 | Review re bankruptcy status (0.1); work on market supplements (0.2); email exchange with FCC staff re same (0.1); telephone conference with E. Washburn re market report status (0.1).<br>M. Swanson | 0.50 hrs. |
| 04/11/12 | Research newspaper and other local publications in the Chicago market re revised exhibits to FCC cross-ownership waiver.<br>A. Mejia (Practice Group Professional) | 9.20 hrs. |
| 04/11/12 | Compare BIA daily and weekly with previous filings for Miami and Hartford markets.<br>H. Wendel (Paralegal) | 4.50 hrs. |
| 04/11/12 | Telephone conference with M. Fratrik regarding FCC-request updates to Indianapolis satellite request for application to assign broadcast licenses in bankruptcy (0.4); correspondence with M. Fratrik regarding same (0.2); telephone conference with E. Washburn regarding same (0.2); correspondence with E. Washburn regarding same (0.3); prepare update to media outlet data in newspaper/broadcast cross-ownership markets regarding FCC applications to assign broadcast licenses in bankruptcy (0.5).<br>J. Rademacher | 1.60 hrs. |
| 04/11/12 | Telephone conference with J. Stenger re FCC amendments and filings and timing issues (0.4); telephone conference with FCC staff re application processing and meetings (0.3); work on further updates on waivers and ownership (0.8).<br>J. Feore | 1.50 hrs. |
| 04/11/12 | Update license authorizations lists for all licensee subsidiaries.<br>L. McCarty (Practice Group Professional) | 3.20 hrs. |

June 1, 2012                                          Page 5

Tribune Company                                          Invoice 555951

| | | |
|---|---|---|
| 04/11/12 | Telephone conferences with A. Denysyk (FCC) re need for additional material (0.3); telephone conference with M. Fratrik (BIA) re same (0.3); telephone conference with E. Washburn re same (0.3); review market reports (0.3). | |
| | M. Swanson | 1.20 hrs. |
| 04/12/12 | Research newspapers and other local publications in the Chicago market re revised exhibits to FCC cross-ownership waiver. | |
| | A. Mejia (Practice Group Professional) | 5.30 hrs. |
| 04/12/12 | Review revised FCC procedures motion (0.7); review fourth amended Plan (0.9); telephone conference and correspondence with Sidley and co-proponents' FCC counsel re changes to Plan (0.9). | |
| | C. Burrow | 2.50 hrs. |
| 04/12/12 | Prepare update to media outlet data in newspaper/broadcast cross-ownership markets regarding FCC applications to assign broadcast licenses in bankruptcy (0.3); telephone conference with E. Reed (lender's counsel) regarding status of FCC-requested updates to cross-ownership waiver requests (0.3). | |
| | J. Rademacher | 0.60 hrs. |
| 04/12/12 | Review updated waiver supplements and information per FCC request (0.9); telephone conference with FCC Media Bureau re applications (0.2); telephone conference with S. Sheehan re FCC issues (0.4). | |
| | J. Feore | 1.50 hrs. |
| 04/12/12 | Review amended Reorganization Plan re FCC matters (0.3); review proposed changes in revised procedural motion (0.3); prepare correspondence to T. Davidson re motion to establish Section 310 compliance (0.2); prepare correspondence to T. Davidson (FCC counsel to Angelo Gordon) and W. Johnsen (JP Morgan counsel) re changes in director appointment provisions (0.8); prepare correspondence to J. Boelter re FCC-related changes in Plan (0.4). | |
| | J. Logan | 2.00 hrs. |
| 04/13/12 | Review court schedule re FCC timing issues (0.7); correspondence with Sidley re same (0.4). | |
| | C. Burrow | 1.10 hrs. |
| 04/13/12 | Review court order and impact on FCC proposed schedule for meetings and filings (0.4); work on waiver supplements and FCC information request (0.8); telephone conference with FCC Bureau staff re update on applications (0.2). | |
| | J. Feore | 1.40 hrs. |
| 04/13/12 | Telephone conference with W. Johnsen (JP Morgan counsel) re JP Morgan comments on non-broadcast amendments (0.5); review scheduling order (0.4); prepare correspondence to J. Boelter and A. Stromberg re changes in schedule for restructuring applications (0.4); prepare correspondence to J. King (petitioner's counsel) re | |

