IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                              :

Tribune Company, et al.             :    Case No. 08-13141

   Debtor                           :    Chapter 11

: : : : : : : : : : : : : : : : : : : : : : : : : : : :

### WITHDRAWAL OF PROOF OF CLAIM

    HOWARD COUNTY, MARYLAND, hereby withdraws its Proof of Claim that was dated June 1, 2009, and filed electronically in this Court on June 1, 2009, assigned Claim Number 1278. The Howard County Office of Law has received payment for the personal property taxes for the payment for 2008. Therefore, Howard County withdraws its Proof of Claim number 1278 only.

                        HOWARD COUNTY OFFICE OF LAW

                        */s/ Allyson H. Owens*
                        Allyson H. Owens #26945
                        Assistant County Solicitor
                        Carroll Building
                        3450 Courthouse Drive
                        Ellicott City, Maryland 21043
                        (410) 313-4007

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that on this 7th day of June, 2012, a copy of the foregoing Withdrawal of Proof of Claim was mailed, postage prepaid, to:

> Tribune Company Claims Processing Center
> c/o Epig Bankruptcy Soluntions, LLC
> FDR Station, P.O. Box  5069
> New York, New York  10150-5069
>
> Adam G. Landis
> Landis Rath & Cobb LLP
> 919 Market Street, Suite 1800
> Wilmington, DE  19801
>
> U.S. Trustee
> 844 King Street, Room 2207
> Lockbox #35
> Wilmington, DE 19899-0035
>
> All creditors

*Allyson H. Owens*
Allyson H. Owens   #26945
Assistant County Solicitor