**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
|  | **Related to Docket No.  11836** |

**ROBERT R. MCCORMICK FOUNDATION AND CANTIGNY FOUNDATION'S**
**PROPOSED CHANGE TO SECTION 5.8.2 OF THE DCL PLAN**

Pursuant to the Court's request at the June 11 hearing, Robert R. McCormick Foundation and Cantigny Foundation (collectively, the "<u>Foundations</u>") submit the below change to section 5.8.2 of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as modified June 18, 2012) (the "DCL Plan"):

The Foundations request that the last sentence of section 5.8.2 of the DCL Plan be revised to what the DCL Plan proponents proposed on June 1, 2012 (*see* D.I. 11746 at ¶ 111; D.I. 11747, Ex. 2 at § 5.8.2), which is:

> For the avoidance of doubt, nothing in this Plan shall or is intended to impair the rights of (i) any Indenture Trustee or any Holder of a Senior Notes Claim or PHONES Notes Claim from prosecuting any Disclaimed State Law Avoidance Claim, with the exception of any Disclaimed State Law Avoidance Claim that becomes a Holder Released Claim pursuant to Section 11.2.2 of this Plan, ~~and~~ (ii) the Litigation Trust and Litigation Trustee from pursuing the Preserved Causes <u>of Action, and (iii) any defendant in defending against a Disclaimed State Law Avoidance Claim or a Preserved Cause</u> of Action.

Dated:  June 19, 2012

Respectfully submitted,

**ROBERT R. MCCORMICK FOUNDATION and CANTIGNY FOUNDATION**

By: /s/ Richard W. Riley
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Tel:  (302) 657-4900
Fax: (302) 657-4901
rwriley@duanemorris.com

and

John P. Sieger (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Tel:  (312) 902-5200
Fax:  (312) 902-1061
john.sieger@kattenlaw.com