# EXHIBIT 1

## Tribune Thirty Fourth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| BKD CPA & Advisors[3]<br>201 N. Illinois Street, Suite 700<br>Indianapolis, IN 46244-0998 | Tax Advisor | $40,000.00 |
| Booth Mitchel & Strange LLP<br>707 Wilshire Boulevard, Suite #4450<br>Los Angeles, CA 90017[4] | Litigation counsel to the Los Angeles Times - casualty claims and insurance matters; counsel for contractual and procedural risk allocation and avoidance | $40,000.00 |
| Brown, Shultz, Sheridan & Fritz[5]<br>210 Grandview Avenue<br>Camp Hill, PA 17011 | Accounting Consultant for The Morning Call | $20,000.00 |
| Foley & Lardner LLP[6]<br>111 N. Orange Ave. Suite 1800<br>Orlando, FL 32801 | Florida Environmental Counsel | $40,000.00 |
| Franke Greenhouse List & Lippitt LLP[7]<br>1228 15th St.<br>Denver, CO 80202 | Real Estate/Land Use Law | $35,000.00 |
| Gould & Ratner LLP<br>222 North LaSalle Street, Suite 800<br>Chicago, IL 60601 | Construction Law | $48,000.00 |
| Gray Robinson, P.A.[8]<br>201 N. Franklin Street<br>Tampa, FL 33602 | Patent Prosecution | $40,000.00 |
| Hungerford, Aldrin Nichols & Carter, P.C.[9]<br>2910 Lucerne Drive SE<br>Grand Rapids, MI 49546 | Accounting Consultant for Tribune Broadcasting LLC | $30,000.00 |

---

[3] BKD CPA & Advisors was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $8,000.

[4] Booth Mitchel & Strange LLP was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $5,000.

[5] Brown, Shultz, Sheridan & Fritz was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $1,000.

[6] Foley & Lardner LLP previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $20,000

[7] Franke Greenhouse List & Lippitt LLP previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $1,000.

[8] Gray Robinson, P.A. was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $15,000.

46429/0001-8630067v1

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Kaufman and Canoles, PC[10]<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23514-3037 | Litigation Counsel for the Daily Press (including First Amendment and General Litigation | $40,000.00 |
| Law Office of Don Craven[11]<br>Counselors at Law<br>1005 North Seventh Street<br>Springfield, IL 62702-3918 | First Amendment counsel | $40,000.00 |
| Littler Mendelson[12]<br>200 North LaSalle St., Suite 2900<br>Chicago, IL 60601-1014<br>(312) 795-3281 | Labor Litigation Counsel | $40,000.00 |
| Mandell Menkes LLC[13]<br>333 W. Wacker Drive, Suite 300<br>Chicago, IL 60606 | Intellectual Property contracts counsel | $45,000.00 |
| Miller, Kaplan, Arase & Co., LLP[14]<br>4123 Lankershim Blvd.<br>North Hollywood, CA 91602 | Accounting Consultant | $45,000.00 |
| Payne & Fears LLP[15]<br>Jamboree Center<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614 | Labor Litigation Counsel | $48,000.00 |
| The Law Office of Clara Martin PC<br>PO Box 351510<br>Los Angeles, CA 90035 | Internet and Technology Lw | $48,000.00 |
| Zwillinger Genetski LLP[16]<br>1705 N Street NW<br>Washington, D.C. 20036 | Security and Privacy Counsel | $35,000.00 |

---

[9] Hungerford, Aldrin Nichols & Carter, P.C. was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $1,000, which was later raised to $5,000.

[10] Kaufman and Canoles, PC was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $25,000.

[11] Law Office of Don Craven was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $5,000, which was later raised to $15,000.

[12] Littler Mendelson was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $10,000.

[13] Mandell Menkes LLC was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $30,000.

[14] Miller, Kaplan, Arase & Co., LLP was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $20,000.

[15] Payne & Fears LLP was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $48,000.

[16] Zwillinger Genetski LLP was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $15,000.

46429/0001-8630067v1