**Exhibit C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

### AFFIDAVIT OF HARRY AMSDEN IN SUPPORT OF THE MOTION OF HARRY AMSDEN, ROBERT GREMILLION, AND DAVID D. WILLIAMS FOR AN ORDER AUTHORIZING THE DEBTORS TO DEPOSIT THEIR 2010 MANAGEMENT INCENTIVE PLAN AWARDS INTO RABBI TRUSTS

STATE OF ILLINOIS         )
                          ) ss:
COUNTY OF COOK            )

HARRY AMSDEN, being duly sworn, deposes and states:

1. I submit this affidavit (the "Amsden Affidavit") in support of the Motion of Harry Amsden, Robert Gremillion, and David D. Williams For An Order Authorizing The Debtors To Deposit Their 2010 Management Incentive Plan Awards Into Rabbi Trusts.

2. I was employed in the Tribune Company ("the Company") organization for 25 years, from 1986 to 2011. I held ten different positions within various parts of that organization during this time period.

3. In 2010, I held the position of Senior Vice President of Financial Operations. My 2010 accomplishments included coordinating the development of the 2010 and 2011 Operating Plans, implementing cost-cutting measures for the Publishing Segment, coordinating the development of a comprehensive set of performance metrics for the newspapers in the Publishing Segment, assembling a centralized facilities management group for the entire organization and assisting the Company with many bankruptcy-related filings and other tasks

1336619.1

associated with the bankruptcy such as negotiating tolling agreements with vendors and gathering and reviewing data for the Publishing Segment for Disclosure Statement filings.

4.  I left the Company on July 29, 2011 and continued to consult for the Company until January 2012.

5.  In recognition of my contributions, the Compensation Committee of the Board of Directors of Tribune Company approved a 2010 MIP amount of $175,000 for me, which would represent approximately 39% of my 2010 annual compensation from Tribune.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Harry Amsden

SUBSCRIBED and SWORN to before me this 5th day of May, 2012.

_____
Notary Public

OFFICIAL SEAL
ROSARIE J. BARRIOS
NOTARY PUBLIC - STATE OF ILLINOIS
My Commission Exp. Dec. 5, 2014

1336619.1

2