**Exhibit D**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al., <br><br> Debtors | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> Jointly Administered |

**AFFIDAVIT OF ROBERT GREMILLION IN SUPPORT OF THE MOTION OF HARRY AMSDEN, ROBERT GREMILLION, AND DAVID D. WILLIAMS FOR AN ORDER AUTHORIZING THE DEBTORS TO DEPOSIT THEIR 2010 MANAGEMENT INCENTIVE PLAN AWARDS INTO RABBI TRUSTS**

STATE OF ILLINOIS        )
                         ) ss:
COUNTY OF COOK           )

ROBERT GREMILLION, being duly sworn, deposes and states:

1. I submit this affidavit (the "Gremillion Affidavit") in support of the Motion of Harry Amsden, Robert Gremillion, and David D. Williams For An Order Authorizing The Debtors To Deposit Their 2010 Management Incentive Plan Awards Into Rabbi Trusts.

2. I was employed with Tribune Company (the "Company") for 36 years,[1] from 1975 to 2011.

3. In 2010, I held the position of Executive Vice President of Tribune Publishing. During this time, I managed six daily Tribune newspapers, three television stations, and all associated publications and websites. In addition, I developed several digital initiatives (including video-for-web-and-mobile audience, advertising revenue growth, and digital skills assessment and training for newsroom and advertising department employees), trained and coached executives and publishers, and oversaw integration of Hartford business units, resulting in significant expense reductions.

---

[1] In 1983, the Company bought NOLA TV station. I had been employed with the NOLA TV station, WGNO-TV since 1975. The Company gave me employment credit for my time at WGNO-TV.

1335890.1

4. In recognition of my contributions, the Compensation Committee approved for me a 2010 MIP amount of $402,500, which would represent 44% of my 2010 annual income.

5. I declare under penalty of perjury that the foregoing is true and correct.

_____
Robert Gremillion

SUBSCRIBED and SWORN to before me this 4 day of May, 2012.

_____
Notary Public

DOUGLAS A BRZUCHALSKI
MY COMMISSION # DD976653
EXPIRES March 30, 2014
(407) 398-0153    FloridaNotaryService.com