**Exhibit E**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al., <br><br> Debtors | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> Jointly Administered |

**AFFIDAVIT OF DAVID D. WILLIAMS IN SUPPORT OF THE MOTION OF HARRY AMSDEN, ROBERT GREMILLION, AND DAVID D. WILLIAMS FOR AN ORDER AUTHORIZING THE DEBTORS TO DEPOSIT THEIR 2010 MANAGEMENT INCENTIVE PLAN AWARDS INTO RABBI TRUSTS**

STATE OF ILLINOIS      )
                                      ) ss:
COUNTY OF COOK      )

DAVID D. WILLIAMS, being duly sworn, deposes and states:

1. I submit this affidavit (the "Williams Affidavit") in support of the Motion of Harry Amsden, Robert Gremillion, and David D. Williams For An Order Authorizing The Debtors To Deposit Their 2010 Management Incentive Plan Awards Into Rabbi Trusts.

2. I was employed with Tribune Company (the "Company") for 42 years, from 1969 to 2011. I continue to consult for the Company.

3. In 2010, I held the position of President and CEO of Tribune Media Services ("TMS"). At this time, I contributed to TMS' continued growth, its maintenance of its strong pre-recession financial and market position, its entrance into the growing market for online video metadata, and its position as one of the best performing business units in the Company.

4. Specifically, in 2010, I led TMS to achieve an Operating Cash Flow ("OCF") and OCF Margin that exceeded its plan expectations. As a result, TMS as a unit exceeded its 2010 MIP Target. These achievements were a result of increased year-over-year sales in crucial new digital media markets, European sales, and Zap2it.com advertising sales, coupled with

1335882

significant cost savings. Strategically, TMS continued to enhance its market position by (1) acquiring CastTV, thus enabling TMS to enter the growing market for online metadata content; (2) developing and launching a next-generation technology platform that will continue to reduce operating costs and create a foundation for all future core system enhancements; and (3) securing access to new sources of critical metadata content including images, keywords, descriptions and recommendations.

5. In recognition of my contributions, the Compensation Committee approved for me a 2010 MIP amount of $205,000.00, which would represent 39% of my 2010 annual income.

6. I declare under penalty of perjury that the foregoing is true and correct.

_____
David D. Williams

SUBSCRIBED and SWORN to before me this 4th day of May, 2012.

_____
Notary Public

****OFFICIAL SEAL****
ZINA D. LEONARD
Notary Public - State of Michigan
County of Berrien
My Commission Expires: 2/26/48
Acting in the County of Berrien

1335882