## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Objection Deadline: July 3, 2012 at 4:00 p.m. ET**<br><br>**Hearing Date: July 11, 2012 at 10:00 a.m. ET** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on this 20th day of June, 2012, Harry Amsden, Robert Gremillion, and David D. Williams have filed the **Motion of Harry Amsden, Robert Gremillion, and David D. Williams for an Order Authorizing the Debtors to Deposit Their 2010 Management Incentive Plan Awards into Rabbi Trusts** ("Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 ("Court").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held at the Court, on **July 11, 2012 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that responses to the Motion, if any, must be filed with the Court on or before **July 3, 2012 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that at the same time you file a response to the Motion, you must also serve a copy of the response upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  June 20, 2012           Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ LLP**

_____
Jeffrey C. Wisler (#2795)
Marc J. Phillips (# 4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
Telephone:  (302) 658-9141
Facsimile:   (302) 658-0380
Email:  jwisler@cblh.com
        mphillips@cblh.com

John R. McCambridge
George R. Dougherty
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 704-7700
Facsimile:   (312) 558-1195
Email: jmccambridge@grippoelden.com
        gdougherty@grippoelden.com

Attorneys for Harry Amsden, Robert Gremillion and David D. Williams

#4888765