## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 20th day of June, 2012, I caused a true and correct copy of the **Notice of Motion** to be served upon the attached service list.

_____
Jeffrey C. Wisler (#2795)

#4888777

A.M. SACCULLO LEGAL, LLC
ANTHONY M. SACCULLO, ESQ
THOMAS H. KOVACH, ESQ.
27 CRIMSON KING DRIVE
BEAR, DE 19701

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: COREY SMITH BOTT, BRIAN G. ESDERS
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
809 GLENEAGLES COURT, SUITE 320
TOWSON, MD 21286

ACXIOM CORPORATION
ATTN. C.B. BLACKARD, III
CORPORATE COUNSEL
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN & PHILIP C.
DUBLIN, ESQ.
ONE BRYANT PARK
NEW YORK, NY 10036

ALLISON, SLUTSKY & KENNEDY, PC
ANGIE M. COWAN
230 W MONROE ST, STE 2600
CHICAGO, IL 60606

AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO, INC.
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANDREW S. CONWAY, ESQUIRE
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

ANDREWS KURTH LLP
ATTN: PAUL SILVERSTEIN, ESQ.
450 LEXINGTON AVENUE
NEW YORK, NY 10017

ARCHER & GREINER, PC
JOHN V. FIORELLA, ESQ.
300 DELAWARE AVE, STE 1370
WILMINGTON, DE 19801

ARKIN KAPLAN RICE LLP
HOWARD J. KAPLAN, ESQ.
DEANNA DAVIDIAN, ESQ.
590 MADISON AVENUE
NEW YORK, NY 10022

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN
KAREN SKOMORUCHA, ESQ.
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899

ASHBY & GEDDES, PA
WILLIAM P. BOWDEN
AMANDA M. WINFREE
500 DELAWARE AVENUE, 8TH FLOOR
PO BOX 1150
WILMINGTON, DE 19899

ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASDOUNIS, ESQ.
401 NORTH MICHIGAN AVENUE, STE 550
CHICAGO, IL 60611

BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW, ESQ
DAVID T. MAY, ESQ
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1200
WILMINGTON, DE 19801

BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN
155 FEDERAL ST, 9TH FL
BOSTON, MA 02110

BAYARD, P.A.
JUSTIN R. ALBERTO, ESQ.
222 DELAWARE AVENUE
WILMINGTON, DE 19899

BELKIN BURDEN WENIG & GOLDMAN, LLP
ATTN: JOSHUA G. LOSARDO, ESQ.
270 MADISON AVENUE
NEW YORK, NY 10016

BIFFERATO GENTILOTTI LLC
GARVAN F. MCDANIEL, ESQ.
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO
KEVIN COLLINS, ESQ.
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

BLAKELEY & BLAKELEY LLP
ATTN: JOHN WHITE, ESQ.
2 PARK PLAZA, SUITE 400
IRVINE, CA 92614

BLANK ROME LLP
ATTN: DAVID W. CARIKHOFF
1201 MARKET ST; STE 800
WILMINGTON, DE 19801

BLOOM HERGOTT DIEMER ROSENTHAL
LAVIOLETTE FELDMAN & GOOD MAN, LLP
150 S. RODEO DRIVE, 3RD FLOOR
BEVERLY HILLS, CA 90212

BRACEWELL & GUILIANI LLP
ATTN: E. FLASCHEN, ESQ
D. CONNOLLY, ESQ;
A. ANDREW SCHOULDER, ESQ
GOODWIN SQUARE
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT 06103-1516

BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
COUNTY ATTORNEY FOR BROWARD
COUNTY GOVT CENTER
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

BROWN RUDNICK LLP
ATTN. ROBERT J. STARK
DANIEL J. SAVAL, ESQ.
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN STONE NIMEROFF LLC
ATTN. JAMI B. NIMEROFF, ESQ.
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BUCHALTER NEMER
PAMELA KOHLMAN WEBSTER
1000 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CA 90017-2457

BUCHALTER NEMER, A PROFESSIONAL
CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FL
SAN FRANCISCO, CA 94105-2126

CANON USA, INC
ATTN RUTH WIENSTEIN
1 CANON PLAZA
LAKE SUCCESS, NY 11042

CAPITALSOURCE FINANCE LLC
ATTN: JOANNE FUNGAROLI, ESQ.
4445 WILLARD AVENUE, 12TH FLOOR
CHEVY CHASE, MD 20815

CATHOLIC CHARITIES
ATTN: JOSEPH AUGUSTYNIAK
1966 GREENSPRING DRIVE, SUITE 200
TIMONIUM, MD 21093

CHADBOURNE & PARKE LLP
ATTN HOWARD SEIFE
DAVID M LEMAY
 DOUgLAS E. DEUTSCH
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

