TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

4X SOLUTIONS, INC.
305 WEST BROADWAY # 241
NEW YORK, NY 10013

Claim Number: 5105
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $23,170.00 |
|---|---|---|

900 UNIVERSITY AVENUE
STUDENT SERVICES BUILDING 2103
RIVERSIDE, CA 92521

Claim Number: 3213
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $245.00 |
|---|---|---|

ABATEMARCO, FRED A.
25 CHAPEL PLACE, 3E
GREAT NECK, NY 11021

Claim Number: 3968
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $105,156.30 | Scheduled: | $58,175.00 UNLIQ |
|---|---|---|---|---|

ABATEMARCO, FRED A.
25 CHAPEL PLACE, 3E
GREAT NECK, NY 11021

Claim Number: 6952
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3968

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

ABBEY CAREGIVERS, LLC
2872 ARBELLA LN
THOUSAND OAKS, CA 91362-1757

Claim Number: 2962
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| ABOVENET COMMUNICATIONS, INC.<br>ATTN: THOMAS L. KELLY<br>360 HAMILTON AVENUE<br>WHITE PLAINS, NY 10601 | Claim Number: 4983<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $12,697.72 | Allowed: | $10,883.78 |
|---|---|---|---|---|

| ACACIA MEDIA TECHNOLOGIES<br>500 NEWPORT CENTER DR   STE 700<br>NEWPORT NEWS, CA 92660 | Claim Number: 2591<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| UNSECURED | Claimed: | $58,951.09 |
|---|---|---|

| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | Claim Number: 3625<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

| ACCOUNTEMPS<br>2613 CAMINO RAMON #3<br>SAN RAMON, CA 94583-9128 | Claim Number: 5976<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

| ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | Claim Number: 5642<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $33,334,456.00 | UNLIQ |

---

| ADT SECURITY SERVICES<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | Claim Number: 6166<br>Claim Date: 08/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,129.66 | | |

| ADVANCED BOILER CONTROL SERVICE<br>8730 CLINE AVE<br>CROWN POINT, IN 46307 | Claim Number: 2970<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,069.00 | Scheduled: | $2,069.85 |

| ADVOCATE FITNESS<br>OCCUPATIONAL HEALTH<br>PO BOX 70003<br>CHICAGO, IL 60673 | Claim Number: 4658<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,423.07 | Scheduled: | $27,423.07 |

| AGEMA, GERALD<br>12630 S. TIMBERLANE DRIVE<br>PALOS PARK, IL 60464 | Claim Number: 6864<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| AIG CASUALTY COMPANY ET AL<br>MICHELLE A. LEVITT AUTHORIZED REP.<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECT.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 5017<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| AKBAR OMAR INC DEFINED BENEFIT PLAN TR<br>U-A 10-01-84<br>222 NORTH SUNSET AVE STE C<br>WEST COVINA, CA 91790-2278 | Claim Number: 6532<br>Claim Date: 06/16/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $3,400.00 | Scheduled: | $3,400.00 |
|---|---|---|---|---|

| ALCANTAR, GERALD J.<br>5445 SELMARINE DR.<br>CULVER CITY, CA 90230 | Claim Number: 3967<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $11,811.29 |
|---|---|---|

| ALFANO, RICHARD S.<br>403 BRYN MEADOWS<br>SOUTHLAKE, TX 76092 | Claim Number: 3966<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $56,537.94 | Scheduled: | $22,262.00 UNLIQ |
|---|---|---|---|---|

| ALFANO, RICHARD S.<br>403 BRYN MEADOWS<br>SOUTHLAKE, TX 76092 | Claim Number: 6953<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3966 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| ALL DIRECT MAIL SERVICES INC<br>15392 COBALT ST<br>SYLMAR, CA 91342 | Claim Number: 3384<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $300.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

ALLEN, F. ASHLEY
C/O CATHERINE G. PAPPAS, ESQ.
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA 19102

Claim Number: 7052
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

ALLEN, F. ASHLEY
C/O CATHERINE G. PAPPAS, ESQ.
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA 19102

Claim Number: 7053
Claim Date: 11/02/2011
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

ALLEN, JAMES
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4911
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

---

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

ALLEN, JAMES, ET AL
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4939
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

---

| UNSECURED | Claimed: | $1,500,000.00 |
| --- | --- | --- |

ALLIANCE MAINTENANCE SERVICES
855 MORSE AVE
ELK GROVE VILLAGE, IL 60007

Claim Number: 2147
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $41,243.25 | Scheduled: | $41,243.25 |
| --- | --- | --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| AMBROSE,JOHN DBA HOME RUN DISTRIBUTIONS, INC. CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | Claim Number: 5857 Claim Date: 06/18/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 4774 (06/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $109,749.64 | Scheduled: | $0.00 UNLIQ |
| AMERICAN DOOR AND DOCK 2125 HAMMOND DRIVE SCHAUMBURG, IL 60173 | Claim Number: 1949 Claim Date: 04/27/2009 Debtor: TRIBUNE COMPANY | | | |
| ADMINISTRATIVE UNSECURED | Claimed: | $342.25 | Scheduled: | $342.25 |
| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS HEALTH & RETIREMENT FUNDS ATTN: JOE HARRIS 261 MADISON AVENUE NEW YORK, NY 10016 | Claim Number: 4886 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | |
| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS ATTN: DEBRA OSOFSKY 261 MADISON AVENUE NEW YORK, NY 10016 | Claim Number: 4891 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | |
| AMERICAN TOWER CORPORATION ATTENTION: DREW GALVIN 116 HUNTINGTON AVENUE BOSTON, MA 02116 | Claim Number: 3478 Claim Date: 06/04/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3803 (03/22/2010) | | | |
| UNSECURED | Claimed: | $79,679.75 | Scheduled: | $64,463.19 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| AMINCO INTERNATIONAL | Claim Number: 6671 |
| 20571 CRESCENT BAY DRIVE | Claim Date: 11/08/2010 |
| LAKE FOREST, CA 92630 | Debtor: TRIBUNE COMPANY |
| | Comments: DOCKET: 5913 (07/21/2011) |
| | THIS CLAIM HAS BEEN SATISFIED |

| UNSECURED | Claimed: | $1,959.00 |

---

| AMMERDALE TRUST | Claim Number: 940 |
| C/O DAVID KISSI | Claim Date: 02/13/2009 |
| PO BOX 77878 | Debtor: TRIBUNE COMPANY |
| ONE MASSACHUSETTS AVE NE | Comments: EXPUNGED |
| WASHINGTON, DC 20013 | DOCKET: 11245 (03/28/2012) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| AMORIM, KEVIN C. | Claim Number: 5326 |
| 5 DAWN DR. | Claim Date: 06/12/2009 |
| EAST NORTHPORT, NY 11731 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| AMSDEN, HARRY | Claim Number: 3284 |
| 72 ROSE PLACE | Claim Date: 05/29/2009 |
| CLARENDON HILLS, IL 60514 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $208,333.33 |

---

| AMSDEN, HARRY | Claim Number: 3287 |
| 72 ROSE PLACE | Claim Date: 05/29/2009 |
| CLARENDON HILLS, IL 60514 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $391.48 | Scheduled: | $391.48 |

---

---

| AMSDEN, HARRY<br>72 ROSE PLACE<br>CLARENDON HILLS, IL 60514 | Claim Number: 6865<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ANDERSON, PATRICK<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4908<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| ANGEL COVERS<br>PO BOX 6891<br>BROOMFIELD, CO 80021 | Claim Number: 5791<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| ANNAPOLIS WEST LIMITED PARTNERSHIP<br>RE: ANNAPOLIS 60 WEST ST<br>C/O THE LOUGHLIN MANAGEMENT GROUP<br>60 WEST ST., SUITE 204<br>ANNAPOLIS, MD 21401 | Claim Number: 5933<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7791 (02/04/2011) |
|---|---|

| UNSECURED | Claimed: | $226,037.00 |
|---|---|---|

| ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | Claim Number: 4117<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $8,895.59 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| APERTA INC | | Claim Number: 2024 |
| DEPT 77534 | | Claim Date: 04/28/2009 |
| PO BOX 77000 | | Debtor: TRIBUNE COMPANY |
| DETROIT, MI 48277-0534 | | |

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

| ARAMARK UNIFORM & CAREER APPAREL, LLC | | Claim Number: 4645 |
| ET AL. - C/O SHEILA R. SCHWAGER | | Claim Date: 06/11/2009 |
| HAWLEY TROXELL ENNIS & HAWLEY LLP | | Debtor: TRIBUNE COMPANY |
| PO BOX 1617 | | Comments: EXPUNGED |
| BOISE, ID 83701 | | DOCKET: 4101 (04/19/2010) |

| UNSECURED | Claimed: | $2,696.26 |

---

| ARAMARK UNIFORM & CAREER APPAREL, LLC | | Claim Number: 4648-02 |
| ET AL. - C/O SHEILA R. SCHWAGER | | Claim Date: 06/11/2009 |
| HAWLEY TROXELL ENNIS & HAWLEY LLP | | Debtor: TRIBUNE COMPANY |
| PO BOX 1617 | | Comments: DOCKET: 4102 (04/19/2010) |
| BOISE, ID 83701 | | |

| UNSECURED | Claimed: | $813.37 |

---

| ARANETA, VICTOR H | | Claim Number: 6706 |
| 514 S HARVARD 307 | | Claim Date: 02/28/2011 |
| LOS ANGELES, CA 90020-3559 | | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $11.34 | Scheduled: | $11.34 |

---

| ARIZONA REPUBLIC, THE | | Claim Number: 2259 |
| 200 E VAN BUREN ST. | | Claim Date: 04/27/2009 |
| PHOENIX, AZ 85004 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |
| | | DOCKET: 3011 (01/05/2010) |

| UNSECURED | Claimed: | $1,767.86 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| ARMSTRONG, C. MICHAEL<br>1683 GALLEON DR.<br>NAPLES, FL 34102 | Claim Number: 6954<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3961 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| ARMSTRONG, MICHAEL C.<br>1683 GALLEON DRIVE<br>NAPLES, FL 34102 | Claim Number: 3961<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $195,890.45 | Scheduled: $180,694.35 |

| ARNOLD, GARY M.<br>910 FAR OAKS DR<br>CASEYVILLE, IL 62232 | Claim Number: 3962<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $103,730.01 | Scheduled: $80,634.46 UNLIQ |

| ARNOLD, GARY M.<br>910 FAR OAKS DR<br>CASEYVILLE, IL 62232 | Claim Number: 6955<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3962 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| ARROW MESSENGER SERVICE<br>1322 W WALTON STREET<br>CHICAGO, IL 60642-5340 | Claim Number: 5931<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $83.31 | Scheduled: $50.61 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

ARTHUR, JOHN M.
1506 GRANT STREET
SANTA MONICA, CA 90405

Claim Number: 3963
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $78,075.76 | Scheduled: | $47,352.09 UNLIQ |

ARTINI-ZAK CORPORATION, INC.
ARTINI FINE JEWELRY, INC.
100 PLAZA REAL SOUTH, SUITE B
BOCA RATON, FL 33432

Claim Number: 838
Claim Date: 03/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 11245 (03/28/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

ASM CAPITAL
7600 JERICHO TURNPIKE
SUITE 302
WOODBURY, NY 11797

Claim Number: 5832
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,869.04 |

ASM CAPITAL III, L.P.
TRANSFEROR: EASTLAKE STUDIO
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1549
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 1270 (05/29/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,900.00 | Scheduled: | $3,900.00 |

ASPELIN, JOHN
220 MONTGOMERY ST # 1009
SAN FRANCISCO, CA 94104

Claim Number: 3358
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,000.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

ASSOCIATED LIBRARY SERVICE
500 N MICHIGAN AVE STE 300
CHICAGO, IL 60611-3775

Claim Number: 1762
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

AT & T CORP
JAMES GRUDUS, ESQ
AT & T SERVICES, INC.
ONE AT & T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6309
Claim Date: 10/23/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6641
This claim amends claim 6191

| UNSECURED | Claimed: | $620,015.62 | Scheduled: | $253,631.81 |
|---|---|---|---|---|

AT&T
AT&T ATTORNEY: JAMES GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 618
Claim Date: 03/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $88,507.96 |
|---|---|---|

AT&T CORP.
JAMES GRUDUS, ESQ.
AT&T SERVICES, INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 4104
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $1,000,773.25 |
|---|---|---|

AT&T CORP.
AT&T SERVICE, INC.
ATTN: JOHN JACKSON, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6009
Claim Date: 07/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $992,488.01 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| AT&T CORP.<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6191<br>Claim Date: 09/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
|---|---|
| UNSECURED          Claimed: | $1,011,939.62 |
| AT&T CORP.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6641<br>Claim Date: 08/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 6309 |
| UNSECURED          Claimed: | $650,334.33 |
| AT&T DBA BELLSOUTH ADVERTISING &<br>PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | Claim Number: 619<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED          Claimed: | $16,132.10 |
| AT&T DBA BELLSOUTH ADVERTISING &<br>PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | Claim Number: 6198<br>Claim Date: 09/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 619 |
| UNSECURED          Claimed: | $70,911.30 |
| ATALA, ONALA M.<br>157 THOREAU DR<br>PLAINSBORO, NJ 08536 | Claim Number: 5966<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED          Claimed: | $20,299.20 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

AUDIO IMPLEMENTS/GKC
1703 PEARL STREET
WAUKESHA, WI 53186

Claim Number: 424
Claim Date: 02/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $85.53 | | | | | |
|---|---|---|---|---|---|---|---|

AUERBACH, ALEXANDER
C/O ALEXANDER AUEBACH & CO INC
3887 DIXIE CANYON AVE
SHERMAN OAKS, CA 91423-4839

Claim Number: 6487
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $952.00 | Allowed: | $952.00 |
|---|---|---|---|---|---|---|

AUGUGULIARO, JOSEPH,
INC.
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5862
Claim Date: 06/18/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $106,108.10 | Scheduled: | $0.00 UNLIQ | |
|---|---|---|---|---|---|

AUTOMATED SOLUTIONS CORPORATION
3401 BRECKSVILLE ROAD
RICHFIELD, OH 44286

Claim Number: 2991
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4099 (04/19/2010)

| UNSECURED | Claimed: | $580.00 | | | |
|---|---|---|---|---|---|

AUTOMATED SOLUTIONS CORPORATION
3402 BRECKSVILLE ROAD
RICHFIELD, OH 44287

Claim Number: 3002
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4099 (04/19/2010)

| UNSECURED | Claimed: | $292.50 | | | |
|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | |
|---|---|---|---|---|
| AUTOMATED SOLUTIONS CORPORATION<br>3401 BRECKVILLE RD<br>RICHFIELD, OH 44286 | | Claim Number: 3005<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $1,582.50 | | |
| AVAYA INC. DBA EXPANETS<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 15<br>Claim Date: 12/19/2008<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $17.21 | Scheduled: | $73.74 |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: WORLDNOW<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 4313-24<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $2,176.56 | Scheduled: | $2,176.56 |
| AZIM FAKIR, DBA Z DISTRIBUTION, INC.<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5854<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $112,118.32 | Scheduled: | $0.00 UNLIQ |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 595<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $228.99 | Scheduled: | $228.99 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | |
|---|---|---|---|---|
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 596<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $170.95 | | |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 599<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $218.26 | | |
| BAHNER, PETER G CUST PETER L BAHNER UTMA<br>OH<br>1703 DEVONWOOD DR<br>ROCHESTER HILLS, MI 48306-3109 | | Claim Number: 6491<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |
| BAILIS, KAREN<br>35-36 76TH ST.<br>#520<br>JACKSON HEIGHTS, NY 11372 | | Claim Number: 5122<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| BAKER & DANIELS LLP<br>ATTN: JAY JAFFE<br>600 EAST 96TH STREET, SUITE 600<br>INDIANAPOLIS, IN 46240 | | Claim Number: 315<br>Claim Date: 01/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $8,401.31 | | |
| TOTAL | Claimed: | $8,401.50 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| BAKER & DANIELS LLP<br>ATTN: JAY JAFFE<br>600 EAST 96TH STREET, SUITE 600<br>INDIANAPOLIS, IN 46240 | Claim Number: 952<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 315 | | |
|---|---|---|---|
| UNSECURED      Claimed: | $13,040.50 | Scheduled: | $6,935.00 |

| BALAZS, JEFFREY<br>10330 MARLOU DRIVE<br>MUNSTER, IN 46321 | Claim Number: 2741<br>Claim Date: 05/12/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| PRIORITY      Claimed: | $5,050.98 | | |

| BALLINGER, BRENT<br>198 MILL CREEK LN<br>BARDSTOWN, KY 40004-8906 | Claim Number: 6032<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| UNSECURED      Claimed: | $1,014,960.00 | | |

| BANK OF AMERICA PENSION PLAN<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | Claim Number: 1326<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED      Claimed: | $535,857.00   UNLIQ | | |

| BANK OF INDIA<br>227 PARK AVENUE<br>NEW YORK, NY 10172-0083 | Claim Number: 3105<br>Claim Date: 05/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| UNSECURED      Claimed: | $3,940,000.00   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

BANNON, MARIE L
7515 NANTUCKET DR
#102
DARIEN, IL 60561

Claim Number: 2730
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY

---

| SECURED | Claimed: | $445.33 |
| --- | --- | --- |

BANNON, MICHAEL
1022 4TH AVE
PROSPECT PARK, PA 19076

Claim Number: 5695
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

BARBER, ALLEEN
85-29 121ST ST.
KEW GARDENS, NY 11415

Claim Number: 5311
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

BARLOW, WILLIAM H.
15507 SADDLEBACK RD.
SANTA CLARITA, CA 91387

Claim Number: 3964
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $30,213.16 |
| --- | --- | --- |

BARNBY, NANCY W.
CHARLES SCHWAB & CO. INC. CUSTODIAN
IRA ROLLOVER
169 SPRUCE AVE
MENLO PARK, CA 94025-3039

Claim Number: 6025
Claim Date: 07/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $45,673.20 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| BARNHARDT, VELMA<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4916<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| BARRETT, DAVID S.<br>257 OXFORD STREET<br>HARTFORD, CT 06105-2249 | | Claim Number: 3965<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $4,685.88 | Scheduled: | $4,477.00 UNLIQ |
| BARRETT, DAVID S.<br>257 OXFORD STREET<br>HARTFORD, CT 06105-2249 | | Claim Number: 6908<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3965 | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| BARRETT, HENRY ROBERTSON<br>2036 LE DROIT DRIVE<br>SOUTH PASADENA, CA 91030 | | Claim Number: 7078<br>Claim Date: 12/01/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| BARRETT, J LARRE<br>14 DRYPETES COURT EAST<br>HOMOSASSA, FL 34446 | | Claim Number: 6022<br>Claim Date: 07/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $7,496.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

BARRIERE, JOSE M
1363 W. 39TH STREET
LOS ANGELES, CA 90062

Claim Number: 2343
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $14,124.20 |
|---|---|---|

BARRY COUNTY TREASURER
220 W. STATE ST.
HASTINGS, MI 49058

Claim Number: 1617
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 5913 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED          Claim out of balance

| PRIORITY | Claimed: | $423.62 |
|---|---|---|
| SECURED | Claimed: | $423.62 |
| TOTAL | Claimed: | $423.62 |

BARTZ, JAROLD M.
650 AURORA AVE.
SANTA BARBARA, CA 93109

Claim Number: 5810
Claim Date: 06/17/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $202,992.00 |
|---|---|---|

BARWICK, BRUCE E.
3913 HAWTHORN RD
ELLICOTT CITY, MD 21042

Claim Number: 3932
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $46,913.69 | Scheduled: | $21,985.00 UNLIQ |
|---|---|---|---|---|

BARWICK, BRUCE E.
3913 HAWTHORN RD
ELLICOTT CITY, MD 21042

Claim Number: 6910
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3932

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| BATES, IVAN J.<br>BRIAN K. TELFAIR, ESQUIRE<br>THE TELFAIR LAW FIRM<br>3007 BROOK ROAD<br>RICHMOND, VA 23227 | | Claim Number: 6643<br>Claim Date: 08/25/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 6251 (11/08/2010) | | |
| UNSECURED | Claimed: | $0.00  CONT | Scheduled: | $0.00  UNLIQ |
| BAUMBACH, JAMES<br>355 S WELLWOOD AVE<br>LINDENHURST, NY 11757 | | Claim Number: 5069<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| BAZANOS, ALEXA<br>3513 N. JANSSEN AVE.<br>CHICAGO, IL 60657 | | Claim Number: 7058<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| BEARD, ARTHUR<br>3569 KARIYA DR<br>MISSISSAUGA, ON L5B 3J2<br>CANADA | | Claim Number: 5805<br>Claim Date: 06/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $241.81/month for life | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| BEARD, ARTHUR<br>3569 KARIYA DR<br>MISSISSAUGA, ON L5B 3J2<br>CANADA | | Claim Number: 5806<br>Claim Date: 06/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 5805<br>Claimant asserts $241.81 per month for life. | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| BECKER, TODD A. | Claim Number: 3933 |
| 1539 CREST DR | Claim Date: 06/09/2009 |
| ALTADENA, CA 91001-1838 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $130,317.53 | Scheduled: | $114,039.34 |

---

| BELL, GEORGE | Claim Number: 3934 |
| 240 DUDLEY ST. | Claim Date: 06/09/2009 |
| BROOKLINE, MA 02455 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $21,758.70 |

---

| BELL, GEORGE | Claim Number: 6956 |
| 240 DUDLEY ST. | Claim Date: 11/02/2011 |
| BROOKLINE, MA 02455 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3934 |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BELL, SUSAN P. | Claim Number: 3935 |
| 14081 MONTGOMERY DR. | Claim Date: 06/09/2009 |
| WESTMINSTER, CA 92683 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $43,290.37 |

---

| BELLACK, ROBERT | Claim Number: 6866 |
| 820 S. OAKLAND AVENUE | Claim Date: 11/01/2011 |
| PASADENA, CA 91106 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

BERGMANN, HORST A.
4261 PRESERVE PARKWAY SOUTH
GREENWOOD VILLAGE, CO 80121-2188

Claim Number: 3936
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $5,868,608.14 | Scheduled: | $4,111,376.00 UNLIQ |
| --- | --- | --- | --- | --- |

BERGMANN, HORST A.
4261 PRESERVE PARKWAY SOUTH
GREENWOOD VILLAGE, CO 80121-2188

Claim Number: 6957
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3936

---

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

BERLAMINO, BETTY ELLEN
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6877
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| SECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00  UNLIQ |

BERNZWEIG, JASON
12 FERN DRIVE
COMMACK, NY 11725

Claim Number: 5085
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $60,000.00 |
| --- | --- | --- |

BIEDRON, THEODORE J.
404 JACKSON AVE
GLENCOE, IL 60022

Claim Number: 7051
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

BIRKENTALL, ROBERT
947 NORTH HUMPHREY AVENUE
OAK PARK, IL 60302

Claim Number: 5881
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8523 (03/30/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | | | |
| UNSECURED | Claimed: | $22,350.00 | | | | | |

---

BIRMINGHAM, JOHN
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6744
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8748 (04/25/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BIRMINGHAM, JOHN
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6875
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 6744

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BLEIMAN, ANDREW & BLEIMAN JT TEN
1610 MONTGOMERY RD
DEERFIELD, IL 60015-2631

Claim Number: 6486
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |

---

BLOCK, DUANE L., DR.
BENEFICIARY CONTROLLED IRA
3699 BROOKSIDE DRIVE
BLOOMFIELD HILLS, MI 48302

Claim Number: 5567
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $50,767.81 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| BLOOD, EDWARD L.<br>5310 E. HELENA DRIVE<br>SCOTTSDALE, AZ 85254-7526 | Claim Number: 3937<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $85,974.55 | Scheduled: | $61,646.00  UNLIQ |
|---|---|---|---|---|

| BLOOD, EDWARD L.<br>5310 E. HELENA DRIVE<br>SCOTTSDALE, AZ 85254-7526 | Claim Number: 6958<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3937 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BOIGER, ELISABETH C.<br>PATER-PETRUS ST. 18<br>ROSENHEIM, 83022<br>GERMANY | Claim Number: 3242<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $21,102.86 |
|---|---|---|

| BOLLING, C.B.<br>410 PINE GROVE RD<br>ROSWELL, GA 30075 | Claim Number: 5971<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $60,897.60 |
|---|---|---|

| BOLLINGER & GARVEY BOLLINGER<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W MADISON ST NO. 2300<br>CHICAGO, IL 60661 | Claim Number: 3424<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,631.25 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3425
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,315.50 |
|---|---|---|

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3426
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,573.28 |
|---|---|---|

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST SUITE 2300
CHICAGO, IL 60661

Claim Number: 3427
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $424.80 |
|---|---|---|

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3428
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $3,348.40 |
|---|---|---|

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3429
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,689.92 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| BOLLINGER, RUBERRY & GARVEY | Claim Number: 3725 |
| ATTN: JAMES R. PRENDERGAST, CFO | Claim Date: 06/08/2009 |
| 500 W. MADISON ST., SUITE 2300 | Debtor: TRIBUNE COMPANY |
| CHICAGO, IL 60661 | |

| UNSECURED | Claimed: | $513.95 |

---

| BOLTON, PERRY J. | Claim Number: 887 |
| 200 S BEACH RD. | Claim Date: 03/31/2009 |
| HOBE SOUND, FL 33455 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 2271 (10/02/2009) |

| UNSECURED | Claimed: | $80,000.00 |

---

| BONAR, SAMANTHA | Claim Number: 2437 |
| 1922 GARFIAS DR | Claim Date: 05/05/2009 |
| PASADENA, CA 91104 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3011 (01/05/2010) |

| PRIORITY | Claimed: | $0.00   UNDET |

---

| BONARDI, DOROTHY A. | Claim Number: 5068 |
| 580 BALDWIN DRIVE | Claim Date: 06/12/2009 |
| WEST HEMPSTEAD, NY 11552 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BOND, CURTIS | Claim Number: 1153 |
| 101 RIVERMEADE CT., APT D | Claim Date: 04/20/2009 |
| YORKTOWN, VA 23690 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 5689 (09/14/2010) |

| SECURED | Claimed: | $500.00 |
| UNSECURED | Claimed: | $240.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | |
|---|---|---|
| BORGARDT, JEFF<br>4250 N MARINE STE 2934<br>CHICAGO, IL 60613 | Claim Number: 5436<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |

| PRIORITY | Claimed: | $1,750.00 |
|---|---|---|

---

| | | |
|---|---|---|
| BORRESEN, CARYN L<br>525 N. ADA<br>#37<br>CHICAGO, IL 60622 | Claim Number: 3734<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |

| PRIORITY | Claimed: | $1,584.20 |
|---|---|---|

---

| | | |
|---|---|---|
| BOUDAKIAN, AGNES<br>41 HURLEYS LN APT 423<br>LINCROFT, NJ 07738-1438 | Claim Number: 2603<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for retiree pension benefits | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| BOWEN, SHARON<br>15 NIGHTINGALE WAY C-11<br>LUTHERVILLE, MD 21093-7321 | Claim Number: 6517<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| BOWEN, SHARON M.<br>15 NIGHTINGALE WAY<br>APT. C11<br>LUTHERVILLE, MD 21093 | Claim Number: 3939<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $7,928.66 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

BOWLIN, GREGORY L.
6152 S. JERICHO WAY
CENTENNIAL, CO 80016-1275

Claim Number: 3940
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $548.59 | Scheduled: | $507.00 UNLIQ |
|---|---|---|---|---|

BOWLIN, GREGORY L.
6152 S. JERICHO WAY
CENTENNIAL, CO 80016-1275

Claim Number: 6959
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3940

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

BRAITSCH, RICHARD G JR
2139 WHISTLER AVE
BALTIMORE, MD 21230

Claim Number: 5015
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3012 (01/05/2010)

| PRIORITY | Claimed: | $9,342.14 |
|---|---|---|

BRAMSON, ROBERT, MD. - IRA
PMB 169
139 CHARLES ST #A
BOSTON, MA 02114-3282

Claim Number: 5927
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $92,000.00 |
|---|---|---|

BRANDT, PATRICIA
681 GRAND AVE
LINDENHURST, NY 11757

Claim Number: 5071
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| BRANDT, ROBERT F.<br>PO BOX 519<br>ST. MICHAELS, MD 21663-0519 | | Claim Number: 3941<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $51,409.08 | Scheduled: | $32,238.00 UNLIQ |

| BRANDT, ROBERT F.<br>111 MULBERRY ST; P.O. BOX 519<br>ST. MICHAELS, MD 21663 | | Claim Number: 6960<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3941 | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| BRANECKI, PHILLIP J<br>12219 BAKER TERR.<br>WOODSTOCK, IL 60098 | | Claim Number: 1501<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,612.23 | |
| SECURED | Claimed: | $2,612.23 | |
| TOTAL | Claimed: | $2,612.23 | |

| BRASS RING LLC<br>343 WINTER STREET<br>WALTHAM, MA 02451 | | Claim Number: 5440<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|---|
| UNSECURED | Claimed: | $19,526.00 | |

| BRAUER, ALAN L.<br>3506 SWEET CLOVER STREET<br>THOUSAND OAKS, CA 91362 | | Claim Number: 3942<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,545.56 | Scheduled: | $17,386.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | |
|---|---|---|---|---|
| BRAUER, ALAN L.<br>3506 SWEET CLOVER STREET<br>THOUSAND OAKS, CA 91362 | | Claim Number: 6961<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3942 | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| BREECE, DENNIS J.<br>1641 E. MARTHA DR.<br>MARION, IN 46952-9065 | | Claim Number: 3753<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $25,000.00 | | |
| BRENNAN, LEO<br>3825 TEESDALE CT.<br>ATLANTA, GA 30350 | | Claim Number: 3943<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $650,642.48 | Scheduled: | $600,169.23 |
| BRENNAN, LEO<br>3825 TEESDALE CT.<br>ATLANTA, GA 30350 | | Claim Number: 6962<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3943 | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| BREWER, LISA E.<br>203 CLAYTON DRIVE<br>YORKTOWN, VA 23693 | | Claim Number: 7065<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| BRIDGEPORT U.S.A. CORPORATION | Claim Number: 6304 |
| D/B/A POLO CAFE & CATERING | Claim Date: 10/19/2009 |
| BRDGEPORT USA | Debtor: TRIBUNE COMPANY |
| 3322 S. MORGAN ST. | Comments: EXPUNGED |
| CHICAGO, IL 60608 | DOCKET: 4777 (06/14/2010) |

| ADMINISTRATIVE | Claimed: | $5,512.28 |

---

| BRIEF, KENNETH H. | Claim Number: 3944 |
| 4 KENNEBEC LANE | Claim Date: 06/09/2009 |
| BRUNSWICK, ME 04011 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $79,868.36 | Scheduled: | $73,672.61 |

---

| BRIEF, KENNETH H. | Claim Number: 6901 |
| 4 KENNEBEC LANE | Claim Date: 11/02/2011 |
| BRUNSWICK, ME 04011 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3944 |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BRIGHT STAR COURIERS LLC | Claim Number: 2289 |
| 70 W 36TH ST   STE 301 | Claim Date: 05/04/2009 |
| NEW YORK, NY 10018 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 4405 (05/14/2010) |

| UNSECURED | Claimed: | $1,300.50 |

---

| BRINK, JENNY L. | Claim Number: 5898 |
| STONERIDGE RETIREMENT CENTER | Claim Date: 06/19/2009 |
| 186 JERRY BROWNE ROAD, UNIT # 5406 | Debtor: TRIBUNE COMPANY |
| MYSTIC, CT 06355 | Comments: |
| | Claimant asserts $1,233.48 monthly pension |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| BRINK, JENNY L.<br>STONERIDGE RETIREMENT CENTER<br>186 JERRY BROWNE ROAD, UNIT # 5406<br>MYSTIC, CT 06355 | Claim Number: 5899<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $67,116.00 UNLIQ |
|---|---|---|---|---|

---

| BRINKS INC.<br>555 DIVIDEND DR., STE 100<br>COPPELL, TX 75019 | Claim Number: 476<br>Claim Date: 02/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $6,160.80 |
|---|---|---|

---

| BRISCO, ROBERT N.<br>1 FLYING MANE LANE<br>ROLLING HILLS, CA 90274 | Claim Number: 3945<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $55,918.19 | Scheduled: | $17,881.00 UNLIQ |
|---|---|---|---|---|

---

| BRISCO, ROBERT N.<br>1 FLYING MANE LANE<br>ROLLING HILLS, CA 90274 | Claim Number: 6922<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3945 |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| BROADSPIRE SERVICES INC.<br>1001 SUMMIT BOULEVARD<br>ATLANTA, GA 30319 | Claim Number: 5335<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8523 (03/30/2011)<br>Third Party Admin. of Insurance Programs |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | |
|---|---|---|
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIV., GOV'T CTR ANNEX<br>ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | Claim Number: 265<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| SECURED          Claimed: | $276,729.21   UNLIQ | |
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIV., GOV'T CTR ANNEX<br>ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | Claim Number: 889<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| SECURED          Claimed: | $113,357.20 | |
| BROWN, RENEE<br>42 CATOONA LANE<br>STAMFORD, CT 06902 | Claim Number: 4846<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| BROZA, CLARK<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | Claim Number: 448<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $55,199.24 | |
| BROZA, CLARK<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | Claim Number: 3257<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $55,199.24 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | |
|---|---|---|
| BROZA, CLARK & KATZ-BROZA, VALERIE L.<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | Claim Number: 3256<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $7,025.36 | |
| BROZA, CLARK & VALERIE L. KATZ-BROZA<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | Claim Number: 449<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $7,025.36 | |
| BRUCE, DONALD W.<br>3 RED OAK DR<br>BOILING SPRINGS, PA 17007 | Claim Number: 5953<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $15,224.40 | |
| BRUGGEMAN, DAN R.<br>126 E CHURCH ST<br>ADRIAN, MI 49221 | Claim Number: 5969<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $91,346.40 | |
| BRUNO, GERBINO & SORIANO, LLP<br>VINCENT GERBINO<br>445 BROAD HOLLOW RD.<br>SUITE 220<br>MELVILLE, NY 11747 | Claim Number: 3236<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | |
| UNSECURED          Claimed: | $3,832.53 | |

---

BRUNO, LISA
9 SCHERER ST.
BETHPAGE, NY 11714

Claim Number: 5061
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET | | | | | |
|---|---|---|---|---|---|---|---|

BRYSON, JOHN E.
13181 CROSSROADS PARKWAY N, SUITE 170
LA PUENTE, CA 91746

Claim Number: 3946
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $966,473.57 | Scheduled: | $891,499.89 | | | |
|---|---|---|---|---|---|---|---|

BRYSON, JOHN E.
13181 CROSSROADS PARKWAY N, SUITE 170
LA PUENTE, CA 91746

Claim Number: 6963
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3946

| UNSECURED | Claimed: | $0.00  UNDET | | | | | |
|---|---|---|---|---|---|---|---|

BUCKINGHAM, JIM J
CUST JUSTIN BUCKINGHAM UTMA OH
2600 SPRINGMILL RD
FINDLAY, OH 45840-2860

Claim Number: 6691
Claim Date: 02/10/2011
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10021 (10/19/2011)

| UNSECURED | Claimed: | $204.00 | | | | | |
|---|---|---|---|---|---|---|---|

BUCKINGHAM, JIM J
2600 SPRINGMILL RD
FINDLAY, OH 45840-2860

Claim Number: 6692
Claim Date: 02/10/2011
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 11245 (03/28/2012)

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $1.80 | Allowed: | $1.80 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| BUCKINGHAM, JIM J CUST JUSTIN BUCKINGHAM UTMA OH 2600 SPRINGMILL RD FINDLAY, OH 45840-2860 | Claim Number: 6593 Claim Date: 07/15/2010 Debtor: TRIBUNE COMPANY Comments: ALLOWED DOCKET: 8146 (02/25/2011) |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |

| BUDIHAS, STEPHEN M. 2865 GREEN ACRES DRIVE ALLENTOWN, PA 18103 | Claim Number: 7071 Claim Date: 11/28/2011 Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |

| BULL, DEBBY 208 N MADISON ST ST CROIX FLS, WI 54024-9134 | Claim Number: 3489 Claim Date: 06/04/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 4101 (04/19/2010) |

| UNSECURED | Claimed: | $1,526.00 |

| BULLOCK, LOREN E. - TRUSTEE OF THE LOREN E. BULLOCK REVOCABLE TRUST U/A 05/08/98 2469 CAVALIER DRIVE SALT LAKE CITY, UT 84121-3916 | Claim Number: 3481 Claim Date: 06/04/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $20,000.00   UNLIQ |

| BURKE, DIANE E. 1506 SADDLE ROCK RD HOLBROOK, NY 11741-4822 | Claim Number: 5328 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

BURNETT, MARY L
730 NORTH WHITNALL HWY
APT 107
BURBANK, CA 91505-5400

Claim Number: 3690
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Tribune Co Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

BURNS, BETTY
1422 N. GORDON APT 5
HOLLYWOOD, CA 90028

Claim Number: 4284
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments:
Retiree medical benefits & life insurance

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

BURSON, PATRICIA L.
48 S. LONG BEACH AVE., APT 2E
FREEPORT, NY 11520

Claim Number: 5318
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

BUSY BEE PROMOTIONS
211 E OHIO NO. 2624
CHICAGO, IL 60611

Claim Number: 5299
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| ADMINISTRATIVE | Claimed: | $1,125.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,292.25 | Scheduled: | $1,315.00 |

BUTHMAN, JANE M
1340 CARIBOU TRAIL
CAROL STREAM, IL 60188-9080

Claim Number: 6511
Claim Date: 06/04/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $34.00 | Allowed: | $34.00 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| CADAVID-RUIZ, ESPERANZA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 6114<br>Claim Date: 07/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |

| UNSECURED | Claimed: | $150,732.00 |

---

| CAGNEY, MONICA<br>10 FOREST ST<br>BAYVILLE, NY 11709-1948 | Claim Number: 6484<br>Claim Date: 05/21/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $136.00 | | | | |
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 | Allowed: | $136.00 |
| TOTAL | Claimed: | $136.00 | | | | $0.00 |

---

| CALIANESE, ANTHONY J.<br>824 ELLIS PL<br>ORADELL, NJ 07649-1918 | Claim Number: 1650<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $143,055.00 | | |
| UNSECURED | | | Scheduled: | $54,033.00 UNLIQ |

---

| CALIFORNIA DEPARTMENT OF MOTOR VEHICLES<br>REVENUE SERVICES SUPPORT UNIT<br>PO BOX 825341<br>SACRAMENTO, CA 94232-5341 | Claim Number: 4462<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |

| PRIORITY | Claimed: | $4,175.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| CALIFORNIA STATE CONTROLLER'S OFFICE<br>300 CAPITOL MALL, SUITE 1850<br>SACRAMENTO, CA 95814 | Claim Number: 6707<br>Claim Date: 03/01/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
|---|---|

| UNSECURED | Claimed: | $456,272.52 |
|---|---|---|

| CAMACHO, JOSE A<br>5942 S SAWYER<br>CHICAGO, IL 60629 | Claim Number: 1212<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| PRIORITY | Claimed: | $9,000.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $15,000.00 |
| TOTAL | Claimed: | $9,000.00 |

| CAMACHO, JOSE A<br>5942 S SAWYER<br>CHICAGO, IL 60629 | Claim Number: 1213<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| PRIORITY | Claimed: | $9,000.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $15,000.00 |
| TOTAL | Claimed: | $9,000.00 |

| CAMERA DYNAMICS, INC.<br>709 EXECUTIVE BLVD<br>VALLEY COTTAGE, NY 10989 | Claim Number: 4120<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,501.55 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| CAMPBELL, BRIAN<br>418 MEADOW BROOK LANE<br>BIRMINGHAM, AL 35213 | | Claim Number: 5439<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,369.95 | | | | | |

| CAMPBELL, JEREMY D<br>519 COFFEETOWN RD<br>LANGSTON, AL 35755-8019 | | Claim Number: 6502<br>Claim Date: 05/28/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $171.36 | Scheduled: | $171.36 | Allowed: | $171.36 |

| CAMPBELL, PATRICIA .<br>1765 NARROWS HILL RD.<br>UPPER BLACK EDDY, PA 18972 | | Claim Number: 3947<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $102,312.38 | | | | | |

| CAMPBELL, PATRICIA G.<br>1765 NARROWS HILL RD<br>UPPER BLACK EDDY, PA 18972 | | Claim Number: 7032<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3947 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

| CAMPBELL, RAMSEY L<br>156 DRISKELL ST NE<br>PALM BAY, FL 32907-1549 | | Claim Number: 1533<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,851.63 | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| CAMPOS, ALFONSO<br>801 BURR OAKS DR APT 303<br>WEST CHICAGO, IL 60185-2951 | Claim Number: 2123<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

| CAMPOS, TRACY<br>4703 SAILBOAT BAY APT 2D<br>LISLE, IL 60532-1473 | Claim Number: 2108<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

| CANZONERI MCCORMICK, JO ANNA<br>342 N ATLANTIC BLVD<br>ALHAMBRA, CA 91801-2217 | Claim Number: 5844<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3186 (01/25/2010) |
|---|---|

| SECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $50,000,000,000.00 | UNLIQ |

| CARANNANTE, GREGORY<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | Claim Number: 5286<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $223,018.00 |
|---|---|---|

| CARANNANTE, GREGORY V<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | Claim Number: 5285<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $1,021.22 | UNLIQ |
|---|---|---|---|

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

CARANNANTE, GREGORY V
2108 N 31ST ROAD
HOLLYWOOD, FL 33021

Claim Number: 5287
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $2,773.55 |
|---|---|---|

CARAWAY, AMY L.
IRA FBO
1656 ALGONQUIN TRAIL
MAITLAND, FL 32751

Claim Number: 4633
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $16,057.96 |
|---|---|---|

CARBAJAL, ROSA
C/O GIAIMO ASSOCIATES, LLP
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 6164
Claim Date: 08/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

---

| UNSECURED | Claimed: | $98,000.00 |
|---|---|---|

CARPENTER, DIAN S.
P.O. BOX 810
INVERNESS, CA 94937

Claim Number: 3948
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $703,514.32 | Scheduled: | $528,632.00 UNLIQ |
|---|---|---|---|---|

CARPENTER, DIAN S.
P.O. BOX 810
INVERNESS, CA 94937

Claim Number: 7039
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3948

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

CARROLL, JOHN S.
223 QUEENSWAY DRIVE
LEXINGTON, KY 40502

Claim Number: 3949
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,523,628.61 | Scheduled: | $1,322,513.44 UNLIQ |
|---|---|---|---|---|

CARROLL, JOHN S.
223 QUEENSWAY DRIVE
LEXINGTON, KY 40502

Claim Number: 6884
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3949

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

CARVER, STEPHEN
10943 WRIGHTWOOD LANE
STUDIO CITY, CA 91604

Claim Number: 6867
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

CASEY, EDITH
2 THORPE DR 4B
SPARKILL, NY 10976

Claim Number: 3342
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $30,450.00 |
|---|---|---|

CASEY, KATHLEEN M.
104 GALAXY ST
LAKEWAY, TX 78734

Claim Number: 3950
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $111,836.75 | Scheduled: | $87,551.03 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

CASEY, KATHLEEN M.
104 GALAXY ST
LAKEWAY, TX 78734

Claim Number: 6964
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 696400

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

CASEY, LINDA J. AND MICHAEL D.
23 MEADOW LN.
NORWOOD, NJ 07648

Claim Number: 3343
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $232,400.00 |
|---|---|---|

CASEY, MICHAEL D. IRA
23 MEADOW LN
NORWOOD, NJ 07648

Claim Number: 3344
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $50,700.00 |
|---|---|---|

CASEY, PETER A.
ROTH IRA
212 PROSPECT AVE #21B
HACKENSACK, NJ 07601

Claim Number: 4125
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $6,011.37 |
|---|---|---|

CASEY, PETER A.
212 PROSPECT AVE #2B
HACKENSACK, NJ 07601

Claim Number: 4126
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $89,798.42 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | |
|---|---|---|---|---|
| CASEY, PETER A.<br>TRADITIONAL IRA<br>212 PROSPECT AVE # 2B<br>HACKENSACK, NJ 07601 | | Claim Number: 4185<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $1,001.90 | | |
| CASSIDY, DAVID<br>3 LINCOLN STREET<br>GARDEN CITY, NY 11530 | | Claim Number: 5330<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| CASSIO, KEVIN T<br>7300 NW 93RD AVE<br>TAMARAC, FL 33321-3042 | | Claim Number: 6533<br>Claim Date: 06/17/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $544.00 | Scheduled: | $544.00 |
| CASTANON, DAVID A.<br>21 CASTANO COURT<br>NEEDHAM, MA 02494 | | Claim Number: 4288<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $43,900.00 | | |
| CASTELLUZZO, RENEE<br>728 W JACKSON BLVD APT 1205<br>CHICAGO, IL 60661-5476 | | Claim Number: 2588<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $191.75 | | |
| UNSECURED | | | Scheduled: | $191.75 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| CATANIA, ROBERT<br>P.O. BOX 1486<br>AGOURA HILLS, CA 91376-1486 | Claim Number: 5900<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $174.00 |

---

| CAVALIERE, PETER<br>161 BLUE HERON DR.<br>SECAUCUS, NJ 07094 | Claim Number: 951<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $20,000.00 |

---

| CAWLEY CHICAGO PORTFOLIO, LLC<br>C/O EKL WILLIAMS PLLC<br>901 WARRENVILLE ROAD #175<br>LISLE, IL 60532 | Claim Number: 5785<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5071 (07/19/2010) |

| UNSECURED | Claimed: | $75,649.06 |

---

| CAWLEY CHICAGO PORTFOLIO, LLC<br>C/O EKL WILLIAMS PLLC<br>901 WARRENVILLE ROAD # 175<br>LISLE, IL 60532 | Claim Number: 5830<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $75,649.06 |

---

| CBS RADIO EAST INC.<br>C/O CBS LAW DEPT.<br>ATTN: HELEN D'ANTONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | Claim Number: 4868<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $11,751.25 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

CBS RADIO INC.
C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4873
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,303.00 | | |

---

CCI EUROPE INTERNATIONAL INC
C/O BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801-3034

Claim Number: 3541
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $235,474.58 | Scheduled: | $162,683.83 |

---

CDW CORPORATION
C/O RMS BANKRUPTCY RECOVERY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 582
Claim Date: 02/20/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $1,656.29 | Allowed: | $1,656.29 |

---

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 624
Claim Date: 03/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $155,538.53 | | |

---

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 1755
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $146,233.64 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 2211<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $144,359.05 |
|---|---|---|

| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 6291<br>Claim Date: 10/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $93,012.48 |
|---|---|---|

| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 6292<br>Claim Date: 10/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $16,458.46 |
|---|---|---|

| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 6310<br>Claim Date: 10/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $34,888.11 |
|---|---|---|

| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET<br>CNPT 46 ROOM 4661<br>ATTN: ROBERT CLAUDE<br>HOUSTON, TX 77002 | Claim Number: 6377<br>Claim Date: 01/19/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends Claim 6291. |
|---|---|

| UNSECURED | Claimed: | $61,202.87 | Scheduled: | $75,693.39 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | |
|---|---|---|---|---|
| CF 4242 BRYN MAWR LLC<br>C/O COLLEEN E. MCMANUS<br>MUCH SHELIST DENENBERG AMENT RUBENSTEIN<br>191 N WACKER DR, STE 1800<br>CHICAGO, IL 60646 | | Claim Number: 4666<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $36,179.81 | | |
| CHANDHOK, RAJENDER K.<br>273 MABERY RD<br>SANTA MONICA, CA 90402-1205 | | Claim Number: 3951<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $49,874.04 | Scheduled: | $27,997.00 UNLIQ |
| CHANDHOK, RAJENDER K.<br>273 MABERY RD<br>SANTA MONICA, CA 90402 | | Claim Number: 6965<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3951 | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| CHANDLER, BETTINA W.<br>1013 SHOKAT DRIVE<br>OJAI, CA 93023 | | Claim Number: 3952<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,089,878.63 | Scheduled: | $767,501.00 UNLIQ |
| CHANDLER, BETTINA W.<br>1013 SHOKAT DRIVE<br>OJAI, CA 93023 | | Claim Number: 6950<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3952 | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

CHANSKY, KATHERINE M.
12001 FALCON RIDGE WAY
NORTHRIDGE, CA 91326

Claim Number: 3251
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 11791 (06/11/2012)

| PRIORITY | Claimed: | $134.00 |
|---|---|---|

CHAPMAN, WILLIAM G. & MARGARET ELAINE
REVOCABLE TRUST
810 RIO GRANDE NW
ALBUQUERQUE, NM 87114

Claim Number: 5571
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $101,535.63 |
|---|---|---|

CHARLES & MILDRED HILBORN REVOCABLE
TRUST - CHARLES GENE HILBORN JR. &
CHARLES GENE HILBORN TRUSTEES
1306 W 59TH AVE
PINE BLUFF, AR 71603

Claim Number: 5703
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

CHARLES SCHWAB FBO LYNDEE KUZNIAR
4A KINGERY QUARTER APT 203
WILLOWBROOK, IL 60527-6574

Claim Number: 6506
Claim Date: 06/01/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| PRIORITY | Claimed: | $2,142.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,142.00 | Allowed: | $2,142.00 |

CHARLES, CLIFTON SR
9602 SOUTH CALUMET AVE
CHICAGO, IL 60628

Claim Number: 4188
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $50,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

CHARLES, RANDOLPH R.
1032 SPRUCE ST. UNIT 200
PHILADELPHIA, PA 19107

Claim Number: 3953
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $53,190.66 | Scheduled: | $19,087.00 UNLIQ |
|---|---|---|---|---|

CHARLES, RANDOLPH R.
1032 SPRUCE ST. UNIT 200
PHILADELPHIA, PA 19107

Claim Number: 6966
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3953

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

CHASE BANK USA, N.A.
ATTN: MIRIAM KULNIS
277 PARK AVENUE 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 5104
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
First USA Commercial Card Master Agreement

---

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|

CHASE, PETER
2555 N. CLARK STREET , #1006
CHICAGO, IL 60614

Claim Number: 5338
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10021 (10/19/2011)

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

CHATOW, MARK
11 TROUVILLE
NEWPORT COAST, CA 92657

Claim Number: 3746
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $171.85 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| CHAVEZ, LISA<br>883 MAGNOLIA AVE APT 10<br>PASADENA, CA 91106-4618 | Claim Number: 6729<br>Claim Date: 03/10/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | | |
|---|---|---|---|---|---|
| PRIORITY        Claimed: | $1,428.00 | | | | |
| UNSECURED | | Scheduled: | $1,428.00 | Allowed: | $1,428.00 |

---

| CHECK CASHING STORE, THE<br>6340 N.W. 5TH WAY<br>FORT LAUDERDALE, FL 33309 | Claim Number: 869<br>Claim Date: 04/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|
| UNSECURED        Claimed: | $1,590.86 |

---

| CHEN, MARIA & CHONG, DANIEL<br>7 PANDAN VALLEY<br>#07-502 POINCIANA TOWER<br> 597631<br>SINGAPORE | Claim Number: 6193<br>Claim Date: 09/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|
| UNSECURED        Claimed: | $16,239.36 |

---

| CHEUNG, JESSICA<br>2336 WEST 13TH STREET, THIRD FLOOR<br>BROOKLYN, NY 11223 | Claim Number: 293<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|
| UNSECURED        Claimed: | $2,682.50 |

---

| CHICAGOLAND PUBLISHING COMPANY<br>3 WESTBROOK CORPORATE CTR # 800<br>WESTCHESTER, IL 60154-5703 | Claim Number: 3394<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3466 (02/17/2010) |
|---|---|
| UNSECURED        Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| CHIN, CINDY<br>621 6TH ST.<br>EAST NORTHPORT, NY 11731 | Claim Number: 5121<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension | | |

| UNSECURED | Claimed: | $0.00  UNDET | |

---

| CHRISTENSEN. LUCILLE<br>164 BARRYPOINT ROAD<br>RIVERSIDE, IL 60546 | Claim Number: 3735<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $855.59  UNLIQ | |

---

| CICCOTTO, WILLIAM, DBA WDC<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5858<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |

| UNSECURED | Claimed: | $104,777.46 | Scheduled: | $0.00 UNLIQ |

---

| CIOLLI, RITA<br>5 GREENWAY LANE<br>HUNTINGTON, NY 11743 | Claim Number: 5037<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |

| UNSECURED | Claimed: | $0.00  UNDET | |

---

| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 4108<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |

| ADMINISTRATIVE | Claimed: | $1,097,030.46 | |

---

| | | |
|---|---|---|
| CIT<br>1162 E SONTERRA BLVD STE 130<br>SAN ANTONIO, TX 78258-4048 | | Claim Number: 3631<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED | Claimed: | $181,272.00 |
| TOTAL | Claimed: | $181,272.62 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 437<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $682.52 |
| UNSECURED | Claimed: | $26.70 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 438<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $157,260.43 |
| UNSECURED | Claimed: | $8,596.85 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 440<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $674,939.02 |
| UNSECURED | Claimed: | $164,064.90 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE STREET - ROOM 107A
CHICAGO, IL 60602

Claim Number: 443
Claim Date: 02/09/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $59,369.28 |
| UNSECURED | Claimed: | $6,042.54 |

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE STREET - ROOM 107A
CHICAGO, IL 60602

Claim Number: 727
Claim Date: 03/13/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $31,591.63 |
| UNSECURED | Claimed: | $7,778.40 |

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE STREET - ROOM 107A
CHICAGO, IL 60602

Claim Number: 728
Claim Date: 03/13/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 5434 (08/19/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $19,095.99 |
| UNSECURED | Claimed: | $96.00 |

CITY OF NEW YORK - DEPARTMENT OF FINANCE
DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL
RON MEDLEY, OF COUNSEL
345 ADAMS STREET - 3RD FLOOR
BROOKLYN, NY 11201

Claim Number: 3021
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $837,000.00   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | |
|---|---|---|---|---|
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 2870<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| PRIORITY            Claimed: | $132,000.00  UNLIQ | | | |
| CITY OF NEWPORT NEWS, VIRGINIA<br>CITY ATTORNEY'S OFFICE<br>2400 WASHINGTON AVENUE<br>NEWPORT NEWS, VA 23607 | Claim Number: 255<br>Claim Date: 01/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED           Claimed: | $4,066.97  UNLIQ | | | |
| CLARK STEVENS<br>2215 SANTA ANITA AVENUE<br>SIERRA MADRE, CA 91024 | Claim Number: 5597<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED           Claimed: | $3,671.09 | | | |
| CLASSIFIED VENTURES, LLC<br>ATTN: CHIEF LEGAL OFFICER<br>175 W. JACKSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | Claim Number: 5610<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | |
| UNSECURED           Claimed: | $3,781,470.00 | | | |
| CLAYTON, JANET T.<br>655 S RIMPAU BLVD<br>LOS ANGELES, CA 90005 | Claim Number: 3954<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED           Claimed: | $137,253.11 | Scheduled: | $54,907.48 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

CLAYTON, JANET T.
655 S RIMPAU BLVD
LOS ANGELES, CA 90005

Claim Number: 6923
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3954

| UNSECURED | Claimed: | $0.00  UNDET | | |

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 4981
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 | | |

---

CLEMENT, JAYNE
C/O SHEGERIAN & ASSOCIATES, INC.
ATTN: CARNEY R. SHEGERIAN
225 ARIZONA AVENUE
SANTA MONICA, CA 90401

Claim Number: 3263
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

CLEMENT, JAYNE
C/O SHEGERIAN & ASSOCIATES, INC.
ATTN: CARNEY R. SHEGERIAN
225 ARIZONA AVENUE
SANTA MONICA, CA 90401

Claim Number: 3265
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 3263

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00 UNLIQ |

---

CLENDENIN, MICHAEL
328 CAROLINA MEADOWS VILLA
CHAPEL HILL, NC 27517

Claim Number: 1013
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $6,235.00 UNLIQ |

---

Epiq Bankruptcy Solutions, LLC

Page: 58

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| CLIFFORD, PATRICK A.<br>1185 PARK AVENUE APT 3E<br>NEW YORK, NY 10128 | Claim Number: 3956<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,161,516.02 | Scheduled: | $871,862.00 UNLIQ |
|---|---|---|---|---|

| CLIFFORD, PATRICK A.<br>1185 PARK AVENUE APT 3E<br>NEW YORK, NY 10128 | Claim Number: 6967<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3956 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CLURMAN, ANDREW W.<br>6936 BASELINE RD.<br>BOULDER, CO 80303-3142 | Claim Number: 3957<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $50,625.17 | Scheduled: | $17,285.00 UNLIQ |
|---|---|---|---|---|

| CLURMAN, ANDREW W.<br>6936 BASELINE RD.<br>BOULDER, CO 80303 | Claim Number: 6968<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3957 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| COAPSTICK, LOUISE G.<br>22809 W ACACIA COURT<br>SAUGUS, CA 91350 | Claim Number: 3958<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,061.00 | Scheduled: | $24,855.60 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

COASTAL SYSTEMS, INC.
13687 NEWPORT AVE
UNIT 8361
TUSTIN, CA 92780

Claim Number: 541
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,294.65 |
|---|---|---|

COASTAL SYSTEMS, INC.
13681 NEWPORT AVE STE 8
TUSTIN, CA 92780-7815

Claim Number: 542
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $419.89 |
|---|---|---|

COASTAL SYSTEMS, INC.
13687 NEWPORT AVE
UNIT 8361
TUSTIN, CA 92780

Claim Number: 543
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,543.88 |
|---|---|---|

COASTAL SYSTEMS, INC.
13687 NEWPORT AVE
UNIT 8361
TUSTIN, CA 92780

Claim Number: 544
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $6,904.70 |
|---|---|---|

COFFEY, C. SHELBY, III
897 CHINQUAPIN RD.
MC LEAN, VA 22102

Claim Number: 6924
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3959

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | | | | | |
|---|---|---|---|---|---|---|
| COFFEY, SHELBY C. III<br>897 CHINQUAPIN ROAD<br>MC LEAN, VA 22102 | | Claim Number: 3959<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $239,849.60 | Scheduled: | $160,125.00 UNLIQ | | |
| COLEMAN, SANDRA B<br>50 LEVEL ACRES RD<br>ATTLEBORO, MA 02703-6842 | | Claim Number: 6678<br>Claim Date: 11/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $102.00 | Allowed: | $102.00 |
| COLLINS, KEVIN P.<br>5 NIBLICK LANE<br>LITTLETON, CO 80123 | | Claim Number: 2451<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $14,494.00 | Scheduled: | $14,494.00 UNLIQ | | |
| COLLINS, MICHAEL E<br>6351 FARRAGUT ST<br>HOLLYWOOD, FL 33024-2115 | | Claim Number: 6504<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,054.00 | Scheduled: | $1,054.00 | Allowed: | $1,054.00 |
| COLSTON, JAMES  WILLARD<br>61 THOMAS STREET<br>PORTLAND, ME 04102 | | Claim Number: 3909<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $341,112.31 | Scheduled: | $314,650.70 UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

COLSTON, JAMES WILLARD
61 THOMAS ST
PORTLAND, ME 04102

Claim Number: 6882
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3960

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

COMED CO.
ATTN: BANKRUPTCY SECTION/REVENUE MGMT
2100 SWIFT DRIVE
OAK BROOK, IL 60523

Claim Number: 366-03
Claim Date: 01/22/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $31,130.22 |
| --- | --- | --- |

COMGRAPHICS INCORPORATION
329 W 18TH STREET
10TH FLOOR
CHICAGO, IL 60616

Claim Number: 1097
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 |
| --- | --- | --- |

COMMUNITY ANESTHESIA ASSOCIATE P.C.
PROFIT SHARING PLAN
C/O LOUIS BOJAB TTEE
13379 WEST SHERBORN
CARMEL, IN 46032

Claim Number: 5632
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $71,157.63 |
| --- | --- | --- |

COMMUNITY HOUSE PRESERVATION FUND, THE
380 SOUTH BATES
BIRMINGHAM, MI 48009-3366

Claim Number: 5636
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $25,413.44 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

COMPTROLLER OF MARYLAND
301 WEST PRESTON STREET ROOM 409
BALTIMORE, MD 21201

Claim Number: 2257
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 11218 (03/22/2012)

| PRIORITY | Claimed: | $6,355,300.00 | | Allowed: | $6,355,300.00 |
| UNSECURED | Claimed: | $402,528.00 | | | |

---

CONNECTICUT DEPT OF REVENUE SERVICES
C&E DIVISION, BANKRUPTCY SECTION
25 SIGOURNEY STREET
HARTFORD, CT 06106-5032

Claim Number: 4138
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 5745 (09/20/2010)

| PRIORITY | Claimed: | $250.00 |

---

CONNER, LAURIE
5966 MEMPHIS ST
NEW ORLEANS, LA 70124-2942

Claim Number: 6633
Claim Date: 08/02/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| PRIORITY | Claimed: | $1,768.00 | | | | | |
| UNSECURED | | | Scheduled: | $1,768.00 | Allowed: | $1,768.00 |

---

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.
BANKRUPTCY GROUP
4 IRVING PLACE, ROOM 1875-S
NEW YORK, NY 10003

Claim Number: 187
Claim Date: 12/30/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $15,419.92 |

---

CONSOLIDATED ELECTRICAL DISTRIBUTORS
PO BOX 489
LEMONT, IL 60439-0489

Claim Number: 937
Claim Date: 04/13/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4099 (04/19/2010)

| UNSECURED | Claimed: | $777.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

CONSTELLATION NEW ENERGY
BANK OF AMERICA LOCKBOX SERVICE
14217 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Claim Number: 5117
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $316,586.03 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $192,676.71 | Scheduled: | $269,599.16 |

---

CONWAY, SUSAN M.
125 LEEDS
WILLIAMSBURG, VA 23188

Claim Number: 6871
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

COOK COUNTY DEPT. OF REVENUE
118 N. CLARK STREET, ROOM 1160
CHICAGO, IL 60602

Claim Number: 6683
Claim Date: 12/15/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8204 (03/01/2011)

| PRIORITY | Claimed: | $1,286,329.03 |
|---|---|---|

---

COOK COUNTY DEPT. OF REVENUE
118 N. CLARK STREET, ROOM 1160
CHICAGO, IL 60602

Claim Number: 6687
Claim Date: 01/19/2011
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $1,519,196.85 |
|---|---|---|

---

COOK COUNTY DEPT. OF REVENUE
118 N. CLARK STREET, ROOM 1160
CHICAGO, IL 60602

Claim Number: 6694
Claim Date: 02/18/2011
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $570,207.39 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| COOK, STANTON<br>222 RALEIGH ROAD<br>KENILWORTH, IL 60043 | Claim Number: 5788<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,225,000.00 | Scheduled: | $830,177.18 UNLIQ |

| COPELAND, LLOYD & DEBORAH<br>139 BOONE RIDGE<br>MOUNTAIN CITY, TN 37683 | Claim Number: 3204<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $121,000.00 |

| COPELAND, LOYD & DEBORAH<br>139 BOONE RIDGE<br>MOUNTAIN CITY, TN 37683 | Claim Number: 3443<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $121,000.00 |

| COPPENS, STUART K.<br>726 MAYBANK LOOP<br>THE VILLAGES, FL 32162 | Claim Number: 3910<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,713.20 | Scheduled: | $22,165.00 UNLIQ |

| COPPENS, STUART K.<br>726 MAYBANK LOOP<br>THE VILLAGES, FL 32162 | Claim Number: 6969<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3910 | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

COSGROVE, JAMES T.
C/O WINEGAR, WILHELM, GLYNN & ROEMER
ATTN: SCOTT M. WILHELM
3005 ROSEBERRY STREET, P.O. BOX 800
PHILLIPSBURG, NJ 08865

Claim Number: 2238
Claim Date: 05/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $150,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

COSTELLO, DANIEL J
2060 CONTINENTAL AVE
APT 3
BRONX, NY 10461

Claim Number: 1767
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $17,260.00 |
|---|---|---|

COTLIAR, GEORGE J.
1618 ANITA LANE
NEWPORT BEACH, CA 92660

Claim Number: 3911
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $239,050.32 | Scheduled: | $175,144.00 UNLIQ |
|---|---|---|---|---|

COTLIAR, GEORGE J.
1618 ANITA LANE
NEWPORT BEACH, CA 92660

Claim Number: 6925
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3911

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

COUSINS, ROBERT R AND MILDRED L COUSINS
3581 FROST ROAD
SHRUB OAK, NY 10588

Claim Number: 6634
Claim Date: 07/30/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| SECURED | Claimed: | $2,437.52 |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

| COUSINS, ROBERT R. & MILDRED L.<br>3581 FROST ROAD<br>SHRUB OAK, NY 10588 | Claim Number: 6628<br>Claim Date: 07/28/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | | |
|---|---|---|---|
| SECURED       Claimed: | $2,437.52 | | |
| UNSECURED    Claimed: | $10,000.00 | | |

| COVA, ANNE M<br>7 TRANQUILITY PLACE<br>LADERA RANCH, CA 92694 | Claim Number: 1551<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED    Claimed: | $40.58 | | |

| CRABHOUSE OF DOUGLASTON, INC.<br>D/B/A DOUGLASTON MANOR<br>CO GIAIMO ASSOCIATES LLP, ATTN: J GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5851<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
|---|---|---|---|
| UNSECURED    Claimed: | $255,000.00 | Scheduled: | $0.00 UNLIQ |

| CRAWFORD, WILLIAM<br>3509 B AVENIDA MADERA<br>BRADENTON, FL 34210 | Claim Number: 3167<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED    Claimed: | $12,619.33  UNLIQ | Scheduled: | $81,779.00 UNLIQ |

| CRAWFORD, WILLIAM D.<br>3509B AVENIDA MADERA<br>BRADENTON, FL 34210 | Claim Number: 7033<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3167 | | |
|---|---|---|---|
| UNSECURED    Claimed: | $0.00  UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

CROWDER, GRACE E.
499 B&F ROAD
GETTYSBURG, PA 17325

Claim Number: 3913
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $328,983.31 |
|---|---|---|

CROWDER, GRACE E.
499 B&F ROAD
GETTYSBURG, PA 17325

Claim Number: 6916
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3912

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

CRUM, RAYMOND
3508 PARRIS BRIDGE ROAD
BOILING SPRINGS, SC 29316

Claim Number: 3030
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $14,749.38 |
|---|---|---|

CRUZ, VICTOR
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4915
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

---

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

CS STARS LLC
500 W MONROE ST
CHICAGO, IL 60661

Claim Number: 4990
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,390.87 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

CSC HOLDINGS, INC., ET AL
ATTN: GENERAL COUNSEL
1111 STEWART AVENUE
BETHPAGE, NY 11714

Claim Number: 4277
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

CURCIO WEBB LLC
100 BUSH ST   STE 2400
SAN FRANCISCO, CA 94104

Claim Number: 2452
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,750.00 | Scheduled: | $1,750.00 |
|---|---|---|---|---|

CURL, CAROL D
8233 LOWER RIVER ROAD
GRANTS PASS, OR 97526

Claim Number: 3202
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $267,125.97 | | |
|---|---|---|---|---|

CVS CAREMARK
2211 SAUNDERS ROAD
NBT10
NORTHBROOK, IL 60062

Claim Number: 3051
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $149,912.87 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

CWA/ITU NEGOTIATED PENSION PLAN
MICHELLE MCMAHON, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

Claim Number: 2896
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $329,569.00 UNLIQ | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

CZADZECK, GERALD H.
3279 E. BRECKENRIDGE LN.
BLOOMFIELD, MI 48301-4149

Claim Number: 2625
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $62,944.01 | | |

CZARK, RICHARD
44 WATERFORD DR
BLUFTON, SC 29910

Claim Number: 2210
Claim Date: 05/01/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $45,778.23  UNLIQ | Scheduled: | $40,189.83 |

DALLAS COUNTY
C/O LINEBARGER GOGGAN BLAIR & SAMPSON,
LLP; ATTN: ELIZABETH WELLER
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 5981
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 5913 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| ADMINISTRATIVE | Claimed: | $44,895.89  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201-2691

Claim Number: 6018
Claim Date: 06/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| ADMINISTRATIVE | Claimed: | $44,895.89  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |

DALMAU, BARBARA A
12 TILDEN DR
NOVATO, CA 94947-4625

Claim Number: 6503
Claim Date: 06/01/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | |
|---|---|---|
| DANIEL J. HURLEY RESID. TRUST<br>W.A. BAKER, TRUSTEE<br>83 EAGLE RUN<br>S. WINDSOR, CT 06074 | | Claim Number: 5908<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $15,224.40 |
|---|---|---|

---

| DANIELS, DIANE<br>5 JUNIPER ST.<br>HICKSVILLE, NY 11801 | | Claim Number: 5323<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| DANIELS, SARAH<br>43 ROYAL CRESCENT WAY<br>FREDERICKSBRG, VA 22406-7296 | | Claim Number: 1532<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|

| PRIORITY | Claimed: | $3,565.38 |
|---|---|---|

---

| DARNALL, JOHN<br>6378 LADA AVE.<br>CAMARILLO, CA 93012 | | Claim Number: 3915<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|

| UNSECURED | Claimed: | $12,067.23 |
|---|---|---|

---

| DARR, THOMAS<br>7808 CAUSEWAY DR APT 107<br>CHARLOTTE, NC 28227-6770 | | Claim Number: 3445<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim amount is $15/weekly |
|---|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| DARR, THOMAS<br>7808 CAUSEWAY DR APT 107<br>CHARLOTTE, NC 28227-6770 | Claim Number: 3446<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim amount is $75/weekly | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

| DARR, THOMAS<br>7808 CAUSEWAY DR APT 107<br>CHARLOTTE, NC 28227-6770 | Claim Number: 3447<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim amount is $30/weekly | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

| DARR, THOMAS<br>7808 CAUSEWAY DR APT 107<br>CHARLOTTE, NC 28227-6770 | Claim Number: 3448<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim amount is $30/weekly | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

| DATABANK IMX LLC<br>PO BOX 62286<br>BALTIMORE, MD 21264 | Claim Number: 5009<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
|---|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $5.98 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $26.50 | Scheduled: | $5.98 | Allowed: | $32.48 |

| DAVIS, KENNETH<br>8800 WALTHER BLVD APT 2111<br>PARKVILLE, MD 21234 | Claim Number: 3917<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|

| UNSECURED | Claimed: | $85,588.75 |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| DAVISON, GEORGE<br>3169 WARREN RD<br>CLEVELAND, OH 44111 | Claim Number: 3041<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $15,365.63 |
|---|---|---|

| DAY PITNEY LLP<br>PO BOX 33300<br>HARTFORD, CT 06150-3300 | Claim Number: 2657-02<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $662.50 |
|---|---|---|

| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>STEELCASE FINANCAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 3327<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $2,041,319.96 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>STEELCASE FINANCAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 3328<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $143,069.28 |

| DE MARTINI, THOMAS<br>529 COLLEGE DR<br>ALLENTOWN, PA 18104-6137 | Claim Number: 304<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| PRIORITY | Claimed: | $1,500.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $300.00 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

DEADLINE CLUB
47  5TH AVENUE
NEW YORK, NY 10003-4303

Claim Number: 5310
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $660.00 |

DECAPRIO, DARCIE
116 TERRI COURT
MANHATTAN, IL 60442

Claim Number: 4463
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $964.71 |

DEE, ELIZABETH
1217 DUBOIS CT.
KIRKWOOD, MO 63122

Claim Number: 6100
Claim Date: 07/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $17,000.00 | UNLIQ |
| SECURED | Claimed: | $17,000.00 | UNLIQ |
| TOTAL | Claimed: | $17,000.00 | UNLIQ |

DELUCA, SOUTH SHORE NEWS, INC.
C/O GIAMO ASSOCIATES LLP
ATTN: JOSEPH O. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5865
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $140,760.86 | Scheduled: | $0.00 | UNLIQ |

DELUGACH, ALBERT L
4313 PRICE
LOS ANGELES, CA 90027

Claim Number: 2422
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,105.75 | UNLIQ |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| DEMANUEL, KIM<br>20 IVY LEAGUE LN<br>STONY BROOK, NY 11790-2714 | Claim Number: 5079<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| DEMMA, JOSEPH<br>2219 N 35TH AVE<br>HOLLYWOOD, FL 33021-4312 | Claim Number: 2160<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) |
|---|---|

| PRIORITY | Claimed: | $200.00   UNLIQ |
|---|---|---|

| DENNISTON, LYLE W<br>301 PINE ROAD<br>FORT WASHINGTON, MD 20744-6612 | Claim Number: 3340<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for retiree pension benefit |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| DEPAOLA, KENNETH J.<br>C/O DEVON J. EGGERT<br>FREEBORN & PETERS LLP<br>311 S. WACKER DR., STE. 3000<br>CHICAGO, IL 60606 | Claim Number: 7056<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| DEPARTMENT OF HOMELAND SECURITY<br>SVC<br>222 S RIVERSIDE PLZ NO. 2300<br>C/O ZULKIE PARTNERS LLC<br>CHICAGO, IL 60606-6101 | Claim Number: 2771<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $1,583.50 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 6254<br>Claim Date: 09/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10912 (02/14/2012) |
|---|---|

| PRIORITY | Claimed: | $314,482,945.74 |
| SECURED | Claimed: | $34,201,261.49 |
| UNSECURED | Claimed: | $3,004,586.75 |

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 7082<br>Claim Date: 12/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10912 (02/14/2012) |
|---|---|

| PRIORITY | Claimed: | $24,609,048.31 |

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 7089<br>Claim Date: 12/15/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 6254 |
|---|---|

| PRIORITY | Claimed: | $203,115,084.59 |

---

| DEROY TESTAMENTARY FOUNDATION<br>26999 CENTRAL PARK BLVD., STE 166 N<br>SOUTHFIELD, MI 48076 | Claim Number: 5630<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $254,134.38 |

---

| DESOLA, JOSEPH<br>C/O BINDER & BINDER, P.C.<br>PATRICK BUSSE<br>300 RABRO DR SUITE 101<br>HAUPPAUGE, NY 11788 | Claim Number: 5442<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $64,000.00 | Scheduled: | $0.00 UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>100 PLAZA ONE FL 3<br>JERSEY CITY, NJ 07311-3934 | Claim Number: 3525<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $83,702,999.21 | Scheduled: | $83,702,999.21  UNLIQ |

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>100 PLAZA ONE FL 3<br>JERSEY CITY, NJ 07311-3934 | Claim Number: 3526<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $120,500.00 | Scheduled: | $120,500.00  UNLIQ |

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>100 PLAZA ONE FL 3<br>JERSEY CITY, NJ 07311-3934 | Claim Number: 3527<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $335,486,250.00 | Scheduled: | $335,486,250.00  UNLIQ |

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3528<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $456,946,875.00 | Scheduled: | $456,946,875.00  UNLIQ |

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3529<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $148,715,333.33 | Scheduled: | $148,715,333.33  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3530<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $86,270,366.40 | Scheduled: | $86,270,366.40  UNLIQ |

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3531<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $102,000,520.83 | Scheduled: | $102,000,520.83  UNLIQ |

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3532<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $69,812,899.00 | Scheduled: | $69,812,899.00  UNLIQ |

| DEYOUNG, BARBARA R.<br>4 STONEY CLOVER LANE<br>PITTSFORD, NY 14534-4601 | Claim Number: 3918<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $140,144.34 | Scheduled: | $121,735.77 |

| DEYOUNG, BARBARA R.<br>4 STONEY CLOVER LANE<br>PITTSFORD, NY 14534-4601 | Claim Number: 6970<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3918 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

DIETER, SHARON L
1016 HAZEL LANE
BEL AIR, MD 21014

Claim Number: 5722
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments:
Life insurance policy

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

DIETER, SHARON L.
1016 HAZEL LANE
BEL AIR, MD 21014

Claim Number: 5723
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments:
Retiree medical benefits

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

DIETZ PARK
RE: DEKALB 328 DIETZ AVE.
120 N. ANNIE GLIDDEN RD.
DEKALB, IL 60114

Claim Number: 2416
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 1196 (05/12/2009)

| UNSECURED | Claimed: | $1,282.51 |
|---|---|---|

DIKEMAN, FORREST L.
3264 NE 156TH AVE.
PORTLAND, OR 97230

Claim Number: 3316
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $150,000.00  UNLIQ |
|---|---|---|

DILL, JOHN F.
1001 ARBOR LAKE DR., #408
NAPLES, FL 34110-7083

Claim Number: 3919
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $109,100.04 | Scheduled: | $79,385.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

DILL, JOHN F.
1001 ARBOR LAKE DR #408
NAPLES, FL 34110-7083

Claim Number: 6971
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3919

| UNSECURED | Claimed: | $0.00  UNDET | | | | | |
|---|---|---|---|---|---|---|---|

DILWORTH, ANN E.
101 PASEO ENCANTADO NE
SANTA FE, NM 87506

Claim Number: 3920
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $184,998.00 | Scheduled: | $114,930.00 UNLIQ | | | |
|---|---|---|---|---|---|---|---|

DILWORTH, ANN E.
101 PASEO ENCANTADO NE
SANTA FE, NM 87506

Claim Number: 6972
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3920

| UNSECURED | Claimed: | $0.00  UNDET | | | | | |
|---|---|---|---|---|---|---|---|

DIXON, KATHYE D
2040 W JACKSON ST
ORLANDO, FL 32805-2110

Claim Number: 6529
Claim Date: 06/15/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $102.00 | Allowed: | $102.00 |
|---|---|---|---|---|---|---|

DLC INC
21800 OXNARD STREET  SUITE 980
WOODLAND HILLS, CA 91367

Claim Number: 6549
Claim Date: 06/24/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $32,915.00 | Scheduled: | $21,965.00 | Allowed: | $21,965.00 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

DOESCHER, CLIFFORD
557 ARIS AVE
METAIRE, LA 70005-2905

Claim Number: 6544
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |
|---|---|---|---|---|

DONALD, HEATHER L.
ASSISTANT ATTORNEY GENERAL
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD
DETROIT, MI 48202

Claim Number: 7125
Claim Date: 06/04/2012
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.

| ADMINISTRATIVE | Claimed: | $37,725.39 |
|---|---|---|

DOROTHY DZIADZIO
3913 N FRANCISCO AVE
CHICAGO, IL 60618-3505

Claim Number: 5790
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 5914 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| UNSECURED | Claimed: | $12,000.00 |
|---|---|---|

DOWNES, BRIAN P.
PO BOX 518
WINTERSET, IA 50273

Claim Number: 6031
Claim Date: 07/06/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for $419.20/month for life

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

DOWNES, MARY M.
9650 SHORE DR., MAISON SUR MER, NO. 2202
MYRTLE BEACH, SC 29572

Claim Number: 3922
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $107,609.85 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

DOWNES, MARY M.
9650 SHORE DR., MAISON SUR MER, # 2202
MYRTLE BEACH, SC 29572

Claim Number: 6879
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3921

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

DOWNEY, MICHAEL
18085  KAREN  DR
ENCINO, CA 91316-4230

Claim Number: 2019
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $448.63 | Scheduled: | $448.63 |
|---|---|---|---|---|

DOWNING, KATHRYN M.
121 VIA ALICIA
SANTA BARBARA, CA 93108

Claim Number: 3923
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,350,233.65 | Scheduled: | $675,965.00 UNLIQ |
|---|---|---|---|---|

DOWNING, KATHRYN M.
121 VIA ALICIA
SANTA BARBARA, CA 93108

Claim Number: 6926
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3923

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

DRACHLIS, TIMOTHY
150 MAPLE HILL RD
HUNTINGTON, NY 11743-2113

Claim Number: 5123
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

DREHER, BEVERLY
6301 ACACIA HILL DRIVE
YORBA LINDA, CA 92886-5810

Claim Number: 6927
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3924

| UNSECURED | Claimed: | $0.00  UNDET | | | |
|---|---|---|---|---|---|

DREHER, BEVERLY A.
6301 ACACIA HILL DR
YORBA LINDA, CA 92886-5810

Claim Number: 3924
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $58,882.23 | Scheduled: | $34,808.00 UNLIQ | |
|---|---|---|---|---|---|

DREWRY, ELIZABETH V.
100 RIDGE PASS WAY
LANDRUM, SC 29356

Claim Number: 3925
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $159,351.22 | Scheduled: | $91,219.00 UNLIQ | |
|---|---|---|---|---|---|

DREWRY, ELIZABETH V.
100 RIDGE PASS WAY
LANDRUM, SC 29356

Claim Number: 6928
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3925

| UNSECURED | Claimed: | $0.00  UNDET | | | |
|---|---|---|---|---|---|

DRUMMEY, SARAH J
10 FREELAND DR
SPRINGVALE, ME 04083-1968

Claim Number: 6519
Claim Date: 06/08/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,972.00 | Allowed: | $1,972.00 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | |
|---|---|---|
| DRYDEN IX-SENIOR LOAN FUND 2005<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3439<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |

| SECURED | Claimed: | $1,703,125.00 |
|---|---|---|

| | | |
|---|---|---|
| DRYDEN V - LEVERAGED LOAN CDO 2003<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3441<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |

| SECURED | Claimed: | $2,962,500.00 |
|---|---|---|

| | | |
|---|---|---|
| DRYDEN VII-LEVERAGED LOAN CDO 2004<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3442<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |

| SECURED | Claimed: | $3,950,000.00 |
|---|---|---|

| | | |
|---|---|---|
| DRYDEN VIII-LEVERAGE<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3438<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |

| SECURED | Claimed: | $2,950,000.00 |
|---|---|---|

| | | |
|---|---|---|
| DRYDEN XI-LEVERAGED LOAN CDO 2006<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3436<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |

| SECURED | Claimed: | $3,937,500.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | | | | |
|---|---|---|---|---|---|
| DRYDEN XVI-LEVERAGED LOAN CDO 2006<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3435<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | | |

| SECURED | Claimed: | $2,962,500.00 | | | |
|---|---|---|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| DRYDEN XVIII LEVERAGED LOAN 2007 LTD.<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, FLOOR 10<br>NEWARK, NJ 07102 | Claim Number: 3440<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | | |

| SECURED | Claimed: | $3,209,375.00 | | | |
|---|---|---|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| DUBESTER, MICHAEL S.<br>27 TAPPANWOOD DR<br>LOCUST VALLEY, NY 11560 | Claim Number: 3926<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |

| UNSECURED | Claimed: | $38,404.01 | Scheduled: | $23,518.00 UNLIQ |
|---|---|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| DUBRIEL, DAWN<br>5901 NW 71ST AVE<br>TAMARAC, FL 33321 | Claim Number: 3737<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | | |

| PRIORITY | Claimed: | $450.00 | | | |
|---|---|---|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| DUCHARME, NANCY K.<br>P.O. BOX 222<br>TINLEY PARK, IL 60477-0222 | Claim Number: 5295<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | | |

| UNSECURED | Claimed: | $4,250.00 | | | |
|---|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                        Date: 06/12/2012
Alphabetical Claims Register for The Tribune Company (08-13141)

---

DUDLEY, SHAMEKA N.                          Claim Number: 5124
40 BELFORD AVE                              Claim Date: 06/12/2009
BAY SHORE, NY 11706-6821                    Debtor: TRIBUNE COMPANY
                                            Comments:
                                            Pension Plan, ESOP, Cash Balance Plan

UNSECURED          Claimed:                        $0.00  UNDET

---

DUN & BRADSTREET                            Claim Number: 6624
C/O RMS BANKRUPTCY SERVICES                 Claim Date: 07/26/2010
P.O. BOX 5126                               Debtor: TRIBUNE COMPANY
TIMONIUM, MD 21094                          Comments: EXPUNGED
                                            DOCKET: 9345 (06/24/2011)

ADMINISTRATIVE     Claimed:                     $184,701.66

---

DUN & BRADSTREET                            Claim Number: 6627
C/O RMS BANKRUPTCY SERVICES                 Claim Date: 07/26/2010
P.O. BOX 5126                               Debtor: TRIBUNE COMPANY
TIMONIUM, MD 21094                          Comments: EXPUNGED
                                            DOCKET: 8204 (03/01/2011)

ADMINISTRATIVE     Claimed:                     $184,701.66

---

DUN & BRADSTREET                            Claim Number: 6668
C/O RMS BANKRUPTCY SERVICES                 Claim Date: 10/29/2010
P.O. BOX 5126                               Debtor: TRIBUNE COMPANY
TIMONIUM, MD 21094                          Comments: ALLOWED
                                            DOCKET: 10967 (02/21/2012)

ADMINISTRATIVE     Claimed:                     $195,268.79                    Allowed:          $99,000.00

---

DUNAWAY, HILDEGARD M.                       Claim Number: 3260
3500 HOLLINGSWORTH                          Claim Date: 05/29/2009
WILLIAMSBURG, VA 23188                      Debtor: TRIBUNE COMPANY
                                            Comments: EXPUNGED
                                            DOCKET: 3013 (01/05/2010)

PRIORITY           Claimed:                      $10,000.00

---

| | | | | |
|---|---|---|---|---|
| DUNAWAY, JOHN A., JR.<br>3500 HOLLINGSWORTH<br>WILLIAMSBURG, VA 23188 | | Claim Number: 3261<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| PRIORITY | Claimed: | $10,000.00 | | |
| DUNAWAY, JOHN A., JR.<br>3500 HOLLINGSWORTH<br>WILLIAMSBURG, VA 23188 | | Claim Number: 3262<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| PRIORITY | Claimed: | $10,000.00 | | |
| DUONG, PAUL<br>13925 DALTREY LN<br>CHARLOTTE, NC 28277 | | Claim Number: 6740<br>Claim Date: 04/01/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,870.00 | Scheduled: | $1,870.00 |
| DURIE, MARCIA W.<br>1880 BAY ROAD #219<br>VERO BEACH, FL 32963 | | Claim Number: 6023<br>Claim Date: 07/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $39,108.40 | | |
| DUTTON, DOUGLAS<br>240 SOUTHPORT ST.<br>RONKONKOMA, NY 11779 | | Claim Number: 5125<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| DVORAK, HEIDI<br>9126 GRUNDY LANE<br>CHATSWORTH, CA 91311 | | Claim Number: 1033<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,023.45 | | |
| UNSECURED | Claimed: | $5,023.45 | | |
| TOTAL | Claimed: | $5,023.45 | | |

---

| DYER, JOHN<br>980 FENIMORE CIRCLE<br>ATLANTA, GA 30350 | | Claim Number: 3927<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $592,605.17 | Scheduled: | $546,634.13 |

---

| DYER, JOHN M.<br>980 FENIMORE CIRCLE<br>ATLANTA, GA 30350 | | Claim Number: 6973<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3927 | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

| DYMSKI, GARY M.<br>14 SWEET BRIAS PATH<br>LAKE GROVE, NY 11755-1849 | | Claim Number: 5006<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Penion benefits | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

| DYSON, JOHN W.<br>8770 HERITAGE CT.<br>REDDING, CA 96001 | | Claim Number: 3313<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $50,403.00 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

E Z BUY & E Z SELL RECYCLER CORPORATION
C/O TARGET MEDIA PARTNERS
ATTN SUSAN M. HUMPHREVILLE
5900 WILSHIRE BLVD, STE 550
LOS ANGELES, CA 90036

Claim Number: 4332
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| SECURED | Claimed: | $1,700,000.00 |
| UNSECURED | Claimed: | $1,300,000.00 |
| TOTAL | Claimed: | $3,069,497.23 |

---

EDELSTEIN, ANDREW
5 COLONY CT
GREENLAWN, NY 11740

Claim Number: 5099
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

EDLUND, RICK
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST
2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3271
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $21,644.00 |
| TOTAL | Claimed: | $21,644.00 |

---

EDMONDS, DOROTHY M.
141 PATTERSON AVE.
HEMPSTEAD, NY 11550

Claim Number: 5067
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

EGAN, PAUL H.
5926 SE IRIS COURT
MILWAUKIE, OR 97267-1851

Claim Number: 3929
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $23,494.71 |
|---|---|---|

EGAN, PAUL H.
5926 SE IRIS COURT
MILWAUKIE, OR 97267-1851

Claim Number: 6891
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3928

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

EGI-TRB, L.L.C
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6395
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 4654

---

| UNSECURED | Claimed: | $167,047,531.55   UNLIQ | Scheduled: | $167,047,531.55 |
|---|---|---|---|---|

EGI-TRB, L.L.C.
TWO NORTH RIVERSIDE DRIVE
SUITE 600
CHICAGO, IL 60606

Claim Number: 4654
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

---

| UNSECURED | Claimed: | $167,026,386.62   UNLIQ |
|---|---|---|

EHLMANN, TOM E.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6745
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8747 (04/25/2011)

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| EHLMANN, TOM E. | Claim Number: 6876 |
| C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, | Claim Date: 11/01/2011 |
| PATRICK FRYE WILDMAN, HARROLD, ALLEN | Debtor: TRIBUNE COMPANY |
| 225 W. WACKER DRIVE | Comments: |
| CHICAGO, IL 60606 | amends claim 6745 |

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| ELECTRORACK PRODUCTS COMPANY | Claim Number: 575 |
| 1443 S. SUNKIST ST | Claim Date: 02/27/2009 |
| ANAHEIM, CA 92806 | Debtor: TRIBUNE COMPANY |
| | Comments: DOCKET: 4102 (04/19/2010) |

| UNSECURED | Claimed: | $12,047.28 |

---

| ELECTRORACK PRODUCTS COMPANY | Claim Number: 1079 |
| 1443 S. SUNKIST ST | Claim Date: 04/20/2009 |
| ANAHEIM, CA 92806 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3427 (02/16/2010) |

| ADMINISTRATIVE | Claimed: | $10,125.17 |
| UNSECURED | Claimed: | $1,922.11 |

---

| ELLIS, JAMES L. | Claim Number: 7055 |
| C/O DEVON J. EGGERT | Claim Date: 11/02/2011 |
| FREEBORN & PETERS LLP | Debtor: TRIBUNE COMPANY |
| 311 S. WACKER DR., STE 3000 | |
| CHICAGO, IL 60606 | |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| EMC CORPORATION | Claim Number: 6781 |
| C/O RMS BANKRUPTCY SERVICES | Claim Date: 06/09/2011 |
| P.O. BOX 5126 | Debtor: TRIBUNE COMPANY |
| TIMONIUM, MD 21094 | Comments: WITHDRAWN |
| | DOCKET: 11090 (03/05/2012) |

| ADMINISTRATIVE | Claimed: | $24,595.51 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| ENGLER, JOY<br>RR 2 BOX 137<br>KUNKLETOWN, PA 18058 | Claim Number: 2099<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | | |

---

| UNSECURED | Claimed: | $14,000.00 | | | |

---

| ENRIQUEZ, RODGER, MANAGER<br>BUSINESS MAIL ENTRY - L.A. DISTRICT<br>UNITED STATES POSTAL SERVICE<br>7001 S. CENTRAL AVENUE<br>LOS ANGELES, CA 90052-9614 | Claim Number: 5432<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | | |

---

| UNSECURED | Claimed: | $625.00 | | | |

---

| ENSTAD, PAUL O CUST KELLY ENSTAD UGMA IL<br>1102 PEPPERSTREE<br>PALATINE, IL 60067-2742 | Claim Number: 6540<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | | |

---

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | |

---

| ENTERPRISE GROUP<br>A DIVISION OF DOMTAR COMPANY<br>6461 SAGUARO COURT<br>INDIANAPOLIS, IN 46268 | Claim Number: 914<br>Claim Date: 04/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | | |

---

| UNSECURED | Claimed: | $1,687.72 | Scheduled: | $1,687.72 | |

---

| ENTERPRISE VISION TECHNOLOGIES, INC<br>201 WILSHIRE BLVD. A9<br>SANTA MONICA, CA 90401 | Claim Number: 6476<br>Claim Date: 05/17/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | |

---

| UNSECURED | Claimed: | $9,031.38 | Scheduled: | $3,646.04 | Allowed: | $3,646.04 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

EQUITY GROUP INVESTMENTS LLC
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3711
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $4,931.68   UNLIQ |
|---|---|---|

EQUITY OVERLAY FUND, LLC
DEREK C. ABBOTT, ESQ.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET ST., P.O. BOX 1347
WILMINGTON, DE 19899

Claim Number: 1325
Claim Date: 04/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $327,368.10   UNLIQ |
|---|---|---|

ERBURU, ROBERT F.
1518 BLUE JAY WAY
LOS ANGELES, CA 90069

Claim Number: 3930
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,976,796.34 | Scheduled: | $6,866,105.23 UNLIQ |
|---|---|---|---|---|

ERBURU, ROBERT F.
4265 CRESTA AVE
SANTA BARBARA, CA 93110

Claim Number: 6974
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3930

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

ERICSSON INC.
6300 LEGACY DRIVE
PLANO, TX 75024

Claim Number: 2547
Claim Date: 05/07/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $118,397.84 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| ERNIE BANKS INTERNATIONAL INC<br>578 WASHINGTON BLVD, SUITE 284<br>MARINA DEL REY, CA 90242 | Claim Number: 6551<br>Claim Date: 06/30/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5606 (09/02/2010) |
|---|---|

| UNSECURED | Claimed: | $63,969.62 |
|---|---|---|

| ERNST, VINCENT C.<br>2717 NW CLIFFVIEW<br>LEES SUMMIT, MO 64081 | Claim Number: 5699<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

| ESGRO, DAVID A.<br>9415 LA ALBA DR<br>WHITTIER, CA 90603-1229 | Claim Number: 3931<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $32,602.00 |
|---|---|---|

| ESPOSITO, ROGER<br>20 MAYWOOD PLACE<br>KINGS PARK, NY 11754 | Claim Number: 3250<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claimant asserts $880 per month workers' comp payments |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

| ESTATE OF EUGENE L. FALK<br>C/O SHANNON LYNN MOORE, P.R.<br>14340 SALMON RIVER RD.<br>CALDWELL, ID 83607-7813 | Claim Number: 3892<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,425.50 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| ESTATE OF JOHN VANDENHEUVEL, THE | Claim Number: 3186 |
| 3543 LADONIA STREET | Claim Date: 05/26/2009 |
| SEAFORD, NY 11783-3024 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Claim is for total amount of future pension & retiree spousal |

| PRIORITY | Claimed: | $0.00  UNDET |

---

| ETHICS & EXCELLENCE IN JOURNALISM | Claim Number: 4395 |
| FOUNDATION | Claim Date: 06/10/2009 |
| OKLAHOMA TOWER | Debtor: TRIBUNE COMPANY |
| 210 PARK AVE | Comments: EXPUNGED |
| OKLAHOMA CITY, OK 73102 | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $140,000.00 |

---

| EVANS, CHARLES | Claim Number: 4907 |
| 233 BROADWAY FL 5 | Claim Date: 06/12/2009 |
| NEW YORK, NY 10279-0599 | Debtor: TRIBUNE COMPANY |
| | Comments: DOCKET: 10917 (02/14/2012) |
| | SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |

| UNSECURED | Claimed: | $10,000.00 |

---

| EVANS, PEARL | Claim Number: 4905 |
| 233 BROADWAY FL 5 | Claim Date: 06/12/2009 |
| NEW YORK, NY 10279-0599 | Debtor: TRIBUNE COMPANY |
| | Comments: DOCKET: 10917 (02/14/2012) |
| | SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |

| UNSECURED | Claimed: | $10,000.00 |

---

| EYER, RODERICK | Claim Number: 5126 |
| 2 WALLING FORD DRIVE | Claim Date: 06/12/2009 |
| MELVILLE, NY 11747 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

FAIR LIQUIDITY PARTNERS, LLC
TRANSFEROR: CHRISTIE PARKER HALE, LLP
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129

Claim Number: 5938
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $3,265.22 | Scheduled: | $3,265.22 |
|---|---|---|---|---|

FALK, EUGENE L., ESTATE OF
C/O SHANNON LYNN MOORE, P.R.
14340 SALMON RIVER RD.
CALDWELL, ID 83607-7813

Claim Number: 6929
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3892

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

FALK, JOANNE K.
161 ROYAL LONDON COURT
THOUSAND OAKS, CA 91361

Claim Number: 3893
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $133,983.00 | Scheduled: | $135,622.00 UNLIQ |
|---|---|---|---|---|

FALK, JOANNE K.
161 ROYAL LONDON COURT
THOUSAND OAKS, CA 91361

Claim Number: 6951
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3893

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

FARRINGTON, AUDREY L.
C/O DAVID TYRA
KRONICK MOSKOVITZ TIEDEMANN & GIRARD
400 CAPITOL MALL, 27TH FLOOR
SACRAMENTO, CA 95814

Claim Number: 6830
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| FARRINGTON, AUDREY L. | Claim Number: 7066 |
| C/O DAVID TYRA | Claim Date: 10/31/2011 |
| KRONICK MOSKOVITZ TIEDEMANN & GIRARD | Debtor: TRIBUNE COMPANY |
| 400 CAPITOL MALL, 27TH FLOOR | |
| SACRAMENTO, CA 95814 | |

---

| UNSECURED | Claimed: | $0.00   UNDET |

---

| FAULLER, BILLY L. III | Claim Number: 3274 |
| ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER | Claim Date: 05/29/2009 |
| 1221 LOCUST ST., 2ND FL | Debtor: TRIBUNE COMPANY |
| SAINT LOUIS, MO 63103 | Comments: |
| | Claim out of balance |

| PRIORITY | Claimed: | $4,224.00 |
| UNSECURED | Claimed: | $4,224.00 |
| TOTAL | Claimed: | $4,224.00 |

---

| FAY, DONALD | Claim Number: 5944 |
| 712 30TH AVE | Claim Date: 06/23/2009 |
| SAN MATEO, CA 94403 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

---

| UNSECURED | Claimed: | $10,149.60 |

---

| FEDCOM CREDIT UNION | Claim Number: 5991 |
| 150 ANN ST NW | Claim Date: 06/29/2009 |
| GRAND RAPIDS, MI 49505 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

---

| UNSECURED | Claimed: | $515,505.21 |

---

| FEDEX CUSTOMER INFORMATION SERVICE | Claim Number: 4818-01 |
| AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND | Claim Date: 06/11/2009 |
| ATTN: REVENUE REVENUE/BANKRUPTCY | Debtor: TRIBUNE COMPANY |
| 3965 AIRWAYS MODULE G, 3RD FL | Comments: ALLOWED |
| MEMPHIS, TN 38116 | DOCKET: 5435 (08/19/2010) |

---

| UNSECURED | Claimed: | $1,542.18 | Scheduled: | $1,143.92 | Allowed: | $1,542.18 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                          Date: 06/12/2012
Alphabetical Claims Register for The Tribune Company (08-13141)

---

FEDEX CUSTOMER INFORMATION SERVICE     Claim Number: 4819-04
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND     Claim Date: 06/11/2009
ATTN: REVENUE REVENUE/BANKRUPTCY     Debtor: TRIBUNE COMPANY
3965 AIRWAYS MODULE G, 3RD FL     Comments: ALLOWED
MEMPHIS, TN 38116     DOCKET: 5435 (08/19/2010)

---

| UNSECURED | Claimed: | $25.66 | Allowed: | $25.66 |

FEE, WALTER M.     Claim Number: 6664
761 NORTH 29TH STREET     Claim Date: 10/18/2010
#204     Debtor: TRIBUNE COMPANY
MILWAUKEE, WI 53208     Comments: ALLOWED
     DOCKET: 9347 (06/24/2011)

---

| PRIORITY | Claimed: | $8,972.50 | | |
| UNSECURED | | | Allowed: | $5,434.95 |

FEENEY, RICHARD S.     Claim Number: 6841
C/O FRANCES GECKER     Claim Date: 10/31/2011
FRANK / GECKER LLP     Debtor: TRIBUNE COMPANY
325 N. LASALLE STREET, STE. 625
CHICAGO, IL 60654

---

| UNSECURED | Claimed: | $0.00   UNLIQ |

FEHNEL, JAMES D.     Claim Number: 7076
C/O FRANCES GECKER     Claim Date: 12/01/2011
FRANK/GECKER LLP     Debtor: TRIBUNE COMPANY
325 N. LASALLE STREET, STE. 625
CHICAGO, IL 60654

---

| UNSECURED | Claimed: | $0.00   UNLIQ |

FELTY, RICK     Claim Number: 6826
15 BEACON ST.     Claim Date: 10/07/2011
NATICK, MA 01760     Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| FERNALD, PETER J.<br>1338 GLEN OAKS BLVD<br>PASADENA, CA 91105 | | Claim Number: 3894<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $174,235.31 | Scheduled: | $132,911.00 UNLIQ |
|---|---|---|---|---|

| FERNALD, PETER J.<br>1338 GLEN OAKS BLVD.<br>PASADENA, CA 91105 | | Claim Number: 6975<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3894 | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| FERNANDEZ, LARRY<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4902<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $10,000.00 | | |
|---|---|---|---|---|

| FERRARO, MICHAEL<br>1255 LAKESHORE DRIVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 5681<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $5,459.83 | | |
|---|---|---|---|---|

| FERRELL, BRADLEY S.<br>3949 MAIN STREET<br>PERRY, OH 44081 | | Claim Number: 4766<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $32,925.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| FILICE, PETER D. | | Claim Number: 7070 |
| 9456 BURNS COURT | | Claim Date: 11/21/2011 |
| GRANITE BAY, CA 95746 | | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $21,890.86 |

---

| FILM MUSICIANS SECONDARY MARKET FUND | | Claim Number: 6530 |
| ATTN: KAREN L. TUCKER | | Claim Date: 06/15/2010 |
| 12001 VENTURA PLACE, 5TH FLOOR | | Debtor: TRIBUNE COMPANY |
| STUDIO CITY, CA 91604 | | |

| PRIORITY | Claimed: | $1,000.00   UNLIQ |
| UNSECURED | Claimed: | $49,000.00   UNLIQ |

---

| FINKE, THOMAS | | Claim Number: 7050 |
| 682 GROVE | | Claim Date: 11/02/2011 |
| GLENCOE, IL 60022 | | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| FIRST QUALITY MAINTENANCE | | Claim Number: 892 |
| 70 WEST 36TH STREET | | Claim Date: 04/06/2009 |
| NEW YORK, NY 10018 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |
| | | DOCKET: 2270 (10/02/2009) |

| UNSECURED | Claimed: | $4,425.42 |

---

| FISHER, GAIL L | | Claim Number: 6493 |
| 952 ALMEDA PADRE SERRA | | Claim Date: 05/24/2010 |
| SANTA BARBARA, CA 93103-2143 | | Debtor: TRIBUNE COMPANY |
| | | Comments: ALLOWED |
| | | DOCKET: 10420 (12/12/2011) |

| PRIORITY | Claimed: | $204.00 | | | | |
| UNSECURED | | | Scheduled: | $204.00 | Allowed: | $204.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

FITZGERALD, JAMES E.
93 5TH STREET
GARDEN CITY, NY 11530

Claim Number: 3895
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $133,437.04 | Scheduled: | $117,342.00 UNLIQ |
|---|---|---|---|---|

FITZGERALD, JAMES E.
93 FIFTH STREET
GARDEN CITY, NY 11530

Claim Number: 6976
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3895

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

FITZSIMONS, DENNIS
MCCORMICK TRIBUNE FOUNDATION
435 N. MICHIGAN AVENUE
CHICAGO, IL 60601

Claim Number: 5149
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,636.56 UNLIQ |
|---|---|---|

FITZSIMONS, DENNIS
MCCORMICK TRIBUNE FOUNDATION
435 N. MICHIGAN AVENUE
CHICAGO, IL 60601

Claim Number: 5639
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,636.56 UNLIQ |
|---|---|---|

FITZSIMONS, DENNIS J.
800 NORTH MICHIGAN AVENUE
UNIT 2501
CHICAGO, IL 60611

Claim Number: 6860
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| FLICK, JOHN E.<br>31 SEAVIEW DR<br>SANTA BARBARA, CA 93108 | Claim Number: 3896<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $465,665.58 | Scheduled: | $365,927.00 UNLIQ |
|---|---|---|---|---|

| FLICK, JOHN E.<br>31 SEAVIEW DR<br>SANTA BARBARA, CA 93108 | Claim Number: 6887<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3896 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| FMT CO CUST IRA<br>FBO BERNARD PEARLMAN<br>11 FIFTH AVE, APT 12D<br>NEW YORK, NY 10003-4342 | Claim Number: 3248<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $203,063.42 |
|---|---|---|

| FMT CO CUST IRA<br>FBO ALLAN R. PEARLMAN<br>11 FIFTH AVE, APT 12D<br>NEW YORK, NY 10003-4342 | Claim Number: 3249<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $86,530.21 |
|---|---|---|

| FMTC CUSTODIAN - ROTH IRA<br>FBO PETER B. BLEICHER<br>PMB 171<br>13492 RESEARCH BLVD STE 120<br>AUSTIN, TX 78750-2254 | Claim Number: 4181<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,975.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | |
|---|---|---|
| FMTC CUSTODIAN - ROTH IRA<br>FBO JOANA L TABA<br>41-525 FLAMINGO ST<br>WAIMANALO, HI 96795-1134 | Claim Number: 5916<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| UNSECURED | Claimed: | $2,029.92 |
|---|---|---|

| | | |
|---|---|---|
| FMTC CUSTODIAN- ROTH IRA<br>FBO DAVID LLOYD TAYLOR<br>966 WILDFLOWER WAY<br>LONGWOOD, FL 32750-4045 | Claim Number: 3593<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |

| UNSECURED | Claimed: | $1,000,000.00 |
|---|---|---|

| | | |
|---|---|---|
| FMTC, CUSTODIAN FOR ROBERT A. MCKEAN III<br>ROTH IRA<br>3 COLBY LANE<br>BYFIELD, MA 01922 | Claim Number: 3747<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| PRIORITY | Claimed: | $40,000.00 |
|---|---|---|

| | | |
|---|---|---|
| FMTC/NFSC FBO TENIYA<br>FARNANDIS IRA<br><A/C CHT-087572><br>1140 W 112TH STREET<br>CHICAGO, IL 60643 | Claim Number: 6731<br>Claim Date: 03/24/2011<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $331.74 | Scheduled: | $331.74 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FOLEY, MARY BETH<br>31 GROVE ST<br>NORTHPORT, NY 11768-2905 | Claim Number: 5056<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

FONG, PHILLIP
4512 N DELTA ST
ROSEMEAD, CA 91770

Claim Number: 5727
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments:
Retiree medical benefits & life insurance

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

FORGIONE, MICHAEL J.
185 CAMBRIDGE DRIVE EAST
COPIAGUE, NY 11726

Claim Number: 3897
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $44,838.32 | Scheduled: | $35,090.00  UNLIQ |
|---|---|---|---|---|

---

FORGIONE, MICHAEL J.
185 CAMBRIDGE DR. EAST
COPIAGUE, NY 11726

Claim Number: 6977
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3897

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

FORST, DONALD
P O BOX 2
LIVINGSTON, NY 12541

Claim Number: 3898
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $115,977.12 | Scheduled: | $82,669.00  UNLIQ |
|---|---|---|---|---|

---

FORYS, JOSEPH V.
9 DAELL LANE
CENTEREACH, NY 11720

Claim Number: 5081
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| FOUX, MICHAEL C.<br>4898 WATERFORD DRIVE<br>MACUNGIE, PA 18062 | Claim Number: 7072<br>Claim Date: 11/30/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| FOX, DOUGLAS<br>223 WALL ST., # 318<br>HUNTINGTON, NY 11743 | Claim Number: 6978<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3899 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| FOX, DOUGLAS B.<br>223 WALL STREET #318<br>HUNTINGTON, NY 11743 | Claim Number: 3899<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $154,934.21 | Scheduled: | $55,799.00 UNLIQ |
|---|---|---|---|---|

| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 3558<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
|---|---|

| PRIORITY | Claimed: | $51,750,072.01   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $27,782,334.00   UNLIQ |

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 6716<br>Claim Date: 03/04/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 3558 |
|---|---|

| SECURED | Claimed: | $33,191,055.53 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| FRANZESE, PHILIP C.<br>55 OCEANVIEW DRIVE<br>MASTIC BEACH, NY 11951 | Claim Number: 604<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $218,750.25 | | |

| FREDERICK, KAREN L<br>343 GREENWOOD DR<br>PO BOX 1070<br>LAKE SHERWOOD, MO 63357 | Claim Number: 6536<br>Claim Date: 06/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | Allowed: | $34.00 |

| FREEDOM OF EXPRESSION FOUNDATN<br>171B CLAREMONT AVENUE<br>LONG BEACH, CA 90803 | Claim Number: 1804<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $5,000.00 |

| FREY, VINCENT<br>891 N LACROSSE ST<br>ALLENTOWN, PA 18109-1953 | Claim Number: 1859<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | |
| PRIORITY | Claimed: | $1,183.86 | |
| SECURED | Claimed: | $1,183.86 | |
| TOTAL | Claimed: | $1,183.86 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

FRIEDLANDER, H. JOE
1026 OLYMPIA RD.
BELLMORE, NY 11710

Claim Number: 5080
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

FROST, DANIEL F.
PO BOX 7285
KENNEWICK, WA 99336-0617

Claim Number: 3900
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $247,414.15 | Scheduled: | $123,521.00 UNLIQ |
|---|---|---|---|---|

FROST, F. DANIEL
P.O. BOX 7285
KENNEWICK, WA 99336-0617

Claim Number: 6979
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3900

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

FURUKAWA, VANCE
5 MEADOW RIDGE CIRCLE
POMONA, CA 91766

Claim Number: 3226
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $318,241.94 | Scheduled: | $293,487.92 |
|---|---|---|---|---|

GAGE SPENCER & FLEMING LLP
410 PARK AVE STE 900
NEW YORK, NY 10022

Claim Number: 3509
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $7,462.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| GALBO, CAMILLA<br>1416 S WASHINGTON<br>PARK RIDGE, IL 60068 | Claim Number: 4279<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $10,429.28 | | |
|---|---|---|---|---|

| GALLANT, JOHN<br>EMPLOYMENT LAWYERS GROUP<br>KARL GERBER<br>13418 VENTURA BLVD<br>SHERMAN OAKS, CA 91423 | Claim Number: 5706<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $2,500,000.00 | | |
|---|---|---|---|---|

| GARCIA, GARY W.<br>C/O SIEBEN & SIEBEN, LLP<br>90 EAST MAIN STREET<br>BAY SHORE, NY 11706 | Claim Number: 4127<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| GARRETT, F. WALKER<br>787 BROADOAK LOOP<br>LAKE FOREST, FL 32771 | Claim Number: 5970<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $40,598.40 | | |
|---|---|---|---|---|

| GART, MICHAEL<br>C/O FRANCES GECKER<br>FRANK / GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | Claim Number: 6838<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | | |
|---|---|---|---|---|---|---|
| GARY, JESSE M<br>131 CLARMAR DR<br>SUN PRAIRIE, WI 53590-2664 | | Claim Number: 6516<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $1,020.00 | Scheduled: | $1,020.00 | | |
| GARY, KAMILLA M<br>1303 COOL MIST CT<br>FORT MILL, SC 29707-7736 | | Claim Number: 6489<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |
| GASTLER, DEBRA A.<br>4236 BAKMAN AVENUE<br>STUDIO CITY, CA 91602 | | Claim Number: 3901<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $105,061.35 | Scheduled: | $51,528.00 UNLIQ | | |
| GASTLER, DEBRA A.<br>4236 BAKMAN AVENUE<br>STUDIO CITY, CA 91602 | | Claim Number: 6888<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3901 | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| GATES, ERNEST C.<br>106 HOLLY RD.<br>WILLIAMSBURG, VA 23185 | | Claim Number: 6869<br>Claim Date: 11/01/2011<br>Debtor: THE DAILY PRESS, INC. | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| GATEWAY PACIFIC PROPERTIES, INC. | Claim Number: 3461 |
| C/O RONALD K. BROWN JR | Claim Date: 06/03/2009 |
| LAW OFFICES OF RONALD K. BROWN JR | Debtor: TRIBUNE COMPANY |
| 901 DOVE STREET, SUITE 120 | Comments: EXPUNGED |
| NEWPORT BEACH, CA 92660 | DOCKET: 4417 (05/14/2010) |

| ADMINISTRATIVE | Claimed: | $15,108.96 |

---

| GE CAPITAL FLEET SERVICES | Claim Number: 5579 |
| C/O AARON N. CHAPIN | Claim Date: 06/12/2009 |
| REED SMITH LLP | Debtor: TRIBUNE COMPANY |
| 10 S. WACKER DRIVE | Comments: DOCKET: 2561 (11/13/2009) |
| CHICAGO, IL 60606 | |

| UNSECURED | Claimed: | $53,069.48 |

---

| GECKER, FRANCES - AS CHAPTER 7 TRUSTEE | Claim Number: 4195 |
| FOR ILLINOIS BATTERY CO. | Claim Date: 06/09/2009 |
| FRANK/GECKER LLP | Debtor: TRIBUNE COMPANY |
| 325 W. LASALLE ST., SUITE 625 | Comments: EXPUNGED |
| CHICAGO, IL 60654 | DOCKET: 4101 (04/19/2010) |

| UNSECURED | Claimed: | $10,000.00 |

---

| GELLMAN, STEVEN | Claim Number: 6669 |
| C/O LESLIE COHEN | Claim Date: 11/01/2010 |
| LESLIE COHEN LAW PC | Debtor: TRIBUNE COMPANY |
| 506 SANTA MONICA BLVD., SUITE 200 | |
| SANTA MONICA, CA 90401 | |

| ADMINISTRATIVE | Claimed: | $1,750,000.00 |

---

| GENESYS | Claim Number: 198-02 |
| ATTN: MELODY LOHR | Claim Date: 01/08/2009 |
| 11808 MIRACLE HILLS DR. | Debtor: TRIBUNE COMPANY |
| OMAHA, NE 68154 | Comments: ALLOWED |
| | DOCKET: 5435 (08/19/2010) |

| UNSECURED | Claimed: | $537.74 | Scheduled: | $161.61 | Allowed: | $537.74 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

GEORGE LIBERMAN ENTERPRISES, INC.
C/O MERHAB ROBINSON & JACKSON
ATTN: JAMES T. JACKSON, ESQ.
1551 N. TUSTIN AVE., STE. 910
SANTA ANA, CA 92705

Claim Number: 2974
Claim Date: 05/19/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 7455 (01/11/2011)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $138,557.54 CONT | | |
| UNSECURED | Claimed: | $861,442.50 CONT | Scheduled: | $0.00 UNLIQ |
| TOTAL | Claimed: | $1,000,000.00 CONT | | |

---

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
BANKRUPTCY SECTION
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 995
Claim Date: 04/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $17.30 |
| SECURED | Claimed: | $143,243.00 |
| UNSECURED | Claimed: | $1.00 |

---

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
BANKRUPTCY SECTION
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 6235
Claim Date: 09/17/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim 995

| | | |
|---|---|---|
| PRIORITY | Claimed: | $17.30 |
| SECURED | Claimed: | $780,789.00 |
| UNSECURED | Claimed: | $1.00 |

---

GESCHELIN, EDWARD V.
67 PARK ST.
SOMERVILLE, MA 02143

Claim Number: 3320
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $400,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| GETTY IMAGES<br>605 5TH AVE S STE 400<br>SEATTLE, WA 98104-3887 | | Claim Number: 1375<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $205.00 | | |
| GIANNONE, LISA<br>P O BOX 75<br>HICKSVILLE, NY 11801 | | Claim Number: 2867<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| GILLESKI, JOSEPH J.<br>110 ELMBROOK DRIVE<br>STAMFORD, CT 06906 | | Claim Number: 955<br>Claim Date: 04/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $3,931.14 | | |
| GILMARTIN, JOHN<br>258 FALLER DR APT C<br>NEW MILFORD, NJ 07646-6520 | | Claim Number: 6311<br>Claim Date: 10/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $436.00 | | |
| UNSECURED | Claimed: | $436.00 | Scheduled: | $436.00 UNLIQ |
| TOTAL | Claimed: | $436.00 | | |
| GIORDANO, THOMAS<br>146 HIGH ST<br>APT 110<br>MILFORD, CT 06460 | | Claim Number: 3007<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) | | |
| PRIORITY | Claimed: | $124.74   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | | |
|---|---|---|---|---|---|
| GLAVIN SECURITY HARDWARE SPECIALIST 1010 W JACKSON BLVD CHICAGO, IL 60607 | | Claim Number: 1477 Claim Date: 04/24/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2665 (11/25/2009) | | | |
| SECURED | Claimed: | $1,141.63 | | | |
| GLAVIN SECURITY SPECIALISTS 1010 W JACKSON BLVD CHICAGO, IL 60607 | | Claim Number: 1478 Claim Date: 04/24/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2271 (10/02/2009) | | | |
| SECURED | Claimed: | $1,141.63 | | | |
| GLENDALE BUSINESS CENTER, LLC RE: GLENDALE 6631 N SIDNEY PL CARE OF CLOVERLEAF GROUP, INC. 666 DUNDEE ROAD, SUITE 901 NORTHBROOK, IL 60062 | | Claim Number: 3408 Claim Date: 06/02/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $990.95 | | | |
| GLOBAL CROSSING TELECOMMUNICATIONS INC PO BOX 741276 CINCINNATI, OH 45274-1276 | | Claim Number: 3149 Claim Date: 05/26/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET: 4778 (06/14/2010) | | | |
| UNSECURED | Claimed: | $2,203.33 | Scheduled: | $1,300.45 | |
| GODBEY, TERRY 830 ELLWOOD AVE ORLANDO, FL 32804 | | Claim Number: 3672 Claim Date: 06/08/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 8988 (05/25/2011) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $4,717.77 | | | |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

GOLD, LOUIS
13801 YORK RD APT C9
COCKEYSVILLE, MD 21030-1826

Claim Number: 2411
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $73,207.00 | Scheduled: | $72,566.00 UNLIQ |

GOLDENBERG, BARRY
RUSKIN MOSCOU FALTISCHEK, PC
C/O M. AMATO
1425 RXR PLAZA
UNIONDALE, NY 11556

Claim Number: 4294
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350,000.00 |

GOLDENBERG, MARIE
RUSKIN MOSCOU FALTISCHEK, PC
C/O M. AMATO
1425 RXR PLAZA
UNIONDALE, NY 11556

Claim Number: 4293
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350,000.00 |

GOLDSTEIN, GARY P.
15 LONG ACRE LANE
DIX HILLS, NY 11746

Claim Number: 3902
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $217,241.76 | Scheduled: | $121,945.00 UNLIQ |

GOLDSTEIN, GARY P.
15 LONG ACRE LANE
DIX HILLS, NY 11746

Claim Number: 6980
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3902

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

GOLDSTONE, IRA
420 MANHATTAN AVE
MANHATTAN BEACH, CA 90266

Claim Number: 6817
Claim Date: 09/23/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

GOMEZ, CHRISTINE MARIE
793 BONNIE DR
BALDWIN, NY 11510-4522

Claim Number: 6481
Claim Date: 05/20/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

GOODMAN, THEODORE A.
THEODORE A. GOODMAN MD SEP-IRA
4348 BERRENDO DR.
SACRAMENTO, CA 95864

Claim Number: 5935
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $131,944.80 | | |
|---|---|---|---|---|

GOODMAN, THEODORE A. - TTEE
THEODORE A. GOODMAN MD DBPP
4348 BERRENDO DR.
SACRAMENTO, CA 95864

Claim Number: 5028
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $109,615.68 | | |
|---|---|---|---|---|

GOOGLE, INC.
BINDER & MALTER, LLP
C/O WENDY W. SMITH
2775 PARK AVENUE
SANTA CLARA, CA 95050

Claim Number: 810
Claim Date: 03/24/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 6192 (11/01/2010)

| UNSECURED | Claimed: | $167,362.00 | Scheduled: | $88,082.82 | Allowed: | $146,881.83 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| GOTTSMAN, EDWARD<br>235 EAST 22ND STREET, APARTMENT 3A<br>NEW YORK, NY 10010 | Claim Number: 1777<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | | | | |
| UNSECURED | | $181,031.90 | Scheduled: | $181,031.90 | |

---

| GOTTSMAN, EDWARD J.<br>235 EAST 22ND ST., APT 3A<br>NEW YORK, NY 10010 | Claim Number: 6981<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 1777 | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | | |

---

| GRAHAM, CHARLES<br>1003 SPARKS ST SW<br>ATLANTA, GA 30310-3311 | Claim Number: 6705<br>Claim Date: 02/28/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9347 (06/24/2011) | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | | | Scheduled: | $120.96 | Allowed: | $120.96 |

---

| GRAHAM, KENNETH<br>44 VIA PAUSA<br>RCHO STA MARG, CA 92688-4950 | Claim Number: 3903<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,288.91 | Scheduled: | $10,893.00 UNLIQ | |

---

| GRANT, ERNESTINE W<br>220 MANHATTAN AVE<br>#6M<br>NEW YORK, NY 10025-2666 | Claim Number: 6632<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $714.00 | Scheduled: | $714.00 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| | | | | | |
|---|---|---|---|---|---|
| GRANT, GARY<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4912<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| GRANT, LORETTA<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4937<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| GRANT, ROBERT T.<br>3166 BUTLER BAY DR. N<br>WINDERMERE, FL 34786 | | Claim Number: 3904<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $37,899.74 | Scheduled: | $23,140.00 UNLIQ | |
| GRANT, ROBERT T.<br>3166 BUTLER BAY DRIVE N<br>WINDERMERE, FL 34786 | | Claim Number: 6982<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3904 | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| GREGORAC, ROBERT J.<br>1722 BUCHANAN DR.<br>AMES, IA 50010 | | Claim Number: 6050<br>Claim Date: 07/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $25,374.00 | | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | |
|---|---|---|
| GREMILLION, ROBERT<br>200 S. VICTORIA PARK ROAD<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 6861<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GRENESKO, DONALD<br>130 THORNTREE LANE<br>WINNETKA, IL 60093 | | Claim Number: 6862<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 5426 |
|---|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GRENESKO, DONALD C<br>130 THORN TREE LANE<br>WINNETKA, IL 60093 | | Claim Number: 5426<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6862 |
|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| GRINSTEAD, MILDRED H, IRRA<br>211 BELMEAD LN.<br>TYLER, TX 75701-5443 | | Claim Number: 5572<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|

| SECURED | Claimed: | $50,767.81 |
|---|---|---|

| GRIPPO & ELDEN<br>3476 EAGLE WAY<br>CHICAGO, IL 60678 | | Claim Number: 4984<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 7588 (01/20/2011) |
|---|---|---|

| UNSECURED | Claimed: | $24,823.39 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | | |
|---|---|---|---|---|---|
| GROGAN, WILLIAM R<br>275 SIMSBURY ROAD<br>WEST HARTFORD, CT 06117 | | Claim Number: 4851<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 4852 | | | |
| UNSECURED | Claimed: | $150,000.00   UNLIQ | | | |
| GRONEMANN, URI F.<br>11/1 HASARGEL ST.<br>HOD HASHARON, 45284<br>ISRAEL | | Claim Number: 3698<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,975.00 | | | |
| GUARDSMARK LLC<br>22 SOUTH SECOND ST.<br>MEMPHIS, TN 38103-2695 | | Claim Number: 511<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED | Claimed: | $61,475.35 | | | |
| GUERRERO, RICHARD<br>46 SAINT MICHAEL<br>DANA POINT, CA 92629 | | Claim Number: 3905<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 5 | | | |
| UNSECURED | Claimed: | $569,312.18 | Scheduled: | $525,148.08 | |
| GUERRERO, RICHARD<br>46 SAINT MICHAEL<br>DANA POINT, CA 92629 | | Claim Number: 6983<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3905 | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

---

GUIDICE, NICHOLAS
365 RIDGEFIELD RD
HAUPPAUGE, NY 11788-2314

Claim Number: 5078
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

GUILLEN, CHRISTOPHER J
7451 W MADISON ST
FOREST PARK, IL 60130

Claim Number: 2008
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4100 (04/19/2010)

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

GUITTAR, LEE J.
3750 GAUT OCEAN DRIVE
APT #401
FORT LAUDERDALE, FL 33308

Claim Number: 3906
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $126,217.54 | Scheduled: | $94,125.00 UNLIQ |
|---|---|---|---|---|

GUITTAR, LEE J.
3750 GALT OCEAN DR., APT. 401
FORT LAUDERDALE, FL 33308

Claim Number: 6984
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3906

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

GUNTER, WANDA
185 CORNELL STREET
HEMPSTEAD, NY 11550

Claim Number: 5682
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $8,937.93 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

GUTHRIE, JAMES F.
205 COSTA BELLA DR.
AUSTIN, TX 78734

Claim Number: 3907
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $577,807.24 | Scheduled: | $391,972.00 UNLIQ |

GUTHRIE, JAMES F.
205 COSTA BELLA
AUSTIN, TX 78734

Claim Number: 6985
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3907

| UNSECURED | Claimed: | $0.00  UNDET |

GUTMAN, E. MICHAEL, M.D.
711 WEST COLONIAL DRIVE
ORLANDO, FL 32804

Claim Number: 870
Claim Date: 04/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |

GUTMAN, E. MICHAEL, MD, MIKE GUTMAN MD
3208C E COLONIAL DR #208
ORLANDO, FL 32803-5127

Claim Number: 2488
Claim Date: 05/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

| UNSECURED | Claimed: | $38,634.25  UNLIQ |

GUTTRY, DELYNN
1135 SCENIC WAY
LOS OSOS, CA 93402

Claim Number: 3908
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $70,638.34 | Scheduled: | $53,464.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| GUTTRY, DELYNN T.<br>1135 SCENIC WAY<br>LOS OSOS, CA 93402 | Claim Number: 7040<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3908 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

| HABERSTROH, JOSEPH K.<br>75 S. PENATAQUIT AV<br>BAY SHORE, NY 11706 | Claim Number: 5127<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

| HALAJIAN, KENNETH L.<br>21 HIGH RIDGE RD<br>OSSINING, NY 10562-1969 | Claim Number: 3869<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $279,880.66 | Scheduled: | $217,824.53 UNLIQ |

| HALAJIAN, KENNETH L.<br>21 HIGH RIDGE RD<br>OSSINING, NY 10562-1969 | Claim Number: 6986<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3869 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

| HALL, CHARLOTTE H.<br>219 CORNERSTONE DRIVE<br>NEWTOWN SQUARE, PA 19073 | Claim Number: 3870<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $532,387.27 | Scheduled: | $419,111.34 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| HALL, CHARLOTTE H. | Claim Number: 6894 |
| 219 CORNERSTONE DR | Claim Date: 11/02/2011 |
| NEWTOWN SQUARE, PA 19073 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3870 |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| HALL, GARY D. | Claim Number: 5936 |
| 350 LONGWOOD PLACE | Claim Date: 06/23/2009 |
| JONESBORO, GA 30236 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $40,598.40 |

---

| HALL, JOSEPH | Claim Number: 1505 |
| 1144 NORTH STRICKER STREET | Claim Date: 04/24/2009 |
| BALTIMORE, MD 21217 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3011 (01/05/2010) |

| PRIORITY | Claimed: | $9,000.00 |
| SECURED | Claimed: | $80,000.00 |
| TOTAL | Claimed: | $80,000.00 |

---

| HALLE, JEAN | Claim Number: 3871 |
| 11536 PEBBLECREEK DR. | Claim Date: 06/09/2009 |
| LUTHERVILLE TIMONIUM, MD 21093 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $45,477.17 | Scheduled: | $18,057.00 UNLIQ |

---

| HALLE, JEAN | Claim Number: 6911 |
| 11536 PEBBLECREEK DR. | Claim Date: 11/02/2011 |
| LUTHERVILLE, MD 21093 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3871 |

| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| HAMMETT & EDISON<br>470 THIRD ST. WEST<br>SONOMA, CA 95476 | Claim Number: 2965<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $4,756.30 |
|---|---|---|

---

| HANDELSMAN, WALT<br>37 HARVARD DR.<br>WOODBURY, NY 11797 | Claim Number: 5040<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| HANO, RANDY<br>124 WOODLAND AVE<br>WINNETKA, IL 60093 | Claim Number: 7049<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| HARFORD COUNTY, MARYLAND<br>DEPARTMENT OF REVENUE COLLECTIONS<br>220 S MAIN STREET, 3RD FLOOR<br>BEL AIR, MD 21014 | Claim Number: 7127<br>Claim Date: 06/04/2012<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|

---

| HARMER ASSOCIATES<br>ATTN RANDY  HARMER<br>100 S WACKER DRIVE  SUITE 1950<br>CHICAGO, IL 60606 | Claim Number: 2001<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $30,000.00 | Allowed: | $30,000.00 |
|---|---|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON    STE 652<br>HOUSTON, TX 77002 | | Claim Number: 292<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | |
| SECURED | Claimed: | $35,200.63   UNLIQ | | | |
| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON    STE 652<br>HOUSTON, TX 77002 | | Claim Number: 311<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | |
| SECURED | Claimed: | $35,200.63   UNLIQ | | | |
| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON    STE 652<br>HOUSTON, TX 77002 | | Claim Number: 1706<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | | |
| ADMINISTRATIVE | Claimed: | $35,200.63   UNLIQ | | | |
| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON    STE 652<br>HOUSTON, TX 77002 | | Claim Number: 2262<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | | |
| ADMINISTRATIVE | Claimed: | $35,200.63   UNLIQ | | | |
| HARRIS, JILL CUST NATHAN G HARRIS UTMA<br>PA.,<br>474 JEFFERSON DR<br>PITTSBURG, PA 15228-2117 | | Claim Number: 6520<br>Claim Date: 06/09/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| HARTFORD MEDICAL GROUP | Claim Number: 6673 |
| PO BOX 1086 | Claim Date: 11/12/2010 |
| WILBRAHAM, MA 01089 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 8204 (03/01/2011) |

---

| UNSECURED | Claimed: | $722.00 |

| HARTNEY, MARY | Claim Number: 3201 |
| 221 W. LANVALE ST. APT. 3F | Claim Date: 05/26/2009 |
| BALTIMORE, MD 21217 | Debtor: TRIBUNE COMPANY |

---

| PRIORITY | Claimed: | $746.40 |

| HASENOHR, PETER | Claim Number: 2079 |
| 420 MONROE DR | Claim Date: 04/29/2009 |
| CENTERPORT, NY 11721 | Debtor: TRIBUNE COMPANY |

---

| PRIORITY | Claimed: | $26,399.94 |

| HASSELL, PAMELA M. | Claim Number: 5965 |
| 269 MILL CREEK CT | Claim Date: 06/26/2009 |
| ACWORTH, GA 30101 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

---

| UNSECURED | Claimed: | $20,299.20 |

| HATTENBACH, LINDA | Claim Number: 2342 |
| 1236 LITTLE CREEK CIRC | Claim Date: 05/04/2009 |
| BREINIGSVILLE, PA 18031 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 4101 (04/19/2010) |

---

| UNSECURED | Claimed: | $350.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| HAUGH, MICHAEL J. | | | | |
|---|---|---|---|---|
| 106 BEACON BLVD. | | Claim Number: 3872 | | |
| SEA GIRT, NJ 08750 | | Claim Date: 06/09/2009 | | |
| | | Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $173,043.24 | Scheduled: | $119,301.00 UNLIQ |
|---|---|---|---|---|

HAUGH, MICHAEL J.
106 BEACON BLVD.
SEA GIRT, NJ 08750

Claim Number: 6987
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3872

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

HAYES JR., DANA C.
C/O DEVON J. EGGERT
FREEBORN & PETERS LLP
311 S. WACKER DR., STE. 3000
CHICAGO, IL 60606

Claim Number: 7054
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

HAYNES, KEVIN L
15450 NISQUALLI RD APT O208
VICTORVILLE, CA 92395-9317

Claim Number: 6483
Claim Date: 05/20/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 |
|---|---|---|---|---|

HAYWOOD, JOHN
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4934
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | | |
|---|---|---|---|---|---|
| HEALTH CONCEPTS/DOLPHIN CAPITAL CORP<br>566 WEST LAKE STREET, LOWER LEVEL<br>CHICAGO, IL 60661 | | Claim Number: 685<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $260.75 | | | |
| HEALY, JANE E.<br>813 GREENWOOD ST.<br>ORLANDO, FL 32801 | | Claim Number: 6822<br>Claim Date: 10/03/2011<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| HEAPHY, JANIS<br>25 HIGHLAND PARK VILLAGE, #100-340<br>DALLAS, TX 75205 | | Claim Number: 3873<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $116,041.17 | Scheduled: | $63,061.00 UNLIQ | |
| HEAPHY, JANIS<br>25 HIGHLAND PARK VILLAGE, # 100-340<br>DALLAS, TX 75205 | | Claim Number: 6930<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3873 | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| HECK-MEAD, JOULE<br>820 ONEIDA ST<br>JOLIET, IL 60435-7311 | | Claim Number: 6542<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| HEIMBERG, ERIC<br>6233 S MAJOR<br>CHICAGO, IL 60638 | | Claim Number: 4421<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,673.60 | | |
| UNSECURED | Claimed: | $2,673.60 | | |
| TOTAL | Claimed: | $2,673.60 | | |

---

| HELIN, JAMES D.<br>12156 LA CASA LANE<br>LOS ANGELES, CA 90049 | | Claim Number: 3874<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,404.38 | Scheduled: | $24,238.72 UNLIQ |

---

| HELIN, JAMES D.<br>12156 LA CASA LANE<br>LOS ANGELES, CA 90049 | | Claim Number: 6931<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3874 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| HENDERSON, LAURA W.<br>106 GREAT LAKE DR.<br>CARY, NC 27519 | | Claim Number: 6271<br>Claim Date: 09/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,224.40 | | |

---

| HENDRICKS, JOHN R.<br>C/O FRANCES GECKER<br>FRANK / GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | | Claim Number: 6837<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| HENDRY, WILLIAM T.<br>1000 MIDNIGHT PASS<br>ROCKWALL, TX 75087 | Claim Number: 5885<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $30,460.78 |
|---|---|---|

---

| HENSON, PAMELA<br>W28IN 5023 JERILANE COURT<br>PEWAUKEE, WI 53072 | Claim Number: 6900<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3875 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| HENSON, PAMELA D.<br>552 ALTA WAY<br>MILL VALLEY, CA 94941-3900 | Claim Number: 3875<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $3,863.68 | Scheduled: | $3,222.00 UNLIQ |
|---|---|---|---|---|

---

| HERMAN, ROBIN<br>770 29TH ST APT 717<br>BOULDER, CO 80303-2342 | Claim Number: 534<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) |
|---|---|

| PRIORITY | Claimed: | $925.00 |
|---|---|---|

---

| HERNANDEZ, ENRIQUE JR.<br>C/O MATTHEW R. KIPP<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>155 NORTH WACKER DRIVE<br>CHICAGO, IL 60606-1720 | Claim Number: 6843<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | |
|---|---|---|
| HERNANDEZ, IRENE<br>9100 DUARTE RD APT 233<br>SAN GABRIEL, CA 91775-2053 | Claim Number: 4593<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $24,972.81 |

| | | |
|---|---|---|
| HERTZ, CATHERINE M.<br>C/O CATHERINE G. PAPPAS, ESQ.<br>DILWORTH PAXSON LLP<br>1500 MARKET STREET, SUITE 3500E<br>PHILADELPHIA, PA 19102 | Claim Number: 7064<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| HERTZ, CATHERINE M.<br>C/O CATHERINE G. PAPPAS, ESQ.<br>DILWORTH PAXSON LLP<br>1500 MARKET STREET, SUITE 3500E<br>PHILADELPHIA, PA 19102 | Claim Number: 7063<br>Claim Date: 11/02/2011<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| HESSLER, CURTIS A.<br>570 BRADSFORD ST.<br>PASADENA, CA 91105-2409 | Claim Number: 3876<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,022,521.60 | Scheduled: | $684,712.00 UNLIQ |

| | | |
|---|---|---|
| HESSLER, CURTIS A.<br>570 BRADFORD ST.<br>PASADENA, CA 91105 | Claim Number: 6988<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3876 | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| HEWITT ASSOCIATES, LLC<br>ATTN: GENERAL COUNSEL<br>100 HALF DAY ROAD<br>LINCOLNSHIRE, IL 60069-3342 | Claim Number: 3165<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $8,180.00 | Scheduled: | $8,180.00 |
|---|---|---|---|---|

| HIANIK, MARK W.<br>C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,<br>PATRICK FRYE WILDMAN, HARROLD, ALLEN<br>225 W. WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 6742<br>Claim Date: 04/08/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8749 (04/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| HIANIK, MARK W.<br>C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,<br>PATRICK FRYE WILDMAN, HARROLD, ALLEN<br>225 W. WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 6873<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 6742 |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| HIGBY, JAMES H.<br>51 KEELERS RIDGE RD.<br>WILTON, CT 06897 | Claim Number: 3877<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $57,086.86 |
|---|---|---|

| HIGBY, JAMES H.<br>51 KEELERS RIDGE RD.<br>WILTON, CT 06897 | Claim Number: 6989<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3877 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| HIGBY, LAWRENCE<br>218 VIA LIDO NORD<br>NEWPORT BEACH, CA 92663 | Claim Number: 1506<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $126,183.00 | | |
|---|---|---|---|---|

| HIGBY, LAWRENCE M.<br>218 VIA LIDO NORD<br>NEWPORT BEACH, CA 92663 | Claim Number: 3878<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 1506 | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $191,250.95 | Scheduled: | $126,183.00 UNLIQ |
|---|---|---|---|---|

| HIGBY, LAWRENCE M.<br>218 VIA LIDO NORD<br>NEWPORT BEACH, CA 92663 | Claim Number: 6878<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3878 | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| HILBORN, GENE<br>R/O IRA E*TRADE CUSTODIAN<br>13191 TRIPLE CROWN LOOP<br>GAINESVILLE, VA 20155 | Claim Number: 5702<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $40,598.40 | | |
|---|---|---|---|---|

| HILLER, DAVID<br>1550 N. STATE STREET<br>CHICAGO, IL 60610 | Claim Number: 6863<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | | | | |
|---|---|---|---|---|---|
| HIRAM ELECTRICAL CONTRACTOR<br>1351 WEST FOSTER AVENUE<br>CHICAGO, IL 60640-2214 | | Claim Number: 3130<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $36,107.97 | Scheduled: | $35,027.84 | |

| | | |
|---|---|---|
| HIRAM ELECTRICAL CONTRACTOR<br>1490 MARCUS CT<br>PARK RIDGE, IL 60068 | | Claim Number: 5983<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,970.93 |

| | | |
|---|---|---|
| HOARD, ROBERT<br>2333 VILLARET DR.<br>HUNTSVILLE, AL 35803 | | Claim Number: 5794<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,149.60 |

| | | |
|---|---|---|
| HOFFNER, CONRAD C.<br>2430 SODERBLOM AVE<br>SAN DIEGO, CA 92122 | | Claim Number: 6034<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,119.68 |

| | | |
|---|---|---|
| HOGAN & HARTSON LLP<br>COLUMBIA SQUARE<br>555  13TH STREET, NW<br>WASHINGTON, DC 20004-1109 | | Claim Number: 3477<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,935.23 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                    Date: 06/12/2012
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| HOLT, VANESSA<br>3019 JOE LOUISE DR<br>ORLANDO, FL 32805-2954 | | Claim Number: 6545<br>Claim Date: 06/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $68.00 | | | | |
| SECURED | Claimed: | $68.00 | | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | Allowed: | $68.00 |
| TOTAL | Claimed: | $68.00 | | | | $0.00 |
| HOLTON, RAYMOND<br>1021 STONE STACK DRIVE<br>BETHLEHEM, PA 18015 | | Claim Number: 50<br>Claim Date: 12/26/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | | |
| PRIORITY | Claimed: | $79,699.55 | | | | |
| HOLTON, RAYMOND<br>1021 STONE STACK DRIVE<br>BETHLEHEM, PA 18015 | | Claim Number: 3879<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 50 | | | | |
| UNSECURED | Claimed: | $86,402.16 | Scheduled: | $79,699.55 | | |
| HOLTON, RAYMOND<br>1021 STONE STACK DRIVE<br>BETHLEHEM, PA 18015 | | Claim Number: 6906<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3879 | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| HOME INSURANCE CO. IN LIQUIDATION, THE<br>KAREN TISDELL<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH 03101 | Claim Number: 3643<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Insurance premiums |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| HOMFINDER, LLC<br>ATTN: TIMOTHY FAGAN, PRESIDENT & CEO<br>175 W. JAKCSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | Claim Number: 5640<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|
| UNSECURED          Claimed: | $186,901.00 |

| HOOGHKIRK, BARRY<br>27 SALEM ST.<br>PATCHOGUE, NY 11772 | Claim Number: 5083<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| HOPKINS, ELIZABETH<br>1014 N. 3RD ST.<br>CLINTON, IA 52732 | Claim Number: 6146<br>Claim Date: 08/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|
| UNSECURED          Claimed: | $5,243.75 |

| HOPKINS, ELIZABETH<br>1014 N. 3RD ST.<br>CLINTON, IA 52732 | Claim Number: 6202<br>Claim Date: 09/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|
| UNSECURED          Claimed: | $10,487.50 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| HORN, KAREN LAUKKA<br>886 CHESTNUT STREET<br>SAN FRANCISCO, CA 94133 | Claim Number: 3880<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $329,826.52 | Scheduled: | $304,240.40 |
|---|---|---|---|---|

| HORN, KAREN LAUKKA<br>886 CHESTNUT STREET<br>SAN FRANCISCO, CA 94133 | Claim Number: 6990<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3880 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| HORTON, INEZ<br>4 E 107TH ST, # 12B<br>NEW YORK, NY 10029-3870 | Claim Number: 6548<br>Claim Date: 06/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $306.00 | Scheduled: | $306.00 | Allowed: | $306.00 |
|---|---|---|---|---|---|---|

| HOTCHKISS PEACOCK RANCH INC.<br>5990 SAN SIMEON CK RD<br>CAMBRIA, CA 93428 | Claim Number: 5679<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,000.00 |
|---|---|---|

| HOWARD COUNTY, MARYLAND<br>MARAGARET ANN NOLAN & CAMELA J. SANDMANN<br>HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 5818<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $135.55 |

| | | |
|---|---|---|
| HOWARD COUNTY, MARYLAND | Claim Number: 5819 | |
| MARAGARET ANN NOLAN & CAMELA J. SANDMANN | Claim Date: 06/01/2009 | |
| HOWARD COUNTY OFFICE OF LAW | Debtor: TRIBUNE COMPANY | |
| 3430 COURTHOUSE DRIVE | | |
| ELLICOTT CITY, MD 21043 | | |

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $15.88 |

| | | |
|---|---|---|
| HOWARD COUNTY, MARYLAND | Claim Number: 5820 | |
| MARAGARET ANN NOLAN & CAMELA J. SANDMANN | Claim Date: 06/01/2009 | |
| HOWARD COUNTY OFFICE OF LAW | Debtor: TRIBUNE COMPANY | |
| 3430 COURTHOUSE DRIVE | | |
| ELLICOTT CITY, MD 21043 | | |

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $573.68 |

| | | |
|---|---|---|
| HOWARD COUNTY, MARYLAND | Claim Number: 6591 | |
| MARGARET ANN NOLAN & CAMELA J. SANDMANN | Claim Date: 07/15/2010 | |
| ESQ., HOWARD COUNTY OFFICE OF LAW | Debtor: TRIBUNE COMPANY | |
| 3430 COURTHOUSE DRIVE | Comments: DOCKET: 5913 (07/21/2011) | |
| ELLICOTT CITY, MD 21043 | THIS CLAIM HAS BEEN SATISFIED | |

| SECURED | Claimed: | $37,168.48 |
|---|---|---|

| | | |
|---|---|---|
| HOWARD COUNTY, MARYLAND | Claim Number: 6600 | |
| MARAGARET ANN NOLAN & CAMELA J. SANDMANN | Claim Date: 07/15/2010 | |
| HOWARD COUNTY OFFICE OF LAW | Debtor: TRIBUNE COMPANY | |
| 3430 COURTHOUSE DRIVE | Comments: EXPUNGED | |
| ELLICOTT CITY, MD 21043 | DOCKET: 8204 (03/01/2011) | |

| SECURED | Claimed: | $37,168.48 |
|---|---|---|

| | | |
|---|---|---|
| HOWARD COUNTY, MARYLAND | Claim Number: 6709 | |
| HOWARD COUNTY OFFICE OF LAW - MARGARET | Claim Date: 03/03/2011 | |
| ANN NOLAN, ESQ. CAMELA J. SANDMANN, ESQ. | Debtor: TRIBUNE COMPANY | |
| 3430 COURTHOUSE DRIVE | Comments: EXPUNGED | |
| ELLICOTT CITY, MD 21043 | DOCKET: 11245 (03/28/2012) | |

| SECURED | Claimed: | $511.99 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| HOWARD, LESLIE M.<br>2737 GRANDVIEW PLACE<br>ENDICOTT, NY 13760 | Claim Number: 3881<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $145,496.90 | Scheduled: | $134,210.05 |

| HOWE, MARK E.<br>8 PINEVIEW LANE<br>EAST GREENBUSH, NY 12061 | Claim Number: 3882<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $187,208.77 | Scheduled: | $172,686.14 |

| HOWLAND, VAUGHAN A.<br>4205 STATE HWY UNIT 5B<br>EASTHAM, MA 02642-2165 | Claim Number: 5726<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $20,299.20 | |

| HUDSPETH, CAROLYN<br>C/O BARRETT C. LESHER<br>HERMES SARGENT BATES, LLP<br>901 MAIN STREET, SUITE 5200<br>DALLAS, TX 75248 | Claim Number: 7075<br>Claim Date: 12/01/2011<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $28,800.17 | |

| HUGHES, JOSEPH M.<br>9596 E ROADRUNNER DR<br>SCOTTSDALE, AZ 85262 | Claim Number: 3883<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $188,913.12 | Scheduled: | $177,168.28 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

HUNDT, PAUL L
5105 LEANNE LN
MC FARLAND, WI 53558-8403

Claim Number: 6501
Claim Date: 05/27/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

HUNIHAN, DOROTHY A.
200 DIPLOMAT DR. 5L
MT. KISCO, NY 10549

Claim Number: 3341
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $30,400.00 |
|---|---|---|

HUNTING, SUSAN K.
764 GLEN DR.
PO BOX 803
MOVILLE, IA 51039

Claim Number: 5920
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $7,210.90 |
|---|---|---|

HUNTON & WILLIAMS LLP
ATTN: LINDSAY K. BIGGS, ESQ.
951 EAST BYRD STREET
RICHMOND, VA 23219

Claim Number: 2841
Claim Date: 05/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4776 (06/14/2010)

| UNSECURED | Claimed: | $1,147.04 |
|---|---|---|

HURT, ALBERT L
18032 JASON LN
LANSING, IL 60438-1500

Claim Number: 1575
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $10,745.21 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| HUTCHINSON, JOYCE F. | | Claim Number: 6384 |
| PO BOX 352 | | Claim Date: 01/26/2010 |
| MATTESON, IL 60443-0352 | | Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $300,000.00  UNLIQ |
| --- | --- | --- |

| HUTCHINSON, JOYCE F. | | Claim Number: 6385 |
| 16851 HARLEM AVENUE, UNIT 225 | | Claim Date: 01/27/2010 |
| TINLEY PARK, IL 60477 | | Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $300,000.00  UNLIQ |
| --- | --- | --- |

| HUTCHISON, GLEN | | Claim Number: 6318 |
| 3827 E 3RD ST #59 | | Claim Date: 10/26/2009 |
| TUCSON, AZ 85716 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |
| | | DOCKET: 4101 (04/19/2010) |

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

| HYLAND-SAVAGE,GAILR. | | Claim Number: 5875 |
| 24 VIA CAPRI | | Claim Date: 06/18/2009 |
| RANCHO PALOS VERDES, CA 90275 | | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $5,779.00 | Scheduled: | $5,779.00  UNLIQ |
| --- | --- | --- | --- | --- |

| IKON OFFICE SOLUTIONS | | Claim Number: 3678-01 |
| ACCOUNTS RECEIVABLE CENTER | | Claim Date: 06/08/2009 |
| ATTN: BANKRUPTCY TEAM | | Debtor: TRIBUNE COMPANY |
| 3920 ARKWRIGHT RD. - SUITE 400 | | Comments: ALLOWED |
| MACON, GA 31210 | | DOCKET: 5435 (08/19/2010) |

| UNSECURED | Claimed: | $5,720.78 | Scheduled: | $5,543.25 | Allowed: | $5,720.78 |
| --- | --- | --- | --- | --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | Claim Number: 6213<br>Claim Date: 09/04/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments:<br>Amends claim 478 |

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | Claim Number: 6214<br>Claim Date: 09/04/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments:<br>Amends claim 411 |

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | Claim Number: 6215<br>Claim Date: 09/04/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments:<br>Amends claim 403 |

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | Claim Number: 6216<br>Claim Date: 09/04/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments:<br>Amends claim 413 |

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 752<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $102,617.06 |
| UNSECURED | Claimed: | $100.00 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 784<br>Claim Date: 03/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $20,583,890.06 |
| UNSECURED | Claimed: | $3,141,111.00 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 2332<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $20,303,924.06 |
| UNSECURED | Claimed: | $2,092,721.00 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 2370<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $46,523,550.00 |
| UNSECURED | Claimed: | $4,924,196.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 3081<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 11791 (06/11/2012)<br>Replaces claim number 2370 |
|---|---|

| PRIORITY | Claimed: | $46,523,550.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,924,196.00 |

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., # 7-400<br>CHICAGO, IL 60601 | Claim Number: 3196<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 11791 (06/11/2012)<br>Replaces claim number 2332 |
|---|---|

| PRIORITY | Claimed: | $20,303,924.06 |
|---|---|---|
| UNSECURED | Claimed: | $2,092,721.00 |

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPCY SECTION<br>PO BOX 64338<br>CHICAGO, IL 60664-0338 | Claim Number: 7118<br>Claim Date: 05/14/2012<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $24,250,962.45 |
|---|---|---|

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPCY SECTION<br>PO BOX 64338<br>CHICAGO, IL 60664-0338 | Claim Number: 7119<br>Claim Date: 05/14/2012<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $48,779,482.31 |
|---|---|---|
| UNSECURED | Claimed: | $4,973,431.75 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

IMBRIACO, JAMES
8 ACORN LANE
LEBANON, NJ 08833

Claim Number: 3884
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $63,028.95 | Scheduled: | $24,863.00 UNLIQ |
|---|---|---|---|---|

IMBRIACO, JAMES
8 ACORN LANE
LEBANON, NJ 08833

Claim Number: 6991
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3884

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

INASMUCH FOUNDATION
OKLAHOMA TOWER
210 PARK AVE
OKLAHOMA CITY, OK 73102

Claim Number: 4392
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $300,000.00 |
|---|---|---|

INDIANA AMERICAN WATER (IN AMERICAN WATE
1410 DISCOVERY PARKWAY
PO BOX 578
ALTON, IL 62002

Claim Number: 5841
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

---

| UNSECURED | Claimed: | $116.16 |
|---|---|---|

INDIANA AMERICAN WATER (IN AMERICAN WATE
1410 DISCOVERY PARKWAY
PO BOX 578
ALTON, IL 62002

Claim Number: 5842
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

---

| UNSECURED | Claimed: | $168.88 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| INDUSTRIAL DOOR CO.<br>1555 LANDMEIER RD.<br>ELK GROVE VILLAGE, IL 60007 | Claim Number: 6652<br>Claim Date: 09/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) |
|---|---|

| UNSECURED | Claimed: | $5,163.58 |
|---|---|---|

---

| INNES, MICHAEL A & DEBRA JT TEN<br>50 REDBUD RIDGE PL<br>THE WOODLANDS, TX 77380-3411 | Claim Number: 6482<br>Claim Date: 05/20/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |
|---|---|---|---|---|

---

| INSTY PRINTS OF PALATINE, INC.<br>DBA ALLEGRA PRINT & IMAGING<br>510 E. NORTHWEST HWY<br>PALATINE, IL 60074 | Claim Number: 2380<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,265.54 |
|---|---|---|

---

| INTERCALL<br>ATTN: MELODY LOHR<br>11808 MIRACLE HILLS DR.<br>OMAHA, NE 68154 | Claim Number: 512<br>Claim Date: 02/23/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $6,507.40 | Scheduled: | $245.21 |
|---|---|---|---|---|

---

| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>C/O R FREDERICK LINFESTY, ESQ<br>745 ATLANTIC AVENUE, 10TH FLOOR<br>BOSTON, MA 02111 | Claim Number: 862<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $36,743.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,171.21 | Scheduled: | $2,708.09 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| ISAKSEN INVESTMENTS LLC<br>RE: ARLETA 9351 LAUREL CANYON<br>7250 FRANKLIN AVE, STE 1108<br>LOS ANGELES, CA 90046 | Claim Number: 6113<br>Claim Date: 07/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $94,047.00 |
|---|---|---|

---

| ISAKSEN INVESTMENTS, LLC<br>C/O J. BENNETT FRIEDMAN, ESQ.<br>FRIEDMAN LAW GROUP<br>1900 AVENUE OF THE STARS, SUITE 1800<br>LOS ANGELES, CA 90067 | Claim Number: 6467<br>Claim Date: 04/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim no. 6113 |
|---|---|

| UNSECURED | Claimed: | $125,253.75 |
|---|---|---|

---

| ISENBERG, STEVEN L.<br>151 CENTRAL PARK WEST, 3N<br>NEW YORK, NY 10023 | Claim Number: 3885<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $577,618.26 | Scheduled: | $282,310.00 UNLIQ |
|---|---|---|---|---|

---

| ISENBERG, STEVEN L.<br>151 CENTRAL PARK WEST, 3N<br>NEW YORK, NY 10023 | Claim Number: 6880<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3885 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| ISINGER, WILLIAM R.<br>13173 PACIFIC PROMENADE APT 133<br>PLAYA VISTA, CA 90094-2150 | Claim Number: 3886<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $298,855.71 | Scheduled: | $229,594.00 UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

ISINGER, WILLIAM R.
13173 PACIFIC PROMENADE APT 133
PLAYA VISTA, CA 90094-2150

Claim Number: 6932
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3886

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

ISKRA, ALICE
6236 PARALLEL LANE
COLUMBIA, MD 21045

Claim Number: 6839
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

JACKSON, CHERYL
3264 NE 156TH AVE
PORTLAND, OR 97230

Claim Number: 3317
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,000.00 UNLIQ |
|---|---|---|

JACKSON, MARK
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4933
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

JACOBSEN, CLARICE
5623 N OLCOTT
CHICAGO, IL 60631

Claim Number: 2333
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 11245 (03/28/2012)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

JAGOE, THOMAS ANTHONY
18028 W ANNES CIRCLE
APT 103
CANYON COUNTRY, CA 91387

Claim Number: 6646
Claim Date: 09/03/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $295.84 | Allowed: | $295.84 |

JANSEN, RAYMOND A. JR.
24 DOCKSIDE LANE, #422
KEY LARGO, FL 33037

Claim Number: 3887
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,439,394.24 | Scheduled: | $4,350,612.00 UNLIQ |

JANSEN, RAYMOND A., JR.
24 DOCKSIDE LANE, # 422
KEY LARGO, FL 33037

Claim Number: 6909
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3887

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

JANUS, KENNETH C
924 S COURTLAND AVE
PARK RIDGE, IL 60068

Claim Number: 1820
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for $285/month for life

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 1389
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,110.00 | Scheduled: | $4,869.43 | Allowed: | $4,869.43 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| JENKINS, JOHN B. | Claim Number: 3252 |
| 3575 E. 135TH CT | Claim Date: 05/28/2009 |
| THORNTON, CO 80241 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

---

| JM MCGANN & COMPANY | Claim Number: 2966 |
| 2230 S BLUE ISLAND AVE | Claim Date: 05/18/2009 |
| CHICAGO, IL 60608 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $5,956.05 | Scheduled: | $5,956.05 |
|---|---|---|---|---|

---

| JM MCGANN & COMPANY | Claim Number: 2967 |
| 2230 SOUTH BLUE ISLAND AVE | Claim Date: 05/18/2009 |
| CHICAGO, IL 60608 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $3,025.00 | Scheduled: | $3,025.00 |
|---|---|---|---|---|

---

| JOHN B. DOLVEN IRA | Claim Number: 5633 |
| 281 SOUTH PLAZA COURT | Claim Date: 06/12/2009 |
| MT. PLEASANT, SC 29464 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $50,826.88 |
|---|---|---|

---

| JOHNSON, EDWARD ARNETT "EDDIE" | Claim Number: 536 |
| ROBERT H. ROSENFELD, ESQ. | Claim Date: 02/17/2009 |
| 6703 N. CICERO AVE. | Debtor: TRIBUNE COMPANY |
| LINCOLNWOOD, IL 60712 | Comments: EXPUNGED |
| | DOCKET: 2270 (10/02/2009) |

| UNSECURED | Claimed: | $10,000,000.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| JOHNSON, EDWARD E. | Claim Number: 3888 |
| 4418 OAKWOOD AVE. | Claim Date: 06/09/2009 |
| LA CANADA FLINTRIDGE, CA 91011-3414 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $1,183,611.96 | Scheduled: | $804,881.00 UNLIQ |

| JOHNSON, EDWARD E. | Claim Number: 6992 |
| 4418 OAKWOOD AVE. | Claim Date: 11/02/2011 |
| LA CANADA, CA 91011-3414 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3888 |

| UNSECURED | Claimed: | $0.00  UNDET |

| JOHNSON, PHIL | Claim Number: 4930 |
| 233 BROADWAY FL 5 | Claim Date: 06/12/2009 |
| NEW YORK, NY 10279-0599 | Debtor: TRIBUNE COMPANY |
| | Comments: DOCKET: 10917 (02/14/2012) |
| | SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |

| UNSECURED | Claimed: | $10,000.00 |

| JOHNSON, ROBERT M. | Claim Number: 3889 |
| 7348 ARBOR PINES DR. | Claim Date: 06/09/2009 |
| P.O.BOX 485 | Debtor: TRIBUNE COMPANY |
| GLEN ARBOR, MI 49636 | |

| UNSECURED | Claimed: | $314,859.81 | Scheduled: | $204,647.00 UNLIQ |

| JOHNSON, ROBERT M. | Claim Number: 6993 |
| 7348 ARBOR PINES DR., P.O. BOX 485 | Claim Date: 11/02/2011 |
| GLEN ARBOR, MI 49636 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3889 |

| UNSECURED | Claimed: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

JOHNSON, RUSSELL
1360 WATERSIDE DRIVE
BOLINGBROOK, IL 60490

Claim Number: 2621
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $139,000.00 |
|---|---|---|

JOHNSON, W. THOMAS, JR.
3280 RILMAN ROAD, NW
ATLANTA, GA 30327

Claim Number: 3890
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $2,091,151.24 | Scheduled: | $1,447,300.00  UNLIQ |
|---|---|---|---|---|

JOHNSON, W. THOMAS, JR.
3280 RILMAN ROAD, NW
ATLANTA, GA 30327

Claim Number: 6933
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3890

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

JOSEFAK, JOHN C.
23 RALPH AVE.
LAKE GROVE, NY 11755

Claim Number: 5076
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

JOSEPH B. WORTMAN IRA
21400 HOOVER ROAD
WARREN, MI 48089

Claim Number: 5629
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| SECURED | Claimed: | $50,826.88 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

JPMORGAN CHASE BANK, N.A.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4957
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $355,602.54 UNLIQ |
| --- | --- | --- |

JPMORGAN CHASE BANK, N.A. & J.P. MORGAN
SECURITIES INC.
ATTN: MIRIAM KULNIS
383 MADISON AVENUE, 23RD FLOOR
NEW YORK, NY 10017

Claim Number: 6645
Claim Date: 08/27/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4464
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $8,643,006,907.37 UNLIQ | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $8,571,192,475.83 UNLIQ |

JUDD, LIAM R.
IRREVOCABLE TRUST
C/O A.R. JUDD TRUSTEE
1592 REDDING
BIRMINGHAM, MI 48009

Claim Number: 5569
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $25,383.91 |
| --- | --- | --- |

JUN-WEN CAI, WENDY
67 PARK ST.
SOMERVILLE, MA 02143

Claim Number: 3321
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $20,000.00 UNLIQ |
| --- | --- | --- |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | | | | |
|---|---|---|---|---|---|
| JUNCK, MARY E.<br>18475 DEER HILL ROAD<br>P.O. BOX 20<br>PLEASANT VALLEY, IA 52767 | | Claim Number: 3891<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $687,471.28 | Scheduled: | $179,436.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| JUNCK, MARY E.<br>P.O. BOX 20; 18475 DEER HILL ROAD<br>PLEASANT VALLEY, IA 52767 | | Claim Number: 6912<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3891 |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| K&D FACTORY SERVICES INC<br>1833-41 N CARMEN ST<br>HARRISBURG, PA 17103 | | Claim Number: 1594<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |

| PRIORITY | Claimed: | $43,500.00 |
|---|---|---|

| | | |
|---|---|---|
| KABAK, SCOTT W.<br>15 MEADOW LANE<br>MANHASSET, NY 11030 | | Claim Number: 3848<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $135,856.56 | Scheduled: | $61,785.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| KABAK, SCOTT W.<br>15 MEADOW LANE<br>MANHASSET, NY 11030 | | Claim Number: 6994<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3848 |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

KACHARABA, ROSEMARIE
210 UTICA AVENUE
NORTH MASSAPEQUA, NY 11758

Claim Number: 3084
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $661.28 | | |
|---|---|---|---|---|

KALLET, JUDITH S.
7949 CRANES POINTE WAY
WEST PALM BEACH, FL 33412

Claim Number: 3849
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $86,874.62 | Scheduled: | $57,462.00  UNLIQ |
|---|---|---|---|---|

KALLET, JUDITH S.
7949 CRANES POINTE WAY
WEST PALM BEACH, FL 33412

Claim Number: 6920
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3849

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

KAMAKAZEE KIWI CORP.
3835-R EAST THOUSAND OAKS BLVD
SUITE 343
WESTLAKE VILLAGE, CA 91362

Claim Number: 6704
Claim Date: 02/28/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

KAMINSKY, NEIL I.
IRA TRUST UAD 1-21-2000
4109 SILVERY MINNOW NW
ALBUQUERQUE, NM 87120

Claim Number: 5570
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $35,537.47 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| KAY, JOHN M., DBA KAY DELIVERY, INC.<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5863<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $122,899.23 | Scheduled: | $0.00 UNLIQ |
| KAZAN, DANIEL<br>1715 FALLING LEAF LANE<br>NORTHBROOK, IL 60062 | Claim Number: 6690<br>Claim Date: 02/09/2011<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |
| KEATING, JOHN<br>610 BREAD & CHEESE HOLLOW RD<br>NORTHPORT, NY 11768 | Claim Number: 5128<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| KEBIR, LORE O<br>2424 ESTHER VIEW DR<br>LOMITA, CA 90717-2313 | Claim Number: 6538<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
| KEELER, ROBERT F.<br>18 MAGNET ST.<br>STONY BROOK, NY 11790 | Claim Number: 5038<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

KELLER, WILLIAM
7916 W. HILLSIDE ROAD ROUTE 3
CRYSTAL LAKE, IL 60012

Claim Number: 3850
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $43,819.77 | Scheduled: | $34,580.00 UNLIQ |
|---|---|---|---|---|

KELLER, WILLIAM F.
7916 W. HILLSIDE RD, ROUTE 3
CRYSTAL LAKE, IL 60012

Claim Number: 6995
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3850

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

KELLERMANN, DONALD S.
2750 UNICORN LANE
WASHINGTON, DC 20015

Claim Number: 3851
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $202,942.77 | Scheduled: | $107,003.00 UNLIQ |
|---|---|---|---|---|

KELLERMANN, DONALD S., ESTATE OF
C/O JOAN R. KELLERMANN
2750 UNICORN LANE
WASHINGTON, DC 20015

Claim Number: 6917
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3851

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

KELLOGG, VALERIE
108 LA RUE DRIVE
HUNTINGTON, NY 11743

Claim Number: 5094
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

KELLY CREWS INC.
1823 QUARTER HORSE DR.
WOODSTOCK, MD 21163

Claim Number: 340
Claim Date: 01/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| PRIORITY | Claimed: | $8,116.00 |
|---|---|---|

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-01
Claim Date: 01/08/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $278.02 | Scheduled: | $704.80 | Allowed: | $278.02 |
|---|---|---|---|---|---|---|

KELLY, JAMES C.
20154 ZIMMERMAN PL.
SANTA CLARITA, CA 91390

Claim Number: 4978
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

KELLY, MARGARET
8250 BRENTWOOD CT
ARVADA, CO 80005

Claim Number: 5957
Claim Date: 06/25/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

KEMPER INSURANCE COMPANIES
SHERRI L. PATTERSON
MANAGED ACCOUNTS, 13NW0348
ONE KEMPER DRIVE
LONG GROVE, IL 60049

Claim Number: 1005
Claim Date: 04/14/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| KEMPSTER, NORMAN<br>7505 DEMOCRACY BLVD<br>APT 114<br>BETHESDA, MD 20817 | Claim Number: 3740<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| KENDRICK-MCCANN LP<br>RE: SANTA FE 12236 MCCANN DR<br>C/O T C COLLINS & ASSOCIATES<br>3600 BIRCH ST SUITE NO.100<br>NEWPORT BEACH, CA 92660 | Claim Number: 2728<br>Claim Date: 05/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |

| UNSECURED | Claimed: | $2,375.44 |

---

| KENNEDY, TIMOTHY<br>2075 CHARLES DRIVE<br>HELLERTOWN, PA 18055 | Claim Number: 5685<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $5,000.00 |

---

| KENNEDY, TIMOTHY<br>2075 CHARLES DRIVE<br>HELLERTOWN, PA 18055 | Claim Number: 5686<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $383.49 | Scheduled: | $383.49 |

---

| KENNEDY, TIMOTHY R.<br>2075 CHARLES DR.<br>HELLERTOWN, PA 18055 | Claim Number: 7073<br>Claim Date: 11/30/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

KENNEY, CRANE
1021 CHERRY ST
WINNETKA, IL 60093-2112

Claim Number: 5337
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 11226 (03/22/2012)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

KENNEY, CRANE
1220 LINDENWOOD
WINNETKA, IL 60093

Claim Number: 6833
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 5337

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

KENT, DAVID H.
22347 KENT LANE
GRAND RAPIDS, MN 55744

Claim Number: 5874
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| ADMINISTRATIVE | Claimed: | $209.44 |
|---|---|---|
| UNSECURED | Claimed: | $14,000.00 |

KENT, ROBERT W. & ELIZABETH A., TRUSTEES
KENT FAMILY REVOCABLE TRUST
U/A DATED 03/09/07
13084 FERNTAILS
ST. LOUIS, MO 63141

Claim Number: 5909
Claim Date: 06/19/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $5,238.95 UNLIQ |
|---|---|---|

KING FEATURES SYNDICATE
ALAN LEWIS, ESQ.
OFFICE OF GENERAL COUNSEL, HEARST CORP.
300 WEST 57TH STREET, 40TH FLOOR
NEW YORK, NY 10019

Claim Number: 529
Claim Date: 02/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $97,111.95 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| KING, VICTORIA<br>515 EAST 14TH STREET, #3B<br>NEW YORK, NY 10009 | Claim Number: 3852<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $74,235.11 | Scheduled: | $68,476.36 |
|---|---|---|---|---|

| KING-COHEN, SYLVIA ELIZABETH<br>225 KOHR RD<br>KINGS PARK, NY 11754 | Claim Number: 5065<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| KISSI, DAVID<br>PO BOX 77878<br>ONE MASSACHUSETTS AVE NE<br>WASHINGTON, DC 20013 | Claim Number: 1334<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| KITSAP COUNTY TREASURER<br>614 DIVISION ST MS-32<br>PORT ORCHARD, WA 98366-4614 | Claim Number: 1042<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| SECURED | Claimed: | $5,109.82 |
|---|---|---|

| KLEIN, JASON E.<br>6 TANGLEWILD PLACE<br>CHAPPAQUA, NY 10514-2528 | Claim Number: 3853<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $113,350.42 | Scheduled: | $40,676.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

KLEIN, JASON E.
6 TANGLEWILD PLACE
CHAPPAQUA, NY 10514

Claim Number: 6996
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3853

| UNSECURED | Claimed: | $0.00  UNDET | | |

---

KLEIN, JEFFREY S.
18778 HILLSBORO ROAD
NORTHRIDGE, CA 91326

Claim Number: 3854
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $214,771.81 | Scheduled: | $103,115.00  UNLIQ |

---

KLEIN, JEFFREY S.
18778 HILLSBORO ROAD
NORTHRIDGE, CA 91326

Claim Number: 6934
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3854

| UNSECURED | Claimed: | $0.00  UNDET | | |

---

KLEINER, ARNOLD J.
7575 MULHOLLAND DR.
LOS ANGELES, CA 90046

Claim Number: 3856
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,428,807.91 | | |

---

KLEINER, ARNOLD J.
7575 MULHOLLAND DR.
LOS ANGELES, CA 90046

Claim Number: 6914
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3855

| UNSECURED | Claimed: | $0.00  UNDET | | |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

KLUTNICK, SUSAN K.
17582 BERLARK CIRCLE
HUNTINGTON BCH, CA 92649

Claim Number: 3857
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $381,723.02 | Scheduled: | $352,111.05 |
|---|---|---|---|---|

KNAPP, PETER A.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6743
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8750 (04/25/2011)

---

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

KNAPP, PETER A.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE, SUITE 2800
CHICAGO, IL 60606

Claim Number: 6872
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 6743

---

| SECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

KNIFFIN, DAVID
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE, CHUNG-HAN LEE
225 W WACKER DR STE 2800
CHICAGO, IL 60606

Claim Number: 7081
Claim Date: 12/02/2011
Debtor: TRIBUNE COMPANY

---

| SECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

KNIGHT, TIMOTHY P.
C/O BLAKE T. HANNAFAN
HANNAFAN & HANNAFAN, LTD.
ONE EAST WACKER DR., SUITE 2800
CHICAGO, IL 60601

Claim Number: 6776
Claim Date: 06/07/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8996 (05/25/2011)

---

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | |
|---|---|---|---|---|
| KNORR, THOMAS H., DCD<br>506 C RIDGE ROAD<br>WILMETTE, IL 60091 | | Claim Number: 5437<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| KOLLER, TIMOTHY L.<br>5 APPLE HILL LANE<br>YORK, PA 17402 | | Claim Number: 7077<br>Claim Date: 12/01/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| KOLLER, TIMOTHY L.<br>5 APPLE HILL LANE<br>YORK, PA 17402 | | Claim Number: 7079<br>Claim Date: 12/01/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| KOPPER, JAMES L.<br>7768 LAKESIDE BLVD<br>APT 531<br>BOCA RATON, FL 33434 | | Claim Number: 3858<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $353,362.22 | Scheduled: | $217,809.00  UNLIQ |
| KOPPER, JAMES L.<br>7768 LAKESIDE BLVD<br>APT 531<br>BOCA RATON, FL 33434 | | Claim Number: 7034<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3858 | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| KRANTZ, RANDI<br>100 BEEKMAN STREET 9J<br>NEW YORK, NY 10038 | Claim Number: 4330<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| PRIORITY | Claimed: | $6,239.42 |
|---|---|---|

| KRANZLEY, GLENN G.<br>839 MAGNOLIA ROAD<br>HELLERTOWN, PA 18055 | Claim Number: 7074<br>Claim Date: 11/30/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| KRENEK, DEBBY<br>361  72ND ST<br>BROOKLYN, NY 11209 | Claim Number: 5088<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| KROPINSKI, MIKE<br>1530 HAMMAN DR<br>TROY, MI 48085 | Claim Number: 5705<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

---

| UNSECURED | Claimed: | $5,074.80 |
|---|---|---|

| KUCERA, PHILIP E.<br>1700 S BAYSHORE LANE APT 4B<br>MIAMI, FL 33133 | Claim Number: 3859<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $295,403.76 | Scheduled: | $199,781.00  UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

KUCERA, PHILIP E.
1700 S BAYSHORE LANE, 4B
MIAMI, FL 33133

Claim Number: 7035
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3859

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

KUEKES, SALLY
BENEFICIARY FOR KUEKES, GEORGE
10671 E SAN SALVADOR
SCOTTSDALE, AZ 85258

Claim Number: 3860
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $49,664.99 | Scheduled: | $65,963.52 UNLIQ |
|---|---|---|---|---|

KURTICH, MARK H.
81593 CAMINO VALLECITA
INDIO, CA 92203

Claim Number: 3861
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $90,448.02 | Scheduled: | $44,754.00 UNLIQ |
|---|---|---|---|---|

KURTICH, MARK H.
81593 CAMINO VALLECITA
INDIO, CA 92203

Claim Number: 6921
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3861

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

KUSTER, JOHN
5 SEBURN DRIVE
BLUFFTON, SC 29909

Claim Number: 3750
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| KUTZ, MATTHEW P<br>1221 N MARION CT<br>CHICAGO, IL 60622-3122 | Claim Number: 2606<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) |
|---|---|

| PRIORITY | Claimed: | $500.00 |
|---|---|---|
| UNSECURED | Claimed: | $25.00 |

---

| KUXHAUSEN, STEVE & MICHELE<br>13219 MISTY HILLS DR<br>CYPRESS, TX 77429 | Claim Number: 4452<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $29,457.24 |
|---|---|---|

---

| KWON, DAEWON<br>10531 EDGELEY PL<br>LOS ANGELES, CA 90024 | Claim Number: 1585<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $2,088.00 | Scheduled: | $2,088.00 |
|---|---|---|---|---|

---

| L MILLER & SON LUMBER CO INC<br>1815-25 W DIVISION ST<br>CHICAGO, IL 60622 | Claim Number: 3604<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $926.66 |
|---|---|---|

---

| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 693<br>Claim Date: 03/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $13,230.99 |
|---|---|---|
| SECURED | Claimed: | $3,061.32 |
| UNSECURED | Claimed: | $13,230.99 |
| TOTAL | Claimed: | $16,292.31 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 768<br>Claim Date: 03/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $13,230.99 | |
| SECURED | Claimed: | $3,061.32 | |
| UNSECURED | Claimed: | $13,230.99 | |
| TOTAL | Claimed: | $16,292.31 | |
| LA BLANC, ROBERT E.<br>60 EAST END AVENUE, APT 19A<br>NEW YORK, NY 10028 | Claim Number: 6832<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| LAFRANCE, KIMBERLY MCCLEARY<br>1540 11TH ST<br>MANHATTAN BEACH, CA 90266 | Claim Number: 3862<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $44,006.64 | Scheduled:   $21,602.59 UNLIQ |
| LAFRANCE, KIMBERLY MCCLEARY<br>1540 11TH ST<br>MANHATTAN BEACH, CA 90266 | Claim Number: 6904<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3862 | | |
| UNSECURED | Claimed: | $0.00   UNDET | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| LAGUNA BEACH PATRIOTS DAY | Claim Number: 1173 |
| PARADE ASSOCIATION | Claim Date: 04/20/2009 |
| PO BOX 5147 | Debtor: TRIBUNE COMPANY |
| LAGUNA BEACH, CA 92652 | |

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| LANDON, TIMOTHY | Claim Number: 6855 |
| 2704 BENNETT AVENUE | Claim Date: 11/01/2011 |
| EVANSTON, IL 60201 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| LANESEY, WILLIAM | Claim Number: 4318 |
| 7730 ANNESDALE DRIVE | Claim Date: 06/10/2009 |
| CINCINNATI, OH 45243 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $431.18 | Scheduled: | $431.18 |
|---|---|---|---|---|

| LANESEY, WILLIAM A. | Claim Number: 4317 |
| 7730 ANNESDALE DRIVE | Claim Date: 06/10/2009 |
| CINCINNATI, OH 45243 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $83,400.00 |
|---|---|---|

| LANKEY, JEFFREY W. | Claim Number: 3863 |
| 4829 BURGOYNE LANE | Claim Date: 06/09/2009 |
| LA CANADA, CA 91011 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $8,600.23 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

LARSON, CHARLES E.
1401 WOODBINE COURT
ARLINGTON, TX 76012-4236

Claim Number: 6696
Claim Date: 02/22/2011
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 9346 (06/24/2011)

| UNSECURED | Claimed: | $17,465.00 | | | |
|---|---|---|---|---|---|

LASALLE NETWORK, THE
MARTIN J. WASSERMAN
MUCH SHELIST DENENBERG AMENT RUBENSTEIN
191 N. WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606

Claim Number: 3279
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,285.00 | | | |
|---|---|---|---|---|---|

LASER LINE INC
1025 W NURSEY RD  STE 122
LINTHICUM, MD 21090

Claim Number: 1066-01
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| UNSECURED | Claimed: | $418.15 | | Allowed: | $418.15 |
|---|---|---|---|---|---|

LAUGHLIN, JOAN MC
201 FIVE CITIES DR
SPACE # 62
PISMO BEACH, CA 93449-3085

Claim Number: 6524
Claim Date: 06/10/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $3,230.00 | Allowed: | $3,230.00 |
|---|---|---|---|---|---|---|

LAURENCE FURNELL, DBA LAURENCE FURNELL,
INC.
C/O GIAMO ASSOCIATES LLP; ATTN: J GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5855
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $330,593.00 | Scheduled: | $0.00 UNLIQ | |
|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| LAURENCE P. SKENDZEL IRA ROLLOVER<br>10338 WESTERN HILLS DR.<br>TRAVERSE CITY, MI 49864 | Claim Number: 5628<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |

---

| SECURED | Claimed: | $40,661.50 | |

---

| LAVENTHOL, DAVID A.<br>870 UNITED NATIONS PLAZA<br>#31B<br>NEW YORK, NY 10017 | Claim Number: 3864<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |

---

| UNSECURED | Claimed: | $3,598,937.76 | Scheduled: | $2,606,945.00 UNLIQ |

---

| LAVENTHOL, DAVID A.<br>870 UNITED NATIONS PLAZA, # 31B<br>NEW YORK, NY 10017 | Claim Number: 6935<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3864 | | |

---

| UNSECURED | Claimed: | $0.00   UNDET | |

---

| LAVU, NIRMALA<br>5554 E. RIO VERDE VISTA DR<br>TUCSON, AZ 85750 | Claim Number: 3283<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |

---

| UNSECURED | Claimed: | $5,000.00 | |

---

| LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 994<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | |

---

| UNSECURED | Claimed: | $8,541.01 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| LAW OFFICES OF GERALD S. SACK, LLC<br>GERALD S. SACK<br>836 FARMINGTON AVE.<br>SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 1091<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $8,541.01 |
|---|---|---|

| LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 6663<br>Claim Date: 10/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) |
|---|---|

| UNSECURED | Claimed: | $16,791.01 | | Allowed: | $8,541.01 |
|---|---|---|---|---|---|

| LAWRENCE S. LOESEL IRA ROLLOVER<br>324 WATER WARH LANE<br>TRAVERSE CITY, MI 49686-1079 | Claim Number: 5627<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $25,413.44 |
|---|---|---|

| LEACH, THOMAS<br>200 EAST DELAWARE PLACE, #4F<br>CHICAGO, IL 60611 | Claim Number: 6856<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| LEE SCHNEIDER, R. MARILYN<br>2124 BAGLEY AVENUE<br>LOS ANGELES, CA 90034 | Claim Number: 3865<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $63,947.25 | Scheduled: | $37,556.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| LEE SCHNEIDER, R. MARILYN<br>2124 BAGLEY AVE.<br>LOS ANGELES, CA 90034 | Claim Number: 6936<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3865 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| LEE, DENNIS M.<br>IRA FBO<br>3153 ORLEANS WAY S.<br>APOPKA, FL 32703-5920 | Claim Number: 4632<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $25,090.56 |
|---|---|---|

---

| LEE, JEFFRY<br>278 STEELE ROAD<br>WEST HARTFORD, CT 06117 | Claim Number: 2624<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $10,000.00 |
|---|---|---|

---

| LEFEBVRE, SUSAN<br>1 CHELSEA PLACE<br>FARMINGTON, CT 06032 | Claim Number: 267<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11459 (04/23/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| LEFEBVRE, SUSAN<br>1 CHELSEA PLACE<br>FARMINGTON, CT 06032 | Claim Number: 1531<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11459 (04/23/2012) |
|---|---|

| UNSECURED | Claimed: | $45,000.00   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| LEGER, LISA | Claim Number: 3689 |
| C/O DALEY, DEBOFSKY & BRYANT | Claim Date: 06/08/2009 |
| 55 W. MONROE STREET | Debtor: TRIBUNE COMPANY |
| SUITE 2440 | |
| CHICAGO, IL 60603 | |

| UNSECURED | Claimed: | $38,973.35 | Scheduled: | $0.00 UNLIQ |

---

| LEO, JAMES | Claim Number: 5073 |
| 93 ISLIP BLVD. | Claim Date: 06/12/2009 |
| ISLIP, NY 11751 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00 UNDET |

---

| LEONARD, JOSEPH J. | Claim Number: 295 |
| 26 LAPEER ST. | Claim Date: 01/21/2009 |
| DEER PARK, NY 11729 | Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $36,267.00 |

---

| LEONE, MARK | Claim Number: 5084 |
| 19 STRUM ST. | Claim Date: 06/12/2009 |
| BRENTWOOD, NY 11717 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00 UNDET |

---

| LEPE, JOSE M | Claim Number: 2566 |
| 455 NORTH DAHLIA AVENUE | Claim Date: 05/07/2009 |
| ONTARIO, CA 91762 | Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $11,369.51 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | | | |
|---|---|---|---|---|
| LEVIN, MARTIN P.<br>221 KIRBY LANE<br>RYE, NY 10580 | | Claim Number: 3866<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $103,195.50 | Scheduled: | $105,518.00 UNLIQ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| LEVIN, MARTIN P.<br>221 KIRBY LANE<br>RYE, NY 10580 | | Claim Number: 6997<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3866 | | |

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| LEVINE, JESSE E.<br>1255 OWOSSO AVENUE<br>HERMOSA BEACH, CA 90254 | | Claim Number: 3867<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $49,524.89 | Scheduled: | $25,872.00 UNLIQ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| LEVINE, JESSE E.<br>1255 OWOSSO AVENUE<br>HERMOSA BEACH, CA 90254 | | Claim Number: 6937<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3867 | | |

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| LEVINE, NED<br>301 FRANKEL BLVD.<br>MERRICK, NY 11566 | | Claim Number: 5329<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

LEVINE, STANLEY H.
1209 MARSALIS WAY
CARY, NC 27519-7070

Claim Number: 5923
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $20,299.20 |
|---|---|---|

LEWIN, LUIS
2834 ATLAS DR
LAFAYETTE, IN 47909-0846

Claim Number: 6857
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 660
Claim Date: 02/19/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $979.31 | Scheduled: | $363.85 |
|---|---|---|---|---|

LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 663
Claim Date: 02/19/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $506.53 |
|---|---|---|

LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 670
Claim Date: 02/19/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| UNSECURED | Claimed: | $443.63 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| LI, TAO | Claim Number: 3731 |
| 234 BRENRICH CV N | Claim Date: 06/08/2009 |
| MEMPHIS, TN 38117-2834 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Claim out of balance |

| PRIORITY | Claimed: | $24,713.71 |
| SECURED | Claimed: | $24,713.71 |
| UNSECURED | Claimed: | $0.00 |
| TOTAL | Claimed: | $24,713.71 |

---

| LIBERTY MUTUAL INSURANCE COMPANY | Claim Number: 4443 |
| F/K/A SAFECO INSURANCE COMPANY | Claim Date: 06/10/2009 |
| C/O T. SCOTT LEO, LEO & WEBER, PC | Debtor: TRIBUNE COMPANY |
| 1 N LASALLE ST, STE 3600 | Comments: EXPUNGED |
| CHICAGO, IL 60602 | DOCKET: 3802 (03/22/2010) |

| UNSECURED | Claimed: | $19,844,866.20  CONT |

---

| LICHTMAN, RONALD | Claim Number: 2718 |
| 16-28 RADBURN ROAD | Claim Date: 05/11/2009 |
| FAIR LAWN, NJ 07410 | Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $29,673.00 | | |
| UNSECURED | | | Scheduled: | $29,673.00  UNLIQ |

---

| LIEBL, ALFRED R. | Claim Number: 6103 |
| 2820 ANTIOCH CHURCH ROAD | Claim Date: 07/20/2009 |
| WATKINSVILLE, GA 30677 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $4,059.84 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

LILLICRAF, VIRGINIA C & ROME
JT TEN
137 ELM ST
FAIRFIELD, CT 06824-5105

Claim Number: 6539
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

LINDSAY, JOHN P.
360 CHORRO ST
SN LUIS OBISP, CA 93405-2318

Claim Number: 3868
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $23,066.77 | Scheduled: | $21,758.00 UNLIQ |
|---|---|---|---|---|

LIONHEART ENGINEERING
1004 TRAKK LANE
WOODSTOCK, IL 60098

Claim Number: 1903
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $775.00 | Scheduled: | $775.00 |
|---|---|---|---|---|

LIPINSKI, ANN MARIE
4919 S. WOODLAWN AVE.
CHICAGO, IL 60615

Claim Number: 7048
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

LIPINSKI, ANNMARIE
4919 S. WOODLAWN AVE.
CHICAGO, IL 60615

Claim Number: 3484
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $462.99 | Scheduled: | $462.99 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| LIPTON, RICHARD CUST THOMAS S LIPTON UTM<br>IL<br>235 WARWICK<br>KENILWORTH, IL 60043-1141 | Claim Number: 6492<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SIRVA RELOCATION LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3396<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $16,775.00 | Scheduled: | $16,775.00 |
|---|---|---|---|---|

| LOAN FUNDING V, LLC, ET AL<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3437<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | |
|---|---|---|---|---|

| SECURED | Claimed: | $3,950,000.00 | | |
|---|---|---|---|---|

| LOBDELL, NANCY<br>620 SAND HILL RD, APT. 301C<br>PALO ALTO, CA 94304 | Claim Number: 3828<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $115,583.28 | Scheduled: | $89,882.00 UNLIQ |
|---|---|---|---|---|

| LOBDELL, NANCY<br>620 SAND HILL RD, APT. 301C<br>PALO ALTO, CA 94304 | Claim Number: 6890<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3828 | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| LOISELLE, PAUL<br>320 S PIERCE ST #A<br>NEW ORLEANS, LA 70119-6013 | Claim Number: 4189<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|

| PRIORITY | Claimed: | $588.14   UNLIQ | | | |
|---|---|---|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ENTERCOM COMM. NEW ORLEANS<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 63<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $33,969.40 | Scheduled: | $33,900.80 | |
|---|---|---|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: HEXAWARE TECHNOLOGIES INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2464<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $21,480.22 | Scheduled: | $21,480.22 | |
|---|---|---|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: SPR INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2466<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11245 (03/28/2012) | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $57,650.50 | Scheduled: | $24,400.00 | Allowed: | $50,000.00 |
|---|---|---|---|---|---|---|

| LORETONI, RICHARD<br>18 BRADISH LANE<br>BABYLON, NY 11702 | Claim Number: 5129<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | | |
|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| LUBIN, MARSHALL<br>314 NEPTUNE AVENUE<br>WEST BABYLON, NY 11704 | Claim Number: 5130<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| LUFRANO, MICHAEL R.<br>5707 N. RAVENSWOOD<br>CHICAGO, IL 60660 | Claim Number: 5281<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Certain Compensation and benefits in certain scenarios |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| LUNDQUIST, MARGARET<br>208 FARHAN LANE<br>NORTH BABYLON, NY 11703 | Claim Number: 5063<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| LUTHER, MARYLOU<br>35 PARK AVE<br>11H<br>NEW YORK, NY 10016 | Claim Number: 2033<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| LYLE, JOHN<br>361 E 50TH ST<br>APT 3H<br>NEW YORK, NY 10022-7953 | Claim Number: 6508<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $306.00 | Scheduled: | $306.00 |
|---|---|---|---|---|

---

---

MACGOWAN, CARL
211-01 85TH AVENUE
HOLLIS HILLS, NY 11427

Claim Number: 4976
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET | | | | |

---

MACMUNNIS INC.
1840 OAK AVENUE
SUITE 300
EVANSTON, IL 60201

Claim Number: 1616
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $4,590.00 | | | | |

---

MADISON CORPORATE GROUP, INC., AS AGENT
OF CRYSTAL LAKE LIMITED PARTNERSHIP
650 ROOSEVELT ROAD, SUITE 204
GLEN ELLYN, IL 60137

Claim Number: 6165
Claim Date: 08/07/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $99,168.00 | | | | |

---

MAGELLAN HEALTH SERVICES
125 SOUTH WACKER DR
SUITE 1450
CHICAGO, IL 60606

Claim Number: 4673
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 9400 (06/30/2011)

| UNSECURED | Claimed: | $184,803.00 | Scheduled: | $765.00 | Allowed: | $49,803.00 |

---

MAGID GLOVE & SAFETY MFG. CO. LLC.
2060 N. KOLMAR AVENUE
CHICAGO, IL 60639

Claim Number: 645-02
Claim Date: 03/06/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $603.44 | | | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

MAGNUSON, ROBERT G.
374 FLORA ST.
LAGUNA BEACH, CA 92651

Claim Number: 3829
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $230,074.32 | Scheduled: | $117,314.00 UNLIQ |
|---|---|---|---|---|

MAGNUSON, ROBERT G.
374 FLORA ST.
LAGUNA BEACH, CA 92651

Claim Number: 6938
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3829

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

MALLORY, MARK
3312 LAKEWOOD COURT
GLENVIEW, IL 60026

Claim Number: 6859
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

MALLORY, R. MARK
3312 LAKEWOOD COURT
GLENVIEW, IL 60026

Claim Number: 5014
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

MALONE, RICHARD H.
899 OAK STREET
WINNETKA, IL 60093

Claim Number: 6854
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

MANCINI, JOHN
64-14  847TH ST.
MIDDLE VILLAGE, NY 11379-2424

Claim Number: 5089
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MANGO, CONSTANCE
29 EAST STREET
MIDDLE ISLAND, NY 11953-1712

Claim Number: 5314
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MANN, LAURA E.
249-11  61ST AVE
LITTLE NECK, NY 11362

Claim Number: 5060
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MANRESA JESUIT RETREAT ENDOWMENT FUND
C/O THOMAS HCIRLEY
1390 QUARTON ROAD
BLOOMFIELD HILLS, MI 48034

Claim Number: 5634
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $25,413.44 |
|---|---|---|

MANSI, MATTHEW M.
539 DOWNING STREET
DENVER, CO 80218

Claim Number: 4988
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $42,500.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| MARAS, JEFFREY J & AMY K MARAS JT TEN<br>BOX 205<br>GRAYSLAKE, IL 60030-0205 | Claim Number: 6567<br>Claim Date: 07/09/2010<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 |

| MARCUS, ERICA<br>88 WYCKOFF ST<br>BROOKLYN, NY 11201 | Claim Number: 5093<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |

| UNSECURED | Claimed: | $0.00  UNDET | | |

| MARIMOW,  WILLIAMK.<br>1942 PANAMA STREET<br>PHILADELPHIA, PA 19103 | Claim Number: 3830<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $37,443.28 | Scheduled: | $22,775.00 UNLIQ |

| MARIMOW,  WILLIAMK.<br>1942 PANAMA STREET<br>PHILADELPHIA, PA 19103 | Claim Number: 6899<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3830 | | | |

| UNSECURED | Claimed: | $0.00  UNDET | | |

| MARK 1 RESTORATION COMPANY<br>1021 MARYLAND AVENUE<br>DOLTON, IL 60419 | Claim Number: 820<br>Claim Date: 03/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |

| UNSECURED | Claimed: | $47,450.10 | Scheduled: | $47,450.10 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| MARRO, ANTHONY J. | Claim Number: 3831 |
| 10 WEST RD, PO BOX 944 | Claim Date: 06/09/2009 |
| OLD BENNINGTON, VT 05201 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $324,038.35 | Scheduled: | $220,893.00 UNLIQ |
|---|---|---|---|---|

| MARRO, ANTHONY J. | Claim Number: 6889 |
| 10 WEST RD.; P.O. BOX 944 | Claim Date: 11/02/2011 |
| OLD BENNINGTON, VT 05201 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3831 |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| MARSCH, CHRISTINE SHANEL CUST WILLIAM | Claim Number: 6543 |
| KENNETH MARSCH UGMA IL | Claim Date: 06/21/2010 |
| 596 WHARTON DR | Debtor: TRIBUNE COMPANY |
| LAKE FOREST, IL 60045-4827 | Comments: ALLOWED |
| | DOCKET: 5435 (08/19/2010) |

| SECURED | Claimed: | $0.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,360.00 | Allowed: | $1,360.00 |

| MARSH USA, INC. | Claim Number: 4396 |
| ATTN: MITCHELL AUSLANDER & CHRISTOPHER | Claim Date: 06/10/2009 |
| JEANOS C/O WILKIE FARR & GALLAGHER LLP | Debtor: TRIBUNE COMPANY |
| 787 SEVENTH AVE | Comments: |
| NEW YORK, NY 10019 | Confidential Settlement Agreement |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| MARTIN, JEROME P. | Claim Number: 6842 |
| 2727 REVERE STREET | Claim Date: 10/31/2011 |
| HOUSTON, TX 77098 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | |
|---|---|
| MASON, WILLIAM<br>46 EAST 21 ST.<br>HUNTINGTON STATION, NY 11746 | Claim Number: 5007<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension benefits |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| | |
|---|---|
| MASSARO, JEFFREY M.<br>78 ROOT AVE.<br>ISLIP, NY 11751-2416 | Claim Number: 5036<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| | |
|---|---|
| MATHIAS WASHINGTON COUNTY CHARITABLE<br>TRUST, THE<br>12019 BAYER DRIVE<br>SMITHSBURG, MD 21783 | Claim Number: 5992<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $1,051,498.56 |
|---|---|---|

| | |
|---|---|
| MATILLA SURVIVOR TRUST, THE<br>C/O PATRICIA MORRIS<br>DANNING GILL DIAMOND & KOLLITZ, LLP<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 90067 | Claim Number: 6139<br>Claim Date: 07/24/2009<br>Debtor: TRIBUNE COMPANY |

| ADMINISTRATIVE | Claimed: | $8,937.53 |
|---|---|---|

| | |
|---|---|
| MATILLA SURVIVORS TRUST<br>SHIRLEY MATILLA AS SOLE TRUSTEE<br>ERIC P ISRAEL / DANNIN GILL DIAMOND<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 900678 | Claim Number: 6118<br>Claim Date: 07/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) |

| UNSECURED | Claimed: | $159,162.04 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

MATILLA SURVIVORS TRUST
SHIRLEY MATILLA AS SOLE TRUSTEE
ERIC P ISRAEL ESQ / DANNING GILL DIAMOND
2029 CENTURY PARK EAST, THIRD FLOOR
LOS ANGELES, CA 90067

Claim Number: 6635
Claim Date: 08/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 6118

| UNSECURED | Claimed: | $171,673.07 |
|-----------|----------|-------------|

---

MATILLA SURVIVORS TRUST-SHIRLEY MATILLA
AS SOLE TRUSTEE, C/O ERIC P. ISRAEL, ESQ
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 CENTURY PARK EAST, THIRD FLOOR
LOS ANGELES, CA 90067

Claim Number: 6637
Claim Date: 08/03/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8204 (03/01/2011)

| UNSECURED | Claimed: | $171,673.07 |
|-----------|----------|-------------|

---

MAXWELL, DONALD S.
2160 LE FLORE DRIVE
LA HABRA HEIGHT, CA 90631

Claim Number: 3832
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $375,385.65 | Scheduled: | $302,117.00 UNLIQ |
|-----------|----------|-------------|------------|-------------------|

---

MAXWELL, DONALD S.
2160 LE FLORE DRIVE
LA HABRA HEIGHTS, CA 90631

Claim Number: 6939
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3832

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

MAY, LIISA M.
15 SARATOGA ST
COMMACK, NY 11725

Claim Number: 5427
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| PRIORITY | Claimed: | $0.00   UNDET |
|----------|----------|---------------|
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | |
|---|---|---|
| MAYER, MOSES TRUST<br>FBO ELIZABETH F. LIPPER<br>370 COOK STREET<br>DENVER, CO 80206 | Claim Number: 5573<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| SECURED | Claimed: | $35,537.47 |
|---|---|---|

---

| | | |
|---|---|---|
| MAZURKEWICZ, DANIAL<br>NICHOLS & CANE, LLP<br>REGINA C. NICHOLS, ESQ.<br>6800 JERICHO TPKE, STE 120 W<br>SYOSSET, NY 11791 | Claim Number: 2920<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $10,000,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| MC CRORY, JOHN J<br>187 DOLPHIN COVE QUAY<br>STAMFORD, CT 06902 | Claim Number: 5302<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $248,000.00 | Scheduled: | $219,546.00 UNLIQ |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| MCCORMICK, JO ANNA CANZONERI<br>342 N ATLANTIC BLVD<br>ALHAMBRA, CA 91801-2217 | Claim Number: 6647<br>Claim Date: 09/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | |

| SECURED | Claimed: | $10,000,000,000.00   CONT |
|---|---|---|
| UNSECURED | Claimed: | $40,000,000,000.00   CONT |

---

| | | |
|---|---|---|
| MCCROHON, NANCY<br>2101 CONNECTICUT AV<br>WASHINGTON, DC 20008 | Claim Number: 4389<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension and survivor benefits | |

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

MCDOWELL, CURTIS
166 JONES CREEK ACRES DR
FRANKLIN, NC 28734

Claim Number: 2092
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $417.45   UNLIQ | | |
|---|---|---|---|---|

MCGUINNESS, KATHLEEN G.
PO BOX 169
FAIRFIELD, IA 52556

Claim Number: 3833
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,800,192.32 | Scheduled: | $1,713,849.82  UNLIQ |
|---|---|---|---|---|

MCGUINNESS, KATHLEEN G.
PO BOX 169
FAIRFIELD, IA 52556

Claim Number: 6998
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3833

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

MCGUIRE, MARK E.
519 ORCHARD LANE
WINNETKA, IL 60093

Claim Number: 5340
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10021 (10/19/2011)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

MCINERNEY, MAUREEN
19 WAYSIDE LANE
SELDEN, NY 11784

Claim Number: 5313
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| MCKEON, JOHN C.<br>3522 GILLESPIE ST<br>DALLAS, TX 75219-4832 | Claim Number: 3834<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $96,928.56 | Scheduled: | $38,521.00 UNLIQ |

---

| MCKEON, JOHN C.<br>3522 GILLESPIE ST<br>DALLAS, TX 75219 | Claim Number: 6903<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3834 |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| MCLAUGHLIN, DONALD<br>2632 NE 201ST AVENUE<br>UNIT 30<br>FAIRVIEW, OR 97024-8706 | Claim Number: 2273<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Attached letter refers to retiree life insurance policy |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| MCLAUGHLIN, VICTORIA<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4929<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |

| UNSECURED | Claimed: | $10,000.00 |

---

| MCLOUGHLIN, ANTOINETTE<br>266 RIDER AVE.<br>MALVERNE, NY 11565 | Claim Number: 5131<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

MCNAIR, BILL
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4926
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

| UNSECURED | Claimed: | $10,000.00 | | |
|---|---|---|---|---|

MEADOWS, JACK E.
2225 TWELVE OAKS DR
FAYETTEVILLE, AR 72703

Claim Number: 3836
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $108,100.07 | Scheduled: | $86,230.00 UNLIQ |
|---|---|---|---|---|

MEADOWS, JACK E.
2225 TWELVE OAKS DR
FAYETTEVILLE, AR 72703

Claim Number: 6999
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3836

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

MEANEY, THOMAS
124 REMSEN ST APT 13
BROOKLYN, NY 11201-4228

Claim Number: 1112
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| PRIORITY | Claimed: | $400.00 | | |
|---|---|---|---|---|

MEBT HOLDING LLC
2 GRAPEVINE LANE
BLOOMINGTON, IL 61704

Claim Number: 5897
Claim Date: 06/19/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $54,000.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| MEIER, ANDREW | | Claim Number: 6263 | | |
| 430 HENRY ST NO.2 | | Claim Date: 10/01/2009 | | |
| BROOKLYN, NY 11231 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $500.00 | | |

---

| MEIER, ANDREW | | Claim Number: 6264 | | |
| 430 HENRY STREET., # 2 | | Claim Date: 10/01/2009 | | |
| BROOKLYN, NY 11231 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $500.00 | | |

---

| MEIER, STEPHEN C. | | Claim Number: 3837 | | |
| 1512 BEECH STREET | | Claim Date: 06/09/2009 | | |
| SO PASADENA, CA 91030 | | Debtor: TRIBUNE COMPANY | | |
| | | | | |
| UNSECURED | Claimed: | $232,480.68 | Scheduled: | $126,084.00 UNLIQ |

---

| MEIER, STEPHEN C. | | Claim Number: 7000 | | |
| 1512 BEECH STREET | | Claim Date: 11/02/2011 | | |
| SO PASADENA, CA 91030 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: | | |
| | | amends claim 3837 | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| MEISSNER, ROSEMARIE | | Claim Number: 3355 | | |
| 134 SACKETT HILL RD | | Claim Date: 06/01/2009 | | |
| WARREN, CT 06754 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $12,073.14 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| MERCER, INC.<br>PO BOX 730182<br>DALLAS, TX 75373-0182 | Claim Number: 240<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 8091 (02/22/2011) | | |
|---|---|---|---|
| UNSECURED  Claimed: | $35,596.00 | Scheduled: | $18,026.98 |

| MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | Claim Number: 797<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
|---|---|---|---|
| UNSECURED  Claimed: | $15,634.45 | | |

| MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | Claim Number: 935<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 797 | | |
|---|---|---|---|
| UNSECURED  Claimed: | $16,041.31 | Scheduled: | $16,041.31 |

| MERRILL LYNCH CAPITAL CORPORATION<br>ATTN: MICHAEL O'BRIEN<br>4 WORLD FINANCIAL CENTER<br>250 VESEY STREET<br>NEW YORK, NY 10080 | Claim Number: 4331<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED  Claimed: | $1,619,060,109.29  UNLIQ | Scheduled: | $1,619,506,849.32  UNLIQ |

| MERRITT GB1 LLC<br>2066 LORD BALTIMORE DR<br>BALTIMORE, MD 21244 | Claim Number: 3644<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | |
|---|---|---|---|
| UNSECURED  Claimed: | $395.92 | | |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MET TESTING (CALVERT ST.)<br>3700 COMMERCE DRIVE SUITE 901<br>ATTN: RON COOPER<br>BALTIMORE, MD 21227 | | Claim Number: 2114<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | | | |
| UNSECURED | Claimed: | $2,445.00 | | | | | |
| MET TESTING (SUN PARK)<br>3700 COMMERCE DRIVE SUITE 901<br>ATTN: RON COOPER<br>BALTIMORE, MD 21227 | | Claim Number: 2115<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | | | |
| UNSECURED | Claimed: | $2,277.00 | | | | | |
| METCALFE, FRIEDA A.<br>MYRON B. DEWITT, ESQ.<br>DEWITT & CORDNER<br>PO BOX 244<br>SUSQUEHANNA, PA 18847 | | Claim Number: 6518<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>CLAIM AMOUNT IS $190.68 PER MONTH | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| METHOT, PAUL B<br>1357 S INDIANA PKWY<br>CHICAGO, IL 60605-2619 | | Claim Number: 6495<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $3,808.00 | Scheduled: | $3,808.00 | | | |
| MEUSER, MEGAN LOUISE<br>1328 S PARK AVE<br>SPRINGFIELD, IL 62704-3462 | | Claim Number: 6603<br>Claim Date: 07/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $68.00 | Allowed: | $68.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| MEYER, DANNY & KELLY<br>8891 LEE REEVES RD<br>TALLAHASSEE, FL 32309 | Claim Number: 5967<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |
|---|---|---|---|---|---|
| **UNSECURED**            **Claimed:** | $60,897.60 | | | | |
| MICROSOFT CORPORATION<br>ATTN: MARC BARRECA<br>K&L GATES LLP<br>925 FOURTH AVE, SUITE 2900<br>SEATTLE, WA 98104 | Claim Number: 4672<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9835 (09/27/2011) | | | | |
| **UNSECURED**            **Claimed:** | $36,494,101.15   CONT | | | | |
| MICROSOFT CORPORATION AND MICROSOFT<br>LICENSING, GP<br>C/O MARIA ANN MILANO - RIDDELL WILLIAMS<br>1001  4TH AVE STE 4500<br>SEATTLE, WA 98154-1192 | Claim Number: 4296<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | | | |
| **UNSECURED**            **Claimed:** | $4,214,723.11 | Scheduled: | $366,800.30 | Allowed: | $366,800.30 |
| MIKE ANTHONY PHOTO LLC<br>MICHAEL ANTHONY MOFFA<br>1003 CORKWOOD DRIVE<br>OVIEDO, FL 32765 | Claim Number: 490<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 2123 (09/16/2009) | | | | |
| **PRIORITY**            **Claimed:** | $150.00 | | | | |
| MIKLISH, BRENDA<br>415 ARCH AVE<br>GREENSBURG, PA 15601 | Claim Number: 24<br>Claim Date: 12/22/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | | |
| **PRIORITY**            **Claimed:** | $360.00 | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | | |
|---|---|---|---|---|---|
| MILAN, JOHN M., AS TRUSTEE<br>THE JOHN M. MILAN AND DIANE N. MILAN<br>LIVING TRUST<br>7520 CARMENITA LN<br>WEST HILLS, CA 91304 | | Claim Number: 4848<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,975.00 | | | |
| MILAN, JOHN M., AS TRUSTEE<br>THE JOHN M. MILAN AND DIANE N. MILAN<br>LIVING TRUST<br>7520 CARMENITA LN<br>WEST HILLS, CA 91304 | | Claim Number: 5822<br>Claim Date: 06/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,975.00 | | | |
| MILLARD CHICAGO WINDOW CLEANING<br>ATTN: MARISELL ACUESTA<br>7301 N. CICERO AVE<br>LINCOLNWOOD, IL 60712 | | Claim Number: 3193<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $5,071.00 | Scheduled: | $5,071.00 | |
| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | | Claim Number: 526<br>Claim Date: 01/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) | | | |
| UNSECURED | Claimed: | $250,000.00 | | | |
| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | | Claim Number: 688<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) | | | |
| UNSECURED | Claimed: | $250,000.00   UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| MILLER, JERRY H.<br>924 MOUNTAIN TERRACE<br>HURST, TX 76053 | Claim Number: 5877<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $202,992.00 |
|---|---|---|

---

| MILLER, SANDRA H.<br>1 PERKINS AVE.<br>AMITYVILLE, NY 11701 | Claim Number: 5332<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MILLROD, JACK<br>56 AMERICAN AVE<br>CORAM, NY 11727 | Claim Number: 5087<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL'S OFFICE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | Claim Number: 200<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $993.96 |
|---|---|---|

---

| MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL'S OFFICE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | Claim Number: 6672<br>Claim Date: 11/08/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $9,514.58 |
|---|---|---|
| UNSECURED | Claimed: | $16,930.59 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL'S OFFICE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | Claim Number: 7126<br>Claim Date: 06/04/2012<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| MITCHEL & STRANGE LLP BOOTH<br>SETH W. WHITAKER<br>707 WILSHIRE BOULEVARD<br>SUITE 4450<br>LOS ANGELES, CA 90017 | Claim Number: 3331<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $4,559.45 | Allowed: | $4,164.85 |
|---|---|---|---|---|

| MITCHELL, SR., KEIFFER J., AS PR OF THE<br>ESTATE OF PARREN J. MITCHELL<br>LARRY GIBSON, ESQ. & JOHN LEIDIG, ESQ.<br>36 SO. CHARLES ST., SUITE 2000<br>BALTIMORE, MD 21201 | Claim Number: 878<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 11791 (06/11/2012) |
|---|---|

| UNSECURED | Claimed: | $20,000,000.00 | |
|---|---|---|---|

| MITROVICH, DAN<br>11623 SHADOW GLEN ROAD<br>EL CAJON, CA 92020 | Claim Number: 7094<br>Claim Date: 02/13/2012<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | |
|---|---|---|---|

| MITTLEMAN, ILEENE H<br>525 EAST 82ND ST APT 9H<br>NEW YORK, NY 10028-7158 | Claim Number: 6594<br>Claim Date: 07/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $170.00 | Allowed: | $170.00 |
|---|---|---|---|---|---|---|

---

| MLRP PENNY LANE LLC, A DELAWARE LLC<br>RE: SCHAUMBURG 1717 PENNY LN.<br>C/O ML REALTY PARTNERS, LLC<br>ONE PIERCE PLACE, SUITE 450<br>ITASCA, IL 60143 | Claim Number: 2650<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $100,493.27   CONT |
|---|---|---|

---

| MOLCHANY, RICHARD D.<br>4140 HUNSICKER DRIVE<br>WALNUTPORT, PA 18088 | Claim Number: 7080<br>Claim Date: 12/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| MOLINET, JASON A.<br>50 GILBERT ST.<br>NORTHPORT, NY 11768 | Claim Number: 5043<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MOLINET, VIRGINIA A (NEE DUNLEAVEY)<br>50 GILBERT ST.<br>NORTHPORT, NY 11768 | Claim Number: 5044<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MOLVAR, JANIE<br>17625 PALADIN DR<br>BEND, OR 97701-9132 | Claim Number: 3838<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $843,787.40 | Scheduled: | $778,331.03 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| MOLVAR, JANIE<br>17625 PALADIN DR<br>BEND, OR 97701 | Claim Number: 7038<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3838 |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| MOLVAR, ROGER H.<br>13113 SOUTH ECHO LAKE ROAD<br>SNOHOMISH, WA 98296 | Claim Number: 3839<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $560,764.12 | Scheduled: | $213,621.00 UNLIQ |
|---|---|---|---|---|

| MOLVAR, ROGER H.<br>13113 SOUTH ECHO LAKE ROAD<br>SNOHOMISH, WA 98296 | Claim Number: 7001<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3839 |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| MONEY SERVICE CENTERS OF HAWAII, INC.<br>4-901 G KUHIO HWY.<br>KAPAA, HI 96746 | Claim Number: 416<br>Claim Date: 02/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $800.00 |
|---|---|---|

| MONICA R. MOCERI REVOCABLE TRUST<br>3555 FOREST HILL RD<br>BLOOMFIELD HILLS, MI 48302 | Claim Number: 5635<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $50,826.88 |
|---|---|---|

Epiq Bankruptcy Solutions, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| MONROE COUNTY TREASURER<br>100 W KIRKWOOD AVE, COURTHOUSE RM 204<br>BLOOMINGTON, IN 47404-5140 | | Claim Number: 783<br>Claim Date: 03/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9882 (10/04/2011) | | | | |
| PRIORITY | Claimed: | $479.98 | | | | |
| MONSMA, DURHAM J.<br>10305 WYSTONE AVE.<br>PORTER RANCH, CA 91326 | | Claim Number: 3840<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $107,492.11 | Scheduled: | $66,079.00 UNLIQ | | |
| MONSMA, DURHAM J.<br>2402 VIA MARIPOSA W UNIT 3D<br>LAGUNA WOODS, CA 92637-2049 | | Claim Number: 6893<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3840 | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| MONSTER INC.<br>5 CLOCK TOWER PLACE<br>SUITE 500<br>MAYNARD, MA 01754 | | Claim Number: 1544<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | | | |
| UNSECURED | Claimed: | $35,000.00 | | | Allowed: | $3,164.38 |
| MOORE, DARRYL<br>155 EAST GREENWICH ST.<br>APT 314<br>HEMPSTEAD, NY 11550 | | Claim Number: 1790<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | | | |
| ADMINISTRATIVE | Claimed: | $5,084.61 | | | | |
| PRIORITY | Claimed: | $5,084.61 | | | | |
| TOTAL | Claimed: | $5,084.61 | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| MOORE, ELIZABETH K.<br>30 HEMLOCK LN<br>BAY SHORE, NY 11706-7811 | Claim Number: 5132<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| MOORE, NEVILLE<br>161 SHERIDAN AVE<br>ALBANY, NY 12210-2406 | Claim Number: 6794<br>Claim Date: 07/29/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $102.00 | Scheduled: | $102.00 |
|---|---|---|---|---|

| MOREHOUSE, L. CLARK III<br>1 OXFORD ROAD<br>LARCHMONT, NY 10538 | Claim Number: 6812<br>Claim Date: 09/15/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| MORGAN STANLEY & CO., INC<br>ATTN: STEPHEN O'CONNOR / GENERAL COUNSEL<br>1585 BROADWAY, 3RD FL<br>NEW YORK, NY 10036 | Claim Number: 5034<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| MORGAN STANLEY & CO., INCORPORATED<br>ATTN: MATTHEW MORNINGSTAR<br>1221 AVENUE OF THE AMERICAS, 35TH FL<br>NEW YORK, NY 10020 | Claim Number: 6708<br>Claim Date: 03/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,000,511.87  UNLIQ | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| MORGAN STANLEY CAPITAL SERVICES, INC<br>ATTN: SIMON PLATEL, GENERAL COUNSEL<br>1585 BROADWAY, 3RD FLOOR<br>NEW YORK, NY 10036 | Claim Number: 5027<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Various claims including protective claim of $41+million for 7.5% |
|---|---|

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MORGAN, MARY T<br>1 LAFAYETTE ST<br>HUDSON FALLS, NY 12839 | Claim Number: 6033<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MORITSUGU, HENRY O.<br>92 CLAYDON ROAD<br>GARDEN CITY, NY 11530-1807 | Claim Number: 5133<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MORNINGSTAR, COLLEEN<br>1460 NE 57TH CT<br>FT. LAUDERDALE, FL 33334 | Claim Number: 6471<br>Claim Date: 05/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
|---|---|

| SECURED | Claimed: | $10,005.64 |
|---|---|---|

---

| MORRISON, ROBERT S.<br>C/O MATTHEW R. KIPP<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>155 NORTH WACKER DRIVE<br>CHICAGO, IL 60606-1720 | Claim Number: 6844<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | |
|---|---|---|
| MORTON S. COX, JR. IRA<br>P.O. BOX 590<br>PINCKNEY, MI 48169 | Claim Number: 5637<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $76,151.72 |
| MOSS, GERALD<br>7030 N PENNSYLVANIA STREET<br>INDIANAPOLIS, IN 46220 | Claim Number: 6527<br>Claim Date: 06/11/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | |
| PRIORITY | Claimed: | $55,012.94 |
| MOTLEY, ROBYN L.<br>C/O FRANCES GECKER<br>FRANK / GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | Claim Number: 6834<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| MULDERRIG, STEPHEN J.<br>78 STANTON ROAD<br>DARIEN, CT 06820 | Claim Number: 6823<br>Claim Date: 10/04/2011<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $0.00   UNDET |
| MULLOOLY, PATRICK<br>153 CHESTNUT STREET<br>GARDEN CITY, NY 11530 | Claim Number: 5321<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

MULVANEY, ROBIN A.
970 OAK STREET
WINNETKA, IL 60093

Claim Number: 6836
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

MUNGARIAN, JOHN M. - SEP-IRA
FIDELITY MANAGEMENT TRUST CO - CUSTODIAN
4460 LA JOLLA
PENSOCOLA, FL 32504

Claim Number: 897
Claim Date: 04/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $20,000.00 |
|---|---|---|

MURPHY, DAVID P.
C/O DEVON J. EGGERT
FREEBORN & PETERS LLP
311 S. WACKER DR., STE. 3000
CHICAGO, IL 60606

Claim Number: 6870
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

MURPHY, JENNIFER
418 N PINE LAKE DR
PATCHOGUE, NY 11772

Claim Number: 6460
Claim Date: 04/07/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,775.26 DISP CONT | Allowed: | $1,775.26 |
|---|---|---|---|---|---|---|

MURPHY, JOHN R.
P.O. BOX 30927
SEA ISLAND, GA 31561

Claim Number: 3842
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,259,218.77 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

MURPHY, JOHN R.
PO BOX 30927
SEA ISLAND, GA 31561

Claim Number: 6915
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3841

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

MURRAY, CARYN EVE
2 WALLINGFORD DRIVE
MELVILLE, NY 11747

Claim Number: 5134
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

MUSIL, RUTHELLYN
179 E. LAKE SHORE DRIVE
# 501
CHICAGO, IL 60611

Claim Number: 6852
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

MUSSMAN, KRISTIN L
36 WILDROSE AVE
SOUTH PORTLAND, ME 04106-6618

Claim Number: 6505
Claim Date: 06/01/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,406.00 | Scheduled: | $5,406.00 |
|---|---|---|---|---|

MYERS, SIDNEY
7842 FISHER ISLAND DR
FISHER ISLAND, FL 33109

Claim Number: 6602
Claim Date: 07/23/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| UNSECURED | Claimed: | $102.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| NAGEL, CONRAD F. III<br>2841 APPLE BLOSSOM DR.<br>ALVA, FL 33920 | Claim Number: 3369<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| SECURED          Claimed: | $18,000.00   UNLIQ | | | |
| NAKELSKI, CHESTER, DBA C.J. NAKELSKI,<br>INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5864<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED          Claimed: | $57,044.00 | Scheduled: | $0.00 UNLIQ | |
| NASH, JOHN T.<br>HC 1 BOX 126<br>KAUNAKAKAI, HI 96748-8603 | Claim Number: 3843<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED          Claimed: | $373,594.11 | Scheduled: | $344,612.74 | |
| NATIONAL DECORATING SERVICE INC<br>2210 CAMDEN COURT<br>ATTN: LEO HART<br>OAK BROOK, IL 60523-1272 | Claim Number: 1405<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED          Claimed: | $11,400.00 | | | |
| NATIONAL FINANCIAL SERVICES<br>FBO PAUL M MOHME<br>709 LAKE STREET<br>SAN FRANCISCO, CA 94118 | Claim Number: 3370<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED          Claimed: | $10,153.02 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | |
|---|---|---|---|---|
| NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 | | Claim Number: 4290<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| UNSECURED | Claimed: | $387,987.70 | | |
| NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 | | Claim Number: 6550<br>Claim Date: 06/29/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 11803 (06/12/2012) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $387,987.70 | | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1233<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $27,000.00 | Scheduled: | $27,000.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1234<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1235<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1236<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1237<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,800.00 | Scheduled: | $6,800.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1238<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,400.00 | Scheduled: | $10,400.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1239<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,100.00 | Scheduled: | $7,100.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1240<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,900.00 | Scheduled: | $6,900.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1241<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1242<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $32,000.00 | Scheduled: | $32,000.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1243<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $11,617.00 | Scheduled: | $11,617.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1244<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $7,745.00 | Scheduled: | $7,745.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1245<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1246<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,900.00 | Scheduled: | $2,900.00 | Allowed: | $1,299.52 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1247<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,800.00 | Scheduled: | $2,800.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1248<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $60,294.00 | Scheduled: | $60,294.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1249<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $104,000.00 | Scheduled: | $104,000.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1250<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1251<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,855.64 | Scheduled: | $1,855.64 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1252<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $2,029.16 | Scheduled: | $2,029.16 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1253<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $2,413.10 | Scheduled: | $2,413.10 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1254<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1255<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $2,140.41 | Scheduled: | $2,140.41 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | |
|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1256<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,420.02 | Scheduled: | $1,420.02 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1257<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,815.06 | Scheduled: | $1,815.06 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1258<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,698.47 | Scheduled: | $1,698.47 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1259<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,407.62 | Scheduled: | $1,407.62 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1260<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $40,196.00 | Scheduled: | $40,196.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1261<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,200.00 | Scheduled: | $19,200.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1262<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $62,400.00 | Scheduled: | $62,400.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1263<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1266<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $12,200.00 | Scheduled: | $12,200.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1267<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $11,400.00 | Scheduled: | $11,400.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1268
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,000.00 | Scheduled: | $14,000.00 | |

NEELY, JACK W
41121 BRYN BACH LN
LEESBURG, VA 20175-8747

Claim Number: 3845
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,957.24 | Scheduled: | $7,597.50 UNLIQ | |

NEIBERGALL, BRENDAN DOUGLAS
1328 S PARK AVE
SPRINGFIELD, IL 62704-3462

Claim Number: 6604
Claim Date: 07/23/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $68.00 | Allowed: | $68.00 |

NEIBERGALL, GABRIEL HANSEN
3201 58TH ST S
APT 159
GULFPORT, FL 33707-6041

Claim Number: 6552
Claim Date: 07/02/2010
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | |

NEIGHBORS, THOMAS F &
GWEN C WINTER-NEIGHBORS JT TEN
26 CHARTERHOUSE AVE
PIEDMONT, SC 29673-9139

Claim Number: 6534
Claim Date: 06/18/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | Allowed: | $68.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| NEILSON, LAURA<br>160 E 3RD ST APT 4F<br>NEW YORK, NY 10009-7735 | | Claim Number: 1026<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|---|
| PRIORITY | Claimed: | $75.00 |
| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5719<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.20 |
| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5720<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $19,284.24 |
| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5721<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $18,269.28 |
| NETTIMI, SOUMYA<br>2941 GRAY ST<br>OAKTON, VA 22124 | | Claim Number: 4896<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,149.60 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

NEUMAN, CHRIS
C/O MOSKOWITZ LAW GROUP, KAREN MOSKOWITZ
JUDITH SALKOW SHAPIRO, PC
1010 LEXINGTON ROAD
BEVERLY HILLS, CA 90210

Claim Number: 4859
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 4892 (06/28/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,500,000.00  UNLIQ | Scheduled: | $0.00  UNLIQ | |

NEW JERSEY DEPARTMENT OF THE TREASURY
PROPERTY ADMINISTRATION
CN 214
TRENTON, NJ 08646

Claim Number: 3113
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ | |

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 67
Claim Date: 12/29/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.79 |
| UNSECURED | Claimed: | $761.56 |

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 950
Claim Date: 04/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $322,942.07  UNLIQ |
| UNSECURED | Claimed: | $96,661.64  UNLIQ |

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 3462
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $323,473.78  UNLIQ |
| UNSECURED | Claimed: | $96,986.64  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 3600<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | |
| ADMINISTRATIVE        Claimed: | | $23.62 |

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 4895<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| PRIORITY        Claimed:<br>UNSECURED        Claimed: | | $2,681,770.78<br>$262,294.64 |

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6442<br>Claim Date: 03/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | |
| PRIORITY        Claimed:<br>UNSECURED        Claimed: | | $2,681,770.78<br>$292,587.78 |

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6568<br>Claim Date: 07/12/2010<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE        Claimed: | | $1,251.73   UNLIQ |

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6684<br>Claim Date: 01/14/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY        Claimed:<br>UNSECURED        Claimed: | | $2,681,770.78<br>$291,926.14 |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                      Date: 06/12/2012
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| NEW YORK STATE DEPARTMENT OF | Claim Number: 6741 |
| TAXATION AND FINANCE | Claim Date: 04/07/2011 |
| BANKRUPTCY SECTION | Debtor: TRIBUNE COMPANY |
| PO BOX 5300 | |
| ALBANY, NY 12205-0300 | |

| PRIORITY | Claimed: | $618,496.78 |
| UNSECURED | Claimed: | $126,618.14 |

---

| NEWSDAY LLC | Claim Number: 5765 |
| ATTN: DAVID KNIFFIN | Claim Date: 06/15/2009 |
| 235 PINELAWN RD | Debtor: TRIBUNE COMPANY |
| MELVILLE, NY 11747 | Comments: EXPUNGED |
| | DOCKET: 4774 (06/14/2010) |

| UNSECURED | Claimed: | $43,313.54 |

---

| NEWSDAY LLC | Claim Number: 5766 |
| ATTN: DAVID KNIFFIN | Claim Date: 06/15/2009 |
| 235 PINELAWN RD | Debtor: TRIBUNE COMPANY |
| MELVILLE, NY 11747 | Comments: EXPUNGED |
| | DOCKET: 4774 (06/14/2010) |

| UNSECURED | Claimed: | $35,400.97 |

---

| NEWSDAY LLC | Claim Number: 5767 |
| ATTN: DAVID KNIFFIN | Claim Date: 06/15/2009 |
| 235 PINELAWN RD | Debtor: TRIBUNE COMPANY |
| MELVILLE, NY 11747 | Comments: EXPUNGED |
| | DOCKET: 4774 (06/14/2010) |

| UNSECURED | Claimed: | $13,249.87 |

---

| NIESE, WILLIAM A. | Claim Number: 3846 |
| 6061 LAKE VISTA DRIVE | Claim Date: 06/09/2009 |
| BONSALL, CA 92003 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $1,894,702.51 | Scheduled: | $1,451,433.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

NIESE, WILLIAM A.
6061 LAKE VISTA DRIVE
BONSALL, CA 92003

Claim Number: 6940
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3846

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

NILES, NICHOLAS H.
THE BLOOMING GROVE CLUB
123 OLD FIELD ROAD
HAWLEY, PA 18428

Claim Number: 3847
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $43,691.01 | Scheduled: | $30,236.00 UNLIQ |
|---|---|---|---|---|

---

NILES, NICHOLAS H.
THE BLOOMING GROVE CLUB
123 OLD FIELD ROAD
HAWLEY, PA 18428

Claim Number: 7002
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3847

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

NOLLIE, YOLANDA
814 MARGARET SQUARE
WINTER PARK, FL 32789

Claim Number: 1579
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| ADMINISTRATIVE | Claimed: | $13,375.00 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $2,425.00 |
| TOTAL | Claimed: | $13,375.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

NOLLIE, YOLANDA
814 MARGARET SQUARE
WINTER PARK, FL 32789

Claim Number: 1580
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5434 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,375.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $2,425.00 | | |
| TOTAL | Claimed: | $13,375.00 | | |

---

NORRIS, JAMES
121 TAFT CRESCENT
CENTERPORT, NY 11721

Claim Number: 3814
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $244,398.59 | Scheduled: | $170,700.58 |

---

NORRIS, JAMES H.
121 TAFT CRESCENT
CENTERPORT, NY 11721

Claim Number: 7003
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3814

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

NORTH HILLS INDUSTRIAL PARK, INC
RE: NORTH HILLS 16715 SCHOENB
C/O CASTLE ARCH REAL ESTATE INVESTMENTS
9595 WILSHIRE BLVD STE 1000
BEVERLY HILLS, CA 90212

Claim Number: 4665
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,826.62 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| NORTHERN TRUST COMPANY, THE<br>ATTN: TREASURY MANAGEMENT SERVICES<br>50 S. LASALLE STREET<br>CHICAGO, IL 60603 | Claim Number: 839-02<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $2,181.94 | | |
|---|---|---|---|---|

| NORTHERN TRUST COMPANY, THE<br>ATTN: JOHN A. PILIPONIS<br>50 SOUTH LASALLE STREET, M-9<br>CHICAGO, IL 60603 | Claim Number: 3479<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $150,895.94 | | |
|---|---|---|---|---|

| NOYES, SUSAN BLANKENBAKER<br>BOX 51<br>WILMETTE, IL 60091-0051 | Claim Number: 6654<br>Claim Date: 09/27/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 |
|---|---|---|---|---|

| NUCKOLS, JAMES<br>1740 DYLAN WAY<br>ENCINITAS, CA 92024-6201 | Claim Number: 3815<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $159,526.04 | Scheduled: | $146,820.84 UNLIQ |
|---|---|---|---|---|

| NUCKOLS, JAMES H.<br>1740 DYLAN WAY<br>ENCINITAS, CA 92024 | Claim Number: 7004<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3815 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| NUCOMM, INC.<br>200 INTERNATIONAL DR #1<br>BUDD LAKE, NJ 07828-4304 | Claim Number: 4122<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $4,778.51 |
|---|---|---|

---

| NULSEN, JOHN<br>ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER<br>1221 LOCUST ST., 2ND FL<br>SAINT LOUIS, MO 63103 | Claim Number: 3273<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $1,286.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,286.00 |
| TOTAL | Claimed: | $1,286.00 |

---

| NYC DEPT. OF FINANCE, AUDIT DIVISION<br>ATTN: BANKRUPTCY UNIT<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | Claim Number: 5972<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 3021 |
|---|---|

| PRIORITY | Claimed: | $1,830,123.00   UNLIQ |
|---|---|---|

---

| O'LOUGHLIN, JOHN<br>C/O THE HOUSTON CHRONICLE<br>ATTN: JOHN O'LOUGHLIN/PRESIDENT<br>801 TEXAS ST, 10TH FLR<br>HOUSTON, TX 77002 | Claim Number: 7102<br>Claim Date: 04/02/2012<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| O'NEILL, MICHAEL<br>23 CAYUGA RD<br>SCARSDALE, NY 10583-6941 | Claim Number: 2717<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $96,070.00 |
|---|---|---|
| SECURED | Claimed: | $96,070.00 |
| TOTAL | Claimed: | $96,070.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| O'NEILL, MICHAEL<br>23 CAYUGA ROAD<br>SCARSDALE, NY 10583 | | Claim Number: 2937<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $118,284.00 | | |
| SECURED | Claimed: | $118,284.00 | | |
| UNSECURED | | | Scheduled: | $126,509.00 UNLIQ |
| TOTAL | Claimed: | $118,284.00 | | |

---

| O'NEILL, NANCY<br>108 HOWARD DR<br>TIBURON, CA 94920-1448 | | Claim Number: 3817<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $473,600.44 | Scheduled: | $417,791.44 |

---

| O'NEILL, NANCY W.<br>108 HOWARD DR<br>TIBURON, CA 94920-1448 | | Claim Number: 7005<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3817 | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

---

| O'SHEA, JAMES<br>2242 N. LINCOLN PARK W. APT. 3E<br>CHICAGO, IL 60614 | | Claim Number: 7043<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| O'SULLIVAN, ROBERT<br>304 JEFFERSON CT.<br>EDGEWATER, NJ 07020 | | Claim Number: 3818<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $317,971.62 | Scheduled: | $293,305.13 | |
| O'SULLIVAN, ROBERT T.<br>304 JEFFERSON CT.<br>EDGEWATER, NJ 07020 | | Claim Number: 6898<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3818 | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 4587-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
| SECURED | Claimed: | $2,827,161.00   UNLIQ | | | |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 4587<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
| SECURED<br>UNSECURED | Claimed: | $5,587,879.00   UNLIQ | Scheduled: | $150,948,822.00 | |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | | Claim Number: 4587-05<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
| SECURED | Claimed: | $24,412,121.00   UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | |
|---|---|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | |
| SECURED | Claimed: | $7,022,053.00   UNLIQ | |
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | |
| SECURED | Claimed: | $28,983,367.00   UNLIQ | |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-03<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | |
| SECURED | Claimed: | $82,116,241.00   UNLIQ | |
| OFFOR, KINGSLEY<br>15 CHABLIS DRIVE<br>DIX HILLS, NY 11746 | Claim Number: 1133<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| UNSECURED | Claimed: | $12,985.00 | |
| OFFOR, KINGSLEY N<br>15 CHABLIS DRIVE<br>DIX HILLS, NY 11746 | Claim Number: 2378<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| UNSECURED | Claimed: | $29,827.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

OGLESBY, ROGER D
401 NORTH 2ND ST. #117
MINNEAPOLIS, MN 55401

Claim Number: 3816
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $47,034.01 | Scheduled: | $27,386.00 UNLIQ |
|---|---|---|---|---|

OGLESBY, ROGER D.
401 NORTH 2ND ST. #117
MINNEAPOLIS, MN 55401

Claim Number: 6902
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3816

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

OHIO DEPARTMENT OF TAXATION
CHARLES W. RHILINGER JR.
30 EAST BROAD STREET
COLUMBUS, OH 43215

Claim Number: 241
Claim Date: 01/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

---

| PRIORITY | Claimed: | $26,219.18 |
|---|---|---|

OHIO DEPARTMENT OF TAXATION
REBECCA L DAUM, ATTORNEY-BANKRUPTCY DIV.
PO BOX 530
COLUMBUS, OH 43216-0530

Claim Number: 6626
Claim Date: 07/27/2010
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $10,115.07 |
|---|---|---|

OHIO DEPARTMENT OF TAXATION
REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530

Claim Number: 6656
Claim Date: 10/04/2010
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $10,112.88 |
|---|---|---|

| OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216 | Claim Number: 6657<br>Claim Date: 10/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 241 |
|---|---|

| PRIORITY | Claimed: | $6,110.48 |
| UNSECURED | Claimed: | $1,124.00 |

| OMNITURE, INC.<br>KYLE PANKRATZ,<br>550 EAST TIMPANOGOS CIRCLE<br>OREM, UT 84097 | Claim Number: 4987<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $11,500.00 |

| ON TIME SOLUTIONS, INC.<br>CLAUDINE MCCARTHY<br>40 HASTINGS LANE<br>BOYNTON BEACH, FL 33426 | Claim Number: 291<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| UNSECURED | Claimed: | $65.00 |

| ORACLE USA, INC.<br>BUCHALTER NEMER P.C.<br>SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FL<br>SAN FRANCISCO, CA 94105 | Claim Number: 3275<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $8,560.19 |

| ORANGE COUNTY TAX COLLECTOR<br>EARL K. WOOD<br>200 SOUTH ORANGE AVENUE<br>POST OFFICE BOX 2551<br>ORLANDO, FL 32802 | Claim Number: 487<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $577.42   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | | Claim Number: 2214<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $891,563.33   UNLIQ |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | | Claim Number: 2249<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY |
| ADMINISTRATIVE | Claimed: | $0.00 |
| PRIORITY | Claimed: | $557.51 |
| SECURED | Claimed: | $0.00 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | | Claim Number: 2628<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| PRIORITY | Claimed: | $557.51 |
| SECURED | Claimed: | $0.00 |
| OREGON DEPARTMENT OF REVENUE<br>MARIA E. ROYSTON, BANKRUPTCY<br>REVENUE BUILDING<br>955 CENTER STREET NE<br>SALEM, OR 97301-2555 | | Claim Number: 6787<br>Claim Date: 07/05/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) |
| PRIORITY | Claimed: | $23,373.88 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| ORLANDO MAGIC, LTD. | Claim Number: 2845 |
| ZACHARY J. BANCROFT, ESQ.; | Claim Date: 05/15/2009 |
| LOWNDES DROSDICK, ET AL.; | Debtor: TRIBUNE COMPANY |
| P.O. BOX 2809 | Comments: EXPUNGED |
| ORLANDO, FL 32802 | DOCKET: 2668 (11/25/2009) |

| UNSECURED | Claimed: | $13,059.68 |

---

| ORTEZ, ALBERTO M. JR. | Claim Number: 5324 |
| 22 FLORAL AVE. | Claim Date: 06/12/2009 |
| HUNTINGTON, NY 11743 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| OTIS ELEVATOR COMPANY, ET AL | Claim Number: 237 |
| ATTN: TREASURY SERVICES - J. PARENT | Claim Date: 01/15/2009 |
| 1 FARMS SPRINGS, 3RD FLOOR | Debtor: TRIBUNE COMPANY |
| FARMINGTON, CT 06032 | Comments: EXPUNGED |
| | DOCKET: 4101 (04/19/2010) |

| UNSECURED | Claimed: | $3,679.60 |

---

| OWEN, JOHN R. - SEP-IRA | Claim Number: 3023 |
| 840 S. COLLIER BLVD #1104 | Claim Date: 05/21/2009 |
| MARCO ISLAND, FL 34145 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $6,595.00 |

---

| PADGETT, TANIA | Claim Number: 5046 |
| 68-36  108TH ST., APT. B51 | Claim Date: 06/12/2009 |
| FOREST HILLS, NY 11375 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

PALAGANO, THOMAS
4242 EAST-WEST HWY #817
CHEVY CHASE, MD 20815

Claim Number: 5593
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $71,047.20 | | | | | |

---

PALERMINI, ROBERT
1816 ORCHARD AVE APT 2
GLENDALE, CA 91206-4179

Claim Number: 2999
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $359.62 | Scheduled: | $359.62 | | | |

---

PALKA, EDWARD & KATHRYN E.
2893 SLEEPY HOLLOW DRIVE
GREEN BAY, WI 54311-6535

Claim Number: 6535
Claim Date: 06/18/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $170.00 | Allowed: | $170.00 | |

---

PALMER, DENISE E.
C/O CARLOS E. SARDI, ESQ.
GENOVESE, JOBLOVE & BATISTA
100 SE 2ND ST., 44TH FL
MIAMI, FL 33131

Claim Number: 6828
Claim Date: 10/11/2011
Debtor: TRIBUNE COMPANY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

---

PANDOLFI, FRANCIS P.
168 WATER STREET
STONINGTON, CT 06378-1210

Claim Number: 1546
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $172,194.00 | Scheduled: | $172,194.00 UNLIQ | | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| PANDOLFI, FRANCIS P.<br>168 WATER ST.<br>STONINGTON, CT 06378 | Claim Number: 7006<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 1546 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |
| PARAMOUNT RODEO REALTY, INC.<br>266 N BEVERLY DR<br>BEVERLY HILLS, CA 90210-5303 | Claim Number: 2426<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $65.45 | Scheduled: $65.45 |
| PARKS, MICHAEL<br>1211 S EUCLID AVENUE<br>PASADENA, CA 91106 | Claim Number: 3819<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,963,183.90 | Scheduled: $1,680,463.58 UNLIQ |
| PARKS, MICHAEL C.<br>1211 S. EUCLID AVE.<br>PASADENA, CA 91106 | Claim Number: 6941<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3819 | | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| PARO, JEFFREY N.<br>30 QUAKER ROAD<br>SHORT HILLS, NJ 07078-1955 | Claim Number: 3820<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $57,050.82 | Scheduled: $23,486.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

PARO, JEFFREY N.
30 QUAKER ROAD
SHORT HILLS, NJ 07078

Claim Number: 7007
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3820

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

PARSONS, LEIF
223 MONITOR ST  2ND FLOOR
BROOKLYN, NY 11222

Claim Number: 4282
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |

PARSONS, WILLIAM H
1545 TEMPLE LN APT 211
ROCKFORD, IL 61112-1073

Claim Number: 6553
Claim Date: 07/02/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |

PASTIER, JOHN
241 S 12TH ST
SAN JOSE, CA 95112

Claim Number: 6499
Claim Date: 05/25/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,904.00 | Scheduled: | $1,904.00 |

PATINELLA, JOHN F.
13061 PEBBLEBROOK POINT CIR # 202
FORT MYERS, FL 33905-6305

Claim Number: 3821
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150,001.24 | Scheduled: | $97,381.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

PATINELLA, JOHN F.
13061 PEBBLEBROOK POINT CIRCLE, # 202
FORT MYERS, FL 33905

Claim Number: 6919
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3821

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

PATSCHKE, RONALD B. IRA
17905 CALM HARBOR DR
PFLUGERVILLE, TX 78660-2340

Claim Number: 4847
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

PATTISHALL MCAULIFFE NEWBERRY HILLIARD
AND GERALDSON
311 S WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 2255
Claim Date: 05/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $1,280.57 | | |
|---|---|---|---|---|

PAYNE, JANETTE O.
27 BUTTONWOOD DR.
DIX HILLS, NY 11746

Claim Number: 3822
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $35,393.07 | Scheduled: | $23,117.00 UNLIQ |
|---|---|---|---|---|

PAYNE, JANETTE O.
27 BUTTONWOOD DR.
HUNTINGTON STATION, NY 11746

Claim Number: 7008
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3822

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| PECHA, FRANK J. & CAMILLE A.<br>JT TEN<br>21300 BRUSH LAKE DR<br>CRESTHILL, IL 60403 | | Claim Number: 6693<br>Claim Date: 02/14/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $7,072.00 | | | | | |
| UNSECURED | | | Scheduled: | $7,072.00 | Allowed: | | $7,072.00 |

---

| PELIZZA, ELLEN<br>W11052 EAGLE DR<br>LODI, WI 53555-1572 | | Claim Number: 3823<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $67,546.24 | Scheduled: | $30,930.00 UNLIQ | |

---

| PELIZZA, ELLEN, ESTATE OF<br>C/O PETER PELIZZA, EXECUTOR<br>W 11052 EAGLE DR<br>LODI, WI 53555 | | Claim Number: 6918<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3823 | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

| PELLINO, LOUIS<br>P.O. BOX 75<br>HICKSVILLE, NY 11802 | | Claim Number: 2078<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

---

| PENNINGTON, STEPHEN<br>4310 GILLHAM RD<br>KANSAS CITY, MO 64110-1565 | | Claim Number: 6507<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

PENNSYLVANIA TREASURY
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 1837
HARRISBURG, PA 17105

Claim Number: 4728
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4799
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $749,700,000.00  UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4800
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4801
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4802
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $33,000,000.00  UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4803
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4804
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4805
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $4,500,000.00 UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4806
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4807
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4808
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $5,500,000.00 UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4809
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4810
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4811
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $200,000.00 UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4812
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4813
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4814
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4815
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4816
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

PEOPLES GAS LIGHT & CO.
NORTH SHORE GAS CO.
130 E. RANDOLPH DR
CHICAGO, IL 60601

Claim Number: 6187
Claim Date: 08/25/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $49,607.51 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| PEOPLES GAS LIGHT AND COKE CO. | Claim Number: 6270 |
| NORTH SHORE GAS CO. | Claim Date: 09/28/2009 |
| 130 E. RANDOLPH DR. | Debtor: TRIBUNE COMPANY |
| CHICAGO, IL 60601 | Comments: EXPUNGED |
| | DOCKET: 4774 (06/14/2010) |

| UNSECURED | Claimed: | $52,809.15 |

---

| PEPER, GEORGE F. | Claim Number: 3010 |
| 9A GIBSON PLACE | Claim Date: 05/21/2009 |
| ST ANDREWS, KY169JE | Debtor: TRIBUNE COMPANY |
| UNITED KINGDOM | |

| UNSECURED | Claimed: | $102,842.00 | Scheduled: | $102,842.00 UNLIQ |

---

| PEPER, GEORGE F. | Claim Number: 3011 |
| 9A GIBSON | Claim Date: 05/21/2009 |
| ST ANDREWS, KY169JE | Debtor: TRIBUNE COMPANY |
| UNITED KINGDOM | Comments: EXPUNGED |
| | DOCKET: 4405 (05/14/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| PERELLE & GRANVILLE LIVING TRUST | Claim Number: 4980 |
| DIANE GRANVILLE TTEE | Claim Date: 06/12/2009 |
| 601 E. BRANCH RD | Debtor: TRIBUNE COMPANY |
| PATTERSON, NY 12563 | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $10,500.00 |

---

| PEREZ, ROBERT | Claim Number: 5661 |
| JAMES SORENSON, ESQ. AND D. TYLER VAN | Claim Date: 06/05/2009 |
| LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ. | Debtor: TRIBUNE COMPANY |
| PO BOX 4128 | Comments: DOCKET: 5914 (07/21/2011) |
| TALLAHASSEE, FL 32315-4128 | THIS CLAIM HAS BEEN SATISFIED |

| UNSECURED | Claimed: | $68,701.71 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| PERRUSO, CAROL<br>376 ULTIMO AVENUE<br>LONG BEACH, CA 90814 | Claim Number: 3824<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $93,718.73 | Scheduled: | $3,500.00 UNLIQ |
|---|---|---|---|---|

| PERRUSO, CAROL<br>376 ULTIMO AVENUE<br>LONG BEACH, CA 90814 | Claim Number: 6942<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3824 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| PERRY, VICTOR A.<br>115 17TH STREET, NE<br>ATLANTA, GA 30309 | Claim Number: 3825<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $32,377.21 |
|---|---|---|

| PERRY, VICTOR A.<br>3633 TUXEDO RD NW<br>ATLANTA, GA 30305 | Claim Number: 7009<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3825 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| PERSONAL PLUS, INC.<br>SQUIRE, SANDERS & DEMPSEY LLP<br>C/O KELLY SINGER<br>40 N. CENTRAL AVE., # 2700<br>PHOENIX, AZ 85004 | Claim Number: 5606<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3526 (02/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

PETERSON, MAUREEN G.
7 BARNES RD W
STAMFORD, CT 06902-1243

Claim Number: 3826
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $594,751.05 | Scheduled: | $762,066.00 UNLIQ |
|---|---|---|---|---|

PETERSON, MAUREEN G.
7 BARNES ROAD WEST
STAMFORD, CT 06902

Claim Number: 6886
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3826

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

PETRY, LYNN A.
70 ROY AVE.
MASSAPEQUA, NY 11758

Claim Number: 5317
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

PETTY, MARTHA A.
5933 SEABIRD DRIVE SOUTH
GULFPORT, FL 33707

Claim Number: 3827
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $149,885.51 | Scheduled: | $73,760.00 UNLIQ |
|---|---|---|---|---|

PETTY, MARTHA A.
5933 SEABIRD DRIVE SOUTH
GULFPORT, FL 33707

Claim Number: 6896
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3827

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | |
|---|---|---|
| PHELPS, CAROLE<br>175 TIMROD ROAD<br>MANCHESTER, CT 06040 | | Claim Number: 5951<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| PRIORITY | Claimed: | $11,457.00 |
| UNSECURED | Claimed: | $1,488,543.00 |
| PITNEY BOWES CREDIT CORP<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 885<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED | Claimed: | $4,294.97 |
| PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DRIVE<br>ATTN: RECOVERY DEPARTMETN<br>SHELTON, CT 06484 | | Claim Number: 884<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $1,000.00 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | | Claim Number: 684<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) |
| PRIORITY | Claimed: | $211.40 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | | Claim Number: 689<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
| PRIORITY | Claimed: | $211.40 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | | |
|---|---|---|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | | Claim Number: 835<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) | | | |
| PRIORITY | Claimed: | $1,356.30 | | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | | Claim Number: 882<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| PRIORITY | Claimed: | $351.90 | | | |
| UNSECURED | | | | Allowed: | $351.90 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>ATTN: RECOVERY DEPT<br>SHELTON, CT 06484 | | Claim Number: 883<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $5,115.33 | | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 954<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $12,442.88 | | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>ATTN:RECOVERY DEPT.<br>SHELTON, CT 06484 | | Claim Number: 3085<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $15,817.25 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPARTMENT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 6154
Claim Date: 07/31/2009
Debtor: TRIBUNE COMPANY

---

UNSECURED            Claimed:            $16,282.18

PITNEY BOWES GLOBAL FINANCIAL SERVICES
27 WATERVIEW DRIVE
SHELTON, CT 06484

Claim Number: 6337
Claim Date: 11/23/2009
Debtor: TRIBUNE COMPANY

---

PRIORITY             Claimed:            $397.80

PITNEY BOWES GLOBAL FINANCIAL SERVICES
PITNEY BOWES INC.
ATTN: RECOVERY DEPT.
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 6436
Claim Date: 03/16/2010
Debtor: TRIBUNE COMPANY

---

UNSECURED            Claimed:            $3,297.20

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPT.
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 6444
Claim Date: 03/22/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

---

UNSECURED            Claimed:            $3,297.20

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPT.
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 6565
Claim Date: 07/07/2010
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 9011 (05/26/2011)

---

UNSECURED            Claimed:            $5,136.18

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 6590<br>Claim Date: 07/06/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5869 (10/01/2010) | | | |

| UNSECURED | Claimed: | $5,136.18 | | |

---

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 6810<br>Claim Date: 09/12/2011<br>Debtor: TRIBUNE COMPANY | | | |

| PRIORITY | Claimed: | $466.67 | | |

---

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 6811<br>Claim Date: 09/12/2011<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $1,340.59 | | |

---

| PLANK, JACK L.<br>33522 NANCY JANE COURT<br>DANA POINT, CA 92629-1532 | Claim Number: 3789<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $316,088.85 | Scheduled: | $254,817.00 UNLIQ |

---

| PLANK, JACK L.<br>33522 NANCY JANE COURT<br>DANA POINT, CA 92629-1532 | Claim Number: 7010<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3789 | | | |

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

PLCS CORPORATION
GREMLEY & BIEDERMANN INC
4505 N ELSTON
CHICAGO, IL 60630

Claim Number: 2436
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

---

| UNSECURED | Claimed: | $6,750.00 |
|---|---|---|

POELKING, JOHN
825 NORTH CHESTNUT AVENUE
ARLINGTON HEIGHTS, IL 60004

Claim Number: 6853
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

POLLARD, DONALD E. LIVING TRUST U/A
DONALD E. POLLARD AND VICKIE E. POLLARD
TRUSTEES
14250 ROYAL HARBOUR COURT #918
FORT MYERS, FL 33908

Claim Number: 5793
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $7,104.72 |
|---|---|---|

POMMREHN, WILLIAM
202 SETTLERS DR
CEDAR PARK, TX 78613

Claim Number: 5779
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

POSEY, JOHN A. JR
5013 EVERGREEN STREET
BELLAIRE, TX 77401-5014

Claim Number: 4159
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| SECURED | Claimed: | $35,000.00   UNLIQ |
|---|---|---|

---

| PPF OFF TWO PARK AVE OWNER, LLC<br>C/O MORGAN STANLEY INC.<br>ATTN: MARIA BLAKE<br>1585 BROADWAY<br>NEW YORK, NY 10036 | Claim Number: 6319<br>Claim Date: 10/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends Claim number 3407 from 6/2/09 |
|---|---|

| UNSECURED | Claimed: | $1,700,000.00 |
|---|---|---|

---

| PPF OFF TWO PARK AVENUE OWNER, LLC<br>C/O MORGAN STANLEY INC.<br>ATTN: MARIA BLAKE<br>1585 BROADWAY<br>NEW YORK, NY 10036 | Claim Number: 3407<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $43,711.01 | UNLIQ |

---

| PROLARMCO INC<br>P O BOX 117<br>GREENVALE, NY 11548 | Claim Number: 2017<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $354.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $350.42 | Allowed: | $350.42 |

---

| PROTECTION ONE<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 740933<br>DALLAS, TX 75374 | Claim Number: 2960<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $2,679.97 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | | | | | |
|---|---|---|---|---|---|---|
| PRUDENTIAL JA&A<br>23925 PARK SORRENTO<br>CALABASAS, CA 91302 | | Claim Number: 2481<br>Claim Date: 05/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10022 (10/19/2011) | | | | |
| UNSECURED | Claimed: | $50.00 | Scheduled: | $50.00 | | |
| PRUDENTIAL JA&A<br>16810 VENTURA BLVD.<br>ENCINO, CA 91436 | | Claim Number: 2483<br>Claim Date: 05/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10022 (10/19/2011) | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $46.20 | Allowed: | $46.20 |
| PRUDENTIAL JA&A<br>8687 MELROSE AVE STE NO.B-110<br>LOS ANGELES, CA 90069 | | Claim Number: 2484<br>Claim Date: 05/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10022 (10/19/2011) | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $30.80 | Allowed: | $30.80 |
| PSOMAS<br>555 SOUTH FLOWER STREET  SUITE 4400<br>LOS ANGELES, CA 90071 | | Claim Number: 974<br>Claim Date: 04/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9400 (06/30/2011) | | | | |
| UNSECURED | Claimed: | $57,431.59 | Scheduled: | $18,962.22 | Allowed: | $55,283.15 |
| PUBON, GUSTAVO<br>86 FOREST RD.<br>CENTEREACH, NY 11720 | | Claim Number: 5135<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

PULLEY, DAN
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST., 2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3272
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,276.80 |
| UNSECURED | Claimed: | $2,276.80 |
| TOTAL | Claimed: | $2,276.80 |

---

PURI, SURRINDER K.
865 OAKDALE RD
ATLANTA, GA 30307

Claim Number: 5964
Claim Date: 06/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,374.00 |

---

PURJES, DAN
60 SUTTON PLACE SOUTH
NEW YORK, NY 10022

Claim Number: 6135
Claim Date: 07/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

QUIGLEY, IRIS
6 O'HARA PL
HUNTINGTON, NY 11743

Claim Number: 3743
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

QUIMBY JR., IRVING L.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6874
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| QUINTANILLA, BLANCA MONICA<br>8200 BLVD. EAST APT 14 B<br>NORTH BERGEN, NJ 07047 | Claim Number: 5136<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| R.R. DONNELLEY & SONS COMPANY<br>EULER HERMES ACI<br>AGENT OF R.R. DONNELLEY & SONS COMPANY<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | Claim Number: 482<br>Claim Date: 02/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 411 (02/17/2009) |
|---|---|

| UNSECURED | Claimed: | $478,865.06 |
|---|---|---|

---

| RADCLIFFE JEWELERS<br>1848 REISTERSTOWN RD<br>BALTIMORE, MD 21208 | Claim Number: 3480<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,459.00 |
|---|---|---|

---

| RAGNAR BENSON LLC<br>250 S NORTHWEST HIGHWAY<br>ATTN: JEN HAUB<br>PARK RIDGE, IL 60068 | Claim Number: 1071<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $9,914.12 | Scheduled: | $9,914.12 |
|---|---|---|---|---|

---

| RAIA, ALEXANDER J.<br>128 WELLINGTON RD.<br>GARDEN CITY, NY 11530 | Claim Number: 5064<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

RAIA, JUDITH
128 WELLINGTON RD.
GARDEN CITY, NY 11530

Claim Number: 5072
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

RAISH, JASON
3069 COUNTY RD     119
CANISTEO, NY 14823

Claim Number: 3485
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
|---|---|---|---|---|

RAMIREZ, MYRNA
4015 70TH AVENUE EAST
ELLENTON, FL 34222

Claim Number: 6825
Claim Date: 10/04/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

RAMIREZ, VICTORIA RIGNER
36 HARTFORD STREET
LINDENHURST, NY 11757

Claim Number: 5320
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

RAMSEY, ROBERT
C/O DAVID TYRA
KRONICK MOSKOVITZ TIEDEMANN & GIRARD
400 CAPITOL MALL, 27TH FLOOR
SACRAMENTO, CA 95814

Claim Number: 7057
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

RAMSEY, ROBERT
C/O DAVID TYRA
KRONICK MOSKOVITZ TIEDEMANN & GIRARD
400 CAPITOL MALL, 27TH FLOOR
SACRAMENTO, CA 95814

Claim Number: 7068
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNDET | | |

RANGE, MICHAEL S
360 KINGSBERY CT
HIGHLAND, IL 62249-2924

Claim Number: 6488
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |

RAWITCH, ROBERT
9730 TUNNEY AVE.
NORTHRIDGE, CA 91324

Claim Number: 3633
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for retiree medical benefits

---

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

RAY OHERRON CO
523 E ROOSEVELT RD
LOMBARD, IL 60148

Claim Number: 1385
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,667.50 | Scheduled: | $1,667.50 |

RAYSSES, MICHAEL
2729 BARRY AVENUE
LOS ANGELES, CA 90064

Claim Number: 3176
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

---

| UNSECURED | Claimed: | $0.00   UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

REALTY ASSOCIATES FUND VIII LP., THE
C/O RONALD K. BROWN JR
LAW OFFICES OF RONALD K. BROWN JR
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

Claim Number: 3460
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $44,626.87 |
|---|---|---|

REARDON, JOHN
1325 NORTH ASTOR
CHICAGO, IL 60610

Claim Number: 6849
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

REDBOURN PARTNERS, LTD
DEREK C. ABBOTT, ESQ.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET ST., P.O. BOX 1347
WILMINGTON, DE 19899

Claim Number: 2275
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $2,394,767.45   UNLIQ |
|---|---|---|

REDMOND, ELIZABETH
2198 FAIRHURST DR.
LA CANADA, CA 91011

Claim Number: 3790
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $838,434.21 | Scheduled: | $568,379.00 UNLIQ |
|---|---|---|---|---|

REDMOND, ELIZABETH F.
2198 FAIRHURST DR.
LA CANADA, CA 91011

Claim Number: 7041
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3790

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

REDWOOD SOFTWARE
3000 AERIAL CENTER PARKWAY
SUITE 115
MORRISVILLE, NC 27560

Claim Number: 973
Claim Date: 04/17/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $19,020.09 | Scheduled: | $19,020.09 |

REICHERT, WAYNE
143 WOODLAWN AVE
SAINT JAMES, NY 11780-2509

Claim Number: 5077
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00   UNDET |

REID, DAMION
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4925
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

---

| UNSECURED | Claimed: | $10,000.00 |

REILLY, ELIZABETH C
555 UNIVERSITY AVE APT 1005
HONOLULU, HI 96826-5025

Claim Number: 5322
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00   UNDET |

RELIANT ENERGY
PO BOX 1409
HOUSTON, TX 77251-1409

Claim Number: 527
Claim Date: 02/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

---

| UNSECURED | Claimed: | $46,964.18 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | |
|---|---|
| REMINICK, JOAN<br>2 SALISBURY DR. S.<br>E NORTHPORT, NY 11731 | Claim Number: 5048<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | |
|---|---|
| REVENUE COLLECTION DIVISION<br>GOVERNMENTAL CENTER ANNEX<br>ATTN: LITIGATION DEPT<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | Claim Number: 2877<br>Claim Date: 05/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 889 by Broward County |

| SECURED | Claimed: | $1,235,823.67 |
|---|---|---|

---

| | |
|---|---|
| REYES, ELIEZER<br>444 SCREVIN AVE<br>BRONX, NY 10473 | Claim Number: 5782<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | |
|---|---|
| REYES, J. CHRISTOPHER<br>C/O MATTHEW R. KIPP<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>155 NORTH WACKER DRIVE<br>CHICAGO, IL 60606-1720 | Claim Number: 6845<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | |
|---|---|
| REYES, YLKA<br>203 PARK AVE. 2ND FL.<br>HUNTINGTON, NY 11743 | Claim Number: 5137<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

RHEIN, ESTHER
RUSKIN MOSCOU FALTISCHEK PC
C/O M. AMATO
1425 RXR PLAZA
UNIONDALE, NY 11556

Claim Number: 4292
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $350,000.00 | | |
|---|---|---|---|---|

RHOADS, S. KEATING
2611 NIDO WAY
LAGUNA BEACH, CA 92651

Claim Number: 3791
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $98,744.57 | Scheduled: | $21,310.00 UNLIQ |
|---|---|---|---|---|

RHOADS,S. KEATING
2611 NIDO WAY
LAGUNA BEACH, CA 92651

Claim Number: 6892
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3791

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

RICE, CARL
615 PARKWOOD AVE
PARK RIDGE, IL 60068-2229

Claim Number: 5339
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10021 (10/19/2011)

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

RICHARDSON, RUDOLPH
4750 S.W. 151ST PLACE
OCALA, FL 34473

Claim Number: 2780
Claim Date: 05/14/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $231.76   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

RICIGLIANO, MICHAEL C
3628 EASTWOOD DR.
BALTIMORE, MD 21206

Claim Number: 3611
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| SECURED | | $200.00 | | |
| UNSECURED | | | | $200.00 |

---

RICKS, DELTHIA
72 PLEASANT ST
HUNTINGTON, NY 11743

Claim Number: 5138
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNDET |

---

RIGGLE, JOHN A.
81 CHURCHILL DRIVE
YORK, PA 17403

Claim Number: 7084
Claim Date: 12/05/2011
Debtor: TRIBUNE COMPANY

| | Claimed: | |
|---|---|---|
| UNSECURED | | $215,426.70 |

---

RILEY, JOHN
55 MEADOW WAY
IRVINGTON, NY 10533

Claim Number: 2445
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for pension and ESOP benefits

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNLIQ |

---

RILEY, MICHAEL
5 AVONDALE DR.
NEWTOWN, PA 18940

Claim Number: 3792
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $123,950.91 | | $64,803.00 UNLIQ |

---

---

| RILEY, MICHAEL R. | Claim Number: 7011 |
| 5 AVONDALE DR. | Claim Date: 11/02/2011 |
| NEWTOWN, PA 18940 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3792 |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| RINKE, ROGER | Claim Number: 5568 |
| REVOCABLE TRUST | Claim Date: 06/12/2009 |
| C/O KEITH STARK,TRUSTEE | Debtor: TRIBUNE COMPANY |
| 1111 W. LONG LAKE RD #202 | Comments: EXPUNGED |
| TROY, MI 48098 | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $50,767.81 |

---

| RITA L. MARIHERIOI IRA | Claim Number: 5638 |
| 4633 TWIN FAWN LN | Claim Date: 06/12/2009 |
| ORCHARD LAKE, MI 48324 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $101,535.63 |

---

| RIVERSIDE CLAIMS LLC | Claim Number: 696 |
| TRANSFEROR: THOMSON INC DBA GRASS VALLEY | Claim Date: 03/09/2009 |
| POST OFFICE BOX 626 | Debtor: TRIBUNE COMPANY |
| PLANETARIUM STATION | Comments: EXPUNGED |
| NEW YORK, NY 10024 | DOCKET: 4777 (06/14/2010) |

| UNSECURED | Claimed: | $99,243.52 |

---

| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR | Claim Number: 3315 |
| WORLDNET INTERNATIONAL COURIERS, INC. | Claim Date: 06/01/2009 |
| P.O. BOX 626 | Debtor: TRIBUNE COMPANY |
| PLANETARIUM STATION | Comments: EXPUNGED |
| NEW YORK, NY 10023 | DOCKET: 3427 (02/16/2010) |

| ADMINISTRATIVE | Claimed: | $10,196.01 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF<br>STILLWATER TECHNOLOGIES, INC.<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | Claim Number: 3620<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,963.25 |
|---|---|---|

| RIVERSIDE COUNTY SCHOOLS<br>CREDIT UNION CUST<br>GRANT LEE DISMUKE IRA<br>5 BARQUE DR<br>CEDAR CREST, NM 87008-9481 | Claim Number: 6730<br>Claim Date: 03/18/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9347 (06/24/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $1.08 | Allowed: | $1.08 |
|---|---|---|---|---|---|---|

| RIZZITANO, FELICE<br>7 LILLIAN PL<br>PATCHOGUE, NY 11772-2955 | Claim Number: 5074<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| RJ BENNETT REPRESENTS<br>530 EAST 20TH, # 2B<br>NEW YORK, NY 10009 | Claim Number: 317<br>Claim Date: 01/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $960.00 |
|---|---|---|

| ROACH, LEON M. - TRUSTEE OF THE<br>LEON M. ROACH TRUST<br>608 BENEDICT DRIVE<br>LAS VEGAS, NV 89110 | Claim Number: 3651<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $11,091.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

ROBERT C WALL, IRA
15701 HEATHERGLEN DR
ORLAND PARK, IL 60462-2303

Claim Number: 6266
Claim Date: 10/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $76,122.00 | | |

ROBERT J TOMEI SR CUST ROBERT J TOMEI JR
UTMA IL
320 BLOSSOM #102
LAKEMOOR, IL 60051

Claim Number: 6661
Claim Date: 10/08/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

ROBERT LANGER CO INC
P O BOX 2075
PATCHOGUE, NY 11772

Claim Number: 2077
Claim Date: 04/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,815.50 | | |

ROBERTS, WIDOW
22 WALDEN AVE
JERICHO, NY 11753

Claim Number: 4415
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is stated as $60/bi-weekly

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET |

ROBERTSON FREILICH BRUNO & COHEN LLC
1 GATEWAY CTR STE 300
NEWARK, NJ 07102-5321

Claim Number: 5303
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,571.36 | | |

---

| ROBINS, MARJORIE<br>5 4TH RD.<br>GREAT NECK, NY 11021 | Claim Number: 5101<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

---

| ROBINSON, WILLIAM<br>JT TEN<br>15500 BUBBLING WELLS<br>DESERT HOT SPRINGS, CA 92240-7043 | Claim Number: 6820<br>Claim Date: 09/27/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 6500 | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $340.00 | | |
|---|---|---|---|---|

---

| ROBINSON, WILLIAM E & DOROTHY A<br>JT TEN<br>15500 BUBBLING WELLS RD<br>DESERT HOT SPRINGS, CA 92240-7043 | Claim Number: 6768<br>Claim Date: 05/09/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10912 (02/14/2012) | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $680.00 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $680.00 | | |
| TOTAL | Claimed: | $680.00 | | |

---

| ROBINSON, WILLIAM E & DOROTHY A<br>JT TEN<br>15500 BUBBLING WELLS RD<br>DESERT HOT SPRINGS, CA 92240-7043 | Claim Number: 6816<br>Claim Date: 09/22/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11245 (03/28/2012) | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $340.00 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $340.00 | | |
| UNSECURED | | | Allowed: | $340.00 |
| TOTAL | Claimed: | $340.00 | | $0.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

ROBINSON, WILLIAM E & DOROTHY A.
117 RANCHO VERDE CIR
ROHNERT PARK, CA 94928-2069

Claim Number: 6500
Claim Date: 05/26/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10912 (02/14/2012)

| UNSECURED | Claimed: | $680.00 | Scheduled: | $680.00 |
|---|---|---|---|---|

ROCKENBACH, PHILIP C.
1231 SOUTH 11TH STREET
SAINT CHARLES, IL 60174

Claim Number: 912
Claim Date: 04/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

RODGERS, JAMES
1913 S TWIN AVENUE
SAN GABRIEL, CA 91776

Claim Number: 2601
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $400.00   UNLIQ |
|---|---|---|

RODRIGUEZ, KRISTINE B.
1917 E. ILLINOIS ST
WHEATON, IL 60187

Claim Number: 84
Claim Date: 01/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $350.00 |
|---|---|---|
| UNSECURED | Claimed: | $10.00 |

RODRIGUEZ, NELSON JR.
5128 GOLDEN LANE
FORT WORTH, TX 76123

Claim Number: 5949
Claim Date: 06/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $30,448.80 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

ROEDER, EDWARD
JAMES B. WILCOX, JR. PLLC
JAMES B. WILCOX, JR.
2900 P. STREET N.W.
WASHINGTON, DC 20007

Claim Number: 5886
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 UNDET | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

ROESSNER, BARBARA
ROME MCGUIGAN PC
JOHN F STROTHER
ONE STATE ST
HARTFORD, CT 06103

Claim Number: 5664
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

ROGERS, GARY
282 WOODBINE AVE.
NORTHPORT, NY 11768

Claim Number: 5312
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

ROSE, MICHAEL G.
5170 W 2ND ST.
LOS ANGELES, CA 90004

Claim Number: 3793
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $352,557.60 | Scheduled: | $325,154.40 UNLIQ |

---

ROSE, MICHAEL G.
5170 W 2ND ST.
LOS ANGELES, CA 90004

Claim Number: 6943
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3793

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| ROSENBERG, RICHARD A<br>235 E 87TH ST # 85<br>NEW YORK, NY 10128 | Claim Number: 5053<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| ROSS, SHEAU-MING KUO<br>2719 PAYNE STREET<br>EVANSTON, IL 60201 | Claim Number: 7096<br>Claim Date: 03/01/2012<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| ROSSO, SALVATORE E.<br>737  7TH ST<br>WEST BABYLON, NY 11704 | Claim Number: 5082<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| ROWE, WILLIAM J.<br>15005 PRATOLINO WAY<br>NAPLES, FL 34110 | Claim Number: 3794<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $308,021.09 | Scheduled: | $221,819.00  UNLIQ |
|---|---|---|---|---|

| ROWE, WILLIAM J.<br>15005 PRATOLINO WAY<br>NAPLES, FL 34110 | Claim Number: 6895<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3794 |
|---|---|

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

RUBIN, JEROME S.
15 WEST 53RD ST. APT # 29B
NEW YORK, NY 10019

Claim Number: 3795
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $151,876.68 | Scheduled: | $140,017.00 UNLIQ | |

RUBIN, JEROME S.
875 FIFTH AVENUE
NEW YORK, NY 10065

Claim Number: 7012
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3795

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

RUDOLPH, HERBERT
4727 186TH LN N.W.
ANOKA, MN 55303-8908

Claim Number: 3064
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,652.40 |

RUSSELL, DAVID A & WANDA S, TTEES
RUSSELL LIVING TRUST U/D 8-25-97
738 LANINA PL
KIHEI, HI 96753-9311

Claim Number: 5996
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,374.00 |

RUSSIS, MARTHA
2817 KNOLLWOOD
GLENVIEW, IL 60025

Claim Number: 5625
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $98,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

RYDER TRUCK RENTAL, INC.
ATTN: JENNIFER MORRIS
6000 WINDWARD PARKWAY
ALPHARETTA, GA 30005

Claim Number: 5824
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $367,503.93 |
|---|---|---|

SABIO, WARNER N., SR.
441 HALSEY STREET
BROOKLYN, NY 11233

Claim Number: 5139
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

SACK, MARSHALL R.
6011 MARQUESA DRIVE
AUSTIN, TX 78731

Claim Number: 3372
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

SACRAMENTO COUNTY TAX COLLECTOR
ATTN: BANKRUPTCY
700 H STREET, ROOM 1710
SACRAMENTO, CA 95814

Claim Number: 6815
Claim Date: 09/22/2011
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 11226 (03/22/2012)

---

| PRIORITY | Claimed: | $2,175.07 |
|---|---|---|
| SECURED | Claimed: | $30,181.18 |

SACRAMENTO COUNTY TAX COLLECTOR
ATTN: BANKRUPTCY
700 H STREET, ROOM 1710
SACRAMENTO, CA 95814

Claim Number: 7103
Claim Date: 04/02/2012
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $32,356.25 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | Claim Number: 6370<br>Claim Date: 01/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 4443 | | | |

| UNSECURED | Claimed: | $19,844,866.20   CONT | | |

---

| SALAMONE, SALVATORE, DBA S.A.K.<br>DISTRIBUTION, INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5861<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |

| UNSECURED | Claimed: | $156,087.04 | Scheduled: | $0.00 UNLIQ |

---

| SAMUELSON, WILLIAM<br>930 CHEYENNE STREET<br>COSTA MESA, CA 92626 | Claim Number: 1122<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $123.02 | | |

---

| SANN, ALEXANDER<br>165 EAST 72ND STREET<br>APT. 8K<br>NEW YORK, NY 10021-4342 | Claim Number: 3796<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $1,456,012.18 | Scheduled: | $1,230,259.81 UNLIQ |

---

| SANN, ALEXANDER<br>165 EAST 72ND STREET<br>APT. 8K<br>NEW YORK, NY 10021-4342 | Claim Number: 7013<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3796 | | | |

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

---

SANZERI, CLAUDIA
35 WOODCOCK LANE
LEVITTOWN, NY 11756

Claim Number: 2111
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 7273 (12/22/2010)

| PRIORITY | Claimed: | $7,680.82 |
|---|---|---|

SATKOWSKI, EDWARD
69 AUDUBON AVENUE
NEWINGTON, CT 06111

Claim Number: 3654
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $33,594.77 |
|---|---|---|

SAVETZ, BERNARD & LENORE
3450 LAWRENCE AVE
OCEANSIDE, NY

Claim Number: 5950
Claim Date: 06/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $152,244.00 |
|---|---|---|

SAWCHUK, KENNETH
26 TEANECK DRIVE
EAST NORTHPORT, NY 11731

Claim Number: 5140
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SBC GLOBAL SERVICES, INC.
JAMES GRUDUS, ESQ.: AT&T ATTORNEY
AT&T SERVICES, INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 3222
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| UNSECURED | Claimed: | $775,371.19 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | |
|---|---|---|
| SBC GLOBAL SERVICES, INC.<br>JAMES GRUDUS, ESQ.: AT&T ATTORNEY<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6475<br>Claim Date: 05/12/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | |
| UNSECURED        Claimed: | $307,408.72 | |
| SBC GLOBAL SERVICES, INC.<br>C/O AT&T INC.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6556<br>Claim Date: 07/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 6475 | |
| UNSECURED        Claimed: | $321,424.91 | |
| SBC LONG DISTANCE, LLC<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 3322<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4778 (06/14/2010)<br>Claim out of balance | |
| PRIORITY        Claimed:<br>SECURED        Claimed:<br>UNSECURED        Claimed:<br>TOTAL        Claimed: | $0.00<br>$0.46<br>$0.46<br>$0.46 | |
| SCALA, THEODORE F.<br>123 HINSDALE AVENUE<br>FLORAL PARK, NY 11001 | Claim Number: 5141<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED        Claimed: | $0.00   UNDET | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

SCALLY, GERALDINE
16775 SUNSET BLVD.
PACIFIC PALISADES, CA 90272

Claim Number: 3797
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $28,433.38 |
|---|---|---|

SCARBOROUGH RESEARCH CORP
PO BOX 88990
CHICAGO, IL 60695-1990

Claim Number: 4856
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 2516

| SECURED | Claimed: | $3,541.86 |
|---|---|---|

SCHAIBLE, LINDA A.
13365 NW 7TH ST.
PLANTATION, FL 33325

Claim Number: 7069
Claim Date: 11/16/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SCHAMBERRY, JEFFREY
864 CLEVELAND ST
W HEMPSTEAD, NY 11552

Claim Number: 5086
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SCHERB, JEFF
945 OAK HILL DRIVE
ELMIRA, NY 14905

Claim Number: 6429
Claim Date: 03/15/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,005.66 | Scheduled: | $10,005.66 DISP CONT |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| SCHINDLER ELEVATOR CORPORATION<br>1530 TIMBERWOLF DRIVE<br>HOLLAND, OH 43528 | Claim Number: 475<br>Claim Date: 02/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |

| UNSECURED | Claimed: | $7,210.75 | |

| SCHLOSBERG, RICHARD T. III<br>164 SENDERO VERDE DR.<br>SAN ANTONIO, TX 78261 | Claim Number: 3798<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $2,760,068.72 | Scheduled: | $1,853,550.00 UNLIQ |

| SCHLOSBERG, RICHARD T. III<br>164 SENDERO VERDE DR.<br>SAN ANTONIO, TX 78261 | Claim Number: 6944<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3798 | | |

| UNSECURED | Claimed: | $0.00   UNDET | |

| SCHMID, MIKE<br>14525 S ACUFF CT<br>OLATHE, KS 66062 | Claim Number: 5701<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |

| UNSECURED | Claimed: | $50,748.00 | |

| SCHMITZ, ANDREW J.<br>9530 DUFFNEY DR<br>CORCORAN, MN 55374 | Claim Number: 5912<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |

| UNSECURED | Claimed: | $18,000.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

SCHNALL, HERBERT K.
P.O. BOX 9457
15102 CAMINITO MARIA
RANCHO SANTA FE, CA 92067

Claim Number: 3799
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $601,401.39 | Scheduled: | $455,572.00 UNLIQ |
|---|---|---|---|---|

SCHNALL, HERBERT K.
P.O. BOX 9457
15102 CAMINITO MARIA
RANCHO SANTA FE, CA 92067

Claim Number: 7014
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3799

---

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

SCHNEIDER, CHARLES
522 NORTH BEVERLY DRIVE
BEVERLY HILLS, CA 90210

Claim Number: 3800
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $300,413.12 | Scheduled: | $355,878.00 UNLIQ |
|---|---|---|---|---|

SCHNEIDER, CHARLES I.
522 N. BEVERLY DR.
BEVERLY HILLS, CA 90210

Claim Number: 7015
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3800

---

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

SCHNEIDER, HILARY A.
54 CHESTNUT AVENUE
LOS GATOS, CA 95030

Claim Number: 3801
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $116,920.23 | Scheduled: | $36,718.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

SCHNEIDER, HILARY A.
54 CHESTNUT AVENUE
LOS GATOS, CA 95030

Claim Number: 6913
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3801

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

SCHNEIDER, HOWARD
9 BRANDYWINE DRIVE
SETAUKET, NY 11733

Claim Number: 3802
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $111,725.93 | Scheduled: | $72,649.00 UNLIQ |
|---|---|---|---|---|

SCHNEIDER, HOWARD S.
9 BRANDYWINE DR.
SETAUKET, NY 11733

Claim Number: 7016
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3802

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

SCHOLLY, ALISON R.
2137 W. HOMER ST.
CHICAGO, IL 60647

Claim Number: 7047
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

SCHULER, BARBARA L.
5 HOLDSWORTH DR.
HUNTINGTON, NY 11743

Claim Number: 5102
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

SCHUON, JONALYN
8 CRESCENT DR
HUNTINGTON, NY 11743

Claim Number: 5096
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

SCW CAPITAL RESOURCES, LP
10 GLENRIDGE DRIVE
BEDFORD, MA 01730

Claim Number: 3490
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $3,300.00 |
|---|---|---|

SEIFERT, LESLIE
318 W 100 ST 16C
NEW YORK, NY 10025

Claim Number: 5039
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

SELLSTROM, BRIAN
PO BOX 1035
RANCHO SANTE FE, CA 92067

Claim Number: 3803
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $59,424.51 | Scheduled: | $37,113.00 UNLIQ |
|---|---|---|---|---|

SELLSTROM, BRIAN J.
P.O. BOX 1035
RANCHO SANTA FE, CA 92067

Claim Number: 7017
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3803

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

SELZER, CAROLYN
1047 BANGOR LANE
VENTURA, CA 93001

Claim Number: 3805
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $8,834.93 |
|---|---|---|

SEMINOLE COUNTY TAX COLLECTOR, THE
RAY VALDES
1101 EAST FIRST STREET
PO BOX 630
SANFORD, FL 32772

Claim Number: 415
Claim Date: 02/03/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 10229 (11/15/2011)

---

| SECURED | Claimed: | $100.77 |
|---|---|---|

SERRAO, SEAN
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4922
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

---

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

SEWELL, IRENE
2310 DEWES STREET
GLENVIEW, IL 60025-4157

Claim Number: 6848
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SHANNON LEE PHOTOGRAPHY
PO BOX 411
MT AIRY, MD 21771

Claim Number: 3195
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4100 (04/19/2010)

---

| ADMINISTRATIVE | Claimed: | $450.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| SHAPE, STEVEN | Claim Number: 6748 |
| CUST JASON SHAPE UTMA IL | Claim Date: 04/15/2011 |
| 1308 LINCOLN AVE S | Debtor: TRIBUNE COMPANY |
| HIGHLAND PARK, IL 60035-3459 | |

| UNSECURED | Claimed: | $1.26 | Scheduled: | $1.26 |

---

| SHARP, JOHN KEVIN | Claim Number: 5291 |
| 8650 SPICEWOOD SPRINGS ROAD # 145 | Claim Date: 06/12/2009 |
| AUSTIN, TX 78759 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $25,374.00 |

---

| SHARP, LORA LAVERNE | Claim Number: 5293 |
| 8650 SPICEWOOD SPRINGS RD., # 145 | Claim Date: 06/12/2009 |
| AUSTIN, TX 78759 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $91,346.40 |

---

| SHARP, RUTH E. | Claim Number: 5292 |
| 8650 SPICEWOOD SPRINGS RD., # 145 | Claim Date: 06/12/2009 |
| AUSTIN, TX 78759 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $38,568.48 |

---

| SHAW, JAMES D | Claim Number: 3806 |
| 228 JEFFERSON'S HUNDRED | Claim Date: 06/09/2009 |
| WILLIAMSBURG, VA 23185 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $188,663.28 | Scheduled: | $104,697.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| SHAW, JAMES D.<br>228 JEFFERSON'S HUNDRED<br>WILLIAMSBURG, VA 23185 | Claim Number: 6885<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3806 | | | |
|---|---|---|---|---|
| **UNSECURED** | **Claimed:** | **$0.00  UNDET** | | |
| SHIRLEY, DENNIS<br>2440 STANLEY<br>TUSTIN, CA 92782 | Claim Number: 3807<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| **UNSECURED** | **Claimed:** | **$1,374,704.51** | **Scheduled:** | **$1,244,089.95  UNLIQ** |
| SHIRLEY, DENNIS A.<br>2440 STANLEY<br>TUSTIN, CA 92782 | Claim Number: 6945<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3807 | | | |
| **UNSECURED** | **Claimed:** | **$0.00  UNDET** | | |
| SHOPLOCAL<br>225 N MICHIGAN AVE<br>SUITE 1600<br>CHICAGO, IL 60601 | Claim Number: 1678<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | | | |
| **UNSECURED** | **Claimed:** | **$20,950.00** | | |
| SHORES, KIRK R.<br>464 N. PINE MEADOW DR.<br>DEBARY, FL 32713-2305 | Claim Number: 4844<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| **UNSECURED** | **Claimed:** | **$21,000.00** | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| SHORTS, GARY K.<br>2940 BEECH LANE<br>DOYLESTOWN, PA 18902-1941 | Claim Number: 3808<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $169,089.46 | Scheduled: | $88,941.00 UNLIQ |
|---|---|---|---|---|

| SHORTS, GARY K.<br>2940 BEECH LANE<br>DOYLESTOWN, PA 18902-1941 | Claim Number: 6907<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3808 |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| SIDHRA, NILAMBAR K.<br>1427 VISTA CREEK DRIVE<br>ROSEVILLE, CA 95661 | Claim Number: 5787<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $101,496.00 |
|---|---|---|

| SIEMENS BUILDING TECHNOLOGIES<br>580 SLAWIN COURT<br>MOUNT PROSPECT, IL 60056 | Claim Number: 6161<br>Claim Date: 08/13/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,013.42 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,835.00 | Scheduled: | $1,835.00 |

| SILVA, REGINA I<br>3508 S FLEMINGTON DR<br>WEST COVINA, CA 91792-2913 | Claim Number: 6728<br>Claim Date: 03/07/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $137.44 | Scheduled: | $137.44 |
|---|---|---|---|---|

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| SIMPSON, JAMES R. | Claim Number: 3809 |
| 5 CRESTWOOD DRIVE | Claim Date: 06/09/2009 |
| NEWPORT BEACH, CA 92660 | Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $3,924,877.86 | Scheduled: | $2,618,441.00 UNLIQ |

| SIMPSON, JAMES R. | Claim Number: 7018 |
| 5 CRESTWOOD DRIVE | Claim Date: 11/02/2011 |
| NEWPORT BEACH, CA 92660 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3809 |

---

| UNSECURED | Claimed: | $0.00  UNDET |

| SINGH, SATNAM | Claim Number: 1676 |
| P.O. BOX 305 | Claim Date: 04/23/2009 |
| LA PUENTE, CA 91747 | Debtor: TRIBUNE COMPANY |

---

| PRIORITY | Claimed: | $1,222.32 |

| SITO, LOUIS | Claim Number: 3810 |
| 5501 HUNTINGTON PKWY | Claim Date: 06/09/2009 |
| BETHESDA, MD 20814-1130 | Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $100,409.32 | Scheduled: | $63,009.00 UNLIQ |

| SITO, LOUIS | Claim Number: 7019 |
| 5501 HUNTINGTON PKWY | Claim Date: 11/02/2011 |
| BETHESDA, MD 20814-1130 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | amends claim 3810 |

---

| UNSECURED | Claimed: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| SKINNER, MARYANN<br>10 MEUDON DRIVE<br>LOCUST VALLEY, NY 11560 | Claim Number: 5091<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| SKYLINE LANDSCAPE INC<br>1957 EAST PONTO LAKE RD<br>BACKUS, MN 56435 | Claim Number: 3383<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,499.85 | Scheduled: | $1,499.85 |
|---|---|---|---|---|

| SKYTEL<br>PO BOX 2469<br>JACKSON, MS 39225-2469 | Claim Number: 3224<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $6,938.74 | Scheduled: | $5,649.16 |
|---|---|---|---|---|

| SLASON, MICHAEL D.<br>C/O CATHERINE G. PAPPAS, ESQ.<br>DILWORTH PAXSON LLP<br>1500 MARKET STREET, SUITE 3500E<br>PHILADELPHIA, PA 19102 | Claim Number: 7060<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| SLASON, MICHAEL D.<br>C/O CATHERINE G. PAPPAS, ESQ.<br>DILWORTH PAXSON LLP<br>1500 MARKET STREET, SUITE 3500E<br>PHILADELPHIA, PA 19102 | Claim Number: 7059<br>Claim Date: 11/02/2011<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

SMITH BARNEY CUST FBO RACHEL DONELSON
IRA
1115 UNION ST
SAN FRANCISCO, CA 94109

Claim Number: 6537
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $3,230.00 | Allowed: | $3,230.00 |
|---|---|---|---|---|---|---|

SMITH, JAMES S.
15 COVERT ST
PORT WASHINGTON, NY 11050

Claim Number: 5325
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMITH, KATHERINE F.
912 JAMES DRIVE
NEWPORT NEWS, VA 23605

Claim Number: 719
Claim Date: 03/11/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $2,508.48 |
|---|---|---|

SMITH, MIRIAM
282 WOODBINE AVE.
NORTHPORT, NY 11768

Claim Number: 5315
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMITH, SCOTT
1361 HACKBERRY LANE
WINNETKA, IL 60093

Claim Number: 6850
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| | | | | |
|---|---|---|---|---|
| SMITH, THERESA, DBA ME-2-U DELIVERY SERVICE<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5860<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |

| UNSECURED | Claimed: | $242,265.28 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SMUKLER, ANN<br>600 SHORE ROAD, 3F<br>LONG BEACH, NY 11561 | Claim Number: 5051<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan | | | |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| SODEXO, INC.<br>C/O ADRIENNE VADELL STURGES<br>6081 HAMILTON BOULEVARD<br>ALLENTOWN, PA 18106 | Claim Number: 5581-04<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |

| UNSECURED | Claimed: | $2,048.49 | Scheduled: | $989.00 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SOLLITTO, PATRICIA<br>931 PARK DRIVE<br>WANTAGH, NY 11793 | Claim Number: 5327<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| SOLOMON, BARRY<br>12115 SAN VICENTE BLVD. # 109<br>LOS ANGELES, CA 90049 | Claim Number: 6514<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | | | |

| SECURED | Claimed: | $15,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

SOLSTICE CONSULTING, LLC
641 W. LAKE, SUITE 102
CHICAGO, IL 60661

Claim Number: 47
Claim Date: 12/26/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

| PRIORITY | Claimed: | $10,200.00 | | | |
|----------|----------|------------|--|--|--|

SOMMELLA, LOUISE
JOSEPH SOMMELLA, DECEASED
325 OAK PARK LOOP
DAVENPORT, FL 33837

Claim Number: 3728
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $246.78 | Scheduled: | $0.00 UNDET |
|-----------|----------|---------|------------|-------------|

SOUTH SHORE MEDICAL SALES & SVCS LLC PSP
2286 BRIGHAM ST APT 2F
BROOKLYN, NY 11229-6116

Claim Number: 5896
Claim Date: 06/19/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $20,299.60 |
|-----------|----------|------------|

SOUTHERN CALIFORNIA EDISON COMPANY
300 N. LONE HILL AVE.
SAN DIMAS, CA 91773

Claim Number: 407
Claim Date: 02/02/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 3951 (04/06/2010)

| UNSECURED | Claimed: | $253,283.68 |
|-----------|----------|-------------|

SPECTRUM ENGINEERING GROUP LLC
25 SURREY DR
CHESHIRE, CT 06410-2814

Claim Number: 3628
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| PRIORITY | Claimed: | $11,633.46 | | |
|----------|----------|------------|--|--|
| UNSECURED | | | Allowed: | $11,633.46 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| SPIECKER, FRANK<br>100 STREAM CT<br>CHALFONT, PA 18914 | Claim Number: 5700<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
|---|---|---|
| UNSECURED          Claimed: | $25,374.00 | |

---

| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 435<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
|---|---|---|
| UNSECURED          Claimed: | $199,573.13 | |

---

| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 3420<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 435 | |
|---|---|---|
| UNSECURED          Claimed: | $203,303.59          Scheduled: | $17,001.95 |

---

| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 306<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | |
|---|---|---|
| PRIORITY          Claimed: | $14,866.47 | |

---

| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 307<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | |
|---|---|---|
| PRIORITY          Claimed: | $28,431.58 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| ST. LOUIS COUNTY, MISSOURI | Claim Number: 308 |
| COLLECTOR OF REVENUE | Claim Date: 01/20/2009 |
| 41 S CENTRAL AVENUE | Debtor: TRIBUNE COMPANY |
| CLAYTON, MO 63105 | Comments: DOCKET: 5913 (07/21/2011) |
| | THIS CLAIM HAS BEEN SATISFIED |

| PRIORITY | Claimed: | $20,583.09 |

---

| STABILE, KAREW | Claim Number: 5786 |
| 194 KILBURN RD | Claim Date: 06/16/2009 |
| GARDEN CITY, NY 11530 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| STACKLER, RONALD E. | Claim Number: 3234 |
| 6786 SHEARWATER LANE | Claim Date: 05/28/2009 |
| MALIBU, CA 90265 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $150,000.00 |

---

| STAMP, MARION N | Claim Number: 6677 |
| 10801 CROOKED RIVER RD | Claim Date: 11/22/2010 |
| APT 203 | Debtor: TRIBUNE COMPANY |
| BONITA SPRINGS, FL 34135-1782 | |

| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 |

---

| STANCAMPIANO, LOUIS J. | Claim Number: 7062 |
| C/O CATHERINE G. PAPPAS, ESQ. | Claim Date: 11/02/2011 |
| DILWORTH PAXSON LLP | Debtor: TRIBUNE COMPANY |
| 1500 MARKET STREET, SUITE 3500E | |
| PHILADELPHIA, PA 19102 | |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

STANCAMPIANO, LOUIS J.
C/O CATHERINE G. PAPPAS, ESQ.
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA 19102

Claim Number: 7061
Claim Date: 11/02/2011
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

STANDARD REGISTER COMPANY
LILLIAN FLATT
600 ALBANY ST
DAYTON, OH 45408

Claim Number: 95
Claim Date: 12/18/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,147.36 |

STANFIELD, KATHY R
726 SAN PASCUAL AVENUE
APT. #11
LOS ANGELES, CA 90042

Claim Number: 2687
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,425.00 |
| UNSECURED | Claimed: | $1,518.49 |

STANISZ, JANUSZ
11055 NORTH 128 PLACE
SCOTTSDALE, AZ 85259

Claim Number: 4966
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $162,393.60 |

STANLEY SECURITY SOLUTIONS INC
SAFEMASTERS
DEPT CH 14202
PALATINE, IL 60055-4202

Claim Number: 2172
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,395.03 | | |
| UNSECURED | | | Scheduled: | $1,395.03 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| STANTON, RICHARD W.<br>1239 MAPLEWOOD DRIVE<br>MAPLE GLEN, PA 91301 | Claim Number: 3499<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,991.00 | Scheduled: | $58,991.00 UNLIQ |

---

| STANTON, RICHARD W.<br>1239 MAPLEWOOD DR.<br>MAPLE GLEN, PA 19002 | Claim Number: 6946<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3499 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

| STARZYK, KARA<br>13230 SW 32ND COURT<br>FORT LAUDERDALE, FL 33330 | Claim Number: 729<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,300.00 | |

---

| STATE OF CONNECTICUT<br>UNCLAIMED PROPERTY DIVISION<br>DEPARTMENT OF TREASURY<br>55 ELM STREET<br>HARTFORD, CT 06106 | Claim Number: 6494<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,862.96 | Scheduled: | $4,862.96 |

---

| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 3357<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,740,043.00 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | |
|---|---|---|
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 3464<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | |
| PRIORITY          Claimed: | | $5,190,498.00 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 6472<br>Claim Date: 05/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 11791 (06/11/2012) | |
| PRIORITY          Claimed:<br>SECURED          Claimed: | | $4,337,722.06<br>$0.00 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK, CLAIMANTS ATTORNEY<br>POST OFFICE BOC 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 7104<br>Claim Date: 04/16/2012<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY          Claimed: | | $5,750,522.32 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6629<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5677 (09/13/2010) | |
| ADMINISTRATIVE          Claimed: | | $435,030.42 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6630<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5678 (09/13/2010) | |
| ADMINISTRATIVE          Claimed: | | $7,251.24 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | |
|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6631<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5679 (09/13/2010) | |

ADMINISTRATIVE          Claimed:                    $120,854.00

| | | |
|---|---|---|
| STATE OF MICHIGAN, DEPARMENT OF TREASURY<br>HEATHER L. DONALD, ASST ATTORNEY GENERAL<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | Claim Number: 7108<br>Claim Date: 04/30/2012<br>Debtor: TRIBUNE COMPANY | |

ADMINISTRATIVE          Claimed:                    $30,502.65

| | | |
|---|---|---|
| STATE OF NEW JERSEY<br>DEPARTMENT OF TREASURY<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08646-0245 | Claim Number: 1059<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY | |

PRIORITY          Claimed:                    $31,024.77

| | | |
|---|---|---|
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W AVERELL HARRIMAN STATE OFFICE<br>BUILDING CAMPUS, BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 6821<br>Claim Date: 09/22/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9961 (10/12/2011) | |

ADMINISTRATIVE          Claimed:                    $1,496.10

| | | |
|---|---|---|
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W AVERELL HARRIMAN STATE OFFICE<br>BUILDING CAMPUS, BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 6827<br>Claim Date: 10/11/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 11197 (03/20/2012) | |

ADMINISTRATIVE          Claimed:                    $1,496.10

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| STATE OF NEW YORK, DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURACE DIVISION<br>GOVERNOR W. AVERELL HARRIMAN STATE<br>OFFICE BUILDING CAMPUS - BLDG 12, RM 256<br>ALBANY, NY 12240 | Claim Number: 3095<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|
| ADMINISTRATIVE        Claimed: | $619.48 |
| STAZAK, THOMAS W.<br>3950 SCHOONER RIDGE<br>ALPHARETTA, GA 30004 | Claim Number: 5968<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED        Claimed: | $20,299.20 |
| STEVENS, THOMAS<br>1801 MICHAELS CT<br>HENDERSON, NV 89014 | Claim Number: 6058<br>Claim Date: 07/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED        Claimed: | $2,200.00 |
| STEWART, CLETUS C.<br>7733 CLARCONA OCOEE RD<br>ORLANDO, FL 32818-1219 | Claim Number: 4631<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED        Claimed: | $25,090.56 |
| STEWART, HAI<br>#1010, 540-14 AVE. SW<br>CALGARY, AB T2R OM6<br>CANADA | Claim Number: 6679<br>Claim Date: 12/01/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) |
| UNSECURED        Claimed: | $8,000.00 |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| STEWART, ROBERT<br>PO BOX 758<br>LAKEWOOD, CA 90714-0758 | | Claim Number: 5773<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
|---|---|---|
| PRIORITY | Claimed: | $468.21 |
| STIMPFCE, LORRAINE E.<br>222 CEDAR AVE.<br>PATCHOGUE, NY 11772 | | Claim Number: 5075<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| STORYTELLERS'S WORKSHOP INC<br>TED SLAMPYAK<br>217 CALLE EVANGELINE<br>BERNALILLO, NM 87004 | | Claim Number: 196<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
| PRIORITY | Claimed: | $1,800.00 |
| STRAIN, MARGARET M.<br>1665 SPINNAKER DR<br>ALPHARETTA, GA 30005 | | Claim Number: 5963<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,374.00 |
| STRANGE, JENNIFER<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4921<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

STRIEGEL, LAWRENCE W.
30 NORTON DRIVE
EAST NORTHPORT, NY 11731

Claim Number: 5035
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

STUPIN, DANIEL & CAROL
51 VISTA REDONDA
SANTA FE, NM 97506

Claim Number: 4670
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,704.50 | | |

---

SUJKA, JAMES
5359 W MARGARET ST
PO BOX 474
MONEE, IL 60449-8071

Claim Number: 6541
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 |

---

SULLIVAN, EUGENE
74 COTTONWOOD LANE
WESTBURY, NY 11590

Claim Number: 5333
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

SUN MICROSYSTEMS, INC.
BUCHALTER NEMER, PC
ATTN: SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Claim Number: 4635
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 6593 (11/23/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $562,444.74 |
| UNSECURED | Claimed: | $438,981.26 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | |
|---|---|---|
| SUN MICROSYSTEMS, INC.<br>BUCHALTER NEMER, PC<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | | Claim Number: 4749<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 6593 (11/23/2010) |
| ADMINISTRATIVE | Claimed: | $536,316.79 |
| UNSECURED | Claimed: | $293,156.21 |
| SUN MICROSYSTEMS, INC.<br>BUCHALTER NEMER, PC<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | | Claim Number: 4748<br>Claim Date: 06/11/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 6593 (11/23/2010) |
| ADMINISTRATIVE | Claimed: | $536,316.79 |
| UNSECURED | Claimed: | $293,156.21 |
| SWAN, WOODBURY D.<br>2606 CIPRIANI BLVD<br>BELMONT, CA 94002-1404 | | Claim Number: 3392<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $15,000.00 |
| SWARTZ, ALICE<br>2203 E 26TH STREET<br>BROOKLYN, NY 11229 | | Claim Number: 4893<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $82,211.76 |
| SWARTZ, CONRAD<br>12911 NW 25TH COURT<br>VANCOUVER, WA 98685 | | Claim Number: 4892<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $81,196.80 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| SWARTZ, CONRAD<br>12911 NW 25TH COURT<br>VANCOUVER, WA 98685 | Claim Number: 5827<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
|---|---|---|
| UNSECURED          Claimed: | $81,196.80 | |

---

| SWEENEY, JUDITH<br>30937 STEEPLECHASE DR<br>SAN JUAN CAPO, CA 92675-1929 | Claim Number: 3811<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|
| UNSECURED          Claimed: | $37,827.72 | Scheduled:          $16,538.00 UNLIQ |

---

| SWEENEY, JUDITH L.<br>27724 SOMERSET LN<br>SAN JUAN CAPO, CA 92675-5402 | Claim Number: 6947<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3811 | |
|---|---|---|
| UNSECURED          Claimed: | $0.00   UNDET | |

---

| SWEENEY, STENDER E.<br>790 HUNTINGTON GARDEN DRIVE<br>PASADENA, CA 91108-1725 | Claim Number: 3812<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|
| UNSECURED          Claimed: | $92,525.62 | Scheduled:          $64,868.00 UNLIQ |

---

| SWEENEY, STENDER E.<br>790 HUNTINGTON GARDEN DRIVE<br>PASADENA, CA 91108-1725 | Claim Number: 7020<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3812 | |
|---|---|---|
| UNSECURED          Claimed: | $0.00   UNDET | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| SYSTEM MAINTENANCE SERVICES, INC<br>9013 PERIMITER WOODS, SUITE E<br>CHARLOTTE, NC 28216 | | Claim Number: 3129-01<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $646.46 | | Allowed: | $646.46 |
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3096<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $5,528.75 | | | |
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3098<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $806.90 | | | |
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3099<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $7,896.34 | | | |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 375<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | | |
| UNSECURED | Claimed: | $3,080.66 | Scheduled: | $14,552.83 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 376
Claim Date: 01/27/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $342.66 | | | |
|---|---|---|---|---|---|

T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 388
Claim Date: 01/27/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $43,841.74 | | Allowed: | $149,500.00 |
|---|---|---|---|---|---|

T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 393
Claim Date: 01/27/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $6,465.34 | | | |
|---|---|---|---|---|---|

T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 398
Claim Date: 01/27/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $5,099.99 | | | |
|---|---|---|---|---|---|

TABLET & TICKET COMPANY
1120 ATLANTIC DRIVE
WEST CHICAGO, IL 60185

Claim Number: 1155
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE PRIORITY | Claimed: | $98.38 | | Allowed: | $98.38 |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $98.38 | |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

TAFT, DUDLEY S.
C/O MATTHEW R. KIPP
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

Claim Number: 6846
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNLIQ | | | | | |

---

TALL OAKS KENNEL, LLC
C/O ELAINE PERKINS
PO BOX 53
ATTN: ELAINE PERKINS
WHITMORE LAKE, MI 48189

Claim Number: 6133
Claim Date: 07/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5434 (08/19/2010)

| UNSECURED | Claimed: | $181.60 | | | | | |

---

TANNENBAUM, IRVING & JUDITH R JT TEN
840 LIONSGATE DR
SAINT LOUIS, MO 63130-2848

Claim Number: 6531
Claim Date: 06/16/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $2,176.00 | Allowed: | $2,176.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

TARRANT COUNTY
C/O LINEBARGER BOGGAN BLAIR & SAMPSON,
LLP; ATTN: ELIZABETH WELLER
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201-2691

Claim Number: 5979
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 4782 (06/14/2010)

| ADMINISTRATIVE | Claimed: | $21.05  UNLIQ | | | | | |
| SECURED | Claimed: | $0.00  UNLIQ | | | | | |

---

TARRANT COUNTY
ATTN: E. WELLER; M. DEEDS; L. SPINDLER
LINEBARGER BOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201-2691

Claim Number: 6016
Claim Date: 06/30/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 4783 (06/14/2010)

| ADMINISTRATIVE | Claimed: | $21.05  UNLIQ | | | | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| TAYLOR, DAVID LLOYD, TRUSTEE<br>DAVID LLOYD TAYLOR TRUST, U/A 1/1/01<br>966 WILDFLOWER WAY<br>LONGWOOD, FL 32750-4045 | Claim Number: 3592<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $2,050,000.00 |
|---|---|---|

| TAYLOR, DAVID ROSS<br>C/O GERALD S. SACK, ESQUIRE<br>LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 6599<br>Claim Date: 07/15/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| TELECOMMUNICATION SYSTEMS, INC.<br>333 N MICHIGAN AVE STE 2700<br>CHICAGO, IL 60601-4047 | Claim Number: 2185<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for patenet infringement |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| TEMPLE, EDWARD J.<br>246 PINE LANE<br>WETHERSFIELD, CT 06109 | Claim Number: 3613<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $8,000.00 |
|---|---|---|

| TEMPLE, EDWARD J.<br>246 PINE LANE<br>WETHERSFIELD, CT 06109 | Claim Number: 3614<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $23,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| TERPSTRA, JAMES E.<br>20457 NO. CANYON WHISPER DR.<br>SURPRISE, AZ 85387 | Claim Number: 3813<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,238.30 | Scheduled: | $872.00 UNLIQ |
|---|---|---|---|---|

| TERPSTRA, JAMES E.<br>20457 NO. CANYON WHISPER DR.<br>SURPRISE, AZ 85387 | Claim Number: 7021<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3813 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| TERRY, ROBERT H.<br>C/O LAUREL TERRY<br>601 MOORELAND AVE.<br>CARLISLE, PA 17013 | Claim Number: 3691<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension, ESOP and Savings Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| TEUTSCH, CLIFFORD L.<br>12 SEMINARY RD<br>SIMSBURY, CT 06070 | Claim Number: 7086<br>Claim Date: 12/05/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $43,452.48 |
|---|---|---|

| THARP, VAN K. - TRUSTEE<br>11TM TARGET TRUST PLAN<br>337 LOCHSIDE DR<br>CARY, NC 27518 | Claim Number: 5289<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $512,554.80 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | |
|---|---|---|---|
| THE L & M FAMILY TRUST<br>BRUCE TIEGS OR PAULA TIEGS, CO TRUSTEES<br>PO BOX 429<br>GREEN LEAF, ID 83626 | | Claim Number: 6247<br>Claim Date: 09/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| ADMINISTRATIVE | Claimed: | $748.00 | |
| UNSECURED | Claimed: | $50,000.00 | |
| THEOBALD, EDWARD<br>5401 215 LANE NE<br>CEDAR, MN 55011 | | Claim Number: 5690<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $30,448.80 | |
| THIRD SCREEN MEDIA INC. DBA QUIGO ET AL<br>TIFFANY STRELOW COBB ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET (PO BOX 1008)<br>COLUMBUS, OH 43216-1008 | | Claim Number: 234<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4410 (05/14/2010) | |
| UNSECURED | Claimed: | $7,500.00 | |
| THOMAS P. YOUNGBLOOD IRA<br>55 FORDCROFT STREET<br>GROSSE POINTE, MI 48236 | | Claim Number: 5631<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $76,240.31 | |
| THOMAS, DOUGLAS<br>C/O FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | | Claim Number: 7123<br>Claim Date: 05/30/2012<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

THOMAS, JESSY
THE LAW OFFICES OF FRED M. MORELLI, JR.
403 W. GALENA
AURORA, IL 60506

Claim Number: 3673
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $65,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

THOMAS, WILLIAM F.
16025 VALLEY WOOD RD
SHERMAN OAKS, CA 91403

Claim Number: 3769
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $395,688.06 | | |
|---|---|---|---|---|

THOMAS, WILLIAM F.
16025 VALLEY WOOD RD
SHERMAN OAKS, CA 91403

Claim Number: 6883
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3768

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

THOMAS-JOSEPH, LEEMA
7 SAGAMORE LANE
DIX HILLS, NY 11746

Claim Number: 5143
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

THOMPSON, JAMES, DBA J&L AMERICAN
ENTERPRISES, LTD.
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5856
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $119,080.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| THOMSON, JEAN | | Claim Number: 3182 | | |
|---|---|---|---|---|
| 2902 FERNAN COURT | | Claim Date: 05/26/2009 | | |
| COEUR D'ALENE, ID 83814 | | Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $54,666.00 | Scheduled: | $54,666.00 UNLIQ |
|---|---|---|---|---|

| THORPE, CAROLINE | | Claim Number: 3771 | | |
|---|---|---|---|---|
| 11252 GONSALVES ST | | Claim Date: 06/09/2009 | | |
| CERRITOS, CA 90703 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: | | |
| | | With claim number 3770, amends claim number 205 | | |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $49,050.00 |

| TIERNAN, AUDREY | | Claim Number: 5789 | | |
|---|---|---|---|---|
| 46 NORTH COURT | | Claim Date: 06/16/2009 | | |
| ROSLYN HEIGHTS, NY 11577 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: | | |
| | | Pension Plan, ESOP, Cash Balance Plan | | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| TIGHE, JAMES H | | Claim Number: 6515 | | |
|---|---|---|---|---|
| 2120 SPRINGFIELD AVE | | Claim Date: 06/07/2010 | | |
| FORT WAYNE, IN 46805-1540 | | Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |
|---|---|---|---|---|

| TIP TOP BRANDING LLC | | Claim Number: 3738 | | |
|---|---|---|---|---|
| 350 W HUBBARD ST #460 | | Claim Date: 06/08/2009 | | |
| CHICAGO, IL 60654-5798 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 4407 (05/14/2010) | | |

| UNSECURED | Claimed: | $784.18 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| TITAN OUTDOOR<br>850 THIRD AVE.<br>NEW YORK, NY 10022 | | Claim Number: 2996<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $229,157.00 | Scheduled: | $77,651.00 | | | |
| TOEDTMAN, JAMES<br>2604 GENEVA HILL CT<br>OAKTON, VA 22124 | | Claim Number: 3772<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $7,503.51 | Scheduled: | $6,921.42 | | | |
| TOGUT, ALBERT<br>CHAPTER 7 TRUSTEE OF PLVTZ, INC.<br>TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL<br>BERGER, ESQ., ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | | Claim Number: 6343<br>Claim Date: 12/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | | | | |
| UNSECURED | Claimed: | $413,581.99 | | | | | |
| TOMLINSON, SAMUEL C.<br>432 TWISTING PINE CIRCLE<br>LONGWOOD, FL 32779 | | Claim Number: 3729<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
| SECURED | Claimed: | $10,975.20 | | | | | |
| TOPOREK, VIRGINIA W<br>106 AIMEE PL<br>LONGWOOD, FL 32750-2763 | | Claim Number: 6523<br>Claim Date: 06/10/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| TOPPING, ROBIN<br>20 PENFIELD DRIVE<br>EAST NORTHPORT, NY 11731 | | Claim Number: 5144<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| TOPPING, ROBIN<br>20 PENFIELD DRIVE<br>EAST NORTHPORT, NY 11731 | | Claim Number: 5331<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| TOWER CH, L.L.C<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6396<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3712 | | | |
| UNSECURED | Claimed: | $336,143.45  UNLIQ | Scheduled: | $336,143.45 | |
| TOWER CH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3712<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $336,100.90  UNLIQ | | | |
| TOWER DC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3713<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $2,464,739.97  UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | |
|---|---|---|
| TOWER DC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6397<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3713 | |

| UNSECURED | Claimed: | $2,465,052.00 UNLIQ | Scheduled: | $2,465,052.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| TOWER DL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3714<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |

| UNSECURED | Claimed: | $373,445.45 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| TOWER DL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGEN<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6398<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3714 | |

| UNSECURED | Claimed: | $373,492.73 UNLIQ | Scheduled: | $373,492.73 |
|---|---|---|---|---|

| | | |
|---|---|---|
| TOWER EH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3715<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |

| UNSECURED | Claimed: | $2,780,287.18 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| TOWER EH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHOIRZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6399<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3715 | |

| UNSECURED | Claimed: | $2,780,639.16 UNLIQ | Scheduled: | $2,780,639.16 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

TOWER GREENSPUN DGSPT, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4769
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25 UNLIQ | Scheduled: | $9,337,318.24 |
|---|---|---|---|---|

TOWER GREENSPUN JGGSTP, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4771
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25 UNLIQ | Scheduled: | $9,337,318.24 |
|---|---|---|---|---|

TOWER GREENSPUN SGFFT, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4772
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25 UNLIQ | Scheduled: | $9,337,318.24 |
|---|---|---|---|---|

TOWER GREENSPUN, L.L.C.
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4770
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.24 UNLIQ | Scheduled: | $9,337,318.24 |
|---|---|---|---|---|

TOWER HZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6400
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 4394

| UNSECURED | Claimed: | $746,985.45 UNLIQ | Scheduled: | $746,985.45 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| TOWER HZ, LLC<br>ATTN: MARC D. HAUSER<br>C/O EGI-TRB, LLC, AS AUTHORIZED AGENT<br>2 NORTH RIVERSIDE PLAZA, STE 600<br>CHICAGO, IL 60606 | Claim Number: 4394<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |

| UNSECURED | Claimed: | $746,890.90   UNLIQ | | |

---

| TOWER JB, L.L.C<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6401<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3717 | | |

| UNSECURED | Claimed: | $847,081.50   UNLIQ | Scheduled: | $847,081.50 |

---

| TOWER JB, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3717<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |

| UNSECURED | Claimed: | $846,974.28   UNLIQ | | |

---

| TOWER JK, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3719<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |

| UNSECURED | Claimed: | $3,475,347.59   UNLIQ | | |

---

| TOWER JK, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6402<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3719 | | |

| UNSECURED | Claimed: | $3,475,787.56   UNLIQ | Scheduled: | $3,475,787.56 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| TOWER JP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3720<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $952,285.90   UNLIQ | | |

---

| TOWER JP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6403<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3720 | | |
|---|---|---|---|
| UNSECURED          Claimed: | $952,406.46   UNLIQ | Scheduled: | $952,406.46 |

---

| TOWER JS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3718<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $423,487.14   UNLIQ | | |

---

| TOWER JS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6404<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3718 | | |
|---|---|---|---|
| UNSECURED          Claimed: | $423,540.75   UNLIQ | Scheduled: | $423,540.75 |

---

| TOWER KS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3721<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $336,100.90   UNLIQ | | |

---

TOWER KS, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6405
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3721

| UNSECURED | Claimed: | $336,143.65  UNLIQ | Scheduled: | $336,143.65 |
|---|---|---|---|---|

TOWER LL, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3723
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $186,722.73  UNLIQ | | |
|---|---|---|---|---|

TOWER LL, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6406
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3723

| UNSECURED | Claimed: | $186,746.36  UNLIQ | Scheduled: | $186,746.36 |
|---|---|---|---|---|

TOWER LM, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3724
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $74,689.09  UNLIQ | | |
|---|---|---|---|---|

TOWER LM, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6407
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3724

| UNSECURED | Claimed: | $74,698.54  UNLIQ | Scheduled: | $74,698.54 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| TOWER LZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3722<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $933,613.62   UNLIQ | | |
| TOWER LZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6408<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3722 | | | |
| UNSECURED | Claimed: | $933,731.81   UNLIQ | Scheduled: | $933,731.81 |
| TOWER MH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3702<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $134,440.36   UNLIQ | | |
| TOWER MH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6409<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3702 | | | |
| UNSECURED | Claimed: | $134,457.38   UNLIQ | Scheduled: | $134,457.38 |
| TOWER MS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3703<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $2,940,882.92   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

TOWER MS, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6410
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3703

| UNSECURED | Claimed: | $2,941,255.22  UNLIQ | Scheduled: | $2,941,255.22 |
|---|---|---|---|---|

---

TOWER MZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3704
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $1,764,529.75  UNLIQ | | |
|---|---|---|---|---|

---

TOWER MZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6411
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3704

| UNSECURED | Claimed: | $1,764,753.13  UNLIQ | Scheduled: | $1,764,753.13 |
|---|---|---|---|---|

---

TOWER NL, L.L.C.
TWO NORTH RIVERSIDE DRIVE
SUITE 600
CHICAGO, IL 60606

Claim Number: 3705
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $3,136,941.78  UNLIQ | | |
|---|---|---|---|---|

---

TOWER NL, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6412
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3705

| UNSECURED | Claimed: | $3,137,338.90  UNLIQ | Scheduled: | $3,137,338.90 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| TOWER PH, L.L.C. | Claim Number: 3716 |
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | Claim Date: 06/08/2009 |
| ATTN: MARC D. HAUSER | Debtor: TRIBUNE COMPANY |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | Comments: EXPUNGED |
| CHICAGO, IL 60606 | DOCKET: 4417 (05/14/2010) |

| UNSECURED | Claimed: | $373,445.45   UNLIQ |
|---|---|---|

---

| TOWER PH, L.L.C. | Claim Number: 6413 |
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | Claim Date: 03/05/2010 |
| ATTENTION: MARC D. HAUSER | Debtor: TRIBUNE COMPANY |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | Comments: |
| CHICAGO, IL 60606 | amends claim 3716 |

| UNSECURED | Claimed: | $373,492.73   UNLIQ | Scheduled: | $373,492.73 |
|---|---|---|---|---|

---

| TOWER PT, L.L.C. | Claim Number: 3706 |
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | Claim Date: 06/08/2009 |
| ATTN: MARC D. HAUSER | Debtor: TRIBUNE COMPANY |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | Comments: EXPUNGED |
| CHICAGO, IL 60606 | DOCKET: 4417 (05/14/2010) |

| UNSECURED | Claimed: | $2,352,706.33   UNLIQ |
|---|---|---|

---

| TOWER PT, L.L.C. | Claim Number: 6414 |
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | Claim Date: 03/05/2010 |
| ATTENTION: MARC D. HAUSER | Debtor: TRIBUNE COMPANY |
| TWO NORTH RIVERSIDE PLAZA | Comments: |
| CHICAGO, IL 60606 | amends claim 3706 |

| UNSECURED | Claimed: | $2,353,004.18   UNLIQ | Scheduled: | $2,353,004.18 |
|---|---|---|---|---|

---

| TOWER SF, L.L.C. | Claim Number: 3707 |
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | Claim Date: 06/08/2009 |
| ATTN: MARC D. HAUSER | Debtor: TRIBUNE COMPANY |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | Comments: EXPUNGED |
| CHICAGO, IL 60606 | DOCKET: 4417 (05/14/2010) |

| UNSECURED | Claimed: | $186,722.73   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | |
|---|---|---|---|
| TOWER SF, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6415<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3707 | | |
| UNSECURED          Claimed: | $186,746.36   UNLIQ | Scheduled: | $186,746.36 |
| TOWER TT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3708<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED          Claimed: | $746,890.90   UNLIQ | | |
| TOWER TT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6416<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3708 | | |
| UNSECURED          Claimed: | $746,985.45   UNLIQ | Scheduled: | $746,985.45 |
| TOWER VC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3709<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED          Claimed: | $235,270.63   UNLIQ | | |
| TOWER VC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6417<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3709 | | |
| UNSECURED          Claimed: | $235,300.42   UNLIQ | Scheduled: | $235,300.42 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

TOWER WP, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3710
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $5,097,185.33  UNLIQ |
|---|---|---|

---

TOWER WP, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6418
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3710

| UNSECURED | Claimed: | $5,097,830.61  UNLIQ | Scheduled: | $5,097,830.61 |
|---|---|---|---|---|

---

TRAINOR, ROBERT E.
1412 SHEFFORD RD.
BALTIMORE, MD 21239

Claim Number: 3774
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $74,825.54 |
|---|---|---|

---

TRANSNATIONAL TRADING INC.
A.A. 85656
BOGOTA,
COLOMBIA

Claim Number: 6295
Claim Date: 10/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $40,598.40 |
|---|---|---|

---

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5534
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

TREASURER, OKLAHOMA STATE
2401 NW 23RD ST STE 42
OKLAHOMA CITY, OK 73107-2401

Claim Number: 6509
Claim Date: 06/02/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $990.94 | Allowed: | $990.94 |

---

TRIEMER, ISABELL
3103 FOSTER AVE
BALTIMORE, MD 21224-3932

Claim Number: 720
Claim Date: 03/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4100 (04/19/2010)

| UNSECURED | Claimed: | $325.00 |

---

TRINH, CAM
C/O FRANCES GECKER
FRANK / GECKER LLP
325 N. LASALLE STREET, STE. 625
CHICAGO, IL 60654

Claim Number: 6840
Claim Date: 10/31/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

TRIO ASSOCIATES
RE: PASADENA 125 N. VINEDO
PO BOX 757
4778 NORTH STONE ROAD
BETHEL ISLAND, CA 94511

Claim Number: 2900
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $5,612,205.00 |

---

TRUJILLO, JEAN
365 ROUTE 111 APT C13
SMITHTOWN, NY 11787

Claim Number: 1148
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for $241/week for life

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00 UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

TUNSTALL, SHARON S.
2323 FAIRWAY DRIVE
BIRMINGHAM, MI 48009

Claim Number: 3775
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $8,684.60 | Scheduled: | $7,911.00 UNLIQ |
|---|---|---|---|---|

TUNSTALL, SHARON S.
2323 FAIRWAY DRIVE
BIRMINGHAM, MI 48009

Claim Number: 7022
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3775

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TV GUIDE ONLINE, INC.
C/O CHRISTOPHER J. HARNETT
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

Claim Number: 4900
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $5,699,364.00  UNLIQ |

TV GUIDE ONLINE, LLC
C/O CHRISTOPHER J. HARNETT
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

Claim Number: 4901
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 4900

---

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $5,699,364.00  UNLIQ |

TW TELECOM INC
10475 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Claim Number: 6306
Claim Date: 10/19/2009
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $11,641.97 |
|---|---|---|
| UNSECURED | Claimed: | $17,943.95 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 330<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) | |
|---|---|---|
| UNSECURED | Claimed: | $23,811.52 |

| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 400<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
|---|---|---|
| UNSECURED | Claimed: | $23,811.52 |

| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 745<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $25,127.41 |

| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 832<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
|---|---|---|
| UNSECURED | Claimed: | $25,127.41 |

| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 6313<br>Claim Date: 10/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,641.97 |
| UNSECURED | Claimed: | $17,943.95 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

TWTR, INC., ET AL.
C/O A-S-K FINANCIAL LLP
2600 EAGAN WOODS DRIVE, SUITE 400
EAGAN, MN 55121

Claim Number: 188
Claim Date: 12/30/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 11245 (03/28/2012)

| UNSECURED | Claimed: | $13,532.00 |
|-----------|----------|------------|

---

TYRRELL, JOIE
189 SPRING RD
HUNTINGTON, NY 11743

Claim Number: 5145
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for pension

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

TYRRELL, MARK
189 SPRING RD.
HUNTINGTON, NY 11743

Claim Number: 5146
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

U.S. DEPARTMENT OF LABOR
ELIZABETH GOLDBERG, OFC OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVENUE, N.W. STE N-4611
WASHINGTON, DC 20210

Claim Number: 3629
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|----------|----------|---------------|

---

U.S. DEPARTMENT OF LABOR
ELIZABETH GOLDBERG, OFC OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVENUE, N.W. STE N-4611
WASHINGTON, DC 20210

Claim Number: 6747
Claim Date: 04/12/2011
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|---------------|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| UB PROPERTY LLC<br>ATTN: KIM NELSON<br>PO BOX 58746<br>SEATTLE, WA 98138 | | Claim Number: 5833<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $488.06 | | | |

---

| UDOVIC, MICHAEL S.<br>929 SOUTH OAKLAND AVE.<br>PASADENA, CA 91106 | | Claim Number: 3776<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,875.50 | | | |

---

| UGI UTILITIES, INC.<br>225 MORGANTOWN RD<br>READING, PA 19612-1949 | | Claim Number: 5919<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $36,994.82 | | | |

---

| UHLMANN, CHARLES O<br>3-22-24 SAKAE-CHO<br>TACHIKAWA CITY<br>TOKYO, 190-0003<br>JAPAN | | Claim Number: 6528<br>Claim Date: 06/14/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,800.00 | Scheduled: | $6,800.00 | |

---

| UNCLAIMED PROPERTY DIVISION DEPARTMENT<br>OF TREASURY<br>55 ELM STREET<br>HARTFORD, CT 06106 | | Claim Number: 2049<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00 UNLIQ | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | Claim Number: 3109 Claim Date: 05/26/2009 Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $242.57   UNLIQ |
|---|---|---|

---

| UNION BANK OF CALIFORNIA C/O JONES LANG LA SALLE AMERICAS IN ATTN  CORPORATE REAL ESTATE SRVCS PO BOX 45799 SAN FRANCISCO, CA 94145-0799 | Claim Number: 3686 Claim Date: 06/08/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET: 7426 (01/07/2011) THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| UNSECURED | Claimed: | $1,395.91 |
|---|---|---|

---

| UNISYS CORPORATION C/O DANA S. PLON, ESQUIRE SIRLIN GALLOGLY & LESSER, P.C. 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA, PA 19109 | Claim Number: 6465 Claim Date: 04/06/2010 Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $8,368.75 |
|---|---|---|
| UNSECURED | Claimed: | $1,588.90 |

---

| UNIVERSAL CITY STUDIOS PRODCUTIONS LLLP ATTN: SHARON J. GLANCZ 100 UNIVERSAL CITY PLAZA BLDG 1440, 32ND FL UNIVERSAL CITY, CA 91608 | Claim Number: 4674 Claim Date: 06/11/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET: 3191 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

| UNIVERSAL PRESS SYNDICATE PO BOX 419149 KANSAS CITY, MO 64141-9149 | Claim Number: 894 Claim Date: 04/06/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $78,272.36 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

| | | | | | | |
|---|---|---|---|---|---|---|
| UNTERMAN, E. THOMAS<br>1451 AMALFI DR<br>PACIFIC PALISADES, CA 90272 | | Claim Number: 3777<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $1,405,127.79 | Scheduled: | $958,608.42 UNLIQ | | |
| UNTERMAN, E. THOMAS<br>1451 AMALFI DR<br>PACIFIC PALISADES, CA 90272 | | Claim Number: 7023<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3777 | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |
| USA MOBILITY<br>3000 TECHNOLOGY DR STE 400<br>PLANO, TX 75074 | | Claim Number: 5663<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
| UNSECURED | Claimed: | $2,018.60 | Scheduled: | $1,568.60 | Allowed: | $1,568.60 |
| USA TODAY<br>ATTN: PETE GALLO<br>535 MADISON AVENUE, 27TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 286<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | | | |
| UNSECURED | Claimed: | $285,377.36 | Scheduled: | $9,431.99 | | |
| VALENTI, JOHN A. III<br>44-11 MACNISH STREET, APT 2G<br>ELMHURST, NY 11373 | | Claim Number: 5316<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

VALENTI, MICHAEL
400 TAMARAC DR
PASADENA, CA 91105

Claim Number: 3778
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,228,403.25 | Scheduled: | $1,133,110.51 |
|---|---|---|---|---|

VALUATION RESEARCH CORPORATION
500 5TH AVE
39TH FL
NEW YORK, NY 10110

Claim Number: 3969
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $100,000.00   UNLIQ |
|---|---|---|

VAN HORN, PHILIP D
9948 MARNICE AVE.
TUJUNGA, CA 91042

Claim Number: 5713
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $6,283.77 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

VAN NESS, SHAWNA
355 SOUTH WELLWOOD AVE.
LINDENHURST, NY 11757

Claim Number: 5070
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

VAN TATENHOVE, JAMES M.
8812 CANYON SPRINGS DRIVE
LAS VEGAS, NV 89117

Claim Number: 3291
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $23,458.50 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| VANN, BARNITA P. | | Claim Number: 5425 |
| PO BOX 359 | | Claim Date: 06/12/2009 |
| CHICAGO, IL 60690 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |
| | | DOCKET: 3011 (01/05/2010) |

| PRIORITY | Claimed: | $0.00  UNDET |
| SECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

---

| VAZOULAS, JEAN | | Claim Number: 3353 |
| 798 HIGHVIEW AVE | | Claim Date: 06/01/2009 |
| WESTBURY, NY 11590 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | Claim is for $440/week for life |

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |

---

| VELAPOLDI, FRANK M. | | Claim Number: 6051 |
| 24304 KINTAIL CT | | Claim Date: 07/09/2009 |
| PORT CHARLOTTE, FL 33980 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |
| | | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $10,149.60 |

---

| VERIZON | | Claim Number: 399 |
| AFNI/VERIZON EAST | | Claim Date: 01/28/2009 |
| PO BOX 3037 | | Debtor: TRIBUNE COMPANY |
| BLOOMINGTON, IL 61702-3037 | | Comments: EXPUNGED |
| | | DOCKET: 4417 (05/14/2010) |

| UNSECURED | Claimed: | $1,865.17 |

---

| VERIZON COMMUNICATIONS INC | | Claim Number: 4985 |
| DARRYL S. LADDIN, ESQ. | | Claim Date: 06/12/2009 |
| ARNALL GOLDEN GREGORY LLP | | Debtor: TRIBUNE COMPANY |
| 171  17TH STREET NW, SUITE 2100 | | Comments: EXPUNGED |
| ATLANTA, GA 30363-1031 | | DOCKET: 2668 (11/25/2009) |

| UNSECURED | Claimed: | $169,228.13 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | | |
|---|---|---|---|
| VERIZON COMMUNICATIONS INC<br>DARRYL S. LADDIN, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171  17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 | Claim Number: 6243<br>Claim Date: 09/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Replaces claim 399 & 4985 | | |

| UNSECURED | Claimed: | $66,261.65 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| VERIZON INC.<br>AFNI/VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL 61701 | Claim Number: 3630<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $2,636.03 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | Claim Number: 3308<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 262 | | |

| UNSECURED | Claimed: | $22,703.68 | Scheduled: | $22,703.68 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br>BLOOMINGTON, IL 61701 | Claim Number: 262<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) | | |

| UNSECURED | Claimed: | $100,544.88 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| VERTIS, INC.<br>HUSCH BLACKWELL SANDERS LLP<br>JOHN J. CRUCIANI<br>4801 MAIN STREET, SUITE 1000<br>KANSAS CITY, MO 64112 | Claim Number: 52<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

VIDA, HERBERT J.
1303 W. 214TH
TORRANCE, CA 90501

Claim Number: 3780
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $45,399.65 | | |
|---|---|---|---|---|

VITANOVEC, JOHN
1256 N. FOREST GLEN DRIVE
WINNETKA, IL 60093

Claim Number: 6851
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

VOLK, PHYLLIS
250 E. PEARSON ST.
SUITE 906
CHICAGO, IL 60611

Claim Number: 4641
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $6,180.00 | Scheduled: | $7,000.00 |
|---|---|---|---|---|

VON WEIDING, MARK, DBA PJT DELIVERY
SERVICE, INC.
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5859
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $140,753.78 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

WADA, KAREN
2215 SANTA ANITA
SIERRA MADRE, CA 91024

Claim Number: 3781
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $277,091.87 | Scheduled: | $108,100.00  UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| WADE, CLAUDIA A.<br>401 AUDRAINE DR.<br>GLENDALE, CA 91202 | | Claim Number: 3782<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|

---

| UNSECURED | Claimed: | $25,214.57 |
|---|---|---|

| WALCOTT, TENISHA<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4918<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
|---|---|---|

---

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| WALKER, CAROL<br>3561 W. HEMLOCK<br>OXNARD, CA 93035 | | Claim Number: 6601<br>Claim Date: 07/19/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6780<br>DOCKET: 8523 (03/30/2011) |
|---|---|---|

---

| UNSECURED | Claimed: | $65,000.00 |
|---|---|---|

| WALKER, CAROL<br>3561 W. HEMLOCK<br>OXNARD, CA 93035 | | Claim Number: 6786<br>Claim Date: 06/16/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 6601 |
|---|---|---|

---

| UNSECURED | Claimed: | $65,000.00 |
|---|---|---|

| WALKER, CAROL H.<br>3561 W. HEMLOCK<br>OXNARD, CA 93035 | | Claim Number: 7092<br>Claim Date: 01/09/2012<br>Debtor: TRIBUNE COMPANY |
|---|---|---|

---

| UNSECURED | Claimed: | $65,000.00   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| WALKER, KAROLYN M<br>1457 W. 37TH STREET<br>RIVIERA BEACH, FL 33404 | | Claim Number: 1332<br>Claim Date: 04/22/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7274 (12/22/2010) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $300.00 | | | |
| SECURED | Claimed: | $300.00 | | | |
| TOTAL | Claimed: | $300.00 | | | |
| WALL, ROBERT C. - IRA<br>15701 HEATHERGLEN DR<br>ORLAND PARK, IL 60462-2303 | | Claim Number: 5924<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $76,122.00 | | | |
| WALLACE, JAMES W.<br>5822 BRIARTREE DR<br>LA CANADA FLINT, CA 91011 | | Claim Number: 3783<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $319,337.67 | Scheduled: | $239,022.00 UNLIQ | |
| WALLACE, JAMES W.<br>5822 BRIARTREE DR<br>LA CANADA FLINTRIDGE, CA 91011 | | Claim Number: 7024<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3783 | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| WALLER, MARTA<br>10490 SANTA MONICA BLVD<br>LOS ANGELES, CA 90025-5033 | | Claim Number: 263<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11216 (03/22/2012) | | | |
| UNSECURED | Claimed: | $5,000,000.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| WALLER, MARTA | Claim Number: 4411 | | |
| GERALDINE WEISS, ESQ. | Claim Date: 06/10/2009 | | |
| LAW OFFICES OF MICHAEL J. PIUZE | Debtor: TRIBUNE COMPANY | | |
| 11755 WILSHIRE BOULEVARD, ST 1170 | Comments: EXPUNGED | | |
| LOS ANGELES, CA 90025 | DOCKET: 11216 (03/22/2012) | | |

| UNSECURED | Claimed: | $5,000,000.00 | |

---

| WALLER, MICHAEL E. | Claim Number: 3784 | | |
| 5 FULL SWEEP | Claim Date: 06/09/2009 | | |
| HILTON HEAD ISLAND, SC 29928 | Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $1,856,802.57 | Scheduled: | $1,236,765.00 UNLIQ |

---

| WALLER, MICHAEL E. | Claim Number: 6881 | | |
| 5 FULL SWEEP | Claim Date: 11/02/2011 | | |
| HILTON HEAD ISLAND, SC 29928 | Debtor: TRIBUNE COMPANY | | |
| | Comments: | | |
| | amends claim 3784 | | |

| UNSECURED | Claimed: | $0.00   UNDET | |

---

| WALLS, MARY LOU TTEE | Claim Number: 3367 | | |
| 10741 N. GREEN RIVER RD. | Claim Date: 06/01/2009 | | |
| EVANSVILLE, IN 47725 | Debtor: TRIBUNE COMPANY | | |
| | Comments: EXPUNGED | | |
| | DOCKET: 3013 (01/05/2010) | | |

| PRIORITY | Claimed: | $13,000.00 | |

---

| WALLS, THOMAS R. TTEE | Claim Number: 3366 | | |
| 10741 N. GREEN RIVER RD. | Claim Date: 06/01/2009 | | |
| EVANSVILLE, IN 47725 | Debtor: TRIBUNE COMPANY | | |
| | Comments: EXPUNGED | | |
| | DOCKET: 3013 (01/05/2010) | | |

| PRIORITY | Claimed: | $12,000.00 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

WALSH, CONSTANCE
430 S. WESTERN AVE.
UNIT 202
DES PLAINES, IL 60016

Claim Number: 2014
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 4891 (06/28/2010)

---

| UNSECURED | Claimed: | $2,090.83 | | |
|---|---|---|---|---|

WALTZ, KATHLEEN
3410 N. HIGHWAY A1A - # 801
FORT PIERCE, FL 34949

Claim Number: 6868
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

WANG, ZHONG
7312 RAINBOW DR
CUPERTINO, CA 95014

Claim Number: 6290
Claim Date: 10/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

---

| UNSECURED | Claimed: | $1,000.00 | | |
|---|---|---|---|---|

WANGBERG, LARRY
110 ELK VIEW DRIVE
HAILEY, ID 83333

Claim Number: 3785
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $403,201.80 | Scheduled: | $246,543.00  UNLIQ |
|---|---|---|---|---|

WANGBERG, LARRY W.
110 ELK VIEW DR.
HAILEY, ID 83333

Claim Number: 7025
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3785

---

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| WARD, ELEANORE P<br>186 OAK TREE RD<br>MOORESVILLE, NC 28117-5914 | Claim Number: 6546<br>Claim Date: 06/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $68.00 | Allowed: | $68.00 |
|---|---|---|---|---|---|---|

| WASHINGTON STATE DEPT OF REVENUE<br>ATTN: SUSAN ROLAND<br>2101 4TH AVE, SUITE 1400<br>SEATTLE, WA 98121-2300 | Claim Number: 5670<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $346.72 |
|---|---|---|

| WATER CLOSET MEDIA INC<br>1816 NE ALBERTA ST.<br>PORTLAND, OR 97211 | Claim Number: 876<br>Claim Date: 04/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9346 (06/24/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,500.00 |
|---|---|---|

| WATER DEPARTMENT OF PHILADELPHIA<br>C/O ASHLEY M. CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 | Claim Number: 6336<br>Claim Date: 11/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| SECURED | Claimed: | $134.80 |
|---|---|---|

| WEINBERG, JUDY<br>61 RIDGE ROAD<br>SMITHTOWN, NY 11787 | Claim Number: 5041<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | | | | |
|---|---|---|---|---|---|
| WEINSTEIN, HOWARD<br>12114 FAULKNER DR.<br>OWINGS MILLS, MD 21117 | | Claim Number: 3786<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $335,073.78 | Scheduled: | $7,415.37 UNLIQ |

---

| | | |
|---|---|---|
| WEINSTEIN, HOWARD<br>12114 FAULKNER DR.<br>OWINGS MILLS, MD 21117 | | Claim Number: 6905<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3786 |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| WEST EAST LIMITED PARTNERSHIP<br>C/O ITSKOWITCH<br>602 NORTH ALPINE DRIVE<br>BEVERLY HILLS, CA 90210 | | Claim Number: 6205<br>Claim Date: 09/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,149.60 |

---

| | | |
|---|---|---|
| WESTERN PREFERRED LIFE INSURANCE LTD.<br>PO BOX 26800<br>AUSTIN, TX 78755-0800 | | Claim Number: 5566<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $50,767.81 |

---

| | | |
|---|---|---|
| WHISLER, JACK<br>645 LINCOLN STREET<br>GLENVIEW, IL 60025 | | Claim Number: 7046<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

---

WHITE, MILES D.
C/O MATTHEW R. KIPP
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

Claim Number: 6847
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

WHITEHALL JEWELERS HOLDINGS, INC., ET AL
C/O ASK FINANCIAL LLP
2600 EAGAN WOODS DRIVE, SUITE 400
EAGAN, MN 55121

Claim Number: 6124
Claim Date: 07/17/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 11245 (03/28/2012)

| UNSECURED | Claimed: | $29,470.89 |
| --- | --- | --- |

WHITEHOUSE, BETH
12 VILLAS CIR
MELVILLE, NY 11747-3050

Claim Number: 5050
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

WIEGAND, WILLIAM
PO BOX 655
COUPEVILLE, WA 98239

Claim Number: 3787
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $348,721.05 | Scheduled: | $299,621.13 |
| --- | --- | --- | --- | --- |

WIEGAND, WILLIAM D.
P.O. BOX 655
COUPEVILLE, WA 98239

Claim Number: 7026
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3787

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | | | | |
|---|---|---|---|---|---|
| WILD, MARY A.<br>918 W. WOLFENSBERGER RD.<br>CASTLE ROCK, CO 80109-9631 | | Claim Number: 3788<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $36,816.87 | Scheduled: | $17,170.00 UNLIQ | |

| | | | | | |
|---|---|---|---|---|---|
| WILD, MARY A.<br>918 W. WOLFENSBERGER RD.<br>CASTLE ROCK, CO 80109-9631 | | Claim Number: 7027<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3788 | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |

| | | | | | |
|---|---|---|---|---|---|
| WILLCOX & SAVAGE PC<br>ATTORNEYS AT LAW<br>ATTN: CONRAD M. SHUMADINE, ESQUIRE<br>1800 BANK OF AMERICA CTR<br>NORFOLK, VA 23510-2197 | | Claim Number: 1502<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $728.09 | | | |

| | | | | | |
|---|---|---|---|---|---|
| WILLES, MARK H.<br>4343 SHEFFIELD DRIVE<br>PROVO, UT 84604 | | Claim Number: 3767<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $19,534,351.47 | Scheduled: | $14,482,661.38 UNLIQ | |

| | | | | | |
|---|---|---|---|---|---|
| WILLES, MARK H.<br>4343 SHEFFIELD DRIVE<br>PROVO, UT 84604 | | Claim Number: 7028<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3767 | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |

Alphabetical Claims Register for The Tribune Company (08-13141)

---

| WILLETTE, MARCIA, AS GUARDIAN AND | Claim Number: 6160 |
| NATURAL MOTHER OF ZACHERY MITZKOVITZ | Claim Date: 08/10/2009 |
| 69 PECAN RUN, STE 5623 | Debtor: TRIBUNE COMPANY |
| OCALA, FL 34472 | Comments: DOCKET: 4774 (06/14/2010) |

---

| UNSECURED | Claimed: | $111,043.24 |

| WILLIAMS, DAVID D. | Claim Number: 6858 |
| 415 S. GARFIELD | Claim Date: 11/01/2011 |
| HINSDALE, IL 60521 | Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $0.00   UNLIQ |

| WILLIAMS, JEFFREY LYNN | Claim Number: 5147 |
| 147 CHICHESTER RD. | Claim Date: 06/12/2009 |
| HUNTINGTON, NY 11743 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

---

| UNSECURED | Claimed: | $0.00   UNDET |

| WILLIAMS, LANCE | Claim Number: 584 |
| 2831 PRINCE ST. | Claim Date: 02/20/2009 |
| BERKELEY, CA 94705 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3803 (03/22/2010) |

---

| UNSECURED | Claimed: | $539.19 |

| WILLIAMS, PHILLIP L. | Claim Number: 3766 |
| 1156 AMALFI DR. | Claim Date: 06/09/2009 |
| PACIFIC PALISADES, CA 90272 | Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $572,842.71 | Scheduled: | $601,251.00 UNLIQ |

---

WILLIAMS, PHILLIP L.
1156 AMALFI DR.
PACIFIC PALISADES, CA 90272

Claim Number: 7029
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3766

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

WILLIAMS, ROGER D.
48 FELLSMERE ST.
SPRINGFIELD, MA 01119

Claim Number: 7083
Claim Date: 12/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

WILLIAMS, ROGER D.
48 FELLSMERE ST.
SPRINGFIELD, MA 01119

Claim Number: 7087
Claim Date: 12/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

WILLIAMS, SOPHONIE
350 WEST JAMAICA AVE
VALLEY STREAM, NY 11580

Claim Number: 5148
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

WILMINGTON TRUST CORPORATION,
AS INDENTURE TRUSTEE
C/O PATRICK J. HEALY, VP
1100 NORTH MARKET ST - RODNEY SQ NORTH
WILMINGTON, DE 19890

Claim Number: 3523
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,196,823,429.80 UNLIQ | Scheduled: | $758,871,303.23 UNLIQ |
| --- | --- | --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

WILSHIRE CLASSIFIEDS LLC
C/O TARGET MEDIA PARTNERS DC, LLC
5900 WILSHIRE BLVD STE 550
LOS ANGELES, CA 90036

Claim Number: 4333
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $1,700,000.00 UNLIQ | |
| UNSECURED | Claimed: | $1,300,000.00 UNLIQ | |

---

WILSON, DONALD N., ESQ.
MURRAY, JENSEN & WILSON, ESQ.
101 N. WACKER DR, SUITE 101
CHICAGO, IL 60606

Claim Number: 4656
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,812.40 | Scheduled: $13,401.20 |

---

WILSON, HAZEL E.
21712 LANAR
MISSION VIEJO, CA 92692

Claim Number: 3765
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $26,114.05 |

---

WILSON, HAZEL E.
21712 LANAR
MISSION VIEJO, CA 92692

Claim Number: 7030
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3765

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

WILSON, JULIA C.
1872 8TH AVE.
SACRAMENTO, CA 95818

Claim Number: 3764
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $219,353.70 | Scheduled: $188,302.12 UNLIQ |

---

---

WILSON, JULIA C.
1872 8TH AVE.
SACRAMENTO, CA 95818

Claim Number: 6948
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3764

---

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

WILSON, ROBERT M.
3556 HAMPSHIRE DR.
BIRMINGHAM, AL 35223

Claim Number: 5878
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $5,074.80 |
|---|---|---|

WINKLER, LEE B., IRA ROLLOVER
15250 VENTURA BLVD
SUITE 710
SHERMAN OAKS, CA 91403

Claim Number: 6513
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

---

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $50,000.00 |

WINTERS, CARLYLE
2205 BELLEAIR ROAD
APT. A25
CLEARWATER, FL 33764-2765

Claim Number: 2805
Claim Date: 05/14/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

---

| UNSECURED | Claimed: | $10,000.00 UNLIQ |
|---|---|---|

WISS JANNEY ELSTNER ASSOCIATES
330 PFINGSTEN RD
NORTHBROOK, IL 60062

Claim Number: 1428
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

WOLDT, HAROLD F. JR.
6059 WEEPING BANYAN LANE
WOODLAND HILLS, CA 91367

Claim Number: 3763
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $35,533.16 | Scheduled: | $21,697.00 UNLIQ |
|---|---|---|---|---|

WOLDT, HAROLD F., JR.
6059 WEEPING BANYAN LANE
WOODLAND HILLS, CA 91367

Claim Number: 7036
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3763

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

WOLFSON, DOUGLAS S
11 CROFT PL
HUNTINGTON, NY 11743

Claim Number: 5090
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

WOLFSON, JAYNE H.
11 CROFT PL.
HUNTINGTON, NY 11743

Claim Number: 5045
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

WOLINSKY, LEO
8550 HOLLYWOOD BLVD.
LOS ANGELES, CA 90069

Claim Number: 3762
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $606,750.39 | Scheduled: | $432,772.56 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

WOLLNEY, JOHN
318 50TH PLACE
WESTERN SPRINGS, IL 60558

Claim Number: 7045
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

WOOD, JIM - AUDITOR OF STATE
UNCLAIMED PROPERTY DIVISION
PO BOX 251920
LITTLE ROCK, AR 72225-1920

Claim Number: 5866
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $0.00 UNDET |
| --- | --- | --- |

WOODFIELD MALL LLC, A DELAWARE LLC
ANDREW S. CONWAY
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

Claim Number: 1393
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 11789 (06/11/2012)

---

| ADMINISTRATIVE | Claimed: | $341,936.00 |
| --- | --- | --- |

WRIGHT, DONALD F.
P.O. BOX 842
TESUQUE, NM 87574

Claim Number: 3761
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $2,713,574.92 | Scheduled: | $1,929,418.00 UNLIQ |
| --- | --- | --- | --- | --- |

WRIGHT, DONALD F.
P.O. BOX 842
TESUQUE, NM 87574

Claim Number: 6949
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3761

---

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

WRIGHT, JULIE A
1990 MT. SHASTA DRIVE
SAN PEDRO, CA 90732

Claim Number: 6030
Claim Date: 07/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

WTOP-FM RADIO
C/O SZABO ASSOCIATES, INC.
3355 LENOX ROAD NE, 9TH FLOOR
ATLANTA, GA 30326

Claim Number: 763
Claim Date: 03/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $49,026.30 | | |
|---|---|---|---|---|

XANDERS, JULIE
1720 HIGHLAND AVENUE
GLENDALE, CA 91202

Claim Number: 4602
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $389.99 | Scheduled: | $389.99 |
|---|---|---|---|---|

XANDERS, JULIE
1720 HIGHLAND AVENUE
GLENDALE, CA 91202

Claim Number: 4603
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,815.00 | Scheduled: | $9,815.00  UNLIQ |
|---|---|---|---|---|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-01
Claim Date: 02/04/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $71,001.06 | Scheduled: | $1,724.12 | Allowed: | $71,001.06 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

XEROX CORP.
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 409
Claim Date: 02/03/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,847,137.05 |

---

YAGED, MARTIN
11 APPALOOSA DR.
MANALAPAN, NJ 07726

Claim Number: 3004
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $15,000.00 |
| UNSECURED | Claimed: | $0.00 |

---

YAHOO! INC.
LAWRENCE SCHWAB/THOMAS GAA
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL  SUITE 300
PALO ALTO, CA 94306

Claim Number: 4356
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,924.12 |
| UNSECURED | Claimed: | $10,075.52 |

---

YAN, ELLEN
#B1405
61-20 GRAND CENTRAL PKWY
FOREST HILLS, NY 11375

Claim Number: 5319
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

YEAGER, ROBERT B.
1672 RICHLAND RD
SPRING VALLEY, OH 45370

Claim Number: 6272
Claim Date: 10/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $50,186.41 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                    Date: 06/12/2012
Alphabetical Claims Register for The Tribune Company (08-13141)

---

YELLOWBRIX INC                          Claim Number: 3409
200 N GLEBE RD STE 1025                 Claim Date: 06/02/2009
ARLINGTON, VA 22203-3759                Debtor: TRIBUNE COMPANY

---

UNSECURED          Claimed:            $6,856.85          Scheduled:          $6,856.85

YIELD STRATEGIES FUND I, LP             Claim Number: 1324
DEREK C. ABBOTT, ESQ.                   Claim Date: 04/22/2009
MORRIS, NICHOLS, ARSHT & TUNNELL LLP    Debtor: TRIBUNE COMPANY
1201 N. MARKET ST., P.O. BOX 1347       Comments: EXPUNGED
WILMINGTON, DE 19899                    DOCKET: 4405 (05/14/2010)

---

UNSECURED          Claimed:            $664,066.42   UNLIQ

YIELD STRATEGIES FUND II, LP            Claim Number: 1327
DEREK C. ABBOTT, ESQ.                   Claim Date: 04/22/2009
MORRIS, NICHOLS, ARSHT & TUNNELL LLP    Debtor: TRIBUNE COMPANY
1201 N. MARKET ST., P.O. BOX 1347       Comments: EXPUNGED
WILMINGTON, DE 19899                    DOCKET: 4405 (05/14/2010)

---

UNSECURED          Claimed:            $226,951.20   UNLIQ

YOON, JOSEPH                            Claim Number: 6510
206 NORTHSHORE XING                     Claim Date: 06/03/2010
DALLAS, GA 30157-1641                   Debtor: TRIBUNE COMPANY

---

UNSECURED          Claimed:            $68.00             Scheduled:          $68.00

YOST, WILLIAM                                    Claim Number: 5659
JAMES SORENSON, ESQ. AND D. TYLER VAN            Claim Date: 06/05/2009
LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.           Debtor: TRIBUNE COMPANY
PO BOX 4128                                      Comments: DOCKET: 5914 (07/21/2011)
TALLAHASSEE, FL 32315-4128                       THIS CLAIM HAS BEEN SATISFIED

---

UNSECURED          Claimed:            $45,602.93

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| | | | | |
|---|---|---|---|---|
| YOST, WILLIAM<br>JAMES SORENSON, ESQ. AND D. TYLER VAN<br>LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 5660<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |

| UNSECURED | Claimed: | $9,444.35 | | |
|---|---|---|---|---|

| YOUNG, JOHN W.<br>88 PACE DR S<br>WEST ISLIP, NY 11795-5100 | Claim Number: 3760<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $73,452.93 | Scheduled: | $25,263.00 UNLIQ |
|---|---|---|---|---|

| YOUNG, JOHN W.<br>88 PACE DR S<br>WEST ISLIP, NY 11795 | Claim Number: 7037<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3760 | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| YOUNG, SOMMER, WARD, RITZENBERG, BAKER<br>& MOORE LLC<br>5 PALISADES DRIVE, SUITE 300<br>ALBANY, NY 12205 | Claim Number: 1698<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $1,307.00 | | |
|---|---|---|---|---|

| YOUNGMAN, OWEN<br>40 KENMORE AVE.<br>DEERFIELD, IL 60015 | Claim Number: 3026<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $379.97 | Scheduled: | $379.97 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

YOUNGMAN, OWEN R.
40 KENMORE AVENUE
DEERFIELD, IL 60015

Claim Number: 7044
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

ZAKARIAN, JOHN J.
656 RIDGE RD
WETHERSFIELD, CT 06109

Claim Number: 3757
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $295,629.56 | Scheduled: | $272,696.25 |
|---|---|---|---|---|

ZAKARIAN, JOHN J.
656 RIDGE RD
WETHERSFIELD, CT 06109

Claim Number: 6897
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3757

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

ZAPANTA, NORENE
53 OVERLOOK DR.
NEWPORT COAST, CA 92657

Claim Number: 3758
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,482.47 | Scheduled: | $10,591.72 |
|---|---|---|---|---|

ZAPANTA, NORENE
(TRUSTEE FOR DR. EDWARD ZAPANTA TRUST)
53 OVERLOOK DR.
NEWPORT COAST, CA 92657

Claim Number: 7042
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3758

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

| ZEEK FAMILY TRUST<br>575 GOLDEN HAWK DR<br>PRESCOTT, AZ 86301 | Claim Number: 5798<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $71,046.20 |
|---|---|---|

| ZEITLIN, ERICA<br>2662 S. BARRINGTON AVE.<br>LOS ANGELES, CA 90064 | Claim Number: 6638<br>Claim Date: 08/12/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| PRIORITY | Claimed: | $3,405.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1,956.17 |

| ZELENKA, JOHN E.<br>56 WAVERLY AVENUE<br>CLARENDON HILLS, IL 60514 | Claim Number: 6835<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZEP MANUFACTURING COMPANY<br>ENGEL, HAIRSTON & JOHANSON, P.C.<br>ATTN: JONATHAN E. RAULSTON<br>P.O. BOX 11405<br>BIRMINGHAM, AL 35202 | Claim Number: 2258<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $506.04 |
|---|---|---|

| ZERWEKH, JAMES D<br>401 CLEARWATER DR<br>PONTE VEDRA, FL 32082-4176 | Claim Number: 6083<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $453.59 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $453.59 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

---

| ZEZIMA, GERALD R. JR. | | Claim Number: 5057 |
| 101 WEDGEWOOD DR. | | Claim Date: 06/12/2009 |
| CORAM, NY 11727 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| ZIMBALIST, EFREM III | | Claim Number: 3759 |
| 216 FIRST ST. | | Claim Date: 06/09/2009 |
| MANHATTAN BEACH, CA 90266 | | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $2,206,657.73 | Scheduled: | $1,070,690.00  UNLIQ |

---

| ZIMBALIST, EFREM, III | | Claim Number: 7031 |
| 216 FIRST ST. | | Claim Date: 11/02/2011 |
| MANHATTAN BEACH, CA 90266 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | amends claim 3759 |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| ZOLNIER, EDWIN | | Claim Number: 2946 |
| 10 SOUTH ST UNIT 18 | | Claim Date: 05/18/2009 |
| DANBURY, CT 06810-3100 | | Debtor: TRIBUNE COMPANY |

| SECURED | Claimed: | $1,096.18 |

---

| ZULKIE PARTNERS LLC | | Claim Number: 2769 |
| 135 S LA SALLE ST STE 3425 | | Claim Date: 05/14/2009 |
| CHICAGO, IL 60603-4113 | | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $260.00 | Scheduled: | $260.00 |

---

Epiq Bankruptcy Solutions, LLC

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5457<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 102 |

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 102<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/12/2012

## Summary Page

Total Number of Filed Claims:          1722

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $799,944,575.08 | $99,098.38 |
| Priority: | $867,045,240.82 | $6,355,300.00 |
| Secured: | $18,931,701,651.70 | $0.00 |
| Unsecured: | $94,940,638,996.59 | $1,042,528.85 |
| Total: | $115,539,330,464.19 | $7,496,927.23 |