IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | ) ) Jointly Administered |
| Debtors. | ) |

---

**NOTICE OF TELEPHONIC STATUS CONFERENCE
SCHEDULED FOR JUNE 21, 2012 AT 2:00 P.M.
BEFORE THE HONORABLE KEVIN J. CAREY**

**PLEASE TAKE NOTICE** that the Honorable Kevin J. Carey, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801, has scheduled a telephonic status conference for **Thursday, June 21, 2012 at 2:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any party who wishes to participate in the telephonic status conference must register with CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946) **no later than 1:00 p.m. (Eastern Time) on June 21, 2012.**

Dated:  Wilmington, Delaware
        June 21, 2012

ASHBY & GEDDES, P.A.

_/s/ Amanda Winfree_
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

-and-

{00644336;v1 }

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Daniel H. Golden
David M. Zensky
Phil Dublin
Deborah Newman
One Bryant Park
New York, NY  10036
212-872-1000

*Attorneys for Aurelius Capital Management, LP*