# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Insurance Counseling – 00005 | 77.90 | $39,063.00 |
| Marsh - 00008 | .80 | $286.00 |
| Fee Applications – 00009 | 9.10 | $3,838.00 |
| **TOTAL:** | **87.80** | **$43,187.00** |

US_ACTIVE-109396293.1-JCFALGOW

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM APRIL 1, 2012 THROUGH APRIL 30, 2012**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $590.00 | 14.10 | $8,319.00 |
| Walker-Bright, Paul R. | Partner. Joined firm in 2008. Member of IL bar since 1994. | $560.00 | 9.40 | $5,264.00 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003 | $550.00 | 6.50 | $3,575.00 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL bar since 2002. | $480.00 | 29.00 | $13,920.00 |
| Yassemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 | 25.50 | $11,475.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $350.00 | .40 | $140.00 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $180.00 | 2.20 | $396.00 |
| Somoza, Silvia | Paralegal. Joined firm in 2007. | $140.00 | .70 | $98.00 |
| **Grand Total:** | | | 87.80 | $43,187.00 |
| Blended Rate: | | | | $491.88 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $502.86 |

US_ACTIVE-109396293.1-JCFALGOW

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2269698
Invoice Date: May 23, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through April 30, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Insurance Counseling 503842.00005 | $19,177.00 | $0.00 | $19,177.00 |
| RE: Marsh 503842.00008 | $286.00 | $0.00 | $286.00 |
| **Current Invoice Total:** | **$19,463.00** | **$0.00** | **$19,463.00** |

| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Insurance Counseling 503842.00005 | $19,886.00 | $11.51 | $19,897.51 |
| RE: Fee Applications 503842.00009 | $3,838.00 | $187.05 | $4,025.05 |
| RE: HR Investigation 503842.00011 | $0.00 | $60,797.18 | $60,797.18 |
| **Current Invoice Total:** | **$23,724.00** | **$60,995.74** | **$84,719.74** |

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2269698)

## NON-BANKRUPTCY/REORGANIZATION
### RE:    Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/05/12 | PRW | Reviewed and revised proposed terms and conditions for workers compensation review and prepared e-mail to client regarding same. | 1.20 |
| 04/09/12 | A.Y. | Drafted template notice letter to carriers regarding environmental claim. | 0.80 |
| 04/09/12 | PRW | Reviewed draft of notice letter to historic liability insurers regarding USEPA request for information concerning environmental claim. | 0.30 |
| 04/10/12 | PRW | Reviewed workers compensation policy regarding coverage for third party claim and e-mailed client regarding same. | 0.40 |
| 04/12/12 | JDS | Analyzed insurer denial of coverage letter regarding California class action suit (.4); analyzed emails from and telephone conference with client regarding issues involving contractual insurance requirements for vendor (.2). | 0.60 |
| 04/13/12 | PRW | Conferred with client regarding insurance coverage for class action suit. | 0.60 |
| 04/13/12 | JDS | Analyzed issues regarding insurance coverage for California class action lawsuit and telephone conference with client regarding same (.9); analyzed insurance requirements of vendor contract, prepared proposed additional language regarding same and emailed client regarding same (.5). | 1.40 |
| 04/17/12 | A.Y. | Reviewed and analyzed insurance policies potentially responding to environmental claim (1.8); revised draft letter notifying insurers of environmental claim (.20). | 2.00 |
| 04/17/12 | PRW | Reviewed revised draft of letter to insurers regarding EPA request for information concerning environmental claim and prepared e-mail to client sending same. | 0.20 |
| 04/18/12 | A.Y. | Reviewed excess/umbrella policies for potential coverage for class action suit. | 1.50 |
| 04/18/12 | PRW | Conferred with J. Shugrue regarding review of Tribune umbrella policies in connection with class action. | 0.20 |
| 04/18/12 | JDS | Analyzed emails from client regarding insurance policies to be reviewed in connection with underlying class action suit. | 0.20 |
| 04/23/12 | A.Y. | Identified insurer contacts and analyzed notice process and procedure for environmental claim. | 5.30 |
| 04/24/12 | A.Y. | Drafted and prepared notice letters for environmental claim for each relevant insurer. | 2.80 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/25/12 | A.Y. | Email correspondence with P. Walker-Bright regarding notice of class action (.2); email correspondence P. Walker-Bright regarding notice of environmental claim (.2); drafted notice letters regarding environmental claim (.7); drafted environmental claim notice letters (1.8); reviewed excess and umbrella policies for potential class action suit coverage (3.7). | 6.60 |
| 04/25/12 | JDS | Analyzed and exchanged emails with client, P. Walker-Bright and L. Raines regarding insurance notice issues regarding third party class action lawsuit. | 0.20 |
| 04/26/12 | LJR | Communications with J. Shugrue and P. Walker-Bright regarding preparation of notice for class action suit. | 0.30 |
| 04/26/12 | A.Y. | Drafted memorandum summarizing results of coverage review regarding class action suit. | 3.30 |
| 04/27/12 | LJR | Reviewed and analyzed prior notice correspondence and communications regarding class action suit. | 0.60 |
| 04/27/12 | PRW | Conferred with J. Shugrue regarding providing opinion on coverage for third party lawsuit. | 0.20 |
| 04/27/12 | JDS | Analyzed issues regarding insurer correspondence regarding third-party suit and telephone conference with client regarding same. | 0.60 |
| 04/30/12 | A.Y. | Legal research regarding "invasion of privacy" claims in connection with insurance claim for class action lawsuit. | 3.20 |
| 04/30/12 | PRW | Reviewed second amended complaint in third party lawsuit, liability policy and insurer letter regarding coverage for lawsuit. | 4.20 |
| 04/30/12 | PRW | Reviewed memorandum regarding coverage for class action under umbrella/excess policies (0.2); reviewed excess liability policies regarding coverage for class action suit (0.8); prepared e-mails to client regarding coverage for class action suit (0.7); prepared draft notice to insurer for class action (0.4). | 2.10 |
| 04/30/12 | JDS | Analyzed potential for insurance coverage for third party suit and emails with client, P. Walker-Bright and A. Yassemedis regarding same. | 0.40 |

