# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Outside Duplicating | IKON/DLS | $184.25 |
| Printing, Duplicating, Scanning | | $3.20 |
| Telephone | | $11.11 |
| Misc. | See Invoice for Explanation | $60,797.18 |
| **TOTAL:** | | **$60,995.74** |

US_ACTIVE-109396293.1-JCFALGOW

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Outside Duplicating | IKON/DLS | | | | $184.25 | | $184.25 |
| Printing/Duplicating & Scanning | | | $.40 | | $2.80 | | $3.20 |
| Telephone | | | $11.11 | | | | $11.11 |
| Misc. | See Inv. For Expl. | | | | | $60,797.18 | $60,797.18 |
| **TOTAL:** | | **$0.00** | **$11.51** | **$0.00** | **$187.05** | **$60,797.18** | **$60,995.74** |

## BANKRUPTCY/REORGANIZATION
### RE:    Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/02/12 | LJR | Further review and analysis of fee auditor report (.4); drafted exhibits to response to fee auditor report (1.9); reviewed and edited exhibits (.6); further review and analysis of draft response to fee auditor report and revisions to same (.6); emailed J. Shugrue regarding latest draft of response and exhibits and issues to finalize same (.5). | 4.00 |
| 04/02/12 | JDS | Analyzed issues regarding Fee Examiner report and response to same. | 0.20 |
| 04/03/12 | LJR | Reviewed and analyzed updated draft response to fee auditor's report and made final revisions to same. | 0.90 |
| 04/03/12 | JDS | Revised, finalized and transmitted email to Fee Examiner regarding 9th Interim Fee Application (.5); analyzed schedule regarding Fee Examiner report on 10th Interim Fee Application (.2). | 0.70 |
| 04/04/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 04/16/12 | LL | Email correspondence to J. Shugrue regarding response deadline to auditor report for 9th Interim (.2); drafted RS's 38th Monthly Fee Application (.8). | 1.00 |
| 04/25/12 | LL | Organized materials for and prepared RS's 38th Monthly Fee Application. | 1.00 |
| 04/25/12 | JDS | Analyzed Court Order regarding 8th Interim Fee Applications. | 0.20 |
| 04/27/12 | JDS | Drafted material for inclusion in 39th Monthly Fee Application. | 0.50 |
| 04/30/12 | LL | Analyzed correspondence from J. Shugrue regarding RS's 39th Monthly Fee Application. | 0.20 |
| 04/30/12 | JDS | Analyzed schedule for receiving and responding to Fee Examiner questions/comments on 9th and 10th Interim Fee Applications. | 0.20 |

TOTAL FEES:                             $3,838.00

### CURRENT DISBURSEMENTS

| 04/30/2012 | Duplicating/Printing/Scanning | 2.80 |
| 04/30/2012 | Outside Duplicating | 184.25 |
| | Total Disbursements | 187.05 |
| | Fees & Disbursements | $4,025.05 |

**BANKRUPTCY/REORGANIZATION**
**RE:   HR Investigation**

### CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 04/30/2012 | Electronically Stored Information -- Retrieval/Storage of emails by client-approved vendor in connection with review of documents related to HR Investigation matter. | 60,797.18 |
| | Total Disbursements | 60,797.18 |
| | Fees & Disbursements | $60,797.18 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/25/12 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel regarding draft claim correspondence to insurer regarding third party suits. | 0.20 |
| 04/26/12 | JDS | Analyzed emails from client regarding insurer correspondence regarding underlying third party lawsuit. | 0.20 |
| 04/27/12 | AJM | Reviewed email from J. Shugrue regarding coverage issues with respect to potential litigation trust (.2); telephone call with J. Shugrue regarding same (.2). | 0.40 |
| 04/27/12 | JDS | Analyzed insurance issues related to Litigation Trust and prepared email to bankruptcy counsel regarding same. | 0.90 |
| 04/30/12 | AJM | Analyzed email messages from client representatives, J. Shugrue and L. Raines regarding Litigation Trust issues and related coverage issues under insurance coverages. | 0.30 |
| 04/30/12 | JDS | Telephone conference with bankruptcy counsel regarding proposed agreement relating to pending litigation of third party claims. | 0.80 |

                              TOTAL FEES:                    $19,886.00

## CURRENT DISBURSEMENTS

| 04/30/2012 | Duplicating/Printing/Scanning | | 0.40 |
|---|---|---|---|
| 04/30/2012 | Telephone – Outside | | 11.11 |
| | | Total Disbursements | $11.51 |

                                        Fees & Disbursements    $19,897.51

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 8.70 | 590.00 | $5,133.00 |
| AJM | A.J. Moss | 6.50 | 550.00 | $3,575.00 |
| LJR | L.J. Raines | 23.20 | 480.00 | 11,136.00 |
| SS | S. Somoza | 0.30 | 140.00 | 42.00 |
| | | 38.70 | | $19,886.00 |

**INVOICE IS PAYABLE UPON RECEIPT**