# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey #5**

Calendar Date: 06/21/2012
Calendar Time: 02:00 PM ET

Amended Calendar 06/21/2012 09:17 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 5012138 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5012458 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5012335 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5012353 | Jessica Boelter | (312) 853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5012306 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor | Creditor, Credit Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5012227 | Justin Brass | (310) 575-5128 | Jefferies & Company | Creditor, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5012146 | Graeme Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5012151 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5012314 | M. Blake Cleary | 302-571-6714 | Young, Conaway Stargatt & Taylor | Creditor, Credit Agreement Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5012124 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5012421 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5012360 | Ronald Flagg | (202) 736-8171 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5012147 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5012361 | William A. Hazeltine | 302-428-8191 | Sullivan Hazeltine Allinson, LLC | Creditor, Wilmington Trust / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5012351 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |

Peggy Drasal    CourtConfCal2009    Page 3 of 5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5012294 | James O. Johnston | (213) 489-3939 | Jones Day | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012280 | Evan Jones | (213) 430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012446 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012357 | David Klauder | 302-573-6491 | Office of the United States Trustee | Interested Party, Office of the United States Trustee / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012153 | Adam G. Landis | (302) 467-4444 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012344 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012126 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012417 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5012414 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5012137 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012304 | Garvan McDaniel | (302) 429-1900 | Bifferato Gentilotti LLC | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012162 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012259 | R. Stephen McNeill | 302-984-6067 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012300 | Joshua M. Mester | (213) 489-3939 | Jones Day | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012369 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012376 | Elliot Moskowitz | (212) 450-4241 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012248 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5012313 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012276 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012386 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012267 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012158 | Daniel Rath | 302-467-4400 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5012134 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012382 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012122 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012264 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012253 | Laurie S. Silverstein | 302-984-6033 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012363 | Drew G Sloan | (302) 651-7612 | Richards, Layton & Finger, P.A. | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012282 | Douglas A. Sondgeroth | (312) 222-9350 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012142 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012297 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012397 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012429 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5012144 | Amanda Winfree | (302) 654-1888 ext. 00 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012233 | Ann K. Young | (212) 373-2237 | Paul Weiss Rifkind Wharton & | Interested Party, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5012140 | David M. Zensky | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 5012343 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Matthew A Zloto / LISTEN ONLY |
| Tribune Company | 08-13171 | Hearing | 5012391 | Andrew Zatz | (212) 819-8744 | White & Case LLP | Creditor, Wells Fargo Bank / LISTEN ONLY |