

**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW   SUITE 1000
WASHINGTON, DC 20036-5802
202 778.1800   202 822 8106 fax   www.zuckerman.com

James Sottile
(202) 778-1894
jsottile@zuckerman.com

June 21, 2012

The Honorable Kevin J. Carey
United States Bankruptcy Court for the District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

     Re:    *Official Committee of Unsecured Creditors of Tribune Co. v. FitzSimons, et al.*

Dear Judge Carey:

    Your Honor inquired about whether Mr. Zell's Motion for Clarification That Leave Is Not Necessary, Or In The Alternative, For Leave, to Serve Samuel Zell's Motion For Relief Under Rule 9011 (D.I.8478) is moot.

    We have conferred with counsel for Mr. Zell and we agree that because there is no stay from this Court that applies to the *FitzSimons* litigation, the motion to clarify or modify that stay is now moot. In agreeing that the motion to clarify is moot, Mr. Zell is not suggesting that any underlying Rule 9011 motion is moot.

                                   Very truly yours,

                                   /s/ James Sottile

cc:    David Bradford, Esq.