# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| **WILMINGTON TRUST COMPANY,** | |
| Appellant, | |
| v. | **Bankruptcy Appeal** |
| | **Civil Action No. 12-128 GMS** |
| **DEBTORS AND DEBTORS IN POSSESSION, et al.,** | |
| Appellees. | |
| | **Ref. Docket No. 5** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 18, 2012, I caused to be served the "Letter," dated June 18, 2012, to which was attached the "Joint Proposed Briefing Schedule," dated June 18, 2012 [Docket No. 5], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
____ day of June, 2012

_____
Notary Public

PANAGIOTA MANATAKI
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS | ATTN: HAUER & FELD LLP, DANIEL H. GOLDEN DAVID M. ZENSKY, ABID QURESHI SUNISH GULATI, JASON GOLDSMITH COUNSEL FOR AURELIUS CAPITAL MANAGEMENT, L.P. ONE BRYANT PARK NEW YORK NY 10036 |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM P. BOWDEN (NO. 2553) AMANDA M. WINFREE (NO. 4615) COUNSEL FOR AURELIUS CAPITAL MANAGEMENT, L.P. 500 DELAWARE AVENUE P.O. BOX 1150 WILMINGTON DE 19801 |
| BIFFERATO GENTILOTTI LLC | ATTN: GARVAN F. MCDANIEL (NO. 4167) COUNSEL FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK 800 NORTH KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BROWN RUDNICK LLP | ATTN: ROBERT J. STARK, MARTIN S. SIEGEL GORDON Z. NOVOD KATHERINE S. BROMBERG COUNSEL FOR WILMINGTON TRUST COMPANY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE, DAVID M. LEMAY COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| COLE, SCHOTZ, MEISEL, | ATTN: FORMAN & LEONARD, P.A. NORMAN L. PERNICK (NO. 2290) J. KATE STICKLES (NO. 2917) PATRICK J. REILLEY (NO. 4451) COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION 500 DELAWARE AVENUE, SUITE 1410 WILMINGTON DE 19801 |
| DAVIS POLK & WARDWELL LLP | ATTN: DONALD S. BERNSTEIN BENJAMIN S. KAMINETZKY DAMIAN SCHAIBLE, ELLIOT MOSKOWITZ COUNSEL FOR JPMORGAN CHASE BANK, N.A. 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| JONES DAY | ATTN: BRUCE BENNETT JAMES O. JOHNSTON, JOSHUA M. MESTER COUNSEL FOR OAKTREE CAPITAL MANAGEMENT, L.P. 555 SOUTH FLOWER STREET, FIFTIETH FLOOR LOS ANGELES CA 90071 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ATTN: DAVID S. ROSNER, ANDREW K. GLENN SHERON KORPUS COUNSEL FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK 1633 BROADWAY NEW YORK NY 10019 |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS (NO. 3407) MATTHEW B. MCGUIRE (NO. 4366) COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER COUNSEL FOR DEBTSCHE BANK TRUST COMPANY AMERICAS 245 PARK AVENUE, 27TH FLOOR NEW YORK NY 10167 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHARINE L. MAYER (NO. 3758) COUNSEL FOR DEBTSCHE BANK TRUST COMPANY AMERICAS RENAISSANCE CENTRE 405 NORTH KING STREET WILMINGTON DE 19801 |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS (NO. 2981) ROBERT J. STEARN, JR. (NO. 2915) DREW G. SLOAN (NO. 5069) COUNSEL FOR JPMORGAN CHASE BANK, N.A. ONE RODNEY SQUARE, 920 N. KING STREET WILMINGTON DE 19801 |
| SIDLEY AUSTIN LLP | ATTN: JAMES F. BENDERNAGEL, JR. RONALD S. FLAGG COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION 1501 K STREET, N.W. WASHINGTON DC 20005 |
| SIDLEY AUSTIN LLP | ATTN: JAMES F. CONLAN BRYAN KRAKAUER, KEVIN T. LANTRY JESSICA C.K. BOELTER COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN (NO. 2820) ELIHU E. ALLINSON (NO. 3476) COUNSEL FOR WILMINGTON TRUST COMPANY 901 NORTH MARKET ST., SUITE 1300 WILMINGTON DE 19801 |
| WILMER CUTLER PICKERING | ATTN: HALE & DORR LLP, ANDREW N. GOLDMAN COUNSEL FOR ANGELO, GORDON & CO., L.P. 399 PARK AVENUE NEW YORK NY 10022 |
| YOUNG CONAWAY STARGATT | & TAYLOR, LLP, ATTN: ROBERT S. BRADY (NO. 2847) M. BLAKE CLEARY (NO. 3614) COUNSEL FOR OAKTREE CAPITAL MANAGEMENT, L.P. RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |
| ZUCKERMAN SPAEDER LLP | ATTN: GRAEME W. BUSH, JAMES SOTTILE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, 1800 M STREET, N.W., SUITE 1000 WASHINGTON DC 20036 |

**Total Creditor count  19**

**EXHIBIT B**

jconlan@sidley.com
bkrakauer@sidley.com
klantry@sidley.com
jboelter@sidley.com
jbendernagel@sidley.com
rflagg@sidley.com
Npernick@coleschotz.com
kstickles@coleschotz.com
hseife@chadbourne.com
dlemay@chadbourne.com
landis@lrclaw.com
mcguire@lrclaw.com
gbush@zuckerman.com
jsottile@zuckerman.com
Donald.bernstein@davispolk.com
benjamin.kaminetzky@davispolk.com
damian.schaible@davispolk.com
elliot.moskowitz@davispolk.com
Collins@RLF.com
Stearn@RLF.com
sloan@RLF.com
Andrew.goldman@wilmerhale.com
bbennett@jonesday.com
jjohnston@jonesday.com
jmester@jonesday.com
rbrady@ycst.com
mbcleary@ycst.com
drosner@kasowitz.com
aglenn@kasowitz.com
skorpus@kasowitz.com
gmcdaniel@bglawde.com
dadler@mccarter.com
kmayer@mccarter.com
dgolden@akingump.com
dzensky@akingump.com
aqureshi@akingump.com
sgulati@akingump.com
jgoldsmith@akingump.com
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
rstark@brownrudnick.com
msiegel@brownrudnick.com
gnovod@brownrudnick.com
kbromberg@brownrudnick.com
bsullivan@sha-llc.com
zallinson@sha-llc.com