# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 11851** |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, hereby certify that I am not less than 18 years of age, and that on June 19, 2012, I caused a true and correct copy of the *Robert R. McCormick Foundation And Cantigny Foundation's Proposed Change To Section 5.8.2 Of The DCL Plan* [Docket No. 11851] to be served upon counsel on the attached service list via electronic mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 22, 2012  */s/ Richard W. Riley*
       Wilmington, Delaware  Richard W. Riley (DE 4052)
         DUANE MORRIS LLP
         222 Delaware Avenue, Suite 1600
         Wilmington, DE 19801-1659
         Tel: (302) 657-4900
         Fax: (302) 657-4901
         E-Mail: rwriley@duanemorris.com

## SERVICE LIST

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>James F. Conlan<br>Bryan Krakauer<br>Kevin T. Lantry<br>Jessica C.K. Boelter<br>One South Dearborn Street<br>Chicago, IL 60603<br><br>*Counsel to the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates* | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>Norman L. Pernick<br>J. Kate Stickles<br>Patrick J. Reilley<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br><br>*Counsel to the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates* |
| CHADBOURNE & PARKE, LLP<br>Howard Seife<br>David M. LeMay<br>30 Rockefeller Plaza<br>New York, NY 10112<br><br>*Counsel to the Official Committee of Unsecured Creditors* | LANDIS, RATH & COBB, LLP<br>Adam G. Landis<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| ZUCKERMAN SPAEDER LLP<br>Graeme Bush<br>James Sottile<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036<br><br>*Counsel to the Official Committee of Unsecured Creditors* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Robert S. Brady<br>M. Blake Cleary<br>The Brandywine Building - 17th Floor<br>1000 West Street, Post Office Box 391<br>Wilmington, DE 19899-0391<br><br>*Counsel to Oaktree Capital Management, L.P. and Angelo Gordon & Co., L.P.* |

| | |
|---|---|
| JONES DAY<br>Bruce Bennett<br>James O. Johnston<br>Joshua M. Mester<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br><br>*Counsel to Oaktree Capital Management, L.P. and Angelo Gordon & Co., L.P.* | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br><br>*Counsel to JPMorgan Chase Bank, N.A.* |
| WILMER CUTLER PICKERING HALE<br> & DORR LLP<br>Andrew N. Goldman<br>399 Park Avenue<br>New York, NY 10022<br><br>*Co-Counsel to Angelo Gordon & Co., L.P.* | MCCARTER & ENGLISH, LLP<br>Katharine L. Mayer<br>Renaissance Centre<br>405 N. Market Street, 8th Floor<br>Wilmington, DE 19801<br><br>*Counsel to Deutsche Bank Trust Company Americas* |
| DAVIS POLK & WARDWELL LLP<br>Donald S. Bernstein<br>Damian S. Schaible<br>450 Lexington Avenue<br>New York, NY 10017<br><br>*Counsel to JPMorgan Chase Bank, N.A.* | BIFFERATO GENTILOTTI LLC<br>Garvan F. McDaniel, Esquire<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br><br>*Counsel to Law Debenture Trust Company of New York* |
| AKIN GUMP STRAUSS HAUER<br> & FELD LLP<br>Daniel H. Golden<br>Philip C. Dublin<br>One Bryant Park<br>New York, NY 10036<br><br>*Counsel to Aurelius Capital Management, LP* | SULLIVAN HAZELTINE ALLINSON LLC<br>William D. Sullivan<br>Elihu E. Allinson, III<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br><br>*Counsel to Wilmington Trust Company* |

2

| | |
|---|---|
| MCCARTER & ENGLISH, LLP<br>David Adler<br>245 Park Avenue, 27th floor<br>New York, NY 10167<br><br>*Counsel to Deutsche Bank Trust Company Americas* | KASOWITZ, BENSON, TORRES<br> & FRIEDMAN LLP<br>David S. Rosner<br>Richard F. Casher<br>1633 Broadway<br>New York, NY 10019<br><br>*Counsel to Law Debenture Trust Company of New York* |
| BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY 10036<br><br>*Counsel to Wilmington Trust Company* | David M. Klauder<br>United States Trustee's Office<br>844 King Street, Suite 2207<br>Wilmington, DE  19801<br><br>*Office of the United States Trustee* |