**EXHIBIT A**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2368149 |
| Invoice Date: | 04/30/2012 |

---

## Remittance Copy
### Billing for services rendered through 03/31/2012

---

Total by Matter
    0041 Welfare Plans                        $ 11,600.00
    Client/Reference Number: 0000000848

Total Services                                      $ 11,600.00

Total Costs and Other Charges Posted Through Billing Period     0.00

**Total This Invoice**                           **$ 11,600.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 577.60 |
| 2193507 | 11/19/2010 | 820.60 |
| 2200560 | 12/08/2010 | 73.20 |
| 2212860 | 01/26/2011 | 1,125.70 |
| 2225163 | 02/28/2011 | 454.40 |
| 2234849 | 03/30/2011 | 156.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2368149
Invoice Date:   04/30/2012

| Invoice | Date | |
|---------|------|---|
| 2245685 | 04/29/2011 | 397.60 |
| 2254092 | 05/23/2011 | 612.80 |
| 2268381 | 06/30/2011 | 735.90 |
| 2276793 | 07/28/2011 | 142.00 |
| 2286482 | 08/29/2011 | 302.20 |
| 2288726 | 09/30/2011 | 482.80 |
| 2308359 | 10/31/2011 | 852.00 |
| 2314991 | 11/10/2011 | 795.20 |
| 2329287 | 12/21/2011 | 2,450.50 |
| 2338727 | 01/30/2012 | 12,397.50 |
| 2349836 | 02/29/2012 | 6,815.00 |
| 2360516 | 03/29/2012 | 627.00 |

Total Outstanding Balance                         64,465.50

Total Balance Due                             $ 76,065.50

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2368149 |
| Invoice Date: | 04/30/2012 |

## Client Copy
### Billing for services rendered through 03/31/2012

Total by Matter
    0041 Welfare Plans      $ 11,600.00
    Client/Reference Number: 0000000848

Total Services      $ 11,600.00

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**      **$ 11,600.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 577.60 |
| 2193507 | 11/19/2010 | 820.60 |
| 2200560 | 12/08/2010 | 73.20 |
| 2212860 | 01/26/2011 | 1,125.70 |
| 2225163 | 02/28/2011 | 454.40 |
| 2234849 | 03/30/2011 | 156.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2368149
Invoice Date:   04/30/2012

| Invoice | Date | | |
|---------|------|------|---|
| 2245685 | 04/29/2011 | 397.60 | |
| 2254092 | 05/23/2011 | 612.80 | |
| 2268381 | 06/30/2011 | 735.90 | |
| 2276793 | 07/28/2011 | 142.00 | |
| 2286482 | 08/29/2011 | 302.20 | |
| 2288726 | 09/30/2011 | 482.80 | |
| 2308359 | 10/31/2011 | 852.00 | |
| 2314991 | 11/10/2011 | 795.20 | |
| 2329287 | 12/21/2011 | 2,450.50 | |
| 2338727 | 01/30/2012 | 12,397.50 | |
| 2349836 | 02/29/2012 | 6,815.00 | |
| 2360516 | 03/29/2012 | 627.00 | |

Total Outstanding Balance                                    64,465.50

Total Balance Due                                         $ 76,065.50

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/30/2012

Invoice: 2368149
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/12 | A. Gordon | 0.30 | Review email from R.DeBoer regarding Business Associate Agreement from Medical Review Institute of America. [.1]; Review Business Associate Agreement [.2]. |
| 03/02/12 | A. Gordon | 1.90 | Conference call with B. Becker regarding ARAG legal services agreement [.1]; review the business associate agreement with Medical Review Institute [.5]; revise the business associate agreement with Medical Review Institute [1.3]. |
| 03/19/12 | A. Gordon | 0.30 | Discuss SPD draft with B. Becker. |
| 03/22/12 | A. Gordon | 1.40 | Review SPD Summaries [1.2]; conference call with B. Becker regarding Health Savings Account Summary [.2]. |
| 03/28/12 | A. Gordon | 2.80 | Review the Benefit Program Summary Plan  Description General Information Section [1.00]; revise the Benefit Program Summary Plan Description [1.8]. |
| 03/29/12 | A. Gordon | 4.80 | Review the Benefit Program Summary Plan Description for B. Becker [1.5]; revise the Benefit Program Summary Plan Description Administrative Facts for B. Becker [3.30]. |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2368149 |
| Invoice Date: | 04/30/2012 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/30/12 | A. Gordon | 4.50 | Review the Benefit Program Summary Plan Description BlueEdge Health Savings Account document from B. Becker [1.3]; revise the Benefit Program Summary Plan Description BlueEdge Health Savings Account document from B. Becker [2.8]; draft email to B. Becker regarding the edits to the Benefit Program Summary Plan Description BlueEdge Health Savings Account document; [.2]; conference call with B. Becker to discuss out of network benefits and disclosure options [.2]. |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | **16.00** | | **Total For Services** | **$11,600.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. Gordon | 16.00 | 725.00 | 11,600.00 |
| **Totals** | **16.00** | | **$11,600.00** |
| | | **Total This Invoice** | **$11,600.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2368150 |
| Invoice Date: | 04/30/2012 |

## Remittance Copy
### Billing for services rendered through 03/31/2012

Total by Matter
    0047 ESOP                                                              $ 9,788.00
    Client/Reference Number: 0000001574

Total Services                                                                  $ 9,788.00

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                                                  **$ 9,788.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2368150 |
| Invoice Date: | 04/30/2012 |

## Client Copy
### Billing for services rendered through 03/31/2012

Total by Matter
    0047 ESOP                                    $ 9,788.00
    Client/Reference Number: 0000001574

Total Services                                                $ 9,788.00

Total Costs and Other Charges Posted Through Billing Period         0.00

**Total This Invoice**                                    **$ 9,788.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

04/30/2012

Invoice: 2368150
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0047    ESOP
Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/12 | P. Compernolle | 1.00 | Emails from K. Dansart regarding allocation issue (.3); telephone conference with K. Dansart regarding same (.7). |
| 03/02/12 | P. Compernolle | 2.00 | Review emails from K. Dansart regarding allocation issue (.4); telephone conference with K. Dansart regarding allocation issue (.4); revise amendments (.4); review settlement agreement (.8). |
| 03/05/12 | P. Compernolle | 1.00 | Revise amendments for settlement contribution (.5); review emails from Eldersveld regarding settlement (.2); attention to settlement agreement (.3). |
| 03/07/12 | P. Compernolle | 0.80 | Revise draft email to plaintiffs counsel on savings plan. |
| 03/08/12 | P. Compernolle | 0.80 | Email to Feinberg regarding savings plan provisions. |
| 03/08/12 | W. Merten | 0.10 | Attention to inquiries from class members as to 401(k) roll over. |
| 03/08/12 | B. Tiemann | 1.20 | Review copies of 401(k) Savings Plan documents requested by plaintiffs' counsel. |
| 03/23/12 | P. Compernolle | 2.00 | Review materials on plan loan forgiveness (.40); review settlement agreements (1.20); draft email responding to D. Eldersveld regarding same (.40). |
| 03/23/12 | W. Merten | 1.70 | Brief discussion with P. Compernolle regarding loan forgiveness. (.1) Review materials regarding Neil versus L class member (.2). Review emails regarding loans forgiveness from Dave Eldersveld and Paul Compernolle (.4); engage in related analysis (.3); meet with Paul Compernolle regarding thoughts as to timing of payment and coverage of settlement as to payment's yet to be made. (.1) Review as to IRS and Department of Labor |

# McDermott
# Will & Emery

Tribune Company

Client:   020336
Invoice:   2368150
Invoice Date:  04/30/2012

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | settlement (.1); analysis regarding agreements in connection with proposed forgiveness of ESOP loan (.2). Meet with Paul Compernolle regarding same (.1); review and modify P. Compernolle's email to Dave Eldersveld and Bryan Krakhauer regarding same. (.2) |
| 03/23/12 | S. Schaefer | 0.50 | Discussion with Paul Compernolle regarding contributions to and/or loan forgiveness to release shares in the Tribune ESOP (.3).  Review settlement agreements to identify issues that may result from repaying the loan (.2). |
| 03/26/12 | P. Compernolle | 0.50 | Prepare email to D. Eldersveld regarding ESOP loan repayments. |
| 03/26/12 | W. Merten | 0.20 | Review email from P. Compernolle to B. Krakhauer regarding ESOP loan forgiveness (.1). Review follow-up email from Bryan Krakhauer (.1). |
| 03/27/12 | P. Compernolle | 0.60 | Review documents regarding loan forgiveness issue (.30); email to D. Eldersveld regarding payment of ESOP loan (.30). |
| 03/27/12 | W. Merten | 0.10 | Review emails from P. Compernolle, D. Eldersveld and C. Bigelow regarding loan forgiveness. |

| | **Total Hours** | **12.50** | **Total For Services** | **$9,788.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| P. Compernolle | 8.70 | 820.00 | 7,134.00 |
| W. Merten | 2.10 | 820.00 | 1,722.00 |
| S. Schaefer | 0.50 | 820.00 | 410.00 |
| B. Tiemann | 1.20 | 435.00 | 522.00 |
| **Totals** | **12.50** | | **$9,788.00** |
| | | **Total This Invoice** | **$9,788.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2368151 |
| Invoice Date: | 04/30/2012 |

## Remittance Copy
### Billing for services rendered through 03/31/2012

Total by Matter
    0537 Employee Benefits Committee/Noteholder         $ 32,663.50
    Matter

Total Services         $ 32,663.50

Total Costs and Other Charges Posted Through Billing Period         0.00

**Total This Invoice**         **$ 32,663.50**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2368151 |
| Invoice Date: | 04/30/2012 |

## Client Copy
**Billing for services rendered through 03/31/2012**

Total by Matter
    0537 Employee Benefits Committee/Noteholder            $ 32,663.50
    Matter

Total Services                                              $ 32,663.50

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                              **$ 32,663.50**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/30/2012

