# EXHIBIT A

## TRIBUNE COMPANY, et al.
## SUMMARY OF SERVICES BY PROJECT CATEGORY
## May 1, 2012 through May 31, 2012

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 26.10 | $11,042.50 |
| Committee Meetings | 003 | 32.70 | 21,240.50 |
| Creditor Communications | 004 | 4.00 | 2,355.00 |
| Business Operations | 007 | 15.00 | 10,050.00 |
| Claims Administration/Bar Date | 009 | 31.80 | 14,887.00 |
| Fee/Retention Applications | 010 | 85.00 | 38,722.00 |
| Avoidance Issues | 013 | 3.40 | 2,213.00 |
| Employee Issues | 014 | 28.20 | 16,107.00 |
| Shareholder Claims | 020 | 20.80 | 13,763.00 |
| Plan Litigation | 021 | 289.90 | 207,312.50 |
| **Total** | | **536.90** | **$337,692.50** |

\* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                              For Services Through May 31, 2012

Our Matter #19804.002
            BANKRUPTCY GENERAL


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/01/12 | D. E. DEUTSCH | Exchange additional e-mails with David Bava re: Intralinks issue (.1). | 0.10 hrs. |
| 05/01/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |
| 05/02/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.40). | 0.80 hrs. |
| 05/03/12 | H. LAMB | Review case dockets (.2); prepare daily report of new pleadings filed (.3); revise calendar in accordance with same (.1). | 0.60 hrs. |
| 05/03/12 | J. MARRERO | Review daily reports | 0.30 hrs. |
| 05/04/12 | J. MARRERO | Review daily report | 0.30 hrs. |
| 05/04/12 | D. E. DEUTSCH | Review last four daily reports, pleadings therein and court calendar (.8). | 0.80 hrs. |
| 05/04/12 | H. LAMB | Review case dockets (.2); prepare daily report of new pleadings filed (.5); revise calendar in accordance with same (.3). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            June 22, 2012
435 N. MICHIGAN AVENUE                                   Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 05/07/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.90 hrs. |
| 05/07/12 | D. E. DEUTSCH | E-mail David Bava re: update to case calendar (.2). | 0.20 hrs. |
| 05/08/12 | J. MARRERO | Review docket and daily report | 0.40 hrs. |
| 05/08/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.80 hrs. |
| 05/09/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.80 hrs. |
| 05/09/12 | J. MARRERO | Review daily reports and docket | 0.30 hrs. |
| 05/10/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 05/10/12 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.4). | 0.40 hrs. |
| 05/11/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.50); review district court docket sheet re: Wilmington Trust's appeal of allocation disputes order (.30); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 1.10 hrs. |
| 05/14/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeal of allocation disputes order (.20); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.80 hrs. |
| 05/14/12 | D. E. DEUTSCH | Review last two daily pleading reports, pleadings therein and court calendar (.4). | 0.40 hrs. |
| 05/15/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeal of allocation disputes order (.20); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                June 22, 2012
435 N. MICHIGAN AVENUE                                      Page    4
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/15/12 | D. M. LeMAY | Review all latest court filings (.5). | 0.50 hrs. |
| 05/16/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeal of allocation disputes order (.20); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.80 hrs. |
| 05/17/12 | H. LAMB | Review court dockets (.2); prepare updated report of new pleadings filed (.3); prepare updates to case calendar in accordance with same (.1). | 0.60 hrs. |
| 05/18/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeal of allocation disputes order (.20); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.80 hrs. |
| 05/19/12 | D. E. DEUTSCH | Review last four pleading reports, pleadings therein and court calendar (.6); e-mail Andrew Rosenblatt re: related question on litigation trustee appointment (.1). | 0.70 hrs. |
| 05/21/12 | D. M. LeMAY | Review latest court filings. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2012
435 N. MICHIGAN AVENUE                               Page   5
CHICAGO, IL 60611

