TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         June 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1

                              For Services Through May 31, 2012

Our Matter #19804.013
            AVOIDANCE ISSUES


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/11/12 | M. DISTEFANO | Reviewed emails from D.Deutsch and Landis re extension of preference action stays (.1). | 0.10 hrs. |
| 05/11/12 | Y. YOO | Reviewed tolling agreements with Debtor's professionals (.2); corresponded by email with local counsel, Andrew Goldfarb and Rick Cobb re: same (.2). | 0.40 hrs. |
| 05/11/12 | D. E. DEUTSCH | Review memorandum from Rick Cobb re: preference and fraudulent conveyance actions (.2); e-mail Rick Cobb and Zuckerman team re: proposed next steps on extension of tolling agreements and related matters (.2). | 0.40 hrs. |
| 05/18/12 | D. E. DEUTSCH | Call with Rick Cobb re: preferences and extensions of related deadlines/tolling agreements (.3). | 0.30 hrs. |
| 05/19/12 | D. E. DEUTSCH | Draft notes re: yesterday's call with Rick Cobb and status of various preference and other avoidance matters. | 0.50 hrs. |
| 05/22/12 | D. E. DEUTSCH | Review motion and attachment re: continuance of stay on various avoidance actions (.4); e-mail Michael Distefano re: Committee review of same (.1). | 0.50 hrs. |
| 05/23/12 | M. DISTEFANO | Drafted email to Committee re extension of stay of committee actions (.3); | 0.30 hrs. |
| 05/26/12 | D. E. DEUTSCH | Preliminary review of draft motion to extend termination date for preference and other actions (.3); draft e-mail to team re: process with Committee approval on same (.1); draft e-mail to Marc Ashley re: required research on draft motion (.1). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                June 22, 2012
435 N. MICHIGAN AVENUE                                       Page    2
CHICAGO, IL 60611


05/29/12   M. DISTEFANO        Prepare and circulate to Committee        0.40 hrs.
                               draft motion to extend litigation
                               stays (.4);


           **Total Fees for Professional Services.............   $2,213.00**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 2.20 | 1639.00 |
| M. DISTEFANO | 435.00 | .80 | 348.00 |
| Y. YOO | 565.00 | .40 | 226.00 |
| TOTALS |  | 3.40 | 2213.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through May 31, 2012

Our Matter #19804.014
          EMPLOYEE ISSUES


| | | | |
|---|---|---|---|
| 05/01/12 | D. E. DEUTSCH | Review materials to prepare for (.3) and hold call with Jonathan Lotsoff re: MIP issue (.2). | 0.50 hrs. |
| 05/01/12 | H. SEIFE | Review of MIP motion status. | 0.30 hrs. |
| 05/03/12 | M. DISTEFANO | Reviewed 2011 MIP issues in preparation for 2012 MIP hearing (.2); | 0.20 hrs. |
| 05/04/12 | M. DISTEFANO | Reviewed materials on 2012 MIP hearing (1.3); drafted memorandum to Committee re 2012 MIP order (.4); drafted email to Committee professionals re related hearing (.1). | 1.80 hrs. |
| 05/04/12 | J. MARRERO | Review email correspondence with team re: 2012 MIP | 0.30 hrs. |
| 05/04/12 | D. E. DEUTSCH | Exchange e-mails with Jonathan Lotsoff re: MIP (.3); call with Matt McGuire re: Tuesday's MIP hearing prep/matter (.2); related discussion with Michael Distefano (.1); research re: prior MIP analysis (.3); review new MIP order (.2). | 1.10 hrs. |
| 05/04/12 | H. SEIFE | Review of order approving MIP. | 0.20 hrs. |
| 05/07/12 | D. E. DEUTSCH | Review draft motion to pay certain office 2010 MIP claims (.5); preliminary review of transcript related from 2010 MIP hearing and certain related 2010 MIP documents (.7); discuss research on same with Michael Distefano (.2); e-mail Brad Hall re: required next steps on financial analysis for 2010 MIP-related requests (.2); exchange additional related e-mails with Brad Hall (.2); telephone conversation with Kevin Lantry re: various officer issues (.3); draft related e-mail to Kevin Lantry re: next steps on same (.1). | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            June 22, 2012
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 05/07/12 | M. DISTEFANO | Meeting with D.Deutsch re memo to committee on 2010 MIP motions (.2); analyzed motions re 2010 MIP payments (1.0); | 1.30 hrs. |
| 05/08/12 | M. DISTEFANO | Begin drafting memo to Committee re 2010 MIP motions (.6); | 0.60 hrs. |
| 05/08/12 | D. E. DEUTSCH | Review analysis from AlixPartners (Brad Hall) on certain officer payments (.4); e-mail Brad Hall on related next steps (.2). | 0.60 hrs. |
| 05/09/12 | D. GALLAI | Reviewed 409A regulations in connection with retiree benefits. | 0.50 hrs. |
| 05/10/12 | M. DISTEFANO | Draft memo to Committee on 2010 MIP motions (1.5); | 1.50 hrs. |
| 05/10/12 | D. GALLAI | Conf. w/ A. Rosenblatt and K. Lantry re 409A issue. | 0.40 hrs. |
| 05/10/12 | D. E. DEUTSCH | Review materials to prepare for call on 2010 MIP issue with Kevin Lantry (.2); participate in related call with Kevin Lantry on 2010 MIP and retiree claim issues (.3). | 0.50 hrs. |
| 05/11/12 | M. DISTEFANO | Continue to draft memo to Committee re 2010 MIP motions (3.0); | 3.10 hrs. |
| 05/18/12 | M. DISTEFANO | Meeting with D. Deutsch re 2010 MIP requests (.2); revised memo to Committee re same (3.5); | 3.70 hrs. |
| 05/18/12 | D. E. DEUTSCH | Review and analysis of preliminary memorandum on 2010 MIP issue (.7); draft insert in analysis on related legal issue (.5); discuss next steps/further analysis on same with Michael Distefano (.2). | 2.40 hrs. |
| 05/19/12 | D. E. DEUTSCH | Review drafts of (a) Debtor motion and (b) draft former employee motion on 2010 MIP issues (.5); revise memorandum to Committee to address all matters raised in same (.4); draft e-mail to Brad Hall re: follow-up with Debtors on 2010 MIP issue (.2). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2012
435 N. MICHIGAN AVENUE                               Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 05/21/12 | M. DISTEFANO | Revised memo to Committee re 2010 MIP requests (2.2); | 2.20 hrs. |
| 05/21/12 | D. E. DEUTSCH | Review and make final edits to memorandum on 2010 MIP employee request (.4); exchange e-mails with Brad Hall on related issues (.2); review and make final edits to memorandum to Committee on late filed retiree claim treatment (.3). | 0.90 hrs. |
| 05/22/12 | D. E. DEUTSCH | Review AlixPartners analysis on 2010 MIP payment comparisons/issues (.4); draft revisions to cover memorandum to Committee on same (.3); call with Brad Hall re: MIP and Thursday's Committee meeting (.2). | 0.90 hrs. |
| 05/22/12 | M. DISTEFANO | Revised memo to Committee re 2010 MIP payments to excluded officers (1.0); drafted outline of talking points for Committee meeting (.4); | 1.40 hrs. |
| 05/24/12 | D. E. DEUTSCH | Telephone conference with Kevin Lantry re: decisions re: 2010 MIP request. | 0.20 hrs. |
| 05/30/12 | D. E. DEUTSCH | Call with Kevin Lantry re: 2010 MIP issues and various other matters (.3). | 0.30 hrs. |

