**EXHIBIT A**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380789 |
| Invoice Date: | 05/30/2012 |

## Remittance Copy
### Billing for services rendered through 04/30/2012

Total by Matter
    0040 General Employee Benefits Matters                $ 410.00
    Client/Reference Number: 0000000847

Total Services                     $ 410.00

Total Costs and Other Charges Posted Through Billing Period         0.00

**Total This Invoice**                  **$ 410.00**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2234848 | 03/30/2011 | 135.00 |
| 2250140 | 05/23/2011 | 97.50 |
| 2268380 | 06/30/2011 | 1,471.50 |
| 2276792 | 07/28/2011 | 48.60 |
| 2286481 | 08/29/2011 | 1,588.80 |
| 2308358 | 10/31/2011 | 393.00 |
| 2314989 | 11/10/2011 | 1,113.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2380789
Invoice Date:  05/30/2012

| Invoice | Date | | |
|---------|------|---|---|
| 2349835 | 02/29/2012 | 3,712.00 | |
| 2360515 | 03/29/2012 | 410.00 | |

Total Outstanding Balance                                    11,790.00

Total Balance Due                                        $ 12,200.00

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380789 |
| Invoice Date: | 05/30/2012 |

## Client Copy
### Billing for services rendered through 04/30/2012

Total by Matter
    0040 General Employee Benefits Matters                        $ 410.00
    Client/Reference Number: 0000000847

Total Services                            $ 410.00

Total Costs and Other Charges Posted Through Billing Period     0.00

**Total This Invoice**                     **$ 410.00**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2234848 | 03/30/2011 | 135.00 |
| 2250140 | 05/23/2011 | 97.50 |
| 2268380 | 06/30/2011 | 1,471.50 |
| 2276792 | 07/28/2011 | 48.60 |
| 2286481 | 08/29/2011 | 1,588.80 |
| 2308358 | 10/31/2011 | 393.00 |
| 2314989 | 11/10/2011 | 1,113.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2380789
Invoice Date:  05/30/2012

| Invoice | Date | | |
|---------|------|--|--|
| 2349835 | 02/29/2012 | 3,712.00 | |
| 2360515 | 03/29/2012 | 410.00 | |
| | | | |
| Total Outstanding Balance | | | 11,790.00 |
| | | | |
| Total Balance Due | | | $ 12,200.00 |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/30/2012

Invoice: 2380789
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0040          General Employee Benefits Matters
                      Client/Reference Number: 0000000847

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/11/12 | P. Compernolle | 0.50 | Email to C. Parker of MWE regarding Cubs and NUPP pension plan. |
| | **Total Hours** | **0.50** | **Total For Services**        **$410.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 0.50 | 820.00 | 410.00 |
| **Totals** | **0.50** | | **$410.00** |
| | | **Total This Invoice** | **$410.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2380789

05/30/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| P. Compernolle | 0.50 | 820.00 | 410.00 |
| **Totals** | **0.50** | | **$410.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380790 |
| Invoice Date: | 05/30/2012 |

## Remittance Copy
**Billing for services rendered through 04/30/2012**

Total by Matter
    0041 Welfare Plans            $ 3,335.00
    Client/Reference Number: 0000000848

Total Services              $ 3,335.00

Total Costs and Other Charges Posted Through Billing Period          0.00

**Total This Invoice**             **$ 3,335.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 119.97 |
| 2193507 | 11/19/2010 | 119.97 |
| 2212860 | 01/26/2011 | 1,125.70 |
| 2225163 | 02/28/2011 | 454.40 |
| 2234849 | 03/30/2011 | 156.20 |
| 2245685 | 04/29/2011 | 397.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2380790
Invoice Date: 05/30/2012

| Invoice | Date | | |
|---------|------|--|--|
| 2254092 | 05/23/2011 | 612.80 | |
| 2268381 | 06/30/2011 | 735.90 | |
| 2276793 | 07/28/2011 | 142.00 | |
| 2286482 | 08/29/2011 | 302.20 | |
| 2288726 | 09/30/2011 | 482.80 | |
| 2308359 | 10/31/2011 | 852.00 | |
| 2314991 | 11/10/2011 | 795.20 | |
| 2329287 | 12/21/2011 | 2,450.50 | |
| 2338727 | 01/30/2012 | 12,397.50 | |
| 2349836 | 02/29/2012 | 6,815.00 | |
| 2360516 | 03/29/2012 | 627.00 | |
| 2368149 | 04/30/2012 | 11,600.00 | |

Total Outstanding Balance                                74,834.04

Total Balance Due                                      $ 78,169.04

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380790 |
| Invoice Date: | 05/30/2012 |

## Client Copy
### Billing for services rendered through 04/30/2012

Total by Matter
    0041 Welfare Plans                                  $ 3,335.00
    Client/Reference Number: 0000000848

Total Services        $ 3,335.00

Total Costs and Other Charges Posted Through Billing Period    0.00

**Total This Invoice**    **$ 3,335.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 119.97 |
| 2193507 | 11/19/2010 | 119.97 |
| 2212860 | 01/26/2011 | 1,125.70 |
| 2225163 | 02/28/2011 | 454.40 |
| 2234849 | 03/30/2011 | 156.20 |
| 2245685 | 04/29/2011 | 397.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2380790
Invoice Date:    05/30/2012

| Invoice | Date | |
|---------|------|--:|
| 2254092 | 05/23/2011 | 612.80 |
| 2268381 | 06/30/2011 | 735.90 |
| 2276793 | 07/28/2011 | 142.00 |
| 2286482 | 08/29/2011 | 302.20 |
| 2288726 | 09/30/2011 | 482.80 |
| 2308359 | 10/31/2011 | 852.00 |
| 2314991 | 11/10/2011 | 795.20 |
| 2329287 | 12/21/2011 | 2,450.50 |
| 2338727 | 01/30/2012 | 12,397.50 |
| 2349836 | 02/29/2012 | 6,815.00 |
| 2360516 | 03/29/2012 | 627.00 |
| 2368149 | 04/30/2012 | 11,600.00 |

Total Outstanding Balance                          74,834.04

Total Balance Due                                $ 78,169.04

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/30/2012

Invoice: 2380790
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/12/12 | A. Gordon | 0.20 | Review information from B. Becker regarding the draft for a traditional preferred provider summary plan description. |
| 04/17/12 | A. Gordon | 4.20 | Review the Medical Traditional Preferred Provider Summary Plan Description [1.5]; Revise the Medical Traditional Preferred Provider Summary Plan Description [2.7]. |
| 04/26/12 | A. Gordon | 0.20 | Conference call with B. Becker regarding welfare plan provisions [.1]; discuss Blue Cross Blue Shield negotiation strategy with S. O'Connor and R. DeBoer [.1]. |

| | **Total Hours** | **4.60** | **Total For Services** | **$3,335.00** |
|---|---|---|---|---|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. Gordon | 4.60 | 725.00 | 3,335.00 |
| **Totals** | **4.60** | | **$3,335.00** |
| | | **Total This Invoice** | **$3,335.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380791 |
| Invoice Date: | 05/30/2012 |

## Remittance Copy
### Billing for services rendered through 04/30/2012

Total by Matter
    0047 ESOP                                                  $ 492.00
    Client/Reference Number: 0000001574

Total Services                                                  $ 492.00

Total Costs and Other Charges Posted Through Billing Period       0.00

**Total This Invoice**                                        **$ 492.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380791 |
| Invoice Date: | 05/30/2012 |

## Client Copy
**Billing for services rendered through 04/30/2012**

Total by Matter
    0047 ESOP                                  $ 492.00
    Client/Reference Number: 0000001574

Total Services                                               $ 492.00

Total Costs and Other Charges Posted Through Billing Period          0.00

**Total This Invoice**                                      **$ 492.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/30/2012

Invoice: 2380791
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/23/12 | P. Compernolle | 0.50 | Email to D. Feinberg on participant request for information on plan account. |
| 04/23/12 | W. Merten | 0.10 | Review email from Dan Feinberg regarding information pertaining to settlement allocation of class member Kenneth Carter; Review related email from Paul Compernolle and Kevin Dansart. |

| | **Total Hours** | **0.60** | **Total For Services** | **$492.00** |
|---|---|---|---|---|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 0.50 | 820.00 | 410.00 |
| W. Merten | 0.10 | 820.00 | 82.00 |
| **Totals** | **0.60** | | **$492.00** |
| | | **Total This Invoice** | **$492.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380792 |
| Invoice Date: | 05/30/2012 |

## Remittance Copy
### Billing for services rendered through 04/30/2012

Total by Matter
    0504 Corporate/Credit Agreement/PHONES         $ 3,404.18
    Client/Reference Number: 0000001846

Total Services                                   $ 3,264.00

Total Costs and Other Charges Posted Through Billing Period     140.18

**Total This Invoice**                                 **$ 3,404.18**

| Invoice | Date | |
|---|---|---|
| 2254104 | 05/23/2011 | 48.00 |
| 2276800 | 07/28/2011 | 724.00 |

