# EXHIBIT "A"

{698.001-W0021394.}

# EXHIBIT "A" – SUMMARY SHEET

May 1, 2012 through and including May 31, 2012

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $720.00 | 10.30 | $7,416.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $640.00 | 65.40 | $41,856.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $640.00 | 38.70 | $24,768.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $495.00 | 52.80 | $26,136.00 |
| Matthew B. McGuire | Partner; admitted PA 2001, DE 2003 | May, 2000 | $475.00 | 22.10 | $10,497.50 |
| Tyler O'Connell | Associate; admitted DE 2004 | May, 2004 | $420.00 | 30.40 | $12,768.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $420.00 | 128.00 | $53,760.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $325.00 | 45.40 | $14,755.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $350.00 | 78.80 | $27,580.00 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $325.00 | 20.90 | $6,792.50 |
| Alison Baker | Law Clerk | May, 2012 | $275.00 | 14.70 | $4,042.50 |
| Frances A. Panchak | Paralegal | N/A | $230.00 | 47.70 | $10,971.00 |
| Cathy A. Adams | Paralegal | N/A | $210.00 | 68.30 | $14,343.00 |
| Linda M. Rogers | Paralegal | N/A | $210.00 | 86.50 | $18,165.00 |
| Anthony C. Dellose | Paralegal | N/A | $200.00 | 14.50 | $2,900.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $130.00 | 11.30 | $1,469.00 |
| | | | Total | 735.8 | $278,219.50 |

**Blended Rate: $378.12**