# EXHIBIT "C"

{698.001-W0021394.}

```
                                                  June 27, 2012
                                        Account No:   698-001
                                        Statement No:    15224
```

Tribune Company, et al. bankruptcy

### Expenses

```
        Copying                                      666.20
        Overnight Delivery                           127.45
        Courier Fees                                 412.91
        Online research                              109.67
        Outside Duplication Services              10,086.65
        Document Retrieval                           419.60
        Court Reporter fees                          178.33
        Meals                                         71.00
        Litigation Support                         7,943.75
        Telephonic Court Appearance                  570.00
                                                  ---------
        Total Expenses Thru 05/31/2012           $20,585.56
```

{698.001-W0021477.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | | Ref # |
|--------|-----------|------|-----|------------------|---|------|--------|---|-------|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| | | | | | | | | | |
|--------|-----------|------|-----|------|------|------|--------|---|-------|
| 698.001 | 03/30/2012 | AGL | U | B100 | E228 | | 390.00 | Telephonic Court Appearance - Status conference (Amex); Courtcall IDs 4852239-2291 | 2513 |

Subtotal for Transaction Date 03/30/2012

           Billable      390.00

| | | | | | | | | | |
|--------|-----------|------|-----|------|------|------|--------|---|-------|
| 698.001 | 05/01/2012 | AGL | U | B100 | E102 | | 92.88 | Outside printing Digital Legal, LLC - Invoice 65491 | 2453 |
| 698.001 | 05/01/2012 | AGL | U | B100 | E101 | 0.100 | 5.00 | Copying | 2463 |

Subtotal for Transaction Date 05/01/2012

           Billable      97.88

| | | | | | | | | | |
|--------|-----------|------|-----|------|------|------|--------|---|-------|
| 698.001 | 05/02/2012 | AGL | U | B100 | E101 | 0.100 | 13.00 | Copying | 2464 |

Subtotal for Transaction Date 05/02/2012

           Billable      13.00

| | | | | | | | | | |
|--------|-----------|------|-----|------|------|------|--------|---|-------|
| 698.001 | 05/03/2012 | AGL | U | B100 | E101 | 0.100 | 0.60 | Copying | 2465 |

Subtotal for Transaction Date 05/03/2012

           Billable      0.60

| | | | | | | | | | |
|--------|-----------|------|-----|------|------|------|--------|---|-------|
| 698.001 | 05/04/2012 | AGL | U | B100 | E102 | | 77.17 | Outside printing Digital Legal, LLC - Invoice 65552 | 2454 |
| 698.001 | 05/04/2012 | AGL | U | B100 | E118 | | 1,800.00 | Litigation support vendors Placers, Inc. of Delaware Invoice #M2424 - Excel discovery/service project | 2458 |
| 698.001 | 05/04/2012 | AGL | U | B100 | E101 | 0.100 | 8.40 | Copying | 2466 |

Subtotal for Transaction Date 05/04/2012

           Billable      1,885.57

| | | | | | | | | | |
|--------|-----------|------|-----|------|------|------|--------|---|-------|
| 698.001 | 05/07/2012 | AGL | U | B100 | E102 | | 5,172.27 | Outside printing Digital Legal, LLC - Invoice 65617 | 2455 |
| 698.001 | 05/07/2012 | AGL | U | B100 | E102 | | 71.57 | Outside printing Digital Legal, LLC - Invoice 65621 | 2456 |
| 698.001 | 05/07/2012 | AGL | U | B100 | E101 | 0.100 | 66.50 | Copying | 2467 |

Subtotal for Transaction Date 05/07/2012

           Billable      5,310.34

| | | | | | | | | | |
|--------|-----------|------|-----|------|------|------|--------|---|-------|
| 698.001 | 05/08/2012 | AGL | U | B100 | E101 | 0.100 | 6.20 | Copying | 2468 |
| 698.001 | 05/08/2012 | AGL | U | B100 | E107 | | 15.00 | Courier Fees Digital Legal, LLC - Invoice 65748 | 2477 |
| 698.001 | 05/08/2012 | AGL | U | B100 | E111 | | 71.00 | Meals: Lunch for Zuckerman (1), LRC (4) - Digital Legal, LLC Invoice 65748 (Terra Cafe) | 2478 |

