# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
|  | : |  |
|  | : | Jointly Administered |
| Debtors. | : | **Objection Date: June 5, 2012 at 4:00 p.m.** |
|  | : | **Hearing Date:** *Only if Objections are filed* |

## NOTICE OF FEE APPLICATION

David M. Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(U.S. Trustee)

Stuart M. Brown, Esquire
R. Craig Martin, Esquire
DLA Piper LLP (US)
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Kenneth P. Kansa, Esquire
Jillian K. Ludwig, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JPMorgan Chase
Bank, N.A.)

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JPMorgan
Chase Bank, N.A.)

John F. Theil, Esquire
Stuart Maue
3840 McKelvey Rd.
St. Louis, MO 63044
(Fee Auditor)

PLEASE TAKE NOTICE that, on May 16, 2012, the **Combined Twenty-Third through Thirty-First Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey, Tax and Accounting Services for the Debtors and Debtors in Possession for the Period from June 1, 2011 through February 29, 2012** (the "Application"), which seeks approval of a fee application for professional services rendered to the Debtors in the amount of $42,667.50, and reimbursement of expenses in the amount of $700.00, was filed with the Court.

You are required to file a response, if any, to the Application on or before **June 5, 2012 at 4:00 p.m.** (Eastern Time).

46429/0001-6048006v14

At the same time, you must also serve a copy of the response upon Applicant and Debtors' counsel so that it is received by **4:00 p.m. on June 5, 2012**:

| | | |
|---|---|---|
| Norman L. Pernick, Esquire | Kenneth P. Kansa, Esquire | Matthew Howley |
| J. Kate Stickles, Esquire | Jillian K. Ludwig, Esquire | **ERNST & YOUNG LLP** |
| **COLE, SCHOTZ, MEISEL,** | **SIDLEY AUSTIN LLP** | P.O. Box 96550 |
| **FORMAN & LEONARD, P.A.** | One South Dearborn Street | Chicago, IL  60611-9350 |
| 500 Delaware Avenue, Suite 1410 | Chicago, IL  60603 | |
| Wilmington, DE  19801 | kkansa@sidley.com | |
| npernick@coleschotz.com | | |

A HEARING ON THE APPLICATION WILL BE HELD, ONLY IF AN OBJECTION IS TIMELY FILED, OR THE COURT DIRECTS OTHERWISE, AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 16, 2012

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

2

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08-13141 (KJC) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | Hearing To Be Scheduled Only If Objections |
|  | ) | Are Timely Filed |
|  | ) | Objection Deadline: June 5, 2012 at 4:00 p.m. |

**COMBINED TWENTY-THIRD THROUGH THIRTY-FIRST MONTHLY APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH VALUATION AND BUSINESS MODELING, MARKETING SURVEY, TAX AND ACCOUNTING SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 1, 2011 THROUGH FEBRUARY 29, 2012**

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | July 21, 2009 (*nunc pro tunc* to May 31, 2009) |
| Period for which Compensation and Reimbursement is sought: | June 1, 2011 through February 29, 2012 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $42,667.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $700.00 |

This is a(n): __X__ monthly _____ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle

Prior Applications Filed:

| Docket No.<br>Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No.: 2318<br>Filed: 10/9/2009<br>(Combined First, Second and Third Monthly Application) | 5/31/2009 – 8/31/2009 | $555,000.00 | $6,438.77 | $444,000.00 | $6,438.77 |
| Docket No.: 2359<br>Filed: 10/15/2009<br>(First Quarterly Application) | 5/31/2009 – 8/31/2009 | $555,000.00 | $6,438.77 | $555,000.00 | $5,910.12 |
| Docket No.: 2459<br>Filed: 10/29/2009<br>(Fourth Monthly Application) | 9/1/2009 – 9/30/2009 | $30,260.00 | $100.00 | $24,208.00 | $100.00 |
| Docket No.: 3047<br>Filed: 1/8/2010<br>(Fifth Monthly Application) | 10/1/2009 – 10/31/2009 | $17,600.00 | $0.00 | $14,080.00 | $0.00 |

Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384);WCCT, Inc., f/k/a WTXX Inc. (1268) WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).   The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No.: 3728 Filed: 3/15/2010 (Sixth Monthly Application) | 11/1/2009 – 11/30/2009 | $10,425.00 | $0.00 | $8,340.00 | $0.00 |
| Docket No.: 4912 Filed: 6/30/2010 (Second Quarterly Application) | 9/1/2009 – 11/30/2009 | $58,285.00 | $100.00 | $58,285.00 | $100.00 |
| Docket No. 6045 Filed: 10/20/2010 (Combined Seventh, Eighth and Ninth Monthly Application) | 12/1/2009 – 2/28/2010 | $24,500.00 | $0.00 | $19,600.00 | $0.00 |
| Docket No. 6047 Filed: 10/20/2010 (Third Quarterly Application) | 12/1/2009 – 2/28/2010 | $24,500.00 | $0.00 | $22,400.00 | $0.00 |
| Docket No. 6046 Filed: 10/20/2010 (Combined Tenth, Eleventh and Twelfth Monthly Application ) | 3/1/2010 – 5/31/2010 | $77,522.50 | $0.00 | $62,018.00 | $0.00 |
| Docket No. 6048 Filed 10/20/2010 (Fourth Quarterly Application) | 3/1/2010 – 5/31/2010 | $77,522.50 | $0.00 | $67,822.50 | $0.00 |
| Docket No. 7318 Filed: 12/27/2010 (Combined Thirteenth and Fourteenth Monthly Application) | 6/1/2010 – 7/31/2010 | $684,250.00 | $45,304.59 | $547,400.00 | $45,304.59 |
| Docket No. 7371 Filed: 1/4/2011 (Fifteenth Monthly Application) | 8/1/2010 – 8/31/2010 | $219,135.00 | $5,092.53 | $175,308.00 | $5,029.53 |

