# EXHIBIT "A"

### SUMMARY SHEET

May 1, 2012 through and including May 31, 2012

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 2.5 | $1,350.00 |
| R. Karl Hill | Partner; admitted DE 1989 | 1989 | $380.00 | 1.5 | $570.00 |
| Susan Pappa | Paralegal | N/A | $125.00 | 1.5 | $187.50 |
| | | | Total | 5.5 | $2,107.50 |

**Blended Rate: $383.18**

# EXHIBIT "B"

SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN:  51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
June 13, 2012
Account No:     30402-001M
Statement No:          28185

Tribune

For Services Rendered Through 05/31/2012

### Fees

|  | | Hours |
|---|---|---|
| **05/07/2012** | | |
| JSG | Reviewing and filing Modified Entry of Appearance; Reviewing numerous filings (Case Administration) | 0.50 |
| SLP | E-file Modification of Notice of Appearance (DI 1239); Draft and E-file Notice of Withdrawal of DI 1239 (DI 1240); Re-file Modification to Entry of Appearance (DI 1240) (Case Administration) | 0.50 |
| **05/25/2012** | | |
| JSG | Reviewing Order concerning certain claims; Reviewing Agenda for May 29 hearing (Case Administration) | 0.20 |
| **05/29/2012** | | |
| JSG | Reviewing Motion to Amend Definition (Case Administration) | 0.50 |
| **05/30/2012** | | |
| JSG | E-mails regarding Motion to Amend Definition (Case Administration) | 0.30 |
| **05/31/2012** | | |
| JSG | Reviewing e-mails regarding Motion to Amend Definition of Termination Event; Teleconference with Sue Pappa regarding same; Reviewing final Motion and Order (Case Administration) | 1.00 |
| SLP | E-mails from counsel regarding Motion to Amend Definition of Termination Event and Extend Time; Draft Notice and Certificate of Service; File Motion (DI 1242); Prepare for service; E-mail to co-counsel (Case Administration) | 1.00 |
| RKH | Reviewing, filing and serving Motion to Amend Definition of Termination Event and to Extend Time (Case Administration) | 1.50 |
| | For Current Services Rendered | 5.50     2,107.50 |

Offi Comm of Unsecured Cred Tribune Company et al

| | Account No: | 30402-001M |
| | Statement No: | 28185 |

Tribune

## Summary of Fees

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| James S. Green | 2.50 | $540.00 | $1,350.00 |
| R. Karl Hill | 1.50 | 380.00 | 570.00 |
| Susan L. Pappa | 1.50 | 125.00 | 187.50 |

## Expenses

| | |
|---|---|
| Postage | 40.80 |
| Photocopies | 125.20 |
| Reimbursable Costs Thru 05/31/2012 | 166.00 |

Total Current Work

*Remittance is due and payable upon receipt.  Thank you.*

# EXHIBIT "C"

### STATEMENT OF EXPENSE

| | |
|---|---|
| Postage: | $40.80 |
| Photocopies: | $125.20 |
| TOTAL: | $166.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[4] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF JAMES S. GREEN, SR.

James S. Green, Sr., an attorney-at-law, duly admitted in good standing to practice in the

State of Delaware hereby certifies that:

1.      I am a partner in the firm of Seitz, Van Ogtrop & Green, P.A. ("SVG") and I am

duly authorized to make this Certification on behalf of SVG.  SVG was retained by the Official

Committee of Unsecured Creditors as its special conflicts counsel pursuant to an order of this

Court.  This certification is made in support of the Tenth Monthly Application of Seitz, Van

Ogtrop & Green, P.A., Co-Counsel to the Official Committee of Unsecured Creditors, for

Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (the

"Application") and in compliance with Local Rule 2016-2 (the "Rule") of this Court, and with

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

the United States Trustee's Guidelines for Review of Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines").

2.    I have read the Application and I certify that the Application substantially complies with the Rule and the Guidelines.

Dated: June 28, 2011
       Wilmington, Delaware

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ James S. Green, Sr.
James S. Green, Sr. (No. 0481)
R. Karl Hill (No. 2747)
Patricia P. McGonigle (No. 3126)
222 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801
Telephone:  (302) 888-0600
Facsimile:  (302) 888-0606

*Special Conflicts Counsel to the Official
Committee of Unsecured Creditors*