# EXHIBIT "A"

### SUMMARY SHEET

March 1, 2012 through and including May 31, 2012

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 12.1 | $6,534.00 |
| R. Karl Hill | Partner; admitted DE 1989 | 1989 | $380.00 | 1.5 | $570.00 |
| Patricia P. McGonigle | Partner; admitted DE 1992 | 1992 | $375.00 | 3.55 | $1,331.25 |
| Susan Pappa | Paralegal | N/A | $125.00 | 22.75 | $2,843.75 |
| | | | **Total** | **39.9** | **$11,279.00** |

**Blended Rate:  $282.68**

# EXHIBIT "B"

SPITZ, VAN OSTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600 Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
June 13, 2012
Account No: 30402-001M
Statement No: 28185

Tribune

For Services Rendered Through 03/31/2012

Fees

| | | | Hours |
|---|---|---|---|
| 03/01/2012 | | | |
| | JSG | Reviewing Motion to Sever Advisor Claims from Lender Action(s); Reviewing same; E-mails regarding Motion (Case Administration) | 1.00 |
| | PPM | Receipt and review draft Motion to Sever Advisor Claims; Receipt and review various comments to same; Receipt and review revised motion to sever (Case Administration) | 0.90 |
| 03/02/2012 | | | |
| | JSG | Reviewing final version of Motion to Sever; E-mails regarding service of same; Teleconference with with Sue Pappa regarding service (Case Administration) | 1.20 |
| | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro (Case Administration) | 0.50 |
| | SLP | E-mails from Andrew Goldfarb regarding Motion to Sever; Conference with Patricia McGonigle regarding same; Draft Notice; Teleconference with Mr. Goldfarb; E-file same; Prepare service copies and mail same (Case Administration) | 1.00 |
| | PPM | Multiple emails to/from Mr. Goldfarb re: filing of Motion to Sever Advisor Claims today, logistics, timing, etc.; Conference with Mr. Green re: need for Rule 7.1.1 certification and extent of service parties; Receipt and review final motion and proposed order; Review same; Forward comments to Mr. Goldfarb; Revise motion and finalize same (Case Administration) | 1.60 |
| 03/06/2012 | | | |
| | SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro (Case Administration) | 0.50 |
| 03/08/2012 | | | |
| | JSG | Teleconference with lender regarding motion to extend stay (Case Administration) | 0.20 |

Offi Comm of Unsecured Cred Tribune Company et al

Account No:   30402-001M
Statement No:   28185

Tribune

|  |  | Hours |
|---|---|---|
| **03/09/2012** | | |
| SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro (Case Administration) | 0.50 |
| **03/12/2012** | | |
| PPM | Receipt and review draft Notice Modifying Appearance; Receipt and review emails to/from Mr. Goldfarb re: same (Case Administration) | 0.25 |
| **03/14/2012** | | |
| PPM | Receipt and review documents re: partial lift stay (certification of counsel and negotiated draft order) (Case Administration) | 0.80 |
| **03/15/2012** | | |
| JSG | Reviewing and filing Certification of Counsel regarding Lift Stay Order; Reviewing Final Order (Case Administration) | 0.50 |
| SLP | E-mails regarding Certification of Counsel; File and Serve same (Case Administration) | 0.80 |
| **03/16/2012** | | |
| SLP | Receipt of returned envelopes and/or letters not accepting service; Scan same; E-mail to Lisa Medoro (Case Administration) | 0.50 |
| **03/19/2012** | | |
| JSG | File Certificate of No Objection(s) regarding Motion to Sever Advisor Claims and Third Motion for Extension of Time to Complete Service (Case Administration) | 0.50 |
| SLP | E-mails to/from Cole Shotz regarding Certifications of No Objection regarding Motions to Sever and Extend Time; Draft same (Case Administration) | |
| **03/20/2012** | | |
| SLP | Teleconference with Court (CM/ECF problems); Teleconference with Cole Shotz advising same; E-file CNOs; Download and e-mail same to Cole Shotz; E-mail to co-counsel (Case Administration) | 0.50 |
| SLP | E-mails from/to Pauine Ratkowiak requesting docket information for proposed order (Case Administration) | 0.10 |
| **03/22/2012** | | |
| JSG | Reviewing Orders of Severance and Third Extension (Case Administration) | 0.50 |
| SLP | E-mail from Andrew Goldfarb regarding status of Orders; Reviewing Agenda; E-mail Andrew Order re Extension of TIme and Agenda excerpt regarding Motion to Sever; Receipt of Order Motion to Sever; Forward same to Mr. Goldfarb (Case Administration) | 0.50 |
| **03/23/2012** | | |
| JSG | Reviewing Orders and pleadings (Case Administration) | 0.30 |
| SLP | E-mail from Andrew Goldfarb; Forward e-mails attaching Orders (Case Administration) | 0.20 |

