# EXHIBIT A



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

June 1, 2012                                                                              Invoice 3066    MDS
In Reference To: 00499-003 - Mitchell v. Baltimore Sun
Client: Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 05/10/12 | TC | Draft correspondence to Tribune auditors regarding current status of litigation against Baltimore Sun newspaper brought by estate of Parren Mitchell. | 0.20 430.00/hr | 86.00 |

| | | **For professional services rendered** | **0.20** | **$86.00** |
|---|---|---|---|---|
| | | **Total Amount of this Bill** | | **$86.00** |

**Levine Sullivan Koch & Schulz, LLP**

| | June 1, 2012 |
|---|---|
| I.D. 00499-003 - MDS | Invoice  3066 |
| Re: Mitchell v. Baltimore Sun | Page  2 |

### Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Thomas Curley | | 0.20 | 430.00 | 86.00 |
| | **Totals** | **0.20** | | **$86.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

June 1, 2012                    Invoice 3059    SDB

In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues

Client: Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 05/01/12 | SDJ | Correspond with Fee Examiner regarding Ledes files for twentieth monthly fee application and continue to revise response to Fee Examiner's preliminary report. | 1.70 335.00/hr | 569.50 |
| 05/02/12 | SDJ | Review prior invoices and follow up regarding response to Fee Examiner's preliminary report (.3); continue to revise response to preliminary report (.3). | 0.60 335.00/hr | 201.00 |
| 05/07/12 | SDJ | Correspond with local counsel regarding certificate of no objection for seventh quarterly fee application. | 0.20 335.00/hr | 67.00 |
| 05/08/12 | SDJ | Continue to revise response to preliminary report. | 1.70 335.00/hr | 569.50 |
| 05/09/12 | SDB | Review and revise response to Fee Examiner regarding fourth fee application. | 0.50 455.00/hr | 227.50 |
| 05/09/12 | SDJ | Correspond with Fee Examiner regarding response to preliminary report and revise same. | 0.40 335.00/hr | 134.00 |
| 05/15/12 | SDJ | Draft twenty-first monthly fee application and review invoices regarding same. | 0.60 335.00/hr | 201.00 |
| 05/18/12 | SDB | Exchange email with J. Thiel regarding fee applications. | 0.10 455.00/hr | 45.50 |
| 05/31/12 | SDJ | Revise twenty-first monthly fee application. | 0.80 335.00/hr | 268.00 |
| 05/31/12 | JWB | Review and revise twenty-first monthly fee application. | 0.20 455.00/hr | 91.00 |

### Levine Sullivan Koch & Schulz, LLP

| | | | | June 1, 2012 |
|---|---|---|---|---|
| I.D. 00499-080 - SDB | | | | Invoice  3059 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 05/31/12 | JPB | Review and revise twenty-first monthly fee application for accuracy. | 0.30 195.00/hr | 58.50 |
| | | **For professional services rendered** | **7.10** | **$2,432.50** |
| | | **Total Amount of this Bill** | | **$2,432.50** |

**Levine Sullivan Koch & Schulz, LLP**

| | | | June 1, 2012 |
|---|---|---|---|
| I.D. 00499-080 - SDB | | | Invoice 3059 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | | Page 3 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 0.60 | 455.00 | 273.00 |
| Jay Ward Brown | 0.20 | 455.00 | 91.00 |
| Shaina D. Jones | 6.00 | 335.00 | 2,010.00 |
| Jennifer P. Burke | 0.30 | 195.00 | 58.50 |
| **Totals** | **7.10** | | **$2,432.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

June 1, 2012                                                          Invoice 3091      GCS
In Reference To: 00499-086 - LA Times Access
Client: Tribune Company

---

## Disbursements

| Description | Amount |
|---|---|
| Local Counsel | 5,320.60 |
| **Total Disbursements** | **$5,320.60** |
| **Total Amount of this Bill** | **$5,320.60** |

**Levine Sullivan Koch & Schulz, LLP**

I.D. 00499-086 - GCS
Re: LA Times Access

June 1, 2012
Invoice  3091
Page  2

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605