# EXHIBIT A

**Tribune Co.**


Time Log

**Moelis & Company**
**Summary of Hours Worked**
**May 1, 2012 - May 31, 2012**

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 7.0 |
| Jason Warsavsky | Associate | 11.0 |
| Sandhya Sistla | Analyst | 19.0 |
| **Total Moelis Team Hours** | | **37.0** |

**Tribune Co.**

M O E L I S & C O M P A N Y

Time Log - May 2012

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 7.0 |
| Jason Warsavsky | Associate | 11.0 |
| Sandhya Sistla | Associate | 19.0 |
| **Total** | | **37.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Jason Warsavsky | 5/1/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 5/1/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 5/1/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 5/1/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 5/1/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 5/7/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 5/7/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 5/8/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 5/8/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 5/8/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 5/14/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 5/14/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 5/15/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 5/15/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 5/15/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 5/21/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 5/21/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 5/22/2012 | 1.0 | Weekly UCC Advisor Call |
| Jason Warsavsky | 5/22/2012 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 5/22/2012 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 5/24/2012 | 3.0 | UCC Meeting |
| Jason Warsavsky | 5/24/2012 | 3.0 | UCC Meeting |
| Sandhya Sistla | 5/24/2012 | 3.0 | UCC Meeting |
| | **Total** | **37.0** | |