Response to Supplemental Objection: Claim No. 7106, Case No. 08-13141(KJC)
Page 29
June 27, 2012

**Exhibit C: Circuit Court Records (Exhibit B of the original objection)**

Circuit Court of Maryland

Go Back

## Case Information

Court System: **Circuit Court for Baltimore City - Civil System**
Case Number: **24C09000340**
Title: **Robert Henke Vs The Baltimore Sun, Et Al**
Case Type: **Other Tort**   Filing Date: **01/12/2009**
Case Status: **Open/Active**
Case Disposition:   Disposition Date:

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**  Party No.: **1**
Name: **Henke, Robert**
Address: **725 Cameron Woods Drive**
City: **Apex**  State: **NC**  Zip Code: **27523**
Address: **4104 Hearthside Drive**
City: **Wilmington**  State: **NC**  Zip Code: **28412**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**  Party No.: **2**
Name: **Dechter, Gadi**
Address: **The Baltimore Sun**
City: **Baltimore**  State: **MD**  Zip Code: **21278**

Party Type: **Defendant**  Party No.: **1**
Business or Organization Name: **The Baltimore Sun**
Address: **501 North Calvert Street**
City: **Baltimore**  State: **MD**  Zip Code: **21278**
*Attorney(s) for the Defendant/Respondent*
Name: **Siegel, Esq, Nathan E**
Practice Name: **Levine, Sullivan, Koch & Schulz, L L P**
Address: **1050 17th Street N W**
**Suite 800**
City: **Washington**  State: **DC**  Zip Code: **20036-5514**

## Document Tracking

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*
Doc No./Seq No.: **1/0**
File Date: **01/12/2009**  Close Date:   Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Complaint**

Doc No./Seq No.: **2/0**

    File Date: **01/23/2009**  Close Date:  Decision:
Document Name: **Order Clarifying Pltff**
    **that the Clerk is directed to list Pltff as Robert Henke only (Cannon J)**

---

Doc No./Seq No.: **2/1**
    File Date: **02/02/2009**  Close Date:  Decision:
Document Name: **Copies Mailed**

---

Doc No./Seq No.: **3/0**
    File Date: **02/19/2009**  Close Date: **03/06/2009**  Decision: **Granted**
    Party Type: **Defendant**  Party No.: **1**
Document Name: **Notice Of Filing Of Voluntary Petition Under Chapter 11 of The Bankruptcy Code By Defendant The Baltimore Sun Company**

---

Doc No./Seq No.: **3/1**
    File Date: **03/17/2009**  Close Date:  Decision:
Document Name: **Order of Court**
    **that the deft The Baltimore Sun is STAYED from this casee and the proceedings deferred to the Bankruptcy Court (Cannon J)**

---

Doc No./Seq No.: **3/2**
    File Date: **03/17/2009**  Close Date:  Decision:
Document Name: **Copies Mailed**

---

Doc No./Seq No.: **3/3**
    File Date: **04/08/2009**  Close Date:  Decision:
    Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Correspondence/ Plaintiff's Response To February 17, 2009 Requests Of Defendants**

---

Doc No./Seq No.: **4/0**
    File Date: **03/10/2009**  Close Date:  Decision:
    Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Correspondence**
    **sent Michie.com website address to Plaintiff.**

---

Doc No./Seq No.: **5/0**
    File Date: **05/21/2009**  Close Date:  Decision:
Document Name: **Notice of Cont. Dismissal Lack of Juris.**
    **Gadi Dechter**

---

Doc No./Seq No.: **6/0**
    File Date: **05/20/2009**  Close Date:  Decision:
    Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Amendments To Original October 3, 2008 Complaint**

---

Doc No./Seq No.: **7/0**
    File Date: **05/20/2009**  Close Date:  Decision:
    Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Amended Pltff's Respone To Feb. 17, 2009 Requests Of Defendants**

---

Doc No./Seq No.: **8/0**
    File Date: **05/20/2009**  Close Date:  Decision:

Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Amended Pltff's Response To Feb. 17, 2009 Requests of Defendants (Shows Amendments In Brackets And Bold)**

---

Doc No./Seq No.: **9/0**
    File Date: **06/15/2009**  Close Date: **08/12/2009**  Decision: **Granted**
    Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Motion to Defer Dismissal - Md. Rule 2-507(b) (Lack of Jurisdiction)**

---

Doc No./Seq No.: **9/1**
    File Date: **08/22/2009**  Close Date:   Decision:
    Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Order Deferring Dismissal Under Rule 2-507(c)**
    **case is STAYED in accordance with continuing proceedings in Bankruptcy Court - stay continues subject to MD Rule 2-507, Holland J**

---

Doc No./Seq No.: **9/2**
    File Date: **08/22/2009**  Close Date:   Decision:
Document Name: **Copies Mailed**

