Response to Supplemental Objection: Claim No. 7106, Case No. 08-13141(KJC)
Page 33
June 27, 2012

**Exhibit G: Claimant's December 30, 2008 Mailing to the Circuit Court**

**Dynamic In Situ Geotechnical Testing**
725 Cameron Woods Drive
Apex, North Carolina 27523

Phone: (919) 303-5801
E-Mail: hroberthenke@aol.com

December 30, 2008

Circuit Court for Baltimore City
Attention: Room 462
111 North Calvert Street
Baltimore, Maryland 21202

Subject: Defamation Complaint, Case # 24-C-

Attention: B.L. Bowman

I am writing to resubmit a defamation complaint I had first submitted in a letter dated October 3, 2008. I have enclosed various materials.

Regarding background, in response to my October 3, 2008 letter, the Circuit Court for Baltimore City ("the Court") sent to me a form, dated October 8, 2008, that assigned a case number (#24-C-), requested additional information, and, presumably, requested a payment form other than the personal check I had sent for the filing fee of $105.00. I provided the information requested in an October 13, 2008 letter and, with the letter, I included a money order for $105.00 and a self-addressed envelope. On December 18, 2008, I telephoned the Court to check on the status of my complaint. I was informed that there was no record of my complaint. I also found that the money order had not been cashed. I should note that both my letters were signature confirmation mailings. T. Lane signed for the October 3, 2008 letter on October 6, 2008 and W. Estep signed for the October 13, 2008 letter on October 17, 2008.

Regarding the enclosures, I have enclosed the resubmitted complaint. The complaint consists of a copy of my original complaint letter dated October 3, 2008 and a copy of my October 13, 2008 letter in which I provided to the Court the additional information requested by the Court in its October 8, 2008 form. Along with these, I have enclosed a self-addressed envelope and a new money order for the filing fee of $105.00.

Second, for your information and convenience, I have also enclosed copies of all previous correspondence and related documents. These include a copy of the material that was sent to me by the Court in response to my October 3, 2008 letter; copies of my receipts for the signature confirmation deliveries of my October 3 and October 13, 2008 letters; and a copy of the receipt for the original money order for $105.00 I sent with the October 13, 2008 letter. I am now having the original money order voided.

I greatly appreciate your efforts in processing my complaint. Please do not hesitate to contact me if you have any questions.

Sincerely,

*[signature]*

Robert Henke

Enclosures

New Money order



**WESTERN UNION MONEY ORDER**  INTEGRATED PAYMENT SYSTEMS, INC. - ISSUER
Englewood, Colorado

***PAY EXACTLY $105.00  09-005740849
82-40/1021
AGENT 320737 DATE 122708
TIME 1154 17
09005740849B LOCATION 001496   105 00

** PAY EXACTLY ONE HUNDRED FIVE DOLLARS AND NO CENTS *******

PAY EXACTLY
PAY TO THE ORDER OF  Circuit Court for Baltimore City
PURCHASER'S ADDRESS: 725 Cameron Woods Drive, Apex, N.C. 27523
PAYMENT FOR/ACCT. #
Robert [signature]

Western Union Money Order and Design is a service mark of Western Union Holdings, Inc./Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

⑉:102100400⑉: 400900574084980⑊

**MONEY ORDER RECEIPT - NON NEGOTIABLE**

The Holidays are coming! If you can't be there in person give a gift they'll be sure to appreciate. Cash! the perfect gift. Money Order!Money Transfer!&Bill Pay! Give the gift of Western Union.

AGT 320737 LOC 001496 DT 122708 $105.00 **1HUNDRED5DOLLARS ***
AND NO CENTS***********************************************
Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.
PURCHASE AGREEMENT: You the purchaser agree that Integrated Payment Systems Inc. (IPS) need not stop payment on, or replace, or refund a lost or stolen IPS Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Integrated Payment Systems Inc. in writing immediately, and (3) You provide IPS with this original Money Order receipt issued by Integrated Payment Systems Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

* 09005740849 *

USA FIRST-CLASS FOREVER

Robert Henke
725 Cameron Woods Drive
Apex, North Carolina 27523

Copies of all previous correspondence and related documents

# Circuit Court for Baltimore City - Civil Division
## Frank M. Conaway, Clerk
### 111 North Calvert Street, Room 462
### Baltimore, Maryland 21202
### Phone: 410-333-3722

_____

_____

_____

Case #: **24-C-** _____

The enclosed papers are being returned for the following reason(s):

_____ Filing Fee/Open Costs of $ _____ required. (Personal checks not accepted.)

_____ You must attach to your pleading or paper a certificate of service which states that you have mailed or hand-delivered a copy of your pleading or paper to all parties not in default or their attorney(s). See Md. Rule 1-321. (Form enclosed.)

