Response to Supplemental Objection: Claim No. 7106, Case No. 08-13141(KJC)
Page 34
June 27, 2012

**Exhibit H: The Circuit Court's February 4, 2009 Mailing to Claimant**

Copies of all previous correspondence and related documents

**Dynamic In Situ Geotechnical Testing**
725 Cameron Woods Drive
Apex, North Carolina 27523

Phone: (919) 303-5801
E-Mail: hroberthenke@aol.com

October 3, 2008

Circuit Court for Baltimore City
Attention: Room 462
111 North Calvert Street
Baltimore, Maryland 21202

Subject: Defamation Complaint

Herein, I, Robert Henke, present a complaint I have against a newspaper, *The Baltimore Sun* ("*The Sun*") and a *Sun* reporter, Mr. Gadi Dechter. I am not an attorney; however, I am planning to represent myself until I obtain appropriate representation. I am following procedures described on October 2, 2008 by staff of the Circuit Court for Baltimore City. In the following sections, I first summarize my complaint. Then, I summarize the harm to my firm and me and the resulting harm to my family.

## Complaint

My complaint stems from a Sunday front page news article ("the article") published by *The Sun* on October 7, 2007. The article was entitled "A modern-day Ahab" and was written by Mr. Dechter. The article covered experiences of my small firm in bringing a new earthquake engineering technology to practice and effects of the undertaking on my family. My complaint follows.

The article appears to have been a material and well-crafted defamatory fabrication. Facts were created, facts were reshaped, and facts were omitted – on a large scale. For example, both the prominent theme of the article and compelling evidence for that theme were untrue. Evidence suggests that the untruths and misrepresentations were reckless and deliberate. I believe the defamation is the most recent of a string of injuries in a lengthy, intense, and well-shielded campaign ("the campaign") committed to driving my firm and me from our profession. I believe the campaign grew from my tenure (1985-89) as a faculty member at The Johns Hopkins University ("the University"). My tenure was marked by several controversies and I was dismissed from the University. I believe the campaign has inflicted unthinkable harm on my family, me, and my firm. I believe *The Sun*, which is close to the University, took part in the campaign and the article was intended to protect the campaign. Essentially, it appears that *The Sun* concealed the very real possibility of professional misconduct and maligned the victims. I believe *The Sun's* intent was to discourage further scrutiny of the matter; such scrutiny may have placed the University in an unfavorable light. I believe the article will do little more than further obstruct progress towards justice for my firm and me and, therefore, also for my family.

Much evidence suggests *The Sun's* lapses were intentional. For example, *The Sun* gained my family's cooperation through false pretenses; *The Sun* violated our privacy; *The Sun* carried out an insincere facts check; and *The Sun* misrepresented the origin of the article. Additionally, *The Sun* appears to have been pressured by the University.

Complaint – Circuit Court for Baltimore City
Page 2
October 3, 2008

## Damages

The article has harmed my firm's and my well-being, prospects, and standing and, so, those of my family and has obstructed our progress toward justice.

Before the article, my family, me, and my firm had already suffered immeasurable harm, evidence suggests, as a direct or indirect result of the campaign. Our ability to function as a family was greatly disrupted; we lost our home; my younger son, as a youth, experienced serious difficulties and now faces the possibility of a prison term; my older son experienced serious difficulties and we were not able to provide him the help that a family normally could; our firm – whose technology has shown great promise for contributing significantly to public safety - lies in ruins and I have been unable to progress with that technology; we suffered huge firm-related financial losses including our personal investment in our technology (roughly $1M) and patent-related losses; we were driven from our profession and have been denied the privilege of continuing to contribute to that profession; I have been blacklisted, it seems, and have been unable to secure positions for which I believe I am strongly qualified; I have no income or security; our professional, financial, and social standings have been blackened greatly; my wife and son have been subjected to immense legal indignities; we have endured great mental anguish; our health has suffered; and our relationships with our parents have been strained.

*The Sun's* article only intensified our plight. By obstructing progress towards a resolution to the matter, *The Sun* and any of its accomplices behind the article have caused my firm and me and, so, my family, to be continued to be deprived of justice. In turn, our well-being, prospects, and standing continue to deteriorate.

My request is driven by intangibles and my deep belief that the defamation is only the most recent expression of a long-standing retaliatory campaign. On the basis of the extraordinary levels of malice and recklessness to which I believe my firm and me and, so, my family have fallen victim; the duration and relentlessness of the campaign against us; and the irreversible harm to my family, my firm, and me, I am requesting a sum of $100M.

