IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 227** |

**STATEMENT OF FEES AND EXPENSES PAID TO ORDINARY
COURSE PROFESSIONALS FOR SERVICES RENDERED**

PLEASE TAKE NOTICE that, pursuant to the Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business entered January 15, 2009 (the "Order") (Docket No. 227), the above-captioned debtors and debtors in possession submit this Statement of Fees and Expenses Paid to Ordinary Course Professionals for Services Rendered during the period March 1, 2012 through May 31, 2012 (the "Fee Period"). Attached hereto, as Exhibit A, is a chart that lists: (a) the name of each ordinary course professional ("OCP"); (b) the aggregate amounts of compensation for services rendered and reimbursement of expenses requested by each OCP during the Fee Period; and (c) a general description of services rendered by each OCP during the Fee Period.

Dated: July 2, 2012

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

46429/0001-8658794v1

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: ___/s/_____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION