# **<u>EXHIBIT A</u>**

# **<u>EXHIBIT A</u>**

# Tribune Company

Ordinary Course Professional Fees
Three Month Summary by Firm
For the Three Months Ended May-12

Tribune Company
Ordinary Course Professional Fees
(in whole $'s)

### Three Month Summary by Firm
### May-12

| Firm | Service Provided | Invoiced Fees Mar-12 | Invoiced Fees Apr-12 | Invoiced Fees May-12 | Total | Invoiced Expenses Mar-12 | Invoiced Expenses Apr-12 | Invoiced Expenses May-12 | Quarterly Expenses | Rolling Periods | Monthly Cap | Rolling Cap | Remaining Retainer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ajalat Polley Ayoob Matarese | Tax law counsel | $ 9,100 | $ 6,988 | $ - | $ 16,088 | $ - | $ - | $ - | $ - | 3 | $ 25,000 | $ 75,000 | $ - |
| Allen Matkins Leck Gamble Mallory LLP | Real estate counsel | 3,054 | 109 | 2,780 | 5,943 | 16 | - | 16 | 16 | 3 | 10,000 | 30,000 | - |
| Bate, Peterson, Deacon, Zinn & Young LLP | Employment litigation | 25,760 | 32,290 | - | 58,050 | 2,767 | 6,657 | - | 9,423 | 3 | 48,000 | 144,000 | - |
| Bostwick & Jassy LLP | First Amendment and business law litigation counsel | 2,449 | 5,846 | - | 8,295 | - | 16 | - | 16 | 3 | 15,000 | 45,000 | - |
| Cadence Law Group LLP | Internet and technology law transactional counsel | 4,641 | 2,691 | - | 7,332 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| Ducharme, Nancy K | Tribune Media Services contract counsel (overflow customer contracts) | 6,000 | 6,000 | 7,500 | 19,500 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| FurseLaw | General practice law | - | 540 | - | 540 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| Goldberg Kohn Bell Black Rosenbloom | Intellectual property, real estate, and commercial litigation counsel to Tribune Media Services | 12,860 | - | 7,216 | 20,076 | - | - | 798 | 798 | 3 | 35,000 | 105,000 | - |
| Gray Robinson, P.A. | Patent Prosecution | 295 | 2,125 | 89 | 2,509 | 269 | 153 | 2,891 | 3,313 | 3 | 15,000 | 45,000 | - |
| Greer, Burns & Crain LTD | Patent Prosecution | 21,628 | 6,160 | - | 27,788 | - | - | - | - | 3 | 7,500 | 22,500 | - |
| Grobart Law Firm, LLC | Retail Leasing | - | - | 11,900 | 11,900 | - | - | - | - | 3 | 40,000 | 120,000 | - |
| Hinckley, Allen & Snyder | General litigation, First Amendment, and Media law counsel for Hartford Courant | 3,825 | 175 | - | 4,000 | - | - | - | - | 3 | 25,000 | 75,000 | - |
| Holland & Knight LLP | Primary patent prosecution counsel as relates to online and technical processes | 2,777 | 2,862 | 260 | 5,899 | 44 | 9 | - | 53 | 3 | 35,000 | 105,000 | - |
| Holmes Weddle & Barcott | Counsel for ForSaleByOwner | 3,856 | 839 | 1,006 | 5,700 | 49 | 195 | 1,198 | 1,442 | 3 | 30,000 | 90,000 | - |
| Horwood Marcus & Berk | Tax Counsel | 5,488 | 2,430 | 10,870 | 18,788 | 360 | - | - | 360 | 3 | 45,000 | 135,000 | - |
| Hungerford Aldrin Nichols And Carter PC | Accounting Consultant | - | 2,360 | - | 2,360 | - | - | - | - | 3 | 5,000 | 15,000 | - |
| Johnson & Bell | Litigation counsel (general, routine litigation for Chicago Tribune Company) | 935 | - | - | 935 | - | - | - | - | 3 | 25,000 | 75,000 | - |
| Kaufman & Canoles | Litigation counsel for the Daily Press (including First Amendment and general litigation) | 9,621 | 33,161 | - | 42,782 | 115 | 1,449 | - | 1,564 | 3 | 10,000 | 30,000 | - |
| Littler Mendelson | Employment litigation counsel | 1,853 | - | - | 1,853 | 2 | - | - | 2 | 3 | 5,000 | 15,000 | - |
| Mandell Menkes Llc | Intellectual Property contracts counsel (overflow) | 2,232 | 1,450 | 3,145 | 3,303 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Maria L Hampton | Collections Counsel | 326 | - | 904 | 1,230 | - | - | - | - | 3 | 25% | 25% | - |
| Mercer Health & Benefits, LLC | Health & Benefits Consultant | 5,000 | 14,000 | - | 19,000 | - | - | - | - | 3 | 48,000 | 144,000 | - |
| Miller Kaplan Arase And Co | Accounting Consultant | 5,550 | 4,895 | 1,050 | 11,495 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Morgan Lewis & Bockius | Labor, employee benefits and employment litigation counsel; Insurance counsel | 12,775 | - | - | 12,775 | 3,430 | - | - | 3,430 | 2 | 50,000 | 100,000 | - |
| Navigant Consulting | Valuation services | - | 34,253 | - | 34,253 | - | - | - | - | 3 | 45,000 | 135,000 | - |
| Offit Kurman & Alms Pa | Labor law & litigation counsel for the Baltimore Sun | 4,675 | 12,432 | 5,268 | 22,375 | - | - | - | - | 3 | 35,000 | 105,000 | - |
| Ogletree Deakins | Employment Law | - | - | 13,365 | 13,365 | - | - | - | - | 3 | 48,000 | 144,000 | - |
| Payne & Fears, LLP | Employment litigation counsel for the Los Angeles Times | 10,152 | 9,304 | - | 19,456 | 263 | 570 | - | 833 | 3 | 12,500 | 37,500 | - |
| Pepper Hamilton LLP | Litigation counsel for the Morning Call | 18,265 | - | - | 18,265 | - | - | 123 | 123 | 3 | 48,000 | 144,000 | - |
| Ram & Olson LLP | First Amendment and contract counsel | 5,757 | - | - | 5,757 | 906 | - | - | 906 | 3 | 10,000 | 30,000 | - |
| Thomas M. Tully Ltd. | Counsel for Property Tax Appeals (ad valorem taxes) | - | 80,000 | - | 80,000 | 74 | - | - | 74 | 3 | 30% | 30% | - |

