IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.,* | : | Case No. 08-13141 (KJC) |
| Debtors. | : | |
| | : | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                                        ) SS
NEW CASTLE COUNTY  )

    I, Pauline Z. Ratkowiak, being duly sworn according to law, depose and state that I am employed by Cole, Schotz, Meisel, Forman & Leonard, P.A., and that on July 2, 2012, I caused a copy of the **Statement of Fees and Expenses Paid to Ordinary Course Professionals for Services Rendered** to be served by First-Class Mail on the parties on the service list attached hereto:

                                                                   _____
                                                             Pauline Z. Ratkowiak, Paralegal
                                                             COLE, SCHOTZ, MEISEL,
                                                             FORMAN & LEONARD, P.A.
                                                             500 Delaware Avenue, Suite 1410
                                                             Wilmington, DE 19801
                                                             (302) 652-3131
                                                             (302) 652-3117 (fax)

SWORN TO AND SUBSCRIBED before me
this 2nd day of July, 2012

_____
NOTARY PUBLIC
RACHEL DEELY
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2012

46429/0001-8658794v1

## NOTICE PARTIES

**Via First Class Mail**
David M. Klauder, Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Stuart M. Brown, Esquire
R. Craig Martin, Esquire
Michelle E. Marino, Esquire
DLA Piper LLP (US)
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

46429/0001-8658794v1