**EXHIBIT 1**

**Tribune Thirty-Fifth Supplemental List of Ordinary Course Professionals**

| <u>Firm Name & Address</u> | <u>Services Provided</u> | <u>Estimated Monthly Cap</u> |
|---|---|---|
| Angela J. Ottomanelli-Hubbs<br>9801 Shore Road<br>Brooklyn, NY 11209 | Corporate Contracts | $25,000.00 |