# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

### May 1, 2012 through May 31, 2012

| Current Charges: | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Alan Holtz | Managing Director | 1.10 | 920.00 | 1,012.00 |
| Brad Hall | Director | 36.70 | 665.00 | 24,405.50 |
| Albert Leung | Director | 92.60 | 620.00 | 57,412.00 |
| Total Hours & Fees | | 130.40 | | 82,829.50 |
| **Total Amount Due** | | | USD | **82,829.50** |

AlixPartners may determine, from time to time, to augment its professional staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. AlixPartners did not use Independent Contractors during this Staffing Period.