# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

May 1, 2012 through May 31, 2012

| Project Code | Description | Hour | Amount |
|---|---|---|---|
| 005735.00004 | Current Financials | 46.6 | 29,517.50 |
| 005735.00007 | Employee Issues | 8.6 | 5,494.00 |
| 005735.00008 | Plan of Reorganization | 54.2 | 34,135.00 |
| 005735.00015 | UCC Meetings | 6.7 | 4,668.50 |
| 005735.00017 | Billing and Retention | 14.3 | 9,014.50 |
| **Total Fees Incurred** | | **130.4** | **82,829.50** |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/03/12 | BH | Analyze weekly financial results. | 0.90 |
| 05/03/12 | BH | Revise weekly report to Committee on weekly results. | 1.50 |
| 05/04/12 | ANL | Prepared weekly status update. | 1.20 |
| 05/07/12 | ANL | Analyzed updated 13 week cash flow forecast. | 1.50 |
| 05/07/12 | ANL | Prepared weekly status update for UCC and cash flow summary. | 1.20 |
| 05/08/12 | ANL | Prepared summary of weekly cash flow, revenue flash, and weekly status update for UCC. | 2.80 |
| 05/09/12 | ANL | Prepared weekly status update for UCC. | 2.10 |
| 05/09/12 | ANL | Analyzed March 2012 publishing and broadcasting results. | 2.50 |
| 05/09/12 | BH | Review and analyze Moelis Media Update. | 0.50 |
| 05/10/12 | BH | Analyze weekly financial results. | 1.10 |
| 05/10/12 | BH | Revise weekly report to Committee on weekly results. | 1.30 |
| 05/10/12 | ANL | Analyzed weekly flash reports and April preliminary results. | 1.90 |
| 05/11/12 | ANL | Analyzed weekly flash revenue and cash reports and April preliminary results. | 1.50 |
| 05/11/12 | BH | Participate in call hosted by Tribune advisors on monthly financial results. | 0.50 |
| 05/14/12 | ANL | Analyzed weekly revenue flash reports, pacing reports, cash flow reports and April preliminary results. | 2.70 |
| 05/14/12 | ANL | Prepared summary of April 2012 and year to date results. | 1.20 |
| 05/15/12 | ANL | Analyzed March 2012 and April 2012 Brown Books. | 2.50 |
| 05/15/12 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 05/15/12 | ANL | Analyzed April 2012 publishing results by property. | 1.30 |
| 05/16/12 | ANL | Prepared weekly status update for UCC and weekly revenue flash reports. | 1.20 |
| 05/16/12 | BH | Review and analyze weekly financial performance compared to Plan and revise report to Committee on same. | 2.40 |
| 05/21/12 | ANL | Prepared weekly status update to UCC. | 2.30 |
| 05/23/12 | BH | Analyze weekly financial results. | 1.20 |
| 05/23/12 | BH | Revise weekly report to Committee on weekly results. | 1.30 |
| 05/23/12 | BH | Review and analyze Moelis Media Update. | 0.50 |
| 05/24/12 | BH | Draft memo to Chadbourne on Crains article and Debtors reaction to assertions in the article. | 0.30 |
| 05/24/12 | ANL | Analyzed weekly revenue flash and cash flow reports. | 1.30 |
| 05/29/12 | ANL | Prepared weekly status update for UCC and weekly revenue flash reports. | 2.50 |
| 05/29/12 | ANL | Analyzed March 2012 and April 2012 Brown Books. | 1.20 |
| 05/30/12 | BH | Analyze weekly revenue results and cash reports. | 2.40 |
| | | **Total Hours** | **46.60** |

Re: Current Financial  
Client/Matter # 005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 32.70 | 620.00 | 20,274.00 |
| Brad Hall | 13.90 | 665.00 | 9,243.50 |
| **Total Hours & Fees** | **46.60** | | **29,517.50** |

Re: Employee Issues
Client/Matter # 005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/07/12 | ANL | Prepared summary of 2009 MIP excluded participants. | 1.80 |
| 05/07/12 | ANL | Analyzed 2009-2012 MIP details. | 2.20 |
| 05/07/12 | BH | Review compensation history and information on 5 employees seeking 2010 MIP payment consideration. | 1.70 |
| 05/07/12 | BH | Draft memo to Chadbourne on the 2010 MIP motion. | 0.60 |
| 05/18/12 | ANL | Prepared 2010 MIP appendix for C&P. | 1.00 |
| 05/21/12 | BH | Draft memo to Chadbourne on 2010 MIP motion related to terminated employees. | 0.70 |
| 05/21/12 | BH | Discuss 2010 MIP motion with Tribune advisors regarding previously terminated employees. | 0.60 |
| | | **Total Hours** | **8.60** |

Re: Employee Issues  
Client/Matter # 005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 5.00 | 620.00 | 3,100.00 |
| Brad Hall | 3.60 | 665.00 | 2,394.00 |
| **Total Hours & Fees** | **8.60** | | **5,494.00** |

