# EXHIBIT A

## SUMMARY OF TV GUIDE CLAIMS

46429/0001-8669694v1

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 55: EXHIBIT A – TV GUIDE CLAIMS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | TV GUIDE ONLINE, INC. C/O CHRISTOPHER J. HARNETT ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | TMS Entertainment Guides, Inc. | 06/12/2009 | 4899 | $5,699,364.00* | Claim No. 4899 states on its face that it was filed as a "protective" claim, but such claim fails to provide any legal or factual basis for liability as against Debtor TMS Entertainment Guides, Inc. ("TMS Entertainment") and TMS Entertainment disputes that any such legal or factual basis exists.<br><br>This claim is a substantive duplicate of Claim No. 3754 asserted by TV Guide Online, Inc. against Debtor Tribune Media Services, Inc. Claim No. 3754 was filed on account of pending litigation commenced by TV Guide Online, LLC and TV Guide Online Inc. against Tribune Media Services, Inc. for alleged patent infringement by Tribune Media Services, Inc. in connection with television programming listings functionality provided by Zap2It.com, a website operated by Tribune Media Services, Inc. (the "Patent Litigation"). To the extent that any liability is owed by the Debtors to TV Guide Online, Inc. on account of the Patent Litigation, which the Debtors dispute, such liability could only be asserted against Tribune Media Services, Inc. and not against TMS Entertainment or any other Debtor.<br><br>Neither the underlying Patent Litigation nor the proof of claim assert any factual or legal basis for liability on the part of TMS Entertainment. TMS Entertainment does not operate Zap2it.com. TMS Entertainment is not named in the Patent Litigation, either as a party or in any count of the complaint filed on account thereof. Accordingly, Claim No. 4899 should be expunged. TV Guide Online, Inc. will not be prejudiced by the expungement of Claim No. 4899 because it will continue to hold claim No. 3754 against Tribune Media Services, Inc., subject to all of Tribune Media Services Inc.'s rights and defenses in respect of such claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 4

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 55: EXHIBIT A – TV GUIDE CLAIMS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 2 | TV GUIDE ONLINE, INC. C/O CHRISTOPHER J. HARNETT ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | Tribune Company | 06/12/2009 | 4900 | $5,699,364.00* | Claim No. 4900 states on its face that it was filed as a "protective" claim, but such claim fails to provide any legal or factual basis for liability as against Debtor Tribune Company and Tribune Company disputes that any such legal or factual basis exists. This claim is a substantive duplicate of Claim No. 3754 asserted by TV Guide Online, Inc. against Debtor Tribune Media Services, Inc. Claim No. 3754 was filed on account of pending litigation commenced by TV Guide Online, LLC and TV Guide Online Inc. against Tribune Media Services, Inc. for alleged patent infringement by Tribune Media Services, Inc. in connection with television programming listings functionality provided by Zap2It.com, a website operated by Tribune Media Services, Inc. (the "Patent Litigation"). To the extent that any liability is owed by the Debtors to TV Guide Online, Inc. on account of the Patent Litigation, which the Debtors dispute, such liability could only be asserted against Tribune Media Services, Inc. and not against Tribune Company or any other Debtor. Neither the underlying Patent Litigation nor the proof of claim assert any factual or legal basis for liability on the part of Tribune Company. Tribune Company does not operate Zap2It.com. Tribune Company is not named in the Patent Litigation, either as a party or in any count of the complaint filed on account thereof. Accordingly, Claim No. 4900 should be expunged. TV Guide Online, Inc. will not be prejudiced by the expungement of Claim No. 4900 because it will continue to hold claim No. 3754 against Tribune Media Services, Inc., subject to all of Tribune Media Services Inc.'s rights and defenses in respect of such claim. |

\* – Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 55: EXHIBIT A – TV GUIDE CLAIMS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 3 | TV GUIDE ONLINE, LLC C/O CHRISTOPHER J. HARNETT ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | TMS Entertainment Guides, Inc. | 06/12/2009 | 4898 | $5,699,364.00* | Claim No. 4898 states on its face that it was filed as a "protective" claim, but such claim fails to provide any legal or factual basis for liability as against Debtor TMS Entertainment Guides, Inc. ("TMS Entertainment") and TMS Entertainment disputes that any such legal or factual basis exists.<br><br>This claim is a substantive duplicate of Claim No. 3755 asserted by TV Guide Online, LLC against Debtor Tribune Media Services, Inc. Claim No. 3755 was filed on account of pending litigation commenced by TV Guide Online, LLC and TV Guide Online Inc. against Tribune Media Services, Inc. for alleged patent infringement by Tribune Media Services, Inc. in connection with television programming listings functionality provided by Zap2It.com, a website operated by Tribune Media Services, Inc. (the "Patent Litigation"). To the extent that any liability is owed by the Debtors to TV Guide Online, LLC on account of the Patent Litigation, which the Debtors dispute, such liability could only be asserted against Tribune Media Services, Inc. and not against TMS Entertainment or any other Debtor.<br><br>Neither the underlying Patent Litigation nor the proof of claim assert any factual or legal basis for liability on the part of TMS Entertainment. TMS Entertainment does not operate Zap2it.com. TMS Entertainment is not named in the Patent Litigation, either as a party or in any count of the complaint filed on account thereof. Accordingly, Claim No. 4898 should be expunged. TV Guide Online, LLC will not be prejudiced by the expungement of Claim No. 4898 because it will continue to hold claim No. 3755 against Tribune Media Services, Inc., subject to all of Tribune Media Services Inc.'s rights and defenses in respect of such claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 4

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 55: EXHIBIT A – TV GUIDE CLAIMS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 4 | TV GUIDE ONLINE, LLC C/O CHRISTOPHER J. HARNETT ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | Tribune Company | 06/12/2009 | 4901 | $5,699,364.00* | Claim No. 4901 states on its face that it was filed as a "protective" claim, but such claim fails to provide any legal or factual basis for liability as against Debtor Tribune Company and Tribune Company disputes that any such legal or factual basis exists. This claim is a substantive duplicate of Claim No. 3755 asserted by TV Guide Online, LLC against Debtor Tribune Media Services, Inc. Claim No. 3755 was filed on account of pending litigation commenced by TV Guide Online, LLC and TV Guide Online Inc. against Tribune Media Services, Inc. for alleged patent infringement by Tribune Media Services, Inc. in connection with television programming listings functionality provided by Zap2It.com, a website operated by Tribune Media Services, Inc. (the "Patent Litigation"). To the extent that any liability is owed by the Debtors to TV Guide Online, LLC on account of the Patent Litigation, which the Debtors dispute, such liability could only be asserted against Tribune Media Services, Inc. and not against Tribune Company or any other Debtor. Neither the underlying Patent Litigation nor the proof of claim assert any factual or legal basis for liability on the part of Tribune Company. Tribune Company does not operate Zap2It.com. Tribune Company is not named in the Patent Litigation, either as a party or in any count of the complaint filed on account thereof.  Accordingly, Claim No. 4901 should be expunged.  TV Guide Online, LLC will not be prejudiced by the expungement of Claim No. 4901 because it will continue to hold claim No. 3755 against Tribune Media Services, Inc., subject to all of Tribune Media Services Inc.'s rights and defenses in respect of such claim. |

* – Indicates claim contains unliquidated and/or undetermined amounts