## EXHIBIT B

## CLAIM NO. 6357

46429/0001-8670294v1

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>Tribune Company Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5069<br>New York, NY 10150-5069 | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| CHICAGO TRIBUNE COMPANY | 08-13152 |

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)    0000006357

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

SAFECO INSURANCE COMPANY OF AMERICA
C/O T. Scott Leo
LEO & WEBER, PC
1 N. LaSalle St., Ste 3600
Chicago, Illinois 60602
Telephone number: 312-857-0910   Email Address: sleo@leoweber.com

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: __4442__
(If known)

Filed on 6/10/2009

Name and address where payment should be sent (if different from above)

Telephone number:   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 19,844,866.20 contingent

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.
   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ _____.

2. **Basis for Claim:** Contract Indemnity (see Statement of Claim)
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**
   $_____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

Date: 1/12/10

Signature: /s/ T. Scott Leo
T. Scott Leo, Attorney for Safeco

FOR COURT USE ONLY

FILED / RECEIVED
JAN 15 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

STATEMENT OF CLAIM OF
SAFECO INSURANCE COMPANY OF AMERICA
In re Chicago Tribune Company
Case No.: 08-13152
Amount of Claim: $ 19,844,866.20 contingent

The claim is amended solely to reflect that Safeco Insurance Company of America ("Safeco"), and not Liberty Mutual Insurance Company f/k/a Safeco Insurance Company, is the correct name of the creditor. The claim is based upon two General Agreements of Indemnity executed by Indemnitors including Debtor, Tribune Company, in favor of Safeco and dated August 14, 1986 and November 3, 1986, and is based upon common law rights of subrogation to seek reimbursement and exoneration for claims and losses from Tribune Company. Copies of both General Agreements of Indemnity are attached hereto as Exhibit "A". Safeco, as a Surety also has a common law right of indemnity, reimbursement, and exoneration from Debtor(s) arising from losses as a result of bonds issued by Safeco where Chicago Tribune Company is principal.

The claim is contingent insofar as the General Agreements of Indemnity secure Safeco from losses it incurs by reason of the issuance of surety bonds. Safeco issued on behalf of Debtor(s), and in favor of various obligees, surety bonds in the total penal sum of $19,844,866.20 contingent. Of the bonds issued, $2,016,866.20 remain active, as of June 4, 2009, with the remainder of the claim amounts relating to other bonds on which Safeco believes it may have future exposure. A list of the bonds and the amount of the bonds is attached to this statement as Exhibit "B".

Safeco continues its investigation of its bond exposure and therefore Safeco reserves the right to amend its proof of claim.

SAFECO INSURANCE COMPANY OF AMERICA

_____
By one of its attorneys

T. Scott Leo, ARDC # 03127352
Grace W. Cranley, ARDC # 6215920
LEO & WEBER, P.C.
One North LaSalle Street, Ste. 3600
Chicago, Illinois 60602
312-857-0910
312-857-1240 fax



# GENERAL AGREEMENT OF INDEMNITY



SAFECO INSURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERIC
FIRST NATIONAL INSURANCE COMPANY OF AMERICA
SAFECO NATIONAL INSURANCE COMPANY
HOME OFFICE: SAFECO PLAZA
SEATTLE, WASHINGTON 98185

Workers' Compensation Self-Insurance

THIS AGREEMENT is made by the Undersigned in favor of the SAFECO Insurance Companies for the purpose of indemnifying them from all loss and expense in connection with any Bonds of **Tribune Company; any subsidiary or affiliated company or corporation now or hereafter owned or controlled by the Tribune Company and any individual for whom the Tribune Company requests a bond to be issued in the name of** as Principal, for which any SAFECO Insurance Company now is or hereafter becomes surety.

In consideration of the execution of any such Bonds for Principal and as an inducement to such execution by Surety, the Undersigned, jointly and severally, agree as follows:

**DEFINITIONS:** Where they appear in this agreement, the following terms shall be considered as defined in this paragraph:

**Principal:** Any one, combination of, or all of the persons, firms or corporations set forth above or their successors in interest, whether alone or in joint venture with others not named herein, and any corporation which any of the undersigned shall represent in writing to be subsidiary to or controlled by or affiliated with undersigned, and any co-partnership or person upon written request of any of the undersigned.

**Bond:** Any and all bonds, undertakings or instruments of guarantee and any renewals or extensions thereof executed by Surety.

**Surety:** SAFECO Insurance Company of America, General Insurance Company of America, First National Insurance Company of America, SAFECO National Insurance Company and any person or company joining with any of them in executing any Bond, executing any Bond at its request, or providing reinsurance to it with respect to any Bond.

**INDEMNITY TO SURETY:** Undersigned agree to pay to Surety upon demand all loss and expense, including attorney fees, incurred by Surety by reason of having executed any Bond. An itemized statement of loss and expense incurred by Surety, sworn to by an officer of Surety, shall be prima facie evidence of the fact and extent of the liability of Undersigned to Surety in any claim or suit by Surety against Undersigned. Separate suits may be brought under this agreement as causes of action accrue, and the pendency or termination of any such suit shall not bar any subsequent action by Surety.

