**PROPOSED ORDER**

46429/0001-8670294v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. ____ |

ORDER SUSTAINING DEBTORS' FIFTY-SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1

("SAFECO CLAIMS")

Upon consideration of the Debtors' Fifty-Sixth Omnibus (Substantive) Objection to Claims (the "Objection"), by which the Debtors[2] request entry of an order pursuant to sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

46429/0001-8670294v1

2

Rule 30017-1 (i) modifying the amount of each of the Safeco Claims to $182,000.00, (ii) providing that each of the Safeco Claims, as modified, shall be expunged as of the Effective Date of the plan of reorganization confirmed for the Debtors, subject to Safeco's right to assert a non-contingent right to payment on account of one or more of the Active Safeco Bonds that arose prior to the Effective Date, and (iii) directing the Claims Agent to modify the Safeco Claims on the Claims Register; and upon consideration of the Objection, the Rodden Declaration, and the Safeco Claims; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that each of the Safeco Claims, being Claim Nos. 6357 through 6376, are hereby modified to reduce the amount thereof from $19,844,866.20 to $182,000.00, as set forth on Exhibit A hereto; and it is further

ORDERED that upon the Effective Date of the plan of reorganization confirmed for the Debtors, the Safeco Claims, as modified, shall be expunged from the Claims Register; and it is further

ORDERED that if a non-contingent right to payment in favor of Safeco should arise between the entry of this Order and the Effective Date, pursuant to Safeco's rights under the Active Safeco Bonds, then Safeco shall be entitled to amend the applicable Safeco Claim to specify the amount due from the Debtors and the basis for such right to payment without the need for any further relief from the Court; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      August _____, 2012

                                                                                        The Honorable Kevin J. Carey
                                                                                        United States Bankruptcy Judge


# EXHIBIT A

## SUMMARY OF SAFECO CLAIMS

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 56: EXHIBIT A – SAFECO INSURANCE CLAIMS

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 1 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6357 | Chicago Tribune Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 2 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6358 | Chicago Tribune Newspapers, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 3 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6359 | Chicago Tribune Press Service, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 4 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6360 | KTLA Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 5 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6361 | Los Angeles Times Newspapers, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 56: EXHIBIT A – SAFECO INSURANCE CLAIMS

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 6 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6362 | Star Community Publishing Group, LLC | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 7 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6363 | Sun-Sentinel Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 8 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6364 | The Baltimore Sun Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 9 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6365 | The Daily Press, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 10 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6366 | Times Mirror Payroll Processing Company, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 56: EXHIBIT A – SAFECO INSURANCE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 11 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6367 | Times Mirror Services Company, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 12 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6368 | Tribune Broadcasting Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 13 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6369 | Tribune Broadcasting News Network, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 14 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6370 | Tribune Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 15 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6371 | Tribune Entertainment Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 56: EXHIBIT A – SAFECO INSURANCE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 16 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6372 | Tribune Media Net, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 17 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6373 | Tribune Media Services, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 18 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6374 | Tribune Publishing Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 19 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6375 | WGN Continental Broadcasting Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 20 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6376 | WPIX, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| | | | | TOTAL | $396,897,324.00 | TOTAL $3,640,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts