## EXHIBIT B

## May 24, 2010 Letter to NYC DOF

46429/0001-8670296V1

Michael J. Halleron
Manager,
State and Local Taxes
312/222-5727

# TRIBUNE

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611
fax: 312/222-3790
e-mail: mhalleron@tribune.com

Via Certified Mail

May 24, 2010

The City of New York
Department of Finance
Attn: Lydia Borreno
345 Adams St.
Brooklyn, New York  11201

Re:    Tribune Broadcasting Company and Affiliates
       FEIN# 36-3082569
       NYC General Corporation Tax Audit
       Years: 2005-2006

Dear Ms. Borreno,

We have reviewed the Tribune Broadcasting Company and affiliates New York City audit workpapers for tax years 2005-2006, dated 6/4/2009.

We respectfully disagree with the Real Estate Rented adjustment to the property component of the business allocation percentage for 2005 and 2006.

The auditor used the New York City Commercial Rent Tax (CRT) Returns filed by Tribune Broadcasting Company and Affiliates, and WPIX, Inc. to calculate the capitalized real estate rented. We have two separate issues with the amount calculated by the auditor.

- The auditor used "Gross Rent Paid" from the CRT returns. Gross Rent Paid included amounts which were identified on the CRT returns as Other Deductions on page 2 of the CRT returns. These amounts include electricity, cleaning services, and work orders, which should not be included as rent expense. Base Rent (which is net of Other Deductions) as reported on the CRT returns should have been used to calculate the capitalized real estate rented.  (See attached summary schedule and selected pages from CRT returns.)

- WPIX, Inc.'s Commercial Rent Tax Returns reflect rent paid for a transmitter located at the Empire State Building. This rent expense was included as tangible personal property

New York City
May 24, 2010

rent for purposes of preparing the state tax apportionment data for WPIX. Therefore, since this rent was already included in Tangible Personal Property Rented in the Business Allocation, this rent should not also be included as Real Estate Rented. (See attached selected pages from WPIX, Inc.'s CRT returns, detail of general ledger rent expense, and Schedule ST-2 State Apportionment Data.)

If you have any questions or need any additional information, you may reach me at (312) 222-5727.

Sincerely,

Michael J. Halleron

Enclosures

bcc: Diane Moukheiber

2