**EXHIBIT B**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered |

### EXHIBIT B TO NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON JULY 11, 2012 AT 10:00 A.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

1.  Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Ninth and Tenth Interim Fee Periods (Filed April 26, 2012) (Docket No. 11482)

**Fee Applications**:

A.  Cole, Schotz, Meisel, Forman & Leonard, P.A.

   1.  Ninth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from December 1, 2010 through February 28, 2011 (Filed April 15, 2011) (Docket No. 8680)

   2.  Certification of No Objection Regarding Docket No. 8680 (Filed May 10, 2011) (Docket No. 8871)

   3.  Twenty-Fourth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2010 through December 31, 2010 (Filed March 1, 2011) (Docket No. 8205)

   4.  Certification of No Objection Regarding Docket No. 8205 (Filed March 23, 2011) (Docket No. 8488)

   5.  Twenty-Fifth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2011 through January 31, 2011 (Filed March 11, 2011) (Docket No. 8346)

   6.  Certification of No Objection Regarding Docket No. 8346 (Filed April 4, 2011) (Docket No. 8549)

7.   Twenty-Sixth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2011 through February 28, 2011 (Filed April 15, 2011) (Docket No. 8679)

8.   Certification of No Objection Regarding Docket No. 8679 (Filed May 10, 2011) (Docket No. 8870)

9.   Fee Examiner's Final Report Regarding the Ninth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed April 26, 2012) (Docket No. 11475)

B.   <u>Sidley Austin LLP</u>

1.   Ninth Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2010 through February 28, 2011 (Filed September 20, 2011) (Docket No. 9797)

2.   Certification of No Objection Regarding Docket No. 9797 (Filed October 13, 2011) (Docket No. 9972)

3.   Twenty-Fourth Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2010 through December 31, 2010 (Filed March 4, 2011) (Docket No. 8278)

4.   Certification of No Objection Regarding Docket No. 8278 (Filed March 28, 2011) (Docket No. 8512)

5.   Twenty-Fifth Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of January 1, 2011 through January 31, 2011 (Filed April 26, 2011) (Docket No. 8764)

6.   Certification of No Objection Regarding Docket No. 8764 (Filed May 19, 2011) (Docket No. 8954)

7.   Twenty-Sixth Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of February 1, 2011 through February 28, 2011 (Filed April 27, 2011) (Docket No. 8774)

8.   Certification of No Objection Regarding Docket No. 8774 (Filed May 19, 2011) (Docket No. 8955)

9.   Fee Examiner's Final Report Regarding Ninth Quarterly Fee Application of Sidley Austin LLP (Filed July 2, 2012) (Docket No. 11933)

46429/0001-8664448v1

C.    Alvarez & Marsal North America

    1.    Ninth Interim Fee Application of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2010 through February 28, 2011 (Filed April 13, 2011) (Docket No. 8646)

    2.    Certification of No Objection Regarding Docket No. 8646 (Filed May 5, 2011) (Docket No. 8837)

    3.    Twenty-Fourth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2010 through December 31, 2010 (Filed February 14, 2011) (Docket No. 7946)

    4.    Certification of No Objection Regarding Docket No. 7946 (Filed March 10, 2011) (Docket No. 8340)

    5.    Twenty-Fifth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2011 through January 31, 2011 (Filed March 9, 2011) (Docket No. 8329)

    6.    Certification of No Objection Regarding Docket No. 8329 (Filed March 31, 2011) (Docket No. 8534)

    7.    Twenty-Sixth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period February 1, 2011 through February 28, 2011 (Filed April 8, 2011) (Docket No. 8605)

    8.    Certification of No Objection Regarding Docket No. 8605 (Filed May 2, 2011) (Docket No. 8816)

    9.    Fee Examiner's Final Report Regarding the Ninth Interim Fee Application of Alvarez & Marsal North America, LLC (Filed May 16, 2012) (Docket No. 11628)

