**<u>EXHIBIT C</u>**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered |

**EXHIBIT C TO NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JULY 11, 2012 AT 10:00 A.M.**
**BEFORE THE HONORABLE KEVIN J. CAREY**

1.    Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Ninth and Tenth Interim Fee Periods (Filed April 26, 2012) (Docket No. 11482)

**Fee Applications**:

A.    Cole, Schotz, Meisel, Forman & Leonard, P.A.

1.    Tenth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from March 1, 2011 through May 31, 2011 (Filed June 29, 2011) (Docket No. 9390)

2.    Certification of No Objection Regarding Docket No. 9390 (Filed July 22, 2011) (Docket No. 9523)

3.    Twenty-Seventh Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2011 through March 31, 2011 (Filed May 6, 2011) (Docket No. 8859)

4.    Certification of No Objection Regarding Docket No. 8859 (Filed May 31, 2011) (Docket No. 9027)

5.    Twenty-Eighth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2011 through April 30, 2011 (Filed May 31, 2011) (Docket No. 9028)

6.    Certification of No Objection Regarding Docket No. 9028 (Filed June 23, 2011) (Docket No. 9330)

7.  Twenty-Ninth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2011 through May 31, 2011 (Filed June 10, 2011) (Docket No. 9232)

8.  Certification of No Objection Regarding Docket No. 9232 (Filed July 5, 2011) (Docket No. 9410)

9.  Fee Examiner's Final Report Regarding the Tenth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed June 15, 2012) (Docket No. 11824)

B.  Sidley Austin LLP

1.  Tenth Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of March 1, 2011 through May 31, 2011 (Filed January 27, 2012) (Docket No. 10743)

2.  Notice of Withdrawal of Certification of No Objection Regarding Docket No. 10743 (Filed February 22, 2012) (Docket No. 10975)

3.  Twenty-Seventh Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of March 1, 2011 through March 31, 2011 (Filed April 29, 2011) (Docket No. 8802)

4.  Certification of No Objection Regarding Docket No. 8802 (Filed May 23, 2011) (Docket No. 8979)

5.  Twenty-Eighth Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of April 1, 2011 through April 30, 2011 (Filed May 27, 2011) (Docket No. 9018)

6.  Certification of No Objection Regarding Docket No. 9018 (Filed June 20, 2011) (Docket No. 9283)

7.  Twenty-Ninth Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of May 1, 2011 through May 31, 2011 (Filed July 6, 2011) (Docket No. 9419)

8.  Certification of No Objection Regarding Docket No. 9419 (Filed July 28, 2011) (Docket No. 9567)

9.  Fee Examiner's Final Report Regarding Tenth Quarterly Fee Application of Sidley Austin LLP (Filed July 6, 2012) (Docket No. 11948)

46429/0001-8664722v1

C.    <u>Alvarez & Marsal North America</u>

1.    Tenth Interim Fee Application of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period March 1, 2011 through May 31, 2011 (Filed July 13, 2011) (Docket No. 9456)

2.    Certification of No Objection Regarding Docket No. 9456 (Filed August 4, 2011) (Docket No. 9612)

3.    Twenty-Seventh Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period March 1, 2011 through March 31, 2011 (Filed May 16, 2011) (Docket No. 8918)

4.    Certification of No Objection Regarding Docket No. 8918 (Filed June 8, 2011) (Docket No. 9204)

5.    Twenty-Eighth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period April 1, 2011 through April 30, 2011 (Filed June 15, 2011) (Docket No. 9252)

6.    Certification of No Objection Regarding Docket No. 9252 (Filed July 8, 2011) (Docket No. 9442)

7.    Twenty-Ninth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2011 through May 31, 2011 (Filed July 11, 2011) (Docket No. 9446)

8.    Certification of No Objection Regarding Docket No. 9446 (Filed August 3, 2011) (Docket No. 9604)

9.    Fee Examiner's Final Report Regarding the Tenth Interim Fee Application of Alvarez & Marsal North America, LLC (Filed June 7, 2012) (Docket No. 11766)

D.    <u>Campbell & Levine, LLC</u>

1.    Second Interim Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period March 1, 2011 through May 31, 2011 (Filed July 15, 2011) (Docket No. 9479)

