# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered<br>Related to Docket No. 11732 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>See Attached Exhibit B,<br><br>Defendants. | Adv. Pro. No. Various (KJC)<br>Related to Adv. Docket Nos. Multi-Case Docketing |

## ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (I) TO AMEND DEFINITION OF "TERMINATION EVENT" IN STANDING ORDERS AND (II) FOR FURTHER EXTENSION OF TIME TO EFFECT SERVICE OF ORIGINAL PROCESS

Upon consideration of the Motion of the Official Committee of Unsecured Creditors (I) to Amend Definition of "Termination Event" in Standing Orders and (II) for Further Extension of Time to Effect Service of Original Process (the "Motion")[2]; and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these chapter 11 cases and adversary proceeding; after due deliberation thereon; it is hereby:

ORDERED that the Motion is granted; and it is further

---

[1] The Debtors in these Chapter 11 Cases are listed on Exhibit A to this Order.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

{698.001-W0020911.6}

ORDERED that in the defined term "Termination Event" in each of the Standing Orders subsection (ii) is stricken and replaced with the following: "a date that is ninety (90) days after the effective date of a confirmed plan of reorganization for Tribune;" provided, however, that if the Advisor Action is transferred to MDL No. 2296, orders of the MDL Court, including orders regarding the length and scope of the stay, shall supersede this Order with respect to the Advisor Action when such transfer becomes effective; and it is further

ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Rule 7004(a)(1) of the Federal Rules of Bankruptcy Procedure, the time to effectuate service in the Preference Actions and Lender Action is extended to and including a date that is ninety (90) days after the effective date of a confirmed plan of reorganization for Tribune; and it is further

ORDERED that the Committee (or any successor to the Committee prosecuting the Preference Actions) is hereby relieved from any provision of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and/or any previous orders of this or any other Court, to the extent that such provision(s) contravene the terms of this Order; and it is further

ORDERED that this Order is without prejudice to the right of the Committee (or any successor to the Committee prosecuting the Preference Actions) to request additional extensions to the stays in the Adversary Actions or enlargements of time for service of process or any other deadline(s) in the Adversary Actions in the future; and it is further

ORDERED that this Order does not apply to the FitzSimons Action, which was transferred to the MDL Court for consolidated pretrial proceedings on March 20, 2012; and it is further

ORDERED that the Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: July 9, 2012

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge