# EXHIBIT 1

**Stipulation Between Debtors and AT&T Inc.,
on behalf of Itself and Certain of Its Affiliates,
Regarding Resolution of Certain Claims**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket Nos. 8287, 8738** |

## STIPULATION BETWEEN DEBTORS AND AT&T INC., ON BEHALF OF ITSELF AND CERTAIN OF ITS AFFILIATES, REGARDING THE RESOLUTION OF CERTAIN CLAIMS

This stipulation (the "Stipulation") between AT&T Inc. ("AT&T") on behalf of itself and

certain of its affiliates identified on Exhibits A and B hereto (collectively with AT&T, the

"Claimants"), and Tribune Company ("Tribune"), on behalf of itself and certain of its affiliates

identified on Exhibits A and B hereto that are debtors and debtors in possession in the above-

captioned chapter 11 cases (collectively with Tribune, the "Debtor Parties"), regarding the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions, Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

modification, allowance, and treatment of those certain claims identified on <u>Exhibits A</u> and <u>B</u> hereto (the "<u>AT&T Claims</u>"), is entered into by and among Tribune and AT&T (the "<u>Parties</u>").

## RECITALS

A.    On December 8, 2008 (the "<u>Petition Date</u>"), Tribune and certain of its affiliates, including each of the other Debtor Parties (collectively, the "<u>Debtors</u>"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").  An additional Debtor, Tribune CNLBC, LLC,[2] filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009.

B.    The AT&T Claims listed on <u>Exhibit A</u> are proofs of claim that were filed by the Claimants against the Debtor Parties, or certain of their affiliates, in the aggregate face amount of $1,754,153.40 (the "<u>Filed AT&T Claims</u>").  The Filed AT&T Claims were assigned Claim Nos. 322, 618, 2493, 3322, 6198, 6309, 6556, and 6641 by the Bankruptcy Court-appointed claims agent, Epiq Bankruptcy Solutions, LLC (the "<u>Claims Agent</u>").

C.    The Claimants are the primary providers of telecommunications and data services to the Debtors.  The Filed AT&T Claims relate primarily to invoices issued pursuant to telecommunications and data service contracts between the Claimants and the Debtor Parties or certain of their affiliates, including contracts for the provision of network services and infrastructure related to telecommunications, data, wireless services and information exchange (the "<u>AT&T Contracts</u>").

D.    Certain of the Filed AT&T Claims relate to amounts that were scheduled by the Debtors Parties in their respective Schedules of Assets and Liabilities, which are listed on

---

[2] Tribune CNLBC, LLC was formerly known as Chicago National League Ball Club, LLC.

Exhibit B (the "Scheduled AT&T Claims"). The Parties have determined that the Scheduled AT&T Claims are duplicative of the Filed AT&T Claims and have agreed that, as a matter of administrative convenience, the claims register maintained in the Debtors' chapter 11 cases should be modified to reflect that the Scheduled AT&T Claims have been superseded by the Filed AT&T Claims, in their entirety.

       E.      On March 7, 2011, the Debtors filed the Motion of the Debtors for an Order Establishing Procedures for (I) Fixing Cure Amounts and (II) Providing Notice of Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases by a Successor Reorganized Debtor Pursuant to Sections 365, 1123, and 1129 of the Bankruptcy Code, (Docket No. 8287) (the "Global Contract Motion"), which was approved by order of the Bankruptcy Court entered on April 25, 2011 (Docket No. 8745) (the "Global Contract Order"). Exhibits A and B to the Global Contract Motion contained lists of executory contracts and unexpired leases sought to be assumed by the Debtors and which have corresponding proposed cure amounts (the "Contract Exhibits"). The cure amounts associated with the AT&T Contracts were listed on the Contract Exhibits as "TBD" based on the Parties' ongoing reconciliation of the AT&T Claims.

       F.      The Parties have reached an agreement as to the amount and treatment of the AT&T Claims and the identity of the Debtor Parties against which each of the AT&T Claims is properly asserted and have agreed to enter into this Stipulation to document their agreement.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

## AGREEMENT

1.      The recitals set forth above are incorporated herein by reference.

2.       The Filed AT&T Claims, originally asserted in the aggregate amount of $1,754,153.40, shall be allowed in the reduced aggregate amount of $1,134,137.32, each in the respective amount and against the respective Debtor Party as set forth in <u>Exhibit A</u> attached hereto.  Specifically, each of the Filed AT&T Claims will be allowed as a general unsecured claim against the Debtor Party or Parties identified in the column "Modified Debtor" on <u>Exhibit A</u> and in the amount specified in the column "Allowed Amount," on <u>Exhibit A</u>.

3.       As a matter of administrative convenience, the claims register maintained in the Debtors' chapter 11 cases shall be modified to reflect that the Scheduled AT&T Claims listed on <u>Exhibit B</u> hereto have been superseded by the Filed AT&T Claims.  Accordingly, the Parties agree that the Debtors and/or the Claims Agent shall be authorized to modify the Debtors' schedules listed on <u>Exhibit B</u> to reflect that the Scheduled AT&T Claims have been superseded by the Filed AT&T Claims, in their entirety.

4.       The Filed AT&T Claims, as modified herein, shall be satisfied in accordance with the provisions for the payment of claims as set forth in the chapter 11 plan of reorganization, and any amendments thereto, that is ultimately confirmed for the Debtor Parties (the "<u>Plan</u>").

