# Exhibit A

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax  · www.zuckerman.com

July 9, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:284245
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through May 31, 2012.

| | | |
|---|---|---|
| By James Sottile<br>56.10 hours at $790.00 per hour | $ | 44,319.00 |
| By Andrew N. Goldfarb<br>68.90 hours at $640.00 per hour | $ | 44,096.00 |
| By P. Andrew Torrez<br>14.40 hours at $610.00 per hour | $ | 8,784.00 |
| By Lisa Gehlbach<br>32.00 hours at $280.00 per hour | $ | 8,960.00 |
| By Kimberley Wilson<br>0.20 hours at $180.00 per hour | $ | 36.00 |
| TOTAL FEES | $ | 106,195.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 106,195.00 |

July 9, 2012                                                                        Page 2

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                 MATTER: 0001


James Sottile

| | | |
|---|---|---|
| 05/01/12 | 1.30 | Call with DCL counsel re issues on Litigation Trust agreements. |
| 05/01/12 | 0.30 | Call with J. Bendernagel (Sidley) re issues on Litigation Trust agreements. |
| 05/01/12 | 1.20 | Edit Litigation Trust Confidentiality and Cooperation Agreement. |
| 05/01/12 | 0.40 | Participate in Committee professionals' call re bankruptcy and litigation matters. |
| 05/01/12 | 1.30 | Review and edit latest draft of Litigation Trust Agreement. |
| 05/01/12 | 0.30 | Call with A. Rosenblatt, M. Ashley, M. Roitman and C. Rivera (Chadbourne) re issues on Litigation Trust Cooperation Agreement. |
| 05/01/12 | 1.30 | Review other draft documents to be filed with Plan Supplement. |
| 05/02/12 | 1.00 | Call with DCL counsel re issues on Litigation Trust documents. |
| 05/02/12 | 0.20 | Call with D. Zensky (Akin) re issues on motion re dismissal of shareholders in FitzSimons who received less than threshold amount. |
| 05/02/12 | 0.40 | Edit motion re dismissal of shareholders who received less than threshold amount. |
| 05/02/12 | 0.80 | Further revisions to Litigation Trust documents. |
| 05/02/12 | 0.80 | Further work analyzing potential motions to dismiss claims in FitzSimons. |
| 05/03/12 | 1.40 | Conference call with DCL counsel re issues on Litigation Trust Cooperation Agreement and Loan Agreement. |
| 05/03/12 | 0.80 | Review latest drafts of Litigation Trust Cooperation and Loan Agreements. |
| 05/03/12 | 0.20 | Call with D. Deutsch (Chadbourne) re issues on motion re dismissal of shareholder defendants in FitzSimons who received less than threshold amount. |

July 9, 2012                                                                                   Page 3

| | | |
|---|---|---|
| 05/03/12 | 0.30 | Call with J. Bendernagel (Sidley) re issues on motion re dismissal of shareholder defendants who received less than threshold amount. |
| 05/04/12 | 0.50 | Conference call with DCL counsel re Litigation Trust documents. |
| 05/04/12 | 0.60 | Review shareholder claim allegations in FitzSimons complaint and analyze issues re dismissal of shareholders receiving less than threshold amount. |
| 05/04/12 | 0.30 | Final edits to motion re dismissal of shareholders receiving less than threshold amount. |
| 05/04/12 | 0.20 | Call with D. Zensky (Akin) re motion to dismiss shareholders receiving less than threshold amount. |
| 05/04/12 | 0.20 | Call with J. Bendernagel (Sidley) re issues on Litigation Trust agreements. |
| 05/04/12 | 0.60 | Review and revise Litigation Trust Cooperation Agreement. |
| 05/09/12 | 0.20 | Call with J. Bendernagel (Sidley) re Litigation Trust issues. |
| 05/09/12 | 0.20 | Call with J. Teitelbaum (Teitelbaum & Baskin) re Litigation Trust issues. |
| 05/10/12 | 0.30 | Review Litigation Trust Cooperation Agreement draft and send to D. Golden (Akin). |
| 05/11/12 | 1.40 | Further work on potential revisions to Litigation Trust documents. |
| 05/14/12 | 0.20 | Call with D. Adler (McCarter) re selection of Litigation Trustee and Morgan Stanley issue. |
| 05/14/12 | 0.80 | Analysis of defendants to be added to FitzSimons complaint. |
| 05/14/12 | 0.80 | Analysis of Plan changes requested by Aurelius. |
| 05/15/12 | 0.40 | Participate in Tribune professionals' call re bankruptcy and litigation activities. |
| 05/15/12 | 0.20 | E-mail correspondence with D. Golden (Akin) and K. Lantry (Sidley) re identification of litigation trustee. |
| 05/15/12 | 0.30 | Call with D. Zensky (Akin) re Plan changes requested by Aurelius. |
| 05/15/12 | 0.80 | Analyze potential effect of Aurelius requested Plan changes on releases. |
| 05/16/12 | 0.80 | Call with Akin, A. Goldfarb and D. Rath and J. Green (Landis Rath) re identifying and adding additional shareholder defendants to FitzSimons. |

