# Exhibit B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
33rd Monthly Fee Application
Period 5/1/12 - 5/31/12

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| **TRAVEL** | | | | |
| | $ 280.00 | 5/15/2012 | ANG | |
| Total | $ 280.00 | | | $ 280.00 |
| **MEALS** | | | | |
| | $ 5.26 | 5/15/2012 | ANG | |
| Total | $ 5.26 | | | $ 5.26 |
| **POSTAGE** | | | | |
| | $ 0.45 | 5/24/3012 | | |
| Total | $ 0.45 | | | $ 0.45 |
| **INHOUSE PHOTOCOPIES** | | | | |
| | $ 59.80 | 3/9/2011 | | |
| | $ 24.60 | 4/7/2011 | | |
| | $ 51.70 | 5/23/2011 | | |
| | $ 62.70 | 5/23/2011 | | |
| | $ 54.60 | 8/10/2011 | | |
| | $ 90.80 | 9/2/2011 | | |
| | $ 99.90 | 10/4/2011 | | |
| | $ 99.90 | 10/4/2011 | | |
| | $ 11.10 | 10/4/2011 | | |
| | $ 23.80 | 10/26/2011 | | |
| | $ 86.80 | 11/30/2011 | | |
| | $ 1.90 | 5/2/2012 | | |
| | $ 1.60 | 5/18/2012 | | |
| | $ 64.90 | 5/22/2012 | | |
| Total | $ 734.10 | | | $ 734.10 |
| **OUTSIDE DUPLICATING/PRINTING** | | | | |
| Barrister Digital Solutions, LLC | $ 193.56 | 5/31/2012 | | |
| Total | $ 193.56 | | | $ 193.56 |
| **TELEPHONE CONFERENCING** | | | | |
| Sountpath | $ 35.59 | 5/4/2012 | | |
| Sountpath | $ 7.70 | 5/4/2012 | | |
| Sountpath | $ 34.75 | 5/4/2012 | | |
| Total | $ 78.04 | | | $ 78.04 |
| **LONG DISTANCE CALLS** | | | | |
| | $ 2.76 | 5/1/2012 | | |
| | $ 0.24 | 5/1/2012 | | |
| | $ 0.96 | 5/1/2012 | | |
| | $ 1.20 | 5/2/2012 | | |
| | $ 2.04 | 5/2/2012 | | |
| | $ 0.24 | 5/4/2012 | | |
| | $ 2.04 | 5/9/2012 | | |
| | $ 1.20 | 5/9/2012 | | |
| | $ 0.12 | 5/10/2012 | | |
| | $ 0.48 | 5/10/2012 | | |
| | $ 0.72 | 5/11/2012 | | |
| | $ 0.12 | 5/11/2012 | | |
| | $ 0.12 | 5/16/2012 | | |
| | $ 0.48 | 5/17/2012 | | |
| | $ 0.72 | 5/17/2012 | | |
| | $ 0.12 | 5/17/2012 | | |
| | $ 1.44 | 5/18/2012 | | |
| | $ 2.52 | 5/18/2012 | | |

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| | $ 3.96 | 5/21/2012 | | |
| | $ 0.60 | 5/22/2012 | | |
| | $ 0.24 | 5/22/2012 | | |
| | $ 0.24 | 5/22/2012 | | |
| | $ 0.24 | 5/22/2012 | | |
| | $ 0.12 | 5/22/2012 | | |
| | $ 1.20 | 5/22/2012 | | |
| | $ 1.20 | 5/22/2012 | | |
| | $ 0.36 | 5/22/2012 | | |
| | $ 1.56 | 5/22/2012 | | |
| | $ 0.12 | 5/22/2012 | | |
| | $ 0.96 | 5/23/2012 | | |
| | $ 0.48 | 5/23/2012 | | |
| | $ 0.96 | 5/24/2012 | | |
| | $ 0.48 | 5/24/2012 | | |
| | $ 0.84 | 5/24/2012 | | |
| | $ 0.12 | 5/24/2012 | | |
| | $ 0.48 | 5/24/2012 | | |
| | $ 3.24 | 5/25/2012 | | |
| | $ 1.56 | 5/31/2012 | | |
| | $ 0.12 | 5/31/2012 | | |
| | $ 0.36 | 5/31/2012 | | |
| | | | | |
| Total | $ 36.96 | | | $ 36.96 |
| | | | | |
| | | | | |
| | | | | |
| GRAND TOTAL | | | | $ 1,328.37 |