**<u>EXHIBIT A</u>**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2392464 |
| Invoice Date: | 06/27/2012 |

---

## Remittance Copy
### Billing for services rendered through 05/31/2012

---

Total by Matter
    0040 General Employee Benefits Matters            $ 927.50
    Client/Reference Number: 0000000847

Total Services                                       $ 927.50

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                                 **$ 927.50**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2234848 | 03/30/2011 | 135.00 |
| 2250140 | 05/23/2011 | 97.50 |
| 2268380 | 06/30/2011 | 1,471.50 |
| 2276792 | 07/28/2011 | 48.60 |
| 2286481 | 08/29/2011 | 1,588.80 |
| 2308358 | 10/31/2011 | 393.00 |
| 2314989 | 11/10/2011 | 1,113.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2392464 |
| Invoice Date: | 06/27/2012 |

| Invoice | Date | |
|---|---|---|
| 2349835 | 02/29/2012 | 742.40 |
| 2360515 | 03/29/2012 | 410.00 |
| 2380789 | 05/30/2012 | 410.00 |

Total Outstanding Balance                                   9,230.40

Total Balance Due                                      $ 10,157.90

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392464 |
| Invoice Date: | 06/27/2012 |

## Client Copy
### Billing for services rendered through 05/31/2012

Total by Matter
    0040 General Employee Benefits Matters          $ 927.50
    Client/Reference Number: 0000000847

Total Services          $ 927.50

Total Costs and Other Charges Posted Through Billing Period          0.00

**Total This Invoice**          **$ 927.50**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2234848 | 03/30/2011 | 135.00 |
| 2250140 | 05/23/2011 | 97.50 |
| 2268380 | 06/30/2011 | 1,471.50 |
| 2276792 | 07/28/2011 | 48.60 |
| 2286481 | 08/29/2011 | 1,588.80 |
| 2308358 | 10/31/2011 | 393.00 |
| 2314989 | 11/10/2011 | 1,113.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2392464
Invoice Date:   06/27/2012

| Invoice | Date | | |
|---------|------|---|---|
| 2349835 | 02/29/2012 | 742.40 | |
| 2360515 | 03/29/2012 | 410.00 | |
| 2380789 | 05/30/2012 | 410.00 | |

Total Outstanding Balance                                        9,230.40

Total Balance Due                                            $ 10,157.90

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/27/2012

Invoice: 2392464
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0040          General Employee Benefits Matters
                      Client/Reference Number: 0000000847

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/08/12 | S. Alexander | 1.50 | Generate audit letter queries and send to attorneys (one audit update and 2011 audit response). |
| 05/11/12 | S. Alexander | 2.00 | Follow up on outstanding audit inquiry responses for two audit letters and prepare two audit letters. |

| | **Total Hours** | **3.50** | **Total For Services** | **$927.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| S. Alexander | 3.50 | 265.00 | 927.50 |
| **Totals** | **3.50** | | **$927.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2392464

06/27/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| S. Alexander | 3.50 | 265.00 | 927.50 |
| **Totals** | **3.50** | | **$927.50** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392465 |
| Invoice Date: | 06/27/2012 |

## Remittance Copy
### Billing for services rendered through 05/31/2012

Total by Matter
    0041 Welfare Plans                                                      $ 9,860.00
    Client/Reference Number: 0000000848

Total Services                                                        $ 9,860.00

Total Costs and Other Charges Posted Through Billing Period             0.00

**Total This Invoice**                                          **$ 9,860.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 119.97 |
| 2193507 | 11/19/2010 | 119.97 |
| 2212860 | 01/26/2011 | 1,125.70 |
| 2225163 | 02/28/2011 | 454.40 |
| 2234849 | 03/30/2011 | 156.20 |
| 2245685 | 04/29/2011 | 397.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston Brussels Chicago Düsseldorf Frankfurt Houston London Los Angeles Miami Milan Munich New York Orange County Paris Rome Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | | Client: | 020336 |
| | | | Invoice: | 2392465 |
| | | | Invoice Date: | 06/27/2012 |

| Invoice | Date | | |
|---------|------|---|---|
| 2254092 | 05/23/2011 | 612.80 | |
| 2268381 | 06/30/2011 | 735.90 | |
| 2276793 | 07/28/2011 | 142.00 | |
| 2286482 | 08/29/2011 | 302.20 | |
| 2288726 | 09/30/2011 | 482.80 | |
| 2308359 | 10/31/2011 | 852.00 | |
| 2314991 | 11/10/2011 | 795.20 | |
| 2329287 | 12/21/2011 | 2,450.50 | |
| 2338727 | 01/30/2012 | 12,397.50 | |
| 2349836 | 02/29/2012 | 1,363.00 | |
| 2360516 | 03/29/2012 | 627.00 | |
| 2368149 | 04/30/2012 | 11,600.00 | |
| 2380790 | 05/30/2012 | 3,335.00 | |

Total Outstanding Balance                                          72,717.04

Total Balance Due                                                 $ 82,577.04

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392465 |
| Invoice Date: | 06/27/2012 |

## Client Copy
### Billing for services rendered through 05/31/2012

Total by Matter
    0041 Welfare Plans                      $ 9,860.00
    Client/Reference Number: 0000000848

Total Services                                     $ 9,860.00

Total Costs and Other Charges Posted Through Billing Period          0.00

**Total This Invoice**                                **$ 9,860.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 119.97 |
| 2193507 | 11/19/2010 | 119.97 |
| 2212860 | 01/26/2011 | 1,125.70 |
| 2225163 | 02/28/2011 | 454.40 |
| 2234849 | 03/30/2011 | 156.20 |
| 2245685 | 04/29/2011 | 397.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | | |
|---|---|---|---|
| Client: | 020336 |
| Invoice: | 2392465 |
| Invoice Date: | 06/27/2012 |

| Invoice | Date | |
|---|---|---|
| 2254092 | 05/23/2011 | 612.80 |
| 2268381 | 06/30/2011 | 735.90 |
| 2276793 | 07/28/2011 | 142.00 |
| 2286482 | 08/29/2011 | 302.20 |
| 2288726 | 09/30/2011 | 482.80 |
| 2308359 | 10/31/2011 | 852.00 |
| 2314991 | 11/10/2011 | 795.20 |
| 2329287 | 12/21/2011 | 2,450.50 |
| 2338727 | 01/30/2012 | 12,397.50 |
| 2349836 | 02/29/2012 | 1,363.00 |
| 2360516 | 03/29/2012 | 627.00 |
| 2368149 | 04/30/2012 | 11,600.00 |
| 2380790 | 05/30/2012 | 3,335.00 |

Total Outstanding Balance                                     72,717.04

Total Balance Due                                     $ 82,577.04

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/27/2012

Invoice: 2392465
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/01/12 | A. Gordon | 1.60 | Review changes proposed by Blue Cross in the Blue Cross Administrative Services Agreement. |
| 05/02/12 | A. Gordon | 4.30 | Review edits to the Blue Cross Blue Shield Administrative Agreements [1.8]; meeting with R. DeBoer and S. O'Connor to discuss the edits to the Blue Cross Blue Shield Administrative Agreements [2.5]. |
| 05/09/12 | A. Gordon | 3.80 | Attend meeting with Blue Cross, R. DeBoer and S. O'Connor regarding contract negotiations [2.8]; prepare for meeting with Blue Cross regarding same [1.0]. |
| 05/16/12 | A. Gordon | 3.10 | Draft emails to S. O'Connor and R. DeBoer regarding non-disclosure provisions in the Mercer contract [.2]; review the Mercer agreements for S. O'Connor [.6]; revise Mercer Business Associate Agreement for Tribune health plan at the request of S. O'Connor  [2.3]. |
| 05/24/12 | A. Gordon | 0.80 | Conference call with B. Becker regarding medical plan appeal [.3]. Review and revise the response letter to P. Feldman regarding his claim appeal [.5]. |

|  | **Total Hours** | **13.60** | **Total For Services** | **$9,860.00** |
|---|---|---|---|---|

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2392465
Invoice Date:  06/27/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| A. Gordon | 13.60 | 725.00 | 9,860.00 |
| **Totals** | **13.60** | | **$9,860.00** |
| | | **Total This Invoice** | **$9,860.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392466 |
| Invoice Date: | 06/27/2012 |

## Remittance Copy
### Billing for services rendered through 05/31/2012

Total by Matter
    0047 ESOP                                    $ 1,018.00
    Client/Reference Number: 0000001574

Total Services                                        $ 1,018.00

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**                                **$ 1,018.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392466 |
| Invoice Date: | 06/27/2012 |

## Client Copy
### Billing for services rendered through 05/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0047 ESOP | $ 1,018.00 | |
| Client/Reference Number: 0000001574 | | |
| | | |
| Total Services | | $ 1,018.00 |
| | | |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| | | |
| **Total This Invoice** | | **$ 1,018.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/27/2012

