# EXHIBIT A

# FEE DETAIL

46429/0001-8679717v1



**FRANKE GREENHOUSE** LLP
ATTORNEYS & COUNSELORS

KITTREDGE BUILDING, SUITE 610
511-16TH STREET
DENVER, COLORADO 80202
TELEPHONE  (303)623-4500
FAX  (303)623-0960

APRIL 11, 2012

STATEMENT NO. 54656

Rita DeBoer

Tribune Company
435 N. Michigan Avenue, 6th Floor
Chicago, IL 60611

COLORADO INVESTMENT & DEVELOPMENT CO., LLP

FILE NO: 1092-6

| **PROFESSIONAL FEES** | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1/5/2012 | CG | SEVERAL EMAILS FROM AND TO RITA DEBOER REGARDING STATUS OF PURCHASE AND SALE AGREEMENT AND FOLLOW-UP REGARDING SAME | 0.30 | 425.00 | 127.50 |
| 1/5/2012 | CG | EXAMINE LETTER OF INTENT AND MIKE SACKS COMMENTS AND DRAFT PURCHASE AND SALE AGREEMENT AND DON HACKSTAFF'S COMMENTS (1.0); OUTLINE ISSUES REGARDING SAME (.2) | 1.20 | 425.00 | 510.00 |
| 1/6/2012 | CG | COMPLETE REVIEW OF PURCHASE AND SALE AGREEMENT (.3); EMAIL TO RITA DEBOER REGARDING SAME (.2) | 0.50 | 425.00 | 212.50 |
| 1/6/2012 | CG | SEVERAL EMAILS FROM AND TO RITA DEBOER REGARDING FOLLOW-UP REGARDING PURCHASE AND SALE AGREEMENT AND REGARDING FORM OF SPECIAL WARRANTY DEED | 0.40 | 425.00 | 170.00 |
| 1/10/2012 | CG | EMAILS FROM AND TO RITA DEBOER REGARDING FOLLOW-UP WITH PURCHASE AND SALE AGREEMENT - BUYER TO NOT USE COUNSEL | 0.20 | 425.00 | 85.00 |
| 1/11/2012 | CG | TELEPHONE CALL TO RITA DEBOER REGARDING FOLLOW-UP REGARDING PURCHASE AND SALE AGREEMENT | 0.10 | 425.00 | 42.50 |
| 1/11/2012 | CG | TELEPHONE CALL TO RITA DEBOER AND MIKE SACKS REGARDING BUYER'S COMMENTS TO THE PURCHASE AND SALE AGREEMENT (.4); BEGIN REVISIONS TO THE PURCHASE AND SALE AGREEMENT (.9) | 1.30 | 425.00 | 552.50 |
| 1/11/2012 | CG | EXAMINE REVISED PURCHASE AND SALE AGREEMENT (.4); EMAIL TO RITA DEBOER REGARDING SAME (.2) | 0.60 | 425.00 | 255.00 |
| 1/11/2012 | JLS | TELEPHONE CONFERENCE WITH CHARLES GREENHOUSE REGARDING REVIEW OF AND REVISIONS TO AGREEMENT FOR SALE. | 0.30 | 350.00 | 105.00 |
| 1/11/2012 | JLS | REVIEWED BUYER'S COMMENTS TO AGREEMENT OF SALE AND OTHER CORRESPONDENCE RELATED TO | 3.00 | 350.00 | 1,050.00 |

