**CASE NAME: Tribune Company**
**CASE NO.   08-13141-KJC**

**SIGN-IN-SHEET**

**COURTROOM LOCATION: 5**
**DATE:  7/11/12**

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jonathan Lotsoff | Sidley Austin | Debtors |
| Blake Cling | Young Conaway Stargatt Taylor | Debtors / Angela Beck / Gordon |
| James Johnston | Jones Day | " " Cordell, Gerrard & Judy Golden office |
| Josh Mester | Jones Day | " " Lenders |
| David LeMay | Chadbourne Parke | " " |
| Marc Roitman | Chadbourne Parke | Official Cttee of Unsecured |
| Katharine Mayer | McCarter & English | Creditors |
| Gordon Novod | Brown Rudnick LLP | DBTCA |
| Kristin Landis | Landis Rath & Cobb LLP | WTC |
| Dan Rath | Landis Rath & Cobb LLP | Creditors Committee |
| Andrew Goldfarb | Zuckerman Spaeder | " " |
| Amanda Winfree | Ashby + Geddes | Aurelius |
| William Sullivan | Sullivan Hazeltine Allinson | Wilm Trust |

**SIGN-IN-SHEET**

CASE NAME: Tribune Company

CASE NO.   08-13141-KJC

COURTROOM LOCATION: 5

DATE:   7/11/12

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Norman Pernick | Cole Schotz | Debtors |
| James Bendernagel | Sidley | " |
| Ken Kansa | " | " |
| Jessica Boelter | " | " |
| Dan Liebentritt | Tribune | " |
| Damian Shaible | Davis Polk | JP Morgan |
| Eli Vonnegut | " | " |
| Dave Sloan | Richard Layton | " |
| Chad Bowman | Levine Sullivan Koch & Schulz | Debtors |
| Kevin Collins | Barnes + Thornburg LLP | Morgan Stanley |
| Maile Solis | Grippo & Elden | Centia Former Directors&Officers |
| Gerde Donghom | " | " |
| Garvan M Daniel | Bifferolo Gulliotti | Law Debenture |

SIGN-IN-SHEET

CASE NAME: Tribune Company          COURTROOM LOCATION: 5
CASE NO.   08-13141-KJC             DATE:   7/11/12

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | US. Trustee | U.S. Trustee |
| David Zensky | Akin Gump Straus Hauer | Aurelis Cap Hd Mangmt |
| Daniel Golden | " " Felt | " " " |
| Marc Philips | Connolly Bove Lodge +hutz | Lotch, director, officer |
| Layne Silver/Silverstein | Eisler, Anderson, Corroms | Merrill Lynch |
| R. Stephen McNeill | " | " |
| Thomas Horan | Womsey Carlyle | Great Bane |
| _____ Newbu | Eif represented | |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

