# TRIBUNE COMPANY, et al.
## Case No. 08-13141 (KJC)
### Exhibit A to Omnibus Order Approving Fee Applications
### for the Compensation Period December 1, 2010 - February 28, 2011

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 8680 | $500,667.75 | $57,900.13 | $558,567.88 |
| Sidley Austin LLP (Counsel to Debtors) | 9797 | $14,448,735.77 | $585,309.27 | $15,034,045.04 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 8646 | $1,579,057.25 | $5,271.80 | $1,584,329.05 |
| Campbell & Levine, LLC* (Special Litigation Counsel) | 9477 | $5,982.50 | $784.67 | $6,767.17 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 8657 | $1,400.00 | $41.73 | $1,441.73 |
| Davis Wright Tremaine LLP (Special Counsel for Domestic Legal Matters) | 10633 | $84,312.50 | $4,042.65 | $88,355.15 |
| Dow Lohnes PLLC (Special Regulatory Counsel) | 8656 | $406,136.50 | $790.07 | $406,926.57 |
| Ernst & Young LLP (Valuation and Business Modeling, and Marketing Survey Services) | 8813 | $194,780.00 | $10.00 | $194,790.00 |
| Jenner & Block LLP (Special Counsel for Certain Litigation Matters for Debtors) | 8601 | $9,153.00 | $65.84 | $9,218.84 |
| Jones Day ** (Special Counsel for Certain Litigation Matters - Antitrust) | 8660 | $60,862.50 | $30.12 | $60,892.62 |
| Jones Day (Counsel for Special Committee of Board of Directors of Tribune Company) | 8659 | $828,603.75 | $38,503.44 | $867,107.19 |
| Lazard Frères & Co. LLC (Investment Bankers to Debtors) | 8618 | $1,350,000.00 | $5,315.53 | $1,355,315.53 |
| Levine Sullivan Koch & Schulz, L.L.P. (Counsel re Certain Litigation Matters) | 8634 | $59,183.00 | $12,728.37 | $71,911.37 |
| McDermott Will & Emery LLP (Special Counsel for General Domestic Legal Matters for Debtors) | 9285 | $1,554,802.25 | $17,757.01 | $1,572,559.26 |
| Mercer (US) Inc. (Compensation Consultants to Debtors) | 8671 | $23,137.66 | $4,456.91 | $27,594.57 |
| Novack and Macey LLP (Special Counsel for Debtors) | 8675 | $27,232.50 | $646.09 | $27,878.59 |
| Paul Hastings LLP (Special Counsel for General Real Estate for Debtors) | 8658 | $45,564.50 | $19.90 | $45,584.40 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 8648 | $455,094.00 | $19,635.55 | $474,729.55 |
| Reed Smith LLP (Special Counsel for Certain Litigation Matters for Debtors) | 8986 | $160,541.50 | $1,814.46 | $162,355.96 |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) | 8692 | $311,608.40 | $10,815.56 | $322,423.96 |
| Sitrick And Company Inc. (Corporate Communications Consultants) | 10011 | $805.50 | $0.00 | $805.50 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 8613 | $260,975.00 | $1,451.89 | $262,426.89 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Counsel to Committee) | 8673 | $6,967,216.75 | $619,069.04 | $7,586,285.79 |
| Landis Rath & Cobb LLP (Co-Counsel to Committee) | 8674 | $710,067.00 | $126,408.30 | $836,475.30 |
| AlixPartners, LLP (Financial Advisor to Committee) | 8702 | $550,928.50 | $4,993.51 | $555,922.01 |
| Moelis & Company LLC (Financial Advisor and Investment Banker to Committee) | 8701 | $600,000.00 | $97.80 | $600,097.80 |

#8502645.1

* The Interim Period for Campbell Levine, LLC is December 6, 2010 through February 28, 2011.

**The Interim Period for Jones Day is November 1, 2010 through February 28, 2011.

## TRIBUNE COMPANY, et al.
## Case No. 08-13141 (KJC)
### Exhibit A to Omnibus Order Approving Fee Applications
### for the Compensation Period December 1, 2010 - February 28, 2011

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Creditors' Committee's Professionals** | | | | |
| Zuckerman Spaeder LLP (Special Counsel to Committee) | 8730 | $1,246,958.75 | $2,299,209.52 | $3,546,168.27 |
| **Committee Members** | | | | |
| (William A. Niese; Washington-Baltimore Newpaper Guild; Wayne Smith at Warner Brothers; William Salganik, Esquire for Washington-Baltimore Newspaper Guild; Robert E. Paul, Esquire for Washington-Baltimore | 8497 | $0.00 | $7,022.19 | $7,022.19 |

#8502645.1
* The Interim Period for Campbell Levine, LLC is December 6, 2010 through February 28, 2011.
** The Interim Period for Jones Day is November 1, 2010 through February 28, 2011.