# TRIBUNE COMPANY, et al.
## Case No. 08-13141 (KJC)
### Exhibit A to Omnibus Order Approving Fee Applications
### for the Compensation Period March 1, 2011 - May 31, 2011

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 9390 | $543,764.50 | $140,465.97 | $684,230.47 |
| Sidley Austin LLP (Counsel to Debtors) | 10743 | $8,796,500.97 | $1,082,606.25 | $9,879,107.22 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 9456 | $1,248,073.00 | $15,889.71 | $1,263,962.71 |
| Campbell & Levine, LLC (Special Litigation Counsel) | 9479 | $1,212.50 | $7.48 | $1,219.98 |
| Davis Wright Tremaine LLP (Special Counsel for Domestic Legal Matters) | 10937 | $218,393.30 | $7,827.60 | $226,220.90 |
| Dow Lohnes PLLC (Special Regulatory Counsel) | 9460 | $344,388.50 | $1,113.90 | $345,502.40 |
| Ernst & Young LLP (Valuation and Business Modeling, and Marketing Survey Services) | 9834 | $87,107.50 | $3,245.58 | $90,353.08 |
| Jenner & Block LLP (Special Counsel for Certain Litigation Matters for Debtors) | 9472 | $175,302.50 | $7,377.93 | $182,680.43 |
| Jones Day (Special Counsel for Certain Litigation Matters - Antitrust) | 9444 | $37,132.50 | $111.32 | $37,243.82 |
| Jones Day (Counsel for Special Committee of Board of Directors of Tribune Company) | 9445 | $184,731.25 | $20,243.74 | $204,974.99 |
| Lazard Frères & Co. LLC (Investment Bankers to Debtors) | 9480 | $600,000.00 | $145,443.34 | $745,443.34 |
| Levine Sullivan Koch & Schulz, L.L.P. (Counsel re Certain Litigation Matters) | 9440 | $81,658.50 | $5,024.30 | $86,682.80 |
| McDermott Will & Emery LLP (Special Counsel for General Domestic Legal Matters for Debtors) | 9471 | $1,974,863.50 | $88,925.24 | $2,063,788.74 |
| Mercer (US) Inc. (Compensation Consultants to Debtors) | 9485 | $51,488.06 | $12,482.06 | $63,970.12 |
| Paul Hastings LLP (Special Counsel for General Real Estate for Debtors) | 9417 | $40,519.00 | $150.10 | $40,669.10 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 9401 | $428,909.50 | $5,390.77 | $434,300.27 |
| Reed Smith LLP (Special Counsel for Certain Litigation Matters for Debtors) | 9459 | $268,027.50 | $8,342.72 | $276,370.22 |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) | 9463 | $478,666.60 | $21,211.93 | $499,878.53 |
| Sitrick And Company Inc. (Corporate Communications Consultants) | 10012 | $3,490.50 | $2,376.00 | $5,866.50 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 9383 | $110,605.00 | $1,626.83 | $112,231.83 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Counsel to Committee) | 9467 | $4,723,822.50 | $444,926.05 | $5,168,748.55 |
| Landis Rath & Cobb LLP (Co-Counsel to Committee) | 9470 | $973,959.00 | $110,739.63 | $1,084,698.63 |
| AlixPartners, LLP (Financial Advisor to Committee) | 9468 | $548,127.50 | $8,246.91 | $556,374.41 |
| Moelis & Company LLC (Financial Advisor and Investment Banker to Committee) | 9469 | $600,000.00 | $15,381.91 | $615,381.91 |
| Zuckerman Spaeder LLP (Special Counsel to Committee) | 9475 | $1,101,290.50 | $46,085.93 | $1,147,376.43 |

#8598915.1

1

TRIBUNE COMPANY, et al.
Case No. 08-13141 (KJC)
Exhibit A to Omnibus Order Approving Fee Applications
for the Compensation Period March 1, 2011 - May 31, 2011

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Committee Members** | | | | |
| Committee Members (William Salganik, Esquire for Washington-Baltimore Newspaper Guild; Robert E. Paul, Esquire for Washington-Baltimore Newspaper Guild Counsel) | 8744 | $0.00 | $2,231.78 | $2,231.78 |
| Committee Members (Wayne Smith at Warner Brothers; William Salganik, Esquire for Washington-Baltimore Newspaper Guild; Robert E. Paul, Esquire for Washington-Baltimore Newspaper Guild Counsel) | 9382 | $0.00 | $3,989.89 | $3,989.89 |