**EXHIBIT A**

**Claims Settlement Report**

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| # | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|-----------|-----------------|-------|--------|-----------------|-------|--------|
| 1 | ASM CAPITAL, L.P. TRANSFEROR: 23252 VIA CAMPO VERDE LLC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 6262 | 09/29/2009 | Los Angeles Times Communications LLC | Unsecured | $870,051.04 | Los Angeles Times Communications LLC | Unsecured | $658,564.94 |
| 2 | CROWN CREDIT COMPANY 40 S WASHINGTON ST NEW BREMEN, OH 45869 | 5412 | 06/12/2009 | Sun-Sentinel Company | Secured<br>Unsecured<br>Subtotal | $25,500.00<br>$13,137.81<br>$38,637.81 | Sun-Sentinel Company | Unsecured | $11,718.11 |
| 3 | CROWN CREDIT COMPANY 40 S WASHINGTON ST NEW BREMEN, OH 45869 | 5413 | 06/12/2009 | Chicago Tribune Company | Secured<br>Unsecured<br>Subtotal | $858,600.00<br>$49,172.31<br>$907,772.31 | Chicago Tribune Company<br>Tribune Direct Marketing, Inc.<br>Subtotal | Unsecured<br>Unsecured | $1,266.00<br>$11,491.00<br>$12,757.00 |
| 4 | CROWN EQUIPMENT CORPORATION ATTN: RODNEY J. HINDERS 102 S. WASHINGTON ST. NEW BREMEN, OH 45869 | 4659 | 06/11/2009 | California Community News Corporation | 503(b)(9) | $761.15 | California Community News Corporation<br>California Community News Corporation<br>Subtotal | 503(b)(9)<br>Unsecured | $37.63<br>$723.52<br>$761.15 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 5 | CROWN EQUIPMENT CORPORATION ATTN: RODNEY J. HINDERS 102 S. WASHINGTON ST. NEW BREMEN, OH 45869 | 4660 | 06/11/2009 | Chicago Tribune Company | 503(b)(9) | $8,860.94 | Chicago Tribune Company | 503(b)(9) | $1,606.61 |
| | | | | | | Tribune Direct Marketing, Inc. | 503(b)(9) | $6,291.84 |
| | | | | | | Chicago Tribune Company | Unsecured | $31.25 |
| | | | | | | | Subtotal | $7,925.70 |
| 6 | CROWN EQUIPMENT CORPORATION ATTN: RODNEY J. HINDERS 102 S. WASHINGTON ST. NEW BREMEN, OH 45869 | 4690 | 06/11/2009 | California Community News Corporation | Unsecured | $24,860.37 | California Community News Corporation | Unsecured | $15,859.07 |
| 7 | CROWN EQUIPMENT CORPORATION ATTN: RODNEY J. HINDERS 102 S. WASHINGTON ST. NEW BREMEN, OH 45869 | 4691 | 06/11/2009 | Chicago Tribune Company | Unsecured | $74,740.08 | Chicago Tribune Company | Unsecured | $32,823.91 |
| | | | | | | Tribune Direct Marketing, Inc. | Unsecured | $33,994.75 |
| | | | | | | | Subtotal | $66,818.66 |
| 8 | CROWN LIFT TRUCKS PO BOX 641173 CINCINNATI, OH 45264-1173 | 4657 | 06/11/2009 | Orlando Sentinel Communications Company | Unsecured | $221.52 | Orlando Sentinel Communications Company | Unsecured | $221.52 |
| 9 | CROWN LIFT TRUCKS PO BOX 641173 CINCINNATI, OH 45264-1173 | 4661 | 06/11/2009 | Los Angeles Times Communications LLC | 503(b)(9) | $502.36 | Los Angeles Times Communications LLC | 503(b)(9) | $388.33 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|-----------|---------|-------|--------|---------|-------|--------|
| 10 | CROWN LIFT TRUCKS PO BOX 641173 CINCINNATI, OH 45264-1173 | 5103 | 06/12/2009 | Los Angeles Times Communications LLC | Unsecured | $15,827.63 | Los Angeles Times Communications LLC | Unsecured | $12,629.10 |
| 11 | CROWN LIFT TRUCKS CROWN EQUIPMENT CORPORATION PO BOX 641173 CINCINNATI, OH 45264-1173 | 145000220 | 04/10/2009 | California Community News Corporation | Unsecured | $797.80 | California Community News Corporation | Unsecured | $797.80 |
| 12 | CROWN LIFT TRUCKS P O BOX 641173 CINCINNATI, OH 45264-1173 | 208010060 | 04/10/2009 | Sun-Sentinel Company | Unsecured | $210.63 | Sun-Sentinel Company | Unsecured | $210.63 |
| 13 | GBC LLC 9901 EXPRESS DR STE B HIGHLAND, IN 46322 | 3444 | 06/03/2009 | Chicago Tribune Company | Unsecured | $137,761.94 | Chicago Tribune Company | Unsecured | $117,550.84 |
| 14 | IRON MOUNTAIN P.O. BOX 27128 NEW YORK, NY 10087 | 185065570 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $5,000.00 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 15 | IRON MOUNTAIN P.O. BOX 38239 NEW YORK, NY 10087-7128 | 185065580 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $1,461.32 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 16 | IRON MOUNTAIN 3821 SW 47TH AVE FORT LAUDERDALE, FL 33314-2805 | 208019420 | 04/10/2009 | Sun-Sentinel Company | Unsecured | $546.00 | Sun-Sentinel Company | Unsecured | $0.00 |
| 17 | IRON MOUNTAIN PO BOX 27128 NEW YORK, NY 10087-7128 | 152031860 | 04/10/2009 | Chicago Tribune Company | Unsecured | $420.47 | Chicago Tribune Company | Unsecured | $0.00 |

