# CONNOLLY BOVE LODGE & HUTZ LLP

ATTORNEYS AT LAW

Marc J. Phillips
TEL (302) 884-6581
FAX (302) 658-0380
EMAIL mphillips@cblh.com

WILMINGTON, DE

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

July 12, 2012

**By ECF Filing and Hand Delivery**
The Honorable Kevin J. Carey
United States Bankruptcy Judge
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:  *In re Tribune Company, et al.*,
Case No. 08-13141 (Bankr. D. Del.) (KJC)

Motion of Harry Amsden, Robert Gremillion, and David D. Williams for an Order Authorizing the Debtors to Deposit Their 2010 Management Incentive Plan Awards Into Rabbi Trusts

Dear Judge Carey:

Pursuant to Your Honor's request at yesterday's hearing, enclosed please find portions of the November 10, 2010 hearing and the related Order, dated November 10, 2010. Mr. David LeMay, Mr. Jim Bendernagel and Mr. George R. Dougherty approved this submission. I am available, as always, at the Court's convenience.

Respectfully,

Marc J. Phillips
Counsel for Harry Amsden, Robert
Gremillion and David D. Williams

MJP/dap
Enclosures
#4918157v1