# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

DISTRICT OF COLUMBIA

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Thirty-Sixth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period May 1, 2012 through May 31, 2012 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Thirty-Sixth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.    There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.    No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C., this 12th day of July, 2012.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## MAY 1 - MAY 31, 2012

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 15.1 | 3,775.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 17.1 | 9,405.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 760 | 34.2 | 25,992.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 390 | 16.1 | 6,279.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 48.6 | 31,590.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 280 | 43.6 | 12,208.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 17.4 | 4,176.00 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); | 450 | 7.6 | 3,420.00 |
| Maureen M. Nagle | Senior Counsel (since 2008); Corporate; 2000 (NY) & 2011 (DC) | 450 | 8.0 | 3,600.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 470 | 61.9 | 29,093.00 |
| Kerry E. Stotler | Associate (since 2010); Communications; 2009 (VA) & 2010 | 310 | 8.1 | 2,511.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 650 | 44.3 | 28,795.00 |
| David J. Wittenstein | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 700 | 1.3 | 910.00 |

**TOTALS**     323.3     161,754.00
**BLENDED RATE**     500.3216826

[1]  On January 1, 2012 Dow Lohnes implemented a Firm-wide rate adjustment which impacted one timekeeper working on this matter as follows: Stotler (2012 rate is $310, up from 2011 rate of $290) .  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2012 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $760 per hour.

### COMPENSATION BY PROJECT CATEGORY
### FOR THE PERIOD FROM
### MAY 1 - MAY 31, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 277.5 | 141,462.00 |
| Fee Applications 08656.0101 | 7.6 | 3,420.00 |
| Broadcast Contracts 08656.0104 | 25.7 | 9,900.00 |
| Fox and Network Agreements 08656.0104:001 | 12.5 | 6,972.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **323.3** | **161,754.00** |

# ⊃Ɔ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

July 12, 2012                                                                                       Page 1

Tribune Company                                                                          Invoice 557401
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through May 31, 2012
FCC/Broadcast Matters

| Date | Description | Hours |
|------|-------------|-------|
| 05/01/12 | Review FCC filing issues.<br>C. Burrow | 0.40 hrs. |
| 05/01/12 | Research bankruptcy issues with FCC complaints regarding applications to assign broadcast licenses in bankruptcy (1.8); telephone conference with S. Zanolini regarding cost update for WTTK(TV) satellite waiver request (1.3).<br>J. Rademacher | 3.10 hrs. |
| 05/01/12 | Work on FCC updates/supplements for waivers and duopolies and FCC information requests.<br>J. Feore | 0.50 hrs. |
| 05/01/12 | Telephone conference with K. Kensinger (FCC) re procedures for reflecting amendments in connection with restructuring applications (0.5); telephone conference with J. Tobias (FCC) re approach for filing for authority for restructuring applications (0.6); telephone conference with C. McKee (FCC) re procedures to reflect restructuring applications in CARS application (0.3); telephone conference with J. Tobias (FCC) re FCC position on processing of exit applications for recently granted post-filing authorizations (0.3).<br>J. Logan | 1.70 hrs. |
| 05/01/12 | Telephone call with K. Kensinger regarding procedural issues associated with pro forma satellite applications (0.6); telephone call with J. Tobias regarding procedural issues associated with pro forma wireless applications (0.8); telephone call to W.  McKee regarding procedural issues associated with pro forma CARs application (0.1); telephone call with H. Hashemzadeh regarding procedural issues relating to FRNs for new entities created as part of reorganization | |

Tribune Company                                          Invoice 557401

|  |  |  |
|---|---|---|
|  | (0.2); research initial comprehensive exhibit for wireless applications (0.2). | |
|  | L. McCarty (Practice Group Professional) | 1.90 hrs. |
| 05/01/12 | Review re Young Broadcasting bankruptcy documents re handling and disposition of pending indecency complaints (1.4); research re FCC policies re same (0.3). | |
|  | M. Swanson | 1.70 hrs. |
| 05/02/12 | Telephone conference with co-proponent's FCC counsel re FCC timing (0.5); review FCC post-consummation filings re same (0.4); review computation issues re FCC foreign ownership (0.6); review revised plan supplement materials re restructuring transactions (0.8). | |
|  | C. Burrow | 2.30 hrs. |
| 05/02/12 | Prepare update amendment to duopoly waiver request for Hartford market (WTIC, WCCT) regarding applications to assign FCC licenses in bankruptcy (0.7);analysis of issues regarding financial update for WCCTY-TV "failing station" duopoly waiver request (1.6);  prepare update amendment to satellite waiver request for Indianapolis market (WTTV, WTTK) regarding same (2.4); telephone conference with E. Reed (lenders' counsel) regarding same (0.3); correspondence with S. Zanolini regarding same (0.4); correspondence with J. Fiorini (lenders counsel) regarding same (0.2); correspondence with E. Washburn regarding same (0.3); correspondence with M. Fratrik regarding same (0.4); correspondence with E. Washburn regarding same (0.5); telephone conference with D. Wiley, J. Bayes, E. Reed and T. Davidson (lenders' counsel) regarding progress of FCC update filings (0.5). | |
|  | J. Rademacher | 7.30 hrs. |
| 05/02/12 | Telephone conference with FCC Media Bureau re agreements and supplements (0.3); review amendments to NBC waivers and duopoly request (1.0); telephone conference with R. Wiley re FCC meetings and application follow-up (0.3). | |
|  | J. Feore | 1.60 hrs. |
| 05/02/12 | Prepare memorandum re application status and issues in preparation for telephone conference with JPMorgan FCC counsel (0.6); telephone conference with A. Stromberg re Oaktree issues in completing Foreign Ownership Certification (0.2); prepare correspondence to T. Davidson (Oaktree FCC counsel) and J. Boelter (Sidley) re completion of foreign ownership certifications (0.5); telephone conference with J. Tobias (FCC) re FCC public notice for inclusion of recently granted wireless applications in Exit applications (0.2); prepare correspondence to J. Boelter re requirements for consummation of restructuring applications (0.3); telephone conference with JPMorgan counsel (R. Wiley, J. Bayes, W. Johnsen, J. Fiorini, E. Reed) re plans for application amendments (0.7); review draft supplement to bankruptcy filing with revisions and changes to transaction (0.9). | |

Tribune Company                                      Invoice 557401

| | | |
|---|---|---|
| | J. Logan | 3.40 hrs. |

05/02/12  Review re effect of bankruptcy on renewals and FCC's "step in the shoes" policy (0.2); review re final changes to Indianapolis supplement (0.4); exchange emails with M. Fratrik (BIA) re same (0.1); review Hartford financial materials and compare to previous FCC submissions (1.1); revise email to client re same (0.2); review and revise transmittal letters to FCC (0.3); prepare for and participate in conference call with Wiley attorneys re FCC applications/supplements (0.8); review and revise market outlet materials for application supplements (3.7).

