**EXHIBIT A**

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 27, 2012

**Invoice No. 1376482**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

Total This Invoice                                       $         802.40

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 27, 2012

**Invoice No. 1376482**

Client/Matter:  09721775-0007

Roberto Rivera

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/07/12 | J. Klenk | 0.30 | L310 | | Conference with K. Rodriguez re: discovery (.2); review draft letter re: discovery (.1) |
| 03/07/12 | K. Rodriguez | 0.90 | L390 | | Review prior discovery case management orders entered by court (.2); Call ███████ ██████████ (.3); Draft letter to Plaintiff's counsel regarding overdue discovery (.4). |
| 03/08/12 | J. Klenk | 0.20 | L310 | | Email K. Rodriguez re: discovery default (.2). |
| 03/09/12 | J. Klenk | 0.10 | L310 | | Email re: plaintiff's request for extension of discovery (.1). |
| 03/23/12 | J. Klenk | 0.10 | L310 | | Email K. Rodriguez re: discovery (.1). |

| | | | |
|---|---|---|---|
| Total Hours | | 1.60 | |
| Fee Amount | | | $756.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.70 | $455.00 |
| K. Rodriguez | $335.00 | 0.90 | $301.50 |
| Totals | | 1.60 | $756.50 |

2

Roberto Rivera

April 27, 2012

Matter: 09721775-0007
Invoice No.: 1376482

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 2/7/2012 | Delivery - - | COMET MESSENGER SERVICE, INC. Raymond Figueroa | 34.60 |
| 2/7/2012 | Delivery - - | COMET MESSENGER SERVICE, INC. Armand Andry | 11.30 |
| | | SUBTOTAL | 45.90 |
| | Total Disbursements | | $45.90 |

| | | |
|---|---|---|
| Fee Total | $ | 756.50 |
| Disbursement Total | $ | 45.90 |
| Invoice Total | $ | 802.40 |

# SNR DENTON 급

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

April 26, 2012

**Invoice No. 1376486**

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504

· Payment Due Upon Receipt

Total This Invoice                                    $           260.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

April 26, 2012

**Invoice No. 1376486**

Client/Matter:  09721775-0018

EDDIE JOHNSON
0000001504

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/01/12 | J. Klenk | 0.20 | L120 | | Confer with K. Flax regarding ██. |
| 03/13/12 | J. Klenk | 0.20 | L160 | | Update litigation log (.1); teleconference K. Flax re: ██ ██ (.1). |

| Total Hours | | 0.40 | | | |

Fee Amount                                                                $260.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.40 | $260.00 |
| Totals | | 0.40 | $260.00 |

| | | |
|---|---|---|
| Fee Total | $ | 260.00 |
| Invoice Total | $ | 260.00 |

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

April 26, 2012

**Invoice No. 1376484**

Client/Matter: 09721775-0011

Citation to Discover Assets

Payment Due Upon Receipt

---

Total This Invoice                                    $        810.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

April 26, 2012

**Invoice No. 1376484**

Client/Matter:   09721775-0011

Citation to Discover Assets

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/08/12 | J. Gutman Mann | 1.50 | L210 | | Draft Response re: Citation to Discover Assets and Rider |

| | | |
|---|---|---|
| Total Hours | 1.50 | |
| Fee Amount | | $810.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Gutman Mann | $540.00 | 1.50 | $810.00 |
| Totals | | 1.50 | $810.00 |

