**EXHIBIT A**

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

May 16, 2012

**Invoice No. 1381601**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

---

Total This Invoice                                      $         1,908.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

May 16, 2012

**Invoice No. 1381601**

Client/Matter:  09721775-0007

Roberto Rivera

For Professional Services Rendered through April 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/02/12 | K. Rodriguez | 0.10 | L120 | | Confer with J. Klenk regarding strategy for motion to compel discovery responses. |
| 04/03/12 | K. Rodriguez | 1.10 | L250 | | Draft motion to compel discovery responses and plaintiff's deposition. |
| 04/03/12 | J. Klenk | 0.20 | L250 | | Review motion to compel draft and email to K. Rodriguez (.2). |
| 04/04/12 | J. Klenk | 0.20 | L250 | | Email K. Rodriguez re: motion to compel (.1); review and comment on motion (.1). |
| 04/04/12 | K. Rodriguez | 0.50 | L350 | | Revise motion to compel (.3); Draft letter to judge enclosing courtesy copy of filing (.2). |
| 04/11/12 | J. Klenk | 0.10 | L110 | | Email K. Rodriguez re: status (.1). |
| 04/11/12 | K. Rodriguez | 0.40 | L450 | | Prepare for motion to compel hearing (.3); ███████████ |
| 04/12/12 | K. Rodriguez | 1.20 | L450 | | Attend and argue at motion to compel and case management hearing (1.); Draft update to client and J. Klenk regarding results of same (.2). |
| 04/17/12 | K. Rodriguez | 0.40 | L310 | | Review and analyze plaintiffs' discovery responses. |
| 04/27/12 | K. Rodriguez | 0.50 | L310 | | Draft 201k letter to plaintiff's counsel regarding deficient discovery responses. |
| 04/30/12 | K. Rodriguez | 0.50 | L310 | | Review plaintiff's amended interrogatory responses and documents produced (.4); Confer with J. Klenk regarding same (.1). |

Total Hours          5.20

Roberto Rivera

May 16, 2012

Matter: 09721775-0007
Invoice No.: 1381601

Fee Amount                                                                                  $1,899.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 0.50 | $325.00 |
| K. Rodriguez | $335.00 | 4.70 | $1,574.50 |
| Totals | | 5.20 | $1,899.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Document reproduction | | 8.50 |
| | | SUBTOTAL | 8.50 |
| | Total Disbursements | | $8.50 |

| | | |
|--|--|--|
| Fee Total | $ | 1,899.50 |
| Disbursement Total | $ | 8.50 |
| Invoice Total | $ | 1,908.00 |

3

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

May 16, 2012

**Invoice No. 1381561**

Client/Matter: 09721775-0073

William Balfour Access

Payment Due Upon Receipt

---

Total This Invoice                           $        2,800.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

May 16, 2012

**Invoice No. 1381561**

Client/Matter:  09721775-0073

William Balfour Access

For Professional Services Rendered through April 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 04/12/12 | N. Spears | 0.40 | L120 | | Read final letter to Judge on Hudson trial (.20); phone conference with K. Flax re: comments to same and article (.20). |
| 04/25/12 | N. Spears | 0.70 | L120 | | Phone conference and email w/K. Flax re: motion for access to 911 tape and joining w/AP and Sun Times to make motion (.30); conference w/K. Rodriguez re: drafting motion and arguments for same (.40). |
| 04/25/12 | K. Rodriguez | 1.60 | L250 | | Draft motion for access to 911 tape admitted into evidence in Balfour trial. |
| 04/26/12 | K. Rodriguez | 3.30 | L250 | | Revise motion for access to 911 tape admitted into evidence (1.6); Correspondence regarding same with counsel for AP and Sun Times (.2); Assist in preparations for hearing on motion by summarizing case law and preparing argument outline (1.5). |
| 04/26/12 | N. Spears | 1.60 | L120 | | Various phone conferences and emails w/K. Flax, K. Kaiser, D. Dunn re: motion for access (.70); edit and review finals of same and key case law (.90). |
| 04/27/12 | N. Spears | 3.50 | L120 | | Preparation for and attend court hearing on 911 tape. |
| 04/27/12 | K. Rodriguez | 2.90 | L450 | | Attend hearing on motion for access to 911 tape (2.5); Draft update regarding results of same (.4). |
| 04/30/12 | K. Rodriguez | 2.30 | L450 | | Attend hearing on motion for access to 911 tape (2.0); Draft letter to Media Law Reporter regarding same (.3). |

