**EXHIBIT A**

# SNR DENTON ⏺

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 20, 2012

**Invoice No. 1390167**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

---

Total This Invoice                    $        2,537.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 20, 2012

**Invoice No. 1390167**

Client/Matter:  09721775-0007

Roberto Rivera

For Professional Services Rendered through May 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/02/12 | K. Rodriguez | 0.10 | L310 | | Call to plaintiffs' counsel regarding his revised discovery responses. |
| 05/09/12 | J. Klenk | 0.30 | L110 | | Teleconference K. Rodriguez re: status (.1); draft case description for client (.2). |
| 05/10/12 | J. Collins | 0.50 | L110 | | Perform background research using Westlaw on Roberto Rivera. |
| 05/10/12 | K. Rodriguez | 2.60 | L120 | | Attend case management hearing and update J. Klenk regarding same (1.7); Review updated responses to discovery requests and indictment in criminal case (.6); Draft notice of deposition (.3). |
| 05/11/12 | J. Collins | 0.50 | L110 | | Perform background research on Roberto Rivera using Accurint and other internet resources. |
| 05/14/12 | J. Klenk | 0.20 | L330 | | Teleconference with K. Rodriguez re: deposition preparation for plaintiff (.2). |
| 05/16/12 | K. Rodriguez | 0.40 | L310 | | Review indictment produced by plaintiff. |
| 05/17/12 | K. Rodriguez | 0.20 | L310 | | Conduct factual investigation regarding plaintiff's indictment. |
| 05/17/12 | J. Klenk | 0.20 | L310 | | Teleconference with K. Rodriguez re: discovery issue (.2). |
| 05/18/12 | J. Klenk | 0.30 | L310 | | Teleconferences re: discovery with K. Rodriguez (.3). |
| 05/18/12 | K. Rodriguez | 0.90 | L390 | | Review and analyze investigation results regarding Rivera's background and pending criminal case (.6); Draft overview for J. Klenk regarding same (.3). |

2

Roberto Rivera                                                                June 20, 2012

Matter: 09721775-0007
Invoice No.: 1390167

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|------------|-------|------|----------|-----------|
| 05/23/12 | J. Klenk | 0.30 | L190 | | Teleconference K. Rodriguez re: discovery (.2); email K. Flax ████████ ████████ (.1). |
| 05/29/12 | J. Klenk | 0.10 | L110 | | Email K. Flax ██████████████ (.1). |

| Total Hours | 6.60 | |
|-------------|------|--|
| Fee Amount | | $2,537.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 1.40 | $910.00 |
| K. Rodriguez | $335.00 | 4.20 | $1,407.00 |
| J. Collins | $220.00 | 1.00 | $220.00 |
| Totals | | 6.60 | $2,537.00 |

Fee Total                    $    2,537.00

Invoice Total                $    2,537.00

3

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

June 20, 2012

**Invoice No. 1390169**

Client/Matter: 09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

Payment Due Upon Receipt

---

Total This Invoice                                            $         2,484.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

June 20, 2012

**Invoice No. 1390169**

Client/Matter:   09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

For Professional Services Rendered through May 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/24/12 | N. Spears | 0.40 | L120 | | Read 7th Cir. decision (0.2); call/email w/K. Flax re: same(0.2). |
| 05/24/12 | K. Rodriguez | 0.60 | L120 | | Review transcript and tape of oral argument to assist with Tribune statement following decision (.60). |
| 05/24/12 | G. Naron | 0.80 | L120 | | Review appellate decision (.40); teleconferences; draft summary of decision for client (.40). |
| 05/24/12 | J. Klenk | 0.70 | L120 | | Review 7th Circuit opinion (.2); teleconference N. Spears (.2); emails re: decision with K. Flax, G. Naron (.3). |
| 05/25/12 | J. Klenk | 1.20 | L120 | | Conference call K. Flax, B. Healey, D. Craven, N. Spears (.4); teleconference N. Spears re: strategy (.3); email B. Healey (.1); emails K. Flax, B. Healey, N. Spears, G. Naron re: state case (.4). |
| 05/25/12 | N. Spears | 0.70 | L120 | | Call w/D. Craven, J. Klenk, K. Flax, B. Healey re: next steps for State Court lawsuit (0.4); follow-up call with J. Klenk re: same (0.3). |

Total Hours                          4.40

Fee Amount                                                                          $2,484.50

