# **EXHIBIT A**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER    10164

THE TRIBUNE COMPANY                                       APRIL 30, 2012
435 NORTH MICHIGAN AVENUE                                 INVOICE # 9227599
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

## FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2012                                               $ 920.00

DISBURSEMENTS                                                          $0.00

                                        TOTAL INVOICE                $ 920.00

LAW OFFICES                                                  Page 1
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY                                INVOICE # 9227599
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

APRIL 30, 2012

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2012

FEE APPLICATION                                    MATTER NUMBER- 10164

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 3/2/2012 | MXP | 0.80 | { L140 } {A111} Reviewed invoices to prepare Excel chart of September 2011 to November 2011 time for the Trustee. | 144.00 |
| 3/16/2012 | LSR | 1.40 | { L210 } {A103} Drafted response to Fee Examiner re Tenth Interim Fee Application. | 679.00 |
| 3/26/2012 | LSR | 0.20 | { L210 } {A103} Finalized Excel spreadsheet for September to November for Fee Examiner. | 97.00 |
|  |  | 2.40 | PROFESSIONAL SERVICES | $ 920.00 |

**INVOICE TOTAL**                                           **$ 920.00**


SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LANDON S. RAIFORD | 1.60 | 485.00 | 776.00 |
| MARC A. PATTERSON | .80 | 180.00 | 144.00 |
| TOTAL | 2.40 |  | $ 920.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10164

THE TRIBUNE COMPANY                            MAY 31, 2012
435 NORTH MICHIGAN AVENUE                  INVOICE # 9229941
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

**FEE APPLICATION**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2012 | $ 774.50 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $ 774.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9229941

MAY 31, 2012

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2012

FEE APPLICATION                                                         MATTER NUMBER- 10164

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 4/10/2012 | LSR | 0.40 | { L210 } {A103} Drafted December to February fee application. | 194.00 |
| 4/11/2012 | LSR | 0.40 | { L210 } {A103} Drafted 13th Quarterly fee application. | 194.00 |
| 4/12/2012 | MXP | 0.80 | { L210 } {A103} Prepared exhibits for Jenner's monthly fee application. | 144.00 |
| 4/13/2012 | LSR | 0.20 | { L210 } {A103} Edited 13th Quarterly fee application. | 97.00 |
| 4/23/2012 | LSR | 0.30 | { L210 } {A103} Reviewed fee examiner report re 9th Quarterly fee application. | 145.50 |
| | | 2.10 | PROFESSIONAL SERVICES | $ 774.50 |

**INVOICE TOTAL**                                                                    $ 774.50

Page 2

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LANDON S. RAIFORD | 1.30 | 485.00 | 630.50 |
| MARC A. PATTERSON | .80 | 180.00 | 144.00 |
| TOTAL | 2.10 | | $ 774.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554