# EXHIBIT A

# FEE SUMMARY

## SUMMARY OF PROFESSIONAL FEES FROM
## MARCH 1, 2012 THROUGH MAY 31, 2012

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Seth D. Berlin | Partner<br>First Amendment Litigation<br>Admitted 1991 | $455.00 | 2.20 | $1,001.00 |
| Jay Ward Brown | Partner<br>First Amendment Litigation<br>Admitted 1992 | $455.00 | 1.30 | $591.50 |
| Robert Penchina | Partner<br>First Amendment Litigation<br>Admitted 1989 | $455.00 | 4.50 | $2,047.50 |
| Nathan E. Siegel | Partner<br>First Amendment Litigation<br>Admitted 1992 | $455.00 | 1.60 | $728.00 |
| Gayle C. Sproul | Partner<br>First Amendment Litigation<br>Admitted 1983 | $455.00 | 5.30 | $2,411.50 |
| Thomas Curley | Partner<br>First Amendment Litigation<br>Admitted 2000 | $430.00 | .60 | $258.00 |
| Chad R. Bowman | Partner<br>First Amendment Litigation<br>Admitted 2003 | $430.00 | 34.10 | $14,663.00 |
| Shaina D. Jones | Associate<br>First Amendment Litigation<br>Admitted 2009 | $335.00 | 16.80 | $5,628.00 |
| Scott Bailey | Paralegal<br>First Amendment Litigation<br>N/A | $195.00 | .30 | $58.50 |

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Jennifer Pinkerton-Burke | Paralegal<br>First Amendment Litigation<br>N/A | $195.00 | 4.70 | $916.50 |
| **TOTALS** | | | 71.40 | $28,303.50 |
| **BLENDED RATE** | | | | 396.40 |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD MARCH 1, 2012 THROUGH MAY 31, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Mitchell v. Baltimore Sun | .60 | $258.00 |
| Tribune-General | 5.90 | $2,606.50 |
| Tribune-Henke | 1.60 | $728.00 |
| Tribune-Fee Application | 21.30 | $7,129.50 |
| LA Times Access | 42.00 | $17,581.50 |
| **TOTALS** | 71.40 | $28,303.50 |

# EXHIBIT B

# EXPENSE SUMMARY

### EXPENSE SUMMARY FOR THE PERIOD
### MARCH 1, 2012 THROUGH MAY 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses | Time Keeper |
|---|---|---|---|
| Filing Fees | U.S. Copyright Office | $385.00 | Robert Penchina |
| Travel of C. Bowman to Wilmington, DE | N/A | $221.91 | Chad R. Bowman |
| Local Counsel Fees | N/A | $5,320.60 | Chad R. Bowman |
| **TOTALS** | | **$5,927.51** | |