# Attachment A

## FEE SUMMARY FOR THE QUARTERLY PERIOD FROM
## SEPTEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chris E. Abbinante | Partner/ Corporate/ 14 years. Admitted 1997. | $825 | 33.70 | $27,802.50 |
| Suresh T. Advani | Partner/ Tax/ 19 years. Admitted 1992. | $875 | 14.50 | $12,687.50 |
| Richard W. Astle | Partner/ Corporate/ 31 years. Admitted 1980. | $775 | 11.70 | $9,067.50 |
| Larry A. Barden | Partner/ Corporate/ 29 years. Admitted 1982. | $900 | 86.70 | $78,030.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 34 years. Admitted 1977. | $850 | 204.00 | $173,400.00 |
| Steven M. Bierman | Partner/ Litigation/ 34 years. Admitted 1977. | $950 | 6.20 | $5,890.00 |

---

[1] Hourly Billing Rates reflected herein are those rates in effect as of January 1, 2011.

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Donald E. Bingham | Partner/ Banking/ 13 years. Admitted 1998. | $700 | 2.70 | $1,890.00 |
| Kevin F. Blatchford | Partner/ Corporate/ 25 years. Admitted 1986. | $750 | 4.10 | $3,075.00 |
| Jessica C.K. Boelter | Partner/ Bankruptcy/ 9 years. Admitted 2002. | $700 | 433.50 | $299,775.00 |
| Frank J. Broccolo | Partner/ Litigation/ 11 years. Admitted 2000. | $650 | 3.70 | $2,405.00 |
| James N. Cahan | Partner/ Environmental/ 35 years. Admitted 1976. | $675 | 3.00 | $2,025.00 |
| James F. Conlan | Partner/ Bankruptcy/ 23 years. Admitted 1988. | $975 | 261.00 | $254,475.00 |
| Stephen G. Contopulos | Partner/ Litigation/ 39 years. Admitted 1972. | $775 | 7.10 | $5,502.50 |
| Michael W. Davis | Partner/ Litigation/ 36 years. Admitted 1975. | $825 | 5.90 | $4,867.50 |

2

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James W. Ducayet | Partner/ Litigation/ 15 years. Admitted 1996. | $750 | 8.30 | $6,225.00 |
| Robert A. Ferencz | Partner/ Employee Benefits/ 38 years. Admitted 1973. | $750 | 6.60 | $4,950.00 |
| Max C. Fischer | Partner/ Employment/ 16 years. Admitted 1995. | $650 | 18.20 | $11,830.00 |
| Ronald S. Flagg | Partner/ Litigation/ 30 years. Admitted 1981. | $700 | 8.00 | $5,600.00 |
| Cliff Fonstein | Partner/ Litigation/ 17 years. Admitted 1994. | $775 | 0.50 | $387.50 |
| Lawrence R. Fullerton | Partner/ Litigation/ 33 years. Admitted 1978. | $850 | 14.30 | $12,155.00 |
| Brian J. Gold | Partner/ Employment/ 29 years. Admitted 1982. | $750 | 114.50 | $81,900.00 |
| Richard W. Havel | Partner/ Bankruptcy/ 39 years. Admitted 1972. | $850 | 0.70 | $595.00 |

3

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Scott J. Heyman | Partner/ Tax/ 24 years. Admitted 1987. | $750 | 7.60 | $5,700.00 |
| Robert W. Hirth | Partner/ Litigation/ 32 years. Admitted 1979. | $900 | 292.20 | $262,980.00 |
| Michael Hyatte | Partner/ Corporate/ 32 years. Admitted 1979. | $975 | 0.30 | $292.50 |
| Pran Jha | Partner/ Corporate/ 20 years. Admitted 1991. | $725 | 7.70 | $5,582.50 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 19 years. Admitted 1992. | $750 | 14.70 | $11,025.00 |
| Eamon P. Joyce | Partner/ Litigation/ 8 years. Admitted 2003. | $700 | 3.50 | $2,450.00 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 12 years. Admitted 1999. | $750 | 167.70 | $123,900.00 |
| Richard B. Kapnick | Partner/ Litigation/ 29 years. Admitted 1982. | $800 | 6.80 | $5,440.00 |

