# Exhibit A

## JONES DAY

| | | | |
|---|---|---|---|
| 03/02/12 | B B ERENS | 3.50 | 2,887.50 |
| | Review allocation pleadings. | | |
| 03/07/12 | B B ERENS | 2.50 | 2,062.50 |
| | Review background materials for remaining committee issues regarding allocation and confirmation issues (2.30); prepare for disclosure statement hearing regarding same (.20). | | |
| 03/09/12 | B B ERENS | 0.30 | 247.50 |
| | Telephone call with Friedman regarding remaining Tribune confirmation issues. | | |
| 03/14/12 | B B ERENS | 0.50 | 412.50 |
| | Review docket items regarding allocation and confirmation issues. | | |
| 03/14/12 | A C FARRINGTON | 0.50 | 137.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 03/16/12 | B B ERENS | 0.50 | 412.50 |
| | Review new docket items. | | |
| 03/19/12 | B B ERENS | 2.00 | 1,650.00 |
| | Review docket items regarding plan confirmation. | | |
| 03/20/12 | B B ERENS | 0.20 | 165.00 |
| | Review docket items regarding confirmation. | | |
| 03/22/12 | A C FARRINGTON | 0.20 | 55.00 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 03/29/12 | B B ERENS | 2.00 | 1,650.00 |
| | Review docket items regarding confirmation and upcoming disclosure statements status conference. | | |
| 03/30/12 | B B ERENS | 0.50 | 412.50 |
| | Participate in telephonic conference regarding disclosure statement status. | | |
| 04/02/12 | B B ERENS | 0.30 | 247.50 |
| | Review materials for disclosure statement hearing. | | |
| 04/02/12 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 04/03/12 | B B ERENS | 0.30 | 247.50 |
| | Docket review. | | |
| 04/03/12 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 04/05/12 | B B ERENS | 0.50 | 412.50 |
| | Review docket regarding upcoming disclosure statement hearing (.30); telephone call with Sidley regarding same (.20). | | |
| 04/05/12 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 04/06/12 | D M HIRTZEL | 0.20 | 55.00 |
| | Review court docket for recently filed pleadings and e-mail to team for review. | | |
| 04/10/12 | B B ERENS | 0.90 | 742.50 |
| | Review court opinion regarding allocation issues. | | |
| 04/11/12 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 04/12/12 | B B ERENS | 2.00 | 1,650.00 |
| | Review new plan and related filings for disclosure statement hearing and related allocation issues. | | |
| 04/12/12 | A C FARRINGTON | 0.20 | 55.00 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 04/13/12 | B B ERENS | 0.70 | 577.50 |
| | Review docket items for disclosure statement hearing. | | |

# JONES DAY

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 04/16/12 | B B ERENS | 1.00 | 825.00 |
| | Telephone call with Sidley regarding results of disclosure statement hearing (.30); review current status and telephone to Heiman regarding same (.70). | | |
| 04/16/12 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 04/17/12 | B B ERENS | 0.30 | 247.50 |
| | Review docket regarding results of disclosure statement hearing and email to Heiman regarding same. | | |
| 04/18/12 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 04/23/12 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 04/24/12 | B B ERENS | 0.20 | 165.00 |
| | Prepare for omnibus fee hearing. | | |
| 04/25/12 | B B ERENS | 0.50 | 412.50 |
| | Review docket items regarding allocation. | | |
| 04/25/12 | A C FARRINGTON | 0.30 | 82.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 04/27/12 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 04/30/12 | B B ERENS | 0.30 | 247.50 |
| | Review docket items regarding allocation and appeal. | | |
| 04/30/12 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 05/02/12 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 05/03/12 | B B ERENS | 0.20 | 165.00 |
| | Review new docket items regarding confirmation. | | |
| 05/04/12 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 05/08/12 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 05/09/12 | B B ERENS | 0.20 | 165.00 |
| | Review new docket items regarding confirmation and appeal. | | |
| 05/10/12 | D M HIRTZEL | 0.20 | 55.00 |
| | Review court docket for recently filed pleadings and e-mail to team for review. | | |

