**TRIBUNE COMPANY, et al (Case 08-13141)**                                     Exhibit A

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period March 1, 2012 through May 31, 2012**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 2,210.00 | $135,000.00 |
| **Subtotal - Fixed Fee Services** | **2,210.00** | **$135,000.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 2.00 | $1,000.00 |
| Fresh Start | 30.90 | $15,381.90 |
| Records Management: Phase II | 10.00 | $3,197.50 |
| **Subtotal - Hourly Services** | **42.90** | **$19,579.40** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 22.30 | $9,115.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **22.30** | **$9,115.00** |
| | | |
| **Total Hours and Compensation** | **2,275.20** | **$163,694.40** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                **Exhibit B**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period March 1, 2012 through May 31, 2012**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 2,210.00 | $135,000.00 |
| **Subtotal - Fixed Fee Services** | **2,210.00** | **$135,000.00** |
| **Total Hours and Compensation** | **2,210.00** | **$135,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**　　　　　　　　　　　　　　　**Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period March 1, 2012 through May 31, 2012**

| Professional | Professional's Position | Hours |
|---|---|---|
| Christopher J Tobin | Partner | 3.50 |
| Eric V Burkheiser | Partner | 1.00 |
| Grant E Hellwarth | Partner | 5.00 |
| James M Maurer | Partner | 6.00 |
| William T England | Partner | 66.00 |
| Christopher J King | Senior Managing Director | 13.50 |
| Betsy J Smith | Director | 20.80 |
| Chad Morrissey | Director | 3.00 |
| Leo P Gardina | Director | 33.00 |
| Roger Martin Pearson | Director | 0.50 |
| Simone T Sherlock | Senior Manager | 4.00 |
| Anna V Kamenova | Manager | 20.00 |
| Justin A Spahn | Manager | 178.50 |
| Kazuko Minagawa Prock | Manager | 0.30 |
| Maria Sanchez | Manager | 0.90 |
| Sheri L York | Manager | 102.50 |
| Bhavin Patel | Senior Associate | 315.50 |
| Christopher M McShea | Senior Associate | 11.50 |
| Karina Portugal | Senior Associate | 0.80 |
| Laura C Truax | Senior Associate | 8.50 |
| Lovelyn P Oribello | Senior Associate | 4.50 |
| Lydia Kuebler | Senior Associate | 86.50 |
| Maria (Eugenia) Elizondo | Senior Associate | 1.00 |
| Albano Feo | Associate | 3.50 |
| Angela Marie McVey | Associate | 5.50 |
| Benjamin M Hariri | Associate | 2.00 |
| Brian Patrick Shea | Associate | 1.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period March 1, 2012 through May 31, 2012**

| Professional | Professional's Position | Hours |
|---|---|---|
| Bryan Faxel | Associate | 5.00 |
| Caroline Kan-Phan | Associate | 0.40 |
| Cristian Corbalán | Associate | 0.50 |
| Cynthia Burna | Associate | 0.50 |
| Eli Zusman Orlofsky | Associate | 126.00 |
| Elizabeth Worner Haupt | Associate | 76.50 |
| Fernanda Verga | Associate | 0.50 |
| George Theodoris | Associate | 0.10 |
| James Crowder | Associate | 34.00 |
| Justin Beighley | Associate | 6.00 |
| Maria B Raffo | Associate | 5.00 |
| Maria Mosi | Associate | 0.20 |
| Matthew William Lynch | Associate | 146.50 |
| Melissa Mary Kirby | Associate | 365.20 |
| Michael Christopher Bolzan | Associate | 71.60 |
| Pablo Pecini | Associate | 2.00 |
| Thomas Bradley Stutesman | Associate | 461.50 |
| Thomas Daniel Blankenship | Associate | 2.50 |
| Caroline Kan-Phan | Paraprofessional | 0.20 |
| Jose Rodriguez | Paraprofessional | 1.00 |
| Marco E Etzel | Paraprofessional | 1.00 |
| Mary-Ann Hartnett Britz | Paraprofessional | 0.50 |
| Diane Mathews | Administrative | 2.00 |
| Michael Lawrence Komro | Professional Assistant | 1.50 |
| Patricia A Smith | Professional Assistant | 0.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period March 1, 2012 through May 31, 2012**

