# EXHIBIT A

# SUMMARY OF PROFESSIONAL FEES

# FEE SUMMARY FOR THE PERIOD FROM
## MARCH 1, 2012 THROUGH MAY 31, 2012

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Leah Bruno | Partner/ Litigation/ Admitted to Illinois Bar in 1999 | $590.00 | 0.30 | $177.00 |
| Corinne P. Carr | Partner/Insurance Regulatory/ Admitted to Illinois Bar in 1994 | $660.00 | 4.80 | $3,168.00 |
| Leslie D. Davis | Partner/Litigation/ Admitted to Illinois Bar in 1995 | $575.00 | 3.90 | $2242.50 |
| Samuel Fifer | Partner/ Intellectual Property & Technology Group/Admitted to Illinois Bar in 1974 | $625.00 | 4.60 | $2,875.00 |
| Mark A. Flessner | Partner/Litigation/ Admitted to Illinois Bar in 1987 | $680.00 | 1.40 | $952.00 |
| Rosemary L. Gullikson | Partner/ Corporate/ Admitted to Illinois Bar in 1994 | $575.00 | 7.20 | $4,140.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James A. Klenk | Partner/ Intellectual Property & Technology Group/ Admitted to Illinois Bar in 1974 | $650.00 | 53.30 | $34,645.00 |
| Natalie J. Spears | Partner/ Litigation/ Admitted to Illinois Bar in 1995 | $575.00 | 41.30 | $23,747.50 |
| Margo Weinstein | Partner/ Litigation/ Admitted to Illinois Bar in 1988 | $650.00 | 18.10 | $11,765.00 |
| Gregory R. Naron | Counsel/ Litigation/ Admitted to Illinois Bar in 1991. | $520.00 | 0.8 | $416.00 |
| Jillian E. Gutman Mann | Managing Associate/ Litigation/ Admitted to Illinois Bar in 2005. | $540.00 | 1.50 | $810.00 |
| Jennifer Maree | Managing Associate/ Capital Markets/Admitted to New York Bar in 2002 | $530.00 | 4.20 | $2,226.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Justine N. Margolis | Managing Associate/ Litigation/ Admitted to Missouri Bar in 2006. | $440.00 | 0.70 | $308.00 |
| Maria L. Domanskis | Associate/ Litigation/ Admitted to Illinois Bar in 2000. | $380.00 | 1.20 | $456.00 |
| Kristen C. Rodriguez | Associate/ Litigation/ Admitted to Illinois Bar in 2009. | $335.00 | 49.10 | $16,448.50 |
| Katherine L. Staba | Associate/ Intellectual Property & Technology Group/ Admitted to Massachusetts Bar in 2009/ Admitted to Illinois Bar in 2010. | $330.00 $380.00 | 11.20 21.50 | $3,696.00 8,170.00 |
| Suzanne D. Smith | Paralegal/ Litigation | $245.00 | 7.90 | $1,935.50 |
| Derek J. Boor | Project Manager/ Litigation Support | $285.00 | 1.00 | $285.00 |
| Joel Carreon | Technical Analyst/ Litigation Support | $220.00 | 0.20 | $44.00 |
| Elizabeth S. Cobarrubias | Senior Research Analyst/Library/ Research Services | $220.00 | 0.50 | $110.00 |
| Janice Collins | Senior Research Analyst/Library/ Research Services | $220.00 | 1.00 | $220.00 |

3

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nancy J. Henry | Lead Regional Librarian/Library Research Services | $215.00 | 2.30 | $494.50 |
| Lexine A. Sam | Research Analyst/Library/ Research Services | $155.00 | .30 | $46.50 |
| *William Balfour Access Fixed Fee Matter* | | | 19.30 | $2,800.00 |
| **Grand Total** | | | **257.60** | **$122,178.00** |
| **Blended Rate** | **$474.29** | | | |

4

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM MARCH 1, 2012 THROUGH MAY 31, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Roberto Rivera | 13.40 | $5,193.00 |
| Eddie Johnson | 0.40 | $260.00 |
| Citation to Discovery Assets | 1.50 | $810.00 |
| Circulation - Chicago | 2.60 | $671.50 |
| Chicago Magazine - Editorial | 6.10 | $3,612.50 |
| Reporter's Subpoena - Annie Sweeney | 16.70 | $6,202.00 |
| Chicago Tribune - Editorial - General | 30.70 | $16,706.50 |
| Cheryl Naedler | 93.20 | $47,530.50 |
| Christopher Buchanan | 17.10 | $10,710.00 |
| Lee Wonjung Clara Subpoena | 2.40 | $876.00 |
| Jennifer Kelley, et al. | 33.80 | $14,706.00 |
| University of Illinois - FOIA Matteri | 4.40 | $2,484.00 |
| SRI Systems Research Citation | 4.00 | $2,307.50 |
| Sun Sentinel General Advice | 4.80 | $3,168.00 |
| William Balfour Access | 19.30 | $2,800.00 |
| [Confidential Matter] | 4.20 | $2,415.00 |
| [Confidential Matter] | 3.00 | $1,725.00 |
| TOTAL | 257.60 | $122,178.00 |

# EXHIBIT B

# EXPENSE SUMMARY

46429/0001-8689128V1

# EXPENSE SUMMARY FOR THE PERIOD FROM MARCH 1, 2012 TO MAY 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Messenger Services | Comet Messenger Service | $118.85 |
| Document Reproduction | SNR Denton US LLP | $415.50 |
| Duplicating Charges | SNR Denton US LLP | $4.00 |
| Outside Duplicating Charges | | $219.50 |
| Court Costs | | $412.00 |
| Color Copying | SNR Denton US LLP | $24.00 |
| Law Bulletin Access | Law Bulletin Publishing Co. | $30.25 |
| Transcript | Elite Deposition Services LLC | $146.00 |
| Reporting and Transcript Costs | Veritext New York Reporting Co. | $340.40 |
| Parking Costs | | $14.00 |
| **Total** | | **$1,724.50** |

46429/0001-8689128V1