# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM MAY 1, 2012 THROUGH MAY 31, 2012**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $590.00 | 13.60 | $8,024.00 |
| Walker-Bright, Paul R. | Partner. Joined firm in 2008. Member of IL bar since 1994. | $560.00 | .50 | $280.00 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003 | $550.00 | 6.50 | $3,575.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $490.00 | .50 | $245.00 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL bar since 2002. | $480.00 | 22.20 | $7,656.00 |
| Yassemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 | 30.30 | $13,635.00 |
| Falgowski, J. Cory | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $430.00 | .90 | $387.00 |
| Forster, Paige H. | Associate. Joined firm as associate in 2008. Member of PA bar since 2007. | $410.00 | .20 | $82.00 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $180.00 | 7.20 | $1,296.00 |
| Somoza, Silvia | Paralegal. Joined firm in 2007. | $140.00 | .60 | $84.00 |
| **Grand Total:** | | | 82.50 | $38,264.00 |
| Blended Rate: | | | | $463.81 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $493.76 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance Mirror – 00004 | 1.70 | $821.00 |
| Insurance Counseling – 00005 | 52.20 | $25,352.00 |
| Fee Applications – 00009 | 28.60 | $12,091.00 |
| **TOTAL:** | **82.50** | **$38,264.00** |

US_ACTIVE-109848387.1-JCFALGOW

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2269698
Invoice Date: July 2, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through May 31, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Reliance/Times Mirror 503842.00004 | $821.00 | $0.10 | $821.10 |
| RE: Insurance Counseling 503842.00005 | $758.00 | $0.00 | $758.00 |
| **Current Invoice Total:** | **$1,579.00** | **$0.10** | **$1,579.10** |
| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
| RE: Insurance Counseling 503842.00005 | $24,594.00 | $0.00 | $24,594.00 |
| RE: Fee Applications 503842.00009 | $12,091.00 | $154.70 | $12,245.70 |
| RE: HR Investigation 503842.00011 | $0.00 | $5,282.92 | $5,282.92 |
| **Current Invoice Total:** | **$36,685.00** | **$5,437.62** | **$42,122.62** |

|  | Current Fees | Current Costs | Totals |
|---|---|---|---|
| Non-Bankruptcy/Reorganization | $1,579.00 | $0.10 | $1,579.10 |
| Bankruptcy/Reorganization | $36,685.00 | $5,437.62 | $42,122.62 |
| **GRAND TOTAL:** | **$38,264.00** | **$5,437.72** | **$43,701.72** |

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2269698)

July 2, 2012    Case 08-13141-BLS    Doc 12017-3    Filed 07/13/12    Page 5 of 14    Invoice: 2269698
RE:    Reliance Mirror    Page 2
      (503842.00004)

**NON-BANKRUPTCY/REORGANIZATION**
RE:    Reliance/Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/08/12 | TPL | Email to J. Shugrue, P. Forster regarding status of appeal. | 0.30 |
| 05/08/12 | JDS | Analyzed status of appeal and of PA Supreme Court's lack of confirmation of jurisdiction. | 0.20 |
| 05/21/12 | PHF | Telephone call to Supreme Court prothonotary to check status of court's accepting jurisdiction over appeal. | 0.20 |
| 05/21/12 | JDS | Analyzed status of PA Supreme Court consideration of jurisdiction to hear appeal of Liquidation Court order on LPT claims. | 0.20 |
| 05/30/12 | TPL | Analyzed Order noting probable jurisdiction and sent same to client, J. Shugrue. | 0.20 |
| 05/30/12 | JDS | Analyzed PA Supreme Court Order accepting jurisdiction of appeal of Liquidation Court's Order on LPT claims. | 0.20 |
| 05/31/12 | SS | Reviewed and catalogued case pleadings. | 0.20 |
| 05/31/12 | PRW | Analyzed proposal regarding selling LPT claim to third-party claim broker. | 0.20 |

TOTAL FEES:      $821.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 05/31/2012 Duplicating/Printing/Scanning | | 0.10 |
| | Total Disbursements | 0.10 |
| | Fees & Disbursements | $821.10 |

**NON-BANKRUPTCY/REORGANIZATION**
Reliance/Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.60 | 590.00 | 354.00 |
| PRW | P.R. Walker-Bright | 0.20 | 560.00 | 112.00 |
| TPL | T.P. Law | 0.50 | 490.00 | 245.00 |
| PHF | P.H. Forster | 0.20 | 410.00 | 82.00 |
| SS | S. Somoza | 0.20 | 140.00 | 28.00 |
| | | 1.70 | | 821.00 |

