# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Outside Duplicating | IKON/DLS | $134.50 |
| Printing, Duplicating, Scanning | | $20.30 |
| Misc. | | $5,282.92 |
| **TOTAL:** | | **$5,437.72** |

US_ACTIVE-109848387.1-JCFALGOW

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation –00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Outside Duplicating | IKON/DLS | | | | $134.50 | | $134.50 |
| Printing/Duplicating & Scanning | | $.10 | | | $20.20 | | $20.30 |
| Telephone | | | | | | | $0.00 |
| Misc. | | | | | | $5,282.92 | $5,282.92 |
| TOTAL: | | $0.10 | $0.00 | $0.00 | $154.70 | $5,282.92 | $5,437.72 |

US_ACTIVE-109848387.1-JCFALGOW

## NON-BANKRUPTCY/REORGANIZATION
### RE:     Reliance/Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/08/12 | TPL | Email to J. Shugrue, P. Forster regarding status of appeal. | 0.30 |
| 05/08/12 | JDS | Analyzed status of appeal and of PA Supreme Court's lack of confirmation of jurisdiction. | 0.20 |
| 05/21/12 | PHF | Telephone call to Supreme Court prothonotary to check status of court's accepting jurisdiction over appeal. | 0.20 |
| 05/21/12 | JDS | Analyzed status of PA Supreme Court consideration of jurisdiction to hear appeal of Liquidation Court order on LPT claims. | 0.20 |
| 05/30/12 | TPL | Analyzed Order noting probable jurisdiction and sent same to client, J. Shugrue. | 0.20 |
| 05/30/12 | JDS | Analyzed PA Supreme Court Order accepting jurisdiction of appeal of Liquidation Court's Order on LPT claims. | 0.20 |
| 05/31/12 | SS | Reviewed and catalogued case pleadings. | 0.20 |
| 05/31/12 | PRW | Analyzed proposal regarding selling LPT claim to third-party claim broker. | 0.20 |

TOTAL FEES:                                  $821.00

### CURRENT DISBURSEMENTS

| 05/31/2012 | Duplicating/Printing/Scanning | | 0.10 |
|---|---|---|---|
| | | Total Disbursements | 0.10 |
| | | Fees & Disbursements | $821.10 |

## NON-BANKRUPTCY/REORGANIZATION
Reliance/Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.60 | 590.00 | 354.00 |
| PRW | P.R. Walker-Bright | 0.20 | 560.00 | 112.00 |
| TPL | T.P. Law | 0.50 | 490.00 | 245.00 |
| PHF | P.H. Forster | 0.20 | 410.00 | 82.00 |
| SS | S. Somoza | 0.20 | 140.00 | 28.00 |
| | | 1.70 | | 821.00 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/22/12 | LJR | Finalized draft response to latest fee auditor report and emailed draft as well as comments and questions related to same to J. Shugrue. | 1.70 |
| 05/22/12 | SS | Reviewed and updated case pleadings. | 0.20 |
| 05/22/12 | JDS | Analyzed issues/questions raised by Fee Examiner regarding 10th Quarterly/Interim Fee Application and worked on drafting email responding to same. | 0.60 |
| 05/23/12 | LL | Reviewed correspondence regarding response deadline to fee auditor for 10th interim and e-mail correspondence to J. Shugrue regarding 39th Monthly Fee Application. | 0.40 |
| 05/23/12 | JDS | Analyzed and revised email to Fee Examiner regarding issues/questions raised regarding 10th Quarterly/Interim Fee Application. | 2.40 |
| 05/24/12 | JDS | Analyzed, revised and finalized email to Fee Examiner in reply to issues/questions in connection with 10th Quarterly/Interim Fee Application. | 1.70 |
| 05/25/12 | LL | E-mails with J. Shugrue regarding responses to fee auditor's report for 10th interim. | 0.30 |
| 05/29/12 | LL | Drafted e-mail to J. Shugrue regarding RS's 39th Monthly. | 0.30 |
| 05/31/12 | LL | E-mail correspondence to J. Shugrue regarding RS's 39th Monthly. | 0.30 |
|          |    | TOTAL FEES: | $12,091.00 |

### CURRENT DISBURSEMENTS

| 05/31/2012 | Duplicating/Printing/Scanning | 20.20 |
|------------|-------------------------------|-------|
| 05/31/2012 | Outside Duplicating | 134.50 |
|            | Total Disbursements | 154.70 |

|  | Fees & Disbursements | $12,245.70 |
|--|----------------------|------------|

**BANKRUPTCY/REORGANIZATION**
**RE:   HR Investigation**

### CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 05/31/2012 | Electronically Stored Information -- Retrieval/Storage of emails by client-approved vendor in connection with review of documents related to HR Investigation matter. | 5,282.92 |
| | Total Disbursements | 5,282.92 |
| | Fees & Disbursements | $5,282.92 |