IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re:                                         Chapter 11

TRIBUNE COMPANY et al.,                        Case No. 08-13141 (KJC)

                                               (Jointly Administered)

                           Debtors.            **Hearing Date:  (To be determined)**
------------------------------------------------------------x   **Objections Due: August 2, 2012 @ 4:00 p.m.**

## ELEVENTH INTERIM FEE APPLICATION OF ZUCKERMAN SPAEDER LLP FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Applicant:  Zuckerman Spaeder LLP

Authorized to Provide Professional Services to:  The Official Committee of Unsecured Creditors

Date of Retention:  August 6, 2009 (Order entered September 3, 2009)

Period for which compensation and
Reimbursement is sought:  March 1, 2012 through May 31, 2012

Amount of Compensation sought
as actual, reasonable and necessary:  $291,866.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $23,462.55

This is Applicant's Eleventh Interim Fee Application.  24.90 hours of time were expended during the Application Period in preparation of monthly and interim fee applications, and $15,983.00 is the corresponding compensation request.

| Previous Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 1/15/10 | 8/6/09-11/30/09 | $1,262,525.75 | $    36,386.06 | $ 1,259,242.25 | $    34,803.77 |
| 4/15/10 | 12/1/09-2/28/10 | $1,000,919.75 | $1,031,725.76 | $ 998,432.25 | $ 1,028,318.80 |
| 7/15/10 | 3/1/10-5/31/10 | $  579,613.50 | $  337,176.57 | $ 575,728.00 | $  336,798.75 |
| 10/15/10 | 6/1/10-8/31/10 | $  438,551.50 | $  846,788.23 | $ 438,054.00 | $  846,762.96 |
| 1/14/11 | 9/1/10-11/30/10 | $  868,159.25 | $  559,304.80 | $ 865,866.25 | $  559,102.80 |
| 4/21/11 | 12/1/10-2/28/11 | $1,251,707.75 | $2,741,330.92 | $0.00 | $0.00 |
| 7/15/11 | 3/1/11-5/31/11 | $1,112,522.00 | $  111,383.98 | $0.00 | $0.00 |
| 10/14/11 | 6/1/11-8/31/11 | $  416,533.75 | $   19,722.60 | $0.00 | $0.00 |
| 1/13/12 | 9/1/11-11/30/11 | $  277,245.25 | $    8,317.30 | $0.00 | $0.00 |
| 4/13/12 | 12/1/11-2/29/12 | $  255,367.75 | $   23,701.64 | $0.00 | $0.00 |

**ATTACHMENT**

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (incl. changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Graeme W. Bush | Partner, complex business and bankruptcy litigation; admitted 1976 | $875.00 | 3.20 | $2,800.00 |
| James Sottile | Partner, complex insurance and mass tort litigation; admitted 1986 | $790.00 | 147.40 | $116,446.00 |
| Andrew N. Goldfarb | Partner, bankruptcy and complex litigation; admitted 1996 | $640.00 | 180.80 | $115,712.00 |
| P. Andrew Torrez | Partner, civil litigation; admitted 1997 | $610.00 | 41.10 | $25,071.00 |
| Andrew Caridas | Associate, litigation; admitted 2008 | $375.00 | 8.50 | $3,187.50 |
| Lisa Gehlbach | Paralegal, 5th year | $280.00 | 74.70 | $20,916.00 |
| Afton B. Hodge | Paralegal, 5th year | $220.00 | 7.50 | $1,650.00 |
| Kimberly Wilson | Library Assistant 7 years' experience | $180.00 | 2.80 | $ 504.00 |

Grand Totals:  466.00 hours and $286,286.50
Blended Rate:  $614.35 per hour
(excluding non-working travel time)

1

## COMPENSATION BY PROJECT CATEGORY

| MATTER | | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| 0001 | Bank Claims | 440.60 | $ 270,811.50 |
| 0002 | Retention/Fee Applications | 24.60 | $ 15,791.00 |
| 0003 | Non-Working Travel Time (charged ½ time) | 13.80 | $ 5,263.50 |
| | Totals: | 479.00 | $291,866.00 |

2

## ITEMIZED EXPENSES

EXPENSES

| | | |
|---|---|---|
| Travel – Train/Air/Hotel | $ | 1,817.90 |
| Taxi Service and Parking | $ | 39.60 |
| Miscellaneous Expenses – Tips | $ | 2.25 |
| - Meals | $ | 106.76 |
| - Sharon Garrett (Int'l Money Order) | $ | 96.00 |
| Couriers | | |
| Express Delivery – FEDEX | $ | 545.54 |
| Washington Express LLC | $ | 590.73 |
| Court Reporter – TSG Reporting, Inc. | $ | 288.70 |
| Translations – TransPerfect Translations | $ | 635.00 |
| Docket Research - Pacer | $ | 23.68 |
| - Westlaw Research | $ | 319.20 |
| - LexusNexis Risk Data Management | $ | 16.35 |
| Telephone Conferencing – SoundPath | $ | 136.46 |
| Outside Duplication/Printing - Barrister Digital Solutions | $ | 14,179.09 |
| In-house Photocopy | $ | 737.70 |
| Long Distance Telephone | $ | 78.24 |
| Postage | $ | 3,849.35 |
| **TOTAL EXPENSES** | $ | 23,462.55 |

