# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998364
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through May 31, 2012

**Labor-General 0000001174**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/07/12 | J. Sherman | C300 | | Research issues arising out of possibility that platemaking employees will be given choice to have an Armour-Globe election to join press unit, including community of interest standards common among both groups (1.00); appropriateness of platemakers as a separate unit (1.00); application of press contract terms to platemaking following election (.80). | 2.80 | 2,030.00 |
| 05/21/12 | J. Sherman | C300 | | Conference with A. Barnes regarding platemaker contract issue. | 0.30 | 217.50 |
| **Total Hours** | | | | | 3.10 | |
| **Total Fees** | | | | | | $2,247.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1998364

Page 2

Baltimore Sun

| | | |
|---|---|---|
| **Less Discount** | | ($224.75) |
| **Total Fees After Discount** | | $2,022.75 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 3.10 | hours at | $725.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Long Distance Telephone | 0.52 |
| Online Research | 18.25 |
| **Total Disbursements** | 18.77 |
| **Total Amount Due** | $2,041.52 |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1998364
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,247.50 |
| Less Discount | ($224.75) |
| Total Fees after Discount | $2,022.75 |
| Total Disbursements | 18.77 |
| Total Fees and Disbursements This Statement | $2,041.52 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998391
0276 12575 / 12575-000304
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through May 31, 2012

### Teamsters Local Union No. 355; Case No. 05-RC-080319

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/04/12 | K. Michaels | C300 | | Review of e-mail correspondence from A. Barnes regarding make up of plateroom department. | 0.20 | 121.00 |
| 05/05/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding RC petition filed by Teamsters Local 355. | 0.30 | 181.50 |
| 05/05/12 | K. Michaels | C300 | | Review of NLRB caselaw regarding eligibility issues involved in Teamster RC petition. | 0.60 | 363.00 |
| 05/05/12 | K. Michaels | C300 | | Review of Board's new election rules in light of RC petition filed by Teamsters Local 355. | 0.40 | 242.00 |
| 05/05/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding approach to responding to RC petition. | 0.40 | 242.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1998391

Page 2

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/05/12 | K. Michaels | L120 | | Review RC petition. | 0.30 | 181.50 |
| 05/07/12 | K. Michaels | C300 | | Review of e-mail correspondence from A. Barnes with attached letter from Teamsters Union requesting recognition of plateroom employees. | 0.10 | 60.50 |
| 05/07/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding options with respect to RC petition. | 0.30 | 181.50 |
| 05/07/12 | K. Michaels | C300 | | Review of e-mail correspondence from A. Barnes regarding amount of hours worked by employees Gullege and Brock in the plateroom. | 0.20 | 121.00 |
| 05/07/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding RC petition. | 0.40 | 242.00 |
| 05/07/12 | K. Michaels | C300 | | Telephone conference with NLRB attorney R. Babale regarding Union position concerning petition. | 0.30 | 181.50 |
| 05/07/12 | K. Michaels | C300 | | Additional conversation with A. Barnes regarding exploration of voluntary recognition where the Union possesses a showing of majority support. | 0.30 | 181.50 |
| 05/07/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding summary of conversation with NLRB attorney and next steps. | 0.40 | 242.00 |
| 05/07/12 | K. Michaels | C300 | | Conference with J. Sherman regarding obligation of employer to apply the terms and conditions of the pressroom contract to employees added as a residual unit. | 0.20 | 121.00 |
| 05/07/12 | K. Michaels | L120 | | Review of e-mail correspondence from A. Barnes regarding discussion with NLRB attorney and attached documents from NLRB (.20); review of additional documents from NLRB (.20). | 0.40 | 242.00 |



Invoice No. 1998391

Page 3

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/08/12 | K. Michaels | C300 | | Telephone conference with R. Babale, NLRB attorney, regarding Company position on need for pre-hearing election. | 0.30 | 181.50 |
| 05/08/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding obtaining a third party neutral to review authorization cards. | 0.20 | 121.00 |
| 05/08/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding voluntary recognition of production specialist employees. | 0.30 | 181.50 |
| 05/08/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding neutral selected to review authorization cards. | 0.30 | 181.50 |
| 05/09/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding obligation to negotiate terms and conditions of employment for platemakers under the pressmen contract. | 0.30 | 181.50 |
| 05/09/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding voluntary recognition agreement. | 0.20 | 121.00 |
| 05/09/12 | K. Michaels | C300 | | Review of e-mail correspondence from A. Barnes with attached additions to voluntary recognition agreement (.10); drafting e-mail correspondence in response to same (.10). | 0.20 | 121.00 |
| 05/09/12 | K. Michaels | L250 | | Drafting voluntary recognition agreement. | 1.00 | 605.00 |
| 05/11/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding Union request for immediate dues deduction and related bargaining issues. | 0.30 | 181.50 |

| | | |
|---|---|---|
| **Total Hours** | 7.90 | |
| **Total Fees** | | $4,779.50 |
| **Less Discount** | | ($477.95) |
| **Total Fees After Discount** | | $4,301.55 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1998391

Page 4

Baltimore Sun

## Timekeeper Summary

| K. Michaels | Partner | - | 7.90 | hours at | $605.00 | per hour |
|---|---|---|---|---|---|---|

**Total Disbursements**        0.00

**Total Amount Due**        $4,301.55



ATTORNEYS

SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1998391
0276 12575 / 12575-000304
Teamsters Local Union No. 355; Case No. 05-RC-
080319

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,779.50 |
| Less Discount | ($477.95) |
| Total Fees after Discount | $4,301.55 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $4,301.55 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998404
0276 36377 / 36377-000001
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through May 31, 2012

**Corporate Labor Relations Matters 0000001096**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/08/12 | K. Michaels | C300 | | Work on audit response letter. | 0.30 | 181.50 |

| | | | |
|---|---|---|---|
| Total Hours | | 0.30 | |
| Total Fees | | | $181.50 |
| Less Discount | | | ($18.15) |
| Total Fees After Discount | | | $163.35 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 0.30 | hours at | $605.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Sherman

**Total Disbursements**                                                  0.00

**Total Amount Due**                                                 $163.35



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1998404
0276 36377 / 36377-000001
Corporate Labor Relations Matters 0000001096

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $181.50 |
| Less Discount | ($18.15) |
| Total Fees after Discount | $163.35 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $163.35 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998420
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through May 31, 2012

### Bankruptcy Fee Application 0000001891

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/01/12 | J. McManus | B110 | | Revise Seyfarth's Thirtieth Monthly Fee Application. | 0.80 | 232.00 |
| 05/01/12 | A. Connor | B160 | | Continue preparation of response to Fee Examiner's Report of Seyfarth Sixth Fee Application. | 2.10 | 651.00 |
| 05/01/12 | A. Shepro | B160 | | Compile/prepare Thirtheth Monthly Fee Application. | 3.30 | 346.50 |
| 05/02/12 | N. Riesco | L190 | | Draft response to fee examiner's request. | 0.50 | 195.00 |
| 05/02/12 | J. McManus | B110 | | Revise response to Fee Examiner's Report on Seyfarth's Sixth Fee Application (.70); review/edit Exhibit 1 to Seyfarth's Thirtieth Monthly Fee Application (.60). | 1.30 | 377.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1998420

