# EXHIBIT A

**March 1, 2012 to March 31, 2012 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell Julie | 3/13/2012 | $301.60 | 1.00 | $301.60 | Review of 2011 report in anticipation of update (0.5); analysis of peer companies and proxies (0.5). |
| Donnell Julie | 3/14/2012 | $301.60 | 0.50 | $150.80 | Analysis of peer companies proxy statements. |
| Dempsey John | 3/19/2012 | $736.60 | 0.50 | $368.30 | Review and revise draft report. |
| Dempsey John | 3/20/2012 | $736.60 | 0.50 | $368.30 | Continued preparation of draft report. |
| Donnell Julie | 3/20/2012 | $301.60 | 3.00 | $904.80 | 2012 MIP: update draft report for 2012 (1.5); analysis of peer STI practices (1.5). |
| Dluhy Bryan | 3/20/2012 | $266.80 | 3.00 | $800.40 | 2012 MIP Assessment refresh: peer proxy analysis for Gannett, Meredith, New York Times, Lee (0.5); peer review of proxy analysis (0.5); updates to report for creditors meeting based upon same (1.0); updates to survey benchmarking analysis for report base (1.0). |
| Dempsey John | 3/21/2012 | $736.60 | 1.00 | $736.60 | Preparation and review of draft report. |
| Donnell Julie | 3/21/2012 | $301.60 | 3.00 | $904.80 | Revise 2012 MIP Assessment report, including language (1.0); revise OCF Tribune data (1.0); revise 2012 MIP terms and structure (1.0). |
| Dluhy Bryan | 3/21/2012 | $266.80 | 7.00 | $1,867.60 | 2012 MIP Assessment refresh: additional peer proxy analysis for Gannett, Meredith, New York Times, Lee (1.0); additional peer review of proxy analysis (1.0); reveiw and revise report for creditors meeting based upon same (2.5); review and revise survey benchmarking analysis for report based upon same (2.5). |
| Bell Brett | 3/22/2012 | $266.80 | 2.75 | $733.70 | Review and analyze Gannett, Meredith, NYT, Lee Proxies. |
| Dempsey John | 3/22/2012 | $736.60 | 2.00 | $1,473.20 | Review and revise draft report. |
| Donnell Julie | 3/22/2012 | $301.60 | 3.00 | $904.80 | 2012 MIP Assessment refresh: review proxy analyses and market pricing results. |
| Dluhy Bryan | 3/22/2012 | $266.80 | 6.00 | $1,600.80 | 2012 MIP Assessment refresh: review proxy analysis for Gannett, Meredith, New York Times, Lee (2.0); revise report for meeting with creditors based upon same (2.0); review and revise survey benchmarking analysis based upon same (2.0). |
| Dempsey John | 3/23/2012 | $736.60 | 2.00 | $1,473.20 | Additional revisions to draft report. |
| Donnell Julie | 3/23/2012 | $301.60 | 8.00 | $2,412.80 | 2012 MIP Assessment: review proxy analyses (2.5); update market pricing results (2.5); revise draft report (2.5); conference with Bryan Dluhy on next steps and report (0.5). |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dluhy  Bryan | 3/23/2012 | $266.80 | 5.00 | $1,334.00 | 2012 MIP Assessment refresh: additional proxy analysis (2.5); revise report for creditors meeting based upon same (1.0); revise benchmarking analysis for report based upon same (1.0); conference with Julie Donnell regarding same (0.5). |
| Donnell  Julie | 3/24/2012 | $301.60 | 7.00 | $2,111.20 | 2012 MIP Assessment: internal meetings with J Dempsey and B Dluhy regarding report and open items for same (0.5); revise report documents based upon same (5.0); communications with debtors' counsel regarding same (0.5); additional revisions to draft report (1.0). |
| Dluhy  Bryan | 3/26/2012 | $266.80 | 2.00 | $533.60 | Updates to 2012 MIP Assessment report: EW Scripps and Wash. Post proxy analysis (1.0); revise report based upon same (1.0). |
| Donnell  Julie | 3/26/2012 | $301.60 | 1.00 | $301.60 | Review of proxy statements for 2012 MIP Motion. |
| Bell  Brett | 3/27/2012 | $266.80 | 3.00 | $800.40 | Proxy analysis for inclusion in MIP report. |
| Dluhy  Bryan | 3/27/2012 | $266.80 | 1.00 | $266.80 | Updates to 2012 MIP Assessment report: additional EW Scripps and Wash. Post proxy analysis (0.75); revise report based upon same (0.25). |
| Donnell  Julie | 3/27/2012 | $301.60 | 2.00 | $603.20 | Revise 2012 MIP report based on conversations with J. Lotsoff. |
| Donnell  Julie | 3/27/2012 | $301.60 | 1.00 | $301.60 | Review of proxy statements for 2012 MIP Motion. |
| Dluhy  Bryan | 3/28/2012 | $266.80 | 3.00 | $800.40 | Updates to 2012 MIP Assessment report: additional EW Scripps and Wash. Post proxy analysis (2.0); additional revisions to report based upon same (1.0). |
| Donnell  Julie | 3/28/2012 | $301.60 | 1.00 | $301.60 | Review of proxy statements for 2012 MIP Motion. |
| Donnell  Julie | 3/28/2012 | $301.60 | 2.00 | $603.20 | Peer review of proxy analysis performed by Bryan Dluhy and Brett Bell for 2012 MIP Motion. |
| Dluhy  Bryan | 3/29/2012 | $266.80 | 1.50 | $400.20 | Updates to 2012 MIP Assessment report: additional EW Scripps and Wash. Post proxy analysis (1.0); revise report based upon same (0.5). |
| Donnell  Julie | 3/29/2012 | $301.60 | 1.00 | $301.60 | Additional review of proxy statements for 2012 MIP Motion. |
| Donnell  Julie | 3/29/2012 | $301.60 | 5.00 | $1,508.00 | Draft documents for 2012 MIP Motion (3.0); revise report to add two companies' newly released proxy statements (2.0). |
| Dluhy  Bryan | 3/30/2012 | $266.80 | 1.50 | $400.20 | Updates to 2012 MIP Assessment report: analysis of additional proxy statements (1.0); revise report based upon same (0.5). |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell  Julie | 3/30/2012 | $301.60 | 5.00 | $1,508.00 | Continue drafting documents for 2012 MIP Motion (4.0); additional revisions to report based upon addition of two companies' newly released proxy (1.0). |
| Donnell  Julie | 3/30/2012 | $301.60 | 1.00 | $301.60 | Review of proxy statements for 2012 MIP Motion. |
|  |  | **Totals:** | **86.25** | **$27,378.90** |  |