# EXHIBIT B

**March 1, 2012 to March 31, 2012 Expense Detail**

| Date | Amount | Description |
| --- | --- | --- |
| 3/31/2012 | $6,116.08 | Administrative - Legal |
| **Total:** | **$6,116.08** | |