## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: August 2, 2012 @ 4:00 p.m. |
| | | Hearing Date TBD |

## FOURTEENTH INTERIM FEE APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2012 THROUGH MAY 31, 2012

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 13, 2009 nunc pro tunc December 8, 2008** |
| Application Period: | **March 1, 2012 through May 31, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | $600,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $202.82 |
| Less: Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | $600,202.82 |

This is a: ___ monthly    X  interim    ___ final application.

**Summary of Fee Applications for Compensation Period**

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Amounts Paid | Hold-back Amount |
|---|---|---|---|---|---|---|---|---|
| 05/18/12 [11646] | 03/01/12 through 03/31/12 | $200,000.00 | $104.42 | 06/201/12 [11861] | $160,000.00 | $104.42 | $0.00 | $40,000.00 |
| 05/18/12 [11647] | 04/01/12 through 04/30/12 | $200,000.00 | $98.40 | 06/201/12 [11861] | $160,000.00 | $98.40 | $0.00 | $40,000.00 |
| 07/02/12 [11938] | 05/01/12 through 05/31/12 | $200,000.00 | $0.00 | Objection Deadline 07/23/12 | $0.00 | $0.00 | $0.00 | $40,000.00 |
| Totals | 03/01/12 through 05/31/12 | $600,000.00 | $202.82 | n/a | $320,000.00 | $202.82 | $0.00 | $120,000.00 |

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members (the "Administrative Order") entered by this Court on January 15, 2009 [Docket No. 225], Lazard Frères & Co. LLC, ("Lazard") hereby submits its fourteenth interim (quarterly) fee application (the "Application") seeking (i) interim approval and allowance of the full amount of the fees and expenses requested in the above-referenced monthly fee applications for the period covering March 1, 2012 through May 31, 2012 (collectively, the "Fee Applications")[1], and (ii) authorization for Tribune Company and certain of its subsidiaries and affiliates (collectively, the 'Debtors") to pay the full amounts requested in the Fee Application, including the 20% holdback of fees provided for in the Administrative Order.

WHEREFORE, Lazard respectfully requests that the Court enter the attached order and grant such further relief as is just and proper.

---

[1] Each of the Fee Applications is incorporated by reference as if set forth herein.

Dated:  July 13, 2012
        New York, New York

LAZARD FRÈRES & CO. LLC

*David S. Kurtz*
David S. Kurtz
Managing Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY  10020
(212/632-6000)
Investment Banker and Financial Advisor
to the Debtors