# EXHIBIT A

**April 1, 2012 to April 30, 2012 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Bell  Brett | 4/3/2012 | $295.80 | 1.50 | $443.70 | Review of Proxies for updated MIP. |
| Dluhy  Bryan | 4/3/2012 | $266.80 | 0.50 | $136.30 | 2012 MIP refresh: review proxy analysis of McClatchy. |
| Dluhy  Bryan | 4/4/2012 | $266.80 | 3.00 | $817.80 | 2012 MIP refresh: continue review of proxy analysis of McClatchy. |
| Dempsey  John | 4/5/2012 | $748.20 | 1.00 | $748.20 | Review 04/05 draft report (0.75); call with Julie Donnell regarding same (0.25). |
| Dluhy  Bryan | 4/5/2012 | $266.80 | 1.50 | $408.90 | 2012 MIP refresh: revise proxy benchmarking analysis (1.0); revise MIP deliverable (0.5). |
| Bell  Brett | 4/10/2012 | $295.80 | 1.25 | $369.76 | Proxy analysis for update of MIP. |
| Dluhy  Bryan | 4/10/2012 | $266.80 | 3.00 | $817.80 | 2012 MIP refresh: CC Media proxy analysis (1.5); update proxy and benchmarking analysis accordingly (0.5); update 2012 MIP & Relative Compensation deck (1.0). |
| Donnell  Julie | 4/10/2012 | $336.40 | 1.00 | $336.40 | Revise 2012 MIP materials in preparation for filing. |
| Dluhy  Bryan | 4/11/2012 | $266.80 | 1.00 | $272.60 | 2012 MIP refresh: additional CC Media proxy analysis (0.5); revise proxy and benchmarking analysis based upon same (0.25); revise 2012 MIP & Relative Compensation deck based upon same (0.25). |
| Dluhy  Bryan | 4/12/2012 | $266.80 | 1.00 | $272.60 | 2012 MIP refresh: continue CC Media proxy analysis (0.5); update proxy and benchmarking analysis accordingly (0.25); update 2012 MIP & Relative Compensation deck (0.25). |
| Donnell  Julie | 4/12/2012 | $336.40 | 2.00 | $672.80 | Finalize 2012 MIP materials for filing. |
| Dluhy  Bryan | 4/16/2012 | $266.80 | 0.50 | $136.30 | Review status and open items for completion of project deliverables. |
| Mayer  Julie | 4/23/2012 | $75.40 | 7.00 | $527.80 | Bankruptcy database research. |
| | | **Totals:** | **24.25** | **$5,960.96** | |