# EXHIBIT B

**April 1, 2012 to April 30, 2012 Expense Detail**

| Date | Amount | Description |
| --- | --- | --- |
| 4/23/2012 | $8.97 | Tribune Company Meeting - Dinner |
| 4/23/2012 | $21.81 | Tribune Company Meeting - Taxi |
| 4/23/2012 | $14.65 | Tribune Company Meeting - Taxi |
| 4/30/2012 | $931.05 | Administrative - Legal |
| **Total:** | **$976.48** | |