# EXHIBIT A

**May 1, 2012 to May 31, 2012 Expense Detail**

| Date | Amount | Description |
|---|---|---|
| 5/4/2012 | $6.96 | Working Late - Dinner |
| 5/4/2012 | $8.00 | Working Late - Taxi Home |
| 5/31/2012 | $1,679.85 | Administrative - Legal |
| **Total:** | **$1,694.81** | |