**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **TRIBUNE COMPANY, *et. al*,**[1] | : | |
| | : | Case  No. 08-13141 (KJC) |
| Debtors | : | (Re: D.I. 11399, 11836, 11458) |

**ORDER OVERRULING PLAN OBJECTIONS**
**AND DENYING THE CLARIFICATION MOTION**

AND NOW, this 13th day of July, 2012, upon consideration of the objections to

confirmation of the  Fourth Amended Joint Plan of Reorganization for Tribune Company and Its

Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree

Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank (docket

no.11399), as amended (docket no. 11836) (the "Fourth Amended Plan") and after the

Confirmation Hearing, and for the reasons set forth in the foregoing Memorandum, it is hereby

**ORDERED** that:

1.      The remaining objections to confirmation of the Fourth Amended Plan filed by (i)

Aurelius Capital Management, L.P. ("Aurelius") (docket nos. 11664 and 11753),

(ii) Law Debenture Trust Company of New York (docket no. 11668), (iii)

Deutsche Bank Trust Company of Americas (docket no. 11667), (iv) Wilmington

Trust Company  (docket no. 11666), (v) Citadel Equity Fund Ltd. and Camden

---

[1]The chapter 11 case filed by Tribune Media Services, Inc. (Bky. Case No. 08-13236) is jointly administered with the Tribune Company bankruptcy case and 109 additional affiliated debtors pursuant to the Order dated December 10, 2008 (docket no. 43).  An additional debtor, Tribune CNLBC, LLC (formerly known as Chicago National League Baseball Club, LLC) filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009 (Bky. Case No. 09-13496), and is also jointly administered with the Tribune Company bankruptcy case pursuant to this Court's Order dated October 14, 2009 (docket no. 2333). The debtors in the jointly administered cases are referred to herein as the "Debtors."

Asset Management LP (docket no. 11659), (vi) EGI-TRB LLC (docket no.

11658), (vii) certain former directors and officers of the Debtors (docket no.

11657), (viii) Robert R. McCormick Tribune Foundation (the "McCormick

Foundation"), (ix) Malcolm Berko (docket no. 11600), and any final objection of

Aurelius to the proposed Committee LT Agreement (docket no. 11856) are

**OVERRULED**,

2.      The Motion for Reconsideration and/or Clarification of the Court's April 9, 2012

Memorandum and Order Regarding Allocation Disputes (docket no. 11458) is

**DENIED**, and

3.      The DCL Plan Proponents are directed to (i) make the necessary revisions to the

Fourth Amended Plan and related agreements and documents, consistent with

resolutions made and consistent with the foregoing Memorandum, (ii) confer

with parties whose objections have been overruled and parties with whom

objections have been resolved, and (iii) submit to the Court for approval  a

proposed order, under certification, confirming the Fourth Amended Plan as

revised and consistent with the foregoing Memorandum.

BY THE COURT:

_____

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc:  J. Kate Stickles, Esquire[2]

---

[2]Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested
parties and file a Certificate of Service with the Court.