**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
05/31/2012
ACCOUNT NO:    1800-00D
STATEMENT NO:         6

Costs and Expenses

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $68.60 |
| 01/12/2012 | Parcels - copy/service - Fee Applications | 61.82 |
| 01/31/2012 | Printing - January 2012 | 8.40 |
| 02/03/2012 | Parcels - copy/service - Certificate of No Objection | 8.00 |
| 03/01/2012 | Printing - February 2012 | 0.60 |
| 03/01/2012 | Pacer charges for the month of February | 6.88 |
| 05/31/2012 | Printing - May 2012 | 0.50 |
| | TOTAL EXPENSES | 86.20 |
| | TOTAL CURRENT WORK | 86.20 |
| 03/09/2012 | Payment - Thank you. (November, 2011 - 100% Expenses) | -68.60 |
| | BALANCE DUE | $86.20 |

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
05/31/2012
ACCOUNT NO:      1800-04D
STATEMENT NO:              1

Case Administration

|  |  | HOURS |  |
|---|---|---|---|
| 01/03/2012 |  |  |  |
| SMB | Review, retrieve and distribute recently filed pleadings | 0.10 | 11.00 |
| 02/03/2012 |  |  |  |
| SMB | Prepare, file and service Certificate of No Objection for Interim Application Campbell & Levine, LLC | 0.10 | 11.00 |
| SMB | Prepare, file and service Certificate of No Objection for Monthly Application Campbell & Levine, LLC | 0.10 | 11.00 |
|  | FOR CURRENT SERVICES RENDERED | 0.30 | 33.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.30 | $110.00 | $33.00 |

TOTAL CURRENT WORK                                                                          33.00

BALANCE DUE                                                                              $33.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
05/31/2012
ACCOUNT NO:      1800-07D
STATEMENT NO:              6

Fee/Employment Applications

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $1,290.00 |
| **12/15/2011** | | | | |
| MTH | Reviewing Fee Auditor's final report for Campbell & Levine for second interim fee application | | 0.30 | 112.50 |
| **12/19/2011** | | | | |
| MTH | Reviewing Fee Auditor's Preliminary Report re First Interim Fee Application | | 0.40 | 150.00 |
| MTH | Telephone conference with J. Theil re First Interim Preliminary Report | | 0.20 | 75.00 |
| **12/21/2011** | | | | |
| MTH | Review correspondence from J. Theil re final report and response to same | | 0.10 | 37.50 |
| **01/09/2012** | | | | |
| MB | E-mails with MTH re: Tribune interim application | | 0.20 | 25.00 |
| MTH | Review correspondence from PR re deadline to file quarterly fee applications; correspondence to and from MB re same | | 0.20 | 78.00 |
| **01/10/2012** | | | | |
| MTH | Reviewing pre-bill for multiple months | | 0.20 | 78.00 |
| **01/12/2012** | | | | |
| MTH | Reviewing and finalizing for filing C&L's Fourth Interim Fee Application | | 0.20 | 78.00 |
| MTH | Reviewing and finalizing for filing C&L's fee application for the months September through November 2011 | | 0.10 | 39.00 |
| MB | Review email from DS re: September through November bill(.1); Prepare C&L September through November monthly fee application (.3); Finalize and e-file fee application (.3) | | 0.70 | 87.50 |
| MB | Prepare C&L September through November quarterly fee application (.3); Finalize and e-file September through November quarterly fee | | | |

The Tribune Company

Fee/Employment Applications

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | application (.3) |  | 0.60 | 75.00 |
| **02/02/2012** |  |  |  |  |
| | MB | Review docket and prepare C&L certificate of no objection for fourth monthly fee application | 0.30 | 37.50 |
| | MB | Review docket and prepare  C&L certificate of no objection for fourth interim fee application | 0.30 | 37.50 |
| **02/03/2012** |  |  |  |  |
| | MTH | Reviewing docket re Fourth Monthly fee application; reviewing CNO for same; signing CNO for filing and service | 0.10 | 39.00 |
| | MTH | Reviewing docket re Interim fee application; reviewing CNO for same; signing CNO for filing and service | 0.10 | 39.00 |
| | | FOR CURRENT SERVICES RENDERED | 4.00 | 988.50 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 2.10 | $125.00 | $262.50 |
| Mark T. Hurford | 1.00 | 375.00 | 375.00 |
| Mark T. Hurford | 0.90 | 390.00 | 351.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 988.50 |

| 03/09/2012 | Payment - Thank you. (November, 2011 - 80% Fees) | -550.00 |
|---|---|---|

| BALANCE DUE | $1,728.50 |
|---|---|

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
05/31/2012
ACCOUNT NO:    1800-10D
STATEMENT NO:    6

Litigation

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,099.00 |

| | | | HOURS | |
|---|---|---|---|---|
| 03/01/2012 | | | | |
| | MTH | Review correspondence from S. Tarr re preference matter | 0.10 | 39.00 |
| 03/08/2012 | | | | |
| | MTH | Review correspondence from S. Tarr re status; telephone discussion with P. Reilly re same; call to S. Tarr re same | 0.40 | 156.00 |
| 05/11/2012 | | | | |
| | MTH | Reviewing second supplemental Motion to Extend Stay of Avoidance actions | 0.20 | 78.00 |
| 05/24/2012 | | | | |
| | MTH | Reviewing Agenda for hearing; reviewing CNO re Motion to Extend | 0.10 | 39.00 |
| 05/29/2012 | | | | |
| | MTH | Reviewing various orders entered re stay of adversary actions | 0.20 | 78.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.00 | 390.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.00 | $390.00 | $390.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 390.00 |
| BALANCE DUE | $1,489.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
05/31/2012
ACCOUNT NO:    1800-12D
STATEMENT NO:           2

Plan and Disclosure Statement

| | |
|---|---|
| PREVIOUS BALANCE | $187.50 |
| 03/09/2012    Payment - Thank you. (November, 2011 - 80% Fees) | -150.00 |
| BALANCE DUE | $37.50 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
05/31/2012
ACCOUNT NO:        1800D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 1800-00 Costs and Expenses | | | | | |
| 68.60 | 0.00 | 86.20 | 0.00 | -68.60 | $86.20 |
| 1800-04 Case Administration | | | | | |
| 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | $33.00 |
| 1800-07 Fee/Employment Applications | | | | | |
| 1,290.00 | 988.50 | 0.00 | 0.00 | -550.00 | $1,728.50 |
| 1800-10 Litigation | | | | | |
| 1,099.00 | 390.00 | 0.00 | 0.00 | 0.00 | $1,489.00 |
| 1800-12 Plan and Disclosure Statement | | | | | |
| 187.50 | 0.00 | 0.00 | 0.00 | -150.00 | $37.50 |
| 2,645.10 | 1,411.50 | 86.20 | 0.00 | -768.60 | $3,374.20 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.