# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF FINAL DATE BY WHICH TO ELECT TO RECEIVE NEW CLASS B COMMON STOCK IN CONNECTION WITH THE FOURTH AMENDED PLAN

ATTN: HOLDERS OF CLAIMS WHO ARE ENTITLED TO RECEIVE NEW CLASS A COMMON STOCK PURSUANT TO THE FOURTH AMENDED PLAN BUT, FOR, *INTER ALIA,* FCC ATTRIBUTION PURPOSES, PREFER TO RECEIVE NEW CLASS B COMMON STOCK IN LIEU OF NEW CLASS A COMMON STOCK.

1.  On June 19, 2012, the Debtors filed the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A., as Amended June 18, 2012 [Docket No. 11836] (the "Fourth Amended Plan").[2]  The Bankruptcy Court has rendered an opinion

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fourth Amended Plan.

CH1 6951148v.1

overruling objections to the Fourth Amended Plan [Docket No. 12033]. However, the Confirmation Order has not yet been entered by the Bankruptcy Court.

2. Section 5.4.1 of the Fourth Amended Plan provides, in relevant part, that:[3]

> [E]ach Holder of a Claim that is eligible to receive a distribution of New Common Stock pursuant to the Plan will be issued New Class A Common Stock, provided that any such Holder will be entitled to receive all or a portion of its shares of New Common Stock in the form of New Class B Common Stock if such Holder informs the Proponents of its desire to receive instead such New Class B Common Stock by the date announced by the Proponents in a filing with the Bankruptcy Court, with such date to be no earlier than the first day of the Confirmation Hearing.

3. Accordingly, a Holder of a Claim entitled to receive New Class A Common Stock pursuant to the Fourth Amended Plan may choose to receive all or a portion of its New Common Stock in the form of New Class B Common Stock. The rights and limitations of New Class A Common Stock and New Class B Common Stock are set forth in the Amended and Restated Certificate of Incorporation of Tribune Company which was filed with the Plan Supplement as Exhibit 5.3.1(1). Among other differences between the classes of New Common Stock, New Class B Common Stock has limited voting rights (including that holders of such stock have no right to vote in the election of directors) and is designed to be "non-attributable" under the media ownership rules of the Federal Communications Commission. Parties reviewing this notice are encouraged to carefully review the Fourth Amended Plan and the Plan Supplement.

4. In accordance with Section 5.4.1 of the Fourth Amended Plan, the Proponents have established July 30, 2012 (the "Class B Election Date") as the date by which a Holder of a Claim eligible to receive a distribution of New Common Stock under the Fourth Amended Plan may inform the Proponents of its desire to receive New Class B Common Stock in lieu of receiving New Class A Common Stock.

5. If (a) you believe you are the Holder of a Claim eligible to receive a distribution of New Common Stock in the event the Effective Date of the Fourth Amended Plan occurs and (b) you prefer to receive some or all of your distribution of New Common Stock under the Fourth Amended Plan in the form of New Class B Common Stock, then you must notify the Proponents, in writing (such notice, a "Class B Election Notice"), of the percentage (%) of your distribution of New Common Stock that you prefer to receive in the form of New Class B Common Stock. To be counted, a Class B Election Notice must be actually received by Epiq Bankruptcy Solutions, LLC (the "Certification Agent") on or before the Class B Election Date, as follows:[4]

**ByEmail**

tribunevote@epiqsystems.com
(reference "Tribune Class B Election" in the subject line)

OR

---

[3] This notice is not intended to modify or supersede any of the terms of the Fourth Amended Plan, including any related exhibits, or any documents related thereto, including, but not limited to, the Disclosure Documents. In the event of any conflict between this notice and the Fourth Amended Plan, any exhibits related thereto, or any of the Disclosure Documents, then the Fourth Amended Plan, the relevant exhibit thereto, or the relevant Disclosure Document shall be controlling.

[4] Holders of Claims that submit valid Class B Election Notices may amend such notices by providing a written notice to the Certification Agent so that it is received by the Certification Agent in accordance with the foregoing procedures no later than two (2) business days after the Certification Agent distributes a notice to such Holders indicating that the FCC released an order granting the necessary FCC Approval.

**By Mail, Personal Delivery or Overnight Courier**

Tribune Class B Election
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

6. The submission of a Class B Election Notice shall not render a person or entity eligible to receive New Common Stock under the Fourth Amended Plan. Furthermore, the Debtors reserve the right to request additional actions or information from any party that submits a Class B Election Notice in order to assist the Debtors in implementing the distribution of New Class B Common Stock.

7. If you have any questions regarding this notice or wish to obtain additional information, including copies of the Fourth Amended Plan, you may request such information by contacting Epiq Bankruptcy Solutions, LLC by telephone at (646) 282-2400. Copies of the Fourth Amended Plan and the related Disclosure Documents are also available on the Internet at http://chapter11.epiqsystems.com/tribune.

Dated: July 17, 2012

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>James F. Conlan<br>Bryan Krakauer<br>Kevin T. Lantry<br>Jessica C.K. Boelter<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-0199<br>Facsimile: (312) 853-7036<br><br>SIDLEY AUSTIN LLP<br>James F. Bendernagel, Jr.<br>Ronald S. Flagg<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711 | COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br><br>By: _/s/ J. Kate Stickles_<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117 |

Counsel for Debtors and Debtors In Possession

| | |
|---|---|
| CHADBOURNE & PARKE LLP<br>Howard Seife<br>David M. LeMay<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369 | LANDIS RATH & COBB LLP<br><br>By: _/s/ Adam G. Landis_<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450 |

Counsel for the Official Committee of Unsecured Creditors

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

Special Counsel to the Official Committee of Unsecured Creditors

DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Benjamin S. Kaminetzky
Damian Schaible
Elliot Moskowitz
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4500
Facsimile: (212) 701-5800

RICHARDS, LAYTON & FINGER, P.A.

By: /s/ Drew G. Sloan
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
One Rodney Square, 920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651 7701

Counsel for JPMorgan Chase Bank, N.A.

WILMER CUTLER PICKERING
HALE & DORR LLP
Andrew N. Goldman
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 220-8888

Counsel for Angelo, Gordon & Co., L.P.

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 243-2400
Facsimile: (213) 243-2539

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

By: /s/ Robert S. Brady
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.