IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br>Objection Date: August 6, 2012 at 4:00 p.m.<br>Hearing Date: TBD<br>Related to Docket Nos. 11430, 11821 and 12044 |

**FOURTEENTH INTERIM FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM MARCH 1, 2012 THROUGH MAY 31, 2012**

| | |
|---|---|
| Name of Applicant: | **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.** |
| Authorized to Provide Professional Services to: | ***Tribune Company, et al.*** |
| Date of Retention: | **February 3, 2009** *nunc pro tunc* **to December 8, 2008** |
| Period for which Compensation and Reimbursement is sought: | **March 1, 2012 through May 31, 2012** |
| Total Amount of Compensation sought as actual, reasonable and necessary for applicable period: | **$362,448.50** |
| Total Amount of Expense Reimbursement sought as actual, reasonable and necessary for applicable period: | **$15,260.81** |
| Total Amount of Compensation Paid as actual, reasonable and necessary for applicable period: | **$201,786.00*** |
| Total Amount of Expense Reimbursement Paid as actual, reasonable and necessary for applicable period: | **$14,023.53*** |
| Total Amount of Holdback Fees Sought for applicable period ** | **$72,489.70** (includes 20% holdback attributable to thirty-ninth, fortieth and forty-first fee applications) |

\*　　If no objections are received by August 6, 2012 to the forty-first monthly fee application, Cole, Schotz, Meisel, Forman & Leonard, P.A. anticipates receipt of $88,172.80 in fees and $1,237.28 in expenses in connection with the forty-first monthly fee application.

\*\*　　Applicant seeks allowance of the 20% holdback for the thirty-ninth, fortieth and forty-first monthly fee applications.

46429/0001-8696429v1

## TRIBUNE COMPANY, *et al.*

## SUMMARY OF BILLING BY PROFESSIONAL
### MARCH 1, 2012 THROUGH MAY 31, 2012

| Name of Professional | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Norman L. Pernick | 1985 | Member (since 2008) | $750.00 | 94.2 | $70,650.00 |
| J. Kate Stickles | 1990 | Member (since 2008) | $595.00 | 344.9 | $205,215.50 |
| Marion M. Quirk | 1998 | Member (since 2009) | $575.00 | 0.2 | $115.00 |
| Marc Press | 1987 | Member (since 2000) | $540.00 | 3.8 | $2,052.00 |
| Jordan Fisch | 1995 | Member (since 2004) | $510.00 | 1.5 | $765.00 |
| Patrick J. Reilley | 2003 | Member (since 2011) | $410.00 | 49.2 | $20,172.00 |
| Grant L. Cartwright | 2008 | Associate (since 2011) | $280.00 | 4.5 | $1,260.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal (since 2008) | $230.00 | 251.0 | $57,730.00 |
| Kimberly A. Karstetter | N/A | Paralegal (since 2008) | $190.00 | 9.8 | $1,862.00 |
| Kerri L. LaBrada | N/A | Paralegal (since 2010) | $185.00 | 14.2 | $2,627.00 |
| **TOTALS** | | | | 773.30 | $362,448.50 |

**Blended Rate: $468.71**

---

[1] This rate is Cole, Schotz, Meisel, Forman & Leonard, P.A.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole, Schotz, Meisel, Forman & Leonard, P.A. on a periodic basis (the last such adjustment occurred on September 1, 2011).

46429/0001-8696429v1

# TRIBUNE COMPANY, *et al.*

## COMPENSATION BY PROJECT CATEGORY
## MARCH 1, 2012 THROUGH MAY 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Automatic Stay Matters/Litigation | 8.6 | $5,121.50 |
| Case Administration | 39.2 | $16,278.50 |
| Claims Analysis, Administration and Objections | 72.5 | $33,181.00 |
| Creditor Inquiries | 0.7 | $270.50 |
| Disclosure Statement/Voting Issues | 44.1 | $23,139.50 |
| Employee Matters | 21.4 | $11,698.00 |
| Executory Contracts | 0.3 | $123.00 |
| Fee Application Matters/Objections | 168.4 | $61,310.50 |
| Litigation/General (Except Automatic Stay Relief) | 10.2 | $5,305.50 |
| Preference and Avoidance Actions | 15.8 | $6,963.00 |
| Preparation for and Attendance at Hearings | 139.8 | $67,075.00 |
| Reorganization Plan | 218.0 | $116,203.00 |
| Reports; Statements and Schedules | 4.7 | $2,395.00 |
| Retention Matters | 15.1 | $5,582.00 |
| Tax/General | 2.6 | $999.50 |
| U.S. Trustee Matters & Meetings | 0.2 | $119.00 |
| Utilities/Section 366 Issues | 4.6 | $2,765.00 |
| General Corporate | 7.1 | $3,919.00 |
| **TOTAL** | **773.30** | **$362,448.50** |

