# **EXHIBIT A**

# **FEE SUMMARY**

## SUMMARY OF PROFESSIONAL FEES
## FROM MARCH 1, 2012 THROUGH MAY 31, 2012

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Edward Cerasia II | Partner<br>Labor & Employment<br>Admitted 1991 | $765.00 | 25.10 | $19,201.50 |
| Michael Rybicki | Partner<br>Labor & Employment<br>Admitted 1970 | $725.00 | 32.10 | $23,272.50 |
| Jeremy Sherman | Partner<br>Labor & Employment<br>Admitted 1976 | $725.00 | 17.30 | $12,542.50 |
| Camille Olson | Partner<br>Labor & Employment<br>Admitted 1983 | $720.00 | 2.90 | $2,088.00 |
| Timothy Haley | Partner<br>Labor & Employment<br>Admitted 1978 | $670.00 | 5.70 | $3,705.00 |
| Mark Lies | Partner<br>Labor & Employment<br>Admitted 1974 | $640.00 | 9.90 | $6,336.00 |
| Lori O'Hara | Partner<br>Labor & Employment<br>Admitted 1988 | $610.00 | .70 | $427.00 |
| William Schurgin | Partner Labor & Employment<br>Admitted 1986 | $605.00 | .40 | $242.00 |
| Jon Meer | Partner<br>Labor & Employment<br>Admitted 1989 | $590.00 | .30 | $193.50 |
| Kristin Michaels | Partner<br>Labor & Employment<br>Admitted 1991 | $605.00 | 11.00 | $6,655.00 |
| Gerald Pauling II | Partner<br>Labor & Employment<br>Admitted 1992 | $595.00 | 8.30 | $4,938.50 |
| John Collins | Partner<br>Labor & Employment<br>Admitted 1980 | $580.00 | 3.10 | $1,798.00 |
| Noah Finkel | Partner<br>Labor & Employment<br>Admitted 1994 | $575.00 | 10.20 | $5,865.00 |

| Dana Howells | Senior Counsel<br>Labor & Employment<br>Admitted 1982 | $565.00 | .90 | $508.50 |
|---|---|---|---|---|
| Timothy Hix | Partner<br>Labor & Employment<br>Admitted 1996 | $520.00 | .30 | $156.00 |
| Adam Greetis | Partner<br>Employee Benefits<br>Admitted 1996 | $510.00 | 2.70 | $1,431.00 |
| Kristina Launey | Partner<br>Labor & Employment<br>Admitted 2002 | $475.00 | .70 | $332.50 |
| Anjanette Cabrera | Associate<br>Labor & Employment<br>Admitted 2000 | $465.00 | 12.20 | $5,673.00 |
| Karen Osgood | Counsel<br>Labor & Employment<br>Admitted 2000 | $460.00 | .10 | $46.00 |
| Max Sank | Associate<br>Labor & Employment<br>Admitted 2000 | $410.00 | .50 | $205.00 |
| Natascha Riesco | Associate<br>Labor & Employment<br>Admitted 2007 | $400.00 | 64.00 | $24,960.00 |
| Allison Ianni | Associate<br>Labor & Employment<br>Admitted 2008 | $395.00 | 42.20 | $16,669.00 |
| Kyle Petersen | Associate<br>Labor & Employment<br>Admitted 2001 | $385.00 | 27.70 | $10,664.50 |
| Zachariah Robert | Associate<br>Employee Benefits<br>Admitted 2007 | $365.00 | 1.30 | $474.50 |
| Andrew Connor | Paralegal<br>Bankruptcy<br>N/A | $310.00 | 36.40 | $11,284.00 |
| Jennifer McManus | Paralegal<br>Bankruptcy<br>N/A | $290.00 | 30.70 | $8,903.00 |
| Alayna Balint | Paralegal<br>Labor & Employment<br>N/A | $240.00 | 6.20 | $1,488.00 |
| Nadine Puzio | Paralegal<br>N/A | $240.00 | .60 | $144.00 |
| Rebecca Schley | IT Staff<br>N/A | $230.00 | 2.70 | $621.00 |

46429/0001-8695241v1

| | | | | |
|---|---|---|---|---|
| Derrell Grant | Litigation Support<br>N/A | $230.00 | 1.00 | $230.00 |
| Charles McLeod | Litigation Support<br>N/A | $230.00 | 8.70 | $2,000.00 |
| Alice Shepro | Case Assistant<br>Bankruptcy<br>N/A | $105.00 | 18.80 | $1,974.00 |
| | | | **384.70** | **$175,028.50** |
| **Less Discount** | | | | **$17,502.85** |
| | | | | **$157,525.65** |
| | | | | |
| Lorraine O'Hara | Partner<br>Labor & Employment<br>Admitted 1988 | $455.00 | 141.80 | $64,519.00 |
| Julia Brodsky | Associate<br>Labor & Employment<br>Admitted 2009 | $455.00 | 140.60 | $63,973.00 |
| Olia Golinder | Paralegal<br>Litigation<br>N/A | $270.00 | 62.30 | $16,821.00 |
| Grace Chuchla | Case Assistant<br>N/A | | .70 | $38.50 |
| | | | **332.80** | **$145,351.50** |
| | | | | |
| **TOTAL** | | | **717.50** | **$302,877.15** |

