Georgia Department of Revenue
COMPLIANCE DIVISION - BANKRUPTCY SECTION
1800 CENTURY BLVD NE, SUITE 17200
ATLANTA, GA 30345-3205
Telephone: (404) 417-2488  Fax: (404) 417-2484



Peter Donnelly, Director of Compliance                    Douglas J. MacGinnitie, State Revenue Commissioner

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR STATION, P.O. BOX 5069
NEW YORK NY  10150-5069

Letter ID:       L0531298400
Issued Date:     15-Jun-2012

Re:   LOS ANGELES TIMES NEWSPAPERS INC
      08-13187
      DIST OF DELAWARE
      Chapter 11

Please be advised that the Georgia Department of Revenue has withdrawn its proof of claim, numbered 6236, in the amount of $50,332.00 regarding the above referenced matter.

Sincerely,

Daphne Hughes
Authorized Representative
Georgia Department of Revenue

An Equal Opportunity Employer
www.dor.ga.gov