Georgia Department of Revenue
COMPLIANCE DIVISION - BANKRUPTCY SECTION
1800 CENTURY BLVD NE, SUITE 17200
ATLANTA, GA 30345-3205
Telephone: (404) 417-2488   Fax: (404) 417-2484



Peter Donnelly, Director of Compliance                                   Douglas J. MacGinnitie, State Revenue Commissioner

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR STATION, P.O. BOX 5069
NEW YORK NY  10150-5069

Letter ID:        L0738355808
Issued Date:    15-Jun-2012

Re:    TRIBUNE BROADCASTING COMPANY
       08-13223
       DIST OF DELAWARE
       Chapter 11

Please be advised that the Georgia Department of Revenue has withdrawn its proof of claim, numbered 6233, in the amount of $5,487,335.00 regarding the above referenced matter.

Sincerely,

Daphne Hughes
Authorized Representative
Georgia Department of Revenue