**Georgia Department of Revenue**
COMPLIANCE DIVISION - BANKRUPTCY SECTION
1800 CENTURY BLVD NE, SUITE 17200
ATLANTA, GA 30345-3205
Telephone: (404) 417-2488   Fax: (404) 417-2484



Peter Donnelly, Director of Compliance                Douglas J. MacGinnitie, State Revenue Commissioner

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR STATION, P.O.BOX 5069
NEW YORK NY  10150-5069

Letter ID:        L0434070112
Issued Date:      18-Jun-2012

Re:   TRIBUNE BROADCASTING NEWS NETWORK INC
      08-13225
      DIST OF DELAWARE
      Chapter 11

Please be advised that the Georgia Department of Revenue has withdrawn its proof of claim, numbered 6234, in the amount of $86.10 regarding the above referenced matter.

Sincerely,

Daphne Hughes
Authorized Representative
Georgia Department of Revenue