Georgia Department of Revenue
COMPLIANCE DIVISION - BANKRUPTCY SECTION
1800 CENTURY BLVD NE, SUITE 17200
ATLANTA, GA 30345-3205
Telephone: (404) 417-2488  Fax: (404) 417-2484



Peter Donnelly, Director of Compliance                              Douglas J. MacGinnitie, State Revenue Commissioner

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
TRIBUNE ENTERTAINMENT CO
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR STATION, P.O. BOX 5069
NEW YORK NY  10150-5069

Letter ID:         L2141911136
Issued Date:    15-Jun-2012

Re:    TRIBUNE ENTERTAINMENT CO
       08-13228
       DIST OF DELAWARE
       Chapter 11

Please be advised that the Georgia Department of Revenue has withdrawn its proof of claim, numbered 6229, in the amount of $36,464.00 regarding the above referenced matter.

Sincerely,

Daphne Hughes
Authorized Representative
Georgia Department of Revenue