Georgia Department of Revenue
COMPLIANCE DIVISION - BANKRUPTCY SECTION
1800 CENTURY BLVD NE, SUITE 17200
ATLANTA, GA 30345-3205
Telephone: (404) 417-2488   Fax: (404) 417-2484



Peter Donnelly, Director of Compliance                           Douglas J. MacGinnitie, State Revenue Commissioner

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR STATION, P.O. BOX 5069
NEW YORK NY  10150-5069

Letter ID:      L0398352544
Issued Date:    15-Jun-2012

Re:   TRIBUNE MEDIA NET INC
      08-13235
      DIST OF DELAWARE
      Chapter 11

Please be advised that the Georgia Department of Revenue has withdrawn its proof of claim, numbered 6232, in the amount of $10,029.80 regarding the above referenced matter.

Sincerely,

Daphne Hughes
Authorized Representative
Georgia Department of Revenue