United States Bankruptcy Court
For The District of Delaware

In re:                              ) Case No.: No. 08-13141 (KJC)
                                    ) CHAPTER 11
TRIBUNE COMPANY, et al.,            )
                                    ) Jointly Administered
        Debtor.                     )
                                    )
                                    Withdrawal Of Claim(s):487A
_____

    1. The undersigned, Earl K. Wood, the Orange County Tax Collector, who is the claimant herein, resides at 200 South Orange Avenue, Post Office Box 2551, Orlando, Florida 32801-2551.

    2. That said claim(s) is hereby withdrawn due to claim(s) was paid in full on July 10, 2012 by:

Orlando Sentinel Communication
633 North Orange Ave
Orlando, FL 32801-1349
Debtor in Possession

Amount: $577.42

                        Dated this 10th day of July, 2012

                        _____
                        Heather Ritter, CFCA
                        Authorized Agent For,
                        Earl K. Wood, Orange County Tax Collector
                        P.O. Box 2551
                        Orlando, FL 32802
                        Telephone: (407 836-2772

                Summary of Pleading - 1