

**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

July 11, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o Epic Solutions - Tribune Company
757 Third Avenue
New York, NY 10017

Re:  Claim withdrawal for Tribune Broadcasting Company
      Docket #:  08-13223 KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 1st Amended Administrative Expense proof of claim in the amount of $27,141.40 with a statement date of 03/28/2012. There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Mary Balch

Tax Compliance Representative