IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>Ref. Nos. 8730 and 9475 |

## SUPPLEMENTAL SIXTH AND SEVENTH INTERIM FEE APPLICATION OF ZUCKERMAN SPAEDER LLP FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Pursuant to the Court's request at the hearing held on July 11, 2012, Zuckerman Spaeder LLP ("Zuckerman"), special counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this supplement (the "Supplemental Application") to the *Sixth Interim Fee Application of Zuckerman Spaeder LLP for Interim Approval and Allowance of Compensation and Reimbursement of Expenses* [Docket No. 8730] (the "Sixth Interim") and the *Seventh Interim*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

*Fee Application of Zuckerman Spaeder LLP for Interim Approval and Allowance of Compensation and Reimbursement of Expenses* [Docket No. 9475] (the "Seventh Interim" and together with the Sixth Interim as the "Interim Applications") to provide the Court with additional information regarding certain consulting fee expenses Zuckerman sought reimbursement for in the Interim Applications.[2]

## SUPPLEMENTAL INFORMATION

1. In connection with its representation of the Committee, Zuckerman engaged two litigation experts to assist Zuckerman with insolvency and other financial distress issues. *See* Sixth Interim, ¶ 14.

2. Pursuant to an engagement letter dated ███████, Zuckerman engaged Navigant Consulting, Inc. ("Navigant") ███████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████

---

[2] At the July 11 hearing, the Court did not request additional information regarding Zuckerman's request in the Interim Applications for reimbursement of fees, or expenses unrelated to the litigation experts. Accordingly, Zuckerman provides supplemental information only for the litigation expert expenses for the Interim Applications.
████████████████████████████████████████████████

3. Second, pursuant to an engagement letter dated ███████████, Zuckerman retained Goldin Associates, LLC ("Goldin") ███████████
███████████
███████████
███████████
███████████
███████████
███████████
███████████
███████████
███

4. Zuckerman's engagement of both Navigant and Goldin was necessary to enable Zuckerman to fully and completely advise the Committee regarding critical and complex issues that were at the heart of the litigation that Zuckerman has been retained to pursue on behalf of the Committee. Zuckerman submits that the expenses incurred in engaging Navigant and Goldin are reasonable, actual and necessary expenses and have been billed at the actual cost of the charges incurred with regard to such expenses.

5. Attached hereto as Exhibit A and Exhibit B are copies of the engagement agreements Zuckerman entered into with Navigant and Goldin, respectively. Additionally, attached hereto as Exhibits C and D are copies of the invoices from Navigant and Goldin that support the expenses requested to be reimbursed in connection with the consulting fees

respectively incurred during the period covered by the Interim Applications (the "Invoices").[4] Specifically, and as requested by the Court, the Invoices provide detailed information regarding, among other things: (i) the names and hourly rates of each individual providing services, (ii) a description of the services provided broken down by individual and task, (iii) the date services were provided, (iv) the amount of time billed by individual for each service provided, and (v) expenses incurred by Navigant and Goldin.

WHEREFORE, Zuckerman respectfully requests that the Court: (i) grant the Interim Applications; and (ii) grant such other and further relief as is just and proper.

Dated: July 20, 2012  
       Washington, DC

**ZUCKERMAN SPAEDER LLP**

/s/ *James Sottile*  
Graeme W. Bush  
James Sottile  
Andrew N. Goldfarb  
1800 M Street, Suite 1000  
Washington, DC 20036  
Telephone: (202) 778-1800  
Facsimile: (202) 822-8106

*Special Counsel to the Official Committee of Unsecured Creditors*

---

[4] In order to protect, preserve and maintain all applicable privileges, Exhibits A through D have been filed under seal. A motion for leave to file under seal an unredacted copy of this Supplemental Application and the exhibits thereto has been filed contemporaneously with this Supplemental Application.