## EXHIBITS A – D

[DOCUMENTS TO BE KEPT UNDER SEAL]