# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket Nos. 11836, 12033, 12034 |

## CERTIFICATION OF COUNSEL REGARDING (I) PROPOSED CONFIRMATION ORDER AND (II) AMENDED PLAN AND RELATED DOCUMENTS

The undersigned, counsel to (i) the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), (ii) the Official Committee of Unsecured Creditors, (iii) Oaktree Capital Management, L.P., (iv) Angelo, Gordon & Co., L.P., and (v) JPMorgan Chase Bank, N.A. (collectively, the "DCL Plan Proponents") hereby certify as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

6965509

1. On July 13, 2012, the Court issued the Memorandum Overruling Objections to Confirmation of the Fourth Amended Plan of Reorganization for Tribune Company and Its Subsidiaries and Denying Clarification Motion (Docket No. 12033) (the "<u>Confirmation Memorandum</u>") and the Order Overruling Plan Objections and Denying the Clarification Motion (Docket No. 12034) (the "<u>July 13 Order</u>"), with respect to the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. (the "<u>Fourth Amended Plan</u>").

2. The Confirmation Memorandum provided, in relevant part, that "Subject to submission of final revisions to the Fourth Amended Plan consistent with various resolutions that have been made, by agreement and consistent with this Memorandum, the Fourth Amended Plan will be confirmed." (Confirmation Memorandum at 4.) The July 13 Order directed the DCL Plan Proponents to "(i) make the necessary revisions to the Fourth Amended Plan and related agreements and documents, consistent with the resolutions made and consistent with the [Confirmation] Memorandum, (ii) confer with parties whose objections have been overruled and parties with whom objections have been resolved, and (iii) submit to the Court for approval a proposed order, under certification, confirming the Fourth Amended Plan as revised and consistent with the foregoing Memorandum." (July 13 Order at ¶ 3.)

3. On July 15, 2012, counsel for the DCL Plan Proponents circulated a draft proposed Confirmation Order to counsel for all parties whose objections have been overruled and parties with whom objections have been resolved, for review and comment. Counsel for the DCL Plan Proponents received a number of comments to the draft proposed Confirmation Order from the parties in interest. Counsel for the DCL Plan Proponents incorporated certain

comments to the draft proposed Confirmation Order, and met and conferred with parties in interest regarding certain other comments. Counsel for the DCL Plan Proponents believe that all comments received from the parties in interest have been consensually resolved. On July 19, 2012, counsel for the DCL Proponents circulated a revised draft proposed Confirmation Order to the same parties for review and comment by 3:00 p.m. (Eastern) on July 20, and no party has objected to the form of the draft proposed Confirmation Order submitted to the Court herewith. Accordingly, the DCL Plan Proponents respectfully request the Court enter the proposed Confirmation Order attached hereto as <u>Attachment A</u>.

4. The DCL Plan Proponents have made limited modifications to the Fourth Amended Plan and certain related documents, consistent with various resolutions that have been made, by agreement, and consistent with the Confirmation Memorandum. Attached hereto are the following documents relating to the Fourth Amended Plan:

| **Attachment** | **Document** |
| --- | --- |
| Attachment B(1) | Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A., as Modified July 19, 2012, without exhibits;[2] |
| Attachment B(2) | A blackline (changed pages only) that compares the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A., as Modified July 19, 2012, to the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., without exhibits, that was filed on June 19, 2012 [Docket No. 11836] |

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Fourth Amended Plan.

| Attachment C(1) | Appendix A | Filed Subsidiary Debtors |
| --- | --- | --- |
| Attachment C(2) | A cumulative blackline that compares Appendix A to the version that was filed on December 10, 2010 [Docket No. 7136] | |
| Attachment D | Appendix B | Subsidiary Non-Debtors (as filed on December 10, 2010 [Docket No. 7136]) |
| Attachment E | Appendix C | Collective Bargaining Agreements (as filed on December 10, 2010 [Docket No. 7136]) |
| Attachment F | Exhibit 1.1.122 | Terms of Intercompany Claim Settlement (as filed on May 4, 2012 [Docket No. 11545]) |
| Attachment G | Exhibit 1.1.154 | Terms of New Warrant Agreement (as filed on May 4, 2012 [Docket No. 11545]) |
| Attachment H | Exhibit 5.2 | Restructuring Transactions (as filed on May 4, 2012 [Docket No. 11545]) |
| Attachment I | Exhibit 5.3.1(1) | Certificate of Incorporation of Reorganized Tribune (as filed on May 4, 2012 [Docket No. 11545]) |
| Attachment J | Exhibit 5.3.1(2) | By-Laws of Reorganized Tribune (as filed on May 4, 2012 [Docket No. 11545]) |
| Attachment K | Exhibit 5.3.1(3) | Registration Rights Agreement (as filed on May 4, 2012 [Docket No. 11545]) |
| Attachment L | Exhibit 5.3.2(1) | Officers of Reorganized Tribune (as filed on May 4, 2012 [Docket No. 11545]) |
| Attachment M | Exhibit 5.3.2(2) | Directors of Reorganized Tribune (as filed on May 4, 2012 [Docket No. 11545]) |
| Attachment N | Exhibit 5.3.3 | Directors, Managers, and Officers of Reorganized Debtors Other Than Reorganized Tribune (as filed on May 4, 2012 [Docket No. 11545]) |
| Attachment O | Exhibit 5.6 | Terms of New Senior Secured Term Loan (as filed on May 4, 2012 [Docket No. 11545]) |
| Attachment P | Exhibit 5.10 | Terms of Exit Facility (as filed on May 4, 2012 [Docket No. 11545]) |

