# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEAL

Aurelius Capital Management, LP, on behalf of its managed entities[1] appeals under 28 U.S.C. § 158(a) from the Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. dated July 23, 2012 [Docket No. 12074], the Memorandum Overruling Objections to Confirmation of the Fourth Amended Plan of Reorganization for Tribune Company and its Subsidiaries and Denying Clarification Motion dated July 13, 2012 [Docket No. 12033], the Order Overruling Plan Objections and Denying the Clarification Motion dated July 13, 2012 [Docket No. 12034], and the Opinion on Confirmation dated October 31, 2011 [Docket No. 10133].

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are listed on the attached schedule.

Dated: July 23, 2012
Wilmington, Delaware

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
| Daniel H. Golden | |
| David Zensky | */s/ William P. Bowden* |
| Philip C. Dublin | William P. Bowden (I.D. No. 2553) |
| Abid Qureshi | Amanda M. Winfree (I.D. No. 4615) |
| Mitchell P. Hurley | 500 Delaware Avenue, P.O. Box 1150 |
| One Bryant Park | Wilmington, DE 19899 |
| New York, NY 10036 | (302) 654-1888 |
| (212) 872-1000 | |
| *Counsel for Aurelius Capital Management, LP* | |

---

[1] Entities managed by Aurelius own a substantial amount of Senior Notes and PHONES Notes. Neither Aurelius nor any of its managed entities owe any fiduciary duties to any party in interest in these cases, nor is Aurelius or any of its managed entities an insider of Tribune Company or any of its affiliates.

| Party | Attorneys |
|---|---|
| **Appellant**: *Aurelius Capital Management, LP* | **ASHBY & GEDDES, P.A.**<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>Leigh-Anne Raport (I.D. No. 5055)<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br><br>-and-<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Daniel H. Golden<br>Phillip C. Dublin<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000<br><br>-and-<br><br>**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**<br>Edward A. Friedman<br>Robert J. Lack<br>Kizzy L. Jarashow<br>7 Times Square<br>New York, NY 10036-6516<br>(212) 833-1100<br><br>-and-<br><br>**LERMAN SENTER PLLC**<br>Meridith S. Senter, Jr.<br>Sally A. Buckman<br>2000 K Street NW<br>Suite 600<br>Washington, DC 20006<br>(202) 429-8970 |

| Party | Attorneys |
|---|---|
| **<u>Appellees:</u>** *DCL Plan Proponents* | |
| *Debtors and Debtors in Possession* | **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**<br>Norman L. Pernick (I.D. No. 2290)<br>J. Kate Stickles (I.D. No. 2917)<br>Patrick J. Reilley (I.D. No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 652-3131<br><br>-and-<br><br>**SIDLEY AUSTIN LLP**<br>James F. Conlan<br>Bryan Krakauer<br>Kevin T. Lantry<br>Jessica C. K. Boelter<br>Gregory V. Demo<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-0199 |
| *Official Committee of Unsecured Creditors* | **LANDIS RATH & COBB LLP**<br>Adam G. Landis (I.D. No. 3407)<br>Matthew B. McGuire (I.D. No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400<br><br>-and-<br><br>**CHADBOURNE & PARKE LLP**<br>Howard Seife<br>David M. LeMay<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-5100 |

{00653719;v1 }

| | |
|---|---|
| *Special Counsel to the Official Committee of Unsecured Creditors* | **ZUCKERMAN SPAEDER LLP**<br>Graeme W. Bush<br>James Sottile<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036<br>(202) 778-1800 |
| *JPMorgan Chase Bank, N.A.* | **RICHARDS LAYTON & FINGER, P.A.**<br>Mark D. Collins (I.D. No. 2981)<br>Robert J. Stearn (I.D. No. 2915)<br>Drew G. Sloan (I.D. No. 5069)<br>One Rodney Square, 920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br><br>-and-<br><br>**DAVIS POLK & WARDWELL LLP**<br>Donald S. Bernstein<br>Damian Schaible<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4500 |
| *Counsel for Angelo, Gordon & Co., L.P.* | **WILMER CUTLER PICKERING HALE & DORR LLP**<br>Andrew N. Goldman<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800 |
| *Counsel for Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.* | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Robert S. Brady (I.D. No. 2847)<br>M. Blake Cleary (I.D. No. 3614)<br>The Brandywine Building- 17th Floor<br>1000 West Street, P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6600<br><br>-and- |

