# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | ) Case No. 08-13141 (KJC) |
| | ) Jointly Administered |
| Debtors. | ) |

## AURELIUS CAPITAL MANAGEMENT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL

Aurelius Capital Management, LP, on behalf of its managed entities, by and through its undersigned counsel, hereby provides, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, its (i) statement of issues to be presented on appeal and (ii) designation of the items to be included in the record on appeal, in connection with its appeal to the United States District Court for the District of Delaware from the Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. dated July 23, 2012 [Docket No. 12074], the Memorandum Overruling Objections to Confirmation of the Fourth Amended Plan of Reorganization for Tribune Company and its Subsidiaries and Denying Clarification Motion dated July 13, 2012 [Docket No. 12033], the Order Overruling Plan Objections and Denying the Clarification Motion dated July 13, 2012 [Docket No. 12034], and the Opinion on Confirmation dated October 31, 2011 [Docket No. 10133].

### I.  Statement of Issues on Appeal from the Standing Order

1.  Whether the Bankruptcy Court erred in approving the settlement of valuable estate claims against the banks and arrangers who financed and facilitated the extremely

leveraged buyout (the "LBO") of Debtor Tribune Company in 2007, and the parties who purchased the LBO debt thereafter.

## II. Designation of Record on Appeal

Appellant hereby designates the following items to be included in the record on appeal, together with all exhibits, attachments and documents incorporated by reference therein:

|   | Docket No./Exhibit No. | Document Description | Doc Date |
|---|---|---|---|
| 1 | Docket No. 408 (Adv. Docket #) | Third Amended Adversary Complaint, *The Official Committee of Unsecured Creditors of Tribune Company v. Fitzsimmons et al.*, Adv. Pro. No. 10-54010 (Bankr. D. Del); | January 11, 2012 |
| 2 | Docket No. 3999 | Response - (A) Statement Regarding Purported "Settlement" of "LBO-Related Causes of Action"; and (B) Request for Termination of Plan Exclusivity | April 12, 2010 |
| 3 | Docket No. 4008 | Disclosure Statement for Joint Plan of Reorganization for Tribune Company and Its Subsidiaries | April 12, 2010 |
| 4 | Docket No. 4472 | Proposed Disclosure Statement for Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries. | May 19, 2010 |
| 5 | Docket No. 4598 | Proposed Disclosure Statement for Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries | May 24, 2010 |
| 6 | Docket No. 4690 | Disclosure Statement for Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries | June 4, 2010 |
| 7 | Docket Nos. 5130-34 | Report of Kenneth N. Klee, As Examiner | July 26, 2010 |
| 8 | Docket No. 5729 | Disclosure Statement for Joint Plan of Reorganization for Tribune Company and its Subsidiaries | September 17, 2010 |
| 9 | Docket No. 6089 | Chapter 11 Plan of Reorganization (Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.) | October 22, 2010 |
| 10 | Docket No. 6091 | Specific Disclosure Statement Relating to Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. | October 23, 2010 |
| 11 | Docket No. 6597 | Disclosure Statement (Proposed) | November 23, 2010 |

| | Docket No./Exhibit No. | Document Description | Doc Date |
|---|---|---|---|
| 12 | Docket No. 6598 | Proposed Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. | November 23, 2010 |
| 13 | Docket No. 6599 | Amended Chapter 11 Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.) | November 23, 2010 |
| 14 | Docket No. 6685 | Revised Proposed Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. | December 1, 2010 |
| 15 | Docket No. 6686 | Notice of Filing Revised Proposed First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. | December 1, 2010 |
| 16 | Docket No. 6983 | Revised Proposed Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. | December 5, 2010 |
| 17 | Docket No. 6984 | Notice of Filing Further Revised Proposed First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. | December 5, 2010 |
| 18 | Docket No. 7049 | Disclosure Statement (Revised Proposed Specific) Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMmorgan Chase Bank, N.A. | December 6, 2010 |
| 19 | Docket No. 7050 | Amended Chapter 11 Joint Plan of Reorganization (Revised Proposed First) for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.) | December 6, 2010 |
| 20 | Docket No. 7112 | Adversary Complaint, *Official Committee of Unsecured Creditors v. JPMorgan Chase Bank NA et al*, NO. 10-55969 | December 8, 2010 |

