IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) Case No. 08-13141 (KJC) <br> ) Jointly Administered |
| TRIBUNE COMPANY, *et al.*, | ) |
| Debtors. | ) Hearing Date: (*Expedited Consideration Requested*) <br> ) Response Deadline: (*Expedited Consideration Requested*) <br> ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 23, 2012, Appellant Aurelius Capital Management, LP ("Aurelius") filed a *Motion For a Stay Pending Appeal Pursuant to Bankruptcy Rule 8005* (the "Motion to Stay") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, concurrently with the filing of the Motion to Stay, Aurelius also filed the *Motion to Schedule Expedited Hearing and Shorten Notice Regarding Aurelius Capital Management, LP's Motion for a Stay Pending Appeal* (the "Motion to Shorten").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Motion to Shorten, Aurelius has requested that the Court enter an order scheduling a hearing on the Motion for Stay at the earliest possible convenience of the Court (the "Hearing"), and setting a shortened deadline for filing and service of objections and responses thereto. In accordance with the Local Rules of Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the Bankruptcy Court will rule on the Motion to Shorten without a hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Kevin J. Carey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.**

{00653721;v1 }

Dated: July 23, 2012

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
| Daniel H. Golden | |
| David M. Zensky | */s/ William P. Bowden* |
| Philip C. Dublin | William P. Bowden (I.D. No. 2553) |
| Abid Qureshi | Amanda M. Winfree (I.D. No. 4615) |
| Mitchell P. Hurley | 500 Delaware Avenue, P.O. Box 1150 |
| One Bryant Park | Wilmington, DE  19899 |
| New York, NY  10036 | 302-654-1888 |
| 212-872-1000 | |

*Counsel for Aurelius Capital Management, LP*