# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------- x
In re:                          :  Chapter 11
                                :
TRIBUNE COMPANY, et al.,        :  Case No. 08-13141 (KJC)
                                :
              Debtors.          :  (Jointly Administered)
                                :
                                :  RE: D.I. ____
------------------------------- :
```

## ORDER

Upon consideration of the *Motion for a Stay Pending Appeal Pursuant to Bankruptcy Rule 8005* (the "Motion");[1] and it appearing that the Court has jurisdiction to consider the Motion pursuant to 11 U.S.C. § 1334; and it appearing that venue of this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O); and the Court having reviewed and considered the Motion; and after due deliberation thereon; it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that consummation of the DCL Plan shall be stayed pending final resolution of Aurelius's appeal; and it is futher

ORDERED that this Order shall be effective and enforceable immediately upon entry; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July ___, 2012

                                                                            _____
                                                                            HONORABLE KEVIN J. CAREY
                                                                            UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

{00653729;v1 }