## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on July 23, 2012, I caused one copy of the foregoing to be served upon the parties on the attached service list in the manner indicated.

*/s/ Amanda M. Winfree*
Amanda M. Winfree (#4615)

{00074510;v1 }

Case 08-13141-BLS   Doc 12082-3   Filed 07/23/12   Page 2 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| VIA FIRST CLASS U.S. MAIL | VIA FIRST CLASS U.S. MAIL |
|---|---|
| COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 | SIDLEY AUSTIN LLP<br>ATTN: KENNETH P. KANSA ESQ.<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 |
| **VIA FIRST CLASS U.S. MAIL**<br>ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: COREY SMITH BOTT, BRIAN G. ESDERS<br>809 GLENEAGLES COURT, SUITE 320<br>BALTIMORE, MD 21286 | **VIA FIRST CLASS U.S. MAIL**<br>ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: MEGHAN C. HORN, ESQ.<br>809 GLENEAGLES COURT, SUITE 320<br>TOWSON, MD 21286 |
| **VIA FIRST CLASS U.S. MAIL**<br>ACXIOM CORPORATION<br>ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL<br>301 E. DAVE WARD DRIVE<br>P.O. BOX 2000<br>CONWAY, AR 72033-2000 | **VIA FIRST CLASS U.S. MAIL**<br>GORLICK, KRAVITZ & LISTHAUS, P.C.<br>ATTN: BARBARA S. MEHLSACK<br>17 STATE STREET, 4TH FLOOR<br>NEW YORK, NEW YORK 10004 |
| **VIA FIRST CLASS U.S. MAIL**<br>ALLISON, SLUTSKY & KENNEDY, PC<br>ANGIE M. COWAN<br>230 W MONROE ST, STE 2600<br>CHICAGO, IL 60606 | **VIA FIRST CLASS U.S. MAIL**<br>ANDREW S. CONWAY, ESQUIRE<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304 |
| **VIA FIRST CLASS U.S. MAIL**<br>ARCHER & GREINER, PC<br>JOHN V. FIORELLA, ESQ.<br>300 DELAWARE AVE, STE 1370<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ASKOUNIS & DARCY, PC<br>ATTN: THOMAS V. ASDOUNIS, ESQ.<br>401 NORTH MICHIGAN AVENUE, STE 550<br>CHICAGO, IL 60611 |
| | **VIA FIRST CLASS U.S. MAIL**<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>ATTN. GEORGE R. MESIRES, ESQ.<br>200 WEST MADISON ST., SUITE 3900<br>CHICAGO, IL 60606 |
| **VIA FIRST CLASS U.S. MAIL**<br>BARNES & THORNBURG LLP<br>ATTN: DAVID M. POWLEN<br>1000 NORTH WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>BARTLETT HACKETT FEINBERG PC<br>FRANK F. MCGINN (MA BBO# 564729)<br>155 FEDERAL ST, 9TH FL<br>BOSTON, MA 02110 |

Case 08-13141-BLS   Doc 12082-3   Filed 07/23/12   Page 3 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
BELKIN BURDEN WENIG & GOLDMAN, LLP
ATTN: JOSHUA G. LOSARDO, ESQ.
270 MADISON AVENUE
NEW YORK, NY 10016

VIA FIRST CLASS U.S. MAIL
BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
ATTN. DAVID M. NEUMANN, ESQUIRE
200 PUBLIC SQUARE SUITE 2300
CLEVELAND, OH 44114-2378

VIA FIRST CLASS U.S. MAIL
BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
ATTN. JENNIFER R. HOOVER, ESQ.
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE
FELDMAN
& GOOD MAN, LLP
150 S. RODEO DRIVE, 3RD FLOOR
BEVERLY HILLS, CA 90212

VIA FIRST CLASS U.S. MAIL
BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

VIA FIRST CLASS U.S. MAIL
BROWN RUDNICK LLP
ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.
SEVEN TIMES SQUARE
NEW YORK, NY 10036

VIA FIRST CLASS U.S. MAIL
BROWN STONE NIMEROFF LLC
ATTN. JAMI B. NIMEROFF, ESQ.
901 N. MARKET STREET, SUITE 1300
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

