## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

TRIBUNE COMPANY, et al.,

              Debtors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 11

Case No. 08-13141 (KJC)

(Jointly Administered)

Re: Docket Nos. 12033, 12074, 11337, 11338

## <u>NOTICE OF APPEAL</u>

Law Debenture Trust Company of New York ("<u>Law Debenture</u>"), as successor indenture trustee under that certain Indenture dated March 19, 1996 between Tribune Company (with its debtor subsidiaries, "<u>Tribune</u>" or the "<u>Debtors</u>") (successor to The Times Mirror Company) and Citibank, N.A. (as amended, the "<u>1996 Indenture</u>"), and Deutsche Bank Trust Company Americas ("<u>DBTCA</u>" and together with Law Debenture, the "<u>Appellants</u>"), successor trustee under (i) that certain indenture dated March 1, 1992, by and between Tribune and Continental Bank, N.A. (as amended, the "<u>1992 Indenture</u>"); (ii) that certain indenture dated January 30, 1995, by and between Tribune and First Interstate Bank of California (as amended, the "<u>1995 Indenture</u>"); and (iii) that certain indenture dated January 1, 1997, by and between Tribune and Bank of Montreal Trust Company (as amended, the "<u>1997 Indenture</u>," and together with the 1992 Indenture, the 1995 Indenture, and the 1996 Indenture, the "<u>Senior Indentures</u>" and the notes and holders of notes issued pursuant to the Senior Indentures, respectively, the "<u>Senior Notes</u>" and "<u>Senior Noteholders</u>"), by their undersigned counsel, hereby appeals under 28 U.S.C. §§ 158(a) and 158(d)(2), Rules 8001(a) and 8001(f) of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules of United States Bankruptcy Court for the

District of Delaware from the *Memorandum Overruling Objections To Confirmation Of The*

*Fourth Amended Plan of Reorganization For Tribune Company And Its Subsidiaries And*

*Denying Clarification Motion And Order Overruling Plan Objections And Denying The*

*Clarification Motion*, dated July 13, 2012  [Dkt. No. 12033] (the "Confirmation Memorandum")

and accompanying *Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune*

*Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured*

*Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan*

*Chase Bank, N.A.*, dated July 23, 2012 [Dkt. No. 12074] (the "Confirmation Order"), including,

without limitation, any and all judgments, decrees, decisions, rulings, and/or opinions that

merged into and/or became part of the Confirmation Order, that are related to the Confirmation

Order, and/or upon which the Confirmation Order is based, including without limitation, the

*Memorandum Regarding Allocation Disputes*, dated April 9, 2012 [Docket No. 11337] and

accompanying *Order Regarding Allocation Disputes*, dated April 9, 2012 [Docket No. 11338].

The names of all parties to the Confirmation Order appealed from and the names,

addresses, and telephone numbers of their respective attorneys are as follows:

| PARTY | ATTORNEYS |
|---|---|
| Law Debenture Trust Company of New York | BIFFERATO GENTILOTTI LLC<br>Garvan F. McDaniel<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>302-429-1900<br><br>-and-<br><br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br>David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew B. Stein |

| | |
|---|---|
| | 1633 Broadway<br>New York, New York 10019<br>(212) 506-1700 |
| Deutsche Bank Trust Company Americas | MCCARTER & ENGLISH, LLP<br>Katharine L. Mayer<br>James J. Freebery IV<br>Renaissance Center<br>405 N. King Street<br>Wilmington, DE 19801<br>(302) 984-6300<br><br>David J. Adler<br>245 Park Avenue<br>New York, NY 10167<br>(212) 609-6800 |
| Official Committee of Unsecured Creditors | LANDIS RATH & COBB LLP<br>Adam G. Landis<br>Daniel B. Rath<br>Matthew B. McGuire<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400<br><br>-and-<br><br>CHADBOURNE & PARKE LLP<br>Howard Seife, Esq.<br>David M. LeMay, Esq.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-5100<br><br>-and-<br><br>ZUCKERMAN SPAEDER LLP<br>Graeme W. Bush<br>James Sottile<br>Andrew Goldfarb<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036<br>(202) 778-1800 |

| | |
|---|---|
| Wilmington Trust Company | SULLIVAN HAZELTINE ALLINSON LLC<br>William D. Sullivan<br>Elihu E. Allinson, III<br>901 N. Market St., Suite 1300<br>Wilmington, DE 19801<br>(302) 428-8191<br><br>-and-<br><br>BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800 |
| Aurelius Capital Management, L.P. | ASHBY & GEDDES, P.A.<br>William P. Bowden<br>Amanda M. Winfree<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, DE 19801<br>(302) 654-1888<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>David M. Zensky<br>Philip C. Dublin<br>Deborah Newman<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000 |
| Brigade Capital Management, LLC | LOIZIDES, P.A.<br>Christopher D. Loizides<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>(302) 654-0248<br><br>-and-<br><br>STUTMAN TREISTER & GLATT<br>Isaac M. Palchuski |

