## **CERTIFICATE OF SERVICE**

I, Garvan F. McDaniel, hereby certify that on this 23rd day of July, 2012, I caused a copy of the foregoing *Notice of Appeal* to be served upon those listed on the attached service list *via* United States First Class Mail.

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (No. 4167)