Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>SIDLEY AUSTIN LLP<br>ATTN: KENNETH P. KANSA ESQ.<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 |
| **VIA FIRST CLASS U.S. MAIL**<br>ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: COREY SMITH BOTT, BRIAN G. ESDERS<br>809 GLENEAGLES COURT, SUITE 320<br>BALTIMORE, MD 21286 | **VIA FIRST CLASS U.S. MAIL**<br>ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: MEGHAN C. HORN, ESQ.<br>809 GLENEAGLES COURT, SUITE 320<br>TOWSON, MD 21286 |
| **VIA FIRST CLASS U.S. MAIL**<br>ACXIOM CORPORATION<br>ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL<br>301 E. DAVE WARD DRIVE<br>P.O. BOX 2000<br>CONWAY, AR 72033-2000 | **VIA FIRST CLASS U.S. MAIL**<br>GORLICK, KRAVITZ & LISTHAUS, P.C.<br>ATTN: BARBARA S. MEHLSACK<br>17 STATE STREET, 4TH FLOOR<br>NEW YORK, NEW YORK 10004 |
| **VIA FIRST CLASS U.S. MAIL**<br>ALLISON, SLUTSKY & KENNEDY, PC<br>ANGIE M. COWAN<br>230 W MONROE ST, STE 2600<br>CHICAGO, IL 60606 | **VIA FIRST CLASS U.S. MAIL**<br>ANDREW S. CONWAY, ESQUIRE<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304 |
| **VIA FIRST CLASS U.S. MAIL**<br>ARCHER & GREINER, PC<br>JOHN V. FIORELLA, ESQ.<br>300 DELAWARE AVE, STE 1370<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ASKOUNIS & DARCY, PC<br>ATTN: THOMAS V. ASDOUNIS, ESQ.<br>401 NORTH MICHIGAN AVENUE, STE 550<br>CHICAGO, IL 60611 |
| | **VIA FIRST CLASS U.S. MAIL**<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>ATTN. GEORGE R. MESIRES, ESQ.<br>200 WEST MADISON ST., SUITE 3900<br>CHICAGO, IL 60606 |
| **VIA FIRST CLASS U.S. MAIL**<br>BARNES & THORNBURG LLP<br>ATTN: DAVID M. POWLEN<br>1000 NORTH WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>BARTLETT HACKETT FEINBERG PC<br>FRANK F. MCGINN (MA BBO# 564729)<br>155 FEDERAL ST, 9TH FL<br>BOSTON, MA 02110 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>BELKIN BURDEN WENIG & GOLDMAN, LLP<br>ATTN: JOSHUA G. LOSARDO, ESQ.<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | **VIA FIRST CLASS U.S. MAIL**<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br>ATTN. DAVID M. NEUMANN, ESQUIRE<br>200 PUBLIC SQUARE SUITE 2300<br>CLEVELAND, OH 44114-2378 |
| **VIA FIRST CLASS U.S. MAIL**<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br>ATTN. JENNIFER R. HOOVER, ESQ.<br>222 DELAWARE AVENUE, SUITE 801<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>BIFFERATO LLC<br>ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.<br>800 N. KING STREET, PLAZA LEVEL<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN<br>& GOOD MAN, LLP<br>150 S. RODEO DRIVE, 3RD FLOOR<br>BEVERLY HILLS, CA 90212 | **VIA FIRST CLASS U.S. MAIL**<br>BROWARD COUNTY<br>ATTN: JEFFREY J. NEWTON<br>COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 |
| **VIA FIRST CLASS U.S. MAIL**<br>BROWN RUDNICK LLP<br>ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | **VIA FIRST CLASS U.S. MAIL**<br>BROWN STONE NIMEROFF LLC<br>ATTN. JAMI B. NIMEROFF, ESQ.<br>901 N. MARKET STREET, SUITE 1300<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | **VIA FIRST CLASS U.S. MAIL**<br>BUCHALTER NEMER<br>PAMELA KOHLMAN WEBSTER<br>1000 WILSHIRE BOULEVARD, SUITE 1500<br>LOS ANGELES, CA 90017-2457 |
| **VIA FIRST CLASS U.S. MAIL**<br>BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FL<br>SAN FRANCISCO, CA 94105-2126 | **VIA FIRST CLASS U.S. MAIL**<br>CALLAHAN & BLAINE<br>ATTN: EDWARD SUSOLIK, ESQUIRE<br>3 HUTTON DRIVE, NINTH FLOOR<br>SANTA ANA, CA 92707 |
| **VIA FIRST CLASS U.S. MAIL**<br>CANON USA, INC<br>ATTN RUTH WIENSTEIN<br>1 CANON PLAZA<br>NEW HYDE PARK, NY 11042 | **VIA FIRST CLASS U.S. MAIL**<br>CAPITALSOURCE FINANCE LLC<br>ATTN: JOANNE FUNGAROLI, ESQ.<br>4445 WILLARD AVENUE, 12TH FLOOR<br>CHEVY CHASE, MD 20815 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
CHADBOURNE & PARKE LLP
ATTN HOWARD SEIFE,ESQ., DAVID M. LEMAY, ESQ.,
DOGULAS E. DEUTSCH, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**VIA FIRST CLASS U.S. MAIL**
CHARLES E. DAVIDOW
2001 K. STREET, N.W.
WASHINGTON, DC 20006-1047

