**CERTIFICATE OF SERVICE**

I, Garvan F. McDaniel, hereby certify that on this 23rd day of July, 2012, I caused a copy of the foregoing *Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Pursuant to 28 U.S.C. §§ 158(d)(2) and Fed. R. Bankr. P. 8001(f) Requesting Certification of Direct Appeal to United States Court of Appeals for Third Circuit of the Unfair Discrimination Issue in the Allocation Disputes Order as Incorporated in the Order and Memorandum Opinion on Confirmation* to be served upon those listed on the attached service list *via* United States First Class Mail.

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)