# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| TRIBUNE COMPANY, *et al.,* | : Case No. 08-13141 (KJC) |
| | : Jointly Administered |
| Debtors. | : |
| | : **Proposed Objection Deadline: To be determined.** |
| | : **Proposed Hearing Date: To be determined.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 23, 2012, Law Debenture Trust Company of New York ("Law Debenture") and Deutsche Bank Trust Company Americas ("Deutsche Bank") filed the attached *Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas for Stay Pending Appeal of Confirmation Order* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that Law Debenture and Deutsche Bank have requested a hearing on the Motion on shortened notice. Objections or responses to the Motion, if any, are required to be filed on or before a date and time to be determined by the Bankruptcy Court, for which further notice will be provided (the "Objection Deadline"). Any responses or objections to the Motion shall be filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held at date and time to be determined before the Honorable Kevin J. Carey, Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 23, 2012

BIFFERATO GENTILOTTI LLC

*/s/ Garvan F. McDaniel*
Garvan McDaniel (No. 4167)
Mary E. Augustine (No. 4477)
800 N. King Street, Plaza Level
Wilmington, DE  19801
Telephone: (302) 429-1900
Facsimile (302) 429-8600
gmcdaniel@bglawde.com
maugustine@bglawde.com

-and-

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

*Attorneys for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*