IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
In re:                          :
                                : Chapter 11
TRIBUNE COMPANY, et al.,        :
                                : Case No. 08-13141 (KJC)
           Debtors.             :
                                : (Jointly Administered)
                                :
                                :
                                :
------------------------------- x

### ORDER GRANTING MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS FOR STAY PENDING APPEAL OF CONFIRMATION ORDER

Upon the Motion[1] dated July 23, 2012, of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas (the "Appellants") for entry of an order staying consummation of the Confirmation Order pending the appeal; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 11 U.S.C. § 1334; and it appearing that venue of this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O); and the Court having reviewed and considered the Motion and any responses thereto; and a hearing (the "Hearing") in respect of the Motion having been held on July __, 2012; and adequate and sufficient notice of the Motion and the Hearing having been given to parties in interest; and after due deliberation thereon; it is hereby

ORDERED that the motion is granted; and it is further

---

[1] The term "Motion," as used herein, refers to and means *Motion Of Law Debenture Trust Company Of New York And Deutsche Bank Trust Company Americas For Stay Pending Appeal Of Confirmation Order*, dated July 23, 2012. Capitalized terms used herein and not otherwise defined herein shall have the respective meanings ascribed to them in the Motion.

ORDERED that the consummation of the DCL Plan shall be stayed pending final resolution of Appellants' appeal; and it is further

ORDERED that, notwithstanding any rule to the contrary, this order shall take effect immediately upon entry; and it is further

ORDERED that this Court shall retain jurisdiction to resolve any disputes arising under or related to this Order and to interpret, implement and enforce the provisions of this Order.

Dated: July __, 2012
Wilmington, Delaware

_____
United States Bankruptcy Judge