IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                       :
                                                             :  Chapter 11
                                                             :
TRIBUNE COMPANY, et al.,                                     :
                                                             :  Case No. 08-13141 (KJC)
              Debtors.                                       :
                                                             :  (Jointly Administered)
                                                             :
                                                             :  RE: D.I. ____
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ORDER SCHEDULING EXPEDITED HEARING AND SHORTENING NOTICE
REGARDING LAW DEBENTURE TRUST COMPANY OF NEW YORK'S AND
DEUTSCHE BANK TRUST COMPANY AMERICAS' (A) MOTION FOR LIMITED
STAY PENDING APPEAL OF CONFIRMATION ORDER AND (B) MOTION
FOR CERTIFICATION OF DIRECT APPEAL OF CONFIRMATION ORDER**

Upon consideration of the *Motion to Schedule Expedited Hearing and Shorten Notice Regarding Law Debenture Trust Company of New York's and Deutsche Bank Trust Company Americas' (A) Motion for Limited Stay Pending Appeal of Confirmation Order and (B) Motion for Certification of Direct Appeal of Confirmation* Order, dated July 23, 2012 (the "Motion");[1] and it appearing that the Court has jurisdiction to consider the Motion pursuant to 11 U.S.C. § 1334; and it appearing that venue of this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O); and the Court having reviewed and considered the Motion; and after due deliberation thereon; it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that parties shall file and serve objections to the Stay Motion and Certification Motion, if any, no later than _____; and it is further

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion to Shorten.

ORDERED that the hearing with respect to the Stay Motion and Certification Motion and any objections thereto shall take place on _____; and it is further

ORDERED that this Order shall be effective and enforceable immediately upon entry; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July __, 2012

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge