**CERTIFICATE OF SERVICE**

I, Garvan F. McDaniel, hereby certify that on this 23rd day of July, 2012, I caused a copy of the foregoing *Motion to Schedule Expedited Hearing and Shorten Notice Regarding Law Debenture Trust Company of New York's and Deutsche Bank Trust Company Americas' (A) Motion for Limited Stay Pending Appeal of Confirmation Order and (B) Motion for Certification of Direct Appeal of Confirmation Order* to be served upon those listed on the attached service list *via* United States First Class Mail.

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (No. 4167)