IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re:                                              :    Chapter 11 Cases
                                                    :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :    (Jointly Administered)
                                                    :
                            Debtors.                :
                                                    :
------------------------------------------------------x

DECLARATION OF MATTHEW B. STEIN IN SUPPORT OF
LAW DEBENTURE TRUST COMPANY OF NEW YORK'S AND
DEUTSCHE BANK TRUST COMPANY AMERICAS'
CERTIFICATION MOTION AND STAY MOTION

MATTHEW B. STEIN, hereby declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of his knowledge, information and belief:

1. I am an associate in the law firm of Kasowitz, Benson, Torres & Friedman LLP, counsel for Law Debenture Trust Company of New York in the above-referenced bankruptcy case. I make this declaration to present the Court with the attached documents in connection with the *Motion Of Law Debenture Trust Company Of New York And Deutsche Bank Trust Company Americas For Stay Pending Appeal Of Confirmation Order* and the *Motion Of Law Debenture Trust Company Of New York And Deutsche Bank Trust Company Americas Pursuant To 28 U.S.C. § 158(d)(2) And Fed. R. Bankr. P. 8001(f) Requesting Certification Of Direct Appeal To United States Court Of Appeals For Third Circuit Of The Unfair Discrimination Issue In The Allocation Disputes Order As Incorporated In The Order And Memorandum Opinion On Confirmation*, both filed contemporaneously herewith.

2. Attached hereto as Exhibit A is a copy of the *Memorandum Regarding Allocation Disputes*, dated April 9, 2012 [Dkt. No. 11337].

3. Attached hereto as Exhibit B is a copy of the *Order Regarding Allocation*

Disputes, dated April 9, 2012 [Dkt. No. 11338].

4. Attached hereto as Exhibit C is a copy of the *Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan Of Reorganization For Tribune Company And Its Subsidiaries And Denying Clarification* Motion, dated July 13, 2012 [Dkt. No. 12033].

5. Attached hereto as Exhibit D is a copy of the *Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A.*, dated July 23, 2012 [Dkt. No. 12074].

6. Attached hereto as Exhibit E is a copy of the chart titled "Effect of PHONES/EGI Subordination on Initial Distributions," which was admitted into evidence during the hearing on the Allocation Disputes as ADH Ex. 89.

I declare that the following is true and correct to the best of my knowledge, information, and belief.

Dated: July 23, 2012
New York, New York

_____
MATTHEW B. STEIN