**CERTIFICATE OF SERVICE**

    I, Garvan F. McDaniel, hereby certify that on this 23rd day of July, 2012, I caused a copy of the foregoing *Declaration of Matthew B. Stein in Support of Law Debenture Trust Company of New York's and Deutsche Bank Trust Company Americas' Certification Motion and Stay Motion* to be served upon those listed on the attached service list *via* United States First Class Mail.

                                                    */s/ Garvan F. McDaniel*
                                                  Garvan F. McDaniel (No. 4167)