# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company

**Case No.:** 08–13141–KJC

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Aurelius Capital Management filed a Notice of Appeal on 7/23/12 regarding the Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. dated July 23, 2012

The Notice of Appeal may be viewed at docket number 12077 The order on appeal may be viewed at docket number 12074

David D. Bird
CLERK OF COURT

Date: 7/25/12
(VAN–440)