# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**

Tribune Company

**Case No.:**08–13141–KJC

**Chapter:**11

### CLERK'S NOTICE REGARDING FILING OF REQUEST FOR CERTIFICATION OF DIRECT APPEAL

Please be advised that Deutsche Bank Trust Company Americas and Law Debenture Trust Company of New York have filed a Request for Certification of Direct Appeal on 7/23/12 regarding the Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Pursuant to 28 U.S.C. §§ 158(d)(2) and Fed. R. Bankr. P. 8001(f) Requesting Certification of Direct Appeal to United States Court of Appeals for Third Circuit of the Unfair Discrimination Issue in the Allocation Disputes Order as Incorporated in the Order and Memorandum Opinion on Confirmation

The Request may be viewed at docket number 12084 The order on appeal may be viewed at docket number 12074 Responses due by 8/7/12.

David D. Bird
CLERK OF COURT

Date: 7/25/12
(VAN–464)