# Notice Recipients

District/Off: 0311−1  User: KenB  Date Created: 7/25/2012
Case: 08−13141−KJC  Form ID: van464  Total: 25

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | Carl D. Neff | cneff@ciardilaw.com |
| aty | J. Kate Stickles | kstickles@coleschotz.com |
| aty | J. Kate Stickles | kstickles@coleschotz.com |
| aty | John H. Strock, III | jstrock@foxrothschild.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |
| aty | Norman L. Pernick | bankruptcy@coleschotz.com |
| aty | Patricia K. Smoots | psmoots@mcguirewoods.com |
| aty | Patrick J. Reilley | preilley@coleschotz.com |
| aty | Patrick Theodore Garvey | garveyp@jbltd.com |
| aty | Robert S. Brady | bankfilings@ycst.com |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Tribune Company | 435 N. Michigan Avenue   Chicago, IL 60611 |
| aty | Carl D. Neff | Ciardi Ciardi &Astin   919 N. Market Street   Suite 700   Wilmington, DE 19801 U.S.A. |
| aty | Edward Cerasia, II | Seyfarth Shaw LLP   620 Eighth Avenue   32nd Floor   New York, NY 10018 |
| aty | George R. Dougherty | Grippo &Elden LLC   111 S. Wacker Drive   Chicago, IL 60606 |
| aty | Gregory Kopacz | McDermott, Will &Emery LLP   340 Madison Avenue   New York, NY 10173−3922 |
| aty | Holly Snow | Paul Hastings LLP   191 N. Wacker Drive, 30th Floor   Chicago, IL 60606 |
| aty | James F. Conlan | Sidley Austin LLP   One South Dearborn Street   Chicago, IL 60603 |
| aty | Jared D. Zajac | McDermott Will &Emery LLP   340 Madison Avenue   New York, NY 10173−0002 |
| aty | John R. McCambridge | Grippo &Elden   111 S. Wacker Drive   Chicago, IL 60606 |
| aty | Michael W. Kazan | Grippo &Elden LLC   111 S. Wacker Drive   Chicago, IL 60606 |
| aty | O. Andrew F. Wilson | Emery Celli Brinkerhoff &Abady LLP   75 Rockefeller Plaza, 20th Floor   New York, NY 10019 |
| aty | Patrick T. Nash | Grippo &Elden   111 S. Wacker Drive   Chicago, IL 60606 |
| aty | Stephen Novack | Novack and Macey LLP   100 North Riverside Plaza   Chicago, IL 312−419−6900 312−419−6928 |

TOTAL: 13