# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## <u>DECLARATION OF CHRISTOPHER L. MEAZELL</u>

DISTRICT OF COLUMBIA

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Thirty-Seventh Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period June 1, 2012 through June 30, 2012 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Thirty-Seventh Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.     There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.     No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C., this 25th day of July, 2012.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## JUNE 1 - JUNE 30, 2012

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 9.3 | 2,325.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 36.6 | 20,130.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 760 | 34.7 | 26,372.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 390 | 21.5 | 8,385.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 57.5 | 37,375.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 280 | 73.2 | 20,496.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 12.7 | 3,048.00 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); | 450 | 9.7 | 4,365.00 |
| Maureen M. Nagle | Senior Counsel (since 2008); Corporate; 2000 (NY) & 2011 (DC) | 450 | 9.3 | 4,185.00 |
| Christian J. Pena | Paralegal (2005); Communications; n/a | 220 | 3.9 | 858.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 470 | 4.0 | 1,880.00 |
| Kerry E. Stotler | Associate (since 2010); Communications; 2009 (VA) & 2010 | 310 | 12.9 | 3,999.00 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC | 350 | 3.2 | 1,120.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 650 | 24.3 | 15,795.00 |

| David J. Wittenstein | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 700 | 1.0 | 700.00 |

**TOTALS**                                              313.8     **151,033.00**
**BLENDED RATE**                                      **481.3033779**

[1] On January 1, 2012 Dow Lohnes implemented a Firm-wide rate adjustment which impacted one timekeeper working on this matter as follows: Stotler (2012 rate is $310, up from 2011 rate of $290) . The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period. The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2012 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $760 per hour.

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM**
**JUNE 1 - JUNE 30, 2012**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 254.4 | 126,911.00 |
| Fee Applications 08656.0101 | 9.7 | 4,365.00 |
| Broadcast Contracts 08656.0104 | 37.4 | 13,736.00 |
| Fox and Network Agreements 08656.0104:001 | 12.3 | 6,021.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **313.8** | **151,033.00** |

# Ↄ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law                                    T  202.776.2000  F  202.776.2222
Washington, DC | Atlanta, GA | Norman, OK

July 25, 2012                                              Page 1

Tribune Company                                    Invoice 558950
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through June 30, 2012
FCC/Broadcast Matters

| | | |
|---|---|---|
| 06/01/12 | Correspondence with Sidley re FCC process post-confirmation (0.5); review Sidley edits to FCC exhibits (0.4).<br>C. Burrow | 0.90 hrs. |
| 06/01/12 | Review FCC and court timetable and work on outline for FCC meeting with W. Lake (1.0); telephone conference with S. Sheehan re FCC meeting (0.3); review proposed changes to JPMorgan ownership showing (0.4).<br>J. Feore | 1.70 hrs. |
| 06/01/12 | Review satellite application issues in connection with restructuring applications and reduction of required filings (0.4); telephone conference with W. Johnsen (FCC counsel to JPMorgan) re JPMorgan meeting with FCC and changes to restructuring exhibit (0.9); prepare changes to restructuring exhibits to reflect JPMorgan comments and other comments (0.9).<br>J. Logan | 2.20 hrs. |
| 06/01/12 | Check status of earth station assignment applications (0.8); preparation of draft pro-forma applications for wireless licenses (2.8); telephone call to FCC wireless staff regarding same (0.1).<br>L. McCarty (Practice Group Professional) | 3.70 hrs. |
| 06/02/12 | Review proposed changes to restructuring applications (0.5); review waiver and ownership application materials for FCC meetings (0.7).<br>J. Feore | 1.20 hrs. |
| 06/02/12 | Preparation of draft application for pro-forma assignment and transfer of control for earth station licenses.<br>L. McCarty (Practice Group Professional) | 5.20 hrs. |
| 06/03/12 | Preparation of draft applications for pro-forma assignment and | |

Tribune Company                                                    Invoice 558950

|  |  |  |
|---|---|---|
|  | transfer of control for earth station licenses. |  |
|  | L. McCarty (Practice Group Professional) | 4.30 hrs. |
| 06/03/12 | Review re indecency pleadings, tolling agreements and materials and related FCC decisions. |  |
|  | M. Swanson | 2.40 hrs. |
| 06/04/12 | Telephone conferences and correspondence with Alvarez and Sidley re foreign ownership certification issues (1.6); review materials re same (0.5). |  |
|  | C. Burrow | 2.10 hrs. |
| 06/04/12 | Review updated restructuring applications for non-broadcast licenses (0.7); telephone conference with counsel for JPMorgan and Oaktree re FCC meeting (0.3); conference with counsel for Committee re FCC applications (0.2). |  |
|  | J. Feore | 1.20 hrs. |
| 06/04/12 | Revise proposed changes in restructuring applications from J. Langdon (Sidley) (0.6); review issues re status of tolling agreements (0.2); prepare correspondence to S. Kaufman re non-standard response to request for questionnaire (0.9); telephone conference with K. Mills re restructuring transactions (0.3); prepare revised exhibit for satellite earth stations (0.5). |  |
|  | J. Logan | 2.50 hrs. |
| 06/04/12 | Research regarding missing wireless licenses for Tribune Television Northwest (1.2); review and reply to correspondence from client regarding same (0.4); preparation of draft of amendments to wireless applications (3.7). |  |
|  | L. McCarty (Practice Group Professional) | 5.30 hrs. |
| 06/04/12 | Review re House "Future of Audio" hearing and email to E. Washburn (0.2); review re tolling agreements (0.4). |  |
|  | M. Swanson | 0.60 hrs. |
| 06/05/12 | Review confirmation pleadings for FCC timing issues (1.4); review timing issues re FCC restructuring transactions (0.7); correspondence with Sidley re same (0.6); telephone conference and correspondence with Alvarez re foreign ownership certification issues (1.2); revise FCC restructuring applications (0.8). |  |
|  | C. Burrow | 4.70 hrs. |
| 06/05/12 | Telephone conference with counsel for Committee re FCC meeting (0.2); telephone conference with D. Eldersveld re FCC meeting (0.2); telephone conference with counsel for JPMorgan and Oaktree re FCC meeting (0.5); work on issues for FCC staff meeting re exit applications (1.2). |  |
|  | J. Feore | 2.10 hrs. |
| 06/05/12 | Prepare response to correspondence from J. Langdon (Sidley) re proposed changes to restructuring applications (0.9); prepare public |  |

