# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 07/25/2012
Calendar Time: 04:00 PM ET

Amended Calendar 07/25/2012 10:10 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 5070964 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5071921 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5073331 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5071272 | Carol L. Bale | (212) 588-6640 | SuttonBrook Capital Management | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5073436 | Randall W. Beeler | (212) 332-5109 | Siguler Guff | Representing, Siguler Guff / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5071374 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5071385 | Bruce Bennett | (213) 489-3939 | Jones Day | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5073341 | Eric Bilmes | 212-588-5115 | HBK Capital Management | Creditor, HBK Capital Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5071381 | Jessica Boelter | (312) 853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5071402 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor | Creditor, Credit Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5071365 | Justin Brass | 203-708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5072147 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5071052 | Randall Chase | (302) 674-3037 | Associated Press | Interested Party, Associated Press / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5073593 | Steven H. Church | 302-661-7606 | Bloomberg, LLP | Interested Party, Bloomberg, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5071394 | M. Blake Cleary | 302-571-6714 | Young, Conaway Stargatt & Taylor | Creditor, Credit Agreement Lenders / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5072578 | Kevin Collins | (302) 888-0301 | Barnes & Thornburg LLP | Interested Party, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 5073411 | Michael D'Agostino | 860-240-2731 | Bingham McCutchen, LLP | Interested Party, T Rowe Price et al / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071851 | Douglas Deutsch | (212) 408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071620 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071930 | Michael Distefano | (212) 408-5539 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071211 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, Defendants(Former Directors and Officers) / LIVE |
| Tribune Company | 08-13141 | Hearing | 5073413 | James Ducayet | (312) 853-7621 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071419 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071387 | Ronald Flagg | (202) 736-8171 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071969 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071732 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071326 | Dan Gropper | (646) 445-6500 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5073425 | Shan Haider | (212) 262-6904 | Perkins Coie | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071041 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 5073352 | Thomas Horan | (302) 252-4339 | Womble Carlyle Sandridge & Rice, | Interested Party, GreatBanc Trust Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071366 | James O. Johnston | 213-243-2431 | Jones Day | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071309 | Evan Jones | (213) 430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071336 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5073348 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071328 | Geoffrey King | (312) 853-0324 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071302 | Candice Kline | 312-853-7778 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071808 | Sheron Korpus | 212-506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |

