UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
--------------------------------------------------------X

In Re:                                                    Case No.   08-13141 (KJC)

**TRIBUNE COMPANY, et al**
                                        Debtor.
--------------------------------------------------------X

## **REQUEST TO BE REMOVED FROM ELECTRONIC NOTICING**

    **Fred B. Ringel** of **Robinson Brog Leinwand Greene Genovese & Gluck P.C.**,

hereby requests that the following email addresses be removed from the electronic notice

database maintained by the Clerk of the Court for the above captioned case.

        **Fred B. Ringel**
        **fbr@robinsonbrog.com**

**Dated:**  New York, New York
       July 26, 2012

        ROBINSON BROG LEINWAND GREENE
        GENOVESE & GLUCK P.C.                            .

        By/s/Fred B. Ringel
        **Fred B. Ringel**
        875 Third Avenue, 9th Floor
        New York, New York 10022
        Tel. No.: 212-603-6300