# EXHIBIT A

## TRIBUNE COMPANY, et al.

### SUMMARY OF SERVICES BY PROJECT CATEGORY
### June 1, 2012 through June 30, 2012

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 24.20 | $11,936.00 |
| Committee Meetings | 003 | 8.20 | 4,833.00 |
| Creditor Communications | 004 | 6.10 | 4,019.50 |
| Business Operations | 007 | 18.60 | 12,746.00 |
| Claims Administration/Bar Date | 009 | 23.00 | 10,240.00 |
| Fee/Retention Applications | 010 | 47.20 | 21,756.00 |
| Employee Issues | 014 | 21.10 | 11,503.50 |
| General Litigation | 017 | 1.70 | 1,080.50 |
| Travel* | 018 | 10.60 | 4,061.00 |
| Review of Pre-Petition Financings | 019 | 51.80 | 32,351.00 |
| Shareholder Claims | 020 | 27.30 | 19,608.50 |
| Plan Litigation | 021 | 385.30 | 280,863.50 |
| **Total** | | **625.10** | **$414,998.50** |

* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through June 30, 2012

Our Matter #19804.002
          BANKRUPTCY GENERAL


06/01/12   D. BAVA          Review and analysis of docket          0.60 hrs.
                            sheets, including Neil district
                            court litigation, Delaware
                            adversary proceedings and
                            multi-district litigations re:
                            daily case activity (.30); review
                            district court docket sheet re:
                            Wilmington Trust's appeals
                            regarding allocation disputes
                            order and confirmation order
                            (.10); review, revise and finalize
                            case calendar based on current
                            docket entries (.10); prepare
                            confirmation related deadlines
                            calendar (.10).

06/04/12   D. BAVA          Review and analysis of docket          0.60 hrs.
                            sheets, including Neil district
                            court litigation, Delaware
                            adversary proceedings and
                            multi-district litigations re:
                            daily case activity (.30); review
                            district court docket sheet re:
                            Wilmington Trust's appeals
                            regarding allocation disputes
                            order and confirmation order
                            (.10); review, revise and finalize
                            case calendar based on current
                            docket entries (.10); prepare
                            confirmation related deadlines
                            calendar (.10).

06/04/12   D. M. LeMAY      Review latest court filings.           1.10 hrs.

06/05/12   D. BAVA          Review and analysis of docket          0.90 hrs.
                            sheets, including Neil district
                            court litigation, Delaware
                            adversary proceedings and
                            multi-district litigations re:
                            daily case activity (.30); review
                            district court docket sheet re:
                            Wilmington Trust's appeals
                            regarding allocation disputes
                            order and confirmation order
                            (.10); review, revise and finalize
                            case calendar based on current
                            docket entries (.10); prepare
                            confirmation related deadlines
                            calendar (.10); post certain

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 25, 2012
Page    2

|  |  |  |  |
|---|---|---|---|
|  |  | materials to Intralinks (.30). |  |
| 06/06/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.30). | 0.90 hrs. |
| 06/07/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.20). | 0.80 hrs. |
| 06/08/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/08/12 | D. E. DEUTSCH | Review week's docket report (.7). | 0.70 hrs. |
| 06/11/12 | D. M. LeMAY | Review latest court filings. | 0.60 hrs. |
| 06/11/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |
| 06/11/12 | D. E. DEUTSCH | Review daily bankruptcy report, pleadings therein and court calendar (.3); exchange e-mails with David Bava re: question on court filing (.2). | 0.50 hrs. |
| 06/12/12 | D. E. DEUTSCH | Exchange additional e-mails with David Bava re: inquiry on court filing matter (.2). | 0.20 hrs. |
| 06/12/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |
| 06/13/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.40); review | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). |  |
| 06/14/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.50 hrs. |
| 06/14/12 | D. E. DEUTSCH | Review last four daily reports (including MDL case reports), pleadings therein and court calendars (.7). | 0.70 hrs. |
| 06/15/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 06/18/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes | 0.60 hrs. |

|            |                 | order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). |            |
|------------|-----------------|---------------------------------------|------------|
| 06/18/12   | D. M. LeMAY     | Review latest court filings (.9) and conference with D. Deutsch (.2) regarding same. | 1.10 hrs.  |
| 06/18/12   | D. E. DEUTSCH   | Review last two daily reports, pleadings therein and court calendar (.5). | 0.50 hrs.  |
| 06/19/12   | D. BAVA         | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to IntraLinks (.60). | 1.20 hrs.  |
| 06/20/12   | D. BAVA         | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to IntraLinks (.30). | 0.90 hrs.  |
| 06/21/12   | D. BAVA         | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes | 0.60 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 25, 2012
435 N. MICHIGAN AVENUE                               Page    6
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). |  |
| 06/21/12 | D. E. DEUTSCH | Review last three daily reports, pleadings therein and court calendar (.8); e-mail David Bava re: pleading item (.1). | 0.90 hrs. |
| 06/22/12 | D. E. DEUTSCH | Conference with David LeMay to discuss various pending case matters (.3). | 0.30 hrs. |
| 06/22/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 06/25/12 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.4); | 0.40 hrs. |
| 06/25/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 06/25/12 | D. M. LeMAY | Review all latest court filings. | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611


| 06/26/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to IntraLinks (.20). | 0.80 hrs. |
| 06/27/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 06/27/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 06/28/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

|            |                |                                                                                                                                                      |           |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20).                                  |           |
| 06/28/12   | D. E. DEUTSCH  | Conference with David LeMay to discuss various filed pleading issues (.3);                                                                            | 0.30 hrs. |
| 06/29/12   | D. E. DEUTSCH  | Review last four daily pleading reports, pleadings therein and court calendar (.7);                                                                   | 0.70 hrs. |
| 06/29/12   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

