TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through June 30, 2012

    Our Matter #19804.020
              SHAREHOLDER CLAIMS


06/01/12   D. BAVA          Review and analysis of docket        0.40 hrs.
                            sheet of similar large case
                            adversary proceedings re: LBO
                            litigation issues (.40).

06/04/12   M. ROITMAN       Review filings in state law         0.30 hrs.
                            fraudulent conveyance actions and
                            revise report on same (0.3)

06/06/12   D. BAVA          Review and analysis of federal and  0.30 hrs.
                            state court docket sheets in state
                            law fraudulent conveyance actions
                            re: case activity (.30).

06/07/12   D. E. DEUTSCH    Review update on MDL proceedings     0.30 hrs.
                            (.3).

06/13/12   D. BAVA          Review and analysis of federal and  0.40 hrs.
                            state court docket sheets in state
                            law fraudulent conveyance actions
                            re: case activity (.40).

06/15/12   C. L. RIVERA     Review recent activity in related   0.50 hrs.
                            LBO/SH lawsuits.

06/15/12   D. BAVA          Review and analysis of docket       0.40 hrs.
                            sheet of similar large case
                            adversary proceedings re: LBO
                            litigation issues (.40).

06/18/12   D. E. DEUTSCH    Review e-mails from Landon Ellis    0.30 hrs.
                            and others re: continuation of
                            stay on certain litigation claims
                            (.3).

06/18/12   M. ROITMAN       Review filings in state law         0.30 hrs.
                            fraudulent conveyance actions (0.3)

06/20/12   D. BAVA          Review and analysis of federal and  0.40 hrs.
                            state court docket sheets in state
                            law fraudulent conveyance actions
                            re: case activity (.40).

06/21/12   D. E. DEUTSCH    Review weekly state court           0.30 hrs.
                            litigation report (.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 25, 2012
435 N. MICHIGAN AVENUE                               Page    2
CHICAGO, IL 60611

| 06/21/12 | D. M. LeMAY | Review draft Zuckerman Spaeder letter re: settlement offer proposal re: certain shareholder claims (1.1) and discuss with J. Sottile (.2). | 1.30 hrs. |
|---|---|---|---|
| 06/22/12 | D. E. DEUTSCH | Review e-mail and preliminary review of proposed memorandum to Committee re: possible settlement proposal for certain FitzSimmons claims (.5); review related e-mails from team (.3). | 0.80 hrs. |
| 06/22/12 | T. J. MCCORMACK | Review Zuckerman proposal on Litigation Trust/Committee settlements (0.4); e-mails with team re: same (0.2). | 0.60 hrs. |
| 06/22/12 | M. D. ASHLEY | Reviewed draft Zuckerman Committee memo regarding FitzSimons settlement proposal and related materials (1.2); emails with D. LeMay regarding draft settlement proposal memo (.4). | 1.60 hrs. |
| 06/22/12 | D. M. LeMAY | Review J. Sottile e-mail regarding possible settlement offer re: certain shareholder claims (.8). Conferences w/H. Seife (.4); M. Ashley (.4); J. Sottile (.5) regarding open issues. | 2.10 hrs. |
| 06/25/12 | D. E. DEUTSCH | Review draft memorandum to Committee re: possible settlement of certain claims (.4); exchange e-mails with James Sottile re: same (.1); | 0.50 hrs. |
| 06/25/12 | D. M. LeMAY | Prepare for Committee counsel conference call regarding settlement proposal. | 0.60 hrs. |
| 06/26/12 | D. E. DEUTSCH | Review materials and plan to prepare for meeting on  proposed settlement of certain shareholder causes of action (1.6); participate in related meeting with David LeMay, James Sottile and others (1.0). | 2.60 hrs. |

| 06/26/12 | M. ROITMAN | Meeting with Committee Professionals re: proposed MDL settlement offer and possible impact on confirmation (1.1); Meeting with M. Ashley and D. Deutsch re: Committee's Litigation Trust Agreement (0.3). | 1.40 hrs. |
|---|---|---|---|
| 06/26/12 | M. D. ASHLEY | Call with D. LeMay, D. Deutsch, J. Sottile regarding FitzSimons settlement proposal (1.0); reviewed materials related to proposed settlement (1.2). | 2.20 hrs. |
| 06/26/12 | D. M. LeMAY | Conference call of Committee counsel to review issues relating to possible settlement offer to shareholder defendants (1.1). Conf. w/H. Seife regarding same (.2). | 1.30 hrs. |
| 06/26/12 | T. J. MCCORMACK | Review correspondence from shareholder counsel on litigation issues (0.2); t/c with team and J.Sottile on litigation trust/settlement issues (1.0). | 1.20 hrs. |
| 06/27/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions (0.2) | 0.20 hrs. |
| 06/27/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |
| 06/28/12 | D. M. LeMAY | Review and comment on draft Zuckerman Spaeder memo regarding proposed joint settlement offer regarding selling shareholder claims. | 1.00 hrs. |
| 06/28/12 | M. D. ASHLEY | Reviewed draft FitzSimons settlement proposal memo and related materials (.5); emails with A. Goldfarb regarding same (.1). | 0.60 hrs. |
| 06/28/12 | T. J. MCCORMACK | Review redraft of memo to Committee on trust issues (0.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           July 25, 2012
435 N. MICHIGAN AVENUE                                  Page    4
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/28/12 | M. ROITMAN | Review and comment upon memorandum re: proposed settlement of state law fraudulent conveyance actions (0.8) | 0.80 hrs. |
| 06/29/12 | D. E. DEUTSCH | Review revised memorandum to Committee re: possible partial shareholder claim settlement (.5); discuss issue on same with Marc Roitman (.1). | 0.60 hrs. |
| 06/29/12 | M. ROITMAN | Review and comment upon memorandum re: proposed settlement of state law fraudulent conveyance actions (0.7) | 0.70 hrs. |
| 06/29/12 | C. L. RIVERA | Review recent activity in related LBO/shareholder lawsuits. | 0.20 hrs. |
| 06/29/12 | A. ROSENBLATT | Discuss shareholder settlement memorandum with Roitman (.3); emails with Sottile and LeMay re: Committee procedures for voting on shareholder settlement, etc. (.4). | 0.70 hrs. |
| 06/29/12 | M. D. ASHLEY | Reviewed materials relating to draft settlement proposal memo (.6); emails with team regarding draft memo (.3). | 0.90 hrs. |
| 06/29/12 | D. M. LeMAY | Work on identifying and resolving Committee members conflict issues relating to proposed settlement offer. | 0.80 hrs. |

