# EXHIBIT B

## TRIBUNE COMPANY, et al.
## SUMMARY OF EXPENSES INCURRED
## June 1, 2012 through June 30, 2012

| DISBURSEMENT | AMOUNT |
|---|---|
| Long Distance Travel[1] | $1,107.30 |
| Lodging[2] | 1,755.60 |
| Business Meals/Catering<br>   Late Night/Weekend Meals   $202.85<br>   Travel Meals[3]                      $160.04 | $362.89 |
| Carfare (Late Night/Weekends) | 329.44 |
| Federal Express | 44.32 |
| Postage | 7.59 |
| Lexis Legal Research | 123.84 |
| Westlaw Legal Research | 2,930.97 |
| Information Retrieval (Bloomberg Law) | 111.05 |
| Paralegal Overtime | 182.61 |
| Reproduction | 920.10 |
| Outside Copy Services | 916.68 |
| Court Reporter | 1,126.55 |
| Telephone Charges | 4.04 |
| Telephone Reimbursement | 49.50 |
| Managing Clerk Services (PACER)[4] | 1,085.71 |
| **TOTAL** | **$11,058.19** |

1. Represents travel on Amtrak to Wilmington, Delaware on June 7 - 8, 2012 to attend the hearing on confirmation of the plan in Bankruptcy Court.

2. Represents hotel fees in connection with travel to Wilmington, Delaware on June 7 - 8, 2012 to attend the hearing on confirmation of the plan in Bankruptcy Court.

3. Represents meals while traveling.

4. Due to the voluminous nature of the computerized records listing each PACER charge, Chadbourne has not electronically filed said copies. The computerized records will be made available to the Fee Examiner in the required format and, upon request, will be made available to any party in interest upon request to the undersigned counsel.

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/11/2012 | | | _DTRAN | 1.00 | 317.00 | 317.00 | TRANSPORTATION - LONG DISTANCE TRAVEL (AMTRAK + $15 taxi) - Vendor: DAVID LEMAY TRAVEL TO WILMINGTON, DE REGARDING TRIBUNE HEARING ON 6/08/12 - DAVID LEMAY<br>Vendor=DAVID LEMAY  Balance= .00  Amount= 775.90<br>Check #342028  06/14/2012 | 29093854 |
| 06/11/2012 | | | _DTRAN | 1.00 | 237.00 | 237.00 | TRANSPORTATION - LONG DISTANCE TRAVEL (AMTRAK) - Vendor: HOWARD SEIFE TRAVEL TO WILMINGTON DE FOR TRIBUNE CONFIRMATION HEARING 6/07 - HOWARD SEIFE<br>Vendor=HOWARD SEIFE  Balance= .00  Amount= 675.90<br>Check #342041  06/14/2012 | 29093858 |
| 06/14/2012 | | | _DTRAN | 1.00 | 253.00 | 253.00 | TRANSPORTATION - LONG DISTANCE TRAVEL (AMTRAK) - Vendor: ANDREW ROSENBLATT AMTRAK 06/07-06/08/12 TRAVEL TO WILMINGTON, DE RE: APPEARANCE AT HEARING IN RE TRIBUNE/ PLAN LITIGATION<br>Vendor=ANDREW ROSENBLATT  Balance= .00  Amount= 772.74<br>Check #342037  06/14/2012 | 29103112 |
| 06/19/2012 | | | LDTRAN | 1.00 | 300.30 | 300.30 | TRANSPORTATION - LONG DISTANCE TRAVEL (AMTRAK + $53 taxi) - Vendor: MARC ROITMAN 06/07-06/08/12 WILIMINGTON DE FOR TRIBUNE CONFIRMATION HEARING<br>Vendor=MARC ROITMAN  Balance= .00  Amount= 785.40<br>Check #342187  06/21/2012 | 29106311 |
| | | UNBILLED TOTALS: WORK | | | | 1,107.30 | 4 records | |
| | | UNBILLED TOTALS: BILL: | | | | 1,107.30 | | |
| | | GRAND TOTAL:  WORK: | | | | 1,107.30 | 4 records | |
| | | GRAND TOTAL:  BILL: | | | | 1,107.30 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:46:47 AM

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/11/2012 | | | LODGE | 1.00 | 438.90 | 438.90 | LODGING - LONG DISTANCE TRAVEL (Hotel DuPont - one night) - Vendor: DAVID LEMAY TRAVEL TO WILMINGTON, DE REGARDING TRIBUNE HEARING ON 6/08/12 - DAVID LEMAY  Vendor=DAVID LEMAY  Balance= .00  Amount= 775.90  Check #342028  06/14/2012 | 29093852 |
