Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

Page 3

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Time of Day: (H:M:S): 13:48 | |
| | | | | | | | 914850 | |
| 06/05/2012 | | | REPRO | 420.00 | 0.20 | 84.00 | REPRODUCTION | 29084797 |
| | | | | | | | User Name: Gardner, Norman | |
| | | | | | | | Time of Day: (H:M:S): 19:42 | |
| | | | | | | | 914949 | |
| 06/05/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088516 |
| | | | | | | | 731985 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 06/05/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29088517 |
| | | | | | | | 732494 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4725716 | |
| | | | | | | | Print | |
| 06/05/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 29088522 |
| | | | | | | | 732580 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4734998 | |
| | | | | | | | Print | |
| 06/05/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 29088523 |
| | | | | | | | 732594 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4734998 | |
| | | | | | | | Print | |
| 06/05/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29088524 |
| | | | | | | | 732709 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4739693 | |
| | | | | | | | Print | |
| 06/06/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088525 |
| | | | | | | | 733391 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4743928 | |
| | | | | | | | Print | |
| 06/06/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29088526 |
| | | | | | | | 733570 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4739693 | |
| | | | | | | | Print | |
| 06/06/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 29088527 |
| | | | | | | | 733571 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4734998 | |
| | | | | | | | Print | |
| 06/06/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 29088528 |
| | | | | | | | 733576 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4734998 | |
| | | | | | | | Print | |
| 06/06/2012 | | | REPRO | 13.00 | 0.20 | 2.60 | REPRODUCTION | 29088529 |
| | | | | | | | 733618 | |
| | | | | | | | Berson, Scott D. | |
| | | | | | | | 4744440 | |
| | | | | | | | Print | |
| 06/06/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088506 |
| | | | | | | | 733492 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4733673 | |
| | | | | | | | Print | |
| 06/06/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088507 |
| | | | | | | | 733494 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                              Page 4
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Bava, David | |
| | | | | | | | 4733673 | |
| | | | | | | | Print | |
| 06/06/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088508 |
| | | | | | | | 733574 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4744378 | |
| | | | | | | | Print | |
| 06/06/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088509 |
| | | | | | | | 733575 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4744378 | |
| | | | | | | | Print | |
| 06/06/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29088510 |
| | | | | | | | 733591 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4744400 | |
| | | | | | | | Print | |
| 06/06/2012 | | | REPRO | 4.00 | 2.00 | 8.00 | REPRODUCTION | 29115184 |
| | | | | | | | Color 11 x 17 Charges - NA - | |
| | | | | | | | 201206074 | |
| 06/07/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29098615 |
| | | | | | | | 733763 | |
| | | | | | | | Deutsch, Douglas | |
| | | | | | | | 4742724 | |
| | | | | | | | Print | |
| 06/07/2012 | | | REPRO | 13.00 | 0.20 | 2.60 | REPRODUCTION | 29098621 |
| | | | | | | | 733890 | |
| | | | | | | | Saunders, Naomi | |
| | | | | | | | 4744440 | |
| | | | | | | | Print | |
| 06/08/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29098609 |
| | | | | | | | 735456 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4617467 | |
| | | | | | | | Print | |
| 06/08/2012 | | | REPRO | 17.00 | 0.20 | 3.40 | REPRODUCTION | 29098610 |
| | | | | | | | 735659 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 06/08/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29098620 |
| | | | | | | | 735661 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1513819 | |
| | | | | | | | Print | |
| 06/11/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29098611 |
| | | | | | | | 735998 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3771828 | |
| | | | | | | | Print | |
| 06/11/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29098612 |
| | | | | | | | 736004 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3771828 | |
| | | | | | | | Print | |
| 06/11/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29098613 |
| | | | | | | | 736380 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4754892 | |
| | | | | | | | Print | |
| 06/11/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29098614 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 5
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 736387 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4754905 | |
| | | | | | | | Print | |
| 06/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29098616 |
| | | | | | | | 735890 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4747219 | |
| | | | | | | | Print | |
| 06/11/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29098622 |
| | | | | | | | 736007 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4749494 | |
| | | | | | | | Print | |
| 06/12/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29098617 |
