# EXHIBIT "A"

{698.001-W0021794.}

## EXHIBIT "A" – SUMMARY SHEET

June 1, 2012 through and including June 30, 2012

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $720.00 | 7.30 | $5,256.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $640.00 | 86.30 | $55,232.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $640.00 | 34.30 | $21,952.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $495.00 | 69.40 | $34,353.00 |
| Matthew B. McGuire | Partner; admitted PA 2001, DE 2003 | May, 2000 | $475.00 | 35.20 | $16,720.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $420.00 | 104.30 | $43,806.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $325.00 | 69.00 | $22,425.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $350.00 | 7.60 | $2,660.00 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $325.00 | 8.60 | $2,795.00 |
| Alison Baker | Law Clerk | May, 2012 | $275.00 | 21.20 | $5,830.00 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Frances A. Panchak | Paralegal | N/A | $230.00 | 47.00 | $10,810.00 |
| Cathy A. Adams | Paralegal | N/A | $210.00 | 114.20 | $23,982.00 |
| Linda M. Rogers | Paralegal | N/A | $210.00 | 60.30 | $12,663.00 |
| Anthony C. Dellose | Paralegal | N/A | $200.00 | 7.90 | $1,580.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $130.00 | 1.00 | $130.00 |
| | | | Total | 673.60 | $260,194.00 |

**Blended Rate: $386.27**

{698.001-W0021794.}