# EXHIBIT "C"

{698.001-W0021794.}

July 26, 2012
Account No: 698-001
Statement No: 15311

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Postage | 113.40 |
| Travel Expense | 351.00 |
| Overtime Wages | 280.31 |
| Copying | 620.50 |
| Overnight Delivery | 244.93 |
| Courier Fees | 425.00 |
| Outside Duplication Services | 112,858.65 |
| Document Retrieval | 355.65 |
| Court Reporter fees | 1,883.95 |
| Meals | 472.45 |
| Conference Call Service | 22.27 |
| Litigation Support | 10,871.95 |
| Telephonic Court Appearance | 923.00 |
| **Total Expenses through 6/30/2012** | **129,423.06** |

| Date: 07/26/2012 | | | | | Detail Cost Transaction File List<br>Landis Rath & Cobb LLP | | Page: 1 |
|---|---|---|---|---|---|---|---|

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | |
| 698.001 | 05/17/2012 | AGL | A | B100 E226 | | 22.27 | Conference Call Service Soundpath Conferencing Invoice 061412 |
| Subtotal for Transaction Date 05/17/2012 | | | | | Billable | 22.27 | |
| 698.001 | 06/01/2012 | AGL | A | B100 E101 | 0.100 | 15.00 | Copying |
| Subtotal for Transaction Date 06/01/2012 | | | | | Billable | 15.00 | |
| 698.001 | 06/03/2012 | AGL | A | B100 E118 | | 1,787.50 | Litigation support vendors Placers, Inc. of Delaware Invoice #M2442 - Excel discovery/service project. |
| Subtotal for Transaction Date 06/03/2012 | | | | | Billable | 1,787.50 | |
| 698.001 | 06/04/2012 | AGL | A | B100 E101 | 0.100 | 17.20 | Copying |
| Subtotal for Transaction Date 06/04/2012 | | | | | Billable | 17.20 | |
| 698.001 | 06/05/2012 | AGL | A | B100 E102 | | 59.20 | Outside printing Digital Legal, LLC - Invoice 66222 |
| 698.001 | 06/05/2012 | AGL | A | B100 E101 | 0.100 | 7.90 | Copying |
| Subtotal for Transaction Date 06/05/2012 | | | | | Billable | 67.10 | |
| 698.001 | 06/06/2012 | AGL | A | B100 E217 | | 184.40 | Court Reporter fee Diaz Data Services Invoice 9214 |
| 698.001 | 06/06/2012 | AGL | A | B100 E101 | 0.100 | 4.20 | Copying |
| 698.001 | 06/06/2012 | AGL | A | B100 E228 | | 180.00 | Telephonic Court Appearance - CourtCall ID 4976900, 4976948, 4976886, 4976916, 4976925, 4976956 |
| Subtotal for Transaction Date 06/06/2012 | | | | | Billable | 368.60 | |
| 698.001 | 06/07/2012 | AGL | A | B100 E209 | | 38.85 | Overtime wages - assist with confirmation hearing prep |
| 698.001 | 06/07/2012 | AGL | A | B100 E107 | | 45.50 | Delivery services/messengers Digital Legal, LLC - Invoice 66346 |
| 698.001 | 06/07/2012 | AGL | A | B100 E217 | | 668.40 | Court Reporter fee Diaz Data Services Invoice 9219 |
| 698.001 | 06/07/2012 | AGL | A | B100 E101 | 0.100 | 149.50 | Copying |
| 698.001 | 06/07/2012 | AGL | A | B100 E111 | | 107.00 | Meals: Lunch for LRC (4), Chadbourne (4), Zuckerman (1) - Toscana (Amex charge) |
| Subtotal for Transaction Date 06/07/2012 | | | | | Billable | 1,009.25 | |
| 698.001 | 06/08/2012 | AGL | A | B100 E111 | | 36.76 | Breakfast supplements for confirmation hearing: LRC - 3, Chadbourne - 4 and Zuckerman - 1; BJs/BLT |
| 698.001 | 06/08/2012 | AGL | A | B100 E209 | | 57.85 | Overtime wages - Assist attorneys with preparation for confirmation hearing |
| 698.001 | 06/08/2012 | AGL | A | B100 E107 | | 91.50 | Delivery services/messengers Digital Legal, LLC - Invoice 66346 |
| 698.001 | 06/08/2012 | AGL | A | B100 E217 | | 644.20 | Court Reporter fee Diaz Data Services Invoice 9222 |
| 698.001 | 06/08/2012 | AGL | A | B100 E221 | | 85.22 | Overnight Delivery FedEx Invoice 7-925-29460 |
| 698.001 | 06/08/2012 | AGL | A | B100 E101 | 0.100 | 121.40 | Copying |
| 698.001 | 06/08/2012 | AGL | A | B100 E111 | | 225.00 | Meals: Lunch for LRC (4), Chadbourne (4), Zuckerman (1) - Toscana (Amex Charge) |
| 698.001 | 06/08/2012 | AGL | A | B100 E111 | | 50.00 | Meals: Breakfast for LRC (4), Chadbourne (4), Zuckerman (1) - Sugarfoot Invoice 506381 |
| 698.001 | 06/08/2012 | AGL | A | B100 E228 | | 323.00 | Telephonic Court Appearance - CourtCall ID 4981227, 4981224, 4981259, 4981267 |
| Subtotal for Transaction Date 06/08/2012 | | | | | Billable | 1,634.93 | |
| 698.001 | 06/10/2012 | AGL | A | B100 E118 | | 1,987.50 | Litigation support vendors Placers, Inc. of Delaware Invoice #M2449 - Excel discovery/service project |
| Subtotal for Transaction Date 06/10/2012 | | | | | Billable | 1,987.50 | |
| 698.001 | 06/11/2012 | AGL | A | B100 E102 | | 102,579.67 | Outside printing Digital Legal, LLC - Invoice 66395 - service of 3rd party complaint |
| 698.001 | 06/11/2012 | AGL | A | B100 E217 | | 178.35 | Court Reporter fee Diaz Data Services Invoice 9227 |
| 698.001 | 06/11/2012 | AGL | A | B100 E208 | | 243.75 | Delivery/Messenger USDRS Invoice #'S 140782, 140927 |
| 698.001 | 06/11/2012 | AGL | A | B100 E101 | 0.100 | 10.60 | Copying |
| 698.001 | 06/11/2012 | AGL | A | B100 E228 | | 300.00 | Telephonic Court Appearance - CourtCall ID 4988550,4988520,4981285,4981213,4981271,4981248,4981239, 4981315,4988533,4981353 |
