# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8006

Appellant Wilmington Trust Company ("Wilmington Trust"), as Successor Indenture Trustee for the Exchangeable Subordinated Debentures Due 2029 ("the PHONES"), having filed a Notice of Appeal [D.I. 10580] appealing the Court's Order Regarding Motions for Reconsideration of the Confirmation Opinion and Order (the "Reconsideration Order") [D.I. 10532] and the Memorandum on Reconsideration [D.I. 10531], as well as the Confirmation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Opinion (In re Tribune Co., 464 B.R. 126 (Bankr. D. Del. 2011)), to the extent that it is modified

by the Reconsideration Order's "Subordination Determination," hereby designates the following

items for inclusion in the record on appeal and sets forth a statement of issues to be presented on

appeal:

## I.     DESIGNATION OF CONTENT OF RECORD ON APPEAL

### A.  Bankruptcy Court Pleadings

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 12/10/2010 | 7136 | Joint Amended Chapter 11 Plan of Reorganization (First) for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Committee and the Lenders |
| 02/04/2011 | 7801 | Joint Amended Chapter 11 Plan of Reorganization (Second) for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Committee and the Lenders |
| 02/15/2011 | 7996 | Objection of Wilmington Trust Company to the Second Amended Debtor/Committee/Lender Plan |
| 02/15/2011 | 8013 | Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization |
| 03/03/2011 | 8259 | Proposed Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors/Committee/Lenders |
| 04/05/2011 | 8580 | Modified Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries proposed by the Debtors/Committee/Lenders |
| 04/14/2011 | 8655 | Transcript regarding Hearing Held 4/13/2011 RE: Confirmation. |
| 05/11/2011 | 8897 | Post-Trial Brief in Support of Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Committee and the Lenders |
| 05/11/2011 | 8898 | Post-Trial Brief of the Noteholder Plan Proponents (Part I) [Redacted] |

| 05/12/2011 | 8900 | Post-Confirmation Hearing Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES [Redacted] |
|---|---|---|
| 05/17/2011 | 8931 | Post-Confirmation Hearing Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES [Unredacted] |
| 05/17/2011 | 8932 | Post-Trial Brief of the Noteholder Plan Proponents (Part I) [Unredacted] |
| 05/27/2011 | 9021 | Post-Trial Reply Brief in Support of Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Committee and the Lenders |
| 05/27/2011 | 9022 | Post-Trial Reply Brief of the Noteholder Plan Proponents |
| 06/03/2011 | 9058 | Supplemental Proposed Findings of Fact and Conclusions of Law of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of the Noteholder Plan Proponents [Redacted] |
| 06/16/2011 | 9268 | Post-Confirmation Hearing Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES [Unredacted] |
| 06/16/2011 | 9271 | Supplemental Proposed Findings of Fact and Conclusions of Law of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes [Unredacted] |
| 08/05/2011 | 9619 | Transcript regarding Hearing Held 6/27/2011. |
| 10/06/2011 | 9915 | Revised and Final Version Transcript regarding Hearing Held 6/27/2011 |
| 10/31/2011 | 10133 | Confirmation Opinion |
| 10/31/2011 | 10134 | Order denying Confirmation |
| 11/14/2011 | 10222 | Motion of Deutsche Bank Trust Company Americas and Law Debenture Trust Company of New York to Reconsider the Courts Confirmation Opinion With Respect to the Subordination of the Phones |
| 11/14/2011 | 10223 | Joinder of Davidson Kempner Capital Management LLC to Joint Motion to Reconsider the Courts Confirmation Opinion With Respect |

