IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE

IN RE:                        )     Case No. 08-13141
                              )     (Jointly Administered)
                              )
TRIBUNE COMPANY               )     Chapter 11
                              )
                              )     Courtroom 5
                              )     824 Market Street
              Debtors.        )     Wilmington, Delaware
                              )
                              )     July 25, 2012
                              )     4:00 p.m.

                  TRANSCRIPT OF TELEPHONIC PROCEEDINGS
              BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                   UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:              Sidley Austin
                          BY: JAMES BENDERNAGEL, ESQ.
                          (202) 736-8136
                          BY: JESSICA BOETLER, ESQ.
                          (312) 853-7030
                          BY: KEVIN LANTRY, ESQ.
                          (213) 896-6022
                          BY: RONALD FLAGG, ESQ.
                          (202) 736-8171
                          BY: KERRIANN MILLS, ESQ.
                          (312) 853-0036
                          BY: KEN KANSA, ESQ.
                          (312) 853-7163
                          BY: JAMES DUCAYET, ESQ.
                          (312) 853-7621
                          *(Continued next page.)

                          Cole Schotz Meisel Forman &
                          Leonard, PA
                          BY: NORMAN L. PERNICK, ESQ.
                          (302) 651-2000
                          BY: J. KATE STICKLES, ESQ.
                          (302) 651-2001

ECRO:                     AL LUGANO

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For Debtors:                  Sidley Austin
                              BY: GEOFFREY KING, ESQ.
                              (312) 853-0324
                              BY: CANDICE KLINE, ESQ.
                              (312) 853-7778
                              BY: BRIAN KRAKAUER, ESQ.
                              (312) 853-7515
                              BY: DAVID MILES, ESQ.
                              (202) 736-8556
                              BY: MATTHEW MARTINEZ, ESQ.
                              (312) 853-0826
                              BY: ANDREW PROPPS, ESQ.
                              (212) 839-5300
                              BY: THOMAS E. ROSS, ESQ.
                              (202) 736-8374
                              BY: JOEL G. SAMUELS, E3SQ.
                              (213) 896-6030
                              BY: JEFFREY STEEN, ESQ.
                              (312) 853-7824
                              BY: PATRICK WACKERLY, ESQ.
                              (312) 853-7000

                              Tribune Company
                              BY: DAVE ELDERSVELD
                              (312) 222-4704
                              BY: DON LIEBENTRITT
                              (312) 222-3651
                              BY: MICHAEL D. ONEAL
                              (312) 222-3490
                              BY: GARY WEITMAN
                              (312) 222-3394

For Official Committee
of Unsecured Creditors:       Chadbourne & Parke, LLP
                              BY: MARC D. ASHLEY, ESQ.
                              (212) 408-5194
                              BY: DOUGLAS DEUTSCH, ESQ.
                              (212) 408-5169
                              BY: MICHAEL DISTEFANO, ESQ.
                              (212) 408-5539
                              BY: DAVID LEMAY, ESQ.
                              BY: THOMAS MCCORMACK, ESQ.
                              (212) 408-5100
                              BY: MARC ROITMAN, ESQ.
                              (212) 408-5271
                              BY: HOWARD SEIFE, ESQ.
                              (212) 408-5361

```
For Official Committee
of Unsecured Creditors:    Zuckerman Spaeder, LLP
                           BY: ANDREW GOLDFARB, ESQ.
                           (202) 778-1800
                           BY: JAMES SOTILLE, ESQ.
                           (202) 778-1800

                           Landis Rath & Cobb, LLP
                           BY: ADAM G. LANDIS, ESQ.
                           (302) 467-4444
                           BY: MATTHEW B. MCGUIRE, ESQ.
                           (302) 467-4431
                           BY: DANIEL RATH, ESQ.
                           (302) 467-4400

For Credit Agreement
Lenders:                   Young Conaway, Stargatt & Taylor
                           BY: ROBERT S. BRADY, ESQ.
                           (302) 571-5713
                           BY: M. BLAKE CLEARY, ESQ.
                           (302) 571-6714

                           Angelo Gordon & Co., LP
                           BY: GAVIN BAIERA
                           (212) 692-0217

                           Jones Day
                           BY: JAMES O. JOHNSTON, ESQ.
                           (213) 243-2431
                           BY: JOSHUA MESTER, ESQ.
                           (213) 489-3939

For Deutsche Bank:         McCarter & English
                           BY: DAVID ADLER, ESQ.
                           (212) 609-6847
                           BY: KATHARINE L. MAYER, ESQ.
                           (302) 984-6312

For Law Debenture:         Kasowitz Benson Torres & Friedman
                           BY: SHERON KORPUS, ESQ.
                           (212) 506-1700
                           BY: MATTHEW STEIN, ESQ.
                           (212) 506-1717
                           BY: DAVID ROSNER, ESQ.
                           (212) 506-1726

                           Bifferato Gentilotti, LLC
                           BY: GARVAN MCDANIEL, ESQ.
                           (302) 429-1900
```

```
For Aurelius Capital
Management:               Ashby & Geddes
                          BY: AMANDA WINFREE, ESQ.
                          (302) 654-1888

                          Akin Gump Strauss Hauer & Feld, LLP
                          BY: DAVID ZENSKY, ESQ.
                          (212) 872-1000

                          Aurelius Capital Management, LP
                          BY: DAN GROPPER
                          (646) 445-6500

For Wells Fargo:          White & Case
                          BY: SCOTT GRIESSMAN
                          (212) 819-8567

                          Perkins Cole
                          BY: SHAN HAIDER
                          (212) 262-6904

For Merrill Lynch:        Potter Anderson & Corroon, LLP
                          BY: R. STEPHEN MCNEIL
                          (302) 984-6067
                          BY: LAURIE S. SILVERSTEIN, ESQ.
                          (302) 984-6033

                          Kaye Scholer, LLP
                          BY: MADLYN G. PRIMOFF, ESQ.
                          (212) 836-7042
                          BY: JANE PARVER, ESQ.
                          (212) 836-8510

For Morgan Stanley:       Barnes & Thornburg, LLP
                          BY: KEVIN COLLINS, ESQ.
                          (302) 888-0301
                          BY: DAVID M. POWLEN, ESQ.
                          (317) 231-7704

                          Weil Gotshal & Manges, LLP
                          BY: DAVID LITVACK, ESQ.
                          (212) 310-8631
                          BY: ANDREA SAAVEDRA, ESQ.
                          (212) 310-8544

For EGI-TRB, LLC:         Jenner & Block, LLP
                          BY: ANDREW VAIL, ESQ.
                          (312) 840-8688
```

```
For Wilmington Trust:    Brown Rudnick, LLP
                         BY: MARTIN SIEGEL, ESQ.
                         (212) 209-4829
                         BY: GORDON NOVOD, ESQ.
                         (212) 209-4940

                         Sullivan Hazeltine Allinson, LLC
                         BY: WILLIAM SULLIVAN, ESQ.
                         (302) 428-8191

For SuttonBrook
Capital Management:      SuttonBrook Capital Management, LP
                         BY: CAROL L. BALE
                         (212) 588-6640

For Singuler Guff:       Singuler Guff
                         BY: RANDALL W. BEELER
                         (212) 332-5109

For Oaktree Capital
Management:              Jones Day
                         BY: BRUCE BENNETT, ESQ.
                         (213) 489-3939

                         Oaktree Capital Management
                         BY: EDGAR LEE
                         (213) 830-6415

For HBK Capital
Management:              HBK Capital Management
                         BY: ERIC BILMES
                         (212) 588-5115

For Jeffries & Co.:      Jeffries & Company
                         BY: JUSTIN BRASS
                         (203) 708-5847

For Dow Jones:           Dow Jones & Company
                         BY: PEG BRICKLEY
                         (215) 462-0953

For Associated Press:    Associated Press
                         BY: RANDALL CHASE
                         (302) 674-3037

For Blomberg:            Bloomberg, LLP
                         BY: STEVEN H. CHURCH
                         (302) 661-7606
```

```
For T Rowe Price,
et al.:                   Bingham McCutchen, LLP
                          BY: MICHAEL D'AGOSTINO
                          (860) 240-2731

For Defendants (Former
Directors & Officers):    Grippo & Elden, LLC
                          BY: GEORGE DOUGHERTY, ESQ.
                          (312) 704-7700

For Davidson Kempner:     D K Partners
                          BY: EPHRAIM DIAMOND
                          (646) 282-5841

For Employees Compensation
Defendant's Group:        Frank Gecker, LLP
                          BY: REED HEILIGMAN, ESQ.
                          (312) 276-1432

For GreatBanc:            Womble Carlyle Sandridge & Rice
                          BY: THOMAS HORAN, ESQ.
                          (302) 252-4339

For Bank of America:      O'Melveny & Myers, LLP
                          BY: EVAN JONES, ESQ.
                          (213) 430-4236
                          BY: DANIEL S. SHAMAH, ESQ.
                          (212) 326-2138

For Anna Kalenchits:      Anna Kalenchits
                          (212) 723-1808

For CitiGroup:            Paul Weiss Rifkind Wharton &
                          Garrison, LLP
                          BY: OKSANA LASHKO, ESQ.
                          (212) 373-3000
                          BY: ANN K. YOUNG, ESQ.
                          (212) 373-2237

                          Citi
                          BY: REBECCA SONG
                          (212) 559-9933

For State Retirement
System of Maryland:       Morgan Lewis & Brockius, LLP
                          BY: RACHEL MAUCERI, ESQ.
                          (215) 963-5000

For Stone Tower:          The Rosner Law Group, LLC
                          BY: SCOTT J. LEONHARDT, ESQ.
                          (302) 319-6301
```

```
For Barclays Capital:     Barclays Capital, Inc.
                          BY: OLIVIA MAURO
                          (212) 412-6773

For Timothy Knight:       Hannafan & Hannafan, Ltd.
                          BY: JAMES A. MCGUINNESS, ESQ.
                          (312) 527-0055

For Allen Global
Partners:                 Allen Global Partners
                          BY: GERSON P. MENDONCE
                          (212) 339-2495

For Goldman Sachs:        Goldman Sachs & Company
                          BY: FREDERICK MORRIS
                          (212) 902-2886

For JPMorgan Chase
Bank:                     Davis Polk & Wardwell, LLP
                          BY: ELLIOT MOSKOWITZ, ESQ.
                          (212) 450-4241

                          Richards Layton & Finger, PA
                          BY: ROBERT STEARN, JR.
                          (302) 651-7830

For Bigelow:              Sperling & Slater
                          BY: GWEN NOLAN, ESQ.
                          (312) 641-3200

For Robert R. McCormick
Foundation & Cantigny
Foundation:               Katten Muchin Rosenman, LLP
                          BY; JOHN SIEGER, ESQ.
                          (312) 902-5294

For IBEW Local 103
Trust Fund:               Labaton Sucharow, LLP
                          BY: mICHAEL W. STOCKER, ESQ.
                          (212) 907-0700

For Amalgamated Bank:     Milbank Tweed Hadley & McCloy
                          BY: ALAN STONE, ESQ.
                          (212) 530-5285

For Alvarez & Marsal:     Alvarez & Marsal, Inc.
                          BY: BRIAN WHITTMAN
                          (312) 601-4226

For Former Special
Committee:                Skadden Arps Slate Meagher & Flom
                          BY: JUSTIN WINERMAN, ESQ.
                          (312) 407-0924
```

1  WILMINGTON, DELAWARE, WEDNESDAY, JULY 25, 2012, 4:00 P.M.

2          THE COURT:  Good afternoon.  This is Judge Carey.

3  We're on the record in the Tribune-related Chapter 11

4  proceedings to consider scheduling for the motions of Aurelius

5  and of Law Debenture and Deutsche Bank Trust Company for stay

6  pending appeal with respect to both movants or sets of movants

7  and with respect to certification with respect to Law Debenture

8  and Deutsche Bank.

9          I have received the debtors' response with a

10  suggested scheduling regime and was wondering whether the

11  parties have had a chance to discuss that and whether there's

12  any consensus about scheduling.  There are other questions I

13  have.  There may be things the parties wish to address in

14  connection with scheduling, but let me first see if there's an

15  answer to that question.  I'll turn to the debtor first.  Has

16  any --

17          MR. BENDERNAGEL:  Your Honor, Jim --

18          THE COURT:  Go ahead.

19          MR. BENDERNAGEL:  Jim Bendernagel, for the debtors.

20  Can you hear me, Your Honor?

21          THE COURT:  I can.

22          MR. BENDERNAGEL:  The answer to your question is Mr.

23  Zensky and I have talked.  I believe Mr. Zensky has tried to

24  reach Mr. Rosner.  I am not sure whether he's been successful.

25  I think that we understand each other's positions.  I think

1   that they would like to move a little faster than we proposed.

2   We think what we've proposed is right but I think both parties

3   recognize that one of the critical issues is going to be your

4   schedule and also how much time is going to be needed at the

5   hearing, and that may be a factor that influences this.  You

6   know, obviously, we think that the schedule we proposed is the

7   right one, but you know, in some respects, I guess that depends

8   on whether the 7th works for you and whether you have enough

9   time on the 7th to accommodate what's needed.

