**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Ref. Docket No. 12113 |

## MOTION TO SHORTEN NOTICE AND OBJECTION PERIOD WITH RESPECT TO DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO (A) ENTER INTO EXPENSE LETTER IN CONNECTION WITH EXIT FINANCING AND (B) PAY CERTAIN FEES AND EXPENSES AND FURNISH CERTAIN INDEMNITIES THEREUNDER

The debtors and debtors in possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors"), by and through their undersigned counsel, hereby submit this motion (the "Motion to Shorten") pursuant to section 105 of title 11 of the United States Code,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting

1

11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 9006-1(e) of the Local Rules of Practice and Procedures of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order, substantially in the form attached hereto as Exhibit A, shortening the notice period and objection deadline with respect to the Motion for an Order Authorizing the Debtors to (A) Enter Into Expense Letter In Connection With Exit Financing and (B) Pay Certain Fees and Expenses and Furnish Certain Indemnities Thereunder [Docket No. 12113] (the "Motion").[2] In support of this Motion to Shorten, the Debtors respectfully state as follows:

### RELIEF REQUESTED AND BASIS FOR RELIEF

1. By this Motion to Shorten, the Debtors respectfully request entry of an order shortening the notice period and objection deadline so that the Motion can be heard at the next regularly scheduled omnibus hearing on August 7, 2012 (the "Omnibus Hearing") and establishing a shortened deadline, August 3, 2012 at 4:00 p.m. (Eastern Time), for responding to the Motion.

2. Pursuant to Bankruptcy Rule 2002, notice of the Motion must be served at least twenty-one (21) days prior to a hearing date. Fed. R. Bankr. P. 2002. Pursuant to Bankruptcy Rule 9006(c)(1), the Court may, for cause shown, shorten the otherwise applicable notice period ("when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced"). Id. at 9006(c)(1). This

---

Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

authorization is also expressed in Local Rule 9006-1(e), which provides that the Bankruptcy Court may shorten the notice period "on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e).

3.  The facts applicable to this matter justify shortening notice and the relief requested herein should be granted. As discussed at greater length in the Motion, the Debtors seek entry of an order authorizing them to enter into the Expense Letter in connection with the Exit Facility. Absent the ability to promptly gain approval of the Expense Letter, the Debtors run the risk that BofA and Merrill Lynch will reduce (or halt entirely) their diligence and related efforts, which are a necessary precondition to the issuance of a commitment letter in respect of the Exit Facility. The next omnibus hearing date following the Omnibus Hearing is September 5, 2012. A one month delay may jeopardize the Debtors' ability to obtain a committed Exit Facility expeditiously so that the Debtors are ready to emerge from these chapter 11 cases upon receipt of FCC approval of their exit applications. Important to this Motion to Shorten is the fact that the Debtors have not delayed in seeking the relief requested herein or in the Motion. The Debtors executed the Expense Letter immediately before the filing of this Motion to Shorten. Indeed, the Debtors have acted as swiftly as possible.

4.  The Debtors submit that no parties will be prejudiced by shortened notice of the hearing on the Motion. First, the Debtors have served the Motion and this Motion to Shorten by (i) electronic mail or overnight mail and (ii) first class mail on all parties having requested notice pursuant to Bankruptcy Rule 2002 to minimize delay. Second, the Exit Facility is authorized by the Plan that has been confirmed by the Bankruptcy Court (and was contemplated by all prior versions of the Plan). Accordingly, it should come as no surprise that the Debtors would seek

relief to enter into commercially reasonable and customary expense letters with prospective lenders and arrangers.

5. For these reasons, the Debtors submit that the present circumstances satisfy the requirement of cause under Bankruptcy Rule 9006(c)(1) and the exigencies required under Local Rule 9006-1(c).

## NOTICE

6. Notice of this Motion has been provided via (i) electronic mail or overnight mail and (ii) first class mail to: (a) the Office of the United States Trustee; (b) counsel for the Committee; (c) counsel for the administrative agents for Tribune Company's prepetition loan facilities; (d) counsel for the administrative agent for Debtors' post-petition loan facility; (e) counsel for BofA and Merrill Lynch; and (f) all parties having requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter an order (i) setting a hearing on the Motion on August 7, 2012 at 10:00 a.m. (Eastern Time), (ii) permitting responses or objections to the Motion to be filed by 4:00 p.m. (Eastern Time) on August 3, 2012, and (iii) granting such other and further relief as the Bankruptcy Court deems just and proper.

Dated: Wilmington, Delaware
      July 27, 2012

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-0199
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: __/s/ J. Kate Stickles__
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION