# **Attachment A**

# FEE SUMMARY FOR THE QUARTERLY PERIOD FROM DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chris E. Abbinante | Partner/ Corporate/ 15 years. Admitted 1997. | $875 | 3.70 | $3,112.50 |
| Suresh T. Advani | Partner/ Tax/ 20 years. Admitted 1992. | $925 | 67.40 | $62,185.00 |
| Richard W. Astle | Partner/ Corporate/ 32 years. Admitted 1980. | $825 | 4.60 | $3,635.00 |
| Larry A. Barden | Partner/ Corporate/ 30 years. Admitted 1982. | $1,000 | 78.70 | $76,830.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 35 years. Admitted 1977. | $900 | 457.70 | $405,765.00 |
| Donald E. Bingham | Partner/ Banking/ 14 years. Admitted 1998. | $725 | 3.20 | $2,320.00 |

---

[1] Hourly Billing Rates reflected herein are those rates in effect as of January 1, 2012.

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin F. Blatchford | Partner/ Corporate/ 26 years. Admitted 1986. | $800 | 89.30 | $70,370.00 |
| Mark B. Blocker | Partner/ Litigation/ 24 years. Admitted 1988. | $725 | 0.30 | $217.50 |
| Jessica C.K. Boelter | Partner/ Bankruptcy/ 10 years. Admitted 2002. | $725 | 450.20 | $317,661.25 |
| Frank J. Broccolo | Partner/ Litigation/ 12 years. Admitted 2000. | $700 | 1.70 | $1,120.00 |
| James N. Cahan | Partner/ Environmental/ 36 years. Admitted 1976. | $700 | 21.00 | $14,557.50 |
| Michael A. Clark | Partner/ Tax/ 33 years. Admitted 1979. | $750 | 0.50 | $375.00 |
| James F. Conlan | Partner/ Bankruptcy/ 24 years. Admitted 1988. | $1,000 | 106.00 | $104,750.00 |
| Stephen G. Contopulos | Partner/ Litigation/ 40 years. Admitted 1972. | $825 | 7.90 | $6,507.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael W. Davis | Partner/ Litigation/ 37 years. Admitted 1975. | $850 | 0.80 | $672.50 |
| James W. Ducayet | Partner/ Litigation/ 16 years. Admitted 1996. | $800 | 8.90 | $7,105.00 |
| Robert A. Ferencz | Partner/ Employee Benefits/ 39 years. Admitted 1973. | $800 | 14.30 | $10,880.00 |
| Max C. Fischer | Partner/ Employment/ 17 years. Admitted 1995. | $675 | 19.60 | $13,047.50 |
| Ronald S. Flagg | Partner/ Litigation/ 31 years. Admitted 1981. | $725 | 157.50 | $114,187.50 |
| Brian J. Gold | Partner/ Employment/ 30 years. Admitted 1982. | $800 | 82.60 | $64,295.00 |
| Scott J. Heyman | Partner/ Tax/ 25 years. Admitted 1987. | $800 | 4.30 | $3,430.00 |
| Robert W. Hirth | Partner/ Litigation/ 33 years. Admitted 1979. | $950 | 369.00 | $344,330.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew E. Johnson | Partner/ Employee Benefits/ 20 years. Admitted 1992. | $800 | 16.90 | $13,075.00 |
| Eamon P. Joyce | Partner/ Litigation/ 9 years. Admitted 2003. | $725 | 3.90 | $2,825.00 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 13 years. Admitted 1999. | $800 | 151.10 | $117,830.00 |
| Erin E. Kelly | Partner/ Litigation/ 17 years. Admitted 1996. | $750 | 2.20 | $1,630.00 |
| Colleen M. Kenney | Partner/ Litigation/ 21 years. Admitted 1991. | $725 | 62.70 | $41,420.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 30 years. Admitted 1982. | $1,000 | 170.90 | $169,045.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 21 years. Admitted 1991. | $950 | 394.50 | $359,905.00 |
| Scott R. Lassar | Partner/ Litigation/ 37 years. Admitted 1975. | $1,000 | 13.10 | $12,455.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert J. Lewis | Partner/ Global Finance/ 18 years. Admitted 1995. | $775 | 1.30 | $982.50 |
| Jonathan D. Lotsoff | Partner/ Employment/ 18 years. Admitted 1994. | $725 | 62.30 | $44,440.00 |
| Lorrie M. Marcil | Partner/ Litigation/ 28 years. Admitted 1985. | $650 | 11.30 | $7,345.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 32 years. Admitted 1980. | $1,000 | 14.50 | $14,447.50 |
| Dennis V. Osimitz | Partner/ Corporate/ 36 years. Admitted 1976. | $850 | 0.60 | $510.00 |
| Kevin R. Pryor | Partner/ Tax/ 15 years. Admitted 1997. | $700 | 0.60 | $420.00 |
| Jeremy E. Rosenthal | Partner/ Bankruptcy/ 10 years. Admitted 2002. | $725 | 0.40 | $290.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 30 years. Admitted 1982. | $800 | 9.70 | $7,315.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Joel G. Samuels | Partner/ Bankruptcy/ 28 years. Admitted 1984. | $925 | 48.60 | $41,647.50 |
| Mark D. Schneider | Partner/ Communications/ 27 years. Admitted 1985. | $750 | 97.80 | $72,992.50 |
| Stewart R. Shepherd | Partner/ Employee Benefits/ 36 years. Admitted 1976. | $800 | 3.80 | $2,975.00 |
| Hille R. Sheppard | Partner/ Litigation/ 18 years. Admitted 1994. | $750 | 0.20 | $150.00 |
| Sharp Sorensen | Partner/ Tax/ 20 years. Admitted 1992. | $950 | 7.40 | $7,030.00 |
| Jeffrey C. Steen | Partner/ Bankruptcy/ 28 years. Admitted 1984. | $925 | 448.20 | $405,811.25 |
| Dennis M. Twomey | Partner/ Bankruptcy/ 12 years. Admitted 2000. | $750 | 318.90 | $237,907.50 |
| Alan M. Unger | Partner/ Litigation/ 33 years. Admitted 1979. | $950 | 56.00 | $52,830.00 |

