# Attachment B

## EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM DECEMBER 1, 2011 THROUGH FEBRUARY 29, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[1] | | $14,785.68 |
| Court Costs | | $3,428.00 |
| Court Reporter | | $2,152.55 |
| Document Production | | $2,850.00 |
| Duplicating Charges[2] | | $6,829.99 |
| Document Delivery Services | | $340.17 |
| Document Services | | $47.92 |
| Ground Transportation | | $3,918.63 |
| Legal Support Services | | $58,279.97 |
| Lexis Research Service[3] | Lexis | $24,517.06 |
| Meals Out-of-Town | | $1,315.13 |
| Meals | | $84.50 |
| Messenger Services | | $2,258.22 |
| Overtime | | $422.24 |
| Professional Services/Specialists | | $3,348.00 |
| Publications | | $45.00 |
| Search Services | | $6,295.42 |
| Telephone Tolls | | $1,608.90 |
| Travel/Lodging | | $7,528.27 |
| Westlaw Research Service | Westlaw | $28,647.79 |
| | | |
| **Total** | | **$168,703.44** |

---

[1] Air transportation during the period covered by this Application is charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters.

[2] Sidley's rate for standard copying is $0.10 per page and is in compliance with the rate as required by Local Rule 2016-2(e)(iii).

[3] Sidley charges its clients for computer-assisted legal research at a rate that recovers no more than the Firm's cost.