B26 (Official Form 26) (06/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## PERIODIC REPORT OF DEBTORS PURSUANT TO

## BANKRUPTCY RULE 2015.3

This is the Bankruptcy Rule 2015.3 report as of June 24, 2012 (the "Periodic Report") on the value,

operations and profitability of certain entities in which one or more Debtors hold: (i) a combined 100% interest

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

B26 (Official Form 26) (06/09) - Cont

of certain non-debtor entities (the "Non-Debtor Entities"), and (ii) between a 20% and 50% interest of certain non-debtor entities (the "Non Majority Interest Entities"). The estates of Tribune Company, Tribune Broadcasting Company, Sun-Sentinel Company, TMS Entertainment Guides, Inc., Tribune Media Services, Inc., Los Angeles Times Communications LLC, Chicago Tribune Company, Eagle New Media Investments, LLC, and Tribune Media Net, Inc., hold or held equity interests in the following entities:

| Name of Entity | Interest of the Estate | Income Statement, Balance Sheet, Cash Flow, and Equity Roll Forward Attached |
|---|---|---|
| Fairfax Media, Incorporated | 72.4% | See Note 1. |
| Multimedia Insurance Company | 100.0% | ✓ |
| Riverwalk Center I JV | 100.0% | ✓ |
| Tribune (FN) Cable Ventures, Inc. | 100.0% | ✓ |
| Tribune Interactive, Inc. | 100.0% | ✓ |
| Tribune National Marketing Company | 100.0% | ✓ |
| Tribune ND, Inc. | 100.0% | ✓ |
| Tribune Receivables, LLC | 100.0% | ✓ |
| TMS Entertainment Guides Canada Corp | 100.0% | ✓ |
| Tribune Hong Kong Ltd. | 100.0% | ✓ |
| Tribune Media Services B.V. | 100.0% | ✓ |
| Professional Education Publishers International (Africa) Pty Ltd. | 100.0% | See Note 1. |
| Tribune Employee Lease Company LLC | 100.0% | See Note 1. |
| Publishers Forest Products Co. of Washington | 100.0% | See Note 2. |
| Blue Lynx Media, LLC | 100.0% | ✓ |
| CastTV, Inc. | 100.0% | ✓ |
| CIPS Marketing Group, Inc. | 50.0% | ✓ |
| Legacy.com, Inc. | 48.3% | See Note 3. |
| McClatchy/Tribune News Service | 50.0% | ✓ |
| Metromix LLC | 48.9% | See Note 4. |
| quadrantONE LLC | 25.0% | ✓ |
| TKG Internet Holdings II LLC | 42.5% | ✓ |

1. Inactive company with no operations and no financial results.
2. The chapter 11 petition of Publishers Forest Products Co. of Washington ("Publishers Forest Products") was dismissed by an order of the bankruptcy court on May 24, 2012. Publishers Forest Products is an inactive company with no operations or financial results from December 8, 2008 ("Petition Date") through June 24, 2012.
3. Tribune Company sold its interest in Legacy.com, Inc. ("Legacy") on April 2, 2012. The results of operations for Legacy through April 2, 2012 are included in the condensed financial statements provided herein for the Non Majority Interest Entities.
4. Tribune Company, Chicago Tribune Company, and Tribune Interactive, Inc. sold their membership interests in Metromix LLC ("Metromix") on May 11, 2012. The results of operations for Metromix through May 11, 2012 are included in the condensed financial statements provided herein for the Non Majority Interest Entities.

B26 (Official Form 26) (06/09) - Cont

This Periodic Report contains separate reports on the operations and profitability of each Non-Debtor Entity and a combined and condensed financial report of the operations and profitability of the Non Majority Interest Entities. In accordance with generally accepted accounting principles ("GAAP"), the Debtors report their pro rata share of the Non Majority Interest Entities' net income or loss in their financial statements as "income/(loss) on equity investments". This is consistent in both the Debtors' prepetition publicly-filed financial statements and in their post-petition monthly operating reports. To the extent any of these entities determine that it is appropriate to dividend any excess cash to their investors, that cash would be remitted to the Debtor or Debtors in accordance with their respective ownership interest.

This Periodic Report does <u>not</u> include Tribune DB, LLC (f/k/a "Chicago Cubs Dominican Baseball Operations, LLC"), Tribune CNLBC, LLC[1] (f/k/a "Chicago National League Ball Club, LLC"), Tribune DQ, LLC (f/k/a "Diana-Quentin, LLC"), Tribune Sports Network Holdings, LLC, and Tribune WFPT, LLC (f/k/a "Wrigley Field Premium Ticket Services, LLC"), collectively, the "Cubs Entities"[2].

