# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue     **Chapter:** 11
Chicago, IL 60611
 **EIN:** 36−1880355
Times Mirror Corporation

*Case No*.: 08−13141−KJC

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 7/25/2012 was filed on 7/27/2012 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 8/17/2012 .

If a request for redaction is filed, the redacted transcript is due 8/27/2012 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 10/25/2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 7/27/12

(ntc)

```
                          United States Bankruptcy Court
                                District of Delaware
In re:                                                        Case No. 08-13141-KJC
Tribune Company                                               Chapter 11
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0311-1       User: Brandon              Page 1 of 8            Date Rcvd: Jul 27, 2012
                           Form ID: ntcBK             Total Noticed: 13
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2012.
db           +Tribune Company,    435 N. Michigan Avenue,    Chicago, IL 60611-4024
aty          +Carl D. Neff,    Ciardi Ciardi & Astin,    919 N. Market Street,    Suite 700,
               Wilmington, DE 19801-3044,    U.S.A.
aty          +Edward Cerasia, II,    Seyfarth Shaw LLP,    620 Eighth Avenue,    32nd Floor,
               New York, NY 10018-1618
aty          +George R. Dougherty,    Grippo & Elden LLC,    111 S. Wacker Drive,    Chicago, IL 60606-4314
aty          +Gregory Kopacz,    McDermott, Will & Emery LLP,    340 Madison Avenue,    New York, NY 10173-1922
aty          +Holly Snow,    Paul Hastings LLP,    191 N. Wacker Drive, 30th Floor,    Chicago, IL 60606-1914
aty          +James F. Conlan,    Sidley Austin LLP,    One South Dearborn Street,    Chicago, IL 60603-2323
aty          +Jared D. Zajac,    McDermott Will & Emery LLP,    340 Madison Avenue,    New York, NY 10173-1922
aty          +John R. McCambridge,    Grippo & Elden,    111 S. Wacker Drive,    Chicago, IL 60606-4314
aty          +Michael W. Kazan,    Grippo & Elden LLC,    111 S. Wacker Drive,    Chicago, IL 60606-4314
aty          +O. Andrew F. Wilson,    Emery Celli Brinkerhoff & Abady LLP,    75 Rockefeller Plaza, 20th Floor,
               New York, NY 10019-6935
aty          +Patrick T. Nash,    Grippo & Elden,    111 S. Wacker Drive,    Chicago, IL 60606-4314
aty          +Stephen Novack,    Novack and Macey LLP,    100 North Riverside Plaza,    Chicago, IL 60606-1501,
               312-419-6928
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db           +E-mail/Text: collections@bluelynxmedia.com Jul 27 2012 21:44:32     Tribune Company,
               435 N. Michigan Avenue,    Chicago, IL 60611-4024
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2012**          **Signature:**    *Joseph Speetjens*

```
District/off: 0311-1          User: Brandon            Page 2 of 8           Date Rcvd: Jul 27, 2012
                              Form ID: ntcBK           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2012 at the address(es) listed below:

