## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Glickfeld, Fields & Jacobson LLP, 315 south Beverly Drive, Suite 415, Beverly Hills, CA 90212-4301.

On July 23, 2012, I served the following document described as:

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM BY CBS BROADCASTING INC. (CLAIMS NO. 4363 AND 4365)**

by serving a true copy of the above-described document in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Glickfeld, Fields & Jacobson LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Glickfeld, Fields & Jacobson LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Glickfeld, Fields & Jacobson LLP's interoffice mail in a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Glickfeld, Fields & Jacobson LLP for collecting and processing documents for mailing with the United States Postal Service:

| | |
|---|---|
| Bryan Krakauer<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603 | *Counsel for Debtors* |
| J. Kate Stickles<br>Patrick J. Reilly<br>Cole, Schotz, Meisel, Forman & Leonard<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | *Counsel for Debtors* |
| United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | United States Trustee |
| Epiq Bankruptcy Solutions LLC<br>757 Third Avenue, Third Floor<br>New York, NY 10017 | *Claims Agent* |

Official Committee of Unsecured Creditors:

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

James S. Green, Sr.
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Marc B. Roitman
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

     I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     Executed on July 23, 2012, at Beverly Hills, California.

_____
Catherine E. Snooks