# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: August 20, 2012 4:00 pm (ET)**<br>**Hearing Date: Only If Objection Filed** |

## NOTICE OF APPLICATION

TO:    THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF
DELAWARE  AND THE NOTICE PARTIES

The Thirty-Ninth Monthly Application of Stuart Maue as Fee Examiner for Allowance of
Compensation and Reimbursement of Expenses for the Period June 1, 2012 Through

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network. Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

June 30, 2012 (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $82,450.00 and interim expenses in the amount of $1,049.24.

Objections to the relief requested in the Application, if any, are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before August 20, 2012, at 4:00 p.m. (ET) (the "**Objection Deadline**").

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline:  (i) co-counsel to the Debtors:   Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn:  Kenneth P. Kansa, Esq. and Jillian K. McClelland Esq.; and Cole, Schotz, Meisel, Forman & Leonard, P.A., 1000 N. West St., Suite 1200, Wilmington, DE 19801, Attn:  J. Kate Stickles, Esq. and Norman J. Pernick, Esq.; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent:  Edwards Angell Palmer & Dodge, 919 North Market Street, Suite 1500, Wilmington, DE 19801, Attn:  Stuart M. Brown, Esq. and William E. Chapman, Jr., Esq. and Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5820, Attn:  Brian Trust, Esq. and Amit K. Trehan, Esq.; (iii) counsel to the Administrative Agent for the Prepetition Lenders:  Davis, Polk & Wardell, LLP, 450 Lexington Avenue, New York, NY 10017, Attn:  Donald S. Bernstein, Esq. and James A. Florack, Esq. and Richards, Layton & Finger, P.A., 920 N. King Street, P.O. Box 551 Wilmington, DE 19899-0511, Attn:  Mark D. Collins, Esq. and Katisha D. Fortune, Esq.; (iv) counsel to the Committee:  Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis, Esq. and Matthew B. McGuire, Esq. and Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, Attn:  Howard Seife, Esq. and David M. LeMay, Esq.; and (v) the Office of the United Sates Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn:  Joseph J. McMahon, Jr., Esq.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSMENT OF EXPENSES OF PROFESSIONALS AND COMMITTEE MEMBERS PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 [DOCKET NO. 225], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.   ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, WILL A HEARING BE HELD ON THE APPLICATION.   ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

DATED:    July 30, 2012
          Saint Louis, Missouri

**STUART MAUE**

By: _____
    John P. Theil, Esq.
    3840 McKelvey Road
    St. Louis, Missouri  63044
    Telephone:  (314) 291-3030
    Facsimile:  (314) 291-6546
    tribunebkr@smmj.com

    *Fee Examiner*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:  August 20, 2012 4:00 pm (ET)** |
| | **Hearing Date:  Only If Objection Filed** |

## THIRTY-NINTH MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2012 THROUGH JUNE 30, 2012

| | |
|---|---|
| Name of Applicant: | Stuart Maue, Ltd. |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 *nunc pro tunc* to February 20, 2009 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Period for which compensation
and reimbursement is sought:                    June 1, 2012 through June 30, 2012

Amount of compensation sought
as actual, reasonable, and necessary:           $82,450.00

Amount of expense reimbursement sought
as actual, reasonable, and necessary:           $1,049.24

This is a monthly application.

This monthly application includes 2.90 hours incurred in connection with the preparation of fee applications and/or Stuart Maue compensation.

Prior applications:  This is the Thirty-Ninth Monthly Application filed by Stuart Maue.  The following is disclosed regarding the prior applications:

| Date Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 07/14/2009 | 03/01/2009 – 04/30/2009 | $62,237.50 | $0.00 | $62,237.50 | $0.00 |
| 07/14/2009 | 05/01/2009 – 05/31/2009 | $69,957.50 | $0.00 | $69,957.50 | $0.00 |
| 07/27/2009 | 06/01/2009 – 06/30/2009 | $118,202.50 | $13.40 | $118,202.50 | $13.40 |
| 08/26/2009 | 07/01/2009 – 07/31/2009 | $96,100.00 | $176.60 | $96,100.00 | $176.60 |
| 09/29/2009 | 08/01/2009 – 08/31/2009 | $80,385.00 | $328.40 | $80,385.00 | $328.40 |
| 10/28/2009 | 09/01/2009 – 09/30/2009 | $36,160.00 | $97.50 | $36,160.00 | $97.50 |
| 12/01/2009 | 10/01/2009 – 10/31/2009 | $65,020.00 | $45.00 | $65,020.00 | $45.00 |
| 12/28/2009 | 11/01/2009 – 11/30/2009 | $85,530.00 | $360.65 | $85,530.00 | $360.65 |
| 01/26/2010 | 12/01/2010 – 12/31/2010 | $75,320.00 | $313.31 | $75,320.00 | $313.31 |
| 02/26/2010 | 01/01/2010 – 01/31/2010 | $63,165.00 | $665.80 | $63,165.00 | $665.80 |
| 03/26/2010 | 02/01/2010 – 02/28/2010 | $58,205.00 | $358.60 | $58,205.00 | $358.60 |
| 04/26/2010 | 03/01/2010 – 03/31/2010 | $46,575.00 | $344.57 | $46,575.00 | $344.57 |
| 05/26/2010 | 04/01/2010 – 04/30/2010 | $41,027.50 | $282.22 | $41,027.50 | $282.22 |
| 06/28/2010 | 05/01/2010 – 05/31/2010 | $72,517.50 | $167.14 | $72,517.50 | $167.14 |
| 07/28/2010 | 06/01/2010 – 06/30/2010 | $63,430.00 | $85.68 | $63,430.00 | $85.68 |
| 08/26/2010 | 07/01/2010 – 07/31/2010 | $64,875.00 | $344.07 | $64,875.00 | $344.07 |
| 09/29/2010 | 08/01/2010 – 08/31/2010 | $88,587.50 | $502.30 | $88,587.50 | $502.30 |
| 10/28/2010 | 09/01/2010 – 09/30/2010 | $125,257.50 | $442.12 | $100,206.00 | $442.12 |
| 12/02/2010 | 10/01/2010 – 10/31/2010 | $83,692.50 | $1,011.13 | $66,954.00 | $1,011.13 |
| 12/28/2010 | 11/01/2010 – 11/30/2010 | $57,522.50 | $34.43 | $46,018.00 | $34.43 |
| 02/03/2011 | 12/01/2010 – 12/31/2010 | $34,180.00 | $291.83 | $27,344.00 | $291.83 |
| 02/25/2011 | 01/01/2011 – 01/31/2011 | $77,937.50 | $420.16 | $62,350.00 | $420.16 |
| 03/25/2011 | 02/01/2011 – 02/28/2011 | $148,857.50 | $739.90 | $119,086.00 | $739.90 |
| 04/26/2011 | 03/01/2011 – 03/31/2011 | $37,042.50 | $1,211.11 | $29,634.00 | $1,211.11 |
| 05/25/2011 | 04/01/2011 – 04/30/2011 | $41,697.50 | $239.77 | $33,358.00 | $239.77 |
| 06/27/2011 | 05/01/2011 – 05/31/2011 | $31,865.00 | $175.95 | $25,492.00 | $175.95 |
| 07/27/2011 | 06/01/2011 – 06/30/2011 | $36,907.50 | $324.09 | $29,526.00 | $324.09 |
| 08/26/2011 | 07/01/2011 – 07/31/2011 | $108,362.50 | $194.47 | $86,690.00 | $194.47 |
| 09/26/2011 | 08/01/2011 – 08/31/2011 | $92,127.50 | $797.39 | $73,702.00 | $797.39 |

| Date Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 10/28/2011 | 09/01/2011 – 09/30/2011 | $115,882.50 | $766.54 | $92,706.00 | $766.54 |
| 11/28/2011 | 10/01/2011 – 10/31/2011 | $95,012.50 | $370.52 | $76,010.00 | $370.52 |
| 12/27/2011 | 11/01/2011 – 11/30/2011 | $76,987.50 | $371.93 | $61,590.00 | $371.93 |
| 1/23/2012 | 12/1/2011 – 2/31/2011 | $76,985.00 | $672.79 | $61,588.00 | $672.79 |
| 2/28/2012 | 1/1/2012 – 1/31/2012 | $57,470.00 | $406.73 | $45,976.00 | $406.73 |
| 3/26/2012 | 2/1/2012 – 2/29/2012 | $65,495.00 | $382.61 | $52,396.00 | $382.61 |
| 4/25/2012 | 3/1/2012 – 3/31/2012 | $134,297.50 | $732.34 | $107,438.00 | $732.34 |
| 5/30/2012 | 4/1/2012 – 4/30/2012 | $207,015.00 | $1,010.54 | $165,612.00 | $1,010.54 |
| 6/29/2012 | 5/1/2012 – 5/31/2012 | $136,412.50 | $757.81 | $109,130.00 | $757.81 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: August 20, 2012 4:00 pm (ET)**<br>**Hearing Date: Only If Objection Filed** |

