IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## SUPPLEMENTAL DECLARATION OF BLAKE D. RUBIN IN SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(a) AND (b) AUTHORIZING THE EMPLOYMENT AND RETENTION OF McDERMOTT WILL & EMERY LLP AS SPECIAL COUNSEL FOR GENERAL DOMESTIC LEGAL MATTERS TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE

BLAKE D. RUBIN declares and states as follows:

1. I am a partner in the law firm of McDermott Will & Emery LLP ("McDermott"), resident in its Washington D.C. office located at 600 13th Street, N.W., Washington, D.C. 20005. I have been practicing law for more than 30 years and I am admitted

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); WCCT, Inc () and Tribune CNLBC, LLC. The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

in the District of Columbia. McDermott is Special Counsel for General Domestic Legal Matters (as defined below) to the Tribune Company and certain of its subsidiaries and affiliates, each a debtor and debtor in possession in the above-captioned chapter 11 cases (collectively, the "Debtors").

2. I submit this supplemental declaration (the "Supplemental Declaration") in support of the employment and retention by the Debtors of McDermott Will & Emery LLP, pursuant to 11 U.S.C. §§ 327(e) and 1107(a) and (b), as Special Counsel for General Domestic Legal Matters to the Debtors, *nunc pro tunc* to the date of the commencement of these chapter 11 cases. The Debtors have retained McDermott to assist them in a variety of general domestic legal matters, including, but not limited to, tax, employee benefits, employment, corporate, real estate and other legal matters that may arise in the ordinary course of the Debtors' business (collectively, the "General Domestic Legal Matters").

3. Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

4. This Supplemental Declaration augments McDermott's disclosures to the Court concerning its engagement, which are set forth in the original affidavit submitted by Blake D. Rubin in support of McDermott's retention filed on December 19, 2008 (the "Original Declaration").

5. In connection with McDermott's ongoing review and updating of its conflicts disclosures, and for the purpose of supplementing the disclosures already made in the Original Declaration, I requested McDermott's personnel to search McDermott's electronic conflicts database for all current and former representations by McDermott of all the entities listed in Exhibit A attached hereto, which list was provided to McDermott by Sidley Austin,

DM_US 37057543-2.020336.0515

LLP, the Debtors' general reorganization and bankruptcy counsel. Such list includes all of the entities listed in Exhibit A to the Original Declaration (other than certain entities which are no longer involved in the case), as well as all the entities in the categories set forth on Exhibit A to the Original Declaration that became involved in these cases after the Original Declaration was filed.

6. Attached to this Supplemental Declaration as Exhibit A is a list of all parties described in the paragraph above that were searched for current and former representations by McDermott. Attached to this Supplemental Declaration as Exhibit B is a list of all parties identified by McDermott as part of that search that McDermott either (i) represents currently on matters unrelated to the Debtors and/or their chapter 11 cases, or (ii) represented in the past on matters unrelated to the Debtors and/or their chapter 11 cases. Many of these searches were redundant, as many of the parties identified on Exhibit A have been involved in the Debtors' chapter 11 cases since the Petition Date and were searched for current or former representations previously as set forth in the Original Declaration. As a result, many of the disclosures set forth on Exhibit B are also redundant of disclosures previously made in the Original Declaration. However, out of an abundance of caution, all current and former representations by McDermott of the parties listed on Exhibit A are set forth on Exhibit B.

7. For the avoidance of doubt, McDermott has not represented, and will not represent, any of the entities listed on Exhibits A or B to this Supplemental Declaration, in connection with any matters relating to the Debtors and/or their chapter 11 cases.

8. This Supplemental Declaration is made without prejudice to McDermott's rights to supplement further its disclosures in the Debtors' chapter 11 cases.

DM_US 37057543-2.020336.0515

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: July [30], 2012

Washington, D.C.

_____
Blake D. Rubin