# EXHIBIT A

## RULE 2014 LIST - TRIBUNE COMPANY, et al.

### DEBTORS

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
Forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
JuliusAir Company, LLC
JuliusAir Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune CNLBC, LLC (f/k/a Chicago National League Ball Club, LLC)
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.

Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCCT, Inc., f/k/a WTXX Inc.
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.

**NON-DEBTOR AFFILIATES**

Blue Lynx Media LLC
CastTV LLC
Multimedia Insurance Company
Publishers Forest Products Co. of Washington
Tribune (FN) Cable Ventures, Inc.
Tribune DB, LLC
Tribune DQ, LLC
Tribune Employee Lease Company LLC
Tribune Hong Kong, Ltd.
Tribune Interactive, Inc.
Tribune Media Services, BV
Tribune National Marketing Company
Tribune ND, Inc.
Tribune Receivables, LLC
Tribune Sports Network Holdings, LLC
Tribune WFPT, LLC

**DEBTORS' CURRENT AND FORMER DIRECTORS AND OFFICERS**

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Jeffrey S. Berg
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor
Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle
Patricia M. Carroll
Stephen D. Carver
Vincent Casanova
Patti Cazeaux
Jeffrey Chandler
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice

Thomas S. Finke
Karen H. Flax
Oneri Fleita
Michael C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
Roger Goodan
Richard J. Graziano
Howard Greenberg
Brian L. Greenspun
Robert Gremillion
Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings
Dana C. Hayes, Jr.
Greg Healy
Jane E. Healy
John R. Hendricks
James J. Hendry
Ardith Hilliard
Chris Hochschild
Betsy D. Holden
Carolyn S. Hudspeth
Hank J. Hundemer
Bonnie B. Hunter
Tony Hunter
Richard E. Inouye
Alice T. Iskra
Kamran Izadapanah
Janice Jacobs
Juliana Jaoudi
Kim Johnson
Lee Jones
Judy Juds
Jeff Kapugi
Daniel G. Kazan
Anne S. Kelly
Timothy R. Kennedy
Crane H. Kenney

Gerould W. Kern
Jerry L. Kersting
Avido Khahaifa
Jack D. Klunder
Patricia A. Kolb
Timothy Koller
Glenn G. Kranzley
Kim A. McCleary LaFrance
Eric Laimins
Thomas E. Langmyer
Jeffrey S. Levine
Donald J. Liebentritt
Brian F. Litman
Michael R. Lufrano
Walter Mahoney
Christopher Manis
John Manzi
Jerome P. Martin
Earl R. Maucker
Gina Mazzaferri
David R. Mayersky
Richard McGerald
Mark E. McGuire
Patrick Scott McKibben
Don W. Meek
Nancy A. Meyer
Eric Meyrowitz
Randy Michaels
Susan M. Mitchell
Paul Mitnick
Dan Mitrovich
John S. Moczulski
Richard D. Molchany
Roaldo W. Moran
Christopher C. Morrill
Robyn L. Motley
Robin Mulvaney
Gwen P. Murkami
Russ Newton
Tom Nork
Dennis G. O'Brien
Mike O'Connor
William C. O'Donovan
John T. O'Loughlin
Daniel O'Sullivan
Norbert Ortiz
William A. Osborn
William C. Pate
Rob T. Patton
Pamela S. Pearson

John F. Poelking
Scott G. Pompe
Andrea M. Pudliner
Myrna Ramirez
Robert S. Ramsey
Charles Ray
Jodi L. Reischl
Justo Rey
Jack Rodden
Robert R. Rounce
Sheau-Ming Ross
Timothy Ryan
Naomi B. Sachs
Linda Schaible
Raymond J. Schonbak
Stephen G. Seidl
Henry M. Segal
Lynne A. Segall
Charles J. Sennet
Dinesh Shah
Patrick M. Shanahan
Mark Shapiro
Shaun M. Sheehan
Sharon A. Silverman
Digby A. Solomon
Laurence J. Sotsky
Gerald A. Spector
Russ Stanton
William Stinehart, Jr.
Scott Sullivan
Laura L. Tarvainen
Lou Tazioli
Clifford L. Teutsch
Doug Thomas
Timothy J. Thomas
Kathy K. Thomson
Steve Tippie
John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Maggie Wilderotter
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Frank Wood
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Samuel Zell

**THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)**

Abitibi Consolidated
Barclays Capital
Bowater Inc.
Deutsche Bank National Trust Company
Horst Bergman
J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

**CNLBC TWENTY LARGEST UNSECURED CREDITORS**

BD&A
Boise Hawks Baseball Club LLC
Bunzl
Chicago Cubs Charities
Chicago Transit Authority
Complejo Latinoamericana Baseball
Cubs Care
Daytona Cubs
Ernie Banks International Inc.

