# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

### June 1, 2012 through June 30, 2012

| Project Code | Description | Amount |
|---|---|---|
| 005735.00004 | Current Financials | 40,176.50 |
| 005735.00008 | Plan of Reorganization | 26,589.00 |
| 005735.00015 | UCC Meetings | 199.50 |
| **Total Fees Incurred** | | **66,965.00** |

| Expenses | | Amount |
|---|---|---|
| Conference Calls | | 4.90 |
| Parking & Tolls | | 27.00 |
| **Total Disbursements** | | **31.90** |

Re:              Current Financial
Client/Matter #  005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/01/12 | ANL | Prepared weekly status update to UCC. | 2.20 |
| 06/01/12 | BH | Analyze Moelis Media Update. | 0.50 |
| 06/05/12 | BH | Draft memo to Chadbourne on potential management changes as reported in the press. | 0.50 |
| 06/05/12 | BH | Discuss potential management changes with Tribune advisors, as reported in news articles regarding post confirmation organization. | 0.60 |
| 06/05/12 | ANL | Prepared weekly status update to UCC. | 1.50 |
| 06/06/12 | ANL | Reviewed weekly flash reports and UCC minutes. | 2.10 |
| 06/06/12 | ANL | Prepared weekly status update to UCC. | 1.20 |
| 06/07/12 | ANL | Prepared weekly status update to UCC. | 1.60 |
| 06/07/12 | ANL | Analyzed weekly revenue flash reports. | 1.30 |
| 06/07/12 | BH | Review Moelis Media Update. | 0.50 |
| 06/07/12 | BH | Revise weekly financial results and report to Committee. | 2.60 |
| 06/08/12 | ANL | Prepared weekly status update to UCC. | 1.10 |
| 06/11/12 | ANL | Analyzed May 2012 publishing and broadcasting results. | 2.20 |
| 06/11/12 | ANL | Prepared May 2012 fee application. | 1.30 |
| 06/11/12 | BH | Review and analyze May financial results as compared to Plan. | 2.60 |
| 06/12/12 | ANL | Prepared summary of publishing and broadcasting year to date results. | 1.30 |
| 06/12/12 | ANL | Participated in Tribune FA call on May 2012 results. | 0.50 |
| 06/12/12 | ANL | Prepared weekly status update to UCC. | 1.50 |
| 06/12/12 | ANL | Analyzed May 2012 Brown Book. | 2.80 |
| 06/12/12 | BH | Participate in call with Tribune advisors to discuss May financial results. | 0.60 |
| 06/13/12 | BH | Revise weekly status update report to Committee. | 0.70 |
| 06/13/12 | ANL | Analyzed May 2012 publishing and broadcasting year to date results. | 1.80 |
| 06/13/12 | ANL | Prepared weekly status update to UCC. | 2.20 |
| 06/13/12 | ANL | Analyzed weekly cash reports and revenue flash reports. | 2.10 |
| 06/13/12 | BH | Review weekly financial results and weekly reports. | 1.80 |
| 06/13/12 | ANL | Prepared memo on May 2012 results. | 1.30 |
| 06/13/12 | BH | Review monthly financial results compared to Plan and prior year. | 1.60 |
| 06/14/12 | BH | Review and analyze potential sale of studio real estate in Florida. | 1.00 |
| 06/14/12 | BH | Draft memo to Chadbourne on potential real estate sale. | 0.40 |
| 06/14/12 | ANL | Analyzed industry reports and competitor earnings and weekly results. | 2.20 |
| 06/14/12 | ANL | Analyzed claims information and claims presentation | 2.30 |
| 06/15/12 | ANL | Analyzed WSFL real estate sale documents. | 1.10 |

Re:                        Current Financial
Client/Matter #            005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 06/18/12 | ANL | Prepared weekly status update to UCC. | 2.30 |
| 06/18/12 | ANL | Analyzed weekly flash revenue and cash reports. | 1.60 |
| 06/19/12 | BH | Review weekly financial performance compared to Plan. | 2.40 |
| 06/21/12 | BH | Review Moelis Media Update. | 0.50 |
| 06/25/12 | ANL | Analyzed weekly flash revenue and cash reports. | 1.10 |
| 06/25/12 | ANL | Reviewed tolling agreements and stipulation agreements. | 1.50 |
| 06/25/12 | ANL | Prepared weekly status update to UCC. | 1.30 |
| 06/27/12 | ANL | Reviewed tolling agreements and stipulation agreements. | 0.80 |
| 06/27/12 | ANL | Analyzed weekly flash revenue and cash reports. | 1.10 |
| 06/27/12 | ANL | Prepared weekly status update to UCC. | 0.80 |
| 06/27/12 | BH | Analyze latest weekly financial performance compared to Plan. | 2.50 |
| 06/27/12 | BH | Analyze Moelis Media Update. | 0.50 |
| | | **Total Hours** | 63.40 |

