# EXHIBIT "C"

Re: UCC Meetings
Client/Matter # 005735.00015

| Date | Disbursement Description | Amount |
|---|---|---|
| 05/31/12 | Conference Calls - - VENDOR: Raindance Communications, Inc. Brad Hall | 4.90 |
| 06/11/12 | Parking & Tolls Albert Leung (overtime) | 27.00 |
| | **Total Disbursements** | **31.90** |

Re: UCC Meetings  
Client/Matter # 005735.00015

**Disbursement Recap:**

| Description | Amount |
| --- | ---: |
| Conference Calls | 4.90 |
| Parking & Tolls | 27.00 |
| **Total Disbursements** | **31.90** |