IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket Nos. 12080, 12082, 12084, 12085 and 12086 |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED SCHEDULING ORDER WITH RESPECT TO MOTIONS TO STAY PENDING APPEAL OF CONFIRMATION ORDER AND MOTIONS FOR CERTIFICATION OF DIRECT APPEAL OF CONFIRMATION ORDER

The undersigned, counsel to the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") hereby certify as follows:

1. On July 25, 2012, a telephonic hearing (the "Telephonic Hearing") was held on the (i) Motion to Schedule Expedited Hearing and Shorten Notice Regarding Aurelius Capital

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Management, LP's ("Aurelius") Motion for a Stay Pending Appeal [Docket No. 12082] and (ii) Motion to Schedule Expedited Hearing and Shorten Notice Regarding Law Debenture Trust Company of New York's ("Law Debenture") and Deutsche Bank Trust Company Americas' ("DBTCA") (A) Motion for Limited Stay Pending Appeal of Confirmation Order and (B) Motion for Certification of Direct Appeal of Confirmation Order [Docket No. 12086] (the "Motions to Expedite") to address the pending Motions to Expedite and the scheduling of a hearing on the (i) motions of Aurelius, Law Debenture and DBTCA for a stay pending appeal of the Order Confirming the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries, dated July 23, 2012 (the "Stay Motions") [Docket Nos. 12080 and 12085]; and (ii) motion of Law Debenture and DBTCA requesting certification of direct appeal of the Confirmation Order to the United States Court of Appeals for the Third Circuit (the "Direct Appeal Motion") [Docket No. 12084].

2. At the conclusion of the Telephonic Hearing, the Court scheduled the Stay Motions and Direct Appeal Motion for hearing on August 17, 2012 and directed the parties to confer and submit a proposed scheduling order for the Court's consideration. The Court further indicated that if the Parties were unable to submit a consensual proposed order, another telephone conference would be scheduled.

3. Shortly after the hearing, counsel for the Debtors conferred with counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee"), Oaktree Capital Management, L.P. ("Oaktree"), Angelo, Gordon & Co., L.P. ("Angelo Gordon") and JPMorgan Chase Bank, N.A. ("JPMorgan", and together with the Debtors, the Creditors' Committee, Oaktree, and Angelo Gordon, the "DCL Plan Proponents"), Aurelius, Law Debenture and DBTCA (collectively, the "Parties") regarding a proposed schedule.

46429/0001-8728538v3

4.      Following substantial discussion, the Parties have reached agreement on a schedule but continue to disagree on a single issue regarding the extent to which reply briefs submitted in connection with the Stay Motions, and evidence submitted in connection with such reply briefs, may address the question of whether a bond should be required in an amount different than that requested in the Stay Motions.  Accordingly, the Parties are submitting two competing proposed orders for the Court's consideration.  The specific language in dispute is contained in the fourth and fifth "Ordered" paragraphs of the competing proposed orders.

5.      Attached hereto as Exhibit A-1 is a proposed Scheduling Order With Respect To Motions To Stay Pending Appeal Of Confirmation Order And Motions For Certification Of Direct Appeal Of Confirmation Order (the "DCL Proposed Order") proposed by the DCL Plan Proponents' for the Court's consideration.  Attached hereto as Exhibit A-2 is a competing proposed Scheduling Order With Respect To Motions To Stay Pending Appeal Of Confirmation Order And Motions For Certification Of Direct Appeal Of Confirmation Order (the "Movants' Proposed Order") submitted on behalf of Aurelius and Law Debenture.

6.      Attached hereto as Exhibit B-1 is a black line which reflects the DCL Plan Proponents' proposed changes to the Movants' Proposed Order and attached hereto as Exhibit B-2 is a black line which reflects the Movants' proposed changes to the DCL Proposed Order.

3

46429/0001-8728538v3

7. The parties respectfully request the Court schedule a telephone conference to address the outstanding issue. Counsel are available at the convenience of the Court to address their respective positions with respect to the competing proposed orders.

Dated: July 31, 2012

        SIDLEY AUSTIN LLP
        James F. Conlan
        Bryan Krakauer
        Kevin T. Lantry
        Jessica C.K. Boelter
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312 853-7000
        Telecopier: (312) 853-7036

        James F. Bendernagel, Jr.
        Ronald S. Flagg
        1501 K St., N.W.
        Washington, D.C. 20005
        Telephone: (202) 736-8000

        – and –

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

        /s/ *[signature]*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        Telecopier: (302) 652-3117

        Counsel for Debtors and Debtors In Possession

46429/0001-8728538v3