# EXHIBIT A

| Transaction Date | Client Name | Employee Name | Actual Hours Logged | Fees Logged | Description |
|---|---|---|---|---|---|
| 6/7/2012 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | Catch-up with Gary Weitman re: confirmation hearing, FCC review .5 |
| 6/8/2012 | Tribune Company | Zilka, Jeffrey R. | 0.5 | 350 | Brief Deb Fiddelke re FCC review .3  Write Gary Weitman .2 |
| 6/8/2012 | Tribune Company | Fiddelke, Debbie Sue | 1 | 435 | FCC Review meeting |
| 6/11/2012 | Tribune Company | Fiddelke, Debbie Sue | 1 | 435 | Prep for call with Gary Weitman re: FCC waiver analysis .5  Call with Gary Weitman .5 |
| 6/25/2012 | Tribune Company | Fiddelke, Debbie Sue | 1 | 435 | Reviewing research for the FCC analysis |
| 6/26/2012 | Tribune Company | Zilka, Jeffrey R. | 1 | 700 | Review results of research on FCC waiver review .3, meet to develop conclusions and recommendations, email Gary Weitman .7 |
| 6/26/2012 | Tribune Company | Fiddelke, Debbie Sue | 1 | 435 | Reviewing research for the FCC analysis |
| 6/28/2012 | Tribune Company | Fiddelke, Debbie Sue | 2 | 870 | FCC waiver analysis |
| | | **TOTAL** | **8** | **$ 4,010** | |

2