# Exhibit A



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

July 31, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:284319
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

### STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through June 30, 2012.

| | | |
|---|---|---|
| By Graeme W. Bush | | |
| 0.20 hours at $875.00 per hour | $ | 175.00 |
| By James Sottile | | |
| 89.20 hours at $790.00 per hour | $ | 70,468.00 |
| By Andrew N. Goldfarb | | |
| 40.40 hours at $640.00 per hour | $ | 25,856.00 |
| By P. Andrew Torrez | | |
| 13.50 hours at $610.00 per hour | $ | 8,235.00 |
| By Jer-Wei (Jay) Chen | | |
| 0.30 hours at $280.00 per hour | $ | 84.00 |
| By Lisa Gehlbach | | |
| 3.30 hours at $280.00 per hour | $ | 924.00 |
| TOTAL FEES | $ | 105,742.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 105,742.00 |

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC

James Sottile

| | | |
|---|---|---|
| 06/01/12 | 1.00 | Call with DCL counsel re amendments to Plan, Litigation Trust documents to respond to objections. |
| 06/01/12 | 0.40 | Call with D. Zensky (Akin) re amendments to Plan, Litigation Trust documents to respond to objections. |
| 06/01/12 | 0.30 | Call with M. Walsh and A. Saavedra (Weil) re Plan issue concerning treatment of Morgan Stanley Senior Notes. |
| 06/01/12 | 0.30 | Calls with K. Stickles (Cole Schotz) re Plan issue concerning treatment of Morgan Stanley Senior Notes. |
| 06/01/12 | 0.80 | Extensive e-mail correspondence with D. Zensky (Akin) and E. Moskowitz and M. Russano (Davis Polk) re revisions to Plan language dealing with release issues. |
| 06/01/12 | 1.70 | Review and edit sections of response brief to Plan objections. |
| 06/01/12 | 0.30 | Call with J. Teitelbaum (Teitelbaum & Baskin) re objections to Litigation Trust Board fees and expenses. |
| 06/01/12 | 0.30 | Call with K. Lantry (Sidley) and D. Zensky (Akin) re Plan objections by Aurelius and proposed resolution. |
| 06/01/12 | 1.60 | Review multiple rounds of revisions to Plan and Litigation Trust documents. |
| 06/03/12 | 0.90 | Call with J. Bendernagel (Sidley) re confirmation hearing arguments. |
| 06/04/12 | 0.40 | Call with D. LeMay (Chadbourne) re confirmation hearing arguments. |
| 06/04/12 | 0.40 | Calls with K. Lantry (Sidley) re plan objections and confirmation hearing issues. |
| 06/04/12 | 0.30 | Call with J. Bendernagel and R. Flagg (Sidley) re Litigation Trust Confidentiality and Cooperation Agreement. |
| 06/04/12 | 0.40 | E-mail correspondence with D. Zensky (Akin) and E. Moskowitz and M. Russano (Davis Polk) re Plan release language issues. |
| 06/04/12 | 0.40 | Calls with K. Stickles (Cole Schotz) re Morgan Stanley Senior Notes Plan issue. |
| 06/04/12 | 0.50 | Review/analyze documents re Morgan Stanley Senior Notes Plan issue. |

| | | |
|---|---|---|
| 06/04/12 | 0.20 | Call with J. Teitelbaum (Teitelbaum & Baskin) re issues on Litigation Trust Board compensation and fees. |
| 06/04/12 | 0.40 | Call with D. LeMay (Chadbourne) and J. Teitelbaum (Teitelbaum & Baskin) re issues on Litigation Trust Board compensation and fees. |
| 06/04/12 | 0.40 | Calls with M. Siegel (Brown Rudnick) re sharing Committee documents and information with Litigation Trust. |
| 06/04/12 | 3.00 | Begin preparation for confirmation hearing arguments - review briefs, documents, case law. |
| 06/05/12 | 1.20 | Call with D. Zensky (Akin), M. Siegel (Brown Rudnick) and J. Bendernagel, R. Flagg and T. Ross (Sidley) re issues on Litigation Trust Cooperation and Confidentiality Agreement. |
| 06/05/12 | 0.80 | Call with M. Siegel and G. Novod (Brown Rudnick) and C. Rivera (Chadbourne) re issues on Litigation Trust Cooperation and Confidentiality Agreement. |
| 06/05/12 | 0.20 | Call with D. LeMay, C. Rivera and A. Rosenblatt (Chadbourne) re Committee agreement re sharing documents and information with Litigation Trust. |
| 06/05/12 | 0.80 | Review final version of response to Plan objections and supplemental filings re objections by other parties. |
| 06/05/12 | 0.50 | Call with J. Bendernagel (Sidley) re Litigation Trust Confidentiality and Cooperation Agreement issues. |
| 06/05/12 | 0.50 | Call with J. Bendernagel (Sidley) and E. Moskowitz (DPW) re issues on Litigation Trust Confidentiality and Cooperation Agreement. |
| 06/05/12 | 1.20 | Work on revisions to Litigation Trust Confidentiality and Cooperation Agreement. |
| 06/05/12 | 0.30 | Calls with D. Zensky (Akin) re issues on Plan objections. |
| 06/06/12 | 0.30 | Call with C. Rivera (Chadbourne) re Litigation Trust loan and funding issues. |
| 06/06/12 | 0.70 | Prepare for and participate in telephonic hearing re confirmation hearing. |
| 06/06/12 | 0.80 | Extensive e-mail correspondence with Akin Gump re efforts to resolve confirmation objections. |
| 06/06/12 | 2.50 | Draft/edit revisions to Plan language and Litigation Trust agreements in response to objections. |

