# Exhibit B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
33rd Monthly Fee Application
Period 6/1/12 - 6/30/12

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| **EXPRESS DELIVERY** | | | |
| FedEx | $ 11.34 | 6/18/2012 | |
| FedEx | $ 15.35 | 6/19/2012 | |
| Total | $ 26.69 | | $ 26.69 |
| **COURIER** | | | |
| Urban Express | $ 17.08 | 4/23/2012 | |
| Total | $ 17.08 | | $ 17.08 |
| **POSTAGE** | | | |
| | $ 9.35 | | |
| | $ 1.10 | 5/24/3012 | |
| Total | $ 10.45 | | $ 10.45 |
| **INHOUSE PHOTOCOPIES** | | | |
| | $ 85.30 | 6/5/2012 | |
| Total | $ 85.30 | | $ 85.30 |
| **DOCUMENT RESEARCH** | | | |
| Westlaw Research | $ 122.38 | 5/31/2012 | |
| Westlaw Research | $ 64.79 | 6/30/2012 | |
| Lexis/Nexis | $ 8.89 | 6/30/2012 | |
| Total | $ 196.06 | | $ 196.06 |
| **TELEPHONE CONFERENCING** | | | |
| Sountpath | $ 7.23 | 6/26/2012 | |
| Sountpath | $ 14.54 | 6/26/2012 | |
| Total | $ 21.77 | | $ 21.77 |
| **LONG DISTANCE CALLS** | | | |
| | $ 0.12 | 6/1/2012 | |
| | $ 0.48 | 6/1/2012 | |
| | $ 1.44 | 6/4/2012 | |
| | $ 0.12 | 6/4/2012 | |
| | $ 0.12 | 6/4/2012 | |
| | $ 0.12 | 6/4/2012 | |
| | $ 1.08 | 6/4/2012 | |
| | $ 1.32 | 6/4/2012 | |
| | $ 0.12 | 6/4/2012 | |
| | $ 0.24 | 6/4/2012 | |
| | $ 2.88 | 6/4/2012 | |
| | $ 0.12 | 6/4/2012 | |
| | $ 0.12 | 6/4/2012 | |
| | $ 2.64 | 6/4/2012 | |
| | $ 0.72 | 6/4/2012 | |
| | $ 0.12 | 6/5/2012 | |
| | $ 0.96 | 6/5/2012 | |
| | $ 0.12 | 6/5/2012 | |
| | $ 0.36 | 6/5/2012 | |
| | $ 0.12 | 6/5/2012 | |
| | $ 0.60 | 6/5/2012 | |
| | $ 0.36 | 6/6/2012 | |
| | $ 0.12 | 6/7/2012 | |
| | $ 1.44 | 6/7/2012 | |
| | $ 1.92 | 6/11/2012 | |
| | $ 0.24 | 6/11/2012 | |
| | $ 0.48 | 6/12/2012 | |
| | $ 0.24 | 6/14/2012 | |
| | $ 0.24 | 6/14/2012 | |
| | $ 0.48 | 6/14/2012 | |

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| | $ 0.12 | 6/14/2012 | |
| | $ 0.12 | 6/14/2012 | |
| | $ 0.24 | 6/14/2012 | |
| | $ 0.36 | 6/14/2012 | |
| | $ 0.12 | 6/15/2012 | |
| | $ 0.36 | 6/15/2012 | |
| | $ 0.12 | 6/15/2012 | |
| | $ 0.72 | 6/15/2012 | |
| | $ 1.44 | 6/15/2012 | |
| | $ 0.12 | 6/15/2012 | |
| | $ 0.12 | 6/15/2012 | |
| | $ 0.12 | 6/15/2012 | |
| | $ 0.72 | 6/18/2012 | |
| | $ 0.12 | 6/18/2012 | |
| | $ 0.12 | 6/18/2012 | |
| | $ 0.60 | 6/19/2012 | |
| | $ 3.36 | 6/19/2012 | |
| | $ 0.12 | 6/22/2012 | |
| | $ 0.12 | 6/22/2012 | |
| | $ 1.32 | 6/22/2012 | |
| | $ 1.32 | 6/22/2012 | |
| | $ 0.36 | 6/22/2012 | |
| | $ 1.32 | 6/22/2012 | |
| | $ 2.16 | 6/22/2012 | |
| | $ 0.12 | 6/22/2012 | |
| | $ 0.12 | 6/25/2012 | |
| | $ 0.12 | 6/26/2012 | |
| | $ 0.96 | 6/26/2012 | |
| | $ 0.12 | 6/28/2012 | |
| | $ 0.12 | 6/29/2012 | |
| | $ 0.24 | 6/29/2012 | |
| Total | $ 36.84 | | $ 36.84 |
| | | | |
| GRAND TOTAL | | | $ 394.19 |