## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 12093 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    )  ss.:
COUNTY OF NEW YORK  )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Notice of Telephonic Hearing_DI 12093_Aff_7-24-12_KO.doc

1. On July 24, 2012, I caused to be served the "Notice of Telephonic Hearing on July 25, 2012 at 4:00 P.M.," dated July 24, 2012 [Docket No. 12093],

by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   ii. delivered via facsimile to those parties listed on the annexed Exhibit B, and

   iii. delivered via electronic mail to those parties listed on the annexed Exhibit C.

2. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_Kerry O'Neil_
Kerry O'Neil

Sworn to before me this
____ day of July, 2012

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

-2-

**EXHIBIT A**

CATHOLIC CHARITIES
ATTN: JOSEPH AUGUSTYNIAK
1966 GREENSPRING DRIVE, SUITE 200
TIMONIUM, MD  21093


INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD  21201


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA, PA  19114


NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG,    IL  60173


SILVERMAN MCDONALD & FRIEDMAN
ATTN: BRIAN E. LUTNESS, ESQ.
COUNSEL TO MARCIA WILLETTE
GUARDIAN TO ZACHARY MITZKOVITZ
1010 N. BANKCROFT PARKWAY, SUITE 22
WILMINGTON, DE  19805

DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
(COUNSEL TO THE NEW YORK STATE DEPARTMENT OFTAXATION AND FINANCE)
ROCHESTER, NY  14604

**EXHIBIT B**

Case 08-13141-BLS    Doc 12143    Filed 07/31/12    Page 7 of 17

| NAME | CONTACT 1 | FAX |
|---|---|---|
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC | MARGARET F. ENGLAND, ESQUIRE | 302-425-0432 |
| SECURITIES & EXCHANGE COMMISSION | | 202-772-9260 |
| TRAVELERS | NATIONAL ACCOUNTS | 860-277-2158 |
| UNISYS CORPORATION | JANET FITZPATRICK, LEGAL ASSISTANT | 215-986-5721 |

# EXHIBIT C

EMAIL
aconway@taubman.com
adeglomi@harris.com
adoshi@magnozzikye.com
agaribian@stradley.com
ahammer@freebornpeters.com
deggert@freebornpeters.com
ahiller@phw-law.com
alan.salpeter@kayescholer.com
therese.nohos@kayescholer.com
alipkin@willkie.com
ams@saccullolegal.com
kovach@saccullolegal.com
amuscovitz@dsfadvisors.com
anderson.frank@pbgc.gov
efile@pbgc.gov
andrew.goldman@wilmerhale.com
asteinberg@kslaw.com
sdavidson@kslaw.com
bbennett@jonesday.com
jjohnston@jonesday.com
jmester@jonesday.com
BBUTWIN@OMM.COM
DCANTOR@OMM.COM
DSHAMAH@OMM.COM
bceccotti@cwsny.com
bmd@gsrnh.com
bmehlsack@gkllaw.com
btrust@mayerbrown.com
fhyman@mayerbrown.com
jatamian@mayerbrown.com
carickhoff@blankrome.com
cbblac@acxiom.com
cbifferato@bifferato.com
kcollins@bifferato.com
cconnolly@morganlewis.com
CDAVIDOW@PAULWEISS.COM
Charles.smith@klgates.com
chowc@ballardspahr.co
maydt@ballardspahr.com
ckeller@labaton.com
mstocker@labaton.com
claims@recoverycorp.com
cmcmanus@muchshelist.com
cmomjian@attorneygeneral.gov

cmomjian@attorneygeneral.gov
collins@rlf.com
cowan@ask-attorneys.com
csbott@abato.com
besders@abato.com
csimon@crosslaw.com
cward@polsinelli.com
skatona@polsinelli.com
dadler@mccarter.com
DALLAS.BANKRUPTCY@PUBLICANS.COM
david.klauder@usdoj.gov
DAVID.POWLEN@BTLAW.COM
dbradford@jenner.com
csteege@jenner.com
avail@jenner.com
deecf@dor.mo.gov
dfeinberg@lewisfeinberg.com
ajongco@lewisfeinberg.com
nwasow@lewisfeinberg.com
dgolden@akingump.com
pdublin@akingump.com
dgonzales@wsh-law.com
dneier@winston.com
don@fgd-law.com
DPLON@SIRLINLAW.COM
dreimann@reimannlawgroup.com
drosner@kasowitz.com
aglenn@kasowitz.com
efriedman@fklaw.com
wweintraub@fklaw.com
EJONES@OMM.COM
ellen.slights@usdoj.gov
emseid@mstpartners.com
eobrien@sbchlaw.com
etredinnick@greeneradovsky.com
evan.flaschen@bgllp.com
daniel.connolly@bgllp.com
andrew.schoulder@bgllp.com
ffm@bostonbusinesslaw.com
fred.fellmeth@vitecgroup.com
GARLANDK@GTLAW.COM
gbush@zuckerman.com
gmcdaniel@bglawde.com
grmesires@uhlaw.com
heri.christine@dol.gov

