# EXHIBIT A



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

July 1, 2012                                                                            Invoice  3270     DAS
In Reference To:  00499-008 - General
Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 06/20/12 | RP | Review intellectual property issues presented by proposed online application (.2); telephone conference with client regarding same (.2). | 0.40 455.00/hr | 182.00 |
| | | **For professional services rendered** | **0.40** | **$182.00** |
| | | **Total Amount of this Bill** | | **$182.00** |

**Levine Sullivan Koch & Schulz, LLP**

| | | |
|---|---|---|
| I.D. 00499-008 - DAS | | July 1, 2012 |
| Re: General | | Invoice 3270 |
| | | Page 2 |

### Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Robert Penchina | | 0.40 | 455.00 | 182.00 |
| | **Totals** | **0.40** | | **$182.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY  10017

July 1, 2012                                                          Invoice  3372      NES
In Reference To:  00499-050 - Baltimore Sun - General Newsroom
Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 06/21/12 | NES | Attend Maryland rules committee meeting and advocate for access to tapes of court proceedings. | 1.90 455.00/hr | 864.50 |
| | | **For professional services rendered** | **1.90** | **$864.50** |

### Disbursements

| Description | Amount |
|-------------|--------|
| Travel | 26.37 |
| **Total Disbursements** | **$26.37** |
| **Total Amount of this Bill** | **$890.87** |

**Levine Sullivan Koch & Schulz, LLP**

|  |  |
|---|---|
| | July 1, 2012 |
| I.D. 00499-050 - NES | Invoice  3372 |
| Re: Baltimore Sun - General Newsroom | Page  2 |

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 1.90 | 455.00 | 864.50 |
| **Totals** | **1.90** | | **$864.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

July 1, 2012                                                            Invoice  3371      NES
In Reference To:  00499-071 - Henke
Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 06/11/12 | NES | Review draft objection and exchange email regarding comments with client. | 0.30<br>455.00/hr | 136.50 |
| | | **For professional services rendered** | **0.30** | **$136.50** |
| | | **Total Amount of this Bill** | | **$136.50** |

**Levine Sullivan Koch & Schulz, LLP**

|                          |                |
|--------------------------|---------------:|
|                          | July 1, 2012   |
| I.D. 00499-071 - NES     | Invoice  3371  |
| Re: Henke                | Page  2        |

### Timekeeper Summary

|                     | Hours | Rate/Hour | Amount   |
|---------------------|-------|-----------|----------|
| Nathan E. Siegel    | 0.30  | 455.00    | 136.50   |
| **Totals**          | **0.30** |        | **$136.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Chicago Tribune
435 N. Michigan Avenue
Chicago, IL 60611

July 1, 2012                                                    Invoice  3335      GCS

In Reference To:  00499-079 - Tribune Bankruptcy - Examiner's Report

Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 06/06/12 | JWB | Review proposed response to inquiry regarding Examiner's reporter. | 0.10<br>455.00/hr | 45.50 |
| 06/12/12 | JWB | Review Examiner's final report to identify any issues to be addressed going forward. | 0.20<br>455.00/hr | 91.00 |
| | | **For professional services rendered** | **0.30** | **$136.50** |
| | | **Total Amount of this Bill** | | **$136.50** |

**Levine Sullivan Koch & Schulz, LLP**

| | July 1, 2012 |
|---|---|
| I.D. 00499-079 - GCS | Invoice  3335 |
| Re: Tribune Bankruptcy - Examiner's Report | Page  2 |

**Timekeeper Summary**

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Jay Ward Brown | | 0.30 | 455.00 | 136.50 |
| | **Totals** | **0.30** | | **$136.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

July 1, 2012                                                          Invoice 3287      SDB
In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues
Client: Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 06/01/12 | SDJ | Correspond with local counsel regarding twenty-first monthly fee application. | 0.20 335.00/hr | 67.00 |
| 06/01/12 | JWB | Review final draft of twenty-first monthly application and exhibits. | 0.10 455.00/hr | 45.50 |
| 06/04/12 | SDJ | Correspond with Fee Examiner regarding Ledes files of twenty-first monthly fee application. | 0.20 335.00/hr | 67.00 |
| 06/06/12 | SDJ | Correspond with Fee Examiner regarding final report of fourth quarterly fee application. | 0.20 335.00/hr | 67.00 |
| 06/12/12 | SDJ | Review fee examiner's final report regarding fourth quarterly fee application. | 0.60 335.00/hr | 201.00 |
| 06/25/12 | SDJ | Revise twenty-second monthly fee application and review invoices regarding same. | 0.70 335.00/hr | 234.50 |
| 06/26/12 | SDJ | Continue to revise twenty-second monthly fee application and correspond with client regarding certificate of no objection of twenty-first monthly fee application. | 0.70 335.00/hr | 234.50 |
| 06/26/12 | TC | Assist in draft fee application. | 0.10 430.00/hr | 43.00 |
| 06/27/12 | SDJ | Continue to revise twenty-second monthly fee application. | 0.50 335.00/hr | 167.50 |
| 06/27/12 | JPB | Review and revise twenty second monthly fee application for accuracy. | 0.30 195.00/hr | 58.50 |

## Levine Sullivan Koch & Schulz, LLP

I.D. 00499-080 - SDB

July 1, 2012
Invoice 3287
Page 2

Re: Tribune Company - Fee Application-Bankruptcy Retention Issues

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 06/28/12 | SDJ | Revise twenty-second monthly fee application and correspond with local counsel regarding filing and service. | 0.50 335.00/hr | 167.50 |
| 06/28/12 | JWB | Review and revise 22nd monthly fee application. | 0.20 455.00/hr | 91.00 |
| 06/29/12 | SDJ | Correspond with Fee Examiner regarding Ledes files of twenty-second monthly fee application. | 0.20 335.00/hr | 67.00 |
| | | **For professional services rendered** | **4.50** | **$1,511.00** |
| | | **Total Amount of this Bill** | | **$1,511.00** |

**Levine Sullivan Koch & Schulz, LLP**

|  |  |
|---|---|
| I.D. 00499-080 - SDB | July 1, 2012 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | Invoice 3287 |
|  | Page 3 |

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Jay Ward Brown | 0.30 | 455.00 | 136.50 |
| Thomas Curley | 0.10 | 430.00 | 43.00 |
| Shaina D. Jones | 3.80 | 335.00 | 1,273.00 |
| Jennifer P. Burke | 0.30 | 195.00 | 58.50 |
| **Totals** | **4.50** |  | **$1,511.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

 LEVINE SULLIVAN
KOCH & SCHULZ, LLP

*Tribune*

David S. Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY 10017

May 1, 2012                                             Invoice # 2984

In Reference To:      **00526-050      al-Nashiri Access**

For Professional Services and Disbursements:              $ 2,519.61

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036

Tax Identification Number:  52-2004605

{00512195;v1 }



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

*Tribune*

David Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY 10017


June 1, 2012                                                          Invoice # 3205

In Reference To:      **00526-052      9/11 Commissions**



For Professional Services and Disbursements:                $ 1,432.50




PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036

Tax Identification Number:  52-2004605


{00519131;v1}