Tribune Company

|  |  |  |
|---|---|---|
|  | change in service address (0.3). | |
|  | J. Logan | 1.60 hrs. |
| 04/17/12 | Review and respond to correspondence from client regarding new business radio license application (0.2); research status of changes to exhibit for amendments to wireless cable and satellite applications (0.4); update draft amendments in CDBS (3.2). | |
|  | L. McCarty (Practice Group Professional) | 3.80 hrs. |
| 04/18/12 | Revise amendment filings for non-broadcast applications. | |
|  | J. Logan | 1.60 hrs. |
| 04/19/12 | Review revisions to FCC applications (0.9); correspondence with co-proponents' FCC counsel re same (0.8). | |
|  | C. Burrow | 1.70 hrs. |
| 04/19/12 | Work on supplements to pending waiver and updates for FCC (0.6); review final non-broadcast application amendments (0.5); telephone conference with counsel for Oaktree re filings (0.3); review letter filings with FCC re waivers and follow-up filings (0.6). | |
|  | J. Feore | 2.00 hrs. |
| 04/19/12 | Revise updates for Forms 603, 312 and 327 (1.4); prepare correspondence to J. Stenger (FCC counsel to Official Committee) re non-broadcast amendments (0.2); review and analyze issues in connection with Cong. M. Rogers' letter re additional public notice period (0.6); respond to Oaktree/Angelo Gordon further comments on non-broadcast amendments (0.8). | |
|  | J. Logan | 3.00 hrs. |
| 04/19/12 | Review and edit draft comprehensive exhibit for wireless application amendments (0.8); review and edit comprehensive exhibit for satellite application amendment (0.8); review and edit comprehensive exhibit for CARs application amendment (0.7); prepare draft transmittal letter for CARs amendment (0.4). | |
|  | L. McCarty (Practice Group Professional) | 2.70 hrs. |
| 04/19/12 | Review re Rep. Waters' call for renewed public comment on pending applications (0.1); email exchange with E. Washburn re same (0.1); telephone conference with E. Washburn re same and market update status (0.1). | |
|  | M. Swanson | 0.30 hrs. |
| 04/20/12 | Preparation of updated media outlet lists for updates to cross-ownership waiver requests regarding applications to assign broadcast licenses in bankruptcy (9.1); telephone conference with E. Washburn regarding same (0.2). | |
|  | J. Rademacher | 9.30 hrs. |
| 04/20/12 | Telephone conference with R. Wiley, J. Bayes, E. Reed and T. Davidson re FCC applications, amendments and waiver letter (0.5); review and update supplements to pending applications (0.7); work | |

Tribune Company

| | | |
|---|---|---|
| | on non-broadcast applications and updates (0.3). | |
| | J. Feore | 1.50 hrs. |
| 04/20/12 | Work on proposed amendments to non-broadcast applications, including preparation of charts for same. | |
| | J. Logan | 1.90 hrs. |
| 04/20/12 | Revise draft CARs amendment (0.3); revise draft comprehensive exhibit for CARs amendment (0.4); prepare correspondence to client regarding signature pages needed for CARs amendment (0.2). | |
| | L. McCarty (Practice Group Professional) | 0.90 hrs. |
| 04/20/12 | Review re M. Fratrik (BIA) issues re Indianapolis update and form of response (0.3); email to M. Fratrik re same (0.1); review research re market updates (0.8). | |
| | M. Swanson | 1.20 hrs. |
| 04/21/12 | Review final non-broadcast and satellite application supplements (0.2); review draft of waiver updates for broadcast applications (0.3). | |
| | J. Feore | 0.50 hrs. |
| 04/22/12 | Preparation of updated media outlet lists for updates to cross-ownership waiver requests regarding applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 2.10 hrs. |
| 04/23/12 | Preparation of updated media outlet lists for updates to cross-ownership waiver requests regarding applications to assign broadcast licenses in bankruptcy (1.8); analysis of issues regarding engineering data provided by S. Zanolini for Indianapolis satellite request regarding same (0.6); preparation of edits to update to satellite request provided by M. Fratrik (0.6). | |
| | J. Rademacher | 3.00 hrs. |
| 04/23/12 | Work on final updates re ownership waivers and issues re Hartford duopoly (0.4); telephone conference with J. Stenger (counsel for Committee) re processing of FCC applications (0.3); review FCC letters re application (0.2). | |
| | J. Feore | 0.90 hrs. |
| 04/23/12 | Review and revise amendments for satellite, wireless and CARS applications. | |
| | J. Logan | 1.40 hrs. |
| 04/23/12 | Review and email exchange with client re WTTK conversion costs (0.3); review material compiled by BIA and compare to 2010 exhibits (5.6). | |
| | M. Swanson | 5.90 hrs. |
| 04/24/12 | Telephone conference with M. Fratrik (consulting economist) regarding updated outlet counts for cross-ownership markets regarding FCC applications for consent to assignment of licenses in bankruptcy (0.6); correspondence with M. Fratrik regarding same | |