CHRISTINE Z. HERI
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
230 SOUTH DEARBORN, ROOM 844
CHICAGO, IL 60604

COHEN WEISS & SIMON LLP
ATTN BABETTE A CECCOTI
330 WEST 42ND STREET
NEW YORK, NY 10036

COLE SCHOTZ MEISEL FORMAN & LEONARD,
NORMAN L PERNICK, ESQ
KATE STICKLES, ESQ
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF REVENUE, BUREAU OF
ACCOUNTS SETTLEMENT
THOMAS W. CORBETT, JR., ESQ.
CAROL E. MOMJIAN, ESQ.
PA I.D. NO. 049219
OFFICE OF ATTORNEY GENERAL
PHILADELPHIA, PA 19107-3603

COOCH & TAYLOR PA
ATTN: SUSAN E. KAUFMAN, ESQ.
1000 WEST STREET, 10TH FLOOR
WILMINGTON, DE 19801

COTCHETT, PITRE & MCCARTHY
ATTN: PHILIP GREGORY, ESQ.
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA 94010

COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1400
WILMINGTON, DE 19801

CROSS & SIMON LLC
ATTN: CHRISTOPHER P. SIMON, ESQ.
913 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

CROSS & SIMON, LLC
JOSEPH GREY, ESQ.
913 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

CROUDACE & DIETRICH LLP
ATTN. MARK A NITIKMAN, ESQUIRE
4750 VON KARMAN AVENUE
NEWPORT BEACH, CA 92660

CROWELL & MORING LLP
ATTN. MICHAEL V. BLUMENTHAL, ESQ.
590 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10022

DANIEL SMIRLOCK, DEPUTY COMMISSIONER
AND COUNSEL
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
ROCHESTER, NY 14604

DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DEWEY & LEBOEUF LLP
ALAN SALPETER, ESQ.
THERESE KING NOHOS, ESQ.
TWO PRUDENTIAL PLAZA, SUITE 3700
180 NORTH STETSON AVENUE
CHICAGO, IL 60601

DEWEY & LEBOEUF LLP
BRUCE BENNETT
JAMES O. JOHNSTON
JOSHUA M. MESTER
333 SOUTH GRAND AVENUE, SUITE 2600
LOS ANGELES, CA 90017

DLA PIPER LLP (US)
ATTN: STUART M. BROWN, ESQ., R. CRAIG
MARTIN, ESQ.
MICHELLE E. MARINO, ESQ.
919 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

DLA PIPER LLP (US)
JODIE E. BUCHMAN, ESQ.
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600

DUANE MORRIS
ATTN: LAWRENCE J. KOTLER, ESQUIRE
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

DUANE MORRIS LLP
ATTN. MICHAEL R. LASTOWSKI, ESQ. &
SOMMER L. ROSS
222 DELAWARE AVENUE, SUITE 1600
WILMINGTON, DE 19801-1659

DUANE MORRIS LLP
RICHARD W.RILEY; SOMMER L. ROSS
222 DELAWARE AVENUE, SUITE 1600
WILMINGTON, DE 19801-1659

ECKERT,SEAMANS, CHERIN & MELLOT, LLC
ATTN. MARGARET F. ENGLAND, ESQUIRE
300 DELAWARE AVENUE, SUITE 1210
WILMINGTON, DE 19801

ELKINS KALT WEINTRAUB REUBEN
GARTSIDE LLP
ATTN: KEITH D. ELKINS, ESQ.
1800 CENTURY PARK EAST, 7TH FLOOR
LOS ANGELES, CA 90067

ELLIOTT GREENLEAF
COUNSEL TO CORESTAFF SERVICES
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
BEVERLY HILLS, CA 90212

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK
SUITE 2800
CHICAGO, IL 60610-4500

FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306

FOX ROTHSCHILD LLP
ATTN:  JEFFREY M. SCHLERF
JOHN H. STROCK, ESQS.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60654

FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
101 BILBY ROAD
HACKETTSTOWN, NJ 07840