|   |   |
|---|---|
| TOTAL FEES: | $19,177.00 |
| Fees & Disbursements | $19,177.00 |

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Insurance Counseling

| ID   | Names              | Hours | Rate   | Amount      |
|------|--------------------|-------|--------|-------------|
| JDS  | J.D. Shugrue       | 3.40  | 590.00 | $2,006.00   |
| PRW  | P.R. Walker-Bright | 9.40  | 560.00 | $5,264.00   |
| LJR  | L.J. Raines        | 0.90  | 480.00 | $432.00     |
| A.Y. | A. Yassemedis      | 25.50 | 450.00 | $11,475.00  |
|      |                    | 39.20 |        | $19,177.00  |

## NON-BANKRUPTCY/REORGANIZATION
RE:    Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/04/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 04/12/12 | DR | Corresponded with Marsh's counsel, J. Shugrue and client regarding most recent reimbursement request. | 0.40 |
| 04/12/12 | JDS | Analyzed and exchanged emails with client, D. Rosenfield regarding Marsh inquiry regarding submission pursuant to prior settlement agreement. | 0.20 |

|  |  | TOTAL FEES: | $286.00 |
|---|---|---|---|
|  |  | Fees & Disbursements | $286.00 |

## NON-BANKRUPTCY/REORGANIZATION
Fee Summary: Marsh

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.20 | 590.00 | 118.00 |
| DR | D. Rosenfield | 0.40 | 350.00 | 140.00 |
| SS | S. Somoza | 0.20 | 140.00 | 28.00 |
|  |  | 0.80 |  | 286.00 |

**BANKRUPTCY/REORGANIZATION**
**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/02/12 | LJR | Further review and analysis of fee auditor report (.4); drafted exhibits to response to fee auditor report (1.9); reviewed and edited exhibits (.6); further review and analysis of draft response to fee auditor report and revisions to same (.6); emailed J. Shugrue regarding latest draft of response and exhibits and issues to finalize same (.5). | 4.00 |
| 04/02/12 | JDS | Analyzed issues regarding Fee Examiner report and response to same. | 0.20 |
| 04/03/12 | LJR | Reviewed and analyzed updated draft response to fee auditor's report and made final revisions to same. | 0.90 |
| 04/03/12 | JDS | Revised, finalized and transmitted email to Fee Examiner regarding 9th Interim Fee Application (.5); analyzed schedule regarding Fee Examiner report on 10th Interim Fee Application (.2). | 0.70 |
| 04/04/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 04/16/12 | LL | Email correspondence to J. Shugrue regarding response deadline to auditor report for 9th Interim (.2); drafted RS's 38th Monthly Fee Application (.8). | 1.00 |
| 04/25/12 | LL | Organized materials for and prepared RS's 38th Monthly Fee Application. | 1.00 |
| 04/25/12 | JDS | Analyzed Court Order regarding 8th Interim Fee Applications. | 0.20 |
| 04/27/12 | JDS | Drafted material for inclusion in 39th Monthly Fee Application. | 0.50 |
| 04/30/12 | LL | Analyzed correspondence from J. Shugrue regarding RS's 39th Monthly Fee Application. | 0.20 |
| 04/30/12 | JDS | Analyzed schedule for receiving and responding to Fee Examiner questions/comments on 9th and 10th Interim Fee Applications. | 0.20 |