Invoice: 2368151
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0537          Employee Benefits Committee/Noteholder Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/12 | P. Compernolle | 2.50 | Review resolutions regarding committee indemnity (.8); review names on litigation and potential defenses (1.7). |
| 03/02/12 | P. Compernolle | 2.50 | Review materials regarding litigation (.5); review materials regarding indemnity issue (.5); review trust and plan documents (.5); conference with R. Gold and others regarding same (1.0). |
| 03/05/12 | P. Compernolle | 3.00 | Review issues in litigation and role of committee (1.8); telephone conference with D. Eldersveld and others regarding same (1.2). |
| 03/05/12 | M. Graham | 0.30 | Conference with P. Compernolle regarding indemnification issues. |
| 03/06/12 | P. Compernolle | 2.00 | Review issues in Savings Plan retention of attorney. |
| 03/07/12 | P. Compernolle | 0.50 | Review issues in retention of savings plan counsel. |
| 03/07/12 | M. Graham | 0.50 | Review memoranda regarding arguments on anti-assignment of benefits. |
| 03/08/12 | P. Compernolle | 1.00 | Telephone conference with Sidley and others regarding potential litigation to defined plan (.6); emails to team regarding same (.4). |
| 03/09/12 | P. Compernolle | 1.50 | Telephone conference with working group on status of attorney retention and related issues. |
| 03/12/12 | P. Compernolle | 1.00 | Review emails relating to employee savings plan as defendant (.6); analysis of issue involving retention of counsel (.4). |
| 03/12/12 | B. Tiemann | 1.20 | Review and consider best practices updates to administrative provisions in 401(k) Savings Plan. |
| 03/13/12 | P. Compernolle | 1.00 | Telephone conference with working group on retention of counsel for benefit plan (.6); review plan terms relating to indemnity (.4). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2368151
Invoice Date:  04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/13/12 | B. Tiemann | 1.00 | Continue analyzing administrative provisions in 401(k) Savings Plan (.6); consider updates to committee procedures to reflect committee charter and bylaws (.4). |
| 03/14/12 | P. Compernolle | 2.50 | Review plan documents regarding proposed amendment (2.2); telephone conference with working group on litigation (.3). |
| 03/14/12 | J. Boyles | 0.90 | Review 401(k) retirement savings plans regarding indemnification, claims procedure, contractual statute of limitations, and other best practice plan updates (0.70); conference with P. Compernolle and B. Tiemann regarding plan updates (0.20). |
| 03/14/12 | B. Tiemann | 0.70 | Complete analysis of administrative provisions in 401(k) Savings Plan (.4); discuss same with Paul Compernolle and Jonathan Boyles (.3). |
| 03/15/12 | P. Compernolle | 2.00 | Review complaint in savings plan claw back litigation. |
| 03/16/12 | P. Compernolle | 2.00 | Telephone conference with working group on selection of counsel for retirement plan (.8); review trust documents (1.2). |
| 03/19/12 | P. Compernolle | 1.00 | Telephone conference with B. Gold regarding retention of counsel in litigation (.2); review Vanguard documents (.8). |
| 03/20/12 | P. Compernolle | 2.50 | Attend conference with Ropes and Gray regarding potential representation of plans (1.50); review related issues, complaint plan documents (1.00). |
| 03/21/12 | P. Compernolle | 2.50 | Telephone conference with J. Shugrue and others regarding fiduciary liability and other insurance issues (1.2); analyze complaint (1.3). |
| 03/22/12 | P. Compernolle | 7.30 | Review materials in preparation of employee benefit committee meeting with Vinson and Elkins on retention of counsel in litigation (1.00); attend committee meeting (2.50); research following committee meeting issues (1.30); attend committee meeting with Covington (2.50). |
| 03/22/12 | M. Graham | 0.50 | Conferences with P. Compernolle regarding Committee authority under the plan (.2); analyze and evaluate issues regarding same (.3). |
| 03/23/12 | P. Compernolle | 0.80 | Telephone conference with B. Gold regarding status of selection of counsel (.30); telephone conference with Vanguard regarding defense of litigation (.50). |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2368151 |
| Invoice Date: | 04/30/2012 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/29/12 | P. Compernolle | 1.00 | Review status of employee benefits committee (.3); attention to issue involving retention of counsel (.3); attention to issue involving litigation involving defined contribution plan (.4). |

|  | **Total Hours** | **41.70** | **Total For Services** | **$32,663.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Boyles | 0.90 | 620.00 | 558.00 |
| P. Compernolle | 36.60 | 820.00 | 30,012.00 |
| M. Graham | 1.30 | 640.00 | 832.00 |
| B. Tiemann | 2.90 | 435.00 | 1,261.50 |
| **Totals** | **41.70** | | **$32,663.50** |
| | | **Total This Invoice** | **$32,663.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | | |
|---|---|---|
| Client: | | 020336 |
| Invoice: | | 2370648 |
| Invoice Date: | | 04/30/2012 |

---

## Remittance Copy
### Billing for services rendered through 03/31/2012

---

Total by Matter
      0515 Chapter 11 Restructuring        $ 98,294.95

Total Services        $ 98,291.00

Total Costs and Other Charges Posted Through Billing Period        3.95

**Total This Invoice**        **$ 98,294.95**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 26,669.40 |
| 2193509 | 11/19/2010 | 38,668.40 |
| 2200564 | 12/08/2010 | 38,646.00 |
| 2212867 | 01/26/2011 | 43,131.70 |
| 2225179 | 02/28/2011 | 46,786.20 |
| 2234856 | 03/30/2011 | 57,152.40 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2370648
Invoice Date: 04/30/2012

| Invoice | Date | |
|---------|------|---|
| 2245689 | 04/29/2011 | 41,321.60 |
| 2262856 | 05/23/2011 | 44,622.20 |
| 2268391 | 06/30/2011 | 29,099.30 |
| 2276795 | 07/28/2011 | 67,686.90 |
| 2286485 | 08/29/2011 | 64,882.40 |
| 2297300 | 09/30/2011 | 40,521.30 |
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 34,397.70 |
| 2338729 | 01/30/2012 | 243,611.81 |
| 2349838 | 02/29/2012 | 149,102.25 |
| 2360519 | 03/29/2012 | 176,644.05 |

Total Outstanding Balance                 1,394,437.19

Total Balance Due                       $ 1,492,732.14

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2370648 |
| Invoice Date: | 04/30/2012 |

## Client Copy
### Billing for services rendered through 03/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0515 Chapter 11 Restructuring | $ 98,294.95 | |
| Total Services | | $ 98,291.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 3.95 |
| **Total This Invoice** | | **$ 98,294.95** |

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 26,669.40 |
| 2193509 | 11/19/2010 | 38,668.40 |
| 2200564 | 12/08/2010 | 38,646.00 |
| 2212867 | 01/26/2011 | 43,131.70 |
| 2225179 | 02/28/2011 | 46,786.20 |
| 2234856 | 03/30/2011 | 57,152.40 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370648
Invoice Date:  04/30/2012

| Invoice | Date | |
|---|---|---|
| 2245689 | 04/29/2011 | 41,321.60 |
| 2262856 | 05/23/2011 | 44,622.20 |
| 2268391 | 06/30/2011 | 29,099.30 |
| 2276795 | 07/28/2011 | 67,686.90 |
| 2286485 | 08/29/2011 | 64,882.40 |
| 2297300 | 09/30/2011 | 40,521.30 |
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 34,397.70 |
| 2338729 | 01/30/2012 | 243,611.81 |
| 2349838 | 02/29/2012 | 149,102.25 |
| 2360519 | 03/29/2012 | 176,644.05 |

Total Outstanding Balance                              1,394,437.19

Total Balance Due                                  $ 1,492,732.14

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/30/2012

Invoice: 2370648
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/12 | B. Rubin | 2.60 | Preparation for and conference call with clients and Sidley regarding emergence issues (1.7); follow up regarding opinion issues (.9). |
| 03/01/12 | A. Whiteway | 5.70 | Preparation for and telephone conference with client regarding litigation trust (.7); preparation for telephone conference with client regarding emergence workplan tax issues (.9); research tax issues on litigation trust (4.1). |
| 03/01/12 | J. Finkelstein | 2.10 | Preparation for and conference with Tribune regarding litigation trust issues. |
| 03/01/12 | G. Kopacz | 0.90 | Work on January fee application. |
| 03/01/12 | M. Wilder | 3.10 | Prepare for and attend conference call regarding litigation trust issues (2.5); review and analyze email from A. Blair-Stanek regarding complaint language (.6). |
| 03/01/12 | A. Blair-Stanek | 5.50 | Prepare for and attend call with P. Shanahan, M. Melgarejo, S. Advani, B. Krakauer, B. Rubin, A. Whiteway, J. Finkelstein, M. Wilder, and others regarding tax treatment of litigation trust (2.4); read FitzSimons complaint searching for evidence that recovery of LBO payments to shareholders is gravamen of complaint (2.3); summarize in email to B. Rubin (.8). |
| 03/02/12 | B. Rubin | 2.60 | Follow up regarding litigation trust issues (.9); review and edit supporting memorandum (1.7). |
| 03/02/12 | J. Finkelstein | 0.90 | Analysis regarding litigation trust issue. |
| 03/02/12 | G. Kopacz | 2.30 | Work on January fee application. |
| 03/02/12 | M. Wilder | 0.30 | Review memorandum regarding litigation trust issues. |
| 03/02/12 | A. Blair-Stanek | 1.00 | Analyze tax benefit reference in FitzSimons complaint for B. Rubin. |
| 03/05/12 | B. Rubin | 2.10 | Conference call and correspondence with client regarding |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370648
Invoice Date:  04/30/2012

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | emergence issues (.7); research and analysis regarding emergence issues (1.4). |
| 03/05/12 | A. Blair-Stanek | 0.20 | Discuss litigation trust matrix issue with A. Whiteway. |
| 03/06/12 | B. Rubin | 2.70 | Correspondence with A. Whiteway regarding valuation issues (.6); review and edit supporting memorandum (2.1). |
| 03/06/12 | A. Whiteway | 1.70 | Review court filings regarding litigation trust and allocations (1.1); conference with co-counsel regarding allocation issues (.6). |
| 03/06/12 | J. Finkelstein | 0.90 | Review litigation trust allocation materials. |
| 03/06/12 | M. Wilder | 0.40 | Review correspondence and court filings from A. Blair-Stanek regarding litigation trust claims valuation. |
| 03/06/12 | A. Blair-Stanek | 4.00 | Review filings relating to March 5, 2012 hearing for potential evidence of litigation trust claims valuation (3.3); draft email to B. Rubin regarding same (.7). |
| 03/07/12 | B. Rubin | 1.70 | Review and analyze effect of filing on valuation issues (1.3); correspondence with client regarding same (.4). |
| 03/07/12 | A. Whiteway | 0.90 | Update emergence workplan. |
| 03/07/12 | J. Finkelstein | 0.60 | Review litigation trust allocation materials. |
| 03/07/12 | G. Kopacz | 2.40 | Work on January fee application. |
| 03/08/12 | B. Rubin | 1.30 | Preparation for and conference call with clients regarding workplan issues (.6); memo to client regarding valuation issues (.7). |
| 03/08/12 | A. Whiteway | 0.60 | Preparation for and telephone conference with client regarding emergence workplan tax issues. |
| 03/08/12 | J. Finkelstein | 0.70 | Prepare for and attend conference with Tribune regarding emergence tax issues. |
| 03/09/12 | B. Rubin | 1.40 | Review and edit supporting memorandum regarding opinion issues (1.4). |
| 03/12/12 | B. Rubin | 1.60 | Conference call with clients regarding creditor issues (.7); draft memo to clients regarding emergence issues (.9). |
| 03/13/12 | N. Hazan | 1.00 | Review fee examiner final report (eighth quarterly fee application) (.9); discuss same with G. Kopacz to determine how to reflect reductions (.1). |
| 03/13/12 | B. Rubin | 1.40 | Review and edit supporting memorandum regarding emergence issues (1.4). |
| 03/14/12 | N. Hazan | 1.10 | Review fee examiner Preliminary report (9th quarterly |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2370648
Invoice Date: 04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | fee application). |
| 03/14/12 | B. Rubin | 2.30 | Correspondence and conference call with Sidley regarding indemnification issues (.8); review and edit memorandum workplan (.3); review and edit memorandum regarding litigation trust issues (1.2). |
| 03/14/12 | A. Whiteway | 0.10 | Correspondence with client re emergence workplan conference call |
| 03/15/12 | B. Rubin | 1.80 | Preparation for and conference call with clients regarding emergence issues (.6); review and edit memorandum regarding emergence tax issues (1.2). |
| 03/15/12 | A. Whiteway | 0.30 | Preparation for and telephone conference with client regarding emergence workplan. |
| 03/15/12 | J. Finkelstein | 0.60 | Conference with Tribune regarding emergence tax issues. |
| 03/16/12 | B. Rubin | 0.40 | Correspondence with client regarding merger agreement (.4). |
| 03/19/12 | B. Rubin | 1.30 | Review and edit memorandum regarding emergence issues (1.3). |
| 03/19/12 | G. Kopacz | 1.70 | Review and edit February pre-bills to ensure compliance with applicable guidelines. |
| 03/20/12 | N. Hazan | 0.40 | Discuss corrections to time entries with G. Kopacz. |
| 03/20/12 | G. Kopacz | 5.40 | Review and edit February pre-bills to ensure compliance with applicable guidelines. |
| 03/21/12 | N. Hazan | 0.60 | Review and correct January 2012 fee statement. |
| 03/21/12 | B. Rubin | 2.60 | Correspondence with DOJ regarding consent order (.3); review and edit memorandum regarding tax issues (2.3). |
| 03/21/12 | A. Whiteway | 1.10 | Review bankruptcy related filings (.4); revise emergence workplan (.4); review correspondence from Department of Justice regarding 2006 and 2007 consent claim order (.3). |
| 03/21/12 | G. Kopacz | 4.40 | Email numerous attorneys regarding clarification of various time entries with respect to February time entries (1.3); incorporate comments of same into time entries (.5); work on January fee application (2.6). |
| 03/22/12 | B. Rubin | 3.30 | Preparation for and conference call with clients regarding tax issues (.7); correspondence with Department of Justice regarding consent order (.4); research and analysis regarding tax issues raised by client (2.2). |
| 03/22/12 | J. Finkelstein | 0.70 | Conference with Tribune regarding emergence tax issues. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2370648
Invoice Date:  04/30/2012