| 05/21/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeal of allocation disputes order (.20); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.80 hrs. |
|---|---|---|---|
| 05/22/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeal of allocation disputes order (.20); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.80). | 1.60 hrs. |
| 05/22/12 | D. E. DEUTSCH | E-mail David Bava re: updates to calendar on appeal briefing schedule (.2); review last two daily report, pleadings therein and court calendar (.4). | 0.60 hrs. |
| 05/23/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeal of allocation disputes order (.20); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 05/24/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeal of allocation disputes order (.20); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.80 hrs. |
| 05/25/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeal of allocation disputes order (.20); review, revise and finalize case calendar based on current docket entries (.20); prepare confirmation related deadlines calendar (.10). | 0.80 hrs. |
| 05/26/12 | D. E. DEUTSCH | Review last three daily reports, pleadings therein and court calendar (.4). | 0.40 hrs. |
| 05/29/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review district court docket sheet re: Wilmington Trust's appeal of allocation disputes order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). | 0.50 hrs. |
| 05/29/12 | D. M. LeMAY | Review all latest court filings. | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            June 22, 2012
435 N. MICHIGAN AVENUE                                  Page    7
CHICAGO, IL 60611


| 05/30/12 | J. MARRERO | Review docket, daily report, and Intralinks postings | 0.40 hrs. |

| 05/30/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeal of allocation disputes order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |

| 05/31/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.30). | 0.90 hrs. |

| 05/31/12 | D. E. DEUTSCH | Review last three daily reports, pleadings therein and court calendar (.5). | 0.50 hrs. |


                 Total Fees for Professional Services.............  $11,042.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. M. LeMAY | | 925.00 | 2.00 | 1850.00 |
| D. E. DEUTSCH | | 745.00 | 4.10 | 3054.50 |
| D. BAVA | | 295.00 | 16.10 | 4749.50 |
| H. LAMB | | 295.00 | 2.20 | 649.00 |
| J. MARRERO | | 435.00 | 1.70 | 739.50 |
| | TOTALS | | 26.10 | 11042.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through May 31, 2012

Our Matter #19804.003
            COMMITTEE MEETINGS


| 05/01/12 | M. ROITMAN | Conference call with Committee professionals. | 0.50 hrs. |
|----------|------------|-----------------------------------------------|-----------|
| 05/01/12 | M. DISTEFANO | Prepared for professionals call (.1); attend Committee professionals call (.5); emailed committe chairs re weekly meeting (.1); | 0.70 hrs. |
| 05/01/12 | M. D. ASHLEY | Reviewed pleadings and correspondence relating to weekly Committee professionals' meeting (.5); attended weekly Committee professionals' meeting (.4). | 0.90 hrs. |
| 05/01/12 | D. E. DEUTSCH | Prepare for meeting with Creditors' Committee professionals (.6); participate in related meeting (.5); exchange e-mails with Michael Distefano re: next steps with Committee on upcoming meetings (.2). | 1.30 hrs. |
| 05/01/12 | A. ROSENBLATT | Prepare for (.3) and participate in Committee professionals call (.5). | 0.80 hrs. |
| 05/01/12 | J. MARRERO | Review materials in preparation for Committee professionals meeting (0.3); attend Committee professionals meeting (0.4). | 0.70 hrs. |
| 05/01/12 | T. J. MCCORMACK | Attend weekly professionals' meeting. | 0.50 hrs. |
| 05/07/12 | M. DISTEFANO | Drafted agenda for Committee Professionals Call (.4); | 0.40 hrs. |
| 05/07/12 | D. E. DEUTSCH | Review and edit draft Committee professional meeting (.2). | 0.20 hrs. |
| 05/08/12 | D. E. DEUTSCH | Review materials to prepare for today's Committee professional meeting (.7); participate in today's Committee professional meeting (.5). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 05/08/12 | M. D. ASHLEY | Reviewed materials relating to weekly Committee professionals' meeting (.5); attended weekly Committee professionals' meeting (.5). | 1.00 hrs. |
|---|---|---|---|
| 05/08/12 | M. ROITMAN | Conference call with Committee Professionals. | 0.50 hrs. |
| 05/08/12 | M. DISTEFANO | Prepared for Committee professionals call (.1); attend Committee professionals call (.5); drafted email to Committee chairs re meeting (.1); drafted email to Committee re same (.1); | 0.80 hrs. |
| 05/08/12 | D. M. LeMAY | Attend weekly Committee advisors call (.6). | 0.60 hrs. |
| 05/08/12 | A. ROSENBLATT | Participate in Committee professionals call. | 0.60 hrs. |
| 05/11/12 | M. DISTEFANO | Drafted agenda for professionals meeting (.1); | 0.10 hrs. |
| 05/14/12 | M. DISTEFANO | Drafted agenda for professionals call. | 0.30 hrs. |
| 05/14/12 | D. E. DEUTSCH | Review background materials and court filings (.2) and revise draft Committee professional agenda to reflect same (.1). | 0.30 hrs. |
| 05/15/12 | D. E. DEUTSCH | Prepare for today's Committee professional meeting (.5); participate in same (.6). | 1.10 hrs. |
| 05/15/12 | M. D. ASHLEY | Reviewed materials relating to weekly professionals meeting (.5); attended weekly professionals meeting (.5). | 1.00 hrs. |
| 05/15/12 | M. DISTEFANO | Attend Committee professionals call (.6); drafted emails to Committee and chairs re Thursday Committee meeting (.2); | 0.80 hrs. |
| 05/15/12 | D. M. LeMAY | Participate in weekly call of Committee advisors (.6). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2012
Page    3