**Total Fees for Professional Services.............. $16,107.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | .50 | 497.50 |
| D. E. DEUTSCH | 745.00 | 10.70 | 7971.50 |
| D. GALLAI | 705.00 | .90 | 634.50 |
| J. MARRERO | 435.00 | .30 | 130.50 |
| M. DISTEFANO | 435.00 | 15.80 | 6873.00 |
| TOTALS | | 28.20 | 16107.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                June 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                            Page    1

                                      For Services Through May 31, 2012

Our Matter #19804.020
          SHAREHOLDER CLAIMS


05/02/12   M. D. ASHLEY        Revised draft letter to MDL court        2.00 hrs.
                               and reviewed related materials
                               (1.1); emails with Zuckerman
                               regarding draft letter regarding
                               MDL litigation (.2); reviewed
                               draft motion to dismiss FitzSimons
                               defendants and related materials
                               (.5); emails with Zuckerman
                               regarding same (.2).

05/02/12   D. E. DEUTSCH       Review revised motion re:               1.10 hrs.
                               dismissal of identified FitzSimons
                               claims (.4); e-mail James Sottile
                               re: same (.1); review and edit
                               proposed insert for motion (.3);
                               exchange related e-mails (.1) and
                               hold related call with James
                               Sottile (.2).

05/02/12   D. BAVA             Review and analysis of federal and      0.60 hrs.
                               state court docket sheets in state
                               law fraudulent conveyance actions
                               re: case activity (.60).

05/02/12   T. J. MCCORMACK     Review FitzSimons motion to             0.80 hrs.
                               dismiss (0.5); confer M. Ashley
                               re: same (0.1); t/c Zuckerman re:
                               MDL status and issues (0.2).

05/03/12   T. J. MCCORMACK     Review issues concerning motion to      0.60 hrs.
                               dismiss certain FitzSimons
                               defendants, including consequence
                               of certain proposed changes to
                               draft motion (0.4); t/c Zuckerman
                               re: same (0.2).

05/03/12   D. E. DEUTSCH       Review draft motion to dismiss          3.80 hrs.
                               certain shareholder claims (.5);
                               exchange multiple e-mails with
                               James Sottile and others on
                               process issues related to same
                               (.9); related research on
                               appropriate procedure/next steps
                               (1.4); call with Dan Rath re:
                               previous iterations of draft and
                               related settlement discussions
                               (.4); call with James Sottile re:
                               proposed next steps on same (.6).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 05/03/12 | M. D. ASHLEY | Reviewed revisions to draft motion to dismiss FitzSimons defendants and related materials (.4); emails with Zuckerman regarding same (.2). | 0.60 hrs. |
| 05/04/12 | M. D. ASHLEY | Reviewed draft motion to dismiss FitzSimons defendants and related materials (.3). | 0.30 hrs. |
| 05/04/12 | D. E. DEUTSCH | Conference with Andrew Goldfarb to discuss new shareholder related filings (.2); review revised motion to dismiss certain FitzSimons claims (.5); conference with James Sottile to discuss same (.4); review weekly SLFC report (.2). | 1.30 hrs. |
| 05/07/12 | M. ROITMAN | Review pleadings in state law constructive fraudulent conveyance actions and revise report re: same (0.5) | 0.50 hrs. |
| 05/09/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.60). | 0.60 hrs. |
| 05/09/12 | M. D. ASHLEY | Reviewed draft letter regarding MDL proceedings and related materials (.6); emails with Zuckerman regarding same (.2). | 0.80 hrs. |
| 05/11/12 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.60). | 0.60 hrs. |
| 05/11/12 | D. E. DEUTSCH | Review draft letter to Judge Pauley from James Sottile (.2); e-mail Marc Roitman re: same (.1). | 0.30 hrs. |
| 05/13/12 | M. D. ASHLEY | Reviewed opposition to motion to vacate MDL transfer order and related materials (.8). | 0.80 hrs. |
| 05/13/12 | T. J. MCCORMACK | Review opposition on MDL motion to vacate (0.2). | 0.20 hrs. |
| 05/14/12 | D. E. DEUTSCH | Review last week's MDL report (.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/14/12 | M. D. ASHLEY | Reviewed materials relating to status of MDL litigation (.8). | 0.80 hrs. |
| 05/15/12 | M. DISTEFANO | Draft email to Committee re status of MDL (.2); | 0.20 hrs. |
| 05/16/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |
| 05/18/12 | C. L. RIVERA | Review recent case activity in similar LBO/shareholder lawsuits. | 0.20 hrs. |
| 05/22/12 | M. D. ASHLEY | Reviewed draft motion to extend litigation deadlines and related materials (.9). | 0.90 hrs. |
| 05/23/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |
| 05/25/12 | M. D. ASHLEY | Reviewed materials relating to motion for extension of litigation deadlines (.7); emails with Landis Rath regarding same (.1). | 0.80 hrs. |
| 05/29/12 | M. D. ASHLEY | Revised motion to extend litigation deadlines (.9); emails with Landis Rath regarding same (.2). | 1.10 hrs. |
| 05/29/12 | M. ROITMAN | Review filings in state law fraudulent conveyance actions (0.2) | 0.20 hrs. |
| 05/29/12 | C. L. RIVERA | Review activity in similar shareholder/LBO lawsuits. | 0.10 hrs. |
| 05/30/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.20). | 0.20 hrs. |
| 05/31/12 | M. D. ASHLEY | Reviewed materials relating to motion to extend litigation deadlines (.3). | 0.30 hrs. |