Total Outstanding Balance                            772.00

Total Balance Due                             $ 4,176.18

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380792 |
| Invoice Date: | 05/30/2012 |

## Client Copy
### Billing for services rendered through 04/30/2012

Total by Matter
    0504 Corporate/Credit Agreement/PHONES              $ 3,404.18
    Client/Reference Number: 0000001846

Total Services                             $ 3,264.00

Total Costs and Other Charges Posted Through Billing Period     140.18

**Total This Invoice**                       **$ 3,404.18**

| Invoice | Date | | |
|---|---|---|---|
| 2254104 | 05/23/2011 | 48.00 | |
| 2276800 | 07/28/2011 | 724.00 | |

Total Outstanding Balance                   772.00

Total Balance Due                       $ 4,176.18

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/30/2012

Invoice: 2380792
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0504          Corporate/Credit Agreement/PHONES
                      Client/Reference Number: 0000001846

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/03/12 | R. Harris | 1.30 | Revisions to Warrant (.9); confer with D. Kazan regarding same (.4). |
| 04/04/12 | R. Harris | 2.00 | Review and revise Warrant (1.3); confer with D. Kazan regarding same (.7). |
| 04/25/12 | R. Harris | 0.60 | Review comments to Warrant (.3); confer with D. Kazan regarding same (.3). |
| 04/26/12 | R. Harris | 1.00 | Confer with D. Kazan regarding open terms on Warrant (.3); review and revise Warrant regarding same (.7). |
| 04/30/12 | R. Harris | 0.20 | Confer with D. Kazan regarding terms of Digitsmith Warrant. |

|  | **Total Hours** | **5.10** | **Total For Services** | **$3,264.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 5.10 | 640.00 | 3,264.00 |
| **Totals** | **5.10** | | **$3,264.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 03/06/12 | Telecommunications VENDOR: Conference Plus, Incorporated; INVOICE | 18.29 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2380792
Invoice Date:  05/30/2012

| Date | Description | Amount |
|------|-------------|--------|
| | #30596582; INVOICE DATE: 04/02/12; Call Date: 03/06/12; Order #31990386; Host NAME: Andrea Whiteway | |
| 03/08/12 | Telecommunications | 15.21 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #30616677; INVOICE DATE: 04/02/12; Call Date: 03/08/12; Order #32010721; Host NAME: Andrea Whiteway | |
| 03/08/12 | Telecommunications | 5.62 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #30617797; INVOICE DATE: 04/02/12; Call Date: 03/08/12; Order #32011832; Host NAME: Andrea Whiteway | |
| 03/09/12 | Telecommunications | 17.42 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #30627352; INVOICE DATE: 04/02/12; Call Date: 03/09/12; Order #32021530; Host NAME: Andrea Whiteway | |
| 03/15/12 | Telecommunications | 2.31 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #30668619; INVOICE DATE: 04/02/12; Call Date: 03/15/12; Order #32063442; Host NAME: Andrea Whiteway | |
| 03/22/12 | Telecommunications | 6.51 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #30718654; INVOICE DATE: 04/02/12; Call Date: 03/22/12; Order #32114179; Host NAME: Andrea Whiteway | |
| 03/28/12 | Telecommunications | 12.34 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #30757302; INVOICE DATE: 04/02/12; Call Date: 03/28/12; Order #32153417; Host NAME: Blake Rubin | |
| 03/29/12 | Telecommunications | 12.57 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #30767434; INVOICE DATE: 04/02/12; Call Date: 03/29/12; Order #32163686; Host NAME: Andrea | |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2380792
Invoice Date:  05/30/2012

| Date | Description | Amount |
|------|-------------|--------|
| | Whiteway | |
| 04/05/12 | Telecommunications | 2.74 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #30817721; INVOICE DATE: 05/01/12; Call Date: 04/05/12; Order #32214974; Host NAME: Andrea Whiteway | |
| 04/05/12 | Telecommunications | 5.60 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #30817722; INVOICE DATE: 05/01/12; Call Date: 04/05/12; Order #32214975; Host NAME: Andrea Whiteway | |
| 04/09/12 | Telecommunications | 0.15 |
| | Ext. 68424 called CHICAGO, (312) 832-4549. | |
| 04/09/12 | Telecommunications | 0.15 |
| | Ext. 68425 called CHICAGO, (312) 222-4707. | |
| 04/09/12 | Telecommunications | 0.75 |
| | Ext. 68425 called CHICAGO, (312) 222-3233. | |
| 04/11/12 | Telecommunications | 1.95 |
| | Ext. 68424 called CHICAGO, (312) 222-3017. | |
| 04/12/12 | Telecommunications | 5.27 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #30862724; INVOICE DATE: 05/01/12; Call Date: 04/12/12; Order #32260661; Host NAME: Andrea Whiteway | |
| 04/13/12 | Telecommunications | 5.49 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #30870522; INVOICE DATE: 05/01/12; Call Date: 04/13/12; Order #32268631; Host NAME: Blake Rubin | |
| 04/23/12 | Telecommunications | 11.63 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #30931328; INVOICE DATE: 05/01/12; Call Date: 04/23/12; Order #32330339; Host NAME: Andrea Whiteway | |
| 04/25/12 | Telecommunications | 0.15 |
| | Ext. 68424 called CHICAGO, (312) 222-3017. | |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2380792 |
| Invoice Date: | 05/30/2012 |

| Date | Description | Amount |
|---|---|---|
| 04/26/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE<br>#30960828; INVOICE DATE: 05/01/12; Call Date:<br>04/26/12; Order #32360176; Host NAME: Andrea<br>Whiteway | 16.03 |

| | | |
|---|---|---|
| **Total Costs and Other Charges** | **$140.18** |
| **Total This Invoice** | **$3,404.18** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380794 |
| Invoice Date: | 05/30/2012 |

## Remittance Copy
### Billing for services rendered through 04/30/2012

Total by Matter
    0515 Chapter 11 Restructuring      $ 255,353.82

Total Services      $ 255,289.50

Total Costs and Other Charges Posted Through Billing Period      64.32

**Total This Invoice**      **$ 255,353.82**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |
| 2200564 | 12/08/2010 | 119.97 |
| 2212867 | 01/26/2011 | 43,131.70 |
| 2225179 | 02/28/2011 | 46,786.20 |
| 2234856 | 03/30/2011 | 57,152.40 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2380794
Invoice Date: 05/30/2012

| Invoice | Date | |
|---------|------|---|
| 2245689 | 04/29/2011 | 41,321.60 |
| 2262856 | 05/23/2011 | 44,622.20 |
| 2268391 | 06/30/2011 | 29,099.30 |
| 2276795 | 07/28/2011 | 67,686.90 |
| 2286485 | 08/29/2011 | 64,882.40 |
| 2297300 | 09/30/2011 | 40,521.30 |
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 34,397.70 |
| 2338729 | 01/30/2012 | 243,611.81 |
| 2349838 | 02/29/2012 | 149,102.25 |
| 2360519 | 03/29/2012 | 176,644.05 |
| 2370648 | 04/30/2012 | 98,294.95 |

Total Outstanding Balance                    1,389,108.25

Total Balance Due                    $ 1,644,462.07

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380794 |
| Invoice Date: | 05/30/2012 |

## Client Copy
### Billing for services rendered through 04/30/2012

Total by Matter
   0515 Chapter 11 Restructuring                                    $ 255,353.82

Total Services                                                                      $ 255,289.50

Total Costs and Other Charges Posted Through Billing Period                          64.32

**Total This Invoice**                                                      **$ 255,353.82**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |
| 2200564 | 12/08/2010 | 119.97 |
| 2212867 | 01/26/2011 | 43,131.70 |
| 2225179 | 02/28/2011 | 46,786.20 |
| 2234856 | 03/30/2011 | 57,152.40 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2380794
Invoice Date: 05/30/2012

| Invoice | Date | |
|---------|------|---:|
| 2245689 | 04/29/2011 | 41,321.60 |
| 2262856 | 05/23/2011 | 44,622.20 |
| 2268391 | 06/30/2011 | 29,099.30 |
| 2276795 | 07/28/2011 | 67,686.90 |
| 2286485 | 08/29/2011 | 64,882.40 |
| 2297300 | 09/30/2011 | 40,521.30 |
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 34,397.70 |
| 2338729 | 01/30/2012 | 243,611.81 |
| 2349838 | 02/29/2012 | 149,102.25 |
| 2360519 | 03/29/2012 | 176,644.05 |
| 2370648 | 04/30/2012 | 98,294.95 |