Subtotal for Transaction Date 05/08/2012

           Billable      92.20

| | | | | | | | | | |
|--------|-----------|------|-----|------|------|------|--------|---|-------|
| 698.001 | 05/09/2012 | AGL | U | B100 | E101 | 0.100 | 4.10 | Copying | 2469 |

Subtotal for Transaction Date 05/09/2012

           Billable      4.10

| | | | | | | | | | |
|--------|-----------|------|-----|------|------|------|--------|---|-------|
| 698.001 | 05/10/2012 | AGL | U | B100 | E101 | 0.100 | 4.40 | Copying | 2470 |

Subtotal for Transaction Date 05/10/2012

           Billable      4.40

| | | | | | | | | | |
|--------|-----------|------|-----|------|------|------|--------|---|-------|
| 698.001 | 05/11/2012 | AGL | U | B100 | E101 | 0.100 | 14.40 | Copying | 247 |
| 698.001 | 05/11/2012 | AGL | U | B100 | E107 | | 126.41 | Courier Fees Digital Legal, LLC - Invoice 65748 | 247 |
| 698.001 | 05/11/2012 | AGL | U | B100 | E118 | | 1,862.50 | Litigation support vendors Placers, Inc. of Delaware - Excel discovery/service project | 248 |
| 698.001 | 05/11/2012 | AGL | U | B100 | E107 | | 40.50 | Courier Service (SDNY) - US Document Retrieval Service Invoice 140138 | 249 |
| 698.001 | 05/11/2012 | AGL | U | B100 | E221 | | 19.32 | Overnight Delivery FedEx - Invoice 7-910-34477 | 251 |

Subtotal for Transaction Date 05/11/2012

           Billable      2,063.13

| | | | | | | | | | |
|--------|-----------|------|-----|------|------|------|--------|---|-------|
| 698.001 | 05/14/2012 | AGL | U | B100 | E101 | 0.100 | 9.60 | Copying | 247 |
| 698.001 | 05/14/2012 | AGL | U | B100 | E101 | 0.100 | 1.70 | Copying | 247 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|--------|---|------|

**Client ID 698.001 Official Committee of Unsecured Creditors**

Subtotal for Transaction Date 05/14/2012

| | | | | | Billable | 11.30 | | |

| 698.001 | 05/15/2012 | AGL | U | B100 | E101 | 0.100 | 0.80 | Copying | 2483 |

Subtotal for Transaction Date 05/15/2012

| | | | | | Billable | 0.80 | | |

| 698.001 | 05/16/2012 | AGL | U | B100 | E101 | 0.100 | 113.70 | Copying | 2484 |
| 698.001 | 05/16/2012 | AGL | U | B100 | E102 | | 998.13 | Outside printing Digital Legal, LLC - Invoice 65850 | 2497 |

Subtotal for Transaction Date 05/16/2012

| | | | | | Billable | 1,111.83 | | |

| 698.001 | 05/17/2012 | AGL | U | B100 | E101 | 0.100 | 142.80 | Copying | 2485 |
| 698.001 | 05/17/2012 | AGL | U | B100 | E221 | | 108.13 | Overnight Delivery FedEx - Invoice 7-910-34477 | 2518 |

Subtotal for Transaction Date 05/17/2012

| | | | | | Billable | 250.93 | | |

| 698.001 | 05/18/2012 | AGL | U | B100 | E101 | 0.100 | 8.90 | Copying | 2486 |
| 698.001 | 05/18/2012 | AGL | U | B100 | E102 | | 54.04 | Outside printing Digital Legal, LLC - Invoice 65886 | 2498 |
| 698.001 | 05/18/2012 | AGL | U | B100 | E118 | | 2,262.50 | Litigation support vendors Placers, Inc. of Delaware Invoice #M2434 - Excel discovery/service project | 2504 |

Subtotal for Transaction Date 05/18/2012

| | | | | | Billable | 2,325.44 | | |

| 698.001 | 05/21/2012 | AGL | U | B100 | E101 | 0.100 | 40.70 | Copying | 2487 |