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No. 7431 Filed: 1/7/2011 (Fifth Quarterly Application) | 6/1/2010 – 8/31/2010 | $903,385.00 | $50,372.40[2] | $880,325.00 | $50,372.40 |
| Docket No. 7897 Filed: 2/10/2011 (Combined Sixteenth, Seventeenth and Eighteenth) | 9/1/2010 – 11/30/2010 | $450,695.00 | $2,164.33 | $360,556.00 | $2,164.33 |
| Docket No. 7944 Filed: 2/14/2011 (Sixth Quarterly Application) | 9/1/2010 – 11/30/2010 | $450,695.00 | $2,164.33 | Pending | Pending |
| Docket No. 8436 Filed: 3/18/2011 (Nineteenth Monthly) | 12/1/2010 – 12/31/2010 | $87,225.00 | $0.00 | $69,780.00 | $0.00 |
| Docket No. 8475 Filed: 3/22/2011 (Twentieth Monthly) | 1/1/2011 – 1/31/2011 | $76,262.50 | $10.00 | $61,010.00 | $10.00 |
| Docket No. 8803 Filed: 4/29/2011 (Twenty-First Monthly) | 2/1/2011 – 2/28/2011 | $31,292.50 | $0.00 | $25,034.00 | $0.00 |
| Docket No. 8813 Filed: 5/2/2011 (Seventh Quarterly Application) | 12/1/2010 – 2/23/2011 | $194,780.00 | $10.00 | Pending | Pending |
| Docket No. 9770 Filed: 9/12/2011 (Twenty-Second Monthly) | 3/1/2011 – 5/31/2011 | $87,107.50 | $3,245.58 | $69,686.00 | $3,245.58 |

---

[2] As explained more fully in the Fifth Quarterly Application, this amount reflects a credit of $24.72 in expenses to correct a clerical error made in the Fifteenth Monthly Application.

| Docket No.<br>Date Filed | Period<br>Covered | Requested<br>Fees | Requested<br>Expenses | Approved<br>Fees | Approved<br>Expenses |
|---|---|---|---|---|---|
| Docket No. 9834<br>Filed: 9/27/2011<br>(Eighth Quarterly<br>Application) | 3/1/2011 –<br>5/31/2011 | $87,107.50 | $3,245.58 | Pending | Pending |

## COMPENSATION BY PROFESSIONAL

| Name of Professional<br>Person | Position of Applicant | Hourly<br>Billing Rate<br>(including<br>charges)[3] | Total<br>Billed<br>Hours | Total<br>Compensation |
|---|---|---|---|---|
| Burns, John E. | Partner/Principal – Grade 1 | $525.00 | 1.00 | $525.00 |
| Cornish, Matthew J. | Staff/Assistant – Grade 4 | $175.00 | 18.00 | $3,150.00 |
| Klapow, Amanda | Staff/Assistant – Grade 3 | $175.00 | 26.50 | $4,637.50 |
| Moody, Todd | Partner/Principal-Grade 1 | $525.00 | 2.00 | $1,050.00 |
| Putnam, Joshua Eric | Senior Manager – Grade 2 | $475.00 | 37.80 | $17,955.00 |
| Rodriguez, Nancy Walton | Staff/Assistant – Grade 1 | $175.00 | 31.30 | $5,477.50 |
| Wojcickyj, Stefan | Executive Director – Grade 2 | $525.00 | 2.90 | $1,522.50 |
| McGee, Ginny | External Contractor | n/a | 148.00 | $8,350.00 |
| **Total** | | | **267.50** | **$42,667.50** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total<br>Hours | Total Fees |
|---|---|---|
| VAL: FCC License | 47.70 | $14,952.50 |
| Cooking Channel Hypo PPA | 35.30 | $11,417.50 |
| Market Value Surveys | 148.00 | $8,350.00 |
| Fee/Employment Applications | 36.50 | $7,947.50 |
| **Total** | **267.50** | **$42,667.50** |

## EXPENSE SUMMARY

| Expense Category | Total<br>Expenses |
|---|---|
| Computerized Research | $700.00 |
| **TOTAL** | **$700.00** |

---

[3] Hourly Rates and Total Compensation marked by "n/a" are for work by individuals under fixed fee engagements during the Compensation Period covered by this Application. Fees for such fixed fee engagements are not calculated based upon the number of hours worked times the hourly billing rates for such professionals. Thus, only hours billed by such professionals are reflected herein for services under such fixed fee engagements.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Hearing To Be Scheduled Only If |
| | ) Objections are Timely Filed |
| | ) Objection Deadline: _____ |

**COMBINED TWENTY-THIRD THROUGH THIRTY-FIRST MONTHLY
APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED IN CONNECTION WITH VALUATION AND BUSINESS
MODELING, MARKETING SURVEY, TAX AND ACCOUNTING
SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FROM JUNE 1, 2011 THROUGH FEBRUARY 29, 2012**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384);WCCT, Inc., f/k/a WTXX Inc. (1268) WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331, dated January 15, 2009 (the "Administrative Order," Docket No. 225), Ernst & Young LLP ("E&Y LLP") hereby files this Combined Twenty-Third Monthly through Thirty-First Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax and Accounting Services for the Debtors and Debtors in Possession for the Period from June 1, 2011 through February 29, 2012 (the "Application"). By this Application E&Y LLP seeks a monthly allowance pursuant to the Administrative Order with respect to the sum of $42,667.50[2] in compensation and $700.00 for reimbursement of actual and necessary expenses for a total of $43,367.50 for the period from June 1, 2011 through February 29, 2012 (the "Compensation Period"). In support of this Application, E&Y LLP respectfully represents as follows:

### Background

1.     On December 8, 2008 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed their voluntary petitions for relief under chapter 11 of Bankruptcy Code.