Offi Comm of Unsecured Cred Tribune Company et al

Account No: 30402-001M
Statement No: 28185

Tribune

| | | Hours | |
|---|---|---|---|
| **03/26/2012** | | | |
| SLP | Receipt of Notices of Electronic Filing; Download Response to Summons Filed by Global Enhanced Loan Fund Sanctions (DI 1237); Reviewing same; E-mail notification and document to co-counsel (Case Administration) | 0.20 | |
| **03/27/2012** | | | |
| SLP | Drafting Fee Applications (Fee Matters) | 4.00 | |
| SLP | Receipt of Notices of Electronic Filing; Download Order Scheduling Omnibus Hearing Dates; E-mail same to co-counsel (Case Administration) | 0.10 | |
| JSG | Reviewing and Revising Fifth Monthly Fee Application (Fee Matters) | 0.50 | |
| **03/28/2012** | | | |
| SLP | Receipt of Notices of Electronic Filing; Download Response to Summons Filed by DT Asset Management Variable Funding (KPB) (DI 1238); Forward same to co-counsel (Case Administration) | 0.20 | |
| JSG | Prepare 5th, 6th and 7th Monthly Fee Applications (Fee Matters) | 2.50 | |
| JSG | Reviewing responses to summonses (Case Administration) | 0.20 | |
| SLP | Reviewing, revising, filing Fifth, Sixth and Seventh Monthly Fee Applications (Fee Matters) | 7.00 | |
| **03/29/2012** | | | |
| SLP | E-mail Fifth, Sixth, Seventh Fee Applications in .xls format to John Theil; Reviewing docket regarding Objections to Quarterly Application; Draft and file CNO to Quarterly Fee Application (Fee Matters) | 1.50 | |
| **03/30/2012** | | | |
| SLP | Scan returns; E-mail to Lisa Medoro (Case Administration) | 0.30 | |
| | For Current Services Rendered | 29.35 | 7,627.25 |

## Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 7.40 | $540.00 | $3,996.00 |
| Patricia P. McGonigle | 3.55 | 375.00 | 1,331.25 |
| Susan L. Pappa | 18.40 | 125.00 | 2,300.00 |

## Expenses

| | |
|---|---|
| Postage | 15.12 |
| Photocopies | 245.40 |
| Courier fees | 205.00 |
| Outside printing | 616.63 |
| Reimbursable Costs Thru 03/31/2012 | 1,082.15 |
| Total Current Work | 8,709.40 |

222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN:  51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
June 13, 2012
Account No:        30402-001M
Statement No:          28185

Tribune

For Services Rendered Through 04/30/2012

Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 04/02/2012 | SLP | Scan and e-mail returns (Case Administration) | 0.20 | |
| 04/09/2012 | SLP | Prepare, file and serve Quarterly (13th) Fee Application (Fee Matters) | 2.25 | |
| | JSG | Reviewing and finalizing Quarterly Fee Application (Fee Matters) | 1.00 | |
| 04/13/2012 | SLP | E-mail from James S. Green regarding PIMCO; Conflict Check; E-mail to co-counsel (Case Administration) | 0.20 | |
| | JSG | E-mail from/to co-counsel regarding PIMCO; E-mail to Sue Pappa regarding same (Case Administration) | 0.20 | |
| 04/17/2012 | SLP | Scan and e-mail returns (Case Administration) | 0.20 | |
| 04/24/2012 | JSG | Reviewing Notice of Agenda for April 25 hearing (Case Administration) | 0.50 | |
| 04/25/2012 | JSG | Reviewing amended agenda for hearing (Case Administration) | 0.20 | |
| 04/30/2012 | JSG | Reviewing Memorandum regarding PIMCO Defendants in lender action (Case Administration) | 0.30 | |
| | | For Current Services Rendered | 5.05 | 1,544.2 |

Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 2.20 | $540.00 | $1,188.00 |
| Susan L. Pappa | 2.85 | 125.00 | 356.25 |