---

Doc No./Seq No.: **10/0**
    File Date: **01/22/2010**  Close Date:   Decision:
    Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice Of Change Of Address**

---

*The complete case file can be obtained from the Circuit Courthouse.*

Response to Supplemental Objection: Claim No. 7106, Case No. 08-13141(KJC)
Page 30
June 27, 2012

**Exhibit D: Claimant's October 3, 2008 Mailing to the Circuit Court**

**Dynamic In Situ Geotechnical Testing**
725 Cameron Woods Drive
Apex, North Carolina 27523

Phone: (919) 303-5801
E-Mail: hroberthenke@aol.com

October 3, 2008

Circuit Court for Baltimore City
Attention: Room 462
111 North Calvert Street
Baltimore, Maryland 21202

Subject: Defamation Complaint

Herein, I, Robert Henke, present a complaint I have against a newspaper, *The Baltimore Sun* ("*The Sun*") and a *Sun* reporter, Mr. Gadi Dechter. I am not an attorney; however, I am planning to represent myself until I obtain appropriate representation. I am following procedures described on October 2, 2008 by staff of the Circuit Court for Baltimore City. In the following sections, I first summarize my complaint. Then, I summarize the harm to my firm and me and the resulting harm to my family.

## Complaint

My complaint stems from a Sunday front page news article ("the article") published by *The Sun* on October 7, 2007. The article was entitled "A modern-day Ahab" and was written by Mr. Dechter. The article covered experiences of my small firm in bringing a new earthquake engineering technology to practice and effects of the undertaking on my family. My complaint follows.

The article appears to have been a material and well-crafted defamatory fabrication. Facts were created, facts were reshaped, and facts were omitted – on a large scale. For example, both the prominent theme of the article and compelling evidence for that theme were untrue. Evidence suggests that the untruths and misrepresentations were reckless and deliberate. I believe the defamation is the most recent of a string of injuries in a lengthy, intense, and well-shielded campaign ("the campaign") committed to driving my firm and me from our profession. I believe the campaign grew from my tenure (1985-89) as a faculty member at The Johns Hopkins University ("the University"). My tenure was marked by several controversies and I was dismissed from the University. I believe the campaign has inflicted unthinkable harm on my family, me, and my firm. I believe *The Sun*, which is close to the University, took part in the campaign and the article was intended to protect the campaign. Essentially, it appears that *The Sun* concealed the very real possibility of professional misconduct and maligned the victims. I believe *The Sun's* intent was to discourage further scrutiny of the matter; such scrutiny may have placed the University in an unfavorable light. I believe the article will do little more than further obstruct progress towards justice for my firm and me and, therefore, also for my family.

Much evidence suggests *The Sun's* lapses were intentional. For example, *The Sun* gained my family's cooperation through false pretenses; *The Sun* violated our privacy; *The Sun* carried out an insincere facts check; and *The Sun* misrepresented the origin of the article. Additionally, *The Sun* appears to have been pressured by the University.

Complaint – Circuit Court for Baltimore City
Page 2
October 3, 2008

## Damages

The article has harmed my firm's and my well-being, prospects, and standing and, so, those of my family and has obstructed our progress toward justice.

Before the article, my family, me, and my firm had already suffered immeasurable harm, evidence suggests, as a direct or indirect result of the campaign. Our ability to function as a family was greatly disrupted; we lost our home; my younger son, as a youth, experienced serious difficulties and now faces the possibility of a prison term; my older son experienced serious difficulties and we were not able to provide him the help that a family normally could; our firm – whose technology has shown great promise for contributing significantly to public safety - lies in ruins and I have been unable to progress with that technology; we suffered huge firm-related financial losses including our personal investment in our technology (roughly $1M) and patent-related losses; we were driven from our profession and have been denied the privilege of continuing to contribute to that profession; I have been blacklisted, it seems, and have been unable to secure positions for which I believe I am strongly qualified; I have no income or security; our professional, financial, and social standings have been blackened greatly; my wife and son have been subjected to immense legal indignities; we have endured great mental anguish; our health has suffered; and our relationships with our parents have been strained.

*The Sun's* article only intensified our plight. By obstructing progress towards a resolution to the matter, *The Sun* and any of its accomplices behind the article have caused my firm and me and, so, my family, to be continued to be deprived of justice. In turn, our well-being, prospects, and standing continue to deteriorate.

My request is driven by intangibles and my deep belief that the defamation is only the most recent expression of a long-standing retaliatory campaign. On the basis of the extraordinary levels of malice and recklessness to which I believe my firm and me and, so, my family have fallen victim; the duration and relentlessness of the campaign against us; and the irreversible harm to my family, my firm, and me, I am requesting a sum of $100M.