_____ Sent to wrong court/Case number missing/No records found

_____ Does not comply with Md. Rule 2-401(d)(2) regarding service of discovery material.

_____ The Information Report cannot be used in place of an Answer to the Complaint.

_____ Signature required

___✓___ Other: *You must give us the name and addresses of the parties you are filing suit against so that the summons can be processed for service.*

Date mailed: __10/8/08__

_N. Bailey_

_B. Bowman_
Management Signature

**Dynamic In Situ Geotechnical Testing**
725 Cameron Woods Drive
Apex, North Carolina 27523

---

Phone: (919) 303-5801
E-Mail: hroberthenke@aol.com

October 3, 2008

Circuit Court for Baltimore City
Attention: Room 462
111 North Calvert Street
Baltimore, Maryland 21202

Subject: Defamation Complaint

Herein, I, Robert Henke, present a complaint I have against a newspaper, *The Baltimore Sun* ("*The Sun*") and a *Sun* reporter, Mr. Gadi Dechter. I am not an attorney; however, I am planning to represent myself until I obtain appropriate representation. I am following procedures described on October 2, 2008 by staff of the Circuit Court for Baltimore City. In the following sections, I first summarize my complaint. Then, I summarize the harm to my firm and me and the resulting harm to my family.

## Complaint

My complaint stems from a Sunday front page news article ("the article") published by *The Sun* on October 7, 2007. The article was entitled "A modern-day Ahab" and was written by Mr. Dechter. The article covered experiences of my small firm in bringing a new earthquake engineering technology to practice and effects of the undertaking on my family. My complaint follows.

The article appears to have been a material and well-crafted defamatory fabrication. Facts were created, facts were reshaped, and facts were omitted – on a large scale. For example, both the prominent theme of the article and compelling evidence for that theme were untrue. Evidence suggests that the untruths and misrepresentations were reckless and deliberate. I believe the defamation is the most recent of a string of injuries in a lengthy, intense, and well-shielded campaign ("the campaign") committed to driving my firm and me from our profession. I believe the campaign grew from my tenure (1985-89) as a faculty member at The Johns Hopkins University ("the University"). My tenure was marked by several controversies and I was dismissed from the University. I believe the campaign has inflicted unthinkable harm on my family, me, and my firm. I believe *The Sun*, which is close to the University, took part in the campaign and the article was intended to protect the campaign. Essentially, it appears that *The Sun* concealed the very real possibility of professional misconduct and maligned the victims. I believe *The Sun's* intent was to discourage further scrutiny of the matter; such scrutiny may have placed the University in an unfavorable light. I believe the article will do little more than further obstruct progress towards justice for my firm and me and, therefore, also for my family.

Much evidence suggests *The Sun's* lapses were intentional. For example, *The Sun* gained my family's cooperation through false pretenses; *The Sun* violated our privacy; *The Sun* carried out an insincere facts check; and *The Sun* misrepresented the origin of the article. Additionally, *The Sun* appears to have been pressured by the University.

Complaint – Circuit Court for Baltimore City
Page 2
October 3, 2008

### Damages

The article has harmed my firm's and my well-being, prospects, and standing and, so, those of my family and has obstructed our progress toward justice.

Before the article, my family, me, and my firm had already suffered immeasurable harm, evidence suggests, as a direct or indirect result of the campaign. Our ability to function as a family was greatly disrupted; we lost our home; my younger son, as a youth, experienced serious difficulties and now faces the possibility of a prison term; my older son experienced serious difficulties and we were not able to provide him the help that a family normally could; our firm – whose technology has shown great promise for contributing significantly to public safety - lies in ruins and I have been unable to progress with that technology; we suffered huge firm-related financial losses including our personal investment in our technology (roughly $1M) and patent-related losses; we were driven from our profession and have been denied the privilege of continuing to contribute to that profession; I have been blacklisted, it seems, and have been unable to secure positions for which I believe I am strongly qualified; I have no income or security; our professional, financial, and social standings have been blackened greatly; my wife and son have been subjected to immense legal indignities; we have endured great mental anguish; our health has suffered; and our relationships with our parents have been strained.