## Conclusion

I greatly appreciate your efforts in processing my complaint. As instructed, I have enclosed a check for the filing fee of $105.00 and have enclosed a self-addressed envelope. I will be sending a copy of this letter to Mr. Timothy E. Ryan; Publisher, President, and Chief Executive Officer; *The Baltimore Sun*; 501 North Calvert Street; Baltimore, Maryland; 21278. Please do not hesitate to contact me if you have any questions.

Sincerely,

Robert Henke

Cc: Mr. Timothy E. Ryan

ROBERT HENKE
725 Cameron Woods Dr
Apex, NC 27523

1233

66-21/530
BRANCH 18138

PAY TO
THE ORDER OF _Circuit Court for Baltimore City_     Oct 3, 2008 DATE     $ 105.00

— One hundred and five and 00/100 —     DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR _Complaint fee_     Robert Henke     MP

⑆053000219⑆ 10101435767 6⑈ 1233

Circui
Atten
111 N
Baltin

---

Subject: Defamation Complaint

Herein, I, Robert Henke, present a complaint I have against a newspaper, *The Baltimore Sun*
("*The Sun*") and a *Sun* reporter, Mr. Gadi Dechter. I am not an attorney; however, I am planning
to represent myself until I obtain appropriate representation. I am following procedures
described on October 2, 2008 by staff of the Circuit Court for Baltimore City. In the following
sections, I first summarize my complaint. Then, I summarize the harm to my firm and me and
the resulting harm to my family.

## Complaint

My complaint stems from a Sunday front page news article ("the article") published by *The Sun*
on October 7, 2007. The article was entitled "A modem-day Ahab" and was written by Mr.
Dechter. The article covered experiences of my small firm in bringing a new earthquake
engineering technology to practice and effects of the undertaking on my family. My complaint
follows.

The article appears to have been a material and well-crafted defamatory fabrication. Facts were
created, facts were reshaped, and facts were omitted – on a large scale. For example, both the
prominent theme of the article and compelling evidence for that theme were untrue. Evidence
suggests that the untruths and misrepresentations were reckless and deliberate. I believe the
defamation is the most recent of a string of injuries in a lengthy, intense, and well-shielded
campaign ("the campaign") committed to driving my firm and me from our profession. I believe
the campaign grew from my tenure (1985-89) as a faculty member at The Johns Hopkins
University ("the University"). My tenure was marked by several controversies and I was
dismissed from the University. I believe the campaign has inflicted unthinkable harm on my
family, me, and my firm. I believe *The Sun*, which is close to the University, took part in the
campaign and the article was intended to protect the campaign. Essentially, it appears that *The
Sun* concealed the very real possibility of professional misconduct and maligned the victims. I
believe *The Sun's* intent was to discourage further scrutiny of the matter; such scrutiny may
have placed the University in an unfavorable light. I believe the article will do little more than
further obstruct progress towards justice for my firm and me and, therefore, also for my family.

Much evidence suggests *The Sun's* lapses were intentional. For example, *The Sun* gained my
family's cooperation through false pretenses; *The Sun* violated our privacy; *The Sun* carried out
an insincere facts check; and *The Sun* misrepresented the origin of the article. Additionally, *The
Sun* appears to have been pressured by the University.

Copy of receipt for original money order

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

Apply for your Western Union Prepaid Visa Card and the $9.95
Activation Fee will be waived No credit check Enroll today at
www.mycardplace.com/wuvisa2 Valid to: December 31, 2008

AGT 320737 LOC 001496 DT 101308 $105.00 ***1HUNDRED5DOLLARS ***
AND NO CENTS***************************************************

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK.
PURCHASE AGREEMENT: You the purchaser agree that Integrated Payment Systems Inc. (IPS) need not stop payment on, or
replace, or refund a lost or stolen IPS Money Order unless (1) you fill in the face of the Money Order at the time of purchase,
and (2) you report the loss or theft to Integrated Payment Systems Inc. in writing immediately, and (3) You provide IPS with this
original Money Order receipt issued by Integrated Payment Systems Inc, Englewood, Colorado. For customer service, call
1-800-999-9660.

\* 0 8 9 5 4 1 8 7 7 3 5 \*



USA FIRST-CLASS

CIRCUIT COURT FOR BALTIMORE CITY.
CIVIL DIVISION
Room 462 - Courthouse East
111 N. Calvert Street
Baltimore, Md., 21201

Robert Henke
725 Cameron Woods Drive
Apex, North Carolina
27523

27523⌐3725 FC027



**UNITED STATES POSTAL SERVICE** ®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **2301 3460 0001 8065 5686**
Status: **Delivered**

Your item was delivered at 11:33 AM on October 6, 2008 in
BALTIMORE, MD 21202 to CIRCUIT CT . The item was signed for by T
LANE.