Tribune Company
Ordinary Course Professional Fees
(in whole $'s)

## Three Month Summary by Firm
### May-12

| Firm | Service Provided | Invoiced Fees Mar-12 | Invoiced Fees Apr-12 | Invoiced Fees May-12 | Total | Invoiced Expenses Mar-12 | Invoiced Expenses Apr-12 | Invoiced Expenses May-12 | Quarterly Expenses | Rolling Periods | Monthly Cap | Rolling Cap | Remaining Retainer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thomas, LoCicero & Bralow Pl | Primary media law and First Amendment counsel for publishing and broadcasting operations in Florida | 10,000 | 11,590 | 10,000 | 31,590 | 8 | 133 | 768 | 909 | 2 | 50,000 | 100,000 | - |
| Thompson Coburn Fagel Haber | Patent Litigation | 3,264 | 1,479 | - | 4,743 | 7 | - | - | 7 | 3 | 35,000 | 105,000 | - |
| Volk, Phyllis | Real estate law | 8,168 | 13,680 | 12,285 | 34,133 | - | - | - | - | 3 | 20,000 | 60,000 | - |
| Welborn Sullivan Meck & Tooley | Environmental counsel for Denver operations | - | 293 | - | 293 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Young, Sommer, Ward, Ritzenberg, | Environmental counsel for Hartford, Baltimore, and New York operations | 853 | 110 | - | 963 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| Zulkie Partners LLC | Principal counsel for Tribune Company and business units on immigration law matters and filings | 6,808 | 8,698 | 10,795 | 26,300 | 395 | 304 | 422 | 1,120 | 3 | 5,000 | 15,000 | - |
| Total | | $ 207,962 | $ 296,758 | $ 98,432 | $ 603,152 | $ 8,704 | $ 9,485 | $ 6,200 | $ 24,389 | | | | - |

**Notes:**

Tribune Company professional fee payment process adheres to the criteria defined in the Bankruptcy Court's Ordinary Course Professional (OCP) order. Tribune's payment processing requirements include: (i) an affidavit to be filed, (ii) confirmed balances agree to Tribune records or be reconciled, and (iii) invoices must be approved by Tribune. We experienced an increase in eligible firms in the current period and expect increases in payments in subsequent periods as further affidavits are received and reconciled pursuant to the process described herein.

Pursuant to the OCP order, Tribune intends to pay 100% of the invoiced postpetition fees, up to the monthly cap established for each OCP, over a three-month rolling average for OCPs with a limit of less than $50,000 and over a two month rolling average for OCPs with a $50,000 monthly fee cap.

On a monthly basis, Tribune has reported its proposed OCP payments to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, as required by the OCP order. Tribune received no objections to the payments reflected herein. As firms become eligible for payment, Tribune will seek payment approval for all postpetition invoices, including those invoices received for fees incurred outside of the current monthly period and for fees incurred outside of the current rolling cap measurement period. In the event payment is requested for fees incurred outside of the current rolling period or outside of the current monthly period (which in either case may include fees in addition to fees requested and/or paid in prior invoices), Tribune factors such proposed payments into the rolling cap calculations herein.

The Rolling Cap column is intended to provide visibility to the rolling cap calculation. Firms with a percentage, instead of a whole number, in the Monthly Cap or Rolling Cap columns have been retained on a contingency fee basis and do not have a dollar amount for their rolling cap.

Any firm that exceeds its rolling cap amount may apply to the Bankruptcy Court for approval of such fees. OCP payments made pursuant to an order of the Bankruptcy Court for amounts incurred that exceeded such OCP's applicable monthly cap are not reported herein. In the event any firm exceeds or expects to exceed the applicable monthly cap on an ongoing basis, Tribune may file a supplemental request, on notice to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, to raise such cap, or may seek the retention of such firm by separate application to the Bankruptcy Court.