Re: Plan of Reorganization
Client/Matter # 005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/01/12 | ANL | Analyzed Tribune fourth amended POR and supplemental disclosure statements. | 1.80 |
| 05/01/12 | ANL | Reviewed amended cure payment exhibits. | 1.70 |
| 05/02/12 | ANL | Analyzed POR supplemental documents. | 2.50 |
| 05/02/12 | BH | Review and analyze draft cure exhibits. | 1.70 |
| 05/02/12 | BH | Participate in call with Chadbourne and Sidley on cure amounts as developed by Tribune advisors. | 0.50 |
| 05/04/12 | ANL | Analyzed 4th amended POR and supplemental documents. | 3.10 |
| 05/04/12 | ANL | Analyzed global contract settlement and cure payment exhibits. | 1.80 |
| 05/08/12 | ANL | Reviewed amended plan of reorganization and disclosure statement. | 2.10 |
| 05/09/12 | ANL | Analyzed stipulation motion and exhibits for retiree claims. | 2.20 |
| 05/09/12 | BH | Review and analyze additional retiree claims submitted. | 0.60 |
| 05/10/12 | ANL | Analyzed stipulation between Debtors and Retiree claimants. | 2.10 |
| 05/10/12 | ANL | Analyzed amended plan of reorganization and exhibits. | 1.80 |
| 05/11/12 | ANL | Analyzed stipulation between Debtors and Retiree claimants. | 2.50 |
| 05/14/12 | ANL | Analyzed Retiree claim calculation details. | 2.10 |
| 05/14/12 | BH | Review Debtors motion on additional retiree claims. | 0.50 |
| 05/16/12 | ANL | Analyzed amended POR and Retiree claim calculation details. | 1.60 |
| 05/22/12 | ANL | Reviewed claim settlement motions and memo. | 2.10 |
| 05/22/12 | ANL | Reviewed amended plan and disclosure statement. | 1.50 |
| 05/22/12 | ANL | Reviewed proposed stipulations with Crown, Iron Mountain and Scarborough and related documents. | 2.30 |
| 05/22/12 | BH | Review current article in Crains on implication of reorganization on potential sale of assets and POR. | 0.50 |
| 05/23/12 | BH | Review and analyze Tribune advisors report on claims and projected payments and reserves at Plan effective date. | 2.80 |
| 05/23/12 | ANL | Reviewed Tribune claims summary presentation and supporting documents. | 3.10 |
| 05/24/12 | ANL | Reviewed preference tolling agreements. | 1.50 |
| 05/25/12 | ANL | Analyzed tolling agreement extensions and memo. | 1.80 |
| 05/29/12 | ANL | Reviewed amended POR and tolling agreement extensions. | 2.50 |
| 05/29/12 | BH | Review and analyze Debtors report on claim status estimates at emergence. | 1.90 |
| 05/31/12 | BH | Discussion with Tribune advisors on method of preparation of report on claims status and emergence estimates of payments and reserves. | 1.10 |
| 05/31/12 | BH | Review and analyze Tribune advisors report on claims status and distributable cash on effective date. | 2.20 |
| 05/31/12 | ANL | Reviewed retiree joinder and POR briefs. | 2.30 |
| | | **Total Hours** | **54.20** |

Re:                 Plan of Reorganization
Client/Matter #   005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 42.40 | 620.00 | 26,288.00 |
| Brad Hall | 11.80 | 665.00 | 7,847.00 |
| **Total Hours & Fees** | **54.20** | | **34,135.00** |

Re:             UCC Meetings
Client/Matter # 005735.00015

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/01/12 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.30 |
| 05/08/12 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.40 |
| 05/15/12 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.50 |
| 05/22/12 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.50 |
| 05/24/12 | BH | Participate in Committee meeting and provide financial report. | 1.30 |
| 05/24/12 | ANL | Participated in telephonic UCC meeting. | 1.50 |
| 05/24/12 | AH | Participate in UCC meeting (telephonically) | 1.10 |
| 05/24/12 | BH | Prepare verbal comments for presentation of financial results during the Committee meeting. | 1.10 |
| | | **Total Hours** | **6.70** |

Re:             UCC Meetings
Client/Matter # 005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.10 | 920.00 | 1,012.00 |
| Albert Leung | 1.50 | 620.00 | 930.00 |
| Brad Hall | 4.10 | 665.00 | 2,726.50 |
| **Total Hours & Fees** | **6.70** | | **4,668.50** |

Re: Billing and Retention
Client/Matter # 005735.00017

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/02/12 | ANL | Prepared response to fee examiner preliminary report for the 9th interim period. | 1.80 |
| 05/04/12 | ANL | Prepared response to fee examiner preliminary report for the 9th interim period. | 2.20 |
| 05/04/12 | BH | Revise letter to fee examiner. | 0.80 |
| 05/16/12 | BH | Review fee application. | 1.30 |
| 05/16/12 | ANL | Prepared April 2012 fee application. | 1.30 |
| 05/16/12 | ANL | Prepared response to fee examiner preliminary report for the 10th interim period. | 2.10 |
| 05/21/12 | ANL | Prepared April 2012 fee application. | 1.60 |
| 05/30/12 | ANL | Prepared April 2012 fee application. | 2.00 |
| 05/30/12 | BH | Revise fee applications. | 1.20 |
| | | **Total Hours** | **14.30** |

Re: Billing and Retention
Client/Matter # 005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 11.00 | 620.00 | 6,820.00 |
| Brad Hall | 3.30 | 665.00 | 2,194.50 |
| **Total Hours & Fees** | **14.30** | | **9,014.50** |