**GENERAL PROVISIONS:**

1. Assent by Surety to changes in any Bond or refusal so to assent shall not release or affect the obligations of Undersigned to Surety.
2. Surety shall have the right to decline to execute any Bond.
3. Surety shall have every right, defense or remedy which a personal surety without compensation would have, including the right of exoneration.
4. Undersigned will, on request of Surety, procure the discharge of Surety from any bond, and all liability by reason thereof.
5. Undersigned warrant that each of them is specifically and beneficially interested in the obtaining of each Bond.
6. In case the execution hereof by any of the Undersigned may be defective or invalid for any reason, such defect or invalidity shall not in any manner affect the validity of this obligation or the liability hereunder of any other of the Undersigned. Invalidity of any provision of this agreement by reason of the laws of any state or for any other reason shall not render the other provisions hereof invalid.

EXECUTED this **14th** day of **August**, 19 **86**.

Attest: *[signature]*

Attest: *[signature]*
Stanley J. Gradowski, Jr.
Corporate Secretary

Tribune Company

By *[signature]* Title: Vice-President
Scott C. Smith

By: *[signature]* Title: Treasurer
David J. Granat

EXHIBIT

S-3 R2 8/78   (over)

_____        _____
_____        _____
_____        _____
_____        _____

> IMPORTANT: Each signature affixed to this agreement must be acknowledged. If additional space for signature of indemnitors is required, use separate form S-2A. If additional acknowledgements are required, use separate form S-802 or S-803.
>
> Attach certified copy of Resolution authorizing execution of this instrument by corporation.

CORPORATE ACKNOWLEDGMENT

STATE OF __Illinois__       } ss.:
COUNTY OF __Cook__          }

On this __14th__ day of __August__, 19__86__, before me personally appeared __Scott C. Smith and David J. Granat__ _____, to me known to be the __Vice President and Treasurer respectively of__ _____

the corporation executing the above instrument, and acknowledged said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned and on oath stated that the seal affixed is the seal of said corporation and that it was affixed and that __they__ executed said instrument by order of the Board of Directors of said corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my OFFICIAL SEAL the day and year first above written.

_Joan M. Silvestri_
Joan M. Silvestri

(SEAL)    Notary Public, residing at __1231 So. 51st Ct., Cicero.__
(Commission expires __May 27, 1988__)

INDIVIDUAL ACKNOWLEDGMENT: (To Be Used by Persons Who Sign As an Individual.)

STATE OF _____        } ss.:
COUNTY OF _____       }

On this _____ day of _____ 19___, before me personally appeared _____, to me known and known to me to be the individual(s) described in and who executed the foregoing agreement and acknowledged that ___he___ executed the same for the purposes, considerations and uses therein set forth as ___h___ free and voluntary act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my OFFICIAL SEAL, the day and year first above written.

(SEAL)       Notary Public, residing at _____
             (Commission expires _____)

CERTIFICATION

The undersigned hereby certifies that he is the duly elected, qualified Secretary of Tribune Company, a Delaware corporation, and as such is the custodian of the minute book and seal of said corporation; and that the attached is a true and correct copy of a resolution adopted at a duly called meeting of the Board of Directors held on November 16, 1978 at which a quorum was present and voting.

IN WITNESS WHEREOF the undersigned has hereunto subscribed and affixed the seal of said corporation on this 14th day of August, 1986.

_____
Stanley J. Gradowski, Jr.

 

## TRIBUNE COMPANY

RESOLVED, that the performance by this Corporation and its subsidiaries of the worker's compensation obligations from time to time applicable to the Corporation, or its subsidiaries, through the use of self-insurance programs as permitted by law, be and the same is hereby approved; and

RESOLVED, that the officers of this Corporation are hereby authorized to take all actions necessary or appropriate to provide for self-insurance qualification of the Corporation or its subsidiary companies in each state in which, in the view of the officers, such self-insurance qualification is deemed appropriate; and

RESOLVED, that in furtherance of the foregoing, any 2 officers of this Corporation are hereby authorized to execute and deliver, on behalf of the Corporation, such written indemnification agreements to insurance or bonding companies as shall be necessary or appropriate to obtain surety bonds in such amounts as shall be required by state law or regulatory agencies with respect to the obtaining of worker's compensation self-insurance status in each state in which such qualification is deemed appropriate, and in such amounts as shall otherwise be acceptable to the officers of this Corporation executing such indemnification agreements; and

RESOLVED, that any 2 officers of this Corporation are hereby authorized to execute and deliver, on behalf of the Corporation, indemnification agreements with respect to payment of worker's compensation obligations of the Corporation or its subsidiary companies, as are required by applicable state law or regulatory agencies in order to obtain such self-insurance qualification of the Corporation or any of its subsidiary companies; and

RESOLVED, that the authorization granted by these resolutions with respect to worker's compensation self-insurance qualification shall be distinct and in addition to the authority granted by the resolution of this Board of Directors adopted June 1, 1978 dealing with delivery of indemnification agreements in support of surety bonds or undertakings from time to time obtained by the Corporation.