D.    Campbell & Levine, LLC

    1.    First Interim Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period December 6, 2010 through February 29, 2011 (Filed July 15, 2011) (Docket No. 9477)

2.      Certification of No Objection Regarding the First Interim Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period December 6, 2010 through February 29, 2011 (Filed August 8, 2011) (Docket No. 9640)

3.      First Monthly Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period December 6, 2010 through February 29, 2011 (Filed July 15, 2011) (Docket No. 9476)

4.      No Order Required Certification of No Objection Regarding the First Monthly Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period December 6, 2010 through February 29, 2011 (Filed August 8, 2011) (Docket No. 9639)

5.      Fee Examiner's Final Report Regarding the First Interim Fee Application of Campbell & Levine, LLC (Filed December 21, 2011) (Docket No. 10497)

E.      <u>Daniel J. Edelman, Inc.</u>

1.      Eighth Quarterly Fee Application of Daniel J. Edelman, Inc. for Compensation of Services Rendered and Reimbursement of Expenses as Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession for the Period December 1, 2010 through February 28, 2011 (Filed April 14, 2011) (Docket No. 8657)

2.      Certification of No Objection Regarding Docket No. 8657 (Filed May 6, 2011) (Docket No. 8846)

3.      Twentieth Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc, Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession, for Services Rendered and Expenses Incurred for the Period January 1, 2011 through January 31, 2011 (Filed March 15, 2011) (Docket No. 8360)

4.      Certification of No Objection Regarding Docket No. 8360 (Filed April 7, 2011) (Docket No. 8598)

5.      Fee Examiner's Final Report Regarding the Eighth Quarterly Fee Application of Daniel J. Edelman, Inc. (Filed December 15, 2011) (Docket No. 10459)

F.    <u>Davis Wright Tremaine LLP</u>

1.    Second Quarterly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2010 through February 28, 2011 (Filed January 17, 2012) (Docket No. 10633)

2.    Certification of No Objection Regarding Docket No. 10633 (Filed February 9, 2012) (Docket No. 10885)

3.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2010 through December 31, 2010 (Filed September 7, 2011) (Docket No. 9760)

4.    Certification of No Objection Regarding Docket No. 9760 (Filed September 29, 2011) (Docket No. 9845)

5.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2011 through January 31, 2011 (Filed October 24, 2011) (Docket No. 10055)

6.    Certification of No Objection Regarding Docket No. 10055 (Filed November 16, 2011) (Docket No. 10241)

7.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2011 through February 28, 2011 (Filed October 24, 2011) (Docket No. 10056)

8.    Certification of No Objection Regarding Docket No. 10056 (Filed November 16, 2011) (Docket No. 10242)

9.    Fee Examiner's Final Report Regarding the Second Quarterly Fee Application of Davis Wright Tremaine LLP (Filed May 9, 2012) (Docket No. 11583)

G.    <u>Dow Lohnes PLLC</u>

1.    Seventh Interim Fee Application of Dow Lohnes PLLC, Special Regulatory Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from December 1, 2010 through February 28, 2011 (Filed April 14, 2011) (Docket No. 8656)

5

2.      Certification of No Objection Regarding Docket No. 8656 (Filed May 6, 2011) (Docket No. 8845)

3.      Nineteenth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2010 through December 31, 2010 (Filed January 21, 2011) (Docket No. 7617)

4.      Certification of No Objection Regarding Docket No. 7617 (Filed February 14, 2011) (Docket No. 7948)

5.      Twentieth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of January 1, 2011 through January 31, 2011 (Filed March 9, 2011) (Docket No. 8328)

6.      Certification of No Objection Regarding Docket No. 8328 (Filed March 31, 2011) (Docket No. 8533)

7.      Twenty-First Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of February 1, 2011 through February 28, 2011 (Filed March 24, 2011) (Docket No. 8493)