2.      Certification of No Objection Regarding the Second Interim Fee
        Application of Campbell & Levine, LLC for Compensation of Services
        Rendered and Reimbursement of Expenses as Special Litigation Counsel
        for the Period March 1, 2011 through May 31, 2011 (Filed August 8,
        2011) (Docket No. 9644)

3.      Second Monthly Fee Application of Campbell & Levine, LLC for
        Compensation of Services Rendered and Reimbursement of Expenses as
        Special Litigation Counsel for the Period March 1, 2011 through May 31,
        2011 (Filed July 15, 2011) (Docket No. 9478)

4.      No Order Required Certification of No Objection Regarding the Second
        Monthly Fee Application of Campbell & Levine, LLC for Compensation
        of Services Rendered and Reimbursement of Expenses as Special
        Litigation Counsel for the Period March 1, 2011 through May 31, 2011
        (Filed August 8, 2011) (Docket No. 9642)

5.      Fee Examiner's Final Report Regarding the Second Interim Fee
        Application of Campbell & Levine, LLC (Filed December 15, 2011)
        (Docket No. 10458)

E.      Davis Wright Tremaine LLP

1.      Third Quarterly Fee Application of Davis Wright Tremaine LLP as
        Special Counsel to Debtors for Domestic Legal Matters, for Allowance of
        Compensation and Reimbursement of Expenses for the Period March 1,
        2011 through May 31, 2011 (Filed February 15, 2012) (Docket No.
        10937)

2.      Certification of No Objection Regarding Docket No. 10937 (Filed
        March 9, 2012) (Docket No. 11112)

3.      Monthly Fee Application of Davis Wright Tremaine LLP as Special
        Counsel to Debtors for Domestic Legal Matters, for Allowance of
        Compensation and Reimbursement of Expenses for the Period March 1,
        2011 through March 31, 2011 (Filed November 11, 2011) (Docket
        No. 10210)

4.      Certification of No Objection Regarding Docket No. 10210 (Filed
        December 5, 2011) (Docket No. 10354)

5.      Monthly Fee Application of Davis Wright Tremaine LLP as Special
        Counsel to Debtors for Domestic Legal Matters, for Allowance of
        Compensation and Reimbursement of Expenses for the Period April 1,
        2011 through April 30, 2011 (Filed November 11, 2011) (Docket
        No. 10211)

6.      Certification of No Objection Regarding Docket No. 10211 (Filed
        December 5, 2011) (Docket No. 10355)

7.      Monthly Fee Application of Davis Wright Tremaine LLP as Special
        Counsel to Debtors for Domestic Legal Matters, for Allowance of
        Compensation and Reimbursement of Expenses for the Period May 1,
        2011 through May 31, 2011 (Filed November 11, 2011) (Docket
        No. 10212)

8.      Certification of No Objection Regarding Docket No. 10212 (Filed
        December 5, 2011) (Docket No. 10356)

9.      Fee Examiner's Final Report Regarding the Third Quarterly Fee
        Application of Davis Wright Tremaine LLP (Filed June 22, 2012) (Docket
        No. 11879)

F.     Dow Lohnes PLLC

1.      Eighth Interim Fee Application of Dow Lohnes PLLC, Special Regulatory
        Counsel to the Debtors, for Allowance of Compensation and
        Reimbursement of Expenses for the Interim Period from March 1, 2011
        through May 31, 2011 (Filed July 14, 2011) (Docket No. 9460)

2.      Certification of No Objection Regarding Docket No. 9460 (Filed
        August 10, 2011) (Docket No. 9652)

3.      Twenty-Second Monthly Fee Application of Dow Lohnes PLLC for
        Compensation for Services Rendered and Reimbursement of Expenses as
        Special Counsel to the Debtors and Debtors in Possession for the Period of
        March 1, 2011 through March 31, 2011 (Filed April 28, 2011)
        (Docket No. 8786)

4.      Certification of No Objection Regarding Docket No. 8786 (Filed May 20,
        2011) (Docket No. 8965)

5.      Twenty-Third Monthly Fee Application of Dow Lohnes PLLC for
        Compensation for Services Rendered and Reimbursement of Expenses as
        Special Counsel to the Debtors and Debtors in Possession for the Period of
        April 1, 2011 through April 30, 2011 (Filed June 1, 2011)
        (Docket No. 9031)