5.       In the event that the AT&T Contracts are assumed by the Debtor Parties as executory contracts, then the Filed AT&T Claims corresponding to such assumed AT&T Contracts shall be afforded the treatment provided under the Plan for the cure of defaults arising from assumed executory contracts and unexpired leases by the Debtor Parties, in accordance with the requirements of section 365 of the Bankruptcy Code, to the extent provided for on <u>Exhibit A</u> under the column heading "Amounts Subject to Cure."

4

6.      Prior to the effective date of the Plan for the Debtor Parties, the Debtor Parties shall cause amended Contract Exhibits to be filed with the Bankruptcy Court, reflecting the reconciliation of the AT&T Claims corresponding to the AT&T Contracts proposed to be assumed by the Debtors as set forth herein.

7.      The satisfaction of the Filed AT&T Claims in accordance with the Plan shall be in full and final satisfaction of all prepetition claims arising out of or relating to the subject matter of the AT&T Contracts and the AT&T Claims.  The Claimants and their affiliates further agree not to file any other or further proofs of prepetition claims in any of the Debtors' chapter 11 cases arising out of or relating to the subject matter of the AT&T Contracts and the AT&T Claims.

8.      Notwithstanding any other provision contained in this Stipulation, AT&T or its successors or assigns shall remain entitled to assert (i) a claim or claims for rejection damages as provided under section 502(g) of the Bankruptcy Code should one or more of the AT&T Contracts be rejected; and (ii) an application for recovery of any administrative expense as provided under section 503 of the Bankruptcy Code, including any damages resulting from any post-petition default by the Debtors under the AT&T Contracts; and (iii) a claim under section 503(h) of the Bankruptcy Code for any sums paid by AT&T to satisfy any Adversary Proceeding or avoidance action asserted by the Debtors' estates under sections 547 through 550 of the Bankruptcy Code.

9.      The Parties hereto acknowledge and agree that the Claimants do not need to take any further action to seek to allow the Filed AT&T Claims in the Debtors' chapter 11 cases.  The Debtors and/or the Claims Agent may amend the claims register to reflect that the

Filed AT&T Claims are to be allowed against the Debtor Parties and their estates in the amounts stipulated herein.

10.    Notwithstanding anything to the contrary in this Stipulation, the Debtors expressly reserve their right to file an objection to any of the Filed AT&T Claims pursuant to section 502(d) of the Bankruptcy Code, or to exercise such other rights of set-off or recoupment authorized by applicable law or by the Plan, provided, however, that the Debtors will not file an objection to any of the Filed AT&T Claims corresponding to the AT&T Contracts in the event that the AT&T Contracts are assumed by the Debtors pursuant to the Plan. Each of the Debtors expressly reserves its right to object to any other claims asserted by the Claimant, including but not limited to any claims filed by AT&T as described in Paragraph 8 hereof, on any applicable grounds.

11.    This Stipulation constitutes the Parties' entire agreement and supersedes and amends any and all agreements and understandings, both written and oral, between the Parties with respect to the subject matter hereof and, except as otherwise expressly provided herein. This Stipulation is not intended to confer upon any other person any rights or remedies hereunder.

12.    The undersigned persons represent and warrant that they have full authority to execute this Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of and have consented to this Stipulation.

13.    This Stipulation may be executed in counterparts, all of which may be transmitted by facsimile or electronic mail, and each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

14.     This Stipulation shall be governed by and construed in accordance with the laws of the State of Delaware, without regard to principles of conflict of laws.

15.     This Stipulation may not be amended without the express written consent of all Parties hereto.

16.     The Parties acknowledge that they have each participated in and jointly consented to the drafting of this Stipulation and that any claimed ambiguity shall not be construed for or against either Party on account of such drafting.

17.     The Bankruptcy Court shall retain jurisdiction over any and all disputes or other matters arising under or otherwise relating to this Stipulation.

18.     All contentions made in this Stipulation are made in furtherance of a proposed settlement and neither the Claimants nor the Debtor Parties admits or concedes the validity of any claims or defenses, nor shall anything herein be deemed an admission of fact or law.

[Signature Page Follows]

STIPULATED AND CONSENTED TO AS OF APRIL ___, 2012 BY:

AT&T INC., on behalf of itself and each of the
other Claimants

By: _____

Title: _____

TRIBUNE COMPANY, on behalf of itself and
each of the other Debtor Parties

By: _____

Title _____

8

AT&T CLAIMS SETTLEMENT REPORT
EXHIBIT A - FILED PROOFS OF CLAIM

| NAME | CLAIM / SCHEDULE # | ASSERTED DEBTOR | PRIORITY | AMOUNT | MODIFIED DEBTOR | PRIORITY | ALLOWED AMOUNT | AMOUNT TO BE CURED |
|---|---|---|---|---|---|---|---|---|
| 1 AT&T<br>c/o JNR ADJUSTMENT COMPANY INC.<br>PO BOX 27070<br>MINNEAPOLIS, MN 55427-0070 | 322 | No Debtor Asserted | Unsecured | $2,083.36 | The Hartford Courant Company | Unsecured | $2,083.36 | $0.00 |
| 2 AT&T CORP.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | 618 | Tribune Company | Unsecured | $88,507.96 | Sun-Sentinel Company<br>Tribune Company<br>Subtotal | Unsecured<br>Unsecured | $73,286.64<br>$15,221.32<br>$88,507.96 | $73,286.64<br>$0.00<br>$73,286.64 |
| 3 AT&T CORP.<br>PO BOX 1027<br>VIENNA, VA 22183 | 2453 | WGN Continental Broadcasting Company | Priority | $975.00 | WGN Continental Broadcasting Company | Unsecured | $975.00 | $975.00 |
| 4 SBC LONG DISTANCE, LLC<br>JAMESGRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | 3322 | Multiple Debtors | Secured<br>Unsecured<br>Subtotal | $0.46<br>$0.46<br>$0.92 | Tribune Company | Unsecured | $0.46 | $0.00 |
| 5 AT&T DBA BELLSOUTH ADVERTISING & PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | 6198 | Tribune Company | Unsecured | $70,911.30 | Tribune Company | Unsecured | $70,911.30 | $0.00 |
| 6 AT&T CORP.<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | 6309[1] | Tribune Company | Unsecured | $620,015.62 | Tribune Company | Unsecured | $0.00 | $0.00 |
| 7 SBC GLOBAL SERVICES, INC<br>C/O AT&T INC.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | 6656 | Tribune Company | Unsecured | $321,424.91 | Tribune Company | Unsecured | $321,424.91 | $321,424.91 |

AT&T CLAIMS SETTLEMENT REPORT
EXHIBIT A - FILED PROOFS OF CLAIM

| NAME | CLAIM/ SCHEDULE # | ASSERTED | | | MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | | DEBTOR | PRIORITY | AMOUNT | DEBTOR | PRIORITY | ALLOWED AMOUNT | AMOUNT TO BE CURED |
| 8 AT&T CORP. | 6641 | Tribune Company | Unsecured | $650,334.33 | Chicago Tribune Company | Unsecured | $584,959.12 | $584,959.12 |
| AT&T ATTORNEY: JAMES GRUDUS, ESQ. | | | | | Tribune Media Services | | $41,407.92 | $41,407.92 |
| AT&T INC. | | | | | Patuxent Publishing | | $7,695.55 | $7,695.55 |
| ONE AT&T WAY, ROOM 3A218 | | | | | Tribune Company | | $16,271.74 | $0.00 |
| BEDMINSTER, NJ 07921 | | | | | | Subtotal | $650,334.33 | $634,062.59 |
| TOTAL | | | | $1,754,153.40 | | | $1,134,137.32 | $1,029,649.14 |

1 - Claim superseded by claim number 6641.