| | | |
|---|---|---|
| 05/16/12 | 0.30 | Communications with D. Golden (Akin) and K. Lantry (Sidley) re identification of litigation trustee. |
| 05/16/12 | 1.60 | Work on revisions to Litigation Trust Agreement and Litigation Trust Confidentiality and Cooperation Agreement. |
| 05/17/12 | 0.70 | Analyze issues re identification and service of additional shareholder defendants in FitzSimons. |
| 05/21/12 | 1.60 | Further work analyzing arguments in response to anticipated motions to dismiss in FitzSimons. |
| 05/22/12 | 0.60 | Participate in call with DCL counsel re Plan objections. |
| 05/22/12 | 1.20 | Begin review/analysis of Plan objections. |
| 05/22/12 | 0.20 | Call with J. Johnston (Jones Day) re Plan objection issues. |
| 05/23/12 | 0.30 | Prepare for call with Chadbourne re confirmation objections. |
| 05/23/12 | 0.80 | Call with D. LeMay, C. Rivera and M. Roitman (Chadbourne) re confirmation objections. |
| 05/23/12 | 1.30 | Participate in call with DCL counsel re Plan objections. |
| 05/23/12 | 2.50 | Further review/analysis of Plan objections and work on proposed revisions to Plan and Litigation Trust Agreement. |
| 05/24/12 | 0.20 | Call with J. Teitelbaum (Teitelbaum & Baskin) re Plan confirmation issues. |
| 05/24/12 | 1.20 | Conference call with D. Zensky and P. Dublin (Akin), R. Stark (Brown Rudnick), J. Bendernagel, K. Lantry and J. Boelter (Sidley) and C. Rivera (Chadbourne) re Plan objections and proposed revisions to Plan and Litigation Trust Agreement to respond to objections. |
| 05/24/12 | 1.30 | Further analysis of Wilmington Trust and Deutsche Bank objections and proposed amendments to Plan and Litigation Trust Agreement. |
| 05/24/12 | 0.50 | Participate in telephonic meeting of Creditors Committee. |
| 05/24/12 | 0.30 | Review Tribune D&O policies and send to D. Zensky (Akin). |
| 05/25/12 | 0.40 | Calls with K. Lantry (Sidley) re revisions to Plan and Litigation Trust Agreement in response to objections. |
| 05/25/12 | 0.20 | Call with J. Bendernagel (Sidley) re revisions to Plan and Litigation Trust Agreement in response to objections. |
| 05/25/12 | 0.40 | E-mail correspondence with E. Moskowitz (Davis Polk) re edits to Plan in response to objections. |

| 05/25/12 | 2.60 | Review and edits to Plan and Litigation Trust Agreement in response to objections. |
| 05/25/12 | 0.20 | E-mails to Noteholders' counsel re Plan changes in response to objections. |
| 05/26/12 | 2.10 | Further review/analysis of Plan objections, proposed edits to Plan and Litigation Trust Agreements and draft revisions. |
| 05/29/12 | 0.50 | Participate in telephonic status hearing. |
| 05/29/12 | 0.20 | Call with J. Bendernagel (Sidley) re Plan confirmation issues. |
| 05/29/12 | 0.20 | Call with J. Teitelbaum (Teitelbaum & Baskin) re Plan confirmation issues. |
| 05/29/12 | 0.20 | Call with G. Novod (Brown Rudnick) re Plan confirmation issues. |
| 05/29/12 | 1.20 | Review and comment on drafts of sections of response to Plan objections. |
| 05/29/12 | 0.30 | Review draft motion to extend stay of various actions and service deadline in Bankruptcy Court. |
| 05/29/12 | 0.20 | Call with K. Lantry (Sidley) re Plan confirmation issues. |
| 05/29/12 | 1.20 | Work on potential revisions to Litigation Trust Confidentiality and Cooperation Agreement to respond to objections. |
| 05/30/12 | 0.30 | Call with C. Rivera and M. Roitman (Chadbourne) re revisions to Litigation Trust Agreement. |
| 05/30/12 | 0.20 | Call with D. Zensky (Akin) re Plan objections and potential revisions to resolve. |
| 05/30/12 | 0.30 | Calls with E. Moskowitz (Davis Polk) re Plan objections and potential revisions to resolve. |
| 05/30/12 | 0.30 | Calls with K. Lantry (Sidley) re efforts to resolve Plan objections. |
| 05/30/12 | 1.70 | Work on revisions to Plan and Litigation Trust agreements language to resolve objections. |
| 05/31/12 | 0.70 | Conference call with DCL counsel re Litigation Trust objection issues. |
| 05/31/12 | 0.50 | Conference call with DCL counsel re brief in response to objections. |
| 05/31/12 | 1.80 | Review and edit sections of DCL brief in response to Plan objections. |

| 05/31/12 | 1.50 | Work on revisions to Plan and Litigation Trust Agreement language in response to objections. |
| 05/31/12 | 0.50 | Calls with D. Zensky and P. Dublin (Akin) re Plan objections and efforts to resolve. |
| 05/31/12 | 0.50 | Analysis of Deutsche Bank Plan objection re Morgan Stanley Senior Noteholder claims and potential resolution, including analysis of proposed Plan amendment. |
| 05/31/12 | 0.50 | E-mail correspondence with DCL counsel re issues on Plan objections, potential resolutions and brief in response. |
| 05/31/12 | 1.00 | Review DCL proposed findings and conclusions. |
| 05/31/12 | 0.70 | Review Akin proposed revisions to Litigation Trust documents. |
| 05/31/12 | 0.30 | Call with K. Stickles (Cole Schotz) re analysis of Deutsche Bank Plan objection. |