Invoice: 2392466
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/01/12 | J. Holdvogt | 0.20 | Review status of IRS determination letter application for ESOP (.1); email K. Dansart re: same (.1). |
| 05/09/12 | W. Merten | 0.20 | Send email to P. Compernolle regarding audit response (.1); review email from P. Compernolle regarding same (.1). |
| 05/14/12 | W. Merten | 0.20 | Telephone call from P. Compernolle regarding plan termination (.1); conversation with P. Compernolle regarding audit letter reply (.1). |
| 05/22/12 | P. Compernolle | 0.60 | Review memo and invoices in connection with settlement of Department of Labor investigation. |
| 05/22/12 | W. Merten | 0.10 | Review email from P. Compernolle to B. Rubin regarding memo to D. Liebentritt regarding McDermott fees in connection with Department of Labor settlement. |

| **Total Hours** | **1.30** | **Total For Services** | **$1,018.00** |
|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 0.60 | 820.00 | 492.00 |
| J. Holdvogt | 0.20 | 580.00 | 116.00 |
| W. Merten | 0.50 | 820.00 | 410.00 |
| **Totals** | **1.30** | | **$1,018.00** |
| | | **Total This Invoice** | **$1,018.00** |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2392466
Invoice Date:   06/27/2012

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392468 |
| Invoice Date: | 06/27/2012 |

## Remittance Copy
**Billing for services rendered through 05/31/2012**

Total by Matter
    0504 Corporate/Credit Agreement/PHONES          $ 4,405.62
    Client/Reference Number: 0000001846

Total Services                                          $ 4,400.00

Total Costs and Other Charges Posted Through Billing Period      5.62

**Total This Invoice**                                **$ 4,405.62**

| Invoice | Date | |
|---|---|---|
| 2254104 | 05/23/2011 | 48.00 |
| 2276800 | 07/28/2011 | 724.00 |
| 2380792 | 05/30/2012 | 3,404.18 |

Total Outstanding Balance                              4,176.18

Total Balance Due                                 $ 8,581.80

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392468 |
| Invoice Date: | 06/27/2012 |

## Client Copy
**Billing for services rendered through 05/31/2012**

Total by Matter
    0504 Corporate/Credit Agreement/PHONES        $ 4,405.62
    Client/Reference Number: 0000001846

Total Services                                      $ 4,400.00

Total Costs and Other Charges Posted Through Billing Period         5.62

**Total This Invoice**                                  **$ 4,405.62**

| Invoice | Date | |
|---|---|---|
| 2254104 | 05/23/2011 | 48.00 |
| 2276800 | 07/28/2011 | 724.00 |
| 2380792 | 05/30/2012 | 3,404.18 |

Total Outstanding Balance                       4,176.18

Total Balance Due                           $ 8,581.80

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/27/2012

Invoice: 2392468
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0504          Corporate/Credit Agreement/PHONES
                      Client/Reference Number: 0000001846

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/01/12 | R. Harris | 0.80 | Revisions to Warrant. |
| 05/06/12 | R. Harris | 0.40 | Review and revise Warrant. |
| 05/07/12 | R. Harris | 0.20 | Revisions to Warrant. |
| 05/08/12 | C. Parker | 4.30 | Prepare for and attend conference call with B. Gruemmer and Tribune re confidentiality agreement for SNI management fee information (2.0); revise and proofread confidentiality agreement per the discussion with Tribune (.8); office conference with B. Gruemmer regarding confidentiality agreement (.4); revise confidentiality agreement (1.1). |
| 05/09/12 | R. Harris | 0.40 | Review revisions to Warrant (.2); suggest revisions to D. Kazan (.2). |
| 05/09/12 | C. Parker | 0.50 | Email correspondence with Tribune regarding confidentiality agreement (.2); make additional revisions to the confidentiality agreement (.3). |
| 05/10/12 | C. Parker | 1.00 | Various correspondence with Tribune regarding confidentiality agreement (.3); revise confidentiality agreement per Tribune comments (.7). |
| 05/11/12 | C. Parker | 1.00 | Office conference with B. Gruemmer re confidentiality agreement (.2); revise agreement per Tribune comments (.8). |
| 05/17/12 | R. Schreck, Jr. PC | 0.30 | Review and approval of audit letter for B. Rubin (.2); conference with M. Simons, S. Alexander regarding same (.1). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2392468
Invoice Date:  06/27/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/23/12 | C. Parker | 1.40 | Office conference with B. Gruemmer re comments to confidentiality agreement (.3); prepare for and attend conference call with D. Eldersveld regarding same (.4); revise confidentiality agreement (.5); email correspondence to team re same (.2). |

| | **Total Hours** | **10.30** | **Total For Services** | **$4,400.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 1.80 | 640.00 | 1,152.00 |
| C. Parker | 8.20 | 365.00 | 2,993.00 |
| R. Schreck, Jr. PC | 0.30 | 850.00 | 255.00 |
| **Totals** | **10.30** | | **$4,400.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 04/23/12 | Messenger/Courier US Messenger & Logistics, Inc., Invoice# 1618-15049, dated 4/28/2012, 435 N Michigan Ave, Security Office/Loading Dock. | 5.62 |

| | **Total Costs and Other Charges** | **$5.62** |
| | **Total This Invoice** | **$4,405.62** |

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392469 |
| Invoice Date: | 06/27/2012 |

## Remittance Copy
### Billing for services rendered through 05/31/2012

Total by Matter
    0515 Chapter 11 Restructuring                $ 187,742.65

Total Services               $ 187,732.00

Total Costs and Other Charges Posted Through Billing Period         10.65

**Total This Invoice**               **$ 187,742.65**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |
| 2200564 | 12/08/2010 | 119.97 |
| 2212867 | 01/26/2011 | 43,131.70 |
| 2225179 | 02/28/2011 | 46,786.20 |
| 2234856 | 03/30/2011 | 57,152.40 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2392469
Invoice Date: 06/27/2012

| Invoice | Date | |
|---------|------|---|
| 2245689 | 04/29/2011 | 41,321.60 |
| 2262856 | 05/23/2011 | 44,622.20 |
| 2268391 | 06/30/2011 | 29,099.30 |
| 2276795 | 07/28/2011 | 67,686.90 |
| 2286485 | 08/29/2011 | 64,882.40 |
| 2297300 | 09/30/2011 | 40,521.30 |
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 34,397.70 |
| 2338729 | 01/30/2012 | 243,611.81 |
| 2349838 | 02/29/2012 | 29,426.60 |
| 2360519 | 03/29/2012 | 176,644.05 |
| 2370648 | 04/30/2012 | 98,294.95 |
| 2380794 | 05/30/2012 | 255,353.82 |

Total Outstanding Balance                    1,524,786.42

Total Balance Due                          $ 1,712,529.07

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392469 |
| Invoice Date: | 06/27/2012 |

## Client Copy
**Billing for services rendered through 05/31/2012**

| | | |
|---|---|---|
| Total by Matter | | |
| 0515 Chapter 11 Restructuring | $ 187,742.65 | |
| Total Services | | $ 187,732.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 10.65 |
| **Total This Invoice** | | **$ 187,742.65** |

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |
| 2200564 | 12/08/2010 | 119.97 |
| 2212867 | 01/26/2011 | 43,131.70 |
| 2225179 | 02/28/2011 | 46,786.20 |
| 2234856 | 03/30/2011 | 57,152.40 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | | Client: | 020336 |
| | | | Invoice: | 2392469 |
| | | | Invoice Date: | 06/27/2012 |

| Invoice | Date | | |
|---------|------|--|--|
| 2245689 | 04/29/2011 | 41,321.60 | |
| 2262856 | 05/23/2011 | 44,622.20 | |
| 2268391 | 06/30/2011 | 29,099.30 | |
| 2276795 | 07/28/2011 | 67,686.90 | |
| 2286485 | 08/29/2011 | 64,882.40 | |
| 2297300 | 09/30/2011 | 40,521.30 | |
| 2308367 | 10/31/2011 | 63,889.10 | |
| 2314993 | 11/10/2011 | 45,915.10 | |
| 2329289 | 12/21/2011 | 34,397.70 | |
| 2338729 | 01/30/2012 | 243,611.81 | |
| 2349838 | 02/29/2012 | 29,426.60 | |
| 2360519 | 03/29/2012 | 176,644.05 | |
| 2370648 | 04/30/2012 | 98,294.95 | |
| 2380794 | 05/30/2012 | 255,353.82 | |

Total Outstanding Balance                         1,524,786.42

Total Balance Due                              $ 1,712,529.07

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/27/2012

Invoice: 2392469
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/01/12 | G. Chan | 2.90 | Review B. Rubin comments to proposed structure memo (1.3); revise memo regarding same (1.6). |
| 05/01/12 | B. Rubin | 3.60 | Review and edit memo regarding restructuring (2.3); research and analysis regarding same (1.3). |
| 05/01/12 | A. Whiteway | 3.20 | Analysis and review of attribute reduction legal analysis (1.9); review and comment on memo (1.3). |
| 05/01/12 | J. Finkelstein | 4.30 | Review and edit memo regarding restructuring (3.7); discuss litigation trust analysis with co-counsel (.6). |
| 05/02/12 | G. Chan | 3.60 | Discuss proposed structure memo with J. Finkelstein and M. Wilder (0.5); review and revise memo regarding same (3.1). |
| 05/02/12 | B. Rubin | 2.30 | Review and edit memo regarding emergence issues (2.3). |
| 05/02/12 | A. Whiteway | 2.90 | Revise consolidated return memo (2.6); research litigation valuation issue (.3). |
| 05/02/12 | J. Finkelstein | 4.10 | Review and edit conolidated return memo (3.6); discuss consolidated return issues with co-counsel (.5). |
| 05/02/12 | G. Kopacz | 1.10 | Work on response to fee examiner's 10th quarterly report. |
| 05/02/12 | M. Wilder | 2.60 | Revisions to post-emergence restructuring memo (2.1); discuss changes with G. Chan (.5). |
| 05/03/12 | G. Chan | 0.60 | Review revised proposed structure memo (0.6). |
| 05/03/12 | B. Rubin | 2.90 | Correspondence with clients and Sidley regarding tax issues (.8); review and edit memo regarding tax planning issues (2.1). |
| 05/03/12 | A. Whiteway | 4.80 | Review and finalize attribute reduction memo (4.1); various correspondence with Mr. Whitman regarding litigation trust valuation (.7). |
| 05/03/12 | J. Finkelstein | 4.20 | Review and revise attribute reduction memo. |
| 05/03/12 | A. Blair-Stanek | 2.00 | Attention to settled claims to determine whether legal |