| TRIBUNE COMPANY | | | | | PAGE: 2 |
|---|---|---|---|---|---|
| | | SAME (.5); REVIEWED SECRETARY OF STATE INFORMATION REGARDING BUYER ENTITY (.3). REVIEWED AND REVISED AGREEMENT OF SALE (2.2). | | | |
| 1/12/2012 | CG | EMAIL TO RITA DEBOER REGARDING CERTIFICATE OF GOOD STANDING AND REGARDING FOLLOW-UP REGARDING PURCHASE AND SALE AGREEMENT | 0.10 | 425.00 | 42.50 |
| 1/13/2012 | CG | EMAILS FROM AND TO RITA DEBOER REGARDING FOLLOW-UP REGARDING CHANGES TO PURCHASE AND SALE AGREEMENT | 0.10 | 425.00 | 42.50 |
| 1/16/2012 | CG | EXAMINE EMAIL TO THE PROSPECTIVE BUYER REGARDING AMENDMENTS TO THE PURCHASE AND SALE AGREEMENT | 0.10 | 425.00 | 42.50 |
| 1/24/2012 | CG | EMAILS FROM AND TO RITA DEBOER REGARDING FOLLOW-UP REGARDING PURCHASE AND SALE AGREEMENT (.1); EXAMINE ATTACHMENT FROM BUYER TO RITA DEBOER'S EMAIL REGARDING LIQUOR LICENSING ISSUES (.1). | 0.20 | 425.00 | 85.00 |
| 1/26/2012 | CG | EXAMINE MATERIALS IN PREPARATION FOR TELEPHONE CONFERENCE WITH BUYER AND RITA DEBOER | 0.20 | 425.00 | 85.00 |
| 1/27/2012 | CG | EXAMINE EMAIL FROM BUYER REGARDING FOLLOW-UP REGARDING PURCHASE AND SALE AGREEMENT AND INVOLVEMENT OF BARRY FEY | 0.10 | 425.00 | 42.50 |
| 1/27/2012 | CG | TELEPHONE CONFERENCE WITH RITA DEBOER, MIKE SACKS AND AMY DE VALLET REGARDING PURCHASE AND SALE AGREEMENT - BUYER (DONALD HACKSTAFF) FAILED TO JOINT THE CALL | 0.30 | 425.00 | 127.50 |
| 1/30/2012 | CG | CONFERENCE CALL WITH RITA DEBOER, MIKE SACKS, AMY DE VALLETT AND DONALD HACKSTAFF | 0.40 | 425.00 | 170.00 |
| 2/6/2012 | CG | EMAIL FROM RITA DEBOER REGARDING STATUS OF BUYER'S EFFORTS TO GET LIQUOR LICENSE APPROVAL | 0.10 | 425.00 | 42.50 |
| 2/9/2012 | CG | EXAMINE EMAIL FROM RITA DEBOER WITH ATTACHED EMAIL FROM DONALD HACKSTAFF WITH NEW PROPOSAL FOR HANDLING THE DUE DILIGENCE PERIOD AND DEPOSIT | 0.30 | 425.00 | 127.50 |
| 2/16/2012 | CG | TELEPHONE CALL FROM RITA DEBOER REGARDING REVISIONS TO THE PURCHASE AND SALE AGREEMENT BASED ON EARLIER EMAIL FROM DONALD HACKSTAFF AND REGARDING REVISIONS TO THE PURCHASE AND SALE AGREEMENT | 0.40 | 425.00 | 170.00 |
| 2/16/2012 | CG | EXAMINE FOLLOW-UP EMAIL FROM RITA DEBOER TO BUYER REGARDING CHANGES TO THE PURCHASE AND SALE AGREEMENT | 0.10 | 425.00 | 42.50 |
| 2/16/2012 | JLS | DISCUSSION WITH CHARLES GREENHOUSE AND REVIEW OF CORRESPONDENCE REGARDING REVISIONS TO PURCHASE AND SALE AGREEMENT. | 0.20 | 350.00 | 70.00 |
| 2/16/2012 | JLS | REVISED PURCHASE AND SALE AGREEMENT. | 0.50 | 350.00 | 175.00 |

TRIBUNE COMPANY                                                                                                          PAGE: 3