Calendar Date: 07/11/2012

Calendar Time: 10:00 AM ET

# U.S. Bankruptcy Court-Delaware

# Confirmed Telephonic Appearance Schedule

# Honorable Kevin J. Carey

#5

*Amended Calendar 07/11/2012 06:27 AM*

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|-------------------|---------------|-----------|-----------|-------------|
| | | Tribune Company | 08-13141 | Hearing | 5042584 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5042619 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5043934 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5046560 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5042290 | Randall W. Beeler | (212) 332-5109 | Siguler Guff | Representing, Siguler Guff / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5043724 | Eric Blimes | 212-588-5115 | HBK Capital Management | Creditor, HBK Capital Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5041926 | David Bralow | (312) 853-7163 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5039627 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5043728 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5046547 | Peter Couri | 203-552-6900 | Cooperstown Capital Management, | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5043729 | Michael D'Agostino | 860-240-2731 | Bingham McCutchen, LLP | Interested Party, T Rowe Price et al / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5042048 | David W. Derr | (203) 719-9776 | UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5042565 | Douglas Deutsch | (212) 408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5041838 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4861945 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| | | Raymond Reyes | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5040735 | Phillip Dublin | 212-872-8083 Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 5043744 | David Dunn | (212) 584-5946 Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5030071 | Devon J. Eggert | (312) 360-6378 Freeborn & Peters LLP | Interested Party, Mercer US, Inc. / LIVE |
| Tribune Company | 08-13141 | Hearing | 5042800 | Matthew Ehmer | 203-542-4219 Silver Point Capital ext. 00 | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4877552 | Laura J. Eisele | (248) 204-0675 AlixPartners, LLC ( ALL OFFICES ) | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5041920 | Dave Eldersveld | 312-222-4707 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5031160 | Brad Erens | (312) 269-4050 Jones Day | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5221550 | Matthew Frank | 312-371-9955 Alvarez & Marsal LLC. | Interested Party, Special Committee of the Board of Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5042841 | Andrew Goldfarb | (202) 778-1800 Zuckerman Spaeder LLP | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5040712 | Dan Gropper | (646) 445-6500 Aurelius Capital Management, LP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5038544 | Peter Gruszka | (312) 416-4215 Chicago Fundamental Investment | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4979853 | Reed Heiligman | (312) 276-1432 Frank Gecker LLP | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5043806 | Julie Johnston-Allen | (312) 419-6900 Novack & Macey LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 5041591 | Evan Jones | (213) 430-6236 O'Melveny & Myers, LLP | Interested Party, Novack & Macey / LIVE |
| Tribune Company | 08-13141 | Hearing | 5044077 | Shaina Jones | (202) 508-1100 Levine, Sullivan, Koch, Schulz | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 5041320 | Anna Kalenchits | (212) 723-1808 Anna Kalenchits | Interested Party, Levine, Sullivan , Koch & Schulz / LIVE |
| Tribune Company | 08-13141 | Hearing | 5042061 | Tibita P. Kaneene | (212) 500-1383 DebtWire | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5041864 | Ken Kansa | 312-853-7163 Sidley Austin LLP | Interested Party, Debt Wire / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5041909 | Geoffrey King | (312) 853-0324 Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5041889 | Candice Kline | 312-853-7778 Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5021834 | Gregory A. Kopacz | (212) 547-5620 McDermott Will & Emery (New York) | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5041878 | Bryan Krakauer | (312) 853-7515 Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5041615 | Kevin Lantry | (213) 896-6022 Sidley Austin LLP | Debtor, Tribune Company / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5043929 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5042577 | David LeMay | (213) 830-6422 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5043926 | Kenneth C. Liang | (213) 830-6422 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5042025 | Angela Libby | (212) 450-4433 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5041916 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5041976 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 5041630 | Jillian Ludwig | 312-853-7623 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5044625 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, New York State Common Retirement Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5041862 | Olivia Mauro | 212-412-6773 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5042605 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5041897 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5041266 | Christine Montenegro | (212) 506-1715 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5042940 | Frederick Morris | 212-902-2886 | Goldman Sachs & Co. | Creditor, Goldman Sachs / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5012252 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5042502 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5023052 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 5023041 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 5042594 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5041254 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 5041961 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |

Raymond Reyes

| Company | Case No. | Type | Number | Name | Phone / Firm | Role |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5046534 | Kelli L. Sager | 213-633-6853 Davis Wright Tremaine, LLP | Interested Party, Davis Wright Tremaine, LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 5042558 | Howard Seife | (508) 939-8459 Chadbourne & Parke, LLP ext. 00 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5041581 | Daniel S. Shamah | (212) 326-2138 O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 5045409 | Chaney M. Sheffield | (310) 272-1062 Canyon Partners | Interested Party, Canyon Partners LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 5044076 | Jesse Silverman | (215) 575-7284 Dilworth Paxson LLP | Interested Party, Catherine Hertz, et al / LIVE |
| Tribune Company | 08-13141 | Hearing | 5043797 | Rebecca Song | (212) 559-9933 CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5042629 | James Sottile | (202) 778-1800 Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5044939 | James B. Sowka | (312) 460-5325 Seyfarth Shaw LLP | Representing, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5042013 | Alan Stone | (212) 530-5285 Milbank, Tweed, Hadley & McCloy, | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5044874 | John Theil | (314) 291-3030 Stuart Maue | Representing, Fee Examiner / LIVE |
| Tribune Company | 08-13141 | Hearing | 5044096 | Katherine A. Traxler | (213) 683-6170 Paul Hastings LLP | Representing, Paul Hastings / LIVE |
| Tribune Company | 08-13141 | Hearing | 5043779 | Joshua Trump | 203-862-8299 Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5041855 | Dennis Twomey | 312-853-7624 Sidley Austin ext. 00 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5020211 | Andrew Vail | (312) 840-8688 Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 5045812 | Eric J. Van Schyndle | (414) 277-5155 Quarles & Brady LLP | Interested Party, Stark Entities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5042678 | Jason Warsavsky | (212) 883-3832 Moelis & Company LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4997510 | John W. Weiss | (212) 210-9412 Alston & Bird LLP | Interested Party, Ernst & Young LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 5041933 | Gary Weitman | (312) 222-3394 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5041007 | Ann K. Young | (212) 373-2237 Paul Weiss Rifkind Wharton & | Interested Party, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5043762 | David M. Zensky | (212) 872-1000 Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13171 | Hearing | 5041902 | Andrew Zatz | (212) 819-8744 White & Case LLP | Creditor, Wells Fargo Bank / LISTEN ONLY |