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 18 | IRON MOUNTAIN PO BOX 27128 NEW YORK, NY 10087-7128 | 156000770 | 04/10/2009 | Chicagoland Publishing Company | Unsecured | $114.03 | Chicagoland Publishing Company | Unsecured | $0.00 |
| 19 | IRON MOUNTAIN PO BOX 27128 NEW YORK, NY 10087-7128 | 185065560 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $141.17 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 20 | IRON MOUNTAIN PO BOX 27128 NEW YORK, NY 10087-7128 | 200003010 | 04/10/2009 | Patuxent Publishing Company | Unsecured | $8.27 | Patuxent Publishing Company | Unsecured | $0.00 |
| 21 | IRON MOUNTAIN PO BOX 27128 NEW YORK, NY 10087-7128 | 208019410 | 04/10/2009 | Sun-Sentinel Company | Unsecured | $28.98 | Sun-Sentinel Company | Unsecured | $0.00 |
| 22 | IRON MOUNTAIN PO BOX 27129 NEW YORK, NY 10087-7128 | 209025670 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $492.50 | The Baltimore Sun Company | Unsecured | $0.00 |
| 23 | IRON MOUNTAIN PO BOX 27128 NEW YORK, NY 10087-7128 | 209025680 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $902.38 | The Baltimore Sun Company | Unsecured | $0.00 |
| 24 | IRON MOUNTAIN PO BOX 27128 NEW YORK, NY 10087-7128 | 211023670 | 04/10/2009 | The Hartford Courant Company | Unsecured | $3,306.78 | The Hartford Courant Company | Unsecured | $0.00 |
| 25 | IRON MOUNTAIN PO BOX 915004 DALLAS, TX 75391-5004 | 223000720 | 04/10/2009 | Tribune Broadcasting Company | Unsecured | $18.40 | Tribune Broadcasting Company | Unsecured | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 26 | IRON MOUNTAIN PO BOX 27128 NEW YORK, NY 10087-7128 | 141007380 | 04/10/2009 | Tribune Company | Unsecured | $2,708.09 | Tribune Company | Unsecured | $0.00 |
| 27 | IRON MOUNTAIN PO BOX 915004 DALLAS, TX 75391-5004 | 227001280 | 04/10/2009 | Tribune Direct Marketing, Inc. | Unsecured | $289.44 | Tribune Direct Marketing, Inc. | Unsecured | $0.00 |
| 28 | IRON MOUNTAIN PO BOX 27128 NEW YORK, NY 10087-7128 | 231001930 | 04/10/2009 | Tribune Finance Service Center, Inc. | Unsecured | $786.02 | Tribune Finance Service Center, Inc. | Unsecured | $0.00 |
| 29 | IRON MOUNTAIN PO BOX 27129 NEW YORK, NY 10087-7128 | 236049100 | 04/10/2009 | Tribune Media Services, Inc. | Unsecured | $731.45 | Tribune Media Services, Inc. | Unsecured | $0.00 |
| 30 | IRON MOUNTAIN PO BOX 27128 NEW YORK, NY 10087-7128 | 240000550 | 04/10/2009 | Tribune Publishing Company | Unsecured | $24.58 | Tribune Publishing Company | Unsecured | $0.00 |
| 31 | IRON MOUNTAIN PO BOX 27128 NEW YORK, NY 10087-7128 | 241004530 | 04/10/2009 | Tribune Television Company | Unsecured | $360.83 | Tribune Television Company | Unsecured | $0.00 |
| 32 | IRON MOUNTAIN INFORMATION MANAGEMENT INC C/O R FREDERICK LINFESTY, ESQ 745 ATLANTIC AVENUE, 10TH FLOOR BOSTON, MA 02111 | 862 | 03/30/2009 | Tribune Company | Secured Unsecured | $36,743.00 $1,171.21 | Tribune Company | Secured | $58,189.24 |
| | | | | | Subtotal | $37,914.21 | | | |

# TRIBUNE COMPANY, ET AL.

## SIXTH CLAIMS SETTLEMENT REPORT

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 33 IRON MOUNTAIN RECORDS MANAGE 1 CORPORATE CENTER PETTY CASH CUSTODIAN HARTFORD, CT 06103 | 198036700 | 04/10/2009 | Orlando Sentinel Communications Company | Unsecured | $1,288.32 | Orlando Sentinel Communications Company | Unsecured | $0.00 |
| 34 IRON MOUNTAIN RECORDS MANAGE 205 KELSEY LN TAMPA, FL 33619-4332 | 198036710 | 04/10/2009 | Orlando Sentinel Communications Company | Unsecured | $0.00 | Orlando Sentinel Communications Company | Unsecured | $0.00 |
| 35 IRON MOUNTAIN STORAGE POB 915004 DALLAS, TX 75391 | 223000730 | 04/10/2009 | Tribune Broadcasting Company | Unsecured | $960.00 | Tribune Broadcasting Company | Unsecured | $0.00 |
| 36 SCARBOROUGH RESEARCH PO BOX 88990 CHICAGO, IL 60695-1990 | 4857 | 06/11/2009 | The Hartford Courant Company | Secured | $13,084.00 | Tribune Company | Unsecured | $13,084.00 |
| 37 SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2508[1] | 05/07/2009 | Tribune Television Company | Unsecured | $5,069.49 | Tribune Company | Unsecured | $5,069.49 |
| 38 SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2509[2] | 05/07/2009 | Tribune Television Company | Unsecured | $3,952.90 | Tribune Company | Unsecured | $3,952.90 |
| 39 SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2510 | 05/07/2009 | Tribune Television Holdings, Inc. | Unsecured | $5,145.48 | Tribune Company | Unsecured | $5,145.48 |

[1] Claim 2508 was modified on March 22, 2010, as reflected herein, by the Order Sustaining Debtors' Sixteenth Omnibus (Substantive) Objection to Claims (DI 3801).

[2] Claim 2509 was modified on March 22, 2010, as reflected herein, by the Order Sustaining Debtors' Sixteenth Omnibus (Substantive) Objection to Claims (DI 3801).