M. Swanson                                      6.80 hrs.

05/03/12  Research and comparison of 2010 and 2012 BIA reports re additional newspaper, radio and TV outlets in connection with FCC cross-ownership waiver requests.

A. Mejia (Practice Group Professional)          10.80 hrs.

05/03/12  Correspondence with Sidley and co-proponent's FCC counsel re foreign ownership issues.

C. Burrow                                      0.70 hrs.

05/03/12  Prepare update amendment to duopoly waiver request for Hartford market (WTIC, WCCT) regarding applications to assign FCC licenses in bankruptcy (1.8); prepare update amendment to satellite waiver request for Indianapolis market (WTTV, WTTK) regarding same (2.1); correspondence with E. Washburn regarding same (0.2); correspondence with J. Fiorini (lenders' counsel) regarding same (0.2); correspondence with S. Zanolini regarding same (0.2); analysis of issues regarding M. Fratrik's (consulting economist) outlet reports for cross-ownership markets (1.3); telephone conference with M. Fratrik regarding same (0.3).

J. Rademacher                                  6.10 hrs.

05/03/12  Review revised foreign certifications and proposals re court filings (0.5); review and revise updated duopoly and waiver showings for FCC applications (0.9); telephone conference with S. Sheehan re FCC processing of applications (0.4).

J. Feore                                      1.80 hrs.

05/03/12  Review exhibit and supplement re revisions to restructuring applications (1.7); revise draft comprehensive exhibits for restructuring applications to conform to revised supplement (1.8); revise draft non-broadcast exhibit to conform to processing approach to be followed by FCC Wireless Bureau (1.4); revise application organizational charts to conform to amendments to restructuring transactions supplement for Bankruptcy Court (0.9); prepare memorandum re additional amendments and other filing for exit applications (0.8); telephone conference with W. Johnsen (Wiley) re JPMorgan issues in completing foreign ownership questionnaire (0.4).

July 12, 2012                                          Page 4

Tribune Company                                          Invoice 557401

|  |  |  |
|---|---|---|
|  | J. Logan | 7.00 hrs. |
| 05/03/12 | Review re need for technical cost data on Indianapolis supplement (0.2); review re J. Fiorini (Wiley) comments on Indianapolis material (0.3); email exchange with E. Washburn re same (0.2); review additional J. Fiorini comments (0.2); review and revise outlet exhibits for FCC supplements (5.1). |  |
|  | M. Swanson | 6.00 hrs. |
| 05/03/12 | Review 2012 BIA studies for Miami (2.7), Hartford (2.6) and LA (2.7). |  |
|  | S. Anderson (Practice Group Professional) | 8.00 hrs. |
| 05/04/12 | Revise FCC exhibits for wireless applications (0.7); revise proposal of FCC applications and processes (0.8). |  |
|  | C. Burrow | 1.50 hrs. |
| 05/04/12 | Prepare update amendment to cross-ownership waiver request for New York market (WPIX) regarding application to assign FCC licenses in bankruptcy (0.6); prepare update amendment to cross-ownership waiver request for Los Angeles market (KTLA) regarding same (0.6); prepare update amendment to cross-ownership waiver request for Chicago market (WGN) regarding same (0.6); prepare update amendment to cross-ownership waiver request for Miami market (WSFL) regarding same (0.6); prepare update amendment to cross-ownership waiver request for Hartford market (WTIC, WTXX) regarding same (0.6); correspondence with E. Washburn regarding same (0.2); correspondence with J. Bayes and E. Reed (lenders' counsel) regarding same (0.5). |  |
|  | J. Rademacher | 3.70 hrs. |
| 05/04/12 | Review updates to supplemental ownership showings for waivers in FCC applications. |  |
|  | J. Feore | 0.60 hrs. |
| 05/04/12 | Review applications for authority to include recent facilities grants in exit application (0.4); further revise revised comprehensive exhibit for restructuring (0.3); revise draft Wireless Bureau further amendment (0.4). |  |
|  | J. Logan | 1.10 hrs. |
| 05/04/12 | Finalize and submit application for assignment of license for earth station call sign E120001 (0.9); finalize and submit application for assignment of license for earth station call sign E120002 (0.9); prepare correspondence to client regarding submission of same (0.4). |  |
|  | L. McCarty (Practice Group Professional) | 2.20 hrs. |
| 05/04/12 | Review and revise market outlet lists for FCC supplements. |  |
|  | M. Swanson | 3.10 hrs. |
| 05/04/12 | Review Los Angeles market charts (1.5); review radio geographic market charts for New York City (1.1), Los Angeles (1.1), Chicago |  |

Tribune Company                                                        Invoice 557401

|          | (1.0), Miami (1.0) and Hartford (1.0). | |
| | S. Anderson (Practice Group Professional) | 6.70 hrs. |

| 05/06/12 | Preparation of Los Angeles market print periodical list regarding update to FCC applications to assign licenses in bankruptcy. | |
| | J. Rademacher | 1.30 hrs. |

| 05/07/12 | Review FCC issues re restructuring transaction filings (0.5); correspondence with Sidley re same (0.6). | |
| | C. Burrow | 1.10 hrs. |

| 05/07/12 | Prepare update amendment to cross-ownership waiver request for New York market (WPIX) regarding application to assign FCC licenses in bankruptcy (0.8); prepare update amendment to cross-ownership waiver request for Los Angeles market (KTLA) regarding same (0.8); prepare update amendment to cross-ownership waiver request for Chicago market (WGN) regarding same (0.8); prepare update amendment to cross-ownership waiver request for Miami market (WSFL) regarding same (0.8); telephone conference with J. Bayes (lenders' counsel) regarding same (0.3). | |
| | J. Rademacher | 3.50 hrs. |

| 05/07/12 | Review updated cross-ownership waiver showings for FCC filing (0.4); telephone conference with FCC staff re amendments (0.2); research re timing on FCC applications and meetings (0.3). | |
| | J. Feore | 0.90 hrs. |

| 05/07/12 | Telephone conference with Alvarez, Sidley and JPMorgan counsel re issues on foreign certification responses (0.8); review supplement to Plan and correspondence from Sidley re changes to restructuring applications (0.5); revise application charts to reflect changes in restructuring transactions (0.8); prepare correspondence to J. Boelter and J. Langdon re timing of restructuring applications and issues to be resolved (0.4); prepare correspondence to E. Washburn re revisions to restructuring transactions (0.3); revise comprehensive exhibit to implement restructuring applications (0.9); prepare correspondence to T. Davidson re issues on completion of foreign ownership certification (0.4). | |
| | J. Logan | 4.10 hrs. |

| 05/07/12 | Review re final market outlet lists. | |
| | M. Swanson | 0.50 hrs. |

| 05/08/12 | Research re radio, television and newspaper outlets in Hartford, CT market (1.0); research re newspapers and other publications in the Chicago DMA (2.0). | |
| | A. Mejia (Practice Group Professional) | 3.00 hrs. |

| 05/08/12 | Review FCC foreign ownership certification issues. | |
| | C. Burrow | 0.70 hrs. |

| 05/08/12 | Prepare update amendment to cross-ownership waiver request for New York market (WPIX) regarding application to assign FCC | |