| | | |
|---|---|---|
| Fee Total | $ | 810.00 |
| Invoice Total | $ | 810.00 |

2

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

April 27, 2012

**Invoice No. 1376485**

Client/Matter: 09721775-0012

Reporter's Subpoena - Annie Sweeney

Payment Due Upon Receipt

Total This Invoice                                          $        4,714.10

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

April 27, 2012

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

**Invoice No. 1376485**

Client/Matter: 09721775-0012

Reporter's Subpoena - Annie Sweeney

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/28/12 | J. Klenk | 0.10 | Email K. Rodriguez re: motion to quash (.1). |
| 3/1/12 | J. Klenk | 0.10 | Confer K. Flax regarding motion to quash. |
| 3/2/12 | K. Rodriguez | 4.20 | Draft and revise brief in support of motion to quash trial subpoena to A. Sweeney (4.0); Review correspondence from and to Plaintiff's counsel regarding motion (.2). |
| 3/3/12 | J. Klenk | 0.50 | E-mail K. Rodriguez regarding draft (.1); e-mail K. Flax regarding draft affidavit and revise same (.1); revise motion to quash and reconsider (.3). |
| 3/5/12 | J. Klenk | 0.10 | E-mail K. Flax affidavit (.1). |
| 3/5/12 | K. Rodriguez | 1.40 | Revise motion to quash subpoena per J. Klenk's edits. |
| 3/7/12 | L. Sam | 0.30 | Obtained case from LexisNexis for Kristen Rodriguez. |
| 3/7/12 | J. Klenk | 0.30 | Conference with K. Rodriguez (.1); review motion to quash (.2). |
| 3/7/12 | K. Rodriguez | 1.50 | Review and revise memorandum in support of motion to quash. |
| 3/12/12 | J. Klenk | 0.10 | Teleconference with K. Flax re: service (.1). |
| 3/13/12 | J. Klenk | 0.40 | Teleconference with K. Flax re: Attorney Sinson (.1); teleconferences with Kent Sinson (.1); fax from K. Sinson re: certificate of service, deposition notice (.2). |
| 3/14/12 | J. Klenk | 0.20 | Teleconference with K. Sinson re: sanctions motion (.1); teleconference with K. Rodriguez re: revise brief (.1). |
| 3/14/12 | K. Rodriguez | 0.50 | Revise motion to quash (.3); Review correspondence from opposing counsel and conference with J. Klenk regarding same (.2). |
| 3/15/12 | J. Klenk | 0.20 | Review amended motion (.1); fax from K. Sinson (.1). |
| 3/19/12 | K. Rodriguez | 0.50 | Revise motion and brief in support of motion to quash to remove request for sanctions. |
| 3/20/12 | K. Rodriguez | 0.90 | Attend hearing on motion to compel and for reconsideration (.7); Draft update regarding same (.2). |
| 3/20/12 | J. Klenk | 0.10 | Teleconference with K. Rodriguez re: K. Sinson (.1). |

2

Reporter's Subpoena - Annie Sweeney

April 27, 2012

Matter: 09721775-0012
Invoice No.: 1376485

| Total Hours | 11.40 | |
|---|---|---|
| Fee Amount | | $4,426.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 2.10 | $1,365.00 |
| K. Rodriguez | $335.00 | 9.00 | $3,015.00 |
| L. Sam | $155.00 | 0.30 | $46.50 |
| Totals | | 11.40 | $4,426.50 |

## DISBURSEMENT DETAIL

| Date | Description | | | Amount |
|---|---|---|---|---|
| | Document reproduction | | | 68.10 |
| | | | SUBTOTAL | 68.10 |
| 3/6/2012 | Outside Duplicating - - | DOCKET PETTY CASH Check #12501 | | 13.50 |
| 3/7/2012 | Outside Duplicating - - | DOCKET PETTY CASH Check #12505 | | 206.00 |
| | | | SUBTOTAL | 219.50 |
| | Total Disbursements | | | $287.60 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 4,426.50 |
| Disbursement Total | $ | 287.60 |
| Invoice Total | $ | 4,714.10 |

3

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

April 27, 2012

**Invoice No. 1376489**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

Total This Invoice                              $        9,223.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

April 27, 2012

**Invoice No. 1376489**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/08/12 | N. Spears | 0.50 | L120 | | Read email, letter from lawyer and new story on Diversey arrest (.40); email and call to K. Flax re: same (.10). |
| 03/09/12 | N. Spears | 1.00 | L120 | | Phone conference w/K. Flax re: analysis of arrest report issues and request for retraction (.30); read email re: same and analyze report (.20); email w/K. Flax re: same and letter to lawyer (.20); read and respond to email re: C. Tabet and priest story (.30). |
| 03/12/12 | N. Spears | 1.00 | L120 | | Review correspondence and juvenile records statute and draft letter to plaintiffs counsel regarding Ryan diversey article and request for retraction (.90); email to K. Flax re: same (.10). |
| 03/13/12 | N. Spears | 0.80 | L120 | | Read and analyze email re: Diversey story and issues for change to story (.30); phone conference w/K. Flax re: same and edits to letter to Diversey's counsel re: same (.50). |
| 03/16/12 | N. Spears | 0.20 | L120 | | Email re: J. Hudson trial. |
| 03/19/12 | S. Fifer | 1.10 | L110 | | Emails to various re letter to Judge Burns concerning FB and Twitter "Handle" issue (0.20); teleconference with N. Spears (0.30); outline letter to Judge Burns re access issue (0.60). |