William Balfour Access

May 16, 2012

Matter: 09721775-0073
Invoice No.: 1381561

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/30/12 | N. Spears | 3.00 | L120 | | Travel to and attend court proceeding on Hudson 911 tape access motion (2.6); read opinion (.40). |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 19.30 | | | |
| Fee Amount | | | | | $2,800.00 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 2,800.00 |
| Invoice Total | $ | 2,800.00 |

3

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

May 16, 2012

**Invoice No. 1381604**

Client/Matter: 09721775-0072

SRI Systems Research Citation

Payment Due Upon Receipt

Total This Invoice         $     1,766.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

May 16, 2012

**Invoice No. 1381604**

Client/Matter:  09721775-0072

SRI Systems Research Citation

For Professional Services Rendered through April 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 04/02/12 | J. Klenk | 0.10 | L120 | | SRI: Teleconference and email L. Davis re: citation (.1). |
| 04/02/12 | L. Davis | 0.60 | L190 | | Review Rule to Show Cause (.20); conference with Plaintiff's counsel re hearing on Rule to Show Cause (.30); draft correspondence to K. Flax re case status (.10). |
| 04/03/12 | L. Davis | 0.50 | L190 | | Draft appearance and proposed agreed order. |
| 04/04/12 | L. Davis | 0.20 | L190 | | Conference with M. Matek re entry of agreed order. |
| 04/25/12 | L. Davis | 0.20 | L190 | | Follow-up on status of information for citation to discover assets. |
| 04/27/12 | L. Davis | 0.60 | L190 | | Conference call with K. Flax re: response to citation to discover assets (.2); draft response to citation to discover assets (.4). |
| 04/30/12 | L. Davis | 0.50 | L190 | | Finalize Answer to Citation to Discover Assets. |

Total Hours      2.70

Fee Amount                                                              $1,560.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 0.10 | $65.00 |
| L. Davis | $575.00 | 2.60 | $1,495.00 |
| Totals | | 2.70 | $1,560.00 |

SRI Systems Research Citation

May 16, 2012

Matter: 09721775-0072
Invoice No.: 1381604

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/3/2012 | Court Costs - - | DOCKET PETTY CASH Check #12545 | 206.00 |
| | | SUBTOTAL | 206.00 |
| | Total Disbursements | | $206.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,560.00 |
| Disbursement Total | $ | 206.00 |
| Invoice Total | $ | 1,766.00 |

3

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

May 16, 2012

**Invoice No. 1381603**

Client/Matter: 09721775-0012

Reporter's Subpoena - Annie Sweeney

Payment Due Upon Receipt

Total This Invoice                                         $        1,853.65

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

May 16, 2012

**Invoice No. 1381603**

Client/Matter:  09721775-0012

Reporter's Subpoena - Annie Sweeney

For Professional Services Rendered through April 30, 2012:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/2/12 | K. Rodriguez | 0.40 | Review and analyze plaintiff's response brief in opposition to motion to quash subpoena to A. Sweeney (.3); Confer with plaintiff's counsel regarding service of response brief (.1). |
| 4/6/12 | K. Rodriguez | 1.50 | Draft reply brief in support of motion to quash. |
| 4/9/12 | K. Rodriguez | 0.40 | Draft letter to judge with courtesy copies (.2); revise reply brief before finalizing and filing (.2). |
| 4/13/12 | K. Rodriguez | 0.20 | Correspondence with chambers regarding scheduling of hearing. |
| 4/18/12 | K. Rodriguez | 2.80 | Prepare for argument on motion to quash trial subpoena (1.0); Attend and argue at motion to quash hearing (1.5); Draft update regarding results of same to K. Flax, J. Klenk, and N. Spears (.3). |