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 1.90 | $1,235.00 |
| N. Spears | $575.00 | 1.10 | $632.50 |
| G. Naron | $520.00 | 0.80 | $416.00 |

UNIVERSITY OF ILLINOIS - FOIA MATTER

June 20, 2012

Matter: 09721775-0060
Invoice No.: 1390169

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| K. Rodriguez | $335.00 | 0.60 | $201.00 |
| Totals | | 4.40 | $2,484.50 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 2,484.50 |
| Invoice Total | $ | 2,484.50 |

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

June 20, 2012

**Invoice No. 1390170**

Client/Matter: 09721775-0072

SRI Systems Research Citation

Payment Due Upon Receipt

Total This Invoice                                    $        747.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

June 20, 2012

**Invoice No. 1390170**

Client/Matter:  09721775-0072

SRI Systems Research Citation

For Professional Services Rendered through May 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/10/12 | L. Davis | 1.30 | L120 | | Attend court hearing re: citation to discovery assets (1.20); draft e-mail to R. Flax re: outcome of hearing (.10). |
| Total Hours | | 1.30 | | | |
| Fee Amount | | | | | $747.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. Davis | $575.00 | 1.30 | $747.50 |
| Totals | | 1.30 | $747.50 |

| | | |
|---|---|---|
| Fee Total | $ | 747.50 |
| Invoice Total | $ | 747.50 |

2

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

June 20, 2012

**Invoice No. 1390171**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

Total This Invoice                                    $         6,405.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

June 20, 2012

**Invoice No. 1390171**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through May 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/01/12 | N. Spears | 1.00 | L120 | | Review and vet additional copy ▮ and various edits to letter ▮ (.60); various email and phone conferences w/K. Flax re: same (.40). |
| 05/02/12 | N. Spears | 0.50 | L120 | | Read and vet additional edits ▮ and phone conference w/. Flax re: same. |
| 05/08/12 | M. Flessner | 0.50 | L120 | | Conference with N. Spears regarding protocol in case of press arrests during NATO summit (.30); edit/responses to procedural outline (.20). |
| 05/14/12 | N. Spears | 0.70 | L120 | | Review K. Flax draft re: NATO advise and research bond issues (.50); call to M. Flessner (.20). |
| 05/14/12 | M. Flessner | 0.20 | L120 | | Conference call with N. Spears re: NATO arrest issues (.20). |
| 05/15/12 | N. Spears | 2.50 | L120 | | Vet article ▮ and review letter from attorney (.50); phone conferences and email w/K. Flax re: same (.50); review, research and edit NATO memo (.80); review Federal Privacy Protection Act and direct and review research re: same from M. Domanskis (.40); email re: same (.20); calls to T. Leinenweber and M. Monico re: potential resources for NATO arrests if needed (.30). |
| 05/15/12 | M. Domanskis | 1.20 | L110 | | Research re: Privacy Protection Act and journalist protection from search in connection with NATO preparation. |

2

EDITORIAL-GENERAL
0000001492

June 20, 2012

Matter: 09721775-1003
Invoice No.: 1390171

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/17/12 | N. Spears | 1.20 | L120 | | Phone conference w/K. Flax re: NATO arrest issues/phone call protocol/notecard (.30); phone conference w/T. Leinenweber re: same (.10); phone conference w/M. Flessner re: same (.10); email to SNR team "on call" for any NATO emergencies for Tribune (.30); draft notecard for K. Flax for reporters (.40). |
| 05/17/12 | M. Flessner | 0.40 | L120 | | Conference call with N. Spears and e-mails regarding posting bond for reporters (.10); e-mail re: same (.30). |
| 05/21/12 | M. Flessner | 0.30 | L120 | | Attention to e-mails regarding NATO developments (.30). |
| 05/24/12 | N. Spears | 1.00 | L120 | | Review correspondence, voicemail and draft letter to ███████ lawyer (.60); edit draft settlement for K. Flax re: U of I suit (.40). |
| 05/30/12 | N. Spears | 1.30 | L120 | | Review email subpoenas and coordinate response to C. Simpson subpoenas, including various phone conferences w/K. Flax re: same (1.10); conference w/K. Rodriguez re: same (.20). |
| 05/31/12 | K. Rodriguez | 0.80 | L250 | | Draft objections to document subpoena to C. Simpson pursuant to R. 45 (.6); Confer with N. Spears regarding strategy for drafting same (.2). |