4

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John P. Kelsh | Partner/ Corporate/ 15 years. Admitted 1996. | $750 | 0.80 | $600.00 |
| Colleen M. Kenney | Partner/ Litigation/ 20 years. Admitted 1991. | $700 | 13.30 | $9,310.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 29 years. Admitted 1982. | $950 | 161.00 | $149,625.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 20 years. Admitted 1991. | $900 | 276.30 | $244,980.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 17 years. Admitted 1994. | $700 | 160.40 | $110,250.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 31 years. Admitted 1980. | $975 | 11.50 | $11,212.50 |
| Dennis V. Osimitz | Partner/ Corporate/ 35 years. Admitted 1976. | $800 | 0.20 | $160.00 |
| Marc E. Raven | Partner/ Litigation/ 27 years. Admitted 1984. | $700 | 1.40 | $980.00 |

46429/0001-8688048V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Rody | Partner/ Litigation/ 15 years. Admitted 1996. | $800 | 0.20 | $160.00 |
| Courtney A. Rosen | Partner/ Litigation/ 13 years. Admitted 1998. | $650 | 1.80 | $1,215.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 29 years. Admitted 1982. | $750 | 27.90 | $20,925.00 |
| Joel G. Samuels | Partner/ Bankruptcy/ 27 years. Admitted 1984. | $875 | 179.60 | $154,087.50 |
| Mark D. Schneider | Partner/ Communications/ 26 years. Admitted 1985. | $725 | 72.40 | $52,490.00 |
| James P. Seery, Jr. | Partner/ Bankruptcy/ 20 years. Admitted 1991. | $950 | 2.00 | $1,900.00 |
| Stewart R. Shepherd | Partner/ Employee Benefits/ 35 years. Admitted 1976. | $750 | 15.60 | $11,700.00 |

6

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hille R. Sheppard | Partner/ Litigation/ 17 years. Admitted 1994. | $700 | 0.90 | $630.00 |
| Jeffrey C. Steen | Partner/ Bankruptcy/ 27 years. Admitted 1984. | $875 | 355.90 | $310,100.00 |
| Dennis M. Twomey | Partner/ Bankruptcy/ 11 years. Admitted 2000. | $725 | 187.40 | $135,865.00 |
| Alan M. Unger | Partner/ Litigation/ 32 years. Admitted 1979. | $900 | 69.40 | $62,460.00 |
| Melanie E. Walker | Partner/ Litigation/ 11 years. Admitted 2000. | $625 | 2.10 | $1,312.50 |
| Susan A. Weber | Partner/ Litigation/ 18 years. Admitted 1993. | $725 | 0.90 | $652.50 |
| James P. Young | Partner/ Litigation/ 18 years. Admitted 1993. | $650 | 21.10 | $13,715.00 |
| Jay H. Zimbler | Partner/ Tax/ 36 years. Admitted 1975. | $900 | 0.90 | $810.00 |
| | | | | |

7

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Miles | Counsel/ Financial Institution Regulation/ 32 years. Admitted 1979. | $725 | 69.80 | $50,605.00 |
| James D. Weiss | Counsel/ Employment/ 18 years. Admitted 1993. | $625 | 51.10 | $31,937.50 |
| Gabriel E. Bedoya | Associate/ Litigation/ > 1 year. Admitted 2011. | $375 | 10.70 | $4,012.50 |
| David J. Carey | Associate/ Litigation/ 1 year. Admitted 2010. | $425 | 2.40 | $1,020.00 |
| Les Carter | Associate/ Tax/ 2 years. Admitted 2009. | $365 | 1.30 | $474.50 |
| Christina M. Craige | Associate/ Bankruptcy/ 4 years. Admitted 2007. | $575 | 0.50 | $287.50 |
| Gregory V. Demo | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 7.20 | $3,420.00 |

8

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bret T. Diskin | Associate/ Corporate/ 2 years. Admitted 2009. | $365 | 12.70 | $4,635.50 |
| Colin J. Garry | Associate/ Litigation/ 3 years. Admitted 2008. | $535 | 25.00 | $13,375.00 |
| Anna Gumport | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $375 | 0.20 | $75.00 |
| Michael T. Gustafson | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $375 | 254.40 | $95,400.00 |
| Timothy R. Hargadon | Associate/ Litigation/ 1 year. Admitted 2010. | $425 | 40.20 | $17,085.00 |
| James R. M. Hemmings | Associate/ Litigation/ 8 years. Admitted 2003. | $575 | 2.80 | $1,610.00 |
| Geoffrey M. King | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 348.00 | $147,900.00 |
| Candice L. Kline | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 87.00 | $41,325.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Marc A. Korman | Associate/ Litigation/ 1 year. Admitted 2010. | $325 | 20.40 | $6,630.00 |
| Jason S. Koslowe | Associate/ Bankruptcy/ > 1 year. Admitted 2011. | $315/$375 [2] | 4.40 | $1,548.00 |
| Christopher S. Krueger | Associate/ Corporate/ 3 years. Admitted 2008. | $405 | 0.70 | $283.50 |
| James P. Langdon | Associate/ Corporate/ 5 years. Admitted 2006. | $495 | 44.70 | $22,126.50 |
| Jillian K. Ludwig | Associate/ Bankruptcy/ 4 years. Admitted 2007. | $535 | 607.40 | $322,337.50 |
| Shawn C. Luna | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 43.30 | $18,402.50 |
| Rachel F. Margolis | Associate/ Employment/ 3 years. Admitted 2008. | $405 | 26.20 | $10,611.00 |