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | 22.20 | USD | 16,775.00 |

# JONES DAY

| Court Hearings | | | Page 1 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 03/02/12 | AK DENTON | 1.30 | | 325.00 |

Assemble documents for March 5 hearing for Erens (1.00); communicate with CourtCall regarding Erens' telephonic appearance at March 5 and 6 hearings (.30).

| | | | | |
|---|---|---|---|---|
| 03/05/12 | B B ERENS | 5.50 | | 4,537.50 |

Participate in telephonic hearing regarding allocation and confirmation issues.

| | | | | |
|---|---|---|---|---|
| 03/06/12 | B B ERENS | 4.30 | | 3,547.50 |

Telephonic hearing regarding allocation and confirmation issues.

| | | | | |
|---|---|---|---|---|
| 03/13/12 | AK DENTON | 0.50 | | 125.00 |

Communicate with Bunck regarding invoice for Hoffmann telephonic court appearance for February 7 hearing (.20); communicate at length with CourtCall representative regarding same (.20); review and transmit invoice to Bunck (.10).

| | | | | |
|---|---|---|---|---|
| 03/20/12 | AK DENTON | 0.20 | | 50.00 |

Communicate with CourtCall representative regarding Erens registration for March 22 hearing (.10); communicate with Erens regarding registration (.10).

| | | | | |
|---|---|---|---|---|
| 03/22/12 | B B ERENS | 0.80 | | 660.00 |

Review materials for disclosure statement hearing.

| | | | | |
|---|---|---|---|---|
| 04/23/12 | AK DENTON | 0.30 | | 75.00 |

Communicate with CourtCall representative regarding Erens' telephonic appearance at April 25 fee hearing (.20); review confirmation and transmit to Erens (.10).

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | 12.90 | USD | 9,320.00 |

# JONES DAY

Fee Applications/Retention Preparation                                                                 Page 1

| | | | |
|---|---|---|---|
| 03/07/12 | AK DENTON | 0.20 | 50.00 |

Review February 2012 draft bill (.10); communicate with Erens regarding same (.10).

| 03/08/12 | B B ERENS | 0.40 | 330.00 |

Review fee applications.

| 03/13/12 | B B ERENS | 1.50 | 1,237.50 |

Review fee auditor report for second interim application (1.30); telephone call with Hoffman regarding same (.20).

| 03/15/12 | B B ERENS | 0.60 | 495.00 |

Office conference with Hoffmann regarding fee auditor report.

| 03/22/12 | B B ERENS | 1.00 | 825.00 |

Review materials for meeting with Hoffmann regarding any auditor questions on second interim fee application (.30); office conference with Hoffmann regarding same (.70).

| 03/22/12 | T HOFFMANN | 1.60 | 1,000.00 |

Review and analyze fee examiner's report for second Jones Day interim fee application (.90); communicate with Erens regarding response (.70).

| 03/23/12 | T HOFFMANN | 0.80 | 500.00 |

Review and analyze fee examiner's initial report for Jones Day's second fee application (.30); prepare response to report (.50).

| 03/28/12 | AK DENTON | 0.20 | 50.00 |

Review notice regarding hearing on 9th and 10th interim fee applications (.10); communicate with and transmit to Erens, Tiller and Hoffmann (.10).

| 04/03/12 | AK DENTON | 0.30 | 75.00 |

Review CourtCall registrations and communicate with CourtCall representative regarding invoices for same (.20); communicate with Bunck regarding same (.10).

| 04/06/12 | AK DENTON | 1.00 | 250.00 |

Review and revise January, February and March 2012 bill (.80); communicate with Soffer (financial services) several times regarding same (.20).

| 04/09/12 | AK DENTON | 2.00 | 500.00 |

Draft and revise 17th monthly fee application and 6th interim fee application (1.50); review and revise January, February and March 2012 bill (.30); communicate with Soffer (financial services) regarding same (.20).

| 04/09/12 | B B ERENS | 1.00 | 825.00 |

Review and revise monthly and interim fee applications (.60); communicate with Hoffman regarding same (.40).