| Professional | Professional's Position | Hours |
|---|---|---|
| **Total Hours Incurred during Compensation Period** | | **2,210.00** |
| Total Hours Incurred prior to March 1, 2012 | | 6,786.30 |
| **Total Hours Incurred through May 31, 2012** | | **8,996.30** |

| | | |
|---|---|---|
| **Total Fees - Payments Previously Requested for 2011 Consolidated Audit** | | $1,695,000.00 |
| **Remaining Payments for 2011 Consolidated Audit** | | **$135,000.00** |
| **Total Fixed Fee for 2011 Consolidated Audit** | | **$1,830,000.00** |
| **Requested Payment - 2011 Consolidated Audit** | **2,210.00** | **$135,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - March 1, 2012 through May 31, 2012**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 189.40 |
| 2000 - Entity Level Controls | 2.00 |
| 2950 - Business Unit Analytics and Year-End Update | 56.70 |
| 3000 - Revenue and Receivables | 440.20 |
| 3055 - Broadcast Rights Process | 12.70 |
| 3100 - Purchasing and Payables Process | 41.40 |
| 3200 - Treasury and Cash Management Process | 13.70 |
| 3250 - Investments Process | 24.80 |
| 3400 - Property, Plant & Equipment Process | 15.20 |
| 3450 - Goodwill and Intangibles Process | 85.30 |
| 3600 - Payroll Process | 27.30 |
| 3650 - Benefits Process | 179.70 |
| 3700 - Income Tax Process | 96.50 |
| 3800 - Capital and Equity Process | 3.20 |
| 3900 - Period-end Financial Reporting Process | 189.80 |
| 5500 - Financing Process | 2.70 |
| 6000 - Audit of ICFR - Finalization procedures | 4.00 |
| 6500 - Audit of Financial Statements | 160.80 |
| 8200 - Litigation, Claims and Assessments/Lawyer's Letters | 23.00 |
| 8450 - Use of the Work of Other Auditors | 1.00 |
| 8700 - Completion | 110.60 |
| 2900 - Information Technology General Controls | 148.50 |
| CTC Fieldwork | 46.00 |
| Interactive Fieldwork | 2.00 |
| KTLA Fieldwork | 5.00 |
| LA Times Fieldwork | 12.00 |
| Sun Sentinel Fieldwork | 15.50 |
| TBC Group Office Fieldwork | 46.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                              **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - March 1, 2012 through May 31, 2012**