## NON-BANKRUPTCY/REORGANIZATION
### RE: Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/03/12 | PRW | Conferred with J. Shugrue regarding possible coverage for defense costs incurred in class action suits. | 0.10 |
| 05/03/12 | JDS | Telephone conference with client regarding inquiry regarding availability of insurance coverage in connection with vendor contract. | 0.20 |
| 05/04/12 | PRW | Prepared email to J. Shugrue regarding review of third party complaint and potential coverage under liability policy. | 0.20 |
| 05/11/12 | JDS | Analyzed draft notice letter to insurers regarding third party suit and provided comments on same to P. Walker-Bright and L. Raines. | 0.20 |
| 05/17/12 | JDS | Emails with client regarding issues involving financially troubled insurer (.2); telephone conference with client regarding possible new third party liability claim (.2). | 0.40 |
| 05/29/12 | JDS | Analyzed correspondence from liability insurer regarding denial of claim regarding third party suits. | 0.20 |

TOTAL FEES: $758.00

Fees & Disbursements   $758.00

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.00 | 590.00 | 590.00 |
| PRW | P.R. Walker-Bright | 0.30 | 560.00 | 168.00 |
|  |  | 1.30 |  | 758.00 |

**BANKRUPTCY/REORGANIZATION**
**RE:     Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/01/12 | LL | Reviewed RS's 38th Monthly Fee Application. | 0.30 |
| 05/02/12 | LL | E-mail correspondence to L. Raines regarding revised 38th Monthly Fee Application. | 0.20 |
| 05/02/12 | LJR | Reviewed and analyzed 38th Monthly Fee Application and revised same in preparation for filing with bankruptcy court. | 2.80 |
| 05/03/12 | JCF | Reviewed Fee Auditor's report (.4); reviewed Order Appointing Fee Examiner and communications with J. Shugrue regarding objection deadline (.1). | 0.50 |
| 05/03/12 | LJR | Reviewed and analyzed 38th Monthly Fee Application and revised same in preparation for filing of fee petition. | 1.10 |
| 05/03/12 | JDS | Analyzed email from Fee Auditor transmitting Preliminary Report on 10th Interim and forwarded same to L. Raines, C. Falgowski. | 0.20 |
| 05/04/12 | LL | Additions/revision to RS's 38th Monthly Fee Application (1.5); drafted CNOs for RS's 36th and 37th Monthly and 13th Interim Fee Applications (.9). | 2.40 |
| 05/04/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 05/04/12 | JDS | Analyzed and authorized filing of CNOs for 36th and 37th Monthly and 13th Interim fee applications (.2); preliminary analysis of Fee Examiner's Preliminary Report on RS 10th Interim fee application (.4); preliminary analysis of draft 38th Monthly fee application (.2). | 0.80 |
| 05/07/12 | LL | Reviewed/finalized CNOs (.3); e-mail correspondence with J. Shugrue regarding CNOs & 38th Monthly (.2); revisions to 38th Monthly (.5). | 1.00 |
| 05/07/12 | JDS | Analyzed and revised 38th Monthly Fee Application (.4); analyzed Fee Examiner report regarding 10th Interim Fee Application (.3). | 0.70 |
| 05/08/12 | LL | Revised and finalized CNOs to 36th & 37th Monthlies and 13th Interim Fee Applications & 38th Monthly Fee Application (.9); drafted RS's 39th Monthly Fee Application (.5). | 2.00 |
| 05/08/12 | JCF | Reviewed and revised Fee Applications for filing with Court. | 0.40 |
| 05/16/12 | LJR | Reviewed and analyzed fee auditor report and prepared responses to inquiries in same. | 1.40 |
| 05/21/12 | LJR | Reviewed and analyzed latest fee auditor report and prepared draft response to same. | 6.70 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/22/12 | LJR | Finalized draft response to latest fee auditor report and emailed draft as well as comments and questions related to same to J. Shugrue. | 1.70 |
| 05/22/12 | SS | Reviewed and updated case pleadings. | 0.20 |
| 05/22/12 | JDS | Analyzed issues/questions raised by Fee Examiner regarding 10th Quarterly/Interim Fee Application and worked on drafting email responding to same. | 0.60 |
| 05/23/12 | LL | Reviewed correspondence regarding response deadline to fee auditor for 10th interim and e-mail correspondence to J. Shugrue regarding 39th Monthly Fee Application. | 0.40 |
| 05/23/12 | JDS | Analyzed and revised email to Fee Examiner regarding issues/questions raised regarding 10th Quarterly/Interim Fee Application. | 2.40 |
| 05/24/12 | JDS | Analyzed, revised and finalized email to Fee Examiner in reply to issues/questions in connection with 10th Quarterly/Interim Fee Application. | 1.70 |
| 05/25/12 | LL | E-mails with J. Shugrue regarding responses to fee auditor's report for 10th interim. | 0.30 |
| 05/29/12 | LL | Drafted e-mail to J. Shugrue regarding RS's 39th Monthly. | 0.30 |
| 05/31/12 | LL | E-mail correspondence to J. Shugrue regarding RS's 39th Monthly. | 0.30 |
|  |  | TOTAL FEES: | $12,091.00 |