3

## NARRATIVE

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Zuckerman Spaeder LLP ("Zuckerman") hereby moves this Court for an order awarding it reasonable compensation with respect to the above-captioned chapter 11 cases for professional legal services rendered as special counsel to the Official Committee of Unsecured Creditors (the "Committee") in the amount of $291,866.00 together with reimbursement for actual and necessary expenses incurred in the amount of $23,462.55 for the period March 1, 2012, through and including May 31, 2012 (the "Application Period"), and respectfully represents as follows:

1.      Pursuant to an Order entered by this Court on September 3, 2009 (Docket No. 2088) (the "Retention Order"), Zuckerman was employed under a general retainer to serve as special counsel to the Committee in connection with these chapter 11 cases, effective as of August 6, 2009. The Retention Order authorized Zuckerman to be compensated on an hourly basis and to be reimbursed for the actual and necessary out-of-pocket expenses that it incurred.

2.      During the Application Period, Zuckerman has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case. There is no agreement or understanding between Zuckerman and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in this case.

3.      This Eleventh Interim Application seeks compensation for fees of $291,866.00

4

and reimbursement of expenses of $23,462.55 incurred during the Application Period. In

accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and

reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under this title.

**SUMMARY OF SERVICES RENDERED**

4.      During the Application Period, Zuckerman provided services to the Committee

and worked closely with the Committee's general bankruptcy counsel and with other parties

supporting the Debtor/Committee/Lender proposed plan of reorganization (the "DCL Plan").

The time detail for professional services provided by Zuckerman to the Committee during the

Application Period is divided by matter and set forth on Exhibit A to Zuckerman's relevant

monthly applications (Docket Nos. 10945, 11087, and 11309).  The primary services provided by

matter are generally described below.

5.      LBO Adversary Proceedings.  During the Application Period, Zuckerman met and

corresponded with the Committee, its general bankruptcy counsel as well as with other primary

parties concerning the Committee's two principal adversary proceedings initiated by the

Committee relating to the financing of the Debtors' LBO in 2007 – the *JPMorgan Chase* action

(Adv. Proc. No. 10-93563) against Tribune's LBO lenders in the Bankruptcy Court and the

*FitzSimons* action (Adv. Proc. No. 10-54010) against directors and officers, advisors, and former

shareholders.  The *FitzSimons* action was transferred to the multidistrict litigation proceeding in

5

New York (the "MDL") in March 2012 (as Member Case No. 12-2652). Zuckerman attended

hearings and conferences on the Committee's behalf. The firm also prepared and filed

submissions for the Committee, including (i) a motion to sever claims against advisors to

Tribune in the LBO from the *JPMorgan Chase* action and a brief to support the transfer of such

claims to the MDL, and (ii) a motion for leave to dismiss the *FitzSimons* intentional fraudulent

conveyance claim against individually named former shareholders who received less than

$50,000 in LBO proceeds.

      6.    During the Application Period, Zuckerman, in connection with Delaware counsel

Landis, Rath & Cobb ("LRC"), continued to pursue discovery in *FitzSimons* to identify and serve

shareholder defendants who received proceeds as a result of the Tribune LBO (the "Shareholder

Defendants"). On behalf of the Committee, Zuckerman coordinated with counsel for the other

plaintiffs in the MDL cases, the Noteholders and the Retirees, and prepared to amend the

*FitzSimons* complaint to reflect the additionally discovered shareholder defendants. In

connection with this labor-intensive project, which requires both extensive attorney involvement

and paralegals with project management experience, Zuckerman and LRC continued to follow up

on subpoenas and document requests served on hundreds of parties and to process and evaluate

the information received.

      7.    During the Application Period, Zuckerman also continued its efforts to identify

and serve defendants in *JPMorgan Chase*. This project has required both attorney involvement

and the support and project management efforts of experienced paralegals.

8.    <u>Retention/Fee Applications</u>.  During the Application Period, Zuckerman prepared and filed three monthly fee applications and one interim fee application.

## DISBURSEMENTS

9.    Zuckerman's list of out-of-pocket disbursements during the Application Period contains categories of charges, including, among other things, facsimile charges, mail and express mail charges, deposition and hearing transcripts, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, parking and expenses for "working meals."  The expense detail is set forth on Exhibit B to Zuckerman's relevant monthly fee applications.

10.    Zuckerman represents that its rate for duplication is $0.10 per page, its effective rate for outgoing facsimile transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming facsimile transmissions, and there is no surcharge for computerized research.

WHEREFORE, Zuckerman requests that the Court enter an order allowing Zuckerman $291,866.00 in fees compensation and $23,462.55 for reimbursement of expenses incurred during the Application Period, and granting Zuckerman such other and further relief as is just.

Dated: July 13, 2012
      Washington, DC

**ZUCKERMAN SPAEDER LLP**


Graeme W. Bush
James Sottile
Andrew N. Goldfarb
1800 M Street, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee
of Unsecured Creditors*