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/02/12 | A. Connor | B160 | | Follow up on previous queries to professionals regarding clarification for incorporation into response to report of Fee Examiner. | 1.00 | 310.00 |
| 05/03/12 | J. McManus | B110 | | Draft response to Seyfarth's Seventh Interim Fee Application. | 0.80 | 232.00 |
| 05/03/12 | A. Connor | B160 | | Work on response to Fee Examiner's report. | 1.60 | 496.00 |
| 05/04/12 | A. Connor | B160 | | Complete responses to Fee Examiner's inquiry regarding Seyfarth's Sixth Interim Fee Application (3.10); telephone conference with J. Theil, Fee Examiner regarding need to supplement responses and forward responses for review, comment (.80). | 3.90 | 1,209.00 |
| 05/07/12 | J. McManus | B110 | | Review fee application detail for accurate descriptions/redactions in preparation of Seyfarth's Thirty-First Monthly Fee Application. | 0.40 | 116.00 |
| 05/07/12 | A. Connor | B160 | | Follow up with J. Ross regarding responses to Fee Examiner's Report on Sixth Interim Fee Application. | 0.10 | 31.00 |
| 05/08/12 | J. McManus | B110 | | Revise/finalize Seyfarth's Thirtieth Monthly Fee Application (.90); prepare Seyfarth's Thirty-First Fee Application (.80). | 1.70 | 493.00 |
| 05/09/12 | A. Shepro | B160 | | Commence edits to response to Fee Auditor's Report for the Seventh Interim Fee Application. | 0.60 | 63.00 |
| 05/10/12 | J. Sherman | C300 | | Review/execute Thirteenth Monthly Fee Application. | 0.30 | 217.50 |
| 05/10/12 | J. McManus | B110 | | Cause Thirtieth Monthly Fee Application to be filed with the court (.10); revise Exhibit A to Seyfarth's Thirty-First Monthly Fee Application (.50). | 0.60 | 174.00 |
| 05/10/12 | A. Shepro | B160 | | Continue edits on response to Fee Auditor's Report for Seventh Interim Fee Application. | 3.20 | 336.00 |



Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/11/12 | A. Shepro | B160 | | Compile response to Fee Auditor's Report for Seventh Monthly Fee Application (1.60); retrieve exhibits for the Fifth Quarterly Fee Auditor's Report for O. Reyes (.30). | 1.90 | 199.50 |
| 05/14/12 | A. Shepro | B160 | | Compile response to Fee Auditor's Report for Seventh Interim Fee Application. | 2.70 | 283.50 |
| 05/15/12 | A. Shepro | B160 | | Compile response to Fee Auditor's Report for Seventh Interim Fee Application. | 4.20 | 441.00 |
| 05/16/12 | J. McManus | B110 | | Prepare portions of response to Fee Examiner's Report on Seyfarth's Tenth Interim Fee Application. | 0.70 | 203.00 |
| 05/16/12 | A. Connor | B160 | | Begin work on collecting responses to Fee Examiner's Seventh Report. | 3.00 | 930.00 |
| 05/16/12 | A. Shepro | B160 | | Complete compilation/edits of response to Seventh Fee Auditors' Report for A. Connor. | 2.50 | 262.50 |
| 05/17/12 | J. McManus | B110 | | Prepare responses to Fee Examiner's Report on Seyfarth's Tenth Interim Fee Application (.40); prepare Thirty-First Monthly Fee Application (.40). | 0.80 | 232.00 |
| 05/17/12 | A. Connor | B160 | | Work on response to Fee Examiner's report. | 3.60 | 1,116.00 |
| 05/21/12 | N. Riesco | F999 | | Prepare response to fee examiner's report. | 1.50 | 585.00 |
| 05/22/12 | A. Connor | B160 | | Work on responses to Fee Examiner's Seventh Report. | 4.70 | 1,457.00 |
| 05/22/12 | A. Shepro | B160 | | Compile responses for further detail for time entries in Tribune Fee Applications for A. Connor. | 0.40 | 42.00 |
| 05/23/12 | J. McManus | B110 | | Prepare Thirty-First Fee Application. | 0.70 | 203.00 |
| 05/24/12 | J. McManus | B110 | | Prepare Seyfarth's Thirty-First Monthly Fee Application. | 0.50 | 145.00 |
| 05/24/12 | A. Connor | B160 | | Work on culling, assembling responses to Fee Examiner report. | 3.90 | 1,209.00 |

# SEYFARTH SHAW LLP
### ATTORNEYS

Invoice No. 1998420

Page 4

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/25/12 | A. Connor | B160 | | Work on responses to Fee Examiner report regarding Seventh Fee Application. | 2.60 | 806.00 |
| 05/29/12 | J. McManus | B110 | | Review/edit Exhibit A to Seyfarth's Thirty-First Monthly Fee Application. | 0.70 | 203.00 |
| 05/30/12 | A. Connor | B160 | | Continue working on response to Fee Examiner Seventh Report. | 2.20 | 682.00 |
| 05/31/12 | A. Connor | B160 | | Continue working on responses to Fee Examiner's report. | 2.20 | 682.00 |

| | | |
|---|---|---|
| **Total Hours** | 61.00 | |
| **Total Fees** | | $15,160.50 |
| **Less Discount** | | ($1,516.05) |
| **Total Fees After Discount** | | $13,644.45 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.30 | hours at | $725.00 | per hour |
| N. Riesco | Associate | - | 2.00 | hours at | $390.00 | per hour |
| J. McManus | Paralegal | - | 9.00 | hours at | $290.00 | per hour |
| A. Connor | Paralegal | - | 30.90 | hours at | $310.00 | per hour |
| A. Shepro | Case Assistant | - | 18.80 | hours at | $105.00 | per hour |

### Disbursements

| | Value |
|---|---|
| Copying | 19.80 |
| Long Distance Telephone | 0.78 |
| **Total Disbursements** | 20.58 |
| **Total Amount Due** | $13,665.03 |



SEYFARTH
ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1998420
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $15,160.50 |
| Less Discount | ($1,516.05) |
| Total Fees after Discount | $13,644.45 |
| Total Disbursements | 20.58 |
| Total Fees and Disbursements This Statement | $13,665.03 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998423
0276 11089 / 11089-000001
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through May 31, 2012

### Labor-General 0000000968

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/17/12 | W. Schurgin | C300 | | Conference with J. Osick on ADA alcohol issue. | 0.40 | 242.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.40 | |
| **Total Fees** | | $242.00 |
| **Less Discount** | | ($24.20) |
| **Total Fees After Discount** | | $217.80 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| W. Schurgin | Partner | - | 0.40 | hours at | $605.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1998423

Page 2

Tribune Company

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $217.80 |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1998423
0276 11089 / 11089-000001
Labor-General 0000000968

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $242.00 |
| Less Discount | ($24.20) |
| Total Fees after Discount | $217.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $217.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998436
0276 11089 / 11089-000038
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through May 31, 2012

### Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No. 2011-62692

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/01/12 | J. Collins | L160 | | Draft letter to opposing counsel regarding settlement counter proposal. | 0.40 | 232.00 |
| 05/04/12 | J. Collins | L160 | | Review plaintiff's revised settlement demand (.10); draft correspondence to J. Osick regarding response alternatives (.30). | 0.40 | 232.00 |
| 05/15/12 | J. Collins | L160 | | Follow-up correspondence to J. Osick regarding settlement issues. | 0.20 | 116.00 |
| 05/29/12 | J. Collins | L160 | | Draft correspondence to opposing counsel regarding settlement counteroffer. | 0.30 | 174.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.30 | |
| **Total Fees** | | $754.00 |
| **Less Discount** | | ($75.40) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1998436