# TRIBUNE COMPANY, *et al.*

## EXPENSE SUMMARY
## MARCH 1, 2012 THROUGH MAY 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (9,749 pages @ $.10/page) | | $974.90 |
| Telephone | | $82.12 |
| Postage | | $20.00 |
| Filing Fees (*Pro Hac Vice* Motion, Telephonic Court Appearance Fee, and Electronic Filing/Service Fee) | U.S. District Court; CourtCall; Parcels, Inc. | $162.00 |
| Document Retrieval / Court Documents | PACER Service Center | $98.90 |
| Overtime | Staff/Secretarial; Parcels, Inc. | $864.03 |
| Travel Expenses (Working Meals, Transportation) | Dave's Limo; Purebread IV; Manhattan Bagel; Bee Shuttle Service; Mikimoto's; Washington St. Ale House | $1,592.79 |
| Transcripts | Diaz Data Services | $747.00 |
| Outside Photocopying | Parcels, Inc. | $9,666.52 |
| Messenger Service | Parcels, Inc. | $308.00 |
| Overnight Delivery | Federal Express | $626.76 |
| Legal Research | Westlaw | $117.79 |
| **TOTAL** | | **$15,260.81** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | Objection Date: August 6, 2012 at 4:00 p.m. |
| | Hearing Date: TBD |
| | Related to Docket Nos. 11430, 11821 and 12044 |

**FOURTEENTH INTERIM FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM MARCH 1, 2012 THROUGH MAY 31, 2012**

Cole, Schotz, Meisel, Forman & Leonard, P.A. (the "Applicant"), co-counsel to the Debtors in the above-captioned chapter 11 cases, hereby submits its fourteenth interim fee application (the "Interim Fee Application") for allowance of compensation and reimbursement of expenses for the interim period from March 1, 2012 through May 31, 2012, and respectfully represents as follows:

## INTRODUCTION

1. On December 8, 2008 (the "Petition Date"), Tribune Company and certain of its subsidiaries each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. An additional Debtor, Tribune CNLBC, LLC[1], filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009. In all, the Debtors comprise 110 entities. The Debtors' chapter 11 cases have been consolidated for procedural purposes only by applicable orders of the Bankruptcy Court.

2. On or about December 18, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1).

3. On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

---

[1] Tribune CNLBC, LLC was formerly known as Chicago National League Ball Club, LLC.

46429/0001-8696429v1

4.   On February 3, 2009, this Court authorized the Debtors to retain Applicant, *nunc pro tunc* to December 8, 2008, to serve as co-counsel to the Debtors in these cases.

5.   On January 15, 2009, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (the "Fee Order"), and on March 19, 2009, this Court entered an Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (the "Fee Examiner Order"). Pursuant to the Fee Order and section 331 of the Bankruptcy Code, Applicant makes this Application for interim allowance of compensation for professional services rendered and for reimbursement of expenses necessarily incurred by Applicant in serving as co-counsel to the Debtors. Specifically, Applicant seeks interim approval and allowance of compensation in the amount of $362,448.50 for professional services rendered, and reimbursement of actual and necessary expenses incurred in the amount of $15,260.81, during the interim period from March 1, 2012 through May 31, 2012, as detailed in the chart below.

| Application Docket No. Date Filed | CONO Date Filed Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses (100%) | Fee Holdback (20%) |
|---|---|---|---|---|---|---|---|
| Thirty-Ninth Monthly D.I. 11430 Filed: 4/18/12 | 5/10/12 D.I. 11593 | 3/1/12 – 3/31/12 | $149,159.50 | $3,828.78 | $119,327.60 | $3,828.78 | $29,831.90 |
| Fortieth Monthly D.I. 11821 Filed: 6/15/12 | 7/10/12 D.I. 11982 | 4/1/12 - 4/30/12 | $103,073.00 | $10,194.75 | $82,458.40 | $10,194.75 | $20,614.60 |
| Forty-First Monthly D.I. 12044 Filed: 7/17/12 | Obj. due 8/6/12 | 5/1/12 – 5/31/12 | $110,216.00 | $1,237.28 | *pending* | *pending* | $22,043.20 |
| Totals | | | $362,448.50 | $15,260.81 | $201,786.00 | $14,023.53 | $72,489.70 |

6.   Notice of this Interim Fee Application has been provided in accordance with the Fee Order and Fee Examiner Order to: (i) the Office of the United States Trustee; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent;

2

46429/0001-8696429v1

(iii) counsel to the Administrative Agent for the Prepetition Lenders, JPMorgan Chase Bank, N.A.; (iv) the Debtors; (v) counsel to the Committee; (vi) the Fee Auditor; and (vii) all parties in interest required to receive notice pursuant to Fed. R. Bankr. P. 2002. Applicant submits that no other or further notice need be provided.

WHEREFORE, Cole, Schotz, Meisel, Forman & Leonard, P.A. respectfully requests that the Court enter an Order: (i) granting the Application and authorizing interim allowance of compensation in the amount of $362,448.50 for professional services rendered and $15,260.81 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts, including the 20% holdback of fees as provided for in the Fee Order; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: July 17, 2012

                         **COLE, SCHOTZ, MEISEL,**
                         **FORMAN & LEONARD, P.A.**

              By: _____
                    Norman L. Pernick (No. 2290)
                    J. Kate Stickles (No. 2917)
                    500 Delaware Avenue, Suite 1410
                    Wilmington, DE 19801
                    Telephone: 302-652-3131
                    Facsimile: 302-652-3117

                    ATTORNEYS FOR THE DEBTORS
                    AND DEBTORS IN POSSESSION