46429/0001-8695241v1

**COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD
FROM MARCH 1, 2012 THROUGH MAY 31, 2012**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Baltimore Sun – Labor General (12575-01) | 3.80 | $2,671.00 |
| Baltimore Sun - 2012 Pressroom Negotiations (12575-303) | 14.40 | $9,913.50 |
| Baltimore Sun – Teamsters Local Union (12575-304) | 7.90 | $4,779.50 |
| Baltimore Sun and Morning Call: Pich Pothering Unscheduled (31907-05) | 2.10 | $1,270.50 |
| Chicago Tribune - JoAnn Parker v. (57634-06) | 6.70 | $2,620.00 |
| Chicago Tribune -Marcia E. Sinclair Harassment (57934-07) | 64.50 | $26,696.50 |
| Chicago Tribune – Carolyn Rusin (57934-08) | 21.70 | $9,513.00 |
| Tribune – Michael Cordits (10512-90) | .20 | $78.00 |
| Tribune - Labor General (11089-01) | .40 | $242.00 |
| Tribune - Karen Fisher (11089-38) | 3.10 | $1,798.00 |
| Tribune - Corporate Labor Relations (36377-01) | 1.60 | $656.00 |
| Tribune - Bankruptcy Fee Application (36377-07) | 90.40 | $24,753.50 |
| Tribune – Eric Benton (57634-09) | 9.90 | $6,336.00 |
| Tribune - Karen Scott  v. WPIX (68308-03) | 72.70 | $36,867.50 |
| Tribune - Sal Marchiano v. Betty Ellen (68308-07) | 10.00 | $3,502.50 |
| Tribune Company - Larry Hoff v. WPIX (68308-09) | 15.00 | $5,427.00 |
| Tribune – General (36078-01) | 2.90 | $2,088.00 |
| Tribune - East Coast Properties (36078-11) | 5.70 | $3,705.00 |
| Los Angeles Times - Labor General (17832-01) | .90 | $508.50 |
| Los Angeles Times -General Matters (33175-01) | 1.40 | $759.50 |
| Los Angeles Times – Clement, Jayne (33175-20) | .30 | $156.00 |
| Los Angeles Times - Clement, Jayne (Plaintiffs) (33175-23) | .50 | $205.00 |
| Tribune Company - Chris Neuman v. Ira Goldstone (66929-02) | .30 | $193.50 |
| WGN-TV- IBW, Local 1220 and CLTV (12420-12) | 32.10 | $23,272.50 |
| Sun-Sentinel Company – Jeanette Zarra (10537-47) | 16.20 | $7,016.00 |
| **TOTAL** | **384.70** | **$175,028.50** |
| **Less Discount** | | **$17,502.85** |
| | | **$157,525.65** |
| | | |
| Los Angeles Times - Christino Escandon (33175-26)* | 214.60 | $90,888.00 |
| KTLA-TV- Neil Levine (15827-20)* | 118.20 | $54,463.50 |
| | **332.80** | **$145,351.50** |
| | | |
| **TOTAL** | **717.50** | **$302,877.15** |

\*NOTE: THIS MATTER HAS SPECIAL RATES IN LIEU OF A 10% DISCOUNT
\*\*NOTE: THIS MATTER HAS A FLAT FEE IN LIEU OF A 10% DISCOUNT

# EXHIBIT B

# EXPENSE SUMMARY

**EXPENSE SUMMARY FOR THE PERIOD**
**MARCH 1, 2012 THROUGH MAY 31, 2012**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $29.57 |
| Copying @ .10/page | | $583.00 |
| Facsimile @ $1.00/page | | $87.00 |
| Online Research | | $3,703.49 |
| Courier/Messenger | | $119.25 |
| Taxi | | $208.00 |
| Travel | Hotel & Airfare | $2,417.34 |
| Local Travel | | $111.26 |
| Meals | | $84.40 |
| Filing Fees | Appearances for 4 Defendants, etc | $2,434.75 |
| Overnight Delivery | J. Collins | $120.86 |
| Attorney Services | | $111.35 |
| Subpoena Fees | | $405.98 |
| Parking Validations | | $204.00 |
| Outside Printing | | $33.75 |
| Process of Service | | $564.35 |
| Docketing | Drop off to Judge W. Pauley | $150.00 |
| CD Duplication/Mastering | | $35.00 |
| Other | Court Call Hearing Fee, CDW Computer Center | $55.09 |
| **TOTALS** | | **$11,458.44** |