| Attachment Q | Exhibit 5.13 | Terms of Trust Loan Agreement (as filed on May 4, 2012 [Docket No. 11545]) |
|---|---|---|
| Attachment R | Exhibit 5.15.1(1) | Step Two/Disgorgement Settlement Undertaking (as filed on December 10, 2010 [Docket No. 7136]) |
| Attachment S | Exhibit 5.15.1(2) | Step Two/Disgorgement Settlement Procedures (as filed on April 12, 2012 [Docket No. 11354]) |
| Attachment T | Exhibit 5.15.4 | Terms of Retiree Claimant Settlement Agreement (as filed on December 10, 2010 [Docket No. 7136]) |
| Attachment U | Exhibit 6.3 | Rejected Executory Contracts and Unexpired Leases (as filed on May 4, 2012 [Docket No. 11545]) |
| Attachment V | Exhibit 13.1 | Litigation Trust Agreement (as filed on June 19, 2012 [Docket No. 11836]) |
| Attachment W | Litigation Trust Loan Agreement (as filed on June 19, 2012 [Docket No. 11836]) | |
| Attachment X | Agreement Respecting Transfer of Documents, Information, and Privileges from Debtors and Reorganized Debtors (as filed on June 19, 2012 [Docket No. 11836]) | |
| Attachment Y | Agreement Respecting Transfer of Documents, Information and Privileges from the Official Committee of Unsecured Creditors (as filed on July 12, 2012 [Docket No. 12001]) | |

[SIGNATURES ON NEXT PAGE]

Dated: July 20, 2012

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>James F. Conlan<br>Bryan Krakauer<br>Kevin T. Lantry<br>Jessica C.K. Boelter<br>One South Dearborn Street<br>Chicago, IL  60603<br>Telephone:  (312) 853-0199<br>Facsimile:  (312) 853-7036<br><br>SIDLEY AUSTIN LLP<br>James F. Bendernagel, Jr.<br>Ronald S. Flagg<br>1501 K Street, N.W.<br>Washington, D.C.  20005<br>Telephone:  (202) 736-8000<br>Facsimile:  (202) 736-8711 | COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br><br>By:  /s/ Kate Stickles<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone:  (302) 652-3131<br>Facsimile:  (302) 652-3117 |

Counsel for Debtors and Debtors In Possession

| | |
|---|---|
| CHADBOURNE & PARKE LLP<br>Howard Seife<br>David M. LeMay<br>30 Rockefeller Plaza<br>New York, NY  10112<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369 | LANDIS RATH & COBB LLP<br><br>By:  /s/ Adam G. Landis<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450 |

Counsel for the Official Committee of Unsecured Creditors

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C.  20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

Special Counsel to the Official Committee of Unsecured Creditors

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP<br>Donald S. Bernstein<br>Benjamin S. Kaminetzky<br>Damian Schaible<br>Elliot Moskowitz<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4500<br>Facsimile: (212) 701-5800 | RICHARDS, LAYTON & FINGER, P.A.<br><br>By: */s/ Robert J. Stearn, Jr.*<br>Mark D. Collins (No. 2981)<br>Robert J. Stearn, Jr. (No. 2915)<br>Drew G. Sloan (No. 5069)<br>One Rodney Square, 920 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651 7701 |

Counsel for JPMorgan Chase Bank, N.A.

WILMER CUTLER PICKERING
HALE & DORR LLP
Andrew N. Goldman
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 220-8888

Counsel for Angelo, Gordon & Co., L.P.

| | |
|---|---|
| JONES DAY<br>Bruce Bennett<br>James O. Johnston<br>Joshua M. Mester<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 243-2400<br>Facsimile: (213) 243-2539 | YOUNG CONAWAY<br>STARGATT & TAYLOR, LLP<br><br>By: */s/ M. Blake Cleary*<br>Robert S. Brady (No. 2847)<br>M. Blake Cleary (No. 3614)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |

Counsel for Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.