| | |
|---|---|
| | **DEWEY & LEBOEUF LLP**<br>Bruce Bennett<br>James O. Johnson<br>Joshua M. Mester<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90071<br>(213) 621-6100 |
| **Other Parties in Interest to the Orders Appealed From** | |
| *Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes* | **McCARTER & ENGLISH, LLP**<br>Katherine L. Mayer (I.D. No. 3758)<br>Renaissance Centre<br>405 N. King Street<br>Wilmington, DE 19801<br>(302) 984-6300<br><br>-and-<br><br>**McCARTER & ENGLISH, LLP**<br>David J. Adler<br>245 Park Avenue<br>New York, NY 10167<br>(212) 609-6800 |
| *Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes* | **BIFFERATO GENTILOTTI LLC**<br>Garvan F. McDaniel (I.D. No. 4167)<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>(302) 429-1900<br><br>-and-<br><br>**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**<br>David S, Rosner<br>Richard F. Casher<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700 |

| | |
|---|---|
| *Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes* | **SULLIVAN HAZELTINE ALLINSON LLC**<br>William D. Sullivan (I.D. No. 2820)<br>Elihu E. Allinson, III (I.D. No. 3476)<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800 |
| *United States Trustee* | **OFFICE OF THE UNITED STATES TRUSTEE**<br>David Klauder<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>(302) 573-6491 |
| *Missouri Department of Revenue* | Susan L. Lissant<br>Special Assistant Attorney General<br>Missouri Department of Revenue<br>General Counsel's Office<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>(573) 751-5531 |
| *Kevin Millen* | Kevin Millen<br>1704 Lanier Lane<br>Memphis, TN 38117<br>(901) 483-6619 |
| *New York State Department of Taxation and Finance* | Norman P. Fivel<br>Assistant Attorney General<br>Litigation Bureau<br>The Capital<br>Albany, New York 12224-0341<br>(518) 473-6082 |

{00653719;v1 }

| | |
|---|---|
| *Commonwealth of Pennsylvania, Department of Revenue* | Carol E. Momjian<br>Senior Deputy Attorney General<br>Office of the Attorney General<br>21 South 12th Street, 3rd Floor<br>Philadelphia, PA 19107<br>(215) 560-2128 |
| *Illinois Secretary of State* | James D. Newbold<br>Assistant Attorney General<br>Revenue Litigation Bureau<br>100 W. Randolph Street<br>Chicago, IL 60601<br>(312) 814-4557 |
| *Caption Colorado, L.L.C.* | **DORSEY & WHITNEY LLP**<br>Eric Lopez Schnabel (I.D. No.3672)<br>Robert W. Mallard (I.D. No. 4279)<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801<br>(302) 425-7171<br><br>-and-<br><br>**DORSEY & WHITNEY LLP**<br>Katherine A. Constantine<br>Steven D. Bell<br>Pamela Foohey<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>(612) 340-3600 |
| *California Franchise Tax Board* | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Richard M. Beck (I.D. No. 3370)<br>Sally E, Veghte (I.D. No. 4762)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 426-1189<br><br>-and-<br><br>**ORRICK HERRINGTON & SUTCLIFFE LLP**<br>Jonathan P. Guy<br>1152 15th Street, NW<br>Washington, DC 20005-1706<br>(202) 339-8400 |