Case 08-13141-BLS   Doc 12079   Filed 07/23/12   Page 4 of 11

| | Docket No./Exhibit No. | Document Description | Doc Date |
|---|---|---|---|
| 21 | Docket No. 7128 | Specific Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes Filed by Aurelius Capital Management, LP | December 9, 2010 |
| 22 | Docket No. 7134 | Joint Disclosure Statement for the Following Plans of Reorganization: 1) First Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By The Debtors, The Official Committee Of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon, and Co., L.P., and JPMorgan Chase Bank, N.A.; 2) Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Aurelius Capital Management, LP, On Behalf Of Its Managed Entities, Deutsche Bank Trust Company Americas, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes, Law Debenture Trust Company Of New York, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes And Wilmington Trust Company, In Its Capacity As Successor Indenture Trustee For The PHONES Notes; 3) Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By King Street Acquisition Company, L.L.C., King Street Capital, L.P. And Marathon Asset Management, L.P.; and 4) Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Certain Holders Of Step One Senior Loan Claims | December 10, 2010 |
| 23 | Docket No. 7135 | Disclosure Statement (Specific) Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. | December 10, 2010 |
| 24 | Docket No. 7136 | Joint Amended Chapter 11 Plan of Reorganization (First) for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. | December 10, 2010 |
| 25 | Docket No. 7232 | Notice of Filing Joint Disclosure Statement. | December 17, 2010 |
| 26 | Docket No. 7653 | Transcript of Hearing Held on January 24, 2011 | January 28, 2011 |
| 27 | Docket No. 7656 | Order Approving Mediator's Third Report | January 28, 2011 |
| 28 | Docket No. 8013 | Amended Objection Of The Noteholder Plan Proponents To Confirmation Of The Debtor/Committee/Lender Plan Of Reorganization | February 15, 2011 |

{00653713;v1 }   - 4 -

<mark>Case 08-13141-BLS   Doc 12079   Filed 07/23/12   Page 5 of 11</mark>

| | Docket No./Exhibit No. | Document Description | Doc Date |
|---|---|---|---|
| 29 | Docket No. 8171 | Memorandum of Law of Noteholder Plan Proponents (I) in Support of Confirmation of the Noteholder Plan and (II) In Response to Objections to the Noteholder Plan | February 25, 2011 |
| 30 | Docket No. 8173 | Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. Filed by Debtor/Committee/Lender Plan Proponents | February 26, 2011 |
| 31 | Docket No. 8195 | Transcript of Hearing Held on February 25, 2011 | March 1, 2011 |
| 32 | Docket No. 8580 | Modified Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. | April 5, 2011 |
| 33 | Docket No. 8700 | Transcript of Hearing Held on April 14, 2011 | April 19, 2011 |
| 34 | Docket No. 8769 | Notice of Service of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. as modified April 26, 2011 | April 26, 2011 |
| 35 | Docket No. 8897 | Post-Trial Brief of the DCL Plan Proponents | May 11, 2011 |
| 36 | Docket No. 8898-8899 (redacted) 8932-8893 (unredacted) | Post-Trial Brief of the Noteholder Plan Proponents | May 11, 2011 (redacted) May 17, 2011 (unredacted) |
| 37 | Docket No. 8960 | Letter to the Honorable Chief Judge Carey from Daniel H. Golden - Reply to Third Party Letter Confirmation Objections to the Noteholder Plan | May 20, 2011 |
| 38 | Docket No. 9021 | Post-Trial Reply Brief of the Noteholder Plan Proponents | May 27, 2011 |
| 39 | Docket No. 9022 | Post-Trial Reply Brief of the Noteholder Plan Proponents | May 27, 2011 |
| 40 | Docket No. 9062 | The DCL Plan Proponents' Proposed Findings of Fact and Conclusions of Law | June 3, 2011 |
| 41 | Docket No. 9065 | The Noteholder Plan Proponents' Proposed Conclusions of Law | June 3, 2011 |
| 42 | Docket No. 9246 | The Noteholder Plan Proponents' Proposed Findings of Fact | June 14, 2011 |
| 43 | Docket No. 9904 | Transcript of Hearing Held on March 7, 2011 | October 6, 2011 |