VIA FIRST CLASS U.S. MAIL
BUCHALTER NEMER
PAMELA KOHLMAN WEBSTER
1000 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CA 90017-2457

VIA FIRST CLASS U.S. MAIL
BUCHALTER NEMER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FL
SAN FRANCISCO, CA 94105-2126

VIA FIRST CLASS U.S. MAIL
CALLAHAN & BLAINE
ATTN: EDWARD SUSOLIK, ESQUIRE
3 HUTTON DRIVE, NINTH FLOOR
SANTA ANA, CA 92707

VIA FIRST CLASS U.S. MAIL
CANON USA, INC
ATTN RUTH WIENSTEIN
1 CANON PLAZA
NEW HYDE PARK, NY 11042

VIA FIRST CLASS U.S. MAIL
CAPITALSOURCE FINANCE LLC
ATTN: JOANNE FUNGAROLI, ESQ.
4445 WILLARD AVENUE, 12TH FLOOR
CHEVY CHASE, MD 20815

Case 08-13141-BLS    Doc 12082-3    Filed 07/23/12    Page 4 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>CHADBOURNE & PARKE LLP<br>ATTN HOWARD SEIFE, ESQ., DAVID M. LEMAY, ESQ.,<br>DOGULAS E. DEUTSCH, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | **VIA FIRST CLASS U.S. MAIL**<br>CHARLES E. DAVIDOW<br>2001 K. STREET, N.W.<br>WASHINGTON, DC 20006-1047 |
| **VIA FIRST CLASS U.S. MAIL**<br>CHRISTINE Z. HERI<br>UNITED STATES DEPARTMENT OF LABOR<br>230 SOUTH DEARBORN, ROOM 844<br>CHICAGO, IL 60604 | **VIA FIRST CLASS U.S. MAIL**<br>CIARDI CIARDI & ASTIN<br>DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ.,<br>MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ.<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, STE 700<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>CITICORP NORTH AMERICA, INC<br>750 WASHINGTON BLVD.<br>STAMFORD, CT 06901-3722 | **VIA FIRST CLASS U.S. MAIL**<br>COHEN WEISS & SIMON LLP<br>ATTN BABETTE A CECCOTI<br>330 WEST 42ND STREET<br>NEW YORK, NY 10036 |
| **VIA FIRST CLASS U.S. MAIL**<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.<br>THE BRADYWINE BUILDING - 17TH FLOOR<br>1000 WEST STREET<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>COOCH & TAYLOR PA<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br>1000 WEST STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>COTCHETT, PITRE & MCCARTHY<br>ATTN: PHILIP GREGORY, ESQ.<br>840 MALCOLM ROAD, SUITE 200<br>BURLINGAME, CA 94010 | **VIA FIRST CLASS U.S. MAIL**<br>COZEN O'CONNOR<br>ATTN: MARK E. FELGER, ESQ.<br>1201 N. MARKET STREET, SUITE 1400<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>CROSS & SIMON LLC<br>ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS<br>919 NORTH MARKET STREET 11TH FLOOR<br>WILMINGTON, DE 19801 | |
| **VIA FIRST CLASS U.S. MAIL**<br>THOMPSON & KNIGHT LLP<br>ATTN. MICHAEL V. BLUMENTHAL, ESQ.<br>900 THIRD AVENUE, 20TH FLOOR<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL<br>ATTN: ELAINE Z. COLE, ESQ.<br>340 E. MAIN ST.<br>ROCHESTER, NY 14604 |

VIA FIRST CLASS U.S. MAIL
DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
NEW YORK, NY 10017

VIA FIRST CLASS U.S. MAIL
DUANE MORRIS LLP
ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS
222 DELAWARE AVENUE, SUITE 1600
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
ECKERT, SEAMANS, CHERIN & MELLOT, LLC
ATTN. MARGARET F. ENGLAND, ESQUIRE
300 DELAWARE AVENUE, SUITE 1210
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN, ESQ.
919 N. MARKET ST, STE 1500
(COUNSEL TO BARCLAYS BANK PLC)
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
ELLIOTT GREENLEAF
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
BEVERLY HILLS, CA 90212

VIA FIRST CLASS U.S. MAIL
FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306