| | |
|---|---|
| | 1901 Avenue of the Stars, #1200<br>Los Angeles, CA 90067<br>(310) 228-5600 |
| Davidson Kempner Capital Management LLC | BIFFERATO GENTILOTTI LLC<br>Garvan F. McDaniel<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>302-429-1900<br><br>-and-<br><br>SCHULTE ROTH & ZABEL LLP<br>Adam C. Harris<br>Karen S. Park<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2000 |
| Oaktree Capital Management, L.P.<br><br>-and-<br><br>Angelo Gordon & Co., L.P. | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Robert S. Brady<br>M. Blake Cleary<br>1000 N. King Street<br>Wilmington, DE 19801<br>(302) 571-6622<br><br>JONES DAY<br>Bruce Bennett<br>James O. Johnston<br>Joshua M. Mester<br>555 South Flower Street, 50th Fl.<br>Los Angeles, CA 90071<br>(213) 243-2400 |
| Angelo Gordon & Co., L.P. | WILMER CUTLER PICKERING HALE & DORR LLP<br>Andrew Goldman<br>399 Park Avenue<br>New York, NY 10022<br>(212) 937-7300 |
| JP Morgan Chase Bank, NA | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins<br>Robert J. Stearn<br>One Rodney Square |

| | |
|---|---|
| | Wilmington, DE 19801<br>(302) 651-7700<br><br>-and-<br><br>DAVIS POLK & WARDWELL LLP<br>Donald S. Bernstein<br>Damian S. Schaible<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000 |
| Citadel Equity Fund, Ltd.<br><br>-and-<br><br>Camden Asset Management LP | COZZEN O'CONNOR<br>Mark E. Felger<br>1201 N. Market Street, Suite 140<br>Wilmington, DE 19801<br>(302) 295-2000<br><br>-and-<br><br>ANDREWS KURTH LLP<br>Paul N. Silverstein<br>Jermey B. Reckmeyer<br>45 Lexington Avenue, 15th Floor<br>New York, NY 10017<br>(212) 850-2800 |
| EGI-TRB LLC | BLANK ROME LLP<br>David W. Carickhoff<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br><br>-and-<br><br>JENNER & BLOCK LLP<br>David J. Bradford<br>Catherine L. Steege<br>Andrew W. Vail<br>353 North Clark Street<br>Chicago, IL 60654<br>(312) 222-9350 |
| TM Retirees | HILLER & ARBAN, LLC<br>Adam Hiller<br>Brian Arban |

| | |
|---|---|
| | 1500 North French Street, 2nd Floor<br>Wilmington, DE 19801<br>(302) 442-7676<br><br>-and-<br><br>TEITELBAUM & BASKIN, LLP<br>Jay Teitelbaum<br>1 Barker Avenue, 3rd Floor<br>White Plains, NY 10601<br>(914) 437-7670 |
| Certain Directors and Officers | CONNOLLY BOVE LODGE & HUTZ LLP<br>Jeffrey C. Wisler<br>Marc J. Phillips<br>The Nemours Building<br>1007 North Orange St., P.O. Box 2207<br>Wilmington, DE 19889<br>(302) 658-9141<br><br>-and –<br><br>GRIPPO & ELDEN LLC<br>George Dougerty<br>John R. McCambridge<br>111 South Wacker Drive<br>Chicago, IL 60606<br>(312) 704-7700 |
| Barclays Bank Plc<br><br>-and -<br><br>Waterstone Capital Management L.P. | LATHAM & WATKINS LLP<br>Robert J. Rosenberg<br>David A. Hammerman<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200 |
| Office of the United States Trustee | David Klauder<br>844 N. King St., Room 2207<br>Lockbox #35<br>Wilmington, DE 19899<br>(302) 573-6491 |

Dated:  July 23, 2012
       Wilmington, Delaware

Respectfully submitted,

KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP

BIFFERATO GENTILOTTI LLC

     /s/ *Garvan F. McDaniel*

David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
212-506-1700

Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302-429-1900

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

McCARTER & ENGLISH, LLP
David J. Adler
245 Park Avenue
New York, New York 10167
212-609-6800

McCARTER & ENGLISH, LLP

     /s/ Katharine L. Mayer

Katharine L. Mayer (I.D. No. 3758)
Renaissance Centre
405 N. King Street
Wilmington, Delaware 19801
302-984-6300

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*