**VIA FIRST CLASS U.S. MAIL**
CHRISTINE Z. HERI
UNITED STATES DEPARTMENT OF LABOR
230 SOUTH DEARBORN, ROOM 844
CHICAGO, IL 60604

**VIA FIRST CLASS U.S. MAIL**
CIARDI CIARDI & ASTIN
DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ.,
MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, STE 700
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
CITICORP NORTH AMERICA, INC
750 WASHINGTON BLVD.
STAMFORD, CT 06901-3722

**VIA FIRST CLASS U.S. MAIL**
COHEN WEISS & SIMON LLP
ATTN BABETTE A CECCOTI
330 WEST 42ND STREET
NEW YORK, NY 10036

**VIA FIRST CLASS U.S. MAIL**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.
THE BRADYWINE BUILDING - 17TH FLOOR
1000 WEST STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
COOCH & TAYLOR PA
ATTN: SUSAN E. KAUFMAN, ESQ.
1000 WEST STREET, 10TH FLOOR
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
COTCHETT, PITRE & MCCARTHY
ATTN: PHILIP GREGORY, ESQ.
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA 94010

**VIA FIRST CLASS U.S. MAIL**
COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1400
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
CROSS & SIMON LLC
ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS
919 NORTH MARKET STREET 11TH FLOOR
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
THOMPSON & KNIGHT LLP
ATTN. MICHAEL V. BLUMENTHAL, ESQ.
900 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10022

**VIA FIRST CLASS U.S. MAIL**
DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
ROCHESTER, NY 14604

Case 08-13141-BLS    Doc 12083-2    Filed 07/23/12    Page 4 of 13

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
NEW YORK, NY 10017

**VIA FIRST CLASS U.S. MAIL**
DUANE MORRIS LLP
ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS
222 DELAWARE AVENUE, SUITE 1600
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
ECKERT, SEAMANS, CHERIN & MELLOT, LLC
ATTN. MARGARET F. ENGLAND, ESQUIRE
300 DELAWARE AVENUE, SUITE 1210
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN, ESQ.
919 N. MARKET ST, STE 1500
(COUNSEL TO BARCLAYS BANK PLC)
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
ELLIOTT GREENLEAF
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
BEVERLY HILLS, CA 90212

**VIA FIRST CLASS U.S. MAIL**
FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306

**VIA FIRST CLASS U.S. MAIL**
FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK
SUITE 2800
CHICAGO, IL 60610-4500

**VIA FIRST CLASS U.S. MAIL**
FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60654

**VIA FIRST CLASS U.S. MAIL**
FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
200 INTERNATIONAL DR. #1
BUDD LAKE, NJ 07828-4304