Tribune Company                                                      Invoice 558950

|  | interest statement for restructuring application (0.7).<br>J. Logan | 1.60 hrs. |
|---|---|---|
| 06/05/12 | Review revised restructuring comprehensive exhibit for media applications (0.8); review revised restructuring comprehensive exhibit for satellite applications (0.8); review draft wireless application amendments and edit same (3.1).<br>L. McCarty (Practice Group Professional) | 4.70 hrs. |
| 06/06/12 | Revise FCC restructuring applications (0.9); telephone conference with Sidley re same (0.4); review issues re FCC foreign ownership certifications (0.8); correspondence with Alvarez and Sidley re same (0.9).<br>C. Burrow | 3.00 hrs. |
| 06/06/12 | Prepare for FCC meetings with D. Liebentritt, N. Larsen and S. Sheehan (1.0); meetings at FCC with D. Liebentritt, N. Larsen, S. Sheehan and FCC staff (0.8); meeting at FCC with N. Larsen, S. Sheehan and FCC staff (0.9); report to D. Eldersveld re FCC meetings (0.3); prepare follow-up memorandum and work on full report on meetings (0.5); work on restructuring application issues and timing issues (0.5).<br>J. Feore | 4.00 hrs. |
| 06/06/12 | Revise public interest statement and related exhibits for satellite restructuring applications (0.5); telephone conference with J. Boelter (Sidley) re restructuring applications and stay of bankruptcy confirmation order (0.4); prepare correspondence to J. Langdon re restructuring applications and schedule for filing (0.3); prepare correspondence to E. Washburn (Tribune) re restructuring applications (0.4); analyze and respond to S. Kaufman (Alvarez) re response on foreign ownership certification issues raised by response (0.3).<br>J. Logan | 1.90 hrs. |
| 06/06/12 | Prepare draft pro forma applications for CARS licenses (2.0); telephone call with client regarding renewal of license for two business radio licenses (0.4); telephone call with client regarding status of notice of completion of construction for new business radio license (0.4); review further revised comprehensive exhibit for media restructuring applications (0.6).<br>L. McCarty (Practice Group Professional) | 3.40 hrs. |
| 06/06/12 | Telephone conference with J. Gee (FCC) re status of Enforcement Bureau staff's compilations of pending complaints.<br>M. Swanson | 0.10 hrs. |
| 06/07/12 | Review issues re FCC foreign ownership certifications.<br>C. Burrow | 0.80 hrs. |
| 06/07/12 | Prepare letter to FCC re meeting and update on court proceedings (0.8); work on restructuring applications and changes and prepare |  |

July 25, 2012                                        Page 4

Tribune Company                                      Invoice 558950

for filing (0.7); telephone conference with S. Sheehan re follow-up to FCC meeting (0.3).
J. Feore                                        1.80 hrs.

06/07/12    Revise Wireless Bureau restructuring application exhibits (0.5); revise International Bureau and CARS exhibits for restructuring applications (1.7); telephone conference with J. Langdon (Sidley) re schedule issues in connection with filing of restructuring applications (0.3); prepare draft further amendment to exit applications to reflect restructuring transaction filings (1.6).
J. Logan                                        4.10 hrs.

06/07/12    Edit exhibits for CARS pro-forma restructuring applications (1.1); prepare Form 159's for CARS applications (0.8); prepare signature pages for CARS applications (0.1).
L. McCarty (Practice Group Professional)        2.00 hrs.

06/07/12    Telephone conference with G. Benson (FCC) re status of Enforcement Bureau pending complaints list.
M. Swanson                                      0.10 hrs.

06/08/12    Review proposed revisions to restructuring transactions (0.7); review timing issues re same (0.6); correspondence with Sidley re same (0.8).
C. Burrow                                       2.10 hrs.

06/08/12    Telephone conferences with R. Wiley re FCC meeting and follow-up (0.3); telephone conference with S. Sheehan re FCC meeting (0.3); work on letter report to FCC and finalize and file same with FCC (0.9); work on restructuring applications for FCC (0.7).
J. Feore                                        2.20 hrs.

06/08/12    Telephone conferences with J. Stenger re timing issues arising from hearing (0.5); telephone conferences with J. Bayes re schedule for JPMorgan updates (0.4); review draft ex parte filing re FCC staff meeting (0.3); revise FCC license lists and charts (0.7); prepare procedural sections for satellite, CARS and wireless authorization comprehensive exhibits for restructuring filings (1.6); telephone conference with E. Reed (JPMorgan FCC counsel) re further changes to JPMorgan non-attribution exhibit (0.3); revise exhibits for broadcast, wireless, CARS and satellite applications (1.4).
J. Logan                                        5.20 hrs.

06/08/12    Telephone conferences with G. Benson (FCC) to obtain Enforcement Bureau pending complaints list (4.7); telephone conference with E. Washburn re same (0.2); draft pending complaints chart (1.2).
M. Swanson                                      6.10 hrs.