| Name | ID | Attorney | Firm | Phone | Representing | Case | Type |
|---|---|---|---|---|---|---|---|
| Tribune Company | 5071312 | Bryan Krakauer | Sidley Austin | (312) 853-7515 | Debtor, Tribune Company / LISTEN ONLY | 08-13141 | Hearing |
| Tribune Company | 5071977 | Adam G. Landis | Landis Rath & Cobb, LLP | (302) 467-4444 | Creditor, Official Committee of Unsecured Creditors / LIVE | 08-13141 | Hearing |
| Tribune Company | 5071369 | Kevin Lantry | Sidley Austin LLP | (213) 896-6022 | Debtor, Tribune Company / LIVE | 08-13141 | Hearing |
| Tribune Company | 5072355 | Oksana Lashko | Paul Weiss Rifkind Wharton & | (212) 373-3000 | Interested Party, CitiGroup / LISTEN ONLY | 08-13141 | Hearing |
| Tribune Company | 5073333 | Edgar Lee | Oaktree Capital Management | (213) 830-6415 | Creditor, Oaktree Capital Management / LISTEN ONLY | 08-13141 | Hearing |
| Tribune Company | 5071909 | David LeMay | Chadbourne & Parke, LLP | (212) 408-5100 | Creditor, Official Committee of Unsecured Creditors / LIVE | 08-13141 | Hearing |
| Tribune Company | 5071840 | Scott J Leonhardt | The Rosner Law Group LLC | (302) 319-6301 | Client, Stone Tower / LIVE | 08-13141 | Hearing |
| Tribune Company | 5071413 | Don Liebentritt | Tribune Company | (312) 222-3651 | Debtor, Tribune Company / LIVE | 08-13141 | Hearing |
| Tribune Company | 5071224 | David Litvack | Weil Gotshal & Manges LLP | (212) 310-8361 | Creditor, Morgan Stanley / LISTEN ONLY | 08-13141 | Hearing |
| Tribune Company | 5071356 | Matthew Martinez | Sidley Austin | (312) 853-0826 | Debtor, Tribune Company / LISTEN ONLY | 08-13141 | Hearing |
| Tribune Company | 5071980 | Rachel Mauceri | Morgan Lewis & Bockius LLP | (215) 963-5000 | Creditor, State Retirement System of Mayland / LISTEN ONLY | 08-13141 | Hearing |
| Tribune Company | 5071657 | Olivia Mauro | Barclays Capital, Inc. | 212-412-6773 | Interested Party, Barclays Capital, Inc. / LISTEN ONLY | 08-13141 | Hearing |
| Tribune Company | 5070957 | Katharine L. Mayer | McCarter & English | 302-984-6312 | Creditor, Deutsche Bank Trust Company Americas / LIVE | 08-13141 | Hearing |
| Tribune Company | 5071916 | Thomas McCormack | Chadbourne & Parke, LLP | (212) 408-5100 | Creditor, Official Committee of Unsecured Creditors / LIVE | 08-13141 | Hearing |
| Tribune Company | 5071811 | Garvan McDaniel | Bifferato Gentilotti LLC | (302) 429-1900 | Interested Party, Law Debenture Trust Company of New York / LIVE | 08-13141 | Hearing |
| Tribune Company | 5071707 | James A. McGuinness | Hannafan & Hannafan Ltd. | (312) 527-0055 | Interested Party, Timothy Knight / LISTEN ONLY | 08-13141 | Hearing |
| Tribune Company | 5071989 | Matthew B. McGuire | Landis Rath & Cobb, LLP | (302) 467-4431 | Creditor, Official Committee of Unsecured Creditors / LIVE | 08-13141 | Hearing |
| Tribune Company | 5071546 | R. Stephen McNeill | Potter Anderson & Corroon LLP | 302-984-6067 | Creditor, Merrill Lynch Capital Corporation / LIVE | 08-13141 | Hearing |
| Tribune Company | 5073899 | Gerson P. Mendonce | Allen Global Partners | 212-339-2495 | Creditor, Allen Global Partners / LISTEN ONLY | 08-13141 | Hearing |
| Tribune Company | 5071382 | Joshua M. Mester | Jones Day | (213) 489-3939 | Creditor, Credit Agreement Lenders / LIVE | 08-13141 | Hearing |
| Tribune Company | 5071364 | David Miles | Sidley Austin | 202-736-8556 | Debtor, Tribune Company / LIVE | 08-13141 | Hearing |
| Tribune Company | 5071318 | Kerriann Mills | Sidley Austin | 312-853-0036 | Debtor, Tribune Company / LISTEN ONLY | 08-13141 | Hearing |

| Party | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5071690 | Frederick Morris | 212-902-2886 | Goldman Sachs & Co. | Creditor, Goldman Sachs / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071484 | Elliot Moskowitz | (212) 450-4241 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 5073526 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071071 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071647 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071532 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071407 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5072585 | David M. Powlen | (317) 231-7704 | Barnes & Thornburg LLP | Interested Party, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071524 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071294 | Andrew Propps | (212) 839-5300 ext. 5559 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071983 | Daniel Rath | 302-467-4400 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071912 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071799 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071325 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071213 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 5073467 | Joel G. Samuels | (213) 896-6030 | Sidley Austin LLP | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071842 | Howard Seife | (212) 408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071287 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071061 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071624 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071538 | Laurie S. Silverstein | 302-984-6033 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 5073310 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071959 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5071497 | Robert Stearn, Jr. | 302-651-7830 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071346 | Jeffrey Steen | 312-853-7824 ext. 00 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071783 | Matthew Stein (circled) | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071395 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071316 | Michael W. Stocker | (212) 907-0700 | Labaton Sucharow, LLP | Creditor, IBEW Local 103 Trust Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071489 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy, | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071049 | William Sullivan | 302-428-8191 | Sullivan Hazeltine Allinson, LLC | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071015 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI - TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071333 | Patrick Wackerly | (312) 853-7000 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071421 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5073390 | Brian Whittman | (312) 601-4226 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal, Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071812 | Justin Winerman | (312) 407-0924 | Skadden Arps Slate Meagher & Flom | Client, Former Special Committe / LIVE |
| Tribune Company | 08-13141 | Hearing | 5071359 | Amanda Winfree | (302) 654-1888 ext. 00 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 5072364 | Ann K. Young | (212) 373-2237 | Paul Weiss Rifkind Wharton & | Interested Party, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5071335 | David M. Zensky | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LIVE |