**Total Fees for Professional Services.............  $11,936.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate   | Hours | Amount   |
|-------------------|--------|-------|----------|
| D. M. LeMAY       | 925.00 | 3.90  | 3607.50  |
| D. E. DEUTSCH     | 745.00 | 5.20  | 3874.00  |
| D. BAVA           | 295.00 | 15.10 | 4454.50  |
| TOTALS            |        | 24.20 | 11936.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1

                                For Services Through June 30, 2012

Our Matter #19804.003
            COMMITTEE MEETINGS


| | | | |
|---|---|---|---|
| 06/04/12 | M. DISTEFANO | Drafted agenda for professionals meeting (.3); revised meeting minutes from May 24 meeting (1.4); prepared for professionals call (.2). | 1.90 hrs. |
| 06/04/12 | D. E. DEUTSCH | Review and revise draft agenda for tomorrow's Committee professional meeting (.2). | 0.20 hrs. |
| 06/05/12 | A. ROSENBLATT | Prepare for (.2) and participate professional's only call (.4). | 0.60 hrs. |
| 06/05/12 | M. D. ASHLEY | Reviewed pleadings and correspondence relating to weekly Committee professionals' meeting (.8); attended weekly Committee professionals' meeting (.4). | 1.20 hrs. |
| 06/05/12 | M. DISTEFANO | Prepared for professionals meeting (.2); attended same (.4); drafted emails to co-chairs and committee re Thursday meeting (.2); | 0.80 hrs. |
| 06/05/12 | M. ROITMAN | Conference Call with Committee Professionals (0.4) | 0.40 hrs. |
| 06/05/12 | D. E. DEUTSCH | Prepare for (.5) and participate in Committee professionals' meeting (.4). | 0.90 hrs. |
| 06/11/12 | M. DISTEFANO | Drafted agenda for professionals meeting (.2); | 0.20 hrs. |
| 06/11/12 | D. E. DEUTSCH | Conference with David LeMay to discuss this week's Committee meeting and related matters (.2); exchange related e-mails with team re: this week's Committee meeting (.2); exchange e-mails with Michael Distefano re: this week's Committee professional meeting (.2). | 0.60 hrs. |
| 06/12/12 | M. DISTEFANO | Drafted emails to co-chairs and committee re weekly committee meeting (.2) | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611


| 06/18/12 | M. DISTEFANO | Drafted agenda for professionals meeting and circulated same (.2); | 0.20 hrs. |
| 06/18/12 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano re: upcoming Committee meetings and related e-mails (.2); hold related conference (.2). | 0.40 hrs. |
| 06/19/12 | D. E. DEUTSCH | Exchange e-mails with Howard Seife, David LeMay and Michael Distefano re: this week's Committee meeting (.3). | 0.30 hrs. |
| 06/19/12 | M. DISTEFANO | Drafted emails to committee and co-chairs re meeting issue (.3) | 0.30 hrs. |


**Total Fees for Professional Services..............   $4,833.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| M. D. ASHLEY | 695.00 | 1.20 | 834.00 |
| A. ROSENBLATT | 745.00 | .60 | 447.00 |
| D. E. DEUTSCH | 745.00 | 2.40 | 1788.00 |
| M. DISTEFANO | 435.00 | 3.60 | 1566.00 |
| M. ROITMAN | 495.00 | .40 | 198.00 |
| TOTALS | | 8.20 | 4833.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                               For Services Through June 30, 2012