Total Fees for Professional Services............. $19,608.50


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 7.10 | 6567.50 |
| T. J. MCCORMACK | 875.00 | 2.10 | 1837.50 |
| M. D. ASHLEY | 695.00 | 5.30 | 3683.50 |
| A. ROSENBLATT | 745.00 | .70 | 521.50 |
| D. E. DEUTSCH | 745.00 | 5.40 | 4023.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| D. BAVA | 295.00 | 2.30 | 678.50 |
| C. L. RIVERA | 665.00 | .70 | 465.50 |
| M. ROITMAN | 495.00 | 3.70 | 1831.50 |
| TOTALS | | 27.30 | 19608.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through June 30, 2012

Our Matter #19804.021
            PLAN LITIGATION


06/01/12   D. M. LeMAY          Review and revise Confirmation     11.80 hrs.
                                Brief, Exhibits, Plan Amendments
                                (8.1).   Conference call of DCL
                                Proponents to discuss confirmation
                                brief and allocation of argument
                                (1.1). Follow-up conference with
                                A.Rosenblatt and M.Roitman re:
                                same (.4).   Review and comment on
                                draft findings of fact and
                                conclusions of law (1.4). Review
                                and sign off on Joint Pretrial
                                Memorandum (.8).

06/01/12   H. SEIFE             Preparation for confirmation        4.90 hrs.
                                hearing (2.1); review of revised
                                draft brief (.7), plan (.5) and
                                findings of fact (.5); review
                                emails among DCL parties regarding
                                draft documents (.8); review
                                summary chart of objections to DCL
                                plan (.3).

06/01/12   C. L. RIVERA         Prep for (0.4) and call with plan   4.70 hrs.
                                proponents re: preparation for
                                confirmation hearing (1.2);
                                revising litigation trust
                                agreement for comments from Akin
                                (0.7); correspondence to M.
                                Roitman re: same (0.3); reviewing
                                revisions to brief and related
                                correspondence (2.1).

06/01/12   M. ROITMAN           Review and revise brief in support  8.70 hrs.
                                of confirmation (4.9); confer with
                                D. LeMay re: same (0.8); Call with
                                DCL co-proponents re: brief and
                                confirmation hearing (1.2); confer
                                with D. LeMay and A. Rosenblatt
                                following call (0.2); Draft email
                                to Committee re: revisions to
                                brief in support of confirmation
                                and proposed findings of fact and
                                conclusions of law (0.5);
                                Correspond with J. Teitelbaum and
                                W. Niese re: same (0.2); Review
                                proposed plan amendments (0.3);
                                confer/correspond with D. LeMay
                                re: proposed amendments to article
                                9 of plan (0.2); confer/correspond

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            July 25, 2012
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611

| | | with DCL co-proponents re: same (0.4); | |
|---|---|---|---|
| 06/01/12 | M. D. ASHLEY | Reviewed drafts of proposed Findings of Fact, Joint Pretrial Memorandum, and DCL supporting brief and related materials (2.8); emails with D. LeMay and Sidley regarding draft confirmation hearing pleadings (.4). | 3.20 hrs. |
| 06/01/12 | A. ROSENBLATT | Review revised blackline draft of the confirmation brief sent from Sidley (.7); review email from Sidley with election analysis re: Aurelius decision and standing to object to lender fees (.3); participate on DCL Plan Proponent call re: confirmation brief and hearing (1.2); post-call meeting with LeMay and Roitman re: same (.4); review proposed plan amendment sent by Davis Polk to address objection to scope of release language in Plan (.3); multiple calls with G. Novod re: litigation trust loan agreement and related issues (.5); discuss loan issues with Berson (.2); emails with LeMay and Sottile re: allocation of oral argument issues amongst DCL Plan Proponents (.3); review proposed plan amendments circulated by Sidley in advance of filing (.9); multiple emails with DCL Plan Proponents re: proposed plan changes and Aurelius's position re: same (.4); emails from Schaible and LeMay re: status of Niese serving on litigation trust advisory board and method for electing third member (.3); begin to look at Sidley draft of list of unresolved objections that need to be addressed at confirmation hearing (.3). | 5.80 hrs. |
| 06/02/12 | T. J. MCCORMACK | Review Bridge Agent's reply and joinder to DCL Group's reply on plan issues (0.5). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 06/03/12 | M. ROITMAN | Draft memorandum re: proposed amendment to section 9.1.3 of DCL Plan (6.4) | 6.40 hrs. |
| 06/03/12 | M. D. ASHLEY | Reviewed litigation trust agreement, proposed findings of fact, and responses to confirmation objections (1.1); emails with Sidley regarding same (.2). | 1.30 hrs. |
| 06/04/12 | A. ROSENBLATT | Participate on call with DCL Plan Proponents re: confirmation hearing preparation (1.4); review Aurelius comments to Trust Loan Agreement (.4) and call with Sidley and Davis Polk re: same (1.0); review Aurelius comments to other plan related documents (.8); review email from Sidley outlining possible resolution of Aurelius trust related objections (.5); call with Lantry re: Committee position with respect to same and related issues (.4); conference with D.LeMay on litigation advisory fee issue (.2); review document sent from Sidley setting forth order of objectors at confirmation (.4); Review email from Sidley with update on WTC fee issue (.2); review G. Novod comments to litigation trust loan agreement (.2); discuss with LeMay proposals for appointing third trust advisory board member if Niese does not serve (.2). | 5.70 hrs. |
| 06/04/12 | M. D. ASHLEY | Reviewed objections to DCL plan and related confirmation hearing materials (1.2). | 1.20 hrs. |
| 06/04/12 | M. DISTEFANO | Reviewed Trust Loan Agreement revisions (.3) | 0.30 hrs. |
| 06/04/12 | D. M. LeMAY | Conference call with Co-proponents regarding confirmation hearing presentation (1.2). Telephone conference with J. Sottile and J. Teitelbaum regarding Niese service on Litigation Trust Board (.6). Conference with H. Seife, C. | 5.00 hrs. |