| 06/11/2012 | | | LODGE | 1.00 | 438.90 | 438.90 | LODGING - LONG DISTANCE TRAVEL (Hotel DuPont - one night) - Vendor: HOWARD SEIFE TRAVEL TO WILIMINGTON DE FOR TRIBUNE CONFIRMATION HEARING 6/07 - HOWARD SEIFE  Vendor=HOWARD SEIFE  Balance= .00  Amount= 675.90  Check #342041  06/14/2012 | 29093857 |
| 06/14/2012 | | | LODGE | 1.00 | 438.90 | 438.90 | LODGING - LONG DISTANCE TRAVEL (Hotel DuPont - one night) - Vendor: ANDREW ROSENBLATT 06/07-06/08/12 TRAVEL TO WILMINGTON, DE RE: APPEARANCE AT HEARING IN RE TRIBUNE/ PLAN LITIGIATION  Vendor=ANDREW ROSENBLATT  Balance= .00  Amount= 772.74  Check #342037  06/14/2012 | 29103110 |
| 06/19/2012 | | | LODGE | 1.00 | 438.90 | 438.90 | LODGING - LONG DISTANCE TRAVEL (Hotel DuPont - one night) - Vendor: MARC ROITMAN 06/07-06/08/12 WILIMINGTON DE FOR TRIBUNE CONFIRMATION HEARING  Vendor=MARC ROITMAN  Balance= .00  Amount= 785.40  Check #342187  06/21/2012 | 29106309 |
| | | UNBILLED TOTALS:  WORK: | | | | 1,755.60 | 4 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 1,755.60 | | |
| | | GRAND TOTAL:  WORK: | | | | 1,755.60 | 4 records | |
| | | GRAND TOTAL:  BILL: | | | | 1,755.60 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/04/2012 | | | MEALH | 1.00 | 30.63 | 30.63 | MEALS | 29120661 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 274492620 | |
| | | | | | | | Name of Restaurant: PURE THAI COOKHOUSE | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 2858.94 | |
| | | | | | | | Check #342511  07/05/2012 | |
| 06/06/2012 | | | MEALH | 1.00 | 27.17 | 27.17 | MEALS | 29120659 |
| | | | | | | | Names of Diners: BERSON, SCOTT | |
| | | | | | | | Reference No: 274997418 | |
| | | | | | | | Name of Restaurant: WU LIANG YE | |
| | | | | | | | Approved by: SCOTT BERSON | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 2858.94 | |
| | | | | | | | Check #342511  07/05/2012 | |
| 06/06/2012 | | | MEALH | 1.00 | 30.34 | 30.34 | MEALS | 29120660 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 274955454 | |
| | | | | | | | Name of Restaurant: ISAVORY MEXICANO | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 2858.94 | |
| | | | | | | | Check #342511  07/05/2012 | |
| 06/08/2012 | | | MEALH | 1.00 | 71.97 | 71.97 | MEALS - Vendor: CHADBOURNE & PARKE LLP MEALS | 29091521 |
| | | | | | | | WHILE WORKING 4/28, 5/08 5/14 5/19 5/22 & 5/31 | |
| | | | | | | | - DOUGLAS DEUTSCH | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 1505.46 | |
| | | | | | | | Check #342007  06/12/2012 | |
| 06/19/2012 | | | MEALH | 1.00 | 20.08 | 20.08 | MEALS - Vendor: CHADBOURNE & PARKE LLP MEALS | 29105834 |
| | | | | | | | WORKING ON CLIENT PROJECT - AUNTIE ANNE'S /AU | |
| | | | | | | | BON PAIN - 6/03 - MARC ROITMAN | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 1052.44 | |
| | | | | | | | Check #342122  06/19/2012 | |
| 06/25/2012 | | | MEALH | 1.00 | 22.66 | 22.66 | MEALS | 29137036 |
| | | | | | | | Names of Diners: DISTEFANO, MICHAEL | |
| | | | | | | | Reference No: 278956455 | |
| | | | | | | | Name of Restaurant: SIX HAPPINESS | |
| | | | | | | | Approved by: MICHAEL DISTEFANO | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 2512.73 | |
| | | | | | | | Check #342793  07/25/2012 | |
| | | UNBILLED TOTALS: WORK | | | | 202.85 | 6 records | |