| | | | | | | | 736894 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4575026 | |
| | | | | | | | Print | |
| 06/12/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 29098618 |
| | | | | | | | 736896 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4532281 | |
| | | | | | | | Print | |
| 06/13/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29098619 |
| | | | | | | | 738477 | |
| | | | | | | | Nichols, Sara | |
| | | | | | | | 4758524 | |
| | | | | | | | Print | |
| 06/13/2012 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 29095019 |
| | | | | | | | User Name: Sgambati, Joyce | |
| | | | | | | | Time of Day: (H:M:S): 15:31 | |
| | | | | | | | 929289 | |
| 06/14/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29112030 |
| | | | | | | | 738647 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4754905 | |
| | | | | | | | Print | |
| 06/14/2012 | | | REPRO | 17.00 | 0.20 | 3.40 | REPRODUCTION | 29112031 |
| | | | | | | | 739217 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 06/14/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29112045 |
| | | | | | | | 739061 | |
| | | | | | | | Nichols, Sara | |
| | | | | | | | 4758524 | |
| | | | | | | | Print | |
| 06/14/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29112046 |
| | | | | | | | 739079 | |
| | | | | | | | Nichols, Sara | |
| | | | | | | | 4758524 | |
| | | | | | | | Print | |
| 06/14/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29112053 |
| | | | | | | | 739228 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4735671 | |
| | | | | | | | Print | |
| 06/14/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 29112054 |
| | | | | | | | 739004 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4757179 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]   Page 6
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/14/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION<br>739036<br>Daucher, Eric<br>4757179<br>Print | 29112055 |
| 06/14/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>739037<br>Daucher, Eric<br>4758665<br>Print | 29112056 |
| 06/14/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>739038<br>Daucher, Eric<br>4761352<br>Print | 29112057 |
| 06/14/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>739039<br>Daucher, Eric<br>4761406<br>Print | 29112058 |
| 06/14/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>739044<br>Daucher, Eric<br>4761402<br>Print | 29112059 |
| 06/14/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>739290<br>Distefano, Michael<br>4762316<br>Print | 29112072 |
| 06/15/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>739909<br>Lamb, Helen<br>1812138<br>Print | 29112060 |
| 06/15/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>739931<br>Lamb, Helen<br>4732387<br>Print | 29112074 |
| 06/15/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>739537<br>Nichols, Sara<br>4758524<br>Print | 29112047 |
| 06/15/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>740224<br>Pender, Sheila<br>520045<br>Print | 29112032 |
| 06/15/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>740225<br>Pender, Sheila<br>520045<br>Print | 29112033 |
| 06/15/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>740185<br>Pender, Sheila<br>4400096<br>Print | 29112034 |
| 06/15/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>740193<br>Pender, Sheila<br>4400096 | 29112035 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 7
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Print | |
| 06/18/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION<br>741108<br>Distefano, Michael<br>4758524<br>Print | 29112048 |
| 06/18/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION<br>741328<br>Distefano, Michael<br>4758524<br>Print | 29112049 |
| 06/18/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION<br>741071<br>Distefano, Michael<br>4758524<br>Print | 29112050 |
| 06/18/2012 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 17:22<br>Scan File 933957 | 29105589 |
| 06/18/2012 | | | REPRO | 20.00 | 0.20 | 4.00 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 17:23<br>Scan File 933958 | 29105590 |
| 06/18/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION<br>741116<br>Daucher, Eric<br>4761352<br>Print | 29112061 |
| 06/18/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION<br>741117<br>Daucher, Eric<br>4757179<br>Print | 29112062 |
| 06/18/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>741119<br>Daucher, Eric<br>4758665<br>Print | 29112063 |
| 06/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>741120<br>Daucher, Eric<br>4761402<br>Print | 29112064 |
| 06/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>741121<br>Daucher, Eric<br>4761406<br>Print | 29112065 |
| 06/18/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION<br>741199<br>Daucher, Eric<br>4761352<br>Print | 29112066 |
| 06/18/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION<br>741201<br>Daucher, Eric<br>4757179<br>Print | 29112067 |
| 06/18/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>741202<br>Daucher, Eric<br>4758665 | 29112068 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]   Page 8
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Print | |
| 06/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29112069 |
| | | | | | | | 741203 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4761402 | |
| | | | | | | | Print | |
| 06/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29112070 |
| | | | | | | | 741204 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4761406 | |