| Subtotal for Transaction Date 06/11/2012 | | | | | Billable | 103,312.37 | |
| 698.001 | 06/12/2012 | AGL | A | B100 E101 | 0.100 | 30.10 | Copying |
| Subtotal for Transaction Date 06/12/2012 | | | | | Billable | 30.10 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 07/26/2012 | | | | **Detail Cost Transaction File List**<br>Landis Rath & Cobb LLP | | Page: 2 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | |
| 698.001 | 06/13/2012 | AGL | A | B100 | E221 | | 38.64 Overnight Delivery FedEx Invoice 7-925-29460 - from USDRS |
| 698.001 | 06/13/2012 | AGL | A | B100 | E101 | 0.100 | 3.00 Copying |
| Subtotal for Transaction Date 06/13/2012 | | | | | Billable | 41.64 | |
| 698.001 | 06/14/2012 | AGL | A | B100 | E101 | 0.100 | 9.00 Copying |
| Subtotal for Transaction Date 06/14/2012 | | | | | Billable | 9.00 | |
| 698.001 | 06/15/2012 | AGL | A | B100 | E101 | 0.100 | 17.20 Copying |
| Subtotal for Transaction Date 06/15/2012 | | | | | Billable | 17.20 | |
| 698.001 | 06/17/2012 | AGL | A | B100 | E118 | | 2,431.25 Litigation support vendors Placers, Inc. of Delaware Invoice #M2455 - Excel discovery/service project |
| Subtotal for Transaction Date 06/17/2012 | | | | | Billable | 2,431.25 | |
| 698.001 | 06/18/2012 | AGL | A | B100 | E101 | 0.100 | 7.60 Copying |
| 698.001 | 06/18/2012 | AGL | A | B100 | E102 | | 40.82 Outside printing Digital Legal, LLC - Invoice 66493 |
| 698.001 | 06/18/2012 | AGL | A | B100 | E107 | | 205.00 Delivery services/messengers Parcels, Inc. - Invoice 389278 |
| 698.001 | 06/18/2012 | AGL | A | B100 | E102 | | 469.21 Outside printing Parcels, Inc. - Invoice 389465 |
| 698.001 | 06/18/2012 | AGL | A | B100 | E221 | | 121.07 Overnight Delivery FedEx Invoice 7-940-36690 |
| Subtotal for Transaction Date 06/18/2012 | | | | | Billable | 843.70 | |
| 698.001 | 06/20/2012 | AGL | A | B100 | E101 | 0.100 | 3.70 Copying |
| Subtotal for Transaction Date 06/20/2012 | | | | | Billable | 3.70 | |
| 698.001 | 06/21/2012 | AGL | A | B100 | E101 | 0.100 | 2.70 Copying |
| 698.001 | 06/21/2012 | AGL | A | B100 | E108 | | 14.55 Postage |
| 698.001 | 06/21/2012 | AGL | A | B100 | E102 | | 49.20 Outside printing Digital Legal, LLC - Invoice 66601 |
| 698.001 | 06/21/2012 | AGL | A | B100 | E107 | | 13.00 Courier Fees Digital Legal, LLC - Invoice 66668 |
| 698.001 | 06/21/2012 | AGL | A | B100 | E217 | | 208.60 Court Reporter fee Diaz Data Services - Invoice 9277 |
| 698.001 | 06/21/2012 | AGL | A | B100 | E228 | | 120.00 Telephonic Court Appearance - CourtCall ID 5012126, 5012142, 5012158, 5012122 |
| Subtotal for Transaction Date 06/21/2012 | | | | | Billable | 408.05 | |
| 698.001 | 06/22/2012 | AGL | A | B100 | E101 | 0.100 | 3.30 Copying |
| 698.001 | 06/22/2012 | AGL | A | B100 | E108 | | 19.25 Postage |
| 698.001 | 06/22/2012 | AGL | A | B100 | E209 | | 38.57 Overtime wages - assist attorney J. Green with service data entry re: 3rd party complaint |
| 698.001 | 06/22/2012 | AGL | A | B100 | E102 | | 40.82 Outside printing Digital Legal, LLC - Invoice 66619 |
| 698.001 | 06/22/2012 | AGL | A | B100 | E107 | | 26.00 Delivery services/messengers Digital Legal, LLC - Invoice 66668 |
| 698.001 | 06/22/2012 | AGL | A | B100 | E209 | | 145.04 Overtime wages - Assist attorney J. Green with service data entry re: 3rd party complaint. |
| 698.001 | 06/22/2012 | AGL | A | B100 | E118 | | 1,078.20 Litigation support vendors TransPerfect Translations International - Document translation to 6 languages |
| Subtotal for Transaction Date 06/22/2012 | | | | | Billable | 1,351.18 | |
| 698.001 | 06/24/2012 | AGL | A | B100 | E118 | | 1,950.00 Litigation support vendors Placers, Inc. of Delaware Invoice #M2462 - Excel discovery/service project |
| Subtotal for Transaction Date 06/24/2012 | | | | | Billable | 1,950.00 | |
| 698.001 | 06/25/2012 | AGL | A | B100 | E101 | 0.100 | 38.20 Copying |
| 698.001 | 06/25/2012 | AGL | A | B100 | E108 | | 19.25 Postage |
| Subtotal for Transaction Date 06/25/2012 | | | | | Billable | 57.45 | |
| 698.001 | 06/26/2012 | AGL | A | B100 | E101 | 0.100 | 155.90 Copying |
| 698.001 | 06/26/2012 | AGL | A | B100 | E102 | | 111.17 Outside printing Digital Legal, LLC - Invoice 66700 |
| Subtotal for Transaction Date 06/26/2012 | | | | | Billable | 267.07 | |
| 698.001 | 06/27/2012 | AGL | A | B100 | E101 | 0.100 | 7.70 Copying |
| 698.001 | 06/27/2012 | AGL | A | B100 | E102 | | 112.31 Outside printing Digital Legal, LLC - Invoice 66722 |
| 698.001 | 06/27/2012 | AGL | A | B100 | E102 | | 9,313.37 Outside printing Digital Legal, LLC - Invoice 66723 |
| 698.001 | 06/27/2012 | AGL | A | B100 | E110 | | 351.00 Out-of-town travel - D. Rath To NY for MDL counsel meetings; Amtrak business class |
| 698.001 | 06/27/2012 | AGL | A | B100 | E111 | | 11.41 Meals - Lunch for D. Rath in NY for MDL counsel meetings (Amex charges) |