| | | |
|---|---|---|
| | | to the Subordination of the Phones |
| 11/14/2011 | 10225 | Joinder of Brigade Capital Management in the Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the Phones |
| 11/14/2011 | 10226 | Motion of Aurelius Capital Management, LP to Reconsider the Court's October 31, 2011 Decision as it Pertains to the Application of PHONES Notes Subordination |
| 11/14/2011 | 10227 | Motion of the Noteholder Plan Proponents to Reconsider and Clarify the Court's October 31, 2011 Decision |
| 11/16/2011 | 10238 | Joinder of Deutsche Bank Trust Company Americas to Motion of Aurelius Capital Management, LP for Reconsideration of the Courts October 31, 2011 Decision as it Pertains to the Application of Phones Notes Subordination |
| 12/06/2011 | 10365 | Objection of EGI-TRB to (1) Motion Of Aurelius Capital Management, LP For Reconsideration Of The Courts October 31, 2011 Decision As It Pertains To The Application Of Phones Notes Subordination; (2) Joint Motion Of Law Debenture Trust Company Of New York And Deutsche Bank Trust Company Amercias Requesting Reconsideration Of The Courts Confirmation Opinion With Respect To The Subordination Of The Phones; And (3) Joinders By Brigade Capital Management, LLC, Davidson Kempner Capital Management LLC, And Deutsche Bank Trust Company Americas |
| 12/06/2011 | 10366 | Response of TM Retirees to Motions for Reconsideration of Portions of the October 31, 2011 Opinion on |
| 12/06/2011 | 10371 | Omnibus Objection of Wilmington Trust Company to Motions for Reconsideration of this Court's Decision on PHONES Subordination and the Proceeds of the Litigation Trust Under the DCL Plan |
| 12/09/2011 | 10396 | Omnibus reply in Support of Motion of Aurelius Capital Management, LP for Reconsideration of the Courts October 31, 2011 Decision as it Pertains to The Application of the PHONES NOTES Subordination |
| 12/09/2011 | 10399 | Joint Reply of Deutsche Bank Trust Company Americas and Law Debenture Trust Company of New York in further support of their request for reconsideration of the courts confirmation opinion with |

| | | respect to the Subordination of the Phones |
|---|---|---|
| 12/09/2011 | 10400 | Joinder of  Davidson Kempner Capital Management LLC to Joint Reply of Law Denture Trust Company of New York and Deutsche Bank Trust Company Americas |
| 12/09/2011 | 10401 | Joinder of Brigade Capital Management in the Joint Reply of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas in Further Support of Their Request for Reconsideration of th Court's Confirmation Opinion with Respect to the Subordination of the Phones |
| 12/16/2011 | 10460 | Transcript regarding Hearing Held 12/14/2011 RE: Oral Argument on Motions for Reconsideration |
| 12/29/2011 | 10531 | Memorandum on Reconsideration |
| 12/29/2011 | 10532 | Order regarding Motions for Reconsideration of the Confirmation Opinion and Order |
| 01/10/2012 | 10580 | Notice of Appeal |
| 01/10/2012 | 10582 | Motion of Wilmington Trust Company for Leave to Appeal Bankruptcy Court's Decision on Subordination |
| 7/20/2012 | 12072 | Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., and Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as Modified July 19, 2012) |

**B.  Trial Exhibits**

**(as admitted by the Bankruptcy Court in connection with the April 13, 2011 Confirmation Hearing)**

| Exhibit No. | Item |
|---|---|
| NPP 963 | Phones Indenture |

## II.    ISSUES PRESENTED ON APPEAL

1.    Whether the Court erred in reconsidering the Confirmation Opinion and granting reconsideration where the standard for reconsideration was not satisfied insofar as the Noteholder Appellees simply disagreed with a prior decision of the Court and offered no new facts or law justifying reconsideration; and

Whether the Court erred in holding that the subordination provisions under the PHONES Indenture apply to recoveries of Bankruptcy Code Chapter 5 causes of action obtained by the Litigation Trust from third parties.


Date:   July 26, 2012
        Wilmington, DE                    SULLIVAN · HAZELTINE · ALLINSON LLC

                                          */s/ William D. Sullivan*
                                          William D. Sullivan (No. 2820)
                                          William A. Hazeltine (No. 3294)
                                          Elihu E. Allinson, III (No. 3476)
                                          Seth S. Brostoff (No. 5312)
                                          901 North Market Street, Suite 1300
                                          Wilmington, DE 19801
                                          Tel: (302) 428-8191
                                          Fax: (302) 428-8195

                                          -and-

                                          BROWN RUDNICK LLP
                                          Robert J. Stark
                                          Martin S. Siegel
                                          Gordon Z. Novod
                                          Seven Times Square
                                          New York, NY 10036
                                          Tel: (212) 209-4800

                                          *Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*