10          THE COURT:  The 7th doesn't work for me, but there

11  are other things I want to address with the parties, and I'll

12  hear from everyone who wishes to be heard.

13          Let me, if I may, go down some of the questions that

14  I have, and I say this -- this is a scheduling conference.  I

15  don't want to get into the merits of anybody's appeal or

16  reasons for a stay, but inevitably, I think we'll have to touch

17  a little bit on some of that in connection with scheduling and

18  I'll explain why as we go along.  But the appeal period has not

19  yet passed.  So my first question is, is it anticipated there

20  will be any other appeals?

21          MR. ZENSKY:  Your Honor, it's David Zensky, Akin,

22  Gump, Strauss, Hauer & Feld, for Aurelius Capital Management.

23  Obviously, we did file our Notice of Appeal the day Your Honor

24  entered the Confirmation Order.  I imagine there may be another

25  appeal filed by Wilmington in connection with the issue that it

1  has already attempted to take up on the subordination rulings.

2  I'm certainly not aware of any other party that intends to file

3  a Notice of Appeal.  I would say that Your Honor was very clear

4  in giving the world, so to speak, advance notice of when the

5  Confirmation Order would be entered and you're quite right, of

6  course, that the statutory period has not run, but we were

7  ready to file, Law Debenture and Deutsche Bank were ready, and

8  the debtors have publicly stated they expected these appeals

9  and are ready to respond promptly to them.

10            Just to go back to the first question you asked.  I

11  did have two very good calls with Mr. Bendernagel in the sense

12  of sharing information about the parties' thoughts about how

13  best to get this hearing scheduled and conducted, but he

14  correctly reported that we are still somewhat apart in that the

15  overriding issue, of course, is when Your Honor is able to hear

16  us, but also, I think, an overriding issue is when the debtors

17  think they will be ready to take this Plan effective, and how

18  soon after the 14-day statutory stay that might be, and that we

19  would think is also relevant to today's discussion.

20            THE COURT:  I agree with you.  And again, I don't

21  want to get into a discussion on the merits, but I do -- I must

22  ask the debtors, in terms of scheduling, what is it that's

23  going to happen, just say, in the next 30 days?  I understand

24  that FCC approval, as the parties have -- at least as the

25  debtor has advised all along, is a somewhat extended process.

1  But tell me where you stand with that and what you anticipate.

2          MR. BENDERNAGEL:  Well, you know -- this is Jim

3  Bendernagel, for the debtors, Your Honor.  The -- you know,

4  we're hopeful that the FCC will act on this quickly and we're

5  taking steps, you know, and have been taking steps, to keep

6  them in the loop and to try to drive that process forward.

7  Having said that, you know, it's not at all clear to us when

8  that's going to happen.  I don't think it's likely to happen in

9  the next two weeks.  I'm hesitant to suggest dates later for

10 fear that they'll become a self-fulfilling prophecy.  But, you

11 know, certainly, in the time period that we've been talking

12 about with respect to this hearing, which is, you know, August

13 7th or that week, I don't think that there is a high

14 probability that the FCC's going to do anything before then;

15 although, I think we'd have a party if it did.  But, you know,

16 that's the best answer I can give because the process is

17 somewhat unpredictable.  I think that the -- you know, some of

18 the estimates that were given to you earlier in the proceeding,

19 we feel confident are going to be shorter than that.  But I'd

20 hesitate to go much beyond that, and that's about the most I

21 can say on that.

22          With respect to the appeal question, it's important

23 for you to understand that there are some other appeals that

24 are possible.  I mean EGI-TRB has been, you know, an active

25 participant in this and it's not clear whether they're going to

1    file anything, and if they do, what they're going to file.

2            Secondly, it's important to understand that WT,

3    Wilmington Trust, already has two appeals that they filed; one

4    of which is starting briefing tomorrow.  And so, you know, one

5    of the concerns we've had is that we've got sort of multiple

6    briefing schedules in multiple Courts and I don't think that

7    makes a lot of sense in terms of judicial efficiency, but I

8    don't want to get into the merits of that.  That's obviously an

9    issue for another day.  But in terms of the answer to your

10   question, Wilmington Trust already has two appeals filed and I

11   think it's obvious they're going to have to file yet another

12   one to ensure that the appeals that they have are still valid.

13   But -- and EGI-TRB may file something, and it's conceivable

14   that others might file.  And look at, we worked into our

15   proposed schedule a mechanism to try and force people, to the

16   extent we can, to put their cards on the table, at least with

17   respect to the motions and the like, and we think that's within

18   your power to do because what you're saying is I'm not going to

19   tell you you can't file later, but if you want to be heard on

20   the date that I'm setting, you got to file by this Friday.  And

21   I think that's fair, and you know, a guarantee that you're not

22   hearing multiple issues without people being on notice that

23   that's what you're going to do.

24           THE COURT:  Mr. Bendernagel, let's assume just for

25   the moment that the FCC came through with the necessary

1   approvals within two weeks from today.  Would there be any

2   other conditions to be met before the DCL Plan could go

3   effective?

4            MR. BENDERNAGEL:  We've been trying to work that

5   through.  There are some, you know, dates that are associated

6   with just implementing the FCC decision, and as I understand

7   it, there are some dates that are associated with implementing

8   the $120 million settlement in terms of the arranger claims,

9   and you know, there may -- those seem to be the pacing items,

10  and you know, obviously, we're trying, consistent with our

11  desire, to shorten those as much as possible but that could add

12  some time on beyond when the FCC rules.

13           THE COURT:  Well, let me -- I did consult my

14  calendar before today's telephone conference, and frankly,

15  August 17th would be the day that I would be looking to to

16  schedule these hearings for.  But, you know, whether ultimately

17  I grant the Motions to Stay or not, I don't want anything -- I

18  wouldn't want anything in the interim to prejudice the rights

19  of any of the movants here who are seeking a stay.  And,

20  frankly, if there's a possibility that things would all fall

21  into place; I mean happily for the debtor, I wouldn't be

22  interested in having the movants, you know, knocked out of

23  Court on that basis.  So frankly, if necessary, I'd be

24  prepared, in connection with the scheduling order, which

25  hopefully will result from this call, to prevent the debtor

1   from moving forward with an appeal --

2           MR. BENDERNAGEL:  Your Honor, I --

3           THE COURT:  -- until --

4           MR. BENDERNAGEL:  Your Honor, this is Jim

5   Bendernagel.  Can I comment on that --

6           THE COURT:  Yes.

7           MR. BENDERNAGEL:  -- in two respects?  First of all,

8   I think the debtor would much prefer an earlier date, and I

9   understand it's your schedule and the like, but one of the

10  concerns we have is that we get into a Mexican stand-off with

11  the FCC where they think you're waiting for -- you know,

12  they're looking; they see stay.  Well, they're not going to do

13  anything until this at least initial stay.  Now, from a legal

14  standpoint, we don't think that that's what they should be

15  doing but we're anxious to move this thing forward and, as a

16  consequence, I'm concerned about pushing the date off until the

17  17th.  I think, obviously, you know, you have a schedule and

18  we'll abide by whatever that is.  And, you know, secondly, my

19  guess is that the FCC isn't going to move by the 17th, but I'm

20  worried that by suggesting to the FCC that there's a stay in

21  place until even that date, that that's just going to tell the

22  FCC, well, you don't have to do anything until then or maybe

23  even longer than that.  And, you know, the concern we've had is

24  that, you know, we can't get out until the FCC moves forward,

25  and we don't want to really put any artificial restrictions in

1   front of that.  You know, now I fully recognize that, you know,

2   there are other considerations here, including the

3   considerations of their desire to move forward with the stay

4   stuff.  But one of the reasons we want to propose the short

5   schedule and didn't suggest, you know, by law, we can have

6   until the 7th to respond to the direct certification and that

7   the hearing ought to be further out in time is our desire to

8   move forward sooner.  But, you know, having said that, we can

9   live with the 17th, but just be -- you know, I'm concerned with

10  respect to, you know, sending the wrong message to the FCC

11  because we really do want to get out of bankruptcy sooner.

12          THE COURT:  Well then assuming the 17th is the date,

13  what alternate suggestion do you have?

14          MR. JOHNSTON:  Your Honor, this is Jim Johnston, of

15  Jones Day.  May I be heard on that point?

16          THE COURT:  Go ahead.

17          MR. JOHNSTON:  What I would suggest if August 17th

18  is the day it would be, not that Your Honor order a stay, but

19  that the DCL Plan Proponents voluntarily agree that they will

20  not go effective with their Plan until that date so that no one

21  is prejudiced, in the interim, we have the hearing on the 17th.

22  There's no order that says that we are stayed so the so-called

23  Mexican standoff doesn't occur with the FCC.  Hopefully, the

24  FCC proceeds.  But we agree voluntarily that the effective date

25  of our Plan will not occur until you hold that hearing.

1              THE COURT:  That seems to me that would solve the

2    problem that Mr. Bendernagel articulates.  Are the DCL Plan

3    Proponents willing to agree to that?

4              MR. BENDERNAGEL:  The debtors certainly thinks

5    that's a good idea, Your Honor.

6              MR. LEMAY:  Your Honor, David LeMay, from Chadbourne

7    & Parke, for the Creditors' Committee, and we are willing to

8    agree to that.

9              THE COURT:  Okay.

10             MR. JOHNSTON:  Jim Johnston again.  My clients,

11   obliviously, are willing to agree to that as well.

12             THE COURT:  Okay.  It seems -- and I'll now address

13   the movants.  It seems to me that that solves that problem.

14   Does Aurelius or Law Debenture or Deutsche Bank disagree with

15   that?

16             MR. ZENSKY:  Your Honor, it's David Zensky again, of

17   Akin Gump, for Aurelius.  We appreciate greatly the Court's

18   concern and observation that the parties pursuing appeals have

19   an opportunity, at least, to have a hearing before you before

20   anything prejudices the potential for that appeal and the

21   colloquy with Mr. Bendernagel and Mr. Johnston.

22             What I would say is this, Your Honor.  If we ask for

23   a shortened notice, and it would have been our vision to have

24   this on next week so that, in the event that we were

25   unsuccessful before Your Honor, there would be a short

1  opportunity to pursue relief if we thought it was appropriate

2  in another forum and that would all be -- that would all happen

3  before the statutory 14-day expired.  We certainly have no

4  problem with a hearing on the 17th and, of course, accept the

5  representations of the parties from a few moments ago, but

6  would only ask that that be built into it in some respect if

7  this is the resolution of the motion to shorten notice so that

8  if Your Honor denies the stay, there is some limited

9  opportunity for Aurelius and Law Debenture and Deutsche to seek

10  relief in the appropriate higher forum.

11          THE COURT:  Mr. Zensky, the way I solve that problem

12  is if I deny a stay pending appeal and the parties tell me

13  they're going across the street, I normally allow a reasonable

14  period of time for them to make that trip.

15          MR. ZENSKY:  Okay.

16          THE COURT:  I'm not telling you it's going to be 14

17  days, but I'll account for that consideration.

18          MR. ZENSKY:  Okay.  Thank you, Your Honor.  That

19  solves my concern with that date.

20          THE COURT:  Okay.  Any of the other movants want to

21  weigh in on that issue?

22          MR. STEIN:  Your Honor, good afternoon.  This is

23  Matthew Stein, on behalf -- from Kasowitz, Benson, Torres &

24  Friedman, on behalf of Law Debenture Trust Company of New York

25  and Deutsche Bank Trust Company of Americas.  I just want to

1  weigh in on how to relate to the certification.  The

2  certification issue is unique to the unfair discrimination

3  issue for a number of reasons, and I think it -- one of the

4  primary grounds is that, under Bankruptcy Rule 8001, the

5  default is for no oral argument, and that the motion can be

6  decided on the papers.  And because of that, I don't think

7  there is a need to extend the time on that until -- the need to

8  extend the time on that until August -- the August 17th date,

9  and if the Court is comfortable without having oral argument on

10  that issue, Law Debenture and Deutsche Bank is fine with that

11  as well.

12          The standards are also different on certification.

13  There are four separate grounds under 28 U.S.C. 158(d)(2) that

14  relief can be granted.  And none of those elements are -- none

15  of those grounds are factually based.  There's no need to

16  develop a factual record.  It's really an open-shut issue,

17  especially at the lower Court level; it's really a getting

18  issue.  Do the elements exist or do they not exist?  And we

19  submit that they can be decided on their papers in an expedited

20  fashion without needing to wait until an August 17th hearing

21  date.  Thank you.