64

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan A. Weber | Partner/ Litigation/ 19 years. Admitted 1993. | $750 | 0.80 | $600.00 |
| James P. Young | Partner/ Litigation/ 19 years. Admitted 1993. | $650 | 1.30 | $845.00 |
| Jay H. Zimbler | Partner/ Tax/ 37 years. Admitted 1975. | $950 | 3.40 | $3,230.00 |
| Lawrence R. Fullerton | Senior Counsel/ Litigation/ 34 years. Admitted 1978. | $900 | 10.90 | $9,635.00 |
| Richard W. Havel | Senior Counsel/ Bankruptcy/ 40 years. Admitted 1972. | $900 | 2.00 | $1,800.00 |
| William A. Evanoff | Counsel/ Bankruptcy/ 12 years. Admitted 2000. | $675 | 0.50 | $337.50 |
| Claire H. Holland | Counsel/ Corporate/ 9 years. Admitted 2003. | $600 | 1.70 | $1,020.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Miles | Counsel/ Financial Institution Regulation/ 33 years. Admitted 1979. | $750 | 287.90 | $214,015.00 |
| James D. Weiss | Counsel/ Employment/ 19 years. Admitted 1993. | $650 | 123.80 | $77,910.00 |
| Gabriel E. Bedoya | Associate/ Litigation/ 1 year. Admitted 2011. | $375 | 13.40 | $5,025.00 |
| Daniel C. Craig | Associate/ Litigation/ 1 year. Admitted 2011. | $325 | 6.40 | $2,080.00 |
| Christina M. Craige | Associate/ Bankruptcy/ 6 years. Admitted 2007. | $655 | 0.40 | $262.00 |
| Peter D. Edgerton | Associate/ Tax/ 4 years. Admitted 2008. | $525 | 10.00 | $5,250.00 |
| Jason J. Englund | Associate/ Employment/ 4 years. Admitted 2008. | $475 | 22.50 | $9,658.50 |


| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Miles | Counsel/ Financial Institution Regulation/ 33 years. Admitted 1979. | $750 | 287.90 | $214,015.00 |
| James D. Weiss | Counsel/ Employment/ 19 years. Admitted 1993. | $650 | 123.80 | $77,910.00 |
| Gabriel E. Bedoya | Associate/ Litigation/ 1 year. Admitted 2011. | $375 | 13.40 | $5,025.00 |
| Daniel C. Craig | Associate/ Litigation/ 1 year. Admitted 2011. | $325 | 6.40 | $2,080.00 |
| Christina M. Craige | Associate/ Bankruptcy/ 6 years. Admitted 2007. | $655 | 0.40 | $262.00 |
| Peter D. Edgerton | Associate/ Tax/ 4 years. Admitted 2008. | $525 | 10.00 | $5,250.00 |
| Jason J. Englund | Associate/ Employment/ 4 years. Admitted 2008. | $475 | 22.50 | $9,658.50 |

66

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katharine B. Falahee | Associate/ Environmental/ 2 years. Admitted 2010. | $390 | 1.00 | $390.00 |
| Lauren A. Gallagher | Associate/ Employee Benefits/ 3 years. Admitted 2009. | $435 | 7.20 | $3,132.00 |
| Colin J. Garry | Associate/ Litigation/ 5 years. Admitted 2008. | $600 | 100.60 | $59,742.50 |
| Anna Gumport | Associate/ Bankruptcy/ 2 years. Admitted 2010. | $450 | 9.20 | $4,140.00 |
| Michael T. Gustafson | Associate/ Bankruptcy/ 2 years. Admitted 2010. | $450 | 203.30 | $85,417.50 |
| Timothy R. Hargadon | Associate/ Litigation/ 3 years. Admitted 2010. | $500 | 37.80 | $18,517.50 |
| James R. M. Hemmings | Associate/ Litigation/ 9 years. Admitted 2003. | $600 | 1.40 | $840.00 |
| Geoffrey M. King | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 270.10 | $129,860.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Candice L. Kline | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 178.60 | $97,187.00 |
| Sarah M. Konsky | Associate/ Employment/ 7 years. Admitted 2005. | $600 | 0.30 | $180.00 |
| Marc A. Korman | Associate/ Litigation/ 2 years. Admitted 2010. | $395 | 28.70 | $10,965.50 |
| Christopher S. Krueger | Associate/ Corporate/ 4 years. Admitted 2008. | $475 | 2.30 | $1,071.50 |
| Francis S. Lam | Associate/ Employment/ 1 year. Admitted 2011. | $355 | 37.70 | $13,235.00 |
| James P. Langdon | Associate/ Corporate/ 6 years. Admitted 2006. | $550 | 38.00 | $20,707.50 |
| Jillian K. Ludwig | Associate/ Bankruptcy/ 5 years. Admitted 2007. | $600 | 490.40 | $285,412.50 |
| Shawn C. Luna | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 14.80 | $7,400.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Rachel F. Margolis | Associate/ Employment/ 4 years. Admitted 2008. | $405 | 2.20 | $891.00 |
| Matthew G. Martinez | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 22.40 | $10,736.00 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 7 years. Admitted 2005. | $675 | 244.40 | $162,910.00 |
| Ryan C. Morris | Associate/ Litigation/ 7 years. Admitted 2007. | $610 | 18.50 | $9,755.00 |
| Sophia Park Mullen | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $535 | 0.90 | $481.50 |
| Brett H. Myrick | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 375.70 | $178,357.50 |
| Tom A. Paskowitz | Associate/ Litigation/ 6 years. Admitted 2006. | $675 | 5.60 | $3,635.00 |
| Katherine A. Roberts | Associate/ Employment/ 4 years. Admitted 2008. | $520 | 40.30 | $19,860.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Steve W. Robinson | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 120.50 | $58,510.00 |
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 8 years. Admitted 2004. | $600 | 4.20 | $2,520.00 |
| Jed Rosenkrantz | Associate/ Corporate/ 3 years. Admitted 2009. | $435 | 11.20 | $4,872.00 |
| Thomas E. Ross | Associate/ Litigation/ 3 years. Admitted 2009. | $445 | 258.40 | $109,668.00 |
| Richard M. Silverman | Associate/ Tax/ 5 years. Admitted 2007. | $525 | 110.10 | $56,295.00 |
| Lydia Hill Slaby | Associate/ Bankruptcy/ 1 year. Admitted 2011. | $400 | 113.80 | $44,475.00 |
| Adam M. Snyder | Associate/ Corporate/ 5 years. Admitted 2007. | $450 | 0.20 | $90.00 |
| Matt Stevens | Associate/ Corporate/ 4 years. Admitted 2008. | $475 | 38.40 | $15,895.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allison Ross Stromberg | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 445.10 | $234,368.00 |
| Tim M. Swan | Associate/ Corporate/ 6 years. Admitted 2006. | $495 | 1.10 | $544.50 |
| Patrick J. Wackerly | Associate/ Litigation/ 5 years. Admitted 2007. | $525 | 46.50 | $24,412.50 |
| Angela Eavy | Staff Attorney/ Litigation/ 8 years. Admitted 2004. | $375 | 6.40 | $2,394.00 |
| Paula Friedman | Staff Attorney/ Communications/ 23 years. Admitted 1989. | $315 | 23.40 | $7,288.50 |
| Matthew S. Jackson | Staff Attorney/ Litigation/ 13 Years. Admitted 1999. | $375 | 0.70 | $262.50 |
| Beryl E. Dennis | Senior Legal Assistant/ Litigation/ 26 years. | $300 | 0.80 | $240.00 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 11 years. | $250 | 25.40 | $6,213.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Randall C. Luce | Senior Legal Assistant/ Litigation/ 15 years. | $290 | 4.90 | $1,421.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 26 years. | $315 | 73.10 | $22,747.50 |
| John Meehan | Legal Assistant/ Appellate Group/ 10 years. | $250 | 6.00 | $1,500.00 |
| Eva Mozena Brandon | Legal Assistant/ Litigation/ 3 years. | $210 | 1.60 | $336.00 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 10 years. | $250 | 0.30 | $75.00 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 16 years. | $270 | 24.80 | $6,436.50 |
| James P. Platt | Senior Legal Assistant/ Litigation/ 9 years. | $235 | 8.80 | $2,068.00 |
| Carl Sciacchitano | Legal Assistant/ Litigation/ 4 years. | $245 | 4.30 | $1,053.50 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 20 years. | $210 | 103.90 | $21,551.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tiffany Katata | Project Assistant/ 4 years. | $120 | 21.90 | $2,584.00 |
| Diliana Stamatova | Project Assistant/ 7 years. | $120 | 38.00 | $4,505.00 |
| Jeffrey V. Bosh | Director Librarian/ 26 years. | $150 | 0.30 | $45.00 |
| Ellen J. Kreis | Librarian/ 13 years. | $105 | 1.80 | $187.50 |
| Amy Weiner | Librarian/ 18 years. | $125 | 0.30 | $37.50 |
| Ricardo A. Murray | Docket Clerk/ 24 years. | $100 | 2.50 | $250.00 |
| **Grand Total** | | | **7,961.20** | **$5,331,970.50** |
| **Blended Rate** | | **669.74** | | |

## COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD FROM DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 194.60 | $113,493.50 |
| Fee Applications (30390) | 515.80 | $212,042.50 |
| Executory Contracts and Leases (30410) | 14.30 | $7,204.00 |
| Use/Sale/Lease of Assets (30430) | 31.40 | $21,865.00 |
| DIP Financing/Cash Collateral (30440) | 20.00 | $13,347.50 |
| Insurance Matters (30450) | 2.30 | $2,185.00 |
| Litigated Matters (30470) | 2782.00 | $1,978,059.50 |
| Travel Time (30480) (with 50% discount) | 74.00 | $28,850.50 |
| Plan and Disclosure Statement (30500) | 2831.50 | $2,016,972.00 |
| Professional Retention (30510) | 42.80 | $21,270.50 |
| Tax Matters (30520) | 272.40 | $193,557.50 |
| Claims Processing (30530) | 358.70 | $224,309.50 |
| Business Operations (30550) | 192.30 | $121,179.50 |
| Case Administration (30560) | 107.90 | $41,936.00 |
| Creditor Communications (30570) | 4.10 | $1,970.00 |
| Employee Matters (30590) | 511.20 | $328,088.00 |
| 2010 Exit Credit Facility (13700) | 5.90 | $5,640.00 |
| **TOTAL** | **7,961.20** | **$5,331,970.50** |