The undersigned, having reviewed the above listing of entities in which the estates of Tribune Company, Tribune Broadcasting Company, Sun-Sentinel Company, TMS Entertainment Guides, Inc., Tribune Media Services, Inc., Los Angeles Times Communications LLC, Chicago Tribune Company, Eagle New Media Investments, LLC, and Tribune Media Net, Inc. directly hold between a 20% and 100% interest, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: _____ July 26 _____, 2012

_____

Chandler Bigelow III

Executive Vice President & Chief Financial Officer

---

[1] Tribune CNLBC, LLC (formerly Chicago National League Ball Club, LLC) filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code on Oct. 12, 2009. This petition is being jointly administered under the caption "In re:  Tribune Company, et al." Case No. 08-13141 starting on that date. Post petition financial statements for Tribune CNLBC, LLC are included in the Debtors' Monthly Operating Reports.
[2] The presentation of the Non Majority Interest Entities on a combined basis and the exclusion of the Cubs Entities are pursuant to a court order dated September 2, 2009.

B26 (Official Form 26) (06/09) - Cont

## General Notes

***Condensed Statements*** – The condensed financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects.  Information for the Non-Debtor Entities is presented on the same basis as it is aggregated into the consolidated results of Tribune Company; however, such presentation may not be appropriate for each Non-Debtor Entity on a stand-alone basis.

The Debtors are providing individual balance sheets, income and cash flow statements, and statements of shareholders' equity for each of the Non-Debtor Entities that are directly or indirectly wholly owned by the Debtors. The Debtors are also providing balance sheets, income statements, cash flow statements and statements of shareholders' equity on a combined and condensed basis for the Non Majority Interest Entities.

The unaudited condensed financial statements and the unaudited combined and condensed financial statements presented in this report have been derived from the books and records of the Non-Debtor Entities and Non Majority Interest Entities, respectively. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon the application of such procedures, the Debtors and the Non-Debtor Entities believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all of the adjustments that would typically be made in accordance with U.S. GAAP.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position, and cash flows of the Non-Debtor Entities and/or the Non Majority Interest Entities in the future.

***Intercompany Transactions*** – Receivables and payables <u>between</u> or <u>among</u> the Debtors and/or the Non-Debtor Entities and/or the Non Majority Interest Entities have not been eliminated. No conclusion as to the legal obligation related to these intercompany transactions is made by the presentation herein.

B26 (Official Form 26) (06/09) - Cont

*Valuation* – The valuation information provided herein is based on the net book value (book value of assets less book value of liabilities) of the Non-Debtor Entities and the Non Majority Interest Entities. The Debtors do not maintain fair market value or other basis of valuation for these entities in the ordinary course of business.[1]

_____

[1] The Supplemental Disclosure Document, approved by the Court on April 17, 2012, contains a valuation analysis based upon customary valuation methodologies and taking into account the value to the estates of all of these entities.

B26 (Official Form 26) (06/09) - Cont

Exhibit A

**Valuation Estimates for Non-Debtor Entities &**

**Non Majority Interest Entities**

**(Dollars in Thousands)**

| Non-Debtor Entity | Interest of the Estate | Net Book Value [1] |
|---|---|---|
| Multimedia Insurance Company | 100% | ($230) |
| Riverwalk Center I JV | 100% | $10,805 |
| Tribune (FN) Cable Ventures, Inc. | 100% | $606,501 |
| Tribune Interactive, Inc. | 100% | $99,817 |
| Tribune National Marketing Company | 100% | $68,316 |
| Tribune ND, Inc. | 100% | $536,878 |
| Tribune Receivables, LLC | 100% | $304,776 |
| TMS Entertainment Guides Canada Corp | 100% | $5,057 |
| Tribune Hong Kong Ltd. | 100% | $84 |
| Tribune Media Services B.V. | 100% | ($7,059) |
| Blue Lynx Media, LLC | 100% | $7,353 |
| CastTV, Inc. | 100% | $7,283 |

| Non Majority Interest Entities | Interest of the Estate [2] | Net Book Value [3] |
|---|---|---|
| Combined Basis | n/a | $9,568 |

**Notes:**

1.  The basis for the valuation of each legal entity is the net book value calculated as total assets less total liabilities as of June 24, 2012.
2.  See chart on page 2 for a listing of each of the Non Majority Interest Entities, and the Debtors' interest therein.
3.  The basis for the valuation of the Non Majority Interest Entities is the net book value calculated as total assets less total liabilities as of June 30, 2012.