        ANDREW GARY LIPKIN    on behalf of defendant    BOARD OF EDUCATION NEW YORK CITY RETIREMENT SYSTEMS alipkin@law.nyc.gov, andrewlipkin@msn.com
        Aaron L. Hammer    on behalf of Other Prof.  Mercer (US) Inc. ahammer@sugarfgh.com, bkdocket@sugarfgh.com;mbrandess@sugarfgh.com
        Adam  Hiller    on behalf of Creditor  Minimum Wage Class Claimants ahiller@hillerarban.com
        Adam  Hiller    on behalf of Interested Party  The Retirement Claimants ahiller@hillerarban.com
        Adam G. Landis    on behalf of Attorney  Landis Rath & Cobb LLP landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
        Adam L Hirsch    on behalf of Interested Party  SuttonBrook Capital Management LP adam.hirsch@srz.com, adam.hirsch@srz.com
        Adam Scott Moskowitz    on behalf of Creditor  ASM Capital III, L.P. asmcapital@aol.com
        Adolph F. Fellmeth    on behalf of Creditor  Anton/Bauer fred.fellmeth@vitecgroup.com
        Alan J. Stone    on behalf of Defendant  Amalgamated Bank astone@milbank.com, arobertson@milbank.com;ssulkowski@milbank.com;aleblanc@milbank.com
        Alan Michael Root    on behalf of Interested Party Samuel Zell root@blankrome.com, senese@blankrome.com
        Alexander R. Bilus    on behalf of Interested Party  Aegon/Transamerica Series Trust sandy.bilus@dechert.com
        Alissa S. Wright    on behalf of defendant    NEW YORK STATE TEACHERS RET SYSTEM (NYSTRS) alissa.wright@ag.ny.gov, stephanie.rosenberg@ag.ny.gov
        Allison R Axenrod    on behalf of Creditor  Claims Recovery Group LLC allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com
        Amanda Marie Winfree    on behalf of Interested Party  Akin Gump Strauss Hauer & Feld LLP awinfree@ashby-geddes.com
        Amish R. Doshi    on behalf of Creditor  Oracle America, Inc. adoshi@magnozzikye.com
        Amit K. Trehan    on behalf of Interested Party  Barclays Bank PLC atrehan@mayerbrown.com, atrehan@mayerbrownrowe.com
        Amy D. Brown    on behalf of Interested Party  Chicago Tribune Company abrown@margolisedelstein.com
        Andrew  Schoulder    on behalf of Interested Party  Step One Credit Agreement Lenders andrew.schoulder@bgllp.com, josephine.moon@bgllp.com;anna.rozin@bgllp.com;adam.shane@bgllp.com;andrew.schoulder@bgllp.com;daniel.connolly@bgllp.com;david.ball@bgllp.com
        Andrew N. Goldman    on behalf of Interested Party  Angelo, Gordon & Co. andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com;nancy.manzer@wilmerhale.com;kathryn.bennett@wilmerhale.com;lisa.jack@wilmerhale.com;melanie.dritz@wilmerhale.com;justin.ochs@wilmerhale.com;lipi.shah@wilmerhale.com;michelle.goldis@wilmerhale.com
        Andrew S. Conway    on behalf of Creditor  Taubman Landlords Aconway@taubman.com
        Angie M. Cowan    on behalf of Interested Party  Inernational Association of Machinists Local 126 ("IAM Local 126") cowan@ask-attorneys.com
        Anthony M. Saccullo    on behalf of Attorney Anthony M. Saccullo ams@saccullolegal.com
        Antranig N. Garibian    on behalf of Defendant  Invesco Structured Core Fund agaribian@stradley.com, ckelly@stradley.com
        Artemio C. Aranilla    on behalf of defendant    SEI INSTITUTIONAL MANAGED TRUST LARGE CAP VALUE FUND acaranilla@mdwcg.com, sekreps@mdwcg.com;jsshannon@mdwcg.com;jmtarantino@mdwcg.com
        Arthur  Steinberg    on behalf of Interested Party  General Motors Hourly-Rate Employee Pension Trust asteinberg@kslaw.com, rtrowbridge@kslaw.com
        Barbara Suzanne Mehlsack    on behalf of Defendant  LABORERS NATIONAL PENSION FUND bmehlsack@gkllaw.com
        Benjamin W. Keenan    on behalf of Interested Party  Aurelius Capital Management, LP bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
        Brain E. Martin    on behalf of defendant  CATHOLIC UNITED INVESTMENT TRUST bmartin@stamostrucco.com
        Brian A. Sullivan    on behalf of Interested Party  Wells Fargo Bank, N.A. as Administrative Agent under the Bridge Credit Agreement bsullivan@werbsullivan.com, abrown@werbsullivan.com
        Brian E. Lutness    on behalf of Creditor Marcia Willette brain@silverman-mcdonald.com
        Brian G. Esders    on behalf of Creditor  Truck Drivers & Helpers Local 355 and Health & Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund besders@abato.com
        Brian L. Arban    on behalf of Interested Party  TM Retirees barban@hillerarban.com
        Brian M Rostocki    on behalf of Defendant  BNY Hamilton Funds Inc. brostocki@reedsmith.com
        Brian T. Carney    on behalf of Interested Party  Aurelius Capital Management, LP bcarney@akingump.com, nymco@akingump.com
        Bruce E. Jameson    on behalf of Interested Party  Aegon/Transamerica Series Trust Bejameson@prickett.com
        Bryan  Krakauer    on behalf of Debtor  Tribune Company bkrakauer@sidley.com
        Camela J. Chapman    on behalf of Interested Party  Howard County, Maryland cchapman@co.ho.md.us
        Carl D. Neff    on behalf of Debtor  Tribune Company cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com
        Carol E. Momjian    on behalf of Creditor  Commonwealth of PA, Department of Revenue cmomjian@attorneygeneral.gov
        Caroline R. Djang    on behalf of Creditor  LIT Finance, LP crd@jmbm.com
        Catherine  Steege    on behalf of Other Prof.  EGI-TRB, L.L.C. and Samuel Zell csteege@jenner.com, docketing@jenner.com;dhixson@jenner.com
        Charles J. Brown    on behalf of Creditor  Iron Mountain Information Management, Inc. cbrown@archerlaw.com, dabernathy@archerlaw.com
        Christina Maycen Thompson    on behalf of Creditor  DMD Special Situations Funding LLC cthompson@cblh.com

```
District/off: 0311-1           User: Brandon              Page 3 of 8              Date Rcvd: Jul 27, 2012