## THIRTY-NINTH MONTHLY APPLICATION OF STUART MAUE
## AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
## JUNE 1, 2012 THROUGH JUNE 30, 2012

Stuart Maue, Fee Examiner to the Court, hereby submits this Thirty-Ninth Monthly

Application of Stuart Maue as Fee Examiner for Allowance of Compensation and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Reimbursement of Expenses for the Period June 1, 2012 Through June 30, 2012 (the "**Application**"). In support thereof, Stuart Maue respectfully states the following:

## BACKGROUND

1.      On December 8, 2008 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (the "**Debtors**") commenced these bankruptcy cases by each filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On December 10, 2008, the Court consolidated the Debtors' chapter 11 cases for procedural purposes only.

2.      The Debtors have continued in possession of their respective properties and continued to operate and maintain their business as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

3.      On March 19, 2009, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") appointing Stuart Maue as fee examiner *nunc pro tunc* to February 20, 2009.

4.      The Fee Examiner Order provides that Stuart Maue shall be compensated on an hourly basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

5.      Stuart Maue has not shared or agreed to share any compensation paid in this case with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

7.      The statutory bases for relief requested herein are Bankruptcy Code Sections 105(a), 330, and 331.

## BASIS FOR THE APPLICATION

8.      Subject to Court approval, Stuart Maue seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Stuart Maue during the period from June 1, 2012 through June 30, 2012 (the "**Application Period**").  The hourly rates charged by Stuart Maue during the Application Period are no greater than the customary hourly rates charged to Stuart Maue's bankruptcy and non-bankruptcy clients.

9.      A summary of the hours spent, the names of each professional rendering services during the Application Period, the regular customary billing rates, and the total value of time incurred by each of the Stuart Maue professionals rendering services to the Court is attached as **Exhibit A**.  A copy of the computer generated time entries reflecting the time recorded for the services is attached as **Exhibit B**.  A statement of expenses incurred by Stuart Maue during the Application Period is attached as **Exhibit C**.  All time entries and requested expense are in compliance with Local Rule 2016-2.

10.      On January 15, 2009, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**").  Pursuant to the Interim Compensation Order, Stuart Maue and other professionals are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications with respect to their fees and expenses. After the expiration of a twenty (20) day objection period, the Debtors are authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the monthly fee application, unless an objection has been lodged against specific fees and/or expenses or the Court otherwise orders.

11.      In accordance with the Interim Compensation Order, Stuart Maue has filed and served upon the Debtors and other parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period.  During

the Application Period, Stuart Maue incurred fees of $82,450.00 and expenses in the amount of $1,049.24.

12.     Stuart Maue has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services.

13.     Stuart Maue has not shared, nor agreed to share, (a) any compensation received or that may be received with another party or person, other than with the employees of Stuart Maue, or (b) any compensation another person or party has received or may receive.  No promises have been received by Stuart Maue as to compensation other than in accordance with the Bankruptcy Code.

14.     All services and costs for which compensation is requested by Stuart Maue in this Application were reasonable and necessary and were performed for the benefit of the Court.

## SUMMARY OF SERVICES RENDERED

15.     The Court appointed the Fee Examiner to analyze interim and final fee applications filed by case professionals subject to the Interim Compensation Order and the Fee Examiner Order.

16.     In addition to receiving, reconciling, and analyzing interim fee applications and the underlying fee and expense entries, during the month of June 2012 the Fee Examiner prepared and issued Preliminary Reports to case professionals, communicated with the firms regarding billing issues and questions, and filed 24 Final Reports with the Court.  The Fee Examiner also engaged in communications with case professionals and performed other duties in support of the fee order approved by the Court.

17.     When Stuart Maue receives an interim fee application and electronic invoice data from a case professional, the initial step is the creation of a database that attorneys and accountants use to perform their analysis.  Stuart Maue utilizes proprietary software for the specific purpose of managing, analyzing, and reporting on legal fees and expenses.  The software allows Stuart Maue to view the entries in various formats (*i.e.*, chronologically, sorted by

timekeeper, sorted by matter or project); to perform searches; to group phases, projects, tasks, activities, and expense categories; and to generate exhibits of relevant time or expense entries.

18.     After each database is populated with the fee and expense entries, a Stuart Maue accountant performs a series of activities to balance the database and reconcile the data to the hard copy of the fee application.   This process includes verification and reconciliation of information including timekeepers (the timekeeper identifier, position, hourly rates(s)), matters/projects, task hour allocation, embedded time (time allocated to specific activities in an otherwise block billed entry), descriptions of entry codes utilized by the case professional, hourly rate increases, expense categories, and expense documentation.   In addition to identifying and quantifying any calculation errors in the fee application, the reconciliation process identifies missing or incomplete data.

19.     Stuart Maue attorneys then perform detailed analysis of the fees and underlying time entries.   The attorneys review the fee application, the retention application and retention order, and other documents relevant to the case professional.   With the aid of proprietary software, Stuart Maue attorneys perform a line-by-line review of the invoice data for compliance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").   In addition, the attorneys review the application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.   While the identification of certain billing issues – such as duplicative time entries or fees invoiced by summer associates – may be flagged either by computer software or a manual review of the hard copy fee applications, most entries that may

not comply with applicable guidelines or other relevant authority require qualitative analysis of the invoice data by an experienced attorney.

20.    The expense items in each fee application are reviewed by a Stuart Maue accountant for compliance with the Local Rules, the UST Guidelines, applicable limits, and other Court directives. Stuart Maue's software assists in the identification of several issues related to expenses, including mathematical errors, verification of proper rates (photocopies, facsimile), and pre-retention date expenses. However, other expenses require detailed review by an accountant, such as the application of cost caps to meal charges, identification of questionable travel costs, identification of firm overhead, and analysis of vaguely described disbursements.

21.    Upon completion of the fee and expense analysis, Stuart Maue prepares a detailed preliminary report of our findings that includes an explanation of the billing issues and exhibits of the fee or expense entries in question. The preliminary report is provided to the case professional, and the firm is invited to respond with additional information, detail, or support for the fees and expenses incurred. In addition to reviewing any written response from the case professional (which often includes exhibits, revised time entries, and/or supporting documentation for expenses), Stuart Maue attorneys often engage in discussions with the professionals. After consideration of the firm's response, Stuart Maue prepares a final report for the Court that includes recommendations regarding the fees and expenses requested in the interim fee applications.

## COMPENSATION REQUESTED

22.    Stuart Maue expended 236.40 hours during the Application Period in furtherance of work performed on behalf of the Court. Stuart Maue requests allowance of compensation in the amount of $82,450.00 for services performed as Fee Examiner at a blended hourly rate of $348.77. Pursuant to the Interim Compensation Order, Stuart Maue requests payment of 80% of the total fees requested; the amount of $65,960.00. None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

23.     During the Application Period, Stuart Maue incurred certain necessary expenses in rendering services as Fee Examiner to the Court; the expenses are displayed in Exhibit C. Consistent with the Local Rules and the UST Guidelines, Stuart Maue charged $0.10 per page for in-house document duplication.