Hampton Inn and Suites
JP Morgan Chase Bank, NA
Jose Serra
Luis Vizcaino
Major League Baseball
Merrill Lynch Capital Corporation
Northwestern Memorial Hospital
Profinancial Services Inc.
Structural Shop Ltd.
The Langham Huntington Pasadena
Westin Diplomat Resort & Spa

**DEBTORS' PREPETITION LENDERS (As of the Petition Date)**

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo, Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Avenue Investments, LP
Avenue Special Situations Fund IV, LP
Avenue – CDP Global Opportunities Fund, L.P. (US)
Avenue International Master, LP (Master)
Avenue Special Situations Fund
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Blue Shield of California
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC
Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
CFIP Master Fund, Ltd.
Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
CVI GVF (Lux) Master S.a.r.l.
Cypresstree Investment Management Co Inc.
Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Floating Rate Master Series
Franklin Floating Rate Daily Access Fund
Franklin Mutual Advisers LLC
Franklin Strategic Income Fund (Canada)

Franklin Strategic Series – Franklin Strategic Income Fund
Franklin Templeton Inv Mgmt Ltd
Franklin Templeton Series II Funds
Franklin Templeton Variable Insurance Products Trust
Franklin Total Return Fund
Fraser Sullivan Investment Management LLC
FT Opportunistic Distressed Funds Ltd.
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
GoldenTree Asset Management LP
GoldenTree Credit Opportunities Financing I, Limited
GoldenTree Credit Opportunities Second Financing, Limited
GoldenTree 2004 Trust
GoldenTree Leverage Loan Master Fund, Ltd.
GoldenTree MultiStrategy Subsidiary, LLC
GoldenTree MultiStrategy Financing, Limited
Goldman Sachs Asset Management LP
Goldman Sachs Loan Partners
Goldman Sachs Group Inc.
GN3 SIP Limited
Greywolf Capital Management LP
Greywolf Capital Overseas Master Fund
Greywolf Capital Partners II LP
Greywolf CLO I Ltd.
Gruss Asset Management Limited Partnership
GSO Capital Partners LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund (99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Master Fund Ltd.
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
LMA SPC for and on behalf of MAP84 Segregated Portfolio
Loews Corporation
Loomis Sayles & Company LP
LP MAI, Ltd.
Lufkin Advisors LLC
Luxor Capital Group, LP
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV
Morgan Stanley Investment Management Garda BV
Morgan Stanley Investment Management Inc. as AgtINCAS AGT
Morgan Stanley Investment Management Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP

Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation
Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scoggin Capital management LP II
Scoggin International Fund LTD.
Scoggin Worldwide Distressed Fund, LTD
Scotia Capital Inc.
Security Management Company
SEG LP MA2, L.P.
SEG Latigo Master Fund Ltd.
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Special Situations Investing Group, Inc.
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Taconic Capital Partners 1.5 LP
Taconic Market Dislocation Fund II LP
Taconic Market Dislocation Master Fund II LP
Taconic Opportunity Fund LP
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
Templeton Global Investmetn Trust – Templeton Income Fund
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Investment Partners, L.P.
Varde Partners Inc.
Venor Capital Management LP
VGE III Portfolio Ltd.
Viking Global Equities LP
Viking Global Equities II LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Waterstone Market Neutral Master Fund, Ltd.
Waterstone Market Neutral Mac51 Fund, Ltd.
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

**COUNTERPARTIES TO HEDGING AGREEMENTS**

Barclays Capital

**AGENTS UNDER CREDIT AGREEMENTS**

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL CORPORATION
MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.

**SIGNIFICANT HOLDERS OF DEBTORS' PREPETITION NOTES**

Aurelius Capital Management LP
Centerbridge Credit Advisors LLC
Centerbridge Partners, L.P.

**INDENTURE TRUSTEES**

Deutsche Bank National Trust Company Americas
Law Debenture Trust Company of New York
Wilmington Trust Company

**FORMER INDENTURE TRUSTEES**

Bank of Montreal Trust Company
Bank of New York
Citibank, N.A.
First Interstate Bank of California
Wells Fargo Bank, N.A.