Re:                    Current Financial
Client/Matter #        005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 44.10 | 620.00 | 27,342.00 |
| Brad Hall | 19.30 | 665.00 | 12,834.50 |
| **Total Hours & Fees** | **63.40** | | **40,176.50** |

Re:                    Plan of Reorganization
Client/Matter #        005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/01/12 | BH | Review and analyze latest data form Tribune advisors on status of resolving claims prior to effective date of reorganization. | 1.80 |
| 06/04/12 | ANL | Analyzed POR and claims distribution. | 3.00 |
| 06/05/12 | BH | Review diligence requirements regarding Tribune advisors claims analysis presentation. | 0.50 |
| 06/05/12 | ANL | Analyzed Debtors claims and distributable cash presentation. | 2.10 |
| 06/06/12 | ANL | Reviewed memos in support of POR. | 2.10 |
| 06/07/12 | BH | Review article on Tribune post confirmation sale plans and discuss with Tribune advisors the accuracy of reports. | 1.70 |
| 06/07/12 | ANL | Reviewed POR and supporting documents. | 1.80 |
| 06/08/12 | BH | Review updated report from Tribune advisors on status of claims as of effective date. | 1.30 |
| 06/11/12 | BH | Review latest claims estimate from Tribune advisors. | 0.60 |
| 06/11/12 | BH | Analyze the estimated distributable cash as of effective date. | 1.80 |
| 06/11/12 | ANL | Reviewed POR and supporting documents. | 1.30 |
| 06/11/12 | ANL | Prepared memo on distributable cash and claim reserves. | 2.30 |
| 06/14/12 | ANL | Analyzed tolling agreements and preference analysis. | 2.50 |
| 06/14/12 | RBD | Respond to bondholders' litigation hold request. | 1.30 |
| 06/14/12 | MFR | Review of draft agreement regarding production of documents to the Litigation Trust. | 2.50 |
| 06/14/12 | CR | Response to litigation trust request. | 0.60 |
| 06/14/12 | AH | Correspondence w/ counsel re: transfer of documents to litigation trust | 0.20 |
| 06/15/12 | BH | Review updated claims information based upon actual elections made to plan regarding participation in litigation trust strip. | 1.50 |
| 06/18/12 | RBD | Review request for litigation hold production. | 1.10 |
| 06/18/12 | MFR | Conference call regarding litigation trust document production. | 0.50 |
| 06/18/12 | ANL | Analyzed tolling agreements, AT&T and Buena Vista Stipulation agreements, and preference analysis. | 2.80 |
| 06/18/12 | RBD | Call with counsel regarding litigation hold request. | 0.70 |
| 06/25/12 | MFR | Review of documents related to production to Litigation Trustee. | 2.00 |
| 06/26/12 | MFR | Review of documents and production agreement related to litigation hold in preparation for call with Chadbourne. | 2.00 |
| 06/27/12 | RBD | Respond to bondholders' litigation hold request. | 1.20 |
| 06/27/12 | MFR | Call with Chadbourne regarding production of documents related to litigation hold. | 1.00 |
| | | **Total Hours** | **40.20** |

Re:                         Plan of Reorganization
Client/Matter #             005735.00008


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 4.30 | 920.00 | 3,956.00 |
| Alan Holtz | 0.20 | 920.00 | 184.00 |
| Mark F Rule | 8.00 | 620.00 | 4,960.00 |
| Albert Leung | 17.90 | 620.00 | 11,098.00 |
| Brad Hall | 9.20 | 665.00 | 6,118.00 |
| Christopher Rubel | 0.60 | 455.00 | 273.00 |
| **Total Hours & Fees** | **40.20** | | **26,589.00** |

Re:                          UCC Meetings
Client/Matter #              005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/05/12 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.30 |
| | | **Total Hours** | **0.30** |

Re:                            UCC Meetings
Client/Matter #                005735.00015


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 0.30 | 665.00 | 199.50 |
| **Total Hours & Fees** | **0.30** | | **199.50** |