| | | |
|---|---|---|
| 06/06/12 | 0.50 | Calls with K. Lantry and J. Bendernagel (Sidley) re efforts to resolve confirmation objections and draft revisions to Plan language and Litigation Trust agreements. |
| 06/06/12 | 0.30 | Calls with D. Zensky (Akin) re efforts to resolve confirmation objections. |
| 06/06/12 | 0.40 | Calls with E. Moskowitz (Davis Polk) re efforts to resolve confirmation objections and draft language. |
| 06/06/12 | 0.50 | Extended e-mail correspondence with E. Moskowitz and M. Russano (Davis Polk) re efforts to resolve confirmation objections re definition of Selling Shareholders. |
| 06/06/12 | 1.50 | Begin preparation for confirmation hearing by reviewing objections and responses and key language at issue. |
| 06/07/12 | 2.70 | Prepare for confirmation hearing by reviewing key documents, outlining arguments. |
| 06/07/12 | 2.50 | Participate in confirmation hearing. |
| 06/07/12 | 0.70 | Meeting with DCL counsel to prepare for confirmation hearing. |
| 06/07/12 | 0.40 | E-mail correspondence with D. Zensky (Akin) and E. Moskowitz (Davis Polk) re open issues on Plan release amendments. |
| 06/07/12 | 0.60 | Multiple rounds of edits to Debtors agreement with Litigation Trust re transfer of documents and privileges. |
| 06/07/12 | 0.30 | Revisions to Plan release language. |
| 06/07/12 | 0.20 | Call with D. Golden (Akin) re Litigation Trust loan provisions. |
| 06/07/12 | 0.20 | Call with D. Schaible and E. Vonnegut (Davis Polk) re Litigation Trust loan provisions. |
| 06/07/12 | 0.40 | E-mail correspondence with G. Dougherty (Grippo), J. Bendernagel (Sidley) and D. Zensky (Akin) re issues on privilege transfer provisions of Debtors' agreement with Litigation Trust. |
| 06/07/12 | 0.40 | Revisions to Plan language re effect of Plan on later litigation. |
| 06/08/12 | 1.50 | Prepare for confirmation hearing by outlining arguments and reviewing relevant documents. |
| 06/08/12 | 2.70 | Participate in confirmation hearing and negotiations at break in hearing to resolve disputed issues. |

| 06/09/12 | 0.30 | Review Aurelius revisions to Debtors' Agreement with Litigation Trust. |
| 06/09/12 | 2.50 | Draft Committee Agreement to share documents and information with Litigation Trust. |
| 06/09/12 | 0.30 | Call with J. Bendernagel and R. Flagg (Sidley) re Aurelius revisions to Debtors' Agreement with Litigation Trust. |
| 06/10/12 | 1.70 | Edit Committee agreement to share information with Litigation Trust. |
| 06/10/12 | 0.20 | Call with M. Ashley (Chadbourne) re issues on Committee agreement to share information with Litigation Trust. |
| 06/10/12 | 0.30 | Call with J. Bendernagel and R. Flagg (Sidley) re issues on agreements to share information with Litigation Trust. |
| 06/10/12 | 0.40 | E-mail correspondence with J. Bendernagel (Sidley) and other DCL counsel re issues on Committee agreement to share information with Litigation Trust. |
| 06/11/12 | 0.30 | Call with DCL counsel to prepare for telephonic hearing re efforts to resolve remaining confirmation issues. |
| 06/11/12 | 0.40 | Participate in telephonic hearing re efforts to resolve remaining confirmation issues. |
| 06/11/12 | 0.30 | Review draft Plan amendments dealing with confirmation objections. |
| 06/11/12 | 0.20 | Call with J. Teitelbaum (Teitelbaum & Baskin) re potential efforts to resolve shareholder claims. |
| 06/11/12 | 0.40 | Call with D. Zensky (Akin) and M. Siegel (Brown Rudnick) re issues on Committee agreement to share information with Litigation Trust. |
| 06/11/12 | 0.20 | Call with J. Bendernagel (Sidley) re Confirmation Order language requested by Grippo & Elden. |
| 06/11/12 | 0.20 | Call with D. Zensky (Akin) re open issues on information sharing agreements with Litigation Trust and Plan and Confirmation Order language. |
| 06/11/12 | 0.20 | Call with K. Lantry (Sidley) re issues on Committee agreement with Litigation Trust to share information. |
| 06/11/12 | 1.70 | Revise Committee agreement to share information with Litigation Trust in response to comments from Noteholders. |
| 06/12/12 | 1.20 | Further revisions to Committee agreement to share information with Litigation Trust and send to Noteholders' counsel. |