hkaplan@arkin-law.com
ddavidian@arkin-law.com
houston_bankruptcy@publicans.com
hseife@chadbourne.com
dlemay@chadbourne.com
ddeutsch@chadbourne.com
ikallick@manatt.com
ihernandez@manatt.com
ira.greene@hoganlovells.com
scott.golden@hoganlovells.com
j.theil@smmj.com
jalberto@bayardlaw.com
jberlage@ghsllp.com
jcp@pgslaw.com
JCRISWELL@TSMP.COM
JDT@JDTHOMPSONLAW.COM
jfiorella@archerlaw.com
JFRANK@FGLLP.COM
jfriedman@jbflawfirm.com
jfungaroli@capitalsource.com
jgrey@crosslaw.com
jhuggett@margolisedelstein.com
jlosardo@bbwg.com
jmclaughlin@ciardilaw.com
jnimeroff@bsnlawyers.com
jodie.buchman@dlapiper.com
jodie.rea@fox.com
john.sieger@kattenlaw.com
avesselinovitch@kattenlaw.com
daniel.polatsek@kattenlaw.com
joshua.gadharf@kattenlaw.com
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
jsdlaw@msn.com
jsherwood@lowenstein.com
ilevee@lowenstein.com
jshickich@riddellwilliams.com
mmilano@riddellwilliams.com
jteitelbaum@tblawllp.com
JWHITE@BLAKELEYLLP.COM
KDWBankruptcyDepartment@kelleydrye.com
kelkins@elkinskalt.com
ken.higman@hp.com
khill@svglaw.com
kklee@ktbslaw.com

kmayer@mccarter.com
kmiller@ecjlaw.com
landis@lrclaw.com
mcguire@lrclaw.com
lawrence.gelber@srz.com
lbogdanoff@ktbslaw.com
mbarash@ktbslaw.com
LESLIE@LESLIECOHENLAW.COM
linda.boyle@twtelecom.com
ljkotler@duanemorris.com
ljones@pszjlaw.com
tcairns@pszjlaw.com
loizides@loizides.com
MAMATO@RMFPC.COM
MAMATO@RMFPC.COM
matthew.troy@usdoj.gov
maureen.mcgreevey@sungard.com
MBRAZA@FOLEY.COM
MELOROD@GTLAW.COM
mfelger@cozen.com
michael.blumenthal@tklaw.com
michelle.mcmahon@bryancave.com
mjdube@ca.ibm.com
mlastowski@duanemorris.com
slross@duanemorris.com
mminuti@saul.com
monica.weed@navigantconsulting.com
mprimoff@kayescholer.com
MSMALL@FOLEY.COM
mth@hannafanlaw.com
bth@hannafanlaw.com
jam@hannafanlaw.com
myurkewicz@klehr.com
mzelmanovitz@morganlewis.com
rmauceri@morganlewis.com
mzohn@proskauer.com
pgregory@cpmlegal.com
philip.martino@quarles.com
prubin@herrick.com
SSELBST@HERRICK.COM
psmoots@mcguirewoods.com
pcatanese@mcguirewoods.com
pwebster@buchalter.com
ra-li-ucts-bankhbg@state.pa.us