June 1, 2012                                                       Page 8

Tribune Company                                                   Invoice 555951

|  |  |  |
|---|---|---|
|  | (0.5); preparation of update to Indianapolis satellite waiver request regarding same (3.2). | |
|  | J. Rademacher | 4.30 hrs. |
| 04/24/12 | Finalize for FCC filing the non-broadcast amended applications (0.4); telephone conference with S. Sheehan re timing on FCC applications and options (0.4); telephone conference with N. Larsen re FCC application processing (0.3); review updated waiver information for FCC applications (0.9). | |
|  | J. Feore | 2.00 hrs. |
| 04/24/12 | Complete and submit non-broadcast amendments for satellite and CARS facilities (0.9); review issues re additional business radio applications (0.7). | |
|  | J. Logan | 1.60 hrs. |
| 04/24/12 | Finalize and prepare CARs amendment for filing (0.2); finalize and prepare satellite amendment for filing (0.2); finalize and submit wireless amendments (5.1). | |
|  | L. McCarty (Practice Group Professional) | 5.50 hrs. |
| 04/24/12 | Review re changes to BIA market updates (0.5); telephone conferences with M. Fratrik (BIA) re radio and TV market charts (0.2); review changes to same (0.6); telephone conference with M. Marshall (FCC) re Enforcement Bureau complaints list (0.2); review and revise same (0.3); email to M. Marshall (FCC) re same (0.2). | |
|  | M. Swanson | 2.00 hrs. |
| 04/25/12 | Review revised memorandum re equity allocation model. | |
|  | C. Burrow | 0.80 hrs. |
| 04/25/12 | Review revised equity allocation and updated Alvarez memorandum (0.6); telephone conference with FCC staff re pending applications (0.4); telephone conference with counsel for Plan proponents re FCC updates (0.3); work on waiver updates (0.4). | |
|  | J. Feore | 1.70 hrs. |
| 04/25/12 | Complete and submit non-broadcast amendments for wireline facilities with additional business radio authorizations (0.8); review license changes in connection with revision of restructuring applications and exhibits (0.9); revise restructuring comprehensive exhibit (0.9); review and revise draft memorandum from Alvarez re allocation model for foreign ownership compliance (0.8); revise license charts and ownership grids for restructuring application exhibits (1.5). | |
|  | J. Logan | 4.90 hrs. |
| 04/25/12 | Prepare correspondence to client regarding new business radio licenses used with WXMI (0.3); finalize and submit amendment to pending wireless application for Tribune Television Holdings, Inc., DIP (0.4); prepare correspondence to client regarding required fee payment (0.1). | |