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ
DEVON J. EGGERT, ESQ.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
EDWARD A. FRIEEDMAN
WILLIAM P.WEINTRAUB
1633 BROADWAY
NEW YORK, NY 10019-6708

FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1901 AVENUE OF THE STARS, SUITE 1700
LOS ANGELES, CA 90067-4409

FURMAN GREGORY LLC
DONALD R. FURMAN JR.
75 FEDERAL ST, 9TH FL
BOSTON, MA 02110

GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS
 CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

GOHN HANKEY & STICHEL LLP
COUNSEL TO CORESTAFF SERVICES
ATTN JAN I BERLAGE
201 NORTH CHARLES STREET
SUITE 201
BALTIMORE, MD 21201

GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC
AND HOFF, LTD.
ATTN. BRIAN M. DOUGHERTY
835 MCCLINTOCK DRIVE, SECOND FLOOR
WILLOWBROOK, IL 60527

GREENBERG TRAURIG, LLP
ATTN: DENNIS A. MELORO
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE 19801

GREENBERG TRAURIG, LLP
ATTN: KEVIN P. GARLAND, ESQ.
2450 COLORADO AVENUE, SUITE 400 E
SANTA MONICA, CA 90404

GREENE RADOVSKY MALONEY SHARE &
HENNIGH LLP
EDWARD J. TREDINNICK, ESQ.
FOUR EMBARCARCADERO CENTER, STE 4000
SAN FRANCISCO, CA 94111

HANNAFAN & HANNAFAN, LTD.
MICHAEL T. HANNAFAN, ESQ.
BLAKE T. HANNAFAN, ESQ.
JAMES A. MCGUINNESS, ESQ.
ONE EAST WACKER DRIVE, SUITE 2800
CHICAGO, IL 60601

HARRIS CORPORATION
ANTHONY DEGLOMINE, III
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL 32919

HERRICK FEINSTEIN LLP
ATTN PAUL RUBIN, ESQ.
STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL
CORPORATE COUNSEL
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID 83714-0021

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT &
RECOVERY ANALY
2125 E. KATELLA AVE.
SUITE 400
ANAHEIM, CA 92806

HOGAN LOVELLS
ATTN: SCOTT A. GOLDEN, ESQ.
IRA S. GREENE, ESQ.
875 THIRD AVENUE
NEW YORK, NY 10022

HOWARD COUNTY OFFICE OF LAW
ATTN. MARGARET ANN NOLAN
COUNTY SOLICITOR
CAMELA J. SANDMANN,
ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

IBM CORPORATION
ATTN BEVERLY H SHIDELER
TWO LINCOLN CENTRE
OAKBROOK TERRACE, IL 60181

INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD 21201

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA, PA 19114

J. SCOTT DOUGLASS
909 FANNIN, SUITE 1800
HOUSTON, TX 77010

JD THOMPSON LAW
ATTN: JUDY D. THOMPSON
P.O. BOX 33127
CHARLOTTE, NC 28233

JENNER & BLOCK LLP
ATTN: DAVID J. BRADFORD
CATHERINE L. STEEGE
ANDREW W. VAIL
330 N. WABASH AVENUE
CHICAGO, IL 60611-7603

K&L GATES LLP
ATTN: JEFFREY N. RICH, ESQ.
599 LEXINGTON AVE
NEW YORK, NY 10022-6030

K&L GATES LLP
CHARLES R. SMITH, ESQ.
K&L GATES CENTER
210 6TH AVENUE, SUITE 1100
PITTSBURGH, PA 15222-2613

KAMAKAZEE KIWI COPORATION
3835-R EAST
THOUSDAN OAKS BLVD. #343
WESTLAKE VILLAGE, CA 91362

KASOWITZ, BENSON, TORRES & FRIEDMAN P
ATTN: DAVID S. ROSNER
ANDREW K. GLENN
SHERON KORPUS
1633 BROADWAY
NEW YORK, NY 10019

KATTEN MUCHIN ROSENMAN LLP
JOHN P. SIEGER
ALEXANDER S. VESSELINOVITCH;
DANIEL J. POLATSEK
JOSHUA A. GADHARF
525 W. MONROE STREET
CHICAGO, IL 60661-3693

KAYE SCHOLER LLP
425 PARK AVE
MADLYN GLEICH PRIMOFF, ESQ
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ERICK R. WILSON, ESQ.
HOWARD S.STEEL, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: LEE R. BOGDANOFF, ESQ.
MARTIN R. BARASH, ESQ.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN:  KENNETH N. KLEE, ESQ.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