TOTAL FEES:             $3,838.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 04/30/2012 | Duplicating/Printing/Scanning | 2.80 |
| 04/30/2012 | Outside Duplicating | 184.25 |
| | Total Disbursements | 187.05 |
| | Fees & Disbursements | $4,025.05 |

## BANKRUPTCY/REORGANIZATION
### Fee Summary: Fee Applications

| ID  | Names        | Hours | Rate   | Amount   |
|-----|--------------|-------|--------|----------|
| JDS | J.D. Shugrue | 1.80  | 590.00 | 1,062.00 |
| LJR | L.J. Raines  | 4.90  | 480.00 | 2,352.00 |
| SS  | S. Somoza    | 0.20  | 140.00 | 28.00    |
| LL  | L. Lankford  | 2.20  | 180.00 | 396.00   |
|     |              | 9.10  |        | 3,838.00 |

**BANKRUPTCY/REORGANIZATION**
**RE:   HR Investigation**

### CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 04/30/2012 | Electronically Stored Information -- Retrieval/Storage of emails by client-approved vendor in connection with review of documents related to HR Investigation matter. | 60,797.18 |
| | Total Disbursements | 60,797.18 |
| | Fees & Disbursements | $60,797.18 |

## BANKRUPTCY/REORGANIZATION
### RE: Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
| --- | --- | --- | --- |
| 04/02/12 | LJR | Reviewed correspondence received from client related to defense costs information for preference lawsuits and follow up items with insurance carriers with respect to same (.3); reviewed prior carrier communications related to preference actions and coverage for same (.4). | 0.70 |
| 04/03/12 | LJR | Reviewed correspondence received from excess carriers in connection with various pending claims and analyzed additional action in connection with same (2.1); emailed client and ERISA attorneys regarding drafting of notice letter to carriers in connection with coverage for Deutsche Bank lawsuit (.4). | 2.50 |
| 04/04/12 | LJR | Further review and analysis of coverage correspondence received in connection with FitzSimons lawsuit (.8); responded to inquiry received from bankruptcy counsel in connection with FitzSimons lawsuit and response to same (.6); analyzed defense costs information received from defense counsel in connection with preference and fraudulent conveyance lawsuits (1.3); further communications with defense counsel regarding questions related to defense costs information regarding Preference Actions (.4). | 3.10 |
| 04/04/12 | LJR | Communications with client and ERISA counsel regarding further review and analysis of coverage for Deutsche Bank lawsuit. | 0.30 |
| 04/04/12 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 04/04/12 | JDS | Analyzed Preference Action coverage claim issues (.5); analyzed FitzSimons action coverage claim issues and next steps (.2). | 0.70 |
| 04/05/12 | LJR | Emailed client in connection with inquiry received from defense counsel for individual defendant in shareholder fraudulent conveyance actions and proposed response to same (.8); reviewed communications from client related to same (.2); further review and analysis of coverage correspondence related to fraudulent conveyance actions and communications with J. Shugrue related to defense counsel inquiry and response to same (.3). | 1.30 |
| 04/09/12 | AJM | Communications with L. Raines regarding fiduciary liability issues with respect to fraudulent transfer lawsuits against ERISA Plans. | 0.30 |
| 04/09/12 | JDS | Analyzed and evaluated insurance claim issues concerning Preference Actions. | 0.20 |