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/22/12 | G. Kopacz | 0.70 | Attention to January fee application and fee examiner report. |
| 03/23/12 | G. Kopacz | 3.00 | Work on January fee application (1.6); attention to fee examiner report regarding ninth quarterly fee application (1.4). |
| 03/26/12 | N. Hazan | 0.50 | Discuss responses to questions from fee examiner (9th preliminary report) with G. Kopacz. |
| 03/26/12 | B. Rubin | 2.80 | Review and analyze tax overview (1.3); correspondence with client regarding same (.4); correspondence with client regarding Department of Justice issues (.4); calls with Department of Justice regarding same (.4); conference with co-counsel regarding tax issues (.3). |
| 03/26/12 | J. Finkelstein | 1.40 | Review tax issues memo. |
| 03/26/12 | G. Kopacz | 8.40 | Work on response to fee examiner report. |
| 03/27/12 | B. Rubin | 3.10 | Conference call with DOJ regarding tax issues (.6); correspondence with client regarding same (.3); review and comment on tax overview (.9); review and comment on memo (1.3). |
| 03/27/12 | J. Finkelstein | 1.90 | Review and comment on tax issues memo. |
| 03/27/12 | G. Kopacz | 3.20 | Communications with secretary regarding preparing February pre-bills (.1); review work of secretary regarding same (.2); email attorneys regarding clarification of certain time entries (.1); attention to response to fee examiner report (2.8). |
| 03/28/12 | N. Hazan | 0.80 | Correct portions of response to examiner report (.6); discuss questions of examiner with G. Kopacz (.2). |
| 03/28/12 | B. Rubin | 3.30 | Review and comment on slide deck (1.2); conference with co-counsel to coordinate comments (.6); conference call and correspondence with DOJ and clients regardin tax issues (.7); review interest computations (.4); update workplan (.4). |
| 03/28/12 | J. Finkelstein | 1.90 | Review and comment on tax memo (.7); prepare for and attend conference with co-counsel regarding comments on tax memo (1.1). |
| 03/28/12 | G. Kopacz | 3.70 | Various communications with attorneys clarifying certain time entries for the February fee application (.4); work on response to fee examiner report (3.1); revise January fee application based on comments of B. Rubin (.2). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370648
Invoice Date:  04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/29/12 | E. Goldman | 2.30 | Discussions with Blake Rubin regarding search for litigation claim valuation expert (.8); confer with potential candidates (1.1); review Cogent/Kam article on decision tree analysis (.4). |
| 03/29/12 | N. Hazan | 2.00 | Review and correct response to examiner report (9th). |
| 03/29/12 | B. Rubin | 2.30 | Preparation for and conference call with clients regarding overview presentation comments (1.2); conference call with clients regarding workplan issues (.3); correspondence with co-counsel regarding valuation experts (.8). |
| 03/29/12 | J. Finkelstein | 1.60 | Conference with co-counsel regarding tax memo (.2); conference with Tribune regrading emergence tax issues and tax memo comments (1.4). |
| 03/29/12 | G. Kopacz | 5.20 | Email various attorneys requesting clarification with respect to time entries in response to the Fee Examiner's 9th Preliminary Report (.8); incorporate comments of same into response to fee examiner report (.4); various communications with discovery center with respect to fee examiner's query regarding certain expenses (.5); revise pre-bills for February fee application based on clarifying comments of attorneys (.3); continue working on response to fee examiner report (3.2). |
| 03/30/12 | E. Goldman | 2.50 | Telephone conference with S. Kam of Cogent regarding litigation claims valuation (.3); review Cogent/Kam materials regarding litigation claims valuation expertise (1.0); review Mesirow information (.8); status email to B. Rubin (.4). |
| 03/30/12 | N. Hazan | 2.00 | Discuss revisions and comments to response to examiner preliminary report with G. Kopacz (0.60), review revised report (1.40). |
| 03/30/12 | A. Whiteway | 1.80 | Review emergence workplan and materials regarding tax issues regarding DOJ consent order. |
| 03/30/12 | G. Kopacz | 3.90 | Work on response to fee examiner report. |

| | **Total Hours** | **139.00** | **Total For Services** | **$98,291.00** |
|---|---|---|---|---|

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370648
Invoice Date:  04/30/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Blair-Stanek | 10.70 | 435.00 | 4,654.50 |
| J. Finkelstein | 13.30 | 765.00 | 10,174.50 |
| E. Goldman | 4.80 | 880.00 | 4,224.00 |
| N. Hazan | 8.40 | 645.00 | 5,418.00 |
| G. Kopacz | 45.20 | 435.00 | 19,662.00 |
| B. Rubin | 40.60 | 995.00 | 40,397.00 |
| A. Whiteway | 12.20 | 885.00 | 10,797.00 |
| M. Wilder | 3.80 | 780.00 | 2,964.00 |
| **Totals** | **139.00** | | **$98,291.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 03/08/12 | Telecommunications<br>Ext. 68426 called CHICAGO, (312) 590-1254. | 0.15 |
| 03/08/12 | Telecommunications<br>Ext. 68426 called CHICAGO, (312) 590-1254. | 0.15 |
| 03/14/12 | Telecommunications<br>Ext. 68426 called CINCINNATI, (513) 381-2838. | 0.30 |
| 03/14/12 | Telecommunications<br>Ext. 68426 called CINCINNATI, (513) 381-2838. | 0.15 |
| 03/15/12 | Telecommunications<br>Ext. 68426 called CINCINNATI, (513) 295-0996. | 0.15 |
| 03/21/12 | Photocopy<br>Device 03WDC14C. | 0.20 |
| 03/23/12 | Telecommunications<br>Ext. 75620 called WILMINGTON, (302) 651-2010. | 0.45 |
| 03/27/12 | Telecommunications<br>Ext. 68426 called CHICAGO, (312) 590-1254. | 0.15 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370648
Invoice Date:  04/30/2012

| Date | Description | Amount |
|------|-------------|--------|
| 03/29/12 | Telecommunications<br>Ext. 68426 called CINCINNATI, (513) 381-2838. | 2.25 |

**Total Costs and Other Charges**            **$3.95**

**Total This Invoice** ____ **$98,294.95**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2370649 |
| Invoice Date: | 04/30/2012 |

---

## Remittance Copy
### Billing for services rendered through 03/31/2012

---

Total by Matter
    0516 Perfect Market, Inc.            $ 737.50

Total Services            $ 737.50

Total Costs and Other Charges Posted Through Billing Period            0.00

**Total This Invoice**            **$ 737.50**

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 154.50 |
| 2212868 | 01/26/2011 | 341.80 |
| 2234857 | 03/30/2011 | 74.10 |
| 2245690 | 04/29/2011 | 306.60 |
| 2297301 | 09/30/2011 | 34.50 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 1,687.00 |
| 2338730 | 01/30/2012 | 10,698.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370649
Invoice Date:  04/30/2012

| Invoice | Date | | |
|---|---|---|---|
| 2349839 | 02/29/2012 | 1,502.50 | |
| 2360520 | 03/29/2012 | 2,808.50 | |

Total Outstanding Balance                                68,107.10

Total Balance Due                                      $ 68,844.60

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2370649 |
| Invoice Date: | 04/30/2012 |

## Client Copy
### Billing for services rendered through 03/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0516 Perfect Market, Inc. | $ 737.50 | |
| Total Services | | $ 737.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 737.50** |

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 154.50 |
| 2212868 | 01/26/2011 | 341.80 |
| 2234857 | 03/30/2011 | 74.10 |
| 2245690 | 04/29/2011 | 306.60 |
| 2297301 | 09/30/2011 | 34.50 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 1,687.00 |
| 2338730 | 01/30/2012 | 10,698.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | | Client: | 020336 |
| | | | Invoice: | 2370649 |
| | | | Invoice Date: | 04/30/2012 |

| **Invoice** | **Date** | | |
|---|---|---|---|
| 2349839 | 02/29/2012 | 1,502.50 | |
| 2360520 | 03/29/2012 | 2,808.50 | |

Total Outstanding Balance                               68,107.10

Total Balance Due                                     $ 68,844.60

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/30/2012

Invoice: 2370649
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0516         Perfect Market, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/02/12 | T. Ward | 0.50 | Review emails between M. O'Brien and client on profits interest structuring (.3); telephone call with M. O'Brien to discuss same (.2). |
| 03/02/12 | M. O'Brien | 0.50 | Topix: Various correspondence with client and T. Ward regarding term sheet. |

| | **Total Hours** | **1.00** | **Total For Services** | **$737.50** |
|---|---|---|---|---|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. O'Brien | 0.50 | 665.00 | 332.50 |
| T. Ward | 0.50 | 810.00 | 405.00 |
| **Totals** | **1.00** | | **$737.50** |
| | **Total This Invoice** | | **$737.50** |

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2370651 |
| Invoice Date: | 04/30/2012 |

## Remittance Copy
### Billing for services rendered through 03/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0021 Post Closing Matters | $ 1,752.68 | |
| Total Services | | $ 1,750.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 2.68 |
| **Total This Invoice** | | **$ 1,752.68** |

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 1,392.30 |
| 2193510 | 11/19/2010 | 88.80 |
| 2202007 | 12/08/2010 | 821.40 |
| 2212869 | 01/26/2011 | 1,561.25 |
| 2225181 | 02/28/2011 | 2,353.20 |
| 2234858 | 03/30/2011 | 3,687.40 |
| 2245691 | 04/29/2011 | 1,371.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2370651 |
| Invoice Date: | 04/30/2012 |

| Invoice | Date | |
|---|---|---|
| 2254097 | 05/23/2011 | 276.10 |
| 2268396 | 06/30/2011 | 1,796.70 |
| 2286424 | 07/28/2011 | 5,015.90 |
| 2294690 | 08/29/2011 | 15,134.50 |
| 2297302 | 09/30/2011 | 4,570.60 |
| 2308368 | 10/31/2011 | 128.90 |
| 2314995 | 11/10/2011 | 948.90 |
| 2338737 | 01/30/2012 | 2,702.00 |
| 2349783 | 02/29/2012 | 1,151.48 |

Total Outstanding Balance                                 43,734.03

Total Balance Due                                          $ 45,486.71

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2370651 |
| Invoice Date: | 04/30/2012 |

## Client Copy
### Billing for services rendered through 03/31/2012

| Total by Matter | | |
|---|---|---|
| 0021 Post Closing Matters | $ 1,752.68 | |
| Total Services | | $ 1,750.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 2.68 |
| **Total This Invoice** | | **$ 1,752.68** |