| | | | |
|---|---|---|---|
| 05/15/12 | A. ROSENBLATT | Participate on professionals' only call. | 0.60 hrs. |
| 05/21/12 | M. DISTEFANO | Drafted professionals agenda (.2); prepared for professionals meeting (.4) | 0.60 hrs. |
| 05/21/12 | D. E. DEUTSCH | Review and edit draft Committee professional agenda (.2). | 0.20 hrs. |
| 05/22/12 | D. E. DEUTSCH | Prepare for (.4) and participate (remotely) in part of Committee professionals meeting (.4). | 0.80 hrs. |
| 05/22/12 | M. ROITMAN | Conference call with Committee Professionals (0.5). | 0.50 hrs. |
| 05/22/12 | M. DISTEFANO | Committee professionals call (.6); drafted agenda for Committee meeting (.3); | 0.90 hrs. |
| 05/22/12 | D. M. LeMAY | Participate in weekly Committee Professionals call. | 0.60 hrs. |
| 05/22/12 | M. D. ASHLEY | Reviewed materials relating to weekly Committee professionals' meeting (.6); attended weekly Committee professionals' meeting (.4). | 1.00 hrs. |
| 05/23/12 | D. E. DEUTSCH | Begin review of materials for tomorrow's Committee meeting (.5); draft talking points for part of presentation (.4); edit talking points for second presentation (.5). | 1.40 hrs. |
| 05/24/12 | D. E. DEUTSCH | Complete preparing presentations for today's Committee meeting (.6); exchange e-mails with Howard Seife re: today's Committee meeting (.1); participate in today's Committee meeting (1.2). | 1.90 hrs. |
| 05/24/12 | M. ROITMAN | Participate in telephonic Creditors' Committee Meeting (1.4); | 1.40 hrs. |
| 05/24/12 | M. DISTEFANO | Prepared for Committee meeting (.2); take notes at Committee meeting (1.4); prepared materials for Committee as requested at meeting (.2); drafted committee | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                June 22, 2012
435 N. MICHIGAN AVENUE                                      Page   4
CHICAGO, IL 60611


|  |  |  |  |
|---|---|---|---|
|  |  | minutes (.6); |  |
| 05/24/12 | A. ROSENBLATT | Attend portion of Creditors' Committee meeting. | 0.80 hrs. |
| 05/24/12 | D. M. LeMAY | Prepare for (.6) and participate in (1.2) telephonic Committee meeting. | 1.80 hrs. |
| 05/25/12 | D. E. DEUTSCH | E-mail Howard Seife re: next week's Committee and professional meetings (.2). | 0.20 hrs. |
| 05/29/12 | M. DISTEFANO | Drafted and circulated Committee meeting agenda (.4) | 0.40 hrs. |
| 05/29/12 | D. E. DEUTSCH | Exchange e-mails (.1) and hold call with Michael Distefano re: Thursday's Committee meeting (.2). | 0.30 hrs. |
| 05/30/12 | D. E. DEUTSCH | Draft memorandum to Committee re: tomorrow's Committee meeting (.3). | 0.30 hrs. |
| 05/30/12 | M. DISTEFANO | Drafted emails to Co-chairs and committee re weekly Committee meeting (.3); drafted May 24 meeting minutes (1.0); | 1.30 hrs. |
| 05/31/12 | D. E. DEUTSCH | Review and provide initial comments on minutes from May 24, 2012 Committee meeting (.4). | 0.40 hrs. |