Total Fees for Professional Services..............    $13,763.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| T. J. MCCORMACK | 875.00 | 1.60 | 1400.00 |
| M. D. ASHLEY | 695.00 | 8.40 | 5838.00 |
| D. E. DEUTSCH | 745.00 | 6.80 | 5066.00 |
| D. BAVA | 295.00 | 2.80 | 826.00 |
| C. L. RIVERA | 665.00 | .30 | 199.50 |
| M. DISTEFANO | 435.00 | .20 | 87.00 |
| M. ROITMAN | 495.00 | .70 | 346.50 |
| TOTALS | | 20.80 | 13763.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1


                                For Services Through May 31, 2012

Our Matter #19804.021
          PLAN LITIGATION


05/01/12   M. ROITMAN        Review proposed changes to LT          2.50 hrs.
                             Confidentiality Agreement (0.6);
                             Call with J. Sottile and C&P team
                             re LT Confidentiality Agreement
                             (0.3); Call with Sidley re: same
                             (1.4); Confer with A. Rosenblatt
                             and J. Sottile following call (0.2)

05/01/12   C. L. RIVERA      Review mark-ups of confi agreement     2.70 hrs.
                             from DPW and Sidley (0.7); meeting
                             with M. Ashley, J. Sottile, A.
                             Rosenblatt and M. Roitman re:
                             confi agreement (0.3); call with
                             Sidley and Chadbourne re:
                             negotiation of confi provisions
                             (1.2); review follow-up revisions
                             (0.5).

05/01/12   S. BERSON         Spoke with A. Rosenblatt re:           1.10 hrs.
                             litigation trust and term sheet
                             (.5); began to review term sheet
                             (.6).

05/01/12   M. D. ASHLEY      Reviewed sets of revisions to          2.80 hrs.
                             draft litigation trust cooperation
                             agreement and related materials
                             (1.1); emails with J. Sottile,
                             Sidley regarding revisions to
                             draft cooperation agreement (.3);
                             conference call with J. Sottile,
                             Sidley regarding draft cooperation
                             agreement (1.4).

05/01/12   A. ROSENBLATT     Review draft of Litigation Trust       5.10 hrs.
                             Loan Agreement and compare with
                             term sheet and changes to plan
                             (1.0); calls with S. Berson re
                             same (.6); review latest proposed
                             changes to litigation trust
                             confidentiality agreement (.8);
                             emails with Sottile and others re:
                             same (.5); participate on call
                             with Chadbourne team and Sidley
                             team re: same (1.3); review list
                             of officers for reorganized
                             tribune sent from Sidley (.3) and
                             other initial drafts of plan
                             supplement documents (.6).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 05/01/12 | D. M. LeMAY | Review latest version of Plan Supplement documents. | 2.60 hrs. |
| 05/01/12 | H. SEIFE | Review of draft DCL objection to WTC motion (.5); review of plan supplement drafts (1.2). | 1.70 hrs. |
| 05/01/12 | T. J. MCCORMACK | Review litigation trust drafts (0.4); confer M. Ashley re: same in prep for conf. call (0.1). | 0.50 hrs. |
| 05/02/12 | T. J. MCCORMACK | Review proposed DCL objection on allocation leave to appeal motion (0.4); review litigation trust provisions (0.4). | 0.80 hrs. |
| 05/02/12 | H. SEIFE | Review of email to Committee regarding objection (.3); review of plan supplement drafts (.9). | 1.20 hrs. |
| 05/02/12 | D. M. LeMAY | Co-proponent call regarding Plan Supplement documents. | 1.00 hrs. |
| 05/02/12 | D. M. LeMAY | Review and comment on Draft objection to WTC motion for leave to appeal (2.1).  E-mail to Committee regarding same (.2). | 2.30 hrs. |
| 05/02/12 | A. ROSENBLATT | Participate on DCL Plan Proponent call re: plan supplement documents (.9); review updated Plan Supplement checklist sent from Sidley (.2); provide comments to draft litigation trust loan agreement (.7); call with S. Berson to compare comments and discuss open issues, etc. (.8); review comments circulated by Davis Polk and Dewey to other plan supplement documents (1.2); call with Sidley re: litigation trust fee issue and timing for filing litigation trust loan agreement (.5); forward blackline of loan agreement to Sidley with C&P comments (.3); review draft objection to Wilmington Trust motion for leave to appeal allocation dispute decision (.6); emails with LeMay and Roitman re: same and timing for posting to Committee (.3); review proposed | 5.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      June 22, 2012
435 N. MICHIGAN AVENUE                             Page   3
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | change to plan requested by DIP lenders (.2). |  |
| 05/02/12 | M. D. ASHLEY | Reviewed sets of revisions to draft litigation trust cooperation agreement and related materials (.6); emails with Sidley regarding same (.1); reviewed draft DCL objection to motion for leave to appeal allocation disputes ruling and related materials (.7); reviewed draft plan supplement documents (1.3). | 2.70 hrs. |
| 05/02/12 | M. ROITMAN | Review proposed cure exhibits (0.5); Conference call with Debtors and Senior Lenders re: same (0.4) | 0.90 hrs. |
| 05/02/12 | M. ROITMAN | Conference call with DCL Plan Proponents re: Plan Supplement Documents (1.0); confer with C&P team following call (0.3); Review and comment upon revised plan supplement documents (0.7); Review draft objection to Wilmington Trust Motion for Leave to Appeal (0.3); Draft email to Committee re: same (0.4); Draft email to Committee re: Plan Supplement documents (0.6) | 3.30 hrs. |
| 05/02/12 | C. L. RIVERA | Review revised litigation trust agreement (0.3); confer with M. Roitman re: same (0.1). | 0.40 hrs. |
| 05/02/12 | S. BERSON | Reviewed credit agreement (.9); conf call with D. LeMay, A. Rosenblatt and DCL Group re: Plan Supplement documents (.9); spoke with A. Rosenblatt re: comments to credit agreement and open issues (.8); prepared comments to credit agreement (1.6). | 4.20 hrs. |
| 05/03/12 | M. ROITMAN | Review revised plan supplement documents (0.4); Call with DCL co-proponents re: plan supplements (1.3); confer with A. Rosenblatt and D. LeMay following call (0.3); Correspond with S. Lee and D. LeMay re: Restructuring | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611


                        Transactions Plan Exhibit (0.3);

05/03/12   S. BERSON        Meeting with A. Rosenblatt re:        0.80 hrs.
                            litigation trust and loan
                            agreement.