Total Outstanding Balance                    1,389,108.25

Total Balance Due                    $ 1,644,462.07

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/30/2012

Invoice: 2380794
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/02/12 | E. Goldman | 2.30 | Review Cogent reports (.6); confer with S. Kam regarding same (.2); prepare briefing memorandum for B. Rubin regarding valuation matter (1.5). |
| 04/02/12 | B. Rubin | 1.10 | Correspondence with clients and co-counsel regarding valuation experts (1.1). |
| 04/02/12 | A. Whiteway | 1.70 | Review and research tax issues regarding emergence and basis reduction issues. |
| 04/02/12 | G. Kopacz | 1.20 | Work on response to the fee examiner's 9th preliminary report. |
| 04/02/12 | A. Blair-Stanek | 1.40 | Revise claims transfer memorandum to reflect Butner principle (.9); begin reading article on bifurcation or conflation of property interests (.5). |
| 04/03/12 | E. Goldman | 1.00 | Review materials from BDO relating to valuation matter (.2); work on related memorandum to B. Rubin (.8). |
| 04/03/12 | B. Rubin | 2.10 | Review and edit supporting memorandum regarding tax issues (1.7); correspondence with clients regarding same (.4). |
| 04/03/12 | A. Whiteway | 1.40 | Review and edit supporting memorandum regarding tax issues (1.4). |
| 04/04/12 | B. Rubin | 3.80 | Memo to clients regarding valuation issues (1.8); review and analyze materials regarding DOJ issues (.9); review and edit supporting memorandum regarding emergence issues (1.1). |
| 04/04/12 | A. Whiteway | 3.40 | Correspondence with client regarding valuation experts (1.6); revise draft emergence tax planning workplan (.6); review materials regarding DOJ consent order on taxes (.4); analysis of S corp termination issues (.8). |
| 04/04/12 | A. Blair-Stanek | 0.60 | Review article and authorities relevant to single vs. |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2380794
Invoice Date: 05/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | multiple claims characterization. |
| 04/05/12 | E. Goldman | 1.00 | Prepare for and attend telephone interview with J. Verges of KPMG regarding valuation expertise. |
| 04/05/12 | G. Chan | 2.10 | Prepare for and attend conference with B. Rubin, A. Whiteway and M. Wilder regarding post-bankrupcty structure and attribute reduction (1.4); research regarding same (0.7). |
| 04/05/12 | B. Rubin | 3.30 | Preparation for and conference call with clients regarding emergence issues (.9); preparation for and meeting with co-counsel regarding emergence issues (1.1); research and analysis regarding emergence issues (1.3). |
| 04/05/12 | A. Whiteway | 4.80 | Telephone conference with client regarding emergence workplan tax issues (.4); analysis of issues regarding basis reduction and IRC 1017 (1.4); analysis and research of consolidated tax return filing issue (1.9); conference with co-counsel regarding tax issues relating to emergence basis reduction planning (1.1). |
| 04/05/12 | M. Wilder | 1.30 | Discuss consolidated return and post-bankruptcy planning issues with B. Rubin, A. Whiteway and G. Chan (1.0); research and discuss 1504(a)(3) issue with G. Chan (.3). |
| 04/06/12 | G. Chan | 0.90 | Review 5-year reconsolidation rule under section 1504(a)(3)(A) (0.5); discuss additional consolidation and basis reduction issue with M. Wilder (0.4). |
| 04/06/12 | B. Rubin | 3.40 | Prepare for and attend conference with co-counsel regarding emergence issues (.8); research and analysis regarding possible alternatives for emergence planning (2.6). |
| 04/06/12 | A. Whiteway | 3.90 | Research bankruptcy tax issues on emergence and consolidation impact on basis reduction tax planning (3.9). |
| 04/06/12 | M. Wilder | 1.20 | Prepare for and attend conference regarding section 1504(a)(3) and section 108 issues with G. Chan, B. Rubin, and A. Whiteway. |
| 04/07/12 | G. Chan | 3.10 | Research and review authorities relating to section 1017 basis reduction and consolidated look through rules regarding reduction of stock basis (3.1). |
| 04/08/12 | G. Chan | 0.70 | Research 5-year reconsolidation rule under section |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2380794
Invoice Date:  05/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | 1504(a)(3)(A) (0.7). |
| 04/09/12 | E. Goldman | 0.50 | Review KPMG's submission regarding valuation matter (.4); related email to B. Rubin (.1). |
| 04/09/12 | G. Chan | 5.60 | Research and review authorities regarding section 108 attribute reduction issues and consolidated return look-through rule under Treas. Reg. 1.1502-28 (5.6). |
| 04/09/12 | B. Rubin | 4.40 | Meeting with co-counsel regarding memo regarding emergence issues (.7); review and edit memo regarding emergence issues (1.3); research and analysis regarding emergence tax planning issues (2.4). |
| 04/09/12 | A. Whiteway | 4.40 | Meeting with co-counsel regarding memo regarding emergence issues on consolidated returns (.7); research and analysis regarding emergence tax planning issues regarding COD and basis reduction (2.1); review and edit memo regarding emergence issues (1.6). |
| 04/09/12 | J. Finkelstein | 2.60 | Meet with co-counsel regarding emergence tax issues (.7); review and revise emergence tax issue memo (1.9). |
| 04/09/12 | G. Kopacz | 1.20 | Review and edit March prebills to ensure compliance with applicable guidelines. |
| 04/09/12 | M. Wilder | 0.30 | Review 1.1502-28 rules. |
| 04/09/12 | A. Blair-Stanek | 0.40 | Briefly review status of claims-transfer memorandum (.2); discuss status with B. Rubin, A. Whiteway, J. Finkelstein (.2). |
| 04/10/12 | G. Chan | 5.40 | Research and review authorities regarding section 108 attribute reduction issues and consolidated return look-through rule under Treas. Reg. 1.1502-28 (5.1); discuss issues with M. Wilder (0.3). |
| 04/10/12 | B. Rubin | 5.30 | Review and analyze Carey decision regarding ownership of debt claims (1.9); correspondence with client and Sidley regarding emergence issues (.7); research and analysis regarding emergence issues (2.7). |
| 04/10/12 | A. Whiteway | 5.90 | Review Judge's Allocation dispute memorandum (1.1); analysis of litigation trust tax consequences of Judge's memo (1.9); review and revise memorandum and analysis regarding emergence impact on basis, COD and consolidation (2.9). |
| 04/10/12 | J. Finkelstein | 2.30 | Review bankruptcy court order and analysis regarding impact on litigation trust issues. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2380794
Invoice Date:  05/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/10/12 | G. Kopacz | 6.20 | Revise March prebills to ensure compliance with applicable guidelines. |
| 04/10/12 | M. Wilder | 1.30 | Analysis of 1504(c)(3) and 1502-28 issues (.5); discuss same with G. Chan (.3); emails to team regarding same (.3); briefly review Carey opinion on ownership of debt claims (.2). |
| 04/11/12 | N. Hazan | 2.10 | Correct time entries for pre-bills with G. Kopacz (0.60), review final response to examiner report (1.50). |
| 04/11/12 | G. Chan | 7.20 | Prepare for and attend conference with B. Rubin, A. Whiteway and M. Wilder regarding attribute reduction structuring issues (0.9); research and review authorities regarding section 1504(a)(3) 60-month rule (1.9); research and review authorities regarding changing tax year (3.8); draft emails to team summarizing research (0.6). |
| 04/11/12 | B. Rubin | 4.60 | Meeting with co-counsel regarding emergence issues (.8); research and analysis regarding emergence issues (2.3); review and analyze Carey decision regarding impact on litigation trust issues (1.2); correspondence with client regarding same (.3). |
| 04/11/12 | A. Whiteway | 5.30 | Revise emergence workplan of tax issues (.4); legal research regarding consolidated tax return issues (2.4); conduct legal research in preparation for and attend conference with co-counsel regarding attribute reduction (2.3); correspondence with Sidley regarding Judge's Allocation Memo (.2). |
| 04/11/12 | J. Finkelstein | 3.60 | Discuss emergence tax issues with co-counsel (.8); research regarding emergence issues (2.8). |
| 04/11/12 | G. Kopacz | 5.60 | Meeting with N. Hazan regarding January pre-bills (.6); work on February fee application (4.6); work on response to fee examiner report (.4). |
| 04/11/12 | M. Wilder | 2.80 | Research on 1504(a)(3) issues and emails to team regarding same (1.0); prepare for and attend conference regarding 1504(a)(3), section 108 planning and consolidated return issues with G. Chan, B. Rubin and A. Whiteway (1.3); analysis of Carey opinion on ownership of debt claims and emails to team regarding same (.5). |
| 04/11/12 | A. Blair-Stanek | 2.10 | Review and consider relevant portions of Judge Carey's |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2380794
Invoice Date:  05/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | recent opinion regarding ownership of debt claims (1.3); discuss implications with B. Rubin and A. Whiteway (.8). |
| 04/12/12 | N. Hazan | 0.80 | Review and correct February fee statement (0.60), review invoice for expenses to explain in response to examiner (0.20). |
| 04/12/12 | G. Chan | 1.40 | Prepare for and attend conference regarding potential restructuring related to attribute reduction issue with B. Rubin, A. Whiteway, and M. Wilder (0.7); review Tribune organizational chart and bankruptcy plan related restructuring transactions (0.7). |
| 04/12/12 | B. Rubin | 5.40 | Preparation for and conference call with clients regarding emergence issues (.9); review and analyze Carey decision regarding ownership of debt claims (.9); preparation for and conference call with clients and Sidley regarding emergence tax issues (1.1); memo to clients regarding emergence issues (1.2); review and edit memo regarding emergence issues (1.3). |
| 04/12/12 | A. Whiteway | 5.10 | Telephone conference with client regarding emergence tax issues (.6); prepare for and attend conference with co-counsel regarding consolidated tax return issues (1.2); research and analysis of attribute reduction issue and current restructuring into LLCs impact on structure (3.3). |