Subtotal for Transaction Date 05/21/2012

| | | | | | Billable | 40.70 | | |

| 698.001 | 05/22/2012 | AGL | U | B100 | E101 | 0.100 | 8.20 | Copying | 2488 |

Subtotal for Transaction Date 05/22/2012

| | | | | | Billable | 8.20 | | |

| 698.001 | 05/23/2012 | AGL | U | B100 | E101 | 0.100 | 36.80 | Copying | 2489 |
| 698.001 | 05/23/2012 | AGL | U | B100 | E102 | | 42.10 | Outside printing Digital Legal, LLC - Invoice 65976 | 2499 |

Subtotal for Transaction Date 05/23/2012

| | | | | | Billable | 78.90 | | |

| 698.001 | 05/24/2012 | AGL | U | B100 | E101 | 0.100 | 48.80 | Copying | 2490 |

Subtotal for Transaction Date 05/24/2012

| | | | | | Billable | 48.80 | | |

| 698.001 | 05/25/2012 | AGL | U | B100 | E101 | 0.100 | 33.10 | Copying | 2491 |
| 698.001 | 05/25/2012 | AGL | U | B100 | E102 | | 152.82 | Outside printing Digital Legal, LLC - Invoice 66023 | 2500 |
| 698.001 | 05/25/2012 | AGL | U | B100 | E102 | | 1,941.60 | Outside printing Digital Legal, LLC - Invoice 66099 | 2501 |
| 698.001 | 05/25/2012 | AGL | U | B100 | E118 | | 2,018.75 | Litigation support vendors Placers, Inc. of Delaware Invoice #M2438 - Excel discovery/service project | 2507 |

Subtotal for Transaction Date 05/25/2012

| | | | | | Billable | 4,146.27 | | |

| 698.001 | 05/29/2012 | AGL | U | B100 | E101 | 0.100 | 2.00 | Copying | 2493 |
| 698.001 | 05/29/2012 | AGL | U | B100 | E101 | 0.100 | 47.80 | Copying | 2494 |
| 698.001 | 05/29/2012 | AGL | U | B100 | E102 | | 97.27 | Outside printing Digital Legal, LLC - Invoice 66100 | 2502 |
| 698.001 | 05/29/2012 | AGL | U | B100 | E217 | | 178.33 | Court Reporter fee Diaz Data Services - Invoice 9171 | 2503 |
| 698.001 | 05/29/2012 | AGL | U | B100 | E228 | | 180.00 | Telephonic Court Appearance American Express - Courtcall IDs 4961321, 4961276, 4963708, 4963720, 4961304, 4963712 | 2514 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | | Ref # |
|--------|-----------|------|-----|------------------|---|------|--------|---|-------|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | | |
| Subtotal for Transaction Date 05/29/2012 | | | | | | Billable | 505.40 | | |
| 698.001 | 05/30/2012 | AGL | U | B100 | E101 | 0.100 | 17.50 | Copying | 2495 |
| 698.001 | 05/30/2012 | AGL | U | B100 | E102 | | 124.72 | Outside printing Digital Legal, LLC - Invoice 66128 | 2520 |
| Subtotal for Transaction Date 05/30/2012 | | | | | | Billable | 142.22 | | |
| 698.001 | 05/31/2012 | AGL | U | B100 | E101 | 0.100 | 31.20 | Copying | 2496 |
| 698.001 | 05/31/2012 | AGL | U | B100 | E107 | | 231.00 | Delivery services/messengers Parcels, Inc. - Invoice 386146 | 2505 |
| 698.001 | 05/31/2012 | AGL | U | B100 | E102 | | 1,200.69 | Outside printing Parcels, Inc. - Invoice 386319 | 2506 |
| 698.001 | 05/31/2012 | AGL | U | B100 | E106 | | 109.67 | Online research LexisNexis Invoice 1205140501 | 2509 |
| 698.001 | 05/31/2012 | AGL | U | B100 | E208 | | 419.60 | PACER Document Retrieval | 2517 |
| 698.001 | 05/31/2012 | AGL | U | B100 | E102 | | 61.39 | Outside printing Digital Legal, LLC - Invoice 66152 | 2521 |
| Subtotal for Transaction Date 05/31/2012 | | | | | | Billable | 2,053.55 | | |
| **Total for Client ID 698.001** | | | | | | **Billable** | **20,585.56** | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| | | | | | | **GRAND TOTALS** | | | |
| | | | | | | Billable | 20,585.56 | | |