2.     The Debtors' retention of E&Y LLP was approved effective as of May 31, 2009 pursuant to this Court's related Order dated July 21, 2009 (the "Original Retention

---

[2] In accordance with the procedures approved by the Court pursuant to the Administrative Order, upon the filing of a certificate of no objection with the Court, the Debtors are authorized to pay E&Y LLP an amount equal to the lesser of (i) 80 percent of fees ($34,134.00) and 100 percent of expenses ($700.00) requested in the Application and (ii) 80 percent of fees and 100 percent of expenses not subject to an objection.

Order," Docket No. 1783).  On February 22, 2010, the Debtors filed the Supplemental

Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to

Include Continued Performance of Valuation Services Relating to FCC Licenses Pursuant to

11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to January 15, 2010 (the "Supplemental

Retention," Docket No. 3516).  The Supplemental Retention was approved pursuant to this

Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include

Continued Performance of Valuation Services Relating to FCC Licenses Pursuant to

11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to January 15, 2010 (the "Supplemental

Retention Order," Docket No. 3804).  On May 24, 2010, the Debtors filed the Second

Supplemental Application for an Order Modifying the Scope of the Retention of Ernst &

Young LLP to Include Certain Valuation Services in Connection with the Application of

Fresh Start Accounting Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to April

19, 2010 (the "Second Supplemental Retention," Docket No. 4594).    The Second

Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of

the Retention of Ernst & Young LLP to Include Certain Valuation Services in Connection

with the Application of Fresh Start Accounting Pursuant to 11 U.S.C. §§ 327(a) and 1107

Nunc Pro Tunc to April 19, 2010 (the "Second Supplemental Retention Order," Docket No.

4779). On March 4, 2011, the Debtors filed the Third Supplemental Application for an Order

Modifying the Scope of the Retention of Ernst & Young LLP to Include Advisory Services

Relating to Sales and Use Tax and Personal Property Tax Pursuant to 11 U.S.C. §§ 327(a)

and 1107 Nunc Pro Tunc to February 17, 2011 (the "Third Supplemental Retention," Docket

No. 8277).  The Third Supplemental Retention was approved pursuant to this Court's Order

Modifying the Scope of the Retention of Ernst & Young LLP to Include Advisory Services

Relating to Sales and Use Tax and Personal Property Tax Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to February 17, 2011 (the "Third Supplemental Retention Order," Docket No. 8459).  On June 2, 2011, the Debtors filed the Application for an Order Authorizing (I) Ernst & Young LLP to Perform Services as the Accounting Firm under August 2009 Formation Agreement Concerning Formation of Chicago Baseball Holdings, LLC and (II) Tribune Company to Enter into Engagement Letter, Statement of Work, Side Letter and Related Documentation and Perform Obligations in Connection Therewith (the "Fourth Supplemental Retention," Docket No. 9041).  The Fourth Supplemental Retention was approved pursuant to this Court's Order Authorizing Engagement of Ernst & Young LLP in Connection with August 2009 Formation Agreement Concerning Formation of Chicago Baseball Holdings, LLC (the "Fourth Supplemental Retention Order," Docket No. 9348).  On November 4, 2011, the Debtors filed the Fourth Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Valuation of Certain Cooking Channel Assets Pursuant to U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to June 13, 2011 (the "Fifth Supplemental Retention," Docket No. 10163).  The Fifth Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include the Valuation of Certain Cooking Channel Assets Pursuant to 11 U.S.C. §§ 327(a) Nunc Pro Tunc to June 13, 2011 (the "Fifth Supplemental Retention Order," Docket No. 10260).  On December 23, 2011, the Debtors filed the Fifth Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include a Utility Study for Sales and Use Tax Purposes Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to December 1, 2011 (the "Sixth Supplemental Retention," Docket No. 10507).  The Sixth Supplemental Retention was approved pursuant

to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to include a Utility Study for Sales and Use Tax Purposes Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to December 1, 2011 (the "Sixth Supplemental Retention Order," Docket No. 10559, and together with the Original Retention Order, the Supplemental Retention Order, the Second Supplemental Retention Order, the Third Supplemental Retention Order, the Fourth Supplemental Retention Order, and the Fifth Supplemental Retention Order the "Retention Orders").  The Retention Orders authorized E&Y LLP to be compensated for services rendered, and to be reimbursed for actual and necessary out-of-pocket expenses.

### Compensation Paid and its Source

3.    All services for which compensation is requested by E&Y LLP were performed for or on behalf of the Debtors.

4.    During the Compensation Period covered by this Application E&Y LLP has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with matters covered by this Application.  There is no agreement or understanding for the sharing of compensation to be received for services rendered in these cases.

### Summary of Services Rendered

5.    The partners and staff of E&Y LLP who have rendered professional services to the Debtors during the Compensation Period are listed in **Exhibit A**.

**Fee Statement**

6.      The invoices for the Compensation Period are attached hereto as **Exhibit B**. These invoices are supported by daily time logs describing the time spent by each partner and staff during this period.  To the best of E&Y LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Administrative Order.

7.      The fees charged in this matter are comparable to the rates that E&Y LLP generally charges similar clients for similar services to those rendered during the Compensation Period.  In addition, E&Y LLP believes that such charges are ordinary and customary and comparable to amounts which E&Y LLP and other public accounting firms would normally invoice their clients.

8.      A summary of actual and necessary expenses incurred by E&Y LLP during the Compensation Period is attached hereto as **Exhibit C**.