Offi Comm of Unsecured Cred Tribune Company et al

Tribune

## Expenses

| | |
|---|---|
| Postage | 26.40 |
| Photocopies | 69.80 |
| Reimbursable Costs Thru 04/30/2012 | 96.20 |
| | |
| Total Current Work | 1,640.45 |

222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware  19899
(302) 888-0600  Fax: (302) 888-0606
EIN:  51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

| | |
|---|---|
| Page: | 1 |
| | June 13, 2012 |
| Account No: | 30402-001M |
| Statement No: | 28185 |

Tribune

For Services Rendered Through 05/31/2012

Fees

| | | Hours | |
|---|---|---|---|
| **05/07/2012** | | | |
| JSG | Reviewing and filing Modified Entry of Appearance; Reviewing numerous filings (Case Administration) | 0.50 | |
| SLP | E-file Modification of Notice of Appearance (DI 1239); Draft and E-file Notice of Withdrawal of DI 1239 (DI 1240); Re-file Modification to Entry of Appearance (DI 1240) (Case Administration) | 0.50 | |
| **05/25/2012** | | | |
| JSG | Reviewing Order concerning certain claims; Reviewing Agenda for May 29 hearing (Case Administration) | 0.20 | |
| **05/29/2012** | | | |
| JSG | Reviewing Motion to Amend Definition (Case Administration) | 0.50 | |
| **05/30/2012** | | | |
| JSG | E-mails regarding Motion to Amend Definition (Case Administration) | 0.30 | |
| **05/31/2012** | | | |
| JSG | Reviewing e-mails regarding Motion to Amend Definition of Termination Event; Teleconference with Sue Pappa regarding same; Reviewing final Motion and Order (Case Administration) | 1.00 | |
| SLP | E-mails from counsel regarding Motion to Amend Definition of Termination Event and Extend Time; Draft Notice and Certificate of Service; File Motion (DI 1242); Prepare for service; E-mail to co-counsel (Case Administration) | 1.00 | |
| RKH | Reviewing, filing and serving Motion to Amend Definition of Termination Event and to Extend Time (Case Administration) | 1.50 | |
| | For Current Services Rendered | 5.50 | 2,107.5( |

Offi Comm of Unsecured Cred Tribune Company et al

Account No:       30402-001M
Statement No:          28185

Tribune

## Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 2.50 | $540.00 | $1,350.00 |
| R. Karl Hill | 1.50 | 380.00 | 570.00 |
| Susan L. Pappa | 1.50 | 125.00 | 187.50 |

## Expenses

| | |
|---|---|
| Postage | 40.80 |
| Photocopies | 125.20 |
| Reimbursable Costs Thru 05/31/2012 | 166.00 |

Total Current Work

# EXHIBIT "C"

### STATEMENT OF EXPENSE

| | |
|---|---|
| Postage: | $82.32 |
| Photocopies: | $440.40 |
| Courier fees: | $205.00 |
| Paid to Parcels Service Mail Postage and Copies: | $616.63 |
| TOTAL: | $1344.35 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>,[4] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATION OF JAMES S. GREEN, SR.</u>

James S. Green, Sr., an attorney-at-law, duly admitted in good standing to practice in the State of Delaware hereby certifies that:

    1.    I am a partner in the firm of Seitz, Van Ogtrop & Green, P.A. ("<u>SVG</u>") and I am duly authorized to make this Certification on behalf of SVG. SVG was retained by the Official Committee of Unsecured Creditors as its special conflicts counsel pursuant to an order of this Court. This certification is made in support of the Quarterly Fee Application for the Fourteenth Quarter Period of Seitz, Van Ogtrop & Green, P.A., Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (the "<u>Application</u>") and in compliance with Local Rule 2016-2 (the "<u>Rule</u>") of

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company II, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

82441v1

this Court, and with the United States Trustee's Guidelines for Review of Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines").

2.    I have read the Application and I certify that the Application substantially complies with the Rule and the Guidelines.

Dated: June 28, 2012
Wilmington, Delaware

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ James S. Green, Sr.
James S. Green, Sr. (No. 0481)
R. Karl Hill (No. 2747)
Patricia P. McGonigle (No. 3126)
222 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801
Telephone:  (302) 888-0600
Facsimile:  (302) 888-0606

*Special Conflicts Counsel to the Official Committee of Unsecured Creditors*

82441v1

2