## Conclusion

I greatly appreciate your efforts in processing my complaint. As instructed, I have enclosed a check for the filing fee of $105.00 and have enclosed a self-addressed envelope. I will be sending a copy of this letter to Mr. Timothy E. Ryan; Publisher, President, and Chief Executive Officer; *The Baltimore Sun*; 501 North Calvert Street; Baltimore, Maryland; 21278. Please do not hesitate to contact me if you have any questions.

Sincerely,

Robert Henke

Cc: Mr. Timothy E. Ryan



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **2301 3460 0001 8065 5686**
Status: **Delivered**

Your item was delivered at 11:33 AM on October 6, 2008 in BALTIMORE, MD 21202 to CIRCUIT CT. The item was signed for by T LANE.

( Additional Details > )   ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.   ( Go > )

### Track & Confirm

Enter Label/Receipt Number.

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**U.S. Postal Service Signature Confirmation Receipt**

SIGNATURE CONFIRMATION NUMBER: 2301 3460 0001 8065 5686

Postage and Signature Confirmation fees must be paid before mailing.

(Please Print Clearly)   Court

Waiver of Signature    ☐ YES   ☐ NO

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com
or call 1-800-222-1811

☐ Priority Mail®
☐ Package Services

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                10/7/2008

**Exhibit E: The Circuit Court's October 11, 2008 Mailing to Claimant**

# Circuit Court for Baltimore City - Civil Division
## Frank M. Conaway, Clerk
### 111 North Calvert Street, Room 462
### Baltimore, Maryland 21202
### Phone: 410-333-3722

_____

_____

_____

_____

Case #: **24-C-** _____

The enclosed papers are being returned for the following reason(s):

_____ Filing Fee/Open Costs of $ _____ required. (Personal checks not accepted.)

_____ You must attach to your pleading or paper a certificate of service which states that you have mailed or hand-delivered a copy of your pleading or paper to all parties not in default or their attorney(s). See Md. Rule 1-321. (Form enclosed.)

_____ Sent to wrong court/Case number missing/No records found

_____ Does not comply with Md. Rule 2-401(d)(2) regarding service of discovery material.

_____ The Information Report cannot be used in place of an Answer to the Complaint.

_____ Signature required

✓ Other: *You must give us the name and addresses of the parties you are filing suit against so that the summonses can be processed for service.*

Date mailed: 10/8/08

_N. Bailey_

_B. Bowman_
Management Signature

ROBERT HENKE
725 Cameron Woods Dr
Apex, NC 27523

1233
66-21/530
BRANCH 18138

Oct 3, 2008 DATE

PAY TO THE ORDER OF: Circuit Court for Baltimore City    $ 105.00

One hundred and five and 00/100 DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR: Complaint fee

⑆053000219⑆ 1010143576⑆76⑆ 1233

Circuit (
Attentic
111 No
Baltimo

Subject: Defamation Complaint

Herein, I, Robert Henke, present a complaint I have against a newspaper, *The Baltimore Sun* ("*The Sun*") and a *Sun* reporter, Mr. Gadi Dechter. I am not an attorney; however, I am planning to represent myself until I obtain appropriate representation. I am following procedures described on October 2, 2008 by staff of the Circuit Court for Baltimore City. In the following sections, I first summarize my complaint. Then, I summarize the harm to my firm and me and the resulting harm to my family.

## Complaint

My complaint stems from a Sunday front page news article ("the article") published by *The Sun* on October 7, 2007. The article was entitled "A modern-day Ahab" and was written by Mr. Dechter. The article covered experiences of my small firm in bringing a new earthquake engineering technology to practice and effects of the undertaking on my family. My complaint follows.

The article appears to have been a material and well-crafted defamatory fabrication. Facts were created, facts were reshaped, and facts were omitted – on a large scale. For example, both the prominent theme of the article and compelling evidence for that theme were untrue. Evidence suggests that the untruths and misrepresentations were reckless and deliberate. I believe the defamation is the most recent of a string of injuries in a lengthy, intense, and well-shielded campaign ("the campaign") committed to driving my firm and me from our profession. I believe the campaign grew from my tenure (1985-89) as a faculty member at The Johns Hopkins University ("the University"). My tenure was marked by several controversies and I was dismissed from the University. I believe the campaign has inflicted unthinkable harm on my family, me, and my firm. I believe *The Sun*, which is close to the University, took part in the campaign and the article was intended to protect the campaign. Essentially, it appears that *The Sun* concealed the very real possibility of professional misconduct and maligned the victims. I believe *The Sun's* intent was to discourage further scrutiny of the matter; such scrutiny may have placed the University in an unfavorable light. I believe the article will do little more than further obstruct progress towards justice for my firm and me and, therefore, also for my family.

Much evidence suggests *The Sun's* lapses were intentional. For example, *The Sun* gained my family's cooperation through false pretenses; *The Sun* violated our privacy; *The Sun* carried out an insincere facts check; and *The Sun* misrepresented the origin of the article. Additionally, *The Sun* appears to have been pressured by the University.