*The Sun's* article only intensified our plight. By obstructing progress towards a resolution to the matter, *The Sun* and any of its accomplices behind the article have caused my firm and me and, so, my family, to be continued to be deprived of justice. In turn, our well-being, prospects, and standing continue to deteriorate.

My request is driven by intangibles and my deep belief that the defamation is only the most recent expression of a long-standing retaliatory campaign. On the basis of the extraordinary levels of malice and recklessness to which I believe my firm and me and, so, my family have fallen victim; the duration and relentlessness of the campaign against us; and the irreversible harm to my family, my firm, and me, I am requesting a sum of $100M.

### Conclusion

I greatly appreciate your efforts in processing my complaint. As instructed, I have enclosed a check for the filing fee of $105.00 and have enclosed a self-addressed envelope. I will be sending a copy of this letter to Mr. Timothy E. Ryan; Publisher, President, and Chief Executive Officer; *The Baltimore Sun*; 501 North Calvert Street; Baltimore, Maryland; 21278. Please do not hesitate to contact me if you have any questions.

Sincerely,

Robert Henke

Cc: Mr. Timothy E. Ryan

ROBERT HENKE
725 Cameron Woods Dr
Apex, NC 27523

1233
66-21/530
BRANCH 18136

Oct 3, 2008

PAY TO THE ORDER OF  Circuit Court for Baltimore City   $ 105.00

— One hundred and five and 00/100 — DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR  Complaint fee

Circui...
Atten...
111 N...
Baltin...

⑇053000219⑇ 1010143576 176⑇ 1233

Subject: Defamation Complaint

Herein, I, Robert Henke, present a complaint I have against a newspaper, *The Baltimore Sun* ("*The Sun*") and a *Sun* reporter, Mr. Gadi Dechter. I am not an attorney; however, I am planning to represent myself until I obtain appropriate representation. I am following procedures described on October 2, 2008 by staff of the Circuit Court for Baltimore City. In the following sections, I first summarize my complaint. Then, I summarize the harm to my firm and me and the resulting harm to my family.

### Complaint

My complaint stems from a Sunday front page news article ("the article") published by *The Sun* on October 7, 2007. The article was entitled "A modern-day Ahab" and was written by Mr. Dechter. The article covered experiences of my small firm in bringing a new earthquake engineering technology to practice and effects of the undertaking on my family. My complaint follows.

The article appears to have been a material and well-crafted defamatory fabrication. Facts were created, facts were reshaped, and facts were omitted – on a large scale. For example, both the prominent theme of the article and compelling evidence for that theme were untrue. Evidence suggests that the untruths and misrepresentations were reckless and deliberate. I believe the defamation is the most recent of a string of injuries in a lengthy, intense, and well-shielded campaign ("the campaign") committed to driving my firm and me from our profession. I believe the campaign grew from my tenure (1985-89) as a faculty member at The Johns Hopkins University ("the University"). My tenure was marked by several controversies and I was dismissed from the University. I believe the campaign has inflicted unthinkable harm on my family, me, and my firm. I believe *The Sun*, which is close to the University, took part in the campaign and the article was intended to protect the campaign. Essentially, it appears that *The Sun* concealed the very real possibility of professional misconduct and maligned the victims. I believe *The Sun's* intent was to discourage further scrutiny of the matter; such scrutiny may have placed the University in an unfavorable light. I believe the article will do little more than further obstruct progress towards justice for my firm and me and, therefore, also for my family.

Much evidence suggests *The Sun's* lapses were intentional. For example, *The Sun* gained my family's cooperation through false pretenses; *The Sun* violated our privacy; *The Sun* carried out an insincere facts check; and *The Sun* misrepresented the origin of the article. Additionally, *The Sun* appears to have been pressured by the University.