( Additional Details > )    ( Return to USPS.com Home > )

Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    ( Go > )

### Proof of Delivery

Verify who signed for your item by email, fax, or mail.    ( Go > )

Track & Confirm

Enter Label/Receipt Number.

---

Site Map    Contact Us    Forms    Govt Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



SPS - Track & Confirm

 **UNITED STATES**
**POSTAL SERVICE** ®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **2301 3460 0001 8065 5679**
Status: **Delivered**

Your item was delivered at 11:30 AM on October 17, 2008 in
BALTIMORE, MD 21202 to CLERK BALT CITY CIR . The item was
signed for by W ESTEP.

( Additional Details > ) ( Return to USPS.com Home > )

| Track & Confirm |
|---|
| Enter Label/Receipt Number. |

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



---

**U.S. Postal Service Signature Confirmation Receipt**

Postage and Signature Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Please Print Clearly)

Ckt Court - Balt.
Live Nec #2

SIGNATURE CONFIRMATION NUMBER:

2301 3460 0001 8065 5679

Waiver of Signature ☐ YES ☐ NO

Delivered
11:30 am
Signed by
W ESTEP

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY):
☐ Priority Mail®
☐ Package Services

PS Form 153, July 2001    (See Reverse)

ROBERT HENKE                          :        IN THE

     Plaintiff                       :        CIRCUIT COURT

vs.                                   :        FOR BALTIMORE CITY

THE BALTIMORE SUN, et al.             :

     Defendant(s)                    :        Case No.    24-C-09-000340

     :    :    :    :    :    :    :    :    :

## ORDER CLARIFYING PLAINTIFF

It is this 23rd day of Plaintiff 2009 ORDERED that the Clerk is directed to list

Plaintiff as Robert Henke only.  Dynamic In Situ Geotechnical Testing is NOT a plaintiff

because  Md. Rule 2-131(a) provides that a corporation may enter its appearance only

though an attorney and Mr. Henke is not an attorney

**Judge Evelyn Omega Cannon**
Judge's signature appears on
original document

CANNON

TRUE COPY
TEST

FRANK M. CONAWAY, CLERK

CIRCUIT COURT FOR BALTIMORE CITY
Frank M. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street - Room 462
Baltimore, MD 21202-
410-333-3722 TTY for Deaf: (410)-333-4389

February 2, 2009            Case Number: 24-C-09-000340 / OT /
                            Robert Henke vs The Baltimore Sun, et al

Robert Henke
725 Cameron Woods Drive
Apex, NC 27523

FOLD HERE

CIRCUIT COURT FOR BALTIMORE CI
Clerk of the Circuit Court,
Frank M. Conaway
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD  21202

Received From:  Robert Henke
Address:  725 Cameron Woods Drive
          Apex, NC  27523

24-C-09-000340
  Clerk Fee - Civil Filing Fee - New Case   CK
  MLSC Surcharge   CK
  Sub Total

```
----MOP------------AMOUNT-

CK                      $105

--------------------------------

TOTAL TENDERED      $105.
CASH RECEIVED         $0.
CASH DUE              $0
                  -----------
CHANGE                $0.
```

Receipt #200900000868
Cashier: MST CCBCX82
01/12/09    5:40pm

CIRCUIT COURT FOR BALTIMORE CITY
Clerk of the Circuit Court,
Frank M. Conaway
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD  21202

Received From:  Robert Henke
Address:  725 Cameron Woods Drive
          Apex, NC
          27523

DUPLICATE

4-C-09-000340
Clerk Fee - Civil Filing Fee -  CK
                                      $80.00
MLSC Surcharge   CK
                                      $25.00
Sub Total
                                     $105.00

----MOP------------AMOUNT----
CK                          $105.00

--------------------------------

TOTAL TENDERED        $105.00
CASH RECEIVED           $0.00
CASH DUE                $0.00
                     -----------
CHANGE                  $0.00

Receipt #200900000868
Cashier: MST CCBCX82
1/12/09    5:40pm

CIRCUIT COURT FOR BALTIMORE CITY
Clerk of the Circuit Court,
Frank M. Conaway
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD   21202

Received From:   Robert Henke
       Address:   725 Cameron Woods Drive
                  Apex, NC   27523

24-C-09-000340
  Clerk Fee - Civil Filing Fee - New Case   CK                    $80.00
  MLSC Surcharge   CK                                             $25.00
  Sub Total                                                      $105.00