 

**GENERAL AGREEMENT OF INDEMNITY**

SAFECO INSURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE COMPANY OF AMERICA
SAFECO NATIONAL INSURANCE COMPANY
HOME OFFICE: SAFECO PLAZA
SEATTLE, WASHINGTON 98185

THIS AGREEMENT is made by the Undersigned in favor of the SAFECO Insurance Companies for the purpose of indemnifying them from all loss and expense in connection with any Bonds of __Tribune Company; any company subsidiary to the Tribune Company (whether now owned or hereafter acquired) any other entity for whom the Tribune Company requests a bond or bonds__ as Principal, for which any SAFECO Insurance Company now is or hereafter becomes surety.

In consideration of the execution of any such Bonds for Principal and as an inducement to such execution by Surety, the Undersigned, jointly and severally, agree as follows:

DEFINITIONS: Where they appear in this agreement, the following terms shall be considered as defined in this paragraph:

Principal: Any one, combination of, or all of the persons, firms or corporations set forth above or their successors in interest, whether alone or in joint venture with others not named herein, and any corporation which any of the undersigned shall represent in writing to be subsidiary to or controlled by or affiliated with undersigned, and any co-partnership or person upon written request of any of the undersigned.

Bond: Any and all bonds, undertakings or instruments of guarantee and any renewals or extensions thereof executed by Surety.

Surety: SAFECO Insurance Company of America, General Insurance Company of America, First National Insurance Company of America, SAFECO National Insurance Company and any person or company joining with any of them in executing any Bond, executing any Bond at its request, or providing reinsurance to it with respect to any Bond.

INDEMNITY TO SURETY: Undersigned agree to pay to Surety upon demand all loss and expense, including attorney fees, incurred by Surety by reason of having executed any Bond. An itemized statement of loss and expense incurred by Surety, sworn to by an officer of Surety, shall be prima facie evidence of the fact and extent of the liability of Undersigned to Surety in any claim or suit by Surety against Undersigned. Separate suits may be brought under this agreement as causes of action accrue, and the pendency or termination of any such suit shall not bar any subsequent action by Surety.

GENERAL PROVISIONS:

1. Assent by Surety to changes in any Bond or refusal so to assent shall not release or affect the obligations of Undersigned to Surety.
2. Surety shall have the right to decline to execute any Bond.
3. Surety shall have every right, defense or remedy which a personal surety without compensation would have, including the right of exoneration.
4. Undersigned will, on request of Surety, procure the discharge of Surety from any bond, and all liability by reason thereof.
5. Undersigned warrant that each of them is specifically and beneficially interested in the obtaining of each Bond.
6. In case the execution hereof by any of the Undersigned may be defective or invalid for any reason, such defect or invalidity shall not in any manner affect the validity of this obligation or the liability hereunder of any other of the Undersigned. Invalidity of any provision of this agreement by reason of the laws of any state or for any other reason shall not render the other provisions hereof invalid.

EXECUTED this __3rd__ day of __November__, 19__86__.

Attest ___Stanley Hradowsky Jr.___
         Secretary

Attest ___Stanley Hradowsky___
         Secretary

TRIBUNE COMPANY                                    Title

By ___[signature]___                               Title
   Scott C. Smith, Vice President

By ___[signature]___                               Title
   David J. Granat,                                Treasurer

S-3 R2 6/78                    (over)                    PRINTED IN USA

> **IMPORTANT:** Each signature affixed to this agreement must be acknowledged. If additional space for signature of indemnitors is required, use separate form S-2A. If additional acknowledgements are required, use separate form S-802 or S-803.
>
> Attach certified copy of Resolution authorizing execution of this instrument by corporation.

## CORPORATE ACKNOWLEDGMENT

STATE OF ____Illinois____ }
COUNTY OF ____Cook____ } ss.:

On this ____3rd____ day of ____November____, 19__86__, before me personally appeared ____Scott C. Smith and David J. Granat____, to me known to be the ~~Vice President, and Treasurer respectively of~~ the corporation executing the above instrument, and acknowledged said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned and on oath stated that the seal affixed is the seal of said corporation and that it was affixed and that ____they____ executed said instrument by order of the Board of Directors of said corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my OFFICIAL SEAL the day and year first above written.

_____ Joan M. Silvestri _____
Notary Public, residing at ____1231 South 51st Court____
____Cicero, IL 60650____
(Commission expires ____May 27, 1988____)

(SEAL)

**INDIVIDUAL ACKNOWLEDGMENT:** (To Be Used by Persons Who Sign As an Individual.)

STATE OF _____ }
COUNTY OF _____ } ss.:

On this _____ day of _____ 19____, before me personally appeared _____, to me known and known to me to be the individual(s) described in and who executed the foregoing agreement and acknowledged that ____he____ executed the same for the purposes, considerations and uses therein set forth as ____h____ free and voluntary act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my OFFICIAL SEAL, the day and year first above written.