8.      Certification of No Objection Regarding Docket No. 8493 (Filed April 15, 2011) (Docket No. 8678)

9.      Fee Examiner's Final Report Regarding the Seventh Interim Fee Application of Dow Lohnes PLLC (Filed April 27, 2012) (Docket No. 11501)

H.      Ernst & Young LLP

1.      Seventh Quarterly Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax and Accounting Services for the Debtors and Debtors in Possession for the Period from December 1, 2010 through February 28, 2011 (Filed May 2, 2011) (Docket No. 8813)

2.      Certification of No Objection Regarding Docket No. 8813 (Filed May 25, 2011) (Docket No. 8990)

46429/0001-8664448v1

3.   Nineteenth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from December 1, 2010 through December 31, 2010 (Filed March 18, 2011) (Docket No. 8436)

4.   Certification of No Objection Regarding Docket No. 8436 (Filed April 11, 2011) (Docket No. 8621)

5.   Twentieth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from January 1, 2011 through January 31, 2011 (Filed March 22, 2011) (Docket No. 8475)

6.   Certification of No Objection Regarding Docket No. 8475 (Filed April 15, 2011) (Docket No. 8676)

7.   Twenty-First Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax and Accounting Services for the Debtors and Debtors in Possession for the Period from February 1, 2011 through February 28, 2011 (Filed April 29, 2011) (Docket No. 8803)

8.   Certification of No Objection Regarding Docket No. 8803 (Filed May 23, 2011) (Docket No. 8980)

9.   Fee Examiner's Final Report Regarding the Seventh Quarterly Fee Application of Ernst & Young LLP (Filed April 27, 2012) (Docket No. 11499)

I.   Jenner & Block LLP

1.   Ninth Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2010 through February 28, 2011 (Filed April 7, 2011) (Docket No. 8601)

2.   Certification of No Objection Regarding Docket No. 8601 (Filed April 29, 2011) (Docket No. 8806)

3.   Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2010 through December 31, 2010 (Filed March 24, 2011) (Docket No. 8492)

4.      Certification of No Objection Regarding Docket No. 8492 (Filed April 15, 2011) (Docket No. 8677)

5.      Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2011 through February 28, 2011 (Filed April 5, 2011) (Docket No. 8578)

6.      Certification of No Objection Regarding Docket No. 8578 (Filed April 27, 2011) (Docket No. 8775)

7.      Fee Examiner's Final Report Regarding the Ninth Quarterly Application of Jenner & Block LLP (Filed April 27, 2012) (Docket No. 11486)

J.      Jones Day (Special Counsel for Certain Litigation Matters - Antitrust)

1.      Sixth Interim Fee Application of Jones Day for Allowance of Compensation and Reimbursement of Expenses in Connection with Antitrust Related Matters for the Period from November 1, 2010 through February 28, 2011 (Filed April 14, 2011) (Docket No. 8660)

2.      Certification of No Objection Regarding Docket No. 8660 (Filed May 6, 2011) (Docket No. 8848)

3.      Eighth Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for the Period from November 1, 2010 through January 31, 2011 (Filed March 18, 2011) (Docket No. 8431)

4.      Certification of No Objection Regarding Docket No. 8431 (Filed April 11, 2011) (Docket No. 8619)

5.      Ninth Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for the Period from February 1, 2011 through February 28, 2011 (Filed April 13, 2011) (Docket No. 8649)

6.      Certification of No Objection Regarding Docket No. 8649 (Filed May 5, 2011) (Docket No. 8840)

7.      Fee Examiner's Final Report Regarding the Sixth Interim Fee Application of Jones Day (Filed May 8, 2012) (Docket No. 11574)

K.      Jones Day (Counsel for Special Committee of Board of Directors of Tribune Company)

1.      Second Interim Fee Application of Jones Day for Allowance of Compensation and Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from December 1, 2010 through February 28, 2011 (Filed April 14, 2011) (Docket No. 8659)

2.      Certification of No Objection Regarding Docket No. 8659 (Filed May 6, 2011) (Docket No. 8847)

3.      Fourth Monthly Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from December 1, 2010 through December 31, 2010 (Filed February 1, 2011) (Docket No. 7719)