6.      Certification of No Objection Regarding Docket No. 9031 (Filed June 23,
        2011) (Docket No. 9331)

7.      Twenty-Fourth Monthly Fee Application of Dow Lohnes PLLC for
        Compensation for Services Rendered and Reimbursement of Expenses as
        Special Counsel to the Debtors and Debtors in Possession for the Period of
        May 1, 2011 through May 31, 2011 (Filed June 30, 2011) (Docket
        No. 9402)

8.      Certification of No Objection Regarding Docket No. 9402 (Filed July 22,
        2011) (Docket No. 9529)

46429/0001-8664722v1

9.    Fee Examiner's Final Report Regarding the Eighth Interim Fee Application of Dow Lohnes PLLC (Filed May 2, 2012) (Docket No. 11518)

G.    Ernst & Young LLP

1.    Eighth Quarterly Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax, and Accounting Services for the Debtors and Debtors in Possession for the Period from March 1, 2011 through May 31, 2011 (Filed September 27, 2011) (Docket No. 9834)

2.    Certification of No Objection Regarding Docket No. 9834 (Filed October 20, 2011) (Docket No. 10038)

3.    Twenty-Second Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax and Accounting Services for the Debtors and Debtors in Possession for the Period from March 1, 2011 through May 31, 2011 (Filed September 12, 2011) (Docket No. 9770)

4.    Certification of No Objection Regarding Docket No. 9770 (Filed October 5, 2011) (Docket No. 9901)

5.    Fee Examiner's Final Report Regarding the Eighth Quarterly Fee Application of Ernst & Young LLP (Filed June 11, 2012) (Docket No. 11785)

H.    Jenner & Block LLP

1.    Tenth Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2011 through May 31, 2011 (Filed July 15, 2011) (Docket No. 9472)

2.    Certification of No Objection Regarding Docket No. 9472 (Filed August 8, 2011) (Docket No. 9641)

3.    Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2011 through April 30, 2011 (Filed July 5, 2011) (Docket No. 9407)

4.    Certification of No Objection Regarding Docket No. 9407 (Filed July 28, 2011) (Docket No. 9563)

5.    Monthly Application of Jenner & Block LLP, as Special Counsel to the
Debtors for Allowance of Compensation and Reimbursement of Expenses
for the Period May 1, 2011 through May 31, 2011 (Filed July 14, 2011)
(Docket No. 9461)

6.    Certification of No Objection Regarding Docket No. 9461 (Filed
August 5, 2011) (Docket No. 9629)

7.    Fee Examiner's Final Report Regarding the Tenth Quarterly Application
of Jenner & Block LLP (Filed June 26, 2012) (Docket No. 11901)

I.    Jones Day (Special Counsel for Certain Litigation Matters - Antitrust)

1.    Seventh Interim Fee Application of Jones Day for Allowance of
Compensation and Reimbursement of Expenses in Connection with
Antitrust Related Matters for the Period from March 1, 2011 through
May 31, 2011 (Filed July 11, 2011) (Docket No. 9444)

2.    Certification of No Objection Regarding Docket No. 9444 (Filed
August 3, 2011) (Docket No. 9602)

3.    Tenth Application of Jones Day for Allowance of Compensation and for
Reimbursement of Expenses for the Period from March 1, 2011 through
March 31, 2011 (Filed May 11, 2011) (Docket No. 8887)

4.    Certification of No Objection Regarding Docket No. 8887 (Filed June 4,
2011) (Docket No. 9066)

5.    Eleventh Application of Jones Day for Allowance of Compensation for the
Period from April 1, 2011 through May 31, 2011 (Filed July 6, 2011)
(Docket No. 9418)

6.    Certification of No Objection Regarding Docket No. 9418 (Filed July 28,
2011) (Docket No. 9566)

7.    Fee Examiner's Final Report Regarding the Seventh Interim Fee
Application of Jones Day (Filed May 25, 2012) (Docket No. 11692)

J.    Jones Day (Counsel for Special Committee of Board of Directors of Tribune
Company)

1.    Third Interim Fee Application of Jones Day for Allowance of
Compensation and Reimbursement of Expenses for Services Performed on
Behalf of the Special Committee of the Board of Directors of Tribune
Company for the Period from March 1, 2011 through May 31, 2011 (Filed
July 11, 2011) (Docket No. 9445)