**AT&T CLAIMS SETTLEMENT REPORT**
**EXHIBIT B - SUPERSEDED SCHEDULES**

| Schedule Number | Creditor | Debtor | Scheduled Amount |
|---|---|---|---|
| 145000080 | AT&T | California Community News Corporation | $ 8.87 |
| 145000060 | AT&T | California Community News Corporation | $ 73.42 |
| 145000070 | AT&T | California Community News Corporation | $ 680.80 |
| 148000130 | AT&T | Channel 39, Inc. | $ 4.65 |
| 148000120 | AT&T | Channel 39, Inc. | $ 38.76 |
| 148000140 | AT&T | Channel 39, Inc. | $ 72.69 |
| 148000090 | AT&T | Channel 39, Inc. | $ 121.84 |
| 148000100 | AT&T | Channel 39, Inc. | $ 488.76 |
| 148000110 | AT&T | Channel 39, Inc. | $ 37,722.01 |
| 149000240 | AT&T | Channel 40, Inc. | $ 1.53 |
| 149000250 | AT&T | Channel 40, Inc. | $ 28.43 |
| 149000230 | AT&T | Channel 40, Inc. | $ 53.64 |
| 149000260 | AT&T | Channel 40, Inc. | $ 56.63 |
| 149000220 | AT&T | Channel 40, Inc. | $ 1,736.23 |
| 152003730 | AT&T | Chicago Tribune Company | $ 0.34 |
| 152003740 | AT&T | Chicago Tribune Company | $ 0.35 |
| 152003820 | AT&T | Chicago Tribune Company | $ 0.36 |
| 152003750 | AT&T | Chicago Tribune Company | $ 0.36 |
| 152003790 | AT&T | Chicago Tribune Company | $ 0.36 |
| 152003760 | AT&T | Chicago Tribune Company | $ 0.36 |
| 152003770 | AT&T | Chicago Tribune Company | $ 0.36 |
| 152003830 | AT&T | Chicago Tribune Company | $ 0.36 |
| 152003840 | AT&T | Chicago Tribune Company | $ 0.36 |
| 152003810 | AT&T | Chicago Tribune Company | $ 0.36 |
| 152003800 | AT&T | Chicago Tribune Company | $ 0.36 |
| 152003780 | AT&T | Chicago Tribune Company | $ 0.36 |
| 152003850 | AT&T | Chicago Tribune Company | $ 0.38 |
| 152003860 | AT&T | Chicago Tribune Company | $ 0.63 |
| 152003880 | AT&T | Chicago Tribune Company | $ 0.69 |
| 152003870 | AT&T | Chicago Tribune Company | $ 0.69 |
| 152003890 | AT&T | Chicago Tribune Company | $ 0.70 |
| 152003920 | AT&T | Chicago Tribune Company | $ 0.70 |
| 152003900 | AT&T | Chicago Tribune Company | $ 0.70 |
| 152003910 | AT&T | Chicago Tribune Company | $ 0.70 |
| 152003930 | AT&T | Chicago Tribune Company | $ 0.70 |
| 152003940 | AT&T | Chicago Tribune Company | $ 0.78 |
| 152003960 | AT&T | Chicago Tribune Company | $ 0.89 |
| 152003950 | AT&T | Chicago Tribune Company | $ 0.89 |
| 152003970 | AT&T | Chicago Tribune Company | $ 1.10 |
| 152003990 | AT&T | Chicago Tribune Company | $ 1.10 |
| 152003980 | AT&T | Chicago Tribune Company | $ 1.10 |
| 152004010 | AT&T | Chicago Tribune Company | $ 1.10 |
| 152004000 | AT&T | Chicago Tribune Company | $ 1.10 |
| 152004030 | AT&T | Chicago Tribune Company | $ 1.10 |
| 152004020 | AT&T | Chicago Tribune Company | $ 1.10 |
| 152004040 | AT&T | Chicago Tribune Company | $ 1.46 |
| 152004050 | AT&T | Chicago Tribune Company | $ 1.46 |
| 152004070 | AT&T | Chicago Tribune Company | $ 1.46 |
| 152004060 | AT&T | Chicago Tribune Company | $ 1.46 |
| 152004080 | AT&T | Chicago Tribune Company | $ 1.79 |
| 152004090 | AT&T | Chicago Tribune Company | $ 1.83 |
| 152004100 | AT&T | Chicago Tribune Company | $ 1.86 |
| 152004110 | AT&T | Chicago Tribune Company | $ 2.01 |
| 152004120 | AT&T | Chicago Tribune Company | $ 2.14 |
| 152004130 | AT&T | Chicago Tribune Company | $ 2.42 |
| 152004140 | AT&T | Chicago Tribune Company | $ 2.54 |
| 152004150 | AT&T | Chicago Tribune Company | $ 3.31 |
| 152004160 | AT&T | Chicago Tribune Company | $ 3.60 |
| 152004170 | AT&T | Chicago Tribune Company | $ 3.81 |
| 152004180 | AT&T | Chicago Tribune Company | $ 5.17 |
| 152004190 | AT&T | Chicago Tribune Company | $ 5.62 |
| 152004200 | AT&T | Chicago Tribune Company | $ 8.68 |
| 152004210 | AT&T | Chicago Tribune Company | $ 10.50 |
| 152004220 | AT&T | Chicago Tribune Company | $ 23.16 |
| 152004230 | AT&T | Chicago Tribune Company | $ 37.83 |
| 152004240 | AT&T | Chicago Tribune Company | $ 37.91 |
| 152004250 | AT&T | Chicago Tribune Company | $ 38.32 |
| 152004260 | AT&T | Chicago Tribune Company | $ 38.43 |
| 152004270 | AT&T | Chicago Tribune Company | $ 39.61 |
| 152004280 | AT&T | Chicago Tribune Company | $ 43.60 |