**P. Andrew Torrez**

| 05/01/12 | 0.10 | Review notice of service of Whittman and Chachas expert reports. |
| 05/02/12 | 0.90 | Review draft DCL objection to Wilmington Trust's motion for leave to appeal Bankruptcy Court decision on allocation. |
| 05/02/12 | 0.60 | Review draft Plan Supplement documents. |
| 05/14/12 | 0.20 | Review notice of filing of amended exhibits to Fourth Amended Joint Plan of Reorganization. |
| 05/14/12 | 0.30 | Review motion regarding certain claims commenced per September 27, 2010 standing order. |
| 05/14/12 | 0.30 | Review DCL Plan Proponents' objection to Wilmington Trust's motion for leave to appeal Bankruptcy Court decision on allocation. |
| 05/15/12 | 0.90 | Review draft Committee opposition to Advisors' Motion to Vacate Conditional Transfer Order 4. |
| 05/15/12 | 0.20 | Review draft letter to Judge Pauley regarding FitzSimons action in MDL litigation. |
| 05/15/12 | 0.50 | Review Debtor's Second Supplemental Motion to Extend Stay of Avoidance Actions. |
| 05/21/12 | 0.10 | Review of order approving stipulation between Debtors and Wilmington Trust re temporary allowance of claims. |

| 05/21/12 | 0.10 | Review of Debtors' Notice of Selection of the Litigation Trustee re 4th Amended Plan. |
|---|---|---|
| 05/22/12 | 0.90 | Review of memorandum and draft motions regarding payment of certain MIP payments into trust pending FitzSimons action. |
| 05/22/12 | 0.40 | Review of memo re proposed stipulation among Debtors and retirees regarding pension-related claims. |
| 05/24/12 | 0.70 | Review of article re Crain's Chicago Business with respect to Tribune's business restructuring. |
| 05/25/12 | 0.80 | Review of former directors' objection to 4th Amended Joint Plan of Reorganization. |
| 05/25/12 | 0.70 | Review of Debtors' response to Citadel motion for reconsideration re Court's order on allocation disputes. |
| 05/25/12 | 0.40 | Review of EGI-TRB objection to confirmation of 4th Amended Joint Plan of Reorganization. |
| 05/30/12 | 2.40 | Review of Wilmington Trust's objection to 4th Amended Plan of Reorganization. |
| 05/30/12 | 0.50 | Review of Citadel's objection to 4th Amended Plan of Reorganization. |
| 05/31/12 | 2.00 | Review draft brief (a) in support of confirmation of the Fourth Amended DCL Plan and (b) omnibus reply to objections. |
| 05/31/12 | 1.40 | Review current draft of proposed findings of fact and conclusions of law supporting 4th Amended Plan confirmation. |

Andrew N. Goldfarb

| 05/01/12 | 0.30 | Attend weekly professional's call re bankruptcy and litigation matters. |
|---|---|---|
| 05/01/12 | 0.30 | Call with counsel for Mizuho Bank re status as FitzSimons defendant. |
| 05/01/12 | 0.20 | Review email and letter from counsel for Rabo re FitzSimons shareholder info. |
| 05/01/12 | 0.40 | Call with Jeff Fourmaux (Friedman Kaplan) re Merrill and Lehman shareholder productions in FitzSimons. |
| 05/02/12 | 0.20 | Review Merrill and CGMI motion to vacate CTO-4 in the MDL. |