# McDermott
# Will & Emery

Tribune Company

<table>
<tr><td>Client:</td><td>020336</td></tr>
<tr><td>Invoice:</td><td>2392469</td></tr>
<tr><td>Invoice Date:</td><td>06/27/2012</td></tr>
</table>

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | analysis still needed for tax treatment of settlement (.6); create additional diagrams on settlement consideration flow in global settlement memorandum (1.4). |
| 05/04/12 | G. Chan | 0.70 | Review final proposed structure memo (0.7). |
| 05/04/12 | B. Rubin | 4.10 | Review and finalize memo regarding possible restructuring (3.4); correspondence with client regarding same (.3); correspondence with client regarding litigation trust issues (.4). |
| 05/04/12 | A. Whiteway | 2.60 | Review and finalize attribute reduction memo (1.8); correspondence with Mr. Whitman regarding litigation trust valuation (.8). |
| 05/04/12 | J. Finkelstein | 3.30 | Review and comment on memo regarding potential restructuring transaction. |
| 05/04/12 | G. Kopacz | 0.10 | Communications with M. Simons regarding quarterly fee application. |
| 05/04/12 | M. Wilder | 0.50 | Discuss changes to post-emergence memo with B. Rubin (.2); review same (.3). |
| 05/07/12 | B. Rubin | 3.90 | Review and edit opinion regarding emergence issues (2.8); preparation for conference call with Alvarez regarding emergence issues (1.1). |
| 05/07/12 | A. Whiteway | 3.20 | Review and research tax issues regarding basis adjustments on emergence (3.2). |
| 05/07/12 | G. Kopacz | 5.20 | Draft emails to attorneys requesting clarification with respect to time entries questioned in the Fee Examiner's 10th preliminary report (1.5); incorporate comments of same into response to 10th preliminary report (.9); work on responding to issues raised in preliminary report (2.8). |
| 05/08/12 | N. Hazan | 0.40 | Review and correct time entries for response to examiner preliminary report. |
| 05/08/12 | B. Rubin | 3.60 | Preparation for and conference call with Alvarez and clients regarding emergence issues (2.4); review and edit opinion (1.2). |
| 05/08/12 | A. Whiteway | 4.40 | Review and analysis of consolidation issues (.9); conference with co-counsel regarding litigation trust valuation process (.7); preparation for and telephone conference with Alvarez and Marsal regarding claims valuation process (2.8). |
| 05/08/12 | G. Kopacz | 4.70 | Work on response to Fee Examiner's preliminary report |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2392469
Invoice Date:  06/27/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | for the Tenth Quarterly Period. |
| 05/08/12 | A. Blair-Stanek | 2.10 | Review, analyze and consider implications of new adversary proceeding complaint. |
| 05/09/12 | B. Rubin | 0.40 | Review and comment on engagement letter (.4). |
| 05/10/12 | N. Hazan | 0.40 | Correct time entries in response to examiner questions. |
| 05/10/12 | A. Whiteway | 0.60 | Review and comment on list of litigation trust claims to be provided to Alvarez and Marsal for valuation analysis (.3); review and comment on engagement letter with Alvarez and Marsal regarding valuation of litigation trust claims (.3). |
| 05/10/12 | G. Kopacz | 2.70 | Work on response to fee examiner report. |
| 05/11/12 | G. Kopacz | 0.10 | Email B. Rubin regarding February CNO. |
| 05/14/12 | B. Rubin | 2.20 | Review and edit supporting memorandum regarding tax opinion issues (2.2). |
| 05/14/12 | A. Whiteway | 3.10 | Legal research regarding tax issues raised by restructuring at emergence (1.9); review bankruptcy amended filings (.9); respond to fee examiner inquiry (.3). |
| 05/14/12 | G. Kopacz | 2.30 | Work on Response to Fee Examiner Report (.8); email attorneys requesting clarification regarding certain time entries (.5); incorporating comments of attorneys regarding same (.8); communications with billing department regarding certain expenses in connection with Response to Fee Examiner Report (.2). |
| 05/15/12 | B. Rubin | 2.10 | Review and edit workplan (.4); correspondence with co-counsel regarding response to fee examiner issues (.4); research and analysis regarding possible transaction (1.3). |
| 05/15/12 | A. Whiteway | 0.60 | Revise emergence tax issues workplan (.6). |
| 05/15/12 | J. Finkelstein | 0.90 | Review and comment on emergence workplan. |
| 05/15/12 | G. Kopacz | 1.10 | Work on response to the fee examiner report. |
| 05/15/12 | A. Blair-Stanek | 4.00 | Review and revise global settlement tax treatment section (1.1); incorporate changes suggested by B. Rubin, A. Whiteway, and M. Wilder (.7); attention to recharacterization issue (2.2). |
| 05/16/12 | B. Rubin | 4.30 | Prepare for and attend conference with co-counsel regarding emergence tax issues (.8); research and analysis regarding same (.9); review and edit memorandum regarding emergence tax issues (1.6); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2392469
Invoice Date:  06/27/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | review and comment on memo to Alvarez (.6); correspondence with co-counsel regarding audit letter issues (.4). |
| 05/16/12 | A. Whiteway | 1.80 | Prepare for and attend conference with co-counsel regarding theory of taxability of litigation trust claims (.9); review emergence tax issues workplan (.9). |
| 05/16/12 | J. Finkelstein | 0.60 | Review emergence workplan. |
| 05/16/12 | A. Blair-Stanek | 0.60 | Meet with B. Rubin and A. Whiteway to discuss potential IRS recast of global settlement. |
| 05/17/12 | B. Rubin | 2.80 | Preparation for and conference call with clients regarding IRS issues (.9); correspondence with Sidley regarding IRS issues (.4); correspondence with Alvarez regarding valuation issues (.4); review and edit memo regarding possible IRS recast (1.1). |
| 05/17/12 | A. Whiteway | 4.10 | Preparation for and telephone conference with client regarding emergence tax planning issues (.9); review revised plan disclosure regarding LLC conversions (.9); correspondence with client and Sidley regarding IRS Claim status (.8); correspondence with co-counsel regarding impact of newly filed litigation on litigation trust tax consequences (.6); research tax issues raised by consolidation planning (.9). |
| 05/17/12 | J. Finkelstein | 2.30 | Conference with Tribune regarding emergence tax issues (.9); review revised bankruptcy plan disclosure (1.4). |
| 05/17/12 | G. Kopacz | 0.40 | Work on response to fee examiner report. |
| 05/17/12 | A. Blair-Stanek | 5.20 | Analysis regarding recharacterization issue (1.9); review relevant portions of JPMorgan complaint regarding same (.6); draft response regarding same (1.8); revise various other sections of memo regarding global settlement taxation (.9). |
| 05/18/12 | A. Whiteway | 1.40 | Review and comment on analysis of tax issues regarding nontax basis liabilities. |
| 05/18/12 | J. Finkelstein | 1.60 | Review revised bankruptcy plan disclosures. |
| 05/18/12 | G. Kopacz | 0.40 | Email W. Merten regarding time entries (.1); email billing department regarding expenses referenced in the fee examiner's report (.3). |
| 05/18/12 | A. Blair-Stanek | 0.80 | Incorporate B. Rubin comments into global settlement characterization memorandum (.6); email B. Rubin |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2392469
Invoice Date:  06/27/2012