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/17/2012 | CG | REVIEW AND REVISE DRAFT PURCHASE AND SALE AGREEMENT PER RECENT CHANGES TO DUE DILIGENCE PERIOD (.3); EMAILS TO AND FROM RITA DEBOER REGARDING SAME (.2). | 0.50 | 425.00 | 212.50 |
| 2/21/2012 | CG | EXAMINE CHANGES REQUESTED BY DONALD HACKSTAFF TO PURCHASE AND SALE AGREEMENT (.2); EMAIL TO JENNIFER STENMAN REGARDING SAME (.1). | 0.30 | 425.00 | 127.50 |
| 2/21/2012 | JLS | REVIEWED E-MAIL CORRESPONDENCE REGARDING REVISIONS TO PURCHASE AND SALE AGREEMENT. | 0.20 | 350.00 | 70.00 |
| 2/22/2012 | CG | EMAIL TO RITA DEBOER RESPONDING TO DONALD HACKSTAFF'S COMMENTS REGARDING PURCHASE AND SALE AGREEMENT | 0.40 | 425.00 | 170.00 |
| 2/22/2012 | CG | SEVERAL EMAILS FROM AND TO AMY DE VALLET WITH INFORMATION ABOUT LOCATION OF DOCUMENTS AND LIST OF SERVICE CONTRACTS | 0.30 | 425.00 | 127.50 |
| 2/22/2012 | CG | EMAIL FROM RITA DEBOER WITH INFORMATION ABOUT HER CONVERSATION WITH DON HACKSTAFF REGARDING LIQUOR LICENSE MEETING AND REGARDING SECTION 13.3 | 0.20 | 425.00 | 85.00 |
| 2/22/2012 | JLS | REVIEWED REQUESTED CHANGES TO PURCHASE AND SALE AGREEMENT FROM BUYER (.4); DISCUSSION WITH CHARLES GREENHOUSE REGARDING SAME (.1). | 0.50 | 350.00 | 175.00 |
| 2/24/2012 | CG | EMAIL FROM RITA DEBOER REGARDING SECTION 13.3 (.1); BRIEFLY EXAMINE SECTION 13.3 (.1); EMAIL TO RITA DEBOER REGARDING SAME (.1); CONFERENCE WITH JENNIFER STENMAN REGARDING SAME (.1) | 0.40 | 425.00 | 170.00 |
| 2/24/2012 | CG | EXAMINE LATEST REDLINE AND CLEAN DRAFTS OF THE PURCHASE AND SALE AGREEMENT WITH THE CHANGES RAISED IN THE EMAILS THIS WEEK (.2); EMAIL TO RITA DEBOER REGARDING SAME (.1); EMAIL TO JENNIFER STENMAN REGARDING COMPLETING 16.1 (.1). | 0.40 | 425.00 | 170.00 |
| 2/24/2012 | JLS | REVIEWED E-MAIL CORRESPONDENCE REGARDING REVISIONS TO PURCHASE AND SALE AGREEMENT AND DISCUSSION WITH CHARLES GREENHOUSE REGARDING SAME. | 0.25 | 350.00 | 87.50 |
| 2/24/2012 | JLS | REVISED PURCHASE AND SALE AGREEMENT | 0.30 | 350.00 | 105.00 |
| 2/28/2012 | CG | EMAIL FROM RITA DEBOER TO DONALD HACKSTAFF WITH LATEST CHANGES TO THE PURCHASE AND SALE AGREEMENT | 0.10 | 425.00 | 42.50 |
| 3/30/2012 | CG | EXAMINE EMAIL FROM RITA DEBOER REGARDING PREPARATION OF OPTION AGREEMENT AND EXAMINE OUTLINED TERMS (.1); EMAIL TO RITA DEBOER REGARDING SAME (.1); EMAIL TO JENNIFER STENMAN REGARDING SAME (.1). | 0.30 | 425.00 | 127.50 |
| 3/30/2012 | JLS | CORRESPONDENCE REGARDING DRAFTING OPTION CONTRACT (.15); BEGAN PREPARING FORM OF OPTION CONTRACT (.1). | 0.25 | 350.00 | 87.50 |

TRIBUNE COMPANY                                                                                                      PAGE: 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/2/2012 | CG | REVIEW AND REVISE DRAFT OPTION CONTRACT (.5); EMAILS TO AND FROM RITA DEBOER REGARDING SAME (.2). | 0.70 | 425.00 | 297.50 |
| 4/2/2012 | JLS | DRAFTED OPTION CONTRACT (1.2); REVIEWED E-MAIL CORRESPONDENCE REGARDING SAME (.1). | 1.30 | 350.00 | 455.00 |

SUB-TOTAL FEES: 6,885.00

**RATE SUMMARY**

| Name | Hours | Rate |
|---|---|---|
| CHARLES GREENHOUSE | 10.60 HOURS | 425.00 /HR |
| JENNIFER L. STENMAN | 6.80 HOURS | 350.00 /HR |

**STATEMENT SUMMARY**

| | |
|---|---|
| TOTAL CURRENT BILLING: | 6,885.00 |
| PREVIOUS BALANCE DUE: | 103.28 |
| | 6,988.28 |
| CURRENT PAYMENTS: | 0.00 |
| INTEREST ON PAST DUE BALANCE: | 0.00 |
| **TOTAL NOW DUE:** | **6,988.28** |
| TRUST BALANCE: | 0.00 |

# EXHIBIT B

# FEE SUMMARY

## FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM JANUARY 2012 THROUGH APRIL 2012

| Name of Professional/ Individual | Position, Number of Years in the Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Charles Greenhouse | Partner<br>11 years<br>1980<br>Litigation | $425.00 | 10.60 | $4,505.00 |
| Jennifer L. Stenman | Partner<br>4 years<br>1997<br>Commercial RE | $350.00 | 6.80 | $2,380.00 |
| **Grand Total:** | | | 17.4 | $6,885.00 |
| **Blended Rate:** | | | | $395.69 |