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## SIXTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 40 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2513 | 05/07/2009 | Tribune Television New Orleans, Inc. | Unsecured | $10,248.50 | Tribune Company | Unsecured | $10,248.50 |
| 41 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2514[3] | 05/07/2009 | Tribune Television Company | Unsecured | $8,271.32 | Tribune Company | Unsecured | $8,271.32 |
| 42 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2515 | 05/07/2009 | WPIX, Inc. | Unsecured | $5,934.39 | Tribune Company | Unsecured | $5,934.39 |
| 43 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2517 | 05/07/2009 | Channel 39, Inc. | Unsecured | $5,145.48 | Tribune Company | Unsecured | $5,145.48 |
| 44 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2518[4] | 05/07/2009 | Tribune Television Company | Unsecured | $7,083.24 | Tribune Company | Unsecured | $7,083.24 |
| 45 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2519[5] | 05/07/2009 | Los Angeles Times Communications LLC | Unsecured | $582.47 | Tribune Company | Unsecured | $582.47 |
| 46 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2520 | 05/07/2009 | The Morning Call, Inc. | Unsecured | $4,100.36 | Tribune Company | Unsecured | $4,100.36 |

[3] Claim 2514 was modified on March 22, 2010, as reflected herein, by the Order Sustaining Debtors' Sixteenth Omnibus (Substantive) Objection to Claims (D.I 4135).

[4] Claim 2518 was modified on April 22, 2010, as reflected herein, by the First Quarterly Claims Settlement Report (D.I 3801).

[5] Claim 2519 was modified on June 14, 2010, as reflected herein, by the Order Sustaining Debtors' Twenty-Second Omnibus (Substantive) Objection to Claims (D.I 4099).

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 47 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2521 | 05/07/2009 | Orlando Sentinel Communications Company | Unsecured | $23,926.75 | Tribune Company | Unsecured | $23,926.75 |
| 48 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2522 | 05/07/2009 | Tribune Media Net, Inc. | Unsecured | $8,029.00 | Tribune Company | Unsecured | $8,029.00 |
| 49 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2523 | 05/07/2009 | Tribune Broadcast Holdings, Inc. | Unsecured | $4,714.10 | Tribune Company | Unsecured | $4,714.10 |
| 50 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2524 | 05/07/2009 | KSWB Inc. | Unsecured | $5,253.31 | Tribune Company | Unsecured | $5,253.31 |
| 51 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2525[6] | 05/07/2009 | KTLA Inc. | Unsecured | $5,914.16 | Tribune Company | Unsecured | $5,914.16 |
| 52 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2526 | 05/07/2009 | Channel 40, Inc. | Unsecured | $5,145.48 | Tribune Company | Unsecured | $5,145.48 |
| 53 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2527[7] | 05/07/2009 | Los Angeles Times Communications LLC | Unsecured | $16,058.50 | Tribune Company | Unsecured | $16,058.50 |

[6] Claim 2525 was modified on April 22, 2010, as reflected herein, by the First Quarterly Claims Settlement Report (DI 4135).

[7] Claim 2527 was modified on March 22, 2010, as reflected herein, by the Order Sustaining Debtors' Sixteenth Omnibus (Substantive) Objection to Claims (DI 3801).

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 54 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2528 | 05/07/2009 | KIAH Inc. | Unsecured | $4,191.30 | Tribune Company | Unsecured | $4,191.30 |
| 55 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2529*[8] | 05/07/2009 | Tribune Television Northwest, Inc. | Unsecured | $12,950.16 | Tribune Company | Unsecured | $12,950.16 |
| 56 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2530*[9] | 05/07/2009 | Tribune Television Company | Unsecured | $9,298.26 | Tribune Company | Unsecured | $9,298.26 |
| 57 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2532 | 05/07/2009 | Chicago Tribune Company | Unsecured | $3,660.11 | Tribune Company | Unsecured | $3,660.11 |
| 58 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2533 | 05/07/2009 | The Daily Press, Inc. | Unsecured | $1,921.78 | Tribune Company | Unsecured | $1,921.78 |
| 59 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 2544*[10] | 05/07/2009 | The Baltimore Sun Company | Unsecured | $14,452.25 | Tribune Company | Unsecured | $14,452.25 |
| 60 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 4856 | 06/11/2009 | Tribune Company | Secured | $3,541.86 | Tribune Company | Unsecured | $3,541.86 |

[8] Claim 2529 was modified on June 14, 2010, as reflected herein, by the Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims (DI 4778).
[9] Claim 2530 was modified on March 22, 2010, as reflected herein, by the Order Sustaining Debtors' Sixteenth Omnibus (Substantive) Objection to Claims (DI 3801).
[10] Claim 2544 was modified on January 25, 2010, as reflected herein, by the Order Sustaining Debtors' Twelfth Omnibus (Substantive) Objection to Claims (DI 3187).