Tribune Company

licenses in bankruptcy (1.8); prepare update amendment to cross-ownership waiver request for Los Angeles market (KTLA) regarding same (2.6); prepare update amendment to cross-ownership waiver request for Chicago market (WGN) regarding same (2.1); prepare update amendment to cross-ownership waiver request for Miami market (WSFL) regarding same (1.8); prepare update amendment to cross-ownership waiver request for Hartford market (WTIC, WTXX) regarding same (1.7); prepare update amendment to duopoly waiver request for Hartford market (WTIC, WCCT) regarding same (2.2); correspondence with E. Washburn regarding same (0.4); correspondence with J. Bayes and E. Reed (lenders' counsel) regarding same (0.3); correspondence with J. Fiorini (lenders' counsel) regarding same (0.4).

J. Rademacher                                    13.30 hrs.

05/08/12          Review updated restructuring exhibits and filing issues raised by court order (0.4); telephone conference with FCC staff re applications (0.3); review revised amendments responding to FCC inquiries (0.8).

J. Feore                                          1.50 hrs.

05/08/12          Complete charts for FCC restructuring applications with revisions from supplement filed at Bankruptcy Court (1.6); analyze issues in connection with implementing restructuring applications (0.6); review issues from B. Fischel (FCC) re new wireless station (0.3); prepare correspondence to T. Davidson (Oaktree) re completion of foreign ownership certification (0.3); respond to A. Steinberg (Sidley) re application of foreign ownership standards to natural person (0.3).

J. Logan                                          3.10 hrs.

05/08/12          Prepare correspondence to client regarding status of business radio license WQ0XZ723 buildout.

L. McCarty (Practice Group Professional)          0.20 hrs.

05/08/12          Telephone conferences with A. Denysyk (FCC) re supplemental materials (0.3); telephone conference with J. Bayes re same (0.2); review and revise market lists (1.7); work on Hartford duopoly showing (1.0); review re bankruptcy court schedule and status (0.4).

M. Swanson                                        3.60 hrs.

05/09/12          Prepare update amendment to cross-ownership waiver request for New York market (WPIX) regarding application to assign FCC licenses in bankruptcy (0.6); prepare update amendment to cross-ownership waiver request for Los Angeles market (KTLA) regarding same (0.6); prepare update amendment to cross-ownership waiver request for Chicago market (WGN) regarding same (0.6); prepare update amendment to cross-ownership waiver request for Miami market (WSFL) regarding same (0.6); prepare update amendment to cross-ownership waiver request for Hartford market (WTIC, WTXX) regarding same (0.6); prepare update amendment

Tribune Company                                                      Invoice 557401

to duopoly waiver request for Hartford market (WTIC, WCCT) regarding same (0.6); telephone conference with J. Bayes, E. Reed, and T. Davidson (lenders' counsel) regarding same (0.5); telephone conference with J. Bayes and E. Reed (lenders' counsel) regarding same (0.6); prepare voice count comparison between information filed with April 2010 assignment application and May 2012 supplemental information regarding same (0.6).
J. Rademacher                                    5.30 hrs.

05/09/12          Telephone conference with J. Stenger (counsel for Committee) re FCC filings (0.3); telephone conference with FCC staff re amendments (0.4); review and finalize waiver updates and filing procedures for FCC (1.1).
J. Feore                                         1.80 hrs.

05/09/12          Draft amendments to pending assignment applications which require waiver updates in CDBS.
L. McCarty (Practice Group Professional)          2.10 hrs.

05/09/12          Prepare for and participate in call with lenders' counsel re FCC applications/supplements (0.5); review re lenders' counsel's preferences on presentation of supplemental materials (0.2).
M. Swanson                                       0.70 hrs.

05/10/12          Research re radio and television stations and owners in connection with exhibits to FCC cross-ownership waivers.
A. Mejia (Practice Group Professional)            3.60 hrs.

05/10/12          Correspondence with Sidley re FCC foreign ownership calculation issues.
C. Burrow                                        0.40 hrs.

05/10/12          Prepare update amendment to cross-ownership waiver request for New York market (WPIX) regarding application to assign FCC licenses in bankruptcy (0.8); prepare update amendment to cross-ownership waiver request for Los Angeles market (KTLA) regarding same (0.8); prepare update amendment to cross-ownership waiver request for Chicago market (WGN) regarding same (0.8); prepare update amendment to cross-ownership waiver request for Miami market (WSFL) regarding same (0.8); prepare update amendment to cross-ownership waiver request for Hartford market (WTIC, WTXX) regarding same (0.8); prepare update amendment to duopoly waiver request for Hartford market (WTIC, WCCT) regarding same (0.9); prepare update amendment to satellite waiver request for Indianapolis market (WTTV, WTTK) regarding same (0.3); telephone conference with E. Washburn regarding same (0.1); correspondence with E. Washburn regarding same (0.6); telephone conference with J. Bayes and E. Reed (lenders' counsel) regarding same (0.3); telephone conference with J. Fiorini (lenders' counsel) regarding same (0.2); prepare voice count comparison between information filed with April 2010 assignment application and May

July 12, 2012                                                        Page 8

Tribune Company                                                     Invoice 557401

2012 supplemental information regarding same (1.3).

J. Rademacher                              7.70 hrs.

05/10/12    Work on final updates to FCC amendments and waiver filings at
            FCC (1.3); telephone conference with Committee counsel re filing
            (0.3).

            J. Feore                                  1.60 hrs.

05/10/12    Research status of licenses requiring waiver updates and confirm
            current authorizations held by licensees within those markets.

            L. McCarty (Practice Group Professional)        3.60 hrs.

05/10/12    Telephone conference with D. Roberts (FCC) re presentation of
            material (0.2); telephone conference with J. Fiorini (Wiley) re
            Hartford changes (0.1); telephone conference with J. Bayes (Wiley)
            and E. Reed (Wiley) re supplemental materials (0.4); telephone
            conference with E. Washburn re same (0.2); review and revise
            supplemental reports (2.2).

            M. Swanson                              3.10 hrs.

05/11/12    Correspondence with Sidley re FCC foreign ownership issues.