EDITORIAL-GENERAL
0000001492

April 27, 2012

Matter: 09721775-1003
Invoice No.: 1376489

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/19/12 | N. Spears | 1.00 | L120 | | Various phone conferences and email w/D. Dunn, D. Craven and S. Fifer re: Hudson trial credentials issue (.50); email and call to M. O'Connor re: same (.30); call w/E. Rhee Lee re: Judge Charles Burns (.20). |
| 03/19/12 | K. Rodriguez | 1.50 | L120 | | Confer with S. Fifer regarding letter to court for Jennifer Hudson family murder trial (.2); Review correspondence regarding same (.1), Draft letter to court objecting to disclosure of reporters' social networking handles (1.2). |
| 03/20/12 | N. Spears | 1.00 | L120 | | Phone conferences w/M. Richardson re: HB4032 - search warrants (.40); phone conference w/D. Craven re: same (.30); further follow up on Hudson trial credentials issue, including email and phone call to M. O'Connor (.30). |
| 03/20/12 | S. Fifer | 1.00 | L110 | | Review and revise draft letter to Judge Burns re blackberries. |
| 03/26/12 | N. Spears | 0.50 | L120 | | Phone conference and email w/K. Flax re: Hudson trial and other updates (.50). |
| 03/27/12 | N. Spears | 1.30 | L120 | | Prepare for and phone conference w/K. Flax and M. O'Connor et al re: Hudson trial (.50); conference w/K. Rodriguez re: drafting letter to Judge (.40); phone conference and email w/K. Flax re: grandmother surrogate book issues and letter to publisher. |
| 03/27/12 | K. Rodriguez | 0.50 | L120 | | Confer with N. Spears regarding goals of letter to judge presiding over W. Balfour (Jennifer Hudson family) trial regarding ███████████. |

EDITORIAL-GENERAL
0000001492

April 27, 2012

Matter: 09721775-1003
Invoice No.: 1376489

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/28/12 | K. Rodriguez | 1.30 | L120 | | Draft and revise letter to court regarding use of technology by reporters in W. Balfour trail (1.1); Research ███████ ███████████████ (.2). |
| 03/28/12 | N. Spears | 2.50 | L120 | | Edit letter to Judge Burns re: Hudson trial (.70); email re: same (.10); draft letter to publisher re: grandmother surrogate story and internet research in connection with same as to original story and as to publisher (1.40); email to K. Flax re: same (.30). |
| 03/29/12 | S. Fifer | 0.40 | L120 | | Revise letter to Judge Burns re People v. Balfour. |
| 03/29/12 | N. Spears | 1.60 | L120 | | Further revise letter to Judge Burns re: Hudson trial and email to K. Flax re: same (1.20); review related material re: trial and re: social media and jurors from K. Flax(.40). |

| | |
|---|---|
| Total Hours | 17.20 |
| Fee Amount | $9,223.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 11.40 | $6,555.00 |
| S. Fifer | $625.00 | 2.50 | $1,562.50 |
| K. Rodriguez | $335.00 | 3.30 | $1,105.50 |
| Totals | | 17.20 | $9,223.00 |

| | | |
|---|---|---|
| Fee Total | $ | 9,223.00 |
| Invoice Total | $ | 9,223.00 |

4

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO MAGAZINE
ATTN:  KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 27, 2012

**Invoice No. 1376491**

Client/Matter: 09803290-0005

Lee Wonjung Clara Subpoena

Payment Due Upon Receipt

---

Total This Invoice                          $          876.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

April 27, 2012

CHICAGO MAGAZINE
ATTN:  KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

**Invoice No. 1376491**

Client/Matter:  09803290-0005

Lee Wonjung Clara Subpoena

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/01/12 | K. Rodriguez | 0.10 | L120 | | Call with reporter B. Smith regarding testimony and next steps in preparation for testimony. |
| 03/01/12 | N. Spears | 0.30 | L120 | | Email w/K. Flax re: B. Smith testimony (.20); call to B. Smith re: same (.10). |
| 03/02/12 | K. Rodriguez | 0.50 | L120 | | Call with reporter B. Smith regarding potential trial testimony and preparation for same (.2); Confer with N. Spears regarding ▮▮▮▮▮ next steps (.1); Correspondence with K. Flax regarding next steps for preparation for potential testimony (.2). |
| 03/05/12 | K. Rodriguez | 0.50 | L120 | | Review defendants' responses to requests for admission (.3); Correspondence with K. Flax and B. Smith regarding next steps in light of same (.2). |
| 03/06/12 | K. Rodriguez | 0.80 | L120 | | Correspondence and calls with B. Smith ▮▮▮▮▮ (.4); Review ▮▮▮▮▮ (.3); Call with opposing counsel regarding status of trial date (.1). |
| 03/12/12 | K. Rodriguez | 0.20 | L120 | | Correspondence regarding new trial date with plaintiff's counsel and B. Smith. |

Total Hours                 2.40

Fee Amount                                                                              $876.00