| | | |
|---|---|---|
| Total Hours | 5.30 | |
| Fee Amount | | $1,775.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| K. Rodriguez | $335.00 | 5.30 | $1,775.50 |
| Totals | | 5.30 | $1,775.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 3/19/2012 | Delivery - - | COMET MESSENGER SERVICE, INC. Sinson | 16.95 |
| 3/19/2012 | Delivery - - | COMET MESSENGER SERVICE, INC. Smith Amundsen | 16.95 |
| | | SUBTOTAL | 33.90 |
| | Document reproduction | | 14.00 |

Reporter's Subpoena - Annie Sweeney

May 16, 2012

Matter: 09721775-0012
Invoice No.: 1381603

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| | | | SUBTOTAL | 14.00 |
| 3/31/2012 | Outside Professional Services - - Law bulletin access plus Feb | LAW BULLETIN PUBLISHING CO. | | 30.25 |
| | | | SUBTOTAL | 30.25 |
| | Total Disbursements | | | $78.15 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 1,775.50 | |
| Disbursement Total | $ | 78.15 | |
| Invoice Total | $ | 1,853.65 | |

3

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

May 16, 2012

**Invoice No. 1381605**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

---

Total This Invoice                                   $        1,092.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

May 16, 2012

**Invoice No. 1381605**

Client/Matter:   09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through April 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/30/12 | N. Spears | 1.90 | L120 | | Vet article ▮▮▮▮; read letter ▮▮▮▮; draft response ▮▮▮▮; edit response ▮▮▮▮ |

| | | | |
|---|---|---|---|
| Total Hours | | 1.90 | |
| Fee Amount | | | $1,092.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.90 | $1,092.50 |
| Totals | | 1.90 | $1,092.50 |

| | | |
|---|---|---|
| Fee Total | $ | 1,092.50 |
| Invoice Total | $ | 1,092.50 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

May 16, 2012

**Invoice No. 1381606**

Client/Matter: 09803290-0004

EDITORIAL

Payment Due Upon Receipt

---

Total This Invoice                                    $          1,897.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

May 16, 2012

**Invoice No. 1381606**

Client/Matter:  09803290-0004

EDITORIAL

For Professional Services Rendered through April 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/18/12 | N. Spears | 0.40 | L120 | | Email w/K. Flax re: vetting story (.20); brief review of same (.20). |
| 04/19/12 | N. Spears | 2.50 | L120 | | Read and vet article ████ ████ (1.10); phone conference w/K. Flax re: same (1.40). |
| 04/27/12 | N. Spears | 0.40 | L120 | | Phone conferences and emails w/K. Flax ██████████. |

| | | |
|---|---|---|
| Total Hours | 3.30 | |
| Fee Amount | | $1,897.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 3.30 | $1,897.50 |
| Totals | | 3.30 | $1,897.50 |

| | | |
|---|---|---|
| Fee Total | $ | 1,897.50 |
| Invoice Total | $ | 1,897.50 |

2

# SNR DENTON 🗗

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

May 16, 2012

**Invoice No. 1381602**

Client/Matter: 09721775-0009

Cheryl Naedler

Payment Due Upon Receipt

Total This Invoice                                    $        207.10

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

May 16, 2012

**Invoice No. 1381602**

Client/Matter:  09721775-0009

Cheryl Naedler

For Professional Services Rendered through April 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/05/12 | J. Klenk | 0.10 | L110 | | Meeting K. Flax ██████████ ██████ |
| 04/09/12 | J. Klenk | 0.20 | L110 | | Emails D. Bralow ████████████ |
| Total Hours | | 0.30 | | | |
| Fee Amount | | | | | $195.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 0.30 | $195.00 |
| Totals | | 0.30 | $195.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 3/1/2012 | Delivery - - | COMET MESSENGER SERVICE, INC. Margo Weinstein | 12.10 |
| | | SUBTOTAL | 12.10 |
| | Total Disbursements | | $12.10 |

| | | | |
|------|--|--|--|
| Fee Total | $ | 195.00 | |
| Disbursement Total | $ | 12.10 | |
| Invoice Total | $ | 207.10 | |