Total Hours                                  11.60

Fee Amount                                                                    $6,391.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 8.20 | $4,715.00 |
| M. Flessner | $680.00 | 1.40 | $952.00 |
| K. Rodriguez | $335.00 | 0.80 | $268.00 |

3

EDITORIAL-GENERAL
0000001492

June 20, 2012

Matter: 09721775-1003
Invoice No.: 1390171

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Domanskis | $380.00 | 1.20 | $456.00 |
| Totals | | 11.60 | $6,391.00 |

### DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| 4/27/2012 | Ground Transportation NATALIE J SPEARS PARKING AT COURT ON 4/27/12 | 14.00 |
| | SUBTOTAL | 14.00 |
| | Total Disbursements | $14.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 6,391.00 |
| Disbursement Total | $ | 14.00 |
| Invoice Total | $ | 6,405.00 |

4

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

June 12, 2012

**Invoice No. 1387420**

Client/Matter: 09721775-0009

Cheryl Naedler

Payment Due Upon Receipt

---

Total This Invoice                                    $        19,346.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021·000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP                 snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY                          June 12, 2012
KAREN FLAX
435 NORTH MICHIGAN AVENUE                **Invoice No. 1387420**
CHICAGO, IL 60611

Client/Matter:  09721775-0009

Cheryl Naedler

For Professional Services Rendered through May 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/01/12 | S. Smith | 0.10 | L190 | A111 | Create shared drive in preparation of preparing case binder. |
| 05/01/12 | K. Staba | 1.20 | L240 | | Read and review responses (.6); draft summary of same for J. Klenk (.6). |
| 05/07/12 | J. Klenk | 0.10 | L110 | | Email K. Flax re: plaintiff's response (.1). |
| 05/07/12 | S. Smith | 1.40 | L190 | A111 | Review Motion to Dismiss and Responses, pull cases in preparation of creating case binder. |
| 05/08/12 | S. Smith | 3.50 | L190 | A111 | Prepare cited case binder regarding Motions to Dismiss. |
| 05/08/12 | S. Smith | 2.90 | L190 | A111 | Load cited cases into shared drive for attorney review. |
| 05/08/12 | M. Weinstein | 1.20 | L120 | | Review and assess plaintiffs' responses to 2-615 and 2-619 motions to dismiss. |
| 05/09/12 | J. Klenk | 0.70 | L160 | | Emails M. Weinstein (.1); draft case description for client (.3); review ▮▮▮▮▮▮▮ (.2); email K. Flax re: meeting (.1). |
| 05/09/12 | K. Staba | 3.00 | L240 | | Prepare reply brief in support of Section 2-615 Motion to Dismiss (3.0). |
| 05/09/12 | M. Weinstein | 0.80 | L430 | | Review 2-615 and 2-619 Motions to Dismiss and Plaintiffs' responses to same. |
| 05/10/12 | J. Klenk | 0.50 | L250 | | Review draft replies (.3); conference with M. Weinstein (.2). |
| 05/10/12 | K. Staba | 2.60 | L240 | | Finalize reply to Section 6-615 Motion (.5); prepare reply brief in support of Section 2-619 Motion to Dismiss (2.0); discuss same with J. Klenk (.1). |

.2

Cheryl Naedler

June 12, 2012

Matter: 09721775-0009
Invoice No.: 1387420

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/10/12 | M. Weinstein | 0.20 | L120 | | Confer Jim Klenk regarding strategy and motions to dismiss. |
| 05/14/12 | J. Klenk | 0.90 | L250 | | Review drafts (.4); teleconference M. Weinstein (.3); conference K. Staba (.2). |
| 05/14/12 | M. Weinstein | 8.00 | L430 | | Edit reply brief in support of 2-615 Motion to Dismiss (7.6); review 2-619 motion to dismiss, plaintiff's response and draft reply (0.4). |
| 05/15/12 | J. Klenk | 1.50 | L250 | | Comment on drafts (.3); revise 2-615 motion (.4); teleconference M. Weinstein (.2); teleconference K. Staba re: motion for class certification filing (.3); conferences K. Staba re: withdrawal of 2-619 motion (.3). |
| 05/15/12 | M. Weinstein | 3.20 | L120 | | Review 2-619 response brief, assess argument and edit reply to same (2.5); calls and e-mails regarding filing of Motion for Class ▮▮▮▮▮▮ ▮▮▮▮▮▮ (0.7). |
| 05/15/12 | K. Staba | 2.50 | L240 | | Discuss reply briefs with M. Weinstein (.2); coordinate review of court case file (.1); discuss same with M. Weinstein; cite check Section 2-615 Reply brief (2.0); call with opposing counsel regarding extension of time in which to file (.1); discuss strategy with J. Klenk (.1). |
| 05/16/12 | K. Staba | 0.40 | L240 | | Call with opposing counsel regarding withdrawal of motion (.2); send update to M. Weinstein and J. Klenk regarding filing (.1). |
| 05/16/12 | M. Weinstein | 0.20 | L120 | | Call and e-mail Katie Staba regarding withdrawal of 2-619 motion. |
| 05/16/12 | J. Klenk | 0.20 | L250 | | Teleconference and email K. Staba re: filing, withdrawal of 2-619 motion (.2). |
| 05/17/12 | M. Weinstein | 0.30 | L110 | | Review final draft of 2-615 reply brief. |
| 05/17/12 | J. Klenk | 0.50 | L240 | | File reply brief on 2-615 motion (.3); email K. Staba (.1); email K. Flax re: same (.1). |