---

[2] Mr. Koslowe's billing rate prior to her admission to the bar during the Twelfth Interim Fee Period was $315. Upon admission to the bar, Mr. Koslowe's rate increased to $375, consistent with the rate of first-year attorneys in the Corporate Reorganization and Bankruptcy practice group.

46429/0001-8688048V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew G. Martinez | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 78.70 | $37,382.50 |
| Adam McClay | Associate/ Litigation/ 1 year. Admitted 2010. | $425 | 2.20 | $935.00 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 6 years. Admitted 2005. | $625 | 358.90 | $222,187.50 |
| Ryan C. Morris | Associate/ Litigation/ 4 years. Admitted 2007. | $525 | 32.90 | $17,272.50 |
| Sophia Park Mullen | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $365 | 52.70 | $28,194.50 |
| Brett H. Myrick | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 405.60 | $172,380.00 |
| Tom A. Paskowitz | Associate/ Litigation/ 5 years. Admitted 2006. | $625 | 23.80 | $14,875.00 |
| Scott Pollock | Associate/ Tax/ 1 year. Admitted 2010. | $325 | 3.00 | $975.00 |

11

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katherine A. Roberts | Associate/ Employment/ 3 years. Admitted 2008. | $440 | 63.20 | $27,808.00 |
| Steve W. Robinson | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 148.90 | $63,282.50 |
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 7 years. Admitted 2004. | $550 | 0.20 | $110.00 |
| Jed Rosenkrantz | Associate/ Corporate/ 2 years. Admitted 2009. | $365 | .30 | $109.50 |
| Thomas E. Ross | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 43.30 | $15,804.50 |
| Richard M. Silverman | Associate/ Tax/ 4 years. Admitted 2007. | $450 | 46.00 | $20,700.00 |
| Lydia Hill Slaby | Associate/ Bankruptcy/ > 1 year. Admitted 2011. | $315/$375[3] | 83.70 | $31,129.50 |

---

[3] Ms. Slaby's billing rate prior to her admission to the bar during the Twelfth Interim Fee Period was $315. Upon admission to the bar, Ms. Slaby's rate increased to $375, consistent with the rate of first-year attorneys in the Corporate Reorganization and Bankruptcy practice group.

46429/0001-8688048V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Adam M. Snyder | Associate/ Corporate/ 4 years. Admitted 2007. | $450 | 21.30 | $9,585.00 |
| Matt Stevens | Associate/ Corporate/ 3 years. Admitted 2008. | $405 | 17.80 | $7,209.00 |
| Allison Ross Stromberg | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 415.30 | $197,267.50 |
| Patrick J. Wackerly | Associate/ Litigation/ 4 years. Admitted 2007. | $450 | 14.30 | $6,435.00 |
| Angela Eavy | Staff Attorney/ Litigation/ 7 years. Admitted 2004. | $355 | 2.40 | $852.00 |
| Paula Friedman | Staff Attorney/ Communications/ 22 years. Admitted 1989. | $300 | 14.30 | $4,290.00 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 9 years. | $240 | 30.10 | $7,224.00 |
| Megan Scholl Lindberg | Legal Assistant/ Litigation/ 6 years. | $200 | 3.00 | $600.00 |