| 04/09/12 | T HOFFMANN | 2.10 | 1,312.50 |

Review and respond to fee auditor letter regarding Jones Day second interim fee application (1.70); communicate with Erens regarding response (.40).

| 04/09/12 | L M MARVIN | 1.00 | 600.00 |

Review and draft response to fee examiner letter.

| 04/10/12 | AK DENTON | 1.40 | 350.00 |

Communicate with Erens regarding edits to January-February 2012 bill (.20); communicate with Soffer (financial services) regarding same (.20); review revised bill (.20); draft fee application (.80).

| 04/10/12 | B B ERENS | 0.50 | 412.50 |

Finalize interim fee application (.30); communicate with Denton regarding same (.20).

| 04/11/12 | AK DENTON | 1.30 | 325.00 |

Review and revise January-February 2012 monthly bill (.30); communicate with Tiller regarding bill and monthly fee application (.20); review and revise monthly fee application (.30); assemble exhibits for fee application (.30); transmit draft fee application and exhibits to Erens for review (.20).

# JONES DAY

Fee Applications/Retention Preparation          Page 2

04/11/12      J M TILLER                  2.00            1,100.00
Review and draft sections of 17th monthly fee application (1.80); communicate with Denton regarding same (.20).

04/12/12      AK DENTON             1.80             450.00
Review and revise 17th interim fee application and exhibits (.60); communicate with Erens and Tiller regarding same (.20); draft, review and revise 6th interim fee application (.90); communicate with Tiller regarding same (.10).

04/12/12      B B ERENS               0.50             412.50
Finalize interim fee applications (.30); communicate with Denton regarding same (.20).

04/13/12      AK DENTON             1.40             350.00
Review and assemble 17th monthly fee application and 6th interim fee application and exhibits (.40); assemble electronic files regarding same (.40); communicate with Erens regarding same (.10); communicate with Tiller regarding same (.10); e-mail communications with Ratkowiak regarding same (.20); communicate with Soffer (financial services) regarding final invoice, LEDES file and Excel chart (.20).

04/13/12      B B ERENS               0.80             660.00
Finalize interim monthly fee applications.

04/13/12      T HOFFMANN           2.30            1,437.50
Draft and revise response to fee auditor's preliminary report to Jones Day's second interim fee application.

04/13/12      J M TILLER                  2.50            1,375.00
Review revised 17th monthly fee application (.90); communicate with Denton regarding changes (.10); review 6th interim fee application and comment on same (1.50).

04/16/12      AK DENTON             0.20              50.00
Transmit filed seventeen fee application to fee auditor (.10); update electronic files regarding same (.10).

04/16/12      T HOFFMANN           1.60            1,000.00
Draft and revise response to fee examiner's initial report covering Jones Day's second interim fee application.

04/19/12      B B ERENS               1.00             825.00
Telephone call with Hoffmann regarding response to fee auditor letter regarding second interim application (.20); review and revise regarding same (.80).

04/19/12      T HOFFMANN           6.10            3,812.50
Draft and revise response to fee examiner report covering second interim application of Jones Day.

04/20/12      B B ERENS               0.20             165.00
Finalize fee auditor letter with Hoffmann regarding second interim fee application.

04/20/12      T HOFFMANN           1.10            687.50
Revise response to fee examiner's initial report regarding Jones Day's second interim fee application.

04/24/12      AK DENTON             0.70             175.00
Review Tribune docket for filing of order concerning payment of fee applications (.30); download and transmit filed order to Erens, Tiller and Hoffmann (.20); communicate with CourtCall regarding cancellation of Erens' telephonic appearance at fee application hearing (.20).

04/26/12      T HOFFMANN           0.30            187.50
Finalize response to fee examiner initial report for second interim compensation period.

05/03/12      B B ERENS               0.30             247.50
Work on response for fee auditor for special committee fee applications.

05/04/12      B B ERENS               0.50             412.50
Review fee auditor letter regarding special committee fee applications (.30); telephone call with Hoffmann regarding response regarding same (.20).