| Category | Hours |
|---|---|
| WGN-Cable Fieldwork | 16.00 |
| WGN-TV Fieldwork | 10.00 |
| WPIX Fieldwork | 4.00 |
| FSC Fieldwork | 10.00 |
| Liabilities Subject to Compromise | 25.00 |
| TBS Fieldwork | 4.00 |
| TPC Fieldwork Group Office Fieldwork | 9.50 |
| Reorganization Expense | 16.90 |
| Blue Lynx Media Fieldwork | 58.40 |
| Review Business Unit Fieldwork | 100.70 |
| **Total Hours Incurred for the 2011 Consolidated Audit** | **2,210.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period March 1, 2012 through May 31, 2012**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Stephen B Danton | Director | $500 | 2.00 | $1,000.00 |
| **Subtotal - Claims Consulting Services** | | | **2.00** | **$1,000.00** |
| **Fresh Start** | | | | |
| Cody L Smith | Partner | $693 | 0.80 | $554.40 |
| Robert C Whitley | Partner | $700 | 5.00 | $3,500.00 |
| Betsy J Smith | Director | $475 | 1.60 | $760.00 |
| Daniel Goerlich | Director | $475 | 17.00 | $8,075.00 |
| John Benedetti | Director | $475 | 2.00 | $950.00 |
| Phillip Ryan Rossi | Senior Manager | $475 | 1.00 | $475.00 |
| Justin A Spahn | Manager | $305 | 3.50 | $1,067.50 |
| **Subtotal - Fresh Start** | | | **30.90** | **$15,381.90** |
| **Records Management: Phase II** | | | | |
| Julie D Sinor | Director | $350 | 1.00 | $350.00 |
| Rudolph Mayer | Manager | $295 | 5.50 | $1,622.50 |
| **Subtotal - Records Management: Phase II** | | | **6.50** | **$1,972.50** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 1.30 | $715.00 |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 21.00 | $8,400.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **22.30** | **$9,115.00** |
| **Total Hours and Compensation** | | | **61.70** | **$27,469.40** |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period March 1, 2012 through May 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|-----------|
| **Claims Consulting Services** | | | | | | |
| 3/5/2012 | Stephen B Danton | Director | 0512H0001: Meeting with K. Cook (City Attorney) regarding hearing. | $500.00 | 1.50 | $750.00 |
| 5/30/2012 | Stephen B Danton | Director | 0512H0002: Review stipulation and follow up with M. Melgarejo (Tribune). | $500.00 | 0.50 | $250.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **2.00** | **$1,000.00** |
| **Fresh Start** | | | | | | |
| 5/15/2012 | Robert C Whitley | Partner | 0512H0003: Read Tribune's Plan of Reorganization. | $700.00 | 1.00 | $700.00 |
| 5/16/2012 | Betsy J Smith | Director | 0512H0004: Research fresh start accounting question from M. Deloian (Tribune) and related correspondence. | $475.00 | 0.80 | $380.00 |
| 5/22/2012 | Betsy J Smith | Director | 0512H0005: Review fresh start accounting questions posed by M. Deloian (Tribune). | $475.00 | 0.80 | $380.00 |
| 5/22/2012 | Robert C Whitley | Partner | 0512H0006: Review research performed regarding accounting for returned checks post emergence. | $700.00 | 1.00 | $700.00 |
| 5/23/2012 | Daniel Goerlich | Director | 0512H0007: Review the issues log on the fresh start accounting matters. | $475.00 | 0.20 | $95.00 |
| 5/23/2012 | Daniel Goerlich | Director | 0512H0008: Review fresh start position papers drafted during 2010. | $475.00 | 2.00 | $950.00 |
| 5/23/2012 | Robert C Whitley | Partner | 0512H0009: Meeting with J. Benedetti and D. Goerlich (PwC) to discuss the fresh start accounting matters. | $700.00 | 1.00 | $700.00 |
| 5/23/2012 | John Benedetti | Director | 0512H0010: Meeting with R. Whitley and D. Goerlich (PwC) to discuss the fresh start accounting matters. | $475.00 | 1.00 | $475.00 |
| 5/23/2012 | Daniel Goerlich | Director | 0512H0011: Meeting with R. Whitley and J. Benedetti (PwC) to discuss the fresh start accounting matters. | $475.00 | 1.00 | $475.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period March 1, 2012 through May 31, 2012**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 5/23/2012 | John Benedetti | Director | 0512H0012: Review the issues log on the fresh start accounting matters. | $475.00 | 1.00 | $475.00 |
| 5/23/2012 | Robert C Whitley | Partner | 0512H0013: Review the issues log on the fresh start accounting matters. | $700.00 | 1.00 | $700.00 |
| 5/23/2012 | Justin A Spahn | Manager | 0512H0014: Review and update the issues log. | $305.00 | 1.00 | $305.00 |
| 5/23/2012 | Justin A Spahn | Manager | 0512H0015: Meeting with B. Litman, N. Chakiris, and E. Wainscott (Tribune) regarding the fresh start issues log, timeline for Tribune emergence from bankruptcy, and fresh start reporting. | $305.00 | 1.50 | $457.50 |
| 5/24/2012 | Daniel Goerlich | Director | 0512H0016: Read Tribune's Plan of Reorganization. | $475.00 | 4.00 | $1,900.00 |
| 5/28/2012 | Robert C Whitley | Partner | 0512H0017: Review draft position papers on fresh start accounting matters. | $700.00 | 1.00 | $700.00 |
| 5/29/2012 | Daniel Goerlich | Director | 0512H0018: Update issues log for new items. | $475.00 | 1.00 | $475.00 |
| 5/29/2012 | Daniel Goerlich | Director | 0512H0019: Review the Plan of Reorganization. | $475.00 | 2.00 | $950.00 |
| 5/29/2012 | Daniel Goerlich | Director | 0512H0020: Draft position paper on accounting for checks returned after emergence. | $475.00 | 1.00 | $475.00 |