## CURRENT DISBURSEMENTS

| 05/31/2012 | Duplicating/Printing/Scanning | 20.20 |
|---|---|---|
| 05/31/2012 | Outside Duplicating | 134.50 |
|  | Total Disbursements | 154.70 |
|  | Fees & Disbursements | $12,245.70 |

## BANKRUPTCY/REORGANIZATION
### Fee Summary: Fee Applications

| ID  | Names           | Hours | Rate   | Amount    |
|-----|-----------------|-------|--------|-----------|
| JDS | J.D. Shugrue    | 6.40  | 590.00 | 3,776.00  |
| JCF | J.C. Falgowski  | 0.90  | 430.00 | 387.00    |
| SS  | S. Somoza       | 0.40  | 140.00 | 56.00     |
| LJR | L.J. Raines     | 13.70 | 480.00 | 6,576.00  |
| LL  | L. Lankford     | 7.20  | 180.00 | 1,296.00  |
|     |                 | 28.60 |        | 12,091.00 |

**BANKRUPTCY/REORGANIZATION**
**RE:     HR Investigation**

### CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 05/31/2012 | Electronically Stored Information -- Retrieval/Storage of emails by client-approved vendor in connection with review of documents related to HR Investigation matter. | 5,282.92 |
| | Total Disbursements | 5,282.92 |
| | Fees & Disbursements | $5,282.92 |

## BANKRUPTCY/REORGANIZATION
### RE: Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/01/12 | LJR | Analyzed correspondence from J. Shugrue related to Litigation Trust Agreement (.4); researched pleadings and other documents for summary insurance document requested by bankruptcy counsel (1.9); discussed research project related to insurance coverage issues concerning litigation trust with A. Yassemedis (.2); reviewed and analyzed email correspondence between J. Shugrue and bankruptcy counsel related to insurance issues in connection with emergence from BK (.6). | 3.10 |
| 05/01/12 | AJM | Analyzed email from J. Shugrue regarding litigation trust and coverage issues (.2); communications with L. Raines regarding litigation trust insurance issues (.2). | 0.40 |
| 05/01/12 | A.Y. | Legal research regarding insurance issues in connection with litigation trust. | 1.00 |
| 05/01/12 | JDS | Analyzed insurance policy information to provide to bankruptcy counsel in connection with proposed agreement concerning defense of underlying actions (.7); analyzed email from bankruptcy counsel regarding insurance issues involved with draft bankruptcy court documents (.2); telephone call with client regarding notice correspondence to insurers (.2). | 1.10 |
| 05/02/12 | LJR | Analyzed Litigation Trust Agreement and implications with respect to insurance (.5); drafted summary chart of insurance policies requested by bankruptcy counsel (1.1). | 1.60 |
| 05/02/12 | AJM | Analyzed insurance coverage issues concerning litigation trust (1.3); analyzed comments from bankruptcy counsel regarding draft litigation trust agreement (1.3). | 2.60 |
| 05/02/12 | A.Y. | Analyzed insurance issues in connection with litigation trust proposal. | 2.70 |
| 05/02/12 | JDS | Emails with bankruptcy counsel, A. Moss and L. Raines regarding insurance issues related to proposed defense agreement. | 0.40 |
| 05/03/12 | AJM | Communications with J. Shugrue regarding litigation trust (.1); telephone call with L. Raines to discuss same (.2). | 0.30 |
| 05/03/12 | A.Y. | Analyzed policies in connection with insurance coverage issues concerning litigation trust (1.6); researched insurance coverage issues concerning litigation trust (4.2). | 5.80 |
| 05/03/12 | JDS | Analyzed and exchanged emails with bankruptcy counsel regarding insurance issues related to proposed defense agreement. | 0.20 |