Page 2

Tribune Company

**Total Fees After Discount**                                                          $678.60

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Collins | Sr Partner I | - | 1.30 | hours at | $580.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Overnight Delivery/Local Messenger | 35.09 |
| **Total Disbursements** | 35.09 |
| **Total Amount Due** | $713.69 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1998436
0276 11089 / 11089-000038
Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No.
2011-62692

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $754.00 |
| Less Discount | ($75.40) |
| Total Fees after Discount | $678.60 |
| Total Disbursements | 35.09 |
| Total Fees and Disbursements This Statement | $713.69 |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

### IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998457
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through May 31, 2012

**Karen Scott v. WPIX**

| Disbursements | Value | |
|---|---|---|
| Docketing Services Dropoff to Judge William Pauley 3/1/12 | 75.00 | |
| Online Research - PACER SERVICE CENTER | 11.92 | |
| Other - CDW COMPUTER CENTERS, INC. Flashdrive for Ringtail database | 25.09 | |
| **Total Disbursements** | | 112.01 |
| **Total Fees And Disbursements This Statement** | | $112.01 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1998457
0276 68308 / 68308-000003
Karen Scott v. WPIX

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $0.00 |
| Total Disbursements | 112.01 |
| Total Fees and Disbursements This Statement | $112.01 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998441
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through May 31, 2012

**Sal Marchiano v. Betty Ellen Berlamino**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/02/12 | C. Macleod | L140 | | Per E. Cerasia, work on converting Ringtail data into Concordance format to facilitate transfer to Ogletree, Deakins. | 0.10 | 23.00 |
| 05/08/12 | C. Macleod | L140 | | Per E. Cerasia, work on converting Ringtail data into Concordance format to facilitate transfer to Ogletree, Deakins. | 0.10 | 23.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.20 | |
| **Total Fees** | | $46.00 |
| **Less Discount** | | ($4.60) |
| **Total Fees After Discount** | | $41.40 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1998441

Page 2

Tribune Company

## Timekeeper Summary

| C. Macleod | LitDiscAnalyst | - | 0.20 | hours at | $230.00 | per hour |

## Disbursements

| Disbursements | Value |
| --- | --- |
| Courier/Messenger | 15.84 |
| **Total Disbursements** | **15.84** |
| **Total Amount Due** | **$57.24** |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1998441
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $46.00 |
| Less Discount | ($4.60) |
| Total Fees after Discount | $41.40 |
| Total Disbursements | 15.84 |
| Total Fees and Disbursements This Statement | $57.24 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998442
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through May 31, 2012

**Larry Hoff v. WPIX, et al.**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/01/12 | C. Macleod | L140 | | Per E. Cerasia, work on converting Ringtail data into Concordance format to facilitate transfer to Ogletree, Deakins. | 1.20 | 276.00 |
| 05/02/12 | C. Macleod | L140 | | Per E. Cerasia, work on converting Ringtail data into Concordance format to facilitate transfer to Ogletree, Deakins. | 0.10 | 23.00 |
| 05/08/12 | C. Macleod | L140 | | Per E. Cerasia, work on converting Ringtail data into Concordance format to facilitate transfer to Ogletree, Deakins. | 0.20 | 46.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.50 | |
| **Total Fees** | | $345.00 |
| **Less Discount** | | ($34.50) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Tribune Company

**Total Fees After Discount**                                                                 $310.50

**Timekeeper Summary**

    C. Macleod        LitDiscAnalyst   -    1.50    hours at    $230.00    per hour

| **Disbursements** | **Value** | |
| --- | --- | --- |
| Online Research | 6.64 | |
| **Total Disbursements** | | 6.64 |
| **Total Amount Due** | | $317.14 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1998442
0276 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $345.00 |
| Less Discount | ($34.50) |
| Total Fees after Discount | $310.50 |
| Total Disbursements | 6.64 |
| Total Fees and Disbursements This Statement | $317.14 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998604
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through May 31, 2012

**JoAnn Parker v.; Case No. 2009L010092 0000001909**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/09/12 | N. Riesco | L190 | | Draft audit letter update. | 0.30 | 117.00 |
| 05/24/12 | N. Riesco | L120 | | Communications with J. Ludwig concerning status of bankruptcy proceedings in connection with upcoming status conference before district court (.30); communications with court clerk regarding status and necessity of hearing (.20). | 0.50 | 195.00 |
| 05/25/12 | N. Riesco | L230 | | Attend status hearing before Judge Bucklo (.80); compose email to J. Osick and G. Silva regarding same (.20). | 1.00 | 390.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 1.80 | |
| **Total Fees** | | | $702.00 |
| **Less Discount** | | | ($70.20) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Invoice No. 1998604

Page 2

Chicago Tribune Company

**Total Fees After Discount**                                                    $631.80

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 1.80 | hours at | $390.00 | per hour | |

**Total Disbursements**                                                          0.00

**Total Amount Due**                                                         $631.80



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1998604
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $702.00 |
| Less Discount | ($70.20) |
| Total Fees after Discount | $631.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $631.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998605
0276 57634 / 57634-000007
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through May 31, 2012

### Marcia E. Sinclair Harassment; IDHR Charge No. 2008CN4074

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/01/12 | N. Riesco | L230 | | Attend status hearing at commission (1.00); evaluate potential next steps in the settlement discussions (.50). | 1.50 | 585.00 |
| 05/02/12 | G. Pauling II | L120 | | Attention to discovery and settlement issues. | 0.80 | 476.00 |
| 05/02/12 | N. Riesco | L190 | | Compose email to J. Osick and G. Silva concerning case status and settlement strategy (.50); revise/finalize correspondence to opposing counsel regarding discovery deficiencies/supplementation (.70). | 1.20 | 468.00 |
| 05/08/12 | N. Riesco | L160 | | Review correspondence from J. Osick regarding settlement. | 0.10 | 39.00 |
| 05/09/12 | N. Riesco | L190 | | Draft audit letter update. | 0.30 | 117.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/18/12 | N. Riesco | L120 | | Call with L. Goldberg regarding extension for plaintiff to supplement discovery responses for CTC. | 0.30 | 117.00 |
| 05/21/12 | N. Riesco | L120 | | Communications with J. Osick regarding Sinclair settlement demand (.60); draft correspondence to opposing counsel regarding settlement offer and agreement provisions (2.30). | 2.90 | 1,131.00 |
| 05/22/12 | N. Riesco | L160 | | Finalize and send correspondence to opposing counsel regarding settlement. | 0.40 | 156.00 |
| 05/30/12 | N. Riesco | L190 | | Correspondence with opposing counsel concerning status of discovery supplementation. | 0.30 | 117.00 |
| 05/31/12 | N. Riesco | L190 | | Communications with opposing counsel concerning discovery issues. | 0.20 | 78.00 |

| | | |
|---|---|---|
| **Total Hours** | 8.00 | |
| **Total Fees** | | $3,284.00 |
| **Less Discount** | | ($328.40) |
| **Total Fees After Discount** | | $2,955.60 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 0.80 | hours at | $595.00 | per hour |
| N. Riesco | Associate | - | 7.20 | hours at | $390.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 2.90 |
| Facsimile | 10.00 |
| **Total Disbursements** | 12.90 |

# SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1998605

Page 3

Chicago Tribune Company

**Total Amount Due**                                              $2,968.50



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1998605
0276 57634 / 57634-000007
Marcia E. Sinclair Harassment; IDHR Charge No.
2008CN4074