| | |
|---|---|
| *The United States on behalf of the U.S. Environmental Protection Agency* | Thomas P. Carroll<br>Senior Attorney<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>(202) 514-4051 |
| *Brigade Capital Management, LLC* | **LOIZIDES, P.A.**<br>Christopher D. Loizides (I.D. No. 3968)<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>(302) 654-0248<br><br>-and-<br><br>**STUTMAN TREISTER & GLATT**<br>Isaac M. Pachulski<br>1901 Avenue of the Stars, #1200<br>Los Angeles, CA 90067<br>(310) 228-5600 |
| *CCI Europe A/S* | **BALLARD SPAHR LLP**<br>Christopher S. Chow (I.D. No. 4172)<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>(302) 252-4465 |
| *Comcast Corporation and Comcast Cable* | **BALLARD SPAHR LLP**<br>Christopher S. Chow (I.D. No. 4172)<br>Leslie C. Heilman (I.D. No. 4617)<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>(302) 252-4465 |
| *ACE Companies* | **DUANE MORRIS LLP**<br>Richard W. Riley<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>(302) 657-4900<br><br>-and- |

|  | **DUANE MORRIS LLP**<br>Margery N. Reed<br>Wendy M. Simkulak<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>(215) 979-1000 |
|---|---|
| *Robert R. McCormick Tribune Foundation and Cantigny Foundation* | **DUANE MORRIS LLP**<br>Richard W. Riley (I.D. No. 4052)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>(302) 657-4900<br><br>-and-<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>525 West Monroe Street<br>Chicago, Illinois 60661-3693<br>(312) 902-5200 |
| *Ad Hoc Committee of Tribune Subsidiary Trade Creditors'* | **THE ROSENER LAW GROUP LLC**<br>Frederick B. Rosner (I.D. No. 3995)<br>Scott J. Leonhardt (I.D. No. 4885)<br>824 Market, Suite 810<br>Wilmington, DE 19801<br>(302) 319-6301<br><br>-and-<br><br>**ANDREWS KURTH LLP**<br>Paul N. Silverstein<br>Jeremy B. Reckmeyer<br>450 Lexington Avenue<br>New York, New York 10017<br>(212) 850-2800 |
| *Iron Mountain Information Management, Inc.* | **ARCHER & GREINER, P.C.**<br>Charles J. Brown<br>300 Delaware Avenue, Suite 1370<br>Wilmington, DE 19801<br>(302-777-4350<br><br>-and- |

{00653719;v1 }

| | |
|---|---|
| | **BARTLETT HACKETT & FEINBERG, PC**<br>Frank F. McGinn<br>155 federal Street, 9th Floor<br>Boston, MA 02110<br>(617) 422-0200 |
| *GreatBanc Trust Company* | **WOMBLE CARLYLE SANDRIDGE & RICE PLLC**<br>Francis A. Monaco, Jr. (I.D. No. 2078<br>Thomas M. Horan (I.D. No. 4641)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4340<br><br>-and-<br><br>**K&L GATES LLP**<br>Jeffrey N. Rich<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 536-3900 |
| *Warren Beatty* | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>Gregg M. Galardi (I,D, No. 2991)<br>Ian S. Fredricks (I.D. No. 4626)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>(302) 651-3000 |
| *Certain Current and Former Officers and Directors* | **CONNOLLY BOVE LODGE & HUTZ LLP**<br>Jeffrey C. Wisler (I.D. No. 2795)<br>Marc J. Phillips (I.D. No. 4445)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |
| *Samuel Zell* | **BLANK ROME LLP**<br>David W. Carickhoff (I.D. No. 3715)<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400 |