<mark>{00653713;v1 }</mark> - 5 -

| | Docket No./Exhibit No. | Document Description | Doc Date |
|---|---|---|---|
| 44 | Docket No. 9905 | Transcript of Hearing Held on March 8, 2011 | October 6, 2011 |
| 45 | Docket No. 9906 | Transcript of Hearing Held on March 9, 2011 | October 6, 2011 |
| 46 | Docket No. 9907 | Transcript of Hearing Held on March 10, 2011 | October 6, 2011 |
| 47 | Docket No. 9908 | Transcript of Hearing Held on March 11, 2011 | October 6, 2011 |
| 48 | Docket No. 9909 | Transcript of Hearing Held on March 14, 2011 | October 6, 2011 |
| 49 | Docket No. 9910 | Transcript of Hearing Held on March 15, 2011 | October 6, 2011 |
| 50 | Docket No. 9911 | Transcript of Hearing Held on March 16, 2011 | October 6, 2011 |
| 51 | Docket No. 9912 | Transcript of Hearing Held on March 17, 2011 | October 6, 2011 |
| 52 | Docket No. 9913 | Transcript of Hearing Held on March 18, 2011 | October 6, 2011 |
| 53 | Docket No. 9914 | Transcript of Hearing Held on April 12, 2011 | October 6, 2011 |
| 54 | Docket No. 9915 | Transcript of Hearing Held on June 27, 2011 | October 6, 2011 |
| 55 | Docket No. 10273 | Third Amended Chapter 11 Plan. Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. | November 18, 2011 |
| 56 | Docket No. 10275 | Supplemental Disclosure Statement Relating to Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. | November 19, 2011 |
| 57 | Docket No. 10958 | Third Amended Chapter 11 Plan (Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A.) | February 20, 2012 |
| 58 | Docket No. 10959 | Supplemental Disclosure Statement (Supplemental Disclosure Document Relating to Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. as Modified February 20, 2012 | February 20, 2012 |

| Docket No./Exhibit No. | Document Description | Doc Date |
|---|---|---|
| 59<br>Docket No. 11106 | Supplemental Disclosure Statement Dated March 7, 2012, to Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as Modified February 20, 2012)) | March 7, 2012 |
| 60<br>Docket No. 11168 | Third Amended Chapter 11 Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (As Modified March 16, 2012)) | March 16, 2012 |
| 61<br>Docket No. 11169 | Supplemental Disclosure Statement Relating to Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (As Modified March 16, 2012) | March 16, 2012 |
| 62<br>Docket No. 11354 | Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.). | April 12, 2012 |
| 63<br>Docket No. 11355 | Supplemental Disclosure Document Relating to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. | April 12, 2012 |
| 64<br>Docket No. 11388 | Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. | April 15, 2012 |
| 65<br>Docket No. 11389 | Supplemental Disclosure Statement Relating to Proposed Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. | April 15, 2012 |
| 66<br>Docket No. 11399 | Amended Chapter 11 Plan (Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.) | April 17, 2012 |
| 67<br>Docket No. 11400 | Supplemental Disclosure Statement Relating to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. | April 17, 2012 |

| | Docket No./Exhibit No. | Document Description | Doc Date |
|---|---|---|---|
| 68 | Docket No. 11747 | Amended Chapter 11 Plan (Notice of Filing of Proposed Amendments to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. | June 1, 2012 |
| 69 | | Designated Deposition Testimony of Julie Persily | February 1, 2011 |
| 70 | | Designated Deposition Testimony of Daniel Petrik | February 4, 2011 |
| 71 | | Designated Deposition Testimony of Don Liebentritt | February 22, 2011 |
| 72 | Ex. No. DCL 329 | Noteholder Disclosure Statement (and Blackline) | December 9, 2010 |
| 73 | Ex. No. DCL 376 | Joint Disclosure Statement | December 17, 2010 |
| 74 | Ex. No. DCL 385 | Mediator's Third Report | January 28, 2011 |
| 75 | Ex. No. DCL 1106 | Fischel Expert Report (and exhibits) | February 8, 2011 |
| 76 | Ex. No. DCL 1429 | Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A., dated December 8, 2010 | December 8, 2010 |
| 77 | Ex. No. DCL 1484 | Black Expert Report (and exhibits) (revised) | March 8, 2011 |
| 78 | Ex. No. DCL 1586 | Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, et al. (revised) (and attachments) | April 26, 2011 |
| 79 | Ex. No. DCL 1113 | Rebuttal Report of Professor Bernard S. Black | February 21, 2011 |
| 80 | Ex. No. DCL 1429 | Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A., dated December 8, 2010 | December 8, 2010 |
| 81 | Ex. No. DCL 1484 | Revised Expert Report of Professor Bernard S. Black | March 8, 2011 |
| 82 | Ex. No. DCL 1586 | Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, et al. (revised) (and attachments) | April 26, 2011 |