VIA FIRST CLASS U.S. MAIL
FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK
SUITE 2800
CHICAGO, IL 60610-4500

VIA FIRST CLASS U.S. MAIL
FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60654

VIA FIRST CLASS U.S. MAIL
FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
200 INTERNATIONAL DR. #1
BUDD LAKE, NJ 07828-4304

VIA FIRST CLASS U.S. MAIL
FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ. &
DEVON J. EGGERT, ESQ.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

VIA FIRST CLASS U.S. MAIL
FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1901 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067

VIA FIRST CLASS U.S. MAIL
FURMAN GREGORY LLC
DONALD R. FURMAN JR.
75 FEDERAL ST, 9TH FL
BOSTON, MA 02110

{0441297;v1 }

Case 08-13141-BLS    Doc 12082-3    Filed 07/23/12    Page 6 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN, JR.<br>LAW OFFICES OF RONALD K. BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | **VIA FIRST CLASS U.S. MAIL**<br>GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 |
| **VIA FIRST CLASS U.S. MAIL**<br>GOHN HANKEY & STICHEL LLP<br>ATTN JAN I BERLAGE<br>201 NORTH CHARLES STREET<br>BALTIMORE, MD 21201 | **VIA FIRST CLASS U.S. MAIL**<br>GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.<br>ATTN. BRIAN M. DOUGHERTY<br>835 MCCLINTOCK DRIVE, SECOND FLOOR<br>WILLOWBROOK, IL 60527 |
| **VIA FIRST CLASS U.S. MAIL**<br>GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>EDWARD J. TREDINNICK, ESQ.<br>FOUR EMBARCARCADERO CENTER, STE 4000<br>SAN FRANCISCO, CA 94111 | **VIA FIRST CLASS U.S. MAIL**<br>HARRIS CORPORATION<br>ANTHONY DEGLOMINE, III<br>1025 W. NASA BLVD<br>MAIL STOP A-11A<br>MELBOURNE, FL 32919 |
| **VIA FIRST CLASS U.S. MAIL**<br>HENNIGAN, BENNETT & DORMAN, LLP<br>ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA D. MORSE, ESQS.<br>865 SOUTH FIGUEROA STREET, SUITE 2900<br>LOS ANGELES, CA 90017 | **VIA FIRST CLASS U.S. MAIL**<br>HERRICK FEINSTEIN LLP<br>ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 |
| **VIA FIRST CLASS U.S. MAIL**<br>HEWLETT-PACKARD COMPANY<br>ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY<br>12610 PARK PLAZA DR., STE 100<br>CERRITOS, CA 90703-9362 | **VIA FIRST CLASS U.S. MAIL**<br>HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL<br>11311 CHINDEN BLVD.<br>MAILSTOP 314<br>BOISE, ID 83714-0021 |
| **VIA FIRST CLASS U.S. MAIL**<br>HOGAN & HARTSON LLP<br>ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>HOWARD COUNTY OFFICE OF LAW<br>ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 |
| **VIA FIRST CLASS U.S. MAIL**<br>IBM CORPORATION<br>ATTN BEVERLY H SHIDELER<br>TWO LINCOLN CENTRE<br>VILLA PARK, IL 60181 | **VIA FIRST CLASS U.S. MAIL**<br>INTERNAL REVENUE SERVICE<br>ATTN: ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 |