**VIA FIRST CLASS U.S. MAIL**
FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ. &
DEVON J. EGGERT, ESQ.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

**VIA FIRST CLASS U.S. MAIL**
FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1901 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067

**VIA FIRST CLASS U.S. MAIL**
FURMAN GREGORY LLC
DONALD R. FURMAN JR.
75 FEDERAL ST, 9TH FL
BOSTON, MA 02110

Case 08-13141-BLS    Doc 12083-2    Filed 07/23/12    Page 5 of 13

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN, JR.<br>LAW OFFICES OF RONALD K. BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | **VIA FIRST CLASS U.S. MAIL**<br>GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 |
| **VIA FIRST CLASS U.S. MAIL**<br>GOHN HANKEY & STICHEL LLP<br>ATTN JAN I BERLAGE<br>201 NORTH CHARLES STREET<br>BALTIMORE, MD 21201 | **VIA FIRST CLASS U.S. MAIL**<br>GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.<br>ATTN. BRIAN M. DOUGHERTY<br>835 MCCLINTOCK DRIVE, SECOND FLOOR<br>WILLOWBROOK, IL 60527 |
| **VIA FIRST CLASS U.S. MAIL**<br>GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>EDWARD J. TREDINNICK, ESQ.<br>FOUR EMBARCARCADERO CENTER, STE 4000<br>SAN FRANCISCO, CA 94111 | **VIA FIRST CLASS U.S. MAIL**<br>HARRIS CORPORATION<br>ANTHONY DEGLOMINE, III<br>1025 W. NASA BLVD<br>MAIL STOP A-11A<br>MELBOURNE, FL 32919 |
| **VIA FIRST CLASS U.S. MAIL**<br>HENNIGAN, BENNETT & DORMAN, LLP<br>ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA D. MORSE, ESQS.<br>865 SOUTH FIGUEROA STREET, SUITE 2900<br>LOS ANGELES, CA 90017 | **VIA FIRST CLASS U.S. MAIL**<br>HERRICK FEINSTEIN LLP<br>ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 |
| **VIA FIRST CLASS U.S. MAIL**<br>HEWLETT-PACKARD COMPANY<br>ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY<br>12610 PARK PLAZA DR., STE 100<br>CERRITOS, CA 90703-9362 | **VIA FIRST CLASS U.S. MAIL**<br>HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL<br>11311 CHINDEN BLVD.<br>MAILSTOP 314<br>BOISE, ID 83714-0021 |
| **VIA FIRST CLASS U.S. MAIL**<br>HOGAN & HARTSON LLP<br>ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>HOWARD COUNTY OFFICE OF LAW<br>ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 |
| **VIA FIRST CLASS U.S. MAIL**<br>IBM CORPORATION<br>ATTN BEVERLY H SHIDELER<br>TWO LINCOLN CENTRE<br>VILLA PARK, IL 60181 | **VIA FIRST CLASS U.S. MAIL**<br>INTERNAL REVENUE SERVICE<br>ATTN: ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 | **VIA FIRST CLASS U.S. MAIL**<br>J. SCOTT DOUGLASS<br>909 FANNIN, SUITE 1800<br>HOUSTON, TX 77010 |
| **VIA FIRST CLASS U.S. MAIL**<br>JD THOMPSON LAW<br>ATTN: JUDY D. THOMPSON<br>P.O. BOX 33127<br>CHARLOTTE, NC 28233 | **VIA FIRST CLASS U.S. MAIL**<br>ELKINS KALT WEINTRAUB REUEN GARTSIDE LLP<br>ATTN: KEITH D. ELKINS, ESQ.<br>2049 CENTURY PARK EAST, SUITE 2700<br>LOS ANGELES, CA 90067 |
| **VIA FIRST CLASS U.S. MAIL**<br>JP MORGAN CHASE BANK, NA AS AGENT<br>1111 FANNIN, 10TH FLOOR<br>HOUSTON, TX 77002 | **VIA FIRST CLASS U.S. MAIL**<br>K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022-6030 |
| **VIA FIRST CLASS U.S. MAIL**<br>K&L GATES LLP<br>CHARLES R. SMITH, ESQ.<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312 | **VIA FIRST CLASS U.S. MAIL**<br>KAMAKAZEE KIWI COPORATION<br>3835-R EAST<br>THOUSDAN OAKS BLVD. #343<br>THOUSAND OAKS, CA 91362 |
| **VIA FIRST CLASS U.S. MAIL**<br>KAYE SCHOLER LLP<br>ATTN: MARGO B SCHONHOLTZ, ESQ<br>MADLYN GLEICH PRIMOFF, ESQ<br>425 PARK AVE<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>KELLEY DRYE & WARREN LLP<br>ERICK R. WILSON, ESQ.<br>HOWARD S.STEEL, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| **VIA FIRST CLASS U.S. MAIL**<br>KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: KENNETH N. KLEE, ESQ.<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 | **VIA FIRST CLASS U.S. MAIL**<br>KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 |
| **VIA FIRST CLASS U.S. MAIL**<br>LANDIS RATH & COBB LLP<br>COUNSEL FOR THE UNSECURED CREDITORS' COMM<br>ATTN ADAM G LANDIS & MATTHEW B MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>LESLIE A. COHEN, ESQUIRE<br>LESLIE COHEN LAW, PC<br>506 SANTA MONICA BLVD., SUITE 200<br>SANTA MONICA, CA 90401 |