06/08/12    Review amendments to applications.
S. Anderson (Practice Group Professional)       0.30 hrs.

| | | |
|---|---|---|
| 06/09/12 | Research changes to restructuring applications and modified exhibits for FCC filing (0.6); review timing proposals for filing applications and amending exit applications (0.8); work on follow-up to letter re cost of FCC timing (0.4). | |
| | J. Feore | 1.80 hrs. |
| 06/11/12 | Review Alvarez chart re FCC foreign ownership issues (0.9); telephone conference and correspondence with Sidley and Alvarez re same (1.6). | |
| | C. Burrow | 2.50 hrs. |
| 06/11/12 | Telephone conference with FCC staff and follow-up re ex parte letter (0.2); telephone conference with S. Sheehan re timing issues on FCC motion (0.3); work on additional FCC supplemental filing for applications (0.4). | |
| | J. Feore | 0.90 hrs. |
| 06/11/12 | Review correspondence and charts from S. Kaufman (Alvarez) re resolution of facially defective certifications (0.7); revise proposed notices and restructuring to claimants with facially defective certifications (0.6); telephone conference with S. Kaufman, K. Mills and Alvarez personnel re procedures for seeking additional information from parties with facially defective certifications (1.0); prepare correspondence to E. Reed (FCC counsel to JPMorgan) re coordination of anticipated JPMorgan amendment with exit application amendment on restructuring (0.5). | |
| | J. Logan | 2.80 hrs. |
| 06/11/12 | Revise draft wireless amendment applications (1.2); revise draft Media Bureau amendment applications (2.7); revise draft satellite amendment applications (4.1); prepare draft CARS amendment (0.8); prepare draft exhibits for CARS application (1.1); prepare correspondence to client regarding signatures on Form 159s for CARS amendment (0.3). | |
| | L. McCarty (Practice Group Professional) | 10.20 hrs. |
| 06/11/12 | Review and forward ex parte material to client (0.4); revise pending complaint chart (0.1). | |
| | M. Swanson | 0.50 hrs. |
| 06/12/12 | Review Alvarez chart re foreign ownership groupings (1.3); revise language for Epic re same (1.2). | |
| | C. Burrow | 2.50 hrs. |
| 06/12/12 | Telephone conferences with FCC staff re pending applications and additional filings (0.4); work on additional updates to restructuring applications and filings (0.8). | |
| | J. Feore | 1.20 hrs. |
| 06/12/12 | Telephone conference with E. Reed (JPMorgan counsel) re coordination of additional JPMorgan amendment with anticipated restructuring applications amendment (0.3); telephone conference | |

Tribune Company                                                    Invoice 558950

|  |  |  |
|---|---|---|
|  | with J. Langdon (Sidley) re timing of restructuring applications (0.3); revise organizational charts for restructuring applications (0.3).<br>J. Logan | 0.90 hrs. |
| 06/12/12 | Prepare Form 159s for CARS pro forma applications.<br>L. McCarty (Practice Group Professional) | 0.60 hrs. |
| 06/12/12 | Review and revise Enforcement Bureau chart.<br>M. Swanson | 3.40 hrs. |
| 06/13/12 | Telephone conference with co-proponents' FCC counsel re FCC process and timing (0.5); telephone conferences and correspondence with Sidley and Alvarez re FCC foreign ownership issues (1.5); revise Alvarez language re foreign ownership certification questions re same (0.9).<br>C. Burrow | 2.90 hrs. |
| 06/13/12 | Telephone conference with D. Wiley, J. Bayes, E. Reed and T. Davidson ( lenders' counsel) regarding regulatory status of FCC applications to assign broadcast licenses in bankruptcy.<br>J. Rademacher | 0.50 hrs. |
| 06/13/12 | Telephone conference with R. Wiley re FCC application processing issues (0.3); telephone conference with FCC Media Bureau re application status (0.3); work on preparing restructuring applications for FCC filing and amendments to exit applications (0.7).<br>J. Feore | 1.30 hrs. |
| 06/13/12 | Prepare for conference with counsel to JPMorgan, Angelo Gordon and Oaktree (0.3); telephone conference with FCC counsel to JPMorgan, Angelo Gordon and Oaktree re status of FCC processing (0.5); review foreign ownership certification responses and prepare reply (1.4); telephone conference with S. Kaufman (Alvarez) re instructions to Epiq on problem certificates (0.8); revise wireless, CARS, broadcast and satellite exhibits for restructuring applications (1.8); prepare correspondence to E. Washburn re revised exhibits for restructuring (0.4); telephone conference with J. Langdon (Sidley) re procedural issues in connection with possible changes in restructuring transactions (0.4).<br>J. Logan | 5.60 hrs. |
| 06/13/12 | Prepare for and participate in conference call with Wiley and Akin attorneys re FCC application and status (0.8); review and revise Enforcement Bureau chart (1.0).<br>M. Swanson | 1.80 hrs. |
| 06/14/12 | Prepare materials for FCC restructuring applications (1.9); correspondence with Sidley re same (1.5); correspondence with Sidley and Alvarez re FCC foreign ownership issues (0.9).<br>C. Burrow | 4.30 hrs. |

Tribune Company                                                                  Invoice 558950

| 06/14/12 | Telephone conference with D. Eldersveld re restructuring applications (0.3); telephone conference with D. Liebentritt re FCC applications (0.2); telephone conference with R. Wiley re restructuring applications (0.3); telephone conference with T. Davidson re restructuring applications (0.3); work on restructuring applications and exhibits for FCC filing (1.2). | |
| --- | --- | --- |
| | J. Feore | 2.30 hrs. |

| 06/14/12 | Telephone conference with J. Langdon (Sidley) and D. Eldersveld (Tribune) re restructuring transactions and factors relevant to FCC pre-closing (0.4); revise exhibits for restructuring applications (1.5); review FCC forms and exhibits for restructuring applications in preparation for filing (1.6); prepare correspondence to J. Langdon (Sidley) re company instructions on proceeding with submission of restructuring applications (0.4); prepare and assemble exhibits and order exhibits for completion of applications for restructuring (1.4). | |
| --- | --- | --- |
| | J. Logan | 5.30 hrs. |

| 06/14/12 | Prepare draft pro forma broadcast (0.4), wireless (0.4) and satellite applications (0.6) for client review and approval; prepare draft CARS pro forma application for client review and approval (0.4). | |
| --- | --- | --- |
| | L. McCarty (Practice Group Professional) | 1.80 hrs. |

| 06/15/12 | Finalize and file FCC license assignment applications. | |
| --- | --- | --- |
| | A. Mejia (Practice Group Professional) | 5.00 hrs. |