Our Matter #19804.004
          CREDITOR COMMUNICATIONS


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/12/12 | D. E. DEUTSCH | Exchange e-mails (.2) and hold call with Frank Anderson re: confirmation hearing matters (.2); e-mail (.1) and hold call on confirmation matters with Wayne Smith (.2). | 0.70 hrs. |
| 06/14/12 | D. E. DEUTSCH | Exchange e-mails with Bob Paul and Bill Salganik (Guild) re: confirmation matters and related next steps (.3); call with Gabrielle Davis (Buena Vista) re: confirmation and various other case matters (.4). | 0.70 hrs. |
| 06/18/12 | D. E. DEUTSCH | Exchange e-mails with Bob Paul and Bill Salganik re: upcoming meeting (.2). | 0.20 hrs. |
| 06/19/12 | D. E. DEUTSCH | Review letter to court from individual (Berko) re: case/Committee (.2); discuss next steps with Michael Distefano re: follow-up with C&P team and other Committee professionals to respond to letter (.3); exchange and review related e-mails with Committee professionals (.2). | 0.70 hrs. |
| 06/19/12 | M. DISTEFANO | Reviewed filing of Malcolm Berko and drafted email re same to committee counsel (.3); reviewed docket item re Penny Weigand (.1) | 0.40 hrs. |
| 06/19/12 | D. M. LeMAY | Telephone conference with creditor (Arrowgrass Partners). | 0.20 hrs. |
| 06/20/12 | A. ROSENBLATT | Call with Deutsch and Guild (Committee member) to answer questions about timing for confirmation, effective date, and related issues (.5). | 0.50 hrs. |
| 06/20/12 | M. DISTEFANO | Drafted emails to Committee counsel re M. Berko letter (.2) | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 06/20/12 | D. E. DEUTSCH | Prepare for call with Guild re: plan status/matters (.3); participate in related call with Guild representatives (.5). | 0.80 hrs. |
| 06/22/12 | M. ROITMAN | Meet with D. Deutsch re: Berko letter (0.3); Calls to M. Berko (0.1); Correspond with D. Deutsch re: same (0.1) | 0.50 hrs. |
| 06/22/12 | D. E. DEUTSCH | Meeting with Marc Roitman to discuss follow-up on creditor Berko letter to Court re: case/Committee (.2). | 0.20 hrs. |
| 06/26/12 | M. ROITMAN | Confer/correspond with D. Deutsch re: Berko letter (0.2); Call with M. Berko (0.4); Draft response letter to M. Berko (0.4) | 1.00 hrs. |

**Total Fees for Professional Services.............. $4,019.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | .20 | 185.00 |
| A. ROSENBLATT | 745.00 | .50 | 372.50 |
| D. E. DEUTSCH | 745.00 | 3.30 | 2458.50 |
| M. DISTEFANO | 435.00 | .60 | 261.00 |
| M. ROITMAN | 495.00 | 1.50 | 742.50 |
| TOTALS | | 6.10 | 4019.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       July 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611       Page    1

For Services Through June 30, 2012

Our Matter #19804.007
      BUSINESS OPERATIONS

| | | | |
|---|---|---|---|
| 06/05/12 | M. DISTEFANO | Drafted email to committee re media coverage of Tribune CEO search (.6); | 0.60 hrs. |
| 06/05/12 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: meeting at FCC tomorrow (.3); hold related call (.2); exchange e-mails with AlixPartners team (Brad Hall, Alpert Leung) re: press reports on possible new CEO for Tribune (.3); review related additional press reports (.2); exchange e-mails with Brad Hall re: verification options on press reports (.3). | 1.30 hrs. |
| 06/05/12 | J. A. STENGER | Telephone conference (.5) and correspondence (.3) with J. Feore regarding meeting with the FCC to expedite processing of FCC exit applications; prepare for same (.6). | 1.40 hrs. |
| 06/06/12 | J. A. STENGER | Attend pre-meeting (.5) and meeting (1.5) with FCC staff regarding final processing of FCC exit applications; prepare office memorandum regarding same (1.1); follow-up research (.6) and correspondence with Tribune FCC counsel (.3) regarding same. | 4.00 hrs. |
| 06/07/12 | H. SEIFE | Review of FCC status update. | 0.30 hrs. |
| 06/07/12 | D. E. DEUTSCH | Review update materials on yesterday's FCC meeting (.3); conference with James Stenger to discuss same and related FCC matters (.2); draft memorandum to Howard Seife and David LeMay on FCC issues so can be addressed at today's hearing (.3). | 0.80 hrs. |
| 06/08/12 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: inquiry from FCC counsel on bankruptcy matter (.4); review hearing transcript (.3) and draft response to same (.2); hold related call with James Stenger | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| | | (.2). | |
| 06/08/12 | J. A. STENGER | Review correspondence from J. Feore regarding FCC filing (.4) and prepare revisions to same (.5). | 0.90 hrs. |
| 06/12/12 | D. E. DEUTSCH | Exchange e-mails (.4) and hold call with James Stenger re: next steps with FCC related matters (.4); review related FCC materials (.3). | 1.10 hrs. |
| 06/12/12 | J. A. STENGER | Review correspondence from Tribune FCC counsel (.2) and office conference with D.Deutsch (.5) regarding expediting grant of FCC exit applications. | 0.70 hrs. |
| 06/14/12 | J. A. STENGER | Research regarding FCC ownership issues for exit applications relating to JPM and other attributable holders and FCC ownership proceeding (.9); telephone conference with debtor FCC counsel regarding same (.4). | 1.30 hrs. |
| 06/19/12 | J. A. STENGER | Review memo regarding plan filings (0.3) and office correspondence with D.Deutsch (0.2) and telephone conference with J. Feore (0.2) regarding same. | 0.70 hrs. |
| 06/19/12 | D. E. DEUTSCH | Review and respond to FCC process-related inquiry from James Stenger (.2). | 0.20 hrs. |
| 06/20/12 | D. E. DEUTSCH | Review revised FCC applications (1.4). | 1.40 hrs. |
| 06/21/12 | D. E. DEUTSCH | Review last two weekly AlixPartners' business reports (.4). | 0.40 hrs. |
| 06/28/12 | H. SEIFE | Review of AlixPartners report (.2); review of Moelis report (.2). | 0.40 hrs. |
| 06/28/12 | J. A. STENGER | Research regarding FCC exit applications and pending ownership proceeding and expediting grant of exit applications (1.5); telephone conference with debtor FCC counsel and prepare for same (0.5). | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611