|            |               |                                                                                                                                                                                                                                                                                                                                                  |            |
|------------|---------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |               | Rivera and M. Roitman regarding Litigation Trust open issues (.4). Review Bridge Agent filing regarding confirmation (.4). Telephone conference w/A. Lipkind at Buena Vista regarding confirmation (.2). Prepare hearing arguments (2.2).                                                                                                            |            |
| 06/04/12   | M. ROITMAN    | Meeting with D. LeMay, H. Seife and C. Rivera re: proposed plan amendments (0.6); Call with DCL Co-Proponents re: confirmation issues (1.3); call with G. Novod, M. Siegel, C. Rivera re: Litigation Trust Confidentiality Agreement (0.3); Draft memorandum re: Responsibilities of Litigation Trust Advisory Board (4.2); Draft Argument Outlines for Confirmation Hearing (5.5); | 11.90 hrs. |
| 06/04/12   | S. BERSON     | Reviewed comments to Loan Agreement (.4); call with Davis Polk, Sidley and Rosenblatt re: same (.9).                                                                                                                                                                                                                                              | 1.30 hrs.  |
| 06/04/12   | D. BAVA       | Prepare materials for confirmation hearing (2.6).                                                                                                                                                                                                                                                                                                 | 2.60 hrs.  |
| 06/04/12   | C. L. RIVERA  | Call with Brown Rudnick and M. Roitman re: committee privilege transfer issue (0.3); confer with M. Roitman (0.2) and D. LeMay (0.2) re: same; correspondence re: confi agreement, open issues, status of resolutions (0.9); correspondence with Akin re: trust agreement (0.2); meeting with D. LeMay, H. Seife and M. Roitman re: open issues (0.5). | 2.30 hrs.  |
| 06/04/12   | H. SEIFE      | Conference with D.LeMay regarding confirmation issues (.5); review various emails among parties regarding confirmation (1.4); preparation for confirmation hearing (2.5); review of revised documents (1.2).                                                                                                                                        | 5.60 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                  Page    5
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/04/12 | T. J. MCCORMACK | Review objections to DCL Plan (0.8). | 0.80 hrs. |
| 06/05/12 | T. J. MCCORMACK | Review materials on Committee privilege information/transfer to litigation trust (0.3); t/c Zuckerman re: same (0.2); review party submissions on hearing (0.8). | 1.30 hrs. |
| 06/05/12 | H. SEIFE | Review of Aurelius supplemental objection (.4); review of open issues for confirmation (1.3); prepare for confirmation hearing (2.1); review of revised plan documents (1.2). | 5.00 hrs. |
| 06/05/12 | C. L. RIVERA | Meet and confer call with DCL group and plan objectors (1.1); call with J. Sottile, M. Siegel and G. Novad re: committee privilege agreement (0.7); calls with J. Sottile re: same (0.4); related emails with J.Sottile (0.4); confer with A. Rosenblatt and S. Berson re: trust/loan doc revisions (0.8); review revised loan provisions from E. Vonnegut (0.8); correspondence with A. Rosenblatt and S. Berson re: same (0.5); correspondence with J. Sottile and litigation team re: depository order as related to committee privilege agreement (0.4). | 5.10 hrs. |
| 06/05/12 | M. ROITMAN | Conference Call with all case parties re: Objections to Confirmation (1.1); Call with Zuckerman and Chadbourne teams following call (0.3); meet with D. LeMay re: confirmation hearing preparations (0.3); Draft argument outlines for confirmation hearing (6.8); Review document depository order in connection with Litigation Trust Confidentiality Agreement (0.5) | 9.00 hrs. |
| 06/05/12 | D. BAVA | Prepare materials for confirmation hearing (2.2). | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611


06/05/12   D. M. LeMAY      Meet and confer (telephonically)      8.90 hrs.
                            with Plan objectors and
                            co-proponents (1.3).  Negotiate to
                            resolve open issues regarding
                            Litigation Trust Advisory Board,
                            Trust Loan and related issues
                            (2.8).  Prepare arguments for
                            confirmation hearing (4.8).

06/05/12   S. BERSON        Reviewed revised loan agreement       2.80 hrs.
                            (1.3); calls with A. Rosenblatt,
                            Sidley and Davis Polk re: same
                            (.8); met and spoke with A.
                            Rosenblatt and C. Rivera re: loan
                            agreement revisions (.7).

06/05/12   R. M. KIRBY      E-mails to J. Sottille and M.         0.50 hrs.
                            Ashley re: issues concerning
                            Document Depository and the
                            Litigation Trustee.

06/05/12   M. D. ASHLEY     Emails with J. Sottile, R. Kirby,     1.20 hrs.
                            M. Roitman regarding Committee
                            privilege transfer agreement (.5);
                            reviewed materials relating to
                            document depository issues (.7).