| | | UNBILLED TOTALS: BILL: | | | | 202.85 | | |
| | | GRAND TOTAL:  WORK: | | | | 202.85 | 6 records | |
| | | GRAND TOTAL:  BILL: | | | | 202.85 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/11/2012 | | | MEALLD | 1.00 | 15.00 | 15.00 | MEALS - LONG DISTANCE TRAVEL (Lunch) - Vendor: DAVID LEMAY TRAVEL TO WILMINGTON, DE REGARDING TRIBUNE HEARING ON 6/08/12 - DAVID LEMAY  Vendor=DAVID LEMAY  Balance= .00  Amount= 775.90  Check #342028  06/14/2012 | 29093853 |
| 06/11/2012 | | | MEALLD | 1.00 | 18.00 | 18.00 | MEALS - LONG DISTANCE TRAVEL - Vendor: HOWARD SEIFE (BREAKFAST) - TRIBUNE CONFIRMATION HEARINGS @ HOTEL DUPONT, WILMINGTON DE 6/08/12- HOWARD SEIFE  Vendor=HOWARD SEIFE  Balance= .00  Amount= 18.00  Check #342041  06/14/2012 | 29093943 |
| 06/14/2012 | | | MEALLD | 1.00 | 80.84 | 80.84 | MEALS - LONG DISTANCE TRAVEL - Vendor: ANDREW ROSENBLATT(various meals) 06/07-06/08/12 TRAVEL TO WILMINGTON, DE RE: APPEARANCE AT HEARING IN RE TRIBUNE/ PLAN LITIGATION  Vendor=ANDREW ROSENBLATT  Balance= .00  Amount= 772.74  Check #342037  06/14/2012 | 29103111 |
| 06/19/2012 | | | MEALLD | 1.00 | 46.20 | 46.20 | MEALS - LONG DISTANCE TRAVEL - Vendor: MARC ROITMAN (various meals) 06/07-06/08/12 WILIMINGTON DE FOR TRIBUNE CONFIRMATION HEARING  Vendor=MARC ROITMAN  Balance= .00  Amount= 785.40  Check #342187  06/21/2012 | 29106310 |
| | | UNBILLED TOTALS:  WORK: | | | | 160.04 | 4 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 160.04 | | |
| | | GRAND TOTAL:  WORK: | | | | 160.04 | 4 records | |
| | | GRAND TOTAL:  BILL: | | | | 160.04 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/01/2012 | | | CAR | 1.00 | 10.00 | 10.00 | CARFARE - Vendor: CHADBOURNE & PARKE LLP CAR | 29083422 |
| | | | | | | | ALLOWANCE - A. WALKER - 5/21 | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 1005.03 | |
| | | | | | | | Check #341862  06/04/2012 | |
| 06/06/2012 | | | CAR | 1.00 | 91.39 | 91.39 | CARFARE | 29104695 |
| | | | | | | | Berson Scott D. | |
| | | | | | | | 49 W 49 ST | |
| | | | | | | | 8 EAGLE HILL RD | |
| | | | | | | | 0672934 | |
| | | | | | | | 574921 | |
| | | | | | | | Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 11475.66 | |
| | | | | | | | Check #342474  07/05/2012 | |
| 06/07/2012 | | | CAR | 1.00 | 71.65 | 71.65 | CARFARE | 29104804 |
| | | | | | | | Passenger: ROJAS,ADRIANNA | |
| | | | | | | | From: 50 W 50 ST , MANHATTAN | |
| | | | | | | | To: QU | |
| | | | | | | | 103775 | |
| | | | | | | | Vendor=VITAL TRANSPORTATION INC.  Balance= .00  Amount= | |
| | | | | | | | 814.54 | |
| | | | | | | | Check #342241  06/27/2012 | |
| 06/08/2012 | | | CAR | 1.00 | 36.00 | 36.00 | CARFARE - Vendor: CHADBOURNE & PARKE LLP | 29091522 |
| | | | | | | | CABFARE WHLE WORKING 4/28 5/03 5/08 & 5/22 - | |
| | | | | | | | M.ROITMAN | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 1505.46 | |
| | | | | | | | Check #342007  06/12/2012 | |
| 06/19/2012 | | | CAR | 1.00 | 120.40 | 120.40 | CARFARE - Vendor: CHADBOURNE & PARKE LLP | 29105833 |
| | | | | | | | VARIOUS CABFARES TAKEN - 5/31, 5/24, 6/06, | |
| | | | | | | | 6/04,06/03, 06/1, 06/03  - MARC ROITMAN | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 1052.44 | |
| | | | | | | | Check #342122  06/19/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 329.44 | 5 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 329.44 | | |