| | | | | | | | Print | |
| 06/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29112071 |
| | | | | | | | 741206 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4761402 | |
| | | | | | | | Print | |
| 06/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29112075 |
| | | | | | | | 741848 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4770619 | |
| | | | | | | | Print | |
| 06/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29112076 |
| | | | | | | | 741938 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4771005 | |
| | | | | | | | Print | |
| 06/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29112077 |
| | | | | | | | 741941 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4771005 | |
| | | | | | | | Print | |
| 06/19/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29105970 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 13:00 | |
| | | | | | | | 938572 | |
| 06/19/2012 | | | REPRO | 14.00 | 0.20 | 2.80 | REPRODUCTION | 29105971 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 16:05 | |
| | | | | | | | 938650 | |
| 06/19/2012 | | | REPRO | 4242.00 | 0.20 | 848.40 | REPRODUCTION | 29105972 |
| | | | | | | | User Name: Hand, Rashaan | |
| | | | | | | | Time of Day: (H:M:S): 11:42 | |
| | | | | | | | 938576 | |
| 06/19/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 29105973 |
| | | | | | | | User Name: Hand, Rashaan | |
| | | | | | | | Time of Day: (H:M:S): 17:47 | |
| | | | | | | | 938690 | |
| 06/19/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29106257 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 17:02 | |
| | | | | | | | Scan File 936420 | |
| 06/19/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29112036 |
| | | | | | | | 741978 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4771171 | |
| | | | | | | | Print | |
| 06/19/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29112037 |
| | | | | | | | 741979 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4771171 | |
| | | | | | | | Print | |
| 06/19/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29112038 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 741981 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3773750 | |
| | | | | | | | Print | |
| 06/19/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29112039 |
| | | | | | | | 741982 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3773750 | |
| | | | | | | | Print | |
| 06/19/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29112040 |
| | | | | | | | 741983 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3773750 | |
| | | | | | | | Print | |
| 06/19/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29112041 |
| | | | | | | | 741984 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3773750 | |
| | | | | | | | Print | |
| 06/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29112042 |
| | | | | | | | 742100 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400073 | |
| | | | | | | | Print | |
| 06/19/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29112043 |
| | | | | | | | 742163 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4771171 | |
| | | | | | | | Print | |
| 06/19/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29112073 |
| | | | | | | | 742328 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4762316 | |
| | | | | | | | Print | |
| 06/20/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29112044 |
| | | | | | | | 743392 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |
| | | | | | | | Print | |
| 06/20/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29112078 |
| | | | | | | | 743283 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4773045 | |
| | | | | | | | Print | |
| 06/20/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29112079 |
| | | | | | | | 743369 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4773045 | |
| | | | | | | | Print | |
| 06/20/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29112080 |
| | | | | | | | 743414 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4773045 | |
| | | | | | | | Print | |
| 06/21/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29112081 |
| | | | | | | | 743655 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4773045 | |
| | | | | | | | Print | |
| 06/21/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29112082 |
| | | | | | | | 743663 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4773045 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    7/25/2012 11:42:42 AM                                                                                                          Page 10

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/21/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>743704<br>Pender, Sheila<br>4775339<br>Print | 29112083 |
| 06/21/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>743713<br>Pender, Sheila<br>4775339<br>Print | 29112084 |
| 06/21/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>743714<br>Pender, Sheila<br>4775339<br>Print | 29112085 |
| 06/21/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>743716<br>Pender, Sheila<br>4775339<br>Print | 29112086 |
| 06/21/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>743718<br>Pender, Sheila<br>4775339<br>Print | 29112087 |
| 06/21/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION<br>743720<br>Pender, Sheila<br>4775339<br>Print | 29112088 |
| 06/21/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>743724<br>Pender, Sheila<br>4775339<br>Print | 29112089 |
| 06/21/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>743725<br>Pender, Sheila<br>4775339<br>Print | 29112090 |