**Detail Cost Transaction File List**
Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | |
| 698.001 | 06/27/2012 | AGL | A | B100 | E111 | | 42.28 Meals – Dinner for D. Rath in NY for MDL counsel meetings (Amex charge) |
| Subtotal for Transaction Date 06/27/2012 | | | | | Billable | 9,838.07 | |
| 698.001 | 06/28/2012 | AGL | A | B100 | E101 | 0.100 | 1.40 Copying |
| Subtotal for Transaction Date 06/28/2012 | | | | | Billable | 1.40 | |
| 698.001 | 06/29/2012 | AGL | A | B100 | E101 | 0.100 | 14.70 Copying |
| 698.001 | 06/29/2012 | AGL | A | B100 | E101 | 0.100 | 0.10 Copying |
| 698.001 | 06/29/2012 | AGL | A | B100 | E101 | 0.100 | 0.10 Copying |
| 698.001 | 06/29/2012 | AGL | A | B100 | E102 | | 82.88 Outside printing Digital Legal, LLC - Invoice 66769 |
| 698.001 | 06/29/2012 | AGL | A | B100 | E118 | | 1,637.50 Litigation support vendors Placers, Inc. of Delaware Invoice #M2466 - Excel discovery/service project |
| 698.001 | 06/29/2012 | AGL | A | B100 | E107 | | 37.50 Delivery services/messengers USDRS Invoice 141277 |
| 698.001 | 06/29/2012 | AGL | A | B100 | E107 | | 6.50 Delivery services/messengers Digital Legal, LLC Invoice 66800 |
| 698.001 | 06/29/2012 | AGL | A | B100 | E108 | | 60.35 Postage Digital Legal, LLC Invoice 66800 |
| Subtotal for Transaction Date 06/29/2012 | | | | | Billable | 1,839.63 | |
| 698.001 | 06/30/2012 | AGL | A | B100 | E208 | | 111.90 PACER Document Retrieval - June 2012 (Amex charge) |
| Subtotal for Transaction Date 06/30/2012 | | | | | Billable | 111.90 | |
| **Total for Client ID 698.001** | | | | | Billable | 129,423.06 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| **GRAND TOTALS** | | | | | | | |
| | | | | | Billable | 129,423.06 | |