22          THE COURT:  Mr. Stein --

23          MR. BENDERNAGEL:  Your Honor --

24          THE COURT:  Let me interject here.  Mr. Stein, if

25  this issue were to be considered -- the certification issue

1   were to be considered discretely, I might agree with you.  But

2   here's the quandary that I find myself in.  There are now

3   already two different appellate routes proposed.  Now, I know

4   there are appeals pending across the street already.  Frankly,

5   I'm not sure -- well, I won't speak for the District Court

6   about how the District Court would schedule them, but it seems

7   to me that its latest appeal is the one that, in terms of

8   finality, is the most crucial one.  That's just my own view and

9   now that's not a finding for consideration by the District

10  Court, but there are now two paths at least.  I don't know what

11  other appeals will be filed.  I tend to think Mr. Bendernagel,

12  when he speculates upon who that might be, is probably right.

13  I don't know what paths they will suggest.  It seems to me that

14  it would be a really bad thing for this procedure to be

15  bifurcated in that fashion.  So one of the things I think I

16  should do is decide which path ought to be followed with

17  respect to all appeals.  And, for that reason, I'm not going to

18  decide it without a hearing and that's why I'm going to

19  schedule it for the same time as I consider the Motions to

20  Stay.  I think it all needs to go together.  And it will also

21  permit the parties time to weigh in on the issue of whether I

22  should grant the certification motion that's been filed and

23  whether, even assuming that no other certification requests are

24  made, the Court should sua sponte, which it can do under the

25  statute, certify the balance of the appeals to the Circuit if

1  it decides that the Law Debenture, Deutsche Bank certifications

2  should be granted.  Anyone else want to weigh in on the

3  certification issue for scheduling purposes?

4       MR. BENDERNAGEL:  This is Jim Bendernagel, Your

5  Honor, for the debtors.  We agree with that assessment.  Sort

6  of, you know, without getting into the merits here, the whole

7  question of drag-along is something that I do think needs to

8  get addressed and I think the way you're approaching it is the

9  right way.

10      THE COURT:  Okay.  So assuming that we're going to

11 have a hearing on these motions at 10:00 on August 17th, and I

12 suppose awaiting what happens by the end of the week, do you

13 think the parties, and this is addressed to everyone, will be

14 able to come to a consensual scheduling order with respect to

15 everything that will have been filed by the time the appeal

16 period expires?  And that's another reason for pushing things

17 forward.  It will mean that everyone is included on this

18 timeframe.

19      MR. BENDERNAGEL:  Certainly from the debtors'

20 perspective and on behalf of the DCL Plan Proponents, we'll

21 work to that end, and I -- my sense of our discussions with Mr.

22 Zensky is we weren't that far apart.  It's really more of a

23 question of coming to agreement just knowing what the date was

24 for the hearing and that we could work out the schedule from

25 there.

1              THE COURT:  Okay.

2              MR. JOHNSTON:  Your Honor, this is Jim Johnston

3    again.  May I be heard on one related point?

4              THE COURT:  Yes you may.

5              MR. JOHNSTON:  Thank you.  You had mentioned just

6    previously the date of this Friday and more things will be

7    known this Friday.  But absent an order from the Court along

8    the lines that we had suggested in our moving papers to the

9    effect that anyone who wanted to be heard on the 17th needed to

10   speak up or forever hold their piece by this Friday.  We really

11   won't know the landscape until August 6th, which is the day on

12   which the appeal period runs.  So I didn't know if Your Honor

13   was contemplating issuing an order, you know, in the near term

14   directing people to file any other Motions for Stay or Motions

15   for Certification to the extent they wanted them to be heard on

16   the 17th.  Otherwise, I think it will be difficult to formulate

17   the scheduling order until we know the landscape which,

18   obviously, is an objective of ours and as well as the Court's,

19   I believe.

20             THE COURT:  You know, Mr. Johnston, thank you very

21   much.  My head was focused on the order I entered overruling

22   objections, not on the date of the entry of the confirmation

23   order, and I thank you for pulling me back to reality.  And

24   then -- and that's another reason why the extended, at least in

25   the view of the parties based on their request, schedule here I

1  think is better.  And yes, I think that would be a good

2  provision to work into the scheduling order.  I ask that the

3  parties here consult those who they think are in that universe

4  of parties who may be filing an appeal.  And I guess I'll just

5  say, for purposes of due process, to the extent anybody who

6  didn't get notice that this is how the schedule would run and

7  complains that they've had insufficient time, I'll hear such a

8  complaint if and when it's lodged.  But I think, just as a

9  practical matter, to make sure things do move along, and I

10  think it's important for everybody, at least in terms of the

11  judicial process, that such a provision be included.  Does

12  anyone disagree with that?

13        MR. BENDERNAGEL:  Your Honor, not to be stupid.

14  This is Mr. Bendernagel.  But the question is are you

15  contemplating putting the 27th in or are you contemplating

16  putting August 6th in or putting in a date in between that

17  looks like the way the date that we had proposed on the 27th

18  works?  I think it's just helpful to get your sense of whether

19  you feel comfortable essentially telling people to come forward

20  at a date sooner than the 6th, or are you saying that we wait

21  until the 6th and see what happens and then move forward?  I

22  think that's important in terms of how we structure the

23  scheduling order.

24        THE COURT:  Well, I guess we have to -- I don't

25  know, I think the 6th.  That's what I'm thinking.  I'll hear

1  from others though if they have different views.

2          MR. JOHNSTON:  Your Honor, Jim Johnston again.

3  Obviously, I'm talking on this issue.  I do have a suggested

4  middle ground which is similar to what we had proposed in our

5  response, which is simply that there's a date; it need not be

6  this Friday, given the extension of the hearing, but say a date

7  next week, maybe August 1st, where, you know, if you enter a

8  scheduling order tomorrow, we get something over to you

9  tomorrow, that basically says any party wishing to have their

10 Motion for Stay or Motion for Certification heard on August

11 17th, has to file it by, say, August 1st.  That way, there's

12 always the possibility someone will file later, but anyone

13 who's thinking about it certainly will want to have their

14 motions heard at the same time that the pending motions are

15 heard and, hopefully, that will flesh out everything that will

16 be coming and we'll be able to have a hearing that addresses

17 all of the related requests for relief.

18          THE COURT:  But then we're running the risk we're on

19 more than one track.

20          MR. JOHNSTON:  That is true.

21          THE COURT:  I'm just -- I'm loathe to do that, and I

22 understand the practical inconveniences that this provides to

23 the parties but, you know, maybe it gives rise to the argument

24 that I've indirectly cut short the appeal period or otherwise,

25 impaired somebody's rights, and I just -- I'd be reluctant to

1  do that.  Let's make it the 6th.

2          MR. JOHNSTON:  Okay.

3          THE COURT:  Are there any other issues -- well, let

4  me -- I have one other I'd like to raise and then I'll ask

5  whether there's anything else any of the parties thinks we need

6  to address today.

7          In the filings, I'd like -- the initial filings,

8  obviously, have been made, some of them anyway.  But in the

9  responses and the replies, I'd like the parties to address not

10  only the merits of each motion, but with respect to the request

11  for stay pending appeal, whether a bond should be imposed as a

12  condition of granting the stay, and, if so, what the amount

13  should be and why.

14          Are there any other issues that we need to talk

15  about today or to build into the scheduling order?

16          MR. BENDERNAGEL:  One question.  This is Jim

17  Bendernagel.  How much time are you allotting on the 17th, Your

18  Honor, just so we're there?  I mean, clearly, as a result of

19  the last question you talked about with respect to the bond and

20  those kind of issues, there's going to be an evidentiary

21  component to this hearing, and you know, as a consequence, we

22  just want to get a sense of how much time on the 17th is being

23  allotted.

24          THE COURT:  Well, one of the reasons I picked the

25  17th was that it's a free day.  Does anyone have a view about

1  how much time will be required?

2          MR. BENDERNAGEL:  Well, this is Jim Bendernagel.

3  Before we got on the call today and kicking this around, we

4  thought it would be dangerous to suggest less than half a day,

5  and you know, obviously, we'll try our best not to take the

6  full day, but, you know, my guess is that somewhere at least a

7  half a day and maybe a little longer based on where we are now

8  but that could change as a result of the work, but I don't

9  think it's going to get shorter though.

10          THE COURT:  Does anyone else have a view?

11                  (No audible response)

12          THE COURT:  Okay.  In terms of the time of day, I'd

13  be inclined to start in the morning, but if for travel purposes

14  people would rather start at 11:00 than 10:00, I'll start at

15  11:00.  Anyone have a preference?

16          MR. BENDERNAGEL:  I think people would rather start

17  earlier, Your Honor, so that they -- I think that's a Friday is

18  it not?

19          THE COURT:  It is.

20          MR. BENDERNAGEL:  I think people are going to want

21  to try and head back and so I think people, you know,

22  especially from the West Coast, are going to have to come in

23  the night before.  So it would just make sense that we start

24  earlier.

25          THE COURT:  Okay.  In that event, 4:00 in the

1  afternoon.

2                        (Laughter)

3          THE COURT:  All right.  We'll start at 10:00 a.m.,

4  and let me -- just so I'm clear about this, let me repeat.  I

5  did mention it before, but I also do want the parties to

6  address; again, assuming that there are at least two different

7  appeal paths suggested, you know, which should be preferred and

8  should the Court be exercising its power sua sponte to send to

9  the Circuit if it decides the Law Debenture, Deutsche Bank

10  request should be granted, all of the other appeals.  Anything

11  else we need to discuss today?

12                   (No audible response)

13          THE COURT:  I hear no further response.  Okay.  Any

14  notion of -- well, let me put it this way.  Today is Wednesday.

15  I'm assuming the parties will be able to have something to me

16  by Friday.  If for any reason that's not the case, reach out to

17  me and we'll have another telephone conference.

18          MR. BENDERNAGEL:  Appreciate it, Your Honor.

19          THE COURT:  All right.  Thank you everyone.  That

20  concludes this hearing.  Court will stand adjourned.

21

28

1      (Whereupon at 4:29 p.m., the hearing was adjourned)

2                  CERTIFICATION

3        I certify that the foregoing is a correct

4 transcript from the electronic sound recording of the

5 proceedings in the above-entitled matter.

6

7

8 _____      25 July 2012

9 Tammy Kelly, Transcriber              Date

10 Diaz Data Services, LLC

11

| Word | Page:Line |
|---|---|
| (continued)(1) | 1:36 |
| 14-day(2) | 10:18 17:3 |
| 158(d)2(1) | 18:13 |
| a.m(1) | 26:3 |
| abide(1) | 14:18 |
| able(4) | 10:15 20:14 23:16 26:15 |
| about(12) | 8:12 10:12 10:12 11:12 11:20 14:16 19:6 23:13 24:15 24:19 24:25 26:4 |
| above-entitled(1) | 27:5 |
| absent(1) | 21:7 |
| accept(1) | 17:4 |
| accommodate(1) | 9:9 |
| account(1) | 17:17 |
| across(2) | 17:13 19:4 |
| act(1) | 11:4 |
| active(1) | 11:24 |
| adam(1) | 3:9 |
| add(1) | 13:11 |
| address(6) | 8:13 9:11 16:12 24:6 24:9 26:6 |
| addressed(2) | 20:8 20:13 |
| addresses(1) | 23:16 |
| adjourned(2) | 26:20 27:1 |
| adler(1) | 3:34 |
| administered(1) | 1:5 |
| advance(1) | 10:4 |
| advised(1) | 10:25 |
| after(1) | 10:18 |
| afternoon(2) | 8:2 17:22 26:1 |
| again(6) | 10:20 16:10 16:16 21:3 23:2 26:6 |
| ago(1) | 17:5 |
| agree(8) | 10:20 15:19 15:24 16:3 16:8 16:11 19:1 20:5 |
| agreement(2) | 3:16 20:23 |
| ahead(2) | 8:18 15:16 |
| akin(3) | 4:7 9:21 16:17 |
| alan(1) | 7:41 |
| allen(2) | 7:8 7:9 |
| allinson(1) | 5:8 |
| allotted(1) | 24:23 |
| allotting(1) | 24:17 |
| allow(1) | 17:13 |
| along(4) | 9:18 10:25 21:7 22:9 |
| already(5) | 10:1 12:3 12:10 19:3 19:4 |
| also(6) | 9:4 10:16 10:19 18:4 19:20 26:5 |
| alternate(1) | 15:13 |
| although(1) | 11:15 |
| alvarez(2) | 7:44 7:44 |
| always(1) | 23:12 |
| amalgamated(1) | 7:40 |
| amanda(1) | 4:4 |
| america(1) | 6:24 |
| americas(1) | 17:25 |
| amount(1) | 24:12 |
| and(114) | 8:5 8:5 8:8 8:8 8:10 8:11 8:23 9:4 9:5 9:9 9:11 9:14 9:17 10:5 10:7 10:9 10:13 10:17 10:18 10:20 11:1 11:4 11:5 11:6 11:20 11:25 12:1 12:4 12:6 12:10 12:21 12:21 13:6 13:9 13:10 13:14 13:19 14:8 14:9 14:15 14:17 14:18 14:23 14:25 15:6 15:6 16:7 16:14 16:21 16:23 17:2 17:4 17:9 17:9 17:12 17:25 18:3 18:6 18:9 18:10 18:14 18:18 19:8 19:15 19:17 19:18 19:19 19:22 20:8 20:11 20:11 20:16 20:20 20:21 20:21 20:24 21:6 21:18 21:21 21:23 21:23 22:1 22:4 22:6 22:8 22:9 22:21 22:22 23:15 23:16 23:21 23:25 24:4 24:9 24:12 24:13 24:19 24:21 25:3 25:5 25:7 25:21 25:21 26:4 26:7 26:17 |
| anderson(1) | 4:23 |
| andrea(1) | 4:44 |
| andrew(3) | 2:15 3:3 4:48 |
| angelo(1) | 3:23 |