B26 (Official Form 26) (06/09) - Cont

## Exhibit B-1A
## Balance Sheets for Non-Debtor Entities
## As of December 25, 2011 & June 24, 2012 [1]
## Unaudited
## (Dollars in Thousands)

| | Multimedia Insurance Company | | Riverwalk Center I JV | | Tribune (FN) Cable Ventures, Inc. | |
|---|---|---|---|---|---|---|
| | Dec. 25, 2011 | June 24, 2012 | Dec. 25, 2011 | June 24, 2012 | Dec. 25, 2011 | June 24, 2012 |
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 3,147 | $ 3,131 | $ - | $ - | $ 194,859 | $ 275,088 |
| Accounts receivable, net | - | - | - | - | - | - |
| Prepaid expenses and other | - | - | - | - | 96 | 96 |
| Total current assets | 3,147 | 3,131 | - | - | 194,955 | 275,184 |
| **Property, plant and equipment, net** | - | - | 611 | 611 | - | - |
| **Other Assets** | | | | | | |
| Goodwill and other intangible assets, net | - | - | - | - | - | - |
| Investments in subsidiaries | - | - | - | - | - | - |
| Other investments | - | - | - | - | 298,696 | 298,524 |
| Intercompany receivables / (payables), net | (2,385) | (2,228) | 10,294 | 10,194 | 72,610 | 71,342 |
| Other | - | - | - | - | - | - |
| **Total Assets** | $ 762 | $ 903 | $ 10,905 | $ 10,805 | $ 566,261 | $ 645,050 |
| **Liabilities and Shareholders' Equity** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable, accrued expenses, and other | $ 750 | $ 773 | $ 97 | $ - | $ 32,815 | $ 38,118 |
| Total current liabilities | 750 | 773 | 97 | - | 32,815 | 38,118 |
| Other obligations | 360 | 360 | - | - | 432 | 431 |
| **Total Liabilities** | 1,110 | 1,133 | 97 | - | 33,247 | 38,549 |
| **Shareholders' Equity** | (348) | (230) | 10,808 | 10,805 | 533,014 | 606,501 |
| **Total Liabilities and Shareholders' Equity** | $ 762 | $ 903 | $ 10,905 | $ 10,805 | $ 566,261 | $ 645,050 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.  All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-1A (Cont)**
**Balance Sheets for Non-Debtor Entities**
**As of December 25, 2011 & June 24, 2012** [1]
**Unaudited**
**(Dollars in Thousands)**

| | Tribune Interactive, Inc. | | Tribune National Marketing Company [2] | | Tribune ND, Inc. | |
|---|---|---|---|---|---|---|
| | Dec. 25, 2011 | June 24, 2012 | Dec. 25, 2011 | June 24, 2012 | Dec. 25, 2011 | June 24, 2012 |
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 9,815 | $ 10,339 | $ - | $ 38,669 | $ - | $ - |
| Accounts receivable, net | 11,276 | 10,840 | - | - | 107 | 101 |
| Prepaid expenses and other | 1,038 | 1,234 | 38,668 | - | - | 123 |
| Total current assets | 22,129 | 22,413 | 38,668 | 38,669 | 107 | 224 |
| **Property, plant and equipment, net** | 2,928 | 2,424 | - | - | 66,109 | 65,107 |
| **Other Assets** | | | | | | |
| Goodwill and other intangible assets, net | - | 282 | - | - | - | - |
| Investments in subsidiaries | - | - | - | - | 589,664 | 589,664 |
| Other investments | - | - | 232,166 | 253,038 | 5,050 | 5,050 |
| Intercompany receivables / (payables), net | 70,697 | 85,828 | (222,271) | (223,170) | (115,005) | (116,355) |
| Other | - | - | - | - | - | - |
| **Total Assets** | $ 95,754 | $ 110,947 | $ 48,563 | $ 68,537 | $ 545,925 | $ 543,690 |
| **Liabilities and Shareholders' Equity** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable, accrued expenses, and other | $ 11,564 | $ 10,102 | $ - | $ - | $ 5,145 | $ 2,727 |
| Total current liabilities | 11,564 | 10,102 | - | - | 5,145 | 2,727 |
| Other obligations | (51) | 1,028 | 234 | 221 | 2,366 | 4,085 |
| **Total Liabilities** | 11,513 | 11,130 | 234 | 221 | 7,511 | 6,812 |
| **Shareholders' Equity** | 84,241 | 99,817 | 48,329 | 68,316 | 538,414 | 536,878 |
| **Total Liabilities and Shareholders' Equity** | $ 95,754 | $ 110,947 | $ 48,563 | $ 68,537 | $ 545,925 | $ 543,690 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.
2. Prepaid expenses and other at December 25, 2011 represents dividends attributable to Tribune National Marketing Company's investments in Classified Ventures, LLC and CareerBuilder, LLC. Payments of these dividends were received in February 2012 and are included in cash and cash equivalents at June 24, 2012.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-1A (Cont)**
**Balance Sheets for Non-Debtor Entities**
**As of December 25, 2011 & June 24, 2012** [1]
**Unaudited**
**(Dollars in Thousands)**