                               Form ID: ntcBK             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Christine Zuehlke Heri    on behalf of Interested Party  Secretary of Labor, U.S. Department of Labor heri-christine@dol.gov,  sol-chi@dol.gov;goldberg.elizabeth@dol.gov
      Christopher A. Ward    on behalf of Interested Party  Channing Capital Management cward@polsinelli.com,   LSuprum@Polsinelli.com
      Christopher Dean Loizides    on behalf of Defendant  Navigant Consulting, Inc. loizides@loizides.com
      Christopher J. Giaimo    on behalf of Creditor  Tirschwell & Loewy, Inc. cgiaimo@bakerlaw.com, jravick@bakerlaw.com
      Christopher Page Simon    on behalf of Defendant  J.P. Morgan Securities Inc. csimon@crosslaw.com
      Christopher R. Belmonte    on behalf of Defendant  IBM Canada Limited, sued herein as IBM Canada cbelmonte@ssbb.com,  pbosswick@ssbb.com
      Christopher S. Chow    on behalf of Creditor  CCI Europe A/S chowc@ballardspahr.com
      Claire P. Murphy    on behalf of Defendant Chandler Bigelow cmurphy@sperling-law.com, lsands@sperling-law.com
      Colm F. Connolly    on behalf of Defendant  New York State Common Retirement Fund cconnolly@morganlewis.com,  lgibson@morganlewis.com
      Curtis S. Miller    on behalf of Creditor  Comcast Cable Communications, LLC cmiller@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
      D. Ross Martin    on behalf of Interested Party  Artis Capital Management, L.P. rmartin@ropesgray.com
      Dana S. Plon    on behalf of Creditor  Unisys Corporation dplon@sirlinlaw.com
      Daniel Horowitz    on behalf of Defendant  Marshwinds Advisory Co. dhorowit@alumni.law.upenn.edu
      Daniel R. Swetnam    on behalf of Interested Party  Ohio Public Employees Retirement System Daniel.Swetnam@icemiller.com,  Deborah.Martin@icemiller.com
      Daniel A. Shmikler    on behalf of Defendant Chandler Bigelow dshmikler@sperling-law.com, cmurphy@sperling-law.com,sflorsheim@sperling-law.com
      Daniel B. Rath    on behalf of Plaintiff  The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. rath@lrclaw.com, rogers@lrclaw.com;panchak@lrclaw.com
      Daniel K. Astin    on behalf of Creditor  Stardust Visions, Inc. dastin@ciardilaw.com, dchigges@ciardilaw.com;jclarke@ciardilaw.com
      Daniel K. Hogan    on behalf of Interested Party  Certain SLCFC Defendants (Charles R. Baugh and others similarly situated) dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com, lcampbell@dkhogan.com
      David B. Stratton     on behalf of Interested Party  BANK OF AMERICA, N.A. strattond@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
      David M. Powlen    on behalf of Creditor  Morgan Stanley & Co. LLC dpowlen@btlaw.com
      David M. Zensky    on behalf of Interested Party  Aurelius Capital Management, LP dzensky@akingump.com,  nymco@akingump.com
      David S. Leinwand    on behalf of Creditor  Avenue Blue TC Fund, LP dleinwand@amroc.com
      David W. Carickhoff    on behalf of Interested Party Samuel Zell carickhoff@blankrome.com, senese@blankrome.com
      David William Reimann    on behalf of Creditor  Majestic Realty Co., Yorba Park I, LLC, Yorba Park Sub, LLC dreimann@reimannlawgroup.com
      Deborah Waldmeir    on behalf of Creditor  State of Michigan, Department of Treasury waldmeird@michigan.gov,  gamep@michigan.gov
      Denis C. Dice    on behalf of Defendant  SEI Large Cap Value Fund dcdice@mdwcg.com
      Dennis A. Meloro    on behalf of Creditor  Hamdon Entertainment bankruptcydel@gtlaw.com, thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
      Devon J. Eggert    on behalf of Other Prof.  Mercer (US) Inc. deggert@freebornpeters.com, bkdocketing@freebornpeters.com
      Donald L. Gouge    on behalf of Interested Party  International Brotherhood of Electrical Workers AFL-CIO Local 4 dgouge@gougelaw.com,  lmartin@gougelaw.com
      Donna L. Harris    on behalf of Interested Party  Federal Insurance Company dharris@phw-law.com
      Douglas R. Gonzales    on behalf of Creditor  City of Dania Beach, FL dgonzales@wsh-law.com
      Drew G. Sloan    on behalf of Interested Party  Angelo, Gordon & Co. dsloan@rlf.com, rbgroup@rlf.com
      Duane David Werb    on behalf of Defendant  Beverly Mackintosh Trustee maustria@werbsullivan.com;riorii@werbsullivan.com
      Edmon L. Morton    on behalf of Interested Party  Credit Agreement Lenders bankfilings@ycst.com
      Edward J. Tredinnick    on behalf of Creditor  Catellus Development Corporation etredinnick@greeneradovsky.com
      Edward Patrick O'Brien    on behalf of Creditor  SLG 200 News Owner LLC eobrien@sbchlaw.com
      Elaine Conway Becraft    on behalf of Attorney  Constellation NewEnergy, Inc. hforrest@jw.com;kcavazos@jw.com
      Elaine M Seid    on behalf of Creditor  Diablo Investment Co. emseid@mstpartners.com
      Elihu Ezekiel Allinson, III    on behalf of Creditor  Wilmington Trust Company ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
      Elizabeth R. McColm    on behalf of Interested Party  Citicorp North America, Inc. emccolm@paulweiss.com
      Epiq Bankruptcy Solutions LLC     nmrodriguez@epiqsystems.com
      Eric D. Boyle    on behalf of Defendant  Advantus Capitol Managment, Inc. eboyle@fandpnet.com, acole@fandpnet.com
      Eric Lopez Schnabel    on behalf of Creditor  Caption Colorado, L.L.C. de.ecf@Dorsey.com
      Eric R. Wilson    on behalf of Creditor  TeleRep, LLC KDWBankruptcyDepartment@kelleydrye.com
      Ericka Fredricks Johnson    on behalf of Interested Party  Zurich American Insurance Company erjohnson@wcsr.com,   pgroff@wcsr.com;klytle@wcsr.com;hsasso@wcsr.com
      Eva H. Vlachynsky    on behalf of Creditor  Missouri Department of Revenue deecf@dor.mo.gov