24.     Stuart Maue seeks reimbursement for its reasonable, necessary, and actual expenses incurred during the Application Period in the total amount of $1,049.24.

## NOTICE

25.     Notice of this Application has been served upon the Notice Parties specified in the Interim Compensation Order.  In accordance with the terms of the Interim Compensation Order, Stuart Maue respectfully submits that no other or further notice is required.

**WHEREFORE**, Stuart Maue respectfully requests that the Court (i) grant the Application; and (ii) grant such other and further relief as this Court may deem just and proper.


DATED:   July 30, 2012
         Saint Louis, Missouri


                                   **STUART MAUE**


                                   By: _____
                                       John F. Theil, Esq.
                                       3840 McKelvey Road
                                       St. Louis, Missouri  63044
                                       Telephone:  (314) 291-3030
                                       Facsimile:  (314) 291-6546
                                       tribunebkr@smmj.com

                                       *Fee Examiner*

# Exhibit A

**Exhibit A**

## SUMMARY OF TIME AND FEES BY PROFESSIONAL

| Name of Professional | Position | Hourly Billing Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| John Theil | Sr. Legal Aud./Mgr. | $375.00 | 133.90 | $50,212.50 |
| John Trunko | Sr. Legal Auditor | $350.00 | 48.00 | 16,800.00 |
| Kathryn Hough | Legal Auditor | $325.00 | .40 | 130.00 |
| Kathy Tahan | Legal Auditor | $325.00 | 8.60 | 2,795.00 |
| Pam Snyder | Legal Auditor/Acct. | $275.00 | 44.50 | 12,237.50 |
| Janet Marchlewski | Legal Auditor/Acct. | $275.00 | 1.00 | 275.00 |
| | | **Total:** | 236.40 | $82,450.00 |
| | | **Blended Hourly Rate:** | | $348.77 |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Fee Examination | 233.50 | $81,362.50 |
| Stuart Maue Retention/Compensation | 2.90 | $1087.50 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (6,748 pages @ $0.10 per page) | $674.80 |
| Postage | $374.44 |
| **Total** | $1,049.24 |

**Exhibit B**

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030678**
**Matter Number: 1030678**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/05/2012 | JT | 1.20 | Work on and verify final report. | 450.00 |
| | | **1.20** | | **$450.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030678**
**Matter Number: 1030678**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John Theil | JT | 375.00 | x | 1.20 | = | $450.00 |
| | | **Total for Senior Legal Auditors:** | | **1.20** | | **$450.00** |
| | | **Total Hours Worked:** | | **1.20** | | |
| | | **Total Hours Billed:** | | **1.20** | | **$450.00** |



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030836**
**Matter Number: 1030836**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/05/2012 | JT | 3.80 | Review and analyze firm response and outline notes and work on final report. | 1,425.00 |
| | | 0.20 | Submit emails to A. Leung regarding outstanding issue in final reports. | 75.00 |
| 06/06/2012 | JT | 0.40 | Continue analysis of outstanding issue on travel and draft summary to A. Leung re: same. | 150.00 |
| 06/08/2012 | JT | 0.60 | Complete and verify final report. | 225.00 |
| | | 0.20 | Review response from A. Leung regarding outstanding issues and reply to same. | 75.00 |
| | | 0.40 | Continue discussion via several emails regarding issues and concerns with lodging ceilings and potential solutions. | 150.00 |
| | | **5.60** | | **$2,100.00** |

**Exhibit: B**

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030836**
**Matter Number: 1030836**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John Theil | JT | 375.00 | x | 5.60 | = | $2,100.00 |
| | | **Total for Senior Legal Auditors:** | | **5.60** | | **$2,100.00** |
| | | **Total Hours Worked:** | | **5.60** | | |
| | | **Total Hours Billed:** | | **5.60** | | **$2,100.00** |



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1031596**
**Matter Number: 1031596**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/07/2012 | JLT | 1.20 | Begin review and analysis of Eleventh Interim fee application. | 420.00 |
| 06/08/2012 | JLT | 1.50 | Continue review and analysis of fee entries for Eleventh Interim application. | 525.00 |
| 06/11/2012 | JLT | 2.00 | Continue review and analysis of fees for Eleventh Interim Application. | 700.00 |
| 06/12/2012 | JLT | 0.70 | Continue review and analysis of fee entries. | 245.00 |
| 06/13/2012 | JLT | 3.50 | Continue review and analysis of fee entries and draft preliminary report. | 1,225.00 |
| 06/14/2012 | JLT | 3.60 | Complete review and analysis of fee entries and continue preparation of draft preliminary report. | 1,260.00 |
| 06/15/2012 | JLT | 1.40 | Complete draft of preliminary report. | 490.00 |
| | | **13.90** | | **$4,865.00** |



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1031596**
**Matter Number: 1031596**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John L. Trunko | JLT | 350.00 | x | 13.90 | = | $4,865.00 |
| **Total for Senior Legal Auditors:** | | | | **13.90** | | **$4,865.00** |
| **Total Hours Worked:** | | | | **13.90** | | |
| **Total Hours Billed:** | | | | **13.90** | | **$4,865.00** |

**Exhibit: B**

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030837**
**Matter Number: 1030837**
**Firm: Alvarez & Marsal North America, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/06/2012 | JT | 2.10 | Review and analyze firm response and prepare draft of final report. | 787.50 |
| | | **2.10** | | **$787.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030837**
**Matter Number: 1030837**
**Firm: Alvarez & Marsal North America, LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| | | | | |
|------|------|------|------|------|
| John Theil | JT | 375.00 x | 2.10 = | $787.50 |
| | Total for Senior Legal Auditors: | | 2.10 | $787.50 |
| | Total Hours Worked: | | 2.10 | |
| | Total Hours Billed: | | 2.10 | $787.50 |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030838**
**Matter Number: 1030838**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/18/2012 | JT | 0.60 | Outline outstanding issues and draft detailed email to D. Deutsch regarding same. | 225.00 |
| | | 0.20 | Review email regarding outstanding issues and reply to same. | 75.00 |
| | | 0.60 | Finalize revisions to final report. | 225.00 |
| | | 3.40 | Review and analyze firm response and exhibits and begin outlining and drafting final report. | 1,275.00 |
| 06/19/2012 | JT | 0.70 | Make final revisions to final report and verify expenses and fee reductions. | 262.50 |
| | | 0.20 | Several follow-up emails with D. Deutsch regarding additional issues with final report. | 75.00 |
| | | **5.70** | | **$2,137.50** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030838**
**Matter Number: 1030838**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| | | | | |
|------|------|------|------|------|
| John Theil | JT | 375.00 x | 5.70 = | $2,137.50 |
| Total for Senior Legal Auditors: | | | 5.70 | $2,137.50 |
| Total Hours Worked: | | | 5.70 | |
| Total Hours Billed: | | | 5.70 | $2,137.50 |

Exhibit: B

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1031575**
**Matter Number: 1031575**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---------------|----------|-------|-------------|--------|
| **For Professional Services through 06/30/2012** | | | | |
| 06/14/2012 | JT | 0.20 | Review email regarding response to initial report and respond to same regarding timing. | 75.00 |
| 06/26/2012 | JT | 0.30 | Review email and attachment regarding firm response and reply to same. | 112.50 |
| | | **0.50** | | **$187.50** |

Exhibit: B



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1031575**
**Matter Number: 1031575**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

### Senior Legal Auditors

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John Theil | JT | 375.00 | x | 0.50 | = | $187.50 |
| | | **Total for Senior Legal Auditors:** | | **0.50** | | **$187.50** |
| | | **Total Hours Worked:** | | **0.50** | | |
| | | **Total Hours Billed:** | | **0.50** | | **$187.50** |