**PROFESSIONALS RETAINED BY PREPETITION LENDERS**

Blackstone Advisory Services, L.P.
Davis Polk & Wardwell LLP
Fox Rothschild LLP
FTI Consulting, Inc.
Jones Day
Kramer Levin Naftalis & Frankel LLP
Richards, Layton & Finger, P.A.
White & Case LLP
Wiley Rein LLP
Wilmer Cutler Pickering Hale & Dorr LLP
Young Conaway Stargatt & Taylor, LLP

**PROFESSIONALS RETAINED BY POSTPETITION LENDERS**

Mayer Brown LLP
Edward Angell Palmer & Dodge LLP

**PROFESSIONALS RETAINED BY INDENTURE TRUSTEES AND NOTEHOLDERS**

Akin Gump Strauss Hauer & Feld LLP
Ashby & Geddes, P.A.
Bifferato & Gentiloiti
Brown Rudnick LLP
Kasowitz, Benson, Torres & Friedman LLP
McCarter & English, LLP
Sullivan Hazeltine Allinson LLC

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

JPMorgan Chase Bank, N.A.
Merrill Lynch Capital Corporation
Pension Benefit Guaranty Corporation
Vertis, Inc.
Warner Brothers Television
Washington-Baltimore Newspaper Guild
William Niese
Wilmington Trust Company

**PROFESSIONALS RETAINED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

AlixPartners, LLP
Chadbourne & Parke LLP
Landis Rath & Cobb LLP
Moelis & Company LLC
Seitz Van Ogtrop & Green, P.A.
Zuckerman Spaeder LLP

**PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS**

Alvarez & Marsal North America LLC
Campbell & Levine
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Davis Wright & Tremaine LLP
Deloitte & Touche LLP
Dow Lohnes, PLLC
Daniel J. Edelman, Inc.
EPIQ Bankruptcy Solutions, LLC
Ernst & Young LLP
Jenner & Block LLP
Jones Day
Lazard Freres & Co. LLC
Levine Sullivan Koch & Schulz LLP
McDermott Will & Emery LLP
Mercer (US) Inc.
Novack and Macey LLP
Paul, Hastings, Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Reed Smith LLP
Seyfarth Shaw LLP
Sidley Austin LLP
Sitrick And Company
SNR Denton LLP

**INSURANCE CARRIERS**

~~Ace American Insurance Company~~
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company (Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

**DEBTORS' MAJOR CUSTOMERS**

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
~~Ford~~
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations
Honda Factory
Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors

Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publ'g FSI
News Corp
News Corp – 20th Century Fox – Home - Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless
Verizon Wireless – Cellular
Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

**PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS**

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J Building Maintenance
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
CBS Broadcasting Inc.
CBS Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester
Douglas M. Guetzloe
Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson

Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Senus
Joseph DeSola
Joseph Mauro
Joyce Johnson
Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant

Louis Muscari
Luqman H Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group
Tac Catering, Inc.
Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.

TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

**DEBTORS' SIGNIFICANT LANDLORDS**

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla
Majestic Realty Co. and Yorba Linda Sub, LLC
N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

**JUDGES OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

**OFFICE OF THE UNITED STATES TRUSTEE**

David Buchbinder
Jane Leamy
Mark Kenney
David Klauder
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

**ESOP TRUSTEE**

GreatBanc Trust Company

**ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTION**

EGI-TRB, L.L.C.
Sam Investment Trust
Tribune Employee Stock Ownership Plan
TESOP Corporation
Goldman Sachs & Co.

**SIGNIFICANT FORMER SHAREHOLDERS**

Cantigny Foundation
Chandler Trust No. 1
Chandler Trust No. 2
Robert R. McCormick Tribune Foundation
TMCT, LLC
TMCT II, LLC

**MAJOR HOLDERS OF PHONES**

Camden Partners
Citadel Investment Group LLC
Sandelman Partners LP
SuttonBrook Capital Management LP

**COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS**

Freedom Communications, Inc.
Gannett Co., Inc.
Hearst Corporation
Sunbeam Television Corporation
Target Media Partners

**JOINT VENTURE PARTNERS**

Gannett Co., Inc.
The McClatchy Co., Inc.
MediaNews Group, Inc.
Microsoft Corporation

**OTHER**

EQUITY GROUP INVESTMENTS LLC

**EQUITY METHOD INVESTMENTS**

CAREERBUILDER, LLC
CALIFORNIA INDEPENDENT POSTAL SYSTEMS
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
CONSUMER NETWORKS
LEGACY.COM
METROMIX, LLC
SHOPLOCAL, LLC
TOPIX, LLC
TELEVISION FOOD NETWORK, G.P.