| 06/12/12 | 0.40 | Edit confirmation order language re privilege transfers drafted by Grippo & Elden. |
|---|---|---|
| 06/12/12 | 0.20 | Call with D. Zensky (Akin) re outstanding issues on Committee agreement to share information with Litigation Trust. |
| 06/12/12 | 0.20 | Call with K. Lantry (Sidley) re outstanding issues on agreements with Litigation Trust and relationship to Confirmation Order. |
| 06/12/12 | 0.20 | Draft note to DCL counsel re approval of agreements with Litigation Trust in Confirmation Order. |
| 06/13/12 | 0.80 | Review/analyze Noteholders' revisions to Committee agreement to share information with Litigation Trust and e-mail to Noteholders identifying key issues. |
| 06/13/12 | 0.40 | Calls with D. Zensky (Akin) and M. Siegel (Brown Rudnick) re issues on Committee agreement to share information with Litigation Trust. |
| 06/13/12 | 1.30 | Further revisions to Committee agreement to share information with Litigation Trust in response to Noteholder revisions and comments. |
| 06/14/12 | 0.30 | Call with DCL counsel re remaining open issues on Committee agreement with Litigation Trust. |
| 06/14/12 | 0.40 | Calls with D. Zensky (Akin) and M. Siegel (Brown Rudnick) re issues on Committee agreement with Litigation Trust. |
| 06/14/12 | 0.40 | Review latest revised draft from Noteholders of Committee agreement with Litigation Trust. |
| 06/14/12 | 0.30 | E-mail correspondence with M. Ashley (Chadbourne) re issues on Committee agreement with Litigation Trust. |
| 06/14/12 | 0.20 | E-mail correspondence and phone call with J. Mester (Jones Day) re issues on Committee agreement with Litigation Trust. |
| 06/14/12 | 1.70 | Further revisions to Committee agreement with the Litigation Trust. |
| 06/14/12 | 0.30 | Draft memorandum to Committee re agreement with Litigation Trust. |
| 06/14/12 | 0.50 | Further revisions to Plan and Confirmation Order language re agreements to share information with Litigation Trust. |
| 06/15/12 | 0.40 | Call with MDL plaintiffs' counsel re amending complaints. |
| 06/15/12 | 1.70 | Further revisions to Committee agreement to share information with Litigation Trust. |

| | | |
|---|---|---|
| 06/15/12 | 0.80 | Multiple revisions to Confirmation Order language re privilege transfer and e-mail correspondence with G. Dougherty (Grippo & Elden) re same. |
| 06/15/12 | 0.20 | Call with G. Dougherty (Grippo & Elden) re privilege transfer issues. |
| 06/15/12 | 0.30 | Call with D. Zensky (Akin) re issues on Committee agreement to share information with Litigation Trust. |
| 06/15/12 | 0.40 | Calls with J. Bendernagel and K. Lantry (Sidley) re agreements with Litigation Trust, Plan revisions. |
| 06/15/12 | 0.20 | Call with Davis Polk and Jones Day re issues on Committee agreement with Litigation Trust |
| 06/15/12 | 0.90 | Review Plan revisions and other documents for filing. |
| 06/15/12 | 0.30 | E-mail correspondence with D. Zensky (Akin) re revisions to Committee agreement. |
| 06/18/12 | 0.30 | Calls with D. Zensky (Akin) re issues on Committee agreement with Litigation Trust. |
| 06/18/12 | 0.30 | Review revised draft of Committee agreement with Litigation Trust from Akin and e-mail to DCL counsel re same. |
| 06/18/12 | 0.40 | Calls with D. LeMay (Chadbourne) re issues on Committee agreement with Litigation Trust. |
| 06/18/12 | 0.50 | Further revisions to Confirmation Order language re privilege transfers and e-mail correspondence with DCL counsel, D. Zensky (Akin) and G. Dougherty (Grippo & Elden) re same. |
| 06/18/12 | 0.30 | E-mail correspondence with J. Mester (Jones Day) and E. Moskowitz (Davis Polk) re post-effective date Committee fees issue. |
| 06/18/12 | 0.90 | Multiple revisions of Committee agreement with Litigation Trust. |
| 06/18/12 | 0.30 | Work on revisions to Plan Amendment re Committee role post-effective date. |
| 06/18/12 | 0.50 | Draft/edit description of open issues on Committee agreement for cover note to Court; e-mail correspondence with Debtors' counsel and Akin re same. |
| 06/18/12 | 0.20 | Call with D. Bradford (Jenner) re FitzSimons stay and review stay orders. |
| 06/18/12 | 0.30 | Review further revised draft of Committee agreement with Litigation Trust from Akin and e-mail correspondence with DCL counsel re same. |

July 31, 2012                                                                                                    Page 8

| 06/18/12 | 1.40 | Final, close read of agreements with Litigation Trust, Plan amendments and other documents for filing. |
| 06/18/12 | 0.20 | E-mail communications with DCL counsel re revisions to Plan Amendment. |
| 06/19/12 | 0.20 | Call with D. LeMay (Chadbourne) re open issues on Committee agreement with Litigation Trust. |
| 06/19/12 | 0.30 | E-mail correspondence with DCL counsel re issues on Committee agreement with Litigation Trust. |
| 06/19/12 | 0.10 | E-mail correspondence with D. Bradford (Jenner) re mootness of motion to lift stay for Rule 9011 motion. |
| 06/20/12 | 0.30 | Call with J. Bendernagel (Sidley) re Plan confirmation issues. |
| 06/20/12 | 0.30 | Call with D. LeMay (Chadbourne) re Aurelius letter concerning discovery of Committee. |
| 06/20/12 | 0.40 | Edit proposed revisions to Committee agreement with Litigation Trust to respond to Aurelius letter. |
| 06/20/12 | 0.20 | Review Aurelius letter to Court re discovery of Committee. |
| 06/20/12 | 0.70 | Edit response to Aurelius letter re Committee discovery. |
| 06/20/12 | 0.20 | Call with D. Zensky (Akin) re Committee discovery issue. |
| 06/20/12 | 0.80 | Draft memorandum to Committee re joint settlement offer to shareholders. |
| 06/20/12 | 2.00 | Analyze settlement value of intentional and constructive fraudulent transfer claims against shareholders; review key legal memos, Court's opinion and Examiner report re same. |
| 06/21/12 | 0.70 | Prepare for and participate in telephonic hearing re Committee agreement with Litigation Trust. |
| 06/21/12 | 0.40 | Edit letter to Judge Carey responding to Aurelius letter re Committee agreement with Litigation Trust. |
| 06/21/12 | 1.60 | Draft and edit memorandum to Committee recommending joint settlement offer on shareholder claims. |
| 06/22/12 | 2.10 | Draft and edit memorandum to Committee re proposed joint offer to settle shareholder claims. |
| 06/22/12 | 0.30 | Call with A. Goldfarb and R. Cobb and D. Rath (Landis Rath) re memorandum to Committee concerning joint offer to settle shareholder claims. |
| 06/22/12 | 0.20 | Calls with D. LeMay and T. McCormack (Chadbourne) re memorandum to Committee concerning proposed joint offer to settle shareholder claims. |