ramona.neal@hp.com
RBRADY@YCST.COM
MBCLEARY@YCST.COM
RHANLEY@NOLANPLUMHOFF.COM
rkbgwhw@aol.com
rmauceri@morganlewis.com
RMERSKY@MONLAW.COM
romero@mromerolawfirm.com
rosner@teamrosner.com
rpaul@zwerdling.com
rstark@brownrudnick.com
gnovod@brownrudnick.com
rsteinberg@ciardilaw.com
RTUCKER@SIMON.COM
rweinstein@cusa.canon.com
rwriley@duanemorris.com
slross@duanemorris.com
rxza@elliottgreenleaf.com
jms@elliottgreenleaf.com
SCHLOSS.MICHAEL@DOL.GOV
schristianson@buchalter.com
sfallon@trplaw.com
Sfriedberg@Theseaportgroup.com
skaufman@coochtaylor.com
sorbos@mac.com
SSHIMSHAK@PAULWEISS.COM
AGORDON@PAULWEISS.COM
DBROWN@PAULWEISS.COM
LSHUMEJDA@PAULWEISS.COM
strattond@pepperlaw.com
raportl@pepperlaw.com
STRATTOND@PEPPERLAW.COM
SCHANNEJ@PEPPERLAW.COM
stuart.brown@dlapiper.com
craig.martin@dlapiper.com
michelle.marino@dlapiper.com
taskounis@askounisdarcy.com
tlauria@whitecase.com
guzzi@whitecase.com
sgreissman@whitecase.com
tmhoepker@yahoo.com
tribuneco.routing@dpw.com
trmeites@mmmglaw.com
mmmulder@mmmglaw.com
tscobb@vorys.com

Case 08-13141-BLS    Doc 12143    Filed 07/31/12    Page 14 of 17

Tscobb@vssp.com
vcappucci@entwistle-law.com
vguldi@zuckerman.com
WALDMEIRD@MICHIGAN.GOV
wayne.smith@warnerbros.com
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
WBOWDEN@ASHBY-GEDDES.COM
kskomorucha@ashby-geddes.com
whazeltine@sha-llc.com
whazeltine@sha-llc.com
william.b.russell@usdoj.gov
william.barrett@bfkn.com
ray.rezner@bfkn.com
roger.stetson@bfkn.com
wmk@elliottgreenleaf.com
YONATAN.GELBLUM@USDOJ.GOV

EMAIL
aguon@shawgussis.com
ahammond@whitecase.com
ahiller@hillerarban.com
ams@saccullolegal.com
awinfree@ashby-geddes.com
barban@hillerarban.com
bsullivan@sha-llc.com
bth@hannafanlaw.com
carickhoff@blankrome.com
cpappas@dilworthlaw.com
csteege@jenner.com
dadler@mccarter.com
dbradford@jenner.com
deecf@dor.mo.gov
dgolden@akingump.com
dhille@ny.whitecase.com
Donaldh@michigan.gov
drosner@kasowitz.com
dzensky@akingump.com
Eva.Vlachynsky@dor.mo.gov
gdougherty@grippoelden.com
gmcdaniel@bglawde.com
gnovod@brownrudnick.com
grh@sperling-law.com
jefdelaw@aol.com
jeremyreckmeyer@andrewskurth.com
jmccambridge@grippoelden.com
john.sieger@kattenlaw.com
jschlerf@foxrothschild.com
jsilverman@dilworthlaw.com
jstrock@foxrothschild.com
jteitelbaum@tblawllp.com
jwisler@cblh.com
jyoung@edwardswildman.com
kbacher@shawgussis.com
kmayer@mccarter.com
kmiller@skfdelaware.com
kovach@saccullolegal.com
lraport@ashby-geddes.com
matthew.kipp@skadden.com
mdocktennan@edwardswildman.com
mfelger@cozen.com
mjberko@yahoo.com
mphillips@cblh.com
msiegel@brownrudnick.com
mth@hannafanlaw.com

paulsilverstein@andrewskurth.com
pdublin@akingump.com
rsaldinger@shawgussis.com
rstark@brownrudnick.com
rwriley@duanemorris.com
sflorsheim@sperling-law.com
sgreissman@whitecase.com
Skorpus@kasowitz.com
tlauria@miami.whitecase.com
wbowden@ashby-geddes.com
William.B.Russell@usdoj.gov
zallinson@sha-llc.com

EMAIL
dabbott@mnat.com
cmiller@mnat.com
Daniel_smirlock@tax.state.ny.us
hhawn@broward.org
jchristensen@paulweiss.com
jeff.rich@klgates.com
kkansa@sidley.com
lsilverstein@potteranderson.com
manolan@howardcountymd.gov
mhorn@abato.com
Michael.blumenthal@tklaw.com
notices@becket-lee.com
paulsilverstein@andrewskurth.com
MReed@duanemorris.com
WMSimkulak@duanemorris.com