Tribune Company

|  |  |  |
|---|---|---|
|  | L. McCarty (Practice Group Professional) | 0.80 hrs. |
| 04/25/12 | Review and exchange emails with M. Fratrik (BIA) re waiver supplement (0.4); telephone conference with M. Marshall (FCC) re pending Enforcement Bureau complaint list and updating same (0.2); voicemail to D. Roberts (FCC) re process related to same (0.1); telephone conference with A. Singh (FCC) re Enforcement Bureau review (0.2); review and revise letter to FCC re same (0.2). | |
|  | M. Swanson | 1.10 hrs. |
| 04/25/12 | Prepare request to FCC Enforcement Bureau for review of pending complaints. | |
|  | S. Anderson (Practice Group Professional) | 0.40 hrs. |
| 04/26/12 | Correspondence with Sidley re outstanding FCC application issues. | |
|  | C. Burrow | 0.70 hrs. |
| 04/26/12 | Preparation of update to Hartford duopoly financial showing regarding applications for FCC approval to transfer broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 4.80 hrs. |
| 04/26/12 | Telephone conference with FCC Mass Media Bureau re status and processing of FCC applications (0.3); review updates to waivers and final version of restructuring applications (0.8). | |
|  | J. Feore | 1.10 hrs. |
| 04/26/12 | Revise restructuring application exhibit (1.4); prepare correspondence to J. Boelter and J. Langdon re timing and process for filing of restructuring applications (0.4); prepare correspondence to B. Whitman (Alvarez) and J. Boelter (Sidley) re changes to memorandum on FCC allotment model for foreign ownership compliance (0.5); prepare correspondence to FCC counsel to Oaktree and to J. Boelter (Sidley) re various Oaktree issues in connection with the completion of foreign ownership certification questionnaire (0.9); prepare exhibit for assignment of satellite application acquired following filing of exit applications (1.3); prepare correspondence to FCC counsel to co-proponents re non-broadcast amendments to exit applications (0.6); prepare correspondence to J. Langdon (Sidley) re timing of filing of restructuring applications (0.4). | |
|  | J. Logan | 5.50 hrs. |
| 04/26/12 | Preparation of pro forma media bureau applications in CDBS (3.2); prepare draft applications for assignment of license for new earth station licenses (0.8); update database to reflect amendment filings (0.2); revise draft exhibits for new assignment applications for earth stations applications (0.2); review and edit draft comprehensive exhibit for pro-forma media applications (0.8). | |
|  | L. McCarty (Practice Group Professional) | 5.20 hrs. |
| 04/26/12 | Email exchanges with FCC re due diligence request. | |

Tribune Company

|  |  |  |
|---|---|---|
|  | M. Swanson | 0.10 hrs. |
| 04/27/12 | Review amendment updates and further waiver showings on ownership (0.4); work on restructuring applications, timing and filing sequence (0.4); telephone conference with counsel for creditors re broadcast applications (0.2); review Oaktree's ownership claims (0.7). | |
|  | J. Feore | 1.70 hrs. |
| 04/27/12 | Review draft satellite assignment applications for authorizations issued after filing of exit applications. | |
|  | J. Logan | 0.90 hrs. |
| 04/27/12 | Finalize draft Form 312 applications to assign new ES licenses from DIP entity to out-of-DIP entity (0.8); draft 316 applications in CDBS (2.7). | |
|  | L. McCarty (Practice Group Professional) | 2.70 hrs. |
| 04/27/12 | Telephone conference with E. Washburn re Young Broadcasting bankruptcy and proof of claim (0.2); email to E. Washburn re FCC actions on public file and channel sharing (0.1). | |
|  | M. Swanson | 0.30 hrs. |
| 04/27/12 | Research Part 90 licenses. | |
|  | S. Anderson (Practice Group Professional) | 0.80 hrs. |
| 04/28/12 | Work on supplements to pending FCC applications/waiver requests (0.4); review FCC waiver standards and statements re pending requests (0.4). | |
|  | J. Feore | 0.80 hrs. |
| 04/30/12 | Analysis of issues regarding Indianapolis satellite waiver request for FCC application to assign broadcast licenses in bankruptcy (0.6); telephone conference with S. Zanolini regarding same (1.3); correspondence with E. Washburn regarding same (0.2); research bankruptcy issues with FCC complaints (2.8). | |
|  | J. Rademacher | 4.90 hrs. |
| 04/30/12 | Work on updated and revised duopoly waiver showing for Hartford TV (0.5); review cross-ownership waiver updates (0.4). | |
|  | J. Feore | 0.90 hrs. |
| 04/30/12 | Review and analyze issues re Wireless and International Bureau application software in preparation for FCC staff conferences on facilitating restructuring applications. | |
|  | J. Logan | 0.30 hrs. |
| 04/30/12 | Research relating to amendments filed for Indianapolis satellite waiver (1.1); prepare correspondence to client re draft earth station assignment application (0.2). | |
|  | L. McCarty (Practice Group Professional) | 1.30 hrs. |
| 04/30/12 | Review and revise BIA and client's engineers' materials re | |

June 1, 2012                                          Page 11

Tribune Company                                                    Invoice 555951

Indianapolis satellite supplement (2.1); review re BIA market counts (0.9); review re Hartford duopoly waiver request (1.0).
M. Swanson                                   4.00 hrs.