KLEHR HARRISON HARVEY BRANZBURG
MICHAEL W. YURKEWICZ, ESQUIRE
919 MARKET STREET, SUITE 1000
WILMINGTON, DE 19801

LANDIS RATH & COBB LLP
ATTN ADAM G LANDIS, ESQ.
MATTHEW B MCGUIRE, ESQ.
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

LESLIE A. COHEN, ESQUIRE
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA, CA 90401

LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.
ATTN: DANIEL FEINBERG, ESQ.
ANGELICA K. JONGCO, ESQ.
NINA WASOW, ESQ.
1330 BROADWAY, SUITE 1800
OAKLAND, CA 94612

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

LINEBARGER GOGGAN BLAIR & SAMPSON
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
STE 1600
DALLAS, TX 75201

LOIZIDES, P.A.
CHRISTOPHER D. LOIZIDES
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801

MAGNOZZI & KYE, LLP
AMISH R. DOSHI, ESQ.
ONE EXPRESSWAY PLAZA, SUITE 114
ROSLYN HEIGHTS, NY 11577

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801

MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
680 E. SWEDESFORD ROAD
WAYNE, PA 19087

MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ.
JEFFREY G. TOUGAS, ESQ.
AMIT K. TREHAN, ESQ.
JEAN-MARIE L. ATAMIAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

MCCARTER & ENGLISH, LLP
ATTN: DAVID ADLER, ESQ.
245 PARK AVE, 27TH FL
NEW YORK, NY 10167

MCCARTER & ENGLISH, LLP
ATTN: KATHARINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 N. MARKET STREET, 8TH FL
WILMINGTON, DE 19801

MCGUIRE WOODS LLP
ATTN. PAUL J. CATANESE
PATRICIA K. SMOOTS
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

MCPHARLIN SPRINKLES & THOMAS, LLP
ATTN. ELAIN M. SEID
10 ALMADEN BLVD., SUITE 1460
SAN JOSE, CA 95113

MEITES, MULDER & GLINK
ATTN: THOMAS MEITES, ESQ.
MICHAEL MULDER, ESQ.
321 S. PLYMOUTH CT, SUITE 1250
CHICAGO, IL 60604

MESSANA ROSNER & STERN, LLP
FREDERICK B. ROSNER, ESQ.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

MICHAEL A. COX, ATTORNEY GENERAL
DEBORAH B. WALDMEIR, STATE OF
MICHIGAN, DEPT. OF TREASURY
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

MICHAEL SCHLOSS
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC 20013

MISSOURI DEPARTMENT OF REVENUE
ATTN: SUSAN L. LISSANT
SPECIAL ASSISTANT ATTORNEY GENERAL
GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MONZACK MERSKY MCLAUGHLIN AND
BROWDER, P.A.
ATTN. RACHEL B. MERSKY, ESQUIRE
1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

MORGAN, LEWIS & BOCKIUS LLP
ATTN: COLM F. CONNOLLY, ESQ.
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 501
WILMINGTON, DE 19801

MORGAN, LEWIS & BOCKIUS LLP
MENACHEM O. ZELMANOVITZ, ESQ.
RACHEL JAFFE NAUCERI
101 PARK AVENUE
NEW YORK, NY 10178-0060

MORGAN, LEWIS & BOCKIUS LLP
CHARLES C. JACKSON
THEODORE M. BECKER
77 WEST WACKER DRIVE
CHICAGO, IL 60601-5094

MORGAN, LEWIS & BOCKIUS LLP
RACHEL JAFFE MAUCERI, ESQ.
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: DEREK C. ABBOTT, ESQ.
CURTIS S. MILLER, ESQ.
1201 NORTH MARKET STREET, 18TH FLOOR
PO BOX 1347
WILMINGTON, DE 19899-1347

MUCH SHELIST DENENBERG AMENT AND
RUBENSTEIN, PC
ATTN: COLLEEN E. MCMANUS
191 NORTH WACKER DRIVE, STE 1800
CHICAGO, IL 60606

NAVIGANT CONSULTING, INC.
MONICA M. WEED, ESQ.
30 S. WACKER DRIVE, SUITE 3550
CHICAGO, IL 60606

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
ATTN. ROBERT L. COOK, DISTRICT TAX
ATTORNEY
333 EAST WASHINGTON ST., 3RD FLOOR
SYRACUSE, NY 13202