**INVOICE IS PAYABLE UPON RECEIPT**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/10/12 | LJR | Reviewed and analyzed Deutsche Bank lawsuit, insurance policies and correspondence related to same in preparation for call with client and ERISA counsel (1.7); conference call with client and ERISA counsel to discuss Deutsche Bank lawsuit and coverage for same (.8); emailed client and ERISA counsel regarding certain policy terms (.7); reviewed and analyzed supplemental coverage correspondence from insurer regarding coverage for preference lawsuits and circulated same to client (.7); reviewed and analyzed defense counsel spreadsheet of defense costs information and identified discrepancies and issues related to same (1.4); emailed defense counsel regarding issues and questions with defense costs spreadsheet and need for follow up with respect to same (1.1). | 6.40 |
| 04/10/12 | AJM | Communications with L. Raines regarding fiduciary liability issues with respect to fraudulent transfer lawsuits against ERISA Plans (.3); reviewed and analyzed representative fraudulent transfer complaints, liability policies and research regarding same (3.7); teleconference with client representatives, defense counsel and L. Raines to discuss potential coverage and strategic issues related to fraudulent transfer lawsuits against ERISA Plans (.8). | 4.80 |
| 04/10/12 | JDS | Analyzed emails from client, L. Raines regarding consideration and evaluation of insurance claim issues regarding fraudulent conveyance lawsuits. | 0.20 |
| 04/11/12 | JDS | Analyzed letter from insurer counsel reiterating denial of coverage for Preference Actions. | 0.20 |
| 04/12/12 | LJR | Reviewed and analyzed materials from Deutsche Bank lawsuit (.3); drafted supplemental notice letters to carriers regarding the Deutsche Bank lawsuit (1.6); reviewed and analyzed notes from conference call with client and ERISA counsel and emailed J. Shugrue comments and follow up tasks with respect to same (.4). | 2.30 |
| 04/12/12 | AJM | Analyzed correspondence from L. Raines regarding notices to FLI carriers regarding fraudulent transfer litigation. | 0.10 |
| 04/12/12 | JDS | Analyzed and exchanged emails with client regarding insurance coverage issues pertaining to Preference Actions. | 0.20 |
| 04/13/12 | AJM | Reviewed correspondence to client representative from L. Raines regarding notices to carriers regarding fraudulent transfer litigation. | 0.10 |

**INVOICE IS PAYABLE UPON RECEIPT**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/13/12 | JDS | Prepared for, telephone conference with client regarding insurance coverage issues and possible options regarding Preference Actions (.6); telephone conference with counsel for individual defendants regarding insurance coverage issues and possible options regarding Preference Actions (.2); emails with client, L. Raines regarding insurance coverage issues regarding fraudulent conveyance actions (.3). | 1.10 |
| 04/15/12 | JDS | Analyzed and revised draft notice correspondence to insurers regarding recently filed amended complaint in third-party action (.3); analyzed draft agreement regarding defense of underlying suits and provided comment to bankruptcy/defense counsel regarding same (.5); analyzed recent 7th Circuit decision for possible implications for Tribune insurance claims (.3). | 1.10 |
| 04/16/12 | LJR | Reviewed and analyzed J. Shugrue comments to draft notice correspondence for fraudulent conveyance actions and revised draft notice correspondence in connection with same (1.1); reviewed and analyzed correspondence related to defense agreement for underlying lawsuits (.2); reviewed and analyzed prior correspondence related to fraudulent conveyance actions and prepared email to individual defense counsel regarding same (.8); additional communications with individual defense counsel regarding fraudulent conveyance actions and status of same (.4); communications with individual defense counsel regarding defense costs information and discrepancies in totals related to same (.3); emailed client regarding status of updated defense costs information from defense counsel for individual defendants (.3). | 3.10 |
| 04/16/12 | AJM | Reviewed email from L. Raines regarding litigation against ERISA Plans, coverage issues (.1); reviewed proposed correspondence to insurance carriers regarding same (.1). | 0.20 |
| 04/17/12 | JDS | Analyzed emails with defense counsel for individual insured, L. Raines regarding insurance issues pertaining to fraudulent conveyance actions. | 0.30 |
| 04/18/12 | LJR | Reviewed correspondence from J. Shugrue regarding input from ERISA counsel in connection with draft letters regarding fraudulent conveyance actions (.1); reviewed correspondence and comments from ERISA counsel in connection with draft letter (.3). | 0.40 |
| 04/18/12 | AJM | Reviewed comments on proposed insurance correspondence from bankruptcy counsel. | 0.10 |