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 1,392.30 |
| 2193510 | 11/19/2010 | 88.80 |
| 2202007 | 12/08/2010 | 821.40 |
| 2212869 | 01/26/2011 | 1,561.25 |
| 2225181 | 02/28/2011 | 2,353.20 |
| 2234858 | 03/30/2011 | 3,687.40 |
| 2245691 | 04/29/2011 | 1,371.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Milan Munich New York Orange County Paris Rome Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2370651 |
| Invoice Date: | 04/30/2012 |

| Invoice | Date | |
|---|---|---|
| 2254097 | 05/23/2011 | 276.10 |
| 2268396 | 06/30/2011 | 1,796.70 |
| 2286424 | 07/28/2011 | 5,015.90 |
| 2294690 | 08/29/2011 | 15,134.50 |
| 2297302 | 09/30/2011 | 4,570.60 |
| 2308368 | 10/31/2011 | 128.90 |
| 2314995 | 11/10/2011 | 948.90 |
| 2338737 | 01/30/2012 | 2,702.00 |
| 2349783 | 02/29/2012 | 1,151.48 |

Total Outstanding Balance                                      43,734.03

Total Balance Due                                          $ 45,486.71

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/30/2012

Invoice: 2370651
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021          Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/14/12 | D. Neville | 0.80 | E-mails with client regarding Mueller Building Consent Agreement (.2); e-mails with M. Frano regarding same (.2); coordinated execution of Mueller Building consent agreement (.4). |
| 03/15/12 | D. Neville | 0.20 | E-mails with client regarding Mueller Building Consent Agreement (.1); e-mails with Cubs counsel regarding same (.1). |
| 03/16/12 | D. Neville | 0.40 | E-mails with client regarding Mueller Building Consent Agreement (.2); e-mail with M. Lufrano regarding same (.2). |
| 03/20/12 | D. Neville | 1.10 | E-mails with M. Lufrano regarding Mueller Building Consent Agreement (0.4); e-mails with client regarding Mueller Building Consent Agreement (0.3); review of Mueller Building insurance certificate and endorsements (0.4). |
| 03/26/12 | D. Neville | 0.40 | Review of revised Mueller Building insurance endorsements (0.2); e-mails with client regarding same (0.1); e-mails with M. LaFranno regarding Mueller Building insurance endorsements (0.1). |
| 03/27/12 | D. Neville | 0.20 | Review of revised Mueller Building insurance endorsements (0.1); e-mails with client regarding Mueller Building consent agreement (0.1). |
| 03/28/12 | D. Neville | 0.40 | E-mails with client regarding Mueller Building insurance (0.2); e-mails with M. Lufrano regarding Mueller Building insurance (0.1); review of revised Mueller Building insurance endorsements (0.1). |

|  | **Total Hours** | **3.50** | **Total For Services** | **$1,750.00** |
|--|-----------------|----------|------------------------|---------------|

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:        022182
Invoice:      2370651
Invoice Date:  04/30/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| D. Neville | 3.50 | 500.00 | 1,750.00 |
| **Totals** | **3.50** | | **$1,750.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 02/06/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #30382694; INVOICE DATE: 03/01/12; Call Date: 02/06/12; Order #31773101; Host NAME: David Neville | 2.68 |

**Total Costs and Other Charges**     **$2.68**

**Total This Invoice**     **$1,752.68**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2370651

04/30/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| D. Neville | 3.50 | 500.00 | 1,750.00 |
| **Totals** | **3.50** | | **$1,750.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2370652 |
| Invoice Date: | 04/30/2012 |

## Remittance Copy
**Billing for services rendered through 03/31/2012**

0520 All Direct Mail Services, Inc.

| | |
|---|---|
| Total Services | $ 280.00 |
| Total Costs and Other Charges Posted Through Billing Period | 113.55 |
| **Total This Invoice** | **$ 393.55** |

| Invoice | Date | |
|---|---|---|
| 2180990 | 10/27/2010 | 1,866.60 |
| 2193511 | 11/19/2010 | 3,621.20 |
| 2200566 | 12/08/2010 | 4,018.30 |
| 2212870 | 01/26/2011 | 5,544.40 |
| 2226977 | 02/28/2011 | 8,140.30 |
| 2234859 | 03/30/2011 | 128.40 |
| 2245692 | 04/29/2011 | 1,350.70 |
| 2254098 | 05/23/2011 | 1,128.70 |
| 2297303 | 09/30/2011 | 42.80 |
| 2314996 | 11/10/2011 | 149.80 |
| 2329292 | 12/21/2011 | 208.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2370652
Invoice Date:   04/30/2012

| Invoice | Date | | |
|---------|------|---|---|
| 2338731 | 01/30/2012 | 224.00 | |
| 2349841 | 02/29/2012 | 1,288.00 | |
| 2360521 | 03/29/2012 | 582.51 | |

Total Outstanding Balance                          28,293.91

Total Balance Due                              $ 28,687.46

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2370652 |
| Invoice Date: | 04/30/2012 |

---

## Client Copy
### Billing for services rendered through 03/31/2012

---

0520 All Direct Mail Services, Inc.

| | |
|---|---|
| Total Services | $ 280.00 |
| Total Costs and Other Charges Posted Through Billing Period | 113.55 |
| **Total This Invoice** | **$ 393.55** |

| Invoice | Date | |
|---|---|---|
| 2180990 | 10/27/2010 | 1,866.60 |
| 2193511 | 11/19/2010 | 3,621.20 |
| 2200566 | 12/08/2010 | 4,018.30 |
| 2212870 | 01/26/2011 | 5,544.40 |
| 2226977 | 02/28/2011 | 8,140.30 |
| 2234859 | 03/30/2011 | 128.40 |
| 2245692 | 04/29/2011 | 1,350.70 |
| 2254098 | 05/23/2011 | 1,128.70 |
| 2297303 | 09/30/2011 | 42.80 |
| 2314996 | 11/10/2011 | 149.80 |
| 2329292 | 12/21/2011 | 208.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2370652
Invoice Date:   04/30/2012

| Invoice | Date | |
|---------|------|---|
| 2338731 | 01/30/2012 | 224.00 |
| 2349841 | 02/29/2012 | 1,288.00 |
| 2360521 | 03/29/2012 | 582.51 |

Total Outstanding Balance                              28,293.91

Total Balance Due                                    $ 28,687.46

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/30/2012

Invoice: 2370652
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0520        All Direct Mail Services, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/12/12 | A. Turney | 0.50 | Review analysis regarding employment bonus (.3); advise K. Ranta regarding same (.2). |

|  | **Total Hours** | **0.50** | **Total For Services** | **$280.00** |
|--|--|--|--|--|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Turney | 0.50 | 560.00 | 280.00 |
| **Totals** | **0.50** |  | **$280.00** |

### Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 01/31/12 | Messenger/Courier VENDOR: Nationwide Legal Express LLC; INVOICE#: 115806; DATE: 1/31/2012  -  Delivery Services | 113.55 |

|  | **Total Costs and Other Charges** | **$113.55** |
|--|--|--|
|  | **Total This Invoice** | **$393.55** |

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2370653 |
| Invoice Date: | 04/30/2012 |

---

## Remittance Copy
### Billing for services rendered through 03/31/2012

---

Total by Matter
    0527 2009 Audit             $ 129,703.89

Total Services            $ 143,075.50

Total Costs and Other Charges Posted Through Billing Period        15,243.49

Discount            (28,615.10)

**Total This Invoice**            **$ 129,703.89**

| Invoice | Date | |
|---|---|---|
| 2225195 | 02/28/2011 | 3,159.30 |
| 2234863 | 03/30/2011 | 9,969.90 |
| 2245697 | 04/29/2011 | 78,639.60 |
| 2254101 | 05/23/2011 | 57,373.50 |
| 2268392 | 06/30/2011 | 46,232.00 |
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370653
Invoice Date:  04/30/2012

| Invoice | Date | |
|---------|------|------|
| 2297306 | 09/30/2011 | 32,819.00 |
| 2308371 | 10/31/2011 | 20,943.30 |
| 2314998 | 11/10/2011 | 583.70 |
| 2329293 | 12/21/2011 | 563.50 |
| 2338733 | 01/30/2012 | 16,826.92 |
| 2349842 | 02/29/2012 | 340,449.70 |
| 2360522 | 03/29/2012 | 436,839.63 |

Total Outstanding Balance                    1,127,284.55

Total Balance Due                          $ 1,256,988.44

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2370653 |
| Invoice Date: | 04/30/2012 |

## Client Copy
### Billing for services rendered through 03/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0527 2009 Audit | $ 129,703.89 | |
| Total Services | | $ 143,075.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 15,243.49 |
| Discount | | (28,615.10) |
| **Total This Invoice** | | **$ 129,703.89** |

| Invoice | Date | |
|---|---|---|
| 2225195 | 02/28/2011 | 3,159.30 |
| 2234863 | 03/30/2011 | 9,969.90 |
| 2245697 | 04/29/2011 | 78,639.60 |
| 2254101 | 05/23/2011 | 57,373.50 |
| 2268392 | 06/30/2011 | 46,232.00 |
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |
| 2297306 | 09/30/2011 | 32,819.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370653
Invoice Date:  04/30/2012

| Invoice | Date | |
|---------|------|---|
| 2308371 | 10/31/2011 | 20,943.30 |
| 2314998 | 11/10/2011 | 583.70 |
| 2329293 | 12/21/2011 | 563.50 |
| 2338733 | 01/30/2012 | 16,826.92 |
| 2349842 | 02/29/2012 | 340,449.70 |
| 2360522 | 03/29/2012 | 436,839.63 |

Total Outstanding Balance                          1,127,284.55

Total Balance Due                              $ 1,256,988.44

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/30/2012

Invoice: 2370653
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0527          2009 Audit