**Total Fees for Professional Services.............. $21,240.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 3.60 | 3330.00 |
| T. J. MCCORMACK | 875.00 | .50 | 437.50 |
| M. D. ASHLEY | 695.00 | 3.90 | 2710.50 |
| A. ROSENBLATT | 745.00 | 2.80 | 2086.00 |
| D. E. DEUTSCH | 745.00 | 9.60 | 7152.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| J. MARRERO | 435.00 | .70 | 304.50 |
| M. DISTEFANO | 435.00 | 8.70 | 3784.50 |
| M. ROITMAN | 495.00 | 2.90 | 1435.50 |
| TOTALS | | 32.70 | 21240.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1


                          For Services Through May 31, 2012

Our Matter #19804.004
              CREDITOR COMMUNICATIONS


| | | | |
|---|---|---|---|
| 05/02/12 | M. ROITMAN | Call with R. Chencinski (Senior Noteholder) re: alternative treatment election (0.3) | 0.30 hrs. |
| 05/03/12 | M. ROITMAN | Call with C. Walker re: General Unsecured Claim (0.3); Call with P. Smoot re: Other Parent Claims Election (0.3) | 0.60 hrs. |
| 05/08/12 | M. ROITMAN | Call with R. Chencinski (bondholder) re: release provisions (0.2); Review disclosure statement re: restructuring transactions in connection with inquiry from Senior Lender (0.3) | 0.50 hrs. |
| 05/10/12 | D. E. DEUTSCH | Conference call with creditor (Alec Lipkind) to discuss various confirmation questions (.2). | 0.20 hrs. |
| 05/16/12 | M. ROITMAN | Call with R. Chencinski (Senior Noteholder) re: voting and releases (0.2); Call with M. Mills (Counsel to Carol Walker) re: claims (0.1) | 0.30 hrs. |
| 05/17/12 | M. ROITMAN | Call with M. Mills re: claims allowance (0.3) | 0.30 hrs. |
| 05/18/12 | M. ROITMAN | Call with general unsecured creditor re: voting (0.3) | 0.30 hrs. |
| 05/21/12 | D. E. DEUTSCH | Review e-mail from Jay Teitelbaum re: ballot matter (.1); e-mail Andrew Rosenblatt on same (.1). | 0.20 hrs. |
| 05/24/12 | D. E. DEUTSCH | Calls with Gordon Novod (.3), Bill Salganik (.2) and Damian Schiable re: matters to be raised during today's Committee meeting (.2); review e-mail from Gordon Novod (.1) and e-mail Michael Distefano re: follow-up on same/request (.1). | 0.90 hrs. |
| 05/24/12 | M. ROITMAN | Call with Tannor Capital re: Confirmation-related questions (0.2) | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611


05/30/12   D. E. DEUTSCH       Exchange e-mails with Gabrielle        0.20 hrs.
                               Davis (Buena Vista) re: Committee
                               matters (.2).


           **Total Fees for Professional Services..............   $2,355.00**



                          TIMEKEEPER SUMMARY

Timekeeper's Name              Rate      Hours           Amount

D. E. DEUTSCH                  745.00    1.50           1117.50
M. ROITMAN                     495.00    2.50           1237.50
                     TOTALS              4.00           2355.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  June 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611       Page  1