05/03/12   C. L. RIVERA     Review modifications to              1.80 hrs.
                            cooperation agreement (0.5); call
                            with Sidley, DPW, Zuckerman and
                            Chadbourne re: revisions to
                            documents (1.3).

05/03/12   A. ROSENBLATT    Participate on conference call       5.20 hrs.
                            with DCL Plan Proponents re: plan
                            supplement documents and related
                            issues (1.4); call with Sidley
                            (Lantry and Bendernagel) re:
                            Litigation Trust Loan Agreement
                            (.4); meeting with Scott Berson re
                            same (.9); review Davis Polk
                            comments to loan agreement (.3);
                            review other plan supplement
                            documents, including litigation
                            trust confidentiality agreement
                            and parties' cumulative comments
                            to same (1.5); call with S. Lee
                            re: review of proposed
                            restructuring transactions (.2);
                            review Dewey comments to objection
                            to Wilmington Trust motion for
                            leave to appeal (.2); review
                            update on status of all Plan
                            Supplement documents circulated by
                            Davis Polk (.3).

05/03/12   S. LEE           TC A. Rosenblatt re Plan            0.10 hrs.
                            Supplement.

05/03/12   D. M. LeMAY      Review latest drafts of Plan        3.00 hrs.
                            Supplement documents (2.2).
                            Review precedents regarding
                            compensation and fee reimbursement
                            for Litigation Trust Advisory
                            Board (.8).

05/03/12   T. J. MCCORMACK  Review materials on Litigation      0.20 hrs.
                            Trust trustees (0.2).

05/04/12   T. J. MCCORMACK  Review current draft of litigation  0.40 hrs.
                            trust.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            June 22, 2012
435 N. MICHIGAN AVENUE                                   Page    5
CHICAGO, IL 60611


| 05/04/12 | S. LEE | Review draft Plan Supplement. | 0.70 hrs. |

| 05/04/12 | A. ROSENBLATT | Review revised litigation trust term sheet and provide comments to same (.4); participate on DCL Proponent call re: litigation trust loan agreement, other plan supplement documents and related issues (1.0); call with Teitelbaum re: plan supplements, retiree claimant issue and related issues (.3); call with G. Novad re: plan supplement documents (.2); emails from Kansa and Schaible re: 3018 settlement with Wilmington Trust re: allowance of fee claim for voting purposes (.4); emails with local counsel re: final sign-off on Plan Supplement documents for filing purposes (.2); review email from Lantry with comps for payment of fees and costs for members of trust advisory boards (.3); review and comment on proposed language to address Committee issues with litigation trust loan agreement (.5); call with S. Berson re: same (.3); emails from Davis Polk re: litigation trust expense issue and timing for filing of litigation trust loan agreement (.2); review order entered approving 2012 MIP (.2); review email from Sidley with revised and final Plan Supplement documents (.2); cursory review before filing of same (.5). | 4.70 hrs. |

| 05/04/12 | M. D. ASHLEY | Reviewed further revisions to draft litigation trust cooperation agreement and related materials (.6); emails with Sidley regarding same (.1). | 0.70 hrs. |

| 05/04/12 | R. M. LEDER | TC Rosenblatt and Berson re handling of tax issues relating to litigation trust. | 0.20 hrs. |

| 05/04/12 | S. BERSON | Conf call with DCL Group re: credit agreement comments (.9); met and spoke with A. Rosenblatt re: same (.3); call with R. Leder re: litigation trust and tax | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | issues (.2); prepared revised comments to same (1.4). |  |
| 05/04/12 | C. L. RIVERA | Review revisions to cooperation agreement (0.3); correspondence to M. Roitman re: same (0.1). | 0.40 hrs. |
| 05/04/12 | D. M. LeMAY | Review Sidley chart regarding compensation and reimbursement for Litigation Trust Board members (.8).  Review latest drafts of Plan Supplemental documents (2.1). | 2.90 hrs. |
| 05/06/12 | M. D. ASHLEY | Reviewed revised drafts of litigation trust cooperation agreement and related correspondence (.6). | 0.60 hrs. |
| 05/07/12 | M. D. ASHLEY | Reviewed revised drafts of litigation trust cooperation agreement and related trust materials (1.1); emails with DCL counsel regarding same (.2). | 1.30 hrs. |
| 05/07/12 | C. L. RIVERA | Review DPW additional comments to litigation cooperation agreement. | 0.20 hrs. |
| 05/07/12 | A. ROSENBLATT | Emails with plan proponents re: Wilmington Trust stipulation for claim allowance for voting purposes (.3); review Davis Polk additional revision to Litigation Trust confidentiality agreement (.2); emails with Ashley and Sottile re: same (.2); follow up correspondence with Sidley re: update on discussions with Wilmington Trust re: claims allowance stipulation (.2). | 0.90 hrs. |
| 05/07/12 | T. J. MCCORMACK | Review litigation trust agreement and Davis Polk comments re: same (0.7); confer M. Ashley re: same (0.1). | 0.80 hrs. |
| 05/08/12 | T. J. MCCORMACK | Review correspondence and evidentiary materials re: hearing (0.4). | 0.40 hrs. |