| 04/12/12 | J. Finkelstein | 3.70 | Prepare for and attend conference with Tribune regarding emergence tax issues (.9); review research regarding basis reduction issue (1.1); review litigation trust tax issue memo (1.3); correspondence with team regarding bankruptcy court order and impact on litigation trust tax analysis (.4). |
| 04/12/12 | G. Kopacz | 2.60 | Work on February fee application (1.9); incorporate comments of N. Hazan into February fee application (.3); incorporate comments of N. Hazan into response to fee examiner's 9th quarterly report (.4). |
| 04/12/12 | M. Wilder | 1.70 | Continue analysis of 1504(a)(3) issue (.8); discussions of post-emergence structuring issues with B. Rubin, A. Whiteway and G. Chan (.5); telephone call to IRS attorney Marie Milnes-Vasquez regarding 1502-28 and 1504(a)(3) (.4). |
| 04/13/12 | G. Chan | 3.40 | Review Tribune organizational chart and bankruptcy plan |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2380794
Invoice Date:  05/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | restructuring transactions (1.4); discuss chart and other related issues with M. Wilder (0.4); draft outline of memo regarding post-emergence restructuring (1.6). |
| 04/13/12 | B. Rubin | 4.20 | Preparation for and conference call with Sidley and clients regarding emergence issues (1.1); work on memo to clients regarding restructuring issues (1.3); review and edit memo regarding restructuring issues (1.8). |
| 04/13/12 | A. Whiteway | 5.90 | Preparation for and telephone conference with Sidley regarding Judge's Allocation Memo (1.6); draft summary of call with Sidley regarding Judge's Allocation Memo (.9); revise memorandum regarding litigation trust tax issues and research trust tax issues (3.4). |
| 04/13/12 | J. Finkelstein | 1.70 | Review and revise emergence tax issues memo. |
| 04/13/12 | G. Kopacz | 0.10 | Incorporate comments of attorneys into March pre-bills. |
| 04/13/12 | M. Wilder | 1.10 | Review restructuring slide deck (.7); discuss issues for memo with G. Chan (.4). |
| 04/14/12 | M. Wilder | 1.80 | Analysis of additional post-emergence restructuring issues (1.0); outline issues in email summary for G. Chan (.8). |
| 04/15/12 | G. Chan | 0.60 | Review email from M. Wilder regarding outline of potential restructuring transaction and consider issues regarding same (0.6). |
| 04/16/12 | E. Goldman | 0.50 | Confer with Steve Kam, Blake Rubin regarding status of selection process regarding valuation matter. |
| 04/16/12 | G. Chan | 7.30 | Review organizational chart and issues regarding proposed structure (0.9); prepare for and attend conference regarding organizational chart and other issues with B. Rubin, A. Whiteway, and M. Wilder (0.5); draft memo regarding proposed holding company structure and related issues (5.9). |
| 04/16/12 | B. Rubin | 3.20 | Review and edit memorandum regarding emergence issues (1.8); prepare for and attend meeting with co-counsel regarding emergence issue memorandum (.6); correspondence with co-counsel regarding valuation issue (.4); correspondence with Sidley regarding restructuring transactions (.4). |
| 04/16/12 | A. Whiteway | 3.90 | Prepare for and attend conference with co-counsel regarding consolidated return issues (.9); research |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2380794
Invoice Date:   05/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | bankruptcy emergence basis attribute reduction planning techniques (2.6); correspondence with Sidley regarding KPLR television station (.4). |
| 04/16/12 | J. Finkelstein | 1.20 | Review memo regarding emergence issues. |
| 04/16/12 | M. Wilder | 0.80 | Discuss pre and post emergence structuring with G. Chan (.2); discuss same with B. Rubin and A. Whiteway (.6). |
| 04/17/12 | N. Hazan | 0.30 | Review proposed order regarding 8th quarterly fee application and confirm amount of fees and expenses for MWE (0.20), email exchange with G. Kopacz and B. Rubin regarding filing of February fee statement and response to examiner report (0.10). |
| 04/17/12 | G. Chan | 2.90 | Draft memo regarding proposed holding company structure and related issues (2.9). |
| 04/17/12 | B. Rubin | 3.90 | Review and comment on fee applications (.9); review and edit draft opinion and supporting memorandum (2.3); correspondence with client regarding open issues (.7). |
| 04/17/12 | A. Whiteway | 3.80 | Research bankruptcy emergence basis attribute reduction planning techniques (1.9); revise litigation trust tax issues analysis (1.9). |
| 04/17/12 | G. Kopacz | 3.10 | Revise February fee application based on comments of B. Rubin and prepare same for filing (.5); prepare response to fee examiner's ninth preliminary report for filing (.4); attention to email from local counsel regarding 8th quarterly fee application order (.3); work on thirteenth quarterly fee application (1.9). |
| 04/18/12 | G. Chan | 2.20 | Discuss memo regarding proposed holding company structure and related issues with M. Wilder (0.1); revise memo regarding same (2.1). |
| 04/18/12 | B. Rubin | 3.80 | Research and analysis regarding emergence planning issues (2.2); review and edit memo regarding attribute reduction issues (1.6). |
| 04/18/12 | A. Whiteway | 6.70 | Revise emergence plan (.3); review and revise memorandum regarding litigation trust (6.4). |
| 04/18/12 | G. Kopacz | 5.60 | Work on 13th Quarterly fee application. |
| 04/18/12 | M. Wilder | 1.00 | Review memo prepared by G. Chan and analyze section 351 issue. |
| 04/19/12 | N. Hazan | 0.70 | Review and correct 13th Quarterly fee application. |
| 04/19/12 | G. Chan | 4.80 | Review M. Wilder's comments to attribute reduction |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2380794
Invoice Date:  05/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | restructuring memo (1.0); revise memo regarding same (3.8). |
| 04/19/12 | B. Rubin | 2.40 | Research and analysis regarding emergence planning issues (1.2); review and edit memo regarding attribute reduction issues (1.2). |
| 04/19/12 | A. Whiteway | 2.40 | Research and analysis regarding emergence planning issues (1.2); review and edit memo regarding attribute reduction issues (1.2). |
| 04/19/12 | G. Kopacz | 2.40 | Work on 13th quarterly fee application (2.1); communications with secretary regarding up-coming hearing (.2); email local counsel and team regarding January CNO (.1). |
| 04/19/12 | M. Wilder | 1.20 | Provide written revisions to G. Chan regarding memo and discuss changes with her (1.0); emails to G. Chan regarding same (.2). |
| 04/19/12 | A. Blair-Stanek | 2.20 | Review and revise litigation trust memorandum (2.0); identify work items for memo (.2). |
| 04/20/12 | G. Chan | 4.70 | Call with M. Wilder to discuss attribute restructuring memo (0.7); revise and review memo (4.0) |
| 04/20/12 | B. Rubin | 1.40 | Review and edit memo regarding emergence issues (1.4). |
| 04/20/12 | M. Wilder | 1.70 | Further revisions to G. Chan memo (1.0); discuss changes with G. Chan (.7). |
| 04/20/12 | A. Blair-Stanek | 3.50 | Analysis and work on section of memo regarding Global Settlement tax consequences. |
| 04/21/12 | A. Blair-Stanek | 2.80 | Continue analysis of section of memorandum addressing taxation of Global Settlement (1.9); revise summary chart regarding same (.9). |
| 04/22/12 | A. Whiteway | 0.60 | Revise emergence workplan. |
| 04/23/12 | B. Rubin | 3.10 | Preparation for and conference call with clients regarding emergence issues (.9); review and edit memo regarding emergence issues (2.2). |
| 04/23/12 | A. Whiteway | 3.30 | Preparation for and telephone conference with client regarding emergence workplan (1.9); review and comment on attribute reduction memo (1.4). |
| 04/23/12 | J. Finkelstein | 2.10 | Prepare for and attend conference with Tribune regarding emergence issues (.9); review memo regarding emergence issues (1.2). |
| 04/23/12 | G. Kopacz | 0.20 | Email B. Rubin regarding December CNO. |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2380794
Invoice Date:    05/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/24/12 | B. Rubin | 2.90 | Review and edit memo regarding emergence issues (2.3); correspondence with client regarding CNOs (.6). |
| 04/24/12 | A. Whiteway | 1.60 | Review and comment on memo regarding consolidation and attribute reduction tax issues (1.6). |
| 04/24/12 | J. Finkelstein | 2.80 | Review and comment on attribute reduction memo. |
| 04/24/12 | G. Kopacz | 0.40 | Review hearing agenda regarding fee application (.1); email to B. Rubin regarding order entered regarding same (.3). |
| 04/24/12 | A. Blair-Stanek | 3.60 | Add discussion of Rose v. Commissioner in several places in claims transfer memorandum (1.5); make additional revisions to memorandum (2.1). |
| 04/25/12 | G. Chan | 3.20 | Prepare for and attend conference with B. Rubin, A. Whiteway, J. Finkelstein and M. Wilder regarding restructuring memo (2.0); review comments to memo regarding same (0.4); review draft Income Tax Overview from Tribune (0.8). |
| 04/25/12 | B. Rubin | 4.90 | Review and edit memo regarding settlement tax issues (1.3); research and analysis regarding emergence issues (1.4); analysis regarding possible restructuring (2.2). |
| 04/25/12 | A. Whiteway | 3.80 | Comment on memo analyzing emergence restructuring and attribute reduction (1.6); prepare for and attend conference with team regarding attribute reduction tax issues (2.2). |
| 04/25/12 | J. Finkelstein | 4.80 | Review emergence tax issues memo (2.0); Review and revise section 1017 restructuring memo and conference with team regarding same (2.8). |
| 04/25/12 | M. Wilder | 2.20 | Discuss draft of post-emergence planning memo with B. Rubin, A. Whiteway and G. Chan (1.8); brief review of revisions (.4). |
| 04/25/12 | A. Blair-Stanek | 0.50 | Research in connection with claims transfer memorandum. |
| 04/26/12 | G. Chan | 4.40 | Review comments to proposed structure memo (0.7); review consolidated NOL rules (1.3); revise memo regarding same (2.4). |
| 04/26/12 | B. Rubin | 3.90 | Preparation for and conference call with clients regarding possible restructuring (.9); preparation for and conference call with clients regarding emergence issues (.9); research and analysis regarding possible restructuring (2.1). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2380794
Invoice Date:  05/30/2012