**Valuation of Services**

9.      Partners and staff of E&Y LLP have expended a total of 267.50 hours in connection with the work performed during the Compensation Period, as indicated in Exhibit A.  The nature of the work performed by these persons is fully set forth in **Exhibit D** attached hereto.  The reasonable value of the services rendered by E&Y LLP to the Debtors during the Compensation Period is at least $42,667.50.

10.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by E&Y LLP is fair and

reasonable given (a) the complexity of these Debtors business' and the matters being addressed by E&Y LLP, (b) the time expended, (c) the nature and extent of the services rendered, (c) the value of such services and (d) the costs of comparable services other than in a case under this title. Moreover, E&Y LLP reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

WHEREFORE, E&Y LLP respectfully requests that (i) an allowance be made to E&Y LLP in the sum of $42,667.50 as compensation for necessary professional services, (iii) an allowance be made to E&Y LLP in the sum of $700.00 for expenses incurred during the Compensation Period, and (ii) the Court grant such other and further relief as it deems just and proper.

Dated: _5·9_____, 2012

_____
Mark Arshonsky
Partner
Ernst & Young LLP

Sworn to and subscribed before me this _9_ day of _May_, 2012.

_____
Notary Public                        My Commission Expires:

_4-30-14_____

```
Official Seal
Linda M Darling
Notary Public State of Illinois
My Commission Expires 04/30/2014
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08-13141 (KJC) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## <u>VERIFICATION</u>

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS: |
| COOK COUNTY | ) |

    Mark Arshonsky, after being duly sworn according to law, deposes and says:

    1.   I am a partner of the applicant firm, Ernst & Young LLP, advisors to Tribune

Company and its above-captioned debtor affiliates (collectively, the "Debtors").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct MailAssociates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Tribune Media Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball CLube LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.    I have read the foregoing Application of Ernst & Young LLP for allowance of compensation and reimbursement of expenses and know the contents thereof, and the same are correct to the best of my knowledge, information and belief.

3.    I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief this Application complies with Local Rule 2016-2.

Dated: _5-9_____, 2012

_Mark Arshonsky_____
Mark Arshonsky
Partner
Ernst & Young LLP

Sworn to and subscribed before me this 9 day of May, 2012.

_Linda M Darling_____
Notary Public                My Commission Expires: _4-30-14_____