Complaint – Circuit Court for Baltimore City
Page 2
October 3, 2008

## Damages

The article has harmed my firm's and my well-being, prospects, and standing and, so, those of my family and has obstructed our progress toward justice.

Before the article, my family, me, and my firm had already suffered immeasurable harm, evidence suggests, as a direct or indirect result of the campaign. Our ability to function as a family was greatly disrupted; we lost our home; my younger son, as a youth, experienced serious difficulties and now faces the possibility of a prison term; my older son experienced serious difficulties and we were not able to provide him the help that a family normally could; our firm – whose technology has shown great promise for contributing significantly to public safety - lies in ruins and I have been unable to progress with that technology; we suffered huge firm-related financial losses including our personal investment in our technology (roughly $1M) and patent-related losses; we were driven from our profession and have been denied the privilege of continuing to contribute to that profession; I have been blacklisted, it seems, and have been unable to secure positions for which I believe I am strongly qualified; I have no income or security; our professional, financial, and social standings have been blackened greatly; my wife and son have been subjected to immense legal indignities; we have endured great mental anguish; our health has suffered; and our relationships with our parents have been strained.

*The Sun's* article only intensified our plight. By obstructing progress towards a resolution to the matter, *The Sun* and any of its accomplices behind the article have caused my firm and me and, so, my family, to be continued to be deprived of justice. In turn, our well-being, prospects, and standing continue to deteriorate.

My request is driven by intangibles and my deep belief that the defamation is only the most recent expression of a long-standing retaliatory campaign. On the basis of the extraordinary levels of malice and recklessness to which I believe my firm and me and, so, my family have fallen victim; the duration and relentlessness of the campaign against us; and the irreversible harm to my family, my firm, and me, I am requesting a sum of $100M.

## Conclusion

I greatly appreciate your efforts in processing my complaint. As instructed, I have enclosed a check for the filing fee of $105.00 and have enclosed a self-addressed envelope. I will be sending a copy of this letter to Mr. Timothy E. Ryan; Publisher, President, and Chief Executive Officer; *The Baltimore Sun*; 501 North Calvert Street; Baltimore, Maryland; 21278. Please do not hesitate to contact me if you have any questions.

Sincerely,

Robert Henke

Cc: Mr. Timothy E. Ryan

Response to Supplemental Objection: Claim No. 7106, Case No. 08-13141(KJC)
Page 32
June 27, 2012

**Exhibit F: Claimant's October 13, 2008 Mailing to the Circuit Court**

**Dynamic In Situ Geotechnical Testing**
725 Cameron Woods Drive
Apex, North Carolina 27523

---

Phone: (919) 303-5801
E-Mail: hroberthenke@aol.com

October 13, 2008

Circuit Court for Baltimore City – Civil Division
Room 462 – Courthouse East
111 North Calvert Street
Baltimore, Maryland 21201

Subject: Defamation Complaint of October 3, 2008; Case # 24-C-

Dear Madam or Sir;

I am writing to provide the information requested of me in a form dated 10/8/08. The information is needed to allow you to begin processing the subject complaint.

The parties I am filing suit against are 1) *The Baltimore Sun* and 2) Mr. Gadi Dechter, *Sun* Reporter. The addresses follow:

> *The Baltimore Sun*
> Attention: Mr. Timothy E. Ryan
>     Publisher, President, and Chief Executive Officer
> 501 North Calvert Street
> Baltimore, Maryland 21278
>
> Mr. Gadi Dechter
> *Sun* Reporter
> *The Baltimore Sun*
> 501 North Calvert Street
> Baltimore, Maryland 21278

Additionally, I have enclosed an official check for $105 to replace the personal check I sent for that amount along with my October 3, 2008 complaint. I have also enclosed a self addressed envelope in the event you need to contact me.

I greatly appreciate your efforts in processing my complaint. Please do not hesitate to contact me if you have any questions.

Sincerely,

*[signature]*

Robert Henke


**UNITED STATES POSTAL SERVICE®**

Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **2301 3460 0001 8065 5679**
Status: Delivered

Your item was delivered at 11:30 AM on October 17, 2008 in BALTIMORE, MD 21202 to CLERK BALT CITY CIR . The item was signed for by W ESTEP.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > ) ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.   ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**US Postal Service Signature Confirmation Receipt**

Postage and Signature Confirmation fees must be paid before mailing.

(Please Print Clearly)   Ckt court - Balti.
                         by Dec #2

Waiver of Signature   ☐ YES  ☐ NO

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com
or call 1-800-222-1811

☐ Priority Mail®
☐ Package Services

CONFIRMATION NUMBER: 2301 3460 0001 8065 5679

Delivered
11:30 AM
signed by
W. Estep

Postmark Here

---

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do        10/19/2008