Copy of receipt for original money order

**MONEY ORDER RECEIPT - NON NEGOTIABLE**

Apply for your Western Union Prepaid Visa Card and the $9.95 Activation Fee will be waived No credit check Enroll today at www.mycardplace.com/wuvisa2 Valid to: December 31, 2008

AGT 320737 LOC 001496 DT 101308 $105.00 ***1HUNDRED5DOLLARS *** AND NO CENTS************************************************

Payable to:
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.**
PURCHASE AGREEMENT: You the purchaser agree that Integrated Payment Systems Inc. (IPS) need not stop payment on, or replace, or refund a lost or stolen IPS Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Integrated Payment Systems Inc. in writing immediately, and (3) You provide IPS with this original Money Order receipt issued by Integrated Payment Systems Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

* 08954187735 *

↓ LOAD THIS DIRECTION, THIS SIDE UP     LOAD THIS DIRECTION, THIS SIDE UP →



CIRCUIT COURT FOR BALTIMORE CITY
CIVIL DIVISION
Room 462 - Courthouse East
111 N. Calvert Street
Baltimore, Md., 21201

Robert Henke
725 Cameron Woods Drive
Apex, North Carolina
27523

27523@3725 R027


**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **2301 3460 0001 8065 5686**
Status: **Delivered**

Your item was delivered at 11:33 AM on October 6, 2008 in BALTIMORE, MD 21202 to CIRCUIT CT. The item was signed for by T LANE.

( Additional Details > )    ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.    ( Go > )

---

**Track & Confirm**
Enter Label/Receipt Number.

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service Signature Confirmation Receipt**

SIGNATURE CONFIRMATION NUMBER: 2301 3460 0001 8065 5686

Postage and Signature Confirmation fees must be paid before mailing.

(Please Print Clearly)   Court

Waiver of Signature   ☐ YES   ☐ NO

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries: Access internet web site at www.usps.com or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail®
☐ Package Services

PS Form 153, July 2001   (See Reverse)



**UNITED STATES POSTAL SERVICE**

Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **2301 3460 0001 8065 5679**
Status: **Delivered**

Your item was delivered at 11:30 AM on October 17, 2008 in BALTIMORE, MD 21202 to CLERK BALT CITY CIR. The item was signed for by W ESTEP.

**Track & Confirm**

Enter Label/Receipt Number.

(Additional Details >)  (Return to USPS.com Home >)

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. (Go >)

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. (Go >)

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    10/19/2008

Resubmitted defamation complaint

**Dynamic In Situ Geotechnical Testing**
725 Cameron Woods Drive
Apex, North Carolina 27523

---

Phone: (919) 303-5801
E-Mail: hroberthenke@aol.com

October 3, 2008

Circuit Court for Baltimore City
Attention: Room 462
111 North Calvert Street
Baltimore, Maryland 21202

Subject: Defamation Complaint

Herein, I, Robert Henke, present a complaint I have against a newspaper, *The Baltimore Sun* ("*The Sun*") and a *Sun* reporter, Mr. Gadi Dechter. I am not an attorney; however, I am planning to represent myself until I obtain appropriate representation. I am following procedures described on October 2, 2008 by staff of the Circuit Court for Baltimore City. In the following sections, I first summarize my complaint. Then, I summarize the harm to my firm and me and the resulting harm to my family.

## Complaint

My complaint stems from a Sunday front page news article ("the article") published by *The Sun* on October 7, 2007. The article was entitled "A modern-day Ahab" and was written by Mr. Dechter. The article covered experiences of my small firm in bringing a new earthquake engineering technology to practice and effects of the undertaking on my family. My complaint follows.

The article appears to have been a material and well-crafted defamatory fabrication. Facts were created, facts were reshaped, and facts were omitted – on a large scale. For example, both the prominent theme of the article and compelling evidence for that theme were untrue. Evidence suggests that the untruths and misrepresentations were reckless and deliberate. I believe the defamation is the most recent of a string of injuries in a lengthy, intense, and well-shielded campaign ("the campaign") committed to driving my firm and me from our profession. I believe the campaign grew from my tenure (1985-89) as a faculty member at The Johns Hopkins University ("the University"). My tenure was marked by several controversies and I was dismissed from the University. I believe the campaign has inflicted unthinkable harm on my family, me, and my firm. I believe *The Sun*, which is close to the University, took part in the campaign and the article was intended to protect the campaign. Essentially, it appears that *The Sun* concealed the very real possibility of professional misconduct and maligned the victims. I believe *The Sun's* intent was to discourage further scrutiny of the matter; such scrutiny may have placed the University in an unfavorable light. I believe the article will do little more than further obstruct progress towards justice for my firm and me and, therefore, also for my family.

Much evidence suggests *The Sun's* lapses were intentional. For example, *The Sun* gained my family's cooperation through false pretenses; *The Sun* violated our privacy; *The Sun* carried out an insincere facts check; and *The Sun* misrepresented the origin of the article. Additionally, *The Sun* appears to have been pressured by the University.