            ----MOP------------AMOUNT----

            CK                 $105.00

            --------------------------------

            TOTAL TENDERED     $105.00
            CASH RECEIVED        $0.00
            CASH DUE             $0.00
                               --------------
            CHANGE               $0.00


Receipt #200900000868
Cashier: MST CCBCX82
01/12/09    5:40pm

CIRCUIT COURT FOR BALTIMORE CITY
Frank M. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street - Room 462
Baltimore, MD 21202-
410-333-3722 TTY for Deaf: (410)-333-4389

January 15, 2009

Case Number: 24-C-09-000340 / OT /
Robert Henke vs The Baltimore Sun, et al

Robert Henke
725 Cameron Woods Drive
Apex, NC 27523

FOLD HERE

CIRCUIT COURT FOR BALTIMORE CITY
Frank M. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S

Case Number: 24-C-09-000340 OT
C I V I L

Robert Henke vs The Baltimore Sun, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: THE BALTIMORE SUN
Serve On: Timothy E Ryan Publisher,president & CEO
          501 North Calvert Street
          Baltimore, MD 21278

    You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Robert Henke
                                  725 Cameron Woods Drive
                                  Apex, NC 27523

    WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
    Maryland

    Date Issued:  01/15/09

                              Frank M. Conaway
                              Clerk of the Circuit Court, per

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

# * * * * S H E R I F F ' S   R E T U R N * * * *

Case Number: 24-C-09-000340                    Old Case Number:


Robert Henke vs The Baltimore Sun, et al


To: THE BALTIMORE SUN
Event:                                              Date/Time:

Sheriff fee:_____  By:_____

Served:_____

Time:_____  Date:_____

Unserved (Reason):_____

_____

Instructions to Private Process:

1. This summons is effective for service only if served within 60
   days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and
   the particular place and manner of service. If service is not made,
   Please state the reasons.
3. Return of served or unserved process shall be made promptly.

CIRCUIT COURT FOR BALTIMORE CITY
Frank M. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S

Case Number: 24-C-09-000340 OT
C I V I L

Robert Henke vs The Baltimore Sun, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: GADI DECHTER, Sun Reporter
The Baltimore Sun
501 N. Calvert Street
Baltimore, MD 21278


You are hereby summoned to file a written response by pleading or motion, within 30   days after service of this summons upon you, in this court, to the attached Complaint filed by:   Robert Henke
725 Cameron Woods Drive
Apex, NC 27523

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   01/15/09

Frank M. Conaway
Clerk of the Circuit Court, per _____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

# * * * * S H E R I F F ' S   R E T U R N * * * *

Case Number: 24-C-09-000340          Old Case Number:


Robert Henke vs The Baltimore Sun, et al


To: GADI DECHTER, SUN REPORTER
Event:                                          Date/Time:

Sheriff fee:_____   By:_____

Served:_____

Time:_____   Date:_____

Unserved (Reason):_____

_____


Instructions to Private Process:

1. This summons is effective for service only if served within 60
   days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and
   the particular place and manner of service. If service is not made,
   Please state the reasons.
3. Return of served or unserved process shall be made promptly.

CIRCUIT COURT FOR BALTIMORE CITY
Frank M. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389


W R I T   O F   S U M M O N S

Case Number: 24-C-09-000340 OT
C I V I L

Robert Henke vs The Baltimore Sun, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: THE BALTIMORE SUN
Serve On: Timothy E Ryan Publisher,president & CEO
        501 North Calvert Street
        Baltimore, MD 21278


    You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Robert Henke
                                  725 Cameron Woods Drive
                                  Apex, NC 27523

    WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland

    Date Issued:  01/15/09          _____
                                    Frank M. Conaway
                                    Clerk of the Circuit Court, per|_____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

**\* \* \* \* S H E R I F F ' S   R E T U R N \* \* \* \***

Case Number: 24-C-09-000340          Old Case Number:

Robert Henke vs The Baltimore Sun, et al

To: THE BALTIMORE SUN
Event:                                          Date/Time:

Sheriff fee:_____ By:_____

Served:_____

Time:_____ Date:_____

Unserved (Reason):_____

_____

Instructions to Private Process:

1. This summons is effective for service only if served within 60
   days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and
   the particular place and manner of service. If service is not made,
   Please state the reasons.
3. Return of served or unserved process shall be made promptly.