(SEAL)

Notary Public, residing at _____
(Commission expires _____)

## CERTIFICATION

I, Stanley J. Gradowski, Jr., do hereby certify that I am the Secretary and custodian of the minute book of TRIBUNE COMPANY, a Delaware corporation; and that the attached is a true and correct copy of a resolution adopted at a duly called meeting of the Board of Directors held on February 15, 1983 at which a quorum was present and voting.

IN WITNESS WHEREOF I have hereunto subscribed my name and affixed the seal of said corporation on this 3rd day of November, 1986.

_____
Secretary

WHEREAS, Tribune Company has a financial, material and beneficial interest in all of its direct and indirect subsidiary companies (hereinafter each referred to as a "principal") and in certain contracts of said principals; and

WHEREAS, the Company's principals in the conduct of business are from time to time required to furnish a direct guaranty by Tribune Company of contracts or agreements entered into by such principals; and

WHEREAS, Tribune Company and/or the principals in the conduct of business are from time to time required to furnish surety bonds, undertakings, letters of credit or other writings obligatory in nature of third parties to various governments, persons, firms or corporations in connection with such business; and

WHEREAS, as a condition precedent to the issuance of certain surety bonds, undertakings, letters of credit or other writings obligatory on behalf of Tribune Company and/or said principals, the banks, insurance or bonding companies issuing such instruments require the written guaranty or indemnity of Tribune Company whereby Tribune Company will fully and completely guarantee the performance of the principal's obligations in connection therewith and indemnify said bank, insurance or bonding companies against any loss of whatsoever nature which they may sustain by reason of issuing any such instruments on behalf of Tribune Company or said principals;

NOW, THEREFORE, BE IT RESOLVED, that any two of the President, Executive Vice President, any Vice President, the Treasurer or any Assistant Treasurer of this Company be, and they are hereby authorized and empowered to execute on behalf of this Company and in its name (a) such direct guaranties by Tribune Company of obligations entered into by direct or indirect subsidiaries of the Company as the officers executing the same shall deem necessary or appropriate to the conduct of the businesses of such subsidiaries and the Company, and (b) such instruments as may be requested as a condition of the issuance by banks, insurance or bonding companies of their bonds, undertakings, letters of credit or obligatory writings on behalf of Tribune Company or said principals; provided that the total amount of payments due under any single guaranteed subsidiary contract or obligation referred to in (a) above or under any single third party instrument referred to in (b) above shall be not in excess of $5,000,000.



March 3, 1987

Safeco Insurance Companies
The Loop Service Office
150 North Wacker Drive, Suite 1234
Chicago, IL  60606

Re:  General Agreements of Indemnity
     Dated November 3, 1986 and August 14, 1986

Gentlemen:

Please be advised that the resolution adopted by the Board of Directors of Tribune Company on February 15, 1983 is intended to extend the indemnity of Tribune Company as provided by the General Agreement of Indemnity dated November 3, 1986, to all its subsidiaries.

Further it is the intent of said resolution to provide such indemnity on bonds, undertakings or obligatory writings up to a maximum of $5,000,000 per individual obligation and not to limit the indemnity to $5,000,000 in the aggregate.

Further, said Indemnity Agreement is intended to exclude workers' compensation self-insurance bonds, as these bonds are indemnified by the Tribune Company under a separate General Agreement of Indemnity dated August 14, 1986.

                                        Tribune Company

                                        By [signature]
                                        Vice President/General Counsel




**GENERAL AGREEMENT OF INDEMNITY**

SAFECO INSURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE COMPANY OF AMERICA
SAFECO NATIONAL INSURANCE COMPANY
HOME OFFICE: SAFECO PLAZA
SEATTLE, WASHINGTON 98185

THIS AGREEMENT is made by the Undersigned in favor of the SAFECO Insurance Companies for the purpose of indemnifying them from all loss and expense in connection with any Bonds of   Tribune Company; any company subsidiary to the

Tribune Company (whether now owned or hereafter acquired) any other entity

for whom the Tribune Company requests a bond or bonds

as Principal, for which any SAFECO Insurance Company now is or hereafter becomes surety.

In consideration of the execution of any such Bonds for Principal and as an inducement to such execution by Surety, the Undersigned, jointly and severally, agree as follows:

DEFINITIONS: Where they appear in this agreement, the following terms shall be considered as defined in this paragraph:

Principal: Any one, combination of, or all of the persons, firms or corporations set forth above or their successors in interest, whether alone or in joint venture with others not named herein, and any corporation which any of the undersigned shall represent in writing to be subsidiary to or controlled by or affiliated with undersigned, and any co-partnership or person upon written request of any of the undersigned.

Bond: Any and all bonds, undertakings or instruments of guarantee and any renewals or extensions thereof executed by Surety.