4.      Certification of No Objection Regarding Docket No. 7719 (Filed February 24, 2011) (Docket No. 8134)

5.      Fifth Monthly Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from January 1, 2011 through January 31, 2011 (Filed March 4, 2011) (Docket No. 8276)

6.      Certification of No Objection Regarding Docket No. 8276 (Filed March 28, 2011) (Docket No. 8511)

7.      Sixth Monthly Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from February 1, 2011 through February 28, 2011 (April 12, 2011) (Docket No. 8633)

8.      Certification of No Objection Regarding Docket No. 8633 (Filed May 5, 2011) (Docket No. 8836)

9.      Fee Examiner's Final Report Regarding the Second Interim Fee Application of Jones Day for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company (Filed May 10, 2012) (Docket No. 11596)

L.      Lazard Freres & Co. LLC

1.      Ninth Interim Fee Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2010 through February 28, 2011 (Filed April 14, 2011) (Docket No. 8618)

2.      Certification of No Objection Regarding Docket No. 8618 (Filed May 4, 2011) (Docket No. 8822)

46429/0001-8664448v1

3.      Twenty-Fourth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2010 through December 31, 2010 (Filed February 9, 2011) (Docket No. 7872)

4.      Certification of No Objection Regarding Docket No. 7872 (Filed March 3, 2011) (Docket No. 8258)

5.      Twenty-Fifth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2011 through January 31, 2011 (Filed April 7, 2011) (Docket No. 8599)

6.      Certification of No Objection Regarding Docket No. 8599 (Filed April 29, 2011) (Docket No. 8804)

7.      Twenty-Sixth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2011 through February 28, 2011 (Filed April 7, 2011) (Docket No. 8600)

8.      Certification of No Objection Regarding Docket No. 8600 (Filed April 29, 2011) (Docket No. 8805)

9.      Fee Examiner's Final Report Regarding the Ninth Interim Fee Application of Lazard Freres & Co. LLC (Filed April 30, 2012) (Docket No. 11504)

M.      <u>Levine Sullivan Koch & Schulz, L.L.P.</u>

1.      Third Quarterly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of December 1, 2010 through February 28, 2011 (Filed April 12, 2011) (Docket No. 8634)

2.      Certification of No Objection Regarding Docket No. 8634 (Filed May 4, 2011) (Docket No. 8826)

3.      Fifth Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of December 1, 2010 through December 31, 2010 (Filed January 31, 2011) (Docket No. 7689)

4.      Certification of No Objection Regarding Docket No. 7689 (Filed February 25, 2011) (Docket No. 8161)

5.    Sixth Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of January 1, 2011 through January 31, 2011 (Filed March 3, 2011) (Docket No. 8252)

6.    Certification of No Objection Regarding Docket No. 8252 (Filed March 25, 2011) (Docket No. 8498)

7.    Seventh Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of February 1, 2011 through February 28, 2011 (Filed April 6, 2011) (Docket No. 8588)

8.    Certification of No Objection Regarding Docket No. 8588 (Filed April 29, 2011) (Docket No. 8791)

9.    Fee Examiner's Final Report Regarding the Third Quarterly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. (Filed April 27, 2012) (Docket No. 11500)

N.    McDermott Will & Emery

1.    Ninth Quarterly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2010 through February 28, 2011 (Filed June 20, 2011) (Docket No. 9285)

2.    Certification of No Objection Regarding Docket No. 9285 (Filed July 13, 2011) (Docket No. 9454)

3.    Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2010 through December 31, 2010 (Filed February 25, 2011) (Docket No. 8162)

4.    Certification of No Objection Regarding Docket No. 8162 (Filed March 22, 2011) (Docket No. 8476)

5.    Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2011 through January 31, 2011 (Filed June 9, 2011) (Docket No. 9211)