2.    Certification of No Objection Regarding Docket No. 9445 (Filed
August 3, 2011) (Docket No. 9603)

46429/0001-8664722v1

3.      Seventh Monthly Application of Jones Day for Allowance of
        Compensation and for Reimbursement of Expenses for Services
        Performed on Behalf of the Special Committee of the Board of Directors
        of Tribune Company for the Period from March 1, 2011 through
        March 31, 2011 (Filed May 26, 2011) (Docket No. 9008)

4.      Certification of No Objection Regarding Docket No. 9008 (Filed June 17,
        2011) (Docket No. 9276)

5.      Eighth Monthly Application of Jones Day for Allowance of Compensation
        and for Reimbursement of Expenses for Services Performed on Behalf of
        the Special Committee of the Board of Directors of Tribune Company for
        the Period from April 1, 2011 through April 30, 2011 (Filed June 10,
        2011) (Docket No. 9231)

6.      Certification of No Objection Regarding Docket No. 9231 (Filed July 5,
        2011) (Docket No. 9409)

7.      Ninth Monthly Application of Jones Day for Allowance of Compensation
        and for Reimbursement of Expenses for Services Performed on Behalf of
        the Special Committee of the Board of Directors of Tribune Company for
        the Period from May 1, 2011 through May 31, 2011 (July 7, 2011)
        (Docket No. 9428)

8.      Certification of No Objection Regarding Docket No. 9428 (Filed
        August 1, 2011) (Docket No. 9589)

9.      Fee Examiner's Final Report Regarding the Third Interim Fee Application
        of Jones Day for Services Performed on Behalf of the Special Committee
        of the Board of Directors of Tribune Company (Filed June 1, 2012)
        (Docket No. 11734)

K.      Lazard Freres & Co. LLC

1.      Tenth Interim Fee Application of Lazard Freres & Co. LLC, Investment
        Banker and Financial Advisor to the Debtors for Allowance of
        Compensation and Reimbursement of Expenses for the Period March 1,
        2011 through May 31, 2011 (Filed July 15, 2011) (Docket No. 9480)

2.      Certification of No Objection Regarding Docket No. 9480 (Filed
        August 8, 2011) (Docket No. 9645)

3.      Twenty-Seventh Monthly Application of Lazard Freres & Co. LLC,
        Investment Banker and Financial Advisor to the Debtors for Allowance of
        Compensation and Reimbursement of Expenses for the Period March 1,
        2011 through March 31, 2011 (Filed July 1, 2011) (Docket No. 9404)

4.      Certification of No Objection Regarding Docket No. 9404 (Filed July 25,
        2011) (Docket No. 9542)

46429/0001-8664722v1

5.     Twenty-Eighth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2011 through April 30, 2011 (Filed July 8, 2011) (Docket No. 9441)

6.     Certification of No Objection Regarding Docket No. 9441 (Filed August 1, 2011) (Docket No. 9591)

7.     Twenty-Ninth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2011 through May 31, 2011 (Filed July 15, 2011) (Docket No. 9473)

8.     Certification of No Objection Regarding Docket No. 9473 (Filed August 8, 2011) (Docket No. 9643)

9.     Fee Examiner's Final Report Regarding the Tenth Interim Fee Application of Lazard Freres & Co. LLC (Filed June 6, 2012) (Docket No. 11763)

L.     <u>Levine Sullivan Koch & Schulz, L.L.P.</u>

1.     Fourth Quarterly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of March 1, 2011 through May 31, 2011 (Filed July 8, 2011) (Docket No. 9440)

2.     Certification of No Objection Regarding Docket No. 9440 (Filed August 1, 2011) (Docket No. 9590)

3.     Eighth Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of March 1, 2011 through March 31, 2011 (Filed May 2, 2011) (Docket No. 8812)

4.     Certification of No Objection Regarding Docket No. 8812 (Filed May 25, 2011) (Docket No. 8989)

5.     Ninth Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of April 1, 2011 through April 30, 2011 (Filed June 3, 2011) (Docket No. 9061)