AT&T CLAIMS SETTLEMENT REPORT
EXHIBIT B - SUPERSEDED SCHEDULES

| Schedule Number | Creditor | Debtor | Scheduled Amount |
|---|---|---|---|
| 152004290 | AT&T | Chicago Tribune Company | $ 47.96 |
| 152004300 | AT&T | Chicago Tribune Company | $ 53.59 |
| 152004310 | AT&T | Chicago Tribune Company | $ 72.02 |
| 152004320 | AT&T | Chicago Tribune Company | $ 76.15 |
| 152004330 | AT&T | Chicago Tribune Company | $ 93.45 |
| 152004340 | AT&T | Chicago Tribune Company | $ 101.79 |
| 152003610 | AT&T | Chicago Tribune Company | $ 116.65 |
| 152004350 | AT&T | Chicago Tribune Company | $ 119.13 |
| 152004360 | AT&T | Chicago Tribune Company | $ 124.52 |
| 152003590 | AT&T | Chicago Tribune Company | $ 213.91 |
| 152003630 | AT&T | Chicago Tribune Company | $ 243.40 |
| 152004370 | AT&T | Chicago Tribune Company | $ 253.02 |
| 152004380 | AT&T | Chicago Tribune Company | $ 348.18 |
| 152004390 | AT&T | Chicago Tribune Company | $ 363.97 |
| 152003660 | AT&T | Chicago Tribune Company | $ 428.05 |
| 152004400 | AT&T | Chicago Tribune Company | $ 447.13 |
| 152003720 | AT&T | Chicago Tribune Company | $ 595.08 |
| 152004410 | AT&T | Chicago Tribune Company | $ 652.96 |
| 152004420 | AT&T | Chicago Tribune Company | $ 688.43 |
| 152003620 | AT&T | Chicago Tribune Company | $ 693.69 |
| 152003680 | AT&T | Chicago Tribune Company | $ 2,217.33 |
| 152003640 | AT&T | Chicago Tribune Company | $ 2,322.12 |
| 152003650 | AT&T | Chicago Tribune Company | $ 3,468.20 |
| 152003580 | AT&T | Chicago Tribune Company | $ 3,661.51 |
| 152003710 | AT&T | Chicago Tribune Company | $ 8,032.94 |
| 152003670 | AT&T | Chicago Tribune Company | $ 10,188.58 |
| 152003600 | AT&T | Chicago Tribune Company | $ 34,040.29 |
| 152003690 | AT&T | Chicago Tribune Company | $ 50,732.51 |
| 152003700 | AT&T | Chicago Tribune Company | $ 87,330.18 |
| 152003570 | AT&T | Chicago Tribune Company | $ 130,546.06 |
| 154000010 | AT&T | Chicago Tribune Press Service, Inc. | $ 169.25 |
| 156000140 | AT&T | Chicagoland Publishing Company | $ 26.16 |
| 156000150 | AT&T | Chicagoland Publishing Company | $ 144.87 |
| 157000140 | AT&T | Chicagoland Television News, Inc. | $ 4.63 |
| 157000110 | AT&T | Chicagoland Television News, Inc. | $ 14.70 |
| 157000090 | AT&T | Chicagoland Television News, Inc. | $ 937.41 |
| 157000130 | AT&T | Chicagoland Television News, Inc. | $ 1,739.16 |
| 157000120 | AT&T | Chicagoland Television News, Inc. | $ 2,111.98 |
| 157000100 | AT&T | Chicagoland Television News, Inc. | $ 4,483.06 |
| 162000080 | AT&T | Eagle New Media Investments, LLC | $ 2.87 |
| 165000120 | AT&T | forsalebyowner.com corp. | $ 7.45 |
| 165000140 | AT&T | forsalebyowner.com corp. | $ 50.62 |
| 165000130 | AT&T | forsalebyowner.com corp. | $ 83.03 |
| 165000150 | AT&T | forsalebyowner.com corp. | $ 532.47 |
| 168000080 | AT&T | Forum Publishing Group, Inc. | $ 0.07 |
| 168000090 | AT&T | Forum Publishing Group, Inc. | $ 41.04 |
| 173000350 | AT&T | Homestead Publishing Co. | $ 20.71 |
| 175000100 | AT&T | Hoy Publications, LLC | $ 76.59 |
| 174000030 | AT&T | Hoy, LLC | $ 42.19 |
| 174000040 | AT&T | Hoy, LLC | $ 42.19 |
| 180000200 | AT&T | KIAH Inc. | $ 293.87 |
| 180000210 | AT&T | KIAH Inc. | $ 1,075.11 |
| 180000180 | AT&T | KIAH Inc. | $ 2,505.19 |
| 180000190 | AT&T | KIAH Inc. | $ 5,054.18 |
| 181000100 | AT&T | KPLR, Inc. | $ 175.31 |
| 182000160 | AT&T | KSWB Inc. | $ 29.39 |
| 182000180 | AT&T | KSWB Inc. | $ 59.98 |
| 182000190 | AT&T | KSWB Inc. | $ 103.99 |
| 182000170 | AT&T | KSWB Inc. | $ 458.58 |
| 182000150 | AT&T | KSWB Inc. | $ 14,710.90 |
| 183000360 | AT&T | KTLA Inc. | $ 1.79 |
| 183000340 | AT&T | KTLA Inc. | $ 17.98 |
| 183000310 | AT&T | KTLA Inc. | $ 58.25 |
| 183000330 | AT&T | KTLA Inc. | $ 132.74 |
| 183000350 | AT&T | KTLA Inc. | $ 5,899.71 |
| 183000320 | AT&T | KTLA Inc. | $ 62,772.42 |
| 184000090 | AT&T | KWGN Inc. | $ 118.99 |
| 185012490 | AT&T | Los Angeles Times Communications LLC | $ 5.10 |
| 185012420 | AT&T | Los Angeles Times Communications LLC | $ 6.91 |
| 185012520 | AT&T | Los Angeles Times Communications LLC | $ 47.29 |