| 05/02/12 | 0.70 | Modify and recirculate draft LBO proceeds threshold motion and proposed order to Chadbourne, LRC, and other MDL plaintiffs' counsel. |
| 05/02/12 | 0.30 | Calls with J. Green (LRC) re FitzSimons shareholder discovery and service. |
| 05/02/12 | 0.10 | Review draft summons and rider for service of FitzSimons in MDL. |
| 05/02/12 | 0.10 | Review J. Sottile edits to letter to J. Pauley. |
| 05/02/12 | 0.20 | Revise and circulate draft letter to Judge Pauley to Chadbourne and LRC. |
| 05/02/12 | 0.10 | Review and revise Madoff Party dismissal notice for FitzSimons. |
| 05/02/12 | 0.30 | Review FitzSimons shareholder productions from JPM, TDAC, BNP Paribas, and UBS. |
| 05/02/12 | 0.20 | Compile and serve recent shareholder productions on parties that subpoenaed the Committee for such information. |
| 05/02/12 | 0.10 | Review M. Ashley (Chadbourne & Parke) comments to draft letter to Judge Pauley re Committee role as interim liaison plaintiff. |
| 05/02/12 | 0.10 | Email E. Moskowitz (DPW) re JPM defendant status in FitzSimons. |
| 05/03/12 | 0.20 | Email D. Rath (LRC) re results of SNDY research on modification of appearance papers. |
| 05/03/12 | 1.20 | Revise Committee LBO proceeds threshold motion (multiple) for FitzSimons. |
| 05/03/12 | 0.20 | Confer with J. Sottile re Committee LBO proceeds threshold motion in FitzSimons. |
| 05/03/12 | 0.20 | Call with J. Bendernagel (Sidley) re LBO proceeds threshold motion in FitzSimons. |
| 05/03/12 | 0.20 | Email to J. Sottile re call with J. Bendernagel (Sidley). |
| 05/03/12 | 0.50 | Review and analyze FitzSimons complaint. |
| 05/03/12 | 0.50 | Email to J. Sottile re analysis of FitzSimons complaint re shareholder defendants. |
| 05/03/12 | 0.10 | Email M. DiStefano (Chadbourne & Parke) re status of memorandum to Committee re PIMCO. |
| 05/03/12 | 0.20 | Review and revise agenda for planned in-person meeting with LRC re shareholder discovery. |

| 05/04/12 | 0.20 | Email to J. Green (LRC) re service of complaint in FitzSimons. |
| 05/04/12 | 3.00 | Revise, modify, and finalize the Committee motion re 50K proceeds threshold in FitzSimons. |
| 05/04/12 | 0.20 | Confer with J. Sottile re proceeds threshold motion. |
| 05/04/12 | 0.20 | Emails with D. Zensky (Akin), D. Deutsch (Chadbourne) and J. Bendernagel (Sidley) re Committee's draft LBO proceeds threshold motion. |
| 05/04/12 | 0.40 | Analyze Lehman production and Ex. A to FitzSimons complaint. |
| 05/04/12 | 0.10 | Email to J. Fourmaux (Friedman Kaplan) re Lehman shareholder production issues in FitzSimons in response to query. |
| 05/04/12 | 0.20 | Email J. Sottile re status of complaint service on shareholder defendants in FitzSimons. |
| 05/07/12 | 0.20 | Email S. Pappa (SVG) re filing PIMCO-related papers in lender action. |
| 05/07/12 | 2.00 | Revise Zuckerman Spaeder application for modification of appearance as to PIMCO (both FitzSimons and JPMorgan Chase actions). |
| 05/07/12 | 2.60 | Prepare for 5/8 meeting with Landis Rath on FitzSimons discovery and service issues. |
| 05/07/12 | 0.10 | Email counsel for Northern Trust (Fulbright) re 50K threshold in FitzSimons. |
| 05/07/12 | 0.10 | Email S. Sulkowski (Milbank) re scheduling call on dismissal of certain parties in FitzSimons. |
| 05/08/12 | 6.00 | Meet with J. Green, R. Butcher and D. Rath (LRC) re full update on status of FitzSimons service, discovery, and other projects, and planning re same. |
| 05/08/12 | 0.70 | Prepare for meeting with LRC re FitzSimons shareholder discovery and service issues. |
| 05/09/12 | 2.40 | Draft and revise notice of motion, memorandum, proposed order, and declaration for SDNY filing re PIMCO withdrawal. |
| 05/09/12 | 0.70 | Finalize and file Zuckerman Spaeder motion re representation as to PIMCO entities. |
| 05/09/12 | 0.20 | Review Judge Pauley's individual practices. |

| 05/09/12 | 0.20 | Emails with J. Goldsmith and D. Zensky (Akin) re Rule 4(m) motion status and how to prompt court action. |
|----------|------|----------|
| 05/09/12 | 0.30 | Confer with J. Green (LRC) re S. Sulkowski (Milbank) and Lehman production questions. |
| 05/09/12 | 0.30 | Email J. Sottile summary and recommendation re strategy on FitzSimons service. |
| 05/09/12 | 0.20 | Revise and recirculate draft letter to MDL court re Committee role as interim plaintiff. |
| 05/09/12 | 0.20 | Review and respond to email from LRC addressing FitzSimons service data. |
| 05/09/12 | 0.20 | Call with J. Ludwig (Sidley) re approach to extending stay of preference and JPM actions. |
| 05/09/12 | 0.20 | Email to LRC and J. Sottile re call with J. Ludwig (Sidley) re strategy on extending stay. |
| 05/09/12 | 0.10 | Call with C. Doniak (Akin) re Tribune MDL service and plaintiff coordination issues. |
| 05/09/12 | 0.10 | Review LRC master files re FitzSimons service. |
| 05/10/12 | 0.30 | Meeting with L. Gehlbach to discuss status of lender action service and remaining tasks. |
| 05/10/12 | 0.20 | Email to L. Gehlbach re status of lender action and review of subpoenaed parties in FitzSimons. |
| 05/10/12 | 0.10 | Call with M. Hurley (Akin) to J. Pauley's clerk re status of Rule 4(m) motion for MDL plaintiffs. |
| 05/10/12 | 0.20 | Email to S. Sulkowski (Milbank) re response to prior Committee letter about FitzSimons shareholder discovery. |
| 05/10/12 | 0.20 | Send materials about state law fraud actions to J. Green and R. Butcher (LRC). |
| 05/10/12 | 0.40 | Initial review and begin redline of draft response to Advisors' motion to vacate CTO-4. |
| 05/10/12 | 0.10 | Review email from J. Ludwig (Sidley) re debtors' motion for extension of stay. |
| 05/10/12 | 0.10 | E-mail D. Rath and J. Green (LRC) and J. Sottile regarding stipulation of dismissal forms. |
| 05/10/12 | 0.20 | Review and compare draft stipulations of dismissal from Milbank and Akin. |