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | regarding same (.2). |
| 05/19/12 | A. Blair-Stanek | 0.90 | Revise memo regarding global settlement characterization. |
| 05/21/12 | B. Rubin | 2.10 | Review and edit memo regarding emergence issues (1.3); correspondence with co-counsel regarding memo comments (.8). |
| 05/21/12 | A. Whiteway | 2.20 | Review and analysis of Schedule 5.2 restructuring proposals and impact on attribute reduction tax planning (2.2). |
| 05/21/12 | J. Finkelstein | 1.20 | Analysis regarding revised restructuring plan and basis reduction. |
| 05/21/12 | A. Blair-Stanek | 7.00 | Research and write up discussion of theories of creditor treatment, including asset bifurcation or aggregation (4.1); begin incorporating discussion of various Judge Carey rulings in memo (2.9). |
| 05/22/12 | B. Rubin | 0.90 | Respond to client inquiry regarding Department of Labor issues (.7); work on memo to client (.2). |
| 05/22/12 | A. Whiteway | 2.10 | Correspondence with co-counsel regarding analysis of litigation trust claims tax treatment (.9); review and analysis of Schedule 5.2 restructuring proposals and impact on attribute reduction tax planning (1.2). |
| 05/22/12 | A. Blair-Stanek | 8.60 | Discuss recast theory with B. Rubin (.2); incorporate various insights from bankruptcy documents and opinions into the claims transfer memorandum (3.3); draft section on treatment of recouped debt issuance costs (3.1); further research regarding restructuring issues (2.0). |
| 05/23/12 | B. Rubin | 2.60 | Correspondence with Sidley and client regarding Alvarez valuation (.4); review and edit supporting memorandum regarding emergence tax issues (2.2). |
| 05/23/12 | A. Whiteway | 4.40 | Research and analysis of tax issues raised by revised restructuring plan at emergence (2.7); review revised exhibit 5.2 filed with court (1.1); revise emergence workplan (.6). |
| 05/23/12 | J. Finkelstein | 2.10 | Analysis regarding revised restructuring plan and impact on basis reduction analysis. |
| 05/23/12 | G. Kopacz | 7.90 | Work on response to fee examiner report. |
| 05/23/12 | A. Blair-Stanek | 6.30 | Thoroughly research precedential grounding, |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2392469
Invoice Date:  06/27/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | background, and subsequent treatment of Pennroad case (3.4); incorporate analysis into memorandum (2.9). |
| 05/24/12 | N. Hazan | 2.50 | Review and correct response to examiner report (10th Quarterly). |
| 05/24/12 | B. Rubin | 2.80 | Preparation for and conference call with clients regarding tax emergence issues (.5); review and analyze proposed restructuring transactions (2.3). |
| 05/24/12 | A. Whiteway | 2.40 | Correspondence regarding Alvarez meeting on litigation valuation (.2); preparation for and telephone conference with client regarding tax emergence issues (.9); review correspondence with client regarding bankruptcy claim priorities (.9); correspondence with Sidley regarding restructuring plan suggestions (.4). |
| 05/24/12 | J. Finkelstein | 1.80 | Conference with Tribune regarding emergence tax issues (.9); review emergence restructuring plan (.9). |
| 05/24/12 | G. Kopacz | 5.70 | Revise April pre-bills to ensure compliance with applicable guidelines (3.8); work on response to fee examiner report (1.9). |
| 05/24/12 | A. Blair-Stanek | 8.60 | Review and revise memorandum of taxation of claims transfer and global settlement (7.8); update references to court documents to latest versions and cites (.8). |
| 05/25/12 | B. Rubin | 2.70 | Review and analyze restructuring transactions (1.4); draft memo to client regarding comments (1.3). |
| 05/25/12 | G. Kopacz | 1.30 | Revise April pre-bills to ensure compliance with applicable guidelines. |
| 05/25/12 | A. Blair-Stanek | 5.00 | Review and revise memorandum on taxation of claims transfer and global settlement. |
| 05/28/12 | G. Chan | 0.90 | Read emails from M. Wilder and B. Rubin regarding Rev. Rul. 2012-14 (0.3); review Rev. Rul. 2012-14 (0.6). |
| 05/28/12 | J. Finkelstein | 1.10 | Review revenue ruling 2012-14 and correspondence regarding impact on section 1017 analysis. |
| 05/28/12 | M. Wilder | 1.20 | Review Revenue Ruling 2012-14 and provide comments regarding impact on Section 1017 opinion. |
| 05/29/12 | B. Rubin | 5.30 | Review and analyze new Revenue Ruling 2012-14 impact on emergence tax issues (1.3); correspondence with co-counsel regarding impact of new revenue ruling (.8); review and edit memo regarding emergence issues (2.1); review and analyze emergence transactions (1.1). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2392469
Invoice Date:  06/27/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/29/12 | J. Finkelstein | 1.20 | Review and analysis related to restructuring plan. |
| 05/29/12 | A. Blair-Stanek | 9.80 | Review and revise memorandum on taxation of claims transfer and global settlement (8.1); draft conclusion regarding global settlement (1.0); attention to COD authorities regarding coverage (0.5); communicate re: latest draft of memorandum with B. Rubin and team (0.2). |
| 05/30/12 | T. Smith | 2.50 | Review draft memo re tax treatment of litigation trust and global settlement (1.6); begin identification of factual and legal cites for citechecking and blue booking of same (.9). |
| 05/30/12 | B. Rubin | 5.40 | Review and analyze restructuring transactions (3.4); meeting with co-counsel to coordinate comments (.8); memo to clients regarding open tax issues (1.2). |
| 05/30/12 | A. Whiteway | 6.60 | Revise emergence workplan (.6); review and analysis of Exhibit 5.2 to Plan regarding restructuring transactions and draft suggested revisions to plan (3.6); correspondence with Alvarez regarding tax matters (.2); review and comment on litigation trust memo (2.2). |
| 05/30/12 | J. Finkelstein | 4.10 | Review restructuring plan and conference with co-counsel regarding comments and memo to client (1.7); review litigation trust memo (2.4). |
| 05/30/12 | A. Blair-Stanek | 2.80 | Review and revise all footnote cites to factual documents in litigation trust and global settlement memorandum (2.5); communications with T. Smith regarding citechecking (0.3). |
| 05/31/12 | T. Smith | 7.50 | Continue identification of factual and legal cites for citechecking and blue booking of same. |
| 05/31/12 | G. Chan | 2.40 | Conference with B. Rubin, A. Whiteway and M. Wilder regarding "springing liability" issue (0.5); discuss same with M. Wilder (0.2); research and review authorities regarding same (1.7). |
| 05/31/12 | B. Rubin | 3.90 | Preparation for and conference call with client regarding emergence issues (.8); research and analysis regarding restructuring tax issues (3.1). |
| 05/31/12 | A. Whiteway | 3.20 | Preparation for and telephone conference with client regarding emergence workplan and restructuring transaction comments (1.2); conference with co-counsel |

# McDermott
# Will & Emery

Tribune Company

Client:    020336<br>
Invoice:   2392469<br>
Invoice Date:  06/27/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
|  |  |  | regarding QSub termination impact on COD recognition and intercompany debts (.9); research tax treatment of QSub termination (1.1). |
| 05/31/12 | J. Finkelstein | 2.10 | Review and revise litigation trust memo. |
| 05/31/12 | M. Wilder | 0.50 | Discuss springing liabilities issue with B. Rubin, A. Whiteway and G. Chan and further discussions with G. Chan. |

| **Total Hours** | **272.30** | **Total For Services** | **$187,732.00** |
|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Blair-Stanek | 63.70 | 435.00 | 27,709.50 |
| G. Chan | 11.10 | 500.00 | 5,550.00 |
| J. Finkelstein | 34.90 | 765.00 | 26,698.50 |
| N. Hazan | 3.30 | 645.00 | 2,128.50 |
| G. Kopacz | 33.00 | 435.00 | 14,355.00 |
| B. Rubin | 57.90 | 995.00 | 57,610.50 |
| T. Smith | 10.00 | 250.00 | 2,500.00 |
| A. Whiteway | 53.60 | 885.00 | 47,436.00 |
| M. Wilder | 4.80 | 780.00 | 3,744.00 |
| **Totals** | **272.30** |  | **$187,732.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 05/03/12 | Telecommunications Ext. 68424 called CHICAGO, (312) 222-3638. | 0.15 |
| 05/04/12 | Telecommunications Ext. 68424 called CHICAGO, (312) 222-3638. | 2.55 |
| 05/04/12 | Telecommunications Ext. 68425 called CHICAGO, (312) 222-3638. | 1.20 |
| 05/10/12 | Telecommunications | 0.15 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2392469
Invoice Date:  06/27/2012

| Date | Description | Amount |
|------|-------------|-------:|
| | Ext. 68425 called CHICAGO, (312) 832-4549. | |
| 05/10/12 | Telecommunications | 0.15 |
| | Ext. 68425 called CHICAGO, (312) 832-4549. | |
| 05/17/12 | Facsimile | 3.00 |
| | Fax sent to (678) 419-6036. | |
| 05/17/12 | Postage | 0.45 |
| 05/17/12 | Telecommunications | 0.15 |
| | Ext. 68425 called CHICAGO, (312) 832-4549. | |
| 05/17/12 | Telecommunications | 2.40 |
| | Ext. 68424 called CHICAGO, (312) 222-3017. | |
| 05/17/12 | Telecommunications | 0.15 |
| | Ext. 68425 called CHICAGO, (312) 832-4549. | |
| 05/17/12 | Telecommunications | 0.30 |
| | Ext. 64215 called ATLANTA NW, (678) 419-6036. | |

**Total Costs and Other Charges**        **$10.65**

**Total This Invoice**        **$187,742.65**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2392471 |
| Invoice Date: | 06/27/2012 |

---

## Remittance Copy
### Billing for services rendered through 05/31/2012

---

Total by Matter
    0516 Perfect Market, Inc.                    $ 11,567.50

Total Services                  $ 11,567.50

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**        **$ 11,567.50**

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 119.97 |
| 2212868 | 01/26/2011 | 341.80 |
| 2234857 | 03/30/2011 | 74.10 |
| 2245690 | 04/29/2011 | 306.60 |
| 2297301 | 09/30/2011 | 34.50 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 1,687.00 |
| 2338730 | 01/30/2012 | 10,698.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2392471
Invoice Date:  06/27/2012

| Invoice | Date | | |
|---------|------|---|---|
| 2349839 | 02/29/2012 | 300.50 | |
| 2360520 | 03/29/2012 | 2,808.50 | |
| 2370649 | 04/30/2012 | 737.50 | |
| | | | |
| Total Outstanding Balance | | | 67,608.07 |
| | | | |
| Total Balance Due | | | $ 79,175.57 |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392471 |
| Invoice Date: | 06/27/2012 |