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 61 | SPRINT NEXTEL - CORRESPONDENCE ATTN: BANKRUPTCY DEPT P.O. BOX 7949 OVERLAND PARK, KS 66207-0949 | 3420 | 06/02/2009 | Tribune Company | Unsecured | $203,303.59 | Tribune Company | Unsecured | $186,514.56 |
| 62 | SPRINT NEXTEL - CORRESPONDENCE ATTN: BANKRUPTCY DEPT P.O. BOX 7949 OVERLAND PARK, KS 66207-0949 | 3627 | 06/03/2009 | Sun-Sentinel Company | Unsecured | $107.25 | Sun-Sentinel Company | Unsecured | $53.63 |
| 63 | T MOBILE PO BOX 742596 CINCINNATI, OH 45274-2596 | 198077400 | 04/10/2009 | Orlando Sentinel Communications Company | Unsecured | $247.40 | Orlando Sentinel Communications Company | Unsecured | $0.00 |
| 64 | T MOBILE PO BOX 742596 CINCINNATI, OH 45274-2596 | 152064860 | 04/10/2009 | Chicago Tribune Company | Unsecured | $86,658.91 | Chicago Tribune Company | Unsecured | $0.00 |
| 65 | T MOBILE PO BOX 51843 LOS ANGELES, CA 90051-6143 | 185152050 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $5,691.58 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 66 | T MOBILE PO BOX 742596 CINCINNATI, OH 45274-2596 | 141015500 | 04/10/2009 | Tribune Company | Unsecured | $14,552.83 | Tribune Company | Unsecured | $0.00 |
| 67 | T MOBILE PO BOX 660252 DALLAS, TX 75266-0252 | 245003210 | 04/10/2009 | Tribune Television Northwest, Inc. | Unsecured | $806.01 | Tribune Television Northwest, Inc. | Unsecured | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 68 | T-MOBILE USA INC<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | 5845 | 06/12/2009 | WCWN LLC | Unsecured | $199.87 | WCWN LLC | Unsecured | $0.00 |
| 69 | T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 372 | 01/27/2009 | Chicago Tribune Company | Unsecured | $63.36 | Chicago Tribune Company | Unsecured | $0.00 |
| 70 | T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 373 | 01/27/2009 | Chicago Tribune Company | Unsecured | $59.92 | Chicago Tribune Company | Unsecured | $0.00 |
| 71 | T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 374 | 01/27/2009 | Chicago Tribune Company | Unsecured | $58.97 | Chicago Tribune Company | Unsecured | $0.00 |
| 72 | T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 375 | 01/27/2009 | Tribune Company | Unsecured | $3,080.66 | Tribune Company | Unsecured | $0.00 |
| 73 | T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 376 | 01/27/2009 | Tribune Company | Unsecured | $342.66 | Tribune Company | Unsecured | $0.00 |
| 74 | T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 377 | 01/27/2009 | Tribune Television Company | Unsecured | $190.57 | Tribune Television Company | Unsecured | $0.00 |
| 75 | T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 378 | 01/27/2009 | Tribune Television Company | Unsecured | $412.16 | Tribune Television Company | Unsecured | $0.00 |
| 76 | T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 379 | 01/27/2009 | Tribune Publishing Company | Unsecured | $67.95 | Tribune Publishing Company | Unsecured | $0.00 |
| 77 | T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 380 | 01/27/2009 | Chicago Tribune Company | Unsecured | $582.10 | Chicago Tribune Company | Unsecured | $0.00 |
| 78 | T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 381 | 01/27/2009 | Chicago Tribune Company | Unsecured | $6,852.90 | Chicago Tribune Company | Unsecured | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|------|---------|------------|----------|--|--|----------|--|--|
| | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 79 T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 382 | 01/27/2009 | Chicago Tribune Company | Unsecured | $30,314.36 | Chicago Tribune Company | Unsecured | $0.00 |
| 80 T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 383 | 01/27/2009 | Hoy, LLC | Unsecured | $801.68 | Hoy, LLC | Unsecured | $0.00 |
| 81 T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 384 | 01/27/2009 | Hoy, LLC | Unsecured | $453.60 | Hoy, LLC | Unsecured | $0.00 |
| 82 T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 385 | 01/27/2009 | Hoy, LLC | Unsecured | $7,824.50 | Hoy, LLC | Unsecured | $0.00 |
| 83 T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 386 | 01/27/2009 | Hoy, LLC | Unsecured | $3,878.76 | Hoy, LLC | Unsecured | $0.00 |
| 84 T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 387 | 01/27/2009 | Hoy, LLC | Unsecured | $7,947.28 | Hoy, LLC | Unsecured | $0.00 |
| 85 T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 388 | 01/27/2009 | Tribune Company | Unsecured | $43,841.74 | Tribune Company | Unsecured | $149,500.00 |
| 86 T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 389 | 01/27/2009 | Tribune Publishing Company | Unsecured | $129.75 | Tribune Publishing Company | Unsecured | $0.00 |
| 87 T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 390 | 01/27/2009 | California Community News Corporation | Unsecured | $92.91 | California Community News Corporation | Unsecured | $0.00 |
| 88 T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 391 | 01/27/2009 | California Community News Corporation | Unsecured | $61.77 | California Community News Corporation | Unsecured | $0.00 |
| 89 T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 393 | 01/27/2009 | Tribune Company | Unsecured | $6,465.34 | Tribune Company | Unsecured | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 90 | T-MOBILE USA, INC. PO BOX 53410 BELLEVUE, WA 98015 | 394 | 01/27/2009 | Chicago Tribune Company | Unsecured | $84.43 | Chicago Tribune Company | Unsecured | $0.00 |
| 91 | T-MOBILE USA, INC. PO BOX 53410 BELLEVUE, WA 98015 | 395 | 01/27/2009 | Chicago Tribune Company | Unsecured | $505.08 | Chicago Tribune Company | Unsecured | $0.00 |
| 92 | T-MOBILE USA, INC. PO BOX 53410 BELLEVUE, WA 98015 | 398 | 01/27/2009 | Tribune Company | Unsecured | $5,099.99 | Tribune Company | Unsecured | $0.00 |
| 93 | T-MOBILE USA, INC. PO BOX 53410 BELLEVUE, WA 98015 | 470 | 02/04/2009 | Tribune Television Northwest, Inc. | Unsecured | $2,008.10 | Tribune Television Northwest, Inc. | Unsecured | $0.00 |
| 94 | T-MOBILE USA, INC. P.O. BOX 53410 BELLEVUE, WA 98015 | 5835 | 06/12/2009 | WCWN LLC | Unsecured | $185.47 | WCWN LLC | Unsecured | $0.00 |