            C. Burrow                                0.40 hrs.

05/11/12    Prepare update amendment to cross-ownership waiver request for
            New York market (WPIX) regarding application to assign FCC
            licenses in bankruptcy (0.6); prepare update amendment to cross-
            ownership waiver request for Los Angeles market (KTLA)
            regarding same (0.6); prepare update amendment to cross-ownership
            waiver request for Chicago market (WGN) regarding same (0.6);
            prepare update amendment to cross-ownership waiver request for
            Miami market (WSFL) regarding same (0.6); prepare update
            amendment to cross-ownership waiver request for Hartford market
            (WTIC, WTXX) regarding same (0.6); prepare update amendment
            to duopoly waiver request for Hartford market (WTIC, WCCT)
            regarding same (1.3); Prepare update amendment to satellite waiver
            request for Indianapolis market (WTTV, WTTK) regarding same
            (0.1); telephone conference with E. Washburn regarding same (0.1);
            correspondence with E. Washburn regarding same (0.1);
            correspondence with J. Bayes and E. Reed (lenders' counsel)
            regarding media voice counts in cross-ownership markets (0.3).

            J. Rademacher                              4.90 hrs.

05/11/12    Review final FCC supplemental filings and ownership showings
            (0.8); update D. Eldersveld re filings and FCC meetings (0.2).

            J. Feore                                  1.00 hrs.

05/11/12    Finalize and submit amendments to applications with cross-
            ownership waivers (3.7); prepare correspondence to client regarding
            summary of same (0.8); prepare copies of filings for service (2.3).

            L. McCarty (Practice Group Professional)        6.80 hrs.

05/11/12    Review re FCC Enforcement Bureau response re pending

Tribune Company

|  |  |  |
|---|---|---|
|  | complaints. | |
|  | M. Swanson | 0.20 hrs. |
| 05/12/12 | Research and prepare issues list re ownership waivers for FCC applications and pending waiver requests. | |
|  | J. Feore | 0.70 hrs. |
| 05/13/12 | Review re FCC amendment filing. | |
|  | M. Swanson | 0.10 hrs. |
| 05/14/12 | Review foreign ownership certification questions re senior lenders. | |
|  | C. Burrow | 0.90 hrs. |
| 05/14/12 | Preparation of materials for FCC staff regarding May 11 amendment to applications to assign broadcast licenses in bankruptcy (0.9); meeting with D. Roberts (FCC staff) regarding same (1.1); research FCC docket regarding 2012 filings regarding same (0.4). | |
|  | J. Rademacher | 2.40 hrs. |
| 05/14/12 | Telephone conference with D. Eldersveld re FCC filings and follow-up meetings at FCC (0.3); telephone conference with counsel for creditors re FCC follow-up (0.3); review restructuring filings and timing issues (0.3). | |
|  | J. Feore | 0.90 hrs. |
| 05/14/12 | Telephone conference with M. Senter (Senter, Lerman) re issues in completion of foreign ownership certification (0.3); review issues in connection with restructuring transaction and impact of Wireless Bureau approval process (0.4). | |
|  | J. Logan | 0.70 hrs. |
| 05/14/12 | Prepare materials for D. Roberts (FCC) (0.1); meeting with same re most recent FCC application amendments (1.0). | |
|  | M. Swanson | 1.10 hrs. |
| 05/15/12 | Telephone conferences with FCC staff re follow-up meetings on exit applications (0.3); work on revisions to restructuring application filing timeline and court issues re filing (0.6). | |
|  | J. Feore | 0.90 hrs. |
| 05/15/12 | Review reporting issues for claimant SPC in connection with response to foreign ownership questionnaire (0.7); prepare correspondence to co-proponent counsel re inquiry from Aurelius counsel re foreign ownership certification (0.4). | |
|  | J. Logan | 1.10 hrs. |
| 05/15/12 | Prepare for conference call with Wiley and Akin attorneys re FCC amendments and status. | |
|  | M. Swanson | 0.10 hrs. |
| 05/16/12 | Telephone conference with Sidley re restructuring transaction (0.5); review FCC materials re same (0.6). | |
|  | C. Burrow | 1.10 hrs. |

Tribune Company                                                      Invoice 557401

| 05/16/12 | Attend weekly status conference call with counsel for JPMorgan and Oaktree Capital. | |
| | J. Rademacher | 0.50 hrs. |
| 05/16/12 | Telephone conferences with D. Liebentritt re FCC applications and meetings (0.3); review and update restructuring applications (0.6); research re cross-ownership waivers (0.6). | |
| | J. Feore | 1.50 hrs. |
| 05/16/12 | Prepare for telephone conference re restructuring applications (0.3); telephone conference with J. Boelter and J. Langdon (Sidley) re restructuring applications (0.6); telephone conference with E. Reed (JPMorgan counsel) re issues in completion of foreign ownership certification by claimholder (0.4); review FCC grant timing issues in preparation for telephone calls to FCC staff (0.5). | |
| | J. Logan | 1.80 hrs. |
| 05/16/12 | Prepare for and participate in conference call with Wiley and Akin attorneys re FCC status and amendment preparation. | |
| | M. Swanson | 0.50 hrs. |
| 05/17/12 | Telephone conference with FCC Media Bureau re filings and follow-up meeting (0.4); telephone conference with D. Liebentritt re FCC procedures and meeting (0.2); review timing issues on restructuring applications per court procedures (0.3). | |
| | J. Feore | 0.90 hrs. |
| 05/17/12 | Conference with A. Stromberg re claimholder issues in completion of foreign ownership certification (0.4); prepare for telephone conference with J. Tobias (FCC Wireless Bureau) re restructuring transactions (0.3); telephone conference with J. Tobias (FCC Wireless Bureau) re approach to processing restructuring transaction approvals (0.5); revise restructuring exhibits (0.8); telephone conference with E. Reed (JPMorgan counsel) re JPMorgan ownership reporting on foreign ownership certification (0.3). | |
| | J. Logan | 2.30 hrs. |
| 05/17/12 | Obtain FRNs for new licensee DIP and cut-up-DIP entities (2.5); telephone call with J. Tobias re wireless pro forma application (0.5). | |
| | L. McCarty (Practice Group Professional) | 3.00 hrs. |
| 05/17/12 | Review re NAB public file questionnaire and email same to client. | |
| | M. Swanson | 0.10 hrs. |
| 05/17/12 | Review FCC procedures for wireless applications. | |
| | S. Anderson (Practice Group Professional) | 0.20 hrs. |
| 05/18/12 | Telephone conference with Sidley re timing of restructuring applications and FCC process (0.5); review FCC exhibits re same (0.6). | |
| | C. Burrow | 1.10 hrs. |
| 05/18/12 | Telephone conferences with FCC re follow-up meetings on pending | |

Tribune Company                                                      Invoice 557401

applications (0.4); telephone conference with D. Eldersveld re FCC applications and meetings (0.2); review amendments to pending applications and restructuring applications (0.8); telephone conference with J. Stenger (counsel for Committee) re FCC applications (0.2).
J. Feore                                          1.60 hrs.