2

Lee Wonjung Clara Subpoena

April 27, 2012

Matter: 09803290-0005
Invoice No.: 1376491

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 0.30 | $172.50 |
| K. Rodriguez | $335.00 | 2.10 | $703.50 |
| Totals | | 2.40 | $876.00 |

| | | |
|---|---|---|
| Fee Total | $ | 876.00 |
| Invoice Total | $ | 876.00 |

# SNR DENTON ᴚ

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

April 27, 2012

**Invoice No. 1376487**

Client/Matter: 09721775-0070

CIRCULATION

Payment Due Upon Receipt

Total This Invoice                                        $        671.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

April 27, 2012

**Invoice No. 1376487**

Client/Matter:  09721775-0070

CIRCULATION

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/09/12 | N. Henry | 0.80 | L120 | | Locate Skokie ordinances dealing with handbills, distribution of marketing materials and newspaper distribution for James Klenk |
| 02/21/12 | N. Henry | 1.50 | L120 | | Determine ███████████████████████ |
| 03/16/12 | L. Bruno | 0.30 | L120 | | Correspondence with T. Olin (Skokie) and correspondence with K. Flax and J. Jensen. |

Total Hours    2.60

Fee Amount                                                                $671.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. Bruno | $590.00 | 0.30 | $177.00 |
| N. Henry | $215.00 | 2.30 | $494.50 |
| Totals | | 2.60 | $671.50 |

| | | | |
|--|--|--|--|
| Fee Total | $ | 671.50 | |
| Invoice Total | $ | 671.50 | |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

April 26, 2012

**Invoice No. 1376483**

Client/Matter: 09721775-0009

Cheryl Naedler

Payment Due Upon Receipt

Total This Invoice                         $        28,039.20

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

April 26, 2012

**Invoice No. 1376483**

Client/Matter:  09721775-0009

Cheryl Naedler

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/28/12 | J. Klenk | 0.80 | L110 | | Teleconference K. Staba, M. Weinstein ███████ (.2); conference M. Weinstein ████████ (.3); teleconference M. Weinstein ██████ (.3). |
| 02/29/12 | J. Klenk | 0.40 | L120 | | Teleconference with M. ████████ (.2); teleconference with K. Staba ██ (.2). |
| 03/01/12 | M. Weinstein | 1.80 | L120 | | Review case law and pleadings in analogous cases (1.20); confer with Jim Klenk ████████ (.60). |
| 03/01/12 | J. Klenk | 2.50 | L120 | | Meeting with K. Flax ████ (.6); confer M. Weinstein ███████ (.6); ██████ (.3); review K. Staba memo ████ (.3); conference K. Staba ███ (.3); teleconference D. MacGregor ████ (.2); teleconference with M. Weinstein ████ (.2). |
| 03/01/12 | K. Staba | 3.00 | L120 | | Finalize research relating to additional research questions raised by M. Weinstein and J. Klenk (2.0); prepare summary and analysis of same for J. Klenk (.8); ███████ |

2

Cheryl Naedler

April 26, 2012

Matter: 09721775-0009
Invoice No.: 1376483

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/02/12 | K. Staba | 0.70 | L120 | | Read and review ███████ (.5); summarize and discuss with J. Klenk (.2). |
| 03/02/12 | M. Weinstein | 0.40 | L120 | | Confer Justine Margolis (.20); review draft memo and call Jim Klenk re: same (.20). |
| 03/02/12 | J. Klenk | 1.70 | L120 | | Draft ████ memo K. Flax (1.1); confer M. Weinstein (.2) e-mail M. Weinstein (.1); teleconference with M. Weinstein (.1); confer K. Staba ████ (.2). |
| 03/02/12 | J. Margolis | 0.20 | L160 | | Telephone conference with M. Weinstein on research assignment ███████ |
| 03/03/12 | J. Klenk | 0.40 | L120 | | Revisions to ████ memo (.3); e-mails M. Weinstein (.1). |
| 03/03/12 | M. Weinstein | 0.90 | L120 | | Review and edit draft memo to Karen Flax. |
| 03/05/12 | J. Klenk | 0.20 | L120 | | E-mail K. Flax ████ (.1); e-mail D. MacGregor (.1). |
| 03/07/12 | K. Staba | 0.60 | L250 | | Discuss deadline for response with J. Klenk (.1); call with opposing counsel (.2); draft and prepare Agreed Order for filing (.3). |
| 03/07/12 | J. Klenk | 0.10 | L250 | | Conference with K. Staba re: extension (.1) |
| 03/08/12 | J. Klenk | 0.10 | L250 | | Email K. Staba re: extension (.1). |
| 03/08/12 | M. Weinstein | 0.20 | L160 | | ███████ |