2

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

May 16, 2012

**Invoice No. 1378237**

Client/Matter: 20010074-0001

Christopher Buchanan

Payment Due Upon Receipt

Total This Invoice                                     $        4,575.05

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

May 16, 2012

**Invoice No. 1378237**

Client/Matter:  20010074-0001

Christopher Buchanan

For Professional Services Rendered through April 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 04/02/12 | J. Klenk | 0.40 | L120 | | Emails C. Sennet (.2); teleconference with A. Vano (.2). |
| 04/03/12 | J. Klenk | 1.60 | L110 | | Draft answer (1.3); email C. Sennet (.1); conference library ████████ |
| 04/04/12 | J. Klenk | 1.40 | L120 | | Revise answer, affirmative defenses (1.1); research ████████ ████████; emails to C. Sennet re: draft answer (.1). |
| 04/05/12 | J. Klenk | 0.60 | L120 | | Email K. Staba re: answer (.2); research ████████ (.3); review C. Sennet revisions (.1). |
| 04/06/12 | J. Klenk | 0.80 | L120 | | Revise answer (.4); email C. Sennet (.2); teleconferences plaintiff's attorney (.2). |
| 04/09/12 | J. Klenk | 0.20 | L120 | | Email C. Sennet re: Judge Flanagan (.2). |
| 04/10/12 | J. Klenk | 0.10 | L120 | | Teleconference with C. Sennet re: Judge Flanagan (.1). |
| 04/11/12 | J. Klenk | 0.70 | L120 | | Teleconference with plaintiff's attorney (.2); review Judge Flanagan standing order (.2); teleconference with K. Flax re: Flanagan (.2); teleconference with C. Sennet re: Judge Flanagan (.1). |
| 04/12/12 | J. Klenk | 1.10 | L230 | | Appear before Judge Flanagan on case management conference (.8); conference plaintiff's attorney re: mediation, mediation judges (.2); emails C. Sennet (.1). |
| 04/13/12 | J. Klenk | 0.10 | L230 | | Email C. Sennet re: pretrial conference (.1). |

Christopher Buchanan

May 16, 2012

Matter: 20010074-0001
Invoice No.: 1378237

Total Hours                    7.00

Fee Amount                                                    $4,550.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 7.00 | $4,550.00 |
| Totals | | 7.00 | $4,550.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 3/1/2012 | Delivery - -    COMET MESSENGER SERVICE, INC. Santilli Law Group | | 16.95 |
| | | SUBTOTAL | 16.95 |
| | Document reproduction | | 8.10 |
| | | SUBTOTAL | 8.10 |
| | Total Disbursements | | $25.05 |

| | | |
|---|---|---|
| Fee Total | $ | 4,550.00 |
| Disbursement Total | $ | 25.05 |
| Invoice Total | $ | 4,575.05 |

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012

May 16, 2012

**Invoice No. 1381344**

Client/Matter: 09722405-0024

TRIBUNE CONTACT: JULIE XANDERS
0000001584

Payment Due Upon Receipt

## REDACTED COPY

Total This Invoice                                $        1,437.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012

May 16, 2012

**Invoice No. 1381344**

Client/Matter:  09722405-0024

████████████████
TRIBUNE CONTACT:  JULIE XANDERS
0000001584

For Professional Services Rendered through April 30, 2012:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/4/12 | R. Gullikson | 0.50 | Review ██████████████ and questions from M. Hendershot (.50). |
| 4/4/12 | R. Gullikson | 2.00 | Draft analysis re position taken in ████████ relating to ████████████ (2.0). |

| Total Hours | | 2.50 | |
|-------------|--|------|--|
| Fee Amount | | | $1,437.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Gullikson | $575.00 | 2.50 | $1,437.50 |
| Totals | | 2.50 | $1,437.50 |

| | | |
|--|--|--|
| Fee Total | $ | 1,437.50 |
| Invoice Total | $ | 1,437.50 |

2