3

Cheryl Naedler

Matter: 09721775-0009
Invoice No.: 1387420

June 12, 2012

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/17/12 | K. Staba | 0.50 | L240 | | Review final Reply brief (.4); coordinate filing of same (.1). |
| 05/18/12 | J. Klenk | 2.50 | L190 | | Conference K. Flax ███████ (.2); ████████ (1.1); email K. Flax re: filing (.1); ██████ (1.1). |
| 05/21/12 | K. Staba | 0.10 | L240 | | Email J. Klenk regarding clerk status relating to Motions to Dismiss (.1). |
| 05/23/12 | K. Staba | 0.90 | L450 | | Attend hearing (.8); send Order to J. Klenk (.1). |
| 05/23/12 | J. Klenk | 0.30 | L190 | | Email K. Flax re: case status (.1); conference K. Staba re: briefing schedule (.2). |

Total Hours                    40.20

Fee Amount

$19,346.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | | 7.20 | $4,680.00 |
| M. Weinstein | $650.00 | 13.90 | $9,035.00 |
| K. Staba | $650.00 | 11.20 | $3,696.00 |
| S. Smith | $330.00 | 7.90 | $1,935.50 |
| Totals | $245.00 | 40.20 | $19,346.50 |

Fee Total                    $    19,346.50

Invoice Total                $    19,346.50

4

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

June 20, 2012

**Invoice No. 1390172**

Client/Matter: 09803290-0004

EDITORIAL

Payment Due Upon Receipt

---

Total This Invoice                               $          230.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

June 20, 2012

**Invoice No. 1390172**

Client/Matter:  09803290-0004

EDITORIAL

For Professional Services Rendered through May 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/02/12 | N. Spears | 0.40 | L120 | | Read and vet additional copy ▮▮▮▮ ▮▮▮▮ (.20); phone conference w/K. Flax re: same (.20). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 0.40 | | |
| Fee Amount | | | | $230.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.40 | $230.00 |
| Totals | | 0.40 | $230.00 |

| | | |
|---|---|---|
| Fee Total | $ | 230.00 |
| Invoice Total | $ | 230.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

June 12, 2012

**Invoice No. 1387421**

Client/Matter: 20010074-0001

Christopher Buchanan

Payment Due Upon Receipt

---

Total This Invoice                                   $       2,275.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

June 12, 2012

**Invoice No. 1387421**

Client/Matter:  20010074-0001

Christopher Buchanan

For Professional Services Rendered through May 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/09/12 | J. Klenk | 0.70 | L230 | | Draft case description for client letter (.2); teleconference plaintiff's counsel re: status conference (.2); voicemail C. Sennet with case status (.1); prepare for status hearing (.2). |
| 05/10/12 | J. Klenk | 1.00 | L230 | | Appear before Judge Flanagan on status (.7); conferences Alfred Vano (.2); email C. Sennet (.1). |
| 05/16/12 | J. Klenk | 0.80 | L230 | | Teleconference A. Vano re: pretrial with Judge Hogan (.2); teleconference C. Sennet re: same (.2); review Judge Hogan order (.1); ▬▬▬▬▬▬▬▬▬ (.3); teleconference T. Kost re: Judge Hogan's pretrial rules (1.). |
| 05/17/12 | J. Klenk | 0.20 | L250 | | Email T. Kost re: Judge Hogan's pretrial procedure (.2). |
| 05/18/12 | J. Klenk | 0.20 | L110 | | Review ▬▬▬▬▬▬▬ case (.2). |
| 05/30/12 | J. Klenk | 0.60 | L440 | | Prepare and file pretrial memo with Judge Hogan (.6). |