13

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Randall C. Luce | Senior Legal Assistant/ Litigation/ 14 years. | $290 | 8.00 | $2,320.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 26 years. | $300 | 151.10 | $45,330.00 |
| Eileen A. McDonnell-O'Driscoll | Senior Legal Assistant/ Bankruptcy/ 26 years. | $310 | 0.10 | $31.00 |
| John Meehan | Legal Assistant/ Appellate Group/ 9 years. | $250 | 15.30 | $3,825.00 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 9 years. | $240 | 1.50 | $360.00 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 15 years. | $255 | 26.60 | $6,783.00 |
| James P. Platt | Senior Legal Assistant/ Litigation/ 9 years. | $225 | 4.80 | $1,080.00 |
| Rebecca A. Reitz | Senior Legal Assistant/ Global Finance/ 24 years. | $280 | 0.80 | $224.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arturo Rodriguez | Legal Assistant/ Employment/ 5 years. | $200 | 1.00 | $200.00 |
| Kenley Stark | Legal Assistant/ Bankruptcy/ > 1 year. | $235 | 0.80 | $188.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 19 years. | $200 | 119.20 | $23,840.00 |
| Mary L. Wiersema | Legal Assistant/ Investment Products/ 18 years. | $260 | 6.60 | $1,716.00 |
| Mary Huang | Project Assistant/ 5 years. | $115 | 6.10 | $701.50 |
| Jennifer O. Butler | Librarian/ 6 years. | $100 | 1.30 | $130.00 |
| Eva M. Huber | Librarian/ 17 years. | $100 | 0.50 | $50.00 |
| Ellen J. Kreis | Librarian/ 12 years. | $100 | 0.30 | $30.00 |
| Christa M. Lange | Librarian/ 32 years. | $150 | 0.20 | $30.00 |
| Justin Tebbe | Litigation Support/ 1 year. | $280 | 1.50 | $420.00 |
| | | | | |

15

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
| --- | --- | --- | --- | --- |
| Robert Singh | Docket/ 20 years. | $100 | 1.00 | $100.00 |
| | | | | |
| **Grand Total** | | | **7,181.40** | **$4,486,113.50** |
| **Blended Rate** | | **$624.69** | | |

16

## COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD
## FROM SEPTEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 182.40 | $99,092.50 |
| Fee Applications (30390) | 436.40 | $170,253.50 |
| Executory Contracts and Leases (30410) | 18.30 | $8,664.50 |
| Use/Sale/Lease of Assets (30430) | 2.80 | $2,009.00 |
| Insurance Matters (30450) | 1.70 | $1,530.00 |
| Committee-Related Matters (30460) | 0.10 | $53.50 |
| Litigated Matters (30470) | 1,715.50 | $1,163,172.50 |
| Travel Time (30480) (with 50% discount) | 73.70 | $27,691.50 |
| Plan and Disclosure Statement (30500) | 2855.50 | $1,905,953.50 |
| Professional Retention (30510) | 98.40 | $44,032.00 |
| Tax Matters (30520) | 216.20 | $122,076.50 |
| Claims Processing (30530) | 456.90 | $259,229.00 |
| Business Operations (30550) | 235.90 | $146,174.00 |
| Case Administration (30560) | 91.40 | $33,424.50 |
| Creditor Communications (30570) | 7.80 | $4,328.00 |
| Employee Matters (30590) | 724.30 | $467,479.00 |
| 2010 Exit Credit Facility (13700) | 64.10 | $30,950.00 |
| **TOTAL** | **7,181.40** | **$4,486,113.50** |

46429/0001-8688048V1

# **Attachment B**

46429/0001-8688048V1

**EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM
SEPTEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[1] | | $6,232.80 |
| Court Costs | | $1,219.00 |
| Document Production | | $1,750.00 |
| Duplicating Charges[2] | | $5,051.17 |
| Document Delivery Services | | $176.21 |
| Document Services | | $46.62 |
| Filing Fees | | $150.00 |
| Ground Transportation | | $1,588.54 |
| Legal Support Services | | $156,300.94 |
| Lexis Research Service[3] | Lexis | $20,757.60 |
| Meals Out-of-Town | | $284.17 |
| Meals | | $534.00 |
| Messenger Services | | $627.11 |
| Other | | $74.19 |
| Overtime | | $845.05 |
| Professional Services/Specialists | | $65,893.50 |
| Search Services | | $6,566.65 |
| Telephone Tolls | | $579.87 |
| Travel/Lodging | | $4,599.46 |
| Westlaw Research Service | Westlaw | $17,102.29 |
| | | |
| **Total** | | **$290,379.17** |

---

[1] Air transportation during the period covered by this Application is charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters.

[2] Sidley's rate for standard copying is $0.10 per page and is in compliance with the rate as required by Local Rule 2016-2(e)(iii).

[3] Sidley charges its clients for computer-assisted legal research at a rate that recovers no more than the Firm's cost.