05/07/12      AK DENTON             0.50             125.00
Communicate with Soffer (financial services) regarding payment from Tribune Co regarding fee applications (.10); review interim period fee applications (.30); communicate with Erens regarding same (.10).

# JONES DAY

| Fee Applications/Retention Preparation | | | Page 3 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 05/07/12 | B B ERENS | 0.50 | 412.50 |
| | Office conference with Hoffmann regarding response to fee auditor letter regarding special committee applications. | | |
| 05/07/12 | T HOFFMANN | 0.20 | 125.00 |
| | Communicate with Theil and Tiller via e-mail regarding Jones Day response to preliminary report for sixth interim fee application. | | |
| 05/08/12 | A K DENTON | 1.30 | 325.00 |
| | Review all signature pages for Special Committee fee applications (monthly, interim and Exhibit C-Erens certification) (.70); assemble missing signature pages (.30); communicate with Stano (for Heiman) and Erens regarding same (.30). | | |
| 05/08/12 | T HOFFMANN | 1.10 | 687.50 |
| | Prepare response to fee examiner's report for Jones Day's third interim fee application (1.00); communicate with Marvin regarding same (.10). | | |
| 05/08/12 | L M MARVIN | 0.10 | 60.00 |
| | Conference with Hoffman and review correspondence regarding fee examinor report. | | |
| 05/09/12 | T HOFFMANN | 5.40 | 3,375.00 |
| | Prepare response to fee examiner's preliminary report with respect to Jones Day's third interim fee application. | | |
| 05/09/12 | L M MARVIN | 0.50 | 300.00 |
| | Review fee examiner report and respond to questions regarding same. | | |
| 05/10/12 | B B ERENS | 0.50 | 412.50 |
| | Finish fee auditor letter with Hoffmann regarding special committee fee applications. | | |
| 05/10/12 | T HOFFMANN | 1.90 | 1,187.50 |
| | Review and revise response to fee examiners preliminary report with respect to Jones Day's third interim fee application. | | |

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **52.20** | **USD** | **29,495.00** |

# JONES DAY

Corporate Matters                                                        Page 1

| | | | |
|---|---|---|---|
| 05/01/12 | AK DENTON | 0.30 | 75.00 |
| | Review year end audit letter request (.10); communicate with McCaffrey regarding same (.20). | | |
| **TOTAL** | | **0.30**    **USD** | **75.00** |

# **Exhibit B**

# JONES DAY

Special Committee of the Board of Directors of                                                    Page 1