| 5/30/2012 | Daniel Goerlich | Director | 0512H0021: Review fresh start accounting position papers for accuracy. | $475.00 | 2.00 | $950.00 |
| 5/31/2012 | Phillip Ryan Rossi | Senior Manager | 0512H0022: Prepare for meeting with C. Smith (PwC) regarding Tribune's fresh start accounting matters. | $475.00 | 0.20 | $95.00 |
| 5/31/2012 | Daniel Goerlich | Director | 0512H0023: Consultation meeting with C. Smith and P. Rossi (PwC National Office) regarding complex fresh start accounting matters. | $475.00 | 0.80 | $380.00 |
| 5/31/2012 | Phillip Ryan Rossi | Senior Manager | 0512H0024: Consultation meeting with C. Smith (PwC National Office) and D. Goerlich (PwC Audit Team) regarding complex fresh start accounting matters. | $475.00 | 0.80 | $380.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period March 1, 2012 through May 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 5/31/2012 | Cody L Smith | Partner | 0512H0025: Consultation meeting with P. Rossi (PwC National Office) and D. Goerlich (PwC Audit Team) regarding complex fresh start accounting matters. | $693.00 | 0.80 | $554.40 |
| 5/31/2012 | Justin A Spahn | Manager | 0512H0026: Meeting with N. Chakiris and L. Hammond (Tribune) regarding fresh start accounting for accounts receivable reserves. | $305.00 | 1.00 | $305.00 |
| 5/31/2012 | Daniel Goerlich | Director | 0512H0027: Research and prepare issues summary for call with PwC National regarding consult on complex fresh start matters. | $475.00 | 3.00 | $1,425.00 |
| **Subtotal - Hours and Compensation for Fresh Start** | | | | | **30.90** | **$15,381.90** |
| **Records Management: Phase II** | | | | | | |
| 3/29/2012 | Julie D Sinor | Director | 0512H0028: Teleconference with E. Viergutz (Tribune) to discuss next steps: rolling out policy and procedures and developing training and communications. | $350.00 | 1.00 | $350.00 |
| 4/19/2012 | Rudolph Mayer | Manager | 0512H0029: Review the project plan, communications plan, and gap analysis in preparation for meeting with client. | $295.00 | 1.00 | $295.00 |
| 4/19/2012 | Timothy L Abrahams | Director | 0512H0030: Client meeting with E. Viergutz and W. Neibert (Tribune) and R. Mayer (PwC) to discuss the records information management gap analysis and potential implementation and rollout steps. | $350.00 | 3.50 | $1,225.00 |
| 4/19/2012 | Rudolph Mayer | Manager | 0512H0031: Client meeting with E. Viergutz and W. Neibert (Tribune) and T. Abrahams (PwC) to discuss the records information management gap analysis and potential implementation and rollout steps. | $295.00 | 3.50 | $1,032.50 |
| 5/17/2012 | Rudolph Mayer | Manager | 0512H0032: Meeting with T. Caputo and D. Eldenfelder (Tribune) to discuss implementation considerations for IRM program. | $295.00 | 1.00 | $295.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date – Hourly Professional Services
For the Period March 1, 2012 through May 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Subtotal - Hours and Compensation for Records Management: Phase II** | | | | | **10.00** | **$3,197.50** |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 3/7/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0512H0033: Prepare the February 2012 Monthly Fee Application. | $400.00 | 3.80 | $1,520.00 |
| 3/21/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0512H0034: Prepare the February 2012 Monthly Fee Application. | $400.00 | 4.40 | $1,760.00 |
| 3/21/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0512H0035: Prepare the February 2012 Monthly Fee Application narrative to distribute to the Bankruptcy Court. | $400.00 | 1.00 | $400.00 |
| 3/21/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0512H0036: Perform a review of the February 2012 Monthly Fee Application narrative. | $400.00 | 1.60 | $640.00 |
| 3/22/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0512H0037: Process the revisions to the February 2012 Monthly Fee Application provided by J. Spahn (PwC) and provide to A. Clark Smith (PwC) for review. | $400.00 | 0.30 | $120.00 |
| 3/27/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0512H0038: Process the changes to the February 2012 Monthly Fee Application and send to J. Spahn (PwC) for review. | $400.00 | 1.60 | $640.00 |
| 3/27/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0512H0039: Prepare responses to the Ninth Interim Fee Application Report. | $400.00 | 1.30 | $520.00 |
| 4/2/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0512H0040: Finalize the February 2012 Monthly Fee Application and distribute to Counsel. | $400.00 | 2.10 | $840.00 |
| 4/5/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0512H0041: Prepare the Thirteenth Interim Fee Application. | $400.00 | 2.30 | $920.00 |
| 4/11/2012 | Andrea Clark Smith | Director (Bankruptcy) | 0512H0042: Review the Thirteenth Interim Fee Application prior to distribution to the Partner for execution to ensure compliance with bankruptcy guidelines. | $550.00 | 1.30 | $715.00 |
| 4/13/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0512H0043: Revise the Thirteenth Interim Fee Application and distribute to Counsel for filing. | $400.00 | 0.90 | $360.00 |