**INVOICE IS PAYABLE UPON RECEIPT**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/04/12 | LJR | Reviewed and analyzed insurance issues regarding post-emergence (.6); emailed J. Shugrue regarding potential insurance issues regarding post-emergence (.6). | 1.20 |
| 05/04/12 | AJM | Communications with J. Shugrue regarding litigation trust and related insurance coverage issues. | 0.20 |
| 05/04/12 | A.Y. | Researched and analyzed insurance coverage issues in connection with litigation trust and post-emergence. | 5.40 |
| 05/04/12 | JDS | Analyzed insurance issues related to bankruptcy proceedings and prepared email to bankruptcy counsel regarding same. | 0.50 |
| 05/07/12 | A.Y. | Legal research regarding insurance coverage issues involving litigation trust. | 3.70 |
| 05/07/12 | JDS | Analyzed issues regarding Preference Action insurance claims. | 0.20 |
| 05/08/12 | LJR | Drafted letter to insurers in connection with third amended complaint filed in Deutsche Bank lawsuit (.9); sent draft letter to client for comment (.2). | 1.10 |
| 05/08/12 | AJM | Communications with client representatives and bankruptcy counsel regarding teleconference to discuss litigation trust and related insurance issues (.1); analyzed case law regarding insurance issues related to creation of litigation trust in preparation for teleconference (.5). | 0.60 |
| 05/08/12 | A.Y. | Researched insurance coverage issues involving litigation trust and drafted memorandum analyzing same. | 7.20 |
| 05/08/12 | JDS | Analyzed insurance issues related to bankruptcy court filings and plan for reorganization and exchanged emails with BK counsel regarding same. | 1.80 |
| 05/09/12 | LJR | Reviewed and analyzed research and summary regarding insurance coverage issues in connection with litigation trust and post-emergence (.7); conference call with bankruptcy counsel to discuss issues related to insurance coverage for claims in connection with potential creation of Litigation Trust (.8). | 1.50 |
| 05/09/12 | AJM | Reviewed and analyzed research memorandum and case law with respect to insurance coverage issues related to creation of litigation trust (.6); participated in teleconference with bankruptcy counsel, J. Shugrue and L. Raines to discuss insurance coverage issues related to creation of litigation trust (.8); met with A. Yassemedis to discuss further research, drafting of insurance coverage analysis memorandum for client and outside counsel regarding insurance coverage issues in connection with litigation trust and post emergence (.3). | 1.70 |

**INVOICE IS PAYABLE UPON RECEIPT**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/09/12 | A.Y. | Prepared material for use in connection with conference call with bankruptcy counsel regarding insurance coverage issues in connection with litigation trust and post emergence (.3); follow up research on insurance coverage issues in connection with litigation trust and post emergence (1.2). | 1.50 |
| 05/09/12 | JDS | Telephone conference with bankruptcy counsel regarding insurance issues related to bankruptcy proceeding and reorganization (.8); analyzed legal research and memorandum prepared by A. Yassemedis regarding same (.4). | 1.20 |
| 05/11/12 | A.Y. | Drafted memorandum regarding insurance coverage issues in connection with litigation trust and post emergence. | 0.50 |
| 05/11/12 | JDS | Analyzed and responded to emails with bankruptcy counsel regarding status of payments under insurance policies. | .20 |
| 05/23/12 | A.Y. | Drafted and revised memorandum to bankruptcy counsel regarding insurance coverage issues in connection with litigation trust and post emergence. | 2.50 |
| 05/25/12 | AJM | Reviewed email from bankruptcy counsel and J. Shugrue regarding creditor request for insurer correspondence. | 0.10 |
| 05/29/12 | AJM | Reviewed email from insurer regarding coverage position (.1); reviewed and analyzed correspondence from insurer regarding coverage for Deutsche Bank Trust claims against directors and officers (.5). | 0.60 |

                            TOTAL FEES:               $24,594.00


                                         Fees & Disbursements    $24,594.00

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 5.60 | 590.00 | 3,304.00 |
| AJM | A.M. Moss | 6.50 | 550.00 | 3,575.00 |
| A.Y. | A. Yassemedis | 30.30 | 450.00 | 13,635.00 |
| LJR | L.J. Raines | 8.50 | 480.00 | 4,080.00 |
|  |  | 50.90 |  | $24,594.00 |

**INVOICE IS PAYABLE UPON RECEIPT**

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2269698
Invoice Date: July 2, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through April 30, 2012

| NON-BANKRUPTCY/REORGANIZATION | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $821.00 | $0.10 | $821.10 |
| RE: | Insurance Counseling 503842.00005 | $758.00 | $0.00 | $758.00 |
| | **Current Invoice Total:** | **$1,579.00** | **$0.10** | **$1,579.10** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Insurance Counseling 503842.00005 | $24,594.00 | $0.00 | $24,594.00 |
| RE: | Fee Applications 503842.00009 | $12,091.00 | $154.70 | $12,245.70 |
| RE: | HR Investigation 503842.00011 | $0.00 | $5,282.92 | $5,282.92 |
| | **Current Invoice Total:** | **$36,685.00** | **$5,437.62** | **$42,122.62** |

| | Current Fees | Current Costs | Totals |
|---|---|---|---|
| Non-Bankruptcy/Reorganization | $1,579.00 | $0.10 | $1,579.10 |
| Bankruptcy/Reorganization | $36,685.00 | $5,437.62 | $42,122.62 |
| **GRAND TOTAL:** | **$38,264.00** | **$5,437.72** | **$43,701.72** |

**INVOICE IS PAYABLE UPON RECEIPT**