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,284.00 |
| Less Discount | ($328.40) |
| Total Fees after Discount | $2,955.60 |
| Total Disbursements | 12.90 |
| Total Fees and Disbursements This Statement | $2,968.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998395
0276 57634 / 57634-000008
W1ST

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

For legal services rendered through May 31, 2012

**Carolyn Rusin v.; Case No. 1:12-cv-01135**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/01/12 | K. Petersen | L230 | | Participate in initial status hearing before Judge Chang (1.00); correspondence to J. Osick regarding same and regarding factual investigation (.20); prepare Rule 26(a)(1) initial disclosures (.80); prepare first set of interrogatories to plaintiff (.50); prepare first set of document requests to plaintiff (.50). | 3.00 | 1,155.00 |
| 05/03/12 | N. Finkel | L310 | | Revise initial required disclosures. | 0.20 | 115.00 |
| 05/04/12 | N. Finkel | L310 | | Revise written discovery requests. | 0.30 | 172.50 |
| 05/04/12 | K. Petersen | L310 | | Continue preparing document requests and interrogatories to plaintiff (.20); revise initial disclosures (.20). | 0.40 | 154.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1998395

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/05/12 | K. Petersen | L310 | | Revise initial disclosures (.10); correspondence to J. Osick regarding same (.10). | 0.20 | 77.00 |
| 05/06/12 | K. Petersen | L310 | | Revise document requests and interrogatories to plaintiff (.40); correspondence to J. Osick regarding same and regarding plaintiff's deposition (.10). | 0.50 | 192.50 |
| 05/07/12 | K. Petersen | L310 | | Finalize and serve initial disclosures. | 0.30 | 115.50 |
| 05/11/12 | N. Finkel | L310 | | Review of plaintiff's 26(a)(1) disclosures, directions to K. Petersen regarding same. | 0.20 | 115.00 |
| 05/16/12 | K. Petersen | L310 | | Analyze plaintiff's initial disclosures (.90); prepare email to J. Osick regarding same and regarding follow up witness interviews (.20). | 1.10 | 423.50 |
| 05/23/12 | K. Petersen | L310 | | Review/analyze plaintiff's interrogatories and document requests. | 0.30 | 115.50 |
| 05/25/12 | N. Finkel | L310 | | Review of plaintiff's discovery requests. | 0.30 | 172.50 |
| 05/25/12 | K. Petersen | L310 | | Analyze plaintiff's interrogatories and document requests (.40); prepare correspondence to J. Osick regarding documents and information needed to prepare response (.10). | 0.50 | 192.50 |

**Total Hours**        7.30

**Total Fees**        $3,000.50

**Less Discount**        ($300.05)

**Total Fees After Discount**        $2,700.45

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Finkel | Partner | - | 1.00 | hours at | $575.00 | per hour |
| K. Petersen | Associate | - | 6.30 | hours at | $385.00 | per hour |



Chicago Tribune Company

| **Disbursements** | **Value** | |
|---|---|---|
| Online Research | 69.42 | |
| **Total Disbursements** | | 69.42 |
| **Total Amount Due** | | $2,769.87 |



SEYFARTH SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

Invoice No. 1998395
0276 57634 / 57634-000008
Carolyn Rusin v.; Case No. 1:12-cv-01135

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $3,000.50 |
| Less Discount | ($300.05) |
| Total Fees after Discount | $2,700.45 |
| Total Disbursements | 69.42 |
| Total Fees and Disbursements This Statement | $2,769.87 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998454
0276 57634 / 57634-000009
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through May 31, 2012

### Eric Benton Matter

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/14/12 | M. Lies | C300 | | Telephone conference with T. Bielke, Safety, regarding employee accident (.30), preparation for potential OSHA inspection (.20). | 0.50 | 320.00 |
| 05/16/12 | M. Lies | C300 | | Telephone conference with B. Brubaker regarding status of accident investigation, OSHA liability, legal privileges (.30); telephone conference with T. Bielke regarding preservation of accident evidence (.50). | 0.80 | 512.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1998454

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/17/12 | M. Lies | L120 | | Telephone conference with D. Eldersveld, General Counsel, regarding status of accident investigation, OSHA, WC, third party liability, defense strategy, preplanning for possible OSHA inspection, and review accident investigation report (.70); conference call B. Brubaker, T. Bielke, K. Flax regarding legal privileges, accident investigation, retraining, expert retention, preparation for OSHA inspection, remedial action (1.80); e-mail to B. Brubaker regarding plant inspection (.30); e-mail to P. Morris regarding identify consulting expert for inspection equipment (.20). | 3.00 | 1,920.00 |
| 05/18/12 | M. Lies | L120 | | Review e-mail from B. Brubaker regarding employee information on accident (.50); review e-mail regarding preparation for site inspection with consulting expert (.30); prepare outline for investigation (.20). | 1.00 | 640.00 |
| 05/22/12 | M. Lies | C300 | | Review e-mail from B. Brubaker regarding          accident investigation,<br><br>(.50); appearance at Freedom Center (1.00); meeting with K. Flax, T. Bielke, P. Morris to prepare for site inspection, identify potential hazards, review of Company documents, and employee interviews (1.50). | 3.00 | 1,920.00 |
| 05/24/12 | M. Lies | L120 | | Telephone conference with H. Morris regarding videotaping of accident scene, employee interviews. | 0.30 | 192.00 |
| 05/29/12 | M. Lies | L120 | | Review e-mail from P. Morris regarding site inspection, employee interviews (.30); telephone conference with P. Morris regarding identifying OSHA issues (.20). | 0.50 | 320.00 |



Invoice No. 1998454

Page 3

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/31/12 | M. Lies | L120 | | Telephone conference with B. Brubaker regarding status of investigation, (.50); e-mail to P. Morris (Johnson & Bell) regarding status of investigation, strategy (.30). | 0.80 | 512.00 |

| | | |
|---|---|---|
| **Total Hours** | 9.90 | |
| **Total Fees** | | $6,336.00 |
| **Less Discount** | | ($633.60) |
| **Total Fees After Discount** | | $5,702.40 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| M. Lies | Partner | - | 9.90 | hours at | $640.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $5,702.40 |



SEYFARTH
ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1998454
0276 57634 / 57634-000009
Eric Benton Matter

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,336.00 |
| Less Discount | ($633.60) |
| Total Fees after Discount | $5,702.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $5,702.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
. (312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998397
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through May 31, 2012

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/07/12 | J. Meer | F999 | | Prepare response to audit letter. | 0.30 | 193.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.30 | |
| **Total Fees** | | $193.50 |
| **Less Discount** | | ($19.35) |
| **Total Fees After Discount** | | $174.15 |

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| J. Meer | Partner | - | 0.30 | hours at | $645.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
## SHAW LLP
ATTORNEYS

Ira H. Goldstone

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $174.15 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1998397
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $193.50 |
| Less Discount | ($19.35) |
| Total Fees after Discount | $174.15 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $174.15 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998438
0276 36078 / 36078-000001
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attn:  Karen Flax, Esq.
Assistant General Counsel

---

For legal services rendered through May 31, 2012

### General 0000001631

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/01/12 | C. Olson | C300 | | Analyze, review and draft audit response (.60); draft e-mails regarding same (.10). | 0.70 | 504.00 |
| 05/09/12 | C. Olson | C300 | | Update audit letter (.30); review files (.20). | 0.50 | 360.00 |
| 05/10/12 | C. Olson | C300 | | Review materials to prepare audit response. | 0.50 | 360.00 |
| 05/11/12 | C. Olson | C300 | | Attention to audit responses (.20); review all documents (.50); revise and finalize same (.50). | 1.20 | 864.00 |

| | | |
|---|---|---|
| **Total Hours** | 2.90 | |
| **Total Fees** | | $2,088.00 |
| **Less Discount** | | ($208.80) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Invoice No. 1998438