| | |
|---|---|
| | -and-<br><br>**JENNER & BLOCK LLP**<br>David J, Bradford<br>Catherine L. Steege<br>Andrew W. Vail<br>353 N. Clark St.<br>Chicago, IL 60654<br>(312) 222-9350 |
| *Mark W. Hianik, John Birmingham, Tom E. Ehlmann, and Peter A. Knapp* | **COZEN O'CONNOR**<br>Mark E. Felger (I.D. No. 3919)<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br>(302) 295-2013<br><br>-and-<br><br>**WILDMAN, HAROLD, ALLEN & DIXON LLP**<br>Michael Dockterman<br>Jonathan Young<br>Patrick Frye<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229<br>(312) 201-2000 |
| *EGI-TRB, LLC* | **BLANK ROME LLP**<br>David W. Carickhoff (I.D. No. 3715)<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br><br>-and-<br><br>**JENNER & BLOCK LLP**<br>David J, Bradford<br>Catherine L. Steege<br>Andrew W. Vail<br>353 N. Clark St.<br>Chicago, IL 60654<br>(312) 222-9350 |

| | |
|---|---|
| *Tribune Company Employee Compensation Defendants Group* | **THE HOGAN FIRM**<br>Daniel K. Hogan (I.D. No. 2814)<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>(302) 656-7540<br><br>-and-<br><br>**FRANK/GECKER LLP**<br>Frances Gecker<br>Joseph D. Frank<br>Reed Heiligman<br>325 North LaSalle street, Suite 625<br>Chicago, Illinois 60654<br>(312) 276-1400 |
| *Crane Kenney* | **SMITH KATZENSTEIN & JENKINS LLP**<br>Kathleen M. Miller (I.D. No. 2898)<br>The Corporate Plaza<br>800 Delaware Avenue, Suite 1000<br>Wilmington, DE 19899<br>(302) 652-8400<br><br>-and-<br><br>**SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOBIN LLC**<br>Richard A. Saldinger<br>Allen J. Guon<br>Kimberly Bacher<br>321 N. Clark St. Suite 800<br>Chicago, Illinois 60610<br>(312) 276-1325 |
| *State of Illinois, Departments of Revenue and Employment Security* | James D. Newbold<br>Assistant Attorney General<br>Revenue Litigation Bureau<br>100 W. Randolph Street<br>Chicago, IL 60601<br>(312) 814-4557 |

| *Oracle America, Inc.* | **MARGOLIS EDELSTEIN**<br>James E. Huggett (I.D. No. 3956)<br>750 Shipyard Drive, Suite 102<br>Wilmington, DE 19801<br>(302) 888-1112<br><br>-and-<br><br>**MAGNOZZI & KYE, LLP**<br>Matthew F. Kye<br>One Expressway Plaza<br>Roslyn Heights, NY 11577<br>(516) 299-5556<br><br>-and-<br><br>**BUCHALTER NEMER, PC**<br>Shawn M. Christianson<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126<br>(415) 227-0900<br><br>-and-<br><br>**ORACLE AMERICA, INC.**<br>Deborah Miller<br>Jeffrey Ross<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>(650) 506-5200 |
|---|---|
| *United States of America* | Yonatan Gelblum<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Ben Franklin Station, P.O. Box 227<br>Washington, D.C. 20044<br>(202) 305-3136 |
| *John H. Aspelin* | John H. Aspelin<br>220 Montgomery St. Suite 1009<br>San Francisco, CA 94104<br>(415) 296-9812 |

| | |
|---|---|
| *Timothy P. Knight* | Michael T. Hannafan<br>Blake T. Hannafan<br>**HANNAFAN & HANNAFAN, LTD.**<br>One East Wacjer Drive, Suite 2800<br>Chicago, IL 60601<br>(312) 527-0055 |
| *TM Retirees* | Adam Hiller (DE No. 4105)<br>**HILLER & ARBAN LLC**<br>1500 North French Street, 2nd Floor<br>Wilmington, Delaware 19801<br>(302) 442-7676<br><br>-and-<br><br>Jay Teitelbaum, Esquire<br>**TEITELBAUM & BASKIN, LLP**<br>1 Barker Avenue, Third Floor<br>White Plains, New York 10601<br>(914) 437-7670 |