| | Docket No./Exhibit No. | Document Description | Doc Date |
|---|---|---|---|
| 83 | Ex. No. NPP 24 | Executed Settlement Support Agreement | April 4, 2010 |
| 84 | Ex. No. NPP 136 | Chandler Trust Letter | June 13, 2006 |
| 85 | Ex. No. NPP 239 | Morton-Groves Newspaper Newsletter | March 15, 2007 |
| 86 | Ex. No. NPP 342 | Tribune Company Confidential Information Memorandum Public Investors | April 1, 2007 |
| 87 | Ex. No. NPP 367 | The New York Times "This Deal Is Encouraging and Absurd" | April 6, 2007 |
| 88 | Ex. No. NPP 392 | JP Morgan Lender's Meeting Transcript | April 26, 2007 |
| 89 | Ex. No. NPP 399 | Credit Approval Report | May 5, 2007 |
| 90 | Ex. No. NPP 435 | Leveraged Finance Final Approval Memorandum – Update from M. Canmann, et al., to P. Ryan, et al. | May 17, 2007 |
| 91 | Ex. No. NPP 451 | Tribune Company – Transaction Proposal | May 29, 2007 |
| 92 | Ex. No. NPP 782 | Report of Kenneth N. Klee, as Examiner | July 26, 2010 |
| 93 | Ex. No. NPP 944 | Initial Expert Report of Ralph S. Tuliano, Mesirow Financial Consulting, LLC | February 8, 2011 |
| 94 | Ex. No. NPP 955 | Rebuttal Report of Ralph S. Tuliano, Mesirow Financial Consulting, LLC | February 21, 2011 |
| 95 | Ex. No. NPP 957 | Rebuttal Report of Bruce Beron, PhD, Litigation Risk Management Institute | February 21, 2011 |
| 96 | Ex. No. NPP 1038 | Corrected Memorandum In Support of Plaintiff's Motion for Preliminary Injunction | November 17, 2006 |
| 97 | Ex. No. NPP 1335 | Amended and Restated First Step Commitment Letter | April 5, 2007 |
| 98 | Ex. No. NPP 1336 | Amended and Restated Second Step Commitment Letter | April 5, 2007 |
| 99 | Ex. No. NPP 1420 | Executed Copy of Credit Agreement | May 17, 2007 |
| 100 | Ex. No. NPP 1899 | Executed Copy of Senior Unsecured Interim Loan | December 20, 2007 |
| 101 | Ex. No. NPP 2170 | Mediator's Second Report with Term Sheet for Joint Plan Supported by Debtors, Official Committee of Unsecured Creditors, Oaktree, Angelo Gordon and JPMorgan and Endorsed by mediator | October 12, 2010 |
| 102 | Ex. No. NPP 2203 | Official Committee of Unsecured Creditors v. JPMorgan Chase Bank, N.A., Adv. Pro. 10-53963; First Amended Complaint & Objection to Claim | December 7, 2010 |
| 103 | Ex. No. NPP 2216 | Expert Report of Professor Bernard S. Black | February 8, 2011 |

- 10 -

| | Docket No./Exhibit No. | Document Description | Doc Date |
|---|---|---|---|
| 104 | Ex. No. NPP 2233 | Biography of Kenneth N. Klee | |
| 105 | Ex. No. NPP 2403 | Initial Expert Report of Bruce Beron, PhD, Litigation Risk Management Institute | February 9, 2011 |
| 106 | Ex. No. NPP 2472 | Probability Weighted Recovery Model | October 4, 2010 |
| 107 | Ex. No. NPP 2473 | Settlement Consideration Provided Under the Debtor/Committee/Lender Plan | |
| 108 | Ex. No. NPP 2476 | Revised Expert Report of Bruce Beron, PhD for the Noteholder Plan Proponents | February 9, 2011 |

Dated: July 23, 2012
Wilmington, Delaware

| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
|---|---|
| Daniel H. Golden | |
| David Zensky | */s/ William P. Bowden* |
| Philip C. Dublin | William P. Bowden (I.D. No. 2553) |
| Abid Qureshi | Amanda M. Winfree (I.D. No. 4615) |
| Mitchell P. Hurley | 500 Delaware Avenue, P.O. Box 1150 |
| One Bryant Park | Wilmington, DE  19899 |
| New York, NY  10036 | (302) 654-1888 |
| (212) 872-1000 | |
| *Counsel for Aurelius Capital Management, LP* | |