Case 08-13141-BLS    Doc 12082-3    Filed 07/23/12    Page 7 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 | **VIA FIRST CLASS U.S. MAIL**<br>J. SCOTT DOUGLASS<br>909 FANNIN, SUITE 1800<br>HOUSTON, TX 77010 |
| **VIA FIRST CLASS U.S. MAIL**<br>JD THOMPSON LAW<br>ATTN: JUDY D. THOMPSON<br>P.O. BOX 33127<br>CHARLOTTE, NC 28233 | **VIA FIRST CLASS U.S. MAIL**<br>ELKINS KALT WEINTRAUB REUEN GARTSIDE LLP<br>ATTN: KEITH D. ELKINS, ESQ.<br>2049 CENTURY PARK EAST, SUITE 2700<br>LOS ANGELES, CA 90067 |
| **VIA FIRST CLASS U.S. MAIL**<br>JP MORGAN CHASE BANK, NA AS AGENT<br>1111 FANNIN, 10TH FLOOR<br>HOUSTON, TX 77002 | **VIA FIRST CLASS U.S. MAIL**<br>K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022-6030 |
| **VIA FIRST CLASS U.S. MAIL**<br>K&L GATES LLP<br>CHARLES R. SMITH, ESQ.<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312 | **VIA FIRST CLASS U.S. MAIL**<br>KAMAKAZEE KIWI COPORATION<br>3835-R EAST<br>THOUSDAN OAKS BLVD. #343<br>THOUSAND OAKS, CA 91362 |
| **VIA FIRST CLASS U.S. MAIL**<br>KAYE SCHOLER LLP<br>ATTN: MARGO B SCHONHOLTZ, ESQ<br>MADLYN GLEICH PRIMOFF, ESQ<br>425 PARK AVE<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>KELLEY DRYE & WARREN LLP<br>ERICK R. WILSON, ESQ.<br>HOWARD S.STEEL, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| **VIA FIRST CLASS U.S. MAIL**<br>KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: KENNETH N. KLEE, ESQ.<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 | **VIA FIRST CLASS U.S. MAIL**<br>KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 |
| **VIA FIRST CLASS U.S. MAIL**<br>LANDIS RATH & COBB LLP<br>COUNSEL FOR THE UNSECURED CREDITORS' COMM<br>ATTN ADAM G LANDIS & MATTHEW B MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>LESLIE A. COHEN, ESQUIRE<br>LESLIE COHEN LAW, PC<br>506 SANTA MONICA BLVD., SUITE 200<br>SANTA MONICA, CA 90401 |

Case 08-13141-BLS   Doc 12082-3   Filed 07/23/12   Page 8 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.<br>ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS.<br>476 9th STREET<br>OAKLAND, CA 94607-4048 | **VIA FIRST CLASS U.S. MAIL**<br>LINDA BOYLE<br>TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO 80124 |
| **VIA FIRST CLASS U.S. MAIL**<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>COUNSEL TO HARRIS COUNTY<br>ATTN JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | **VIA FIRST CLASS U.S. MAIL**<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET<br>STE 1600<br>DALLAS, TX 75201 |
| **VIA FIRST CLASS U.S. MAIL**<br>LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A.<br>ATTN: ZACHARY J. BANCROFT, EST.<br>450 S. ORANGE AVE, SUITE 800<br>ORLANDO, FL 32801 | **VIA FIRST CLASS U.S. MAIL**<br>MAUREEN A. MCGREEVEY, ESQUIRE<br>SENIOR LITIGATION COUNSEL<br>SUNGARD<br>682 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 |
| **VIA FIRST CLASS U.S. MAIL**<br>MAYER BROWN LLP<br>FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.<br>1675 BROADWAY<br>NEW YORK, NY 10019 | **VIA FIRST CLASS U.S. MAIL**<br>MCCARTER & ENGLISH, LLP<br>ATTN: DAVID ADLER, ESQ.<br>G. AMANDA MALLAN, ESQ.<br>245 PARK AVE, 27TH FL<br>NEW YORK, NY 10167 |
| **VIA FIRST CLASS U.S. MAIL**<br>MCCARTER & ENGLISH, LLP<br>ATTN: KATHARINE L. MAYER, ESQ.<br>RENAISSANCE CENTRE<br>405 N. MARKET STREET, 8TH FL<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>MCGUIRE WOODS LLP<br>ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS<br>77 W. WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 |
| **VIA FIRST CLASS U.S. MAIL**<br>MCPHARLIN SPRINKLES & THOMAS, LLP<br>ATTN. ELAIN M. SEID<br>10 ALMADEN BLVD., SUITE 1460<br>SAN JOSE, CA 95113 | |
| **VIA FIRST CLASS U.S. MAIL**<br>MESSANA ROSNER & STERN, LLP<br>FREDERICK B. ROSNER, ESQ.<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. WALDMEIR, ASSISTANT ATTORNEY GENERAL<br>STATE OF MICHIGAN, DEPT. OF TREASURY<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 |