Case 08-13141-BLS    Doc 12083-2    Filed 07/23/12    Page 7 of 13

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS.
476 9th STREET
OAKLAND, CA 94607-4048

**VIA FIRST CLASS U.S. MAIL**
LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

**VIA FIRST CLASS U.S. MAIL**
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
COUNSEL TO HARRIS COUNTY
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

**VIA FIRST CLASS U.S. MAIL**
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
STE 1600
DALLAS, TX 75201

**VIA FIRST CLASS U.S. MAIL**
LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A.
ATTN: ZACHARY J. BANCROFT, EST.
450 S. ORANGE AVE, SUITE 800
ORLANDO, FL 32801

**VIA FIRST CLASS U.S. MAIL**
MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
682 E. SWEDESFORD ROAD
WAYNE, PA 19087

**VIA FIRST CLASS U.S. MAIL**
MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

**VIA FIRST CLASS U.S. MAIL**
MCCARTER & ENGLISH, LLP
ATTN: DAVID ADLER, ESQ.
G. AMANDA MALLAN, ESQ.
245 PARK AVE, 27TH FL
NEW YORK, NY 10167

**VIA FIRST CLASS U.S. MAIL**
MCCARTER & ENGLISH, LLP
ATTN: KATHARINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 N. MARKET STREET, 8TH FL
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
MCGUIRE WOODS LLP
ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

**VIA FIRST CLASS U.S. MAIL**
MCPHARLIN SPRINKLES & THOMAS, LLP
ATTN. ELAIN M. SEID
10 ALMADEN BLVD., SUITE 1460
SAN JOSE, CA 95113