| 06/15/12 | Revise and file pro forma applications for WPIX, Inc., Tribune Television of New Orleans, Inc., WDCW Broadcasting, Inc., WCCT, Inc. and KPLR, Inc. | |
| --- | --- | --- |
| | C. Pena (Paralegal) | 3.90 hrs. |

| 06/15/12 | Telephone conference with FCC Media Bureau re pending exit applications (0.3); review restructuring applications re filing with FCC and coordination with Bureaus (0.6); telephone conference with JPMorgan counsel re FCC filings (0.2). | |
| --- | --- | --- |
| | J. Feore | 1.10 hrs. |

| 06/15/12 | Review and revise applications and exhibits in connection with final assembly and upload (1.2); review completed application forms and filing protocols (1.4); telephone conference with FCC staff coordinators in broadcast, wireless, CARS and satellite re submission of restructuring filings (0.4); prepare correspondence to FCC counsel for petitioners to deny re copies of broadcast restructuring filings (0.3); revise draft amendment to exit applications to reflect filing of restructuring applications (0.6). | |
| --- | --- | --- |
| | J. Logan | 3.90 hrs. |

| 06/15/12 | Finalize and submit Media Bureau (3.4), Wireless Bureau (0.8), Satellite Bureau (3.9) and CARS pro forma applications (1.0); confirm submission of all pro forma applications (1.7). | |
| --- | --- | --- |
| | L. McCarty (Practice Group Professional) | 10.80 hrs. |

July 25, 2012                                                    Page 8

Tribune Company                                                 Invoice 558950

| 06/15/12 | Review re emails on FCC status and application issues. | |
| | M. Swanson | 0.20 hrs. |
| 06/15/12 | File applications for restructuring. | |
| | S. Anderson (Practice Group Professional) | 8.00 hrs. |
| 06/16/12 | Research re restructuring applications and amendments to pending exit applications and timing (0.6); review waiver requests in light of FCC rulemakings and possible waiver options (0.5). | |
| | J. Feore | 1.10 hrs. |
| 06/17/12 | Prepare summary of petitions to deny regarding Tribune applications to the FCC for assignment of broadcast licenses in bankruptcy for E. Washburn. | |
| | J. Rademacher | 2.20 hrs. |
| 06/17/12 | Review re Rep. Waters and FCC correspondence regarding FCC application status. | |
| | M. Swanson | 0.10 hrs. |
| 06/18/12 | Telephone conference with Sidley, Alvarez and Epic re FCC foreign ownership materials (0.5); review documentation re same (0.7). | |
| | C. Burrow | 1.20 hrs. |
| 06/18/12 | Prepare summary of petitions to deny regarding Tribune applications to the FCC for assignment of broadcast licenses in bankruptcy for E. Washburn. | |
| | J. Rademacher | 0.40 hrs. |
| 06/18/12 | Telephone conference with FCC staff as follow-up to filings and additional amendments to applications (0.4); review waiver options for FCC re pending legal challenges (0.4). | |
| | J. Feore | 0.80 hrs. |
| 06/18/12 | Telephone conference with A. Denysyk (FCC) re filing of restructuring applications (0.5); revise proposed amendment to exit applications (0.9); telephone conferences with S. Whitman, Epiq representatives and K. Mills (Sidley) re program for inquiries to secured lender claimants submitting ambiguous foreign ownership certifications (0.8); telephone conference with J. Tobias re filing of wireless restructuring applications (0.3); telephone conference with H. Hashemzadeh (FCC) re broadcast restructuring applications (0.2). | |
| | J. Logan | 2.70 hrs. |
| 06/18/12 | Prepare client copies of pro forma non-broadcast station applications (3.1); prepare list of pro-forma filings by file number for media bureau staff (2.3). | |
| | L. McCarty (Practice Group Professional) | 5.40 hrs. |
| 06/18/12 | Revise FCC Enforcement Bureau chart re pending complaints (2.1); review and revise chart re challenges to FCC applications (2.5); email same to E. Washburn (0.1). | |
| | M. Swanson | 4.70 hrs. |

Tribune Company

| | | |
|---|---|---|
| 06/19/12 | Review additional court filings and Plan amendment re FCC issues (0.4); telephone conference with counsel for Creditors Committee re FCC filings (0.2); telephone conference with FCC staff re applications (0.2). | |
| | J. Feore | 0.80 hrs. |
| 06/19/12 | Telephone conferences with W. Johnsen and T. Davidson re proposed exit application amendment (0.4); prepare correspondence to T. Davidson re consolidated amendment to exit applications (0.3); telephone conference with E. Reed (JPMorgan counsel) re proposed further meeting with FCC staff (0.4); prepare correspondence to D. Roberts and A. Denysyk (FCC) re file number assignments for pro forma applications (0.4). | |
| | J. Logan | 1.50 hrs. |
| 06/19/12 | Preparation of pro forma broadcast applications for client records. | |
| | L. McCarty (Practice Group Professional) | 3.70 hrs. |
| 06/19/12 | Research FCC Chairman Genachowski reply to Rep. Waters letter re DirecTV/Tribune. | |
| | S. Anderson (Practice Group Professional) | 0.20 hrs. |
| 06/20/12 | Review amended plan for FCC issues (0.7); telephone conference with co-proponents' FCC counsel re FCC timing issues (0.5). | |
| | C. Burrow | 1.20 hrs. |
| 06/20/12 | Telephone conference with D. Wiley, J. Bayes, E. Reed and T. Davidson ( lenders' counsel) regarding regulatory status of FCC applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.50 hrs. |
| 06/20/12 | Telephone conference with R. Wiley re FCC meetings and follow-up re pending applications (0.4); review draft amendments to exit applications re restructuring and ownership updates (0.6). | |
| | J. Feore | 1.00 hrs. |
| 06/20/12 | Prepare for telephone conference with FCC counsel to co-proponents (0.4); telephone conference with T. Davidson (Akin Gump) and R. Wiley, J. Bayes, J. Fiorini and E. Reed (FCC counsel to JPMorgan) re FCC status of processing of exit application (0.8); revise license list for exit applications to reflect additional authorization (0.3). | |
| | J. Logan | 1.50 hrs. |
| 06/20/12 | Research FCC records regarding address of record for WFSL(TV) (0.4); response to client inquiry regarding same (0.2). | |
| | L. McCarty (Practice Group Professional) | 0.60 hrs. |
| 06/20/12 | Prepare for and participate in conference call with Wiley and Akin attorneys re FCC applications and status (0.5); revise FCC Enforcement Bureau chart (1.0). | |
| | M. Swanson | 1.50 hrs. |