**Total Fees for Professional Services.............. $12,746.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H.  SEIFE | 995.00 | .70 | 696.50 |
| J.  A.  STENGER | 645.00 | 11.00 | 7095.00 |
| D.  E.  DEUTSCH | 745.00 | 6.30 | 4693.50 |
| M.  DISTEFANO | 435.00 | .60 | 261.00 |
| TOTALS | | 18.60 | 12746.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through June 30, 2012

Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE


| | | | |
|---|---|---|---|
| 06/07/12 | J. MARRERO | Review claim stipulation between Debtor and Woodies re rejection damages | 0.40 hrs. |
| 06/08/12 | J. MARRERO | Draft memorandum re claim stipulation among Debtors and Woodies re: rejection damages (0.6); email correspondence with AlixPartners re: same (0.2). | 0.80 hrs. |
| 06/12/12 | M. DISTEFANO | Reviewed objections to claim (.3); meeting with D. Deutsch re same (.4); | 0.70 hrs. |
| 06/12/12 | J. MARRERO | Conference with M.Distefano re: claim objections memo to Committee | 0.20 hrs. |
| 06/13/12 | J. MARRERO | Email correspondence with Debtors counsel re amendments to stipulation re Claim 6141 | 0.40 hrs. |
| 06/13/12 | M. DISTEFANO | Drafted memo re Verizon settlement (.3); phone call with S. Nichols re claims objection memo (.1) | 0.40 hrs. |
| 06/13/12 | S. NICHOLS | Draft memo to Committee on omnibus objections. | 3.10 hrs. |
| 06/14/12 | S. NICHOLS | Reviewed and revised memorandum to Committee re: three omnibus objections. | 1.20 hrs. |
| 06/14/12 | M. DISTEFANO | Drafted and revised memo re objections to claims and claims stipulations (2.3); drafted email to AlixPartners re same (.1); | 2.40 hrs. |
| 06/14/12 | J. MARRERO | Revise memo to Committee re: Claim 6141 stipuation. | 0.80 hrs. |
| 06/14/12 | D. E. DEUTSCH | Review multiple court claim objections and settlements (.4); meeting with Michael Distefano to discuss analysis of same for Committee (.2). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 06/15/12 | M. DISTEFANO | Drafted and revised memo re objections to claims and claim stipulations (1.0) | 1.00 hrs. |
| 06/18/12 | M. DISTEFANO | Revised claims objection and settlement memo (1.7); call with AlixPartners re same (.1); reviewed order approving Wilmington Trust fee stipulation (.1); | 1.90 hrs. |
| 06/19/12 | D. E. DEUTSCH | Preliminary review of Buena Vista claim settlement (.2); discuss required analysis on same with Michael Distefano (.1). | 0.30 hrs. |
| 06/19/12 | M. DISTEFANO | Drafted memos re Buena Vista stipulation and AT&T stipulation (1.2); drafted email to AlixPartners re same (.1); | 1.30 hrs. |
| 06/20/12 | M. DISTEFANO | Drafted email to AlixPartners re AT&T and Buena Vista settlements (.1) | 0.10 hrs. |
| 06/21/12 | M. DISTEFANO | Revised memos re Buena Vista and AT&T stipulations (1.1); | 1.10 hrs. |
| 06/21/12 | D. E. DEUTSCH | Review draft analysis of Buena Vista settlement (.3); review related settlement papers (.2); discuss multiple research/analysis issues related to same with Michael Distefano (.2). | 0.70 hrs. |
| 06/25/12 | D. E. DEUTSCH | Review proposed memorandum re: settlement of twelve Buena Vista claims (.2); research and analysis related to same (.5); review and revise related memorandum to Committee (.4); | 1.10 hrs. |
| 06/25/12 | M. DISTEFANO | Revised memo re Buenva Vista claim (1.3); revised AT&T memo (1.0); | 2.30 hrs. |
| 06/26/12 | M. DISTEFANO | Revised memo re AT&T stipulation (.7); | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611


| 06/26/12 | D. E. DEUTSCH | Review and make final edits to memorandum to Committee on AT&T settlement (.3); exchange e-mails with Mark Roitman re: Berko conversation and related next steps (.2); | 0.50 hrs. |
|----------|---------------|---|-----------|
| 06/27/12 | D. BAVA | Review and analysis of settlement agreement exhibits listing parties versus supplemental list of claimants re: non-Teitelbaum clients (.80). | 0.80 hrs. |
| 06/29/12 | M. DISTEFANO | Reviewed response of Mr. Henke (.2) | 0.20 hrs. |