06/05/12   A. ROSENBLATT    Review Aurelius bullet list of        7.20 hrs.
                            objections to trust loan forwarded
                            by Sidley (.3); participate on
                            call with all DCL Plan Proponents
                            and objectors re: confirmation
                            procedures in advance of status
                            conference with Court (1.2);
                            multiple calls with Berson re:
                            litigation trust credit agreement
                            (.6) and work on finalizing draft
                            of same to resolve plan objections
                            (.9); calls with Lantry and
                            Vonnegut re: same (1.0);  review
                            revised proposed order of argument
                            to be filed with Court (.3) and
                            emails with DCL Plan Proponents
                            re: same (.2); review proposed
                            changes to Plan to resolve certain
                            objections (.6); multiple emails
                            with Sidley and other plan
                            proponents re: open confirmation
                            issues and resolving plan
                            objections (1.0); review Davis
                            Polk revisions to Trust Loan
                            Agreement (.5) and emails with

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |            |
|------------|----------------|-------|-----------|
|            |                | Lantry and Vonnegut re: same (.3); review emails from Sottile with his views on Aurelius objections to loan agreement (.3). | |
| 06/05/12   | S. NICHOLS     | Review all caselaw re: old Committee analysis on obtaining stay pending appeal. | 3.80 hrs. |
| 06/05/12   | D. E. DEUTSCH  | Review update on appeal matters (.2). | 0.20 hrs. |
| 06/06/12   | A. ROSENBLATT  | Email to C&P team and Sottile re: Aurelius litigation trust objection and possible resolution of same (.3); participate on call with C&P team and Sottile re: open plan issues, confirmation arguments, litigation trust issues, etc. (1.0);  call with Lantry and Vonnegut and C&P team re: resolving Aurelius objections to litigation trust loan and related issues (.8); continue to work on litigation trust loan issues in hopes of resolving Aurelius objection to same (.8); call with Berson to review possible language changes to agreement (.6); participate on court conference call (.5); post-conference discussion with Roitman and LeMay in final preparation for hearing (.5); review proposed confirmation order (.6); review Aurelius email re: objecting to waiver of Bankruptcy Rule 3020 stay (.2); review blackline of plan showing proposed changes circulated by Sidley to address plan objections (.4); emails from Plan Proponents (Jones Day) re: approval of Law Debenture as replacement litigation trust advisory board member (.2); email from Lantry with list of issues to revised trust loan agreement circulated by Berson (.3). | 6.20 hrs. |

| 06/06/12 | M. D. ASHLEY | Emails with J. Sottile, R. Kirby relating to Committee privilege transfer agreement (.3); reviewed materials relating to privilege transfer agreement (.8); reviewed materials relating to DCL Plan amendments (.6). | 1.70 hrs. |
|---|---|---|---|
| 06/06/12 | D. BAVA | Prepare materials for confirmation hearing (2.4). | 2.40 hrs. |
| 06/06/12 | C. L. RIVERA | Call with Committee materials (D. LeMay, J. Sottile, M. Roitman, S. Berson) (0.5) with K. Lantry (0.4) and E. Vonnegut (0.2) re: loan/trust issue; one-off calls with D. LeMay, M. Roitman and A. Rosenblatt re: same (0.8); review and revise plan amendments (1.2); correspondence with team re: possible resolution of loan issue (0.6); review revisions to loan agreement (0.9). | 4.60 hrs. |
| 06/06/12 | M. ROITMAN | Call with Committee Professionals re: Litigation Trust Agreement and Trust Loan (0.5); Call with Sidley and DPW re: same (0.5); Revise plan re: composition of Litigation Trust Advisory Board (0.4); confer/correspond with C. Rivera re: same (0.3); Preparation for confirmation hearing (5.8); Review plan amendments re: resolution of certain objections (1.2); Draft email to Committee re: same (0.8); confer with D. LeMay re: same (0.5); | 10.00 hrs. |
| 06/06/12 | S. BERSON | Call with Committee professionals re: construct of trust credit agreement (.5); call with DPW and Sidley re: same (.5); spoke with A.Rosenblatt re: revisions to agreement (.6); revised trust credit agreement (3.6). | 5.20 hrs. |
| 06/06/12 | D. M. LeMAY | Attend court telephonic status hearing (.5). Continuous calls and meetings with Davis Polk, Sidley and J. Sottile to attempt to negotiate and resolve open issues | 10.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    9
CHICAGO, IL 60611

|            |                   | re: Trust Loan and Litigation Trust Advisory Board membership, as well as related Plan amendments (8.5). Preparation for contested hearing (1.2). | |
| --- | --- | --- | --- |
| 06/06/12 | H. SEIFE | Pretrial hearing before Judge Carey (.5); preparation for confirmation hearing (1.8); review of revised confirmation documents (1.3); review of plan modifications (1.1). | 4.70 hrs. |
| 06/06/12 | T. J. MCCORMACK | Review options on Committee privilege/transfer to Litigation Trust (0.4). | 0.40 hrs. |
| 06/07/12 | D. M. LeMAY | Prepare for confirmation hearing (3.1); attend meeting with DCL group to prepare for hearing (1.2). Participate in confirmation hearing in USBC (2.8). Meeting with C&P team following hearing (.5). Prepare for tomorrow's hearing (1.5). | 9.10 hrs. |
| 06/07/12 | M. DISTEFANO | Reviewed hearing agenda (.1) and DCL plan brief (.6); attend (telephonicially) confirmation hearing (2.3); drafted summary for the committee (1.4); | 4.40 hrs. |
| 06/07/12 | S. BERSON | Correspondence with A.Rosenblatt re:  Trust loan agreement. | 0.60 hrs. |
| 06/07/12 | M. ROITMAN | Attendance at Confirmation Hearing (2.6); Meet with DCL co-proponents in advance of hearing (1.3); Confer with C&P team after hearing (0.5); Call with M. Distefano and S. Nichols re: Report to Committee (0.8); Revise Report to Committee on Confirmation Hearing (0.8); Review and comment up on draft Confirmation Order (1.1) | 7.10 hrs. |
| 06/07/12 | H. SEIFE | Review of comments to findings of fact/conclusions of law (.4); meeting with DCL plan proponents regarding confirmation hearing (1.2); participate in hearing before Judge Carey on confirmation | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page   10
CHICAGO, IL 60611