| | | GRAND TOTAL:  WORK: | | | | 329.44 | 5 records | |
| | | GRAND TOTAL:  BILL: | | | | 329.44 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/05/2012 | | | FEDEXH | 1.00 | 30.72 | 30.72 | FEDERAL EXPRESS | 29093753 |
| | | | | | | | DAVID BAVA | |
| | | | | | | | Landis Rath & Cobb LLP | |
| | | | | | | | 919 N Market St | |
| | | | | | | | WILMINGTON    DE19801   US | |
| | | | | | | | 410791160254 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= .00  Amount= 2103.26 | |
| | | | | | | | Check #342237  06/26/2012 | |
| 06/06/2012 | | | FEDEXH | 1.00 | 13.60 | 13.60 | FEDERAL EXPRESS | 29093754 |
| | | | | | | | DAVID BAVA | |
| | | | | | | | Landis Rath & Cobb LLP | |
| | | | | | | | 919 N Market St | |
| | | | | | | | WILMINGTON    DE19801   US | |
| | | | | | | | 410791160450 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= .00  Amount= 2103.26 | |
| | | | | | | | Check #342237  06/26/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 44.32 | 2 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 44.32 | | |
| | | GRAND TOTAL:    WORK: | | | | 44.32 | 2 records | |
| | | GRAND TOTAL:    BILL: | | | | 44.32 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/25/2012 | | | POST | 1.00 | 2.29 | 2.29 | POSTAGE | 29138564 |
| | | | | | | | h. seife | |
| | | | | | | | mr. john f. theil | |
| | | | | | | | POS - 1C | |
| | | | | | | | 1117655034443 | |
| | | | | | | | E108 | |
| 06/26/2012 | | | POST | 1.00 | 5.30 | 5.30 | POSTAGE | 29138565 |
| | | | | | | | h. seife | |
| | | | | | | | fran panchak | |
| | | | | | | | POS - 1C | |
| | | | | | | | 1117739161027 | |
| | | | | | | | E108 | |
| | | UNBILLED TOTALS: WORK | | | | 7.59 | 2 records | |
| | | UNBILLED TOTALS: BILL: | | | | 7.59 | | |
| | | GRAND TOTAL: WORK: | | | | 7.59 | 2 records | |
| | | GRAND TOTAL: BILL: | | | | 7.59 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/01/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 2<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 29124112 |
| 06/01/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 29124113 |
| 06/04/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 29124114 |
| 06/04/2012 | | | LEXIS | 1.00 | 8.44 | 8.44 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 29124115 |
| 06/05/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: NICHOLS, SARA<br>CNCT (HMS) or No. of Searches: 120<br>100245<br>ID No.: C43R5BP<br>LEXIS LEGAL SERVICES | 29124116 |
| 06/05/2012 | | | LEXIS | 1.00 | 6.67 | 6.67 | LEXIS<br>User Name: NICHOLS, SARA<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: C43R5BP<br>LEXIS LEGAL SERVICES | 29124117 |
| 06/05/2012 | | | LEXIS | 1.00 | 34.48 | 34.48 | LEXIS<br>User Name: NICHOLS, SARA<br>CNCT (HMS) or No. of Searches: 10.00<br>100245<br>ID No.: C43R5BP<br>SHEPARD'S SERVICE | 29124118 |
| 06/05/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: NICHOLS, SARA<br>CNCT (HMS) or No. of Searches: 4631<br>100245<br>ID No.: C43R5BP<br>SHEPARD'S SERVICE | 29124119 |
| 06/06/2012 | | | LEXIS | 1.00 | 6.67 | 6.67 | LEXIS<br>User Name: NICHOLS, SARA<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: C43R5BP<br>LEXIS LEGAL SERVICES | 29124120 |
| 06/06/2012 | | | LEXIS | 1.00 | 3.47 | 3.47 | LEXIS<br>User Name: NICHOLS, SARA<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: C43R5BP<br>SHEPARD'S SERVICE | 29124121 |