| 06/21/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>743726<br>Pender, Sheila<br>4775339<br>Print | 29112091 |
| 06/21/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>743802<br>Roitman, Marc<br>4775489<br>Print | 29112092 |
| 06/21/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>743907<br>Roitman, Marc<br>4775489<br>Print | 29112093 |
| 06/21/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>743678<br>Distefano, Michael<br>4770737<br>Print | 29112051 |
| 06/21/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>743692<br>Distefano, Michael | 29112052 |

Case 08-13141-BLS   Doc 12106-5   Filed 07/26/12   Page 9 of 19

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                            Page 11
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4771419 | |
| | | | | | | | Print | |
| 06/21/2012 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 29107835 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 12:34 | |
| | | | | | | | 943229 | |
| 06/21/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29108071 |
| | | | | | | | User Name: Roitman , Marc | |
| | | | | | | | Time of Day: (H:M:S): 10:48 | |
| | | | | | | | Scan File 941063 | |
| 06/21/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29108072 |
| | | | | | | | User Name: Roitman , Marc | |
| | | | | | | | Time of Day: (H:M:S): 10:51 | |
| | | | | | | | Scan File 941066 | |
| 06/22/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29127760 |
| | | | | | | | 744832 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 06/22/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29127761 |
| | | | | | | | 744848 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4777852 | |
| | | | | | | | Print | |
| 06/22/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29127762 |
| | | | | | | | 744858 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 06/22/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29127763 |
| | | | | | | | 744985 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 06/22/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29127764 |
| | | | | | | | 744897 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 06/22/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29127765 |
| | | | | | | | 744899 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 06/22/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29127766 |
| | | | | | | | 745190 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 06/24/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 29127779 |
| | | | | | | | 745254 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4778757 | |
| | | | | | | | Print | |
| 06/24/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 29127780 |
| | | | | | | | 745255 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4778757 | |
| | | | | | | | Print | |
| 06/24/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 29127781 |
| | | | | | | | 745256 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4778757 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]     Page 12
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 160.00 | 0.20 | 32.00 | REPRODUCTION | 29127782 |
| | | | | | | | 745441 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4778757 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 17.00 | 0.20 | 3.40 | REPRODUCTION | 29127783 |
| | | | | | | | 745311 | |
| | | | | | | | Towers, Meghan | |
| | | | | | | | 4778757 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29127751 |
| | | | | | | | 745433 | |
| | | | | | | | Deutsch, Douglas | |
| | | | | | | | 4770737 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29127752 |
| | | | | | | | 745725 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4770737 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29127753 |
| | | | | | | | 745675 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4770737 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29127754 |
| | | | | | | | 745345 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4770737 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29127755 |
| | | | | | | | 745693 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4770737 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29127756 |
| | | | | | | | 745701 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4770737 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29127767 |
| | | | | | | | 745749 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 29127768 |
| | | | | | | | 745578 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 29127769 |
| | | | | | | | 745579 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 17.00 | 0.20 | 3.40 | REPRODUCTION | 29127770 |
| | | | | | | | 745581 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4735671 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29127771 |
| | | | | | | | 745825 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                    Page 13
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 29127772 |
| | | | | | | | 745320 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 17.00 | 0.20 | 3.40 | REPRODUCTION | 29127773 |
| | | | | | | | 745321 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4735671 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29127774 |
| | | | | | | | 745840 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 29127775 |
| | | | | | | | 745485 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4758665 | |
| | | | | | | | Print | |