| Word | Page:Line |
|---|---|
| ann(1) | 6:37 |
| anna(2) | 6:30 6:30 |
| another(7) | 9:24 12:9 12:11 17:2 20:16 21:24 26:17 |
| answer(4) | 8:15 8:22 11:16 12:9 |
| anticipate(1) | 11:1 |
| anticipated(1) | 9:19 |
| anxious(1) | 14:15 |
| any(15) | 8:12 8:16 9:20 10:2 13:1 13:19 14:25 17:20 21:14 23:9 24:5 24:14 26:13 26:16 |
| anybody(1) | 22:5 |
| anybody's(1) | 9:15 |
| anyone(7) | 20:2 21:9 22:12 23:12 24:25 25:10 25:15 |
| anything(9) | 11:14 12:1 13:17 13:18 14:13 14:22 16:20 24:5 26:10 |
| anyway(1) | 24:8 |
| apart(2) | 10:14 20:22 |
| appeal(17) | 8:6 9:15 9:18 9:23 9:25 10:3 11:22 14:1 16:20 17:12 19:7 20:15 21:12 22:4 23:24 24:11 26:7 |
| appeals(12) | 9:20 10:8 11:23 12:3 12:10 12:12 16:18 19:14 19:11 19:17 19:25 26:10 |
| appellate(1) | 19:3 |
| appreciate(2) | 16:17 26:18 |
| approaching(1) | 20:8 |
| appropriate(2) | 17:1 17:10 |
| approval(1) | 10:24 |
| approvals(1) | 13:1 |
| are(38) | 8:12 9:11 10:9 10:14 11:19 11:23 11:24 12:12 13:5 13:5 13:7 13:7 13:19 15:2 15:22 16:2 16:7 16:11 18:12 18:13 18:14 18:15 19:2 19:4 19:10 19:23 22:3 22:14 22:15 22:20 23:14 24:3 24:14 24:17 25:7 25:20 25:22 26:6 |
| argument(3) | 18:5 18:9 23:23 |
| around(1) | 25:3 |
| arps(1) | 7:49 |
| arranger(1) | 13:8 |
| articulates(1) | 16:2 |
| artificial(1) | 14:25 |
| ashby(1) | 4:3 |
| ashley(1) | 2:38 |
| ask(5) | 10:22 16:22 17:6 22:2 24:4 |
| asked(1) | 10:10 |
| assessment(1) | 20:5 |
| associated(4) | 5:43 5:43 13:5 13:7 |
| assume(1) | 12:24 |
| assuming(5) | 15:12 19:23 20:10 26:6 26:15 |
| attempted(1) | 10:1 |
| audible(2) | 25:11 26:12 |
| august(12) | 11:12 13:15 15:17 18:8 18:8 18:20 20:11 21:11 22:16 23:7 23:10 23:11 |
| aurelius(6) | 4:2 4:11 8:4 9:22 16:14 16:17 17:9 |
| austin(1) | 1:21 2:4 |
| awaiting(1) | 20:12 |
| aware(1) | 10:2 |
| back(3) | 10:10 21:23 25:21 |
| bad(1) | 19:14 |
| baiera(1) | 3:24 |
| balance(1) | 19:25 |
| bale(1) | 5:14 |
| bank(12) | 3:33 6:24 7:17 7:40 8:5 8:8 10:7 16:14 17:25 18:10 20:1 26:9 |
| bankruptcy(4) | 1:1 1:18 15:11 18:4 |
| barclays(2) | 7:1 7:1 |
| barnes(1) | 4:35 |

| Word | Page:Line |
|---|---|
| based(3) | 18:15 21:25 25:7 |
| basically(1) | 23:9 |
| basis(1) | 13:23 |
| because(4) | 11:16 12:18 15:11 18:6 |
| become(1) | 11:10 |
| beeler(1) | 5:8 |
| been(9) | 8:24 11:5 11:11 11:24 13:4 16:23 19:22 20:15 24:8 |
| before(11) | 1:17 11:14 13:2 13:14 16:19 16:19 16:25 17:3 25:3 25:23 26:5 |
| behalf(3) | 17:23 17:24 20:20 |
| being(2) | 12:22 24:22 |
| believe(1) | 8:23 21:19 |
| bendernagel(31) | 1:22 8:17 8:19 8:19 8:22 10:11 11:2 11:3 12:24 13:4 14:2 14:4 14:5 14:7 16:2 16:6 16:21 18:23 19:11 20:4 20:4 20:19 22:13 22:14 24:16 24:17 25:2 25:2 25:16 25:20 26:18 |
| bennett(1) | 5:23 |
| benson(2) | 3:39 17:23 |
| best(3) | 10:13 11:16 25:5 |
| better(1) | 22:1 |
| between(1) | 22:16 |
| beyond(2) | 11:20 13:12 |
| bifurcated(1) | 19:15 |
| bifurcated(1) | 21:19 |
| bigelow(1) | 7:25 |
| bilmes(1) | 5:32 |
| bingham(1) | 6:2 |
| bit(1) | 9:17 |
| blake(1) | 3:20 |
| block(1) | 4:47 |
| blomberg(1) | 5:47 |
| bloomberg(1) | 5:47 |
| boetler(1) | 1:24 |
| bond(2) | 24:11 24:19 |
| both(2) | 8:6 9:2 |
| brady(1) | 3:18 |
| brass(1) | 5:36 |
| brian(2) | 2:9 7:45 |
| brickley(1) | 5:40 |
| briefing(1) | 12:4 12:6 |
| brockius(1) | 6:45 |
| brown(1) | 5:2 |
| bruce(1) | 5:23 |
| build(1) | 24:15 |
| built(1) | 17:6 |
| but(47) | 8:14 9:2 9:7 9:10 9:16 9:18 10:6 10:13 10:16 10:21 11:1 11:11 11:15 12:7 12:9 12:12 12:19 13:11 13:16 14:9 14:15 14:19 15:4 15:8 15:9 15:18 15:24 17:5 17:17 19:1 19:6 19:10 21:7 22:8 22:14 23:6 23:12 23:18 23:22 24:8 24:10 25:6 25:8 25:8 25:8 26:3 26:5 |
| calendar(1) | 13:14 |
| call(2) | 13:25 25:3 |
| calls(1) | 10:11 |
| came(1) | 12:25 |
| can(12) | 8:20 8:21 11:16 11:21 12:16 14:5 15:5 15:8 18:14 18:19 19:24 |
| candice(1) | 2:7 |
| cantigny(1) | 7:30 |
| can't(2) | 12:19 14:24 |
| capital(11) | 4:2 4:11 5:13 5:13 5:21 5:26 5:30 5:31 7:1 7:1 9:22 |
| cards(1) | 12:16 |
| carey(2) | 1:17 8:2 |
| carlyle(1) | 6:20 |
| carol(1) | 5:14 |
| case(5) | 1:4 4:15 26:16 |
| certainly(6) | 10:2 11:11 16:4 17:3 20:19 23:13 |

| Word | Page:Line |
|---|---|
| certification(12) | 8:7 15:6 18:1 18:2 18:12 18:25 19:22 19:23 20:3 21:15 23:10 27:2 |
| certifications(1) | 20:1 |
| certify(2) | 19:25 27:3 |
| chadbourne(2) | 2:37 16:6 |
| chance(1) | 8:11 |
| change(1) | 25:8 |
| chapter(1) | 1:7 8:3 |
| chase(2) | 5:44 7:16 |
| church(1) | 5:48 |
| circuit(2) | 19:25 26:9 |
| citi(1) | 6:40 |
| citigroup(1) | 6:33 |
| claims(1) | 13:8 |
| clear(4) | 10:3 11:7 11:25 26:4 |
| clearly(1) | 24:18 |
| cleary(1) | 3:20 |
| clients(1) | 16:10 |
| coast(1) | 25:22 |
| cobb(1) | 3:8 |
| cole(1) | 1:38 4:19 |
| collins(1) | 4:36 |
| colloquy(1) | 16:21 |
| come(3) | 20:14 22:19 25:22 |
| comfortable(2) | 18:9 22:19 |
| coming(2) | 20:23 23:16 |
| comment(1) | 14:5 |
| committee(4) | 2:36 3:1 7:49 16:7 |
| company(8) | 1:7 2:26 5:35 5:39 7:13 8:5 17:24 17:25 |
| compensation(1) | 6:15 |
| complains(1) | 22:7 |
| complaint(1) | 22:8 |
| component(1) | 24:21 |
| conaway(1) | 3:17 |
| conceivable(1) | 12:13 |
| concern(3) | 14:23 16:18 17:19 |
| concerned(2) | 14:16 15:9 |
| concerns(2) | 12:5 14:10 |
| concludes(1) | 26:20 |
| condition(1) | 24:12 |
| conditions(1) | 13:2 |
| conducted(1) | 10:13 |
| conference(3) | 9:14 13:14 26:17 |
| confident(1) | 11:19 |
| confirmation(3) | 9:24 10:5 21:22 |
| connection(4) | 8:14 9:17 9:25 13:24 |
| consensual(1) | 20:14 |
| consensus(1) | 8:12 |
| consequence(2) | 14:16 24:21 |
| consider(2) | 8:4 19:19 |
| consideration(2) | 17:17 19:9 |
| considerations(1) | 15:2 15:3 |
| considered(2) | 18:25 19:1 |
| consistent(1) | 13:10 |
| consult(2) | 13:13 22:3 |
| contemplating(3) | 21:13 22:15 22:15 |
| continued(1) | 2:2 |
| correct(1) | 27:3 |
| correctly(1) | 10:14 |
| corroon(1) | 4:23 |
| could(4) | 13:2 13:11 20:24 25:8 |
| course(3) | 10:6 10:15 17:4 |
| court(46) | 1:1 8:2 8:18 8:21 9:10 10:20 12:24 13:13 13:23 14:3 14:6 15:2 15:16 16:1 16:9 16:12 17:11 17:16 17:20 18:9 18:17 18:22 18:24 19:5 19:6 19:10 19:24 20:10 21:1 21:4 21:7 21:20 22:24 23:18 23:21 24:3 24:24 25:10 25:12 25:19 25:25 26:3 26:8 26:13 26:19 26:20 |
| courtroom(1) | 1:9 |
| courts(1) | 12:6 |
| court's(2) | 16:17 21:18 |
| credit(1) | 3:16 |
| creditors(2) | 2:37 3:2 |
| creditors'(1) | 16:7 |

| Word | Page:Line |
|------|-----------|

critical(1) 9:3
crucial(1) 19:8
cut(1) 23:24
dan(1) 4:12
dangerous(1) 25:4
daniel(2) 3:13 6:27
data(1) 1:47 27:10
date(19) 12:20 14:8 14:16 14:21 15:12 15:20 15:24 17:19 18:8 18:21 20:23 21:6 21:22 22:16 22:17 22:20 23:5 23:6 27:9
dates(3) 11:9 13:5 13:7
dave(1) 2:27
david(10) 2:11 2:44 3:34 3:44 4:8 4:38 4:42 9:21 16:6 16:16
davidson(1) 6:11
davis(1) 7:17
day(13) 3:27 5:22 9:23 12:9 13:15 15:15 15:18 21:11 24:25 25:4 25:6 25:7 25:12
days(2) 10:23 17:17
dcl(4) 13:2 15:19 16:2 20:20
debenture(10) 3:39 8:5 8:7 10:7 16:14 17:9 17:24 18:10 20:1 26:9
debtor(5) 8:15 10:25 13:21 13:25 14:8
debtors(10) 1:11 1:21 2:4 8:19 10:8 10:16 10:22 11:3 16:4 20:5
debtors'(2) 8:9 20:19
decide(2) 19:16 19:18
decided(2) 18:6 18:19
decides(2) 20:1 26:9
decision(1) 13:6
default(1) 18:5
defendants(1) 6:6
defendant's(1) 6:16
delaware(3) 1:2 1:11 8:1
denies(1) 17:8
deny(1) 17:12
depends(1) 9:7
desire(3) 13:11 15:3 15:7
deutsch(1) 2:40
deutsche(10) 3:33 8:5 8:8 10:7 16:14 17:9 17:25 18:10 20:1 26:9
develop(1) 18:16
diamond(1) 6:12
diaz(2) 1:47 27:10
did(5) 9:23 10:11 11:15 13:13 26:5
didn't(3) 15:5 21:12 22:6
different(4) 18:12 19:3 23:1 26:6
difficult(1) 21:16
direct(1) 15:6
directing(1) 21:14
directors(1) 6:7
disagree(2) 16:14 22:12
discretely(1) 19:1
discrimination(1) 18:2
discuss(2) 8:11 26:11
discussion(2) 10:19 10:21
discussions(1) 20:21
distefano(1) 2:42
district(4) 1:2 19:5 19:6 19:9
does(4) 16:14 22:11 24:25 25:10
doesn't(2) 9:10 15:23
doing(1) 14:15
don(1) 2:29
don't(15) 9:15 10:20 11:8 11:13 12:6 12:8 13:17 14:14 14:22 14:25 18:6 19:10 19:13 22:24 25:8
dougherty(1) 6:8
douglas(1) 2:40
dow(2) 5:39 5:39
down(1) 9:13
drag-along(1) 20:7
drive(1) 11:6