| | Tribune Receivables, LLC | | TMS Entertainment Guides Canada Corp | | Tribune Hong Kong Ltd. | |
|---|---|---|---|---|---|---|
| | Dec. 25, 2011 | June 24, 2012 | Dec. 25, 2011 | June 24, 2012 | Dec. 25, 2011 | June 24, 2012 |
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ 1,470 | $ 1,697 | $ 11 | $ 1 |
| Accounts receivable, net | - | - | 80 | 74 | - | - |
| Prepaid expenses and other | - | - | 4 | 2 | 5 | 10 |
| Total current assets | - | - | 1,554 | 1,773 | 16 | 11 |
| **Property, plant and equipment, net** | - | - | - | - | - | - |
| **Other Assets** | | | | | | |
| Goodwill and other intangible assets, net | - | - | 672 | 633 | - | - |
| Investments in subsidiaries | - | - | - | - | - | - |
| Other investments | - | - | - | - | - | - |
| Intercompany receivables / (payables), net | 293,029 | 304,776 | 2,686 | 2,699 | 87 | 79 |
| Other | - | - | - | - | - | - |
| **Total Assets** | $ 293,029 | $ 304,776 | $ 4,912 | $ 5,105 | $ 103 | $ 90 |
| **Liabilities and Shareholders' Equity** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable, accrued expenses, and other | $ - | $ - | $ 30 | $ 48 | $ 20 | $ 6 |
| Total current liabilities | - | - | 30 | 48 | 20 | 6 |
| Other obligations | - | - | - | - | - | - |
| **Total Liabilities** | - | - | 30 | 48 | 20 | 6 |
| **Shareholders' Equity** | 293,029 | 304,776 | 4,882 | 5,057 | 83 | 84 |
| **Total Liabilities and Shareholders' Equity** | $ 293,029 | $ 304,776 | $ 4,912 | $ 5,105 | $ 103 | $ 90 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.  All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-1A (Cont)**
**Balance Sheets for Non-Debtor Entities**
**As of December 25, 2011 & June 24, 2012** [1]
**Unaudited**
**(Dollars in Thousands)**

| | Tribune Media Services B.V. | | Blue Lynx Media, LLC | | CastTV, Inc. | |
|---|---|---|---|---|---|---|
| | Dec. 25, 2011 | June 24, 2012 | Dec. 25, 2011 | June 24, 2012 | Dec. 25, 2011 | June 24, 2012 |
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 991 | $ 774 | $ - | $ - | $ 7 | $ - |
| Accounts receivable, net | 211 | 335 | 1 | 56 | 29 | 27 |
| Prepaid expenses and other | 1,957 | 2,066 | 16 | 1,185 | 24 | 8 |
| Total current assets | 3,159 | 3,175 | 17 | 1,241 | 60 | 35 |
| **Property, plant and equipment, net** | 17 | 19 | 939 | 865 | 235 | 236 |
| **Other Assets** | | | | | | |
| Goodwill and other intangible assets, net | - | - | - | - | 11,416 | 10,901 |
| Investments in subsidiaries | - | - | - | - | - | - |
| Other investments | - | - | - | - | - | - |
| Intercompany receivables / (payables), net | (9,710) | (10,250) | 2,464 | (923) | (1,024) | (1,610) |
| Other | - | - | - | - | 72 | 69 |
| **Total Assets** | $ (6,534) | $ (7,056) | $ 3,420 | $ 1,183 | $ 10,759 | $ 9,631 |
| **Liabilities and Shareholders' Equity** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable, accrued expenses, and other | $ - | $ - | $ 1,277 | $ 998 | $ 282 | $ 259 |
| Total current liabilities | - | - | 1,277 | 998 | 282 | 259 |
| Other obligations | 5 | 3 | 1,096 | (7,168) | 2,103 | 2,089 |
| **Total Liabilities** | 5 | 3 | 2,373 | (6,170) | 2,385 | 2,348 |
| **Shareholders' Equity** | (6,539) | (7,059) | 1,047 | 7,353 | 8,374 | 7,283 |
| **Total Liabilities and Shareholders' Equity** | $ (6,534) | $ (7,056) | $ 3,420 | $ 1,183 | $ 10,759 | $ 9,631 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.  All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-1B**
**Combined Condensed Balance Sheets for Non Majority Interest Entities**
**As of December 25, 2011 & June 24, 2012** [1]
**Unaudited**
**(Dollars in Thousands)**

|  | Combined Non Majority Interest Entities | |
|---|---|---|
|  | Dec. 31, 2011 | June 30, 2012 |
| **Assets** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 8,513 | $ 5,699 |
| Accounts receivable, net | 18,841 | 13,797 |
| Inventories | 88 | 78 |
| Prepaid expenses and other | 783 | 745 |
| Total current assets | 28,225 | 20,319 |
| **Property, plant and equipment, net** | 1,698 | 1,582 |
| **Other Assets** | | |
| Intangible assets, net | 157 | - |
| Other investments | 235 | 10 |
| Receivables from related parties | 2,954 | 2,969 |
| Other | 2,324 | 879 |
| **Total Assets** | $ 35,593 | $ 25,759 |
| **Liabilities and Shareholders' Equity** | | |
| **Current Liabilities** | | |
| Accounts payable, accrued expenses, and other | $ 18,132 | $ 15,284 |
| Total current liabilities | 18,132 | 15,284 |
| Other obligations | 14,699 | 907 |
| **Total Liabilities** | 32,831 | 16,191 |
| **Shareholders' Equity** | 2,762 | 9,568 |
| **Total Liabilities and Shareholders' Equity** | $ 35,593 | $ 25,759 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment. Prior period balances have been adjusted to reflect updated financial information provided by the Non Majority Interest Entities.