```
District/off: 0311-1           User: Brandon              Page 4 of 8                  Date Rcvd: Jul 27, 2012
                               Form ID: ntcBK             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Evelyn J. Meltzer   on behalf of Defendant  WT Mutual Fund meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com
          Frances Gecker   on behalf of Interested Party  Employee Compensation Defendants Group fgecker@fgllp.com, csmith@fgllp.com
          Francis A. Monaco Jr.   on behalf of Interested Party  GreatBanc Trust Company fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com
          Frank A. Anderson   on behalf of Creditor  Pension Benefit Guaranty Corporation anderson.frank@pbgc.gov, efile@pbgc.gov
          Frank F. McGinn   on behalf of Creditor  Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
          Frederick Brian Rosner   on behalf of Creditor Steven Gellman rosner@teamrosner.com
          Garvan F. McDaniel   on behalf of Interested Party  Davidson Kempner Capital Management LLC gmcdaniel@bglawde.com
          George R. Mesires   on behalf of Interested Party  KTR South Florida LLC grmesires@uhlaw.com
          George T. Lees, III   on behalf of Creditor  Schur Packaging Systems, Inc. , kbecker@rawle.com
          Glen Silverstein   on behalf of Creditor  Morgan Stanley & Co., Inc. gsilverstein@leaderberkon.com
          Gregg R. Hague   on behalf of Defendant Chandler Bigelow grh@sperling-law.com
          Gregory W. Werkheiser   on behalf of Interested Party  AG Edwards, Inc. gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Heather L. Donald   on behalf of Creditor  State of Michigan, Department of Treasury donaldh@michigan.gov
          Helen Elizabeth Weller   on behalf of Creditor  Dallas County dallas.bankruptcy@publicans.com
          Howard A. Cohen   on behalf of Interested Party  Douglas C. Lane & Associates, Inc. howard.cohen@dbr.com
          Hugh H. Shull   on behalf of Defendant  New York City Defendants hshull@law.nyc.gov
          Ian Connor Bifferato   on behalf of Defendant Corie Brown cbifferato@bifferato.com
          Ira M. Levee   on behalf of Creditor  I.B.E.W. Local 103 Trust Fund ilevee@lowenstein.com, krosen@lowenstein.com
          Ivan Lerer Kallick   on behalf of Interested Party  California State Teachers' Retirement System ikallick@manatt.com
          J. Kate Stickles   on behalf of Attorney  Cole, Schotz, Meisel, Forman & Leonard, P.A. kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;ydalton@coleschotz.com
          J. Kate Stickles   on behalf of Debtor  Tribune Company kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          J. Zachary Haupt   on behalf of Defendant Corie Brown zhaupt@bifferato.com
          James Johnston   on behalf of Interested Party  Credit Agreement Lenders jjohnston@jonesday.com
          James C. Carignan   on behalf of Interested Party  Pepper Hamilton LLP carignaj@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
          James D. Newbold   on behalf of Creditor  State of Illinois on behalf of Department of Revenue and Department of Employment Security James.Newbold@illinois.gov
          James E. Huggett   on behalf of Creditor  Oracle USA, Inc. jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
          James S. Green   on behalf of Attorney  Seitz, Van Ogtrop & Green, P.A. jgreen@svglaw.com, spappa@svglaw.com
          James S. Green, Jr.   on behalf of Plaintiff  Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
          James S. Yoder   on behalf of Creditor  Cisco Systems Capital Corporation yoderj@whiteandwilliams.com
          Jami B. Nimeroff   on behalf of Interested Party  NBC Studios LLC jnimeroff@bsnlawyers.com, cmhannan@bsnlawyers.com
          Jason Beram Sanjana   on behalf of Creditor  Barclays Bank PLC jason.sanjana@lw.com
          Jay Teitelbaum   on behalf of Creditor Mark Willes jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com
          Jean-Marie L. Atamian   on behalf of Interested Party  Barclays Bank PLC jatamian@mayerbrown.com
          Jeffrey C. Wisler   on behalf of Creditor  Harry Amsden, Robert Gremillion and David D. Williams jwisler@cblh.com
          Jeffrey M Gorris   on behalf of Defendant  Citibank, N.A. jgorris@paulweiss.com
          Jeffrey M. Schlerf   on behalf of Interested Party  Bridge Proponents jschlerf@foxrothschild.com, dkemp@foxrothschild.com
          Jeffrey N. Rich   on behalf of Interested Party  GreatBanc Trust Company jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com
          Jennifer M Jackson   on behalf of Defendant  Michigan Department of Treasury  Bureau of Investments JacksonJ5@michigan.gov
          Jennifer R. Hoover   on behalf of Creditor  Wilmington Trust Company jhoover@beneschlaw.com, ehein@beneschlaw.com;rlemisch@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com
          Jerome Bennett Friedman   on behalf of Creditor  Isaksen Investments, LLC jfriedman@jbflawfirm.com, jmartinez@jbflawfirm.com
          Joan E. Pilver   on behalf of Creditor  STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES Joan.Pilver@ct.gov
          Joanne P. Pinckney   on behalf of Interested Party  Warner Bros. Television Distribution, Inc. jpinckney@phw-law.com, acourtney@phw-law.com;lmolinaro@phw-law.com
          Joel E. Friedlander   on behalf of Defendant Chandler Bigelow sbrodowski@bmf-law.com;jspeakman@bmf-law.com
          Joel M. Wertman   on behalf of Defendant  SEI Large Cap Value Fund jmwertman@mdwcg.com

```
District/off: 0311-1          User: Brandon              Page 5 of 8            Date Rcvd: Jul 27, 2012