**Exhibit: B**

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030839**
**Matter Number: 1030839**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/14/2012 | JT | 2.40 | Review and analyze firm response and begin working on final report. | 900.00 |
| 06/15/2012 | JT | 1.80 | Continue to work on and verify final report. | 675.00 |
| 06/15/2012 | PSS | 1.40 | Preparation of final exhibits and summary of findings to accompany final report. | 385.00 |
| | | **5.60** | | **$1,960.00** |

**Exhibit: B**



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030839**
**Matter Number: 1030839**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 06/30/2012** | | | | | | |
| **Senior Legal Auditors** | | | | | | |
| John Theil | JT | 375.00 | x | 4.20 | = | $1,575.00 |
| | | **Total for Senior Legal Auditors:** | | **4.20** | | **$1,575.00** |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 1.40 | = | $385.00 |
| | | **Total for Legal Auditors:** | | **1.40** | | **$385.00** |
| | | **Total Hours Worked:** | | **5.60** | | |
| | | **Total Hours Billed:** | | **5.60** | | **$1,960.00** |

**Exhibit: B**

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1032361**
**Matter Number: 1032361**
**Firm: Davis Wright Tremaine**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/01/2012 | JT | 0.20 | Review status report from G. Pasquale regarding firm response and reply to same. | 75.00 |
| 06/11/2012 | JT | 0.10 | Draft follow-up email to G. Pasquale regarding status of firm response. | 37.50 |
| 06/19/2012 | JT | 2.30 | Review and analyze the firm response along with exhibits and continue drafting final report. | 862.50 |
| | | 0.20 | Begin preparation of final report. | 75.00 |
| | | 0.30 | Review email and firm response attached and reply to same. | 112.50 |
| 06/20/2012 | PSS | 0.80 | Preparation of final exhibits and summary of findings to accompany final report. | 220.00 |
| | | **3.90** | | **$1,382.50** |

Exhibit: B

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1032361**
**Matter Number: 1032361**
**Firm: Davis Wright Tremaine**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 06/30/2012** | | | | |
| **Senior Legal Auditors** | | | | |
| John Theil | JT | 375.00 x | 3.10 = | $1,162.50 |
| | Total for Senior Legal Auditors: | | **3.10** | **$1,162.50** |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.80 = | $220.00 |
| | Total for Legal Auditors: | | **0.80** | **$220.00** |
| | Total Hours Worked: | | **3.90** | |
| | Total Hours Billed: | | **3.90** | **$1,382.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030842**
**Matter Number: 1030842**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/07/2012 | JT | 2.40 | Review and study firm response and compare to initial report with exhibits, and begin draft of final report. | 900.00 |
| 06/08/2012 | JT | 2.40 | Continue working on draft of final report and verification of same. | 900.00 |
| | | **4.80** | | **$1,800.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030842**
**Matter Number: 1030842**
**Firm: Ernst & Young**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| John Theil | JT | 375.00 x | 4.80 = | $1,800.00 |
|------------|-----|----------|--------|-----------|
| | **Total for Senior Legal Auditors:** | | **4.80** | **$1,800.00** |
| | **Total Hours Worked:** | | **4.80** | |
| | **Total Hours Billed:** | | **4.80** | **$1,800.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030843**
**Matter Number: 1030843**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/11/2012 | JT | 0.20 | Review email and attachment regarding firm response and reply to same. | 75.00 |
| 06/13/2012 | JT | 0.40 | Outline and draft detailed email regarding outstanding expense issues to L. Raiford. | 150.00 |
| | | 3.20 | Analyze and review firm response and begin working on final report. | 1,200.00 |
| 06/26/2012 | JT | 0.80 | Review additional emails on outstandings issues and finalize and verify calculations in final report. | 300.00 |
| | | 0.60 | Review followup email from firm and incorporate responses into the final report. | 225.00 |
| | | 0.10 | Send email to L. Raiford regarding outstanding issue. | 37.50 |
| | | **5.30** | | **$1,987.50** |

Exhibit: B



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030843**
**Matter Number: 1030843**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| John Theil | JT | 375.00 x | 5.30 = | $1,987.50 |
| Total for Senior Legal Auditors: | | | 5.30 | $1,987.50 |
| Total Hours Worked: | | | 5.30 | |
| Total Hours Billed: | | | 5.30 | $1,987.50 |



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1031605**
**Matter Number: 1031605**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/18/2012 | KCT | 0.70 | Review and analyze firm's eleventh quarterly fee application and brief analysis of firm's unredacted fee entries. | 227.50 |
| | | 0.80 | Review and analyze fee entries related to conferences including intraoffice and nonfirm communications and a comparison to the unredacted task descriptions. | 260.00 |
| 06/20/2012 | KCT | 0.50 | Examine redacted task descriptions for potential vague communications including comparison with unredacted hard copy of fee entries. | 162.50 |
| | | 0.30 | Examine fee entry dated from prior interim period and review for potential duplication of activity and analyze all uncategorized fee entries. | 97.50 |
| | | 1.60 | Work on draft of Fee Examiner's preliminary report regarding firm's eleventh quarterly fee application. | 520.00 |
| | | 0.20 | Analyze task entries related to firm's retention and application. | 65.00 |
| | | 0.60 | Revise fee examiner's draft of preliminary report. | 195.00 |
| | | 0.20 | Examine all time increments for potential noncompliance with guidelines. | 65.00 |
| | | 0.30 | Study fee entries related to potential administrative/clerical activity and potential double billing including verifying task descriptions with unredacted hard copy of all fee entries. | 97.50 |
| | | 0.40 | Review task descriptions related to timekeeper's utility to the case, blocked billing and potential travel including comparision with unredacted hard copy of invoices. | 130.00 |
| | | 0.20 | Analyze fee entries related to potential nonfirm multiple attendance including verification of redacted task descriptions with complete task descriptions in excel format provided solely to Stuart Maue for auditing purposes. | 65.00 |
| 06/21/2012 | KCT | 0.70 | Continue work on draft of fee examiner's preliminary report. | 227.50 |
| | | **6.50** | | **$2,112.50** |

Exhibit: B



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1031605**
**Matter Number: 1031605**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Legal Auditors**

| Kathy C. Tahan | KCT | 325.00 x | 6.50 = | $2,112.50 |
|---|---|---|---|---|
| | **Total for Legal Auditors:** | | **6.50** | **$2,112.50** |
| | **Total Hours Worked** | | **6.50** | |
| | **Total Hours Billed:** | | **6.50** | **$2,112.50** |

Exhibit: B

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1031606**
**Matter Number: 1031606**
**Firm: Jones Day**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/21/2012 | KCT | 0.20 | Review and analyze firm's fourth interim fee application. | 65.00 |
| | | **0.20** | | **$65.00** |

Exhibit: B



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1031606**
**Matter Number: 1031606**
**Firm: Jones Day**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 06/30/2012**

**Legal Auditors**

| Kathy C. Tahan | KCT | 325.00 | x | 0.20 | = | $65.00 |
|----------------|-----|--------|---|------|---|--------|
| | | **Total for Legal Auditors:** | | **0.20** | | **$65.00** |
| | | **Total Hours Worked** | | **0.20** | | |
| | | **Total Hours Billed:** | | **0.20** | | **$65.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030515**
**Matter Number: 1030515**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/15/2012 | JT | 6.70 | Review and analyze firm response, work through issues and revise audit, and begin workng on draft of final report. | 2,512.50 |
| | | 0.60 | Outline and draft detailed email to M. McGuire regarding outstanding issues. | 225.00 |
| 06/18/2012 | JT | 0.80 | Incorporate changes in final report and verify same. | 300.00 |
| | | 1.40 | Continue communication with firm regarding outstanding issues and research same. | 525.00 |
| 06/19/2012 | JT | 0.20 | Make edit to final report. | 75.00 |
| | | **9.70** | | **$3,637.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030515**
**Matter Number: 1030515**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| | | | | |
|------|------|------|------|------|
| John Theil | JT | 375.00 x | 9.70 = | $3,637.50 |
| **Total for Senior Legal Auditors:** | | | **9.70** | **$3,637.50** |
| **Total Hours Worked:** | | | **9.70** | |
| **Total Hours Billed:** | | | **9.70** | **$3,637.50** |