**COUNTERPARTIES TO FORMATION AGREEMENT**

Chicago Cubs Dominican Baseball Operations, LLC
Tribune CNLCB, LLC (f/k/a Chicago National League Ball Club, LLC)
Diana-Quentin, LLC
RAC Education Trust OSA, LLC
Ricketts Acquisition LLC
Tribune Company
Tribune Sports Network Holdings, LLC
Wrigley Field Premium Ticket Services, LLC

# EXHIBIT B

## DEBTORS

Tribune Company Entities identified as Debtors: McDermott has represented the Tribune Company and its affiliates (the "Debtors") for more than 20 years on a number of matters.

The daughter of a McDermott partner, Peter Humphreys, works for Tribune Interactive, which may be a Debtor in these cases. McDermott does not expect Mr. Humphreys to be rendering any services for the Debtors in connection with these cases and he will be screened from any non-public communications regarding these cases.

The sister of a McDermott partner, John Callahan, works for Tribune Company as an investigative journalist. McDermott does not expect Mr. Callahan to be rendering any services for the Debtors in connection with these cases and he will be screened from any non-public communications regarding these cases.

The wife of a McDermott partner, Greg Palmer, is a former officer and shareholder of certain of the Debtors and has not worked for the Debtors since approximately 2006. McDermott does not expect Mr. Palmer to be rendering any services for the Debtors in connection with these cases and he will be screened from any non-public communications regarding these cases.

The grandfather of the wife of a McDermott associate, James Durkin, is a former director of Tribune Company from 1982 through 2000. McDermott does not expect Mr. Durkin to be rendering any services for the Debtors in connection with these cases and he will be screened from any non-public communications regarding these cases.

A McDermott associate, Thomas A. McCann, worked as a reported for the Chicago Tribune from 2000 to 2003. McDermott does not expect Mr. McCann to be rendering any services for the Debtors in connection with these cases and he will be screened from any non-public communications regarding these cases.

Based on my internal inquiries, to the best of my knowledge, no McDermott attorney directly owns shares of stock of any of the Debtors. However, at any given time, one or more McDermott attorneys or their immediate family members may own stock of the Debtors through a mutual fund or other third party.

## NON-DEBTOR AFFILIATES

Tribune Company Entities identified as Non-Debtor Affiliates: McDermott has represented the Tribune Company and its affiliates (the "Non-Debtors") for more than 20 years on a number of matters.

## DEBTORS' CURRENT AND FORMER DIRECTORS AND OFFICERS

Ann B. Wilson: McDermott's conflict check indicated that it may currently represent or may have in the past represented Ann B. Wilson. As of the date hereof, McDermott has not been able to confirm if this is a name coincidence. The services McDermott rendered to Ms. Wilson do not appear to be related to the Debtors. To the extent Ms. Wilson is a current client, McDermott will not be adverse to her and will not represent her in any matters related to these chapter 11 cases.

Timothy Ryan: McDermott's conflict check indicated that it may currently represent or may have in the past represented Timothy Ryan. As of the date hereof, McDermott has not been able to confirm if this is a name coincidence. As far as I have been able to discern, none of the services rendered to Mr. Ryan appear to be related to the Debtors. To the extent Mr. Ryan is a current client, McDermott will not be adverse to him and will not represent him in any matters related to these chapter 11 cases.

William A. Osborne: McDermott's conflict check indicated that it currently represents and in the past has represented William A. Osborne. As far as I have been able to discern, none of the services rendered to Mr. Osborne appear to be related to the Debtors. In the course of its representation of the Debtors, McDermott will not be adverse to Mr. Osborne and will not represent him in any matters related to these chapter 11 cases.

David D. Williams: McDermott's conflict check indicated that it may currently represent or may have in the past represented David Williams. As of the date hereof, McDermott has not been able to confirm if this is a name coincidence. As far as I have been able to discern, none of the services rendered to Mr. Williams appear to be related to the Debtors. To the extent Mr. Williams is a current client, McDermott will not be adverse to him and will not represent him in any matters related to these chapter 11 cases.