| | | |
|---|---|---|
| 06/22/12 | 0.20 | Call with G. Novod (Brown Rudnick) re proposed joint offer to settle shareholder claims. |
| 06/22/12 | 1.10 | Further analysis of proposed joint offer to settle shareholder claims and settlement value of claims. |
| 06/25/12 | 0.20 | Call with D. Zensky (Akin) re proposed joint settlement offer on shareholder claims. |
| 06/25/12 | 0.20 | Review Grippo & Elden request to be appointed liaison counsel for Fitzsimons defendants and e-mail correspondence with MDL counsel re same. |
| 06/26/12 | 1.00 | Call with Chadboune team and A. Goldfarb re recommendation to Committee concerning proposed joint settlement offer on shareholder claims. |
| 06/26/12 | 0.20 | Call with R. Cobb and D. Rath (Landis Rath) re same. |
| 06/27/12 | 0.50 | Meeting with A. Goldfarb and D. Rath (LRC) to prepare for meeting with MDL liaison counsel re case management and upcoming first hearing. |
| 06/27/12 | 0.80 | Meeting with MDL plaintiffs' counsel re case management and upcoming first hearing. |
| 06/27/12 | 1.50 | Meeting with MDL liaison counsel for plaintiffs and defendants re case management and first hearing. |
| 06/27/12 | 0.60 | Review submissions by officers and directors to Zell to Judge Pauley in MDL litigation and work on responses. |
| 06/27/12 | 1.30 | Review MDL master case orders, draft case management proposal. |
| 06/28/12 | 0.80 | Edit memorandum to Committee re proposed settlement offer to shareholders. |
| 06/29/12 | 0.40 | Review and edit draft case management order for MDL litigation. |
| 06/29/12 | 0.40 | Review edits to memorandum to Committee re proposed settlement offer to shareholder and e-mail correspondence with D. LeMay (Chadbourne) re same. |
| 06/29/12 | 0.20 | Call with D. Golden (Akin) re proposed settlement offer to shareholders. |
| 06/29/12 | 0.20 | E-mail correspondence with MDL plaintiffs' counsel re same. |

P. Andrew Torrez

| | | |
|---|---|---|
| 06/01/12 | 1.40 | Review blackline of brief in support of confirmation and proposed findings of fact and conclusions of law. |

| 06/04/12 | 0.90 | Review blackline of DCL Plan reflecting proposed amendments. |
|----------|------|--------------------------------------------------------------|
| 06/04/12 | 0.70 | Review Certain Directors and Officers' reply to Aurelius' Objection to Fourth Amended Plan. |
| 06/05/12 | 0.20 | Review Committee's motion for leave to amend FitzSimons complaint. |
| 06/05/12 | 2.60 | Review memorandum of law supporting confirmation and omnibus reply to objections to confirmation. |
| 06/11/12 | 1.10 | Review blackline of proposed amendments to DCL Plan and e-mail discussion among co-counsel. |
| 06/11/12 | 1.30 | Review proposed findings of fact and conclusions of law supporting confirmation. |
| 06/12/12 | 0.20 | Review proposed sequence for addressing objections at confirmation hearing. |
| 06/14/12 | 0.10 | Review certification of counsel Debtors regarding agreement to toll statutes of limitation with respect to intercompany actions. |
| 06/15/12 | 0.40 | Review draft agreement between Committee and Litigation Trustee regarding document sharing in connection with confirmation hearing. |
| 06/18/12 | 0.10 | Review stipulation of counsel regarding proposed order approving stipulation between Debtors and Wilmington Trust. |
| 06/19/12 | 0.70 | Review memorandum regarding filing of Amended DCL Plan. |
| 06/19/12 | 0.90 | Review Amended DCL Plan documents filed with the Court. |
| 06/19/12 | 0.10 | Review D&O Insurance quarterly report. |
| 06/20/12 | 0.30 | Review letter submitted by Aurelius regarding Litigation Trust discovery. |
| 06/20/12 | 0.40 | Review draft response letter from Committee to Judge Carey regarding Litigation Trust discovery. |
| 06/21/12 | 0.20 | Review final committee response letter regarding Litigation Trust discovery. |
| 06/22/12 | 0.10 | Review order approving stipulation between Debtors and Washington Post. |
| 06/22/12 | 0.10 | Review order containing third amendment to tolling agreement. |

| 06/22/12 | 0.20 | Review Debtors' proposed briefing schedule. |
|---|---|---|
| 06/25/12 | 0.40 | Review memorandum evaluating Debtors' claim settlement with Buena Vista TV. |
| 06/28/12 | 0.30 | Review memorandum regarding Debtors' proposed claim stipulation with AT&T. |
| 06/28/12 | 0.30 | Research regarding footnote to memorandum regarding settlement of a class action pre-certification does not require court approval. |
| 06/29/12 | 0.50 | Review draft Indenture Trustees' proposal for joint offer to settle fraudulent conveyance claims against shareholders. |