### BILLING SUMMARY

| | Hours |
|---|---|
| BURROW | 6.80 |
| FEORE | 26.80 |
| LOGAN | 31.40 |
| SWANSON | 17.20 |
| RADEMACHER | 36.00 |
| FOLLIARD III | 0.20 |
| ANDERSON | 1.20 |
| MCCARTY | 27.60 |
| MEJIA | 55.80 |
| WENDEL | 21.70 |
| TOTAL | 224.70 |

Fees for Professional Services .......................................................... $       97,588.00

| | | |
|---|---|---|
| CONFERENCE CALL (SOUNDPATH) | $ | 3.69 |
| COURIER SERVICE | $ | 21.02 |
| INFORMATION SERVICES | $ | 5.73 |
| REPRODUCTION | $ | 93.00 |
| TELEPHONE | $ | 16.44 |
| 04/10/12 BIA - Fee for Kelsey study of top five Tribune markets | $ | 1,500.00 |

Total Reimbursable Costs ............................................................ $       1,639.88

Total Current Billing for This File................................................ $       99,227.88

Our File # 08656.0101         For Services Through April 30, 2012
Retention and Fee Applications

04/10/12                Preparation of 34th monthly fee application (1.3); preparation of 32nd monthly fee application (0.8); preparation of 33rd monthly fee application (0.8); preparation of 11th interim fee application (0.8).
              C. Meazell                                 3.70 hrs.

04/11/12                Preparation of and finalize 32nd monthly fee application (1.6); preparation of and finalize 33rd monthly fee application (1.6); preparation of and finalize 11th interim fee application (1.3).

June 1, 2012                                                Page 12

Tribune Company                                          Invoice 555951

|  |  |  |
|---|---|---|
| | C. Meazell | 4.50 hrs. |
| 04/12/12 | Correspondence with Delaware counsel regarding 11th interim fee application. | |
| | C. Meazell | 0.30 hrs. |
| 04/16/12 | Review proposed omnibus order (0.2); correspondence with Delaware counsel regarding proposed omnibus order (0.1); Correspondence with fee examiner regarding monthly and interim fee applications (0.1). | |
| | C. Meazell | 0.40 hrs. |
| 04/16/12 | correspondence with Delaware counsel regarding proposed omnibus order (0.1). | |
| | C. Meazell | 0.00 hrs. |
| 04/23/12 | Review preliminary audit report regarding 8th interim period. | |
| | C. Meazell | 0.50 hrs. |
| 04/24/12 | Review order regarding 6th interim period. | |
| | C. Meazell | 0.20 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| MEAZELL | 9.60 |
| TOTAL | 9.60 |

Fees for Professional Services .......................................................... $    4,320.00
Total Current Billing for This File................................................. $    4,320.00

Our File # 08656.0104          For Services Through April 30, 2012
Broadcast Contracts

| 04/01/12 | Prepare emails re DirecTV importing distant signals into Tribune markets (0.3); prepare emails re DirecTV dropping Tribune stations several hours after midnight (0.4). | |
|---|---|---|
| | R. Folliard III | 0.70 hrs. |
| 04/02/12 | Analyze issues and research FCC rules and regulations and legislative history regarding importation of out of market stations for DirecTV carriage impasse. | |
| | D. Teslik | 2.50 hrs. |
| 04/02/12 | Analysis re retransmission consent dispute with DirecTV and | |