NOLAN, PLUMHOFF & WILLIAMS,
CHARTERED
ATTN. ROBERT L. HANLEY, JR. ESQUIRE
SUITE 700, NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
TOWSON, MD 21204

O'MELVENY & MYERS LLP
ATTN: B. BUTWIN, ESQ.
D. CANTOR, ESQ. D. SHAMAH, ESQ.
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY 10036

O'MELVENY & MYERS LLP
ATTN: EVAN M. JONES, ESQ.
400 SOUTH HOPE STREET
LOS ANGELES, CA 90071

OFFICE OF THE UNITED STATES TRUSTEE
DAVID M. KLAUDER, ESQ.
UNITED STATES DEPT OF JUSTICE
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE 19899-0035

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES
TIMOTHY P. CAIRNS AND
MARK M. BILLION, ESQS.
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DE 19899

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
ATTN: JOSEPH L. CHRISTENSEN
500 DELAWARE AVENUE, SUITE 200
PO BOX 32
WILMINGTON, DE 19899-0032

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
CHARLES E. DAVIDOW
2001 K. STREET, N.W.
WASHINGTON, DC 20006-1047

PAUL, WEISS, RIFKIND, WHARTON &
GARRISSON LLP
ATTN: STEPHEN J. SHIMSHAK, ANDREW
GORDON, DAVID W.
BROWN, LAUREN SHUMEJDA
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PENNSYLVANIA OFFICE OF ATTORNEY
GENERAL
ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY
ATTORNEY
GENERAL-IN-CHARGE
21 SOUTH 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

PENSION BENEFIT GUARANTY
CORPORATION
ATTN FRANK A ANDERSON, CASSANDRA R
BURTON, &
KARTAR S KHALSA, ESQ
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PEPPER HAMILTON LLP
ATTN. DAVID B. STRATTON, LEIGH-ANNE M.
RAPORT,ESQ.
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709

PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON
JOHN H.     SCHANNE, II
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709

PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
WILMINGTON, DE 19806

PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: ADAM HILLER & DONNA HARRIS
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

POLSINELLI SHUGHART PC
CHRISTOPHER A. WARD, ESQ.
SHANTI M. KATONA, ESQ.
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
HERCULES PLAZA
1313 N MARKET ST, PO BOX 951
WILMINGTON, DE 19899-0951

PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ.
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES, CA 90067

QUARLES & BRADY LLP
PHILIP V. MARTINO, ESQ.
101 EAST KENNEDY BOULEVARD, SUITE 3400
TAMPA, FL 33602

RICHARDS, LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQ.
920 NORTH KING STREET
WILMINGTON, DE 19801

RIDDELL WILLIAMS, P.S.
ATTN. JOSEPH E. SHICKICH, JR. & MARIA
ANN MILANO
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192

ROBINSON BROG LEINWAND GREEN
GENOVESE & GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
875 THIRD AVENUE, 9TH FL
NEW YORK, NY 10022

ROMERO LAW FIRM
MARTHA E. ROMERO, ESQ.
BMR PROFESSIONAL BLDG
6516 BRIGHT AVENUE
WHITTIER, CA 90601

RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
(COUNSEL TO ESTHER RHEIN)
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN. MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

SAUL EWING LLP
ATTN: MARK MINUTI, ESQUIRE
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899

SCHULTE ROTH & ZABEL LLP
LAWRENCE V. GELBER, ESQUIRE
ADAM L. HIRSCH, ESQUIRE
919 THIRD AVENUE
NEW YORK, NY 10022

SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20020

SEITZ, VAN OGTROP & GREEN, P.A.
ATTN: R.KARL HILL, ESQ.
222 DELAWARE AVENUE, STE 1500
PO BOX 68
WILMINGTON, DE 19899

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603

SIDLEY AUSTIN LLP
KEVIN T. LANTRY, ESQ.
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

SIDLEY AUSTIN LLP
JAMES F. CONLAN, ESQ.
BRYAN KRAKAUER, ESQ.
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

SILVERMAN MCDONALD & FRIEDMAN
ATTN: BRIAN E. LUTNESS, ESQ.
COUNSEL TO MARCIA WILLETTE
GUARDIAN TO ZACHARY MITZKOVITZ
1010 N. BANKCROFT PARKWAY, SUITE 22
WILMINGTON, DE 19805

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SIRLIN GALLOGLY & LESSER, P.C.
DANA S. PLON, ESQ.
123 SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PA 19109