**INVOICE IS PAYABLE UPON RECEIPT**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/18/12 | JDS | Telephone conference with bankruptcy and defense counsel regarding insurance coverage issues related to fraudulent conveyance actions (.5); emails with bankruptcy and defense counsel and with client regarding draft letter to liability insurers regarding fraudulent conveyance actions (.2). | 0.70 |
| 04/19/12 | LJR | Reviewed and analyzed ERISA counsel comments to draft notice letter and J. Shugrue comments regarding same (.4); created redline draft of notice letter and emailed J. Shugrue comments regarding proposed changes and next steps with respect to notice letter (.4). | 0.80 |
| 04/19/12 | JDS | Analyzed and exchanged emails with client regarding insurance coverage issues relating to Preference Actions. | 0.20 |
| 04/22/12 | JDS | Analyzed and exchanged emails with counsel for individual insured, L. Raines regarding inquiry concerning insurance claims issues. | 0.30 |
| 04/23/12 | LJR | Analyzed issues and necessary follow up regarding call from defense counsel for shareholder fraudulent conveyance lawsuit and follow up on fraudulent conveyance correspondence (.3); emails with client and ERISA counsel regarding distribution of carrier correspondence to defendants (.5); emailed defense counsel representatives regarding recent correspondence received from carrier in connection with Preference lawsuits (.4). | 1.20 |
| 04/23/12 | JDS | Analyzed insurer claim denial correspondence. | 0.30 |
| 04/24/12 | LJR | Communications with J. Shugrue regarding draft notice letters for Deutsche Bank lawsuit including follow up with client and ERISA counsel with respect to same. | 0.30 |
| 04/24/12 | JDS | Analyzed revised draft agreement regarding defense of certain third party claims and prepared email to bankruptcy counsel regarding same (.6); analyzed and exchanged emails with client, L. Raines regarding draft correspondence to insurers regarding third party suits (.2); telephone conference with counsel for individual insured regarding insurance claim status and issues related to third party suits against individual insured (.3). | 1.10 |
| 04/25/12 | LJR | Reviewed and analyzed draft notice letters to carriers regarding Deutsche Bank lawsuit and finalized updated drafts (.4); emailed client and ERISA counsel regarding finalized draft and comments on same (.4). | 0.80 |
| 04/25/12 | AJM | Reviewed email from defense counsel regarding comments on proposed correspondence to carriers regarding fraudulent transfer litigation. | 0.20 |

**INVOICE IS PAYABLE UPON RECEIPT**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/25/12 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel regarding draft claim correspondence to insurer regarding third party suits. | 0.20 |
| 04/26/12 | JDS | Analyzed emails from client regarding insurer correspondence regarding underlying third party lawsuit. | 0.20 |
| 04/27/12 | AJM | Reviewed email from J. Shugrue regarding coverage issues with respect to potential litigation trust (.2); telephone call with J. Shugrue regarding same (.2). | 0.40 |
| 04/27/12 | JDS | Analyzed insurance issues related to Litigation Trust and prepared email to bankruptcy counsel regarding same. | 0.90 |
| 04/30/12 | AJM | Analyzed email messages from client representatives, J. Shugrue and L. Raines regarding Litigation Trust issues and related coverage issues under insurance coverages. | 0.30 |
| 04/30/12 | JDS | Telephone conference with bankruptcy counsel regarding proposed agreement relating to pending litigation of third party claims. | 0.80 |

TOTAL FEES:    $19,886.00

### CURRENT DISBURSEMENTS

| 04/30/2012 | Duplicating/Printing/Scanning | | 0.40 |
|---|---|---|---|
| 04/30/2012 | Telephone – Outside | | 11.11 |
| | | Total Disbursements | $11.51 |

Fees & Disbursements    $19,897.51

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 8.70 | 590.00 | $5,133.00 |
| AJM | A.J. Moss | 6.50 | 550.00 | $3,575.00 |
| LJR | L.J. Raines | 23.20 | 480.00 | 11,136.00 |
| SS | S. Somoza | 0.30 | 140.00 | 42.00 |
| | | 38.70 | | $19,886.00 |

**INVOICE IS PAYABLE UPON RECEIPT**

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2269698
Invoice Date: May 23, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through April 30, 2012

| NON-BANKRUPTCY/REORGANIZATION | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Insurance Counseling 503842.00005 | $19,177.00 | $0.00 | $19,177.00 |
| RE: Marsh 503842.00008 | $286.00 | $0.00 | $286.00 |
| **Current Invoice Total:** | **$19,463.00** | **$0.00** | **$19,463.00** |

| BANKRUPTCY/REORGANIZATION | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Insurance Counseling 503842.00005 | $19,886.00 | $11.51 | $19,897.51 |
| RE: Fee Applications 503842.00009 | $3,838.00 | $187.05 | $4,025.05 |
| RE: HR Investigation 503842.00011 | $0.00 | $60,797.18 | $60,797.18 |
| **Current Invoice Total:** | **$23,724.00** | **$60,995.74** | **$84,719.74** |

**INVOICE IS PAYABLE UPON RECEIPT**