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/12 | J. Pawlow | 0.50 | Call with A. Whiteway regarding summons (.25); research regarding summons (.25). |
| 03/01/12 | B. Rubin | 2.40 | Review and analyze IRS summonses (.7); conference with co counsel regarding same (.3); correspondence with client regarding same (.3); respond to privilege issues with respect to document review (1.1). |
| 03/01/12 | B. Newgard | 8.10 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/01/12 | N. LeBeau | 3.40 | Second Level Review of Documents  in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Partnership Transaction |
| 03/01/12 | Q. McElhaney | 2.50 | Second level review of documents for response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/01/12 | N. Patel | 3.50 | Second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/02/12 | R. Greenhouse | 0.50 | Review IRS summons and provide advice to Team. |
| 03/02/12 | J. Pawlow | 0.30 | Emails to team regarding Ricketts summons. |
| 03/02/12 | B. Rubin | 2.20 | Review and analyze IRS summonses (.7); conference with co-counsel regarding response (.4); correspondence with client regarding same (.3); respond to privilege issues in connection with document review (.8). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370653
Invoice Date:  04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/02/12 | B. Newgard | 7.10 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/02/12 | N. LeBeau | 2.10 | Work on Privilege and Redaction Logs |
| 03/05/12 | R. Greenhouse | 1.50 | Review summons (.5); meeting with Jean Pawlow regarding same (.4); research regarding same (.6). |
| 03/05/12 | P. McCurry | 0.30 | Various emails to team regarding Cubs production. |
| 03/05/12 | J. Pawlow | 0.50 | Conversation with R. Greenhouse and related emails regarding Ricketts Summons. |
| 03/05/12 | B. Rubin | 1.80 | Correspondence with Deloitte regarding response to summonses (.6); conference call with clients regarding same (.3); respond to privilege issues in connection with document review (.9). |
| 03/05/12 | A. Whiteway | 2.40 | Correspondence with Mr. Thorne regarding summons (1.6); review and analysis of summons (.8). |
| 03/05/12 | B. Newgard | 7.90 | Conduct second level review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/05/12 | N. LeBeau | 9.10 | Work on Privilege and Redaction Logs |
| 03/05/12 | Q. McElhaney | 3.00 | Revised privilege log for response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/06/12 | R. Greenhouse | 1.50 | Meeting with B. Rubin, A. Whiteway, J. Pawlow regarding Ricketts Summonses (.3); telephone call with client about same (.2); telephone call with Deloitte & client regarding summons (1.0). |
| 03/06/12 | J. Pawlow | 1.80 | Call with A. Whiteway regarding summons (.3); call with M. Melgarejo et. al regarding summons (.5); call with Ricketts representatives regarding summons (1.0). |
| 03/06/12 | B. Rubin | 2.60 | Preparation for and conference calls with clients and Deloitte regarding response to Summonses (1.8); respond to privilege issues in connection with document review (.8). |
| 03/06/12 | A. Whiteway | 1.60 | Preparation for and telephone conference with Deloitte regarding summons (1.4); telephone conference with |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2370653
Invoice Date:   04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Foley and Lardner regarding summons (.2). |
| 03/06/12 | B. Newgard | 8.40 | Review privilege log entries in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/06/12 | N. LeBeau | 8.20 | Work on Privilege and Redaction Logs |
| 03/06/12 | Q. McElhaney | 8.40 | Revised privilege log for response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/06/12 | M. Louks | 0.30 | Reviewing search terms and confirming contents of unreviewed document (.3) |
| 03/07/12 | R. Greenhouse | 2.00 | Review IDR's, data on responses (1.2); research summons enforcement cases (.8). |
| 03/07/12 | P. McCurry | 0.30 | Attention to privilege and redaction logs issues (0.3). |
| 03/07/12 | B. Rubin | 1.40 | Conference with co-counsel regarding response to Summonses (.7); respond to privilege issues (.7). |
| 03/07/12 | A. Whiteway | 1.30 | Conference with B. Rubin regarding quash of summon to Ricketts (.7); attention to data production/privilege log issues (.6). |
| 03/07/12 | B. Newgard | 8.10 | Review privilege log entries in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/07/12 | N. LeBeau | 7.80 | Work on Privilege and Redaction Logs |
| 03/07/12 | Q. McElhaney | 8.00 | Revised privilege log for response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/08/12 | R. Greenhouse | 2.00 | Prepare for and attend telephone conference with Rickett's representation regarding summons (.8); meet with B. Rubin, A. Whiteway and J. Pawlow regarding same (.4); draft points for Tribune letter (.8). |
| 03/08/12 | J. Pawlow | 0.50 | Call with Deloitte regarding Ricketts summons. |
| 03/08/12 | B. Rubin | 3.80 | Preparation for and conference call with clients and Deloitte regarding audit issues (1.1); follow up regarding privilege log issues (.7); review and analyze letter from Tom Ricketts regarding summons (.3); review documents |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370653
Invoice Date:  04/30/2012

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | regarding indemnification and cooperation issues (1.4); correspondence with client regarding defense issues (.3). |
| 03/08/12 | A. Whiteway | 3.00 | Preparation for and telephone conference with Deloitte regarding audit issues (1.3); review letter from Mr. Ricketts regarding summons (.9); correspondence with client regarding defense costs (.8). |
| 03/08/12 | B. Newgard | 9.20 | Review privilege log entries in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/08/12 | Q. McElhaney | 4.60 | Revised privilege log for response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/09/12 | R. Greenhouse | 1.00 | Prepare for and attend telephone conference with client regarding Ricketts summonses and indemnifications. |
| 03/09/12 | J. Pawlow | 0.50 | Call with team regarding Ricketts summons. |
| 03/09/12 | B. Rubin | 2.30 | Preparation for and conference calls with clients regarding response to Summonses (1.1); respond to privilege issues in connection with document review (.8); review and analyze litigation hold notice (.4). |
| 03/09/12 | A. Whiteway | 1.60 | Preparation for and telephone conference with client regarding summons and defence costs (1.2); review litigation hold documents (.4). |
| 03/09/12 | B. Newgard | 6.10 | Review privilege log entries in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/09/12 | N. LeBeau | 7.30 | Work on Privilege and Redaction Logs |
| 03/09/12 | Q. McElhaney | 0.80 | Revised privilege log for response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/10/12 | N. LeBeau | 1.40 | Work on Privilege and Redaction Logs |
| 03/11/12 | B. Newgard | 1.50 | Review privilege log entries in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370653
Invoice Date:  04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/11/12 | N. LeBeau | 2.20 | Work on Privilege and Redaction Logs |
| 03/12/12 | P. McCurry | 1.90 | Prepare for and attend conference with staff attorneys regarding finalizing production and priv logs (1.2); revise priv logs (0.7). |
| 03/12/12 | J. Pawlow | 0.30 | Emails to team regarding Ricketts summon. |
| 03/12/12 | B. Rubin | 2.60 | Respond to privilege log issues (.7); conference with co-counsel regarding summons issues (.6); preparation for and conference call with Deloitte regarding summons (.6); work on memo to clients regarding same (.7). |
| 03/12/12 | A. Whiteway | 1.10 | Correspondence with client regarding Ricketts summons (.4); telephone conference with client regarding summons (.4); attention to data production issues (.3). |
| 03/12/12 | B. Newgard | 12.30 | Review privilege log entries in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/12/12 | B. Newgard | 0.80 | Meeting with P. McCurry and N. LeBeau to discuss changes to the redaction and privilege logs. |
| 03/12/12 | N. LeBeau | 8.70 | Work on Privilege and Redaction Logs |
| 03/12/12 | Q. McElhaney | 3.00 | Revised privilege log for response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/13/12 | P. McCurry | 0.40 | Finalize privilege logs. |
| 03/13/12 | B. Rubin | 2.90 | Preparation for and conference call with Ricketts representatives regarding summons (.7); review and comment on draft letter (.3); review relevant language in documents (.7); respond to privilege issues (.8); correspondence with client regarding summons issues (.4). |
| 03/13/12 | A. Whiteway | 0.80 | Analysis of summon duplication issues (.8). |
| 03/13/12 | B. Newgard | 9.20 | Review privilege log entries in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/13/12 | N. LeBeau | 9.30 | Work on Privilege and Redaction Logs |
| 03/13/12 | Q. McElhaney | 6.50 | Conducted searches for response to Information Document Requests issued by the Internal Revenue |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2370653
Invoice Date:   04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/14/12 | R. Greenhouse | 1.00 | Follow-up on document production (.5); review letter regarding payment for Ricketts professional fees and discuss with B. Rubin (.5). |
| 03/14/12 | P. McCurry | 1.60 | Finalize log and production (1.6). |
| 03/14/12 | B. Rubin | 3.30 | Preparation for and conference call with Ricketts representatives regarding Summons response (.9); negotiate letter agreement (.6); correspondence with client regarding summons (.7); respond to privilege issues in connection with document review (.8); correspondence with Deloitte regarding summons issue (.3). |
| 03/14/12 | A. Whiteway | 1.30 | Telephone conference with client regarding summons (.4); correspondence with client regarding cost indemnification (.3); telephone conference with Mr. Levitt regarding summons process (.6) |
| 03/14/12 | B. Newgard | 6.70 | Review privilege log entries in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/14/12 | B. Newgard | 1.00 | Attend meeting with P. McCurry and N. LeBeau to discuss the privilege logs and final production related to the IDR issued for the Cubs transaction. |
| 03/14/12 | N. LeBeau | 3.60 | Work on Privilege and Redaction Logs |
| 03/14/12 | Q. McElhaney | 3.80 | Revised privilege log for response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Cubs partnership transaction. |
| 03/14/12 | M. Louks | 1.20 | Conference call with case team regarding upcoming production (.4); creating production set, branding images and sending report to case team regarding new bates numbers (.8). |
| 03/15/12 | R. Greenhouse | 1.00 | Review document production and privilege logs (.5); edit letter to Ricketts and prepare for meeting with IRS (.5). |
| 03/15/12 | P. McCurry | 1.80 | Finalize privilege logs (0.4); conference with M. Melgarejo re final production (1.4). |
| 03/15/12 | D. Skowron | 1.50 | Communicate with M. Louks and P. McCurry regarding |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2370653
Invoice Date:    04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | transfer of production set (.3); Compress production set, initiate and monitor download from network and extract files (.4); Transfer production set to DVD-ROM, duplicate, quality check and label (.3); Remove load files from production, rename image folder and transfer file to DVD-ROM, duplicate, quality check and label (.3); Communicate with P. McCurry and M. Louks regarding project status (.2). |
| 03/15/12 | B. Rubin | 2.60 | Conference call and correspondence with Sidley regarding reimbursement issues (.9); negotiate letter agreement with Ricketts representatives (.9); correspondence with client and Ricketts regarding summons (.4); correspondence with team regarding document production (.4). |
| 03/15/12 | A. Whiteway | 0.90 | Correspondence with client regarding cost indemnification (.4); review file and IDRs (.5). |
| 03/15/12 | M. Louks | 0.80 | Exporting production set and coordinating creation of disk (.8). |
| 03/16/12 | B. Rubin | 0.90 | Review and finalize letter agreement (.;7); correspondence with client and Ricketts regarding summons (.2). |
| 03/17/12 | B. Rubin | 0.40 | Letter to Ricketts regarding IRS Summonses (.4). |
| 03/19/12 | R. Greenhouse | 3.00 | Prepare for meeting with IRS regarding audit (2.3); review IDRs and responses and review summons authorities and section 6103 (.7). |
| 03/19/12 | B. Rubin | 0.30 | Correspondence with clients and co-counsel regarding audit (.3). |
| 03/19/12 | A. Whiteway | 5.90 | Preparation for meeting with IRS regarding audit (5.2); correspondence with co-counsel regarding data production (.4); correspondence with client and Deloitte regarding meeting with IRS (.3). |
| 03/20/12 | R. Greenhouse | 10.00 | Prepare for meeting and attend meeting with IRS regarding Rickett's summonses. |
| 03/20/12 | P. McCurry | 0.10 | Attention to call from M. Melgarejo regarding production (0.1). |
| 03/20/12 | A. Whiteway | 6.40 | Preparation for meeting with IRS regarding audit (3.4); meeting with Deloitte and Foley regarding summons (1.6); meeting with IRS regarding audit (1.4). |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2370653
Invoice Date:    04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/21/12 | R. Greenhouse | 0.30 | Review A. Whiteway meeting summary regarding audit. |
| 03/21/12 | P. McCurry | 1.80 | Compile document count for Cubs production (1.8). |
| 03/21/12 | B. Rubin | 1.10 | Correspondence with client regarding document production issues (.3); conference with co-counsel regarding IRS meeting (.4); review and comment on memorandum to clients (.4). |
| 03/21/12 | A. Whiteway | 3.40 | Conference with co-counsel regarding meeting with IRS (.4); draft summary to client (.9); research tax issues regarding debt (2.1). |
| 03/23/12 | P. McCurry | 0.10 | Follow up with client on production (0.1). |
| 03/26/12 | P. McCurry | 0.10 | Email D. Skowron re production (0.1). |
| 03/27/12 | R. Greenhouse | 2.00 | Review legal documents and tax opinion. |
| 03/27/12 | J. Pawlow | 0.30 | Emails to team regarding Ricketts Summons. |
| 03/27/12 | B. Rubin | 1.80 | Conference call regarding IRS issues (.4); correspondence with client and Foley regarding summons (.6); review and analyze correspondence from IRS regarding audit (.8). |
| 03/28/12 | R. Greenhouse | 1.00 | Review revised Ricketts document request. |
| 03/28/12 | B. Rubin | 1.40 | Conference calls and correspondence with clients and Foley regarding response to IRS (.6); review and analyze revised draft summons (.8). |
| 03/29/12 | B. Rubin | 1.60 | Correspondence with Foley and client regarding response to Summonses (.8); review and analyze revised Summons (.8). |
| 03/30/12 | A. Whiteway | 0.40 | Correspondence with Foley attorneys regarding meeting with the IRS. |