For Services Through May 31, 2012

Our Matter #19804.007
   BUSINESS OPERATIONS

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/08/12 | D. M. LeMAY | Review Debtors Motion to Dismiss Publishers Forest Products Case (.7). | 0.70 hrs. |
| 05/08/12 | D. E. DEUTSCH | Review Debtors' motion to dismiss debtor bankruptcy case and related materials (.4); e-mail Michael Distefano re: draft memorandum to Committee on same (.1). | 0.50 hrs. |
| 05/09/12 | J. A. STENGER | Review debtor's draft revisions and updates to FCC exit application exhibits (1.5); telephone conference with J. Feore regarding same (0.3) and prepare correspondence to D. Deutsch regarding same (0.2). | 2.00 hrs. |
| 05/09/12 | M. DISTEFANO | Drafted memo to Committee re dismissal of Publishers Forest Products' chapter 11 case (2.2) | 2.20 hrs. |
| 05/09/12 | H. SEIFE | Review of Moelis weekly report. | 0.20 hrs. |
| 05/10/12 | H. SEIFE | Review of AlixPartners weekly report. | 0.20 hrs. |
| 05/10/12 | D. E. DEUTSCH | Review weekly AlixPartners' business operations report (.2). | 0.20 hrs. |
| 05/11/12 | D. E. DEUTSCH | Review motion and draft memorandum on dismissal of Forest Products case (.5); edit memorandum (.4). | 0.90 hrs. |
| 05/11/12 | M. DISTEFANO | Revised memo re dismissal of Publishers' Forest Products chapter 11 case (.4); | 0.40 hrs. |
| 05/14/12 | M. DISTEFANO | Revised memo re dismissal of Publishers Forest Products chapter 11 case (.5); | 0.50 hrs. |
| 05/14/12 | D. E. DEUTSCH | Review revised motion to Committee re: dismissal of Debtor case (.2) and edit same (.1) and related posting note (.1). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 05/16/12 | H. SEIFE | Review of AlixPartners weekly report. | 0.20 hrs. |
|---|---|---|---|
| 05/17/12 | H. SEIFE | Review of Moelis weekly report. | 0.20 hrs. |
| 05/17/12 | D. E. DEUTSCH | Review and respond to inquiry from James Stenger related to FCC matters (.3). | 0.30 hrs. |
| 05/22/12 | D. E. DEUTSCH | Review draft motion to Committee on plan settlements and related court documents (.7); draft related edits to same (.4). | 1.10 hrs. |
| 05/22/12 | J. A. STENGER | Research regarding Prometheus court proceeding and FCC rulemaking on rules applicable to exit applications. | 1.00 hrs. |
| 05/24/12 | D. E. DEUTSCH | Research re: inquiry from Bill Salganik re: business report on sale of parts of Tribune (.2); exchange related e-mails with Brad Hall (.2). | 0.40 hrs. |
| 05/26/12 | D. E. DEUTSCH | Review AlixPartners' weekly report on Debtors' business matters (.2). | 0.20 hrs. |
| 05/29/12 | J. A. STENGER | Review draft amendments to FCC exit applications to address FCC multiple ownership issues (.7) and correspondence with J. Logan Tribune FCC counsel regarding same (.2); correspondence with D. Deutsch regarding same (.1). | 1.00 hrs. |
| 05/30/12 | J. A. STENGER | Review correspondence from J. Logan (.2) and draft amendments to FCC exit applications regarding reorganization of subsidiaries (.6); correspondence with  D. Deutsch regarding same (.1). | 0.90 hrs. |
| 05/30/12 | D. E. DEUTSCH | Review AlixPartners' weekly report (.2); review e-mail from Brad Hall re: multiple business matters (.2). | 0.40 hrs. |
| 05/31/12 | D. E. DEUTSCH | Review multiple e-mails and revised FCC applications from James Stenger (1.0); e-mail James Stenger re: same (.1). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611


**Total Fees for Professional Services.............. $10,050.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | .70 | 647.50 |
| H. SEIFE | 995.00 | .80 | 796.00 |
| J. A. STENGER | 645.00 | 4.90 | 3160.50 |
| D. E. DEUTSCH | 745.00 | 5.50 | 4097.50 |
| M. DISTEFANO | 435.00 | 3.10 | 1348.50 |
| TOTALS | | 15.00 | 10050.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      June 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                        Page    1