| | | | |
|---|---|---|---|
| 05/08/12 | A. ROSENBLATT | Emails with Lantry re: retiree tax issue, including update provided to Teitelbaum (.5); emails with Berson re: status of litigation trust loan agreement and timing re: same (.2); additional emails with DCL Plan Proponents re: Wilmington Trust claims allowance stipulation and related declaration (.3); emails with Leder re: litigation trust (.2); review report re: preliminary voting results on plan circulated by Sidley (.3); review latest draft of litigation trust confidentiality agreement (.3). | 1.80 hrs. |
| 05/08/12 | M. D. ASHLEY | Reviewed materials relating to potential confirmation hearing discovery (1.1); emails with Sidley regarding potential confirmation hearing discovery (.2). | 1.30 hrs. |
| 05/08/12 | H. SEIFE | Review of preliminary balloting results. | 0.30 hrs. |
| 05/09/12 | C. L. RIVERA | Correspondence with J. Marrero re: argument on marking schedules re: allowance/contingency (0.2); review material re: same for related research (0.4). | 0.60 hrs. |
| 05/09/12 | M. ROITMAN | Reviewed revised Litigation Trust Loan Agreement (0.3); Confer/correspond with D. LeMay, A. Rosenblatt and J. Teitelbaum re: Litigation Trust Agreement (0.4) | 0.70 hrs. |
| 05/09/12 | Y. YOO | Reviewed caselaw on debtor's ability to amend schedules and reclassify claims en masse (.9); corresponded by email with Jessica Marrero re: same (.4). | 1.30 hrs. |
| 05/09/12 | A. ROSENBLATT | Multiple emails and call with Teitelbaum re: litigation trust fee issue (1.0); call with Schaible re: same (.3); discuss same with LeMay (.3); email from Lantry re: update on retiree tax | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

|            |               |                                                                                                                                                                                                   |           |
|------------|---------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |               | issue (.2); call with Gallai re: same (.2); call with Gallai and Lantry re: same (.3); review revised trust loan agreement sent from Sidley (.4); email from Sottile re: providing draft of litigation trust cooperation agreement to Aurelius (.2). |           |
| 05/09/12   | D. M. LeMAY   | Review and comment on Plan Supplement documents and ancillary documents including Litigation Trust Common Interest Agreement. | 2.80 hrs. |
| 05/10/12   | A. ROSENBLATT | Email with LeMay re: Teitelbaum fee proposal (.2); call with Sidley re: Teitelbaum issue and other confirmation matters (.3); review status on upcoming appeal mediation (.3); review survey sent from Sidley re: litigation trust fee arrangements for advisory board members (.3). | 1.10 hrs. |
| 05/11/12   | A. ROSENBLATT | Email from Sidley remitting revised Wilmington Trust claims voting allowance stipulation (.3); review Novad declaration re: same (.2); review back up provided in support of Wilmington fee claim amount (.3); review latest draft of trust loan agreement to confirm C&P comments accepted (.3). | 1.10 hrs. |
| 05/11/12   | D. E. DEUTSCH | Review docketing of appeal by District Court (.2); e-mail David Bava re: monitoring of same (.1). | 0.30 hrs. |
| 05/12/12   | A. ROSENBLATT | Emails w/LeMay re: litigation trust valuation expert. | 0.20 hrs. |
| 05/13/12   | M. D. ASHLEY  | Reviewed materials relating to Litigation Trust issues (.6); emails with D. LeMay regarding same (.2). | 0.80 hrs. |
| 05/14/12   | A. ROSENBLATT | Review latest modifications to Litigation Trust loan agreement (.3) and discuss with Berson (.2); get update on status of mediation related to upcoming appeal and whether it is cancelled (.3); | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    9
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | email to G. Novod remitting litigation trust agreement (.2.). |  |
| 05/14/12 | S. BERSON | Reviewed revised Credit Agreement (.5); prepared comments to same (.6); spoke with A. Rosenblatt re: Credit Agreement (.3). | 1.40 hrs. |
| 05/15/12 | D. E. DEUTSCH | Exchange e-mails with Dan Rath re: status of certain appeal matters (.2). | 0.20 hrs. |
| 05/16/12 | D. M. LeMAY | Review draft notice of selection of litigation Trustee (.1). E-mail to co-Proponents re: same (.1). | 0.20 hrs. |
| 05/16/12 | A. ROSENBLATT | Email (.2) and call (.3) with J. Teitelbaum re: trust fee issue; discuss same with LeMay (.3); review draft of brief in opposition to tendering PHONES reconsideration motion (.3); discuss with D.LeMay no-position stance on tendering PHONES notes motion for reconsideration as being an inter-creditor issue (.3); emails from Sidley re: filing notice of election of litigation trustee (.2); review preliminary plan voting results sent from Sidley (.2). | 1.80 hrs. |
| 05/16/12 | H. SEIFE | Review of preliminary voting results (.3) review of notice of litigation trustee (.2); review of motion for reconsideration (.7). | 1.20 hrs. |
| 05/17/12 | H. SEIFE | Review emails regarding voting extensions. | 0.40 hrs. |
| 05/17/12 | A. ROSENBLATT | Email with LeMay and Seife re: Committee position on brief in opposition to motion for reconsideration filed by tendering PHONES noteholders (.3); review voting results update provided by Sidley (.2); email from Sidley re: trustee request for extension of time to vote on plan (.1); review trust loan agreement to answer question re: timing of draw | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      June 22, 2012
435 N. MICHIGAN AVENUE                             Page   10
CHICAGO, IL 60611

|          |                |                                                                                                                                                                                                                                                                                          |            |
|----------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|          |                | requests (.3); review update on status of open issue re: litigation trust cooperation agreement (.3).                                                                                                                                                                                     |            |
| 05/17/12 | D. M. LeMAY    | Three telephone conferences with Sidley re: proposed response to Motion for Reconsideration by Tendering PHONES Holders.                                                                                                                                                                  | 0.80 hrs.  |
| 05/18/12 | M. ROITMAN     | Correspond with S. Sistla re: new senior term loan (0.2); Correspond with F. Vazquez re: briefing in support of DCL Plan (0.2); confer with D. LeMay and M. Distefano re: plan objection deadline (0.2)                                                                                    | 0.60 hrs.  |
| 05/18/12 | A. ROSENBLATT  | Emails with DCL Plan Proponents re: extending time for trustee to vote on plan (.3); review updated tabulation re: plan voting (.2); review revised draft of brief in response to tendering PHONES noteholders motion for reconsideration (.4); emails from Sidley and other plan proponents re: Committee view on motion for reconsideration (.3). | 1.20 hrs.  |
| 05/18/12 | H. SEIFE       | Review of voting update.                                                                                                                                                                                                                                                                  | 0.20 hrs.  |
| 05/21/12 | T. J. MCCORMACK| Review submissions on potential documents and other evidence for confirmation hearing (0.4); review several objections filed by various parties (1.2).                                                                                                                                     | 1.60 hrs.  |
| 05/21/12 | H. SEIFE       | Review of revised draft confirmation order (.4); review of voting update (.3).                                                                                                                                                                                                            | 0.70 hrs.  |
| 05/21/12 | M. D. ASHLEY   | Reviewed draft DCL confirmation hearing exhibit list and related materials (1.3); reviewed objections to DCL Plan (1.2).                                                                                                                                                                   | 2.50 hrs.  |
| 05/21/12 | A. ROSENBLATT  | Email with Sidley re: exhibit list for confirmation hearing (.2); email from LeMay providing update on discussion with D. Golden re: Aurelius confirmation issues (.2); review confirmation objection                                                                                     | 1.10 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       June 22, 2012
435 N. MICHIGAN AVENUE                              Page   11
CHICAGO, IL 60611