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/26/12 | A. Whiteway | 3.60 | Preparation and telephone conference with client regarding emergence tax issues (1.9); analysis of attribute reduction restructuring (1.7). |
| 04/26/12 | J. Finkelstein | 3.10 | Prepare for and attend conference with Tribune regarding emergence issues (1.3); review memo regarding litigation trust issues (1.8). |
| 04/26/12 | G. Kopacz | 0.10 | Attention to issues regarding hearing on 9th and 10th quarterly fee applications. |
| 04/26/12 | A. Blair-Stanek | 3.30 | Revise claims transfer memorandum. |
| 04/27/12 | G. Chan | 6.30 | Discuss consolidated NOL issue with M. Wilder (0.2); revise memo regarding proposed restructuring and attribute reduction (5.1); review final income tax overview slides from Tribune (1.0). |
| 04/27/12 | B. Rubin | 5.70 | Review and revise memo regarding emergence issues (1.8); prepare for and attend meeting with co-counsel regarding comments and analysis (2.4); review and analyze revised income tax overview (.6); review and edit memo regarding basis issues (.9). |
| 04/27/12 | A. Whiteway | 5.10 | Review and comment on memorandum regarding analysis of litigation trust tax issues and $120 million disgorgement tax treatment (2.9); prepare for and attend conference with co-counsel regarding same (2.2). |
| 04/27/12 | J. Finkelstein | 2.30 | Review revised tax issues presentation (1.1); review revised basis reduction memo (1.2). |
| 04/27/12 | M. Wilder | 3.60 | Review portion of memo on disgorgement settlement (1.0); prepare for and attend meeting on same with B. Rubin, A. Whiteway and A. Blair-Stanek (2.4); discuss NOL issues with G. Chan (.2). |
| 04/27/12 | A. Blair-Stanek | 2.90 | Prepare for and attend meeting with B. Rubin, A. Whiteway, M. Wilder regarding Issue (4) portion of memorandum (2.5); add appropriate work items to list (.4). |
| 04/28/12 | M. Wilder | 1.00 | Review G. Chan draft memo on post emergence planning. |
| 04/30/12 | N. Hazan | 1.30 | Email exchange with debtors' counsel re preliminary report for 10th interim fee application (0.10), review 10th interim fee application and exhibits (1.20). |
| 04/30/12 | B. Rubin | 4.30 | Review and analyze settlement terms (1.1); memo to co- |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2380794
Invoice Date:  05/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | counsel regarding tax issue (.8); review and edit memo regarding possible restructuring (2.4). |
| 04/30/12 | A. Whiteway | 3.40 | Review and revise attribute reduction memorandum (3.4). |
| 04/30/12 | J. Finkelstein | 3.80 | Review and comment on basis reduction memo. |
| 04/30/12 | G. Kopacz | 0.10 | Attention to email regarding preliminary report of the fee examiner; communications with N. Hazan regarding same. |
| 04/30/12 | A. Blair-Stanek | 0.10 | Incorporate B. Rubin ideas into claims transfer memorandum. |

| | **Total Hours** | **343.00** | | **Total For Services** | **$255,289.50** |
|--|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Blair-Stanek | 23.40 | 435.00 | 10,179.00 |
| G. Chan | 66.20 | 500.00 | 33,100.00 |
| J. Finkelstein | 34.00 | 765.00 | 26,010.00 |
| E. Goldman | 5.30 | 880.00 | 4,664.00 |
| N. Hazan | 5.20 | 645.00 | 3,354.00 |
| G. Kopacz | 28.80 | 435.00 | 12,528.00 |
| B. Rubin | 77.10 | 995.00 | 76,714.50 |
| A. Whiteway | 80.00 | 885.00 | 70,800.00 |
| M. Wilder | 23.00 | 780.00 | 17,940.00 |
| **Totals** | **343.00** | | **$255,289.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 04/11/12 | Transportation/Parking Taxi fare home after working late on client matter (11:15pm). | 19.00 |
| 04/20/12 | Computer Research | 38.32 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2380794
Invoice Date:  05/30/2012

| Date | Description | Amount |
|------|-------------|--------|
| 04/28/12 | Pacer Quarterly Billing Cycle: 01/01/12 - 03/31/12. Transportation/Parking Parking (4/21/12). | 7.00 |

|  | | |
|--|--|--|
| **Total Costs and Other Charges** | **$64.32** |
| **Total This Invoice** | **$255,353.82** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2380795 |
| Invoice Date: | 05/30/2012 |

## Remittance Copy
### Billing for services rendered through 04/30/2012

Total by Matter
    0021 Post Closing Matters                       $ 9,502.79

Total Services                           $ 9,496.50

Total Costs and Other Charges Posted Through Billing Period      6.29

**Total This Invoice**                        **$ 9,502.79**

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 119.97 |
| 2202007 | 12/08/2010 | 119.97 |
| 2212869 | 01/26/2011 | 1,561.25 |
| 2225181 | 02/28/2011 | 2,353.20 |
| 2234858 | 03/30/2011 | 3,687.40 |
| 2245691 | 04/29/2011 | 1,371.00 |
| 2254097 | 05/23/2011 | 276.10 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| Client: | 022182 |
|---|---|
| Invoice: | 2380795 |
| Invoice Date: | 05/30/2012 |

| Invoice | Date | |
|---|---|---|
| 2268396 | 06/30/2011 | 1,796.70 |
| 2286424 | 07/28/2011 | 5,015.90 |
| 2294690 | 08/29/2011 | 15,134.50 |
| 2297302 | 09/30/2011 | 4,570.60 |
| 2308368 | 10/31/2011 | 128.90 |
| 2314995 | 11/10/2011 | 948.90 |
| 2338737 | 01/30/2012 | 2,702.00 |
| 2349783 | 02/29/2012 | 1,151.48 |
| 2370651 | 04/30/2012 | 1,752.68 |

Total Outstanding Balance                                                43,424.15

Total Balance Due                                                      $ 52,926.94

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2380795 |
| Invoice Date: | 05/30/2012 |

---

## Client Copy
### Billing for services rendered through 04/30/2012

---

Total by Matter
 0021 Post Closing Matters                                   $ 9,502.79

Total Services                                                              $ 9,496.50

Total Costs and Other Charges Posted Through Billing Period                        6.29