```
Official Seal
Linda M Darling
Notary Public State of Illinois
My Commission Expires 04/30/2014
```

# **EXHIBIT A**

**Exhibit A**
**Summary of Fees by Individual Professional**

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Baird,Jeff | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Bolt, Rick J | Executive Director-Grade 1 | 500 | 0.0 | 0.00 |
| Botts,Guy S. | Senior Manager-Grade 4 | 475 | 0.0 | 0.00 |
| Burns, John E | Partner/Principal-Grade 1 | 525 | 1.0 | 525.00 |
| Cornish, Matthew J. | Staff/Assistant-Grade 4 | 175 | 18.0 | 3,150.00 |
| Harig,James Michael | Staff/Assistant-Grade 3 | 175 | 0.0 | 0.00 |
| Hotopp, Shiann Jean | Manager-Grade 3 | 375 | 0.0 | 0.00 |
| Howley,Matthew C | Partner/Principal-Grade 1 | 525 | 0.0 | 0.00 |
| Huennekens,Scott J. | Staff/Assistant-Grade 3 | 175 | 0.0 | 0.00 |
| Ingles,Beatrice | Senior Associate | 175 | 0.0 | 0.00 |
| Jones,Matthew C. | Senior Manager-Grade 1 | 475 | 0.0 | 0.00 |
| Jozaitis, William D. | Senior Manager-Grade 4 | 475 | 0.0 | 0.00 |
| Kearns,Michael Ryan | Senior-Grade 2 | 275 | 0.0 | 0.00 |
| Kearns,Michael Ryan | Manager-Grade 1 | 375 | 0.0 | 0.00 |
| Klapow, Amanda | Staff/Assistant-Grade 3 | 175 | 26.5 | 4,637.50 |
| Knightly,James Charles | Senior-Grade 2 | 275 | 0.0 | 0.00 |
| Kwan, Michelle | Staff/Assistant-Grade 3 | 175 | 0.0 | 0.00 |
| Long,Charles A | Executive Director-Grade 1 | 525 | 0.0 | 0.00 |
| Luc,Piotr | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Mason,Jon S | Executive Director-Grade 2 | 525 | 0.0 | 0.00 |
| Moody, Todd | Partner/Principal-Grade 1 | 525 | 2.0 | 1,050.00 |
| Mulcahy,Sean D. | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Putnam,Joshua Eric | Senior Manager-Grade 2 | 475 | 37.8 | 17,955.00 |
| Rodriguez,Nancy Walton | Staff/Assistant-Grade 1 | 175 | 31.3 | 5,477.50 |
| Steffes, Kelly A | Staff/Assistant-Grade 3 | 175 | 0.0 | 0.00 |
| Tong,Yuet Fung | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Venisnik,Bradley J. | Senior Manager-Grade 4 | 475 | 0.0 | 0.00 |
| Vescovi,Anthony Adam | Senior-Grade 2 | 275 | 0.0 | 0.00 |
| Wojcickyj,Stefan | Executive Director-Grade 2 | 525 | 2.9 | 1,522.50 |
| McGee, Ginny | External Contractor | n/a | 148.0 | 8,350.00 |
| | **Grand Totals** | | **267.5** | **42,667.50** |
| | *Blended Rate* | | | *159.50* |

267.5

42,667.50  Total Fees
(8,533.50) Less 20% Holdback

34,134.00  Current Fee Invoice

# EXHIBIT B

200 Plaza Drive
Secaucus, NJ 07094

# ≡ ERNST & YOUNG

**INVOICE NUMBER: US0130606100**

**April 10, 2012**

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

**PLEASE REMIT TO:**

Ernst & Young LLP
PNC Bank c/o Ernst & Young US LLP
3712 Solutions Center
Chicago, IL 60677-3007

**EIN: 34-6565596**

**BU: US002    CLIENT NUMBER: 60025315**

**PROJECT NUMBER: 15169346, 15997186**

Progress billing for valuation services rendered pursuant to the Statement of Work dated May 11, 2010:

June, 2011 - February, 2012

| | |
|---|---|
| VAL: FCC License | $ 14,952.50 |
| Cooking Channel Hypo PPA | $ 11,417.50 |
| Fee/Employment Applications | $ 7,947.50 |
| Fees Due | $ 34,317.50 |
| Expenses | $ 700.00 |
| Total Due | $ 35,017.50 |
| 20% Holdback of the fees requested | $ (6,863.50) |
| Net Fees & Expenses | $ 28,154.00 |

*Total Due* **$35,017.50**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞIΙ ERNST & YOUNG**

**INVOICE NUMBER: US0130606100**

**April 10, 2012**

Tribune Company
Attn: Mr. Brian Litman
Vice President & Controller
435 North Michigan Ave.
Chicago, IL 60611

**PLEASE REMIT TO:**

Ernst & Young LLP
PNC Bank c/o Ernst & Young US LLP
3712 Solutions Center
Chicago, IL 60677-3007

**EIN: 34-6565596**

BU: **US002**    CLIENT NUMBER: **60025315**

|  |  |
|---|---|
| *Total Due* | **$35,017.50** |

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

200 Plaza Drive
Secaucus, NJ  07094

# ᴇᴜ *ERNST & YOUNG*

**INVOICE NUMBER: US0130465423**

**July 20, 2011**

KTLA-TV
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

**PLEASE REMIT TO:**

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60811877**

For professional services rendered in connection with the second quarter 2011 Los Angeles TVT market survey.

| | |
|---|---|
| *Total Due* | **$1,875** |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ELI ERNST & YOUNG**

**INVOICE NUMBER: US0130465423**

**July 20, 2011**

KTLA-TV
Mr. Michael E. Weiner
5800 Sunset Blvd.
P.O. Box 500
Los Angeles, CA 90028

**PLEASE REMIT TO:**
Ernst & Young LLP
Pittsbg Ntnl Bnk – Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60811877**

*Total Due*                                        $1,875

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

200 Plaza Drive
Secaucus, NJ 07094

# ⊒Ⅱ ERNST & YOUNG

**INVOICE NUMBER: US0130509917**

October 27, 2011

**KTLA-TV**
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

**PLEASE REMIT TO:**

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

**BU: US001    CLIENT NUMBER: 60811877**

For professional services rendered in connection with the third quarter 2011 Los Angeles TVT market survey.

*Total Due*                                                $1,875

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ERNST & YOUNG**

**INVOICE NUMBER: US0130509917**

October 27, 2011

| PLEASE REMIT TO: |
|---|
| Ernst & Young LLP |
| Pittsbg Ntnl Bnk - Pitt 640382 |
| P.O. Box 640382 |
| Pittsburgh, PA 15264-0382 |
| **EIN: 34-6565596** |

**KTLA-TV**
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

BU: **US001**    CLIENT NUMBER: **60811877**

*Total Due*                                   $1,875

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

200 Plaza Drive
Secaucus, NJ 07094

# ☰Ⅱ ERNST & YOUNG

**INVOICE NUMBER: US0130465415**

July 20, 2011

**WPIX-TV**
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young LLP |
| Pittsbg Ntnl Bnk - Pitt 640382 |
| P.O. Box 640382 |
| Pittsburgh, PA 15264-0382 |
| **EIN: 34-6565596** |

BU: **US001**    CLIENT NUMBER: **60810282**

For professional services rendered in connection with the second quarter 2011 New York TVT market survey.

*Total Due*                          **$2,300**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞΙΙ ERNST & YOUNG**

**INVOICE NUMBER: US0130465415**

**July 20, 2011**

| PLEASE REMIT TO: |
|---|
| Ernst & Young LLP<br>Pittsbg Ntnl Bnk - Pitt 640382<br>P.O. Box 640382<br>Pittsburgh, PA 15264-0382 |
| **EIN: 34-6565596** |

**WPIX-TV**
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

BU: **US001**    CLIENT NUMBER: **60810282**

*Total Due*                    $2,300

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

200 Plaza Drive
Secaucus, NJ 07094

# ☰Ⅱ ERNST & YOUNG

**INVOICE NUMBER: US0130509934**

October 27, 2011

WPIX-TV
Ms. Cathy Davis
220 East 42nd Street
New York, NY 10017

**PLEASE REMIT TO:**

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60810282**

For professional services rendered in connection with the third quarter 2011 New York TVT market survey.

| | |
|---|---|
| *Total Due* | $2,300 |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞΙΙ ERNST & YOUNG**

**INVOICE NUMBER: US0130509934**

**October 27, 2011**

| |