Complaint – Circuit Court for Baltimore City
Page 2
October 3, 2008

## Damages

The article has harmed my firm's and my well-being, prospects, and standing and, so, those of my family and has obstructed our progress toward justice.

Before the article, my family, me, and my firm had already suffered immeasurable harm, evidence suggests, as a direct or indirect result of the campaign. Our ability to function as a family was greatly disrupted; we lost our home; my younger son, as a youth, experienced serious difficulties and now faces the possibility of a prison term; my older son experienced serious difficulties and we were not able to provide him the help that a family normally could; our firm – whose technology has shown great promise for contributing significantly to public safety - lies in ruins and I have been unable to progress with that technology; we suffered huge firm-related financial losses including our personal investment in our technology (roughly $1M) and patent-related losses; we were driven from our profession and have been denied the privilege of continuing to contribute to that profession; I have been blacklisted, it seems, and have been unable to secure positions for which I believe I am strongly qualified; I have no income or security; our professional, financial, and social standings have been blackened greatly; my wife and son have been subjected to immense legal indignities; we have endured great mental anguish; our health has suffered; and our relationships with our parents have been strained.

*The Sun's* article only intensified our plight. By obstructing progress towards a resolution to the matter, *The Sun* and any of its accomplices behind the article have caused my firm and me and, so, my family, to be continued to be deprived of justice. In turn, our well-being, prospects, and standing continue to deteriorate.

My request is driven by intangibles and my deep belief that the defamation is only the most recent expression of a long-standing retaliatory campaign. On the basis of the extraordinary levels of malice and recklessness to which I believe my firm and me and, so, my family have fallen victim; the duration and relentlessness of the campaign against us; and the irreversible harm to my family, my firm, and me, I am requesting a sum of $100M.

## Conclusion

I greatly appreciate your efforts in processing my complaint. As instructed, I have enclosed a check for the filing fee of $105.00 and have enclosed a self-addressed envelope. I will be sending a copy of this letter to Mr. Timothy E. Ryan; Publisher, President, and Chief Executive Officer; *The Baltimore Sun*; 501 North Calvert Street; Baltimore, Maryland; 21278. Please do not hesitate to contact me if you have any questions.

Sincerely,

Robert Henke

Cc: Mr. Timothy E. Ryan

**Dynamic In Situ Geotechnical Testing**
725 Cameron Woods Drive
Apex, North Carolina 27523

Phone: (919) 303-5801
E-Mail: hroberthenke@aol.com

October 13, 2008

Circuit Court for Baltimore City – Civil Division
Room 462 – Courthouse East
111 North Calvert Street
Baltimore, Maryland 21201

Subject: Defamation Complaint of October 3, 2008; Case # 24-C-

Dear Madam or Sir;

I am writing to provide the information requested of me in a form dated 10/8/08. The information is needed to allow you to begin processing the subject complaint.

The parties I am filing suit against are 1) *The Baltimore Sun* and 2) Mr. Gadi Dechter, *Sun* Reporter. The addresses follow:

> *The Baltimore Sun*
> Attention: Mr. Timothy E. Ryan
> Publisher, President, and Chief Executive Officer
> 501 North Calvert Street
> Baltimore, Maryland 21278
>
> Mr. Gadi Dechter
> *Sun* Reporter
> *The Baltimore Sun*
> 501 North Calvert Street
> Baltimore, Maryland 21278

Additionally, I have enclosed an official check for $105 to replace the personal check I sent for that amount along with my October 3, 2008 complaint. I have also enclosed a self addressed envelope in the event you need to contact me.

I greatly appreciate your efforts in processing my complaint. Please do not hesitate to contact me if you have any questions.

Sincerely,

*[signature]*

Robert Henke

USPS - Track & Confirm

Page 1 of 1


**UNITED STATES POSTAL SERVICE.**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **2301 3460 0001 8064 4871**
Status: **Delivered**

Your item was delivered at 11:53 AM on January 7, 2009 in BALTIMORE, MD 21202 to CIRCUIT CT . The item was signed for by W ESTEP.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

*[Signature Confirmation Receipt:]*
SIGNATURE CONFIRMATION NUMBER: 2301 3460 0001 8064 4871

Postage and Signature Confirmation fees must be paid before mailing.

(Please Print Clearly) Ckt Court of BaltiCity

Waiver of Signature ☐ YES ☐ NO

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries: Access internet web site at www.usps.com or call 1-800-222-1811

☒ Priority Mail®
☐ Package Services

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          1/8/2009