CIRCUIT COURT FOR BALTIMORE CITY
Frank M. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S

Case Number: 24-C-09-000340 OT
C I V I L

Robert Henke vs The Baltimore Sun, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: GADI DECHTER, Sun Reporter
The Baltimore Sun
501 N. Calvert Street
Baltimore, MD 21278

You are hereby summoned to file a written response by pleading or motion, within 30  days after service of this summons upon you, in this court, to the attached Complaint filed by:  Robert Henke
725 Cameron Woods Drive
Apex, NC 27523

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:  01/15/09

Frank M. Conaway
Clerk of the Circuit Court, per _____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

# * * * * S H E R I F F ' S   R E T U R N * * * *

Case Number: 24-C-09-000340          Old Case Number:

Robert Henke vs The Baltimore Sun, et al

To: GADI DECHTER, SUN REPORTER
Event:                                    Date/Time:

Sheriff fee:_____ By:_____

Served:_____

Time:_____ Date:_____

Unserved (Reason):_____

_____

Instructions to Private Process:

1. This summons is effective for service only if served within 60
   days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and
   the particular place and manner of service. If service is not made,
   Please state the reasons.
3. Return of served or unserved process shall be made promptly.

**Exhibit I: Claimant's October 2, 2008 Internet Printout on**

**Maryland Rule 2-101**

**Rule 2-101. Commencement of action.**

(a) *Generally.-* A civil action is commenced by filing a complaint with a court.

(b) *After Certain Dismissals by a United States District Court or a Court of Another State.-* Except as otherwise provided by statute, if an action is filed in a United States District Court or a court of another state within the period of limitations prescribed by Maryland law and that court enters an order of dismissal (1) for lack of jurisdiction, (2) because the court declines to exercise jurisdiction, or (3) because the action is barred by the statute of limitations required to be applied by that court, an action filed in a circuit court within 30 days after the entry of the order of dismissal shall be treated as timely filed in this State.

**Cross References.**

Code, Courts Article, § 5-115.

(c) *After Dismissal by the District Court of Maryland for Lack of Subject Matter Jurisdiction.-* If an action is filed in the District Court of Maryland within the period of limitations prescribed by Maryland law and the District Court dismisses the action for lack of subject matter jurisdiction, an action filed in a circuit court within 30 days after the entry of the order of dismissal shall be treated as timely filed in the circuit court.

[Amended, May 14, 1992, effective July 1, 1992; Nov. 12, 2003, effective Jan. 1, 2004.]

n fac Mathan in MD,

Response to Supplemental Objection: Claim No. 7106, Case No. 08-13141(KJC)
Page 36
June 27, 2012

## Exhibit J: Claimant's October 2, 2008 Inquiry to

### mdlaw.library@mdcourts.gov

**Subj:** **Questions on Filing a Lawsuit (incuding contact information)**
**Date:** 10/2/2008 11:39:59 AM Eastern Daylight Time
**From:** Hroberthenke
**To:** mdlaw.library@mdcourts.gov

I have several questions regarding the filing of a lawsuit. I wish to file a defamation lawsuit against a Maryland newspaper. However, I am not an attorney. I have been seeking to obtain representation but have not yet been successful. I understand that soon I will be facing a statute of limitations problem. So I have decided to file a lawsuit myself while continuing to seek representation. My questions follow:

How do I file a lawsuit? That is, are there any forms? And if so, where can I obtain the forms? If there are no forms, what format do I need to follow and what information do I need to provide?

To whom and where do I send the required information?

With respect to the statute of limitations, which is the critical date? The date of the postmark or the date of the arrival of the information?

Thanks greatly for your efforts. My email address is hroberthenke@aol.com and my phone number is 919-303-5801.

Sincerely,

Robert Henke

Looking for simple solutions to your real-life financial challenges? Check out WalletPop for the latest news and information, tips and calculators.

# Exhibit K: Claimant's October 2, 2008 Notes on His October 2, 2008

## Telephone Calls to the Baltimore City Court

CONFIDENTIAL

→ { must identify as
     complaint.
        ( probably )
        ( on letter )

write complaints

complaint ~~copy~~

   My side of stay.

   list charges (I asked - she said yes)


   include  self addressed.

   + who ever you send to.



do I send copy to organization ( general counsel.
stat. of limitations
address
     + to whom.

Bat. Sm -

Gn district
or ckt court,

More than
$25,000

jury trial → ckt court.

ckt court for, Balt City

look for largest law firm in Raliegh — does work
or refer.                                      in Maryland

Law library — UNC, Duke,
should have mat'l on how to Find law suit

• Information — Md rules of Court.
can get on line ,

Balt city court,
Mitchell court House
100 North Calvert Street
Baltimore, Md    21202

files

410-333-3722
chief
clerk — Mr.
Conaway,

Day they receives

111 North Calvert Street
Baltimore , Md   21202

Attention to ckt court for Balt. City.
    Rm 462          $105