Surety: SAFECO Insurance Company of America, General Insurance Company of America, First National Insurance Company of America, SAFECO National Insurance Company and any person or company joining with any of them in executing any Bond, executing any Bond at its request, or providing reinsurance to it with respect to any Bond.

INDEMNITY TO SURETY: Undersigned agree to pay to Surety upon demand all loss and expense, including attorney fees, incurred by Surety by reason of having executed any Bond. An itemized statement of loss and expense incurred by Surety, sworn to by an officer of Surety, shall be prima facie evidence of the fact and extent of the liability of Undersigned to Surety in any claim or suit by Surety against Undersigned. Separate suits may be brought under this agreement as causes of action accrue, and the pendency or termination of any such suit shall not bar any subsequent action by Surety.

GENERAL PROVISIONS:

1. Assent by Surety to changes in any Bond or refusal so to assent shall not release or affect the obligations of Undersigned to Surety.

2. Surety shall have the right to decline to execute any Bond.

3. Surety shall have every right, defense or remedy which a personal surety without compensation would have, including the right of exoneration.

4. Undersigned will, on request of Surety, procure the discharge of Surety from any bond, and all liability by reason thereof.

5. Undersigned warrant that each of them is specifically and beneficially interested in the obtaining of each Bond.

6. In case the execution hereof by any of the Undersigned may be defective or invalid for any reason, such defect or invalidity shall not in any manner affect the validity of this obligation or the liability hereunder of any other of the Undersigned. Invalidity of any provision of this agreement by reason of the laws of any state or for any other reason shall not render the other provisions hereof invalid.

EXECUTED this   3rd   day of   November  , 19  86  .

Attest  *Stanley Gradowski Jr.*
Secretary

Attest  *Stanley Gradowski Jr.*
Secretary

TRIBUNE COMPANY                  Title

By *[signature]*                  Title
Scott C. Smith, Vice President

By *[signature]*                  Title
David J. Granat,  Treasurer

S-3 R2 6/78                    (over)                     PRINTED IN USA

_____    _____
_____    _____
_____    _____
_____    _____

> **IMPORTANT:** Each signature affixed to this agreement must be acknowledged. If additional space for signature of indemnitors is required, use separate form S-2A. If additional acknowledgements are required, use separate form S-802 or S-803.
>
> Attach certified copy of Resolution authorizing execution of this instrument by corporation.

### CORPORATE ACKNOWLEDGMENT

STATE OF __Illinois__  
COUNTY OF __Cook__   } ss.:

On this __3rd__ day of __November__, 19__86__, before me personally appeared __Scott C. Smith and David J. Granat__, to me known to be the __Vice-President, and Treasurer respectively of__ _____

the corporation executing the above instrument, and acknowledged said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned and on oath stated that the seal affixed is the seal of said corporation and that it was affixed and that __they__ executed said instrument by order of the Board of Directors of said corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my OFFICIAL SEAL the day and year first above written.

_____

(SEAL)

Notary Public, residing at __1231 South 51st Court__
__Cicero, IL 60650__
(Commission expires __May 27, 1988__)

### INDIVIDUAL ACKNOWLEDGMENT: (To Be Used by Persons Who Sign As an Individual.)

STATE OF _____  
COUNTY OF _____  } ss.:

On this _____ day of _____ 19____, before me personally appeared _____, to me known and known to me to be the individual(s) described in and who executed the foregoing agreement and acknowledged that ____ he ____ executed the same for the purposes, considerations and uses therein set forth as ____ h____ free and voluntary act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my OFFICIAL SEAL, the day and year first above written.

_____

(SEAL)

Notary Public, residing at _____
(Commission expires _____)

CERTIFICATION

I, Stanley J. Gradowski, Jr., do hereby certify that I am the Secretary and custodian of the minute book of TRIBUNE COMPANY, a Delaware corporation; and that the attached is a true and correct copy of a resolution adopted at a duly called meeting of the Board of Directors held on February 15, 1983 at which a quorum was present and voting.

IN WITNESS WHEREOF I have hereunto subscribed my name and affixed the seal of said corporation on this 3rd day of November, 1986.

_____
Secretary

WHEREAS, Tribune Company has a financial, material and beneficial interest in all of its direct and indirect subsidiary companies (hereinafter each referred to as a "principal") and in certain contracts of said principals; and

WHEREAS, the Company's principals in the conduct of business are from time to time required to furnish a direct guaranty by Tribune Company of contracts or agreements entered into by such principals; and

WHEREAS, Tribune Company and/or the principals in the conduct of business are from time to time required to furnish surety bonds, undertakings, letters of credit or other writings obligatory in nature of third parties to various governments, persons, firms or corporations in connection with such business; and

WHEREAS, as a condition precedent to the issuance of certain surety bonds, undertakings, letters of credit or other writings obligatory on behalf of Tribune Company and/or said principals, the banks, insurance or bonding companies issuing such instruments require the written guaranty or indemnity of Tribune Company whereby Tribune Company will fully and completely guarantee the performance of the principal's obligations in connection therewith and indemnify said bank, insurance or bonding companies against any loss of whatsoever nature which they may sustain by reason of issuing any such instruments on behalf of Tribune Company or said principals;