6.    Certification of No Objection Regarding Docket No. 9211 (Filed July 1, 2011) (Docket No. 9405)

7.    Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2011 through February 28, 2011 (Filed June 9, 2011) (Docket No. 9212)

8.    Certification of No Objection Regarding Docket No. 9212 (Filed July 1, 2011) (Docket No. 9406)

9.    Fee Examiner's Final Report Regarding the Ninth Quarterly Fee Application of McDermott Will & Emery LLP (Filed June 26, 2012) (Docket No. 11897)

O.    <u>Mercer (US) Inc.</u>

1.    Ninth Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of December 1, 2010 through February 28, 2011 (Filed April 15, 2011) (Docket No. 8671)

2.    Certificate of No Objection Regarding the Ninth Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period from December 1, 2010 through February 28, 2011 [Docket No. 8671] (Filed May 10, 2011) (Docket No. 8879)

3.    Twenty-Fourth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from December 1, 2010 through December 31, 2010 (Filed April 15, 2011) (Docket No. 8668)

4.    Certificate of No Objection Regarding the Twenty-Fourth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from December 1, 2010 through December 31, 2010 [Docket No. 8668] (Filed May 10, 2011) (Docket No. 8876)

5.    Twenty-Fifth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from January 1, 2011 through January 31, 2011 (Filed April 15, 2011) (Docket No. 8669)

6.  Certificate of No Objection Regarding the Twenty-Fifth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from January 1, 2011 through January 31, 2011 [Docket No. 8669] (Filed May 10, 2011) (Docket No. 8877)

7.  Twenty-Sixth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from February 1, 2011 through February 28, 2011 (Filed April 15, 2011) (Docket No. 8670)

8.  Certificate of No Objection Regarding the Twenty-Sixth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from February 1, 2011 through February 28, 2011 [Docket No. 8670] (Filed May 10, 2011) (Docket No. 8878)

9.  Fee Examiner's Final Report Regarding the Ninth Quarterly Application of Mercer (US) Inc. (Filed June 26, 2012) (Docket No. 11899)

P.  <u>Novack and Macey LLP</u>

1.  Second Interim Fee Application of Novack and Macey LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2010 through February 28, 2011 (Filed April 15, 2011) (Docket No. 8675)

2.  Certification of No Objection Regarding Docket No. 8675 (Filed May 10, 2011) (Docket No. 8869)

3.  First Monthly Fee Application of Novack and Macey LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2010 through December 31, 2010 (Filed February 18, 2011) (Docket No. 8067)

4.  Certification of No Objection Regarding Docket No. 8067 (Filed March 15, 2011) (Docket No. 8369)

5.  Second Monthly Fee Application of Novack and Macey LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from January 1, 2011 through January 31, 2011 (Filed April 12, 2011) (Docket No. 8631)

6.    Certification of No Objection Regarding Docket No. 8631 (Filed May 4, 2011) (Docket No. 8824)

7.    Third Monthly Fee Application of Novack and Macey LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from February 1, 2011 through February 28, 2011 (Filed April 12, 2011) (Docket No. 8632)

8.    Certification of No Objection Regarding Docket No. 8632 (Filed May 4, 2011) (Docket No. 8825)

9.    Fee Examiner's Final Report Regarding the Second Interim Fee Application of Novack and Macey LLP (Filed May 7, 2012) (Docket No. 11547)

Q.    Paul Hastings LLP

1.    Notice of Ninth Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP for the Period December 1, 2010 through February 28, 2011 (Filed April 14, 2011) (Docket No. 8658)

2.    Certification of No Objection Regarding Docket No. 8658 (Filed May 10, 2011) (Docket No. 8868)

3.    Eighteenth Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Combined Period from December 1, 2010 through February 28, 2011 (Filed April 14, 2011) (Docket No. 8654)

4.    Certification of No Objection Regarding Docket No. 8654 (Filed May 6, 2011) (Docket No. 8844)

5.    Fee Examiner's Final Report Regarding the Ninth Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP (Filed September 26, 2011) (Docket No. 9817)