6.     Certification of No Objection Regarding Docket No. 9061 (Filed June 27, 2011) (Docket No. 9359)

7.      Tenth Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of May 1, 2011 through May 31, 2011 (Filed June 30, 2011) (Docket No. 9398)

8.      Certification of No Objection Regarding Docket No. 9398 (Filed July 22, 2011) (Docket No. 9527)

9.      Fee Examiner's Final Report Regarding the Fourth Quarterly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. (Filed June 7, 2012) (Docket No. 11764)

M.    McDermott Will & Emery

1.      Tenth Quarterly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2011 through May 31, 2011 (Filed July 15, 2011) (Docket No. 9471)

2.      Certification of No Objection Regarding Docket No. 9471 (Filed August 8, 2011) (Docket No. 9638)

3.      Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2011 through March 31, 2011 (Filed June 28, 2011) (Docket No. 9374)

4.      Certification of No Objection Regarding Docket No. 9374 (Filed July 20, 2011) (Docket No. 9508)

5.      Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2011 through April 30, 2011 (Filed July 12, 2011) (Docket No. 9447)

6.      Certification of No Objection Regarding Docket No. 9447 (Filed August 3, 2011) (Docket No. 9605)

7.      Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2011 through May 31, 2011 (Filed July 12, 2011) (Docket No. 9448)

8.      Certification of No Objection Regarding Docket No. 9448 (Filed August 3, 2011) (Docket No. 9606)

46429/0001-8664722v1

9.    Fee Examiner's Final Report Regarding the Tenth Quarterly Fee Application of McDermott Will & Emery LLP (Filed June 26, 2012) (Docket No. 11898)

N.    Paul Hastings LLP

1.    Notice of Tenth Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP for the Period March 1, 2011 through May 31, 2011 (Filed July 6, 2011) (Docket No. 9417)

2.    Certification of No Objection Regarding Docket No. 9417 (Filed July 28, 2011) (Docket No. 9565)

3.    Nineteenth Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Combined Period from March 1, 2011 through May 31, 2011 (Filed July 5, 2011) (Docket No. 9408)

4.    Certification of No Objection Regarding Docket No. 9408 (Filed July 28, 2011) (Docket No. 9564)

5.    Fee Examiner's Final Report Regarding the Tenth Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP (Filed May 25, 2012) (Docket No. 11696)

O.    PricewaterhouseCoopers LLP

1.    Tenth Interim Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period March 1, 2011 through May 31, 2011 (Filed June 30, 2011) (Docket No. 9401)

2.    Certification of No Objection Regarding Docket No. 9401 (Filed July 22, 2011) (Docket No. 9528)

3.    Twenty-Fourth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period March 1, 2011 through March 31, 2011 (Filed May 19, 2011) (Docket No. 8953)

4.    Certification of No Objection Regarding Docket No. 8953 (Filed June 10, 2011) (Docket No. 9229)

5.    Twenty-Fifth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period April 1, 2011 through May 31, 2011 (Filed June 27, 2011) (Docket No. 9357)

6.    Certification of No Objection Regarding Docket No. 9357 (Filed July 20, 2011) (Docket No. 9502)

7.    Fee Examiner's Final Report Regarding the Tenth Interim Fee Application of PricewaterhouseCoopers LLP (Filed May 25, 2012) (Docket No. 11697)

P.    Mercer (US) Inc.

1.    Tenth Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of March 1, 2011 through May 31, 2011 (Filed July 15, 2011) (Docket No. 9485)

2.    Certificate of No Objection Regarding the Tenth Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period from March 1, 2011 through May 31, 2011 [Docket No. 9485] (Filed August 17, 2011) (Docket No. 9666)

3.    Twenty-Seventh Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from March 1, 2011 through March 31, 2011 (Filed July 15, 2011) (Docket No. 9481)

4.    Certificate of No Objection Regarding the Twenty-Seventh Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from March 1, 2011 through March 31, 2011 [Docket No. 9481] (Filed August 17, 2011) (Docket No. 9663)

5.    Twenty-Eighth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from April 1, 2011 through April 30, 2011 (Filed July 15, 2011) (Docket No. 9482)

6.    Certificate of No Objection Regarding the Twenty-Eighth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from April 1, 2011 through April 30, 2011 [Docket No. 9482] (Filed August 17, 2011) (Docket No. 9664)