AT&T CLAIMS SETTLEMENT REPORT
EXHIBIT B - SUPERSEDED SCHEDULES

| Schedule Number | Creditor | Debtor | Scheduled Amount |
|---|---|---|---|
| 185012390 | AT&T | Los Angeles Times Communications LLC | $ 66.08 |
| 185012410 | AT&T | Los Angeles Times Communications LLC | $ 70.05 |
| 185012380 | AT&T | Los Angeles Times Communications LLC | $ 80.24 |
| 185012510 | AT&T | Los Angeles Times Communications LLC | $ 80.28 |
| 185012480 | AT&T | Los Angeles Times Communications LLC | $ 139.51 |
| 185012500 | AT&T | Los Angeles Times Communications LLC | $ 150.06 |
| 185012440 | AT&T | Los Angeles Times Communications LLC | $ 351.11 |
| 185012460 | AT&T | Los Angeles Times Communications LLC | $ 437.47 |
| 185012400 | AT&T | Los Angeles Times Communications LLC | $ 2,196.16 |
| 185012470 | AT&T | Los Angeles Times Communications LLC | $ 6,341.00 |
| 185012430 | AT&T | Los Angeles Times Communications LLC | $ 10,382.24 |
| 185012450 | AT&T | Los Angeles Times Communications LLC | $ 29,617.53 |
| 191000110 | AT&T | New Mass. Media, Inc. | $ 47.50 |
| 191000100 | AT&T | New Mass. Media, Inc. | $ 272.94 |
| 198004940 | AT&T | Orlando Sentinel Communications Company | $ 2.31 |
| 198004930 | AT&T | Orlando Sentinel Communications Company | $ 24.87 |
| 198004960 | AT&T | Orlando Sentinel Communications Company | $ 153.35 |
| 198004970 | AT&T | Orlando Sentinel Communications Company | $ 1,587.39 |
| 198004920 | AT&T | Orlando Sentinel Communications Company | $ 1,657.64 |
| 198004950 | AT&T | Orlando Sentinel Communications Company | $ 2,745.79 |
| 198004980 | AT&T | Orlando Sentinel Communications Company | $ 16,948.21 |
| 200000310 | AT&T | Patuxent Publishing Company | $ 8,245.24 |
| 205000260 | AT&T | Southern Connecticut Newspapers, Inc. | $ 2,131.37 |
| 206000230 | AT&T | Star Community Publishing Group, LLC | $ 1,377.50 |
| 206000220 | AT&T | Star Community Publishing Group, LLC | $ 1,427.19 |
| 206000240 | AT&T | Star Community Publishing Group, LLC | $ 1,537.90 |
| 208002700 | AT&T | Sun-Sentinel Company | $ 7.70 |
| 208002670 | AT&T | Sun-Sentinel Company | $ 125.67 |
| 208002640 | AT&T | Sun-Sentinel Company | $ 853.73 |
| 208002660 | AT&T | Sun-Sentinel Company | $ 1,234.00 |
| 208002650 | AT&T | Sun-Sentinel Company | $ 2,517.95 |
| 208002730 | AT&T | Sun-Sentinel Company | $ 3,563.01 |
| 208002690 | AT&T | Sun-Sentinel Company | $ 4,727.88 |
| 208002710 | AT&T | Sun-Sentinel Company | $ 16,778.18 |
| 208002680 | AT&T | Sun-Sentinel Company | $ 22,980.12 |
| 208002720 | AT&T | Sun-Sentinel Company | $ 206,000.05 |
| 209002680 | AT&T | The Baltimore Sun Company | $ 65.49 |
| 209002710 | AT&T | The Baltimore Sun Company | $ 743.50 |
| 209002670 | AT&T | The Baltimore Sun Company | $ 1,704.94 |
| 209002700 | AT&T | The Baltimore Sun Company | $ 5,152.86 |
| 209002690 | AT&T | The Baltimore Sun Company | $ 15,204.66 |
| 210002340 | AT&T | The Daily Press, Inc. | $ 0.09 |
| 210002360 | AT&T | The Daily Press, Inc. | $ 0.23 |
| 210002370 | AT&T | The Daily Press, Inc. | $ 0.33 |
| 210002350 | AT&T | The Daily Press, Inc. | $ 2.09 |
| 210002390 | AT&T | The Daily Press, Inc. | $ 2.17 |
| 210002380 | AT&T | The Daily Press, Inc. | $ 4.88 |
| 210002310 | AT&T | The Daily Press, Inc. | $ 5.86 |
| 210002330 | AT&T | The Daily Press, Inc. | $ 561.32 |
| 210002320 | AT&T | The Daily Press, Inc. | $ 4,632.32 |
| 211002540 | AT&T | The Hartford Courant Company | $ 31.22 |
| 211002530 | AT&T | The Hartford Courant Company | $ 69.18 |
| 211002550 | AT&T | The Hartford Courant Company | $ 748.63 |
| 211002560 | AT&T | The Hartford Courant Company | $ 1,823.27 |
| 211002520 | AT&T | The Hartford Courant Company | $ 6,091.12 |
| 212003250 | AT&T | The Morning Call, Inc. | $ 23.40 |
| 212003260 | AT&T | The Morning Call, Inc. | $ 7,331.99 |
| 212003270 | AT&T | The Morning Call, Inc. | $ 7,706.61 |
| 223000050 | AT&T | Tribune Broadcasting Company | $ 30.24 |
| 223000070 | AT&T | Tribune Broadcasting Company | $ 49.75 |
| 223000060 | AT&T | Tribune Broadcasting Company | $ 26,686.10 |
| 225000020 | AT&T | Tribune Broadcasting News Network, Inc. | $ 30.99 |
| 141001020 | AT&T | Tribune Company | $ 2.50 |
| 141001160 | AT&T | Tribune Company | $ 19.97 |
| 141000990 | AT&T | Tribune Company | $ 83.58 |
| 141001150 | AT&T | Tribune Company | $ 84.33 |
| 141001130 | AT&T | Tribune Company | $ 147.81 |
| 141001050 | AT&T | Tribune Company | $ 164.17 |
| 141000960 | AT&T | Tribune Company | $ 393.50 |
| 141001060 | AT&T | Tribune Company | $ 521.74 |