| 05/11/12 | 0.30 | Email K. Scully (Akin) re list of defendants for Noteholders' state law actions, including review of files and documents re same. |
| 05/11/12 | 0.20 | Confer with J. Sottile re status of various FitzSimons projects, including 50K threshold motion and service. |
| 05/11/12 | 0.10 | Email J. Green (LRC) in follow up to conversation with J. Sottile re FitzSimons service approach. |
| 05/13/12 | 2.70 | Revise draft opposition to Advisors' motion to vacate CTO-4. |
| 05/13/12 | 0.60 | Second round of revisions and edits to Committee draft opposition to CTO-4 to reflect J. Sottile comments. |
| 05/13/12 | 0.10 | Send draft Committee opposition brief on Advisors' motion to vacate CTO-4 to LRC and Chadbourne & Parke for comment. |
| 05/14/12 | 0.10 | Email filings re PIMCO to C. Smith et al. |
| 05/14/12 | 0.50 | Review/revise draft opposition to Advisors' motion to vacate CTO-4. |
| 05/14/12 | 0.10 | Review supplemental FitzSimons production from Morgan Stanley. |
| 05/14/12 | 0.10 | Review S. Sulkowski (Milbank) letter re FitzSimons discovery scope. |
| 05/14/12 | 0.10 | Emails with C. Doniak (Akin) and LRC re service of Rule 4(m) motion. |
| 05/15/12 | 0.40 | Weekly professionals' call re status of bankruptcy and litigation matters. |
| 05/15/12 | 0.20 | Call with J. Green (LRC) re service issues and motion for leave to amend FitzSimons complaint. |
| 05/15/12 | 0.20 | Email to J. Green and D. Rath (LRC) re teleconference with Akin on 5/16. |
| 05/15/12 | 0.10 | Call with J. Sottile re amending FitzSimons complaint. |
| 05/15/12 | 0.20 | Review and send to C. Doniak (Akin) revised draft letter to Judge Pauley. |
| 05/15/12 | 0.10 | Revise draft letter to J. Pauley re Committee's role as interim counsel in MDL. |
| 05/15/12 | 0.20 | Email draft letter to J. Pauley to M. DiStefano (Chadbourne & Parke) for posting to Intralinks note. |
| 05/16/12 | 0.80 | Call with J. Green and D. Rath (LRC), B. Lack (Friedman Kaplan), and M. Hurley and D. Zensky (Akin) re MDL shareholder discovery and service issues. |

| 05/16/12 | 0.20 | Prepare for above call by reviewing spreadsheets from LRC. |
|----------|------|------------------------------------------------------------|
| 05/16/12 | 0.10 | Email to R. Cobb (LRC) re extending tolling agreements with Tribune professionals. |
| 05/16/12 | 1.70 | Review, finalize, and file Committee objection to Advisors' motion to vacate CTO-4, including review cited portions of FitzSimons and Advisor Action. |
| 05/16/12 | 0.10 | Review briefly 11th Cir. TOUSA decision. |
| 05/17/12 | 1.00 | Call with J. Green (LRC) and B. Lack (Friedman Kaplan) re MDL shareholder defendant and service issues. |
| 05/17/12 | 0.20 | Call with J. Green (LRC) re call with B. Lack (Friedman Kaplan) re next steps for Committee in MDL shareholder discovery project. |
| 05/17/12 | 0.10 | Call with D. Newman (Akin) re motion for leave to amend MDL complaints. |
| 05/17/12 | 0.20 | Distribute FitzSimons shareholder discovery information to parties subpoenaing Committee. |
| 05/17/12 | 0.10 | Call counsel for parties served in FitzSimons to respond to questions about litigation status. |
| 05/17/12 | 0.30 | Review discovery spreadsheets to prepare for call with J. Green (LRC) and B. Lack (Friedman Kaplan). |
| 05/17/12 | 0.10 | Review international Certificate of Service for summons in lender action. |
| 05/17/12 | 0.10 | Call with J. Fourmaux (Friedman Kaplan) re Lehman shareholder production in FitzSimons. |
| 05/17/12 | 0.20 | Finalize and coordinate submission of letter to MDL Court re role of Committee. |
| 05/17/12 | 0.10 | Email to MDL defense and plaintiff liaison counsel re letter to MDL court from Committee. |
| 05/18/12 | 1.20 | Review and revise spreadsheet with shareholder information to add to FitzSimons defendants list. |
| 05/18/12 | 0.40 | Review and modify Northern Trust spreadsheet for additional shareholder defendants to add to Exhibit A in FitzSimons. |
| 05/18/12 | 0.10 | Review and email revised spreadsheet on additional FitzSimons defendants to J. Green (LRC) for inclusion on Ex. A. |
| 05/21/12 | 0.40 | Revise and adapt draft party dismissal stipulation template for FitzSimons. |