## Client Copy
### Billing for services rendered through 05/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
|    0516 Perfect Market, Inc. | $ 11,567.50 | |
| Total Services | | $ 11,567.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 11,567.50** |

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 119.97 |
| 2212868 | 01/26/2011 | 341.80 |
| 2234857 | 03/30/2011 | 74.10 |
| 2245690 | 04/29/2011 | 306.60 |
| 2297301 | 09/30/2011 | 34.50 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 1,687.00 |
| 2338730 | 01/30/2012 | 10,698.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| | | Invoice: | 2392471 |
| | | Invoice Date: | 06/27/2012 |

| **Invoice** | **Date** | | |
|---|---|---|---|
| 2349839 | 02/29/2012 | 300.50 | |
| 2360520 | 03/29/2012 | 2,808.50 | |
| 2370649 | 04/30/2012 | 737.50 | |

| | |
|---|---|
| Total Outstanding Balance | 67,608.07 |
| Total Balance Due | $ 79,175.57 |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/27/2012

Invoice: 2392471
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0516          Perfect Market, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/02/12 | T. Ward | 0.50 | Office conferences with P. McCurry regarding profits structuring for Topix. |
| 05/02/12 | P. McCurry | 1.70 | Conferences with T. Ward regarding profits interest issuance (.5); prepare for and attend conference with M. O'Brien regarding same (.6); call with team regarding same (.6). |
| 05/02/12 | M. O'Brien | 1.00 | Topix: Conference call regarding work stream (.6); conference with P. McCurry regarding same (.4). |
| 05/06/12 | P. McCurry | 0.10 | Review Topix LLC Agreement. |
| 05/07/12 | P. McCurry | 0.50 | Review Topix LLC Agreement and TKG LLC Agreement. |
| 05/07/12 | M. O'Brien | 0.50 | Topix: Draft profits interest agreement. |
| 05/08/12 | P. McCurry | 0.90 | Revise Topix and TKG Internet Holdings II LLC Agreement to reflect issuance of profits interests. |
| 05/09/12 | P. McCurry | 0.90 | Revise Award Agreement and TKG LLC Agreement. |
| 05/09/12 | M. O'Brien | 1.50 | Draft profits interest agreement. |
| 05/10/12 | P. McCurry | 1.40 | Revise amended LLC Agreements for Topix LLC and TKG Internet Holdings II LLC (1.4). |
| 05/11/12 | P. McCurry | 3.10 | Revise Award Agreement and amended LLC Agreements for TKG Internet Holdings II LLC and Topix LLC (3.1) |
| 05/11/12 | M. O'Brien | 1.00 | Topix:  Revise profits interest agreement. |
| 05/14/12 | G. Karch | 0.80 | Work with P. McCurry on Topix LLC drafting and tax issues. |
| 05/14/12 | P. McCurry | 2.00 | Revise amended TKG Internet Holdings II LLC Agreement (2.0). |
| 05/15/12 | G. Karch | 1.20 | Continue to assist P. McCurry with Topix drafting. |
| 05/15/12 | P. McCurry | 2.00 | Revise TKG Internet Holdings II LLC Agreement (2.0). |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2392471
Invoice Date:   06/27/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/15/12 | M. O'Brien | 0.50 | Review amendments and Topix and TKG agreements. |

**Total Hours**     **19.60**          **Total For Services**     **$11,567.50**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| G. Karch | 2.00 | 935.00 | 1,870.00 |
| P. McCurry | 12.60 | 500.00 | 6,300.00 |
| M. O'Brien | 4.50 | 665.00 | 2,992.50 |
| T. Ward | 0.50 | 810.00 | 405.00 |
| **Totals** | **19.60** | | **$11,567.50** |

**Total This Invoice**     **$11,567.50**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2392472 |
| Invoice Date: | 06/27/2012 |

---

## Remittance Copy
### Billing for services rendered through 05/31/2012

---

Total by Matter
   0021 Post Closing Matters                                          $ 219.00

Total Services                                                                    $ 219.00

Total Costs and Other Charges Posted Through Billing Period                          0.00

**Total This Invoice**                                                            **$ 219.00**

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 119.97 |
| 2202007 | 12/08/2010 | 119.97 |
| 2212869 | 01/26/2011 | 1,561.25 |
| 2225181 | 02/28/2011 | 2,353.20 |
| 2234858 | 03/30/2011 | 3,687.40 |
| 2245691 | 04/29/2011 | 1,371.00 |
| 2254097 | 05/23/2011 | 276.10 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client: 022182
Invoice: 2392472
Invoice Date: 06/27/2012

| Invoice | Date | |
|---------|------|---|
| 2268396 | 06/30/2011 | 1,796.70 |
| 2286424 | 07/28/2011 | 5,015.90 |
| 2294690 | 08/29/2011 | 15,134.50 |
| 2297302 | 09/30/2011 | 4,570.60 |
| 2308368 | 10/31/2011 | 128.90 |
| 2314995 | 11/10/2011 | 948.90 |
| 2338737 | 01/30/2012 | 2,702.00 |
| 2349783 | 02/29/2012 | 230.00 |
| 2370651 | 04/30/2012 | 1,752.68 |
| 2380795 | 05/30/2012 | 9,502.79 |

Total Outstanding Balance                                52,005.46

Total Balance Due                                    $ 52,224.46

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2392472 |
| Invoice Date: | 06/27/2012 |

## Client Copy
### Billing for services rendered through 05/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0021 Post Closing Matters | $ 219.00 | |
| Total Services | | $ 219.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 219.00** |

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 119.97 |
| 2202007 | 12/08/2010 | 119.97 |
| 2212869 | 01/26/2011 | 1,561.25 |
| 2225181 | 02/28/2011 | 2,353.20 |
| 2234858 | 03/30/2011 | 3,687.40 |
| 2245691 | 04/29/2011 | 1,371.00 |
| 2254097 | 05/23/2011 | 276.10 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2392472 |
| Invoice Date: | 06/27/2012 |

| Invoice | Date | |
|---|---|---|
| 2268396 | 06/30/2011 | 1,796.70 |
| 2286424 | 07/28/2011 | 5,015.90 |
| 2294690 | 08/29/2011 | 15,134.50 |
| 2297302 | 09/30/2011 | 4,570.60 |
| 2308368 | 10/31/2011 | 128.90 |
| 2314995 | 11/10/2011 | 948.90 |
| 2338737 | 01/30/2012 | 2,702.00 |
| 2349783 | 02/29/2012 | 230.00 |
| 2370651 | 04/30/2012 | 1,752.68 |
| 2380795 | 05/30/2012 | 9,502.79 |

Total Outstanding Balance                                        52,005.46

Total Balance Due                                        $ 52,224.46

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/27/2012

Invoice: 2392472
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021        Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/11/12 | C. Parker | 0.60 | Review post-closing working capital dispute files and closing book agenda. |
| | **Total Hours** | **0.60** | **Total For Services**          **$219.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| C. Parker | 0.60 | 365.00 | 219.00 |
| **Totals** | **0.60** | | **$219.00** |
| | | **Total This Invoice** | **$219.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2392472

06/27/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C. Parker | 0.60 | 365.00 | 219.00 |
| **Totals** | **0.60** | | **$219.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392474 |
| Invoice Date: | 06/27/2012 |

## Remittance Copy
### Billing for services rendered through 05/31/2012

0520 All Direct Mail Services, Inc.

| | |
|---|---|
| Total Services | $ 168.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 168.00** |

| Invoice | Date | |
|---|---|---|
| 2180990 | 10/27/2010 | 119.97 |
| 2193511 | 11/19/2010 | 119.97 |
| 2200566 | 12/08/2010 | 119.97 |
| 2212870 | 01/26/2011 | 5,544.40 |
| 2226977 | 02/28/2011 | 8,140.30 |
| 2234859 | 03/30/2011 | 128.40 |
| 2245692 | 04/29/2011 | 1,350.70 |
| 2254098 | 05/23/2011 | 1,128.70 |
| 2297303 | 09/30/2011 | 42.80 |
| 2314996 | 11/10/2011 | 149.80 |
| 2329292 | 12/21/2011 | 208.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

Tribune Company

Client:        020336
Invoice:       2392474
Invoice Date:  06/27/2012

| Invoice | Date | |
|---------|------|--------|
| 2338731 | 01/30/2012 | 224.00 |
| 2349841 | 02/29/2012 | 257.60 |
| 2360521 | 03/29/2012 | 582.51 |
| 2370652 | 04/30/2012 | 393.55 |

Total Outstanding Balance                                    18,510.87

Total Balance Due                                          $ 18,678.87

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392474 |
| Invoice Date: | 06/27/2012 |