| 95 | VERIZON PO BOX 17577 MD 21297-0513 | 152068890 | 04/10/2009 | Chicago Tribune Company | Unsecured | $37.71 | Chicago Tribune Company | Unsecured | $0.00 |
| 96 | VERIZON PO BOX 15124 NY 12212-5124 | 152068900 | 04/10/2009 | Chicago Tribune Company | Unsecured | $68.20 | Chicago Tribune Company | Unsecured | $0.00 |
| 97 | VERIZON PO BOX 17577 MD 21297-0513 | 152068910 | 04/10/2009 | Chicago Tribune Company | Unsecured | $92.51 | Chicago Tribune Company | Unsecured | $0.00 |
| 98 | VERIZON PO BOX 17577 MD 21297-0513 | 152068920 | 04/10/2009 | Chicago Tribune Company | Unsecured | $118.21 | Chicago Tribune Company | Unsecured | $0.00 |
| 99 | VERIZON PO BOX 15124 ALBANY, NY 12212-5124 | 18516120 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $63.85 | Los Angeles Times Communications LLC | Unsecured | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 100 | VERIZON PO BOX 17577 BALTIMORE, MD 21297-0513 | 200006500 | 04/10/2009 | Patuxent Publishing Company | Unsecured | $54.00 | Patuxent Publishing Company | Unsecured | $0.00 |
| 101 | VERIZON PO BOX 660720 DALLAS, TX 75266-0720 | 209055610 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $944.80 | The Baltimore Sun Company | Unsecured | $0.00 |
| 102 | VERIZON PO BOX 8585 PHILADELPHIA, PA 19173-0001 | 212049640 | 04/10/2009 | The Morning Call, Inc. | Unsecured | $655.37 | The Morning Call, Inc. | Unsecured | $0.00 |
| 103 | VERIZON PO BOX 37200 BALTIMORE, MD 21297-3200 | 222001560 | 04/10/2009 | Tribune Broadcast Holdings, Inc. | Unsecured | $29.72 | Tribune Broadcast Holdings, Inc. | Unsecured | $0.00 |
| 104 | VERIZON PO BOX 15026 ALBANY, NY 12212-5026 | 241008500 | 04/10/2009 | Tribune Television Company | Unsecured | $747.77 | Tribune Television Company | Unsecured | $0.00 |
| 105 | VERIZON PO BOX 15026 ALBANY, NY 12212-5026 | 241008510 | 04/10/2009 | Tribune Television Company | Unsecured | $51.88 | Tribune Television Company | Unsecured | $0.00 |
| 106 | VERIZON PO BOX 17577 BALTIMORE, MD 21297-0513 | 251001630 | 04/10/2009 | WDCW Broadcasting, Inc. | Unsecured | $49.45 | WDCW Broadcasting, Inc. | Unsecured | $0.00 |
| 107 | VERIZON PO BOX 17577 BALTIMORE, MD 21297-0513 | 251001640 | 04/10/2009 | WDCW Broadcasting, Inc. | Unsecured | $49.76 | WDCW Broadcasting, Inc. | Unsecured | $0.00 |
| 108 | VERIZON PO BOX 17577 BALTIMORE, MD 21297-0513 | 251001650 | 04/10/2009 | WDCW Broadcasting, Inc. | Unsecured | $58.09 | WDCW Broadcasting, Inc. | Unsecured | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 109 | VERIZON PO BOX 15124 ALBANY, NY 12212-5124 | 152068860 | 04/10/2009 | Chicago Tribune Company | Unsecured | $42.23 | Chicago Tribune Company | Unsecured | $0.00 |
| 110 | VERIZON PO BOX 17577 BALTIMORE, MD 21297-0513 | 152068870 | 04/10/2009 | Chicago Tribune Company | Unsecured | $506.23 | Chicago Tribune Company | Unsecured | $0.00 |
| 111 | VERIZON PO BOX 660720 DALLAS, TX 75266-0720 | 152068880 | 04/10/2009 | Chicago Tribune Company | Unsecured | $1,234.83 | Chicago Tribune Company | Unsecured | $0.00 |
| 112 | VERIZON PO BOX 15026 ALBANY, NY 12212-5026 | 165001830 | 04/10/2009 | forsalebyowner.com corp. | Unsecured | $1,048.24 | forsalebyowner.com corp. | Unsecured | $0.00 |
| 113 | VERIZON PO BOX 15124 ALBANY, NY 12212-5124 | 165001840 | 04/10/2009 | forsalebyowner.com corp. | Unsecured | $1.12 | forsalebyowner.com corp. | Unsecured | $0.00 |
| 114 | VERIZON PO BOX 660720 DALLAS, TX 75266-0720 | 173002400 | 04/10/2009 | Homestead Publishing Co. | Unsecured | $2,318.43 | Homestead Publishing Co. | Unsecured | $0.00 |
| 115 | VERIZON PO BOX 17577 BALTIMORE, MD 21297-0513 | 185161090 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $82.68 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 116 | VERIZON PO BOX 660720 DALLAS, TX 75266-0720 | 185161100 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $166.08 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 117 | VERIZON PO BOX 12045 TRENTON, NJ 08650-2045 | 185161110 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $171.55 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 118 | VERIZON PO BOX 1 WORCESTER, MA 01654-0001 | 191001470 | 04/10/2009 | New Mass. Media, Inc. | Unsecured | $45.80 | New Mass. Media, Inc. | Unsecured | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## SIXTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 119 | VERIZON PO BOX 1 WORCESTER, MA 01654-0001 | 191001480 | 04/10/2009 | New Mass. Media, Inc. | Unsecured | $22.67 | New Mass. Media, Inc. | Unsecured | $0.00 |
| 120 | VERIZON PO BOX 4832 TRENTON, NJ 08650-4832 | 200006470 | 04/10/2009 | Patuxent Publishing Company | Unsecured | $1,300.86 | Patuxent Publishing Company | Unsecured | $0.00 |
| 121 | VERIZON PO BOX 4832 TRENTON, NJ 08650-4832 | 200006480 | 04/10/2009 | Patuxent Publishing Company | Unsecured | $12,688.95 | Patuxent Publishing Company | Unsecured | $0.00 |
| 122 | VERIZON PO BOX 660720 DALLAS, TX 75266-0720 | 200006490 | 04/10/2009 | Patuxent Publishing Company | Unsecured | $3,048.95 | Patuxent Publishing Company | Unsecured | $0.00 |
| 123 | VERIZON PO BOX 660720 DALLAS, TX 75266-0720 | 209055590 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $36,761.71 | The Baltimore Sun Company | Unsecured | $0.00 |
| 124 | VERIZON PO BOX 4832 TRENTON, NJ 08650-4832 | 209055600 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $8,677.56 | The Baltimore Sun Company | Unsecured | $0.00 |
| 125 | VERIZON PO BOX 660720 DALLAS, TX 75266-0720 | 210031740 | 04/10/2009 | The Daily Press, Inc. | Unsecured | $1,125.97 | The Daily Press, Inc. | Unsecured | $0.00 |
| 126 | VERIZON PO BOX 1100 ALBANY, NY 12250-0001 | 211050700 | 04/10/2009 | The Hartford Courant Company | Unsecured | $12.68 | The Hartford Courant Company | Unsecured | $0.00 |
| 127 | VERIZON PO BOX 1 WORCESTER, MA 01654-0001 | 211050710 | 04/10/2009 | The Hartford Courant Company | Unsecured | $29.25 | The Hartford Courant Company | Unsecured | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 128 | VERIZON PO BOX 15124 ALBANY, NY 12212-5124 | 211050720 | 04/10/2009 | The Hartford Courant Company | Unsecured | $8.77 | The Hartford Courant Company | Unsecured | $0.00 |
| 129 | VERIZON PO BOX 660720 DALLAS, TX 75266-0720 | 211050730 | 04/10/2009 | The Hartford Courant Company | Unsecured | $170.72 | The Hartford Courant Company | Unsecured | $0.00 |