05/18/12      Prepare for telephone conference with K. Kensinger (FCC International Bureau) re structure for processing restructuring applications (0.4); telephone conference with K. Kensinger (FCC International Bureau) re International Bureau processing of restructuring transaction (0.8); prepare correspondence to M. Troy (Department of Justice) and J. Boelter (Sidley) re confirmation of FCC-related language for confirmation order (0.3); revise application charts for restructuring applications (0.4); review proposed amendment to Oaktree ownership and prepare correspondence to T. Davidson (FCC counsel to Oaktree) re same (1.3).
J. Logan                                          3.20 hrs.

05/18/12      Review re Townsquare draft amendment.
M. Swanson                                        0.40 hrs.

05/19/12      Review additional updates and supplements for pending FCC applications (0.4); review Department of Justice language for court order and coordination with FCC (0.3).
J. Feore                                          0.70 hrs.

05/21/12      Analysis of issues regarding cross-ownership implications of new acquisitions by Oaktree Capital for applications to assign Tribune broadcast licenses in bankruptcy.
J. Rademacher                                     1.90 hrs.

05/21/12      Review draft amendment for JPMorgan/Oaktree to pending FCC applications (0.3); work on updates to restructuring applications (0.4); meeting at FCC re application processing and updates (0.3).
J. Feore                                          1.00 hrs.

05/21/12      Telephone conference with D. Roberts regarding amendment filing (0.8); review timing issues in connection with proposed amendment to Oaktree and JPMorgan exhibits (0.5); correspondence with L. Washburn regarding proposed Oaktree and JPMorgan amendments (0.3); telephone conference with W. Johnsen (JPMorgan) regarding amendment to JPMorgan section on attribution of JPMorgan officers and directors (0.3).
J. Logan                                          1.90 hrs.

05/21/12      Obtain FRNs for new licensee DIP and out-of-DIP entities (2.7); draft amendments in CDBS (2.5).
L. McCarty (Practice Group Professional)          5.20 hrs.

05/21/12      Research and review re Oaktree amendment and media interests

Tribune Company                                                    Invoice 557401

|  |  |  |
|---|---|---|
|  | listed therein (0.8); prepare for and participate in conference call with lenders' FCC counsel (0.5); research re FCC due diligence review (0.1). |  |
|  | M. Swanson | 1.40 hrs. |
| 05/22/12 | Review senior lender amendments to FCC application (0.7); correspondence with senior lender's FCC counsel re same (0.6); correspondence with Sidley re equity allocation issue (0.6). |  |
|  | C. Burrow | 1.90 hrs. |
| 05/22/12 | Telephone conference with S. Sheehan re pending FCC applications (0.3); telephone conference with D. Eldersveld re FCC meeting and FCC amendment (0.3); review ownership issues and JPMorgan and Oaktree issues (0.5). |  |
|  | J. Feore | 1.10 hrs. |
| 05/22/12 | Review and revise FCC Form 314 regarding preparation for amendment filing (0.7); telephone conference with S. Kaufman and other Alvarez representatives regarding issues in connection with the processing of foreign ownership certifications (0.6); correspondence with K. Mills (Sidley), S. Kaufman and Alvarez regarding processing and aggregation of foreign ownership certifications (0.4); correspondence with L. Washburn regarding completion of FCC Form 314 amendment (0.4). |  |
|  | J. Logan | 2.10 hrs. |
| 05/22/12 | Review and respond to correspondence from client regarding build-out status of business radio license WQOX723 (0.6); preparation of draft amendments in CDBS (3.8). |  |
|  | L. McCarty (Practice Group Professional) | 4.40 hrs. |
| 05/22/12 | Telephone conference with M. Schneider (Sidley) re FCC status (0.1); review re bankruptcy procedure on FCC proofs of claim (0.1); email to E. Washburn re NAB appeal of FCC public file decision (0.1). |  |
|  | M. Swanson | 0.30 hrs. |
| 05/23/12 | Telephone conference with co-proponents' FCC counsel re FCC filing issues (0.5); correspondence with Sidley re FCC timing issues (0.2). |  |
|  | C. Burrow | 0.70 hrs. |
| 05/23/12 | Attend weekly regulatory status call with counsel for JPMorgan and Oaktree Capital. |  |
|  | J. Rademacher | 0.50 hrs. |
| 05/23/12 | Telephone conference with R. Wiley and T. Davidson re FCC visit by Tribune and update re court proceeding (0.5); work on amendment to applications (0.4); finalize restructuring applications and timing (0.5). |  |
|  | J. Feore | 1.40 hrs. |

July 12, 2012                                              Page 13

Tribune Company                                                      Invoice 557401

| | | |
|---|---|---|
| 05/23/12 | Telephone conference with W. Johnsen (FCC counsel to JPMorgan) regarding amendment to JPMorgan ownership and potential issues (0.4); assessment of potential issues in connection with JPMorgan approach to attribution showing (0.7); correspondence with petitioners regarding provision of service copy of amendment (0.4); correspondence with FCC counsel to co-proponents regarding filing of amendment to exit applications (0.3); telephone conference with D. Roberts (FCC) regarding filing of amendment (0.3). | |
| | J. Logan | 2.10 hrs. |
| 05/23/12 | Finalize and submit amendments to pending assignment applications for media licenses. | |
| | L. McCarty (Practice Group Professional) | 4.20 hrs. |
| 05/23/12 | Prepare for and participate in conference call re FCC process with Wiley and Akin lawyers (1.0); telephone conference with E. Washburn re FCC applications and renewal process (0.3); research and review precedent re bankruptcy resolution of FCC proofs of claim (1.5). | |
| | M. Swanson | 2.80 hrs. |
| 05/24/12 | Telephone conference and correspondence with Sidley re FCC timing issues (0.8); review FCC restructuring application materials (0.4). | |
| | C. Burrow | 1.20 hrs. |
| 05/24/12 | Telephone conference with N. Larsen re FCC meeting and application update (0.2); telephone conference with FCC staff re application filings (0.3); review timing issues re court order and possible appeal and impact re FCC order (1.0). | |
| | J. Feore | 1.50 hrs. |
| 05/24/12 | Prepare revisions to exhibits for restructuring applications (1.2); preparation for telephone conference with J. Boelter and litigation counsel at Sidley regarding preparation for possible post-confirmation objections and potential effect on FCC process (0.9); telephone conference with J. Boelter and litigation counsel at Sidley regarding preparation for possible post-confirmation objections and potential effect on FCC process (0.6); meeting with A. Denysyk (FCC) regarding amendments filed to exit applications (1.6). | |
| | J. Logan | 4.30 hrs. |
| 05/25/12 | Telephone conference with FCC re meeting on pending applications (0.3); review FCC processing of pending complaints and transfer applications (0.5). | |
| | J. Feore | 0.80 hrs. |
| 05/25/12 | Telephone conference with K. Mills regarding treatment of FCC claims in bankruptcy and relationship to processing issues for application (0.3); review issues regarding prospects for FCC tolling agreement or consent order (0.3). | |
| | J. Logan | 0.60 hrs. |