3

Cheryl Naedler

April 26, 2012

Matter: 09721775-0009
Invoice No.: 1376483

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/08/12 | J. Margolis | 0.50 | L160 | | Research |
| 03/12/12 | J. Klenk | 0.20 | L240 | | Teleconference with K. Staba (.1); teleconference with M. Weinstein (.1). |
| 03/13/12 | J. Klenk | 0.40 | L240 | | Teleconference with K. Flax (.2); teleconference with K. Staba (.1); update litigation log (.1). |
| 03/14/12 | J. Klenk | 0.50 | L240 | | Review decision (.3); email K. Flax (.1); conference K. Staba (.1). |
| 03/14/12 | K. Staba | 4.70 | L240 | | Caselaw and treatise research (2.8); (.2); begin drafting motion (1.7). |
| 03/15/12 | K. Staba | 5.40 | L240 | | Finalize draft motion (5.2); discuss same with J. Klenk (.2). |
| 03/15/12 | J. Klenk | 0.10 | L240 | | Emails re: motion with K. Staba (.1). |
| 03/16/12 | M. Weinstein | 0.50 | L140 | | Review draft motion (.20); call with J. Klenk (.30). |
| 03/16/12 | J. Klenk | 1.50 | L240 | | Teleconference M. Weinstein (.3); conference with K. Staba re: brief (.3); review brief (.3); revise facts and intro (.6). |
| 03/16/12 | K. Staba | 2.30 | L240 | | Update draft (1.0); perform additional research (1.0); discuss same with J. Klenk (.3). |

4

Cheryl Naedler

April 26, 2012

Matter: 09721775-0009
Invoice No.: 1376483

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/18/12 | J. Klenk | 7.10 | L240 | | Review key cases ▮▮▮▮ (4.2); revise motion ▮▮▮▮ (2.9). |
| 03/18/12 | M. Weinstein | 0.40 | L140 | | Review revised draft of motion ▮ (.20); e-mail Jim Klenk (.20). |
| 03/19/12 | J. Klenk | 4.70 | L240 | | Revise and file motion ▮▮▮▮ and supporting brief (3.2); emails D. Bralow ▮▮▮ (.3); email to D. MacGregor ▮▮▮ (.3); teleconference with D. MacGregor ▮ (.2); conference K. Staba re: revisions to brief (.3). |
| 03/19/12 | K. Staba | 2.80 | L240 | | Review and revise brief for filing (2.4); discuss same with J. Klenk (.2); finalize brief for filing (.2). |
| 03/20/12 | K. Staba | 0.50 | L450 | | Attend hearing on Motions ▮▮▮▮ with J. Klenk (.5). |
| 03/20/12 | J. Klenk | 2.20 | L230 | | Appear in court on motion ▮▮▮▮ (.8); conference K. Staba (.2); teleconferences with D. Bralow ▮ (.4); teleconferences with J. Maree ▮▮▮ (.2); emails D. Bralow, J. Maree, K. Flax (.4); email D. MacGregor (.2). |
| 03/20/12 | E. Cobarrubias | 0.50 | L110 | | Research ▮▮▮▮ |
| 03/20/12 | J. Maree | 4.20 | L120 | | Research ▮▮▮▮ (2.50); draft e-mail to Mr. Klenk regarding research (.70). |
| 03/28/12 | J. Klenk | 0.20 | L120 | | Teleconference with K. Flax ▮▮▮ (.2). |

5

Cheryl Naedler

April 26, 2012

Matter: 09721775-0009
Invoice No.: 1376483

Total Hours                          52.70

Fee Amount                                                          $27,989.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 23.10 | $15,015.00 |
| M. Weinstein | $650.00 | 4.20 | $2,730.00 |
| J. Maree | $530.00 | 4.20 | $2,226.00 |
| J. Margolis | $440.00 | 0.70 | $308.00 |
| K. Staba | $380.00 | 20.00 | $7,600.00 |
| E. Cobarrubias | $220.00 | 0.50 | $110.00 |
| Totals | | 52.70 | $27,989.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 50.20 |
| | | SUBTOTAL | 50.20 |
| | Total Disbursements | | $50.20 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 27,989.00 | |
| Disbursement Total | $ | 50.20 | |
| Invoice Total | $ | 28,039.20 | |

6

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

April 27, 2012

**Invoice No. 1376490**

Client/Matter: 09803290-0004

EDITORIAL

Payment Due Upon Receipt

---

Total This Invoice                                    $        1,485.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