Total Hours          3.50

Fee Amount                                                          $2,275.00

Christopher Buchanan

Matter: 20010074-0001
Invoice No.: 1387421

June 12, 2012

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 3.50 | $2,275.00 |
| Totals | | 3.50 | $2,275.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,275.00 |
| Invoice Total | $ | 2,275.00 |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

SUN SENTINEL
Attn: David Bralow
220 East 42nd Street
Suite 400
New York, NY 10017
USA

June 12, 2012

**Invoice No. 1387425**

Client/Matter: 09721778-0003

GENERAL ADVICE

Payment Due Upon Receipt

---

Total This Invoice                                    $        3,168.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

SUN SENTINEL
Attn: David Bralow
220 East 42nd Street
Suite 400
New York, NY 10017
USA

June 12, 2012

**Invoice No. 1387425**

Client/Matter:  09721778-0003

GENERAL ADVICE

For Professional Services Rendered through May 31, 2012:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/24/12 | C. Carr | 2.60 | Review of draft Motor Transportation Drayage Services Agreement (2.30); email correspondence with Sun Sentinel regarding related Carmack issues (0.30). |
| 5/29/12 | C. Carr | 2.20 | Follow up review of draft Agreement For Purchase of Motor Transportation Drayage Services in conjunction with Carmack requirements (1.00); phone call with client regarding the same (1.20). |
| Total Hours | | 4.80 | |
| Fee Amount | | | $3,168.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Carr | $660.00 | 4.80 | $3,168.00 |
| Totals | | 4.80 | $3,168.00 |

| | | |
|---|---|---|
| Fee Total | $ | 3,168.00 |
| Invoice Total | $ | 3,168.00 |

2

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

April 23, 2012

**Invoice No. 1376016**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

Total This Invoice                          $        13,395.20

Please return this page with your payment

In the case of mail deliveries to:           In the case of overnight deliveries to:
SNR Denton US LLP                            SNR Denton US LLP
Dept. 3078                  OR               Attention: Accounting
Carol Stream, IL 60132-3078                  233 South Wacker Drive
                                             Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

April 23, 2012

Invoice No. 1376016

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/01/12 | N. Spears | 3.00 | L120 | | Prepare for adult plaintiffs' depositions. |
| 03/01/12 | K. Rodriguez | 2.60 | L330 | | Assist N. Spears for deposition of Plaintiff Speas by identifying key documents, reviewing prior testimony of deponent, and reviewing elements for claim (2.4); Correspondence with opposing counsel regarding confirmation of deposition (.2). |
| 03/02/12 | K. Rodriguez | 2.40 | L330 | | Assist N. Spears for deposition of Plaintiff Speas by identifying and reviewing key documents and conducting factual investigation into Speas' pageant history. |
| 03/02/12 | N. Spears | 3.80 | L120 | | Overall preparation for adult plaintiffs' depositions and specifically for K. Speas deposition (3.60); call w/L. Washburn re: same and next steps (.20). |
| 03/03/12 | N. Spears | 2.00 | L120 | | Finish overall preparation for adult plaintiffs' depositions. |
| 03/05/12 | K. Rodriguez | 0.20 | L120 | | Correspondence with Howard and Cunningham regarding status of case and upcoming depositions. |
| 03/06/12 | K. Rodriguez | 1.10 | L330 | | Prepare for plaintiffs' depositions by revising outline and reviewing articles concerning controversies around baby beauty pageants for use in depositions (.9); Call to opposing counsel regarding status of deposition and review of correspondence cancelling deposition (.2). |

2

JENNIFER KELLEY, ET AL.