Plan of Reorganization Matters

## DISBURSEMENT DETAIL - May 31, 2012

| Date | Timekeeper Name | Location | Amount |
|------|-----------------|----------|--------|
| **COMPUTERIZED RESEARCH SERVICES** | | | |
| 03/09/12 | D M HIRTZEL | NYC | 1.28 |
| Computerized research services - Pacer Service Center 4th quarter 2011 | | | |
| 03/09/12 | D M HIRTZEL | NYC | 63.68 |
| Computerized research services - Pacer Service Center 4th quarter 2011 | | | |
| 04/27/12 | D M HIRTZEL | NYC | 6.80 |
| Computerized research services - PACER SERVICE CENTER 1st quarter 2012 | | | |
| 04/27/12 | D M HIRTZEL | NYC | 90.56 |
| Computerized research services - PACER SERVICE CENTER 1st quarter 2012 | | | |
| 05/14/12 | CHI ACCOUNTING | CHI | 37.36 |
| Computerized research services - US COURTS AO - PACER SERVICE CENTER 1/1/12 - 3/31/12 | | | |
| **Computerized research services Subtotal** | | | **199.68** |
| **CONFERENCE CALL CHARGES** | | | |
| 03/26/12 | AK DENTON | CHI | 51.00 |
| Conference Call Charges - COURT CALL 2/2/12 | | | |
| 04/30/12 | B B ERENS | CHI | 51.00 |
| Conference Call Charges - COURT CALL 2/28/12 | | | |
| 04/30/12 | B B ERENS | CHI | 170.00 |
| Conference Call Charges - COURT CALL 3/5/12 | | | |
| 04/30/12 | B B ERENS | CHI | 170.00 |
| Conference Call Charges - COURT CALL 3/6/12 | | | |
| 05/31/12 | B B ERENS | CHI | 30.00 |
| Conference Call Charges - COURTCALL 3/27/12 | | | |
| **Conference Call Charges Subtotal** | | | **472.00** |
| **DUPLICATION CHARGES** | | | |
| 03/15/12 | CHI ACCOUNTING | CHI | 14.90 |
| Duplication charges through 03/15/2012 | | | |
| 05/24/12 | CHI ACCOUNTING | CHI | 0.10 |
| Duplication charges through 05/24/2012 | | | |
| 05/31/12 | CHI ACCOUNTING | CHI | 0.20 |
| Duplication charges through 05/31/2012 | | | |
| **Duplication charges Subtotal** | | | **15.20** |
| **IMAGING SERVICES** | | | |
| 02/29/12 | L M MARVIN | NYC | 77.79 |
| Imaging services - ALPHA SYSTEMS October 2011 e-direct hosting | | | |
| 02/29/12 | L M MARVIN | NYC | 183.30 |
| Imaging services - ALPHA SYSTEMS October 2011 e-direct hosting | | | |
| 03/21/12 | L M MARVIN | NYC | 183.29 |
| Imaging services - Alpha Systems January 2012 e-direct hosting | | | |
| 03/21/12 | L M MARVIN | NYC | 77.79 |
| Imaging services - Alpha Systems January 2012 e-direct hosting | | | |
| 03/21/12 | L M MARVIN | NYC | 183.29 |
| Imaging services - Alpha Systems February 2012 e-direct hosting | | | |
| 03/21/12 | L M MARVIN | NYC | 77.79 |
| Imaging services - Alpha Systems February 2012 e-direct hosting | | | |
| 05/23/12 | L M MARVIN | NYC | 183.30 |
| Imaging services - ALPHA SYSTEMS March 2012 e-direct hosting | | | |

# JONES DAY

Special Committee of the Board of Directors of _____ Page 2

| | | | |
|---|---|---|---|
| 05/23/12 | L M MARVIN | NYC | 77.79 |
| Imaging services - ALPHA SYSTEMS March 2012 e-direct hosting | | | |
| **Imaging services Subtotal** | | | **1,044.34** |

**LONG DISTANCE CHARGES**

| | | | |
|---|---|---|---|
| 05/03/12 | B B ERENS | CHI | 1.95 |
| Long distance charges 16-Mar-2012 | | | |
| **Long distance charges Subtotal** | | | **1.95** |

**MESSENGER SERVICES**

| | | | |
|---|---|---|---|
| 04/19/12 | B B ERENS | CHI | 57.28 |
| Messenger services - USM LOGISTICS 3/2/12 | | | |
| **Messenger services Subtotal** | | | **57.28** |

**UNITED PARCEL SERVICE CHARGES**

| | | | |
|---|---|---|---|
| 05/17/12 | AK DENTON | CHI | 13.10 |
| United Parcel Services Charges, Pauline Ratkow iak, Cole, Schotz, Meisel, Forman, 1ZV3F46225925 499 | | | |
| 05/17/12 | AK DENTON | CHI | 7.32 |
| United Parcel Services Charges, Pauline Ratkow iak, Cole, Schotz, Meisel, Forman, 1ZV3F46225925 499 | | | |
| 05/30/12 | AK DENTON | CHI | 13.10 |
| United Parcel Services Charges, Pauline Ratkow iak, Cole Schotz, Meisel, Forman, 1ZV3F462259782 54 | | | |
| **United Parcel Service charges Subtotal** | | | **33.52** |

| | | | |
|---|---|---|---|
| **Total** | | **USD** | **1,823.97** |
| **Grand Total** | | **USD** | **1,823.97** |

# EXHIBIT C

CHI-1806822v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1.      I am a partner in the law firm of Jones Day.  I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.      I have read the Eighteenth Monthly Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from March 1, 2012 Through May 31, 2012 (the "Application").

3.      A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated:  July 12, 2012                    _____
                                          Brad B. Erens