**Exhibit C-2**

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period March 1, 2012 through May 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 5/1/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0512H0044: Meeting with J. Spahn (PwC) to discuss the new engagement letters. | $400.00 | 0.50 | $200.00 |
| 5/7/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0512H0045: Review the Tenth Interim Fee Auditor's Report. | $400.00 | 1.20 | $480.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **22.30** | **$9,115.00** |
| **Total Hours and Compensation** | | | | | **65.20** | **$28,694.40** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period March 1, 2012 through May 31, 2012**

| Transaction Type | Total Expenditures |
|---|---|
| **2011 Consolidated Audit** | |
| Research | $3,294.00 |
| **Subtotal - 2011 Consolidated Audit** | **$3,294.00** |
| **Total Expenditures** | **$3,294.00** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Monday, July 09, 2012

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period March 1, 2012 through May 31, 2012**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| **2011 Consolidated Audit** | | | | |
| 3/31/2012 | PricewaterhouseCoopers | Research | 0512E001: SOFTWARE LICENSE FOR FINANCIAL REPORTING AND ACCOUNTING TECHNICAL RESEARCH SOFTWARE - COMPERIO RENEWAL SUBSCRIPTION EFFECTIVE 03/15/12. | $1,944.00 |
| 3/31/2012 | PricewaterhouseCoopers | Research | 0512E002: MARKET RESEARCH - FOR Q1 2012 COMPILATION REPORT ON TELEVISION REVENUE SURVEY. | $1,350.00 |
| Subtotal - 2011 Consolidated Audit | | | | $3,294.00 |
| **Total Expenditures** | | | | **$3,294.00** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period