Page 2

Tribune Company/Olson

| | |
|---|---|
| **Total Fees After Discount** | $1,879.20 |

**Timekeeper Summary**

| C. Olson | Partner | - | 2.90 | hours at | $720.00 | per hour |
|---|---|---|---|---|---|---|

| **Disbursements** | **Value** |
|---|---|
| Copying | 3.10 |
| Facsimile | 31.00 |
| **Total Disbursements** | 34.10 |
| **Total Amount Due** | $1,213.30 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: Karen Flax, Esq.
Assistant General Counsel

Invoice No. 1998438
0276 36078 / 36078-000001
General 0000001631

---

### INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $2,088.00 |
| Less Discount | ($208.80) |
| Total Fees after Discount | $1,879.20 |
| Total Disbursements | 34.10 |
| Total Fees and Disbursements This Statement | $1,913.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 28, 2012
**REVISED**

Invoice No. 1998603
0276 10512 / 10512-000090
W1ST

Chicago Tribune Company
435 North Michigan Avenue   Suite 300
Chicago, Illinois  60611-4041
Attn : Mr. Phil Doherty
Vice President/Finance and CFO

For legal services rendered through May 31, 2012

**Michael Cordts v. 0000001345**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/09/12 | N. Riesco | L190 | A103 | Draft audit letter update. | 0.20 | 78.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.20 | |
| **Total Fees** | | $78.00 |
| **Less Discount** | | ($7.80) |
| **Total Fees After Discount** | | $70.20 |

**Timekeeper Summary**

| N. Riesco | Associate | - | 0.20 | hours at | $390.00 | per hour |
|-----------|-----------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

**Total Disbursements**                                                                 0.00

**Total Amount Due**                                                                 $70.20



**SEYFARTH SHAW** LLP
**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 28, 2012
**REVISED**

Chicago Tribune Company
435 North Michigan Avenue   Suite 300
Chicago, Illinois  60611-4041
Attn : Mr. Phil Doherty
Vice President/Finance and CFO

Invoice No. 1998603
0276 10512 / 10512-000090
Michael Cordts v. 0000001345

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $78.00 |
| Less Discount | ($7.80) |
| Total Fees after Discount | $70.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $70.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 11, 2012

Invoice No. 1998813
0276 33175 / 33175-000001
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through May 31, 2012

### Los Angeles Times - General Matters 0000000985

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/07/12 | L. O'Hara | L150 | | Prepare audit response. | 0.70 | 427.00 |

| | | |
|---|---|---|
| **Total Hours** | | 0.70 |
| **Total Fees** | | $427.00 |
| **Less Discount** | | ($42.70) |
| **Total Fees After Discount** | | $384.30 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 0.70 | hours at | $610.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


ATTORNEYS

Los Angeles Times (Sherman)

**Total Disbursements**                                    0.00

**Total Amount Due**                                    $384.30



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 11, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1998813
0276 33175 / 33175-000001
Los Angeles Times - General Matters 0000000985

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $427.00 |
| Less Discount | ($42.70) |
| Total Fees after Discount | $384.30 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $384.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998399
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through May 31, 2012

**Clement, Jayne v. Los Angeles Times, et al. 0000001656**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/17/12 | T. Hix | L120 | | Telephone conference with client regarding status of bankruptcy and possible settlement negotiations. | 0.30 | 156.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.30 | |
| **Total Fees** | | $156.00 |
| **Less Discount** | | ($15.60) |
| **Total Fees After Discount** | | $140.40 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| T. Hix | Partner | - | 0.30 | hours at | $520.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1998399

Page 2

Los Angeles Times (Sherman)

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Attorney Services** | |
| 05/04/12 | Attorney Services - NATIONWIDE LEGAL EXPRESS, LLC 3/15 | 39.00 |

**Total Disbursements**        39.00

**Total Amount Due**        $179.40



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1998399
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $156.00 |
| Less Discount | ($15.60) |
| Total Fees after Discount | $140.40 |
| Total Disbursements | 39.00 |
| Total Fees and Disbursements This Statement | $179.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

Invoice No. 1998400
0276 33175 / 33175-000023
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through May 31, 2012

**Clement, Jayne (Plaintiffs) v. Tribune Company, Tribune Interactive, Inc., Tribune Media Net, Inc., LA Times Comm., LLC, LA Times; Case No. BC390943 - 0000001813**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/15/12 | M. Sank | L230 | | Prepare for status conference. | 0.10 | 41.00 |
| 05/16/12 | M. Sank | L230 | | Prepare for status conference. | 0.10 | 41.00 |
| 05/17/12 | M. Sank | L120 | | Telephone conference with J. Osick, J. Ludwig, and T. Hix regarding update of bankruptcy action. | 0.20 | 82.00 |
| 05/18/12 | M. Sank | L120 | | Prepare email to J. Osick and J. Ludwig regarding continued status conference. | 0.10 | 41.00 |

**Total Hours**     0.50

**Total Fees**     $205.00

**Less Discount**     ($20.50)

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1998400

Page 2

Los Angeles Times (Sherman)

**Total Fees After Discount**                                           $184.50

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| M. Sank | Associate | - | 0.50 | hours at | $410.00 | per hour |

**Total Disbursements**                                                  0.00

**Total Amount Due**                                                    $184.50



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 8, 2012

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1998400
0276 33175 / 33175-000023
Clement, Jayne (Plaintiffs) v. Tribune Company,
Tribune Interactive, Inc., Tribune Media Net, Inc., LA
Times Comm., LLC, LA Times; Case No. BC390943 -
0000001813

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $205.00 |
| Less Discount | ($20.50) |
| Total Fees after Discount | $184.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $184.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 11, 2012

Invoice No. 1997680
0276 33175 / 33175-000026
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through May 31, 2012