Case 08-13141-BLS   Doc 12082-3   Filed 07/23/12   Page 9 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>MICHAEL SCHLOSS<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 | **VIA FIRST CLASS U.S. MAIL**<br>MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670, PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| **VIA FIRST CLASS U.S. MAIL**<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.<br>ATTN. RACHEL B. MERSKY, ESQUIRE<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | |
| **VIA FIRST CLASS U.S. MAIL**<br>MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC<br>ATTN: COLLEEN E. MCMANUS<br>191 NORTH WACKER DRIVE, STE 1800<br>CHICAGO, IL 60606 | **VIA FIRST CLASS U.S. MAIL**<br>NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 |
| **VIA FIRST CLASS U.S. MAIL**<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY<br>333 EAST WASHINGTON ST., 3RD FLOOR<br>SYRACUSE, NY 13202 | **VIA FIRST CLASS U.S. MAIL**<br>NOLAN, PLUMHOFF & WILLIAMS, CHARTERED<br>ATTN. ROBERT L. HANLEY, JR. ESQUIRE<br>SUITE 700, NOTTINGHAM CENTRE<br>502 WASHINGTON AVENUE<br>TOWSON, MD 21204 |
| **VIA FIRST CLASS U.S. MAIL**<br>O'MELVENY & MYERS LLP<br>ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR, & STEVEN A. ROSENSTEIN, ESQS.<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | **VIA FIRST CLASS U.S. MAIL**<br>O'MELVENY & MYERS LLP<br>ATTN: EVAN M. JONES, ESQ.<br>400 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071 |
| **VIA FIRST CLASS U.S. MAIL**<br>OFFICE OF ATTORNEY GENERAL<br>ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 | **VIA FIRST CLASS U.S. MAIL**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>JOSEPH J. MCMAHON, JR., ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS.<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: STEPHEN P. LAMB & JOHN P. DITOMO<br>500 DELAWARE AVE, SUITE 200<br>P.O. BOX 32<br>WILMINGTON, DE 19899-0032 |

{0441297;v1 }

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP<br>ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA, & STUART MCPHAIL<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 | **VIA FIRST CLASS U.S. MAIL**<br>PENSION BENEFIT GUARANTY CORPORATION<br>ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 |
| **VIA FIRST CLASS U.S. MAIL**<br>PEPPER HAMILTON LLP<br>ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>ATTN: JOHN C. PHILLIPS, ESQ.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE 19806 |
| **VIA FIRST CLASS U.S. MAIL**<br>ZWERDLKING PAUL KAHN & WOLLY PC<br>ATTN ROBERT E PAUL ESQ<br>1025 CONNECTICUT AVENUE NW SUITE 712<br>WASHINGTON, DC 20036-5420 | **VIA FIRST CLASS U.S. MAIL**<br>PINCKNEY, HARRIS & WEIDINGER, LLC<br>ATTN: ADAM HILLER & DONNA HARRIS<br>1220 NORTH MARKET STREET, SUITE 950<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>POTTER ANDERSON & CORROON LLP<br>ATTN: LAURIE SILVERSTEIN, ESQ<br>HERCULES PLAZA<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>POYNER SPRUILL LLP<br>JUDY D. THOMPSON, ESQ.<br>301 SOUTH COLLEGE STREET, STE 2300<br>CHARLOTTE, NC 28202 |
| **VIA FIRST CLASS U.S. MAIL**<br>PROSKAUER ROSE LLP<br>ATTN: MARTIN S. ZOHN, ESQ.<br>2049 CENTURY PARK EAST, 32ND FLOOR<br>LOS ANGELES, CA 90067 | **VIA FIRST CLASS U.S. MAIL**<br>QUARLES & BRADY LLP<br>LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ.<br>300 NORTH LASALLE STREET, STE 400<br>CHICAGO, IL 60654-3422 |
| **VIA FIRST CLASS U.S. MAIL**<br>RICHARDS, LAYTON & FINGER, PA<br>ATTN: MARK D. COLLINS, ESQ.<br>KATISHA D. FORTUNE, ESQ.<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>RIDDELL WILLIAMS, P.S.<br>ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO<br>1001- 4TH AVENUE, SUITE 4500<br>SEATTLE, WA 98154-1192 |
| **VIA FIRST CLASS U.S. MAIL**<br>ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC<br>ATTN. FRED B. RINGEL, ESQ.<br>875 THIRD AVENUE, 9TH FL<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>RUSKIN MASCOU FALTISCHEK, P.C.<br>ATTN: MICHAEL S. AMATO, ESQ.<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 |