**VIA FIRST CLASS U.S. MAIL**
MESSANA ROSNER & STERN, LLP
FREDERICK B. ROSNER, ESQ.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. WALDMEIR, ASSISTANT ATTORNEY GENERAL
STATE OF MICHIGAN, DEPT. OF TREASURY
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>MICHAEL SCHLOSS<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 | **VIA FIRST CLASS U.S. MAIL**<br>MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670, PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| **VIA FIRST CLASS U.S. MAIL**<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.<br>ATTN. RACHEL B. MERSKY, ESQUIRE<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | |
| **VIA FIRST CLASS U.S. MAIL**<br>MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC<br>ATTN: COLLEEN E. MCMANUS<br>191 NORTH WACKER DRIVE, STE 1800<br>CHICAGO, IL 60606 | **VIA FIRST CLASS U.S. MAIL**<br>NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 |
| **VIA FIRST CLASS U.S. MAIL**<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY<br>333 EAST WASHINGTON ST., 3RD FLOOR<br>SYRACUSE, NY 13202 | **VIA FIRST CLASS U.S. MAIL**<br>NOLAN, PLUMHOFF & WILLIAMS, CHARTERED<br>ATTN. ROBERT L. HANLEY, JR. ESQUIRE<br>SUITE 700, NOTTINGHAM CENTRE<br>502 WASHINGTON AVENUE<br>TOWSON, MD 21204 |
| **VIA FIRST CLASS U.S. MAIL**<br>O'MELVENY & MYERS LLP<br>ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR, & STEVEN A. ROSENSTEIN, ESQS.<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | **VIA FIRST CLASS U.S. MAIL**<br>O'MELVENY & MYERS LLP<br>ATTN: EVAN M. JONES, ESQ.<br>400 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071 |
| **VIA FIRST CLASS U.S. MAIL**<br>OFFICE OF ATTORNEY GENERAL<br>ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 | **VIA FIRST CLASS U.S. MAIL**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>JOSEPH J. MCMAHON, JR., ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS.<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: STEPHEN P. LAMB & JOHN P. DITOMO<br>500 DELAWARE AVE, SUITE 200<br>P.O. BOX 32<br>WILMINGTON, DE 19899-0032 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP
ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA, & STUART MCPHAIL
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

**VIA FIRST CLASS U.S. MAIL**
PENSION BENEFIT GUARANTY CORPORATION
ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

**VIA FIRST CLASS U.S. MAIL**
PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
WILMINGTON, DE 19806

**VIA FIRST CLASS U.S. MAIL**
ZWERDLKING PAUL KAHN & WOLLY PC
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420

**VIA FIRST CLASS U.S. MAIL**
PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: ADAM HILLER & DONNA HARRIS
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
HERCULES PLAZA
1313 N MARKET ST
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
POYNER SPRUILL LLP
JUDY D. THOMPSON, ESQ.
301 SOUTH COLLEGE STREET, STE 2300
CHARLOTTE, NC 28202

**VIA FIRST CLASS U.S. MAIL**
PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ.
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES, CA 90067

**VIA FIRST CLASS U.S. MAIL**
QUARLES & BRADY LLP
LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ.
300 NORTH LASALLE STREET, STE 400
CHICAGO, IL 60654-3422

**VIA FIRST CLASS U.S. MAIL**
RICHARDS, LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQ.
KATISHA D. FORTUNE, ESQ.
920 NORTH KING STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
RIDDELL WILLIAMS, P.S.
ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192

**VIA FIRST CLASS U.S. MAIL**
ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
875 THIRD AVENUE, 9TH FL
NEW YORK, NY 10022