Tribune Company

| 06/21/12 | Revise language to amend FCC exit applications (0.6); review revised language re foreign ownership certifications (0.4); correspondence with Sidley and Alvarez re same (0.5). |
| | C. Burrow                                    1.50 hrs. |

| 06/21/12 | Prepare proposed summary amendment text for FCC Form 314 exit application amendment (0.8); prepare correspondence to T. Davidson (FCC counsel to Oaktree and Angelo Gordon) and E. Reed (JPMorgan counsel) re exit application amendment (0.3); review draft script from K. Mills (Sidley) re inquiries to noteholder claimants with inconsistent foreign ownership certification (0.7). |
| | J. Logan                                     1.80 hrs. |

| 06/21/12 | Finalize preparation of pro forma application file copies for client records (4.3); prepare reconciliation regarding fees paid for pro forma applications (2.7); prepare correspondence to client regarding same (0.2). |
| | L. McCarty (Practice Group Professional)     7.20 hrs. |

| 06/21/12 | Review, finalize and email FCC Enforcement Bureau chart of pending complaints to E. Washburn (0.6); review U.S. Supreme Court indecency decision (0.2); review, revise and send summary to client re same (0.2). |
| | M. Swanson                                   1.00 hrs. |

| 06/22/12 | Revise FCC inquiry email to noteholders (0.8); correspondence with Sidley and Alvarez re FCC foreign ownership issues (2.3). |
| | C. Burrow                                    3.10 hrs. |

| 06/22/12 | Review FCC application supplements and further amendments re ownership issues (0.5); telephone conference with JPMorgan counsel re further FCC filings (0.2); telephone conference with FCC staff re update on application processing (0.2). |
| | J. Feore                                     0.90 hrs. |

| 06/22/12 | Telephone conference with T. Davidson (Oaktree counsel) re amendment issues (0.2); review revised language for use by Epiq in inquiries into ambiguous responses in foreign ownership certifications of noteholder claimants (0.4); revise exhibit for exit applications with JPMorgan and Oaktree changes to date (0.7). |
| | J. Logan                                     1.30 hrs. |

| 06/25/12 | Research and preparation of summary chart re FCC indecency complaints. |
| | A. Mejia (Practice Group Professional)       5.30 hrs. |

| 06/25/12 | Telephone conference with K. Mills re FCC-related information required for company collateral/asset listing and compilation (0.4); review and analyze issues from Alvarez and Epiq re processing of foreign ownership questionnaires with ambiguous responses (0.5). |
| | J. Logan                                     0.90 hrs. |

Tribune Company                                                    Invoice 558950

| 06/25/12 | Review, revise and tally FCC Enforcement Bureau complaints. | |
| | M. Swanson | 0.70 hrs. |

06/26/12     Review FCC foreign ownership issues (0.3); correspondence with Sidley, Alvarez and Epic re same (0.3).
C. Burrow     0.60 hrs.

06/26/12     Work on supplemental filing for exit applications and further ownership updates (0.5); telephone conference with FCC re applications (0.3).
J. Feore     0.80 hrs.

06/26/12     Review and analyze respondent aggregation issues under multiple ownership response to foreign ownership questionnaire as forwarded by Alvarez (0.4); telephone conference with K. Mills re issues of resolving ambiguous claimant response on foreign ownership certification (0.5); revise comprehensive exhibit (1.8); telephone conferences with FCC counsel to JPMorgan, Angelo Gordon and Oaktree re status of updates on ownership issues (0.3).
J. Logan     3.00 hrs.

06/27/12     Research re FCC indecency complaints.
A. Mejia (Practice Group Professional)     2.40 hrs.

06/27/12     Participate in weekly regulatory status call with R. Wiley, J. Bayes and E. Reed (counsel for JPMorgan) and T. Davidson (counsel for Oaktree).
J. Rademacher     0.40 hrs.

06/27/12     Telephone conference with J. Stenger (counsel for Creditors Committee) re FCC applications (0.3); telephone conference with R. Wiley re FCC applications and amendments and timing issues (0.4); review draft amendments and updates to pending FCC applications (0.5).
J. Feore     1.20 hrs.

06/27/12     Prepare for telephone conference with FCC counsel to co-proponents re status of applications (0.7); telephone conference with FCC counsel to JPMorgan, Angelo Gordon and Oaktree re status of restructuring applications, anticipated further amendments to exit applications, and status of FCC processing of exit applications and restructuring applications (0.6); assess media and foreign certification issues referred from Alvarez on propriety of consolidation for purposes of assessing media ownership attribution ceiling of Arrow Grass and Bennett interests (0.5).
J. Logan     1.80 hrs.

06/27/12     Respond to correspondence from client regarding allocation of filing fee payments for various pro forma applications.
L. McCarty (Practice Group Professional)     0.60 hrs.