**Total Fees for Professional Services.............. $10,240.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| D. E. DEUTSCH | 745.00 | 3.20 | 2384.00 |
| D. BAVA | 295.00 | .80 | 236.00 |
| S. NICHOLS | 285.00 | 4.30 | 1225.50 |
| J. MARRERO | 435.00 | 2.60 | 1131.00 |
| M. DISTEFANO | 435.00 | 12.10 | 5263.50 |
| TOTALS | | 23.00 | 10240.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                  For Services Through June 30, 2012

    Our Matter #19804.010
              FEE/RETENTION APPLICATIONS


| Date | Name | Description | Hours |
|---|---|---|---|
| 06/01/12 | J. MARRERO | Review docket for applications for compensation filed by ordinary course professionals and case professionals (0.3); draft report re: same (0.4). | 0.70 hrs. |
| 06/04/12 | H. LAMB | Review of billing proformas/daily time detail in preparation of May fee application. | 3.40 hrs. |
| 06/05/12 | M. DISTEFANO | Reviewed 13th Fee Summary and distributed same to Committee (.3) | 0.30 hrs. |
| 06/06/12 | H. LAMB | Further review of billing proformas/daily time detail in preparation of May fee application. | 3.70 hrs. |
| 06/07/12 | H. LAMB | Begin research and preparation of work description summaries for monthly fee application. | 1.80 hrs. |
| 06/08/12 | J. MARRERO | Draft ordinary course professionals report (0.3); Draft professional fee report (0.5) | 0.80 hrs. |
| 06/12/12 | D. BAVA | Prepare supporting exhibit re: response to Fee Examiner's report on 11th interim fee application (1.2). | 1.20 hrs. |
| 06/13/12 | J. MARRERO | Correspondence with E.Daucher re: fee examiner report (0.1); review corresponding memos for work performed re: same (0.2). | 0.30 hrs. |
| 06/13/12 | E. DAUCHER | Analysis of records related to Chadbourne's 11th interim fee request and contemporaneous drafting with respect to response to Fee Examiner's preliminary report on 11th interim fees (4.8); preparation of exhibits C and D for same (1.2). | 6.00 hrs. |
| 06/14/12 | E. DAUCHER | Continued analysis of records related to Chadbourne's 11th interim fee request and contemporaneous drafting of response to Fee Examiner's 11th | 5.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE              July 25, 2012
435 N. MICHIGAN AVENUE                                     Page    2
CHICAGO, IL 60611

|            |               | preliminary report (2.1); preparation of exhibits A and B for same (3.6). |            |
|------------|---------------|---------------------------------------------------------------------------|------------|
| 06/14/12   | D. E. DEUTSCH | Exchange e-mails with John Theil (Fee Examiner) re: timing/other case matters (.2). | 0.20 hrs. |
| 06/14/12   | H. LAMB       | Continue research and preparation of work description summaries for monthly fee application. | 2.20 hrs. |
| 06/15/12   | H. LAMB       | Further research and preparation of work description summaries for monthly fee application. | 2.60 hrs. |
| 06/15/12   | E. DAUCHER    | Further review of records concerning 11th interim fee application and contemporaneous revisions to response to fee examiner's 11th preliminary report. | 1.20 hrs. |
| 06/18/12   | J. MARRERO    | Draft professional fee report (0.7); draft ordinary course professionals weekly report (0.5). | 1.20 hrs. |
| 06/18/12   | D. E. DEUTSCH | Review Fee Examiner e-mail (.2); e-mail Eric Daucher re: follow-up on issue in same (.1). | 0.30 hrs. |
| 06/18/12   | E. DAUCHER    | Revise response to fee examiner's preliminary report on 11th interim fee application and exhibits thereto (4.6); discuss same with D. Deutsch (.3). | 4.90 hrs. |
| 06/19/12   | D. E. DEUTSCH | Exchange additional e-mails with Fee Examiner re: final open item in 10th quarterly fee application (.2); exchange e-mails with Helen Lamb re: Fee Examiner filing/related matters (.2). | 0.40 hrs. |
| 06/20/12   | D. E. DEUTSCH | Review Fee Examiner's final report on 10th quarterly fee application (.3). | 0.30 hrs. |
| 06/21/12   | D. E. DEUTSCH | Review, research and edit draft reply to Fee Examiner's report on 11th interim fee application (1.6); review last two ordinary course professional reports (.5); | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | review last two fee application reports (.2); e-mail David Bava on fee application hearing matter (.1); begin review of May fee statement details (.4). | |
| 06/22/12 | D. E. DEUTSCH | Complete review of May fee statement details (1.0). | 1.00 hrs. |
| 06/22/12 | J. MARRERO | Draft professional fee report (0.6); review Debtors' records re increase in monthly caps for certain ordinary course professionals (0.7). | 1.30 hrs. |
| 06/22/12 | E. DAUCHER | Final revisions to response to fee examiner's preliminary report on 11th interim fees and exhibits thereto. | 1.20 hrs. |
| 06/25/12 | D. E. DEUTSCH | Final review and editing of response to Fee Examiner's 11th report (1.0); review and edit May statement filing work category descriptions (.6); | 1.60 hrs. |
| 06/25/12 | J. MARRERO | Draft ordinary course professionals report. | 0.60 hrs. |
| 06/29/12 | M. DISTEFANO | Meeting with J. Marrero re weekly fee reports (.4) | 0.40 hrs. |
| 06/29/12 | D. E. DEUTSCH | Review weekly ordinary course professional report (.3); review weekly case professional report (.1); | 0.40 hrs. |
| 06/29/12 | J. MARRERO | Draft ordinary course professionals report (0.2) and professional fee report (0.2); conference with M.Distefano re same (0.3). | 0.70 hrs. |