<table>
<tr><td></td><td></td><td>(2.9).</td><td></td></tr>
<tr><td>06/07/12</td><td>M. D. ASHLEY</td><td>Reviewed revisions to proposed findings of fact and related materials (.9); emails with D. LeMay regarding proposed findings of fact (.1); reviewed court conference transcripts (.7).</td><td>1.70 hrs.</td></tr>
<tr><td>06/07/12</td><td>A. ROSENBLATT</td><td>Prepare for confirmation hearing (.9); attend pre-hearing meeting with other DCL Plan Proponents (1.0); attend confirmation hearing (2.8); attend post-hearing meeting with team re: open issues (.5); meet with Roitman re: draft hearing summary for posting to Committee (.3); emails with Berson, Vonnegut and others re: issues with Litigation Trust Loan Agreement (.4); discuss same with Novod (.2); review proposed revisions to Litigation Trust Loan Agreement (.5).</td><td>6.60 hrs.</td></tr>
<tr><td>06/07/12</td><td>C. L. RIVERA</td><td>Correspondence with team re: possible settlement of open issues on trust agreement, process for hearing/argument.</td><td>0.60 hrs.</td></tr>
<tr><td>06/07/12</td><td>D. E. DEUTSCH</td><td>Review materials to prepare for (1.1) and participate (telephonically) in Tribune confirmation hearing (2.4).</td><td>3.50 hrs.</td></tr>
<tr><td>06/08/12</td><td>A. ROSENBLATT</td><td>Attend confirmation hearing (3.0); post hearing meetings with Novod, Vonnegut and others re: finalizing certain plan related documents (.4); review and provide comments to hearing summary (.2); review revised draft of Litigation Trust Loan Agreement sent from Davis Polk (.4); call with Berson re: same (.4); call with Vonnegut re: same (.3); review Berson email remitting Chadbourne comments to same (.3); call with Roitman re: necessary revisions to Litigation Trust Agreement to be consistent with Litigation Trust Loan Agreement (.2); review chart</td><td>5.60 hrs.</td></tr>
</table>

|          |                |                                                                                                                                                                                                                                                                                                           |             |
|----------|----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------|
|          |                | setting forth current status of each objection to confirmation prepared by Sidley (.4).                                                                                                                                                                                                                     |             |
| 06/08/12 | M. DISTEFANO   | Participate in portion of confirmation hearing (.8);                                                                                                                                                                                                                                                        | 0.80 hrs.   |
| 06/08/12 | S. BERSON      | Reviewed revised Trust Loan Agreement (.9); prepared comments (1.4); call with Davis Polk re: same (.4); spoke with A. Rosenblatt re: same (.3).                                                                                                                                                             | 3.00 hrs.   |
| 06/08/12 | D. E. DEUTSCH  | Participate (telephonically) in today's confirmation hearing (3.1).                                                                                                                                                                                                                                         | 3.10 hrs.   |
| 06/08/12 | M. D. ASHLEY   | Reviewed confirmation hearing transcripts and related materials.                                                                                                                                                                                                                                           | 1.20 hrs.   |
| 06/08/12 | H. SEIFE       | Preparation for confirmation hearing (1.5); participate in continued confirmation hearing before Judge Carey (3.2); review of plan revisions (.8).                                                                                                                                                           | 5.50 hrs.   |
| 06/08/12 | M. ROITMAN     | Attendance at Confirmation Hearing (2.8); Confer with C&P team after hearing (0.5); Confer with S. Nichols re: Report to Committee (0.5); Revise Report to Committee on Confirmation Hearing (1.3); Confer with A. Rosenblatt re: same (0.3); Confer with A. Rosenblatt re: revisions to Litigation Trust Agreement (0.4) | 5.80 hrs.   |
| 06/08/12 | D. M. LeMAY    | Prepare for (1.5) and participate in (3.0) confirmation hearing in USBC.                                                                                                                                                                                                                                    | 4.50 hrs.   |
| 06/08/12 | T. J. MCCORMACK| Review summary of confirmation plan hearing (0.3).                                                                                                                                                                                                                                                          | 0.30 hrs.   |
| 06/09/12 | H. SEIFE       | Review of revised chart on plan objections (.4); review emails with DCL group regarding plan amendments (.7).                                                                                                                                                                                               | 1.10 hrs.   |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 25, 2012
435 N. MICHIGAN AVENUE                               Page   12
CHICAGO, IL 60611

| 06/10/12 | M. ROITMAN | Review and comment upon Litigation Trust Confidentiality Agreement (0.8); Correspond with J. Sottile re: same (0.3). | 1.10 hrs. |

| 06/10/12 | A. ROSENBLATT | Emails with Berson and Vonnegut re: changes to litigation trust loan agreement (.3); review revised agreement circulated by Davis Polk (.3);  review emails from Roitman, Sottile and others re: current status of open litigation trust documents (.3). | 0.90 hrs. |

| 06/10/12 | M. D. ASHLEY | Emails with D. LeMay, J. Sottile regarding draft Committee privilege transfer agreement (.5); reviewed drafts of Committee privilege transfer agreement and related materials (1.3); call with J. Sottile regarding draft agreement (.3); reviewed confirmation hearing transcripts (1.1). | 3.20 hrs. |

| 06/10/12 | T. J. MCCORMACK | Review Sottile emails re: Committee privilege transfer issues (0.2). | 0.20 hrs. |

| 06/11/12 | T. J. MCCORMACK | Review materials on Committee privilege transfer (0.5); confer M. Ashley re: same (0.2). | 0.70 hrs. |

| 06/11/12 | D. E. DEUTSCH | Review materials to prepare for today's confirmation hearing (.3); participate (telephonically) in confirmation hearing (.6). | 0.90 hrs. |