| 06/06/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: NICHOLS, SARA<br>CNCT (HMS) or No. of Searches: 912<br>100245<br>ID No.: C43R5BP<br>SHEPARD'S SERVICE | 29124122 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/06/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: NICHOLS, SARA<br>CNCT (HMS) or No. of Searches: 0<br>100245<br>ID No.: C43R5BP<br>LEXIS LEGAL SERVICES | 29124123 |
| 06/06/2012 | | | LEXIS | 1.00 | 6.70 | 6.70 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: 4FR1MDY<br>COLLIER SERVICE | 29124124 |
| 06/06/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 0<br>100245<br>ID No.: 4FR1MDY<br>COLLIER SERVICE | 29124125 |
| 06/06/2012 | | | LEXIS | 1.00 | 22.26 | 22.26 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: 4FR1MDY<br>COLLIER SERVICE | 29124126 |
| 06/06/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: 4FR1MDY<br>MATTHEW BENDER SERVICE | 29124127 |
| 06/06/2012 | | | LEXIS | 1.00 | 6.67 | 6.67 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: 4FR1MDY<br>MATTHEW BENDER SERVICE | 29124128 |
| 06/06/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 35<br>100245<br>ID No.: 4FR1MDY<br>MATTHEW BENDER SERVICE | 29124129 |
| 06/06/2012 | | | LEXIS | 1.00 | 20.04 | 20.04 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: 4FR1MDY<br>MATTHEW BENDER SERVICE | 29124130 |
| | | UNBILLED TOTALS: WORK | | | | 123.84 | 19 records | |
| | | UNBILLED TOTALS: BILL: | | | | 123.84 | | |
| | | GRAND TOTAL: WORK: | | | | 123.84 | 19 records | |
| | | GRAND TOTAL: BILL: | | | | 123.84 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/11/2012 | | | LODGE | 1.00 | 438.90 | 438.90 | LODGING - LONG DISTANCE TRAVEL (Hotel DuPont - one night) - Vendor: DAVID LEMAY TRAVEL TO WILMINGTON, DE REGARDING TRIBUNE HEARING ON 6/08/12 - DAVID LEMAY<br>Vendor=DAVID LEMAY  Balance= .00  Amount= 775.90<br>Check #342028  06/14/2012 | 29093852 |
| 06/11/2012 | | | LODGE | 1.00 | 438.90 | 438.90 | LODGING - LONG DISTANCE TRAVEL (Hotel DuPont - one night) - Vendor: HOWARD SEIFE TRAVEL TO WILIMINGTON DE FOR TRIBUNE CONFIRMATION HEARING 6/07 - HOWARD SEIFE<br>Vendor=HOWARD SEIFE  Balance= .00  Amount= 675.90<br>Check #342041  06/14/2012 | 29093857 |
| 06/14/2012 | | | LODGE | 1.00 | 438.90 | 438.90 | LODGING - LONG DISTANCE TRAVEL (Hotel DuPont - one night) - Vendor: ANDREW ROSENBLATT 06/07-06/08/12 TRAVEL TO WILMINGTON, DE RE: APPEARANCE AT HEARING IN RE TRIBUNE/ PLAN LITIGIATION<br>Vendor=ANDREW ROSENBLATT  Balance= .00  Amount= 772.74<br>Check #342037  06/14/2012 | 29103110 |
| 06/19/2012 | | | LODGE | 1.00 | 438.90 | 438.90 | LODGING - LONG DISTANCE TRAVEL (Hotel DuPont - one night) - Vendor: MARC ROITMAN 06/07-06/08/12 WILIMINGTON DE FOR TRIBUNE CONFIRMATION HEARING<br>Vendor=MARC ROITMAN  Balance= .00  Amount= 785.40<br>Check #342187  06/21/2012 | 29106309 |
| | | UNBILLED TOTALS: WORK | | | | 1,755.60 | 4 records | |
| | | UNBILLED TOTALS: BILL: | | | | 1,755.60 | | |
| | | GRAND TOTAL:  WORK: | | | | 1,755.60 | 4 records | |
| | | GRAND TOTAL:  BILL: | | | | 1,755.60 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost index |
|---|---|---|---|---|---|---|---|---|
| 06/01/2012 | | | WEST | 1.00 | 5.39 | 5.39 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 29083703 |