| 06/25/2012 | | | REPRO | 44.00 | 0.20 | 8.80 | REPRODUCTION | 29116631 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 12:45 | |
| | | | | | | | 948239 | |
| 06/25/2012 | | | REPRO | 24.00 | 0.20 | 4.80 | REPRODUCTION | 29116632 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 13:54 | |
| | | | | | | | 948255 | |
| 06/26/2012 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 29127739 |
| | | | | | | | 746722 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4775515 | |
| | | | | | | | Print | |
| 06/26/2012 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 29127740 |
| | | | | | | | 746746 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4775515 | |
| | | | | | | | Print | |
| 06/26/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 29127741 |
| | | | | | | | 746914 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4775515 | |
| | | | | | | | Print | |
| 06/26/2012 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 29127742 |
| | | | | | | | 746766 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4775515 | |
| | | | | | | | Print | |
| 06/26/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29127776 |
| | | | | | | | 746214 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 06/26/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 29127777 |
| | | | | | | | 746215 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 06/26/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 29127778 |
| | | | | | | | 746216 | |

Case 08-13141-BLS    Doc 12106-5    Filed 07/26/12    Page 12 of 19

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                              Page 14
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 06/26/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29127757 |
| | | | | | | | 746283 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4771419 | |
| | | | | | | | Print | |
| 06/26/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29127758 |
| | | | | | | | 746284 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4771419 | |
| | | | | | | | Print | |
| 06/26/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29127759 |
| | | | | | | | 746931 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4771419 | |
| | | | | | | | Print | |
| 06/27/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 29127743 |
| | | | | | | | 747294 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4775515 | |
| | | | | | | | Print | |
| 06/27/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 29127744 |
| | | | | | | | 747319 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4775515 | |
| | | | | | | | Print | |
| 06/27/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 29127745 |
| | | | | | | | 747439 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4775515 | |
| | | | | | | | Print | |
| 06/27/2012 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 29127746 |
| | | | | | | | 747492 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4775515 | |
| | | | | | | | Print | |
| 06/27/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 29127747 |
| | | | | | | | 747713 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4775515 | |
| | | | | | | | Print | |
| 06/27/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29127748 |
| | | | | | | | 747887 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4775515 | |
| | | | | | | | Print | |
| 06/27/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29121085 |
| | | | | | | | User Name: Zafran, Kimberly | |
| | | | | | | | Time of Day: (H:M:S): 11:55 | |
| | | | | | | | Scan File 950760 | |
| 06/28/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29127735 |
| | | | | | | | 748417 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400073 | |
| | | | | | | | Print | |
| 06/28/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29127736 |
| | | | | | | | 748427 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400085 | |
| | | | | | | | Print | |
| 06/28/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29127737 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 748429 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400085 | |
| | | | | | | | Print | |
| 06/28/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29127749 |
| | | | | | | | 748170 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4775515 | |
| | | | | | | | Print | |
| 06/28/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29127750 |
| | | | | | | | 748232 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4775515 | |
| | | | | | | | Print | |
| 06/28/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 29127784 |
| | | | | | | | 748891 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4787315 | |
| | | | | | | | Print | |
| 06/29/2012 | | | REPRO | 15.00 | 0.20 | 3.00 | REPRODUCTION | 29127738 |
| | | | | | | | 749710 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| | | UNBILLED TOTALS: WORK | | | | 1,847.40 | 186 records | |
| | | UNBILLED TOTALS: BILL: | | | | 920.10 | | |
| | | GRAND TOTAL: WORK: | | | | 1,847.40 | 186 records | |
| | | GRAND TOTAL: BILL: | | | | 920.10 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                              Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/19/2012 | | | COPYOS | 1.00 | 916.68 | 916.68 | OUTSIDE COPYING - Vendor: PERFECT IMAGING & | 29105811 |
| | | | | | | | DOCUMENT MANAGEMENT BLACK & WHITE COPIES | |
| | | | | | | | Vendor=PERFECT IMAGING & DOCUMENT MANAGEMENT Balance= .00 | |
| | | | | | | | Amount= 916.68 | |
| | | | | | | | Check #342414 06/29/2012 | |
| | | UNBILLED TOTALS:   WORK | | | | 916.68 | 1 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 916.68 | | |