ducayet(1) 1:34
due(1) 22:5
d'agostino(1) 6:3
e3sq(1) 2:19
each(2) 8:25 24:10
earlier(4) 11:18 14:8 25:17 25:24
ecro(1) 1:45
edgar(1) 5:27
effect(1) 21:9
effective(4) 10:17 13:3 15:20 15:24
efficiency(1) 12:7
egi-trb(3) 4:47 11:24 12:13
elden(1) 6:7
eldersveld(1) 2:27
electronic(2) 1:53 27:4
elements(2) 18:14 18:18
elliot(1) 7:18
else(4) 20:2 24:5 25:10 26:11
employees(1) 6:15
end(2) 20:12 20:21
english(1) 3:33
enough(1) 9:8
ensure(1) 12:12
enter(1) 23:7
entered(3) 9:24 10:5 21:21
entry(1) 21:22
ephraim(1) 6:12
eric(1) 5:32
especially(2) 18:17 25:22
esq(70) 1:22 1:24 1:26 1:28 1:30 1:32 1:34 1:40 1:42 2:5 2:7 2:9 2:11 2:13 2:15 2:17 2:21 2:23 2:38 2:40 2:42 2:44 2:45 2:47 2:49 3:3 3:5 3:9 3:11 3:13 3:18 3:20 3:28 3:30 3:34 3:36 3:40 3:42 3:44 3:48 4:4 4:8 4:26 4:30 4:32 4:36 4:38 4:42 4:44 4:48 5:3 5:5 5:9 5:23 6:6 6:17 6:21 6:25 6:27 6:35 6:37 6:46 6:50 7:6 7:18 7:26 7:32 7:37 7:41 7:50
essentially(1) 22:19
estimates(1) 11:18
evan(1) 6:25
even(3) 14:21 14:23 19:23
event(2) 16:24 25:25
everybody(1) 22:10
everyone(4) 9:12 20:13 20:17 26:19
everything(2) 20:15 23:15
evidentiary(1) 24:20
exercising(1) 26:8
exist(2) 18:18 18:18
expected(1) 10:8
expedited(1) 18:19
expired(1) 17:3
expires(1) 20:16
explain(1) 9:18
extend(2) 18:7 19:8
extended(2) 10:25 21:24
extension(1) 23:6
extent(3) 12:16 21:15 22:5
factor(1) 9:5
factual(1) 18:16
factually(1) 18:15
fair(1) 12:21
fall(1) 13:20
far(1) 20:22
fargo(1) 4:15
fashion(2) 18:20 19:15
faster(1) 9:1
fcc(13) 10:24 11:4 12:25 13:6 13:12 14:11 14:19 14:20 14:22 14:24 15:10 15:23 15:24
fcc's(1) 11:14
fear(1) 11:10
feel(2) 11:19 22:19
feld(2) 4:7 9:22
few(1) 17:5
file(13) 9:23 10:2 10:7 12:1 12:1 12:11 12:13 12:14 12:19 12:20 21:14 23:11 23:12

filed(6) 9:25 12:3 12:10 19:11 19:22 20:15
filing(1) 22:4
filings(2) 24:7 24:7
finality(1) 19:8
find(1) 19:2
finding(1) 19:9
fine(1) 18:10
finger(1) 7:21
first(5) 8:14 8:15 9:19 10:10 14:7
flagg(1) 1:28
flesh(1) 23:15
flom(1) 7:49
focused(1) 21:21
followed(1) 19:16
for(87) 1:21 1:21 2:4 2:36 3:1 3:16 3:33 3:39 4:2 4:15 4:23 4:35 4:47 5:2 5:12 5:17 5:21 5:30 5:35 5:39 5:43 5:47 6:1 6:6 6:11 6:15 6:20 6:24 6:30 6:33 6:44 6:49 7:1 7:5 7:8 7:13 7:16 7:24 7:29 7:35 7:40 7:44 7:48 8:4 8:5 8:19 9:8 9:10 9:16 9:22 11:3 11:9 11:23 12:9 12:24 13:16 13:21 14:11 16:7 16:17 16:20 16:22 17:9 17:14 17:17 18:3 18:5 19:5 19:9 19:14 19:17 19:19 20:3 20:5 20:16 20:24 21:14 21:15 21:23 22:5 22:10 23:10 23:10 23:17 24:11 25:13 26:16 26:17
force(1) 12:15
foregoing(1) 27:3
forever(1) 21:10
forman(1) 1:38
former(2) 6:6 7:48
formulate(1) 21:16
forum(1) 17:2 17:10
forward(9) 11:6 14:1 14:15 14:24 15:3 15:8 20:17 22:19 22:21
foundation(2) 7:30 7:31
four(1) 18:13
frank(1) 6:16
frankly(4) 13:14 13:20 13:23 19:4
frederick(1) 7:14
free(1) 24:25
friday(7) 12:20 21:6 21:7 21:10 23:6 25:17 26:16
friedman(2) 3:39 17:24
from(14) 9:12 13:1 13:25 14:1 14:13 16:6 17:5 17:23 20:19 20:24 21:7 23:1 25:22 27:4
front(1) 15:1
full(1) 25:6
fully(1) 15:1
fund(1) 7:36
further(2) 15:7 26:13
garrison(1) 6:34
garvan(1) 3:48
gary(1) 2:33
gavin(1) 3:24
gecker(1) 5:32
geddes(1) 4:3
gentilotti(1) 3:47
geoffrey(1) 2:5
george(1) 6:8
gerson(1) 7:10
get(13) 9:15 10:13 10:21 12:8 14:10 14:24 15:11 20:8 22:6 22:18 23:8 24:22 25:9
getting(2) 18:17 20:6
give(1) 11:16
given(2) 11:18 23:6
gives(1) 23:23
giving(1) 10:4
global(2) 7:8 7:9
going(23) 9:3 9:4 10:23 11:8 11:14 11:19 11:25 12:1 12:11 12:18 12:23 14:12 14:19 14:21 17:13 17:16 19:17 19:18 20:10 24:20 25:9 25:20 25:22

goldfarb(1) 3:3
goldman(2) 7:13 7:13
good(5) 8:2 10:11 16:5 17:22 22:1
gordon(2) 3:23 5:5
got(3) 12:5 12:20 25:3
gotshal(1) 4:41
grant(2) 13:17 19:22
granted(3) 18:14 20:2 26:10
granting(1) 24:12
greatbanc(1) 6:20
greatly(1) 16:17
griessman(1) 4:16
grippo(1) 6:7
gropper(1) 4:12
ground(1) 23:4
grounds(3) 18:4 18:13 18:15
group(2) 6:16 6:49
guarantee(1) 12:21
guess(5) 9:7 14:19 22:4 22:24 25:6
guff(1) 5:17 5:17
gump(3) 4:7 9:22 16:17
gwen(1) 7:26
had(10) 8:11 12:5 14:23 21:5 21:8 22:7 22:17 23:4
hadley(1) 7:40
haider(1) 4:20
half(2) 25:4 25:7
hannafan(2) 7:5 7:5
happen(4) 10:23 11:8 11:8 17:2
happens(2) 20:12 22:21
happily(1) 13:21
harrisburg(1) 1:49
has(10) 8:15 8:23 9:18 10:1 10:6 10:25 11:24 12:3 12:10 23:11
hauer(2) 4:7 9:22
have(41) 8:9 8:11 8:13 8:23 9:8 9:14 9:16 10:8 10:11 10:24 11:5 11:15 12:11 12:12 14:10 14:17 14:22 15:5 15:13 15:21 16:18 16:19 16:23 16:23 17:3 20:11 20:15 22:24 23:1 23:3 23:9 23:13 23:16 24:4 24:8 24:25 25:10 25:15 25:22 26:15 26:17
having(4) 11:7 13:22 15:8 18:9
hazeltine(1) 5:8
hbk(2) 5:30 5:31
head(2) 21:21 25:21
hear(6) 8:20 9:12 10:15 22:7 22:25 26:13
heard(9) 9:12 15:2 16:19 17:4 21:3 21:9 21:15 23:10 23:14 23:15
hearing(18) 9:5 10:13 11:12 12:22 15:7 15:21 15:25 16:19 17:4 18:20 19:18 20:11 20:24 23:6 23:16 24:21 26:20 27:1
hearings(1) 13:16
heiligman(1) 6:17
helpful(2) 22:18
here(6) 13:19 15:2 18:24 20:6 21:25 22:3
here's(1) 19:2
hesitant(1) 11:9
hesitate(1) 11:20
he's(1) 8:24
high(1) 11:13
higher(1) 17:10
hold(3) 15:25 21:10
honor(28) 8:17 8:20 9:21 9:23 10:3 10:15 11:3 14:2 14:5 14:14 15:14 15:18 15:18 16:5 16:6 16:16 16:22 16:25 17:8 17:18 17:22 18:23 20:5 21:2 21:12 22:12 23:2 24:18 25:17 26:18
honorable(1) 1:17
hopeful(1) 11:4
hopefully(3) 13:25 15:23 23:15
horan(1) 6:21
how(10) 9:4 10:2 10:17 18:1 19:6 22:6 22:22 24:17 24:22 25:1