B26 (Official Form 26) (06/09) - Cont

### Exhibit B-2A
### Statements of Operations for Non-Debtor Entities
### Six Month Period Ending June 24, 2012 [1]
### Unaudited
### (Dollars in Thousands)

|  | Multimedia Insurance Company | Riverwalk Center I JV | Tribune (FN) Cable Ventures, Inc. | Tribune Interactive, Inc. |
|---|---|---|---|---|
|  | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 |
| Total Revenue | $ - | $ - | $ - | $ 46,483 |
| Operating Expenses |  |  |  |  |
| Cost of sales | - | - | - | 11,846 |
| Selling, general and administrative | 41 | - | 100 | 20,993 |
| Depreciation | - | - | - | 594 |
| Amortization of intangible assets | - | - | - | 38 |
| Total operating expenses | 41 | - | 100 | 33,471 |
| Operating Income (Loss) | (41) | - | (100) | 13,012 |
| Net income on equity investments | - | - | 80,192 | - |
| Interest income (expense), net [2] | 159 | (3) | (1,279) | 3,643 |
| Management fee income / (expense) | - | - | - | (1,079) |
| Non-operating income (loss), net [3] | - | - | (5,303) | - |
| Income (Loss) Before Income Taxes | 118 | (3) | 73,510 | 15,576 |
| Income Taxes | - | - | - | - |
| Net Income (Loss) | $ 118 | $ (3) | $ 73,510 | $ 15,576 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.
2. Interest income (expense), net primarily represents interest on intercompany balances with Debtor and other Non-Debtor entities.
3. Non-operating loss at Tribune (FN) Cable Ventures, Inc. includes fees paid to legal counsel and financial advisors for (i) the agent of the senior lenders under the Credit Agreement dated May 17, 2007 and (ii) the Senior Lender Settlement Committee. Beginning September 1, 2010, Tribune (FN) Cable Ventures, Inc. ceased making payments to legal counsel and financial advisors of the agent of the senior lenders and the Senior Lender Settlement Committee but continues to accrue for such fees pending resolution of a motion currently before the Bankruptcy Court.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-2A (Cont)**
**Statements of Operations for Non-Debtor Entities**
**Six Month Period Ending June 24, 2012** [1]
**Unaudited**
**(Dollars in Thousands)**

|  | Tribune National Marketing Company | Tribune ND, Inc. | Tribune Receivables, LLC | TMS Entertainment Guides Canada Corp |
|---|---|---|---|---|
|  | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 |
| Total Revenue | $ - | $ 2,241 | $ - | $ 305 |
| Operating Expenses |  |  |  |  |
| Cost of sales | - | - | - | 71 |
| Selling, general and administrative | 1 | 2,808 | 9 | - |
| Depreciation | - | 1,002 | - | - |
| Amortization of intangible assets | - | - | - | 50 |
| Total operating expenses | 1 | 3,810 | 9 | 121 |
| Operating Income (Loss) | (1) | (1,569) | (9) | 184 |
| Net income on equity investments | 21,085 | - | - | - |
| Interest income (expense), net [2] | 19 | 33 | 11,756 | - |
| Management fee income / (expense) | - | - | - | (3) |
| Non-operating loss, net | - | - | - | - |
| Income (Loss) Before Income Taxes | 21,103 | (1,536) | 11,747 | 181 |
| Income Taxes | - | - | - | (65) |
| Net Income (Loss) | $ 21,103 | $ (1,536) | $ 11,747 | $ 116 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.  All information contained herein is unaudited and subject to future adjustment.
2.  Interest income (expense), net primarily represents interest on intercompany balances with Debtors and other Non-Debtor Entities.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-2A (Cont)**
**Statements of Operations for Non-Debtor Entities**
**Six Month Period Ending June 24, 2012 [1]**
**Unaudited**
**(Dollars in Thousands)**

| | Tribune Hong Kong Ltd. | Tribune Media Services B.V. | Blue Lynx Media, LLC | CastTV, Inc. |
|---|---|---|---|---|
| | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 |
| Total Revenue | $ 61 | $ 746 | $ - | $ 563 |
| Operating Expenses | | | | |
| Cost of sales | 61 | 709 | - | 989 |
| Selling, general and administrative | - | 441 | 1,855 | 68 |
| Depreciation | - | 3 | 84 | 31 |
| Amortization of intangible assets | - | 0 | - | 516 |
| Total operating expenses | 61 | 1,153 | 1,939 | 1,604 |
| Operating Income (Loss) | - | (407) | (1,939) | (1,041) |
| Net income on equity investments | - | - | - | - |
| Interest income (expense), net [2] | 1 | (160) | 14 | (50) |
| Management fee income / (expense) | - | - | 8,231 | - |
| Non-operating loss, net | - | - | - | - |
| Income (Loss) Before Income Taxes | 1 | (567) | 6,306 | (1,091) |
| Income Taxes | - | 164 | - | - |
| Net Income (Loss) | $ 1 | $ (403) | $ 6,306 | $ (1,091) |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.
2. Interest income (expense), net primarily represents interest on intercompany balances with Debtors and other Non-Debtor Entities.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-2B**
**Combined Condensed Statement of Operations for Non Majority Interest Entities**
**Six Month Period Ending June 30, 2012** [1]
**Unaudited**
**(Dollars in Thousands)**