                              Form ID: ntcBK             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      John C. Phillips    on behalf of Creditor   Software Ag, Inc. tlb@pgslaw.com;scs@pgslaw.com
      John D. Demmy    on behalf of Creditor   Crown Credit Company and Crown Equipment Corporation jdd@stevenslee.com
      John D. McLaughlin    on behalf of Creditor   Stardust Visions, Inc. jmclaughlin@ciardilaw.com, dchigges@ciardilaw.com;jclarke@ciardilaw.com
      John F. Theil    on behalf of Fee Examiner   Stuart Maue j.theil@smmj.com
      John H. Strock    on behalf of Debtor   Tribune Company jstrock@foxrothschild.com, dkemp@foxrothschild.com
      John Henry Schanne    on behalf of Defendant   Banc of America Securities, LLC schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com
      John K. Sherwood    on behalf of Creditor   I.B.E.W. Local 103 Trust Fund jsherwood@lowenstein.com, dclaussen@lowenstein.com
      John Louis Decker    on behalf of Fee Examiner   Stuart Maue j.decker@smmj.com
      John M. Seaman    on behalf of Interested Party   Artis Capital Management, L.P. seaman@abramsbayliss.com, farro@abramsbayliss.com
      John P. Dillman    on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
      John Patrick DiTomo    on behalf of Defendant   Citibank, N.A. jditomo@paulweiss.com
      John V. Fiorella    on behalf of Creditor   Navistar Financial Corp jfiorella@archerlaw.com, mfriedman@archerlaw.com;adavid@archerlaw.com
      Jonathan M. Stemerman    on behalf of Defendant   3M Employees Welfare Benefits Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co. jms@elliottgreenleaf.com
      Joseph Grey    on behalf of Creditor   Constellation NewEnergy, Inc. jgrey@crosslaw.com
      Joseph D. Frank    on behalf of Creditor   Jones Lang LaSalle Americas (Illinois), L.P. jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
      Joseph Emil Shickich    on behalf of Creditor   Microsoft Corporation jshickich@riddellwilliams.com, ctracy@riddellwilliams.com
      Joseph H. Huston    on behalf of Interested Party   The Morning Call, Inc. jhh@stevenslee.com
      Joseph L. Christensen    on behalf of Interested Party   CITIBANK, N.A. jchristensen@paulweiss.com, idensmore@paulweiss.com
      Joshua M. Mester    on behalf of Creditor   Contrarian Funds, LLC jmester@jonesday.com
      Judy D. Thompson    on behalf of Creditor   Sodexo, Inc. jdt@jdthompsonlaw.com
      Julia B. Klein    on behalf of Interested Party   Silver Point Capital, L.P. klein@teamrosner.com
      Justin Cory Falgowski    on behalf of Attorney   Reed Smith LLP jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
      Justin R. Alberto    on behalf of Interested Party   Cook County Department of Revenue jalberto@bayardlaw.com, bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
      Kate R. Buck    on behalf of Creditor   Deutsche Bank Trust Company Americas kbuck@mccarter.com
      Katharine L. Mayer    on behalf of Creditor   Deutsche Bank Trust Company Americas kmayer@mccarter.com
      Kathleen A. Murphy    on behalf of Creditor   GENERAL ELECTRIC CAPITAL CORPORATION kmurphy@reedsmith.com
      Kathleen M. Miller    on behalf of Creditor   Crane Kenney kmiller@skjlaw.com, dlm@skjlaw.com
      Kerry K. Fennelly    on behalf of Interested Party   Eighth District Electrical Pension Fund kerrykessler@gmail.com, ms.courtneylogan@gmail.com;torres.luisadiaz@gmail.com
      Kevin G. Collins    on behalf of Attorney   Bifferato LLC kevin.collins@btlaw.com
      Kevin J Mangan    on behalf of Defendant   MetLife Stock Index Portfolio kmangan@wcsr.com, hsasso@wcsr.com
      Kevin M. Capuzzi    on behalf of Creditor William Niese kcapuzzi@phw-law.com
      Kevin P. Garland    on behalf of Creditor   Hamdon Entertainment garlandk@gtlaw.com
      Kimberly A. Brown    on behalf of Attorney   Chadbourne & Parke LLP brown@lrclaw.com, adams@lrclaw.com
      Kurt F. Gwynne    on behalf of Defendant   BNY Hamilton Funds Inc. kgwynne@reedsmith.com, llankford@reedsmith.com
      L. Jason Cornell    on behalf of Creditor   Donna Gerhart Gutman, personal representative to the estate of E. Michael Gutman a/k/a Michael Gutman a/k/a Elliott M. Gutman jcornell@foxrothschild.com, dkemp@foxrothschild.com;slynch@foxrothschild.com
      L. John N. Bird    on behalf of Interested Party   Bridge Proponents jbird@foxrothschild.com, spage@foxrothschild.com
      Landon Ellis    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS ellis@lrclaw.com, adams@lrclaw.com;dellose@lrclaw.com;rogers@lrclaw.com
      Laura L. McCloud    on behalf of Interested Party   Tennessee Attorney General's Office agbankdelaware@ag.tn.gov
      Laurie Selber Silverstein    on behalf of Creditor   Merrill Lynch Capital Corporation, as Administrative Agent bankruptcy@potteranderson.com
      Lawrence Joel Kotler    on behalf of Creditor   Pennsylvania Public School Employees' Retirement System ljkotler@duanemorris.com
      Lawrence M. Jacobson    on behalf of Interested Party   CBS Television Stations Inc. lmj@gfjlawfirm.com
      Lee Harrington    on behalf of defendant   HCA MASTER RETIREMENT TRUST LCV lharrington@nixonpeabody.com
      Leigh-Anne M. Raport    on behalf of Interested Party   Aurelius Capital Management, LP lraport@ashby-geddes.com
      Leonard H. Gerson    on behalf of Interested Party   United States Department of Labor gerson.leonard@dol.gov
      Leslie C. Heilman    on behalf of Creditor   Comcast Cable heilmanl@ballardspahr.com
      M. Blake Cleary    on behalf of Interested Party   Angelo, Gordon & Co. bankfilings@ycst.com