**Exhibit: B**



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030846**
**Matter Number: 1030846**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/18/2012 | JT | 0.30 | Outline remaining issues regarding final report and submit email to M. McGuire re: same. | 112.50 |
| | | 0.20 | Review several emails regarding outstanding issues and resolve same. | 75.00 |
| | | 2.40 | Review and analyze firm response and work on draft of final report. | 900.00 |
| 06/19/2012 | JT | 0.30 | Review and edit final report. | 112.50 |
| | | **3.20** | | **$1,200.00** |



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030846**
**Matter Number: 1030846**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John Theil | JT | 375.00 | x | 3.20 | = | $1,200.00 |
| **Total for Senior Legal Auditors:** | | | | **3.20** | | **$1,200.00** |
| **Total Hours Worked:** | | | | **3.20** | | |
| **Total Hours Billed:** | | | | **3.20** | | **$1,200.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030847**
**Matter Number: 1030847**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/06/2012 | JT | 0.30 | Verify calculation error in firm's response and email B. Dunn re: same. | 112.50 |
| | | 2.30 | Review and analyze the firm's response and prepare the final report. | 862.50 |
| | | **2.60** | | **$975.00** |

Exhibit: B



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030847**
**Matter Number: 1030847**
**Firm: Lazard Freres & Co. LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| John Theil | JT | 375.00 x | 2.60 = | $975.00 |
| **Total for Senior Legal Auditors:** | | | **2.60** | **$975.00** |
| **Total Hours Worked:** | | | **2.60** | |
| **Total Hours Billed:** | | | **2.60** | **$975.00** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030848**
**Matter Number: 1030848**
**Firm: Levine Sullivan Koch & Schulz, L.L.P.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/06/2012 | JT | 0.30 | Draft email regarding several oustanding issues for fee period and review response regarding same. | 112.50 |
| | | 2.80 | Review and analyze firm response and prepare draft of final report. | 1,050.00 |
| | | **3.10** | | **$1,162.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030848**
**Matter Number: 1030848**
**Firm: Levine Sullivan Koch & Schulz, L.L.P.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| John Theil | JT | 375.00 x | 3.10 = | $1,162.50 |
| **Total for Senior Legal Auditors:** | | | **3.10** | **$1,162.50** |
| **Total Hours Worked:** | | | **3.10** | |
| **Total Hours Billed:** | | | **3.10** | **$1,162.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030690**
**Matter Number: 1030690**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/19/2012 | JT | 0.20 | Begin preparation of final report. | 75.00 |
| 06/25/2012 | JT | 6.70 | Review and analyze firm application and exhibits to preliminary report and finalize draft of and verify fees and expenses in final report. | 2,512.50 |
| | | **6.90** | | **$2,587.50** |

Exhibit: B



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030690**
**Matter Number: 1030690**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| | | | | |
|---|---|---|---|---|
| John Theil | JT | 375.00 x | 6.90 = | $2,587.50 |

| | | | |
|---|---|---|---|
| **Total for Senior Legal Auditors:** | | **6.90** | **$2,587.50** |

| | | |
|---|---|---|
| **Total Hours Worked:** | **6.90** | |

| | | |
|---|---|---|
| **Total Hours Billed:** | **6.90** | **$2,587.50** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030849**
**Matter Number: 1030849**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/19/2012 | JT | 0.20 | Begin preparation of final report. | 75.00 |
| 06/25/2012 | JT | 4.60 | Review and analyze firm response and exhibits to prelimnary report and finalize final report. | 1,725.00 |
| | | **4.80** | | **$1,800.00** |

Exhibit: B



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030849**
**Matter Number: 1030849**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| John Theil | JT | 375.00 x | 4.80 = | $1,800.00 |
|------------|------|----------|--------|-----------|
| **Total for Senior Legal Auditors:** | | | **4.80** | **$1,800.00** |
| **Total Hours Worked:** | | | **4.80** | |
| **Total Hours Billed:** | | | **4.80** | **$1,800.00** |

Exhibit: B



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1031611**
**Matter Number: 1031611**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/15/2012 | JLT | 1.00 | Begin preliminary review of Eleventh Quarterly Fee Application. | 350.00 |
| 06/18/2012 | JLT | 4.70 | Continue review and analysis of fee entries. | 1,645.00 |
| 06/19/2012 | JLT | 5.60 | Continue review and analysis of fee entries, including identification and evaluation of billing for conferences and attendance. | 1,960.00 |
| 06/20/2012 | JLT | 4.00 | Continue review and analysis of fee entries and identification of issues re same, including identify and review of fees for internal conferencing and multiple attendance. | 1,400.00 |
| 06/21/2012 | JLT | 6.80 | Continue review and analysis of fee entries and begn preparation of preliminary report. | 2,380.00 |
| 06/22/2012 | JLT | 6.40 | Continue review and analaysis of fee entries and preparation of draft prelimianry report. | 2,240.00 |
| 06/25/2012 | JLT | 4.50 | Continue review and analysis of fee entries and preparation of draft preliminary report. | 1,575.00 |
| 06/27/2012 | JLT | 0.50 | Continue work on draft of preliminary report. | 175.00 |
| 06/28/2012 | JLT | 0.60 | Continue preparation of draft preliminary report, including review of timekeeper roles. | 210.00 |
| | | **34.10** | | **$11,935.00** |

Exhibit: B

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1031611**
**Matter Number: 1031611**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| John L. Trunko | JLT | 350.00 x | 34.10 = | $11,935.00 |
|----------------|-----|----------|---------|------------|

| | Total for Senior Legal Auditors: | 34.10 | $11,935.00 |
|---|---|---|---|

| | Total Hours Worked: | 34.10 | |
|---|---|---|---|

| | Total Hours Billed: | 34.10 | $11,935.00 |
|---|---|---|---|

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030685**
**Matter Number: 1030685**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/19/2012 | JT | 0.20 | Begin preparation of final report. | 75.00 |
| 06/25/2012 | JT | 1.20 | Review and analyze firm response and draft final report. | 450.00 |
| | | **1.40** | | **$525.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030685**
**Matter Number: 1030685**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John Theil | JT | 375.00 | x | 1.40 | = | $525.00 |
| **Total for Senior Legal Auditors:** | | | | **1.40** | | **$525.00** |
| **Total Hours Worked:** | | | | **1.40** | | |
| **Total Hours Billed:** | | | | **1.40** | | **$525.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030850**
**Matter Number: 1030850**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/19/2012 | JT | 0.20 | Begin preparation of final report. | 75.00 |
| 06/26/2012 | JT | 0.80 | Review and analyze firm response and draft and verify final report. | 300.00 |
| | | **1.00** | | **$375.00** |



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030850**
**Matter Number: 1030850**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| John Theil | JT | 375.00 | x | 1.00 | = | $375.00 |
|------------|----|--------|---|------|---|---------|

| | | **Total for Senior Legal Auditors:** | **1.00** | | **$375.00** |
|---|---|---|---|---|---|

| | | **Total Hours Worked:** | **1.00** | | |
|---|---|---|---|---|---|

| | | **Total Hours Billed:** | **1.00** | | **$375.00** |
|---|---|---|---|---|---|

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1031612**
**Matter Number: 1031612**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/20/2012 | KCT | 0.10 | Analyze all fee descriptions related to conferences and examine for nonfirm conferences and potential intraoffice conferences. | 32.50 |
| | | 0.30 | Review and analyze firm's eleventh quarterly application and firm's retention order. | 97.50 |
| 06/21/2012 | KCT | 0.30 | Draft fee examiner's preliminary report regarding firm's eleventh quarterly fee application. | 97.50 |
| | | 0.30 | Review, revise and finalize preliminary report. | 97.50 |
| | | 0.20 | Review and analyze all uncategorized fee entries for potential noncompliance. | 65.00 |
| | | **1.20** | | **$390.00** |