Samuel Zell: McDermott attorneys currently represent and have in the past represented affiliates of Samuel Zell and companies in which he owns an interest and their affiliates on a number of matters. To the extent that these persons are current clients, McDermott will not be adverse to them and will not represent them in any matters related to these chapter 11 cases.

## OTHER PARTIES IN INTEREST

McDermott's conflict check indicated that it may currently represent or may have in the past represented all of the entities listed below or an affiliate of such entities. As of the date hereof, McDermott has not been able to confirm if certain of the more common names below are mere name coincidences. As far as I have been able to discern, none of the services rendered to the entities listed below or their affiliates appear to be related to the Debtors with the exception of McDermott's representation of CIT Group, Inc. ("CIT")

McDermott represents and has in the past represented CIT in a variety of legal matters, including assisting CIT in reviewing and understanding the Debtors' prepetition financing facility between the Debtors, JPMorgan Chase Bank, N.A., as administrative agent and others, related documents, and certain due diligence matters in connection with CIT's participation in such facility. In the future, McDermott will continue to represent CIT in connection with a variety of matters. Such services are and will continue to be unrelated to the services McDermott will be rendering for the

Debtors. Accordingly, McDermott will not represent an interest adverse to these estates with respect to the matters on which McDermott is to be employed. Further, McDermott will not represent the Debtors in any matter adverse to CIT. To the extent that any of the other entities or persons listed below are McDermott's current clients, McDermott will not be adverse to such entities or persons and will not represent them in any matters related to these chapter 11 cases.

**COUNTERPARTIES TO FORMATION AGREEMENT**

Tribune Company Entities identified as Counterparties to Formation Agreement: McDermott has represented the Tribune Company and its affiliates listed below on a number of matters:

Chicago Cubs Dominican Baseball Operations, LLC
Tribune CNLCB, LLC (f/k/a Chicago National League Ball Club, LLC)
Diana-Quentin, LLC
Tribune Company
Tribune Sports Network Holdings, LLC
Wrigley Field Premium Ticket Services, LLC

**THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)**

Barclays Capital
Deutsche Bank National Trust Company
J.P. Morgan Chase Bank, N.A.
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Paramount Pictures Corporation
Sony Pictures Television
Warner Brothers Television

**CNLBC TWENTY LARGEST UNSECURED CREDITORS**

JP Morgan Chase Bank, NA
Major League Baseball
Merrill Lynch Capital Corporation
Northwestern Memorial Hospital

**DEBTORS' PREPETITION LENDERS (As of the Petition Date)**

ABN AMRO Holding NV
Aegon USA Investment Management
AIG Global Investment Corp.
Alcentra Inc.
Allstate Investment Management Company
Anchorage Capital Group LLC
Angelo, Gordon & Co LP
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
Blue Shield of California
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
Chicago Fundamental Investment Partners LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Clinton Group Inc.
Credit Suisse Asset Management
Credit Suisse Group AG
Davidson Kempner Capital Management LLC
Deutsche Bank AG
Deutsche Investment Management Americas Inc.
Drake Capital Management LLC
Duquesne Capital Management LLC

Eaton Vance Mgmt
Elliott Management Corporation
Epic Asset Management LLC
Fidelity Investment/Fidelity Mutual Fund Comp
Fidelity Investments
Firstlight Financial Corp.
Franklin Advisers Inc.
Franklin Floating Rate Master Series
Franklin Floating Rate Daily Access Fund
Franklin Mutual Advisers LLC
Franklin Strategic Income Fund (Canada)
Franklin Strategic Series – Franklin Strategic Income Fund
Franklin Templeton Inv Mgmt Ltd
Franklin Templeton Series II Funds
Franklin Templeton Variable Insurance Products Trust
Franklin Total Return Fund
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldman Sachs Asset Management LP
Goldman Sachs Loan Partners
Goldman Sachs Group Inc.
Gruss Asset Management Limited Partnership
GSO Capital Partners LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Hartford Investment Management Company
Highland Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
John Hancock A/C 62 JH High Yield Fund (99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Latigo Master Fund Ltd.
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Loews Corporation
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV
Morgan Stanley Investment Management Garda BV
Morgan Stanley Investment Management Inc. as AgtINCAS AGT
Morgan Stanley Investment Management Mezzano B V
Mountain Capital Advisors
National City Corporation
New York Life Insurance Company
New York Life Investment Management
Nomura Corporate Research & Asset Management Inc.
Nomura Corporate Research & Asset Mgmt
Oak Hill Advisors LP
Octagon Credit Investors LLC
Oppenheimer Funds Inc.
OZ Management LP
Paloma Partners Management Co Inc.
Patriarch Partners LLC
Pentwater Capital Management L P
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Rabobank Int'l
Raven Asset Management LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation
Sandelman Partners LP
Satellite Asset Management LP
Scoggin Capital management LP II
Scoggin International Fund LTD.
Scoggin Worldwide Distressed Fund, LTD
Scotia Capital Inc.
SEG Latigo Master Fund Ltd.
Seneca Capital Management
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Societe Generale
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
Taconic Capital Advisors LLC
Taconic Capital Partners 1.5 LP