Andrew N. Goldfarb

| 06/01/12 | 0.20 | Emails with J. Green (SVG) re PIMCO papers in lender action. |
|---|---|---|
| 06/01/12 | 0.30 | Review and revise email note re requested stipulation from counsel to party in FitzSimons. |
| 06/01/12 | 0.30 | Review information about Ariel and other FitzSimons defendants as candidates for voluntary dismissal without prejudice. |
| 06/01/12 | 0.40 | Review and analyze Committee's list of FitzSimons defendants. |
| 06/01/12 | 0.40 | Emails with G. McDonald (Teitelbaum) re Committee's defendant list in FitzSimons. |
| 06/01/12 | 0.20 | Call with J. Green (LRC) re Teitelbaum information questions for FitzSimons defendant list. |
| 06/01/12 | 0.10 | Email to L. Gehlbach re coordinating to get summons issued from SDNY for FitzSimons. |
| 06/01/12 | 0.30 | Analyze MDL court orders re stay issues in response to J. Green (LRC) question. |
| 06/01/12 | 0.30 | Update summons documents for FitzSimons for potential letter to Judge Pauley. |
| 06/01/12 | 0.20 | Exchange emails with J. Margolin (Hughes Hubbard) re PwC tolling agreement. |
| 06/04/12 | 0.10 | Review spreadsheets re Ariel Capital Management defendant in FitzSimons. |
| 06/04/12 | 0.20 | Emails with J. Goldsmith (Akin) re Ariel defendants' status in FitzSimons. |

| 06/04/12 | 0.20 | Call with J. Green (LRC) re Ariel defendants' status in FitzSimons. |
| 06/04/12 | 1.20 | Begin drafting letter to J. Pauley re interpretation of stay orders and continuing discovery. |
| 06/05/12 | 0.30 | Weekly professionals' call re bankruptcy and litigation matters. |
| 06/05/12 | 0.20 | Review G. McDonald (Teitelbaum) and J. Goldsmith (Akin) emails re possible dismissals of MDL defendants in FitzSimons. |
| 06/05/12 | 0.20 | Calls with clerk to J. Pauley re service and FitzSimons' status in MDL. |
| 06/05/12 | 0.10 | Emails to D. Rath (LRC) and J. Sottile re calls with Judge Pauley's clerk. |
| 06/05/12 | 0.10 | Call with J. Green (LRC) re FitzSimons service and defendant issues. |
| 06/05/12 | 0.10 | Email J. Sottile re status of letter to J. Pauley. |
| 06/05/12 | 0.20 | Review Master Case Order No. 2 issued by MDL court. |
| 06/06/12 | 0.30 | Review status of JPM defendants in FitzSimons. |
| 06/06/12 | 0.10 | Call with E. Moskowitz (DPW) re service on JPM parties for FitzSimons. |
| 06/06/12 | 0.10 | Call with SDNY MDL clerk (S. Jones) and email material to her. |
| 06/06/12 | 0.40 | Participate in telephonic court hearing. |
| 06/06/12 | 0.20 | Email M. Stein (Kasowitz) re information about service of a California FitzSimons defendant. |
| 06/07/12 | 0.10 | Email with J. Green (LRC) re status of service on CalTRS in FitzSimons. |
| 06/07/12 | 0.30 | Call with J. Green (LRC) re timing of service of motion to amend, status of defendant list analysis. |
| 06/07/12 | 0.30 | E-mail to D. Rath, J. Green (LRC) and J. Sottile regarding proposed timing on motion for leave to amend. |
| 06/08/12 | 0.20 | Email MDL plaintiffs re proposed schedule for filing motion to amend MDL complaints. |
| 06/08/12 | 0.20 | Email with R. Lack (Friedman Kaplan) re draft of motion for leave to amend. |

| 06/11/12 | 0.30 | Call with J. Teitelbaum (Teitelbaum) re approach to MDL plaintiffs' amendments to MDL complaints. |
| 06/11/12 | 0.30 | Participate in telephonic court hearing. |
| 06/11/12 | 0.20 | Call with J. Green (LRC) re new summons issuance problem with SDNY. |
| 06/11/12 | 0.10 | Call with J. Green (LRC) to clerk in J. Pauley's chambers. |
| 06/11/12 | 0.10 | Call with J. Pauley's clerk re follow-up instructions as to issuance of FitzSimons summons in MDL. |
| 06/11/12 | 0.60 | Call with M. Hurley, C. Doniak (Akin), D. Rath, J. Green, R. Cobb (LRC), B. Lack and J. Fourmaux (Friedman Kaplan) re MDL plaintiffs' motion for leave to amend complaints. |
| 06/11/12 | 0.30 | Call with D. Rath (LRC) re re MDL plaintiffs' motion for leave to amend complaints. |
| 06/11/12 | 0.20 | Emails to Akin, Friedman Kaplan, Teitelbaum, LRC organizing conference call on MDL plaintiffs' motion for leave to amend complaints. |
| 06/12/12 | 0.20 | Email to J. Green, R. Cobb, D. Rath (LRC) re Rabo Capital and possible dismissal from FitzSimons. |
| 06/13/12 | 0.20 | Email to C. Heune (Rabo and Value Line counsel) re status of possible dismissal from FitzSimons. |
| 06/15/12 | 0.40 | Review and revise draft motion for leave to amend complaints per R. Lack (Friedman Kaplan) comments and MCO-2. |
| 06/15/12 | 0.20 | Revise third amended tolling agreement for PwC. |
| 06/15/12 | 0.20 | Revise third amended tolling agreement for Cahill Gordon. |
| 06/15/12 | 0.30 | Conference call with D. Zensky, M. Hurley (Akin); B. Lack (Friedman Kaplan); D. Rath, R. Cobb (LRC); J. Teitelbaum and G. McDonald (Teitelbaum); and J. Sottile re motion for leave to amend. |
| 06/15/12 | 0.20 | Call with D. Rath (LRC) in preparation for MDL plaintiffs' call. |
| 06/17/12 | 0.60 | Revise and edit draft motion for leave to amend MDL complaints. |
| 06/17/12 | 0.50 | Draft declaration to support motion for leave to amend. |
| 06/18/12 | 0.20 | Emails to LRC and J. Sottile re proposed communication to MDL defendants re motion to amend. |