Tribune Company

|  |  |  |
|---|---|---|
|  | allegations of bad faith negotiation in connection with same. |  |
|  | D. Wittenstein | 2.10 hrs. |
| 04/02/12 | Telephone conferences with N. Larsen re DirecTV negotiations (0.6); telephone conference with N. Larsen and FCC staff re DirecTV complaint (0.9); review DirecTV complaint filed with FCC (0.9); review press release and responses to DirecTV (0.6); telephone conferences with E. Hartenstein and management re DirecTV (0.8); review revised term sheets and programming proposal for DirecTV (0.6); telephone conference with S. Sheehan re complaint (0.4). |  |
|  | J. Feore | 4.80 hrs. |
| 04/02/12 | Prepare revised terms sheets for DirecTV negotiations (1.8); research re distant signal carriage rights for DirecTV (3.2); research re importation of WNYW(TV) into Hartford DMA and ability to block duplicate affiliate in Hartford (2.3); prepare email re non-duplication rights for WTIC-TV against WNYW(TV) (0.7); prepare email re potential FCC complaint against Tribune (0.4); telephone call with FCC staff re DirecTV FCC complaint (0.5); analyze DirecTV FCC complaint (0.5); telephone calls re response to DirecTV complaint (1.3). |  |
|  | R. Folliard III | 10.70 hrs. |
| 04/03/12 | Analyze issues and research FCC rules and regulations and legislative history regarding importation of out of market stations for DirecTV carriage impasse. |  |
|  | D. Teslik | 2.20 hrs. |
| 04/03/12 | Analysis in response to DirecTV complaint regarding bad faith retransmission consent negotiations. |  |
|  | D. Wittenstein | 1.10 hrs. |
| 04/03/12 | Telephone conference with T. Davidson re DirecTV (0.4); telephone conference with counsel for creditors and committee re DirecTV (0.8); telephone conferences with D. Eldersveld, D. Liebentritt and E. Hartenstein re DirecTV (0.6); telephone conferences with Tribune team re negotiations and updates (0.8); work on response to FCC complaint re DirecTV (0.8); telephone conference with Sidley re Bankruptcy Court issues (0.5). |  |
|  | J. Feore | 3.90 hrs. |
| 04/03/12 | Telephone call with FCC counsel for creditors re DirecTV good faith complaint (0.7); telephone call with Tribune bankruptcy counsel re good faith complaint (0.6); prepare email to K. Connor re DirecTV signal transport of KRCW(TV) to local cable operator (0.2); prepare response to DirecTV good faith complaint (0.5); research re limits on importation of distant signals into Tribune markets (1.1). |  |
|  | R. Folliard III | 3.10 hrs. |
| 04/04/12 | Research regarding response to DirecTV FCC complaint regarding |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | retransmission consent negotiations (0.6); work on retransmission consent agreement (0.2). | |
|  | D. Wittenstein | 0.80 hrs. |
| 04/04/12 | Telephone conference with T. Davidson re review of FCC complaint and issues raised (0.5); work on response to DirecTV complaint (0.7); telephone conference with counsel for creditors re complaint (0.4); review issues of DirecTV carriage, response and notification issues (0.4); research re waiver issue for viewers and response (0.4); review status of FCC complaint and issues to be raised in response (0.6). | |
|  | J. Feore | 3.00 hrs. |
| 04/04/12 | Prepare revised multiview agreement for WGN-TV (3.5); telephone calls with K. Connor re AT&T multiview agreement (0.4); telephone calls with N. Larson and G. Mazziferri re DirecTV term sheet (0.5); revise DirecTV term sheet (0.8); prepare response to DirecTV good faith complaint (1.5); research re DirecTV carriage rights for importing WNYW(TV) into the Hartford DMA and other distant signals (2.1); prepare emails re illegal carriage of WXMI(TV) and WSFL-TV by DirecTV (0.8). | |
|  | R. Folliard III | 9.60 hrs. |
| 04/05/12 | Telephone conferences with bankruptcy counsel re DirecTV complaint (0.5); telephone conference with counsel for Committee and update re DirecTV complaint (0.5); review DirecTV filing with FCC (0.3); conference with Tribune and counsel re follow-up on DirecTV pleading (0.5). | |
|  | J. Feore | 1.80 hrs. |
| 04/05/12 | Research re status of withdrawal of DirecTV FCC complaint (0.3); revise AT&T multiview agreements for WGN-TV and WGN America (2.5); telephone calls with counsel for AT&T re multiview agreements (0.4); telephone call with K. Connor re upcoming retransmission consent agreements for Tribune (0.9); telephone call with K. Connor re AT&T multiview agreements (0.2). | |
|  | R. Folliard III | 4.30 hrs. |
| 04/09/12 | Review term sheet issues re DirecTV and follow-up re long-form agreement. | |
|  | J. Feore | 0.40 hrs. |
| 04/09/12 | Review strategy for preparing long-form amendment for DirecTV agreement for Tribune. | |
|  | R. Folliard III | 0.20 hrs. |
| 04/10/12 | Prepare email to K. Connor re changes to Clear Creek retransmission agreement. | |
|  | R. Folliard III | 0.30 hrs. |
| 04/11/12 | Research re Dish Network subscriber numbers for all Tribune markets (0.4); prepare chart re subscriber numbers (0.5). | |