STEMPEL BENNETT CLAMAN & HOCHBERG
ATTN EDMOND P O'BRIEN ESQ
675 THIRD AVENUE 31ST FLOOR
NEW YORK, NY 10017

STUART MAUE
ATTN: W. ANDREW DALTON
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS, MO 63044

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN
ELIHU E. ALLINSON, III
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801

SULLIVAN HAZELTINE ALLISON LLC
WILLIAM HAZELTINE, ESQ.
4 EAST 8TH STREET
STE. 400
WILMINGTON, DE 19801

TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601

THE DSF GROUP
ALLAN I. MUSCOVITZ, SR. ACCOUNTANT
950 WINTER STREET, STE 4300
WALTHAM, MA 02451-1486

THE REIMANN LAW GROUP
ATTN. DAVID W. REIMANN, ESQUIRE
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

THE SEAPORT GROUP LLC
ATTN SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK, NY 10017

TOOD M. HOEPKER, ESQ.
POST OFFICE BOX 3311
ORLANDO, FL 32802-3311

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD, CT 06183-4044

TRESSLER SODERSTORM MALONEY &
 PRESS, LLP
ATTN. JACQUELINE A. CRISWELL
SEARS TOWER, 22ND FLOOR
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606-6314

TWENTIETH TELEVISION, INC.
ATTN: JODIE REA
2121 AVENUE OF THE STARS, SUITE 1754
LOS ANGELES, CA 90067

TYBOUT REDFEARN AND PELL
ATTN. SHERRY RUGGIERO FALLON
750 SHIPYARD DRIVE, SUITE 400
WILMINGTON, DE 19899-2092

U.S. DEPARTMENT OF JUSTICE
ATTN. YONATAN GELBLUM, TRIAL ATTY.,
TAX DIVISION
555 4TH ST. NW ROOM 6110, P.O. BOX 227
WASHINGTON, DC 20044

UNGARETTI & HARRIS
ATTN. GEORGE R. MESIRES, ESQ.
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON
CHICAGO, IL 60602

UNISYS CORPORATION
ATTN. JANET FITZPATRICK, LEGAL
ASSISTANT
UNISYS WAY
P.O. BOX 500, M/S E8-108
BLUE BELL, PA 19424

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
MATTHEW J. TROY, ESQ.
PO BOX 875
WASHINGTON, DC 20004-0875

UNITED STATES DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
ELIZABETH S. GOLDBERG, ESQUIRE
PLAN BENEFITS SECURITY DIVISION
WASHINGTON, DC 20013

US ATTORNEY'S OFFICE
ELLEN W. SLIGHTS, ESQ
1201 MARKET ST, SUITE 1100
PO BOX 2046
WILMINGTON, DE 19899-2046

VORYS SATER SEYMOUR & PEASE LLP
ATTN: TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS, OH 43215

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS, OH 43215

WARNER BROS. TELEVISION DISTRIBUTION,
INC.
ATTN: WAYNE M. SMITH, ESQ.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA 91522

WEISS SEROTA HELFMAN PASTORIZA COLE
& BONISKE, P.L
ATTN: DOUGLAS R. GONZALES, ESQUIRE
200 EAST BROWARD BOULEVARD, ST. 1900
FORT LAUDERDALE, FL 33301

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA
GERARD H. UZZI, SCOTT
GREISSMAN, ESQS.
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WILLKIE FARR & GALLAGHER LLP
ATTN. ALAN J. LIPKIN
JEREMY E. CRYSTAL, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019

WILMER CUTLER PICKERING HALE AND
DORR LLP
ATTN: ANDREW GOLDMAN, ESQ.
399 PARK AVENUE
NEW YORK, NY 10022

WILMINGTON TRUST COMPANY
ATTN. PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166

YOUNG CONAWAY STARGATT & TAYLOR
ATTN: ROBERT S. BRADY
M. BLAKE CLEARY, ESQ.
THE BRADYWINE BUILDING - 17TH FLOOR
1000 WEST STREET, POST OFFICE BOX 391
WILMINGTON, DE 19899-0391

ZUCKERMAN SPAEDER LLP
THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHALL GULDI, ESQ.
919 MARKET STREET, STE 990
WILMINGTON, DE 19801

ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
WASHINGTON, DC 20036

ZWERDLKING PAUL KAHN & WOLLY PC
LOCAL 32035, TNG-CWA
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420