| | **Total Hours** | **302.80** | **Total For Services** | **$143,075.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Greenhouse | 26.80 | 900.00 | 24,120.00 |
| N. LeBeau | 63.10 | 245.00 | 15,459.50 |
| M. Louks | 2.30 | 280.00 | 644.00 |
| P. McCurry | 8.40 | 500.00 | 4,200.00 |
| Q. McElhaney | 40.60 | 245.00 | 9,947.00 |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2370653
Invoice Date: 04/30/2012

| Name | Hours | Rate | Amount |
|---|---|---|---|
| B. Newgard | 86.40 | 245.00 | 21,168.00 |
| N. Patel | 3.50 | 245.00 | 857.50 |
| J. Pawlow | 4.70 | 915.00 | 4,300.50 |
| B. Rubin | 35.40 | 995.00 | 35,223.00 |
| D. Skowron | 1.50 | 345.00 | 517.50 |
| A. Whiteway | 30.10 | 885.00 | 26,638.50 |
| **Totals** | **302.80** | | **$143,075.50** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 05/23/11 | Document Services<br>VENDOR: @Legal Discovery LLC; INVOICE#: 1575;<br>DATE: 5/23/2011 - TIFF conversion | 1,397.50 |
| 07/29/11 | Document Services<br>VENDOR: Landmark Legal Solutions; INVOICE#: 07-297-11; DATE: 7/29/2011 - Heavy litigation | 2,439.30 |
| 09/15/11 | Document Services<br>VENDOR: Landmark Legal Solutions; INVOICE#: 09-133-11; DATE: 9/15/2011 - Heavy Litigation | 509.04 |
| 02/08/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #30399140; INVOICE DATE: 03/01/12; Call Date: 02/08/12; Order #31789929; Host NAME: Patrick McCurry | 24.94 |
| 02/29/12 | Computer Hosting Fees<br>February monthly charge for data storage and hosting, Relativity Hosting, 308.5 GBs. | 9,255.00 |
| 03/20/12 | Travel Expenses<br>Meeting with IRS | 670.98 |
| 03/20/12 | Travel Expenses<br>Meeting with IRS | 10.69 |
| 03/20/12 | Travel Expenses<br>Travel to Chicago for client meetings. | 38.24 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370653
Invoice Date:  04/30/2012

| Date | Description | Amount |
|------|-------------|--------|
| 03/20/12 | Travel Expenses<br>Travel to Chicago for client meetings. | 897.80 |

**Total Costs and Other Charges**    **$15,243.49**

**Total This Invoice**    **$158,318.99**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2370655 |
| Invoice Date: | 04/30/2012 |

## Remittance Copy
### Billing for services rendered through 03/31/2012

0535 Block Shopper/Journatic

| | |
|---|---:|
| Total Services | $ 77,398.50 |
| Total Costs and Other Charges Posted Through Billing Period | 120.20 |
| **Total This Invoice** | **$ 77,518.70** |

| Invoice | Date | | |
|---|---|---:|---:|
| 2349844 | 02/29/2012 | 26,633.50 | |
| 2360524 | 03/29/2012 | 84,646.00 | |
| Total Outstanding Balance | | | 111,279.50 |
| Total Balance Due | | | $ 188,798.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2370655 |
| Invoice Date: | 04/30/2012 |

## Client Copy
### Billing for services rendered through 03/31/2012

0535 Block Shopper/Journatic

| | |
|---|---|
| Total Services | $ 77,398.50 |
| Total Costs and Other Charges Posted Through Billing Period | 120.20 |
| **Total This Invoice** | **$ 77,518.70** |

| Invoice | Date | | |
|---|---|---|---|
| 2349844 | 02/29/2012 | 26,633.50 | |
| 2360524 | 03/29/2012 | 84,646.00 | |
| Total Outstanding Balance | | 111,279.50 | |
| Total Balance Due | | $ 188,798.20 | |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

04/30/2012

Invoice: 2370655
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0535        Block Shopper/Journatic

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/12 | H. Steele | 0.30 | Communications with Cole Parker on tender offer. |
| 03/01/12 | R. Harris | 3.00 | Draft Offering Memorandum for Class A and Class B Units (1.4); confer with Tribune regarding open issues (.4); draft Investor Rights Agreement (1.2). |
| 03/01/12 | J. Finkelstein | 1.20 | Review tender offer (.4); review LLC agreement in preparation for conference with Tribune (.5); review allocation provisions and discuss with R. Harris (.3). |
| 03/01/12 | C. Parker | 3.80 | Revise Journatic disclosure document (2.7); office conference with H. Steele regarding comments to disclosure documents (.3); incorporate H. Steele's comments into disclosure document (.8). |
| 03/02/12 | H. Steele | 2.60 | Reviewed offer to purchase document (2.2); conferred with C. Parker regarding same (.4). |
| 03/02/12 | J. Finkelstein | 1.00 | Discuss allocations with co-counsel. |
| 03/02/12 | C. Parker | 7.50 | Revise disclosure document relating to Tribune offer on Class A and Class B Units. |
| 03/05/12 | R. Harris | 1.30 | Confer with Journatic's legal counsel regarding transaction issues (.3); review and revise transaction documents (1.0). |
| 03/05/12 | A. Whiteway | 0.80 | Review correspondence from co-counsel regarding disclosure document. |
| 03/05/12 | J. Finkelstein | 0.50 | Correspondence to team regarding disclosure document. |
| 03/05/12 | A. Kladis | 0.50 | Communicate with C. Parker regarding UCC issue (.1); run UCC and litigation searches (.4). |
| 03/06/12 | R. Harris | 0.30 | Attend to transaction issues (.2); confer with D. Kazan regarding same (.1). |
| 03/06/12 | C. Parker | 6.30 | Draft letter of transmittal (2.9); email correspondence with various specialists re ancillary document review |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2370655
Invoice Date:   04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.4); draft non-compete agreement (2.3); email correspondence with R. Harris regarding letter of transmittal (.3); conference call with Taft regarding equity plan (.4). |
| 03/06/12 | M. O'Brien | 0.50 | Review equity plan. |
| 03/07/12 | R. Harris | 2.00 | Revisions to transaction documents (1.4); confer with D. Kazan regarding open issues (.2); attend to transaction issues (.4). |
| 03/07/12 | J. Finkelstein | 1.30 | Review correspondence from H. Thornton regarding Proplan (.5); review Syngenta comments on Proplan (.5); discussion with C. Lahiff regarding potential responses to Proplan (.3). |
| 03/07/12 | C. Parker | 4.30 | Email correspondence with R. Harris regarding transaction documents (.3); draft assignment and software service agreement (2.1); draft promissory note (1.6); conference call with Taft regarding promissory note (.1); revise promissory note (.2). |
| 03/07/12 | M. O'Brien | 0.50 | Review equity plan. |
| 03/07/12 | A. Kladis | 0.50 | Review lien search results (.1); draft chart summarizing same (.4). |
| 03/08/12 | J. Mikulina | 0.20 | Confer with R. Harris regarding proposed Newsinator software license (.1); review materials from company in connection with same (.1). |
| 03/08/12 | R. Harris | 2.50 | Draft transaction documents (1.9); confer with C. Kuhnhein regarding transaction issues (.2); confer with D. Kazan regarding same (.3); telephone conference with E. Weinhaus of Journatic, C. Kuhnhein and J. Mikulina regarding issues regarding Newsinator Taskeroly software (.1). |
| 03/08/12 | J. Finkelstein | 0.50 | Discuss LLC agreement with R. Harris. |
| 03/08/12 | C. Parker | 2.00 | Prepare software assignment agreement relating to Newsinator software (1.1); draft promissory note for Newsinator debt (.9). |
| 03/09/12 | R. Harris | 0.70 | Confer with D. Kazan regarding issues regarding Journatic investment (.4); confer with Journatic's counsel regarding same (.3). |
| 03/09/12 | C. Parker | 1.30 | Revise invention assignment agreement (.3); conference call with M. O'Brien regarding equity incentive plan (.1); |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2370655
Invoice Date:   04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | office conference with R. Harris regarding transaction documents (.1); revise promissory note (.8). |
| 03/09/12 | A. Kladis | 0.50 | Review lien search results (.1); draft chart summarizing same (.3); communicate with C. Parker regarding same (.1). |
| 03/10/12 | C. Parker | 1.00 | Prepare Journatic election form and revise non-compete obligations. |
| 03/13/12 | J. Mikulina | 1.00 | Review and provide comments to Newsinator inventor agreement (.7); follow up with C. Parker and R. Harris regarding same (.3). |
| 03/13/12 | R. Harris | 1.50 | Draft transaction documents (1.2); confer with company counsel regarding board meeting (.3). |
| 03/13/12 | J. Finkelstein | 0.80 | Review correspondence regarding closing agreements for transaction (.2); conference with co-counsel regarding same (.1); review transaction agreements (.5). |
| 03/13/12 | C. Parker | 1.30 | Conference call with Taft regarding transaction status (.1); email correspondence with Taft regarding same (.2); emails with specialists regarding inventor agreement (.2); review UCC searches (.6); office conference with R. Harris regarding transaction (.2). |
| 03/14/12 | R. Harris | 0.70 | Revisions to Disclosure Document (.4); attend to transaction issues (.2); conference with D. Kazon regarding same (.1). |
| 03/14/12 | J. Finkelstein | 2.00 | Review allocation language from Taft (.5); conference with P. Mitchell from Taft regarding operating agreement (.3); draft allocation language (1.2). |
| 03/14/12 | M. O'Brien | 0.50 | Revise equity plan. |
| 03/15/12 | R. Harris | 0.50 | Conference with J. Zimmerman regarding Board meeting and minutes (.1); attend to transaction issues (.2); review transaction documents (.2). |
| 03/15/12 | J. Finkelstein | 1.60 | Correspondence with P. Mitchell regarding allocations (.2); revise allocations (.6); correspondence with co-counsel regarding allocations (.4); review revised closing documents (.4). |
| 03/15/12 | C. Parker | 2.30 | Revise non-compete agreement (.6); revise letter of transmittal and election form (1.3); office conference with R. Harris regarding same (.1); conference call with co-counsel regarding transaction status (.3). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370655
Invoice Date:  04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/16/12 | J. Mikulina | 1.50 | Prepare license and services agreement for Tasker.ly (1.1); follow up with R. Harris and C. Parker regarding same (.2); confer with J. Pechette regarding software license language in connection with same (.2). |
| 03/16/12 | R. Harris | 2.00 | Review and revise Unit Purchase Agreement, LLC Agreement and Disclosure Document. |
| 03/16/12 | J. Finkelstein | 2.30 | Correspondence with Taft regarding LLC agreement provisions (.3); revise draft allocation provisions (1.3); correspondence with co-counsel regarding same (.4); review revised closing documents (.3). |
| 03/16/12 | C. Parker | 2.80 | Conference call with Tribune to review Taft comments to documents (1.0); revise unit purchase agreement (.8); attention to disclosure document and LLC agreement (.2); email correspondence to client regarding same (.1); incorporate tax comments into LLC agreement (.7). |
| 03/19/12 | J. Mikulina | 1.00 | Confer with J. Pechette regarding proposed terms of Tasker.ly agreement (.1); review further comments to services/software license agreement from J. Pechette (.2); review comments to Tasker.ly agreement from C. Parker (.2); review and revise agreement in connection with same (.5). |
| 03/19/12 | R. Harris | 0.40 | Review revised Transaction Documents (.3); confer with D. Kazan regarding transaction issues (.1). |
| 03/19/12 | J. Finkelstein | 1.00 | Review revised documents. |
| 03/19/12 | C. Parker | 5.00 | Revise non-compete agreement and inventions assignment agreement (1.2); revise disclosure document (.8); various correspondence with R. Harris and client re revisions to transaction documents (.4); revise employee equity plan (1.2); revise software license agreement (1.4). |
| 03/19/12 | J. Pechette | 1.80 | Conference with Jen Mikulina regarding factual background (.1); review and revise software license and services agreement (1.7). |
| 03/20/12 | R. Harris | 0.90 | Draft Noncompete Agreement (.4); draft Tuskerily License Agreement (.4); review Taft comments to Transaction Documents (.1). |
| 03/20/12 | J. Finkelstein | 2.00 | Correspondence with co-counsel regarding LLC agreement (.2); revise allocation provision (.3); review disclosure schedules and comments to agreements (1.0); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370655
Invoice Date:  04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | analysis regarding withholding issues (.5). |
| 03/20/12 | C. Parker | 4.00 | Prepare for and attend conference call with Tribune regarding transaction documents (.6); revise documents per discussion with client (.7); office conference with R. Harris regarding transaction status (.2); revise non-compete agreement (2.3); conference call with J. Mikulina regarding software license agreement (.2). |
| 03/21/12 | R. Harris | 2.50 | Revisions to Unit Purchase Agreement and LLC Agreement (1.3); confer with D. Kazan and B. Fields regarding open issues (.2); confer with C. Kuhnhein, J. Zimmerman and C. Parker regarding open issues (.3); attend to transaction issues (.7). |
| 03/21/12 | J. Finkelstein | 1.50 | Review and revise allocation provisions (.3); correspondence with Taft tax specialist regarding allocations (.1); correspondence with co-counsel regarding same (.2); discuss operating agreement with R. Harris (.2); research regarding release of tax liens (.4); review disclosure schedules (.3). |
| 03/21/12 | C. Parker | 5.00 | Revise member promissory note (1.2); review and revise disclosure schedules (1.6); conference call with R. Harris regarding status of tender offer with Taft (.3); revise Newsinator promissory note (1.1); prepare side letter regarding closing of tender offer and Class C Unit purchase (.8). |
| 03/22/12 | H. Steele | 0.50 | Communications with C. Parker regarding terms of agreement. |
| 03/22/12 | R. Harris | 2.60 | Draft Ancillary Documents (1.7); confer with J. Zimmerman regarding transaction issues (.2); confer with D. Kazan, B. Fields and C. Parker regarding open issues (.3); attend to transaction issues (.4). |
| 03/22/12 | J. Finkelstein | 0.80 | Review disclosures and operating agreement (.5); conference with Tribune regarding open issues (.3). |
| 03/22/12 | C. Parker | 7.20 | Revise disclosure schedules (1.6); revise promissory notes (1.5); revise non-compete agreement (1.1); revise equity plan (1.3); office conference with R. Harris regarding transaction status and document review (.2); revise documents related to tender offer (1.5). |
| 03/23/12 | R. Harris | 1.00 | Attend to transaction issues (.5); finalize documentation |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2370655
Invoice Date:  04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.5). |
| 03/23/12 | C. Parker | 7.00 | Review and revise transaction documents. |
| 03/26/12 | R. Harris | 1.20 | Revisions to transaction documents (.8); confer with Journatic's legal counsel regarding open issues (.2); follow-up regarding same (.2). |
| 03/26/12 | B. Rubin | 1.10 | Conference with co-counsel regarding tax issues (.4); analysis regarding same (.7). |
| 03/26/12 | J. Finkelstein | 1.10 | Review profits interest issue (1.0); correspondence with R. Harris regarding same (.1). |
| 03/26/12 | C. Parker | 1.80 | Confirm mailing address labels for tender offer (.3); conference call with team regarding checklist (.2); revise checklist (.3); revise cover letter to tender materials (1.0). |
| 03/27/12 | R. Harris | 1.70 | Telephone conference with J. Zimmerman, C. Kuhnhein, J. Finkelstein and C. Parker regarding open transaction issues and treatment of profits interests (.3); review LLC Agreement regarding same (.5); confer with C. Parker regarding transaction issues (.3); attend to transaction issues (.6). |
| 03/27/12 | J. Finkelstein | 3.40 | Review profits interest issue (.5); conference with co-counsel regarding profits interest issue (.3); conference with Taft regarding profits interests (.3); review and comment on revised operating agreement (1.2); analysis and correspondence regarding employment tax liability issue (1.1). |
| 03/27/12 | C. Parker | 2.50 | Various emails and office conference with team regarding transaction status (.3); conference call with team regarding edits to LLC Agreement (.3); revise LLC Agreement (.7); revise disclosure document (.8); review and markup disclosure schedules (.4). |
| 03/28/12 | R. Greenhouse | 0.50 | Discuss levy action with J. Finkelstein and N. Dorfman and follow up regarding same. |
| 03/28/12 | R. Harris | 2.10 | Conference call with Journatic regarding issues regarding failure to pay withholding taxes (.3); follow up regarding same (.4); revisions to transaction documents (1.4). |
| 03/28/12 | J. Finkelstein | 3.80 | Analysis regarding levy issue (.7); conference with lawyers and clients regarding levy issue (.4); review levy documents (.3); correspondence with Tribune regarding additional levy notices (.2); conference with co-counsel |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2370655
Invoice Date:    04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | regarding levy notices (.3); review revised disclosure schedules (.7); draft profits interest vesting provisions (1.2). |
| 03/28/12 | C. Parker | 0.30 | Revise disclosure document. |
| 03/28/12 | I. Mirsky | 0.70 | Research levy issues for J. Finkelstein. |
| 03/29/12 | R. Harris | 1.00 | Review and revise LLC Agreement (.5); confer with J. Finkelstein, B. Fields and D. Kazan regarding tax issue (.3); attend to transaction issues (.2). |
| 03/29/12 | J. Finkelstein | 2.90 | Conference with co-counsel regarding levy issue and analysis regarding levy issue (1.1); conference with Tribune regarding levy issue and transaction documents (.3); conference with Taft regarding levy issue (.3); correspondence with Taft and Tribune regarding levy issue (.3); review revised operating agreement and disclosure schedules (.9). |
| 03/29/12 | C. Parker | 0.70 | Revise disclosure schedules (.4); conference call with J. Finkelstein regarding same (.3). |
| 03/29/12 | I. Mirsky | 1.60 | Analysis of levy issues for J. Finkelstein. |
| 03/30/12 | R. Harris | 1.10 | Confer with C. Kuhnhein and C. Parker regarding open issues (.3); finalize transaction documents (.8). |
| 03/30/12 | J. Finkelstein | 2.60 | Review revised closing documents (2.0); correspondence with Taft and Tribune regarding levy issue (.6). |
| 03/30/12 | C. Parker | 1.50 | Revise LLC agreement (.5); email correspondence regarding LLC Agreement with J. Finkelstein (.2); complete revisions to disclosure schedules (.3). |