For Services Through May 31, 2012

Our Matter #19804.009
           CLAIMS ADMINISTRATION/BAR DATE

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/08/12 | D. E. DEUTSCH | Call with Kevin Lantry re: proposed new claim stipulation (.2); call with Jay Teitelbaum re: same (.2); review draft stipulation materials from Jay Teitelbaum and related memoranda between Teitelbaum and Debtors (.9); research related to background on claims (.4); e-mail Jessica Marrero re: research issues and drafting Committee memorandum on same (.2). | 1.90 hrs. |
| 05/09/12 | J. MARRERO | Research re: Additional Retiree Settlement (2.6); email correspondence with D.Deutsch re: same (0.2); email correspondence with AlixPartners re same (0.2); review draft stipulation re: retiree settlement (1.1). | 4.10 hrs. |
| 05/10/12 | J. MARRERO | Draft memorandum to Committee re: Additional Retiree Settlement (1.6); review Committee minutes, filings, etc in re: objections to late-filed claims (0.9). | 2.50 hrs. |
| 05/11/12 | J. MARRERO | Call with AlixPartners re Additional Retiree Claims (0.3); draft memo to Committee re same (3.3). | 3.60 hrs. |
| 05/14/12 | J. MARRERO | Research re: late-filed claims (1.6) and draft memorandum re Additional Retiree Settlement (2.3); email correspondence with AlixPartners re same (0.3). | 4.20 hrs. |
| 05/14/12 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: issues on allowance of certain retiree claims (.2). | 0.20 hrs. |
| 05/15/12 | J. MARRERO | Additional research re: Additional Retiree Claims (1.0); draft memorandum re: same (1.3). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2012
Page     2

| 05/17/12 | M. DISTEFANO | Drafted memo to Committee on Crown Equipment and Iron Mountain settlements (2.0) | 2.00 hrs. |
|---|---|---|---|
| 05/18/12 | M. DISTEFANO | Prepared memo for the Committee on Iron Mountain, Crown Equipment and Scarborough settlements (1.0); | 1.00 hrs. |
| 05/18/12 | D. E. DEUTSCH | Review and draft lengthy insert for memorandum on retiree claim allowance (1.4); call with Kevin Lantry re: same (.3); call with Jay Teitelbaum re: request to allow certain retiree claims and related next steps with Committee (.2). | 0.90 hrs. |
| 05/21/12 | M. DISTEFANO | Revised memo re Crown Equipment, Iron Mountain and Scarborough claims (.9); | 0.90 hrs. |
| 05/21/12 | J. MARRERO | Revise memorandum re: Additional Retiree Claims Stipulation (1.10); second round revisions to same (0.6); email correspondence with D.Bava in re: Debtors' schedules regarding Additional Retiree Claimants (0.3) | 2.00 hrs. |
| 05/22/12 | D. E. DEUTSCH | Review and edit cover memorandum for retiree treatment (.2); discuss related research item with Jessica Marrero (.2). | 0.40 hrs. |
| 05/22/12 | M. DISTEFANO | Drafted note to Committee re Debtors' proposed settlements (.2); revised same (.5); | 0.70 hrs. |
| 05/22/12 | J. MARRERO | Revise memo re Stipulation with Additional Retiree Claimants (1.7); review Debtors schedules re Ibarguen claim (0.5); draft posting to Intralinks re same (0.4). | 2.60 hrs. |
| 05/23/12 | M. DISTEFANO | Revised memo re Crown, Iron Mountain and Scarborough Settlements (.6); | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611


| 05/23/12 | J. MARRERO | Draft outline of talking points for Committee meeting re: Additional Retiree Stipulation | 1.10 hrs. |
| 05/24/12 | J. MARRERO | Conference with D.Deutsch re: Additional Retiree Stipulation (.2); revise outline of talking points re same (.6). | 0.80 hrs. |


**Total Fees for Professional Services............** **$14,887.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 3.40 | 2533.00 |
| J. MARRERO | 435.00 | 23.20 | 10092.00 |
| M. DISTEFANO | 435.00 | 5.20 | 2262.00 |
| TOTALS | | 31.80 | 14887.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                              For Services Through May 31, 2012
Our Matter #19804.010
          FEE/RETENTION APPLICATIONS