|            |               | filed by former directors (.3); review report on confirmation objections filed by various parties in interest (.4). |           |
|------------|---------------|----------------------------------------|-----------|
| 05/21/12   | D. BAVA       | Periodically monitor court's docket sheet re: objections to confirmation (1.10). | 1.10 hrs. |
| 05/21/12   | M. DISTEFANO  | Prepared detailed summary for Committee of objections to DCL Plan (1.5); | 1.50 hrs. |
| 05/21/12   | J. MARRERO    | Review objections to DCL Plan | 0.90 hrs. |
| 05/21/12   | D. M. LeMAY   | Review filed confirmation objections. | 3.80 hrs. |
| 05/21/12   | M. ROITMAN    | Research re: establishment of reserves for appeals (2.5); Review objections to DCL Plan (1.4); Draft memorandum to Committee re: same (3.1) | 7.00 hrs. |
| 05/22/12   | J. MARRERO    | Review memo re Objections to Confirmation of DCL Plan | 0.40 hrs. |
| 05/22/12   | M. DISTEFANO  | Draft posting note to Committee re Plan Objections and voting (.5); | 0.50 hrs. |
| 05/22/12   | M. ROITMAN    | Call with DCL co-proponents re: objections to plan (0.7); Call with A. Rosenblatt re: same (0.2); Research re: establishment of reserves for appeals (2.1); Review objections to DCL Plan re: changes to Litigation Trust Agreement (1.7) | 4.70 hrs. |
| 05/22/12   | C. L. RIVERA  | Call with M. Roitman re: objections (0.1); correspondence with team re: next steps (0.1); reviewing objections (1.3). | 1.50 hrs. |
| 05/22/12   | D. M. LeMAY   | Finish reviewing all filed objections (2.1). Conference call with Co-proponents re: preparation of response and negotiation of open Creditor Trust issues (.8). | 2.90 hrs. |
| 05/22/12   | D. BAVA       | Prepare confirmation objections (1.20). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2012
Page   12

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/22/12 | A. ROSENBLATT | Begin to review draft confirmation order circulated by Sidley. | 0.60 hrs. |
| 05/22/12 | H. SEIFE | Review of plan objections (1.2); review emails among DCL parties regarding plan objections (.5); review of supplemental exhibit list (.3). | 2.00 hrs. |
| 05/22/12 | T. J. MCCORMACK | Review summaries of all Plan objections (1.0). | 1.00 hrs. |
| 05/22/12 | E. DAUCHER | Analyze objections to confirmation in anticipation of preparing responsive research. | 1.00 hrs. |
| 05/22/12 | D. E. DEUTSCH | Review update on plan appeal issues (.2); e-mail Dan Rath re: required follow-up research/analysis on same (.1); Exchange e-mails with Marc Roitman re: next steps with mediator request (.2). | 0.50 hrs. |
| 05/22/12 | M. D. ASHLEY | Reviewed materials relating to confirmation hearing plan objections (1.9). | 1.90 hrs. |
| 05/23/12 | S. BERSON | Reviewed revised credit agreement. | 0.70 hrs. |
| 05/23/12 | H. SEIFE | Review emails regarding late ballots (.3); review of plan objections (1.2). | 1.50 hrs. |
| 05/23/12 | M. ROITMAN | Call with J. Sottile, C. Rivera, D. LeMay re: plan objections (0.8); Call with DCL Co-Proponents re: same (1.4); Research re: effect of appeal on plan feasibility (2.6). | 4.80 hrs. |
| 05/23/12 | A. ROSENBLATT | Participate on DCL Plan Proponent call re: Trust Confidentiality Agreement (1.4); review schedule setting forth and summarizing objections to confirmation (.6); review revised exhibit list to be used at confirmation sent from Sidley (.2); review emails setting forth allocation of responsibility as to how DCL Plan Proponents will respond to various confirmation | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    13
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | objections (.2). |  |
| 05/23/12 | D. M. LeMAY | Participate in conference call of Committee counsel regarding Plan objections (1.1). Telephone conference w/J. Sottile regarding same (.2).  Participate in DCL co-proponent call to discuss objections to responses (1.4). | 2.70 hrs. |
| 05/23/12 | C. L. RIVERA | Review objections as to litigation trust compared to similar case (1.4); call with D. LeMay, J. Sottile, and M. Roitman re: same (0.9); follow-up meeting with D. LeMay and M. Roitman (0.3); call with co-plan proponents re: objections to plan (1.3); correspondence with team re: loan agreement issues (0.2). | 4.10 hrs. |
| 05/24/12 | M. ROITMAN | Draft response to plan objection re: former employees' indemnification claims (5.5); Draft response to plan objection re: establishment of reserves to account for pending appeals (6.1) | 11.60 hrs. |
| 05/24/12 | J. MARRERO | Conference with M.Roiman re: DCL Plan objections (0.2); research re: response to Former Employee objection (1.6). | 1.80 hrs. |
| 05/24/12 | C. L. RIVERA | Call with K. Lantry, J. Bendernagel, J. Boelter, J. Sottile, B. Stark, G. Novad, P. Dublin and D. Zensky re: negotiations on plan objections (1.0); call with company re: follow-up on issues (0.4); call with J. Sottile re: revising trust (0.2); revising agreement for objections (2.8); correspondence re: same to J. Sottile (0.2). | 4.60 hrs. |
| 05/24/12 | D. M. LeMAY | Work on confirmation brief. | 1.80 hrs. |
| 05/24/12 | D. M. LeMAY | Work on resolution of open issues regarding compensation and reimbursement of Litigation Trust Board members. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            June 22, 2012
435 N. MICHIGAN AVENUE                                   Page   14
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 05/24/12 | A. ROSENBLATT | Conference with M. Roitman re: status of plan objections and discuss arguments for inclusion in C&P sections of confirmation brief (.5); review revised litigation trust creditor agreement and borrowing notice sent from Sidley (.4); call with S.Berson (.2) and email to Boelter (.1) re: trust loan agreement and Wilmington Trust issues; review objections to confirmation filed by trustees and Aurelius (1.5); discuss Litigation Advisory Board member issue with LeMay and consider solutions (.5); review EGI confirmation objection and portions of other confirmation objections filed by creditors (.7). | 3.90 hrs. |
| 05/25/12 | A. ROSENBLATT | Review of draft brief inserts in support of confirmation (1.2); meet with Roitman and provide comments to same (.5); review revised brief inserts incorporating comments (.3); multiple calls with G. Novod re: questions about litigation trust loan agreement (.5); multiple emails among DCL Plan Proponents re: late ballots submitted with respect to DCL Plan (.3). | 2.80 hrs. |
| 05/25/12 | M. ROITMAN | Call with C. Rivera re: revisions to Litigation Trust Agreement (0.5); Call with J. Sottile re: objection regarding fees of Litigation Trust Advisory Board members (0.2); Meet with A. Rosenblatt re: responses to plan objections (0.7); Call with D. LeMay re: same (0.2); Revise response to plan objection re: establishment of reserves to account for pending appeals (5.5) | 7.10 hrs. |
| 05/25/12 | D. M. LeMAY | Review latest revisions to Litigation Trust Agreement. | 2.40 hrs. |
| 05/25/12 | D. M. LeMAY | Work on draft Confirmation Brief. | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      June 22, 2012
435 N. MICHIGAN AVENUE                            Page   15
CHICAGO, IL 60611