**Total This Invoice**                                                   **$ 9,502.79**

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 119.97 |
| 2202007 | 12/08/2010 | 119.97 |
| 2212869 | 01/26/2011 | 1,561.25 |
| 2225181 | 02/28/2011 | 2,353.20 |
| 2234858 | 03/30/2011 | 3,687.40 |
| 2245691 | 04/29/2011 | 1,371.00 |
| 2254097 | 05/23/2011 | 276.10 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | | |
|---|---|---|
| Client: | 022182 | |
| Invoice: | 2380795 | |
| Invoice Date: | 05/30/2012 | |

| Invoice | Date | |
|---------|------|---|
| 2268396 | 06/30/2011 | 1,796.70 |
| 2286424 | 07/28/2011 | 5,015.90 |
| 2294690 | 08/29/2011 | 15,134.50 |
| 2297302 | 09/30/2011 | 4,570.60 |
| 2308368 | 10/31/2011 | 128.90 |
| 2314995 | 11/10/2011 | 948.90 |
| 2338737 | 01/30/2012 | 2,702.00 |
| 2349783 | 02/29/2012 | 1,151.48 |
| 2370651 | 04/30/2012 | 1,752.68 |

Total Outstanding Balance                                           43,424.15

Total Balance Due                                              $ 52,926.94

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/30/2012

Invoice: 2380795
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021          Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/02/12 | B. Rubin | 0.70 | Review and analyze letter and agreement from Ricketts (.4); correspondence with client regarding same (.3). |
| 04/03/12 | B. Rubin | 2.60 | Review and analyze proposed Management Services Agreement (.8); review and analyze transaction documents regarding requirements for affiliate transactions (1.1); review and edit memo regarding same (.7). |
| 04/03/12 | A. Whiteway | 3.60 | Review and analyze proposed Management Services Agreement (1.1); review and analyze LLC Agreement and Credit Agreement regarding requirements for affiliate transactions (1.2); draft memo to client regarding same (1.3). |
| 04/05/12 | B. Rubin | 1.20 | Review and analyze draft Management Services Agreement and relevant transactional document provisions (.8); preparation for and conference call with client regarding same (.4). |
| 04/06/12 | B. Gruemmer | 1.00 | Calls with Nils Larsen regarding questions on TV Rights Agreement (.7); follow-up call with C. Lin regarding same (.3). |
| 04/07/12 | C. Lin | 1.00 | Telephone conference with team regarding U-Verse multiview (.2); Review Television Rights Agreement (.5); Draft email summary of comments regarding same (.3). |
| 04/27/12 | B. Rubin | 0.40 | Correspondence with client regarding Ricketts request for payment approval (.4). |

| | **Total Hours** | **10.50** | **Total For Services** | **$9,496.50** |
|---|---|---|---|---|

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client: 022182
Invoice: 2380795
Invoice Date: 05/30/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| B. Gruemmer | 1.00 | 840.00 | 840.00 |
| C. Lin | 1.00 | 595.00 | 595.00 |
| B. Rubin | 4.90 | 995.00 | 4,875.50 |
| A. Whiteway | 3.60 | 885.00 | 3,186.00 |
| **Totals** | **10.50** | | **$9,496.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 04/07/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #30824004; INVOICE DATE: 05/01/12; Call Date: 04/07/12; Order #32221447; Host NAME: Christopher Lin | 6.29 |

**Total Costs and Other Charges**     **$6.29**

**Total This Invoice**     **$9,502.79**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2380795

05/30/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| B. Gruemmer | 1.00 | 840.00 | 840.00 |
| C. Lin | 1.00 | 595.00 | 595.00 |
| B. Rubin | 4.90 | 995.00 | 4,875.50 |
| A. Whiteway | 3.60 | 885.00 | 3,186.00 |
| **Totals** | **10.50** | | **$9,496.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380796 |
| Invoice Date: | 05/30/2012 |

---

## Remittance Copy
### Billing for services rendered through 04/30/2012

---

Total by Matter
   0527 2009 Audit                                        $ 22,916.00

Total Services                                                      $ 13,574.00

Total Costs and Other Charges Posted Through Billing Period          9,342.00

**Total This Invoice**                                              **$ 22,916.00**

| Invoice | Date | |
|---|---|---|
| 2225195 | 02/28/2011 | 3,159.30 |
| 2234863 | 03/30/2011 | 9,969.90 |
| 2245697 | 04/29/2011 | 78,639.60 |
| 2254101 | 05/23/2011 | 57,373.50 |
| 2268392 | 06/30/2011 | 46,232.00 |
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |
| 2297306 | 09/30/2011 | 32,819.00 |
| 2308371 | 10/31/2011 | 20,943.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2380796
Invoice Date:   05/30/2012

| Invoice | Date | | |
|---------|------|--|--|
| 2314998 | 11/10/2011 | 583.70 | |
| 2329293 | 12/21/2011 | 563.50 | |
| 2338733 | 01/30/2012 | 16,826.92 | |
| 2349842 | 02/29/2012 | 340,449.70 | |
| 2360522 | 03/29/2012 | 436,839.63 | |
| 2370653 | 04/30/2012 | 129,703.89 | |

Total Outstanding Balance                      1,256,988.44

Total Balance Due                           $ 1,279,904.44

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380796 |
| Invoice Date: | 05/30/2012 |

## Client Copy
### Billing for services rendered through 04/30/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0527 2009 Audit | $ 22,916.00 | |
| Total Services | | $ 13,574.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 9,342.00 |
| **Total This Invoice** | | **$ 22,916.00** |

| Invoice | Date | |
|---|---|---|
| 2225195 | 02/28/2011 | 3,159.30 |
| 2234863 | 03/30/2011 | 9,969.90 |
| 2245697 | 04/29/2011 | 78,639.60 |
| 2254101 | 05/23/2011 | 57,373.50 |
| 2268392 | 06/30/2011 | 46,232.00 |
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |
| 2297306 | 09/30/2011 | 32,819.00 |
| 2308371 | 10/31/2011 | 20,943.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:            020336
Invoice:           2380796
Invoice Date:      05/30/2012

| Invoice | Date | |
|---------|------|--:|
| 2314998 | 11/10/2011 | 583.70 |
| 2329293 | 12/21/2011 | 563.50 |
| 2338733 | 01/30/2012 | 16,826.92 |
| 2349842 | 02/29/2012 | 340,449.70 |
| 2360522 | 03/29/2012 | 436,839.63 |
| 2370653 | 04/30/2012 | 129,703.89 |

Total Outstanding Balance                    1,256,988.44

Total Balance Due                          $ 1,279,904.44

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/30/2012

Invoice: 2380796
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0527          2009 Audit

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/02/12 | A. Whiteway | 0.80 | Review latest correspondence from IRS regarding document summons (.6); correspondence from Foley regarding same (.2). |
| 04/04/12 | A. Whiteway | 0.30 | Correspondence with Foley regarding meeting with IRS. |
| 04/05/12 | A. Whiteway | 1.20 | Review IRS document request from Mr. Ricketts (.8); conference with client regarding IRS document production request from Mr. Ricketts (.4). |
| 04/06/12 | R. Greenhouse | 0.30 | Follow-up with B. Rubin regarding Ricketts summons. |
| 04/06/12 | B. Rubin | 0.90 | Correspondence with client and Foley regarding response to IRS (.9). |
| 04/06/12 | A. Whiteway | 0.20 | Correspondence with team regarding meeting with IRS. |
| 04/11/12 | A. Whiteway | 0.20 | Correspondence with Mr. Goldberg regarding audit issue. |
| 04/12/12 | A. Whiteway | 0.20 | Correspondence with team regarding IRS meeting. |
| 04/16/12 | B. Rubin | 0.40 | Correspondence with Foley regarding audit issues (.4). |
| 04/17/12 | R. Greenhouse | 1.00 | Preparation for IRS meeting on Ricketts summons. |
| 04/17/12 | A. Whiteway | 0.40 | Telephone conference with Mr. Goldberg regarding audit issue (.2); correspondence with client regarding same (.2). |
| 04/26/12 | A. Whiteway | 0.40 | Telephone conference with client regarding audit issue (.2); correspond with Foley regarding same (.2). |
| 04/27/12 | R. Greenhouse | 5.00 | Review transaction documents and financing documents. |
| 04/27/12 | A. Whiteway | 1.10 | Review files in preparation for meeting with IRS regarding audit (1.1). |
| 04/27/12 | M. Louks | 0.40 | Preparing production volume for copying and coordinating to have disks created in response to audit request (.4). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2380796
Invoice Date:  05/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/30/12 | A. Whiteway | 2.50 | Review materials on preparation for meeting with IRS (1.9); telephone conference with Mr. Goldberg (.4); correspondence with Foley (.2). |

| | **Total Hours** | **15.30** | **Total For Services** | **$13,574.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Greenhouse | 6.30 | 900.00 | 5,670.00 |
| M. Louks | 0.40 | 375.00 | 150.00 |
| B. Rubin | 1.30 | 995.00 | 1,293.50 |
| A. Whiteway | 7.30 | 885.00 | 6,460.50 |
| **Totals** | **15.30** | | **$13,574.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 03/27/12 | Transportation/Parking<br>Taxi expense to and from client offices (3/15/12). | 12.00 |
| 03/31/12 | Computer Hosting Fees<br>March monthly charge for data storage and hosting, Relativity Hosting, 311.0 GBs. | 9,330.00 |

| | **Total Costs and Other Charges** | **$9,342.00** |
|--|--|--|
| | **Total This Invoice** | **$22,916.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380797 |
| Invoice Date: | 05/30/2012 |