|---|
| **PLEASE REMIT TO:** |
| Ernst & Young LLP |
| Pittsbg Ntnl Bnk - Pitt 640382 |
| P.O. Box 640382 |
| Pittsburgh, PA 15264-0382 |
| |
| **EIN: 34-6565596** |

**WPIX-TV**
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

**BU: US001    CLIENT NUMBER: 60810282**

*Total Due*                                     $2,300

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# EXHIBIT C

**Exhibit C**
**Schedule of Expenses by Project Category**

| Category | Expenses |
|---|---|
| Computerized Research | 700.00 |

700.00

**Exhibit C**
**Schedule of Expenses**

| Emp/Vendor | Title | Descr | Incur Dt | Expenses | Category |
|---|---|---|---|---|---|
| Putnam,Joshua Eric (US0115539684) | Senior Manager-Grade 3 (213) | Cost to access external sources for research required in valuation process for Cooking Channel engagement | 20-Oct-2011 | 700.00 | Computerized Research |
| | | | | 700.00 | |

# EXHIBIT D

**Exhibit D**
**Schedule of Fees by Project Category**

|  | Project Category | Total |
|---|---|---|
| 1) | Property Tax Compliance | - |
| 2) | Sales Process Review | - |
| 3) | VAL: FCC License | 47.7 |
| 4) | VAL: Fresh Start | - |
| 5) | Cooking Channel Hypo PPA | 35.3 |
| 6) | Market Value Surveys | 148.0 |
| 7) | Fee/Employment Applications | 36.5 |
|  | Net Hours | 267.5 |

|  | Project Category | Total |
|---|---|---|
| 1) | Property Tax Compliance | - |
| 2) | Sales Process Review | - |
| 3) | VAL: FCC License | 14,952.50 |
| 4) | VAL: Fresh Start | - |
| 5) | Cooking Channel Hypo PPA | 11,417.50 |
| 6) | Market Value Surveys | 8,350.00 |
| 7) | Fee/Employment Applications | 7,947.50 |
|  | Net Fees | 42,667.50 |

Exhibit D
Chronological Detail of Services Rendered

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Burns JR,John E. (US012054281) | Partner/Principal-Grade 1 (111) | Analysis of Cooking Channel report as Experienced Partner required to oversee technical documents/calculations prior to client delivery of Cooking Channel data | 11-Aug-2011 | 525 | 1.0 | 525.00 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Discussion with N. Chakiris, Tribune Asst. Controller, regarding updates of valuation including MSO (multiple system operator) relationship useful & economic lives and Advertiser relationship useful lives (attended as EY Staff responsible for data integration) | 11-Jul-2011 | 175 | 0.9 | 157.50 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Development of valuation asset distribution tool for Cooking Channel entity | 11-Jul-2011 | 175 | 3.1 | 542.50 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Continuing development of valuation asset distribution tool for Cooking Channel entity | 12-Jul-2011 | 175 | 2.4 | 420.00 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Continuing development of valuation asset distribution tool for Cooking Channel entity | 13-Jul-2011 | 175 | 1.6 | 280.00 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Discussion with N. Chakiris, Tribune Asst. Controller, regarding current engagement status (attended as EY Staff responsible for data integration) | 14-Jul-2011 | 175 | 0.3 | 52.50 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Continuing development of valuation asset distribution tool for Cooking Channel entity | 14-Jul-2011 | 175 | 1.7 | 297.50 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Analysis and compilation of revisions to asset distribution tool for Cooking Channel entity | 08-Oct-2011 | 175 | 2.8 | 490.00 | Cooking Channel Hypo PPA |
| Cornish,Matthew J. (US012841848) | Staff/Assistant-Grade 4 (444) | Compilation of initial draft report for Debtor regarding the valuation of the Cooking Channel entity | 28-Oct-2011 | 175 | 5.2 | 910.00 | Cooking Channel Hypo PPA |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Research and analysis of market data for each television station and each market | 27-Dec-2011 | 175 | 6.7 | 1,172.50 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Research and analysis of market data for each television station and each market | 28-Dec-2011 | 175 | 1.8 | 315.00 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Research and analysis of market data for each television station and each market | 29-Dec-2011 | 175 | 0.5 | 87.50 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Research and analysis of market data for each television station and each market | 06-Jan-2012 | 175 | 0.4 | 70.00 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Analysis and compilation of revisions to asset distribution tool for FCC License | 06-Jan-2012 | 175 | 2.6 | 455.00 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Analysis and compilation of revisions to asset distribution tool for FCC License | 09-Jan-2012 | 175 | 1.8 | 315.00 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Analysis and compilation of weighted average cost of capital for the current year's valuation. | 09-Jan-2012 | 175 | 2.3 | 402.50 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Analysis of asset distribution tool output for current television station for valuation assessment. | 09-Jan-2012 | 175 | 1.9 | 332.50 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Analysis and compilation of weighted average cost of capital for the current year's valuation. | 10-Jan-2012 | 175 | 4.1 | 717.50 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Analysis and compilation of revisions to asset distribution tool for FCC License | 11-Jan-2012 | 175 | 1.3 | 227.50 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Analysis of asset distribution tool output for each television station for valuation assessment. | 11-Jan-2012 | 175 | 1.6 | 280.00 | VAL: FCC License |
| Klapow,Amanda (US012919998) | Staff/Assistant-Grade 3 (443) | Compilation of final documentation related to FCC license research and asset distribution tool updates. | 30-Jan-2012 | 175 | 1.5 | 262.50 | VAL: FCC License |

| Name | Role | Description | Date | | | | Category |
|---|---|---|---|---|---|---|---|
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for April 2011 report | 5-May-2011 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for April 2011 report | 5-May-2011 | n/a | 3.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate April Los Angeles market data. | 10-May-2011 | n/a | 4.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate April Los Angeles market data | 11-May-2011 | n/a | 0.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile April 2011 report. | 11-May-2011 | n/a | 2.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate April New York market data. | 16-May-2011 | n/a | 5.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile April 2011 report. | 16-May-2011 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for May 2011 report | 3-Jun-2011 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for May 2011 report | 3-Jun-2011 | n/a | 3.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate May Los Angeles market data. | 10-Jun-2011 | n/a | 5.3 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate May New York market data. | 15-Jun-2011 | n/a | 5.6 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate May Los Angeles market data | 16-Jun-2011 | n/a | 0.