NOW, THEREFORE, BE IT RESOLVED, that any two of the President, Executive Vice President, any Vice President, the Treasurer or any Assistant Treasurer of this Company be, and they are hereby authorized and empowered to execute on behalf of this Company and in its name (a) such direct guaranties by Tribune Company of obligations entered into by direct or indirect subsidiaries of the Company as the officers executing the same shall deem necessary or appropriate to the conduct of the businesses of such subsidiaries and the Company, and (b) such instruments as may be requested as a condition of the issuance by banks, insurance or bonding companies of their bonds, undertakings, letters of credit or obligatory writings on behalf of Tribune Company or said principals; provided that the total amount of payments due under any single guaranteed subsidiary contract or obligation referred to in (a) above or under any single third party instrument referred to in (b) above shall be not in excess of $5,000,000.

| BOND NUMBER | PRINCIPAL | OBLIGEE | STATE | EFFECTIVE DATE | DESCRIPTION | SURETY |
|---|---|---|---|---|---|---|
| 5369810 | Chicago Tribune Company | | | | | SAFECO Insurance Company of America |
| 5704539 | Tribune Company | | | | | SAFECO Insurance Company of America |
| 6331758 | | | | | | SAFECO Insurance Company of America |
| 8549676 | Chicago Tribune Company | Indiana | IN | 2/18/2009 | License and/or Permit Toll | SAFECO Insurance Company of America |
| 5331627 | Newsday | Florida Self-Insurers Guaranty Association, Inc. | FL | 2/20/2009 | Financial Guarantee: | SAFECO Insurance Company of America |
| 6549625 | Tribune New York Holdings, Inc. | Illinois Dept of Transp | IL | 3/1/2009 | License and/or Permit: Official Testing Station Permit | SAFECO Insurance Company of America |
| 6215884 | Tribune Broadcasting | State of New Jersey | NJ | 6/1/2009 | Financial Guarantee: | SAFECO Insurance Company of America |
| 4277863 | Los Angeles Times Newspapers, Inc. | State of New York | NY | 4/29/2009 | Financial Guarantee: | SAFECO Insurance Company of America |
| 6320005 | Chicago Tribune Company | U.S. Customs, Dept Treasury | | 8/9/2009 | Customs & Excise Tax IRS 36-4370418 | SAFECO Insurance Company of America |
| 6549665 | Kathleen A. Conrad | South Milwaukee Common Council | WI | 6/30/2009 | License and/or Permit: | SAFECO Insurance Company of America |
| 6413193 | Tribune Broadcasting Company | State of Illinois | IL | 7/15/2005 | Notary Bond: | SAFECO Insurance Company of America |
| 6320084 | Chicago Tribune | Democratic National Convention Committee, Inc.; 2008 Democratic National Convention | CO | 7/16/2008 | Contract Award: | SAFECO Insurance Company of America |
| 5902162 | Denean Simone Betts | ITR Concession Company, LLC | IN | 7/18/2008 | Financial Guarantee: | SAFECO Insurance Company of America |
| 8283590 | Tribune Company, et al (see list) | IL Secretary of State | IL | 7/21/2005 | Notary Bond: | SAFECO Insurance Company of America |
| 5958993 | Chicago Tribune Company | New York Workers' Comp Board | NY | 8/15/2008 | Financial Guarantee: Disability Benefits | SAFECO Insurance Company of America |
| 8183202 | Chicago Tribune Company | City of Chicago | IL | 8/20/2008 | License and/or Permit: | SAFECO Insurance Company of America |
| 5704518 | The Chicago Tribune Company | City of Chicago, Dept. of Trans. | IL | 9/8/2008 | License and/or Permit: | SAFECO Insurance Company of America |
| 4151631-0731 | Sun-Sentinel Company | Broward County, Florida | FL | 9/15/2008 | Contract Award: Public Improvements | SAFECO Insurance Company of America |
| 5431785 | Times Mirror Payroll Processing Company, Inc. | Missouri | MO | 9/18/2008 | License and/or Permit: Transient Employer | SAFECO Insurance Company of America |
| 8320035 | Chicago Tribune Company | U.S. Customs, Dept Treasury | | 9/22/2008 | Customs & Excise Tax US Customs #39873-4884 | SAFECO Insurance Company of America |
| 8320088 | Barbara S. Wilson | IL Secretary of State | IL | 9/20/2005 | Notary Bond: | SAFECO Insurance Company of America |
| 6378143 | Alice Fagan | IL Secretary of State | IL | 9/29/2005 | Notary Bond: | SAFECO Insurance Company of America |
| 8495828 | Joseph A. Kirchen | Illinois Secretary of State | IL | 1/22/2006 | Notary Bond: | SAFECO Insurance Company of America |
| 8495652 | KTLA-TV | United States Council for International Business, Inc. | US | 8/3/2007 | Customs & Excise Tax | SAFECO Insurance Company of America |
| 6413178 | KTLA-TV | United States Council for International Business, Inc. | US | 9/16/2007 | Customs & Excise Tax | SAFECO Insurance Company of America |
| 6413178 | Catherine E. Dixon | Illinois Secretary of State | IL | 5/25/2008 | Notary Bond: | SAFECO Insurance Company of America |
| 8473167 | Georgia C. Read | Illinois Secretary of State | IL | 6/23/2008 | Notary Bond: | SAFECO Insurance Company of America |