R.    PricewaterhouseCoopers LLP

1.    Ninth Interim Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period December 1, 2010 through February 28, 2011 (Filed April 13, 2011) (Docket No. 8648)

2.    Certification of No Objection Regarding Docket No. 8648 (Filed May 5, 2011) (Docket No. 8839)

3.     Twenty-Second Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period December 1, 2010 through December 31, 2010 (Filed January 31, 2011) (Docket No. 7700)

4.     Certification of No Objection Regarding Docket No. 7700 (Filed February 28, 2011) (Docket No. 8190)

5.     Twenty-Third Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period January 1, 2011 through February 28, 2011 (Filed April 13, 2011) (Docket No. 8647)

6.     Certification of No Objection Regarding Docket No. 8647 (Filed May 5, 2011) (Docket No. 8838)

7.     Fee Examiner's Final Report Regarding the Ninth Interim Fee Application of PricewaterhouseCoopers LLP (Filed April 27, 2012) (Docket No. 11488)

S.     <u>Reed Smith LLP</u>

1.     Ninth Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period December 1, 2010 through February 28, 2011 (Filed May 25, 2011) (Docket No. 8986)

2.     Certificate of No Objection to Ninth Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period December 1, 2010 through February 28, 2011 (Filed July 20, 2011) (Docket No. 9498)

3.     Twenty-Third Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period December 1, 2010 through December 31, 2010 (Filed February 8, 2011) (Docket No. 7857)

4.     No Order Required Certificate of No Objection to Twenty-Third Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period December 1, 2010 through December 31, 2010 (Filed March 10, 2011) (Docket No. 8336)

5. Twenty-Fourth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period January 1, 2011 through January 31, 2011 (Filed March 10, 2011) (Docket No. 8337)

6. No Order Required Certificate of No Objection to Twenty-Fourth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period January 1, 2011 through January 31, 2011 (Filed May 17, 2011) (Docket No. 8921)

7. Twenty-Fifth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period February 1, 2011 through February 28, 2011 (Filed May 17, 2011) (Docket No. 8923)

8. No Order Required Certificate of No Objection to Twenty-Fifth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period February 1, 2011 through February 28, 2011 (Filed June 15, 2011) (Docket No. 9249)

9. Fee Examiner's Final Report Regarding the Ninth Interim Fee Application of Reed Smith LLP (Filed June 27, 2012) (Docket No. 11903)

T.   Seyfarth Shaw LLP

1. Sixth Quarterly Fee Application of Seyfarth Shaw LLP for Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2010 through February 28, 2011 (Filed April 18, 2011) (Docket No. 8692)

2. Certification of No Objection Regarding Docket No. 8692 (Filed May 11, 2011) (Docket No. 8886)

3. Fifteenth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2010 through December 31, 2010 (Filed February 10, 2011) (Docket No. 7896)

4. Certification of No Objection Regarding Docket No. 7896 (Filed March 7, 2011) (Docket No. 8291)

5.    Sixteenth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of January 1, 2011 through January 31, 2011 (Filed March 18, 2011) (Docket No. 8435)

6.    Certification of No Objection Regarding Docket No. 8435 (Filed April 11, 2011) (Docket No. 8620)

7.    Seventeenth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of February 1, 2011 through February 28, 2011(Filed April 6, 2011) (Docket No. 8589)

8.    Certification of No Objection Regarding Docket No. 8589 (Filed April 29, 2011) (Docket No. 8792)

9.    Fee Examiner's Final Report Regarding the Sixth Quarterly Fee Application of Seyfarth Shaw LLP (Filed June 11, 2012) (Docket No. 11788)

U.    <u>Sitrick And Company Inc.</u>

1.    Second Interim Fee Application of Sitrick and Company for Compensation for Services Rendered as Corporate Communications Consultants to Debtors and Debtors-in-Possession for the Period from December 1, 2010 through February 28, 2011 (Filed October 18, 2011) (Docket No. 10011)