7.    Twenty-Ninth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from May 1, 2011 through May 31, 2011 (Filed July 15, 2011) (Docket No. 9483)

8.    Certificate of No Objection Regarding the Twenty-Ninth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from May 1, 2011 through May 31, 2011 [Docket No. 9483] (Filed August 17, 2011) (Docket No. 9665)

9.    Fee Examiner's Final Report Regarding the Tenth Quarterly Application of Mercer (US) Inc. (Filed June 26, 2012) (Docket No. 11900)

Q.    Reed Smith LLP

1.    Tenth Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period March 1, 2011 through May 31, 2011 (Filed July 14, 2011) (Docket No. 9459)

2.    Certificate of No Objection to Tenth Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period March 1, 2011 through May 31, 2011 (Filed August 11, 2011) (Docket No. 9655)

3.    Twenty-Sixth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period March 1, 2011 through March 31, 2011 (Filed June 15, 2011) (Docket No. 9250)

4.    No Order Required Certificate of No Objection to Twenty-Sixth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period March 1, 2011 through March 31, 2011 (Filed July 20, 2011) (Docket No. 9499)

5.      Twenty-Seventh Monthly Fee Application of Reed Smith LLP, Special
        Counsel for Certain Insurance and Employee-Related Matters to the
        Debtors and Debtors in Possession, for Compensation and Reimbursement
        of Expenses for the Period April 1, 2011 through April 30, 2011 (Filed
        July 5, 2011) (Docket No. 9411)

6.      No Order Required Certificate of No Objection to Twenty-Seventh
        Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain
        Insurance and Employee-Related Matters to the Debtors and Debtors in
        Possession, for Compensation and Reimbursement of Expenses for the
        Period April 1, 2011 through April 30, 2011 (Filed August 3, 2011)
        (Docket No. 9601)

7.      Twenty-Eighth Monthly Fee Application of Reed Smith LLP, Special
        Counsel for Certain Insurance and Employee-Related Matters to the
        Debtors and Debtors in Possession, for Compensation and Reimbursement
        of Expenses for the Period May 1, 2011 through May 31, 2011 (Filed
        July 14, 2011) (Docket No. 9458)

8.      No Order Required Certificate of No Objection to Twenty-Eighth Monthly
        Fee Application of Reed Smith LLP, Special Counsel for Certain
        Insurance and Employee-Related Matters to the Debtors and Debtors in
        Possession, for Compensation and Reimbursement of Expenses for the
        Period May 1, 2011 through May 31, 2011 (Filed August 11, 2011)
        (Docket No. 9654)

9.      Fee Examiner's Final Report Regarding the Tenth Interim Fee Application
        of Reed Smith LLP (Filed June 27, 2012) (Docket No. 11915)

R.    Seyfarth Shaw LLP

1.      Seventh Quarterly Fee Application of Seyfarth Shaw LLP for
        Compensation for Services Rendered and Reimbursement of Expenses as
        Employment Litigation Counsel to the Debtors and Debtors in Possession
        for the Period of March 1, 2011 through May 31, 2011 (Filed July 14,
        2011) (Docket No. 9463)

2.      Certification of No Objection Regarding Docket No. 9463 (Filed
        August 5, 2011) (Docket No. 9631)

3.      Eighteenth Monthly Fee Application of Seyfarth Shaw LLP for Allowance
        and Payment of Compensation for Services Rendered and Reimbursement
        of Expenses as Employment Litigation Counsel to the Debtors and
        Debtors in Possession for the Period of March 1, 2011 through March 31,
        2011 (Filed June 14, 2011) (Docket No. 9244)

4.      Certification of No Objection Regarding Docket No. 9244 (Filed July 7,
        2011) (Docket No. 9430)

5.     Nineteenth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of April 1, 2011 through April 30, 2011 (Filed June 21, 2011) (Docket No. 9299)

6.     Certification of No Objection Regarding Docket No. 9299 (Filed July 13, 2011) (Docket No. 9455)

7.     Twentieth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of May 1, 2011 through May 31, 2011 (Filed July 14, 2011) (Docket No. 9462)