AT&T CLAIMS SETTLEMENT REPORT
EXHIBIT B - SUPERSEDED SCHEDULES

| Schedule Number | Creditor | Debtor | Scheduled Amount |
|---|---|---|---|
| 141001070 | AT&T | Tribune Company | $ 524.49 |
| 141001010 | AT&T | Tribune Company | $ 1,146.21 |
| 141001120 | AT&T | Tribune Company | $ 1,234.01 |
| 141001040 | AT&T | Tribune Company | $ 1,446.94 |
| 141001000 | AT&T | Tribune Company | $ 1,706.12 |
| 141001030 | AT&T | Tribune Company | $ 8,913.66 |
| 141001110 | AT&T | Tribune Company | $ 10,642.04 |
| 141000970 | AT&T | Tribune Company | $ 13,500.00 |
| 141001090 | AT&T | Tribune Company | $ 14,809.31 |
| 141001080 | AT&T | Tribune Company | $ 16,571.08 |
| 141000980 | AT&T | Tribune Company | $ 18,250.80 |
| 141001100 | AT&T | Tribune Company | $ 38,747.67 |
| 141001140 | AT&T | Tribune Company | $ 56,652.63 |
| 227000260 | AT&T | Tribune Direct Marketing, Inc. | $ 25.65 |
| 227000210 | AT&T | Tribune Direct Marketing, Inc. | $ 27.91 |
| 227000250 | AT&T | Tribune Direct Marketing, Inc. | $ 105.41 |
| 227000230 | AT&T | Tribune Direct Marketing, Inc. | $ 202.89 |
| 227000240 | AT&T | Tribune Direct Marketing, Inc. | $ 303.00 |
| 227000220 | AT&T | Tribune Direct Marketing, Inc. | $ 434.81 |
| 231000190 | AT&T | Tribune Finance Service Center, Inc. | $ 2,871.26 |
| 235000200 | AT&T | Tribune Media Net, Inc. | $ 47.85 |
| 235000210 | AT&T | Tribune Media Net, Inc. | $ 161.62 |
| 235000150 | AT&T | Tribune Media Net, Inc. | $ 256.36 |
| 235000240 | AT&T | Tribune Media Net, Inc. | $ 354.54 |
| 235000140 | AT&T | Tribune Media Net, Inc. | $ 409.86 |
| 235000220 | AT&T | Tribune Media Net, Inc. | $ 469.03 |
| 235000190 | AT&T | Tribune Media Net, Inc. | $ 574.99 |
| 235000160 | AT&T | Tribune Media Net, Inc. | $ 756.71 |
| 235000180 | AT&T | Tribune Media Net, Inc. | $ 2,267.34 |
| 235000170 | AT&T | Tribune Media Net, Inc. | $ 5,788.13 |
| 235000230 | AT&T | Tribune Media Net, Inc. | $ 12,362.23 |
| 236006470 | AT&T | Tribune Media Services, Inc. | $ 1.43 |
| 236006440 | AT&T | Tribune Media Services, Inc. | $ 43.43 |
| 236006410 | AT&T | Tribune Media Services, Inc. | $ 529.37 |
| 236006420 | AT&T | Tribune Media Services, Inc. | $ 921.34 |
| 236006430 | AT&T | Tribune Media Services, Inc. | $ 3,219.28 |
| 236006460 | AT&T | Tribune Media Services, Inc. | $ 4,671.18 |
| 236006450 | AT&T | Tribune Media Services, Inc. | $ 52,359.27 |
| 240000160 | AT&T | Tribune Publishing Company | $ 407.88 |
| 241000730 | AT&T | Tribune Television Company | $ 1.39 |
| 241000680 | AT&T | Tribune Television Company | $ 178.09 |
| 241000740 | AT&T | Tribune Television Company | $ 237.40 |
| 241000690 | AT&T | Tribune Television Company | $ 265.54 |
| 241000720 | AT&T | Tribune Television Company | $ 288.77 |
| 241000650 | AT&T | Tribune Television Company | $ 312.09 |
| 241000750 | AT&T | Tribune Television Company | $ 712.91 |
| 241000700 | AT&T | Tribune Television Company | $ 907.58 |
| 241000710 | AT&T | Tribune Television Company | $ 1,203.94 |
| 241000670 | AT&T | Tribune Television Company | $ 2,260.97 |
| 241000660 | AT&T | Tribune Television Company | $ 11,252.16 |
| 242000220 | AT&T | Tribune Television Holdings, Inc. | $ 8.78 |
| 242000230 | AT&T | Tribune Television Holdings, Inc. | $ 280.10 |
| 244000270 | AT&T | Tribune Television New Orleans, Inc. | $ 10.73 |
| 244000300 | AT&T | Tribune Television New Orleans, Inc. | $ 29.98 |
| 244000290 | AT&T | Tribune Television New Orleans, Inc. | $ 356.40 |
| 244000280 | AT&T | Tribune Television New Orleans, Inc. | $ 654.56 |
| 245000370 | AT&T | Tribune Television Northwest, Inc. | $ 42.32 |
| 245000360 | AT&T | Tribune Television Northwest, Inc. | $ 1,250.66 |
| 246000040 | AT&T | Valumail, Inc. | $ 9.88 |
| 246000030 | AT&T | Valumail, Inc. | $ 13.76 |
| 248000260 | AT&T | Virginia Gazette Companies, LLC | $ 53.13 |
| 251000070 | AT&T | WDCW Broadcasting, Inc. | $ 79.59 |
| 252000570 | AT&T | WGN Continental Broadcasting Company | $ 0.78 |
| 252000580 | AT&T | WGN Continental Broadcasting Company | $ 46.40 |
| 252000510 | AT&T | WGN Continental Broadcasting Company | $ 94.83 |
| 252000540 | AT&T | WGN Continental Broadcasting Company | $ 166.19 |
| 252000530 | AT&T | WGN Continental Broadcasting Company | $ 535.85 |
| 252000520 | AT&T | WGN Continental Broadcasting Company | $ 548.61 |
| 252000560 | AT&T | WGN Continental Broadcasting Company | $ 1,686.02 |
| 252000550 | AT&T | WGN Continental Broadcasting Company | $ 2,457.84 |