| 05/21/12 | 0.30 | Revise and circulate to LRC for review the proposed Charter Trust letter for FitzSimons. |
| 05/21/12 | 0.50 | Call with J. Green (LRC) re complaint amendment and defendant list analysis in FitzSimons. |
| 05/21/12 | 1.20 | Analyze Noteholders' defendant list in MDL cases. |
| 05/21/12 | 0.30 | Review and revise draft stipulation of dismissal template for FitzSimons parties. |
| 05/21/12 | 0.30 | Email Akin A. Doniak, D. Newman, J. Goldsmith) re candidates for dismissal in MDL cases, including review of list of potential parties seeking dismissal. |
| 05/21/12 | 0.10 | Serve Morgan Stanley shareholder materials on parties that subpoenaed Committee. |
| 05/21/12 | 0.10 | Call with A. Zisman (Weil) re Morgan Stanley production in FitzSimons. |
| 05/21/12 | 0.20 | Email J. Teitelbaum (TBLaw) re supporting materials for parties seeking dismissal from Retirees' cases in MDL. |
| 05/22/12 | 0.20 | Email G. MacDonald (Teitelbaum) re list of retiree defendants and FitzSimons defendants. |
| 05/22/12 | 0.50 | Weekly professionals' call re status of bankruptcy and litigation matters. |
| 05/22/12 | 0.40 | Prepare summons and rider notice for service on JPM entities in FitzSimons. |
| 05/22/12 | 0.50 | Call with D. Newman and J. Goldsmith (Akin) and J. Green (LRC) re approach to dismissing parties from FitzSimons and MDL cases. |
| 05/22/12 | 0.20 | Prepare for call with Akin and LRC re dismissal issue, including review of list of parties seeking dismissal from FitzSimons and Swiss American Securities' proposed stipulation. |
| 05/22/12 | 1.00 | Coordinate effort to get summons for FitzSimons service from SDNY clerk, including calls with L. Medoro, SDNY clerk's office, J. Green (LRC), and SDNY MDL office. |
| 05/23/12 | 1.90 | Review and redline comments on draft motion to extend stay in lender action and other preference actions. |
| 05/23/12 | 0.10 | Call with J. Green (LRC) re facts and strategy for motion to extend stay in lender action. |
| 05/23/12 | 0.50 | Legal research on Rule 15 standards. |

| 05/23/12 | 0.40 | Draft notice of motion for motion for leave to amend FitzSimons and other MDL complaints. |
| 05/23/12 | 1.90 | Begin drafting brief in support of motion for leave to amend FitzSimons in MDL. |
| 05/23/12 | 0.10 | Call with MDL clerk in SDNY re summons issuance problems. |
| 05/24/12 | 0.60 | Participate in Committee telephonic meeting before J. Sottile was able to join. |
| 05/24/12 | 0.30 | Revise and finalize Charter Trust draft proposed agreement. |
| 05/25/12 | 0.10 | Review email from L. Ellis (LRC) responding to questions re extension motion. |
| 05/25/12 | 0.40 | Email to B. Lack (Friedman Kaplan) re State law actions' defendant list. |
| 05/25/12 | 0.50 | Call with J. Green (LRC) re FitzSimons stay orders and strategy. |
| 05/25/12 | 0.40 | Review and analyze FitzSimons and MDL stay orders. |
| 05/25/12 | 0.30 | Emails with J. Sottile re FitzSimons stay and MDL orders. |
| 05/25/12 | 0.10 | Call with R. Cobb (LRC) re motion to extend stay in lender and preference actions. |
| 05/25/12 | 0.20 | Review draft motion to extend stay in lender and preference actions. |
| 05/25/12 | 0.20 | Email R. Cobb (LRC) re draft motion to extend stay in lender and preference actions. |
| 05/25/12 | 0.10 | Review CNO and order on motion for 50K threshold in FitzSimons. |
| 05/25/12 | 0.20 | Review Charter Trust Agreement. |
| 05/25/12 | 0.20 | Email to Cahill Gordon re tolling agreement extension. |
| 05/25/12 | 1.50 | Draft motion for leave to amend MDL complaints. |
| 05/25/12 | 0.20 | Calls with SDNY re service and issuance of summons. |
| 05/28/12 | 0.50 | Review revised draft of motion for stay extension and Rule 4(m) deadline in Lender and Preference Actions. |
| 05/28/12 | 0.30 | Review draft proposed order for stay extension and Rule 4(m) deadline in Lender and Preference Actions. |
| 05/28/12 | 0.20 | Email to LRC, Chadbourne & Parke, and J. Sottile re draft proposed order for stay extension and Rule 4(m) deadline in Lender and Preference Actions. |