---

## Client Copy
### Billing for services rendered through 05/31/2012

---

0520 All Direct Mail Services, Inc.

| | |
|---|---:|
| Total Services | $ 168.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 168.00** |

| Invoice | Date | |
|---|---|---:|
| 2180990 | 10/27/2010 | 119.97 |
| 2193511 | 11/19/2010 | 119.97 |
| 2200566 | 12/08/2010 | 119.97 |
| 2212870 | 01/26/2011 | 5,544.40 |
| 2226977 | 02/28/2011 | 8,140.30 |
| 2234859 | 03/30/2011 | 128.40 |
| 2245692 | 04/29/2011 | 1,350.70 |
| 2254098 | 05/23/2011 | 1,128.70 |
| 2297303 | 09/30/2011 | 42.80 |
| 2314996 | 11/10/2011 | 149.80 |
| 2329292 | 12/21/2011 | 208.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2392474
Invoice Date:    06/27/2012

| Invoice | Date | |
|---------|------|------|
| 2338731 | 01/30/2012 | 224.00 |
| 2349841 | 02/29/2012 | 257.60 |
| 2360521 | 03/29/2012 | 582.51 |
| 2370652 | 04/30/2012 | 393.55 |

Total Outstanding Balance                          18,510.87

Total Balance Due                                $ 18,678.87

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/27/2012

Invoice: 2392474
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0520        All Direct Mail Services, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/17/12 | A. Turney | 0.30 | Email J. Xanders re ADMSI workers compensation liability and ADMSI policy. |
| | **Total Hours** | **0.30** | **Total For Services**          **$168.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Turney | 0.30 | 560.00 | 168.00 |
| **Totals** | **0.30** | | **$168.00** |
| | | **Total This Invoice** | **$168.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | | |
|---|---|---|
| Client: | | 020336 |
| Invoice: | | 2392475 |
| Invoice Date: | | 06/27/2012 |

---

## Remittance Copy
### Billing for services rendered through 05/31/2012

---

Total by Matter
    0524 Cast TV          $ 1,698.00

Total Services      $ 1,698.00

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**      **$ 1,698.00**

| Invoice | Date | |
|---|---|---|
| 2193806 | 11/19/2010 | 119.97 |
| 2200568 | 12/08/2010 | 119.97 |
| 2212871 | 01/26/2011 | 5,494.10 |
| 2225188 | 02/28/2011 | 1,386.60 |
| 2245694 | 04/29/2011 | 195.10 |
| 2254099 | 05/23/2011 | 252.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2392475 |
| Invoice Date: | 06/27/2012 |

Total Outstanding Balance                                                  7,567.94

Total Balance Due                                                      $ 9,265.94

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392475 |
| Invoice Date: | 06/27/2012 |

---

## Client Copy
### Billing for services rendered through 05/31/2012

---

Total by Matter
    0524 Cast TV                                    $ 1,698.00

Total Services                                                $ 1,698.00

Total Costs and Other Charges Posted Through Billing Period          0.00

**Total This Invoice**                                  **$ 1,698.00**

| Invoice | Date | |
|---|---|---|
| 2193806 | 11/19/2010 | 119.97 |
| 2200568 | 12/08/2010 | 119.97 |
| 2212871 | 01/26/2011 | 5,494.10 |
| 2225188 | 02/28/2011 | 1,386.60 |
| 2245694 | 04/29/2011 | 195.10 |
| 2254099 | 05/23/2011 | 252.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2392475 | |
| Invoice Date: | 06/27/2012 | |

Total Outstanding Balance                                    7,567.94

Total Balance Due                                         $ 9,265.94

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/27/2012

Invoice: 2392475
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0524        Cast TV

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/22/12 | R. Harris | 0.30 | Confer with D Kazan regarding CastTV earnout (.1); review Purchase Agreement regarding same (.2). |
| 05/22/12 | C. Parker | 0.20 | Office conference with R. Harris re preparation of letter of instruction for milestone payments. |
| 05/24/12 | C. Parker | 2.00 | Draft Representative letter of direction relating to payment of Milestone payments. |
| 05/30/12 | C. Parker | 0.80 | Revise letter of instruction from Representative re Milestone Payments. |
| 05/31/12 | R. Harris | 0.30 | Draft Letter Agreement regarding payment of Milestone Amount (.2); review Purchase Agreement regarding same (.1). |
| 05/31/12 | C. Parker | 0.60 | Revise letter of instruction (.4); office conference with R. Harris re same (.2). |

|  | **Total Hours** | **4.20** | **Total For Services** | **$1,698.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 0.60 | 640.00 | 384.00 |
| C. Parker | 3.60 | 365.00 | 1,314.00 |
| **Totals** | **4.20** |  | **$1,698.00** |
|  |  | **Total This Invoice** | **$1,698.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392476 |
| Invoice Date: | 06/27/2012 |

## Remittance Copy
### Billing for services rendered through 05/31/2012

Total by Matter
     0527 2009 Audit                                                    $ 93,262.95

Total Services                                                                        $ 84,000.00

Total Costs and Other Charges Posted Through Billing Period                   9,262.95

**Total This Invoice**                                                      **$ 93,262.95**

| Invoice | Date | |
|---|---|---|
| 2225195 | 02/28/2011 | 3,159.30 |
| 2234863 | 03/30/2011 | 9,969.90 |
| 2245697 | 04/29/2011 | 78,639.60 |
| 2254101 | 05/23/2011 | 57,373.50 |
| 2268392 | 06/30/2011 | 46,232.00 |
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |
| 2297306 | 09/30/2011 | 32,819.00 |
| 2308371 | 10/31/2011 | 20,943.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2392476
Invoice Date:  06/27/2012

| Invoice | Date | | |
|---------|------|---|---|
| 2314998 | 11/10/2011 | 583.70 | |
| 2329293 | 12/21/2011 | 563.50 | |
| 2338733 | 01/30/2012 | 16,826.92 | |
| 2349842 | 02/29/2012 | 66,149.92 | |
| 2360522 | 03/29/2012 | 436,839.63 | |
| 2370653 | 04/30/2012 | 129,703.89 | |
| 2380796 | 05/30/2012 | 22,916.00 | |

Total Outstanding Balance                    1,005,604.66

Total Balance Due                            $ 1,098,867.61

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392476 |
| Invoice Date: | 06/27/2012 |

## Client Copy
### Billing for services rendered through 05/31/2012

Total by Matter
    0527 2009 Audit      $ 93,262.95

Total Services      $ 84,000.00

Total Costs and Other Charges Posted Through Billing Period      9,262.95

**Total This Invoice**      **$ 93,262.95**

| Invoice | Date | |
|---|---|---|
| 2225195 | 02/28/2011 | 3,159.30 |
| 2234863 | 03/30/2011 | 9,969.90 |
| 2245697 | 04/29/2011 | 78,639.60 |
| 2254101 | 05/23/2011 | 57,373.50 |
| 2268392 | 06/30/2011 | 46,232.00 |
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |
| 2297306 | 09/30/2011 | 32,819.00 |
| 2308371 | 10/31/2011 | 20,943.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | | |
|---|---|---|---|
| Client: | 020336 |
| Invoice: | 2392476 |
| Invoice Date: | 06/27/2012 |

| Invoice | Date | |
|---|---|---|
| 2314998 | 11/10/2011 | 583.70 |
| 2329293 | 12/21/2011 | 563.50 |
| 2338733 | 01/30/2012 | 16,826.92 |
| 2349842 | 02/29/2012 | 66,149.92 |
| 2360522 | 03/29/2012 | 436,839.63 |
| 2370653 | 04/30/2012 | 129,703.89 |
| 2380796 | 05/30/2012 | 22,916.00 |

| | |
|---|---|
| Total Outstanding Balance | 1,005,604.66 |
| Total Balance Due | $ 1,098,867.61 |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/27/2012

Invoice: 2392476
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0527          2009 Audit

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/27/12 | P. McCurry | 0.20 | Prepare production of financing documents for A. Whiteway (0.2). |
| 05/01/12 | B. Rubin | 1.90 | Conference calls with Foley and co-counsel regarding response to Summons (1.2); correspondence with client and Foley regarding IRS meeting (.7). |
| 05/01/12 | A. Whiteway | 1.60 | Correspondence with Foley regarding IRS meeting (.2); telephone conference with Foley regarding meeting with IRS (.6); review summons (.4); conference with co-counsel regarding IRS meeting (.4). |
| 05/02/12 | R. Greenhouse | 2.00 | Review IRS revised Ricketts document list (.4); telephone call with A. Whiteway regarding same (.3); call with Ricketts counsel regarding same (.4); telephone call with Tribune regarding same (.3); prepare for meeting with IRS (.6). |
| 05/02/12 | A. Whiteway | 2.40 | Telephone meeting with Foley regarding Summons response (1.2); review summons documents (.9); telephone conference with co-counsel regarding summons response (.3). |
| 05/03/12 | R. Greenhouse | 1.50 | Preparation for IRS meeting. |
| 05/03/12 | B. Rubin | 1.70 | Memo to clients regarding leveraged partnerships discussion (.8); conference call with Foley regarding IRS meeting (9). |
| 05/03/12 | A. Whiteway | 1.60 | Preparation for meeting with IRS regarding Summons (1.0); telephone conference with Mr. Thorne regarding summons (.3); telephone conference with Mr. Goldberg regarding summons (.3). |
| 05/04/12 | R. Greenhouse | 6.00 | Preparation for and meeting with IRS, Foley counsel, A. Whiteway and Tribune regarding summons (5.4); |