| 130 | VERIZON PO BOX 28000 LEHIGH VLY, PA 18002-8000 | 212049620 | 04/10/2009 | The Morning Call, Inc. | Unsecured | $505.73 | The Morning Call, Inc. | Unsecured | $0.00 |
| 131 | VERIZON PO BOX 15026 ALBANY, NY 12212-5026 | 212049630 | 04/10/2009 | The Morning Call, Inc. | Unsecured | $732.34 | The Morning Call, Inc. | Unsecured | $0.00 |
| 132 | VERIZON PO BOX 4836 TRENTON, NJ 08650-4836 | 22001550 | 04/10/2009 | Tribune Broadcast Holdings, Inc. | Unsecured | $29.70 | Tribune Broadcast Holdings, Inc. | Unsecured | $0.00 |
| 133 | VERIZON PO BOX 4832 TRENTON, NJ 08650-4832 | 225000580 | 04/10/2009 | Tribune Broadcasting News Network, Inc. | Unsecured | $10,397.56 | Tribune Broadcasting News Network, Inc. | Unsecured | $0.00 |
| 134 | VERIZON PO BOX 660720 DALLAS, TX 75266-0720 | 225000590 | 04/10/2009 | Tribune Broadcasting News Network, Inc. | Unsecured | $141.21 | Tribune Broadcasting News Network, Inc. | Unsecured | $0.00 |
| 135 | VERIZON PO BOX 15026 ALBANY, NY 12212-5026 | 141016510 | 04/10/2009 | Tribune Company | Unsecured | $871.94 | Tribune Company | Unsecured | $0.00 |
| 136 | VERIZON PO BOX 1100 ALBANY, NY 12250-0001 | 141016520 | 04/10/2009 | Tribune Company | Unsecured | $11.04 | Tribune Company | Unsecured | $0.00 |
| 137 | VERIZON PO BOX 4832 TRENTON, NJ 08650-4832 | 141016530 | 04/10/2009 | Tribune Company | Unsecured | $163.98 | Tribune Company | Unsecured | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 138 | VERIZON PO BOX 15124 ALBANY, NY 12212-5124 | 141016540 | 04/10/2009 | Tribune Company | Unsecured | $11.61 | Tribune Company | Unsecured | $0.00 |
| 139 | VERIZON PO BOX 17577 BALTIMORE, MD 21297-0513 | 141016550 | 04/10/2009 | Tribune Company | Unsecured | $644.11 | Tribune Company | Unsecured | $0.00 |
| 140 | VERIZON PO BOX 17577 BALTIMORE, MD 21297-0513 | 141016560 | 04/10/2009 | Tribune Company | Unsecured | $179.09 | Tribune Company | Unsecured | $0.00 |
| 141 | VERIZON PO BOX 660720 DALLAS, TX 75266-0720 | 141016570 | 04/10/2009 | Tribune Company | Unsecured | $52,191.00 | Tribune Company | Unsecured | $0.00 |
| 142 | VERIZON PO BOX 1100 ALBANY, NY 12250-0001 | 235002520 | 04/10/2009 | Tribune Media Net, Inc. | Unsecured | $4,587.41 | Tribune Media Net, Inc. | Unsecured | $0.00 |
| 143 | VERIZON PO BOX 15124 ALBANY, NY 12212-5124 | 236141970 | 04/10/2009 | Tribune Media Services, Inc. | Unsecured | $17.18 | Tribune Media Services, Inc. | Unsecured | $0.00 |
| 144 | VERIZON PO BOX 28000 LEHIGH VLY, PA 18002-8000 | 241008470 | 04/10/2009 | Tribune Television Company | Unsecured | $234.44 | Tribune Television Company | Unsecured | $0.00 |
| 145 | VERIZON PO BOX 15026 ALBANY, NY 12212-5026 | 241008480 | 04/10/2009 | Tribune Television Company | Unsecured | $400.95 | Tribune Television Company | Unsecured | $0.00 |
| 146 | VERIZON PO BOX 4832 TRENTON, NJ 08650-4832 | 241008490 | 04/10/2009 | Tribune Television Company | Unsecured | $3,469.44 | Tribune Television Company | Unsecured | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 147 | VERIZON PO BOX 4861 TRENTON, NJ 08650-4861 | 248008950 | 04/10/2009 | Virginia Gazette Companies, LLC | Unsecured | $523.83 | Virginia Gazette Companies, LLC | Unsecured | $0.00 |
| 148 | VERIZON PO BOX 660720 DALLAS, TX 75266-0720 | 248008960 | 04/10/2009 | Virginia Gazette Companies, LLC | Unsecured | $400.30 | Virginia Gazette Companies, LLC | Unsecured | $0.00 |
| 149 | VERIZON PO BOX 4832 TRENTON, NJ 08650-4832 | 251001610 | 04/10/2009 | WDCW Broadcasting, Inc. | Unsecured | $5,551.26 | WDCW Broadcasting, Inc. | Unsecured | $0.00 |
| 150 | VERIZON PO BOX 660720 DALLAS, TX 75266-0720 | 251001620 | 04/10/2009 | WDCW Broadcasting, Inc. | Unsecured | $292.18 | WDCW Broadcasting, Inc. | Unsecured | $0.00 |
| 151 | VERIZON PO BOX 4820 TRENTON, NJ 08650-4820 | 254003150 | 04/10/2009 | WPIX, Inc. | Unsecured | $4,673.76 | WPIX, Inc. | Unsecured | $0.00 |
| 152 | VERIZON PO BOX 15124 ALBANY, NY 12212-5124 | 254003160 | 04/10/2009 | WPIX, Inc. | Unsecured | $6,099.86 | WPIX, Inc. | Unsecured | $0.00 |
| 153 | VERIZON PO BOX 4833 TRENTON, NJ 08650-4833 | 254003170 | 04/10/2009 | WPIX, Inc. | Unsecured | $345.92 | WPIX, Inc. | Unsecured | $0.00 |
| 154 | VERIZON PO BOX 4832 TRENTON, NJ 08650-4832 | 254003180 | 04/10/2009 | WPIX, Inc. | Unsecured | $434.46 | WPIX, Inc. | Unsecured | $0.00 |
| 155 | VERIZON BUSINESS SERVICES INC PO BOX 371322 PITTSBURGH, PA 15250-7322 | 183003640 | 04/10/2009 | KTLA Inc. | Unsecured | $102.78 | KTLA Inc. | Unsecured | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 156 VERIZON BUSINESS SERVICES INC PO BOX 371873 PITTSBURGH, PA 15250 | 236141980 | 04/10/2009 | Tribune Media Services, Inc. | Unsecured | $156.92 | Tribune Media Services, Inc. | Unsecured | $0.00 |
| 157 VERIZON CALIFORNIA PO BOX 920041 DALLAS, TX 75392-0041 | 185161140 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $35.56 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 158 VERIZON CALIFORNIA PO BOX 920041 DALLAS, TX 75392-0041 | 185161150 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $36.43 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 159 VERIZON CALIFORNIA PO BOX 9688 MISSION HILLS, CA 91346-9688 | 185161160 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $43.41 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 160 VERIZON CALIFORNIA PO BOX 9688 MISSION HILLS, CA 91346-9688 | 185161170 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $69.22 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 161 VERIZON CALIFORNIA PO BOX 9688 MISSION HILLS, CA 91346-9688 | 185161180 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $80.90 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 162 VERIZON CALIFORNIA PO BOX 9688 MISSION HILLS, CA 91346-9688 | 185161190 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $81.75 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 163 VERIZON CALIFORNIA PO BOX 9688 MISSION HILLS, CA 91346-9688 | 185161200 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $119.80 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 164 VERIZON CALIFORNIA PO BOX 9688 MISSION HILLS, CA 91346-9688 | 185161210 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $137.38 | Los Angeles Times Communications LLC | Unsecured | $0.00 |