July 12, 2012                                                                 Page 14

Tribune Company                                                      Invoice 557401

| | | |
|---|---|---|
| 05/25/12 | Review FCC Enforcement Bureau due diligence results and compare to earlier searches (0.7); telephone conference with J. Gee (FCC) re same and process (0.3); voicemails to D. Roberts (FCC) and S. Stone (FCC) re same (0.1); telephone conference with K. Mills (Sidley) re proof of claim process (0.2); research re correlation between complaint list and proofs of claim (1.5). | |
| | M. Swanson | 2.80 hrs. |
| 05/26/12 | Research re ownership issues re June FCC meeting (0.6); review coordination with bankruptcy court rulings and timing issues re possible challenges (0.4). | |
| | J. Feore | 1.00 hrs. |
| 05/26/12 | Review re FCC proofs of claims, pending indecency and other Enforcement Bureau complaints, and applicability of DOJ/FCC limitations periods. | |
| | M. Swanson | 2.40 hrs. |
| 05/27/12 | Review re FCC proofs of claims, pending indecency and other Enforcement Bureau complaints, and applicability of DOJ/FCC limitations periods. | |
| | M. Swanson | 2.60 hrs. |
| 05/28/12 | Work on FCC meeting preparations, application processing issues and timing questions. | |
| | J. Feore | 0.50 hrs. |
| 05/28/12 | Review re WDCW indecency proceeding and complaints. | |
| | M. Swanson | 0.30 hrs. |
| 05/29/12 | Telephone conference and correspondence with Sidley re FCC timing issues (0.7); review draft applications re same (0.7). | |
| | C. Burrow | 1.40 hrs. |
| 05/29/12 | Telephone conference with D. Liebentritt re FCC applications, status and visits (0.4); work on restructuring applications and updates (0.5); telephone conference with bankruptcy counsel re FCC applications and issues/options going forward (0.5). | |
| | J. Feore | 1.40 hrs. |
| 05/29/12 | Telephone conference with J. Tobias (FCC) regarding procedural questions in filing of Wireless Bureau restructuring applications (0.4); review licensee changes and revise chart and exhibits (1.2); telephone conference with J. Boelter (Sidley) regarding prospects for post-confirmation filings at FCC (0.6); telephone conference with J. Boelter and A. Swanson regarding treatment of FCC claims in bankruptcy (0.4). | |
| | J. Logan | 2.60 hrs. |
| 05/29/12 | Review revised draft comprehensive exhibit (0.9); research status of pending earth station assignment applications (0.4); edit draft Form 314 amendments (1.8). | |

July 12, 2012                                    Page 15

Tribune Company                                                    Invoice 557401

|  |  |  |
|---|---|---|
| | L. McCarty (Practice Group Professional) | 3.10 hrs. |
| 05/29/12 | Research re interplay of FCC enforcement on indecency standards and bankruptcy constraints (0.6); prepare for and telephone conference with J. Boelter (Sidley) re same (0.4). | |
| | M. Swanson | 1.00 hrs. |
| 05/29/12 | Review amendments to applications. | |
| | S. Anderson (Practice Group Professional) | 0.20 hrs. |
| 05/30/12 | Telephone conference with co-proponent's FCC counsel re FCC processing issues (0.4); revise FCC exhibits for restructuring transactions (0.9). | |
| | C. Burrow | 1.30 hrs. |
| 05/30/12 | Participate in weekly regulatory status call with D. Wiley, J. Bayes and E. Reed (counsel for JPMorgan) and T. Davidson (counsel for Oaktree) regarding applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.40 hrs. |
| 05/30/12 | Review updated restructuring applications and exhibits (0.6); telephone conference with S. Sheehan re timing on FCC application processing and updates (0.3). | |
| | J. Feore | 0.90 hrs. |
| 05/30/12 | Telephone conference with JPMorgan, Angelo Gordon and Oaktree FCC counsel regarding attribution issues, anticipated JPMorgan meeting with FCC staff and application status (0.4); analysis of issues regarding FCC holds on applications based on pre-petition and past petition FCC claims (0.6); revise and update exhibits for restructuring applications (2.1); correspondence with co-proponents' FCC counsel and E. Washburn (Tribune) regarding revised exhibits for restructuring applications (0.5); telephone conference with J. Langdon regarding FCC issues in connection with preparations for post-consummation monitoring of foreign investment (0.3). | |
| | J. Logan | 3.90 hrs. |
| 05/30/12 | Review of revised draft comprehensive Exhibit (1.0); draft wireless amendments (1.8). | |
| | L. McCarty (Practice Group Professional) | 2.80 hrs. |
| 05/30/12 | Prepare for and telephone conference with Wiley and Akin attorneys re FCC application and status (0.4); research re proof of claim issue (1.0); telephone conferences with E. Washburn and provide info to same re renewal reporting issue (0.9). | |
| | M. Swanson | 2.30 hrs. |
| 05/31/12 | Work on additional FCC filings re pending FCC applications and ownership certifications (0.9); telephone conference with D. Liebentritt re FCC meeting (0.3); follow-up conversation with S. Sheehan re FCC meeting (0.2). | |

July 12, 2012                                             Page 16

Tribune Company                                          Invoice 557401

|                | J. Feore | 1.40 hrs. |
|----------------|----------|-----------|

05/31/12    Prepare memorandum regarding bankruptcy treatment of FCC
claims (0.8); telephone message to W. McKee (FCC) regarding
CARS relay station (0.4); prepare compilation of key exhibits and
points in WGN application and letters (0.4).

|                | J. Logan | 1.60 hrs. |
|----------------|----------|-----------|

05/31/12    Research status of pending assignment application for new earth
stations (0.5); obtain FRNs for new licensee entities (1.1); revise
draft media pro forma applications (2.5).

|                | L. McCarty (Practice Group Professional) | 4.10 hrs. |
|----------------|------------------------------------------|-----------|

05/31/12    Telephone conference with J. Gee (FCC) re pending Enforcement
Bureau file review (0.2); telephone conference with E. Washburn re
same and renewal application exhibit (0.2).

|                | M. Swanson | 0.40 hrs. |
|----------------|------------|-----------|

## BILLING SUMMARY

|            | Hours  |
|------------|--------|
| BURROW     | 17.10  |
| FEORE      | 29.50  |
| LOGAN      | 48.60  |
| SWANSON    | 44.30  |
| RADEMACHER | 61.90  |
| ANDERSON   | 15.10  |
| MCCARTY    | 43.60  |
| MEJIA      | 17.40  |
| TOTAL      | 277.50 |