April 27, 2012

**Invoice No. 1376490**

Client/Matter:  09803290-0004

EDITORIAL

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/16/12 | N. Spears | 0.30 | L120 | | Email w/B. Fenner re: mob story (.10); conference w/S. Fifer re: review of same (.20). |
| 03/18/12 | S. Fifer | 1.00 | L120 | | Review, annotate, and draft article for B. Fenner re ▓▓▓▓ |
| 03/19/12 | S. Fifer | 0.50 | L120 | | Telecon Ms. Fenner re draft article ▓ (.40). Email to Ms. Fenner (.10). |
| 03/26/12 | S. Fifer | 0.60 | L120 | | Review "final" version of ▓▓▓▓ ▓▓▓▓ Email to B. Fenner re same. |

Total Hours            2.40

Fee Amount                                                              $1,485.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.30 | $172.50 |
| S. Fifer | $625.00 | 2.10 | $1,312.50 |
| Totals | | 2.40 | $1,485.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,485.00 |
| Invoice Total | $ | 1,485.00 |

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

April 26, 2012

**Invoice No. 1376492**

Client/Matter: 20010074-0001

Christopher Buchanan

Payment Due Upon Receipt

Total This Invoice                                                      $         4,091.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

April 26, 2012

**Invoice No. 1376492**

Client/Matter:  20010074-0001

Christopher Buchanan

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/28/12 | J. Klenk | 0.10 | L120 | | Message C. Sennet re: strategy (.1). |
| 02/29/12 | J. Klenk | 0.60 | L250 | | Email C. Sennet re: ▆▆▆▆▆ strategy/extension (.1); teleconference with plaintiff's counsel's office (.2); motion for extension to answer complaint (.2). |
| 03/01/12 | J. Klenk | 0.40 | L120 | | E-mail C. Sennet (.1); motion for extension (.1); teleconference plaintiff's attorney regarding extension (.2). |
| 03/02/12 | J. Klenk | 0.40 | L120 | | Fax and e-mails regarding extension (.2); e-mail C. Sennet regarding jury demand (.1) e-mail K. Staba regarding same (.1). |
| 03/02/12 | K. Staba | 0.40 | L250 | | Reviewing documents filed (.20; prepare and file appearance (.20). |
| 03/08/12 | J. Klenk | 0.20 | L190 | | Teleconference with plaintiff's counsel (.1); email re: extension (.1). |
| 03/09/12 | J. Klenk | 0.10 | L190 | | Teleconference with plaintiff's counsel (.1). |
| 03/09/12 | K. Staba | 1.00 | L450 | | Attend hearing on motion to dismiss. |
| 03/14/12 | J. Klenk | 0.10 | L120 | | Email C. Sennet re: meeting with plaintiff's attorney (.1). |
| 03/15/12 | J. Klenk | 0.10 | L110 | | Email C. Sennet re: meeting with plaintiff's counsel (.1). |
| 03/16/12 | J. Klenk | 0.10 | L120 | | Email C. Sennet re: plaintiff (.1). |

Christopher Buchanan

April 26, 2012

Matter: 20010074-0001
Invoice No.: 1376492

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/20/12 | J. Klenk | 1.30 | L160 | | Draft letter to A. Vano (.5); email A. Vano letter to C. Sennet and teleconference re: same (.3); revise A. Vano letter and review file in advance of meeting with A, Vano (.5). |
| 03/21/12 | J. Klenk | 1.70 | L160 | | Meeting with A. Vano re: ▬▬▬▬ (.6); teleconference with C. Sennet re: Vano meeting (.3); review ▬▬▬▬ (.1); letter Vano re: ▬▬ (.1); prepare for meeting with A. Vano (.6). |
| 03/30/12 | K. Staba | 0.10 | L120 | | Email J. Klenk regarding status ▬▬▬▬ |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 6.60 | | | |
| Fee Amount | | | | | $3,885.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 5.10 | $3,315.00 |
| K. Staba | $380.00 | 1.50 | $570.00 |
| Totals | | 6.60 | $3,885.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 3/2/2012 | Court Costs - - | DOCKET PETTY CASH Check #12497 | 206.00 |
| | | SUBTOTAL | 206.00 |
| | Total Disbursements | | $206.00 |

3

Christopher Buchanan

April 26, 2012

Matter: 20010074-0001
Invoice No.: 1376492

| | | |
|---|---|---|
| Fee Total | $ | 3,885.00 |
| Disbursement Total | $ | 206.00 |
| Invoice Total | $ | 4,091.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