Matter: 09723590-0013
Invoice No.: 1376016

April 23, 2012

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/06/12 | N. Spears | 0.40 | L120 | | Email from plaintiff's counsel re: cancellation of deposition (.10); conference w/K. Rodriguez re: same (.10); phone conference w/L. Washburn re: deposition cancellation and next steps (.10). |
| 03/06/12 | D. Boor | 0.50 | L140 | | Prepare video edits and clips for deposition exhibits. |
| 03/07/12 | D. Boor | 0.50 | L440 | | Prepare video clips onto hard drive for upcoming deposition. |
| 03/07/12 | N. Spears | 0.40 | L120 | | Follow up w/plaintiffs' counsel (.10); conference w/K. Rodriguez re: motion for sanctions (.30). |
| 03/07/12 | K. Rodriguez | 0.90 | L330 | | Revise outline for Kelley deposition (.2); Call with Cunningham to discuss upcoming depositions (.2). |
| 03/12/12 | N. Spears | 0.30 | L120 | | Letter from plaintiffs counsel regarding Jeff Kelly deposition (.10); conference with K. Rodriguez re: motion for sanctions and arguments for same (.20). |
| 03/13/12 | N. Spears | 0.40 | L120 | | Read and edit motion for fees. |
| 03/13/12 | K. Rodriguez | 4.50 | L250 | | Research in support of third renewed motion to compel and for fees/sanctions and dismissal (.9); Draft and revise third renewed motion to compel (3.6). |
| 03/14/12 | K. Rodriguez | 1.20 | L250 | | Correspondence with L. Washburn regarding third motion to compel and for fees and dismissal (.2); Review edits to same (.2); Revise third motion to compel (.6); Conference with N. Spears regarding preparation needed for hearing on motion (.2). |
| 03/14/12 | N. Spears | 0.70 | L120 | | Edit motion for fees and email w/L. Washburn re: same (.40); analyze and edit request for relief (.30). |
| 03/16/12 | K. Rodriguez | 0.50 | L450 | | Prepare for hearing on 3/19 by drafting timeline of plaintiffs' noncompliance with discovery schedule and reviewing key cases. |

3

JENNIFER KELLEY, ET AL.

Matter: 09723590-0013                                                    April 23, 2012
Invoice No.: 1376016

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/19/12 | N. Spears | 1.40 | L120 | | Attend court hearing on motion to compel and sanctions. |
| 03/19/12 | K. Rodriguez | 0.40 | L450 | | Attend hearing on motion to compel. |
| 03/24/12 | N. Spears | 0.30 | L120 | | Email w/K. Rodriguez and plaintiff's counsel re: motion to withdraw. |
| 03/26/12 | N. Spears | 0.20 | L120 | | Conference w/K. Rodriguez re: call to plaintiffs' counsel. |
| 03/28/12 | N. Spears | 0.20 | L120 | | Email w/L. Washburn re: plaintiffs' motion. |
| 03/28/12 | K. Rodriguez | 0.20 | L240 | | Follow up call with plaintiffs' counsel regarding status of motion for withdrawal and correspondence regarding same. |
| 03/29/12 | K. Rodriguez | 0.30 | L250 | | Draft letter to N. Polum inquiring into status of motion to withdraw. |
| 03/29/12 | N. Spears | 0.30 | L120 | | Edit letter to N. Pollum re: motion to withdraw (.30). |
| 03/30/12 | N. Spears | 0.30 | L120 | | Email from N. Pollum re: motion to withdraw and email w/L. Washburn and K. Rodriguez re: same (.30). |
| 03/30/12 | K. Rodriguez | 0.30 | L120 | | Correspondence with L. Washburn regarding status of plaintiffs' counsel's motion to withdraw, including review of same. |

Total Hours                          29.30

Fee Amount                                                                $13,053.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $575.00 | 13.70 | $7,877.50 |
| K. Rodriguez | $335.00 | 14.60 | $4,891.00 |
| D. Boor | $285.00 | 1.00 | $285.00 |
| Totals | | 29.30 | $13,053.50 |

4

JENNIFER KELLEY, ET AL.

Matter: 09723590-0013
Invoice No.: 1376016

April 23, 2012

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|-----|--------|
| | Color Copies | | 24.00 |
| | | SUBTOTAL | 24.00 |
| | Document reproduction | | 167.70 |
| | | SUBTOTAL | 167.70 |
| | Misc. Duplicating | | 4.00 |
| | | SUBTOTAL | 4.00 |
| 3/14/2012 | Outside Professional Services - Refund of overpayment regarding the above matter. | | (33.50) |
| | | SUBTOTAL | (33.50) |
| 1/25/2012 | Transcript - - ELITE DEPOSITION SERVICES, LLC Hearing transcript | | 179.50 |
| | | SUBTOTAL | 179.50 |
| 3/13/2012 | WESTLAW | | 0.00 |
| 3/16/2012 | WESTLAW | | 0.00 |
| | Total Disbursements | | $341.70 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 13,053.50 |
| Disbursement Total | $ | 341.70 |
| Invoice Total | $ | 13,395.20 |

5