**Christino Escandon v. Los Angeles Times, et al.; Case No. BC476209**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/01/12 | L. O'Hara | L330 | | Communicate with J. Powers regarding plaintiff's deposition. | 0.10 | 45.50 |
| 05/01/12 | J. Brodsky | L230 | | Revise case management statement. | 0.10 | 45.50 |
| 05/01/12 | J. Brodsky | L230 | | Research California rules for meet and confer requirements. | 0.20 | 91.00 |
| 05/01/12 | J. Brodsky | L230 | | Meet and confer with opposing counsel regarding case management conference. | 0.30 | 136.50 |
| 05/02/12 | L. O'Hara | L230 | | Review/revise case management conference statement. | 0.30 | 136.50 |
| 05/02/12 | L. O'Hara | L330 | | Communicate with J. Powers regarding plaintiff's deposition. | 0.10 | 45.50 |
| 05/02/12 | O. Golinder | L190 | | Conferences with L. O'Hara regarding information needed for upcoming deposition. | 0.20 | 54.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/03/12 | L. O'Hara | L160 | | Review/revise mediation brief (2.10) and direction to J. Brodsky regarding further revisions (.20). | 2.30 | 1,046.50 |
| 05/03/12 | L. O'Hara | L310 | | Review additional documents received pursuant to subpoenas. | 0.40 | 182.00 |
| 05/03/12 | L. O'Hara | L330 | | Review issues for plaintiff's deposition. | 0.50 | 227.50 |
| 05/03/12 | J. Brodsky | L120 | | Confer with L. O'Hara regarding mediation brief. | 0.20 | 91.00 |
| 05/03/12 | J. Brodsky | L120 | | Review/analyze documents received from United Healthcare. | 0.10 | 45.50 |
| 05/03/12 | J. Brodsky | L120 | | Review/analyze plaintiff's deposition transcript for cites regarding disability benefits and release by Dr. Yee. | 0.30 | 136.50 |
| 05/03/12 | J. Brodsky | L120 | | Revise mediation brief. | 1.20 | 546.00 |
| 05/03/12 | J. Brodsky | L230 | | Revise case management statement. | 0.10 | 45.50 |
| 05/03/12 | O. Golinder | L330 | | Assist L. O'Hara in preparation for a continued deposition by assembling documents and updating chronology. | 2.90 | 783.00 |
| 05/04/12 | L. O'Hara | L160 | | Review C&R from workers' compensation settlement. | 0.30 | 136.50 |
| 05/04/12 | J. Brodsky | L120 | | Review/analyze medical records from United HealthCare and psychiatric report. | 0.60 | 273.00 |
| 05/04/12 | J. Brodsky | L160 | | Prepare mediation brief. | 2.80 | 1,274.00 |
| 05/04/12 | J. Brodsky | L160 | | Review/analyze deposition transcript for mediation brief cites. | 0.80 | 364.00 |
| 05/07/12 | J. Brodsky | L160 | | Revise mediation brief. | 0.70 | 318.50 |
| 05/08/12 | L. O'Hara | L160 | | Review and revise mediation brief. | 2.90 | 1,319.50 |
| 05/08/12 | L. O'Hara | L330 | | Review plaintiff's deposition transcript and prepare for second session of plaintiff's deposition. | 2.10 | 955.50 |
| 05/08/12 | J. Brodsky | L160 | | Revise mediation brief. | 1.60 | 728.00 |
| 05/08/12 | O. Golinder | L390 | | Review medical records received from Kaiser in preparation for plaintiff's continued deposition. | 0.90 | 243.00 |



Invoice No. 1997680

Page 3

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/09/12 | L. O'Hara | L110 | | Communications with O. Galindo regarding scheduling witness interview with recruiter. | 0.10 | 45.50 |
| 05/09/12 | L. O'Hara | L160 | | Emails with J. Powers regarding issues regarding mediation (.20); communicate and e-mail with O. Galindo regarding same (.20) two communications with B. Young regarding same (.30). | 0.70 | 318.50 |
| 05/09/12 | L. O'Hara | L160 | | Direction to J. Brodsky regarding further information for, and revisions to, mediation brief. | 0.30 | 136.50 |
| 05/09/12 | L. O'Hara | L330 | | Prepare for second session of plaintiff's deposition. | 7.10 | 3,230.50 |
| 05/09/12 | J. Brodsky | L110 | | Correspond with O. Galindo regarding status of employee, L. Noel. | 0.10 | 45.50 |
| 05/09/12 | J. Brodsky | L160 | | Revise mediation brief. | 0.80 | 364.00 |
| 05/09/12 | J. Brodsky | L160 | | Confer with J. Powers regarding mediation brief. | 0.20 | 91.00 |
| 05/09/12 | O. Golinder | L190 | | Prepare medical chronology. | 1.70 | 459.00 |
| 05/09/12 | O. Golinder | L330 | | Review medical records in preparation for plaintiff's continued deposition. | 0.70 | 189.00 |
| 05/09/12 | O. Golinder | L330 | | Telephone conference with L. O'Hara to discuss medical records in preparation for second session of plaintiff's deposition. | 0.90 | 243.00 |
| 05/10/12 | L. O'Hara | L160 | | Communicate with decisionmakers regarding authority for mediation (.20); communicate with B. Young regarding mediation attendance (.20). | 0.40 | 182.00 |
| 05/10/12 | L. O'Hara | L330 | | Final preparation for plaintiff's deposition (1.50) and representation at deposition (4.70). | 6.20 | 2,821.00 |
| 05/11/12 | L. O'Hara | L110 | | Telephone call with recruiter S. Timmons. | 0.50 | 227.50 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/11/12 | L. O'Hara | L160 | | Revise/finalize mediation brief (.50); prepare draft settlement agreement (.80) and prepare for mediation (.60). | 1.90 | 864.50 |
| 05/11/12 | L. O'Hara | L160 | | Pre-mediation telephone conference with mediator. | 0.50 | 227.50 |
| 05/14/12 | L. O'Hara | L160 | | Representation at mediation (6.10); communicate with O. Galindo regarding same (.10). | 6.20 | 2,821.00 |
| 05/14/12 | L. O'Hara | L243 | | Analysis regarding summary judgment timing and issues for motions. | 0.20 | 91.00 |
| 05/15/12 | L. O'Hara | L120 | | Analysis of payroll records and attempt to reconcile with deposition testimony and performance documentation. | 0.40 | 182.00 |
| 05/15/12 | L. O'Hara | L243 | | Begin preparation of summary judgment papers. | 0.30 | 136.50 |
| 05/15/12 | L. O'Hara | L243 | | Communicate with J. Powers regarding court's refusal to set summary judgment hearing date. | 0.10 | 45.50 |
| 05/15/12 | L. O'Hara | L330 | | Review transcript from second session of plaintiff's deposition. | 1.30 | 591.50 |
| 05/21/12 | L. O'Hara | L160 | | Communication from mediator regarding her conversation with opposing counsel regarding their case position (.20); communicate with J. Powers regarding same (.10). | 0.30 | 136.50 |
| 05/21/12 | L. O'Hara | L230 | | Representation at management conference (3.00); e-mail to J. Powers regarding developments at case management conference (.20). | 3.20 | 1,456.00 |
| 05/22/12 | L. O'Hara | L160 | | Communication from J. Power's responding to mediator's e-mail (.10); communicate with mediator regarding same (.10). | 0.20 | 91.00 |

| | | |
|---|---|---|
| **Total Hours** | | 56.30 |
| **Total Fees** | | $24,266.00 |



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1997680

Page 5

Los Angeles Times (Sherman)

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 38.90 | hours at | $455.00 | per hour |
| J. Brodsky | Associate | - | 10.10 | hours at | $455.00 | per hour |
| O. Golinder | Paralegal | - | 7.30 | hours at | $270.00 | per hour |

| Disbursements | Value |
|---|---|
| Copying | 2.70 |
| Copying | 3.70 |
| Copying | 22.10 |
| Copying | 7.60 |
| Courier/Messenger Inv#: 788450080 Date Sent: 05/03/2012 Sender: Jodi Snyder Airbill: 798359294545 Oracio Galindo Los Angeles Times 202 West First Street LOS ANGELES, CA  90012 | 12.61 |
| Courier/Messenger Inv#: 789223920 Date Sent: 05/11/2012 Sender: Jodi Snyder Airbill: 798359295427 Lori OHara Seyfarth Shaw 2029 Century Park East LOS ANGELES, CA  90067 | 10.39 |
| Courier/Messenger Inv#: 789223920 Date Sent: 05/11/2012 Sender: Jodi Snyder Airbill: 798359297132 Lori OHara Seyfarth Shaw 2029 Century Park East LOS ANGELES, CA  90067 | 10.39 |
| Courier/Messenger Inv#: 789223920 Date Sent: 05/15/2012 Sender: Jodi Snyder Airbill: 798359296033 Lori OHara Seyfarth Shaw 2029 Century Park East LOS ANGELES, CA  90067 | 10.39 |
| Witness Fees - NATIONWIDE LEGAL EXPRESS, LLC | 15.00 |
| Witness Fees - NATIONWIDE LEGAL EXPRESS, LLC | 15.00 |
| Local Travel - LORRAINE H. O'HARA - 5/21/12 Travel from Manhattan Beach to LA Superior Court for representation at Case Management Conference back to Century City office; mileage | 18.87 |
| Local Travel - LORRAINE H. O'HARA - 05/21/12 Parking for representation at Case Management Conference | 18.00 |
| Long Distance Telephone | 15.40 |
| Long Distance Telephone | 2.80 |