Case 08-13141-BLS   Doc 12082-3   Filed 07/23/12   Page 11 of 14
Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN. MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

VIA FIRST CLASS U.S. MAIL
SAUL EWING LLP
ATTN: MARK MINUTI, ESQUIRE
222 DELAWARE AVENUE, SUITE 1200
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
SECURITIES AND EXCHANGE COMMISSION (SEC)
100 F STREET, NE
WASHINGTON, DC 20549

VIA FIRST CLASS U.S. MAIL
SEITZ, VAN OGTROP & GREEN, P.A.
ATTN: R.KARL HILL, ESQ.
222 DELAWARE AVENUE, STE 1500
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
SHIPMAN & GOODWIN LLP
ATTN. JULIE A. MANNING, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

VIA FIRST CLASS U.S. MAIL
SIRLIN GALLOGLY & LESSER, P.C.
123 S BROAD ST #2100
PHILADELPHIA, PA 191091029

VIA FIRST CLASS U.S. MAIL
SQUIRE, SANDERS & DEMPSEY LLP
ATTN: KELLY SINGER, ESQ.
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVE, STE 2700
PHOENIX, AZ 85004-4498

VIA FIRST CLASS U.S. MAIL
STEMPEL BENNETT CLAMAN & HOCHBERG PC
COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD
ATTN EDMOND P O'BRIEN ESQ
675 THIRD AVENUE 31ST FLOOR
NEW YORK, NY 10017

VIA FIRST CLASS U.S. MAIL
STUART MAUE
ATTN: JOHN L. DECKER
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS, MO 63044

VIA FIRST CLASS U.S. MAIL
TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601

VIA FIRST CLASS U.S. MAIL
THE REIMANN LAW GROUP
ATTN. DAVID W. REIMANN, ESQUIRE
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

VIA FIRST CLASS U.S. MAIL
THE SEAPORT GROUP LLC
ATTN SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK, NY 10017

VIA FIRST CLASS U.S. MAIL
TOOD M. HOEPKER, ESQ.
POST OFFICE BOX 3311
ORLANDO, FL 32802-3311

Case 08-13141-BLS   Doc 12082-3   Filed 07/23/12   Page 12 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>TRAVELERS<br>NATIONAL ACCOUNTS<br>1 TOWER SQUARE-5MN<br>HARTFORD, CT 06183-4044 | **VIA FIRST CLASS U.S. MAIL**<br>TRESSLER SODERSTORM MALONEY & PRESS, LLP<br>ATTN. JACQUELINE A. CRISWELL<br>SEARS TOWER, 22ND FLOOR<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606-6314 |
| **VIA FIRST CLASS U.S. MAIL**<br>TWENTIETH TELEVISION, INC.<br>ATTN: JODIE REA<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2121 AVENUE OF THE STARS, SUITE 1754<br>LOS ANGELES, CA 90067 | **VIA FIRST CLASS U.S. MAIL**<br>TYBOUT REDFEARN AND PELL<br>ATTN. SHERRY RUGGIERO FALLON<br>750 SHIPYARD DRIVE, SUITE 400<br>P.O. BOX 2092<br>WILMINGTON, DE 19899-2092 |
| **VIA FIRST CLASS U.S. MAIL**<br>U.S. DEPARTMENT OF JUSTICE<br>ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION<br>555 4TH ST. NW ROOM 6110, P.O. BOX 227<br>WASHINGTON, DC 20044 | **VIA FIRST CLASS U.S. MAIL**<br>UNISYS CORPORATION<br>ATTN. JANET FITZPATRICK, LEGAL ASSISTANT<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA 19424 |
| **VIA FIRST CLASS U.S. MAIL**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MATTHEW J. TROY, ESQ.<br>1100 L STREET, N.W.<br>ROOM 10006<br>WASHINGTON, DC 20530 | **VIA FIRST CLASS U.S. MAIL**<br>UNITED STATES DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>ELIZABETH S. GOLDBERG, ESQUIRE<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 |
| **VIA FIRST CLASS U.S. MAIL**<br>UNITED STATES TREASURY<br>OFFICE OF THE TREASURER<br>1500 PENNSYLVANIA AVENUE, NW<br>ROOM 2134<br>WASHINGTON, DC 20220 | **VIA FIRST CLASS U.S. MAIL**<br>US ATTORNEY'S OFFICE<br>ELLEN W. SLIGHTS, ESQ<br>1201 MARKET ST, SUITE 1100<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>VORYS SATER SEYMOUR & PEASE LLP<br>AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES<br>ATTN TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | **VIA FIRST CLASS U.S. MAIL**<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>ATTN: TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 |
| **VIA FIRST CLASS U.S. MAIL**<br>WARNER BROS. TELEVISION DISTRIBUTION, INC.<br>ATTN: WAYNE M. SMITH, ESQ.<br>4000 WARNER BLVD.<br>BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | **VIA FIRST CLASS U.S. MAIL**<br>WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L<br>ATTN: DOUGLAS R. GONZALES, ESQUIRE<br>200 EAST BROWARD BOULEVARD, ST. 1900<br>FORT LAUDERDALE, FL 33301 |