**VIA FIRST CLASS U.S. MAIL**
RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>RUSKIN MOSCOU FALTISCHEK, P.C.<br>ATTN. MICHAEL S. AMATO, ESQ.<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 | **VIA FIRST CLASS U.S. MAIL**<br>SAUL EWING LLP<br>ATTN: MARK MINUTI, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1200<br>WILMINGTON, DE 19801 |
| | **VIA FIRST CLASS U.S. MAIL**<br>SECURITIES AND EXCHANGE COMMISSION (SEC)<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| **VIA FIRST CLASS U.S. MAIL**<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>ATTN: R.KARL HILL, ESQ.<br>222 DELAWARE AVENUE, STE 1500<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>SHIPMAN & GOODWIN LLP<br>ATTN. JULIE A. MANNING, ESQ.<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 |
| **VIA FIRST CLASS U.S. MAIL**<br>SIRLIN GALLOGLY & LESSER, P.C.<br>123 S BROAD ST #2100<br>PHILADELPHIA, PA 191091029 | **VIA FIRST CLASS U.S. MAIL**<br>SQUIRE, SANDERS & DEMPSEY LLP<br>ATTN: KELLY SINGER, ESQ.<br>TWO RENAISSANCE SQUARE<br>40 NORTH CENTRAL AVE, STE 2700<br>PHOENIX, AZ 85004-4498 |
| **VIA FIRST CLASS U.S. MAIL**<br>STEMPEL BENNETT CLAMAN & HOCHBERG PC<br>COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD<br>ATTN EDMOND P O'BRIEN ESQ<br>675 THIRD AVENUE 31ST FLOOR<br>NEW YORK, NY 10017 | **VIA FIRST CLASS U.S. MAIL**<br>STUART MAUE<br>ATTN: JOHN L. DECKER<br>FEE EXAMINER<br>3840 MCKELVEY RD<br>ST. LOUIS, MO 63044 |
| **VIA FIRST CLASS U.S. MAIL**<br>TEITELBAUM & BASKIN, LLP<br>ATTN: JAY TEITELBAUM<br>3 BARKER AVENUE, THIRD FLOOR<br>WHITE PLAINS, NY 10601 | **VIA FIRST CLASS U.S. MAIL**<br>THE REIMANN LAW GROUP<br>ATTN. DAVID W. REIMANN, ESQUIRE<br>1960 EAST GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 |
| **VIA FIRST CLASS U.S. MAIL**<br>THE SEAPORT GROUP LLC<br>ATTN SCOTT FRIEDBERG<br>360 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10017 | **VIA FIRST CLASS U.S. MAIL**<br>TOOD M. HOEPKER, ESQ.<br>POST OFFICE BOX 3311<br>ORLANDO, FL 32802-3311 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>TRAVELERS<br>NATIONAL ACCOUNTS<br>1 TOWER SQUARE-5MN<br>HARTFORD, CT 06183-4044 | **VIA FIRST CLASS U.S. MAIL**<br>TRESSLER SODERSTORM MALONEY & PRESS, LLP<br>ATTN. JACQUELINE A. CRISWELL<br>SEARS TOWER, 22ND FLOOR<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606-6314 |
| **VIA FIRST CLASS U.S. MAIL**<br>TWENTIETH TELEVISION, INC.<br>ATTN: JODIE REA<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2121 AVENUE OF THE STARS, SUITE 1754<br>LOS ANGELES, CA 90067 | **VIA FIRST CLASS U.S. MAIL**<br>TYBOUT REDFEARN AND PELL<br>ATTN. SHERRY RUGGIERO FALLON<br>750 SHIPYARD DRIVE, SUITE 400<br>P.O. BOX 2092<br>WILMINGTON, DE 19899-2092 |
| **VIA FIRST CLASS U.S. MAIL**<br>U.S. DEPARTMENT OF JUSTICE<br>ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION<br>555 4TH ST. NW ROOM 6110, P.O. BOX 227<br>WASHINGTON, DC 20044 | **VIA FIRST CLASS U.S. MAIL**<br>UNISYS CORPORATION<br>ATTN. JANET FITZPATRICK, LEGAL ASSISTANT<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA 19424 |
| **VIA FIRST CLASS U.S. MAIL**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MATTHEW J. TROY, ESQ.<br>1100 L STREET, N.W.<br>ROOM 10006<br>WASHINGTON, DC 20530 | **VIA FIRST CLASS U.S. MAIL**<br>UNITED STATES DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>ELIZABETH S. GOLDBERG, ESQUIRE<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 |
| **VIA FIRST CLASS U.S. MAIL**<br>UNITED STATES TREASURY<br>OFFICE OF THE TREASURER<br>1500 PENNSYLVANIA AVENUE, NW<br>ROOM 2134<br>WASHINGTON, DC 20220 | **VIA FIRST CLASS U.S. MAIL**<br>US ATTORNEY'S OFFICE<br>ELLEN W. SLIGHTS, ESQ<br>1201 MARKET ST, SUITE 1100<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>VORYS SATER SEYMOUR & PEASE LLP<br>AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES<br>ATTN TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | **VIA FIRST CLASS U.S. MAIL**<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>ATTN: TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 |
| **VIA FIRST CLASS U.S. MAIL**<br>WARNER BROS. TELEVISION DISTRIBUTION, INC.<br>ATTN: WAYNE M. SMITH, ESQ.<br>4000 WARNER BLVD.<br>BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | **VIA FIRST CLASS U.S. MAIL**<br>WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L<br>ATTN: DOUGLAS R. GONZALES, ESQUIRE<br>200 EAST BROWARD BOULEVARD, ST. 1900<br>FORT LAUDERDALE, FL 33301 |