06/27/12     Participate in conference call with Wiley and Akin attorneys re application status (0.5); revise and finalize summary chart for FCC

July 25, 2012                                          Page 12

Tribune Company                                          Invoice 558950

|            | Enforcement Bureau complaints (0.6). |          |
|------------|--------------------------------------|----------|
|            | M. Swanson                           | 1.10 hrs.|

| 06/28/12 | Review FCC foreign ownership issues (0.4); correspondence with Sidley, Alvarez and Epic re same (0.3). | |
|----------|------|------|
|          | C. Burrow | 0.70 hrs. |

| 06/28/12 | Prepare memorandum re restructuring applications and FCC processing and grant (0.4); telephone conference with FCC staff re amendments to exit applications (0.4); research re Bureau-level action on applications and pending complaints re status (0.7). | |
|----------|------|------|
|          | J. Feore | 1.50 hrs. |

| 06/28/12 | Review FCC grants of restructuring applications (0.6); telephone conferences with FCC processors for satellite, CARS and wireless applications re Media Bureau grant of broadcast restructuring applications (0.5); telephone conference with J. Langdon re FCC issues in connection with proposed monitoring system to promote compliance with FCC multiple ownership and foreign ownership restrictions (0.4); research re monitoring alternatives for ownership compliance (0.7); prepare correspondence to J. Boelter, J. Langdon and K. Mills (Sidley) re grant of restructuring applications (0.4); review material from J. Langdon re monitoring alternatives for ensuring Tribune ownership compliance post-emergence (0.7); review issues re response from Stone Harbor and Gracie re treatment of associated funds for multiple ownership purposes (0.7); prepare correspondence to E. Washburn re revised comprehensive exhibit and anticipated amendment (0.4); review issues in connection with response of Nomura securities to Epiq notice re combination of funds for multiple ownership purpose (0.8). | |
|----------|------|------|
|          | J. Logan | 5.20 hrs. |

| 06/28/12 | Draft amendments for broadcast application in CDBS. | |
|----------|------|------|
|          | L. McCarty (Practice Group Professional) | 3.70 hrs. |

| 06/28/12 | Research in FCC database to confirm grant of all Media/Bureau pro forma applications (0.6); research ownership information (Form 602) filed with Wireless Bureau (0.2). | |
|----------|------|------|
|          | S. Anderson (Practice Group Professional) | 0.80 hrs. |

| 06/29/12 | Review FCC foreign ownership issues (0.8); correspondence with Sidley, Alvarez and Epic re same (1.7). | |
|----------|------|------|
|          | C. Burrow | 2.50 hrs. |

| 06/29/12 | Telephone conference with S. Sheehan re ownership issue, court ruling and reports (0.5); review waiver issues and pending Tribune appeals and updates (0.4); review amendment update for exit applications (0.3). | |
|----------|------|------|
|          | J. Feore | 1.20 hrs. |

| 06/29/12 | Telephone conference with K. Mills (Sidley) and Gracie counsel re treatment of associated funds for multiple ownership purposes (0.5); | |

Tribune Company                                                                     Invoice 558950

telephone conference with K. Mills (Sidley) and Nomura counsel re
treatment of Nomura associated funds for multiple ownership
purposes (0.5); review additional responses by claimants to Epiq
notices re issues with completion of foreign ownership certification
(0.8).

J. Logan                                      1.80 hrs.

06/30/12            Work on further amendment to exit applications and review
                   amended comprehensive exhibit (0.5); research re
                   newspaper/broadcast cross-ownership rule waivers and updated
                   waiver requests (0.3).

J. Feore                                       0.80 hrs.

BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 36.60 |
| FEORE | 32.90 |
| LOGAN | 57.50 |
| SWANSON | 24.30 |
| RADEMACHER | 4.00 |
| ANDERSON | 9.30 |
| MCCARTY | 73.20 |
| MEJIA | 12.70 |
| PENA | 3.90 |
| TOTAL | 254.40 |

Fees for Professional Services ........................................................ $        126,911.00

|  |  |  |
|---|---|---|
| CONFERENCE CALL (SOUNDPATH) | $ | 1.31 |
| COURIER SERVICE | $ | 75.09 |
| REPRODUCTION | $ | 118.00 |
| TELEPHONE | $ | 16.68 |

06/14/12   John R. Feore, Jr.; Inv#: ERJRF050412;        $        271.52
           Date: 6/14/2012 - 6/6 Lunch meeting with
           S. Sheehan, N. Larsen and station personnel
           re FCC matters ($241.52); 6/6 Parking for
           meeting with Tribune officials and FCC
           staff ($30)

06/19/12   VENDOR: DL Petty Cash; INVOICE#:              $         12.00
           PCSEA061812; DATE: 6/19/2012 - S.
           Anderson- transportation

Total Reimbursable Costs ............................................................ $        494.60

Total Current Billing for This File................................................ $     127,405.60

July 25, 2012                                                                          Page 14

Tribune Company                                                              Invoice 558950

Our File # 08656.0101                  For Services Through June 30, 2012
Retention and Fee Applications

| Date | Description | Hours |
|------|-------------|-------|
| 06/01/12 | Preparation of 34th monthly fee application.<br>C. Meazell | 1.80 hrs. |
| 06/05/12 | Preparation of 36th monthly fee application.<br>C. Meazell | 1.10 hrs. |
| 06/07/12 | Analysis regarding billing and holdback reconciliation.<br>C. Meazell | 0.50 hrs. |
| 06/12/12 | Preparation of 36th monthly fee application.<br>C. Meazell | 1.70 hrs. |
| 06/18/12 | Preparation of 35th monthly fee application (1.9); correspondence with Delaware counsel regarding same (0.2).<br>C. Meazell | 2.10 hrs. |
| 06/19/12 | Preparation of 36th monthly fee application (0.7); correspondence with fee examiner regarding 35th monthly fee application (0.2).<br>C. Meazell | 0.90 hrs. |
| 06/28/12 | Preparation of 36th monthly fee application.<br>C. Meazell | 1.60 hrs. |

BILLING SUMMARY

|  | Hours |
|------|-------|
| MEAZELL | 9.70 |
| TOTAL | 9.70 |

Fees for Professional Services ........................................................................ $      4,365.00
Total Current Billing for This File................................................................. $      4,365.00

Our File # 08656.0104                  For Services Through June 30, 2012
Broadcast Contracts

| Date | Description | Hours |
|------|-------------|-------|
| 06/01/12 | Prepare advance notice of potential infringement for Clearvision (0.7); email advance notice of potential infringement for Clearvision to K. Connor (0.2).<br>K. Stotler | 0.90 hrs. |
| 06/01/12 | Research re continued carriage of Tribune stations by Crystal Cable TV without consent. | |