**Total Fees for Professional Services.............   $21,756.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 25, 2012
Page    4

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 7.00 | 5215.00 |
| D. BAVA | 295.00 | 1.20 | 354.00 |
| E. DAUCHER | 495.00 | 19.00 | 9405.00 |
| H. LAMB | 295.00 | 13.70 | 4041.50 |
| J. MARRERO | 435.00 | 5.60 | 2436.00 |
| M. DISTEFANO | 435.00 | .70 | 304.50 |
| TOTALS | | 47.20 | 21756.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                                    For Services Through June 30, 2012

    Our Matter #19804.014
           EMPLOYEE ISSUES


06/05/12   D. E. DEUTSCH      Call with Mailie Solis re: 2010     0.50 hrs.
                              MIP issue related to certain
                              former employees (.4); draft
                              related e-mail to Kevin Lantry
                              (.1).

06/13/12   D. E. DEUTSCH      Call with Kevin Lantry re: 2010     0.30 hrs.
                              MIP issues and dismissal of
                              certain claims against employees
                              (.3).

06/20/12   M. DISTEFANO       Reviewed 2010 MIP motion of former  0.20 hrs.
                              officers (.2);

06/21/12   M. DISTEFANO       Drafted Objection to Former         0.50 hrs.
                              Officers' 2010 MIP motion (.5);

06/25/12   M. DISTEFANO       Drafted objection to Former         1.70 hrs.
                              Officers' 2010 MIP Motion (1.7);

06/26/12   M. DISTEFANO       Drafted objection to Former         4.40 hrs.
                              Officers 2010 MIP Motion (4.4).

06/26/12   D. E. DEUTSCH      Preliminary review and comments on  1.10 hrs.
                              first draft of objection to motion
                              to allow certain MIP payments
                              (.7); meeting with Michael
                              Distefano to discuss further
                              research and analysis of same (.4);

06/27/12   M. DISTEFANO       Revised Objection to former         5.00 hrs.
                              officers' 2010 MIP motion (4.3);
                              meetings with D. Deutsch re same
                              (.5); reviewed Debtors 2010 MIP
                              Motion and Committee minutes re
                              same (.2);

06/27/12   D. E. DEUTSCH      Preliminary review, analysis and    4.20 hrs.
                              drafting of general comments on
                              2010 MIP motion objection (1.6);
                              research specific issues on same
                              (.7); draft related insert for
                              motion (.4); review revised 2010
                              MIP motion objection and draft
                              comments on same (1.0); two
                              conferences with Michael Distefano
                              re: 2010 MIP motion objection (.5);

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 06/28/12 | D. E. DEUTSCH | Review final version of objection to former officer 2010 MIP motion (.4); draft related posting note for Committee (.3); | 0.70 hrs. |
| 06/28/12 | M. DISTEFANO | Revised objection re Former Officers' MIP request (1.8); | 1.80 hrs. |
| 06/29/12 | D. E. DEUTSCH | Conference call with U.S. Trustee to discuss approach to current and former requests on 2010 MIP (.2); address related U.S. Trustee request for information (.1); preliminary review of stipulation to approve settlement with certain retirees (.3); e-mail Michael Distefano on same (.1); | 0.70 hrs. |

**Total Fees for Professional Services.............. $11,503.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 7.50 | 5587.50 |
| M. DISTEFANO | 435.00 | 13.60 | 5916.00 |
| TOTALS | | 21.10 | 11503.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                     Page    1

                               For Services Through June 30, 2012

   Our Matter #19804.017
                 GENERAL LITIGATION


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/14/12 | M. DISTEFANO | Drafted memo to the Committee re D&O insurance costs (.3) | 0.30 hrs. |
| 06/14/12 | D. E. DEUTSCH | Review report from defendants' counsel on insurance draw (.3); e-mail Michael Distefano re: creating memorandum to Committee on same (.2). | 0.50 hrs. |
| 06/19/12 | M. DISTEFANO | Drafted email re D&O Insurance report (.2); drafted email to Committee re same (.1); | 0.30 hrs. |
| 06/19/12 | D. E. DEUTSCH | Review and edit report to Committee on D&O payments (.3); discuss next steps on same with Michael Distefano (.1). | 0.40 hrs. |
| 06/25/12 | D. E. DEUTSCH | Review Debtors' draft report and e-mail on Beatty litigation (.2). | 0.20 hrs. |