| 06/11/12 | M. D. ASHLEY | Emails with R. Kirby regarding Committee privilege transfer agreement (.2); reviewed Committee privilege transfer agreement and materials relating to document production (1.1); reviewed revisions to proposed findings of fact and related pleadings (.8); emails with D. LeMay, Sidley regarding revisions to proposed findings of fact (.2); reviewed confirmation hearing transcripts (.7). | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page   13
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/11/12 | H. SEIFE | Preparation for continued confirmation hearing (1.1); review of plan amendments and additional comments (.7); telephonic hearing before Judge Carey (.8); review proposed language for confirmation order (.7). | 3.30 hrs. |
| 06/11/12 | S. BERSON | Reviewed revised Trust Loan Agreement (1.0); correspondence with A.Rosenblatt re: same (.2). | 1.20 hrs. |
| 06/11/12 | D. M. LeMAY | Review revisions to Plan (.2) and Litigation Trust Agreement (.9). Review  Objections chart (.5); review Privilege Agreement (.8). Conference call with DCL Proponents prior to hearing (.3). Three e-mails with J. Sottile re: state of documents (.2). Telephonic status conference in USBC (.8). | 3.70 hrs. |
| 06/11/12 | C. L. RIVERA | Correspondence with J. Sottile re: insert into Committee transfer agreement (0.1); correspondence with D. LeMay re: status of same agreement (0.2); review DCL proposed trust changes (0.7); correspondence with team re: same (0.3). | 1.30 hrs. |
| 06/11/12 | A. ROSENBLATT | Review and comment on emails among DCL Plan Proponents providing comments on Litigation Trust Agreement, Litigation Trust Loan Agreement, Committee confidentiality agreement and other confirmation-related documents (.8) review revised Trust Loan Agreement (.3) and emails with Berson re: same (.2); review update on telephonic hearing with Court (.2). | 1.50 hrs. |
| 06/11/12 | M. DISTEFANO | Revised litigation trust agreement (1.4); participate in telephonic confirmation hearing (.5); | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    14
CHICAGO, IL 60611

| 06/11/12 | M. ROITMAN | Participate in telephonic Court Appearance (0.4); Conference call with DCL co-proponents in advance of telephonic hearing (0.3); Confer/correspond with D. LeMay and M. Distefano re: proposed revisions to Litigation Trust Agreement (0.5); Revise Litigation Trust Agreement (1.6); Correspond with C&P and Zuckerman teams re: revisions to Litigation Trust Agreement (0.4); Correspond with DCL Co-Proponents re: same (0.3); Correspond with Counsel to Aurelius re: same (0.2) | 3.70 hrs. |
| --- | --- | --- | --- |
| 06/12/12 | A. ROSENBLATT | Email with Deutsch re: providing Committee with confirmation hearing update (.2); emails with other DCL Plan Proponents re: post-effective date fees of Committee in complying with cooperation agreement (.6); review and provide comments to DiStefano re: hearing summary and related confirmation issues (.3); review Aurelius blackline of trust and trust loan agreements and Davis Polk comments to same (.5); review Aurelius response to Davis Polk comments (.4); review timeline for occurrence of effective date (.3); review proposed confirmation order for conflict provision (as between plan and confirmation order) in response to G. Novod question (.2); review emails from Sottile re: status of finalizing Committee transfer agreement (.3). | 2.80 hrs. |
| 06/12/12 | M. DISTEFANO | Drafted email to the Committee re confirmation hearing (.8) | 0.80 hrs. |
| 06/12/12 | D. M. LeMAY | Review proposed Aurelius revisions to Litigation Trust, Litigation Trust Loan, and privilege transfer agreement. | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page   15
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/12/12 | C. L. RIVERA | Review committee privilege transfer agreement (0.9); correspondence with M. Roitman re: committee bylaws (0.1); confer with D. Deutsch re: amending same and process (0.1); revisions to agreement (0.4). | 1.50 hrs. |
| 06/12/12 | H. SEIFE | Review of emails regarding additional comments to findings of fact/conclusions of law. | 0.90 hrs. |
| 06/12/12 | M. D. ASHLEY | Reviewed revisions to draft Committee privilege transfer agreement and related materials (1.1); emails with J. Sottile, C. Rivera regarding revisions to draft agreement (.4). | 1.50 hrs. |
| 06/12/12 | D. E. DEUTSCH | Review materials on yesterday's hearing (.6); exchange e-mails with Andrew Rosenblatt and Michael Distefano re: preparing report for Committee on same (.3); review and revise related memorandum to Committee (.4). | 1.30 hrs. |
| 06/12/12 | T. J. MCCORMACK | Review summary of June 11 hearing (0.3); review issues on privilege transfer agreement (0.4). | 0.70 hrs. |
| 06/12/12 | M. ROITMAN | Review Akin Gump revisions to Litigation Trust Agreement (0.5); Correspond with co-proponents re: same (0.7); Draft email memorandum re: comments to revisions on Litigation Trust Agreement (2.0) | 3.20 hrs. |
| 06/13/12 | D. M. LeMAY | Review and comment on most recent draft of Plan Amendments, Litigation Trust Agreement, Litigation Trust Loan Agreement, Litigation Trust Confidentiality Agreement and Status of Objections chart. | 5.30 hrs. |
| 06/13/12 | M. D. ASHLEY | Reviewed drafts of Committee privilege transfer agreement and related materials (1.2); emails with J. Sottile, D. LeMay regarding draft agreement (1.0); reviewed materials regarding | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 25, 2012
435 N. MICHIGAN AVENUE                               Page   16
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | agreement document production obligations (1.0); call with R. Kirby regarding agreement document production obligations (.2). |  |
| 06/13/12 | H. SEIFE | Review of changes to plan. | 0.70 hrs. |
| 06/13/12 | C. L. RIVERA | Revising trust agreement for Akin comments (0.9) and correspondence with E. Vonnegut (0.3), A. Rosenblatt and D. LeMay (0.5) re: same; review changes to committee transfer agreement (0.7); correspondence to A. Rosenblatt re: same (0.2); correspondence to Akin re: trust agreement (0.3); review further comments (0.2); call from J. Bendernagel re: open points (0.1); correspondence with A.Rosenblatt and S.Berson re: plan amendments (0.4). | 3.60 hrs. |
| 06/13/12 | A. ROSENBLATT | Multiple calls with Davis Polk and internal calls with Ashley, C. Rivera and Berson re: comments to various iterations of Trust Agreement, Trust Loan Agreement and Plan changes (1.5); multiple emails with Berson re: changes proposed by Aurelius to trust documents (.6); review competing comments from DCL Plan Proponents and Aurelius on the Trust Loan Agreement and Trust Agreement (1.4); emails from Sottile revising litigation trust documents as per collective Committee position (.5); review changed Plan pages sent from Sidley (.3); emails with Aurelius and others scheduling call to finalize trust documents (.2). | 4.50 hrs. |
| 06/13/12 | S. BERSON | Reviewed revised documents (.7); correspondence with A.Rosenblatt and C.Rivera re: comments to same (.4). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page   17
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 06/14/12 | S. BERSON | Spoke with A. Rosenblatt re: revisions to documents (.2); reviewed revised documents (.5); call with E. Vonnegut re: same (.2). | 0.90 hrs. |
| 06/14/12 | A. ROSENBLATT | Prepare for (.4) and participate on call with counsel for Plan Proponents and Aurelius re: comments to Litigation Trust Loan Agreement (.4); participate on call with DCL Plan Proponents re: Committee document transfer agreement and related issues (.5); review and respond to multiple emails with Sidley, Davis Polk, Jones Day and Akin re: finalizing Litigation Trust Loan Agreement, Litigation Trust Agreement and other plan-related documents (2.5); meet with Deutsch to provide confirmation hearing update/details in preparation for his call with Committee members (.2); emails with Ashley re: timing of termination of Committee and tie in to effective date (.2); review additional proposed changes to the Plan circulated by Sidley to conform to current state of litigation trust agreements (.3). | 4.50 hrs. |
| 06/14/12 | C. L. RIVERA | Prepare for (0.3) and call with DPW, Akin, Sidley and Chadbourne re: open issues on trust agreement (0.4); follow-up revisions to same (0.5); correspondence with team and DCL group re: same (0.4); review proposed plan amendments (0.6) and correspondence re: same to A. Rosenblatt (0.2). | 2.40 hrs. |
| 06/14/12 | H. SEIFE | Review additional plan changes. | 0.80 hrs. |
| 06/14/12 | M. D. ASHLEY | Participated in DCL Plan proponents' call regarding draft Committee privilege transfer agreement (.4); calls with J. Sottile regarding revisions to draft Committee privilege transfer agreement (.8); reviewed revisions to draft agreement and related | 4.70 hrs. |