| 06/01/2012 | | | WEST | 1.00 | 132.58 | 132.58 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 29083704 |
| 06/02/2012 | | | WEST | 1.00 | 76.71 | 76.71 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 29083715 |
| 06/03/2012 | | | WEST | 1.00 | 16.17 | 16.17 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 29083722 |
| 06/04/2012 | | | WEST | 1.00 | 35.57 | 35.57 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 29083737 |
| 06/04/2012 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 29083738 |
| 06/05/2012 | | | WEST | 1.00 | 51.75 | 51.75 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 29084696 |
| 06/05/2012 | | | WEST | 1.00 | 16.17 | 16.17 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306<br>Included | 29084697 |
| 06/05/2012 | | | WEST | 1.00 | 2.52 | 2.52 | INFORMATION RETRIEVAL<br>User Name: NICHOLS,SARA<br>CNNT(HMS):0:00:00<br>Westlaw ID:10807431<br>ACCT NO: 1000851578<br>Included<br>19804. > MAT | 29084700 |
| 06/06/2012 | | | WEST | 1.00 | 173.18 | 173.18 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 29085417 |
| 06/06/2012 | | | WEST | 1.00 | 132.58 | 132.58 | INFORMATION RETRIEVAL<br>User Name: YOO,YOUNG<br>CNNT(HMS):0:00:00<br>Westlaw ID:6717614<br>ACCT NO: 1000813306 | 29085418 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Included | |
| 06/06/2012 | | | WEST | 1.00 | 169.58 | 169.58 | INFORMATION RETRIEVAL | 29085422 |
| | | | | | | | User Name: NICHOLS,SARA | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10807431 | |
| | | | | | | | ACCT NO: 1000851578 | |
| | | | | | | | Included | |
| 06/06/2012 | | | WEST | 1.00 | 797.98 | 797.98 | INFORMATION RETRIEVAL | 29085423 |
| | | | | | | | User Name: NICHOLS,SARA | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10807431 | |
| | | | | | | | ACCT NO: 1000851578 | |
| | | | | | | | Included | |
| 06/07/2012 | | | WEST | 1.00 | 39.20 | 39.20 | INFORMATION RETRIEVAL | 29090673 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Excluded | |
| 06/07/2012 | | | WEST | 1.00 | 106.71 | 106.71 | INFORMATION RETRIEVAL | 29090693 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/08/2012 | | | WEST | 1.00 | 132.58 | 132.58 | INFORMATION RETRIEVAL | 29091931 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/09/2012 | | | WEST | 1.00 | 67.91 | 67.91 | INFORMATION RETRIEVAL | 29091937 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/10/2012 | | | WEST | 1.00 | 29.11 | 29.11 | INFORMATION RETRIEVAL | 29091943 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/11/2012 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL | 29093255 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/12/2012 | | | WEST | 1.00 | 111.38 | 111.38 | INFORMATION RETRIEVAL | 29093687 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/13/2012 | | | WEST | 1.00 | 94.32 | 94.32 | INFORMATION RETRIEVAL | 29095366 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/14/2012 | | | WEST | 1.00 | 54.97 | 54.97 | INFORMATION RETRIEVAL | 29103656 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]   Page 3
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/15/2012 | | | WEST | 1.00 | 54.97 | 54.97 | INFORMATION RETRIEVAL | 29104892 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/16/2012 | | | WEST | 1.00 | 76.71 | 76.71 | INFORMATION RETRIEVAL | 29104903 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/17/2012 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL | 29104910 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/18/2012 | | | WEST | 1.00 | 3.23 | 3.23 | INFORMATION RETRIEVAL | 29104876 |