| | | GRAND TOTAL:     WORK: | | | | 916.68 | 1 records | |
| | | GRAND TOTAL:     BILL: | | | | 916.68 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    7/25/2012 11:42:42 AM

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/28/2012 | | | CRTRPT | 1.00 | 579.20 | 579.20 | COURT REPORTER - Vendor: TSG REPORTING INC | 29121493 |
| | | | | | | | TRANSCRIPTS OF CONFIRMATION HEARING RE: TRIBUNE CO. | |
| | | | | | | | Vendor=TSG REPORTING INC  Balance= .00  Amount= 579.20 | |
| | | | | | | | Check #342326  06/28/2012 | |
| 06/28/2012 | | | CRTRPT | 1.00 | 547.35 | 547.35 | COURT REPORTER - Vendor: TSG REPORTING INC | 29121494 |
| | | | | | | | TRANSCRIPTS OF CONFIRMATION HEARING RE: TRIBUNE CO. | |
| | | | | | | | Vendor=TSG REPORTING INC  Balance= .00  Amount= 547.35 | |
| | | | | | | | Check #342326  06/28/2012 | |
| | | UNBILLED TOTALS: WORK | | | | 1,126.55 | 2 records | |
| | | UNBILLED TOTALS: BILL; | | | | 1,126.55 | | |
| | | GRAND TOTAL:  WORK: | | | | 1,126.55 | 2 records | |
| | | GRAND TOTAL:  BILL: | | | | 1,126.55 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/04/2012 | | | TEL | 9.00 | 0.02 | 0.21 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 9<br>TIME of DAY: (H:M:S): 11:46<br>NUM CALLED: 2023264000<br>911193 | 29084121 |
| 06/04/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 16:31<br>NUM CALLED: 2072287280<br>911913 | 29084122 |
| 06/04/2012 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 5<br>TIME of DAY: (H:M:S): 17:18<br>NUM CALLED: 3142913030<br>912028 | 29084123 |
| 06/05/2012 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 3<br>TIME of DAY: (H:M:S): 17:55<br>NUM CALLED: 3128537030<br>914526 | 29084938 |
| 06/05/2012 | | | TEL | 17.00 | 0.02 | 0.39 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 17<br>TIME of DAY: (H:M:S): 18:09<br>NUM CALLED: 3127047764<br>914561 | 29084939 |
| 06/05/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265530<br>CNCT: 1<br>TIME of DAY: (H:M:S): 10:04<br>NUM CALLED: 2027781800<br>913336 | 29084940 |
| 06/06/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 16:10<br>NUM CALLED: 7043315793<br>916690 | 29090940 |
| 06/14/2012 | | | TEL | 12.00 | 0.02 | 0.28 | TELEPHONE CHARGES<br>EXT: 265194<br>CNCT: 12<br>TIME of DAY: (H:M:S): 12:26<br>NUM CALLED: 2027781894<br>930623 | 29103378 |
| 06/15/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265132<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:15<br>NUM CALLED: 8583614707<br>932957 | 29105188 |
| 06/18/2012 | | | TEL | 12.00 | 0.02 | 0.28 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 12<br>TIME of DAY: (H:M:S): 11:20<br>NUM CALLED: 2023264000<br>934794 | 29105338 |
| 06/18/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265539<br>CNCT: 1<br>TIME of DAY: (H:M:S): 14:40<br>NUM CALLED: 4158480335<br>935212 | 29105339 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/20/2012 | | | TEL | 11.00 | 0.02 | 0.25 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 11<br>TIME of DAY: (H:M:S): 10:45<br>NUM CALLED: 2023264000<br>939636 | 29107491 |
| 06/22/2012 | | | TEL | 13.00 | 0.04 | 0.56 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 13<br>TIME of DAY: (H:M:S): 09:03<br>NUM CALLED: 2037085847<br>944073 | 29115896 |
| 06/22/2012 | | | TEL | 22.00 | 0.02 | 0.51 | TELEPHONE CHARGES<br>EXT: 265194<br>CNCT: 22<br>TIME of DAY: (H:M:S): 14:37<br>NUM CALLED: 2027781800<br>944804 | 29115897 |
| 06/26/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 14:28<br>NUM CALLED: 7037390800<br>949563 | 29119589 |
| 06/26/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:30<br>NUM CALLED: 2023264000<br>949732 | 29119590 |
| 06/26/2012 | | | TEL | 20.00 | 0.02 | 0.46 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 20<br>TIME of DAY: (H:M:S): 12:25<br>NUM CALLED: 7273924443<br>949332 | 29119591 |
| 06/27/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 14:43<br>NUM CALLED: 3026517854<br>952260 | 29120923 |
| 06/27/2012 | | | TEL | 4.00 | 0.02 | 0.09 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 4<br>TIME of DAY: (H:M:S): 14:48<br>NUM CALLED: 7037390800<br>952282 | 29120924 |
| 06/29/2012 | | | TEL | 21.00 | 0.02 | 0.48 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 21<br>TIME of DAY: (H:M:S): 10:27<br>NUM CALLED: 8173476613<br>956351 | 29122964 |
| 06/29/2012 | | | TEL | 7.00 | 0.02 | 0.16 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 7<br>TIME of DAY: (H:M:S): 11:11<br>NUM CALLED: 3025736491<br>956428 | 29122965 |
| 06/29/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 17:49<br>NUM CALLED: 2027463574 | 29122966 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]   Page 3
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 957261 | |
| | | UNBILLED TOTALS: WORK | | | | 4.04 | 22 records | |
| | | UNBILLED TOTALS: BILL: | | | | 4.04 | | |
| | | GRAND TOTAL: WORK: | | | | 4.04 | 22 records | |
| | | GRAND TOTAL: BILL: | | | | 4.04 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2012 11:42:42 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/27/2012 | | | TELH | 1.00 | 49.50 | 49.50 | TELEPHONE CHARGES - Vendor: HOWARD SEIFE | 29120491 |
| | | | | | | | BLACKBERRY PHONE REIMBURSEMENT | |
| | | | | | | | Vendor=HOWARD SEIFE  Balance= .00  Amount= 49.50 | |
| | | | | | | | Check #342291  06/27/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 49.50 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 49.50 | | |
| | | GRAND TOTAL:    WORK: | | | | 49.50 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 49.50 | | |