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| howard(1) 2:49 | | kasowitz(2) 3:39  17:23 | | loop(1) 11:6 | | moving(2) 14:1  21:8 | |
| ibew(1) 7:35 | | kate(1) 1:42 | | lot(1) 12:7 | | much(8) 9:4  11:20  13:11  14:8  21:21  24:17 | |
| idea(1) 16:5 | | katharine(1) 3:36 | | lower(1) 18:17 | | 24:22  25:1 | |
| imagine(1) 9:24 | | katten(1) 7:31 | | ltd(1) 7:5 | | | |
| impaired(1) 23:25 | | kaye(1) 4:29 | | lugano(1) 1:45 | | muchin(1) 7:31 | |
| implementing(2) 13:6  13:7 | | keep(1) 11:5 | | lynch(1) 4:23 | | multiple(3) 12:5  12:6  12:22 | |
| important(4) 11:22  12:2  22:10  22:22 | | kelly(1) 27:9 | | made(2) 19:24  24:8 | | must(1) 10:21 | |
| imposed(1) 24:11 | | kempner(1) 6:11 | | madlyn(1) 4:30 | | myers(1) 6:24 | |
| inc(2) 7:1  7:44 | | ken(1) 1:32 | | make(4) 17:14  22:9  24:1  25:23 | | myself(1) 19:2 | |
| inclined(1) 25:13 | | kerriann(1) 1:30 | | makes(1) 12:7 | | | |
| included(2) 20:17  22:11 | | kevin(3) 1:17  1:26  4:36 | | management(9) 4:3  4:11  5:13  5:13  5:22 | | near(1) 21:13 | |
| including(1) 15:2 | | kicking(1) 25:3 | | 5:26  5:31  5:31  9:22 | | necessary(2) 12:25  13:23 | |
| inconveniences(1) 23:22 | | kind(1) 14:20 | | | | need(7) 18:7  18:7  18:15  23:5  24:5  24:14 | |
| indirectly(1) 23:24 | | king(1) 2:5 | | manges(1) 4:41 | | 26:11 | |
| inevitably(1) 9:16 | | kline(1) 2:7 | | marc(2) 2:38  2:47 | | | |
| influences(1) 9:5 | | knight(1) 7:5 | | market(1) 1:10 | | needed(3) 9:4  9:9  21:9 | |
| information(1) 10:12 | | knocked(1) 13:22 | | marsal(2) 7:44  7:44 | | needing(1) 18:20 | |
| initial(2) 14:13  24:7 | | know(46) 9:6  9:7  11:2  11:3  11:5  11:7 | | martin(1) 5:3 | | needs(2) 19:20  20:7 | |
| insufficient(1) 22:7 | | 11:11  11:12  11:15  11:17  11:24  12:4  12:21 | | martinez(1) 2:13 | | new(1) 17:24 | |
| intends(1) 10:2 | | 13:5  13:9  13:10  13:16  13:22  14:11  14:17 | | maryland(1) 6:45 | | next(5) 1:36  10:23  11:9  16:24  23:7 | |
| interested(1) 13:22 | | 14:18  14:23  14:24  15:1  15:1  15:5  15:8 | | matter(2) 22:9  27:5 | | night(1) 25:23 | |
| interim(2) 13:18  15:21 | | 15:9  15:10  19:3  19:10  19:13  20:6  21:11 | | matthew(4) 2:13  3:11  3:42  17:23 | | nolan(1) 7:26 | |
| interject(1) 18:24 | | 21:12  21:13  21:17  21:20  22:25  23:7  23:23 | | mauceri(1) 6:46 | | none(2) 18:14  18:14 | |
| into(9) 9:15  10:21  12:8  12:14  13:21 | | 24:21  25:5  25:6  25:21  26:7 | | mauro(1) 7:2 | | normally(1) 17:13 | |
| 14:10  17:6  20:6  22:2  24:15 | | | | may(10) 8:13  9:5  9:13  9:24  12:13  13:9 | | norman(1) 1:40 | |
| | | knowing(1) 20:23 | | 15:15  21:3  21:4  22:4 | | not(25) 8:24  9:18  10:2  10:6  11:7  11:25 | |
| isn't(1) 14:19 | | known(1) 21:7 | | | | 12:18  12:21  13:17  14:12  15:18  15:20 | |
| issue(15) 9:25  10:15  10:16  12:9  17:21 | | korpus(1) 3:40 | | maybe(4) 14:22  23:7  23:23  25:7 | | 15:25  17:16  18:18  19:5  19:9  19:17  21:22 | |
| 18:2  18:3  18:10  18:16  18:18  18:25  18:25 | | krakauer(1) 2:9 | | mayer(1) 3:36 | | 22:13  23:5  24:9  25:5  25:18  26:16 | |
| 19:21  20:3  23:3 | | labaton(1) 7:36 | | mccarter(1) 3:33 | | | |
| | | landis(2) 3:8  3:9 | | mccloy(1) 7:40 | | notice(7) 9:23  10:3  10:4  12:22  16:23  17:7 | |
| issues(5) 9:3  12:22  24:3  24:14  24:20 | | landscape(2) 21:11  21:17 | | mccormack(1) 2:45 | | 22:6 | |
| issuing(1) 21:13 | | lantry(1) 1:26 | | mccormick(1) 7:29 | | | |
| items(1) 13:9 | | lashko(1) 6:35 | | mccutchen(1) 6:2 | | notion(1) 26:14 | |
| its(2) 19:7  26:8 | | last(1) 19:7 | | mcdaniel(1) 3:48 | | novod(1) 5:5 | |
| it's(19) 9:21  11:7  11:8  11:22  11:25  12:2 | | later(3) 11:9  12:19  23:12 | | mcguinness(1) 7:6 | | now(8) 13:14  15:1  16:12  19:2  19:3  19:9 | |
| 12:11  12:13  14:9  16:16  17:16  18:16  18:17 | | latest(1) 19:7 | | mcguire(1) 3:11 | | 19:10  25:7 | |
| 20:22  22:8  22:10  22:18  24:25  25:9 | | laughter(1) 26:2 | | mcneil(1) 4:24 | | | |
| | | laurie(1) 4:26 | | meagher(1) 7:49 | | number(1) 18:3 | |
| i'd(7) 11:19  13:23  23:25  24:4  24:7  24:9 | | law(12) 3:39  6:49  8:5  8:7  10:7  15:5  16:14 | | mean(7) 11:24  13:21  20:17  24:18 | | oaktree(2) 5:21  5:26 | |
| 25:12 | | 17:9  17:24  18:10  20:1  26:9 | | mechanism(1) 12:15 | | objections(1) 21:22 | |
| | | layton(1) 7:21 | | meisel(1) 1:38 | | objective(1) 21:18 | |
| i'll(10) 8:15  9:11  9:18  16:12  17:17  22:4 | | least(9) 10:24  12:16  14:13  16:19  19:10 | | mendonce(1) 7:10 | | obliviously(1) 16:11 | |
| 22:7  22:25  24:4  25:14 | | 21:24  22:10  25:6  26:6 | | mention(1) 26:5 | | observation(1) 16:18 | |
| | | lee(1) 5:27 | | mentioned(1) 21:5 | | obvious(1) 12:11 | |
| i'm(17) 10:2  11:9  12:18  12:20  14:16 | | legal(1) 14:13 | | merits(5) 9:15  10:21  12:8  20:6  24:10 | | obviously(9) 9:6  9:23  12:8  13:10  14:17 | |
| 14:19  15:9  17:16  19:5  19:17  19:18  22:25 | | lemay(3) 2:44  16:6  16:6 | | merrill(1) 4:23 | | 21:18  23:3  24:8  25:5 | |
| 23:3  23:21  23:21  26:4  26:15 | | leonard(1) 1:39 | | message(1) 5:19 | | | |
| | | leonhardt(1) 6:50 | | mester(1) 3:30 | | occur(2) 15:23  15:25 | |
| i've(1) 23:24 | | less(1) 25:4 | | met(1) 13:2 | | off(1) 14:16 | |
| james(5) 1:22  1:34  3:5  3:28  7:6 | | let(8) 8:14  9:13  13:13  18:24  24:3  26:4 | | mexican(2) 14:10  15:23 | | officers(1) 6:7 | |
| jane(1) 4:32 | | 26:4  26:14 | | michael(4) 2:31  2:42  6:3  7:37 | | official(2) 2:36  3:1 | |
| jeffrey(1) 2:21 | | | | middle(1) 23:4 | | | |
| jeffries(2) 5:35  5:35 | | let's(2) 12:24  24:1 | | might(4) 10:18  12:14  19:1  19:12 | | okay(7) 16:9  16:12  17:15  17:18  17:20 | |
| jenner(1) 4:47 | | level(1) 18:17 | | milbank(1) 7:40 | | 20:10  21:1  24:2  25:12  25:25  26:13 | |
| jessica(1) 1:24 | | lewis(1) 6:45 | | miles(1) 2:11 | | | |
| jim(11) 8:17  8:19  11:2  14:4  15:14  16:10 | | liebentritt(1) 2:29 | | million(1) 13:8 | | oksana(1) 6:35 | |
| 20:4  21:2  23:2  24:16  25:2 | | like(7) 9:1  12:17  14:9  22:17  24:4  24:7 | | mills(1) 1:30 | | olivia(1) 7:2 | |
| | | likely(1) 11:8 | | moment(1) 12:25 | | one(17) 9:3  9:7  12:3  12:4  12:12  14:9  15:4 | |
| joel(1) 2:19 | | limited(1) 17:8 | | moments(1) 17:5 | | 15:20  18:3  19:7  19:8  19:15  21:3  23:19 | |
| john(1) 7:32 | | lines(1) 21:8 | | more(3) 20:22  21:6  23:19 | | 24:4  24:16  24:24 | |
| johnston(15) 3:28  15:14  15:14  15:17 | | little(3) 9:1  9:17  25:7 | | morgan(2) 4:35  6:45 | | | |
| 16:10  16:10  16:21  21:2  21:2  21:5  21:20 | | litvack(1) 4:42 | | morning(1) 25:13 | | oneal(1) 2:31 | |
| 23:2  23:2  23:20  24:2 | | live(1) 15:9 | | morris(1) 7:14 | | only(2) 17:6  24:10 | |
| | | llc(6) 3:47  4:47  5:8  6:7  6:49  27:10 | | moskowitz(1) 7:18 | | open-shut(1) 18:16 | |
| jointly(1) 1:5 | | llp(19) 2:37  3:2  3:8  4:7  4:23  4:29  4:35 | | most(1) 11:20  19:8 | | opportunity(3) 16:19  17:1  17:9 | |
| jones(6) 3:27  5:22  5:39  5:39  6:25  15:15 | | 4:41  4:47  5:2  5:47  6:2  6:16  6:24  6:34 | | motion(6) 17:7  18:5  19:22  23:10  23:10 | | oral(2) 18:5  18:9 | |
| joshua(1) 3:30 | | 6:45  7:17  7:31  7:36 | | 24:10 | | order(5) 9:24  10:5  13:24  15:18  15:22 | |
| jpmorgan(1) 7:16 | | | | | | 20:14  21:7  21:13  21:17  21:21  21:23  22:2 | |
| judge(3) 1:17  1:18  8:2 | | loathe(1) 23:21 | | motions(9) 8:4  12:17  13:17  19:19  20:11 | | 22:23  23:8  24:15 | |
| judicial(2) 12:7  22:11 | | local(1) 7:35 | | 21:14  23:14  23:14  23:14 | | | |
| july(3) 1:13  8:1  27:8 | | lodged(1) 22:8 | | | | other(15) 8:12  9:11  9:20  10:2  11:23  13:2 | |
| just(10) 10:10  10:23  12:24  13:6  14:21 | | longer(2) 14:23  25:7 | | movants(2) 8:6  8:6  13:19  13:22  16:13 | | 15:2  17:20  19:11  19:23  21:14  24:3  24:4 | |
| 15:9  17:25  19:8  20:23  21:5  22:4  22:8 | | look(1) 12:14 | | 17:20 | | 24:14  26:10 | |
| 22:18  23:21  23:25  24:18  24:22  25:23  26:4 | | looking(2) 13:15  14:12 | | | | | |
| | | looks(1) 22:17 | | move(7) 9:1  14:15  14:19  15:3  15:8  22:9 | | others(2) 12:14  23:1 | |
| justin(2) 5:36  7:50 | | | | 22:21 | | otherwise(2) 21:16  23:24 | |
| kalenchits(2) 6:30  6:30 | | | | | | other's(1) 8:25 | |
| kansa(1) 1:32 | | | | moves(1) 14:24 | | ought(2) 15:7  9:16 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| our(10) 9:23 12:14 13:10 15:7 15:25 16:23 20:21 21:8 23:4 25:5 | | proceedings(4) 1:16 1:53 8:4 27:5 | | rise(1) 23:23 | | slate(1) 7:49 |  |
| ours(1) 21:18 | | proceeds(1) 15:24 | | risk(1) 23:18 | | slater(1) 7:25 |  |
| out(7) 13:22 14:24 15:7 15:11 20:24 23:15 26:16 | | process(5) 10:25 11:6 11:16 22:5 22:11 | | robert(3) 3:18 7:22 7:29 | | so-called(1) 15:22 |  |
|  | | produced(1) 1:54 | | roitman(1) 2:47 | | solve(2) 16:1 17:11 |  |
| over(1) 23:8 | | promptly(1) 10:9 | | ronald(1) 1:28 | | solves(2) 16:13 17:19 |  |
| overriding(2) 10:15 10:16 | | prophecy(1) 11:10 | | rosenman(1) 7:31 | | some(11) 9:7 9:13 9:17 11:17 11:23 13:5 13:7 13:13 17:6 17:8 24:8 |  |
| overruling(1) 21:21 | | proponents(3) 15:19 16:3 20:20 | | rosner(3) 3:44 6:49 8:24 |  |  |  |
| own(1) 19:8 | | propose(1) 15:4 | | ross(1) 2:17 | | somebody's(1) 23:25 |  |
| o'melveny(1) 6:24 | | proposed(7) 9:1 9:2 9:6 12:15 19:3 22:17 23:4 | | routes(1) 19:3 | | someone(3) 23:12 |  |
|  | | | | rowe(1) 6:1 | | something(4) 12:13 20:7 23:8 26:15 |  |
| p.m(1) 1:14 8:1 27:1 | | propps(1) 2:15 | | rudnick(1) 5:2 | | somewhat(3) 10:14 10:25 11:17 |  |
| pacing(1) 13:9 | | provides(1) 23:22 | | rule(1) 18:4 | | somewhere(1) 25:6 |  |
| page(1) 1:36 | | provision(2) 22:2 22:11 | | rules(1) 13:12 | | song(1) 6:41 |  |
| papers(3) 18:6 18:19 21:8 | | publicly(1) 10:8 | | rulings(1) 10:1 | | soon(1) 10:18 |  |
| parke(2) 2:37 16:7 | | pulling(1) 21:23 | | run(2) 10:6 22:6 | | sooner(1) 15:8 15:11 22:20 |  |
| participant(1) 11:25 | | purposes(3) 20:3 22:5 25:13 | | running(1) 23:18 | | sort(2) 12:5 20:5 |  |
| parties(18) 8:11 8:13 9:2 9:11 10:24 16:18 17:5 17:12 19:21 20:13 21:25 22:3 22:4 23:23 24:5 24:9 26:5 26:15 | | pursue(1) 17:1 | | runs(1) 21:12 | | sotille(1) 3:5 |  |
|  | | pursuing(1) 16:18 | |  | | sound(2) 1:53 27:4 |  |
|  | | pushing(2) 14:16 20:16 | | saavedra(1) 4:44 | | spaeder(1) 3:2 |  |
|  | | put(3) 12:16 14:25 26:14 | | sachs(2) 7:13 7:13 | | speak(3) 10:4 19:5 21:10 |  |
| parties'(1) 10:2 | | putting(3) 22:15 22:16 22:16 | | said(1) 11:7 15:8 | | special(1) 7:48 |  |
| partners(3) 6:11 7:9 7:9 | |  | | same(2) 19:19 23:14 | | speculates(1) 19:12 |  |
| party(3) 10:2 11:15 23:9 | | quandary(1) 19:2 | | samuels(1) 2:19 | | sperling(1) 7:25 |  |
| parver(1) 4:32 | | question(11) 8:15 8:22 9:19 10:10 11:22 12:10 20:7 20:23 22:14 24:16 24:19 | | sandridge(1) 6:20 | | sponte(2) 19:24 26:8 |  |
| passed(1) 9:19 | |  | | say(8) 9:14 10:3 10:23 11:21 16:22 22:5 23:6 23:11 | | stand(2) 11:1 26:20 |  |
| path(1) 19:16 | |  | | | | stand-off(1) 14:10 |  |
| paths(3) 19:13 19:13 26:7 | | questions(3) 8:12 9:13 | |  | | standards(1) 18:12 |  |
| patrick(1) 2:23 | | quickly(1) 11:4 | | saying(2) 12:18 22:20 | | standoff(1) 15:23 |  |
| paul(1) 6:33 | | quite(1) 10:5 | | says(2) 15:22 23:9 | | standpoint(1) 14:14 |  |
| peg(1) 5:40 | |  | | schedule(12) 9:3 9:6 12:15 13:16 14:9 14:17 15:5 19:6 19:24 20:24 21:25 22:6 | | stanley(1) 4:35 |  |
| pending(5) 8:6 17:12 19:4 23:14 24:11 | | rachel(1) 6:46 | |  | | stargatt(1) 3:17 |  |
|  | | raise(1) 24:4 | |  | | start(6) 25:13 25:14 25:14 25:16 25:23 |  |
| pennsylvania(1) 1:49 | | randall(2) 5:18 5:44 | | scheduled(1) 10:13 | | starting(1) 12:4 |  |
| people(8) 12:15 12:22 21:14 22:19 25:14 25:16 25:20 25:21 | | rath(2) 3:8 3:13 | | schedules(1) 12:6 | | state(1) 6:44 |  |
|  | | rather(4) 25:14 25:16 | | scheduling(15) 8:4 8:10 8:12 8:14 9:14 9:17 10:22 13:24 20:3 20:14 21:17 22:2 22:23 23:8 24:15 | | stated(1) 10:8 |  |
|  | | reach(2) 8:24 26:16 | |  | | states(2) 1:1 1:18 |  |
| period(7) 9:18 10:6 11:11 17:14 20:16 21:12 23:24 | | ready(4) 10:7 10:7 10:9 10:17 | |  | | statute(1) 19:25 |  |
|  | | reality(1) 21:23 | | scholer(1) 4:29 | | statutory(3) 10:6 10:18 17:3 |  |
| perkins(1) 4:19 | | really(4) 14:25 15:11 18:16 18:17 19:14 20:22 21:10 | | schotz(1) 1:38 | | stay(17) 8:5 9:16 10:18 13:17 13:19 14:12 14:13 14:20 15:3 15:18 17:8 17:12 19:20 21:14 23:10 24:11 24:12 |  |
| permit(1) 19:21 | |  | | schuylkill(1) 1:48 |  |  |  |
| pernick(1) 1:40 | |  | | scott(2) 4:16 6:50 |  |  |  |
| perspective(1) 20:20 | | reason(4) 19:17 20:16 21:24 26:16 | | secondly(1) 12:2 14:18 |  |  |  |