| | Combined Non Majority Interest Entities |
|---|---|
| | Jan. 1, 2012 through June 30, 2012 |
| Total Revenue | $        27,692 |
| Operating Expenses | |
| Cost of sales | 8,841 |
| Selling, general and administrative | 18,944 |
| Depreciation and amortization | 292 |
| Total operating expenses | 28,077 |
| Operating Loss | (385) |
| Interest expense, net | (6) |
| Non-operating income, net [2] | 12,404 |
| Income Before Income Taxes | 12,013 |
| Income Taxes | (351) |
| Net Income | $        11,662 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.
2.  Non-operating income, net includes a $13.8 million gain on debt forgiveness from a related party.

B26 (Official Form 26) (06/09) - Cont

## Exhibit B-3A
## Statements of Cash Flows for Non-Debtor Entities
### Six Month Period Ending June 24, 2012 [1]
### Unaudited
### (Dollars in Thousands)

| | Multimedia Insurance Company | Riverwalk Center I JV | Tribune (FN) Cable Ventures, Inc. | Tribune Interactive, Inc. |
|---|---|---|---|---|
| | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 |
| Beginning Cash | $ 3,147 | $ - | $ 194,859 | $ 9,815 |
| Net Income (Loss) | 118 | (3) | 73,510 | 15,576 |
| Operating Activities | | | | |
| Depreciation and amortization | - | - | - | 632 |
| Net income on equity investments | - | - | (80,192) | - |
| Distributions from equity investments | - | - | 80,340 | - |
| Decrease / (increase) in accounts receivables | - | - | - | 436 |
| Increase / (decrease) in current liabilities | 23 | (97) | 5,303 | (1,462) |
| Increase / (decrease) in other obligations | - | - | - | 1,079 |
| Gain / (loss) on foreign exchange | - | - | - | - |
| Decrease / (increase) in other current assets | - | - | - | (196) |
| | 23 | (97) | 5,451 | 489 |
| Net Cash Flow from Operating Activities | 141 | (100) | 78,961 | 16,065 |
| Investing Activities | | | | |
| Capital expenditures | - | - | - | (16) |
| Other | - | - | - | (320) |
| Investments | - | - | - | - |
| Net Cash Flow from Investing Activities | - | - | - | (336) |
| Financing Activities | | | | |
| Decrease / (increase) in intercompany receivables | (157) | 100 | 1,268 | (15,205) |
| Net Cash Flow from Financing Activities | (157) | 100 | 1,268 | (15,205) |
| Net Cash Flow | (16) | - | 80,229 | 524 |
| Ending Cash | $ 3,131 | $ - | $ 275,088 | $ 10,339 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.  All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-3A (Cont)**
**Statements of Cash Flows for Non-Debtor Entities**
**Six Month Period Ending June 24, 2012** [1]
**Unaudited**
**(Dollars in Thousands)**

| | Tribune National Marketing Company | Tribune ND, Inc. | Tribune Receivables, LLC | TMS Entertainment Guides Canada Corp |
|---|---|---|---|---|
| | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 |
| Beginning Cash | $         - | $         - | $         - | $     1,470 |
| Net Income (Loss) | 21,103 | (1,536) | 11,747 | 116 |
| Operating Activities | | | | |
| Depreciation and amortization | - | 1,002 | - | 50 |
| Net income on equity investments | (21,085) | - | - | - |
| Distributions from equity investments | 38,669 | - | - | - |
| Decrease / (increase) in accounts receivables | - | 6 | - | 6 |
| Increase / (decrease) in current liabilities | - | (2,418) | - | 18 |
| Increase / (decrease) in other obligations | - | 1,719 | - | - |
| Gain / (loss) on foreign exchange | - | - | - | 59 |
| Decrease / (increase) in other current assets | (1) | (123) | - | 2 |
| | 17,583 | 186 | - | 135 |
| Net Cash Flow from Operating Activities | 38,686 | (1,350) | 11,747 | 251 |
| Investing Activities | | | | |
| Capital expenditures | - | - | - | - |
| Other | - | - | - | - |
| Investments | (916) | - | - | - |
| Net Cash Flow from Investing Activities | (916) | - | - | - |
| Financing Activities | | | | |
| Decrease / (increase) in intercompany receivables | 899 | 1,350 | (11,747) | (24) |
| Net Cash Flow from Financing Activities | 899 | 1,350 | (11,747) | (24) |
| Net Cash Flow | 38,669 | - | - | 227 |
| Ending Cash | $    38,669 | $         - | $         - | $     1,697 |