```
District/off: 0311-1          User: Brandon               Page 6 of 8            Date Rcvd: Jul 27, 2012
                              Form ID: ntcBK              Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Marc J. Phillips    on behalf of Creditor   Harry Amsden, Robert Gremillion and David D. Williams mphillips@cblh.com
          Margaret Fleming England    on behalf of Creditor   The Nielsen Company (US) LLC mfe@darbylawllc.com
          Maria Ann Milano    on behalf of Creditor   Microsoft Corporation mmilano@riddellwilliams.com, ctracy@riddellwilliams.com;jshickich@riddellwilliams.com
          Mark A. Neubauer    on behalf of Creditor   Certain Directors and Officers mneubauer@steptoe.com, mrodriguez@steptoe.com;smcloughlin@steptoe.com
          Mark D. Collins    on behalf of Interested Party   Angelo, Gordon & Co. collins@RLF.com, rbgroup@rlf.com
          Mark E. Felger    on behalf of Creditor   Camden Asset Management mfelger@cozen.com, mmillis@cozen.com
          Mark M. Billion    on behalf of Interested Party   CenterPoint Energy Services, Inc. markbillion@billionlaw.com, brynn@billionlaw.com
          Mark N. Parry    on behalf of Witness   Deutsche Bank Aktiengesellschaft mparry@mosessinger.com, dkick@mosessinger.com,dbutvick@mosessinger.com
          Mark T Hurford    on behalf of Interested Party   Campbell & Levine, LLC mhurford@camlev.com
          Martha E. Romero    on behalf of Creditor   County of San Bernardino, California romero@dslextreme.com
          Mary E. Augustine    on behalf of Interested Party   Davidson Kempner Capital Management LLC maugustine@bglawde.com
          Mary E. Augustine    on behalf of Creditor   Deutsche Bank Trust Company Americas maugustine@bglawde.com
          Mary E. Augustine    on behalf of Interested Party   Cantigny Foundation maugustine@bglawde.com
          Mary K. Ware    on behalf of Interested Party   Employees' Retirement System of Georgia mware@law.ga.gov
          Matthew B. McGuire    on behalf of Attorney   Landis Rath & Cobb LLP mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew J. Troy    on behalf of Creditor    UNITED STATES OF AMERICA matthew.troy@usdoj.gov
          Maurie J. Shalmone    on behalf of Interested Party   Longacre Opportunity Fund, L.P. maurie@longacrellc.com
          Meghan Colleen Horn    on behalf of Creditor   Truck Drivers & Helpers Local 355 and Health & Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund mhorn@abato.com
          Menachem O. Zelmanovitz    on behalf of Interested Party   New York State Common Retirement Fund mzelmanovitz@morganlewis.com
          Micah R Krohn    on behalf of Interested Party   Employee Compensation Defendants Group mkrohn@fgllp.com, ccarpenter@fgllp.com
          Michael A. Henry    on behalf of Debtor   Tribune Company mhenry@grossmcginley.com
          Michael E. Emrich    on behalf of Creditor   Riverside Claims, LLC. notice@regencap.com
          Michael F. Bonkowski    on behalf of Plaintiff   Channel 40, Inc. mbonkowski@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Murphy    on behalf of Defendant   Michigan Department of Treasury   Bureau of Investments MurphyM2@michigan.gov, ballingerb1@michigan.gov
          Michael J. Farnan    on behalf of Examiner Kenneth Klee mfarnan@saul.com, rwarren@saul.com
          Michael Joseph Joyce    on behalf of Creditor   Constellation NewEnergy, Inc. mjoyce@crosslaw.com
          Michael P. Migliore    on behalf of Creditor   Verizon Investment Management Corp. mpm@skjlaw.com
          Michael P. Morton    on behalf of Creditor   Certain Directors and Officers mmorton@michaelpmorton.com, mmorton@michaelpmorton.com;shubbs@michaelpmorton.com
          Michael P. Richman    on behalf of Interested Party   Schultze Asset Management, LLC mrichman@pattonboggs.com, candonian@hunton.com
          Michael S. Amato    on behalf of Creditor   Esther Rhein mamato@rmfpc.com
          Michael T. Trucco    on behalf of defendant   CATHOLIC UNITED INVESTMENT TRUST mtrucco@stamostrucco.com, erosenquist@stamostrucco.com
          Michael W. Yurkewicz    on behalf of Interested Party   SuttonBrook Capital Management LP myurkewicz@klehr.com
          Michelle McMahon    on behalf of Creditor   CWA/ITV Negotiated Pension Plan michelle.mcmahon@bryancave.com, dortiz@bryancave.com
          Mona A. Parikh    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS mona.parikh@bipc.com
          Nancy G. Everett    on behalf of Interested Party   LSV Asset Management neverett@winston.com, ecf_bank@winston.com
          Nathan Jones    on behalf of Creditor   US Debt Recovery IIA, LLC nate@usdrllc.com
          Neil Raymond Lapinski    on behalf of Interested Party Allen Francisco nrl@elliottgreenleaf.com
          Nicholas J. Nastasi    on behalf of Examiner Kenneth Klee nnastasi@saul.com, apiccola@saul.com
          Norman L. Pernick    on behalf of Attorney   Cole, Schotz, Meisel, Forman & Leonard, P.A. bankruptcy@coleschotz.com, npernick@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;ydalton@coleschotz.com
          Norman M. Monhait    on behalf of Creditor   Gabelli Entities nmonhait@rmgglaw.com
          Norman P. Fivel    on behalf of Creditor   New York State Dept. Of Taxation & Finance norman.fivel@oag.state.ny.us
          Pamela K. Webster    on behalf of Creditor   Sony Pictures Television pwebster@buchalter.com
          Patricia K. Smoots    on behalf of Creditor   The Nielsen Company (US) LLC psmoots@mcguirewoods.com
          Patricia P. McGonigle    on behalf of Interested Party   Buena Vista Television, LLC pmcgonigle@svglaw.com, dclack@svglaw.com
          Patrick J. Reilley    on behalf of Debtor   Tribune Company preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;ydalton@coleschotz.com