Exhibit: B



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1031612**
**Matter Number: 1031612**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| Kathy C. Tahan | KCT | 325.00 x | 1.20 = | $390.00 |
| | | **Total for Legal Auditors:** | **1.20** | **$390.00** |
| | | **Total Hours Worked:** | **1.20** | |
| | | **Total Hours Billed:** | **1.20** | **$390.00** |

**Exhibit: B**



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1032790**
**Matter Number: 1032790**
**Firm: Moelis & Company LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/07/2012 | PSS | 0.60 | Review expenses requested in interim application and draft expense section of report. | 165.00 |
| | | 1.60 | Reconcile fees in database to fees requested in interim application. | 440.00 |
| | | **2.20** | | **$605.00** |



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1032790**
**Matter Number: 1032790**
**Firm: Moelis & Company LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Legal Auditors**

| Pamela S. Snyder | PSS | 275.00 x | 2.20 = | $605.00 |
|------|------|------|------|------|
| | | **Total for Legal Auditors:** | **2.20** | **$605.00** |
| | | **Total Hours Worked:** | **2.20** | |
| | | **Total Hours Billed:** | **2.20** | **$605.00** |

**Exhibit: B**

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030615**
**Matter Number: 1030615**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/19/2012 | JT | 0.30 | Begin preparation of final report. | 112.50 |
| 06/26/2012 | JT | 3.20 | Review and analyze firm response and prepare and finalize final report. | 1,200.00 |
| | | 0.10 | Emails to and from firm regarding outstanding issues. | 37.50 |
| | | **3.60** | | **$1,350.00** |



Invoice Date: 07/27/2012
Invoice Number: R1307 - 1030615
Matter Number: 1030615
Firm: Reed Smith LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 06/30/2012**

**<u>Senior Legal Auditors</u>**

| | | | | | | |
|------|------|--------|---|------|---|----------|
| John Theil | JT | 375.00 | x | 3.60 | = | $1,350.00 |
| **Total for Senior Legal Auditors:** | | | | **3.60** | | **$1,350.00** |
| **Total Hours Worked:** | | | | **3.60** | | |
| **Total Hours Billed:** | | | | **3.60** | | **$1,350.00** |



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030855**
**Matter Number: 1030855**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/19/2012 | JT | 0.30 | Begin preparation of final report. | 112.50 |
| 06/26/2012 | JT | 0.60 | Draft several detailed emails to firm regarding outstanding issues for 10th interim fee period. | 225.00 |
| | | 0.20 | Review email from J. Shugrue regarding addition of fee descrepancy in favor of firm and answer same. | 75.00 |
| | | 5.20 | Review and analyze firm response with exhibits and work on draft of final report, including computation and verification of fees and expenses. | 1,950.00 |
| 06/27/2012 | JT | 1.70 | Review and analyze J. Shugrue's response to the outstanding issues, examine and investigate the issues raised and draft a detailed response answering the questions raised. | 637.50 |
| | | 1.10 | Continue calculation and verification of expenses and fees and draft revisions and finalize final report. | 412.50 |
| 06/28/2012 | PSS | 0.20 | Review response re: lodging expenses. | 55.00 |
| | | **9.30** | | **$3,467.50** |

Exhibit: B



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030855**
**Matter Number: 1030855**
**Firm: Reed Smith LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John Theil | JT | 375.00 | x | 9.10 | = | $3,412.50 |
| | | **Total for Senior Legal Auditors:** | | **9.10** | | **$3,412.50** |

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 0.20 | = | $55.00 |
| | | **Total for Legal Auditors:** | | **0.20** | | **$55.00** |
| | | **Total Hours Worked:** | | **9.30** | | |
| | | **Total Hours Billed:** | | **9.30** | | **$3,467.50** |

**Exhibit: B**

STUART MAUE
LEGAL COST / MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030676**
**Matter Number: 1030676**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/01/2012 | JT | 0.50 | Review and analyze email and updated information regarding firm response and reply to same. | 187.50 |
| 06/08/2012 | JT | 0.10 | Analyze response from A. Conner regarding outstanding issues. | 37.50 |
| | | 0.30 | Draft a detailed email to firm regarding outstanding issues related to firm response and final report. | 112.50 |
| | | 3.60 | Review and analyze firm response and prepare final report. | 1,350.00 |
| 06/11/2012 | JT | 0.50 | Final edits and verification of final report. | 187.50 |
| | | **5.00** | | **$1,875.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030676**
**Matter Number: 1030676**
**Firm: Seyfarth Shaw LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| John Theil | JT | 375.00 x | 5.00 = | $1,875.00 |
| **Total for Senior Legal Auditors:** | | | **5.00** | **$1,875.00** |
| **Total Hours Worked** | | | **5.00** | |
| **Total Hours Billed:** | | | **5.00** | **$1,875.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030856**
**Matter Number: 1030856**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/08/2012 | JT | 1.40 | Review and study firm response and compare to initial report and exhibits, and begin work on final report. | 525.00 |
| 06/11/2012 | JT | 3.10 | Continue working on analysis of firm response and preparation of final report. | 1,162.50 |
| 06/11/2012 | PSS | 0.80 | Review expense documentation provided with response from firm. | 220.00 |
| 06/12/2012 | JT | 0.60 | Analyze expense detail and draft email to firm regarding outstanding fee and expense issues. | 225.00 |
| 06/13/2012 | JT | 0.20 | Review and analyze 3rd supplemental firm response and reply to same. | 75.00 |
| | | 0.60 | Review and analyze several additional emails with supplemental responses regarding outstanding issues and respond to same. | 225.00 |
| | | 0.90 | Continue reviewing additional information from the firm regarding the outstanding expense issues and analyzing and responding to same. | 337.50 |
| | | 1.70 | Continued review of expense back-up provided in supplemental response and edit final report accordingly. | 637.50 |
| | | 0.20 | Review email regarding outstanding issues and respond to same. | 75.00 |
| 06/13/2012 | PSS | 0.20 | Review additional information regarding expenses provided with response from firm. | 55.00 |
| 06/14/2012 | PSS | 1.60 | Preparation of final exhibits and summary of findings to accompany final report. | 440.00 |
| 06/15/2012 | PSS | 0.40 | Continue to prepare final exhibits and summary of findings to accompany final report. | 110.00 |
| | | **11.70** | | **$4,087.50** |

Exhibit: B



Invoice Date: 07/27/2012
Invoice Number: R1307 - 1030856
Matter Number: 1030856
Firm: Seyfarth Shaw LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 06/30/2012** | | | | | | |
| **Senior Legal Auditors** | | | | | | |
| John Theil | JT | 375.00 | x | 8.70 | = | $3,262.50 |
| | **Total for Senior Legal Auditors:** | | | **8.70** | | **$3,262.50** |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 3.00 | = | $825.00 |
| | **Total for Legal Auditors:** | | | **3.00** | | **$825.00** |
| | **Total Hours Worked:** | | | **11.70** | | |
| | **Total Hours Billed:** | | | **11.70** | | **$4,087.50** |