Taconic Market Dislocation Fund II LP
Taconic Market Dislocation Master Fund II LP
Taconic Opportunity Fund LP
TCW Asset Management Co.
Templeton Global Investmetn Trust – Templeton Income Fund
Trimaran Advr LLC
UBS AG
UBS O'Connor LLC
Varde Investment Partners, L.P.
Varde Partners Inc.
Viking Global Equities LP
Viking Global Equities II LP
Viking Global Performance LLC
Wachovia Bank National Association
Waterstone Market Neutral Master Fund, Ltd.
Waterstone Market Neutral Mac51 Fund, Ltd.
Wells Fargo Foothill Inc.
WestLB AG
Wilmington Trust Company – Delaware
York Capital Management

**COUNTERPARTIES TO HEDGING AGREEMENTS**

Barclays Capital

**AGENTS UNDER CREDIT AGREEMENTS**

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL CORPORATION
MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.

**SIGNIFICANT HOLDERS OF DEBTORS' PREPETITION NOTES**

Centerbridge Credit Advisors LLC
Centerbridge Partners, L.P.

**INDENTURE TRUSTEES**

Deutsche Bank National Trust Company Americas
Wilmington Trust Company

**FORMER INDENTURE TRUSTEES**

Citibank, N.A.
Wells Fargo Bank, N.A.

**PROFESSIONALS RETAINED BY PREPETITION LENDERS**

Blackstone Advisory Services, L.P.
FTI Consulting, Inc.

**PROFESSIONALS RETAINED BY POSTPETITION LENDERS**

NONE

**PROFESSIONALS RETAINED BY INDENTURE TRUSTEES AND NOTEHOLDERS**

NONE

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

JPMorgan Chase Bank, N.A.
Merrill Lynch Capital Corporation
Warner Brothers Television
Wilmington Trust Company

**PROFESSIONALS RETAINED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

NONE

**PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS**

Deloitte & Touche LLP
Lazard Freres & Co. LLC
Paul, Hastings, Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Seyfarth Shaw LLP

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
St. Paul Fire & Marine Insurance Company (Travelers)
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## DEBTORS' MAJOR CUSTOMERS

American Express Co
Anheuser Busch
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carnival Corp.
Citigroup
Comcast
Comcast Cable
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Dunkin Donuts
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations
Honda Factory
Hyundai Dealer Associations
ITT Educational Services
Johnson & Johnson
Kraft General Foods
McDonalds – McDonald's
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Procter & Gamble – P&G
Progressive Insurance
Qwest Communications
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia
Tristar
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
Valassis
Verizon Wireless
Verizon Wireless – Cellular
Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Andy Martin
CBS Broadcasting Inc.
CBS Radio Inc.
TV Guide Online, Inc.
TV Guide Online, LLC
U.S. Bank National Association
VW Sterling Corporation

**DEBTORS' SIGNIFICANT LANDLORDS**

220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
BKM 3128 Redhill Associates LLC
IAC Aviation LLC
The J. David Gladstone Institutes
Wells Fargo Bank, N.A.

**JUDGES OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

NONE

**OFFICE OF THE UNITED STATES TRUSTEE**

NONE

**ESOP TRUSTEE**

GreatBanc Trust Company

**ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTION**

EGI-TRB, L.L.C.
~~Sam Investment Trust~~
Tribune Employee Stock Ownership Plan
Goldman Sachs & Co.

**SIGNIFICANT FORMER SHAREHOLDERS**

NONE

**MAJOR HOLDERS OF PHONES**

Citadel Investment Group LLC
Sandelman Partners LP

**COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS**

NONE

**JOINT VENTURE PARTNERS**

NONE

**OTHER**

EQUITY GROUP INVESTMENTS LLC

**EQUITY METHOD INVESTMENTS**

COMCAST SPORTSNET CHICAGO