| | | |
|---|---|---|
| 06/18/12 | 0.10 | Review and respond to M. Hurley (Akin) draft email to MDL defendants. |
| 06/18/12 | 0.10 | Call with rep for Robert Evans re FitzSimons service of complaint. |
| 06/18/12 | 0.30 | Research R. Evans' status (CEO Crane Co.) as FitzSimons defendant. |
| 06/18/12 | 0.20 | Call with J. Schnitzer re status as FitzSimons defendant. |
| 06/18/12 | 0.10 | Call with R. Mak re status as FitzSimons defendant. |
| 06/18/12 | 0.70 | Call with J. Green (LRC) re updated spreadsheets of FitzSimons defendants. |
| 06/18/12 | 0.40 | Review updated spreadsheets of FitzSimons defendants. |
| 06/18/12 | 0.20 | Revise draft 4th amended FitzSimons complaint. |
| 06/18/12 | 0.30 | Revise and circulate draft of FitzSimons motion to amend complaint, draft declaration, and amended complaint to LRC and J. Sottile. |
| 06/18/12 | 0.30 | Revise and circulate to J. Levitin (Cahill) and J. Margolin (Hughes Hubbard) draft tolling agreement extensions. |
| 06/18/12 | 0.10 | Email MDL defendant (J. Polk) contact info for MD liaison counsel. |
| 06/18/12 | 0.10 | Email D. Rath (LRC) re call to discuss FitzSimons dismissals. |
| 06/19/12 | 0.10 | Emails to M. Hurley (Akin), LRC, and J. Sottile re proposed email to MDL defense counsel. |
| 06/19/12 | 0.20 | Call with S. Christensen (Crane Co.) re status of R. Evans as defendant in FitzSimons. |
| 06/19/12 | 0.20 | Calls with D. Rosenzweig (Fulbright) re Committee service and Northern Trust parties. |
| 06/19/12 | 0.40 | Call with J. Green, D. Rath and R. Cobb (LRC) re Committee's approach to dismissing clients in FitzSimons. |
| 06/19/12 | 0.20 | Email response to J. Margolin (Hughes Hubbard) re PwC position on tolling agreement. |
| 06/19/12 | 0.20 | Call with G. McDonald (Teitelbaum) re motion for leave to amend MDL complaints. |
| 06/19/12 | 0.10 | Call with P. Barr (Katten) re clients seeking dismissal from FitzSimons. |

| | | |
|---|---|---|
| 06/19/12 | 0.20 | Research and respond to M. DiStefano (C&P) email re communications with Mr. Berko. |
| 06/19/12 | 0.10 | Call with J. Green (LRC) re responses to FitzSimons inquiries. |
| 06/19/12 | 0.10 | Review R. 11-related filing in MDL. |
| 06/20/12 | 0.20 | Send requested materials re third amended complaint to J. Johnston (Jones Day). |
| 06/20/12 | 0.60 | Draft response to C. Heune re Rabo and Value Line. |
| 06/20/12 | 0.20 | Review protective orders and confidential agreements re shareholder materials in FitzSimons. |
| 06/20/12 | 0.30 | Email to R. Lack (Friedman Kaplan) and J. Goldsmith (Akin) and LRC re protective order interpretation and other MDL defendants. |
| 06/20/12 | 0.20 | Emails with J. Sottile re requirements on notice of appearance in MDL, review Judge Pauley's orders re same. |
| 06/20/12 | 0.10 | Draft email to R. Evans, FitzSimons defendant. |
| 06/20/12 | 0.10 | Email D. Rath (LRC) and J. Sottile re Akin proposal to send pre-motion conference letter to J. Pauley. |
| 06/20/12 | 0.10 | Email J. Sottile re possible response to Zensky email re motion to dismiss organization. |
| 06/20/12 | 0.20 | Emails to counsel to Cahill Gordon and PwC re extensions to tolling agreements. |
| 06/20/12 | 0.10 | Email with R. Cobb (LRC) re tolling agreements extension approach. |
| 06/20/12 | 0.10 | Review/revise J. Sottile's letter to Carey re Zell R. 9011 motion. |
| 06/20/12 | 0.10 | Review and respond to emails from Akin and Friedman Kaplan re confidentiality agreement disclosure issue, Rabo, and Value Line. |
| 06/21/12 | 0.10 | Call with J. Sottile re pending projects. |
| 06/21/12 | 0.40 | Review draft letter to Judge Pauley from D. Newman (Akin). |
| 06/21/12 | 0.10 | Email D. Newman (Akin) with comments re letter to Judge Pauley. |
| 06/21/12 | 0.10 | Call with J. Levitin (Cahill) re tolling agreement. |
| 06/21/12 | 0.10 | Email to J. Green and R. Butcher (LRC) re Universal Institutional Funds (FitzSimons defendant). |