June 1, 2012                                                                                    Page 15

Tribune Company                                                                    Invoice 555951

| | | |
|---|---|---|
| | C. Pena (Paralegal) | 0.90 hrs. |
| 04/11/12 | Review existing carriage agreements re programming exclusivity (0.4); review outline of steps re notifications and protections (0.3). | |
| | J. Feore | 0.70 hrs. |
| 04/11/12 | Prepare email re steps for ensuring protection of syndicated programming and network programming exclusivity (0.6); prepare summary of Cablevision retransmission agreement (0.4); prepare summary of Dish Network retransmission agreement (0.8); prepare summary of Verizon retransmission agreement (0.4); analyze proposed changes to Anne Arundel Broadband retransmission agreement (0.2); prepare revised retransmission agreement for Anne Arundel Broadband (0.4); analyze rights by Shentel to reposition WGN America (0.4); prepare email to K. Connor re Shentel (0.2); analyze trade press reports re Skitter TV and whether it qualifies as a cable system under FCC and copyright rules (0.2); prepare email to K. Connor re Skitter (0.2). | |
| | R. Folliard III | 3.80 hrs. |
| 04/12/12 | Prepare email to K. Connor re Cablevision carriage rights for WGN America and local broadcast stations in Fairfield County. | |
| | R. Folliard III | 0.10 hrs. |
| 04/13/12 | Prepare summary of Verizon retransmission and affiliation agreement. | |
| | D. Teslik | 1.80 hrs. |
| 04/13/12 | Prepare email to K. Connor re Verizon retransmission and WGN America agreements. | |
| | R. Folliard III | 0.10 hrs. |
| 04/17/12 | Prepare email re next steps for Bay City Cable for illegal carriage of KIAH(TV). | |
| | R. Folliard III | 0.10 hrs. |
| 04/19/12 | Research re likelihood of Skitter TV qualifying as a cable system for the copyright compulsory license. | |
| | R. Folliard III | 0.50 hrs. |
| 04/20/12 | Telephone call with S. Chan (Google Fiber) re agreement for carriage of WGN-TV on Google Fiber (0.1); prepare email to K. Connor re Google Fiber (0.3). | |
| | R. Folliard III | 0.40 hrs. |
| 04/23/12 | Prepare revised retransmission agreement for Bay City Cable for KIAH-TV. | |
| | R. Folliard III | 0.30 hrs. |
| 04/24/12 | Work on plans re local Chicago service. | |
| | D. Wittenstein | 1.00 hrs. |
| 04/24/12 | Review affiliation agreements re Project Noah. | |