**Total Hours**    **143.50**          **Total For Services**      **$77,398.50**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Finkelstein | 30.30 | 765.00 | 23,179.50 |
| R. Greenhouse | 0.50 | 900.00 | 450.00 |
| R. Harris | 29.00 | 640.00 | 18,560.00 |
| A. Kladis | 1.50 | 265.00 | 397.50 |
| J. Mikulina | 3.70 | 620.00 | 2,294.00 |
| I. Mirsky | 2.30 | 645.00 | 1,483.50 |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2370655
Invoice Date: 04/30/2012

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| M. O'Brien | 1.50 | 665.00 | 997.50 |
| C. Parker | 67.60 | 365.00 | 24,674.00 |
| J. Pechette | 1.80 | 665.00 | 1,197.00 |
| B. Rubin | 1.10 | 995.00 | 1,094.50 |
| H. Steele | 3.40 | 695.00 | 2,363.00 |
| A. Whiteway | 0.80 | 885.00 | 708.00 |
| **Totals** | **143.50** | | **$77,398.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|-------:|
| Photocopy | 107.90 |
| Telecommunications | 12.30 |
| **Total Costs and Other Charges** | **$120.20** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2370655

04/30/2012

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0535  Block Shopper/Journatic | 143.50 | 77,398.50 | 120.20 | 0.00 | 77,518.70 |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2370660 |
| Invoice Date: | 04/30/2012 |

## Remittance Copy
### Billing for services rendered through 03/31/2012

Total by Matter
    0507 Newsday                                   $ 11,759.50
    Client/Reference Number: 0000001849

Total Services                                                 $ 10,442.00

Total Costs and Other Charges Posted Through Billing Period        1,317.50

**Total This Invoice**                                       **$ 11,759.50**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2370660 |
| Invoice Date: | 04/30/2012 |

## Client Copy
### Billing for services rendered through 03/31/2012

Total by Matter
    0507 Newsday                                            $ 11,759.50
    Client/Reference Number: 0000001849

Total Services                                                   $ 10,442.00

Total Costs and Other Charges Posted Through Billing Period         1,317.50

**Total This Invoice**                                        **$ 11,759.50**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/30/2012

Invoice: 2370660
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507      Newsday
                  Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/12 | P. McCurry | 0.10 | Follow up with staff attorneys regarding review of documents (0.1). |
| 03/01/12 | G. Lewis | 8.30 | Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday Partnership Transaction. |
| 03/01/12 | D. Whiters | 9.50 | Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday Partnership Transaction. |
| 03/01/12 | Y. Canela | 9.00 | Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday Partnership Transaction. |
| 03/01/12 | L. Hoskin | 9.50 | Review documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday partnership transaction. |
| 03/01/12 | A. Jones | 8.40 | Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday Partnership Transaction. |
| 03/01/12 | C. Andrepont | 9.30 | Review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday Partnership Transaction. |
| 03/01/12 | R. Teuber | 9.40 | Review of Documents in response to Information |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2370660
Invoice Date:    04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday Partnership Transaction. |
| 03/01/12 | L. Wierenga | 8.00 | Review of Documents in response to Information Documents Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday Partnership Transaction |
| 03/02/12 | G. Lewis | 3.50 | Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday Partnership Transaction. |
| 03/02/12 | D. Whiters | 5.40 | Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday Partnership Transaction. |
| 03/02/12 | Y. Canela | 3.80 | Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday Partnership Transaction. |
| 03/02/12 | L. Hoskin | 4.20 | Review documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday partnership transaction. |
| 03/02/12 | A. Jones | 3.00 | Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday Partnership Transaction. |
| 03/02/12 | C. Andrepont | 3.40 | Review of documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday Partnership Transaction. |
| 03/02/12 | R. Teuber | 2.80 | Review of Documents in response to Information Document Requests issued by the Internal Revenue Service to Tribune Company in connection with the Newsday Partnership Transaction. |
| 03/05/12 | P. McCurry | 0.70 | Conduct meeting with project attorneys and staff attorneys regarding finalizing review. |
| 03/15/12 | C. Parker | 0.20 | Office conference with team regarding Newsday |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2370660
Invoice Date:   04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | litigation and status of lien. |
| 03/19/12 | C. Parker | 0.60 | Review Newsday closing documents relating to contributed assets to determine if the rights under a specific contract were contributed in the Newsday transaction. |

| | **Total Hours** | **99.10** | **Total For Services** | **$10,442.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| C. Andrepont | 12.70 | 100.00 | 1,270.00 |
| Y. Canela | 12.80 | 100.00 | 1,280.00 |
| L. Hoskin | 13.70 | 100.00 | 1,370.00 |
| A. Jones | 11.40 | 100.00 | 1,140.00 |
| G. Lewis | 11.80 | 100.00 | 1,180.00 |
| P. McCurry | 0.80 | 500.00 | 400.00 |
| C. Parker | 0.80 | 365.00 | 292.00 |
| R. Teuber | 12.20 | 100.00 | 1,220.00 |
| D. Whiters | 14.90 | 100.00 | 1,490.00 |
| L. Wierenga | 8.00 | 100.00 | 800.00 |
| **Totals** | **99.10** | | **$10,442.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 02/29/12 | Computer Hosting Fees February monthly charge for data storage and hosting, Relativity Hosting, 155.0 GBs. | 1,317.50 |

| | **Total Costs and Other Charges** | **$1,317.50** |
|--|--|--|
| | **Total This Invoice** | **$11,759.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2372152 |
| Invoice Date: | 04/30/2012 |