| 05/01/12 | H. LAMB | Review of billing proformas/daily time detail in preparation of April fee application. | 3.60 hrs. |
|---|---|---|---|
| 05/02/12 | D. E. DEUTSCH | Preliminary review of Fee Examiner's report on 10th interim fees (.6); e-mail Fee Examiner on same (.1); e-mail (.1) and hold meeting with Eric Daucher re: research/analysis for report on 10th Interim fees (.3). | 1.10 hrs. |
| 05/03/12 | H. LAMB | Review Fee Examiner preliminary report on Chadbourne's Tenth Interim Fee Application (.5); follow-up research on certain expense issues raised in report (1.2); preparation of schedules in support of expenses and to address issues raised in report (1.8). | 3.50 hrs. |
| 05/03/12 | E. DAUCHER | Review fee examiner's preliminary report on 10th interim fees, including exhibits (1.1); discuss preparation of response with D. Deutsch (.1); discuss preparation of response exhibits and required materials with H. Lamb (.2); begin review of time records and related materials in preparation for drafting response (1.7). | 3.10 hrs. |
| 05/04/12 | E. DAUCHER | Review time and fee records in connection with Fee Examiner's report on 10th interim fee application (3.1); begin drafting response to same (1.2). | 4.30 hrs. |
| 05/04/12 | H. LAMB | Further review of billing proformas/daily time detail in preparation of April fee application. | 3.30 hrs. |
| 05/04/12 | H. LAMB | Further research on certain expense issues raised in Fee Examiner's report on tenth interim fee application (1.1); preparation of schedules in support of expenses and to address issues | 3.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            June 22, 2012
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611