| 05/25/12 | C. L. RIVERA | Revising trust agreement (1.7); correspondence with J. Sottile re: comments, revisions (0.4); correspondence with various plan proponents re: same (0.6); calls with M. Roitman re: revisions on board composition, open issues (0.5); correspondence to Aurelius and WT re: changes (0.1). | 3.30 hrs. |
|---|---|---|---|
| 05/25/12 | J. MARRERO | Research re: payment of committee member attorney fees under plan and DE law (1.5); draft summary re case law (1.6). | 3.10 hrs. |
| 05/26/12 | D. E. DEUTSCH | Review e-mails from Kevin Lantry and others re: confirmation process and issues (.3). | 0.30 hrs. |
| 05/28/12 | A. ROSENBLATT | Review draft of confirmation brief insert re: fees for litigation trust board members and provide comments to same (.6). | 0.60 hrs. |
| 05/28/12 | M. ROITMAN | Draft insert for Brief in Support of Confirmation re: Litigation Trust Advisory Board-related objections (4.2) | 4.20 hrs. |
| 05/29/12 | M. ROITMAN | Review and revise brief in support of confirmation (4.1); confer/correspond with D.LeMay and A.Rosenblatt re: same (0.4); correspond with DCL co-proponents re: comments to brief (0.3); Confer/correspond with C. Rivera re: revisions to Litigation Trust Agreement (0.3); | 5.10 hrs. |
| 05/29/12 | A. ROSENBLATT | Review DCL Plan confirmation brief inserts drafted by Roitman (.9) and meet with Roitman to provide comments to same (.5); review revised draft of sections and provide further comments (.4); call with Novod from Wilmington Trust re: comments to Trust Loan Agreement (.3); review draft brief insert sent from Jones Day re: classification of the swap claim and indenture trustee fee claim (.3); review draft of DCL | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         June 22, 2012
435 N. MICHIGAN AVENUE                                Page   16
CHICAGO, IL 60611