---

## Remittance Copy
### Billing for services rendered through 04/30/2012

---

0535 Block Shopper/Journatic

| | |
|---|---|
| Total Services | $ 27,131.00 |
| Total Costs and Other Charges Posted Through Billing Period | 1,153.03 |
| **Total This Invoice** | **$ 28,284.03** |

| Invoice | Date | |
|---|---|---|
| 2349844 | 02/29/2012 | 26,633.50 |
| 2360524 | 03/29/2012 | 84,646.00 |
| 2370655 | 04/30/2012 | 77,518.70 |

| | |
|---|---|
| Total Outstanding Balance | 188,798.20 |
| Total Balance Due | $ 217,082.23 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380797 |
| Invoice Date: | 05/30/2012 |

## Client Copy
### Billing for services rendered through 04/30/2012

0535 Block Shopper/Journatic

| | |
|---|---|
| Total Services | $ 27,131.00 |
| Total Costs and Other Charges Posted Through Billing Period | 1,153.03 |
| **Total This Invoice** | **$ 28,284.03** |

| Invoice | Date | |
|---|---|---|
| 2349844 | 02/29/2012 | 26,633.50 |
| 2360524 | 03/29/2012 | 84,646.00 |
| 2370655 | 04/30/2012 | 77,518.70 |

| | |
|---|---|
| Total Outstanding Balance | 188,798.20 |
| Total Balance Due | $ 217,082.23 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/30/2012

Invoice: 2380797
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0535          Block Shopper/Journatic

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/01/12 | C. Parker | 2.30 | Revise final documents for launch of tender offer (1.6); email correspondence with R. Harris re exclusivity extension and launch of tender offer (.4); email correspondence with Taft re final offering documents (.3). |
| 04/02/12 | J. Finkelstein | 1.40 | Review final draft offering documents (.8); review IRS lien release documentation (.4); correspondence with Taft regarding lien release (.2). |
| 04/02/12 | C. Parker | 2.10 | Various correspondence with team regarding launch of Tender Offer (.8); update closing checklist (.5); coordinate with team regarding launch of tender offer (.3); calls with Journatic members re tender offer materials (.5). |
| 04/03/12 | R. Harris | 1.00 | Attend to numerous transaction issues (.6); review transaction documents (.4). |
| 04/03/12 | C. Parker | 2.00 | Prepare for and attend conference call with Tribune regarding tender offer (1.2); update closing checklist (.3); various correspondence with Journatic members re completing tender materials (.5). |
| 04/04/12 | R. Harris | 0.50 | Prepare for and participate in status call with C. Kuhnhein, T. Zimmerman and C. Parker regarding transaction status. |
| 04/04/12 | C. Parker | 4.20 | Prepare for and participate in conference call with Taft (.5); prepare opinion points (.6); revise closing checklist (.4); various email correspondence with team regarding tender offer (.5); revise indemnification agreement (1.9); prepare tracking form for submitted tenders (.3). |
| 04/05/12 | C. Parker | 2.00 | Revise indemnification agreement (.7); email |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2380797
Invoice Date:  05/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | correspondence with R. Harris regarding same (.3); update tender offer tracker (.4); email correspondence with Taft regarding tender status and open items (.2); update closing checklist (.4). |
| 04/09/12 | A. Whiteway | 0.90 | Review of finalized transaction documents (.9). |
| 04/09/12 | C. Parker | 0.50 | Update tender tracker (.3); various correspondence with team regarding status of tender offer (.2). |
| 04/10/12 | R. Harris | 1.30 | Revisions to transaction documents (.7); confer with B. Fields regarding closing issues (.3); confer with C. Kuhnhein regarding closing issues (.3). |
| 04/10/12 | A. Whiteway | 0.20 | Correspondence with team regarding wire transfers. |
| 04/10/12 | J. Finkelstein | 1.30 | Correspondence with co-counsel regarding tender and closing documents (.2); review closing documents (1.1). |
| 04/10/12 | C. Parker | 7.00 | Review and revise transaction documents. |
| 04/11/12 | J. Mikulina | 0.60 | Review proposed changes to Tasker.ly Services Agreement and Software License (.3); follow up with C. Parker regarding same (.1); follow up discussion with C. Parker regarding proposed changes to same (.2). |
| 04/11/12 | R. Harris | 1.50 | Finalize closing documents (.7); confer with B. Fields and D. Kazan regarding transaction issues (.3); attend to transaction issues (.5). |
| 04/11/12 | J. Finkelstein | 0.50 | Correspondence with team regarding closing. |
| 04/11/12 | C. Parker | 7.40 | Prepare form of notice to members (1.0); office conference with R. Harris regarding same (.2); create signature page packet for Tribune and Journatic (3.1); various correspondence with team regarding completion of final documents (.6); revise closing documents (2.5). |
| 04/12/12 | J. Mikulina | 0.30 | Review and respond to inquiry from C. Parker regarding proposed changes to intellectual property provisions in employee agreement for Brennan (.2); follow up discussion with C. Parker regarding same (.1). |
| 04/12/12 | R. Harris | 1.30 | Finalize closing documents (.8); prepare for closing (.2); conference with B. Fields regarding open issues (.3). |
| 04/12/12 | C. Parker | 7.40 | Draft board consent re appointment of officers and delineation of officer powers and duties (1.9); prepare closing room (1.2); office conferences with A. Kladis and R. Harris regarding closing (.5); review board meeting transcript (.7); review disclosure schedules (1.1); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2380797
Invoice Date:  05/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | conference call with Taft regarding comments to schedules (.4); prepare execution documents (1.6). |
| 04/12/12 | A. Kladis | 1.80 | Draft notices to tendering members (.4); meeting with C. Parker regarding closing (.2); review Employee Agreements (1.2). |
| 04/13/12 | R. Harris | 0.70 | Prepare documents for closing (.5); confer with B. Fields regarding closing documents (.2). |
| 04/13/12 | A. Kladis | 3.50 | Closing:  Review and compile closing documents (2.5); address outstanding issues (.7); communicate with R. Harris and C. Parker regarding same (.3). |
| 04/16/12 | R. Harris | 0.30 | Attend to closing issues. |
| 04/16/12 | C. Parker | 4.00 | Conference call with B. Fields regarding closing status (.3); conference call with Taft regarding same (.3); review checklist and closing documents (1.5); office conference with R. Harris regarding same (.2); coordinate closing and exchange of remaining signature pages (.9); various correspondence with team related to closing and wire transfers (.8). |
| 04/17/12 | J. Finkelstein | 0.30 | Correspondence with team regarding closing documents. |
| 04/17/12 | C. Parker | 1.80 | Various correspondence with team related to closing and wire transfers (.3); compile final execution documents (1.1); conference call with Taft regarding post-closing items (.4). |
| 04/18/12 | R. Harris | 0.80 | Confer with D. Kazan and B. Fields regarding Board Consent outlining management of Company (.4); revisions to same (.4). |
| 04/18/12 | C. Parker | 1.00 | Revise consent of the Board of Managers re appointment of officers and delegation of duties. |
| 04/19/12 | C. Parker | 0.80 | Compile closing documents (.4); revise post-closing board consent (.4). |
| 04/25/12 | R. Harris | 0.50 | Draft Board Consent regarding officer rules and duties. |
| 04/25/12 | C. Parker | 0.40 | Prepare Form D materials. |
| 04/26/12 | C. Parker | 0.80 | Revise Form D materials. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2380797
Invoice Date:  05/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/27/12 | C. Parker | 1.40 | Review Tribune comments to closing board consent (.3); revise Form D materials and coordinate signature to Form ID (.8); conference call with B. Fields regarding the same (.3). |

**Total Hours**    **63.80**         **Total For Services**        **$27,131.00**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Finkelstein | 3.50 | 765.00 | 2,677.50 |
| R. Harris | 7.90 | 640.00 | 5,056.00 |
| A. Kladis | 5.30 | 265.00 | 1,404.50 |
| J. Mikulina | 0.90 | 620.00 | 558.00 |
| C. Parker | 45.10 | 365.00 | 16,461.50 |
| A. Whiteway | 1.10 | 885.00 | 973.50 |
| **Totals** | **63.80** | | **$27,131.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Document Services | 444.52 |
| Express Mail | 438.72 |
| Photocopy | 217.70 |
| Telecommunications | 52.09 |
| **Total Costs and Other Charges** | **$1,153.03** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2380797