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile May 2011 report. | 16-Jun-2011 | n/a | 2.5 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile May 2011 report. | 16-Jun-2011 | n/a | 2.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set up program for June and Q2 2011 report | 5-Jul-2011 | n/a | 2.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set up program for June and Q2 2011 report | 5-Jul-2011 | n/a | 3.1 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate June and Q2 Los Angeles market data. | 11-Jul-2011 | n/a | 5.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate June and Q2 Los Angeles market data. | 12-Jul-2011 | n/a | 0.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile Q2 2011 report. | 12-Jul-2011 | n/a | 5.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate June and Q2 New York market data. | 14-Jul-2011 | n/a | 5.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate June and Q2 New York market data. | 15-Jul-2011 | n/a | 0.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile Q2 2011 report. | 15-Jul-2011 | n/a | 5.6 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for July 2011 report | 5-Aug-2011 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for July 2011 report | 5-Aug-2011 | n/a | 3.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate July Los Angeles market data. | 10-Aug-2011 | n/a | 4.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate July Los Angeles market data | 11-Aug-2011 | n/a | 0.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile July 2011 report. | 11-Aug-2011 | n/a | 2.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate July New York market data. | 15-Aug-2011 | n/a | 5.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile July 2011 report. | 16-Aug-2011 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for August 2011 report | 6-Sep-2011 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for August 2011 report | 6-Sep-2011 | n/a | 3.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate August Los Angeles market data. | 12-Sep-2011 | n/a | 5.3 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate August Los Angeles market data | 13-Sep-2011 | n/a | 0.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile August 2011 report. | 13-Sep-2011 | n/a | 2.5 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate August New York market data. | 15-Sep-2011 | n/a | 5.6 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile August 2011 report. | 16-Sep-2011 | n/a | 2.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set up program for September and Q3 2011 report | 5-Oct-2011 | n/a | 2.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set up program for September and Q3 2011 report | 5-Oct-2011 | n/a | 3.1 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate September and Q3 Los Angeles market data. | 10-Oct-2011 | n/a | 5.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate September and Q3 Los Angeles market data. | 11-Oct-2011 | n/a | 0.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile Q3 2011 report. | 11-Oct-2011 | n/a | 5.7 | 0.00 | Market Value Surveys |

| Name | Role/Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| McGee, Ginny | External Contractor | NY: Consolidate September and Q3 New York market data. | 14-Oct-2011 | n/a | 5.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate September and Q3 New York market data. | 17-Oct-2011 | n/a | 0.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile Q3 2011 report. | 17-Oct-2011 | n/a | 5.6 | 0.00 | Market Value Surveys |
| Moody,Todd (US010979882) | Partner/Principal-Grade 1 (111) | Analysis of FCC License report as Experienced Partner required to oversee technical documents/calculations prior to client delivery of FCC license data | 11-Jul-2011 | 525 | 2.0 | 1,050.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Call with N. Chakiris, Tribune Asst. Controller, to discuss Lazard valuation of the Cooking Channel relied on for the current valuation analysis | 25-Jul-2011 | 475 | 0.5 | 237.50 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Draft statement of work and quality control documentation for initialization of new engagement with Debtor related to Cooking Channel engagement | 03-Aug-2011 | 475 | 0.4 | 190.00 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Draft statement of work and quality control documentation for initialization of new engagement with Debtor related to Cooking Channel engagement | 04-Aug-2011 | 475 | 0.4 | 190.00 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Analysis of asset distribution tool output for Cooking Channel entity | 10-Aug-2011 | 475 | 0.3 | 142.50 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Analysis of asset distribution tool output for Cooking Channel entity | 11-Aug-2011 | 475 | 1.8 | 855.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Analysis of asset distribution tool output for Cooking Channel entity | 12-Aug-2011 | 475 | 0.4 | 190.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Finalization of draft statement of work and quality control documentation for initialization of new engagement with Debtor related to Cooking Channel engagement | 22-Aug-2011 | 475 | 1.8 | 855.00 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Analysis MSO (multiple system operator) intangible asset valuation data from the asset distribution tool | 23-Aug-2011 | 475 | 2.2 | 1,045.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Analysis of valuation schedules related to Cooking Channel entity for client delivery in advance of the report | 24-Aug-2011 | 475 | 1.7 | 807.50 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Analysis of valuation schedules related to Cooking Channel entity for client delivery in advance of the report | 25-Aug-2011 | 475 | 2.4 | 1,140.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Call with N. Chakiris, Tribune Asst. Controller, regarding valuation schedules for Cooking Channel entity (attended as EY Senior Manager responsible for overall engagement on Cooking Channel entity) | 12-Sep-2011 | 475 | 0.4 | 190.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Finalization of draft statement of work and quality control documentation for initialization of new engagement with Debtor related to Cooking Channel engagement | 16-Sep-2011 | 475 | 0.7 | 332.50 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Analysis and compilation of updates to the Cooking Channel valuation schedules | 21-Sep-2011 | 475 | 1.8 | 855.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Completion of statement of work and quality control documentation for initialization of new engagement with Debtor related to Cooking Channel engagement | 29-Sep-2011 | 475 | 0.2 | 95.00 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis of MSO (multiple system operator) relationship useful & economic lives and Advertiser relationship useful lives | 05-Oct-2011 | 475 | 0.6 | 285.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Completion of statement of work and quality control documentation for initialization of new engagement with Debtor related to Cooking Channel engagement | 12-Oct-2011 | 475 | 0.8 | 380.00 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Compilation of information and documentation request for Debtor regarding FCC license analysis | 07-Dec-2011 | 475 | 0.6 | 285.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Compilation of information and documentation request for Debtor regarding FCC license analysis | 08-Dec-2011 | 475 | 0.4 | 190.00 | VAL: FCC License |