EXHIBIT

| Bond Number | Principal | Penal Sum | Obligee | State | Effective Date | Description | Surety |
|---|---|---|---|---|---|---|---|
| 8413184 | Marlene J. Weis | $5,000.00 | Illinois Secretary of State | IL | 6/28/2009 | Notary Bond | SAFECO Insurance Company of America |
| 8413183 | Mary Ellen Angelucci | $5,000.00 | Illinois Secretary of State | IL | 7/21/2006 | Notary Bond | SAFECO Insurance Company of America |
| 4161631-0561 | The Times Mirror Company | $10,000.00 | City of Los Angeles | CA | 10/3/2007 | Contract Award: Excavation-Lateral Support | SAFECO Insurance Company of America |
| 8448411 | Celeste A. Rohll | $10,000.00 | Illinois Secretary of State | IL | 11/30/2006 | Notary Bond | SAFECO Insurance Company of America |
| 8448411 | Deborah L. Ketterhagen | $5,000.00 | Illinois Secretary of State | IL | 11/30/2006 | Notary Bond | SAFECO Insurance Company of America |
| 4161631-10-841 | The Times Mirror Company | $1,000.00 | California, State of | CA | 8/1/2008 | License and/or Permit: Space Use Permit | SAFECO Insurance Company of America |
| 8485602 | Juana M. Vega | $5,000.00 | Illinois Secretary of State | IL | 8/5/2007 | Notary Bond | SAFECO Insurance Company of America |
| 4161631-0584 | Baltimore Sun | $3,000.00 | Maryland | | 7/30/2008 | License and/or Permit: Information Requestor Driver/Vehicle Rec | SAFECO Insurance Company of America |
| 8446588 | Carol M. Notting | $5,000.00 | Illinois Secretary of State | IL | 8/24/2007 | Notary Bond | SAFECO Insurance Company of America |
| 8495741 | Janice Hess | $15,000.00 | State of CA | CA | 12/2/2007 | Notary Bond | SAFECO Insurance Company of America |
| 8549550 | Joyce E. Eckbled | $5,000.00 | Illinois Secretary of State | IL | 7/15/2008 | Notary Bond | SAFECO Insurance Company of America |
| 8549551 | Kenya S. Spann | $5,000.00 | Illinois Secretary of State | IL | 8/5/2008 | Notary Bond | SAFECO Insurance Company of America |
| 8549561 | LaVerne Williams | $5,000.00 | Illinois Secretary of State | IL | 7/15/2008 | Notary Bond | SAFECO Insurance Company of America |
| 8549562 | Jennifer DeMarath | $5,000.00 | Illinois Secretary of State | IL | 7/15/2008 | Notary Bond | SAFECO Insurance Company of America |
| 8549563 | Linda Badenas | $5,000.00 | Illinois Secretary of State | IL | 7/15/2008 | Notary Bond | SAFECO Insurance Company of America |
| 8549643 | Susan A. Kelly | $5,000.00 | Illinois Secretary of State | IL | 8/27/2008 | Notary Bond | SAFECO Insurance Company of America |
| 8549558 | Cara M. Leeman | $5,000.00 | Illinois Secretary of State | IL | 3/26/2009 | Notary Bond | SAFECO Insurance Company of America |
| 8604389 | Carol J. Hankner | $5,000.00 | Illinois Secretary of State | IL | 3/26/2009 | Notary Bond | SAFECO Insurance Company of America |
| 6604345 | Adrienne A. Tarrell | $5,000.00 | Illinois Secretary of State | IL | 10/24/2003 | Notary Bond | SAFECO Insurance Company of America |
| 6604345 | Dlann Phillips | $5,000.00 | Illinois Secretary of State | IL | 12/4/2008 | Notary Bond | SAFECO Insurance Company of America |
| 8604376 | Thomas W. Batchelor | $5,000.00 | Illinois Secretary of State | IL | 3/26/2009 | Notary Bond | SAFECO Insurance Company of America |
| 5293381-0000 | TRIBUNE NEWSPAPERS WEST, INC | $1,558,000.00 | STATE OF CALIF SELF INSURANCE PLANS | CA | 8/26/1988 | SELF INSURANCE | SAFECO Insurance Company of America |
| 5331690-0000 | WPIX, INC. - TRIBUNE | $25,000.00 | State of New York | NY | 8/15/1997 | SELF INSURERS - EMPLOYERS DISABILITY | SAFECO Insurance Company of America |
| 5369808-0000 | THE DAILY PRESS, INC. ATTN: JUDY BROOKS | $750,000.00 | VIRGINIA INDUSTRIAL COMMISSION | VA | 3/1/2000 | SELF INSURER'S BOND | SAFECO Insurance Company of America |
| 5855632-0000 | WPIX, INC. | $608,000.00 | NEW YORK STATE WORKERS COMPENSATION BOARD | NY | 1/1/2002 | SELF INSURER'S BOND - DISABILITY BENEFITS LAW | SAFECO Insurance Company of America |