2.    Certification of No Objection Regarding Docket No. 10011 (Filed November 9, 2011) (Docket No. 10185)

3.    Third Monthly Application of Sitrick and Company for Compensation for Services Rendered as Corporate Communications Consultants to Debtors and Debtors in Possession for the Period from February 1, 2011 through February 28, 2011 (Filed June 28, 2011) (Docket No. 9373)

4.    Certification of No Objection Regarding Docket No. 9373 (Filed July 20, 2011) (Docket No. 9506)

5.    Fee Examiner's Final Report Regarding the Second Interim Fee Application of Sitrick and Company (Filed June 1, 2012) (Docket No. 11735)

V.    Stuart Maue

    1.    Eighth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2010 through February 28, 2011 (Filed April 11, 2011) (Docket No. 8613)

    2.    Certification of No Objection Regarding the Eighth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period of December 1, 2010 through February 28, 2011 (Filed June 24, 2011) (Docket No. 9352)

    3.    Twenty-First Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2010 through December 31, 2010 (Filed February 3, 2011) (Docket No. 7747)

    4.    Certificate of No Objection Regarding the Twenty-First Monthly Application of Stuart Maue (Regarding Docket No. 7747) (Filed February 24, 2011) (Docket No. 8119)

    5.    Twenty-Second Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2011 through January 31, 2011 (Filed February 25, 2011) (Docket No. 8144)

    6.    Certificate of No Objection Regarding the Twenty-Second Monthly Application of Stuart Maue (Regarding Docket No. 8144) (Filed March 21, 2011) (Docket No. 8465)

    7.    Twenty-Third Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2011 through February 28, 2011 (Filed March 25, 2011) (Docket No. 8501)

    8.    Certificate of No Objection Regarding the Twenty-Third Monthly Application of Stuart Maue (Regarding Docket No. 8501) (Filed April 15, 2011) (Docket No. 8667)

W.    Chadbourne & Parke LLP

    1.    Ninth Interim Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2010 through February 28, 2011 (Filed April 15, 2011) (Docket No. 8673)

2.   Twenty-Fourth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2010 through December 31, 2010 (Filed January 28, 2011) (Docket No. 7654)

3.   Certificate of No Objection to Application Re: Docket No. 7654 (Filed February 22, 2011) (Docket No. 8084)

4.   Twenty-Fifth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2011 through January 31, 2011 (Filed March 1, 2011) (Docket No. 8200)

5.   Certificate of No Objection to Application Re: Docket No. 8200 (Filed March 23, 2011) (Docket No. 8487)

6.   Twenty-Sixth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2011 through February 28, 2011 (Filed April 11, 2011) (Docket No. 8615)

7.   Certificate of No Objection to Application Re: Docket No. 8615 (Filed May 4, 2011) (Docket No. 8821)

8.   Fee Examiner's Final Report Regarding the Ninth Interim Application of Chadbourne & Parke LLP (Filed May 24, 2012) (Docket No. 11687)

X.   <u>Landis Rath & Cobb LLP</u>

1.   Ninth Interim Fee Application of Landis Rath & Cobb LLP (Filed April 15, 2011) (Docket No. 8674)

2.   Twenty-Fourth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed January 25, 2011) (Docket No. 7635)

3.   Certificate of No Objection to Application Re: Docket No. 7635 (Filed February 16, 2011) (Docket No. 8021)

4.   Twenty-Fifth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed February 25, 2011) (Docket No. 8143)

5.      Certificate of No Objection to Application Re: Docket No. 8143 (Filed March 21, 2011) (Docket No. 8466)

6.      Twenty-Sixth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed March 25, 2011) (Docket No. 8500)

7.      Certificate of No Objection to Application Re: Docket No. 8500 (Filed April 18, 2011) (Docket No. 8695)

8.      Fee Examiner's Final Report Regarding the Ninth Interim Fee Application of Landis Rath & Cobb LLP (Filed June 19, 2012) (Docket No. 11842)