8.     Certification of No Objection Regarding Docket No. 9462 (Filed August 5, 2011) (Docket No. 9630)

9.     Fee Examiner's Final Report Regarding the Seventh Quarterly Fee Application of Seyfarth Shaw LLP (Filed June 15, 2012) (Docket No. 11815)

S.    Sitrick And Company Inc.

1.     Third Interim Fee Application of Sitrick And Company for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications Consultants to Debtors and Debtors-in-Possession for the Period from March 1, 2011 through May 31, 2011 (Filed October 18, 2011) (Docket No. 10012)

2.     Certification of No Objection Regarding Docket No. 10012 (Filed November 9, 2011) (Docket No. 10186)

3.     Fee Examiner's Final Report Regarding the Third Interim Fee Application of Sitrick and Company (Filed June 1, 2012) (Docket No. 11736)

T.    Stuart Maue

1.     Ninth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2011 through May 31, 2011 (Filed June 29, 2011) (Docket No. 9383)

2.     Certification of No Objection Regarding the Ninth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period of March 1, 2011 through May 31, 2011 (Filed July 27, 2011) (Docket No. 9558)

3.   Twenty-Fourth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2011 through March 31, 2011 (Filed April 26, 2011) (Docket No. 8765)

4.   Certificate of No Objection Regarding the Twenty-Fourth Monthly Application of Stuart Maue (Regarding Docket No. 8765) (Filed May 17, 2011) (Docket No. 8924)

5.   Twenty-Fifth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2011 through April 30, 2011 (Filed May 25, 2011) (Docket No. 8991)

6.   Certificate of No Objection Regarding the Twenty-Fifth Monthly Application of Stuart Maue (Regarding Docket No. 8991) (Filed June 24, 2011) (Docket No. 9351)

7.   Twenty-Sixth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2011 through May 31, 2011 (Filed June 27, 2011) (Docket No. 9360)

8.   Certificate of No Objection Regarding the Twenty-Sixth Monthly Application of Stuart Maue (Regarding Docket No. 9360) (Filed July 20, 2011) (Docket No. 9497)

U.   Chadbourne & Parke LLP

1.   Tenth Interim Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2011 through May 31, 2011 (Filed July 15, 2011) (Docket No. 9467)

2.   Twenty-Seventh Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2011 through March 31, 2011 (Filed May 5, 2011) (Docket No. 8833)

3.   Certificate of No Objection to Application Re: Docket No. 8833 (Filed May 27, 2011) (Docket No. 9016)

4.   Twenty-Eighth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2011 through April 30, 2011 (Filed June 1, 2011) (Docket No. 9030)

16

5.    Certificate of No Objection to Application Re: Docket No. 9030 (Filed June 23, 2011) (Docket No. 9319)

6.    Twenty-Ninth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2011 through May 31, 2011 (Filed June 29, 2011) (Docket No. 9381)

7.    Certificate of No Objection to Application Re: Docket No. 9381 (Filed July 21, 2011) (Docket No. 9516)

8.    Fee Examiner's Final Report Regarding the Tenth Interim Application of Chadbourne & Parke LLP (Filed June 19, 2012) (Docket No. 11841)

V.    <u>Landis Rath & Cobb LLP</u>

1.    Tenth Interim Fee Application of Landis Rath & Cobb LLP (Filed July 15, 2011) (Docket No. 9470)

2.    Twenty-Seventh Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed April 25, 2011) (Docket No. 8751)

3.    Certificate of No Objection to Application Re: Docket No. 8751 (Filed May 18, 2011) (Docket No. 8947)

4.    Twenty-Eighth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed May 25, 2011) (Docket No. 8985)

5.    Certificate of No Objection to Application Re: Docket No. 8985 (Filed June 16, 2011) (Docket No. 9258)

6.    Twenty-Ninth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed June 29, 2011) (Docket No. 9391)

7.    Certificate of No Objection to Application Re: Docket No. 9391 (Filed July 21, 2011) (Docket No. 9518)

8.    Fee Examiner's Final Report Regarding the Tenth Interim Fee Application of Landis Rath & Cobb LLP (Filed June 19, 2012) (Docket No. 11843)

46429/0001-8664722v1

W.    AlixPartners, LLP

    1.    Tenth Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period March 1, 2011 through May 31, 2011 (Filed July 15, 2011) (Docket No. 9468)