AT&T CLAIMS SETTLEMENT REPORT
EXHIBIT B - SUPERSEDED SCHEDULES

| Schedule Number | Creditor | Debtor | Scheduled Amount |
|---|---|---|---|
| 252000500 | AT&T | WGN Continental Broadcasting Company | $ 7,851.06 |
| 254000330 | AT&T | WPIX, Inc. | $ 0.98 |
| 254000290 | AT&T | WPIX, Inc. | $ 55.36 |
| 254000280 | AT&T | WPIX, Inc. | $ 98.32 |
| 254000240 | AT&T | WPIX, Inc. | $ 128.46 |
| 254000320 | AT&T | WPIX, Inc. | $ 140.06 |
| 254000270 | AT&T | WPIX, Inc. | $ 208.83 |
| 254000260 | AT&T | WPIX, Inc. | $ 270.43 |
| 254000300 | AT&T | WPIX, Inc. | $ 322.24 |
| 254000250 | AT&T | WPIX, Inc. | $ 331.66 |
| 254000340 | AT&T | WPIX, Inc. | $ 2,877.21 |
| 254000310 | AT&T | WPIX, Inc. | $ 3,470.01 |
| 185012560 | AT&T ADVERTISING AND PUBLISHING | Los Angeles Times Communications LLC | $ 92.00 |
| 168000100 | AT&T ADVERTISING SOLUTIONS | Forum Publishing Group, Inc. | $ 127.84 |
| 235000250 | AT&T COMMUNICATION SYSTEMS SOUTHEAST | Tribune Media Net, Inc. | $ 16.50 |
| 211002570 | AT&T CORPORATE | The Hartford Courant Company | $ 505.13 |
| 168000110 | AT&T MOBILITY | Forum Publishing Group, Inc. | $ 53.19 |
| 225000030 | AT&T MOBILITY | Tribune Broadcasting News Network, Inc. | $ 70.20 |
| 141001290 | AT&T MOBILITY | Tribune Company | $ 46,310.50 |
| 241000770 | AT&T MOBILITY | Tribune Television Company | $ 66.37 |
| 185012600 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 26.91 |
| 185012610 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 32.33 |
| 185012620 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 36.64 |
| 185012630 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 57.52 |
| 185012640 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 63.43 |
| 185012650 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 79.81 |
| 185012660 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 97.56 |
| 185012570 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 191.82 |
| 185012590 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 300.70 |
| 185012680 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 346.68 |
| 185012690 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 382.30 |
| 185012700 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 582.00 |
| 185012710 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 583.87 |
| 185012720 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 924.45 |
| 185012730 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 1,321.15 |
| 185012740 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 1,555.60 |
| 185012580 | AT&T SERVICES INC | Los Angeles Times Communications LLC | $ 35,784.37 |
| 141001300 | AT&T SERVICES INC | Tribune Company | $ 7,828.58 |
| 152004440 | AT&T TELECONFERENCE SERVICES | Chicago Tribune Company | $ 6,537.89 |
| 157000150 | AT&T TELECONFERENCE SERVICES | Chicagoland Television News, Inc. | $ 17.04 |
| 162000090 | AT&T TELECONFERENCE SERVICES | Eagle New Media Investments, LLC | $ 122.41 |
| 185012750 | AT&T TELECONFERENCE SERVICES | Los Angeles Times Communications LLC | $ 7,097.00 |
| 198005030 | AT&T TELECONFERENCE SERVICES | Orlando Sentinel Communications Company | $ 11,173.34 |
| 208002740 | AT&T TELECONFERENCE SERVICES | Sun-Sentinel Company | $ 1,562.12 |
| 211002580 | AT&T TELECONFERENCE SERVICES | The Hartford Courant Company | $ 31.39 |
| 212003280 | AT&T TELECONFERENCE SERVICES | The Morning Call, Inc. | $ 40.44 |
| 141001310 | AT&T TELECONFERENCE SERVICES | Tribune Company | $ 13,930.17 |
| 235000270 | AT&T TELECONFERENCE SERVICES | Tribune Media Net, Inc. | $ 818.97 |
| 235000260 | AT&T TELECONFERENCE SERVICES | Tribune Media Net, Inc. | $ 990.80 |
| 236006530 | AT&T TELECONFERENCE SERVICES | Tribune Media Services, Inc. | $ 7,133.52 |
| 240000170 | AT&T TELECONFERENCE SERVICES | Tribune Publishing Company | $ 335.39 |
| 185012760 | AT&T YELLOW PAGES | Los Angeles Times Communications LLC | $ 92.00 |
| 241000780 | AT&T YELLOW PAGES | Tribune Television Company | $ 105.00 |
| 175001180 | SBC | Hoy Publications, LLC | $ 21.95 |
| 175001190 | SBC | Hoy Publications, LLC | $ 252.55 |