| 05/28/12 | 0.20 | Research Noteholders' prior motions for leave to amend. |
| 05/29/12 | 0.50 | Attend omnibus court hearing telephonically. |
| 05/29/12 | 2.30 | Draft and revise motion for leave to amend MDL complaints. |
| 05/29/12 | 0.20 | Revise draft proposed order of stay extension motion per conversation with J. Sottile re Advisor action. |
| 05/29/12 | 0.10 | Call with R. Cobb (LRC) re proposed changes to stay motion for lender and preference actions. |
| 05/29/12 | 0.20 | Confer with J. Sottile via phone and email re extension draft Motion in Lender Action. |
| 05/29/12 | 0.30 | Review MDL hearing notices and calendar re MDL 2296 hearing on CTO-4. |
| 05/29/12 | 0.10 | Review and respond to LRC's draft posting note for Committee on motion to extend stay. |
| 05/29/12 | 0.10 | Email G. MacDonald (Teitelbaum & Baskin) re motion for leave to amend MDL complaints. |
| 05/30/12 | 0.10 | Email R. Cobb (LRC) re edit to lender action extension motion in light of L. Gehlbach email. |
| 05/30/12 | 1.60 | Revise draft motion for leave to amend MDL complaints. |
| 05/30/12 | 0.10 | Send draft motion to J. Sottile for review, with cover email. |
| 05/30/12 | 0.10 | Call with J. Green (LRC) re status of obtaining summonses for FitzSimons service in SDNY. |
| 05/30/12 | 0.20 | Call with J. Goldstein (counsel for Cougar Mgmt) re status of FitzSimons litigation. |
| 05/30/12 | 0.30 | Respond to K. Scully (Akin) re source information for Jupiter Capital info in FitzSimons, review same. |
| 05/30/12 | 0.10 | Call with MDL Panel re scheduling of argument on CTO-4. |
| 05/30/12 | 0.10 | Review L. Gehlbach email re status of service in lender action. |
| 05/31/12 | 0.20 | Call with G. MacDonald (Teitelbaum) re motion to amend MDL complaints. |
| 05/31/12 | 0.80 | Revise draft of motion for leave to amend MDL complaints. |
| 05/31/12 | 0.20 | Email draft of motion for leave to amend to other MDL plaintiffs' counsel. |
| 05/31/12 | 0.10 | Respond to M. Stein (Kasowitz) email re California plaintiff service in FitzSimons. |

| 05/31/12 | 0.10 | Call to J. Pauley's chambers re summons issue. |
|---|---|---|
| 05/31/12 | 0.10 | Call to J. Green re defendants to be added to FitzSimons through amendment. |
| 05/31/12 | 0.20 | Review LRC spreadsheet re FitzSimons defendants. |
| 05/31/12 | 0.10 | Review draft stipulation received from J. Green (LRC) for FitzSimons party and respond thereto. |

**Lisa Gehlbach**

| 05/02/12 | 0.80 | Edit and revise complaint tracking spreadsheet in lender action to account for return receipts received from international defendant packages. |
|---|---|---|
| 05/10/12 | 0.40 | Meet and confer with A. Goldfarb regarding status of international mailing and filing of certificates of service for the same in lender action. |
| 05/11/12 | 0.50 | Edit and revise complaint tracking spreadsheet to account for return receipts received for international defendants service of complaint in lender action. |
| 05/12/12 | 0.50 | Edit and revise Ex. A template to include A31-A60 entities for FitzSimons defendants. |
| 05/13/12 | 0.50 | Edit and revise Ex. A template to include A31-A60 entities for FitzSimons defendants. |
| 05/14/12 | 2.80 | Continue to edit and revise Ex. A template to include A31-A60 entities re FitzSimons defendants. |
| 05/18/12 | 5.50 | Prepare and organize certificates of service and summonses to be filed for service of international entities in lender action. |
| 05/22/12 | 2.20 | Prepare and organize certificates of service and summonses to be filed for service on international entities in lender action. |
| 05/22/12 | 0.50 | Prepare and organize FitzSimmons summons and coordinate courier service to have the same file stamped by Clerk for electronic filing. |
| 05/23/12 | 3.00 | Continue to prepare and organize summonses, certificates of service and address labels for international address defendants for filing with Court in lender action. |
| 05/23/12 | 1.00 | Review, edit and finalize address labels for Parcels, Inc. to begin adding defendants with international mailing addresses in preparation for filing of certificates of service for the same in lender action. |

July 9, 2012                                                                                            Page 17

| 05/23/12 | 1.20 | Review, edit and revise complaint service tracking chart to account for certificates of service filed with Court. |
| 05/24/12 | 2.50 | Review, edit and revise complaint service chart in lender action to account for certificates of service filed with Court. |
| 05/25/12 | 2.00 | Review, edit and revise complaint service chart to account for certificates of service filed with Court in lender action. |
| 05/29/12 | 5.20 | Continue to review, edit and revise complaint service chart in lender action to account for certificates of service filed with Court. |
| 05/30/12 | 3.40 | Continue to review, edit and revise complaint service chart in lender action to account for certificates of service filed with Court. |