# McDermott
# Will & Emery

Tribune Company

Client:      020336<br>
Invoice:     2392476<br>
Invoice Date:  06/27/2012

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | telephone conference with client regarding same (.3); telephone conference with B. Rubin regarding production issues (.3). |
| 05/04/12 | B. Rubin | 1.90 | Conference call with IRS and Foley regarding Summons response (1.6); follow up with co-counsel regarding document production issues (.3). |
| 05/04/12 | A. Whiteway | 6.70 | Preparation for and telephone meeting with Foley, IRS and Tribune and Deloitte regarding Summons response (5.2); telephone conference with Mr. Thorne regarding summons (.4); telephone conference with Mr. Goldberg regarding summons (.4); telephone conference with Ms. Melgarejo regarding summons (.4); correspondence with B. Rubin regarding MLB documents produced (.3). |
| 05/04/12 | N. LeBeau | 2.10 | Attention to production issue regarding report from MLB for approval of transaction. |
| 05/04/12 | Q. McElhaney | 0.10 | Attention to production issue at request of A. Whiteway. |
| 05/06/12 | B. Rubin | 0.20 | Correspondence with client regarding indemnification issues (.2). |
| 05/07/12 | B. Rubin | 1.10 | Correspondence with client regarding indemnification issues (.2); review specified documents referenced by IRS (.9). |
| 05/07/12 | N. LeBeau | 1.70 | Attention to production issues regarding documents involving correspondence with MLB. |
| 05/08/12 | P. McCurry | 0.40 | Correspondence with A. Whiteway and N. Lebeau regarding Major League Baseball documents (0.2) revise spreadsheet to be provided to Internal Revenue Service (0.2). |
| 05/08/12 | N. LeBeau | 1.40 | Finalize spreadsheet containing bates ranges of documents with correspondence to MLB. |
| 05/09/12 | P. McCurry | 0.30 | Email correspondences with N. LeBeau and A. Whiteway regarding Majority League Baseball documents (0.3). |
| 05/09/12 | B. Rubin | 1.40 | Review and analyze documents produced to IRS (1.2); correspondence with co-counsel regarding same (.2). |
| 05/09/12 | A. Whiteway | 1.20 | Correspondence with Foley regarding response to summons (.6); correspondence with co-counsel regarding data production of communications with MLB in response to IRS inquiry (.6). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2392476
Invoice Date:  06/27/2012

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/09/12 | N. LeBeau | 0.30 | Finalize spreadsheet containing bates ranges of documents with correspondence to MLB. |
| 05/10/12 | B. Rubin | 0.80 | Conference call with Foley regarding response to summons (.4); correspondence with client regarding same (.4). |
| 05/11/12 | R. Greenhouse | 1.50 | Review and edit Ricketts' summons response letter. |
| 05/11/12 | B. Rubin | 3.20 | Review and comment on Ricketts draft response (1.9); conference with co-counsel regarding same (.9); correspondence with clients and Foley regarding same (.4). |
| 05/11/12 | A. Whiteway | 3.80 | Review and comment on response to Document Summons prepared by Foley (2.2); telephone conference with Foley regarding response to document summons (.4); telephone conference with client regarding draft response to document summons (.8); correspondence with client confirming MLB correspondence produced to IRS in response to IDR (.4). |
| 05/14/12 | R. Greenhouse | 0.30 | Review revised response to Ricketts summons. |
| 05/14/12 | B. Rubin | 2.80 | Review and edit response to IRS summons (1.8); conference with co-counsel regarding response (.4); correspondence with client regarding same (2); review and comment on Foley bill (.2); correspondence with client regarding same (.2). |
| 05/14/12 | A. Whiteway | 3.60 | Telephone conference with Foley regarding summons response (.3); draft revised summons response (2.9); correspond with client regarding summons response (.4). |
| 05/15/12 | B. Rubin | 1.20 | Review and comment on response to IRS summons (.8); conference with co-counsel regarding same (.4). |
| 05/16/12 | B. Rubin | 1.40 | Memo to Sidley and client regarding response to summons (1.1); correspondence with Sidley and client regarding same (.3). |
| 05/16/12 | A. Whiteway | 0.20 | Correspondence with Foley & Lardner regarding summons response. |
| 05/17/12 | B. Rubin | 1.90 | Conference with IRS National office regarding audit issues (.4); preparation for and conference call with clients regarding same (.9); correspondence with client regarding same (.6). |
| 05/17/12 | A. Whiteway | 1.30 | Correspondence with Foley regarding IRS summons |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2392476
Invoice Date:  06/27/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | response (.4); review IRS document summons responses (.9). |
| 05/18/12 | R. Greenhouse | 0.50 | Review IRS facts statements. |
| 05/18/12 | B. Rubin | 1.70 | Review and analyze draft IRS fact statement (1.1); correspondence with client and co-counsel regarding same (.6). |
| 05/18/12 | A. Whiteway | 0.40 | Correspondence with client regarding status of IRS audit (.4). |
| 05/18/12 | J. Finkelstein | 1.20 | Review IRS fact statement and correspondence regarding same. |
| 05/21/12 | A. Whiteway | 3.60 | Review IRS write up and analysis of arguments and taxpayer responses (3.6). |
| 05/22/12 | B. Rubin | 1.60 | Review and analyze draft IRS description (1.2); correspondence with client and co-counsel regarding same (.4). |
| 05/22/12 | J. Finkelstein | 0.60 | Discuss IRS position paper with co-counsel. |
| 05/23/12 | R. Greenhouse | 7.00 | Analyze IRS fact statement and cited provision (3.6); research Bankruptcy priority provisions (.9); discuss IRS position with A. Whiteway (.2); review legal arguments (1.0); review bid summaries (1.3). |
| 05/23/12 | B. Rubin | 2.80 | Correspondence with Foley regarding IRS issues (.3); conference with Mr. Warren (IRS) regarding tax issues (.4); review and comment on draft IRS statement (.9); review and comment on draft leveraged partnership panel summary (1.2). |
| 05/23/12 | J. Finkelstein | 0.40 | Discuss IRS position on leveraged partnerships with co-counsel. |
| 05/24/12 | B. Rubin | 2.60 | Correspondence with client regarding press coverage of Canal Corp. panel (.8); preparation for and conference call with clients regarding same (.6); review and analyze IDR (1.2). |
| 05/24/12 | A. Whiteway | 3.70 | Correspondence with Foley regarding summons (.3); review IRS fact description and analysis of possible issues raised by the IDRs (3.1); telephone conference with Foley regarding Ricketts preparation and interview (.3). |
| 05/29/12 | R. Greenhouse | 0.30 | Review IRS IDR statement of facts. |
| 05/29/12 | A. Whiteway | 0.70 | Correspondence with Foley regarding summons (.3); |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392476 |
| Invoice Date: | 06/27/2012 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | correspondence with client regarding response to IRS IDR (.4). |
| 05/30/12 | R. Greenhouse | 0.30 | Discuss witness preparation with A. Whiteway. |
| 05/30/12 | B. Rubin | 3.10 | Review and analyze IDR (1.3); begin drafting responses (1.8). |
| 05/30/12 | A. Whiteway | 0.60 | Correspondence with Foley regarding interview summons (.3); correspondence with client regarding interview summons (.3). |
| 05/31/12 | B. Rubin | 2.70 | Conference call with client regarding IRS developments (.6); research and analysis regarding issues raised by IDR (2.1). |
| 05/31/12 | A. Whiteway | 1.60 | Review IDR and prepare response. |

| | **Total Hours** | **95.10** | **Total For Services** | **$84,000.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Finkelstein | 2.20 | 765.00 | 1,683.00 |
| R. Greenhouse | 19.40 | 900.00 | 17,460.00 |
| N. LeBeau | 5.50 | 245.00 | 1,347.50 |
| P. McCurry | 0.90 | 500.00 | 450.00 |
| Q. McElhaney | 0.10 | 245.00 | 24.50 |
| B. Rubin | 34.00 | 995.00 | 33,830.00 |
| A. Whiteway | 33.00 | 885.00 | 29,205.00 |
| **Totals** | **95.10** | | **$84,000.00** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 04/30/12 | Computer Hosting Fees April monthly charge for data storage and hosting, Relativity Hosting, 304.9 GBs. | 9,147.00 |
| 04/30/12 | Transportation/Parking | 97.72 |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2392476
Invoice Date: 06/27/2012

| Date | Description | Amount |
|---|---|---|
| | VENDOR: Sunny's Worldwide Chaueffeured Transport; INVOICE#: 104601; DATE: 4/30/2012  -  Transportation Services | |
| 05/04/12 | Transportation/Parking | 4.00 |
| | Airport parking for flight to client meeting in Chicago. | |
| 05/04/12 | Travel Expenses | 10.00 |
| | Meeting with IRS | |
| 05/04/12 | Travel Expenses | 4.23 |
| | Meeting with IRS. | |

**Total Costs and Other Charges** **$9,262.95**

**Total This Invoice** **$93,262.95**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392479 |
| Invoice Date: | 06/27/2012 |

## Remittance Copy
### Billing for services rendered through 05/31/2012

Total by Matter
    0507 Newsday                                $ 22,589.60
    Client/Reference Number: 0000001849