**TRIBUNE COMPANY, ET AL**

**SIXTH CLAIMS SETTLEMENT REPORT**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 165 VERIZON CALIFORNIA PO BOX 920041 DALLAS, TX 75392-0041 | 145001330 | 04/10/2009 | California Community News Corporation | Unsecured | $259.60 | California Community News Corporation | Unsecured | $0.00 |
| 166 VERIZON CALIFORNIA PO BOX 30001 INGLEWOOD, CA 90313-0001 | 152068930 | 04/10/2009 | Chicago Tribune Company | Unsecured | $8.52 | Chicago Tribune Company | Unsecured | $0.00 |
| 167 VERIZON CALIFORNIA PO BOX 920041 DALLAS, TX 75392-0041 | 183003650 | 04/10/2009 | KTLA Inc. | Unsecured | $554.20 | KTLA Inc. | Unsecured | $0.00 |
| 168 VERIZON CALIFORNIA PO BOX 920041 DALLAS, TX 75392-0041 | 185161130 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $1,587.97 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 169 VERIZON CALIFORNIA PO BOX 30001 INGLEWOOD, CA 90313-0001 | 141016600 | 04/10/2009 | Tribune Company | Unsecured | $5.00 | Tribune Company | Unsecured | $0.00 |
| 170 VERIZON CALIFORNIA PO BOX 9688 MISSION HILLS, CA 9346-9688 | 141016610 | 04/10/2009 | Tribune Company | Unsecured | $372.11 | Tribune Company | Unsecured | $0.00 |
| 171 VERIZON CALIFORNIA PO BOX 9688 MISSION HILLS, CA 9346-9688 | 236141990 | 04/10/2009 | Tribune Media Services, Inc. | Unsecured | $265.03 | Tribune Media Services, Inc. | Unsecured | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

SIXTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 172 | VERIZON COMMUNICATIONS INC DARRYL S. LADDIN, ESQ. ARNALL GOLDEN GREGORY LLP 171 17TH STREET NW, SUITE 2100 ATLANTA, GA 30363-1031 | 6243 | 09/18/2009 | Tribune Company | Unsecured | $66,261.65 | Tribune Company | Unsecured | $108,657.43 |
| 173 | VERIZON INC. AFNI/VERIZON 404 BROCK DRIVE BLOOMINGTON, IL 61701 | 3630 | 06/02/2009 | Tribune Company | Unsecured | $2,636.03 | Tribune Company | Unsecured | $0.00 |
| 174 | VERIZON MARYLAND PO BOX 17577 BALTIMORE, MD 21297-0513 | 209055680 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $77.54 | The Baltimore Sun Company | Unsecured | $0.00 |
| 175 | VERIZON MARYLAND PO BOX 17577 BALTIMORE, MD 21297-0513 | 209055690 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $4,502.28 | The Baltimore Sun Company | Unsecured | $0.00 |
| 176 | VERIZON MARYLAND PO BOX 17577 BALTIMORE, MD 21297-0513 | 209055700 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $721.97 | The Baltimore Sun Company | Unsecured | $0.00 |
| 177 | VERIZON MARYLAND PO BOX 17577 BALTIMORE, MD 21297-0513 | 209055710 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $843.03 | The Baltimore Sun Company | Unsecured | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## SIXTH CLAIMS SETTLEMENT REPORT

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 178 VERIZON MARYLAND PO BOX 17577 BALTIMORE, MD 21297-0513 | 209055720 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $480.64 | The Baltimore Sun Company | Unsecured | $0.00 |
| 179 VERIZON MARYLAND PO BOX 17577 BALTIMORE, MD 21297-0513 | 209055730 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $42.09 | The Baltimore Sun Company | Unsecured | $0.00 |
| 180 VERIZON MARYLAND PO BOX 17577 BALTIMORE, MD 21297-0513 | 209055740 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $18.65 | The Baltimore Sun Company | Unsecured | $0.00 |
| 181 VERIZON NORTH PO BOX 920041 DALLAS, TX 75392-0041 | 183003660 | 04/10/2009 | KTLA Inc. | Unsecured | $338.09 | KTLA Inc. | Unsecured | $0.00 |
| 182 VERIZON NORTH PO BOX 920041 DALLAS, TX 75392-0041 | 185161220 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $1,917.56 | Los Angeles Times Communications LLC | Unsecured | $0.00 |
| 183 VERIZON NORTH PO BOX 920041 DALLAS, TX 75392-0041 | 198082550 | 04/10/2009 | Orlando Sentinel Communications Company | Unsecured | $1,160.10 | Orlando Sentinel Communications Company | Unsecured | $0.00 |
| 184 VERIZON NORTH PO BOX 31122 TAMPA, FL 33631-3122 | 241008520 | 04/10/2009 | Tribune Television Company | Unsecured | $244.27 | Tribune Television Company | Unsecured | $0.00 |
| 185 VERIZON NORTH PO BOX 920041 DALLAS, TX 75392-0041 | 241008530 | 04/10/2009 | Tribune Television Company | Unsecured | $244.28 | Tribune Television Company | Unsecured | $0.00 |
| 186 VERIZON SOUTHWEST INC PO BOX 920041 DALLAS, TX 75392 | 241008540 | 04/10/2009 | Tribune Television Company | Unsecured | $143.50 | Tribune Television Company | Unsecured | $0.00 |
| 187 VERIZON WIRELESS 4642 JONESTOWN RD HARRISBURG, PA 17112 | 181001540 | 04/10/2009 | KPLR, Inc. | Unsecured | $71.23 | KPLR, Inc. | Unsecured | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**TRIBUNE COMPANY, ET AL**

**SIXTH CLAIMS SETTLEMENT REPORT**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|------|---------|------------|--------|----------------|--------|--------|----------------|--------|
| 188 VERIZON WIRELESS PO BOX 3397 BLOOMINGTON, IL 61702 | 3308 | 05/26/2009 | Tribune Company | Unsecured | $22,703.68 | Tribune Company | Unsecured | $23,879.25 |
| 189 VERIZON WIRELESS PO BOX 660108 DALLAS, TX 75266-0108 | 182002320 | 04/10/2009 | KSWB Inc. | Unsecured | $132.00 | KSWB Inc. | Unsecured | $0.00 |
| 190 VERIZON WIRELESS PO BOX 25505 LEHIGH VALLEY, PA 18002-5505 | 225000600 | 04/10/2009 | Tribune Broadcasting News Network, Inc. | Unsecured | $13.79 | Tribune Broadcasting News Network, Inc. | Unsecured | $0.00 |
| 191 VERIZON WIRELESS PO BOX 25505 LEHIGH VALLEY, PA 18002-5505 | 236142020 | 04/10/2009 | Tribune Media Services, Inc. | Unsecured | $58.38 | Tribune Media Services, Inc. | Unsecured | $0.00 |
| 192 VERIZON WIRELESS PO BOX 25505 LEHIGH VALLEY, PA 18002-5505 | 240001140 | 04/10/2009 | Tribune Publishing Company | Unsecured | $296.42 | Tribune Publishing Company | Unsecured | $0.00 |
| 193 VERIZON WIRELESS CORP 7600 MONTPELIER RD LAUREL, MD 20723 | 209055750 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $66.24 | The Baltimore Sun Company | Unsecured | $0.00 |
| 194 VERIZON WIRELESS CORP KIMBERLY STILLS 7600 MONTPELIER RD LAUREL, MD 20723 | 209055760 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $537.51 | The Baltimore Sun Company | Unsecured | $0.00 |
| | | | | TOTAL | $3,033,269.65 | | TOTAL | $1,620,675.61 |

* - Indicates claim contains unliquidated and/or undetermined amounts