Fees for Professional Services ........................................................ $       141,462.00

|          |                                                                                                  |    |           |
|----------|--------------------------------------------------------------------------------------------------|----|-----------|
|          | CONFERENCE CALL (SOUNDPATH)                                                                       | $  | 2.54      |
|          | COURIER SERVICE                                                                                  | $  | 108.10    |
|          | FACSIMILE                                                                                        | $  | 1.50      |
|          | POSTAGE                                                                                          | $  | 102.32    |
|          | REPRODUCTION                                                                                     | $  | 1,017.00  |
|          | TELEPHONE                                                                                        | $  | 11.76     |
| 05/07/12 | VENDOR: DL Petty Cash; INVOICE#: PCSEA050712; DATE: 5/7/2012 - S. Anderson- Parking              | $  | 3.75      |
| 05/24/12 | VENDOR: John R. Feore, Jr.; INVOICE#: ERJRF041012; DATE: 5/24/2012 - Parking at FCC to attend meeting on pending Tribune applications | $  | 18.00     |

Total Reimbursable Costs ............................................................. $        1,264.97

July 12, 2012                                                    Page 17

Tribune Company                                                 Invoice 557401
     Total Current Billing for This File.................................................................. $    142,726.97


Our File # 08656.0101          For Services Through May 31, 2012
Retention and Fee Applications


| 05/01/12 | Research and preparation of response to fee auditor's preliminary report for 8th interim fee. | |
| | C. Meazell | 1.60 hrs. |
| 05/07/12 | Preparation of 35th monthly fee application. | |
| | C. Meazell | 1.40 hrs. |
| 05/09/12 | Finalize 34th monthly fee application (1.3); correspondence with Delaware counsel regarding 34th monthly fee application (0.2): correspondence with L. Washburn regarding invoices (0.1). | |
| | C. Meazell | 1.60 hrs. |
| 05/10/12 | Preparation of 35th monthly fee application. | |
| | C. Meazell | 1.10 hrs. |
| 05/14/12 | Correspondence with fee auditor regarding 34th monthly fee application. | |
| | C. Meazell | 0.20 hrs. |
| 05/15/12 | Preparation of 35th monthly fee application. | |
| | C. Meazell | 1.10 hrs. |
| 05/29/12 | Preparation of 35th monthly fee application. | |
| | C. Meazell | 0.60 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 7.60 |
| TOTAL | 7.60 |


Fees for Professional Services ........................................................................ $    3,420.00
Total Current Billing for This File.................................................................. $    3,420.00


Our File # 08656.0104          For Services Through May 31, 2012
Broadcast Contracts

Tribune Company

| | | |
|---|---|---|
| 05/01/12 | Review affiliation terms re assignability and other agreements re Project Noah. | |
| | J. Feore | 0.60 hrs. |
| 05/01/12 | Analyze retransmission consent agreements for Project Noah. | |
| | R. Folliard III | 1.90 hrs. |
| 05/02/12 | Review additional retransmission agreements re Project Noah. | |
| | J. Feore | 0.40 hrs. |
| 05/02/12 | Prepare email re retransmission consent agreements for Project Noah (0.3); analyze AT&T and Verizon retransmission agreements for Project Noah (0.5); prepare email re retransmission agreements for AT&T and Verizon (0.1); review material re cable operators that are retransmitting Tribune without consent (0.3); analyze complaint filed by Fox against TV Max in Houston and response from TV Max (0.2). | |
| | R. Folliard III | 1.40 hrs. |
| 05/07/12 | Prepare revised retransmission agreement with MiCOM (0.4); review material re unpaid retransmission accounts in preparation for conference call (0.4); conference call with K. Connor re various retransmission consent agreements (0.6); telephone call with counsel for New Day Broadband re unpaid account (0.2); prepare email to K. Connor re New Day Broadband (0.1); review material from nonresponsive cable operators for cease and desist letters (1.3). | |
| | R. Folliard III | 3.00 hrs. |
| 05/08/12 | Draft termination letter to CenturyLink for retransmission consent agreement (2.0); email same to K. Connor (0.5); draft cease and desist letters for Catalina Cable TV and Walker County Cablevision retransmission without consent (1.5). | |
| | K. Stotler | 4.00 hrs. |
| 05/08/12 | Analyze list of cable operators without retransmission consent (0.1); prepare demand letters to cable operators (0.2). | |
| | R. Folliard III | 0.30 hrs. |
| 05/09/12 | Revise cease and desist retransmission without consent letters for Catalina Cable TV and Walker County Cablevision (1.2); email same to K. Connor (0.3). | |
| | K. Stotler | 1.50 hrs. |
| 05/09/12 | Review and revise cease and desist letters to Walker Cablevision and Catalina Cable. | |
| | R. Folliard III | 0.60 hrs. |
| 05/10/12 | Prepare email re Skitter retransmission agreement (0.2); conference call with K. Connor re Hardy Cable (0.3); prepare new agreement with 4Com (0.8). | |

July 12, 2012                                          Page 19

| | | |
|---|---|---|
| | R. Folliard III | 1.30 hrs. |
| 05/11/12 | Prepare retransmission without consent cease and desist letter for Climax Cablevision (1.0); email same to K. Connor (0.3). | |
| | K. Stotler | 1.30 hrs. |
| 05/11/12 | Prepare letter to Skitter TV re carriage of Tribune stations on its cable system (0.8); review and revise cease and desist letter for Climax Cable (0.2). | |
| | R. Folliard III | 1.00 hrs. |
| 05/14/12 | Research and preparation of correspondence to counsel for Skitter regarding proposed Skitter carriage of television stations in Portland, OR and St. Louis, MO. | |
| | D. Wittenstein | 0.40 hrs. |
| 05/14/12 | Prepare WGN America agreement with 4Com (0.7); prepare letter to Skitter TV re carriage of Tribune stations in Portland and St. Louis (1.4). | |
| | R. Folliard III | 2.10 hrs. |
| 05/15/12 | Telephone call with C. Sennet re letter to Skitter re carriage of Tribune stations (0.2); revise letter to Skitter TV (0.1). | |
| | R. Folliard III | 0.30 hrs. |
| 05/16/12 | Analysis regarding DishTV auto hop that automatically deletes commercials for network programming on network affiliates. | |
| | D. Wittenstein | 0.10 hrs. |
| 05/16/12 | Telephone call with K. Connor re retransmission agreement with Whidbey Island Telecom, NexHorizon Cable, and other smaller operators. | |
| | R. Folliard III | 0.80 hrs. |
| 05/22/12 | Prepare email to K. Connor re unresponsive cable operators (0.2); prepare revised WGN America agreement for Whidbey Cable (0.7). | |
| | R. Folliard III | 0.90 hrs. |
| 05/24/12 | Draft retransmission without consent cease and desist letter for Crystal (0.5); email same to K. Connor (0.2). | |
| | K. Stotler | 0.70 hrs. |
| 05/24/12 | Research re requirement to pay programming fees to Fox for SMATV operators (0.3); prepare email to K. Connor re Whidbey WGN America agreement (0.2). | |
| | R. Folliard III | 0.50 hrs. |
| 05/30/12 | Prepare email to New Day Broadband re retransmission agreement with Tribune stations (0.3); prepare email to K. Connor re status of negotiations with unresponsive operators (0.5). | |
| | R. Folliard III | 0.80 hrs. |
| 05/31/12 | Prepare retransmission cease and desist letter for East Texas Cable (0.4); email same to K. Connor (0.2). | |