April 23, 2012

**Invoice No. 1376016**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

---

Total This Invoice                         $        13,395.20

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⫟

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

April 23, 2012

**Invoice No. 1376016**

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/01/12 | N. Spears | 3.00 | L120 | | Prepare for adult plaintiffs' depositions. |
| 03/01/12 | K. Rodriguez | 2.60 | L330 | | Assist N. Spears for deposition of Plaintiff Speas ███████ ██████ (2.4); Correspondence with opposing counsel regarding confirmation of deposition (.2). |
| 03/02/12 | K. Rodriguez | 2.40 | L330 | | Assist N. Spears for deposition of Plaintiff Speas ████████████ |
| 03/02/12 | N. Spears | 3.80 | L120 | | Overall preparation for adult plaintiffs' depositions and specifically for K. Speas deposition (3.60); call w/L. Washburn re: same and next steps (.20). |
| 03/03/12 | N. Spears | 2.00 | L120 | | Finish overall preparation for adult plaintiffs' depositions. |
| 03/05/12 | K. Rodriguez | 0.20 | L120 | | Correspondence with Howard and Cunningham regarding status of case and upcoming depositions. |
| 03/06/12 | K. Rodriguez | 1.10 | L330 | | Prepare for plaintiffs' depositions ███ ████████ (.9); Call to opposing counsel regarding status of deposition and review of correspondence cancelling deposition (.2). |

2

JENNIFER KELLEY, ET AL.

April 23, 2012

Matter: 09723590-0013
Invoice No.: 1376016

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/06/12 | N. Spears | 0.40 | L120 | | Email from plaintiff's counsel re: cancellation of deposition (.10); conference w/K. Rodriguez re: same (.10); phone conference w/L. Washburn re: deposition cancellation and next steps (.10). |
| 03/06/12 | D. Boor | 0.50 | L140 | | Prepare video edits and clips ▮▮▮ |
| 03/07/12 | D. Boor | 0.50 | L440 | | Prepare video clips ▮▮▮▮▮▮▮▮▮ |
| 03/07/12 | N. Spears | 0.40 | L120 | | Follow up w/plaintiffs' counsel (.10); conference w/K. Rodriguez re: motion for sanctions (.30). |
| 03/07/12 | K. Rodriguez | 0.90 | L330 | | Revise outline for Kelley deposition (.2); Call with Cunningham to discuss upcoming depositions (.2). |
| 03/12/12 | N. Spears | 0.30 | L120 | | Letter from plaintiffs counsel regarding Jeff Kelly deposition (.10); conference with K. Rodriguez re: motion for sanctions and arguments for same (.20). |
| 03/13/12 | N. Spears | 0.40 | L120 | | Read and edit motion for fees. |
| 03/13/12 | K. Rodriguez | 4.50 | L250 | | Research in support of third renewed motion to compel and for fees/sanctions and dismissal (.9); Draft and revise third renewed motion to compel (3.6). |
| 03/14/12 | K. Rodriguez | 1.20 | L250 | | Correspondence with L. Washburn regarding third motion to compel and for fees and dismissal (.2); Review edits to same (.2); Revise third motion to compel (.6); Conference with N. Spears regarding preparation needed for hearing on motion (.2). |
| 03/14/12 | N. Spears | 0.70 | L120 | | Edit motion for fees and email w/L. Washburn re: same (.40); analyze and edit request for relief (.30). |
| 03/16/12 | K. Rodriguez | 0.50 | L450 | | Prepare for hearing on 3/19 by drafting timeline of plaintiffs' noncompliance with discovery schedule and reviewing key cases. |

JENNIFER KELLEY, ET AL.                                                          April 23, 2012

Matter: 09723590-0013
Invoice No.: 1376016

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/19/12 | N. Spears | 1.40 | L120 | | Attend court hearing on motion to compel and sanctions. |
| 03/19/12 | K. Rodriguez | 0.40 | L450 | | Attend hearing on motion to compel. |
| 03/24/12 | N. Spears | 0.30 | L120 | | Email w/K. Rodriguez and plaintiff's counsel re: motion to withdraw. |
| 03/26/12 | N. Spears | 0.20 | L120 | | Conference w/K. Rodriguez re: call to plaintiffs' counsel. |
| 03/28/12 | N. Spears | 0.20 | L120 | | Email w/L. Washburn re: plaintiffs' motion. |
| 03/28/12 | K. Rodriguez | 0.20 | L240 | | Follow up call with plaintiffs' counsel regarding status of motion for withdrawal and correspondence regarding same. |
| 03/29/12 | K. Rodriguez | 0.30 | L250 | | Draft letter to N. Polum inquiring into status of motion to withdraw. |
| 03/29/12 | N. Spears | 0.30 | L120 | | Edit letter to N. Pollum re: motion to withdraw (.30). |
| 03/30/12 | N. Spears | 0.30 | L120 | | Email from N. Pollum re: motion to withdraw and email w/L. Washburn and K. Rodriguez re: same (.30). |
| 03/30/12 | K. Rodriguez | 0.30 | L120 | | Correspondence with L. Washburn regarding status of plaintiffs' counsel's motion to withdraw, including review of same. |