Los Angeles Times (Sherman)

| Disbursements | Value |
|---|---|
| Overnight Delivery/Local Messenger -  NORCO DELIVERY SERVICE, INC 4/8 | 30.64 |
| Parking Validations  04/09/12 Richard Nguyen | 34.00 |
| Parking Validations 04/04/12  Brandon Young | 34.00 |
| Parking Validations 04/05/12  Damien Cattini | 34.00 |
| Process Server -  NATIONWIDE LEGAL EXPRESS, LLC | 90.00 |
| Process Server -  NATIONWIDE LEGAL EXPRESS, LLC | 115.25 |
| Process Server -  NATIONWIDE LEGAL EXPRESS, LLC | 63.00 |
| Subpoena Fees -  TITAN LEGAL SERVICES 4/10 | 95.92 |
| Subpoena Fees -  TITAN LEGAL SERVICES 4/10 | 163.67 |

**Total Disbursements**                                                      825.43

**Total Fees And Disbursements This Statement**                 $25,091.43



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 11, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 1997680
0276 33175 / 33175-000026
Christino Escandon v. Los Angeles Times, et al.; Case
No. BC476209

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $24,266.00 |
| Total Disbursements | 825.43 |
| Total Fees and Disbursements This Statement | $25,091.43 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |
|---|---|



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 11, 2012

Invoice No. 1998851
0276 15827 / 15827-000020
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through May 31, 2012

### Neil Levine v. Tribune Entertainment Co. dba KTLA, et al.; Case No. BC477541

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/01/12 | L. O'Hara | L160 | | Review court order regarding "CRASH" settlement program (.30); voicemail communication with J. Powers regarding same (.10). | 0.40 | 182.00 |
| 05/01/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories - employment law to KTLA, Inc. | 0.80 | 364.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1998851

Page 2

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/02/12 | L. O'Hara | L160 | | Research regarding Los Angeles Superior Court CRASH program for employment cases (.80); communicate with court clerk regarding continuance procedure (.10); two e-mail messages to J. Powers regarding same (.20); telephone call with opposing counsel regarding "CRASH" conference and mediation scheduling (.40); review confirmation from mediator (.10); review settlement judge biography (.30). | 2.20 | 1,001.00 |
| 05/02/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories - general to KTLA, Inc. | 1.10 | 500.50 |
| 05/02/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories - employment law to KTLA Inc. | 2.00 | 910.00 |
| 05/03/12 | L. O'Hara | L160 | | Communicate with J. Powers and D. Howells regarding details of Los Angeles Superior Court's "CRASH" settlement program. | 0.30 | 136.50 |
| 05/08/12 | L. O'Hara | L160 | | Communicate with J. Powers regarding CRASH settlement program (.10); draft correspondence to opposing counsel regarding defendant's intent to attend same (.20). | 0.20 | 91.00 |
| 05/09/12 | L. O'Hara | L330 | | Review three PMK deposition notices. | 0.20 | 91.00 |
| 05/10/12 | L. O'Hara | L310 | | Direction to J. Brodsky regarding preparation of responses to plaintiff's discovery demands. | 0.20 | 91.00 |
| 05/10/12 | L. O'Hara | L330 | | Communicate with J. Powers regarding three PMK deposition notices. | 0.20 | 91.00 |
| 05/10/12 | J. Brodsky | L310 | | Prepare responses to form interrogatory-general to B. Lopez-Nash. | 1.00 | 455.00 |
| 05/10/12 | J. Brodsky | L310 | | Prepare responses to employment form interrogatories to Tribune Company. | 2.00 | 910.00 |



KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/11/12 | L. O'Hara | L330 | | Communications with client regarding PMK deposition scheduling and PMK identity. | 0.10 | 45.50 |
| 05/11/12 | J. Brodsky | L310 | | Prepare responses to employment form interrogatories to Tribune Company. | 0.80 | 364.00 |
| 05/11/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories employment law to Tribune Entertainment Company. | 1.00 | 455.00 |
| 05/13/12 | J. Brodsky | L310 | | Prepare responses to employment form interrogatories to Tribune Entertainment Company. | 1.00 | 455.00 |
| 05/14/12 | L. O'Hara | L330 | | Communications with J. Powers (.10); B. Lopez Nash (.10) regarding PMK deposition scheduling. | 0.20 | 91.00 |
| 05/14/12 | J. Brodsky | L120 | | Research ability of plaintiff to compel out of state witness to testify as PMK. | 0.50 | 227.50 |
| 05/14/12 | J. Brodsky | L120 | | Conference with L. O'Hara regarding litigation strategy. | 0.10 | 45.50 |
| 05/15/12 | L. O'Hara | L310 | | Direction to J. Brodsky regarding preparation of discovery responses. | 0.10 | 45.50 |
| 05/15/12 | J. Brodsky | L310 | | Conference with L. O'Hara regarding written discovery issues. | 0.10 | 45.50 |
| 05/15/12 | J. Brodsky | L310 | | Revise responses to written discovery. | 0.40 | 182.00 |
| 05/16/12 | L. O'Hara | L310 | | Review issues regarding discovery responses for KTLA, Tribune and Tribune Entertainment. | 0.40 | 182.00 |
| 05/16/12 | L. O'Hara | L330 | | Review amended PMK deposition notices served by opposing counsel. | 0.20 | 91.00 |
| 05/17/12 | L. O'Hara | L330 | | Communicate with J. Powers and B. Lopez-Nash regarding deposition scheduling for PMK depositions and logistics. | 0.30 | 136.50 |
| 05/17/12 | J. Brodsky | L310 | | Prepare responses to requests for production to Tribune Company. | 0.50 | 227.50 |
| 05/17/12 | J. Brodsky | L310 | | Prepare responses to requests for production to KTLA, Inc. | 0.50 | 227.50 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1998851

Page 4

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/17/12 | O. Golinder | L310 | | Review documents for responsive information to discovery requests. | 1.40 | 378.00 |
| 05/18/12 | J. Brodsky | L310 | | Prepare responses to requests for production to KTLA. | 2.30 | 1,046.50 |
| 05/21/12 | L. O'Hara | L310 | | Review plaintiff's discovery requests to ascertain information needed (.50); communicate with J. Powers regarding same (.10); communications with B. Lopez-Nash regarding same (.20). | 0.80 | 364.00 |
| 05/21/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories - employment law and general to KTLA. | 1.20 | 546.00 |
| 05/21/12 | O. Golinder | L190 | | Review and update chronology (.3); review documents received from client for discovery (1.5). | 1.80 | 486.00 |
| 05/22/12 | L. O'Hara | L110 | | Confer with paralegal regarding supplementing chronology. | 0.20 | 91.00 |
| 05/22/12 | L. O'Hara | L310 | | Review/revise discovery responses for form interrogatories - employment, form interrogatories - general, and document production demands served on Tribune Entertainment and Tribune (1.20); analyze and communicate with client regarding information needed for KTLA's discovery responses (.40); review document demands served on KTLA and analysis regarding documents still needed from client (.50). | 2.10 | 955.50 |
| 05/22/12 | L. O'Hara | L390 | | Communicate with KTLA's workers' compensation lawyer regarding obtaining documents from his file. | 0.30 | 136.50 |
| 05/22/12 | J. Brodsky | L120 | | Review/analyze produced documents regarding plaintiff's termination. | 0.30 | 136.50 |
| 05/22/12 | J. Brodsky | L310 | | Prepare responses to form interrogatories, employment law to KTLA. | 2.30 | 1,046.50 |
| 05/22/12 | J. Brodsky | L310 | | Revise written discovery on responses served B. Lopez-Nash. | 0.80 | 364.00 |