{0441297;v1 }

Case 08-13141-BLS   Doc 12082-3   Filed 07/23/12   Page 13 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>WHITE & CASE LLP<br>ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS.<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787 | **VIA FIRST CLASS U.S. MAIL**<br>WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA<br>ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 |
| **VIA FIRST CLASS U.S. MAIL**<br>WILLKIE FARR & GALLAGHER LLP<br>ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | **VIA FIRST CLASS U.S. MAIL**<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: ANDREW GOLDMAN, ESQ.<br>399 PARK AVENUE<br>NEW YORK, NY 10022 |
| **VIA FIRST CLASS U.S. MAIL**<br>WILMINGTON TRUST COMPANY<br>ATTN. PATRICK J. HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| **VIA FIRST CLASS U.S. MAIL**<br>BRUCE BENNETT, ESQ.<br>JONES DAY<br>555 SOUTH FLOWER STREET<br>FIFTIETH FLOOR<br>LOS ANGELES, CA 90071 | **VIA FIRST CLASS U.S. MAIL**<br>DAVID BRADFORD<br>JENNER & BLOCK<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 |
| **VIA FIRST CLASS U.S. MAIL**<br>RICK A. STEINBERG<br>CIARDI, CIARDI & ASTIN<br>100 CHURCH STREET, 8TH FLOOR<br>NEW YORK, NY 10007 | **VIA FIRST CLASS U.S. MAIL**<br>JOHN K. SHERWOOD<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 |
| **VIA FIRST CLASS U.S. MAIL**<br>CHRISTOPHER J. KELLER<br>LABATON SUCHAROW LLP<br>140 BROADWAY<br>NEW YORK, NY 10005 | **VIA FIRST CLASS U.S. MAIL**<br>ANTRANIG GARIBIAN<br>STRADLEY, RONAN, STEVENS & YOUNG, LLP<br>1000 N.WEST STREET<br>SUITE 1278<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>RAFAEL X. ZAHRALDDIN-ARAVENA<br>JONATHAN M. STEMERMAN<br>ELLIOTT GREENLEAF<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ARTHUR J. STEINBERG<br>KING & SPALDING LLP<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10036 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
KIMBERLY BACHER
SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60610

**VIA FIRST CLASS U.S. MAIL**
MANATT, PHELPS & PHILLIPS, LLP
IVAN L. KALLICK
ILEANA M. HERNANDEZ
11355 WEST OLYMPIC BOULEVARD
LOS ANGELES, CA 90064

**VIA FIRST CLASS U.S. MAIL**
WILIAM J. BARRETT
RAY G. REZNER
ROGER H. STETSON
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 WEST MADISON STREET, SUITE 3900
CHICAGO, IL 60606

**VIA FIRST CLASS U.S. MAIL**
JOSEPH KOTS
COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET
ROOM 203
READING, PA 19602-1152

**VIA FIRST CLASS U.S. MAIL**
W. BRADLEY RUSSELL
TRIAL ATTORNEY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 227
BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

{0441297;v1 }