Case 08-13141-BLS    Doc 12083-2    Filed 07/23/12    Page 12 of 13

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>WHITE & CASE LLP<br>ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS.<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787 | **VIA FIRST CLASS U.S. MAIL**<br>WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA<br>ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 |
| **VIA FIRST CLASS U.S. MAIL**<br>WILLKIE FARR & GALLAGHER LLP<br>ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | **VIA FIRST CLASS U.S. MAIL**<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: ANDREW GOLDMAN, ESQ.<br>399 PARK AVENUE<br>NEW YORK, NY 10022 |
| **VIA FIRST CLASS U.S. MAIL**<br>WILMINGTON TRUST COMPANY<br>ATTN. PATRICK J. HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| **VIA FIRST CLASS U.S. MAIL**<br>BRUCE BENNETT, ESQ.<br>JONES DAY<br>555 SOUTH FLOWER STREET<br>FIFTIETH FLOOR<br>LOS ANGELES, CA 90071 | **VIA FIRST CLASS U.S. MAIL**<br>DAVID BRADFORD<br>JENNER & BLOCK<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 |
| **VIA FIRST CLASS U.S. MAIL**<br>RICK A. STEINBERG<br>CIARDI, CIARDI & ASTIN<br>100 CHURCH STREET, 8TH FLOOR<br>NEW YORK, NY 10007 | **VIA FIRST CLASS U.S. MAIL**<br>JOHN K. SHERWOOD<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 |
| **VIA FIRST CLASS U.S. MAIL**<br>CHRISTOPHER J. KELLER<br>LABATON SUCHAROW LLP<br>140 BROADWAY<br>NEW YORK, NY 10005 | **VIA FIRST CLASS U.S. MAIL**<br>ANTRANIG GARIBIAN<br>STRADLEY, RONAN, STEVENS & YOUNG, LLP<br>1000 N.WEST STREET<br>SUITE 1278<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>RAFAEL X. ZAHRALDDIN-ARAVENA<br>JONATHAN M. STEMERMAN<br>ELLIOTT GREENLEAF<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ARTHUR J. STEINBERG<br>KING & SPALDING LLP<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10036 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
KIMBERLY BACHER
SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60610

**VIA FIRST CLASS U.S. MAIL**
MANATT, PHELPS & PHILLIPS, LLP
IVAN L. KALLICK
ILEANA M. HERNANDEZ
11355 WEST OLYMPIC BOULEVARD
LOS ANGELES, CA 90064

**VIA FIRST CLASS U.S. MAIL**
WILIAM J. BARRETT
RAY G. REZNER
ROGER H. STETSON
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 WEST MADISON STREET, SUITE 3900
CHICAGO, IL 60606

**VIA FIRST CLASS U.S. MAIL**
JOSEPH KOTS
COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET
ROOM 203
READING, PA 19602-1152

**VIA FIRST CLASS U.S. MAIL**
W. BRADLEY RUSSELL
TRIAL ATTORNEY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 227
BEN FRANKLIN STATION
WASHINGTON, D.C. 20044