July 25, 2012                                      Page 15

Tribune Company                                   Invoice 558950

|  | R. Folliard III | 0.10 hrs. |

| 06/04/12 | Analysis regarding Time Warner Cable planned drop of WGN America in selected communities. | |
| | D. Wittenstein | 0.40 hrs. |

| 06/04/12 | Analyze Time Warner agreement for WGN America re drop rights (0.5); telephone call with K. Connor re same (0.3). | |
| | R. Folliard III | 0.80 hrs. |

| 06/05/12 | Research re Point Roberts, Washington cable operator carrying Tribune stations without consent. | |
| | R. Folliard III | 0.10 hrs. |

| 06/06/12 | Prepare advance notice of potential infringement for Guinness Communications (0.8); email advance notice of potential infringement for Guinness Communications to K. Connor (0.2). | |
| | K. Stotler | 1.00 hrs. |

| 06/06/12 | Prepare revised EAS language for MiCom retransmission agreement (0.2); telephone call with K. Connor re outstanding retransmission consent issues (0.3); review pending retransmission consent matters for Tribune in preparation for call (0.2). | |
| | R. Folliard III | 0.70 hrs. |

| 06/12/12 | Prepare email to K. Connor re termination of Century Link agreement and start date for new retransmission agreement. | |
| | R. Folliard III | 0.20 hrs. |

| 06/13/12 | Prepare retransmission without consent complaint for East Texas Cable. | |
| | K. Stotler | 4.40 hrs. |

| 06/13/12 | Telephone call re retransmission consent agreements for out of market systems for Fox affiliation agreement (0.9); prepare email to counsel for New Day Broadband re retransmission consent complaint against New Day (0.1). | |
| | R. Folliard III | 1.00 hrs. |

| 06/14/12 | Analysis regarding WGN America/Cubs telecasting deal. | |
| | D. Wittenstein | 0.30 hrs. |

| 06/14/12 | Research status of Venture Comm (0.1) and Island Telecom (0.1) per FCC database; email to K. Connor re status of Island Telecom and Venture Comm per FCC database (0.2). | |
| | K. Stotler | 0.40 hrs. |

| 06/14/12 | Review and revise provisions in Fox affiliation agreement re out of market retransmission consent agreements (0.5); research re carriage of Tribune stations in San Diego and Seattle markets by cable operators without consent (0.3). | |
| | R. Folliard III | 0.80 hrs. |

| 06/15/12 | Prepare retransmission without consent complaint for Crystal Cable | |

Tribune Company

|  |  |  |
|---|---|---|
| | (3.5); email complaint for retransmission without consent for East Texas Cable to K. Connor (0.3). | |
| | K. Stotler | 3.80 hrs. |
| 06/15/12 | Review and finalize retransmission consent complaint against East Texas Cable. | |
| | R. Folliard III | 0.40 hrs. |
| 06/18/12 | Revise complaint for Crystal Cable re retransmission of WXMI without consent (0.7); email draft of complaint for Crystal retransmission of WXMI without to consent to K. Connor (0.5). | |
| | K. Stotler | 1.20 hrs. |
| 06/18/12 | Telephone call with K. Connor re retransmission consent complaints against East Texas Cable and Crystal Cable (0.3); prepare final version of retransmission consent complaint against East Texas Cable (1.4); prepare email to FCC staff re East Texas complaint (0.2); prepare email to counsel for New Day Broadband re status of retransmission consent negotiations for Tribune (0.2). | |
| | R. Folliard III | 2.10 hrs. |
| 06/19/12 | Analysis regarding possible WGN America/Chicago Cubs deal (0.1); telephone conference with L. Gardner regarding same (0.2). | |
| | D. Wittenstein | 0.30 hrs. |
| 06/19/12 | Prepare final version of retransmission consent complaint against Crystal Cable (0.5); telephone call with East Texas Cable re retransmission consent negotiations (0.2); prepare email to K. Connor re East Texas Cable (0.1); prepare email to East Texas re settlement offer (0.3). | |
| | R. Folliard III | 1.10 hrs. |
| 06/20/12 | Telephone call with FCC and S. McGinnis of East Texas Cable re retransmission without consent complaint. | |
| | K. Stotler | 0.60 hrs. |
| 06/20/12 | Prepare email to counsel for New Day re impending retransmission consent complaint against New Day (0.4); telephone call with K. Connor re pending retransmission consent issues (0.6); telephone call with counsel for New Day re retransmission consent complaint (0.2); prepare email to K. Connor re retransmission complaint against Crystal Cable (0.1); telephone call with East Texas Cable re retransmission consent complaint (0.2); prepare emails to East Texas re settlement of retransmission consent complaint (0.2); prepare emails to K. Connor re retransmission complaint against East Texas and potential settlement (0.4); conference call with FCC staff re East Texas retransmission complaint (0.4). | |
| | R. Folliard III | 2.50 hrs. |
| 06/21/12 | FCC conference call with Crystal Cable re retransmission consent complaint (0.4); prepare email to K. Connor re status of FCC retransmission complaints (0.1); prepare email to East Texas Cable | |

Tribune Company                                                        Invoice 558950

|  |  |  |
|---|---|---|
|  | re settlement of retransmission consent complaint (0.2). | |
|  | R. Folliard III | 0.70 hrs. |
| 06/22/12 | Telephone call with K. Connor re outstanding retransmission consent issues (0.5); prepare draft term sheet for Verizon retransmission and WGN America agreement (1.8). | |
|  | R. Folliard III | 2.30 hrs. |
| 06/25/12 | Telephone call with K. Connor re operators retransmitting Tribune stations without consent and status of FCC complaints and potential future complaints. | |
|  | R. Folliard III | 0.40 hrs. |
| 06/26/12 | Prepare cease and desist letter for Western Cable re retransmission without consent (0.4); email draft of cease and desist letter to Western Cable for retransmission consent to K. Connor (0.2). | |
|  | K. Stotler | 0.60 hrs. |
| 06/26/12 | Prepare for conference call re Time Warner carriage of WGN America (0.1); conference call with N. Larsen and K. Connor re Time Warner and Cablevision (0.6); conference call with FCC staff re East Texas retransmission complaint (0.2); prepare emails to K. Connor re update on retransmission complaints against East Texas and Crystal Cable (0.7); prepare emails to Crystal Cable re settlement offer for retransmission consent complaint (1.5); telephone calls with K. Connor re retransmission agreements with Cablevision and Verizon and status of retransmission complaints and other operators carrying Tribune stations without consent (1.0). | |
|  | R. Folliard III | 4.10 hrs. |
| 06/27/12 | Review charts regarding retransmission consent agreements. | |
|  | D. Teslik | 0.50 hrs. |
| 06/27/12 | Telephone call with K. Connor re various pending retransmission matters (0.3); prepare proposed term sheet for Cablevision (1.2); revise Verizon FiOS term sheet (0.2); telephone call with K. Connor re Cablevision and Verizon term sheets (0.4). | |
|  | R. Folliard III | 2.10 hrs. |
| 06/28/12 | Review and revise charts of MFN and other provisions in retransmission and affiliation agreements. | |
|  | D. Teslik | 2.70 hrs. |
| 06/28/12 | Telephone call with K. Connor re out of market carriage rights for CW stations and pending retransmission consent matters (0.4); analyze WPIX-TV out of market retransmission consent rights in CW affiliation agreement (0.2). | |
|  | R. Folliard III | 0.60 hrs. |
| 06/29/12 | Telephone call with K. Connor re retransmission consent rights for out of market CW systems and revising form retransmission consent offers. | |

July 25, 2012                                                    Page 18

Tribune Company                                                 Invoice 558950
                R. Folliard III                    0.30 hrs.

BILLING SUMMARY

| | Hours |
|---|---|
| WITTENSTEIN | 1.00 |
| FOLLIARD III | 20.30 |
| STOTLER | 12.90 |
| TESLIK | 3.20 |
| TOTAL | 37.40 |

Fees for Professional Services ........................................................................ $          13,736.00

        REPRODUCTION                      $          10.90
        TELEPHONE                         $           2.16

Total Reimbursable Costs ............................................................................ $             13.06
Total Current Billing for This File .............................................................. $          13,749.06

Our File # 08656.0104:001          For Services Through June 30, 2012
Fox and Network Agreements

| 06/05/12 | Conference call with J. Hookstraton, S. Shelton, G. Mazzaferri and L. Gardner re affiliation agreement and side letter (0.8); review proposed DMA-2 re carriage (0.5); review revised draft re affiliation agreement and side letter (0.7); prepare issues email re same (0.3). | |
|---|---|---|
| | M. Nagle | 2.30 hrs. |
| 06/05/12 | Analyze Fox draft retransmission consent side letter for affiliation agreement (0.5); prepare email re potential issues with draft Fox side letter (0.7). | |
| | R. Folliard III | 1.20 hrs. |
| 06/07/12 | Review markup of Fox agreements and letter re open issues, Fox options and possible responses. | |
| | J. Feore | 0.60 hrs. |
| 06/13/12 | Telephone call with G. Mazzaferri, L. Gardner and C. Sennet re Fox revisions. | |
| | M. Nagle | 0.80 hrs. |
| 06/14/12 | Review revised and updated Fox side agreements and affiliation agreements. | |
| | J. Feore | 0.40 hrs. |
| 06/14/12 | Prepare revised affiliation agreement and fee side letter re Fox. | |

July 25, 2012                                                                    Page 19

Tribune Company                                                       Invoice 558950

| | M. Nagle | 1.90 hrs. |

06/15/12       Review amended Fox agreements and letters re additional issues or options re network.
J. Feore       0.40 hrs.

06/15/12       Prepare further revised affiliation agreement and side letter.
M. Nagle       1.30 hrs.

06/21/12       Review markup of Fox affiliation schedules following conference with network.
J. Feore       0.40 hrs.

06/22/12       Revise and provide email inserts re Fox affiliation summary.
M. Nagle       1.00 hrs.

06/23/12       Prepare draft subrogation insert re DMA2 enforcement issue.
M. Nagle       0.60 hrs.

06/23/12       Revise and distribute subrogation insert re comments.
M. Nagle       0.40 hrs.

06/26/12       Prepare exhibits A and B to each Fox affiliation agreement re preemptions.
M. Nagle       0.60 hrs.

06/29/12       Revise extension agreement re Fox affiliation (0.3); telephone call with G. Mazzaferri re same (0.1).
M. Nagle       0.40 hrs.

### BILLING SUMMARY

| | Hours |
|---|---|
| FEORE | 1.80 |
| NAGLE | 9.30 |
| FOLLIARD III | 1.20 |
| TOTAL | 12.30 |

Fees for Professional Services ........................................................... $     6,021.00
Total Current Billing for This File...................................................... $     6,021.00

Total Current Billing for This Invoice............................................... $     151,540.66

# ☼ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

July 25, 2012

Tribune Company                                                Invoice 558950
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through June 30, 2012
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................ $            127,405.60

Our File # 08656.0101          For Services Through June 30, 2012
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................ $                4,365.00

Our File # 08656.0104          For Services Through June 30, 2012
Broadcast Contracts
    Total Current Billing for This Invoice ............................................................ $              13,749.06

Our File # 08656.0104:001          For Services Through June 30, 2012
Fox and Network Agreements
    Total Current Billing for This Invoice ............................................................ $                6,021.00

    Total Current Billing for This Invoice ............................................................ $            151,540.66

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## JUNE 1 - JUNE 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 128.90 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 75.09 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 42.00 |
| Lexis Research Service | Lexis | 0.00 |
| Research Service | Westlaw | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 241.52 |
| Messenger Services | Lasership - FCC | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | BIA | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 1.31 |
| Telephone Tolls | | 18.84 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **507.66** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and
$.50 per page respectively and are in compliance with the rates as required by
Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no
more than Dow Lohnes' actual cost.