         Total Fees for Professional Services.............  $1,080.50



                       TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 1.10 | 819.50 |
| M. DISTEFANO | 435.00 | .60 | 261.00 |
| TOTALS | | 1.70 | 1080.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1
```

For Services Through June 30, 2012

Our Matter #19804.018
      TRAVEL

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/07/12 | M. ROITMAN | Non-working travel time from Wilmington to New York (1.6) | 1.60 hrs. |
| 06/07/12 | A. ROSENBLATT | Non-working travel to Delaware for confirmation hearing (1.2). | 1.20 hrs. |
| 06/08/12 | A. ROSENBLATT | Non-working return travel from hearing in Delaware. | 2.00 hrs. |
| 06/08/12 | M. ROITMAN | Non-working travel time to New York from hearing in Wilmington. | 1.30 hrs. |
| 06/08/12 | D. M. LeMAY | Non-working return travel to New York City from hearing in Wilmington. | 2.50 hrs. |
| 06/08/12 | H. SEIFE | Non-working return travel to NYC from hering in Wilmington. | 2.00 hrs. |

**Total Fees for Professional Services.............** **$8,122.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| D. M. LeMAY | 925.00 | 2.50 | 2312.50 |
| H. SEIFE | 995.00 | 2.00 | 1990.00 |
| A. ROSENBLATT | 745.00 | 3.20 | 2384.00 |
| M. ROITMAN | 495.00 | 2.90 | 1435.50 |
| TOTALS | | 10.60 | 8122.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through June 30, 2012

Our Matter #19804.019
         REVIEW OF PREPETITION FINANCINGS


| 06/14/12 | K. ZAFRAN | Review document production issues requested by litigation trustee. | 0.70 hrs. |
|---|---|---|---|
| 06/15/12 | K. ZAFRAN | Meeting with M. Ashley, R. Kirby, and C. Pignatelli re: production to litigation trustee (1.0); review relevant materials and files (.8). | 1.80 hrs. |
| 06/15/12 | C. PIGNATELLI | Attend meeting with litigation team led by M. Ashley re Comittee document transfer (1.1); discussions L.Moloney and litigation support group re same (.8); emails and discussions with litigation team re same (.7). | 2.60 hrs. |
| 06/15/12 | M. D. ASHLEY | Emails with J. Sottile regarding Committee privilege transfer agreement document production obligations (.2); reviewed materials relating to agreement document production obligations (1.0); meeting with R. Kirby, C. Pignatelli, K. Zafran regarding agreement document production (1.2). | 2.40 hrs. |
| 06/15/12 | R. M. KIRBY | Reviewing draft privilege transfer agreement (.4); meeting w/M. Ashley and C. Pignatelli re: privileged document collection and transfer issues (1.1). | 1.50 hrs. |
| 06/18/12 | K. ZAFRAN | Meet with team re: production to litigation trustee (.6); review relevant document files (1.5). | 2.10 hrs. |
| 06/18/12 | R. M. KIRBY | Meeting w/M. Ashley, K. Zafran, and C. Pignatelli re: production of documents pursuant to privilege agreement. | 0.60 hrs. |
| 06/18/12 | C. PIGNATELLI | Attended meeting with litigation team led by M. Ashley re document transfer | 0.50 hrs. |

| 06/18/12 | M. D. ASHLEY | Reviewed materials relating to implementation of Committee privilege transfer agreement (1.5); meeting with R. Kirby, C. Pignatelli, K. Zafran, L. Moloney regarding agreement document collection and review (.7); emails with team regarding agreement document collection and review (.2); emails with J. Sottile, D. LeMay regarding revisions to draft Committee privilege transfer agreement (.3); reviewed revisions to draft agreement and related materials (.5). | 3.20 hrs. |
|---|---|---|---|
| 06/18/12 | L. F. MOLONEY | Meeting with M. Ashley, K. Zafran, R. Kirby and C. Pignatelli to discuss plans for additional document collection and review (.6); Correspondence with CDS Legal re:document database and document review issues (.5). | 1.10 hrs. |
| 06/19/12 | M. D. ASHLEY | Reviewed correspondence and other materials relating to status of Committee privilege transfer agreement (.6); emails with J. Sottile regarding same (.1); reviewed materials relating to document review protocol (1.0). | 1.70 hrs. |
| 06/19/12 | L. F. MOLONEY | Preparation of summary chart outlining the methods, details and related issues associated with performing additional document collection/review (.8); review of related internal Chadbourne materials (.6); Confer with K. Zafran re same (.3). | 1.70 hrs. |
| 06/20/12 | L. F. MOLONEY | Revised summary outlining details for further document collections from Chadbourne as per M. Ashley's request. | 1.20 hrs. |
| 06/20/12 | M. D. ASHLEY | Reviewed Aurelius's letter to Court and related materials regarding subpoenas relating to information transfer (.9); revised draft Committee response letter to Court (.5); emails with M. Roitman | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | regarding subpoena letters (.2); emails with team regarding document review protocol (.3); reviewed materials regarding document review relating to information transfer (.8). |  |
| 06/21/12 | M. D. ASHLEY | Reviewed materials relating to Committee information transfer agreement (1.1); emails with J. Sottile regarding same (.1). | 1.20 hrs. |
| 06/21/12 | T. J. MCCORMACK | Review e-mails, correspondence and draft letter on issues concerning discovery by Litigation Trust against Committee (0.4); review report on court hearing re: same (0.2). | 0.60 hrs. |
| 06/22/12 | M. D. ASHLEY | Meeting with T. McCormack regarding Committee privilege transfer agreement document review (.2); call with J. Sottile regarding privilege transfer document review (.4); reviewed materials relating to document review protocol (.6); emails with team regarding document review protocol (.4). | 1.60 hrs. |
| 06/23/12 | K. ZAFRAN | Review effective ways to conduct review for documents to produce to litigation trustee (.7); email with litigation team re: same (.2). | 0.90 hrs. |
| 06/24/12 | M. D. ASHLEY | Emails with team regarding Committee privilege transfer document review (.3); reviewed related materials (.6). | 0.90 hrs. |
| 06/25/12 | M. D. ASHLEY | Call with M. Roitman regarding Committee privilege transfer document review (.2); emails with D. Deutsch, K. Zafran, M. Roitman regarding document review protocol (.3); reviewed materials relating to document review (.5). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 06/26/12 | M. D. ASHLEY | Meeting with D. Deutsch, M. Roitman regarding Committee privilege transfer document review protocol (.3); reviewed materials relating to document review (.8); emails with team, AlixPartners regarding document review (.3). | 1.40 hrs. |
| 06/26/12 | D. E. DEUTSCH | Conference with Marc Roitman and Marc Ashley to discuss satisfying order requiring turnover of certain confidential records and next steps related to same (.5); | 0.50 hrs. |
| 06/27/12 | L. F. MOLONEY | Meeting with M. Ashley and K. Zafran to discuss Tribune follow-up collections and to review details and protocols (.8); T/C with P. Kelley at CDS re database and document production issues (.6). | 1.40 hrs. |
| 06/27/12 | K. ZAFRAN | Review materials related to production to litigation trustee (1.2); meet with M. Ashley and L. Moloney re: steps for production (.8); call M. Roitman to discuss Litigation Trust agreement issues (.4); draft collection and review protocol (.9); email D. Deutsch re: protocol (.2). | 3.50 hrs. |
| 06/27/12 | M. D. ASHLEY | Call with AlixPartners regarding Committee privilege transfer agreement document review (.6); meeting with K. Zafran, L. Moloney regarding transfer agreement document review (.8); call with K. Zafran regarding document review protocol (.2); reviewed materials relating to document review protocol (1.3); emails with team regarding document review (.4). | 3.30 hrs. |
| 06/27/12 | M. ROITMAN | Call with K. Zafran re: Committee's Litigation Trust Agreement (0.4); Review of email correspondence in connection with transfer of Committee's privileged documents to Litigation Trust (1.5). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 25, 2012
435 N. MICHIGAN AVENUE                               Page    5
CHICAGO, IL 60611

| 06/28/12 | H. SEIFE | Review of revised draft memo to Committee. | 0.50 hrs. |
| 06/28/12 | M. D. ASHLEY | Call with D. Deutsch regarding Committee privilege transfer document review (.3); call with K. Zafran regarding document review protocol (.2); emails with D. Deutsch, K. Zafran, J. Sottile regarding document review (.6); reviewed draft document review protocol and related materials (.8). | 1.90 hrs. |
| 06/28/12 | M. ROITMAN | Review of email correspondence in connection with transfer of Committee's privileged documents to Litigation Trust (0.5) | 0.50 hrs. |
| 06/28/12 | D. E. DEUTSCH | Review and analysis of draft protocol re: complying with sharing order (1.1); two related calls with Marc Ashley (.5); hold related call with James Sottile re: proposed options/approach to same (.4); exchange related e-mails with Marc Ashley re: protocol issues (.2); | 2.20 hrs. |
| 06/28/12 | K. ZAFRAN | Review and revise document review protocol related to production to Litigation Trustee. | 1.90 hrs. |
| 06/29/12 | D. E. DEUTSCH | Review written document production "protocol" (.3). | 0.30 hrs. |
| 06/29/12 | M. D. ASHLEY | Revised draft document review protocol and reviewed related materials (1.1); emails with team regarding same (.3). | 1.40 hrs. |
| 06/29/12 | H. SEIFE | Review of comments to revised memo (.6); review of document production protocol (.5). | 1.10 hrs. |

**Total Fees for Professional Services..............**   **$32,351.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 25, 2012
Page    6

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H.  SEIFE | 995.00 | 1.60 | 1592.00 |
| T.  J.  MCCORMACK | 875.00 | .60 | 525.00 |
| M.  D.  ASHLEY | 695.00 | 22.70 | 15776.50 |
| D.  E.  DEUTSCH | 745.00 | 3.00 | 2235.00 |
| C.  PIGNATELLI | 595.00 | 3.10 | 1844.50 |
| R.  M.  KIRBY | 595.00 | 2.10 | 1249.50 |
| K.  ZAFRAN | 565.00 | 10.90 | 6158.50 |
| L.  F.  MOLONEY | 330.00 | 5.40 | 1782.00 |
| M.  ROITMAN | 495.00 | 2.40 | 1188.00 |
| TOTALS | | 51.80 | 32351.00 |