|  |  |  |  |
|---|---|---|---|
|  |  | materials (1.0); reviewed materials relating to agreement document production obligations (1.2); emails with J. Sottile, A. Rosenblatt, AlixPartners, Moelis regarding draft Committee privilege transfer agreement (1.0); emails with R. Kirby, K. Zafran regarding document production obligations (.3). |  |
| 06/14/12 | M. ROITMAN | Conference call with Akin Gump and DCL co-proponents re: Litigation Trust Agreement (0.4); Correspond with DCL co-proponents re: Trust-related documents (0.3) | 0.70 hrs. |
| 06/14/12 | T. J. MCCORMACK | Review e-mails on issues regarding litigation trust and use of Committee work product and documents (0.3). | 0.30 hrs. |
| 06/15/12 | H. SEIFE | Review of additional plan changes. | 0.40 hrs. |
| 06/15/12 | A. ROSENBLATT | Review additional changes to Plan sent from Sidley (.3); emails with Vonnegut re: remaining open issues to resolve to finalize plan documents (.4); review status on negotiations over reimbursement cap on reorganized company's expenses (.3); review status on open issues with Committee cooperation agreement from Sottile (.3); review further plan changes sent from Sidley (.2); emails with Sottile and others on C&P team re: unresolved Committee fee issue in connection with cooperating with trust (.3); review blackline of litigation trust loan agreement re: one conforming change (.2); review blackline of litigation trust agreement sent from Sottile that purports to be final draft (.3); email from Lantry re: open issue regarding reorganized debtor cooperation agreement with trust (.1). | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page   19
CHICAGO, IL 60611

| 06/16/12 | A. ROSENBLATT | Review latest draft of all plan docs sent from Sidley. | 1.00 hrs. |
| 06/16/12 | H. SEIFE | Review of current versions of plan documents. | 1.20 hrs. |
| 06/17/12 | M. D. ASHLEY | Reviewed correspondence and pleadings relating to confirmation briefing and Committee privilege transfer agreement (.8). | 0.80 hrs. |
| 06/18/12 | A. ROSENBLATT | Review Brown Rudnick last minute comments to plan documents sent from Siegel (.3); review Sidley, Davis Polk and C&P response to same (.3); provide final comments re: plan documents (.8); emails from Sottile providing update on discussions with Aurelius re: post-effective date fee issue (.3); emails from Sottile and LeMay re: Committee subpoena issue (.3); review Roitman email to W. Smith re: amended plan (.2); review notice pleading related to plan documents sent from Sidley (.2) and emails with LeMay and Seife re: same (.2); review Jones Day comments to cover pleading (.2); review further emails among DCL Plan Proponents (Jones Day, Davis Polk and Sidley) re: change to cover pleading to reflect resolution of Committee post-effective date fee issue (.4). | 3.20 hrs. |
| 06/18/12 | H. SEIFE | Review of revised plan amendments (.8); review of Brown Rudnick comments (.4); review emails among parties regarding litigation trust issues (1.1); review of cover pleading and comments (.5). | 2.80 hrs. |
| 06/18/12 | D. M. LeMAY | Finalize stipulation with briefing schedule for WTC appeal. | 0.50 hrs. |
| 06/18/12 | D. M. LeMAY | Review and revise Notice of Filing and all documents to be filed. | 6.80 hrs. |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/18/12 | M. ROITMAN | Review revised plan documents and draft cover pleading (2.5); Review Wilmington Trust's comments on revised Litigation Trust Agreement (0.4); Call with M. Siegel re: same (0.2); Correspond with DCL co-proponents re: same (0.5); Correspond with all case parties re: proposed revisions to Litigation Trust Agreement (0.6); Draft email to Committee re: revised plan documents (1.1); Correspond with W. Smith re: same (0.4) | 5.70 hrs. |
| 06/18/12 | C. L. RIVERA | Review Brown Rudnick comments to trust agreement. | 0.40 hrs. |
| 06/19/12 | M. ROITMAN | Draft memo re: filing of the Amended Plan and dispute concerning the agreement respecting transfer of documents, information and privileges from the Creditors' Committee to the Litigation Trust (2.1); confer with D. LeMay re: same (0.4); Draft email to Committee re: same (0.3); | 2.80 hrs. |
| 06/19/12 | D. BAVA | Review and preparation of modified 4th amended plan and related materials for distribution to attorneys (1.20). | 1.20 hrs. |
| 06/19/12 | H. SEIFE | Review of filed plan documents (.5); review of McCormick pleading (.4); review of Zensky letter to Judge (.5); review of revised response to letter (.7); conference with D.LeMay regarding response (.3). | 2.40 hrs. |
| 06/19/12 | A. ROSENBLATT | Emails with Zukerman and LRC teams re: Berko letter and response (.3); review final plan documents filed as per email from K. Mills at Sidley (.4). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 25, 2012
435 N. MICHIGAN AVENUE                               Page   21
CHICAGO, IL 60611

| 06/20/12 | A. ROSENBLATT | Review McCormick objection to proposed change in certain section of the Plan (.3); review letter filed by Aurelius re: discovery of Committee under LT Agreement (.3); emails among C&P and Zuckerman and LRC team re: response to same (.3); discuss same with Roitman (.2) and review draft response to Aurelius letter circulated by Roitman and Ashley comments to same (.3); review revised letter response as per H. Seife's comments (.2). | 1.60 hrs. |
| 06/20/12 | M. ROITMAN | Review letter from Aurelius's counsel regarding dispute over whether the Litigation Trustee should be permitted to seek discovery of the Committee under the Committee's LT Agreement (0.4); Draft response letter re: same (4.1); confer/correspond with D. LeMay re: same (0.6); Draft email to Committee re: same (0.9) | 6.00 hrs. |
| 06/20/12 | H. SEIFE | Review and revised letter to Judge Carey (.8); conference with D.LeMay regarding letter (.3); prepare for hearing (.5). | 1.60 hrs. |
| 06/20/12 | D. M. LeMAY | Review Zensky letter to Judge (.8). Conference with J. Sottile regarding same (.3). Prepare and revise response letter (4.2). Review and revise memo to Committee regarding same (.5). | 5.80 hrs. |
| 06/21/12 | D. M. LeMAY | Revise and finalize letter to Judge Carey (2.5). Prepare for (3.6) and participate in (.8) telephonic hearing in USBC. Prepare memo to Committee regarding hearing (.7). | 7.60 hrs. |
| 06/21/12 | D. E. DEUTSCH | Review materials related to emergency hearing scheduled by Court (.5); exchange related e-mails with David LeMay (.2). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page   22
CHICAGO, IL 60611


| 06/21/12 | H. SEIFE | Review of issues regarding discovery of Committee (1.1); participate in hearing before Judge Carey (.8). | 1.90 hrs. |
| 06/21/12 | M. ROITMAN | Revise response letter re: dispute over whether the Litigation Trustee should be permitted to seek discovery of the Committee under the Committee's Litigation Trust Agreement (1.5); Confer/correspond with D. LeMay re: same (0.5); Preparation for telephonic hearing re: same (2.1); Confer with D. LeMay re: same (0.6); Telephonic appearance at hearing re: same (0.7); Draft email to Committee reporting on hearing (0.8); | 6.20 hrs. |
| 06/22/12 | H. SEIFE | Review email/letter from J.Sottile regarding litigation proposal (.8); conference with D.LeMay regarding same (.5). | 1.30 hrs. |
| 06/25/12 | H. SEIFE | Emails with team regarding proposed settlement structure. | 0.40 hrs. |
| 06/27/12 | D. M. LeMAY | Review materials regarding Parent GUC percentage participation in Litigation Trust. | 0.30 hrs. |


**Total Fees for Professional Services.............. $280,863.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 81.30 | 75202.50 |
| H. SEIFE | 995.00 | 49.00 | 48755.00 |
| T. J. MCCORMACK | 875.00 | 5.20 | 4550.00 |
| M. D. ASHLEY | 695.00 | 28.10 | 19529.50 |
| A. ROSENBLATT | 745.00 | 60.20 | 44849.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 25, 2012
435 N. MICHIGAN AVENUE                                 Page    23
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 9.70 | 7226.50 |
| S. BERSON | 745.00 | 16.10 | 11994.50 |
| D. BAVA | 295.00 | 8.40 | 2478.00 |
| C. L. RIVERA | 665.00 | 26.50 | 17622.50 |
| R. M. KIRBY | 595.00 | .50 | 297.50 |
| S. NICHOLS | 285.00 | 3.80 | 1083.00 |
| M. DISTEFANO | 435.00 | 8.20 | 3567.00 |
| M. ROITMAN | 495.00 | 88.30 | 43708.50 |
| TOTALS | | 385.30 | 280863.50 |