| | | | | | | | User Name: YOO,YOUNG | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:6717614 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/25/2012 | | | WEST | 1.00 | 115.34 | 115.34 | INFORMATION RETRIEVAL | 29116994 |
| | | | | | | | User Name: DISTEFANO,MICHAEL | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10204933 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/26/2012 | | | WEST | 1.00 | 127.90 | 127.90 | INFORMATION RETRIEVAL | 29120551 |
| | | | | | | | User Name: DISTEFANO,MICHAEL | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10204933 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/26/2012 | | | WEST | 1.00 | 105.99 | 105.99 | INFORMATION RETRIEVAL | 29120552 |
| | | | | | | | User Name: DISTEFANO,MICHAEL | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10204933 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/27/2012 | | | WEST | 1.00 | 190.78 | 190.78 | INFORMATION RETRIEVAL | 29120566 |
| | | | | | | | User Name: DISTEFANO,MICHAEL | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10204933 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| | | UNBILLED TOTALS: WORK | | | | 2,930.97 | 30 records | |
| | | UNBILLED TOTALS: BILL: | | | | 2,930.97 | | |
| | | GRAND TOTAL: WORK: | | | | 2,930.97 | 30 records | |
| | | GRAND TOTAL: BILL: | | | | 2,930.97 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost index |
|---|---|---|---|---|---|---|---|---|
| 06/06/2012 | | | INFORT | 1.00 | 111.05 | 111.05 | INFORMATION RETRIEVAL 976582223 (Bloomberg Law) | 29166114 |
| | | | | | | | Ill. Cir. Ct. 2011-L-013642 DRC DAVID BAVA | |
| | | | | | | | 6615604 | |
| | | UNBILLED TOTALS: WORK | | | | 111.05 | 1 records | |
| | | UNBILLED TOTALS: BILL: | | | | 111.05 | | |
| | | GRAND TOTAL: WORK: | | | | 111.05 | 1 records | |
| | | GRAND TOTAL: BILL: | | | | 111.05 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/29/2012 | | | OTPARA | 2.25 | 81.16 | 182.61 | PARALEGAL OVERTIME PR 06/29/2012-D.BAVA | 29122402 |
| | | UNBILLED TOTALS: WORK | | | | 182.61 | 1 records | |
| | | UNBILLED TOTALS: BILL: | | | | 182.61 | | |
| | | GRAND TOTAL: WORK: | | | | 182.61 | 1 records | |
| | | GRAND TOTAL: BILL: | | | | 182.61 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/21/2012 | | | REPRO | 546.00 | 0.20 | 109.20 | REPRODUCTION<br>BW 8-1/2 x 11 Charges - NA -<br>201206031 | 29115143 |
| 05/21/2012 | | | REPRO | 210.00 | 0.20 | 42.00 | REPRODUCTION<br>BW 8-1/2 x 11 Charges - NA -<br>201206036 | 29115144 |
| 05/22/2012 | | | REPRO | 56.00 | 0.20 | 11.20 | REPRODUCTION<br>BW 8-1/2 x 11 Charges - NA -<br>201206035 | 29115145 |
| 06/01/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>730258<br>Pender, Sheila<br>4400096<br>Print | 29088490 |
| 06/01/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION<br>730042<br>Lamb, Helen<br>4725688<br>Print | 29088514 |
| 06/01/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>730438<br>Lamb, Helen<br>4725688<br>Print | 29088515 |
| 06/03/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>730775<br>Roitman, Marc<br>4732387<br>Print | 29088520 |
| 06/04/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>731714<br>Roitman, Marc<br>4735169<br>Print | 29088521 |
| 06/04/2012 | | | REPRO | 1140.00 | 0.20 | 228.00 | REPRODUCTION<br>User Name: Gardner, Norman<br>Time of Day: (H:M:S): 18:58<br>912462 | 29083887 |
| 06/04/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>730970<br>Bava, David<br>4733673<br>Print | 29088491 |
| 06/04/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>730971<br>Bava, David<br>4733623<br>Print | 29088492 |
| 06/04/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>730972<br>Bava, David<br>4733523<br>Print | 29088493 |
| 06/04/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>730973<br>Bava, David<br>4709082<br>Print | 29088494 |
| 06/04/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>731582 | 29088495 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

Page 2

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Bava, David | |
| | | | | | | | 4709082 | |
| | | | | | | | Print | |
| 06/04/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088496 |
| | | | | | | | 731591 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4733673 | |
| | | | | | | | Print | |
| 06/04/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088497 |
| | | | | | | | 731605 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4734841 | |
| | | | | | | | Print | |
| 06/04/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088498 |
| | | | | | | | 731621 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4733673 | |
| | | | | | | | Print | |
| 06/04/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088499 |
| | | | | | | | 731652 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4733623 | |
| | | | | | | | Print | |
| 06/04/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088500 |
| | | | | | | | 731661 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4733673 | |
| | | | | | | | Print | |
| 06/04/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088501 |
| | | | | | | | 731666 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4733673 | |
| | | | | | | | Print | |
| 06/05/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088502 |
| | | | | | | | 731888 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4733523 | |
| | | | | | | | Print | |
| 06/05/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29088503 |
| | | | | | | | 731939 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4709082 | |
| | | | | | | | Print | |
| 06/05/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088504 |
| | | | | | | | 732638 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4623295 | |
| | | | | | | | Print | |
| 06/05/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088505 |
| | | | | | | | 732639 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4623295 | |
| | | | | | | | Print | |
| 06/05/2012 | | | REPRO | 350.00 | 0.20 | 70.00 | REPRODUCTION | 29084794 |
| | | | | | | | User Name: Hand, Rashaan | |
| | | | | | | | Time of Day: (H:M:S): 11:25 | |
| | | | | | | | 914788 | |
| 06/05/2012 | | | REPRO | 166.00 | 0.20 | 33.20 | REPRODUCTION | 29084795 |
| | | | | | | | User Name: Gardner, Norman | |
| | | | | | | | Time of Day: (H:M:S): 13:38 | |
| | | | | | | | 914837 | |
| 06/05/2012 | | | REPRO | 1084.00 | 0.20 | 216.80 | REPRODUCTION | 29084796 |
| | | | | | | | User Name: Hand, Rashaan | |