| picked(1) 24:24 | | reasonable(1) 17:13 | | see(8) 8:14 14:12 22:21 |  |  |  |
| piece(1) 21:10 | | reasons(4) 9:16 15:4 18:3 24:24 | | seek(1) 17:9 | | stayed(1) 15:22 |  |
| place(2) 13:21 14:21 | | rebecca(1) 6:41 | | seeking(1) 13:19 | | stearn(1) 7:22 |  |
| plan(7) 10:17 13:2 15:19 15:20 15:20 16:2 20:20 | | received(1) 8:9 | | seem(1) 13:9 | | steen(1) 2:21 |  |
|  | | recognize(1) 9:3 15:1 | | seems(5) 16:1 16:12 16:13 19:6 19:13 | | stein(5) 3:42 17:22 17:23 18:22 18:24 |  |
|  | | record(2) 8:3 18:16 | | seife(1) 2:49 | | stephen(1) 4:24 |  |
| point(2) 15:15 21:3 | | recorded(1) 1:53 | | self-fulfilling(1) 11:10 | | steps(2) 11:5 11:5 |  |
| polk(1) 7:17 | | recording(1) 1:53 27:4 | | send(1) 26:8 | | steven(1) 5:48 |  |
| positions(1) 8:25 | | reed(1) 6:17 | | sending(1) 15:10 | | stickles(1) 1:42 |  |
| possibility(1) 13:20 23:12 | | regime(1) 8:10 | | sense(6) 10:11 12:7 20:21 22:18 24:22 25:23 | | still(2) 10:14 12:12 |  |
| possible(2) 11:24 13:11 | | relate(1) 18:1 | |  | | stocker(1) 7:37 |  |
| potential(1) 16:20 | | related(1) 21:3 23:17 | |  | | stone(2) 6:49 7:41 |  |
| potter(1) 4:23 | | relevant(1) 10:19 | | separate(1) 18:13 | | strauss(2) 4:7 9:22 |  |
| power(2) 12:18 26:8 | | relief(4) 17:1 17:10 18:14 23:17 | | service(2) 1:47 1:54 | | street(4) 1:10 1:48 17:13 19:4 |  |
| powlen(1) 4:38 | | reluctant(1) 23:25 | | services(2) 1:47 27:10 | | structure(1) 22:22 |  |
|  | | repeat(1) 26:4 | | sets(1) 8:6 | | stuff(1) 15:4 |  |
| ppearances(2) 1:20 2:1 | | replies(1) 24:9 | | setting(1) 12:20 | | stupid(1) 22:13 |  |
| practical(2) 22:9 23:22 | | reported(1) 10:14 | | settlement(1) 13:3 | | sua(2) 19:24 26:8 |  |
| prefer(1) 14:8 | | representations(1) 17:5 | | shamah(1) 6:27 | | submit(1) 18:19 |  |
| preference(1) 25:15 | | request(3) 21:25 24:10 26:10 | | shan(1) 4:20 | | subordination(1) 10:1 |  |
| preferred(1) 26:7 | | requests(2) 19:23 23:17 | | sharing(1) 10:12 | | successful(1) 8:24 |  |
| prejudice(1) 13:18 | | required(1) 25:1 | | sheron(1) 3:40 | | such(2) 22:7 22:11 |  |
| prejudiced(1) 15:21 | | resolution(1) 17:7 | | short(3) 15:4 16:25 23:24 | | sucharow(1) 7:36 |  |
| prejudices(1) 16:20 | | respect(12) 8:6 8:7 8:7 11:12 11:22 12:17 15:10 17:6 19:17 20:14 24:10 24:19 | | shorten(2) 13:11 17:7 | | suggest(5) 11:9 15:5 15:17 19:13 25:4 |  |
| prepared(1) 13:24 | |  | | shortened(1) 16:23 | | suggested(4) 8:10 21:8 23:3 26:7 |  |
| press(5) 5:43 5:43 | |  | | shorter(2) 11:19 25:9 | | suggesting(1) 14:20 |  |
| prevent(1) 13:25 | | respects(2) 9:7 14:7 | | should(10) 14:14 19:16 19:22 19:24 20:2 24:11 24:13 26:7 26:8 26:10 | | suggestion(1) 15:13 |  |
| previously(1) 21:6 | | respond(2) 10:9 15:6 | |  | | sullivan(2) 5:8 5:9 |  |
| price(1) 6:1 | | response(5) 8:9 23:5 25:11 26:12 26:13 | |  | | suppose(1) 20:12 |  |
| primary(1) 18:4 | | responses(1) 24:9 | | sidley(2) 1:21 2:4 | | sure(3) 8:24 19:5 22:9 |  |
| primoff(1) 4:30 | | restrictions(1) 14:25 | | siegel(1) 5:3 | | suttonbrook(2) 5:12 5:13 |  |
| probability(1) 11:14 | | result(3) 13:25 24:18 25:8 | | sieger(1) 7:32 | | system(1) 6:45 |  |
| probably(1) 19:12 | | retirement(1) 6:44 | | silverstein(1) 3:48 | |  |  |
| problem(4) 16:2 16:13 17:4 17:11 | | rice(1) 4:26 | | similar(1) 23:4 | | table(1) 12:16 |  |
| procedure(1) 19:14 | | richards(1) 7:21 | | simply(1) 23:5 | | take(3) 10:1 10:17 25:5 |  |
| proceeding(1) 11:18 | | rifkind(1) 6:33 | | singuler(1) 5:17 5:17 | | taking(1) 11:5 11:5 |  |
|  | | right(7) 9:2 9:7 10:5 19:12 20:9 26:3 | | skadden(1) 7:49 | | talk(1) 24:14 |  |
|  | | rights(2) 13:18 23:25 | |  |  |  |  |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **talked**(2) 8:23 24:19 | | **the**(301) 1:1 1:2 1:17 6:49 8:2 8:3 8:3 8:4 8:9 8:10 8:13 8:15 8:18 8:19 8:21 8:22 9:3 9:4 9:6 9:6 9:8 9:9 9:10 9:10 9:11 9:13 9:15 9:18 9:23 9:24 9:25 10:1 10:4 10:4 10:5 10:8 10:10 10:11 10:12 10:14 10:16 10:18 10:20 10:21 10:22 10:23 10:24 10:24 11:3 11:3 11:4 11:6 11:9 11:11 11:14 11:16 11:16 11:17 11:18 11:18 11:20 11:22 12:5 12:8 12:9 12:12 12:15 12:16 12:17 12:17 12:20 12:24 12:25 | | **think**(43) 8:25 8:25 9:2 9:2 9:6 9:16 10:16 10:17 10:19 11:8 11:13 11:15 11:17 12:6 12:11 12:17 12:21 14:8 14:11 14:14 14:17 18:3 18:6 19:11 19:15 19:20 20:7 20:8 20:13 21:16 22:1 22:1 22:3 22:8 22:10 22:18 22:22 22:25 25:9 25:16 25:17 25:20 25:21 | | **views**(1) 23:1 | |
| **talking**(2) 11:11 23:3 | | 12:25 12:25 13:2 13:6 13:8 13:8 13:9 13:12 13:13 13:15 13:17 13:18 13:18 13:19 13:21 13:22 13:24 13:25 14:3 14:6 14:8 14:9 14:9 14:11 14:16 14:16 14:19 14:19 14:20 14:21 14:23 14:24 15:2 15:3 15:4 15:4 15:6 15:6 15:7 15:9 15:10 15:10 15:12 15:15 15:16 15:18 15:19 15:21 15:21 15:21 15:22 15:23 15:23 15:24 16:1 16:1 16:2 16:4 16:7 16:9 16:12 16:13 16:17 16:18 16:20 16:24 17:3 17:4 17:4 17:5 17:7 17:7 17:8 17:10 17:11 17:11 17:12 17:13 17:16 | | **thinking**(2) 22:25 23:13 | | **vision**(1) 16:23 | |
| **tammy**(1) 27:9 | | 17:20 17:20 18:1 18:4 18:8 18:17 18:18 18:18 18:22 18:24 18:25 19:2 19:4 19:5 19:6 19:7 19:8 19:9 19:15 19:19 19:19 19:21 19:22 19:24 19:24 19:25 19:25 20:1 20:2 20:5 20:6 20:6 20:8 20:8 20:10 20:12 20:12 20:13 20:15 20:15 20:19 20:20 20:23 20:24 | | **thinks**(2) 16:4 24:5 | | **voluntarily**(2) 15:19 15:24 | |
| **taylor**(1) 3:17 | | 20:24 21:1 21:4 21:6 21:7 21:8 21:8 21:9 21:11 21:11 21:12 21:13 21:15 21:16 21:17 21:17 21:18 21:20 21:22 21:22 21:22 22:5 22:6 22:10 22:14 22:15 22:17 22:17 22:17 22:20 22:22 22:24 22:25 23:6 23:6 23:12 23:14 23:17 23:18 23:18 23:23 23:23 23:23 23:23 24:5 24:7 24:7 24:8 24:9 24:9 24:10 24:12 24:12 24:15 24:17 24:19 24:19 24:22 24:24 24:24 24:24 25:3 25:5 | | **this**(41) 8:2 9:5 9:14 9:14 10:13 10:17 11:2 11:4 11:12 11:25 12:20 13:25 14:4 14:13 14:15 15:14 16:22 16:24 17:7 17:22 18:25 19:14 20:4 20:13 20:17 21:2 21:6 21:7 21:10 22:6 22:14 23:3 23:6 23:22 24:16 24:21 25:2 25:3 26:4 26:14 26:20 | | **wackerly**(1) 2:23 | |
| **telephone**(2) 13:14 26:17 | | 25:8 25:10 25:12 25:12 25:19 25:22 25:23 25:25 25:25 26:3 26:5 26:8 26:9 26:9 26:10 26:13 | | | | **wait**(2) 18:20 22:20 | |
| **telephonic**(1) 1:16 | | **the**(8) 26:15 26:16 26:19 27:1 27:3 27:4 27:5 | | **thomas**(3) 2:17 2:45 6:21 | | **waiting**(1) 14:11 | |
| **tell**(4) 11:1 12:19 14:21 17:12 | | | | **thornburg**(1) 4:35 | | **want**(17) 9:11 9:15 10:21 12:8 12:19 13:17 13:18 14:25 15:4 15:11 17:20 17:25 20:2 23:13 24:22 25:20 26:5 | |
| **telling**(2) 17:16 22:19 | | **their**(8) 12:16 15:3 15:20 18:19 21:10 21:25 23:9 23:13 | | **those**(6) 13:9 13:11 18:14 18:15 22:3 | | | |
| **tend**(1) 19:11 | | | | **though**(2) 23:1 25:9 | | **wanted**(2) 21:9 21:15 | |
| **term**(1) 21:13 | | **them**(8) 10:9 11:6 17:14 19:6 21:15 24:8 24:24 24:25 | | **thought**(2) 17:1 25:4 | | **wardwell**(1) 7:17 | |
| **terms**(8) 10:22 12:7 12:9 13:8 19:7 22:10 22:22 25:12 | | | | **thoughts**(1) 10:12 | | **was**(8) 8:10 10:3 17:1 20:23 21:13 21:21 24:25 27:1 | |
| | | **then**(7) 11:14 14:22 15:12 21:24 22:21 23:18 24:4 | | **through**(2) 12:25 13:5 | | | |
| **than**(7) 9:1 11:19 14:23 22:20 23:19 25:4 25:14 | | | | **time**(17) 9:4 9:9 11:1 13:12 15:7 17:14 18:7 18:8 19:19 19:21 20:15 22:7 23:14 24:17 24:22 25:1 25:12 | | **way**(6) 17:11 20:8 20:9 22:17 23:11 26:14 | |
| **thank**(6) 17:18 18:21 21:5 21:20 21:23 26:19 | | **there**(24) 8:12 8:13 9:10 9:19 9:24 11:13 11:23 13:1 13:5 13:7 13:9 15:2 16:25 17:8 18:7 18:13 19:2 19:4 19:10 20:25 24:3 24:14 24:18 26:6 | | | | **wednesday**(2) 8:1 26:14 | |
| | | | | **timeframe**(1) 20:18 | | **week**(4) 11:13 16:24 20:12 23:7 | |
| **that**(165) 8:11 8:15 8:25 9:1 9:3 9:5 9:5 9:6 9:7 9:13 9:17 9:25 10:2 10:3 10:6 10:14 10:14 10:18 10:18 10:24 11:1 11:4 11:6 11:7 11:10 11:11 11:13 11:13 11:14 11:17 11:18 11:19 11:20 11:21 11:23 11:23 12:2 12:3 12:5 12:6 12:8 12:12 12:12 12:14 12:20 12:21 12:22 12:25 13:4 13:5 13:7 13:11 13:15 13:20 13:23 14:5 14:10 14:14 14:18 14:19 14:20 14:20 14:21 14:21 14:24 15:1 15:1 15:6 15:8 15:15 15:18 15:19 15:19 15:20 15:22 15:22 15:24 15:25 16:1 16:1 16:2 16:3 16:8 16:11 16:13 16:13 16:15 16:18 16:20 16:24 16:24 17:2 17:2 17:6 17:6 17:7 17:11 17:14 17:17 17:18 17:21 18:5 18:6 18:7 18:8 18:10 18:10 18:13 18:19 19:2 19:7 19:7 19:13 19:15 19:17 19:23 20:1 20:5 20:7 20:10 20:15 20:17 20:21 20:22 20:24 21:8 21:9 22:1 22:2 22:3 22:6 22:7 22:11 22:12 22:16 22:17 22:20 23:5 23:9 23:11 23:14 23:15 23:15 23:25 25:2 25:6 25:8 25:17 25:23 25:25 26:6 26:16 | | **there's**(10) 8:11 8:14 13:20 14:20 15:22 18:15 23:5 23:11 24:5 24:20 | | **timothy**(1) 7:5 | | **weeks**(2) 11:9 13:1 | |
| | | | | **today**(6) 13:1 24:6 24:15 25:3 26:11 26:14 | | **weigh**(4) 17:21 18:1 19:21 20:2 | |
| | | **these**(3) 10:8 13:6 20:11 | | **today's**(2) 10:19 13:14 | | **weil**(1) 4:41 | |
| | | | | **together**(1) 19:20 | | **weiss**(1) 6:33 | |
| | | **they**(17) 9:1 10:8 10:17 12:1 12:3 12:12 14:11 14:12 14:15 15:19 18:18 18:19 19:13 21:15 22:3 23:1 25:17 | | **tomorrow**(2) 12:4 23:8 23:9 | | **weitman**(1) 2:33 | |
| | | | | **torres**(2) 3:39 17:23 | | **well**(14) 11:2 13:13 14:12 14:22 15:12 16:11 18:11 19:5 21:18 22:24 24:3 24:24 25:2 26:14 | |
| | | | | **touch**(1) 9:16 | | | |
| | | **they'll**(1) 11:10 | | **tower**(1) 6:49 | | **wells**(1) 4:15 | |
| | | **they're**(6) 11:25 12:1 12:11 14:12 14:12 17:13 | | **track**(1) 23:19 | | **were**(6) 10:6 10:7 11:18 16:24 18:25 19:1 | |
| | | | | **transcriber**(1) 27:9 | | **weren't**(1) 20:22 | |
| | | **they've**(1) 22:7 | | **transcript**(3) 1:16 1:54 27:4 | | **west**(1) 25:22 | |
| **that's**(21) 10:22 11:8 11:16 11:20 12:8 12:17 12:21 12:23 14:14 14:21 16:5 19:8 19:9 19:18 19:22 20:16 21:24 22:22 22:25 25:17 26:16 | | **thing**(2) 14:15 19:14 | | **transcription**(2) 1:47 1:54 | | **we'd**(1) 11:15 | |
| | | **things**(7) 8:13 9:11 13:20 19:15 20:16 21:6 22:9 | | **travel**(1) 25:13 | | **we'll**(7) 9:16 14:18 20:20 23:16 25:5 26:3 26:17 | |
| | | | | **tribune**(2) 1:7 2:26 | | | |
| | | | | **tribune-related**(1) 8:3 | | **we're**(9) 8:3 11:4 11:4 13:10 14:15 20:10 23:18 23:18 24:18 | |
| | | | | **tried**(1) 8:23 | | | |
| | | | | **trip**(1) 17:14 | | **we've**(6) 9:2 11:11 12:5 12:5 13:4 14:23 | |
| | | | | **true**(1) 23:2 | | **wharton**(1) 6:33 | |
| | | | | **trust**(7) 5:2 7:36 8:5 12:3 12:10 17:24 17:25 | | **what**(18) 9:2 10:22 11:1 12:1 12:18 12:23 14:14 15:13 15:17 16:22 19:10 19:13 20:12 20:23 22:21 22:25 23:4 24:12 | |
| | | | | **try**(4) 11:6 12:15 25:5 25:21 | | | |
| | | | | **trying**(2) 13:4 13:10 | | **whatever**(1) 14:18 | |
| | | | | **turn**(1) 8:15 | | **what's**(1) 9:9 | |
| | | | | **tweed**(1) 7:40 | | **when**(7) 10:4 10:15 10:16 11:7 13:12 19:12 22:8 | |
| | | | | **two**(9) 10:11 11:9 12:3 12:10 13:1 14:7 19:3 19:10 26:6 | | | |
| | | | | | | **where**(4) 11:1 14:11 23:7 25:7 | |
| | | | | **u.s.c**(1) 18:13 | | **whereupon**(1) 27:1 | |
| | | | | **ultimately**(1) 13:16 | | **whether**(12) 8:10 8:11 8:24 9:8 9:8 11:25 13:16 19:21 19:23 22:18 24:5 24:11 | |
| | | | | **under**(3) 18:4 18:13 19:24 | | | |
| | | | | **understand**(7) 8:25 10:23 11:23 12:2 13:6 14:9 23:22 | | **which**(11) 11:12 12:4 13:24 19:16 19:24 21:11 21:12 21:17 23:4 23:5 26:7 | |
| | | | | **unfair**(1) 18:2 | | | |
| | | | | **unique**(1) 18:2 | | **white**(1) 4:15 | |
| | | | | **united**(2) 1:1 1:18 | | **whittman**(1) 7:45 | |
| | | | | **universe**(1) 22:3 | | **who**(7) 9:12 13:19 19:12 21:9 22:3 22:4 22:5 | |
| | | | | **unpredictable**(1) 11:17 | | | |
| | | | | **unsecured**(2) 2:37 3:2 | | **whole**(1) 20:6 | |
| | | | | **unsuccessful**(1) 16:25 | | **who's**(1) 23:13 | |
| | | | | **until**(15) 14:3 14:13 14:16 14:21 14:22 14:24 15:6 15:20 15:25 18:7 18:8 18:20 21:11 21:17 22:21 | | **why**(4) 9:18 19:18 21:24 24:13 | |
| | | | | | | **will**(21) 9:20 10:17 11:4 13:25 15:19 15:25 19:11 19:13 19:20 20:13 20:15 20:17 21:6 21:16 23:12 23:13 23:15 25:1 26:15 26:20 | |
| | | | | **upon**(1) 19:12 | | | |
| | | | | **vail**(1) 4:48 | | **william**(1) 5:9 | |
| | | | | **valid**(1) 12:12 | | **willing**(3) 16:3 16:7 16:11 | |
| | | | | **very**(3) 10:3 10:11 21:20 | | **wilmington**(6) 1:11 5:2 8:1 9:25 12:3 12:10 | |
| | | | | **view**(4) 19:8 21:25 24:25 25:10 | | **winerman**(1) 7:50 | |
| | | | | | | **winfree**(1) 4:4 | |
| | | | | | | **wish**(1) 8:13 | |
| | | | | | | **wishes**(1) 9:12 | |
| | | | | | | **wishing**(1) 23:9 | |

| Word | Page:Line |
|---|---|

**with**(39) 8:6  8:7  8:7  8:9  8:14  9:11  9:17
9:25  10:11  10:20  11:1  11:12  11:22  12:16
12:25  13:6  13:7  13:10  13:24  14:1  14:10
15:3  15:9  15:9  15:20  15:23  16:14  16:21
17:4  17:19  18:10  19:1  19:16  20:5  20:14
20:21  22:12  24:10  24:19

**within**(2) 12:17  13:1
**without**(5) 12:22  18:9  18:20  19:18  20:6
**womble**(1) 6:20
**wondering**(1) 8:10
**won't**(2) 19:5  21:11
**work**(6) 9:10  13:4  20:21  20:24  22:2  25:8
**worked**(1) 12:14
**works**(2) 9:8  22:18
**world**(1) 10:4
**worried**(1) 14:20
**would**(26) 9:1  10:3  10:5  10:19  13:1  13:15
13:15  13:20  14:8  15:17  15:18  16:1  16:22
16:23  16:25  17:2  17:2  17:6  19:6  19:14
22:1  22:6  25:4  25:14  25:16  25:23

**wouldn't**(2) 13:18  13:21
**wrong**(1) 15:10
**www.diazdata.com**(1) 1:51
**yes**(3) 14:6  21:4  22:1
**yet**(2) 9:19  12:11
**york**(1) 17:24
**you**(76) 8:20  9:5  9:7  9:8  9:8  10:10  10:20
11:1  11:1  11:2  11:3  11:5  11:7  11:10  11:12
11:15  11:17  11:18  11:23  11:24  12:4  12:19
12:19  12:19  12:20  12:21  13:5  13:9  13:10
13:16  13:22  14:11  14:17  14:17  14:18
14:22  14:23  14:24  15:1  15:1  15:5  15:8
15:9  15:10  15:13  15:25  16:19  17:16  17:18
18:21  19:1  20:6  20:12  21:4  21:5  21:5
21:13  21:20  21:20  21:23  22:14  22:15
22:19  22:20  23:7  23:7  23:8  23:23  24:17
24:19  24:21  25:5  25:6  25:21  26:7  26:19

**young**(2) 3:17  6:37
**your**(34) 8:17  8:20  8:22  9:3  9:21  9:23
10:3  10:15  11:3  12:9  12:18  14:2  14:4  14:9
15:14  15:18  16:5  16:6  16:16  16:22  16:25
17:8  17:18  17:22  18:23  20:4  21:2  21:12
22:13  22:18  23:2  24:17  25:17  26:18

**you're**(6) 10:5  12:18  12:21  12:23  14:11
20:8

**zensky**(11) 4:8  8:23  8:23  9:21  9:21  16:16
16:16  17:11  17:15  17:18  20:22

**zuckerman**(1) 3:2