**Notes:**

1.   The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.  All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-3A (Cont)**
**Statements of Cash Flows for Non-Debtor Entities**
**Six Month Period Ending June 24, 2012** [1]
**Unaudited**
**(Dollars in Thousands)**

| | Tribune Hong Kong Ltd. | Tribune Media Services B.V. | Blue Lynx Media, LLC | CastTV, Inc. |
|---|---|---|---|---|
| | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 | Dec. 26, 2011 through June 24, 2012 |
| Beginning Cash | $ 11 | $ 991 | $ - | $ 7 |
| Net Income (Loss) | 1 | (403) | 6,306 | (1,091) |
| Operating Activities | | | | |
| Depreciation and amortization | - | 3 | 84 | 547 |
| Net income on equity investments | - | - | - | - |
| Distributions from equity investments | - | - | - | - |
| Decrease / (increase) in accounts receivables | - | (124) | (55) | 2 |
| Increase / (decrease) in current liabilities | (14) | - | (279) | (23) |
| Increase / (decrease) in other obligations | - | (2) | (8,264) | (14) |
| Gain / (loss) on foreign exchange | - | (117) | - | - |
| Decrease / (increase) in other current assets | (5) | (109) | (1,169) | 19 |
| | (19) | (349) | (9,683) | 531 |
| Net Cash Flow from Operating Activities | (18) | (752) | (3,377) | (560) |
| Investing Activities | | | | |
| Capital expenditures | - | (4) | (10) | (33) |
| Other | - | - | - | - |
| Investments | - | - | - | - |
| Net Cash Flow from Investing Activities | - | (4) | (10) | (33) |
| Financing Activities | | | | |
| Decrease / (increase) in intercompany receivables | 8 | 539 | 3,387 | 586 |
| Net Cash Flow from Financing Activities | 8 | 539 | 3,387 | 586 |
| Net Cash Flow | (10) | (217) | - | (7) |
| Ending Cash | $ 1 | $ 774 | $ - | $ - |

**Notes:**

1.   The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-3B**
**Combined Condensed Statements of Cash Flows for Non Majority Interest Entities**
**Six Month Period Ending June 30, 2012** [1]
**Unaudited**
**(Dollars in Thousands)**

| | Combined Non Majority Interest Entities |
| --- | --- |
| | Jan. 1, 2012 through June 30, 2012 |
| Beginning Cash | $          8,513 |
| Net Income | 11,662 |
| Operating Activities | |
| Depreciation and amortization | 292 |
| Decrease / (increase) in accounts receivables | 5,044 |
| Increase / (decrease) in current liabilities | (2,848) |
| Increase / (decrease) in other obligations | (242) |
| Decrease / (increase) in inventories | 10 |
| Decrease / (increase) in prepaids and other assets | 1,625 |
| | 3,881 |
| Net Cash Flow from Operating Activities | 15,543 |
| Investing Activities | |
| Fixed asset disposals / (purchases) | (176) |
| Net Cash Flow from Investing Activities | 49 |
| Financing Activities | |
| Forgiveness of indebtedness from related party | (13,800) |
| Borrowings from related party | 250 |
| Equity transactions | (4,856) |
| Net Cash Flow from Financing Activities | (18,406) |
| Net Cash Flow | (2,814) |
| Ending Cash | $          5,699 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.  All information contained herein is unaudited and subject to future adjustment.  Prior period balances have been adjusted to reflect updated financial information provided by the Non Majority Interest Entities.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-4A**
**Statements of Changes in Shareholders' Equity for Non-Debtor Entities**
**Six Month Period Ending June 24, 2012** [1]
**Unaudited**
**(Dollars in Thousands)**

| | Multimedia Insurance Company | Riverwalk Center I JV | Tribune (FN) Cable Ventures, Inc. | Tribune Interactive, Inc. |
|---|---|---|---|---|
| Shareholders' Equity at Dec. 25, 2011 | $ (348) | $ 10,808 | $ 533,014 | $ 84,241 |
| Net Income (Loss) | 118 | (3) | 73,510 | 15,576 |
| Other comprehensive loss | - | - | (23) | - |
| Foreign currency translation adjustment | - | - | - | - |
| Shareholders' Equity at June 24, 2012 | $ (230) | $ 10,805 | $ 606,501 | $ 99,817 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.  All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-4A**
**Statements of Changes in Shareholders' Equity for Non-Debtor Entities**
**Six Month Period Ending June 24, 2012** [1]
**Unaudited**
**(Dollars in Thousands)**

| | Tribune National Marketing Company | Tribune ND, Inc. | Tribune Receivables, LLC | TMS Entertainment Guides Canada Corp |
|---|---|---|---|---|
| Shareholders' Equity at Dec. 25, 2011 | $ 48,329 | $ 538,414 | $ 293,029 | $ 4,882 |
| Net Income (Loss) | 21,103 | (1,536) | 11,747 | 116 |
| Other comprehensive loss | (1,116) | - | - | - |
| Foreign currency translation adjustment | - | - | - | 59 |
| Shareholders' Equity at June 24, 2012 | $ 68,316 | $ 536,878 | $ 304,776 | $ 5,057 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-4A**
**Statements of Changes in Shareholders' Equity for Non-Debtor Entities**
**Six Month Period Ending June 24, 2012 [1]**
**Unaudited**
**(Dollars in Thousands)**

| | Tribune Hong Kong Ltd. | Tribune Media Services B.V. | Blue Lynx Media, LLC | CastTV, Inc. |
|---|---|---|---|---|
| Shareholders' Equity at Dec. 25, 2011 | $    83 | $    (6,539) | $    1,047 | $    8,374 |
| Net Income (Loss) | 1 | (403) | 6,306 | (1,091) |
| Other comprehensive loss | - | - | - | - |
| Foreign currency translation adjustment | - | (117) | - | - |
| Shareholders' Equity at June 24, 2012 | $    84 | $    (7,059) | $    7,353 | $    7,283 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-4B**
**Combined Condensed Statement of Changes in Shareholders' Equity**
**for Non Majority Interest Entities**
**Six Month Period Ending June 30, 2012** [1]
**Unaudited**
**(Dollars in Thousands)**

|  | Combined Non Majority Interest Entities |
|---|---|
| Shareholders' Equity at Dec. 31, 2011 | $    2,762 |
| Net Income | 11,662 |
| Equity transactions | (4,856) |
| Shareholders' Equity at June 30, 2012 | $    9,568 |

**Notes:**

1.  The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.  All information contained herein is unaudited and subject to future adjustment.  Prior period balances have been adjusted to reflect updated financial information provided by the Non Majority Interest Entities.

B26 (Official Form 26) (06/09) - Cont

## Exhibit C-1
## Description of Operations for Non-Debtor Entities

| Legal Entity | Operating Description | Parent Company |
|---|---|---|
| Multimedia Insurance Company | Captive insurance company which is being wound down. | Tribune Company |
| Riverwalk Center I JV | Owns a parcel of land used as a parking lot by the Sun-Sentinel Company | Tribune Company, Sun-Sentinel Company |
| Tribune (FN) Cable Ventures, Inc. | Holds investment in Television Food Network, G.P. | Tribune Broadcasting Company |
| Tribune Interactive, Inc. | Centralized entity that manages the website operations for Tribune's publishing and broadcasting subsidiaries, and helps manage Tribune's various online classified businesses. | Tribune Company |
| Tribune National Marketing Company | Owns interests in several of Tribune's joint ventures. | Tribune Company |
| Tribune ND, Inc. | Formerly published Newsday; Holds 3% interest in Newsday Holdings, LLC pursuant to the Newsday/Cablevision transaction that closed in July 2008. | Tribune Company |
| Tribune Receivables, LLC | Formerly facilitated transactions related to a trade receivables securitization facility. | Tribune Company |
| TMS Entertainment Guides Canada Corp | Canadian sales of a program guide for Tribune Media Service's Entertainment Information Products Group. | TMS Entertainment Guides, Inc. |
| Tribune Hong Kong Ltd. | Operates a local sales office for Tribune Media Service's News & Features international syndication business to support sales efforts for Asian and multinational customers. | Tribune Company |
| Tribune Media Services B.V. | Operates a local sales office and data center for Tribune Media Service's Entertainment Information Products Group in the Netherlands. | Tribune Media Services, Inc. |
| Blue Lynx Media, LLC | Performs centralized shared service functions for certain of Tribune's operating subsidiaries. | Tribune Company |
| CastTV, Inc. | Operates a consumer website along with developing video search technology for Tribune Media Service's Entertainment Information Products Group. | Tribune Company |

B26 (Official Form 26) (06/09) - Cont

## Exhibit C-2
## Description of Operations for Non Majority Interest Entities

| Legal Entity | Operating Description | Parent Company |
|---|---|---|
| CIPS Marketing Group, Inc. | Pre-print advertising distribution service in Los Angeles | Los Angeles Times Communications LLC |
| Legacy.com, Inc. | Online obituaries; interest was sold on April 2, 2012 | Tribune Company |
| McClatchy/Tribune News Service | News wire service | Tribune Company |
| Metromix LLC | National network of local entertainment (movies, dining, music, bars, etc.) websites; membership interests were sold on May 11, 2012 | Tribune Company, Tribune Interactive, Inc., and Chicago Tribune Company |
| quadrantONE LLC | Online advertising network | Tribune Company |
| TKG Internet Holdings II LLC | Online news and community information | Eagle New Media Investments, LLC, and Tribune Media Net, Inc. |