```
District/off: 0311-1           User: Brandon              Page 7 of 8               Date Rcvd: Jul 27, 2012
                               Form ID: ntcBK             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Patrick M. Brannigan   on behalf of Interested Party  JPMorgan Chase Bank, N.A. pbrannigan@crosslaw.com
          Patrick Theodore Garvey   on behalf of Debtor  Tribune Company garveyp@jbltd.com, danelskis@jbltd.com
          Paul J. Catanese   on behalf of Creditor  The Nielsen Company (US) LLC pcatanese@mcguirewoods.com
          R. Craig Martin   on behalf of Interested Party  Barclays Bank PLC craig.martin@dlapiper.com, charlotte.neuberger@dlapiper.com,carolyn.fox@dlapiper.com
          R. Karl Hill   on behalf of Creditor  Banc of America Leasing & Capital, LLC khill@svglaw.com, cday@svglaw.com
          R. Stephen McNeill   on behalf of Creditor  Merrill Lynch Capital Corporation, as Administrative Agent bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
          Rachel B. Mersky   on behalf of Interested Party  bkm 3128 Redhill, LLC rmersky@monlaw.com
          Rafael Xavier Zahralddin-Aravena   on behalf of Defendant  3M Employees Welfare Benefits Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co. rxza@elliottgreenleaf.com
          Raymond Howard Lemisch   on behalf of Creditor  Wilmington Trust Company rlemisch@beneschlaw.com, jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
          Rebecca L. Butcher   on behalf of Attorney  Landis Rath & Cobb LLP butcher@lrclaw.com, rogers@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
          Reed A. Heiligman   on behalf of Interested Party  Employee Compensation Defendants Group rheiligman@fgllp.com, ccarpenter@fgllp.com
          Richard A. Robinson   on behalf of Attorney  Reed Smith LLP rrobinson@reedsmith.com
          Richard E Rosberger   on behalf of Defendant  Civilian Employees Retirement System of Kansas City rrosberger@rlrpclaw.com
          Richard Michael Beck   on behalf of Interested Party  Harris, N.A. n/k/a BMO Harris Bank N.A. rbeck@klehr.com, lstanton@klehr.com
          Richard Scott Cobb   on behalf of Creditor Committee  OFFICIAL COMMITTEE OF UNSECURED CREDITORS cobb@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Richard W. Riley   on behalf of Defendant  Robert R. McCormick Foundation rwriley@duanemorris.com
          Robert J. Lack   on behalf of Interested Party  Aurelius Capital Management, LP rlack@fklaw.com, vgarvey@fklaw.com
          Robert J. Pfister   on behalf of Examiner Kenneth Klee rpfister@ktbslaw.com
          Robert J. Stearn   on behalf of Interested Party  JPMorgan Chase Bank, N.A. stearn@rlf.com, rbgroup@rlf.com
          Robert J. Stearn Jr.   on behalf of Interested Party  JPMorgan Chase Bank, N.A. stearn@rlf.com, rbgroup@rlf.com
          Robert K. Minkoff   on behalf of Creditor  Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
          Robert S. Brady   on behalf of Debtor  Tribune Company bankfilings@ycst.com
          Robert T. Honeywell   on behalf of Defendant  MetLife Stock Index Portfolio robert.honeywell@klgates.com, richard.miller@klgates.com
          Robert W. Mallard   on behalf of Creditor  Agfa Corporation mallard.robert@dorsey.com
          Ronald Mark Tucker   on behalf of Creditor  Simon Property Group, Inc. rtucker@simon.com, bankruptcy@simon.com
          Ronald S. Gellert   on behalf of Creditor  The Nielsen Company (US) LLC rgellert@eckertseamans.com, delawarebankruptcy@eckertseamans.com;rgellert@eckertseamans.com
          Scott Golden   on behalf of Interested Party  Abitibi Bowater, Inc. sagolden@hhlaw.com
          Scott A Zuber   on behalf of Creditor  Day Pitney LLP szuber@daypitney.com
          Scott D. Cousins   on behalf of Interested Party  Aurelius Capital Management, LP bankruptcyservice@ccbllp.com, mccloskey@ccbllp.com;dero@ccbllp.com
          Scott I. Davidson   on behalf of Interested Party  General Motors Hourly-Rate Employee Pension Trust sdavidson@kslaw.com
          Scott J. Leonhardt   on behalf of Creditor  Ad Hoc Committee of Subsidiary Trade Creditors leonhardt@teamrosner.com
          Shanti M. Katona   on behalf of Interested Party  Daniel Kazan skatona@polsinelli.com, docket@polsinelli.com;LSuprum@Polsinelli.com
          Shawn M. Christianson   on behalf of Creditor  Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
          Simon E. Fraser   on behalf of Creditor Mark Hianik sfraser@cozen.com
          Sommer Leigh Ross   on behalf of Creditor  Sony Pictures Television slross@duanemorris.com
          Steven C. Schwendemann   on behalf of Fee Examiner  Stuart Maue s.schwendemann@smmj.com
          Stuart M. Brown   on behalf of Interested Party  Barclays Bank PLC stuart.brown@dlapiper.com
          Susan E. Kaufman   on behalf of Interested Party  The American Federation of Television and Radio Artists ("AFTRA") skaufman@coochtaylor.com
          Tara Hannon   on behalf of Creditor  OCM Opportunities Fund VII Delaware, L.P. thannon@loan-law.com
          Tara L. Lattomus   on behalf of Defendant  Acutech, LLC delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com
          Thomas F. Driscoll   on behalf of Defendant Corie Brown tdriscoll@bifferato.com
          Thomas G. Macauley   on behalf of Plaintiff  Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. bankr@zuckerman.com
          Thomas P. Carroll   on behalf of Interested Party  United States (on behalf of EPA) thomas.carroll@usdoj.gov
          Thomas R. Fawkes   on behalf of Other Prof.  Mercer Health & Benefits, LLC tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
          Thomas V. Askounis   on behalf of Creditor  Banc of America Leasing & Capital, LLC taskounis@askounisdarcy.com, rwoolley@askounisdarcy.com

```
District/off: 0311-1          User: Brandon           Page 8 of 8              Date Rcvd: Jul 27, 2012
                              Form ID: ntcBK          Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Tiffany Strelow Cobb   on behalf of Creditor  AOL Advertising Inc. tscobb@vorys.com, bjtobin@vorys.com

    Timothy M. Riffin   on behalf of Interested Party  Aurelius Capital Management, LP thomase@gtlaw.com;bankruptcydel@gtlaw.com

    United States Trustee   USTPREGION03.WL.ECF@USDOJ.GOV

    Virginia Whitehill Guldi   on behalf of Spec. Counsel  Special Counsel to the Official Committee of Unsecured Creditors vguldi@zuckerman.com

    W. Andrew Dalton   on behalf of Fee Examiner  Stuart Maue a.dalton@smmj.com

    W. Bradley Russell   on behalf of Creditor  UNITED STATES OF AMERICA William.B.Russell@usdoj.gov, eastern.taxcivil@usdoj.gov

    Wayne M. Smith   on behalf of Interested Party  Warner Bros. Television Distribution, Inc. wayne.smith@warnerbros.com

    William A. Hazeltine   on behalf of Creditor  Wilmington Trust Company Bankruptcy001@sha-llc.com

    William D. Sullivan   on behalf of Creditor  Diablo Investment Co. wdsecfnotices@sha-llc.com

    William Douglas White   on behalf of Creditor  Delmarva Power & Light Company wdw@mccarthywhite.com, clm@mccarthywhite.ocm

    William E. Chipman   on behalf of Interested Party  Barclays Bank PLC chipman@ccbllp.com, bankruptcyservice@ccbllp.com;dero@ccbllp.com

    William M. Kelleher   on behalf of Interested Party  Corestaff Services, L.P. wkelleher@gfmlaw.com, mfazio@gfmlaw.com

    William P. Weintraub   on behalf of Interested Party  Aurelius Capital Management, LP wweintraub@fklaw.com, zhassoun@fklaw.com

    William Pierce Bowden   on behalf of Creditor  Morgan Stanley Capital Services Inc. wbowden@ashby-geddes.com

    Willliam J. Barrett   on behalf of Defendant  GreatBanc Trust Company william.barrett@bfkn.com

    Yonatan Gelblum   on behalf of Creditor  Internal Revenue Service yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov

    TOTAL: 285