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030697**
**Matter Number: 1030697**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/18/2012 | JT | 0.40 | Review airfare expense backup and status report from J. Ludwig regarding 9th and 10th firm responses and respond to same. | 150.00 |
| 06/26/2012 | JT | 1.10 | Begin preparation of final report, including examination of Sidley's Waived Fees and Expenses Chart. | 412.50 |
| 06/27/2012 | JT | 0.30 | Draft detailed email to J. Ludwig regarding excessive multiple attendees at hearing and depositions. | 112.50 |
| | | 10.60 | Continue review and analysis of firm response and exhibits and work on draft of final report, including calculation and verification of fee and expense requests and reductions. | 3,975.00 |
| 06/28/2012 | JT | 0.30 | Review and analyze emails from J. Ludwig regarding the remaining fee and expense issues, excluding lodging, and respond to same. | 112.50 |
| | | 2.10 | Continue working on the final report, including incorporating new agreements reached regarding some of the outstanding expense and fee issues. | 787.50 |
| | | 0.20 | Draft detailed email to J. Ludwig with regard to additional lodging charges appearing to be excessive. | 75.00 |
| | | 0.60 | Continue to study Sidley's Table R and verify lodging charges in excess of ceiling and discuss same with PSS. | 225.00 |
| | | 0.30 | Review notes and draft detailed email to J. Ludwig regarding final outstanding issues in 9th quarterly fee application. | 112.50 |
| 06/28/2012 | PSS | 0.80 | Review response re: lodging expenses and calculate reduction. | 220.00 |
| 06/29/2012 | JT | 0.50 | Telephone conference with J. Ludwig regarding outstanding issues related to excessive attendance. | 187.50 |
| | | 0.90 | Make final edits and verification to final report to include agreements, except for remaining attendance issue. | 337.50 |
| | | 0.20 | Review and analyze proposal from Sidley regarding excessive attendance concerns and respond to same. | 75.00 |
| 06/29/2012 | PSS | 1.20 | Prepare final exhibits and summary of findings to accompany final report. | 330.00 |
| | | 0.60 | Prepare calculations for JFT related to fee reductions. | 165.00 |
| | | **20.10** | | **$7,277.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030697**
**Matter Number: 1030697**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 06/30/2012** | | | | |
| **Senior Legal Auditors** | | | | |
| John Theil | JT | 375.00 x | 17.50 = | $6,562.50 |
| | | **Total for Senior Legal Auditors:** | **17.50** | **$6,562.50** |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 2.60 = | $715.00 |
| | | **Total for Legal Auditors:** | **2.60** | **$715.00** |
| | | **Total Hours Worked:** | **20.10** | |
| | | **Total Hours Billed:** | **20.10** | **$7,277.50** |

Exhibit: B

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030857**
**Matter Number: 1030857**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/26/2012 | JT | 0.20 | Begin preparation of final report. | 75.00 |
| | | **0.20** | | **$75.00** |



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030857**
**Matter Number: 1030857**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| John Theil | JT | 375.00 x | 0.20 = | $75.00 |
| | Total for Senior Legal Auditors: | | 0.20 | $75.00 |
| | Total Hours Worked: | | 0.20 | |
| | Total Hours Billed: | | 0.20 | $75.00 |

Exhibit: B

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1031619**
**Matter Number: 1031619**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/12/2012 | PSS | 1.30 | Reconcile fees in database to fees requested in interim application. | 357.50 |
| | | **1.30** | | **$357.50** |



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1031619**
**Matter Number: 1031619**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Legal Auditors**

| | | | | |
|---|---|---|---|---|
| Pamela S. Snyder | PSS | 275.00 x | 1.30 = | $357.50 |
| **Total for Legal Auditors:** | | | **1.30** | **$357.50** |
| **Total Hours Worked:** | | | **1.30** | |
| **Total Hours Billed:** | | | **1.30** | **$357.50** |



**Invoice Date:** 07/27/2012
**Invoice Number:** R1307 - 1024395
**Matter Number:** 1024395
**Firm:** Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/01/2012 | JT | 0.30 | Review incoming fee applications. | 112.50 |
| | | 0.20 | Review email and fee detail from Landis re current period and respond re same. | 75.00 |
| 06/01/2012 | PSS | 1.80 | Preparation of final exhibits and final summary to accompany final reports (JONESC-TB3 (continued), SIT-TB2, SIT-TB3). | 495.00 |
| | | 1.90 | Continue to review supplemental declarations filed re: Ernst & Young. | 522.50 |
| 06/04/2012 | JT | 0.40 | Review incoming fee applications and related pleadings. | 150.00 |
| | | 0.10 | Review email and attachments with fee and expense detail regarding current fee applications. | 37.50 |
| 06/04/2012 | PSS | 0.40 | Review applications recently received. | 110.00 |
| 06/05/2012 | PSS | 0.60 | Contnue review of applications received. | 165.00 |
| 06/06/2012 | JT | 0.40 | Analyze and verify status of all outstanding firm responses for court deadlines. | 150.00 |
| 06/06/2012 | PSS | 6.00 | Preparation of final exhibits and summary of findings to accompany final reports (ALIX-TB9, ALIX-TB10, LAZAR-TB10). | 1,650.00 |
| 06/07/2012 | PSS | 3.40 | Preparation of final exhibits and summary of findings to accompany final reports (LSKS-TB3, ALVA-TB10). | 935.00 |
| 06/08/2012 | JT | 0.30 | Review court sign in sheet for June 7, 2012 hearing. | 112.50 |
| 06/11/2012 | JT | 0.20 | Review email from K. Stickles regarding status of firm responses and respond to same. | 75.00 |
| 06/11/2012 | PSS | 6.10 | Preparation of final exhibits and summary of findings to accompany final reports (ALIX-TB10 (cont.), ERNST-TB8, SEY-TB7). | 1,677.50 |
| | | 0.70 | Review applications received recently. | 192.50 |
| 06/12/2012 | JT | 0.60 | Review incoming pleadings, including PwC supplemental retention declarations and engagement letters. | 225.00 |
| 06/14/2012 | JT | 0.40 | Review incoming fee applications and pleadings. | 150.00 |
| 06/18/2012 | KCT | 0.70 | Meet with JFT, JEP and KMH in part regarding methodology regarding clerical/administrative activity. | 227.50 |
| 06/18/2012 | KH | 0.40 | Meet with bankruptcy team, in part, regarding clerical tasks. | 130.00 |
| 06/19/2012 | JT | 0.50 | Conference call with K. Stickles to discuss various issues including upcoming fee hearing, outstanding firm responses, and future fee hearing dates. | 187.50 |
| | | 0.60 | Review incoming fee applications and MOR re: fees and expenses. | 225.00 |
| 06/19/2012 | PSS | 4.90 | Preparation of final exhibits and summary of findings to accompany final reports (CHAD-TB10, LANDIS-TB9, LAND-TB10). | 1,347.50 |
| 06/20/2012 | PSS | 4.20 | Prepare remaining final reports for completion by JFT. | 1,155.00 |
| 06/26/2012 | JMM | 0.70 | Reviewed Merce-TB10, Mercer-TB09, McDer-TB09, McDer-TB10 and Jenn-TB10 reports prior to filing with court. | 192.50 |



Invoice Date: 07/27/2012
Invoice Number: R1307 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/26/2012 | JT | 0.10 | Review email and numerous attachments regarding Dow Lohnes 35th monthly fee application. | 37.50 |
| | | 0.10 | Review email and attachements from P. Ratkowiak re 40th fee application of Cole Schotz. | 37.50 |
| | | 0.20 | Review email from K. Stickles and provide detailed update on status of final reports. | 75.00 |
| | | 0.40 | Final verification of numerous final reports. | 150.00 |
| | | 0.30 | Work on update to fee hearing schedule and provide summary of status to K. Stickles. | 112.50 |
| | | 1.10 | Analyze spreadsheet and draft CNO regarding 37th monthly fee application. | 412.50 |
| | | 0.20 | Review and respond to email regarding current status of reports for the 9th and 10th fee periods. | 75.00 |
| 06/27/2012 | JMM | 0.30 | Reviewed Reed-TB09 and Reed-TB10 reports prior to filing with court. | 82.50 |
| 06/28/2012 | JT | 1.10 | Outline futher handling and provide direction on assignments, including updating current status on 9th and 10th fee periods. | 412.50 |
| | | 0.40 | Review numerous professional emails with fee applications attached and respond to same. | 150.00 |
| | | 0.30 | Conference call with several PwC professionals regarding future handling and billing of Fresh Start meetings and conferences, including discussion regarding national specialist timekeepers entries. | 112.50 |
| 06/29/2012 | JT | 1.80 | Analyze summaries, perform and verify calculations and draft SMMJ's 38th Monthly Fee Application and associated pleadings. | 675.00 |
| | | 0.30 | Call from K. Stickles to discuss upcoming fee hearing and options based on several potential outcomes with status of outstanding firm responses. | 112.50 |
| | | 0.20 | Review email from K. Stickles and respond with status update regarding final report and answers to outstanding issues. | 75.00 |
| | | **42.60** | | **$12,820.00** |

Exhibit: B



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John Theil | JT | 375.00 | x | 10.50 | = | $3,937.50 |
| | | **Total for Senior Legal Auditors:** | | **10.50** | | **$3,937.50** |

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Kathryn Hough | KH | 325.00 | x | 0.40 | = | $130.00 |
| Janet M. Marchlewski | JMM | 275.00 | x | 1.00 | = | $275.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 30.00 | = | $8,250.00 |
| Kathy C. Tahan | KCT | 325.00 | x | 0.70 | = | $227.50 |
| | | **Total for Legal Auditors:** | | **32.10** | | **$8,882.50** |
| | | **Total Hours Worked:** | | **42.60** | | |
| | | **Total Hours Billed:** | | **42.60** | | **$12,820.00** |

Exhibit: B

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030698**
**Matter Number: 1030698**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/18/2012 | JT | 0.60 | Begin reviewing the firm's response and working on draft of final report. | 225.00 |
| 06/19/2012 | JT | 3.90 | Continue analysis of firm response and exhibits and work on draft of final report. | 1,462.50 |
| 06/22/2012 | JT | 3.20 | Continue analysis of outstanding issues and firm response and work on draft of final report, including verification of all calculations. | 1,200.00 |
| | | 0.60 | Review and analyze several emails from A. Goldfarb regarding outstanding issues. | 225.00 |
| | | **8.30** | | **$3,112.50** |

Exhibit: B

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030698**
**Matter Number: 1030698**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John Theil | JT | 375.00 | x | 8.30 | = | $3,112.50 |
| **Total for Senior Legal Auditors:** | | | | **8.30** | | **$3,112.50** |
| **Total Hours Worked:** | | | | **8.30** | | |
| **Total Hours Billed:** | | | | **8.30** | | **$3,112.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030859**
**Matter Number: 1030859**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/19/2012 | JT | 0.20 | Begin preparation of final report. | 75.00 |
| 06/22/2012 | JT | 4.70 | Review and analyze firm response and work on final report, including preparing analysis of outstanding issues and forward same to firm. | 1,762.50 |
| 06/26/2012 | JT | 0.10 | Send follow up email to A. Goldfarb regarding outstanding issues. | 37.50 |
| | | **5.00** | | **$1,875.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1030859**
**Matter Number: 1030859**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John Theil | JT | 375.00 | x | 5.00 | = | $1,875.00 |
| | **Total for Senior Legal Auditors:** | | | **5.00** | | **$1,875.00** |
| | **Total Hours Worked:** | | | **5.00** | | |
| | **Total Hours Billed:** | | | **5.00** | | **$1,875.00** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1032381**
**Matter Number: 1032381**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/19/2012 | JT | 0.60 | Verify expenses and calculate overages above ceiling, including drafting email to A. Goldfarb regarding outstanding issues. | 225.00 |
| | | **0.60** | | **$225.00** |

**Exhibit: B**



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1032381**
**Matter Number: 1032381**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| | | | | |
|---|---|---|---|---|
| John Theil | JT | 375.00 x | 0.60 = | $225.00 |
| Total for Senior Legal Auditors: | | | 0.60 | $225.00 |
| Total Hours Worked | | | 0.60 | |
| Total Hours Billed: | | | 0.60 | $225.00 |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1032798**
**Matter Number: 1032798**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2012** | | | | |
| 06/04/2012 | PSS | 0.80 | Continue to reconcile fees in database to fees requested in interim application. | 220.00 |
| 06/06/2012 | PSS | 1.40 | Review expenses requested in interim application and draft expense section of report. | 385.00 |
| 06/07/2012 | PSS | 0.80 | Continue to review expenses requested in interim application and draft expense section of report. | 220.00 |
| 06/19/2012 | JT | 0.20 | Begin preparation of final report. | 75.00 |
| | | **3.20** | | **$900.00** |

Exhibit: B



**Invoice Date: 07/27/2012**
**Invoice Number: R1307 - 1032798**
**Matter Number: 1032798**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2012**

**Senior Legal Auditors**

| | | | | |
|------|------|------|------|------|
| John Theil | JT | 375.00 x | 0.20 = | $75.00 |
| | | **Total for Senior Legal Auditors:** | **0.20** | **$75.00** |

**Legal Auditors**

| | | | | |
|------|------|------|------|------|
| Pamela S. Snyder | PSS | 275.00 x | 3.00 = | $825.00 |
| | | **Total for Legal Auditors:** | **3.00** | **$825.00** |

| | | | | |
|------|------|------|------|------|
| | | **Total Hours Worked:** | **3.20** | |
| | | **Total Hours Billed:** | **3.20** | **$900.00** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST MANAGEMENT

| Name | Initials | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| **Summary For Professional Services through 06/30/2012** | | | | | |
| **Senior Legal Auditors** | | | | | |
| John Theil | JT | 375.00 X | 133.90 | = | $50,212.50 |
| John L. Trunko | JLT | 350.00 X | 48.00 | = | $16,800.00 |
| | | **Total for Senior Legal Auditors:** | **181.90** | | **$67,012.50** |
| **Legal Auditors** | | | | | |
| Kathryn Hough | KH | 325.00 X | 0.40 | = | $130.00 |
| Janet M. Marchlewski | JMM | 275.00 X | 1.00 | = | $275.00 |
| Pamela S. Snyder | PSS | 275.00 X | 44.50 | = | $12,237.50 |
| Kathy C. Tahan | KCT | 325.00 X | 8.60 | = | $2,795.00 |
| | | **Total for Legal Auditors:** | **54.50** | | **$15,437.50** |
| | | **Total Hours Worked:** | **236.40** | | |
| | | **Total Hours Billed:** | **236.40** | | **$82,450.00** |

# Exhibit C

## Tribune Company et al. - June 2012 Expenses

PHOTOCOPIES:

|  | 6,748 at $0.10/Page | $ | 674.80 |
|---|---|---|---|

POSTAGE:

|  | Postage Paid | $ | 374.44 |
|---|---|---|---|
|  | **TOTAL EXPENSES:** | **$** | **1,049.24** |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: August 20, 2012 4:00 pm (ET)**<br>**Hearing Date: Only If Objection Filed** |

## CERTIFICATION OF JOHN F. THEIL

I, John F. Theil, hereby certify that:

1.       I am a Senior Legal Auditor at Stuart Maue, Fee Examiner in the above-captioned

bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC. LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (3947); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.      This Certification is made in support of the Thirty-Ninth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2012 Through June 30, 2012 (the "**Application**") and in compliance with Local Rule 2016-2 (the "**Rule**") and with the United States Trustee's Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**UST Guidelines**").

3.      I have read the Application and I certify that the Application substantially complies with the Rule and the UST Guidelines.

DATED:    July 30, 2012
          Saint Louis, Missouri

                        **STUART MAUE**

                        By:  _____
                             John F. Theil, Esq.
                             3840 McKelvey Road
                             St. Louis, Missouri 63044
                             Telephone:  (314) 291-3030
                             Facsimile:  (314) 291-6546
                             tribunebkr@smmj.com

                             *Fee Examiner*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, John F. Theil, hereby certify that a true and correct copy of the **Notice of Application** and the **Thirty-Ninth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2012 Through June 30, 2012** have been served via First Class Mail to the Notice Parties on the attached service list on this 30th day of July, 2012.

STUART MAUE

By: _____
    John F. Theil, Esq.
    3840 McKelvey Road
    St. Louis, Missouri 63044
    Telephone: (314) 291-3030
    Facsimile: (314) 291-6546
    tribunebkr@smmj.com

    *Fee Examiner*

**TRIBUNE COMPANY, et al.**

**SERVICE LIST RE THIRTY-NINTH MONTHLY FEE APPLICATION**

David Klauder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition
Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)