| | | |
|---|---|---|
| 06/21/12 | 0.20 | Call with R. Cobb re Akin letter, SDNY practice, and Rabo issue. |
| 06/21/12 | 0.20 | Call with C. Doniak (Akin) re Value Line status in FitzSimons. |
| 06/21/12 | 0.30 | Review and edit letter to C. Heune re Rabo and Value Line, Inc. |
| 06/21/12 | 0.10 | Finalize and send J. Sottile's letter to Judge Pauley re Zell 9011 Motion. |
| 06/21/12 | 0.30 | Review spreadsheet prepared by LRC re Lehman production and trades. |
| 06/21/12 | 0.20 | Review Chadbourne research on conduits and transferees. |
| 06/21/12 | 0.30 | Review and respond to S. Sulkowski (Milbank) re FitzSimons defendant parties. |
| 06/21/12 | 0.20 | Emails to J. Green (LRC) re FitzSimons discovery. |
| 06/21/12 | 0.10 | Follow up email to SDNY MDL clerk re FitzSimons summons. |
| 06/22/12 | 0.50 | Call with D. Rath (LRC) and J. Sottile re FitzSimons service and status issues. |
| 06/22/12 | 0.20 | Email D. Newman (Akin) comments about draft letter to MDL Court re amending MDL complaints. |
| 06/22/12 | 0.30 | Make revisions to drafts of the memorandum to Committee re possible settlement proposal. |
| 06/22/12 | 0.10 | Respond to LRC email re service issues with SDNY MDL clerk's office. |
| 06/22/12 | 0.20 | Review and respond to J. Green (LRC) email re MCO orders and mailing to FitzSimons defendants. |
| 06/22/12 | 0.60 | Review LRC spreadsheet regarding Lehman Bros. production in FitzSimons. |
| 06/22/12 | 0.40 | Email B. Lack (Friedman Kaplan) re Lehman Bros. production, with spreadsheet. |
| 06/22/12 | 0.20 | Review emails between MDL plaintiffs' and defendants' counsel re MDL plaintiffs motion to amend and scheduled meeting. |
| 06/22/12 | 0.20 | Call with S. Blair (Sobrato Family Trust) re status as FitzSimons defendant. |
| 06/22/12 | 0.20 | Review FitzSimons defendant spreadsheet and email to LRC re Sobrato defendant status. |

| | | |
|---|---|---|
| 06/25/12 | 0.20 | Review revised draft letter from MDL plaintiffs to Judge Pauley. |
| 06/25/12 | 0.30 | Research status of Fidelity Exchange Fund for J. Fourmaux (Friedman Kaplan). |
| 06/25/12 | 0.20 | Review status of Lender action service. |
| 06/25/12 | 0.10 | Email with L. Gehlbach re Lender action service. |
| 06/25/12 | 0.20 | Review/revise draft letter to C. Heune re Rabo and Value Line, Inc. |
| 06/25/12 | 0.10 | Email C. Doniak (Akin) re stipulation of dismissal for Value Line. |
| 06/25/12 | 0.20 | Email to LRC and J. Sottile re strategy for motion to amend FitzSimons complaint. |
| 06/25/12 | 0.10 | Email to counsel for MDL plaintiffs (Akin, Teitelbaum) re 4th amended complaint in FitzSimons. |
| 06/25/12 | 0.10 | Email to J. Fourmaux (Friedman Kaplan) re information about Fidelity. |
| 06/25/12 | 0.10 | Email with J. Green (LRC) re Fidelity entities. |
| 06/25/12 | 0.10 | Email L. Ellis (LRC) re motion to extend service deadline in FitzSimons. |
| 06/25/12 | 0.10 | Email to W. Smith (UCC Chair) re executing tolling agreements. |
| 06/25/12 | 0.20 | Emails with J. Margolin (Hughes Hubbard) re PwC tolling agreement extension. |
| 06/25/12 | 0.10 | Email to J. Green (LRC) re Sobrato and like-situated shareholder defendants in FitzSimons. |
| 06/25/12 | 0.10 | Revise and send to J. Margolin (Hughes Hubbard) revised amended tolling agreement. |
| 06/26/12 | 0.40 | Call with J Green (LRC) re mailing of MDL orders to FitzSimons defendants. |
| 06/26/12 | 0.90 | Call with C&P and J.Sottile re potential settlement offer issues. |
| 06/26/12 | 0.30 | Review MDL orders. |
| 06/26/12 | 0.30 | Finalize and send stipulation re voluntary dismissal and letter to C. Heune. |
| 06/26/12 | 0.20 | Emails with L. Gehlbach re lender action service status. |
| 06/26/12 | 0.70 | Review and analyze list of unserved lender action defendants. |

| 06/26/12 | 0.30 | Review J. Green draft certification and emails to J. Green (LRC) re same. |
| 06/26/12 | 0.20 | Email E. Moskowitz and A. Chang (DPW) re lender action disgorgement defendants. |
| 06/26/12 | 0.20 | Email J. Menard (PretiFlaherty) re Charter Trust status in FitzSimons. |
| 06/26/12 | 0.10 | Email Akin and Teitelbaum re disclosure of draft FitzSimons amendment to MDL defense counsel. |
| 06/26/12 | 0.10 | Email FitzSimons draft fourth amended complaint to MDL liaison defense counsel. |
| 06/26/12 | 1.00 | Review list of FitzSimons defendants. |
| 06/26/12 | 0.30 | Prepare for Wednesday FitzSimons MDL meeting. |
| 06/27/12 | 1.00 | Pre-plaintiffs meeting with J. Sottile and D. Rath (LRC) to discuss MDL litigation and FitzSimons role therein. |
| 06/27/12 | 1.00 | MDL plaintiffs' counsel meeting to discuss case management. |
| 06/27/12 | 1.20 | Meeting with MDL defense liaison counsel to discuss MDL case management. |
| 06/27/12 | 0.50 | Confer with D. Rath (LRC) re MDL service and organization issues. |
| 06/27/12 | 1.00 | Review and edit spreadsheet of FitzSimons defendants. |
| 06/27/12 | 0.10 | Emails with J. Green (LRC) re FitzSimons defendant spreadsheet. |
| 06/28/12 | 0.40 | Revise draft J. Sottile memorandum to Committee re potential settlement offer. |
| 06/28/12 | 0.30 | Review briefs and cases on pre-class certification settlement. |
| 06/28/12 | 0.10 | Send revised draft of Committee memorandum on potential settlement offer to Chadbourne and LRC. |
| 06/28/12 | 0.10 | Call E. Moskowitz (Davis Polk) re JPM entities in FitzSimons and service of same. |
| 06/28/12 | 0.20 | Prepare and circulate to counsel (Cahill) fully executed version of tolling agreement extension with Cahill. |
| 06/28/12 | 0.10 | Emails with J. Green (LRC) re FitzSimons defendant list. |
| 06/29/12 | 0.20 | Call with M. Miller (Davis Polk) re status of JPM entities and service in FitzSimons. |
| 06/29/12 | 0.10 | Email and call W. Smith (UCC Chair) re PwC tolling agreement execution. |

July 31, 2012                                                                 Page 19

| 06/29/12 | 0.20 | Compile and distribute fully executed PwC third amended tolling agreement. |
| 06/29/12 | 0.80 | Review of draft CMO prepared by Akin, and comments by others. |
| 06/29/12 | 0.10 | Email comments to Akin et al. re draft CMO. |
| 06/29/12 | 0.20 | Emails with R. Lack (Friedman Kaplan) re CMO draft. |
| 06/29/12 | 0.10 | Review pro se answer to FitzSimons complain. |

Graeme W. Bush

| 06/21/12 | 0.20 | Review e-mail from M. Roitman regarding report on court hearing. |

Jer-Wei (Jay) Chen

| 06/06/12 | 0.30 | Prepare case law for J. Sottile's review in preparation for hearing. |

Lisa Gehlbach

| 06/05/12 | 0.50 | Call with S.D.N.Y. clerk regarding incorrect date stamp on FitzSimmons summons and print and organize the same to mail to E. Moskowitz (DPW). |
| 06/07/12 | 2.00 | Prepare and organize summons for filing with Court. |
| 06/07/12 | 0.80 | Edit and revise complaint defendant tracking spreadsheet in lender action. |



ZUCKERMAN SPAEDER LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

July 31, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:284320
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

### STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through June 30, 2012.

By Andrew N. Goldfarb
2.50 hours at $640.00 per hour

$    1,600.00

| | | |
|---|---|---|
| TOTAL FEES | $ | 1,600.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 1,600.00 |

July 31, 2012                                                                              Page 2

DESCRIPTION OF SERVICES                                              CLIENT: 12464
                                                                                      MATTER: 0002

Andrew N. Goldfarb

| 06/02/12 | 0.40 | Review 33rd Zuckerman Spaeder monthly fee application for compliance with local rules. |
| 06/05/12 | 0.20 | Finalize Zuckerman Spaeder 33rd monthly fee application. |
| 06/20/12 | 0.20 | Review materials to respond to J. Theil (Fee Examiner) questions re travel expenses. |
| 06/22/12 | 0.30 | Email J. Theil email to address the questions about expenses for the 6th interim fee application, including review of documents re same. |
| 06/25/12 | 0.50 | Review timesheets for 5/2012 for compliance with local rules. |
| 06/26/12 | 0.30 | Review May 2012 time for compliance with local rules. |
| 06/26/12 | 0.20 | Work on response to fee examiner's query re expenses for 7th interim fee application. |
| 06/29/12 | 0.30 | Review source materials re hotel and meal expenses in connection with 7th interim fee examiner report. |
| 06/29/12 | 0.10 | Emails with J. Theil re same. |



ZUCKERMAN SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

July 31, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:284321
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

---

### STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through June 30, 2012.

By James Sottile
   3.50  hours at  $790.00  per hour              $     2,765.00

By Andrew N. Goldfarb
   4.00  hours at  $640.00  per hour              $     2,560.00

| | | |
|---|---|---|
| TOTAL FEES | $ | 5,325.00 |
| Less Professional Courtesy | $ | -2,662.50 |
| TOTAL FEES | $ | 2,662.50 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 2,662.50 |

BALTIMORE        NEW YORK        TAMPA        WASHINGTON, DC

DESCRIPTION OF SERVICES                          CLIENT: 12464
                                                 MATTER: 0003


James Sottile

| 06/07/12 | 2.00 | Travel to Wilmington to attend confirmation hearing. |
| 06/08/12 | 1.50 | Travel (return) to DC following confirmation hearing. |

Andrew N. Goldfarb

| 06/27/12 | 4.00 | Travel to and from NYC for MDL counsels' meeting. |