June 1, 2012

Tribune Company

|  |  |  |
|---|---|---|
|  | M. Nagle | 0.60 hrs. |
| 04/24/12 | Organize Project Noah affiliation agreements (3.5); review and prepare chart of affiliation agreements (0.9). | |
|  | R. Kaye (Paralegal) | 4.40 hrs. |
| 04/24/12 | Review retransmission consent material for Project Noah. | |
|  | R. Folliard III | 0.40 hrs. |
| 04/25/12 | Review and prepare chart of Project Noah affiliation agreements. | |
|  | R. Kaye (Paralegal) | 2.20 hrs. |
| 04/25/12 | Prepare email to K. Connor re summary of Verizon retransmission and WGN America agreements (0.2); analyze Tribune agreements with 4Com (0.3); review pending Tribune retransmission matters in preparation for telephone call with K. Connor (0.4). | |
|  | R. Folliard III | 0.90 hrs. |
| 04/26/12 | Organize and review Project Noah affiliation agreements. | |
|  | R. Kaye (Paralegal) | 1.70 hrs. |
| 04/26/12 | Review pending retransmission issues for Tribune in preparation for call with K. Connor (0.8); conference call with K. Connor re pending retransmission agreements (0.9); analyze status of retransmission agreements with New Day Broadband, Catalina Cable and TV Max (0.3); prepare emails to K. Connor re information needed to prepare demand letters for New Day Broadband, Catalina Cable and TV Max (0.2). | |
|  | R. Folliard III | 2.20 hrs. |
| 04/27/12 | Review and prepare chart of Project Noah affiliation agreements. | |
|  | R. Kaye (Paralegal) | 2.00 hrs. |
| 04/27/12 | Research re FCC complaint filed by Fox against TV Max for carriage of Houston Fox station without consent. | |
|  | R. Folliard III | 0.10 hrs. |
| 04/28/12 | Review and summarize network affiliation agreements re Project Noah. | |
|  | M. Nagle | 3.70 hrs. |
| 04/29/12 | Review and summarize network affiliation agreements re Project Noah. | |
|  | M. Nagle | 0.60 hrs. |
| 04/30/12 | Review and summarize network affiliation agreements re Project Noah. | |
|  | M. Nagle | 1.70 hrs. |
| 04/30/12 | Review Project Noah data room (0.5); review Fox affiliation agreements (1.8). | |
|  | R. Kaye (Paralegal) | 2.30 hrs. |
| 04/30/12 | Analyze retransmission agreements for Project Noah. | |

June 1, 2012                                                                                    Page 17

Tribune Company                                                                      Invoice 555951

      R. Folliard III                                    2.10 hrs.

## BILLING SUMMARY

| | Hours |
|---|---|
| FEORE | 14.60 |
| WITTENSTEIN | 5.00 |
| NAGLE | 6.60 |
| FOLLIARD III | 39.90 |
| TESLIK | 6.50 |
| KAYE | 12.60 |
| PENA | 0.90 |
| TOTAL | 86.10 |

Fees for Professional Services ......................................................... $    37,616.00

     CONFERENCE CALL (SOUNDPATH)         $    9.46
     TELEPHONE                                            $    11.28

Total Reimbursable Costs ................................................................. $    20.74
Total Current Billing for This File.................................................... $    37,636.74

Our File # 08656.0104:001          For Services Through April 30, 2012
Fox and Network Agreements

04/12/12          Review outstanding issues on Fox term sheet and additional
                  programming matters re network.
                  J. Feore                                    0.40 hrs.

04/23/12          Telephone conference with N. Larsen, L. Gardiner, G. Mazzaferri
                  and C. Sennet re Fox affiliation proposal, updates and issues.
                  J. Feore                                    0.50 hrs.

04/23/12          Telephone call with N. Larsen, L. Gardiner, G. Mazzaferi and C.
                  Sennet re Fox status.
                  M. Nagle                                    0.50 hrs.

## BILLING SUMMARY

| | Hours |
|---|---|
| FEORE | 0.90 |
| NAGLE | 0.50 |
| TOTAL | 1.40 |

June 1, 2012                                        Page 18

Tribune Company                                     Invoice 555951


Fees for Professional Services .......................................................... $          909.00
Total Current Billing for This File................................................ $        909.00


Total Current Billing for This Invoice............................................. $     142,093.62

# ☿ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

June 1, 2012

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Invoice 555951

Our File # 08656.0100          For Services Through April 30, 2012
FCC/Broadcast Matters
　　Total Current Billing for This Invoice ........................................... $            99,227.88

Our File # 08656.0101          For Services Through April 30, 2012
Retention and Fee Applications
　　Total Current Billing for This Invoice ........................................... $             4,320.00

Our File # 08656.0104          For Services Through April 30, 2012
Broadcast Contracts
　　Total Current Billing for This Invoice ........................................... $            37,636.74

Our File # 08656.0104:001     For Services Through April 30, 2012
Fox and Network Agreements
　　Total Current Billing for This Invoice ........................................... $               909.00

　　Total Current Billing for This Invoice ........................................... $           142,093.62

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## APRIL 1 - APRIL 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 93.00 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 21.02 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Research Service | Westlaw | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | Lasership - FCC | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | BIA | 1,500.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 5.73 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 13.15 |
| Telephone Tolls | | 27.72 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **1,660.62** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.