---

## Remittance Copy
### Billing for services rendered through 03/31/2012

---

0536 Project Valencia

| | |
|---|---|
| Total Services | $ 56,108.50 |
| Total Costs and Other Charges Posted Through Billing Period | 138.21 |
| **Total This Invoice** | **$ 56,246.71** |

| Invoice | Date | | |
|---|---|---|---|
| 2338735 | 01/30/2012 | 31,073.02 | |
| 2349845 | 02/29/2012 | 18,229.50 | |
| 2360525 | 03/29/2012 | 20,233.50 | |
| Total Outstanding Balance | | | 69,536.02 |
| Total Balance Due | | | $ 125,782.73 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2372152 |
| Invoice Date: | 04/30/2012 |

## Client Copy
### Billing for services rendered through 03/31/2012

0536 Project Valencia

| | |
|---|---|
| Total Services | $ 56,108.50 |
| Total Costs and Other Charges Posted Through Billing Period | 138.21 |
| **Total This Invoice** | **$ 56,246.71** |

| Invoice | Date | | |
|---|---|---|---|
| 2338735 | 01/30/2012 | 31,073.02 | |
| 2349845 | 02/29/2012 | 18,229.50 | |
| 2360525 | 03/29/2012 | 20,233.50 | |
| Total Outstanding Balance | | | 69,536.02 |
| Total Balance Due | | | $ 125,782.73 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/30/2012

Invoice: 2372152
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0536          Project Valencia

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/12 | B. Gruemmer | 2.30 | Reviewing new issues list (.9); call with D. Kazan on same (.3); call with S. Prebish to forward comments (.3); call with group to review comments (.8). |
| 03/01/12 | B. Gruemmer | 0.70 | Call with D. Eldersveld on Legacy open issues. |
| 03/01/12 | C. Lin | 3.40 | Review stockholder information materials (.5); Revise escrow agreement (2.5); Review Chadbourne comments to Merger Agreement (.4). |
| 03/02/12 | C. Lin | 1.00 | Telephone conference with company counsel regarding transaction documents (.3); revise escrow agreement (.7). |
| 03/04/12 | B. Gruemmer | 1.00 | Multiple emails to C. Lin on open issues (.7); brief review of Escrow Agreement (.3). |
| 03/05/12 | B. Gruemmer | 2.00 | Call with all Seller parties to review open tax issues (.4); working on related documents (1.6). |
| 03/05/12 | C. Lin | 0.50 | Review Joinder Agreement issue. |
| 03/06/12 | B. Gruemmer | 0.80 | Reviewing and revising joinder agreement (.2); beginning to review Merger Agreement (.3); multiple calls and emails to team on taxes (.3). |
| 03/06/12 | C. Lin | 4.20 | Revise shareholder documents (2.3); Review Joinder Agreement (1.9). |
| 03/07/12 | B. Gruemmer | 3.50 | Reviewing latest draft of Merger Agreement received from Buyer's counsel (.5); multiple calls with Tribune on same (.6); call with Company to review latest draft of Merger Agreement (.5); follow-up with D. Kazan on various issues (.4); call with D. Eldersveld on same (.4); working on joinder (1.1). |
| 03/07/12 | C. Lin | 5.30 | Revise Joinder Agreement (1.8); Review Latham comments to Merger Agreement (.5); Telephone conferences with team regarding Merger Agreement |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2372152 |
| Invoice Date: | 04/30/2012 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (1.4); Revise Merger Agreement (1.3); Telephone conference with team regarding Joinder Agreement (.3). |
| 03/08/12 | B. Gruemmer | 1.50 | Reviewing new issues list (.4); call with D. Kazan regarding new issues list (.2); reviewing certain of the shareholder related documents, power of attorney, etc. (.7); call with S. Prebish on same (.2). |
| 03/08/12 | J. Mikulina | 0.50 | Conference call with R. Harris and client regarding Nesinator and Tasker.ly license (.4); review Tasker.ly website in connection with same (.1). |
| 03/08/12 | C. Lin | 3.50 | Review and revise Merger Agreement (1.9); Telephone conference with company counsel regarding ancillary agreements (.4); Revise Joinder and other stockholder agreements (1.2). |
| 03/09/12 | B. Gruemmer | 1.00 | Call with D. Kazan on various issues regarding merger (.4); call with D. Kazan and S. Prebish to review next steps (.6). |
| 03/09/12 | C. Lin | 2.70 | Revise stockholder documents (1.9); Review comments to Merger Agreement (.4); Telephone conferences with Delaware counsel regarding merger agreement (.4). |
| 03/10/12 | B. Gruemmer | 1.80 | Reviewing and revising Release and Merger Agreement (1.6); emails to working group on same (.2). |
| 03/11/12 | B. Gruemmer | 0.80 | Reviewing new drafts of release and Merger Agreement (.5); emails to team on same (.3). |
| 03/12/12 | B. Gruemmer | 1.80 | Multiple calls and emails with team on open points (.6); call with Helene Donahue to review accounting process related to Working Capital Definition (.3); reviewing new drafts of Merger Agreement and Joinder (.9). |
| 03/12/12 | C. Lin | 2.40 | Review and revise Merger Agreement (.4); Revise information statement (.5); Revise Joinder Agreement (.5); Review and revise escrow agreement (1.0). |
| 03/13/12 | C. Lin | 3.40 | Revise merger agreement (2.2); Various correspondence with team regarding escrow agreement (.6); Review information statement (.6). |
| 03/14/12 | B. Gruemmer | 2.80 | Reviewing new draft of Joinder (.7); research on joinder requirements (.7); calls with Tribune and S. Prebish on transaction documents (.3); reviewing new joinder (.4); comments to C. Lin regarding same (.2); multiple calls and emails with Tribune and UCC counsel regarding |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2372152
Invoice Date:  04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | transaction structure (.5). |
| 03/14/12 | C. Lin | 4.70 | Review comments to shareholder information documents (.7); Review revised Joinder Agreement (.6); Review Merger Agreement (.5); Review Delaware law regarding disparate treatment of stockholders (2.5); Telephone conference with Latham regarding Escrow Agreement (.4). |
| 03/15/12 | B. Gruemmer | 2.50 | Conference call with C. Lin regarding transaction (.2); call with working group on status (.6); call with Latham on open items (.6); call with D. Kazan and then follow-up with Stopher Bartol and Steven Prebish regarding transaction (1.1). |
| 03/15/12 | C. Lin | 0.50 | Revise disclosure statement (.2); Correspondence with creditor counsel regarding same (.3). |
| 03/16/12 | B. Gruemmer | 1.20 | (Legacy)  Reviewing drafts of various final documents (.9); emails to team on same (.3). |
| 03/16/12 | M. White | 0.70 | Review and comment on Legacy memo (.5); telephone call with C. Lin regarding same (.2). |
| 03/16/12 | C. Lin | 2.70 | Review revised Tribune joinder (.4); Review and revise escrow agreement (.4); Review Chadbourne memorandum regarding Tribune sale process (.7); Review revised Merger Agreement (.6); Telephone conference with company counsel regarding escrow agreement (.3); Review comments to Paying Agent agreement (.3). |
| 03/17/12 | C. Lin | 0.50 | Review revised documents. |
| 03/19/12 | B. Gruemmer | 2.50 | (Legacy)  Multiple calls and emails to team (.3); review documents and open issues regarding transaction (1.1); reviewing and revising Allocation Schedule (.9); multiple emails to team on same (.2). |
| 03/19/12 | C. Lin | 2.20 | Review information statement (.3); Telephone conference with B. Fields regarding same (.3); Review charter regarding proceeds waterfall (1.4); Review Merger Consideration Allocation Schedule (.2). |
| 03/20/12 | B. Gruemmer | 2.30 | (Legacy)  Call with Tribune and company counsel to review allocation schedule (.4); reviewing and revising allocation schedule (1.3); multiple calls and emails with C. Lin on same (.3); call with Tribune and Sellers counsel |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2372152
Invoice Date:  04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | regarding indemnity contribution amount (.3). |
| 03/20/12 | L. Doyle | 1.00 | Review non-compete agreement (.9); telephone conference with C. Parker regarding edits to same (.1). |
| 03/20/12 | J. Mikulina | 0.50 | Confer with C. Parker regarding specific questions about Tasker.ly agreement (.1); review agreement in connection with same (.2); review and revise Tasker.ly agreement to include additional intellectual property protection representations (.2). |
| 03/20/12 | M. White | 0.30 | Telephone call with J. Finkelstein regarding tender offer. |
| 03/20/12 | C. Lin | 1.90 | Revise Allocation Schedule (.3); Review Legacy.com charter (.2); Telephone conference with company counsel regarding allocation schedule (.4); Revise Merger Agreement (1.0). |
| 03/21/12 | B. Gruemmer | 1.80 | (Legacy)  Reviewing revised drafts of Merger Agreement, Board Resolutions, Information Statement (.5); calls with Tribune and Sellers counsel on same (.6); multiple drafts of Consideration Schedule (.7). |
| 03/21/12 | C. Lin | 2.00 | Review and revise Merger Agreement, allocation schedule and Tribune Joinder (1.5); Telephone conferences with company counsel regarding merger consideration allocation (.5). |
| 03/22/12 | B. Gruemmer | 1.00 | (Legacy)  Multiple emails and calls regarding finalizing documents (.7); reviewing final drafts of various documents (.3). |
| 03/22/12 | C. Lin | 0.50 | Review documents and coordinate execution documents (.3); Review holdback agreement (.2). |
| 03/23/12 | B. Gruemmer | 0.50 | Finalizing documents (.4); call with S. Prebish on status (.1). |
| 03/23/12 | C. Lin | 1.20 | Review PFS Trust Account Agreement (1.0); Coordinate execution of Tribune documents (.2). |
| 03/27/12 | C. Lin | 0.20 | Telephone conference with paying agent regarding Tribune deliveries. |
| 03/28/12 | C. Lin | 0.50 | Review revised resignations (.3); Correspondence with company counsel regarding closing logistics (.2). |
| 03/29/12 | C. Lin | 1.40 | Various correspondence with company counsel regarding closing (.4); Draft transmittal letter for Tribune deliveries (.3); Revise trust account agreement (.7). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2372152
Invoice Date:  04/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/30/12 | C. Lin | 1.00 | Revise PFS Trust Agreement (.8); Correspondence with team regarding same (.2). |

**Total Hours**    **80.50**          **Total For Services**    **$56,108.50**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| L. Doyle | 1.00 | 750.00 | 750.00 |
| B. Gruemmer | 31.80 | 840.00 | 26,712.00 |
| C. Lin | 45.70 | 595.00 | 27,191.50 |
| J. Mikulina | 1.00 | 620.00 | 620.00 |
| M. White | 1.00 | 835.00 | 835.00 |
| **Totals** | **80.50** | | **$56,108.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 32.00 |
| Telecommunications | 106.21 |
| **Total Costs and Other Charges** | **$138.21** |

**Total This Invoice**    **$56,246.71**