|  |  | raised in Fee Examiner's report (2.6). |  |
|---|---|---|---|
| 05/04/12 | D. E. DEUTSCH | Review ordinary course professional report (.2); review weekly professionals fee application report (.1). | 0.30 hrs. |
| 05/07/12 | J. MARRERO | Draft ordinary course professionals report (0.4); Draft Professional Fee Report (0.7). | 1.10 hrs. |
| 05/07/12 | D. BAVA | Prepare exhibit to be used in connection with response to fee examiner's report relative to Chadbourne's 10th interim fee application (2.20). | 2.20 hrs. |
| 05/07/12 | E. DAUCHER | Comprehensive review of time entries and invoices questioned by fee examiner (2.1); drafting for reply to fee examiner's report on 10th interim fees(3.8); discuss certain expenses highlighted by the fee examiner with H. Lamb (.4). | 6.30 hrs. |
| 05/08/12 | D. E. DEUTSCH | Review preliminary response to Fee Examiner's report on 10th interim fee application and edit same (1.0); related conference with Eric Daucher to discuss research items (.2); review/research materials related to same (.4); review Fee Examiner's report re: Committee fee statements (.3); related call with Fee Examiner (.2); review inquiry on March fee statement from US Trustee (.3); call with Matt McGuire to discuss same (.2). | 2.60 hrs. |
| 05/08/12 | E. DAUCHER | Continue drafting reply to fee examiner's report on 10th interim fee application(2.8); discuss same with D. Deutsch (.3); begin revisions to reply to fee examiner's report (1.5); begin preparing exhibits to accompany reply (.9). | 5.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 05/09/12 | E. DAUCHER | Further review of time records and billing support in connection with response to fee examiner's report on 10th interim fee application (2); discuss same with H. Lamb (.3); revise response letter (1.6); begin prepare of exhibits A and B to reply to fee examiner's report (3.9). | 7.60 hrs. |
|----------|------------|------|-----------|
| 05/09/12 | H. LAMB | Begin research and preparation of work description summaries for monthly fee application. | 1.70 hrs. |
| 05/09/12 | D. E. DEUTSCH | Exchange e-mails with Eric Daucher re: preparing response to Fee Examiner's inquiries (.3). | 0.30 hrs. |
| 05/10/12 | E. DAUCHER | Complete exhibits A and B to reply to fee examiner's report on 10th interim fees (5); revise reply letter and other exhibits in accordance with comments from D. Deutsch (.7). | 5.70 hrs. |
| 05/10/12 | D. E. DEUTSCH | Review inquiry from US Trustee on fee statement (.1); call with David Klauter (UST) on same (.1); review and edit revised draft letter and new exhibits to Fee Examiner's report on 10th interim fees (1.4). | 1.60 hrs. |
| 05/11/12 | E. DAUCHER | Final revisions to reply to fee examiner and related exhibits in light of comments by D. Deutsch. | 2.70 hrs. |
| 05/11/12 | H. LAMB | Further research and preparation of work description summaries for monthly fee application. | 2.60 hrs. |
| 05/11/12 | J. MARRERO | Draft Professional Fee Report | 0.50 hrs. |
| 05/14/12 | D. E. DEUTSCH | Review last week's ordinary course professional report (.3); review last week's professional report (.1). | 0.40 hrs. |
| 05/16/12 | H. LAMB | Continue research and preparation of work description summaries for monthly fee application. | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            June 22, 2012
435 N. MICHIGAN AVENUE                                   Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 05/16/12 | D. E. DEUTSCH | Review inquiry from Fee Examiner on 9th quarterly fee application (.1) and follow-up e-mail to Eric Daucher on researching same (.1); exchange e-mails with US Trustee's office (David Klauder) re: status of inquiry on recent fee statement (.2). | 0.40 hrs. |
| 05/17/12 | D. E. DEUTSCH | Review materials from 9th quarterly fee application for call with Fee Examiner (.2); participate in related call (.2); e-mail Fee Examiner re: status of all issues on 9th quarterly fee application (.1). | 0.50 hrs. |
| 05/18/12 | H. LAMB | Further research and preparation of work description summaries for April fee application. | 2.30 hrs. |
| 05/19/12 | D. E. DEUTSCH | Draft e-mail to Fee Examiner re: status of 9th quarterly fee application matters (.2); review weekly ordinary course report (.1); review weekly professional fee application status report (.1); e-mail Ken Kansa and Kate Stickles re: same (.1); begin review of April fee statement detail and edit same (1.0). | 1.50 hrs. |
| 05/21/12 | D. E. DEUTSCH | Complete review of April fee statement details (.9). | 0.90 hrs. |
| 05/21/12 | J. MARRERO | Draft ordinary course professionals report (0.4); Draft Professional Fee Report (0.2) | 0.60 hrs. |
| 05/22/12 | H. LAMB | Finalize monthly fee application in accordance with attorney comments. | 1.60 hrs. |
| 05/23/12 | D. E. DEUTSCH | Review, edit and draft inserts for April fee statement application (1.1). | 1.10 hrs. |
| 05/25/12 | J. MARRERO | Review Debtors' ordinary course professionals report re: overages | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2012
435 N. MICHIGAN AVENUE                               Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 05/26/12 | D. E. DEUTSCH | Review weekly ordinary course professional report (.3); review weekly fee professional report (.1). | 0.40 hrs. |
| 05/29/12 | J. MARRERO | Draft Professional Fee Report (0.4); draft ordinary course professionals report (1.9) | 2.30 hrs. |
| 05/30/12 | H. LAMB | Review Fee Examiner's report on Chadbourne's 11th interim fee application (.4); review and research certain expenses raised in report (.7) and prepare related exhibits in response to same (.9) | 2.00 hrs. |
| 05/30/12 | M. DISTEFANO | Spoke with D. Bava re fees report (.2); drafted email to committee re Jones Day supplemental disclosure (.6) | 0.80 hrs. |
| 05/30/12 | D. BAVA | Prepare 13th quarterly professional fee summary (2.10). | 2.10 hrs. |
| 05/30/12 | D. M. LeMAY | Review Jones Day affidavit (.2) and memo to Committee regarding same (.2). | 0.40 hrs. |
| 05/31/12 | D. E. DEUTSCH | Review and edit thirteenth fee application summary for Committee (.4); review weekly ordinary course report (.3); e-mail Jessica Marrero re: follow-up thereon (.1); review weekly professional fee application report (.2). | 1.00 hrs. |
| 05/31/12 | M. DISTEFANO | Review and edit draft of thirteenth quarterly fee report (.8); | 0.80 hrs. |
| 05/31/12 | D. BAVA | Review and revise 13th quarterly professional fee summary (.40). | 0.40 hrs. |

**Total Fees for Professional Services.............   $38,722.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2012
Page    6

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | .40 | 370.00 |
| D. E. DEUTSCH | 745.00 | 12.10 | 9014.50 |
| D. BAVA | 295.00 | 4.70 | 1386.50 |
| E. DAUCHER | 495.00 | 35.20 | 17424.00 |
| H. LAMB | 295.00 | 26.10 | 7699.50 |
| J. MARRERO | 435.00 | 4.90 | 2131.50 |
| M. DISTEFANO | 435.00 | 1.60 | 696.00 |
| TOTALS | | 85.00 | 38722.00 |