|            |              |                                                                                                                                                                                                                                                                                                                                       |          |
|------------|--------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|            |              | confirmation brief insert addressing objection to payment of lender fees (.5); begin to review draft DCL confirmation brief circulated by Sidley (.6); email from Lantry re: Debtors' view on late ballot issue (.2); emails from other DCL Plan Proponents weighing in on late ballot issue (.2); review Jones Day comments to C&P confirmation brief inserts (.3). |          |
| 05/29/12   | D. M. LeMAY  | Drafting and revision of confirmation brief sections (3.3) and review of sections from other parties (1.9).                                                                                                                                                                                                                            | 5.20 hrs. |
| 05/29/12   | S. BERSON    | Call with counsel for Wilmington Trust re: comments to brief (.3); spoke with A. Rosenblatt re: same (.1).                                                                                                                                                                                                                             | 0.40 hrs. |
| 05/29/12   | H. SEIFE     | Review of confirmation objections (1.3); review of draft brief in support of confirmation (1.4); review of draft inserts to brief (1.2).                                                                                                                                                                                               | 3.90 hrs. |
| 05/30/12   | H. SEIFE     | Review of revised draft confirmation brief (1.5); review of comments to litigation trust(.5); review of Epiq vote declaration (.3); review of draft proposed findings (.7); review of transcript of court hearing (.3); review of additional emails among DCL parties regarding comments on documents (1.3).                             | 4.60 hrs. |
| 05/30/12   | R. M. LEDER  | Review brief in support of 4th amended DCL plan for tax issues.                                                                                                                                                                                                                                                                        | 0.50 hrs. |
| 05/30/12   | M. ROITMAN   | Conference with A.Rosenblatt and D.LeMay re: brief in support of confirmation (0.4); Call with C.Rivera and J. Sottile re: proposed revisions to litigation Trust Agreement (0.3); Review and revise brief in support of confirmation (3.1); confer with D.LeMay re: same (0.3); Draft                                                   | 6.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page    17
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | insert for brief in support of confirmation re: Litigation Trustee's right to modify DCL Plan (1.6); Draft email to Committee re: brief in support of confirmation and proposed findings of fact and conclusions of law (0.7); Correspond with J. Teitelbaum and W. Niese re: same (0.3). |  |
| 05/30/12 | M. D. ASHLEY | Reviewed draft confirmation hearing proposed findings of fact and conclusions of law and related materials (1.8); reviewed draft joint pretrial memorandum (.8); emails with D. LeMay and Sidley regarding draft confirmation hearing pleadings (.2). | 2.80 hrs. |
| 05/30/12 | D. M. LeMAY | Review and revise confirmation brief (6.2); memo regarding same to Committee (.6); various emails with DCL parties re: comments to brief (1.3); draft findings of fact and conclusions of law (1.3). | 9.40 hrs. |
| 05/30/12 | T. J. MCCORMACK | Review proposed findings of fact/conclusions of law (0.5). | 0.50 hrs. |
| 05/30/12 | C. L. RIVERA | Call with M. Roitman and J. Sottile re: status of trust objections (0.3); confer with M. Roitman re: drafting brief for same (0.2); review same (0.2); reviewing comments from Akin (0.5); correspondence re: same with D. LeMay (0.3); reviewing brief (0.4). | 1.90 hrs. |
| 05/30/12 | A. ROSENBLATT | Begin to review proposed findings of fact/conclusions of law circulated by Sidley (.4); review hearing transcript from prior day's court status conference re: expected timing and issues related to confirmation hearing (.3); review and provide comments to lender fee section (.5); emails with DCL Plan Proponents providing comments to various sections of DCL confirmation brief (.6); | 5.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      June 22, 2012
435 N. MICHIGAN AVENUE      Page   18
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | review retirees joinder to Deutsche Bank confirmation objection (.3); review new draft section of DCL confirmation brief re: Litigation Trustee ability to modify plan and confirmation order and provide comments to same (.8); emails with LeMay re: retiree joinder (.2); review status update from Roitman on open litigation trust issues and which, if any, require additional briefing (.3); review comments from Davis Polk to confirmation brief (.7); emails from Davis Polk re: C&P comments to lender fee section of brief (.3); emails with Davis Polk re: negotiation around litigation trust advisory member stipend and retiree reaction to same (.2); review blackline circulated by Roitman of cumulative changes to confirmation brief (.8). |  |
| 05/31/12 | A. ROSENBLATT | Multiple emails among DCL Plan Proponents with comments to plan confirmation brief, Litigation Trust Agreement and other confirmation related documents (1.2); review blackline of confirmation brief incorporating comments from all DCL Plan Proponents (1.1); review balloting results update (elections) sent from Sidley (.2). | 2.50 hrs. |
| 05/31/12 | C. L. RIVERA | Call with plan proponents re: comments from Akin (0.8); various conferences with D. LeMay and M. Roitman re: drafting and open issues (1.5); calls with K. Mills (Sidley) re: status of trust objections (0.2); drafting summary/chart re: same (0.9); correspondence with Jones Day and Sidley re: plan insert on Committee privilege (0.4); internal correspondence with C&P team re: same (0.5); drafting language to plan insert (0.5); reviewing brief (0.9). | 5.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2012
435 N. MICHIGAN AVENUE                                 Page   19
CHICAGO, IL 60611


| 05/31/12 | J. MARRERO | Draft memorandum to Committee re: tabulation of voting results. | 0.90 hrs. |
|----------|------------|-----------------------------------------------------------------|-----------|
| 05/31/12 | D. M. LeMAY | Revise confirmation brief (5.3). Review and revise draft Findings and Conclusions (1.8). Various emails with DCL parties re: comments to confirmation brief and related documents (.9). Review and revise Plan Amendments (.6). Conference call of DCL counsel regarding finalization of brief (.8).  Conference call of DCL counsel regarding revisions to Litigation Trust (.9). | 10.30 hrs. |
| 05/31/12 | M. D. ASHLEY | Calls with D. LeMay regarding draft confirmation hearing pleadings (.2); reviewed draft findings of fact and conclusions of law and related materials (1.3); emails with D. LeMay regarding same (.2). | 1.70 hrs. |
| 05/31/12 | M. ROITMAN | Review and revise brief in support of confirmation (5.2); Meet with C. Rivera re: proposed revisions to plan and Litigation Trust Agreement (0.2); Call with DCL co-proponents re: brief in support (0.7); confer with D. LeMay and C. Rivera following call (0.3); Draft insert for brief re Expense Fund cap (1.3); confer with D. LeMay re: same (0.2); Draft plan amendment re: transfer of Committee privileges (1.1); confer with C. Rivera re: same (0.4); Call with G. Novod re: transfer of committee privileges (0.2); confer/correspond with C. Rivera, J. Sottile re: same (0.3); Call with DCL co-proponents (2nd call of day) re: brief and plan objections (0.9) | 10.80 hrs. |
| 05/31/12 | H. SEIFE | Review of revised draft brief (1.3); review of draft joint pretrial memo (.8); review of Noteholder comments (.7); review of further comments to revisions to confirmation documents (.4); | 3.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2012
Page    20

review of draft plan amendment
(.5).


**Total Fees for Professional Services.............. $207,312.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 58.40 | 54020.00 |
| H. SEIFE | 995.00 | 21.40 | 21293.00 |
| R. M. LEDER | 995.00 | .70 | 696.50 |
| T. J. MCCORMACK | 875.00 | 6.20 | 5425.00 |
| M. D. ASHLEY | 695.00 | 19.10 | 13274.50 |
| A. ROSENBLATT | 745.00 | 57.40 | 42763.00 |
| D. E. DEUTSCH | 745.00 | 1.30 | 968.50 |
| S. BERSON | 745.00 | 11.40 | 8493.00 |
| S. LEE | 795.00 | .80 | 636.00 |
| D. BAVA | 295.00 | 2.30 | 678.50 |
| C. L. RIVERA | 665.00 | 27.20 | 18088.00 |
| E. DAUCHER | 495.00 | 1.00 | 495.00 |
| J. MARRERO | 435.00 | 7.10 | 3088.50 |
| M. DISTEFANO | 435.00 | 2.00 | 870.00 |
| M. ROITMAN | 495.00 | 72.30 | 35788.50 |
| Y. YOO | 565.00 | 1.30 | 734.50 |
| TOTALS | | 289.90 | 207312.50 |