05/30/2012

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0535  Block Shopper/Journatic | 63.80 | 27,131.00 | 1,153.03 | 0.00 | 28,284.03 |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380798 |
| Invoice Date: | 05/30/2012 |

## Remittance Copy
### Billing for services rendered through 04/30/2012

0536 Project Valencia

| | |
|---|---|
| Total Services | $ 1,932.00 |
| Total Costs and Other Charges Posted Through Billing Period | 78.49 |
| **Total This Invoice** | **$ 2,010.49** |

| Invoice | Date | |
|---|---|---|
| 2338735 | 01/30/2012 | 31,073.02 |
| 2349845 | 02/29/2012 | 18,229.50 |
| 2360525 | 03/29/2012 | 20,233.50 |
| 2372152 | 04/30/2012 | 56,246.71 |

| | |
|---|---|
| Total Outstanding Balance | 125,782.73 |
| Total Balance Due | $ 127,793.22 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380798 |
| Invoice Date: | 05/30/2012 |

## Client Copy
### Billing for services rendered through 04/30/2012

0536 Project Valencia

| | |
|---|---|
| Total Services | $ 1,932.00 |
| Total Costs and Other Charges Posted Through Billing Period | 78.49 |
| **Total This Invoice** | **$ 2,010.49** |

| Invoice | Date | |
|---|---|---|
| 2338735 | 01/30/2012 | 31,073.02 |
| 2349845 | 02/29/2012 | 18,229.50 |
| 2360525 | 03/29/2012 | 20,233.50 |
| 2372152 | 04/30/2012 | 56,246.71 |

| | |
|---|---|
| Total Outstanding Balance | 125,782.73 |
| Total Balance Due | $ 127,793.22 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/30/2012

Invoice: 2380798
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0536          Project Valencia

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/02/12 | B. Gruemmer | 1.80 | Multiple calls with Seller's counsel and D. Kazan on closing mechanics (.8); attending closing call (1.0). |
| 04/03/12 | B. Gruemmer | 0.50 | Reviewing Legacy press release and discussing with D. Kazan. |

| | **Total Hours** | **2.30** | **Total For Services** | **$1,932.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| B. Gruemmer | 2.30 | 840.00 | 1,932.00 |
| **Totals** | **2.30** | | **$1,932.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Express Mail | 60.27 |
| Messenger/Courier | 5.62 |
| Photocopy | 12.60 |
| **Total Costs and Other Charges** | **$78.49** |
| **Total This Invoice** | **$2,010.49** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380799 |
| Invoice Date: | 05/30/2012 |

## Remittance Copy
### Billing for services rendered through 04/30/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0537 Employee Benefits Committee/Noteholder Matter | $ 19,174.00 | |
| Total Services | | $ 19,174.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 19,174.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380799 |
| Invoice Date: | 05/30/2012 |

---

## Client Copy
### Billing for services rendered through 04/30/2012

---

Total by Matter
    0537 Employee Benefits Committee/Noteholder         $ 19,174.00
    Matter

Total Services                                   $ 19,174.00

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**                     **$ 19,174.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

05/30/2012

Invoice: 2380799
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0537        Employee Benefits Committee/Noteholder Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/04/12 | P. Compernolle | 1.50 | Review emails relating to insurance coverages in note holder litigation (.80); telephone conference with B. Gold regarding same (.70). |
| 04/10/12 | P. Compernolle | 4.40 | Review Vanguard defense agreement (1.0); email to M. Graham regarding same (.20); review Ropes & Gray defense agreement (.80); telephone conference with working group regarding liability insurance policies (.80); review wording of insurance policies for potential coverage (.80); prepare plan and trust documents for Ropes & Gray (.80). |
| 04/10/12 | M. Graham | 0.80 | Review and analyze joint defense agreement of Tribune and Benefit Plans (.4); conference with P. Compernolle regarding same (.4). |
| 04/10/12 | B. Johnson | 0.80 | Search and review SEC filings regarding plan documents and amendments related to Employee Stock Purchase Plan. |
| 04/11/12 | P. Compernolle | 4.10 | Review issues in defense of retirement plans in board holders lawsuit (.70); prepare for and attend conference with Ropes and Gray regarding same (2.30); review insurance issues (.60); review Vanguard defense agreement (.50). |
| 04/11/12 | M. Graham | 1.30 | Review materials regarding insurance analysis related to potential fiduciary breach claim under 401(k) plan and ESOP (.5); conferences with P. Compernolle regarding same (.3); analyze insurance coverage issues regarding coverage for claims against benefit plans (.5). |
| 04/12/12 | P. Compernolle | 1.00 | Telephone conference with B. Gold regarding Vanguard defense agreement (.20); review revised draft (.50); |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2380799
Invoice Date:    05/30/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | propose further revisions (.30). |
| 04/13/12 | P. Compernolle | 1.50 | Review revised Vanguard agreement (.20); emails to B. Gold and others regarding fiduciary issues (.50); review insurance issues (.80). |
| 04/13/12 | M. Graham | 0.50 | Review correspondence from L. Raines regarding insurance coverage issues (.3); conferences with P. Compernolle regarding same (.2). |
| 04/16/12 | P. Compernolle | 1.80 | Review insurance policies (1.30), email to B. Gold regarding coverage in note holder lawsuit (.50). |
| 04/16/12 | M. Graham | 2.80 | Conference with P. Compernolle regarding fiduciary insurance coverage issues (.4); review fiduciary insurance policies regarding same (.4); review correspondence from Reed Smith regarding insurance coverage issues (1.2); prepare draft correspondence regarding same (.8). |
| 04/17/12 | P. Compernolle | 1.30 | Continue review of fiduciary insurance policies in connection with note holder lawsuit. |
| 04/17/12 | M. Graham | 0.50 | Review fiduciary insurance policy definitional language (.3); conference with P. Compernolle regarding same (.2). |
| 04/18/12 | P. Compernolle | 1.50 | Review fiduciary insurance contracts in preparation of conference call with team (.60); telephone conference with Shugrue, Gold regarding coverage of defense costs (.90). |
| 04/18/12 | M. Graham | 0.50 | Conferences with P. Compernolle regarding fiduciary insurance issues (.3); analyze policy language regarding same (.2). |
| 04/25/12 | P. Compernolle | 0.80 | Review materials regarding insurance coverage for litigation and defense. |

|  | **Total Hours** | **25.10** | **Total For Services** | **$19,174.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 17.90 | 820.00 | 14,678.00 |
| M. Graham | 6.40 | 640.00 | 4,096.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2380799
Invoice Date:  05/30/2012

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| B. Johnson | 0.80 | 500.00 | 400.00 |
| **Totals** | **25.10** | | **$19,174.00** |
| | | **Total This Invoice** | **$19,174.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380801 |
| Invoice Date: | 05/30/2012 |

---

## Remittance Copy
### Billing for services rendered through 04/30/2012

---

Total by Matter
    0507 Newsday                                $ 6,259.10
    Client/Reference Number: 0000001849

Total Services                                              $ 4,945.00

Total Costs and Other Charges Posted Through Billing Period         1,314.10

**Total This Invoice**                                       **$ 6,259.10**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2380801 |
| Invoice Date: | 05/30/2012 |

## Client Copy
### Billing for services rendered through 04/30/2012

Total by Matter
    0507 Newsday                                         $ 6,259.10
    Client/Reference Number: 0000001849

Total Services                                       $ 4,945.00

Total Costs and Other Charges Posted Through Billing Period    1,314.10

**Total This Invoice**                       **$ 6,259.10**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/30/2012

Invoice: 2380801
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/18/12 | B. Rubin | 1.10 | Review and analyze financial statements and transaction documents regarding compliance with TMA (1.1). |
| 04/18/12 | J. Finkelstein | 0.50 | Review financial statements regarding compliance with TMA. |
| 04/25/12 | A. Whiteway | 2.10 | Review proposed change in terms and review file (2.1). |
| 04/25/12 | J. Finkelstein | 0.60 | Review and revise letter to Newsday regarding possible transaction. |
| 04/26/12 | A. Whiteway | 1.30 | Telephone conference with client regarding restructuring issues (.4); review and analysis of tax consequences of potential transaction (.9). |

| | **Total Hours** | **5.60** | **Total For Services** | **$4,945.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Finkelstein | 1.10 | 765.00 | 841.50 |
| B. Rubin | 1.10 | 995.00 | 1,094.50 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2380801
Invoice Date:  05/30/2012

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. Whiteway | 3.40 | 885.00 | 3,009.00 |
| **Totals** | **5.60** | | **$4,945.00** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 03/31/12 | Computer Hosting Fees<br>March monthly charge for data storage and hosting,<br>Relativity Hosting, 154.6 GBs. | 1,314.10 |

**Total Costs and Other Charges**    **$1,314.10**

**Total This Invoice**    **$6,259.10**