| Name (ID) | Title-Grade | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Call with M. Hosbach, EY General Counsel, to discuss the FCC engagement performance as a continuance of our fresh start work (attended as EY Senior Manager responsible for FCC License valuation engagement) | 09-Dec-2011 | 475 | 0.7 | 332.50 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis and editing of Cooking Channel report | 09-Dec-2011 | 475 | 1.1 | 522.50 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Call with B. Raynor, EY Valuation ORM partner, to discuss FCC engagement and procedures as it relates to the bankruptcy, (attended as EY Senior Manager responsible for FCC License valuation engagement) | 19-Dec-2011 | 475 | 0.2 | 95.00 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Electronic correspondence and data files to A. Klapow, EY Staff for FCC License valuation engagement, for initiation of analysis | 23-Dec-2011 | 475 | 0.8 | 380.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis of FCC license data and valuations | 06-Jan-2012 | 475 | 0.8 | 380.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis of FCC technical computations | 10-Jan-2012 | 475 | 1.4 | 665.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis of FCC market data and valuations | 10-Jan-2012 | 475 | 2.3 | 1,092.50 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis of FCC license schedule data and valuations | 11-Jan-2012 | 475 | 4.3 | 2,042.50 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Additional analysis related to FCC license valuations | 18-Jan-2012 | 475 | 0.3 | 142.50 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Call with N. Chakiris, Tribune Asst. Controller and B. Lilman, Tribune Controller, to walkthrough FCC License valuation schedules (attended as EY Senior Manager responsible for FCC License valuation engagement) | 23-Jan-2012 | 475 | 1.2 | 570.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis and compilation of updates to the FCC license valuations per previous discussion with Debtor | 31-Jan-2012 | 475 | 4.2 | 1,995.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Analysis and compilation of updates to Cooking Channel report | 14-Feb-2012 | 475 | 2.4 | 1,140.00 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Finalization of Cooking Channel draft report for client delivery | 21-Feb-2012 | 475 | 0.7 | 332.50 | Cooking Channel Hypo PPA |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of March-May fee applications | 01-Jun-2011 | 175 | 2.2 | 385.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of March-May fee applications | 03-Jun-2011 | 175 | 1.3 | 227.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of March-May fee applications | 29-Sep-2011 | 175 | 0.6 | 105.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Preparation of monthly fees incurred for September per Debtor's request (N. Chakiris, Tribune Asst. Controller) | 07-Oct-2011 | 175 | 1.6 | 280.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 26-Oct-2011 | 175 | 1.8 | 315.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 31-Oct-2011 | 175 | 0.8 | 140.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 01-Nov-2011 | 175 | 1.2 | 210.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 02-Nov-2011 | 175 | 2.2 | 385.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 03-Nov-2011 | 175 | 0.4 | 70.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 04-Nov-2011 | 175 | 4.6 | 805.00 | Fee/Employment Applications |

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 07-Nov-2011 | 175 | 0.2 | 35.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 08-Nov-2011 | 175 | 0.7 | 122.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Preparation of monthly fees incurred for November per Debtor's request (N. Chakiris, Tribune Asst. Controller) | 30-Nov-2011 | 175 | 0.4 | 70.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 22-Dec-2011 | 175 | 0.5 | 87.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of June-February fee application (9th interim) | 15-Feb-2012 | 175 | 2.1 | 367.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of June-February fee application (9th interim) | 23-Feb-2012 | 175 | 3.4 | 595.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of June-February fee application (9th interim) | 27-Feb-2012 | 175 | 0.8 | 140.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of June-February fee application (9th interim) | 29-Feb-2012 | 175 | 6.5 | 1,137.50 | Fee/Employment Applications |
| Wojcicky,Stefan (US011004685) | Executive Director-Grade 2 (132) | Analysis of License valuations as Experienced Executive Director required to oversee technical documents/calculations prior to client delivery | 10-Jan-2012 | 525 | 1.2 | 630.00 | VAL: FCC License |
| Wojcicky,Stefan (US011004685) | Executive Director-Grade 2 (132) | Analysis of FCC data as Experienced Executive Director required to oversee technical documents/calculations prior to client delivery | 10-Jan-2012 | 525 | 0.3 | 157.50 | VAL: FCC License |
| Wojcicky,Stefan (US011004685) | Executive Director-Grade 2 (132) | Analysis of valuation assumptions by market as Experienced Executive Director required to oversee technical documents/calculations prior to client delivery | 10-Jan-2012 | 525 | 1.1 | 577.50 | VAL: FCC License |
| Wojcicky,Stefan (US011004685) | Executive Director-Grade 2 (132) | Analysis of valuation schedules as Experienced Executive Director required to oversee technical documents/calculations prior to client delivery | 10-Jan-2012 | 525 | 0.3 | 157.50 | VAL: FCC License |
| n/a | n/a | Flat fee for market value surveys for Quarter 2 LA market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 1,875.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for Quarter 2 NY market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 2,300.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for Quarter 3 LA market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 1,875.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for Quarter 3 NY market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 2,300.00 | Market Value Surveys |

|  |  | 267.5 |  | 42,667.50 |
|---|---|---|---|---|
|  |  | 47.7 |  | 14,952.50 | VAL: FCC License |
|  |  |  |  | - | VAL: Fresh Start |
|  |  | 35.3 |  | 11,417.50 | Cooking Channel Hypo PPA |
|  |  |  |  | - | Property Tax Compliance |
|  |  | 148.0 |  | 8,350.00 | Market Value Surveys |
|  |  | 36.5 |  | 7,947.50 | Fee/Employment Applications |
|  |  |  |  | - | Sales Process Review |
|  |  | 267.5 |  | 42,667.50 |