| Bond No. | Principal Name | Bond Amount | Obligee | State of Obligor | Effective Date | Bond Type | Surety |
|---|---|---|---|---|---|---|---|
| 5431773-0000 | TRIBUNE COMPANY, CHICAGO TRIBUNE NEWSPAPER, INC. | $200,000.00 | STATE OF ILLINOIS INDUSTRIAL COMMISSION | IL | 11/20/1989 | SELF INSURER'S BOND - DISABILITY BENEFITS LAW | SAFECO Insurance Company of America |
| 6331731-0000 | WPIX, INC.=TRIBUNE | $809,000.00 | NEW YORK STATE WORKERS COMPENSATION BOARD | NY | 1/11/1997 | SELF-INSURER'S BOND - | SAFECO Insurance Company of America |
| 5865803-0001 | WPIX, INC. | $609,000.00 | NEW YORK STATE WORKERS COMPENSATION BOARD | NY | 1/1/1997 | SELF-INSURER'S BOND - DISABILITY BENEFITS LAW | SAFECO Insurance Company of America |
| 5370053-0000 | TRIBUNE COMPANY, ETAL* | $2,275,000.00 | ILLINOIS STATE INDUSTRIAL COMMISSION | IL | 10/1/1991 | SELF-INSURER'S SURETY BOND | SAFECO Insurance Company of America |
| 6331728-0000 | NEW YORK NEWS, INC | $10,512,000.00 | NEW YORK WORKER'S COMPENSATION BOARD | NY | 3/4/1992 | WORKER'S COMPENSATION - SELF INSURED | SAFECO Insurance Company of America |
| 4161531-05BB | 17-001 WM. C. BROWN COMMUNICATIONS, INC. | $200,000.00 | State of Iowa | IA | 9/1/2002 | WORKERS' COMPENSATION-SELF-INSURERS BOND | SAFECO Insurance Company of America |
| 6704873-0000 | QUEBEC & ONTARIO PAPER COMPANY LIMITED | $50,000.00 | DEPT OF U.S. TREASURY, U S CUSTOMS SERVICE | IL | 9/1/1993 | CUSTOMS BOND | SAFECO Insurance Company of America |
| 8704638-0000 | QUEBEC & ONTARIO PAPER COMPANY LIMITED | $20,000.00 | DEPT OF TREASURY, U.S. CUSTOMS SERVICE | NY | 4/21/1993 | CUSTOMS BOND | SAFECO Insurance Company of America |
| 6704527-0000 | QUEBEC & ONTARIO PAPER COMPANY LIMITED | $100,000.00 | U.S CUSTOMS SERVICE DEPT. OF THE TREASURY | IL | 12/18/1992 | CUSTOMS BOND | SAFECO Insurance Company of America |
| 5497705-0000 | QUEBEC AND ONTARIO PAPER COMPANY LTD. =TRIBUNE | $100,000.00 | DEPT. OF TREASURY, U.S. CUSTOMS SERVICE | IL | 12/19/1991 | CUSTOMS BOND | SAFECO Insurance Company of America |
| 5431785-0000 | CHICAGO=TRIBUNE COMPANY | $1,000.00 | U.S. CUSTOMS DEPT. OF TREASURY | IL | 9/22/2002 | CUSTOMS BOND | SAFECO Insurance Company of America |
| 5388812-0000 | QUEBEC & ONTARIO PAPER COMPANY, LTD.(ONTARIO CORPORATION) | $10,000.00 | DEPT. OF THE TREASURY, U.S. CUSTOMS SERVICE | NY | 4/21/1991 | INSTRUMENTS OF INTERNATIONAL TRAFFIC | SAFECO Insurance Company of America |
| 5350067-0000 | THE TRIBUNE COMPANY & WRIGHT GROUP PUBLISHING INC. (DE CORP) | $100,000.00 | DEPT. OF THE TREASURY - U. S. CUSTOMS SERVICE | IL | 4/1/2002 | CUSTOMS BOND | SAFECO Insurance Company of America |
| 5353056-0000 | ONTARIO PAPER COMPANY LTD.=TRIBUNE CO. | $50,000.00 | DEPT. OF THE TREASURY | IL | 8/15/1987 | CUSTOMS BOND | SAFECO Insurance Company of America |
| 4161531-0525 | 09-010 THE TIMES MIRROR COMPANY=279143406 | $50,000.00 | USA-BUREAU OF CUSTOMS | CA | 9/16/2002 | CUSTOMS BOND | SAFECO Insurance Company of America |

$19,844,868.20    Total Liability