Y.      AlixPartners, LLP

1.      Ninth Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period December 1, 2010 through February 28, 2011 (Filed April 19, 2011) (Docket No. 8702)

2.      Twenty Fourth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed January 26, 2011) (Docket No. 7642)

3.      Certificate of No Objection to Application Re: Docket No. 7642 (Filed February 17, 2011) (Docket No. 8046)

4.      Twenty Fifth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed March 2, 2011) (Docket No. 8220)

5.      Certificate of No Objection to Application Re: Docket No. 8220 (Filed March 24, 2011) (Docket No. 8494)

6.      Twenty Sixth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed March 24, 2011) (Docket No. 8496)

7.      Certificate of No Objection to Application Re: Docket No. 8496 (Filed April 18, 2011) (Docket No. 8693)

8.      Fee Examiner's Final Report Regarding the Ninth Interim Fee Application of AlixPartners, LLP (Filed June 6, 2012) (Docket No. 11759)

46429/0001-8664448v1

Z.    Moelis & Company LLC

  1.    Ninth Interim Fee Application of Moelis & Company LLC for Compensation as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period December 1, 2010 through February 28, 2011 (Filed April 19, 2011) (Docket No. 8701)

  2.    Twenty-Fourth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period December 1, 2010 through December 31, 2010 (Filed January 26, 2011) (Docket No. 7641)

  3.    Certificate of No Objection to Application Re: Docket No. 7641 (Filed February 17, 2011) (Docket No. 8045)

  4.    Twenty-Fifth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period January 1, 2011 through January 31, 2011 (Filed March 8, 2011) (Docket No. 8306)

  5.    Certificate of No Objection to Application Re: Docket No. 8306 (Filed March 30, 2011) (Docket No. 8526)

  6.    Twenty-Sixth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period February 1, 2011 through February 28, 2011 (Filed March 29, 2011) (Docket No. 8517)

  7.    Certificate of No Objection to Application Re: Docket No. 8517 (Filed April 20, 2011) (Docket No. 8721)

  8.    Fee Examiner's Final Report Regarding the Ninth Interim Fee Application of Moelis & Company LLC (Filed May 8, 2012) (Docket No. 11575)

AA.    Zuckerman Spaeder LLP

  1.    Sixth Interim Fee Application of Zuckerman Spaeder LLP for Interim Approval and Allowance of Compensation and Reimbursement of Expenses (Filed April 21, 2011) (Docket No. 8730)

  2.    Seventeenth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed March 7, 2011) (Docket No. 8294)

3.      Certificate of No Objection Regarding Docket No. 8294 (Filed April 18, 2011) (Docket No. 8697)

4.      Eighteenth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed March 23, 2011) (Docket No. 8486)

5.      Certificate of No Objection Regarding Docket No. 8486 (Filed April 18, 2011) (Docket No. 8699)

6.      Nineteenth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed April 21, 2011) (Docket No. 8725)

7.      Certificate of No Objection Regarding Docket No. 8725 (Filed June 7, 2011) (Docket No. 9195)

8.      Fee Examiner's Final Report Regarding the Sixth Interim Fee Application of Zuckerman Spaeder LLP (Filed June 25, 2012) (Docket No. 11891)

BB.    Committee Members

1.      Sixteenth Monthly Application of the Official Committee of Unsecured Creditors for Reimbursement of Committee Members' Expenses Pursuant to 11 U.S.C. § 503(b)(3)(F) (Filed March 25, 2011) (Docket No. 8497)

2.      Certificate of No Objection to Application Re: Docket No. 8497 (Filed April 18, 2011) (Docket No. 8694)

3.      Fee Examiner's Final Report Regarding the Sixteenth Monthly Applications of the Official Committee of Unsecured Creditors (Filed April 15, 2011) (Docket No. 8662)