    2.    Twenty Seventh Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed April 26, 2011) (Docket No. 8767)

    3.    Certificate of No Objection to Application Re: Docket No. 8767 (Filed May 18, 2011) (Docket No. 8948)

    4.    Twenty Eighth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed June 1, 2011) (Docket No. 9034)

    5.    Certificate of No Objection to Application Re: Docket No. 9034 (Filed June 23, 2011) (Docket No. 9320)

    6.    Twenty Ninth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed June 28, 2011) (Docket No. 9377)

    7.    Certificate of No Objection to Application Re: Docket No. 9377 (Filed July 20, 2011) (Docket No. 9507)

    8.    Fee Examiner's Final Report Regarding the Tenth Interim Fee Application of AlixPartners, LLP (Filed June 11, 2012) (Docket No. 11787)

X.    Moelis & Company LLC

    1.    Tenth Interim Fee Application of Moelis & Company LLC for Compensation as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period March 1, 2011 through May 31, 2011 (Filed July 15, 2011) (Docket No. 9469)

    2.    Twenty-Seventh Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period March 1, 2011 through March 31, 2011 (Filed April 25, 2011) (Docket No. 8742)

    3.    Certificate of No Objection to Application Re: Docket No. 8742 (Filed May 18, 2011) (Docket No. 8945)

46429/0001-8664722v1

4.     Twenty-Eighth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period April 1, 2011 through April 30, 2011 (Filed May 26, 2011) (Docket No. 9007)

5.     Certificate of No Objection to Application Re: Docket No. 9007 (Filed June 17, 2011) (Docket No. 9277)

6.     Twenty-Ninth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period May 1, 2011 through May 31, 2011 (Filed June 28, 2011) (Docket No. 9376)

7.     Certificate of No Objection to Application Re: Docket No. 9376 (Filed July 20, 2011) (Docket No. 9505)

8.     Fee Examiner's Final Report Regarding the Tenth Interim Fee Application of Moelis & Company LLC (Filed May 25, 2012) (Docket No. 11691)

Y.     <u>Zuckerman Spaeder LLP</u>

1.     Seventh Interim Fee Application of Zuckerman Spaeder LLP for Interim Approval and Allowance of Compensation and Reimbursement of Expenses (Filed July 15, 2011) (Docket No. 9475)

2.     Twentieth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed May 12, 2011) (Docket No. 8907)

3.     Certificate of No Objection Regarding Docket No. 8907 (Filed June 6, 2011) (Docket No. 9126)

4.     Twenty-First Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed June 6, 2011) (Docket No. 9129)

5.     Certificate of No Objection to Application Re: Docket No. 9129 (Filed August 8, 2011) (Docket No. 9646)

6.     Twenty-Second Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed July 15, 2011) (Docket No. 9474)

7.     Certificate of No Objection to Application Re: Docket No. 9474 (Filed August 8, 2011) (Docket No. 9637)

46429/0001-8664722v1

8.  Fee Examiner's Amended Final Report Regarding the Seventh Interim Fee Application of Zuckerman Spaeder LLP (Filed July 6, 2012) (Docket No. 11959)

Z.  <u>Committee Members</u>

1.  Seventeenth Monthly Application of the Official Committee of Unsecured Creditors for Reimbursement of Committee Members' Expenses Pursuant to 11 U.S.C. § 503(b)(3)(F) (Filed April 25, 2011) (Docket No. 8744)

2.  Certificate of No Objection to Application Re: Docket No. 8744 (Filed May 18, 2011) (Docket No. 8946)

3.  Eighteenth Monthly Application of the Official Committee of Unsecured Creditors for Reimbursement of Committee Members' Expenses Pursuant to 11 U.S.C. § 503(b)(3)(F) (Filed June 29, 2011) (Docket No. 9382)

4.  Certificate of No Objection to Application Re: Docket No. 9382 (Filed July 21, 2011) (Docket No. 9517)

5.  Fee Examiner's Final Report Regarding the Seventeenth and Eighteenth Monthly Applications of the Official Committee of Unsecured Creditors (Filed May 8, 2012) (Docket No. 11576)

46429/0001-8664722v1