Kimberley Wilson

| 05/31/12 | 0.20 | Get LSSI Data Corp. v. Time Warner Cable, Inc for A. Goldfarb. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

July 9, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:284246
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through May 31, 2012.

| | | |
|---|---|---|
| By Graeme W. Bush | | |
| 0.20 hours at $875.00 per hour | $ | 175.00 |
| By Andrew N. Goldfarb | | |
| 20.30 hours at $640.00 per hour | $ | 12,992.00 |
| TOTAL FEES | $ | 13,167.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 13,167.00 |

BALTIMORE            NEW YORK            TAMPA            WASHINGTON, DC

July 9, 2012                                                                                           Page 2

DESCRIPTION OF SERVICES                                                      CLIENT: 12464
                                                                             MATTER: 0002


Andrew N. Goldfarb

| 05/01/12 | 6.30 | Prepare Zuckerman Spaeder's response to Fee Examiner preliminary report on 6th interim fee application. |
| 05/02/12 | 0.60 | Draft and revise response to Fee Examiner on 6th interim fee app. |
| 05/02/12 | 0.10 | Email J. Sottile re retention of confirmation expert for response to Fee Examiner on 6th interim. |
| 05/02/12 | 0.30 | Review 32nd monthly fee application for compliance with Local Rules. |
| 05/03/12 | 1.00 | Revise and edit Zuckerman Spaeder's response to the Fee Examiner preliminary report on 6th interim fee app. |
| 05/04/12 | 0.30 | Finalize Zuckerman Spaeder's 32nd monthly fee app. |
| 05/04/12 | 0.40 | Edit, finalize and send Zuckerman Spaeder's response to the Fee Examiner preliminary report on 6th interim fee app. |
| 05/04/12 | 0.10 | Initial review of Fee Examiner's preliminary report on 7th fee application. |
| 05/19/12 | 1.70 | Begin drafting response to Fee Examiner's preliminary report on Zuckerman Spaeder's 7th interim fee application. |
| 05/20/12 | 1.40 | Continue drafting response to Fee Examiner's preliminary report on Zuckerman Spaeder's 7th interim fee application. |
| 05/21/12 | 2.60 | Draft and revise response to Fee Examiner's preliminary report on Zuckerman Spaeder 7th interim fee request. |
| 05/21/12 | 0.20 | Email to J. Sottile and G. Bush re approach to response to Fee Examiner's preliminary report on Zuckerman Spaeder 7th interim fee request. |
| 05/21/12 | 0.10 | Email J. Clark re help with reconciling disparate numbers in Fee Examiner's preliminary report on Zuckerman Spaeder 7th interim fee request. |
| 05/23/12 | 0.20 | Research basis for discrepancy in hours recorded according to Fee Examiner's preliminary report on Zuckerman Spaeder 7th interim fee application. |
| 05/24/12 | 0.10 | Review accounting records to reconcile numbers presented in preliminary report on 7th interim fee agreement. |

July 9, 2012                                                                                                    Page 3

| | | |
|---|---|---|
| 05/24/12 | 0.20 | Review Attachment A spreadsheet to Zuckerman Spaeder response to preliminary report on 7th interim fee application. |
| 05/24/12 | 1.20 | Revise and edit Zuckerman Spaeder response to preliminary report on 7th interim fee application. |
| 05/24/12 | 0.10 | Call with J. Theil (Fee Examiner) re Zuckerman Spaeder response to preliminary report on 7th interim fee application (Ex. A thereto). |
| 05/25/12 | 1.50 | Exchange emails with J. Theil, including review of spreadsheet and comparison to Zuckerman Spaeder records relating to same. |
| 05/25/12 | 1.30 | Revise and finalize Zuckerman Spaeder response to Fee Examiner's preliminary report on 7th interim fee application. |
| 05/26/12 | 0.60 | Review timesheets for Zuckerman Spaeder monthly fee application to ensure compliance with local rules. |

Graeme W. Bush

| | | |
|---|---|---|
| 05/25/12 | 0.20 | Review e-mail and submission to Fee Examiner. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

July 9, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:284247
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

---

### STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through May 31, 2012.

By Andrew N. Goldfarb
   2.50  hours at  $640.00  per hour             $     1,600.00

| | | |
|---|---|---:|
| TOTAL FEES | $ | 1,600.00 |
| Less Professional Courtesy | $ | -800.00 |
| TOTAL FEES | $ | 800.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 800.00 |

BALTIMORE      NEW YORK      TAMPA      WASHINGTON, DC

July 9, 2012                                                                                     Page 2

DESCRIPTION OF SERVICES                                              CLIENT: 12464
                                                                                    MATTER: 0003

Andrew N. Goldfarb

05/08/12          2.50   Travel to and from Wilmington, DE for meeting with LRC on
                                FitzSimons discovery and service.