Total Services                                                     $ 21,275.50

Total Costs and Other Charges Posted Through Billing Period        1,314.10

**Total This Invoice**                                        **$ 22,589.60**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston Brussels Chicago Düsseldorf Frankfurt Houston London Los Angeles Miami Milan Munich New York Orange County Paris Rome Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392479 |
| Invoice Date: | 06/27/2012 |

## Client Copy
### Billing for services rendered through 05/31/2012

Total by Matter
    0507 Newsday                                         $ 22,589.60
    Client/Reference Number: 0000001849

Total Services                                                       $ 21,275.50

Total Costs and Other Charges Posted Through Billing Period          1,314.10

**Total This Invoice**                                     **$ 22,589.60**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/27/2012

Invoice: 2392479
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507        Newsday
                    Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/03/12 | B. Rubin | 1.40 | Conference call with client regarding possible restructuring (.3); research and analysis regarding possible restructuring (1.1). |
| 05/08/12 | B. Rubin | 1.60 | Conference call with client regarding possible restructuring (.5); research and analysis regarding same (.6); conference with co-counsel regarding research issues (.5). |
| 05/08/12 | J. Finkelstein | 2.80 | Conference with co-counsel regarding proposed restructuring (.5); research regarding treatment of basis adjustments to intangibles (2.3). |
| 05/09/12 | J. Finkelstein | 2.80 | Research regarding impact of section 734(b) adjustment on amortization of intangibles. |
| 05/15/12 | B. Rubin | 1.80 | Conference call with client regarding possible restructuring (.3) conference with co-counsel regarding issues raised by client (.3); research and analysis regarding tax issues (1.2). |
| 05/15/12 | J. Finkelstein | 1.90 | Research regarding treatment of basis step-up in connection with potential restructuring. |
| 05/16/12 | B. Rubin | 1.80 | Memo to client regarding possible restructuring (1.8). |
| 05/16/12 | A. Whiteway | 1.90 | Review lease and draft correspondence to client regarding restructuring alternatives. |
| 05/16/12 | J. Finkelstein | 1.10 | Research regarding potential restructuring. |
| 05/17/12 | B. Rubin | 1.10 | Correspondence and conference calls with clients and co-counsel regarding IRS issues (1.1). |
| 05/17/12 | A. Whiteway | 1.90 | Conference with client regarding debt restructuring and lease restructuring alternatives (.8); draft summary for client of lease restructuring alternatives (1.1). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2392479
Invoice Date:  06/27/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/18/12 | B. Rubin | 1.20 | Correspondence and conference calls with client and co-counsel regarding IRS response (1.2). |
| 05/18/12 | A. Whiteway | 0.60 | Review correspondence from IRS regarding status of IRS audit (.4); correspondence with client regarding IRS audit status (.2). |
| 05/21/12 | A. Whiteway | 0.80 | Analysis of present value impact of acceleration. |
| 05/24/12 | A. Whiteway | 1.40 | Review correspondence from Mr. Shanahan regarding restructuring issues (.3); analysis of present value calculation (1.1). |

|  | **Total Hours** | **24.10** | **Total For Services** | **$21,275.50** |
|--|-----------------|-----------|------------------------|----------------|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Finkelstein | 8.60 | 765.00 | 6,579.00 |
| B. Rubin | 8.90 | 995.00 | 8,855.50 |
| A. Whiteway | 6.60 | 885.00 | 5,841.00 |
| **Totals** | **24.10** | | **$21,275.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/12 | Computer Hosting Fees<br>April monthly charge for data storage and hosting, Relativity Hosting, 154.6 GBs. | 1,314.10 |

|  | **Total Costs and Other Charges** | **$1,314.10** |
|--|-----------------------------------|---------------|

|  | **Total This Invoice** | **$22,589.60** |
|--|------------------------|----------------|

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392477 |
| Invoice Date: | 06/27/2012 |

## Remittance Copy
### Billing for services rendered through 05/31/2012

0535 Block Shopper/Journatic

| | |
|---|---|
| Total Services | $ 4,823.00 |
| Total Costs and Other Charges Posted Through Billing Period | 446.29 |
| **Total This Invoice** | **$ 5,269.29** |

| Invoice | Date | |
|---|---|---|
| 2349844 | 02/29/2012 | 5,326.70 |
| 2360524 | 03/29/2012 | 84,646.00 |
| 2370655 | 04/30/2012 | 77,518.70 |
| 2380797 | 05/30/2012 | 28,284.03 |

| | |
|---|---|
| Total Outstanding Balance | 195,775.43 |
| Total Balance Due | $ 201,044.72 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392477 |
| Invoice Date: | 06/27/2012 |

## Client Copy
**Billing for services rendered through 05/31/2012**

0535 Block Shopper/Journatic

| | |
|---|---|
| Total Services | $ 4,823.00 |
| Total Costs and Other Charges Posted Through Billing Period | 446.29 |
| **Total This Invoice** | **$ 5,269.29** |

| Invoice | Date | |
|---|---|---|
| 2349844 | 02/29/2012 | 5,326.70 |
| 2360524 | 03/29/2012 | 84,646.00 |
| 2370655 | 04/30/2012 | 77,518.70 |
| 2380797 | 05/30/2012 | 28,284.03 |

| | |
|---|---|
| Total Outstanding Balance | 195,775.43 |
| Total Balance Due | $ 201,044.72 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/27/2012

Invoice: 2392477
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0535          Block Shopper/Journatic

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/01/12 | B. Schafman | 1.00 | Edgarize Form D. |
| 05/01/12 | A. Kladis | 0.70 | Communicate with C. Parker regarding Form D documents (.2); attention to Form D filing in Illinois (.6). |
| 05/02/12 | A. Kladis | 2.80 | Prepare closing set. |
| 05/03/12 | C. Parker | 1.30 | Revise Form D documents (.6); coordinate SEC filing (.2); prepare for and attend conference call with Tribune re same (.5). |
| 05/03/12 | A. Kladis | 0.50 | Prepare closing set. |
| 05/07/12 | A. Kladis | 1.00 | Draft/revise closing document index. |
| 05/08/12 | C. Parker | 0.80 | Compile closing book for Journatic transaction. |
| 05/09/12 | R. Harris | 0.30 | Revisions to Board Consent regarding approval process (.1); review LLC Agreement regarding process for approval of equity issuances (.1); confer with D. Kazan regarding same (.1). |
| 05/10/12 | C. Parker | 1.50 | Prepare final closing book for Journatic transaction. |
| 05/11/12 | A. Kladis | 3.00 | Prepare closing set (1.2); compile documents for Taft (1.8). |
| 05/21/12 | C. Parker | 0.30 | Complete Journatic closing book. |
| 05/21/12 | A. Kladis | 0.50 | Prepare closing set. |
| 05/22/12 | C. Parker | 0.50 | Complete closing book (.3); prepare correspondence re closing CD (.2). |
| 05/22/12 | A. Kladis | 1.50 | Finalize closing set. |

|  | **Total Hours** | **15.70** | **Total For Services** | **$4,823.00** |
|--|--|--|--|--|

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2392477
Invoice Date: 06/27/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| R. Harris | 0.30 | 640.00 | 192.00 |
| A. Kladis | 10.00 | 265.00 | 2,650.00 |
| C. Parker | 4.40 | 365.00 | 1,606.00 |
| B. Schafman | 1.00 | 375.00 | 375.00 |
| **Totals** | **15.70** | | **$4,823.00** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Administrative Support | 100.00 |
| Express Mail | 11.54 |
| Filing/Registration Fees | 100.00 |
| Photocopy | 228.40 |
| Postage | 6.35 |
| **Total Costs and Other Charges** | **$446.29** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2392478 |
| Invoice Date: | 06/27/2012 |

---

## Remittance Copy
### Billing for services rendered through 05/31/2012

---

Total by Matter
  0537 Employee Benefits Committee/Noteholder          $ 3,538.00
  Matter

Total Services                                                          $ 3,538.00

Total Costs and Other Charges Posted Through Billing Period              0.00

**Total This Invoice**                                                 **$ 3,538.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2392478 |
| Invoice Date: | 06/27/2012 |

## Client Copy
### Billing for services rendered through 05/31/2012

Total by Matter
    0537 Employee Benefits Committee/Noteholder         $ 3,538.00
    Matter

Total Services                  $ 3,538.00

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**             **$ 3,538.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/27/2012

Invoice: 2392478
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0537          Employee Benefits Committee/Noteholder Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/08/12 | P. Compernolle | 0.80 | Review correspondence with fiduciary liability insurance carriers regarding defense costs. |
| 05/09/12 | P. Compernolle | 2.50 | Review Board write-up and draft resolution relating to indemnity of committee members (1.20); review emails with insurance carriers and comments regarding same (.80); email to D. Eldersveld regarding indemnity provisions in plan documents (.50). |
| 05/09/12 | M. Graham | 1.30 | Conferences with P. Compernolle regarding indemnity provisions for non-officers (.3); review and analyze draft Board resolution regarding indemnity for Employee Benefit Committee members (.4); review plan documents regarding similar indemnification provisions (.6). |

|  | **Total Hours** | **4.60** | **Total For Services** | **$3,538.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 3.30 | 820.00 | 2,706.00 |
| M. Graham | 1.30 | 640.00 | 832.00 |
| **Totals** | **4.60** | | **$3,538.00** |
| | | **Total This Invoice** | **$3,538.00** |