July 12, 2012                                                              Page 20

Tribune Company                                                    Invoice 557401

|  | K. Stotler | 0.60 hrs. |
|---|---|---|

05/31/12    Research re status of Country Cablevision cable systems (0.2); research re status of Fannettsburg Cable cable systems (0.2); prepare email to FCC counsel for New Day re settlement of retransmission dispute (0.2); telephone call with K. Connor re retransmission consent issues (0.4); analyze assignment provisions in WGN America agreement (0.2).

|  | R. Folliard III | 1.20 hrs. |
|---|---|---|

### BILLING SUMMARY

|  | Hours |
|---|---|
| FEORE | 1.00 |
| WITTENSTEIN | 0.50 |
| FOLLIARD III | 16.10 |
| STOTLER | 8.10 |
| TOTAL | 25.70 |

| Fees for Professional Services | $ | 9,900.00 |
|---|---|---|
| REPRODUCTION | $ | 3.40 |
| TELEPHONE | $ | 8.76 |
| Total Reimbursable Costs | $ | 12.16 |
| Total Current Billing for This File | $ | 9,912.16 |

Our File # 08656.0104:001          For Services Through May 31, 2012
Fox and Network Agreements

05/03/12    Telephone call with N. Larsen, G. Mazzaferri and L. Gardner re outstanding Fox issues.

|  | M. Nagle | 0.50 hrs. |
|---|---|---|

05/05/12    Review Fox revised affiliation and side letter drafts and separate agreements.

|  | J. Feore | 0.60 hrs. |
|---|---|---|

05/05/12    Prepare blacklines (0.1); review and prepare bullet issues list re revised Fox fee letter (0.7).

|  | M. Nagle | 0.80 hrs. |
|---|---|---|

05/07/12    Prepare blacklines (0.2); review and prepare bullet issues list re Fox revised affiliation agreement (0.9).

July 12, 2012                                                                 Page 21

Tribune Company                                                      Invoice 557401

|            | M. Nagle                                                                                                                                              | 1.10 hrs. |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 05/08/12   | Research regarding dispute with Fox Network regarding Fox's taking of Tribune news materials without attribution. | |
|            | D. Wittenstein                                                                                                                                         | 0.80 hrs. |
| 05/08/12   | Review Fox new service agreement (0.7);  email response to  G. Mazzaferri, N. Larsen, L. Gardner and C. Sennet  regarding Fox use of Tribune video in new service (0.5). | |
|            | M. Nagle                                                                                                                                               | 1.20 hrs. |
| 05/10/12   | Review Fox revisions to draft agreements (0.3); telephone conference with N. Larsen, G. Mazzaferri, L. Gardner and C. Sennet re Fox markup and open issues (0.8). | |
|            | J. Feore                                                                                                                                               | 1.10 hrs. |
| 05/10/12   | Conference call with N. Larsen, G. Mazzaferri and L. Gardner regarding Fox markups of fee letter and affiliation agreements. | |
|            | M. Nagle                                                                                                                                               | 0.90 hrs. |
| 05/14/12   | Review and reply to emails re outstanding Fox new service issue. | |
|            | M. Nagle                                                                                                                                               | 0.30 hrs. |
| 05/15/12   | Review Fox network proposal re station options and affiliation negotiations (0.4); update N. Larsen, G. Mazzaferri and L. Gardiner re same (0.1). | |
|            | J. Feore                                                                                                                                               | 0.50 hrs. |
| 05/15/12   | Prepare and distribute revised Fox documents re Tribune comments. | |
|            | M. Nagle                                                                                                                                               | 1.50 hrs. |
| 05/22/12   | Review revised Fox issues list/side letters re affiliations. | |
|            | J. Feore                                                                                                                                               | 0.40 hrs. |
| 05/23/12   | Telephone conference with N. Larsen, G. Mazzaferri and L. Gardiner re Fox negotiations, updates and responses. | |
|            | J. Feore                                                                                                                                               | 0.60 hrs. |
| 05/23/12   | Telephone call with N. Larsen, G. Mazzaferri and L. Gardner re Fox affiliation agreement status. | |
|            | M. Nagle                                                                                                                                               | 0.60 hrs. |
| 05/24/12   | Prepare and distribute revised Fox agreement (0.9); follow-up emails to  G. Mazzaferri, N. Larsen, L. Gardner and C. Sennet on non-duplication, news service and affiliation agreement  issues (0.2). | |
|            | M. Nagle                                                                                                                                               | 1.10 hrs. |
| 05/25/12   | Review revisions to Fox side letters and proposals. | |
|            | J. Feore                                                                                                                                               | 0.50 hrs. |

BILLING SUMMARY

|           | Hours |
|-----------|-------|
| FEORE     | 3.70  |

July 12, 2012                                      Page 22

Tribune Company                                    Invoice 557401

|                | |
|----------------|-------|
| WITTENSTEIN    | 0.80  |
| NAGLE          | 8.00  |
| TOTAL          | 12.50 |


Fees for Professional Services ......................................................................... $      6,972.00
Total Current Billing for This File............................................................... $      6,972.00


Total Current Billing for This Invoice............................................................ $    163,031.13

# ☒ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

Dow Lohnes PLLC
Attorneys At Law                                                                T 202.776.2000  F 202.776.2222
Washington, DC | Atlanta, GA | Norman, OK

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC 20036-6802**

July 12, 2012

Tribune Company                                                              Invoice 557401
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through May 31, 2012
FCC/Broadcast Matters
   Total Current Billing for This Invoice ........................................................... $          142,726.97

Our File # 08656.0101          For Services Through May 31, 2012
Retention and Fee Applications
   Total Current Billing for This Invoice ........................................................... $            3,420.00

Our File # 08656.0104          For Services Through May 31, 2012
Broadcast Contracts
   Total Current Billing for This Invoice ........................................................... $            9,912.16

Our File # 08656.0104:001          For Services Through May 31, 2012
Fox and Network Agreements
   Total Current Billing for This Invoice ........................................................... $            6,972.00

   Total Current Billing for This Invoice ........................................................... $          163,031.13

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## MAY 1 - MAY 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 1,020.40 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 108.10 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 1.50 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 21.75 |
| Lexis Research Service | Lexis | 0.00 |
| Research Service | Westlaw | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | Lasership - FCC | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | BIA | 0.00 |
| Postage | | 102.32 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 2.54 |
| Telephone Tolls | | 20.52 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |

**Total**                                                    **1,277.13**

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.