Total Hours                           29.30

Fee Amount                                                                      $13,053.50


### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 13.70 | $7,877.50 |
| K. Rodriguez | $335.00 | 14.60 | $4,891.00 |
| D. Boor | $285.00 | 1.00 | $285.00 |
| Totals | | 29.30 | $13,053.50 |

4

JENNIFER KELLEY, ET AL.                                           April 23, 2012

Matter: 09723590-0013
Invoice No.: 1376016

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | | | 24.00 |
| | Color Copies | | |
| | | SUBTOTAL | 24.00 |
| | | | 167.70 |
| | Document reproduction | | |
| | | SUBTOTAL | 167.70 |
| | | | 4.00 |
| | Misc. Duplicating | | |
| | | SUBTOTAL | 4.00 |
| | | | (33.50) |
| 3/14/2012 | Outside Professional Services - Refund of overpayment regarding the above matter. | | |
| | | SUBTOTAL | (33.50) |
| | | | 179.50 |
| 1/25/2012 | Transcript - -      ELITE DEPOSITION SERVICES, LLC Hearing transcript | | |
| | | SUBTOTAL | 179.50 |
| | | | 0.00 |
| 3/13/2012 | WESTLAW | | 0.00 |
| 3/16/2012 | WESTLAW | | |
| | Total Disbursements | | $341.70 |

| | | | |
|------|---|---|---|
| Fee Total | $ | 13,053.50 | |
| Disbursement Total | $ | 341.70 | |
| Invoice Total | $ | 13,395.20 | |

# SNR DENTON ⫬

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN:  JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012

April 9, 2012

**Invoice No. 1371216**

Client/Matter: 09722405-0024

TRIBUNE CONTACT:  JULIE XANDERS

Payment Due Upon Receipt

---

## REDACTED COPY

Total This Invoice                                     $          1,084.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

April 9, 2012

**Invoice No. 1371216**

TRIBUNE COMPANY
ATTN:  JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012

Client/Matter:  09722405-0024

▬▬▬▬▬▬
TRIBUNE CONTACT:  JULIE XANDERS
▬▬▬

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 3/8/12 | R. Gullikson | 0.50 | Review ▬▬▬▬▬ Exhibits sent by M. Hendershot and at his request (.50). |
| 3/9/12 | R. Gullikson | 0.10 | Review summary chart ▬▬▬▬ (.10). |
| 3/9/12 | R. Gullikson | 0.10 | Review message from M. Hendershot re approach ▬ ▬▬▬ (.10). |
| 3/9/12 | R. Gullikson | 0.50 | Draft email with analysis of open issue ▬▬▬ (.50). |
| 3/9/12 | R. Gullikson | 0.30 | Call with J. Rodden re pricing and addition of scope (.30). |
| 3/9/12 | R. Gullikson | 0.20 | Follow-on call with M. Hendershot re pricing and addition of scope (.20). |

Total Hours                      1.70

Fee Amount                                                          $977.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Gullikson | $575.00 | 1.70 | $977.50 |
| Totals |  | 1.70 | $977.50 |

2

TRIBUNE CONTACT: JULIE XANDERS

April 9, 2012

Matter: 09722405-0024
Invoice No.: 1371216

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 107.00 |
| | | SUBTOTAL | 107.00 |
| | Total Disbursements | | $107.00 |

| | | |
|---|---|---|
| Fee Total | $ | 977.50 |
| Disbursement Total | $ | 107.00 |
| Invoice Total | $ | 1,084.50 |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

April 9, 2012

**Invoice No. 1371219**

Client/Matter: 09722405-0068

▬▬▬▬▬▬▬▬▬▬
TRIBUNE CONTACT: JULIE XANDERS

Payment Due Upon Receipt

**REDACTED COPY**

Total This Invoice                                                        $          1,725.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN:  JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

April 9, 2012

**Invoice No. 1371219**

Client/Matter:  09722405-0068

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
TRIBUNE CONTACT:  JULIE XANDERS

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/8/12 | R. Gullikson | 2.50 | Draft ▇▇▇ Agreement ▇▇▇▇▇▇▇ (2.50). |
| 3/9/12 | R. Gullikson | 0.50 | Complete draft of ▇▇▇▇▇ Agreement and send to Tribune (.50). |

| Total Hours | | 3.00 | |
|---|---|---|---|
| Fee Amount | | | $1,725.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 3.00 | $1,725.00 |
| Totals | | 3.00 | $1,725.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,725.00 |
| Invoice Total | $ | 1,725.00 |