Invoice No. 1998851

Page 5

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/22/12 | O. Golinder | L190 | | Continue to assist in preparation of discovery responses by locating responsive documents for same. | 4.30 | 1,161.00 |
| 05/23/12 | L. O'Hara | L110 | | Telephone conference with workers' compensation counsel, G. Conner regarding status of civil and workers' compensation claims, sharing of information and coordination of defense. | 0.40 | 182.00 |
| 05/23/12 | L. O'Hara | L160 | | Telephone conference with J. Powers regarding status of workers' compensation claim and possible global settlement. | 0.10 | 45.50 |
| 05/23/12 | L. O'Hara | L310 | | Confer with paralegal regarding issuing subpoena for workers' compensation files. | 0.10 | 45.50 |
| 05/23/12 | L. O'Hara | L310 | | Review/revise responses to KTLA (.80); B. Lopez Nash's responses to form interrogatories - employment (.40). | 1.20 | 546.00 |
| 05/23/12 | L. O'Hara | L310 | | Conference with J. Powers regarding Tribune and Tribune Entertainment's responses to discovery. | 0.30 | 136.50 |
| 05/23/12 | L. O'Hara | L310 | | Review/finalize subpoena and consumer notice for workers' compensation files and medical records. | 0.20 | 91.00 |
| 05/23/12 | L. O'Hara | L310 | | Review/revise KTLA's responses to form interrogatories - general, form interrogatories - employment, and document demands. | 1.90 | 864.50 |
| 05/23/12 | J. Brodsky | L310 | | Revise written responses to plaintiff's discovery requests. | 3.20 | 1,456.00 |
| 05/23/12 | O. Golinder | L190 | | Draft a subpoena and notice to consumer to G. Conner for worker's comp files. | 0.50 | 135.00 |
| 05/24/12 | L. O'Hara | L110 | | Confer with paralegal regarding preparation of chronology regarding medical leaves and accommodations. | 0.20 | 91.00 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1998851

Page 6

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/24/12 | L. O'Hara | L110 | | Communicate with B. Lopez-Nash regarding setting meeting with C. Lugo Leigh for further information gathering. | 0.10 | 45.50 |
| 05/24/12 | L. O'Hara | L310 | | Conference with B. Lopez-Nah regarding written discovery. | 0.10 | 45.50 |
| 05/24/12 | L. O'Hara | L310 | | Further revisions to form interrogatories - general served on defendant Lopez-Nash. | 0.30 | 136.50 |
| 05/24/12 | L. O'Hara | L310 | | Telephone conference with J. Powers regarding draft responses. | 1.30 | 591.50 |
| 05/24/12 | L. O'Hara | L310 | | Further revisions to form interrogatories - employment served on KTLA. | 0.40 | 182.00 |
| 05/24/12 | L. O'Hara | L310 | | Further revisions to form interrogatories - general served on KTLA. | 0.30 | 136.50 |
| 05/24/12 | L. O'Hara | L320 | | Analysis of additional documents needed for production. | 0.30 | 136.50 |
| 05/24/12 | L. O'Hara | L320 | | Further revisions to document production demands served on defendant KTLA, Inc. | 0.40 | 182.00 |
| 05/24/12 | J. Brodsky | L310 | | Conference with J. Powers regarding written discovery. | 1.10 | 500.50 |
| 05/24/12 | J. Brodsky | L310 | | Revise written discovery responses served on four defendants. | 3.40 | 1,547.00 |
| 05/24/12 | O. Golinder | L310 | | Gather information for responses to written discovery. | 1.50 | 405.00 |
| 05/24/12 | O. Golinder | L390 | | Review medical files for production of documents and chronology of medical leaves. | 2.30 | 621.00 |
| 05/25/12 | L. O'Hara | L310 | | E-mail transmitting and explaining to B. Lopez-Nash discovery that needs verifications and has open issues. | 0.30 | 136.50 |
| 05/25/12 | O. Golinder | L320 | | Continue to review documents for production and to update chronology. | 2.80 | 756.00 |



KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/29/12 | O. Golinder | L320 | | Continue to prepare documents for production. | 2.20 | 594.00 |
| 05/30/12 | L. O'Hara | L110 | | Review documents and communicate with B. Lopez-Nash (.50); regarding additional information needed for defense (.40). | 0.90 | 409.50 |
| 05/30/12 | L. O'Hara | L160 | | Prepare settlement conference statement (3.10); communicate with B. Lopez-Nash and J. Powers regarding same (.20). | 3.30 | 1,501.50 |
| 05/30/12 | L. O'Hara | L330 | | Communicate with B. Lopez-Nash regarding logistics for deposition, deposition preparation meetings, settlement conference and who should be in attendance. | 0.30 | 136.50 |
| 05/30/12 | O. Golinder | L160 | | Gather information for settlement statement. | 2.10 | 567.00 |
| 05/30/12 | O. Golinder | L310 | | Prepare documents for production. | 2.40 | 648.00 |
| 05/31/12 | L. O'Hara | L110 | | Follow up with workers' compensation counsel regarding receiving deposition transcripts. | 0.10 | 45.50 |
| 05/31/12 | L. O'Hara | L160 | | Incorporate client changes into settlement conference statement and finalize same. | 0.30 | 136.50 |
| 05/31/12 | L. O'Hara | L310 | | Telephone call with B. Lopez-Nash regarding her discovery responses and discovery responses of KTLA (1.00); revise same and transmit final version to B. Lopez-Nash for verifications (.80). | 1.80 | 819.00 |
| 05/31/12 | O. Golinder | L320 | | Review and prepare documents for production. | 2.90 | 783.00 |

| | | | | | | |
|------|---|---|---|---|-------|-------|
| Total Hours | | | | | 73.60 | |
| Total Fees | | | | | | $29,011.00 |



Invoice No. 1998851

Page 8

KTLA-TV

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 23.00 | hours at | $455.00 | per hour |
| J. Brodsky | Associate | - | 26.40 | hours at | $455.00 | per hour |
| O. Golinder | Paralegal | - | 24.20 | hours at | $270.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Attorney Services | 72.35 |
| Overnight Delivery/Local Messenger | 55.13 |
| Filing Fees (Appearance Fees for 4 defendants/$395.00 ea.) | 1,580.00 |
| Copying | 94.60 |
| Facsimile | 2.00 |

**Total Disbursements**                                                                1,804.08

**Total Fees And Disbursements This Statement**                          $30,815.08



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 11, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 1998851
0276 15827 / 15827-000020
Neil Levine v. Tribune Entertainment Co. dba KTLA, et
al.; Case No. BC477541

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $29,011.00 |
| Total Disbursements | 1,804.08 |
| Total Fees and Disbursements This Statement | $30,815.08 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |