**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 Cases |
|  | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) ) | **Re: D.I. 10133, 10134, 11337, 11338, 12033, 12074, 10531, 10532** |

**NOTICE OF APPEAL**

Wilmington Trust Company, solely in its capacity as successor Indenture Trustee pursuant to an indenture dated April 1, 1999 (the "PHONES Indenture"), by and between the Tribune Company and Bank of Montreal Trust Company, for the holders of notes issued pursuant to the PHONES Indenture, by its undersigned counsel, hereby appeals under 28 U.S.C. §§ 158(a) and 158(d)(2), Rules 8001(a) and 8001(f) of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules of United States Bankruptcy Court for the District of Delaware from the Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan of Reorganization For Tribune Company And Its Subsidiaries And Denying Clarification Motion And Order Overruling Plan Objections And Denying The Clarification Motion, dated July 13, 2012 [D.I. 12033] (the "Confirmation Memorandum") and accompanying Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., dated July 23, 2012 [D.I. 12074] (the "Confirmation Order"), including, without limitation, any and all judgments, decrees, decisions, rulings, and/or opinions that merged into and/or became part of the Confirmation Order, that are related to the Confirmation

Order and/or upon which the Confirmation Order is based, including without limitation, the Order Regarding Motions for Reconsideration of the Original Confirmation Opinion and Order [D.I. 10532] dated December 29, 2011 and the Memorandum on Reconsideration [D.I. 10531] dated December 29, 2011, the Order Denying Confirmation of Competing Plans [D.I. 10134] dated October 31, 2011 and the Bankruptcy Court's Opinion on Confirmation [D.I. 10133] dated October 31, 2011, and the Memorandum Regarding Allocation Disputes, dated April 9, 2012 [D.I. 11337] and accompanying Order Regarding Allocation Disputes, dated April 9, 2012 [D.I. 11338].

The names of all parties to the Confirmation Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Attorneys** |
|---|---|
| Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes | **SULLIVAN HAZELTINE ALLINSON LLC**<br>William D. Sullivan (I.D. No. 2820)<br>Elihu E. Allinson, III (I.D. No. 3476)<br>901 N. Market St., Suite 1300<br>Wilmington, DE 19801<br>302-428-8191<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800 |

| | |
|---|---|
| Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes | **BIFFERATO GENTILOTTI LLC**<br>Garvan F. McDaniel (I.D. No. 4167)<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>302- 429-1900<br><br>-and-<br><br>**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**<br>David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew B. Stein<br>1633 Broadway<br>New York, New York 10019<br>212-506-1700 |
| Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes | **McCARTER & ENGLISH, LLP**<br>Katharine L. Mayer (I.D. No. 3758)<br>James J. Freebery IV (I.D. No. 3498)<br>Renaissance Centre<br>405 N. King Street<br>Wilmington, DE 19801<br>302-984-6300<br><br>David J. Adler<br>245 Park Avenue<br>New York, NY 10167<br>212-609-6800 |

| | |
|---|---|
| Aurelius Capital Management, LP | **ASHBY & GEDDES, P.A.**<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, DE  19899<br>302- 654-1888<br><br>-and-<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Daniel H. Golden<br>David Zensky<br>Philip C. Dublin<br>Abid Qureshi<br>Mitchell P. Hurley<br>One Bryant Park<br>New York, NY  10036<br>212-872-1000 |
| Brigade Capital Management, LLC | **LOIZIDES, P.A.**<br>Christopher D. Loizides (SBN 3968)<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>302-654-0248<br><br>-and-<br><br>**STUTMAN TREISTER & GLATT**<br>Issac M. Pachulski (CA SBN 62337)<br>1901 Avenue of the Stars, #1200<br>Los Angeles, CA 90067<br>310-228-5600 |
| Davidson Kempner Capital Management LLC, as investment advisor | **BIFFERATO GENTILOTTI LLC**<br>Garvan F. McDaniel (I.D. No. 4167)<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>302- 429-1900<br><br>-and-<br><br>**SCHULTE ROTH & ZABEL LLP**<br>Adam C. Harris<br>Karen S. Park<br>919 Third Avenue<br>New York, NY 10022<br>212-756-2000 |

| Debtors and Debtors in Possession | **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>302-652-3131<br><br>-and-<br><br>**SIDLEY AUSTIN LLP**<br>James F. Conlan<br>Bryan Krakauer<br>Kevin T. Lantry<br>Jessica C.K. Boelter<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>312-853-7000 |
|---|---|
| Oaktree Capital Management, L.P.<br>- and-<br>Angelo, Gordon & Co., L.P. | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Robert S. Brady (I.D. No. 2947)<br>M. Blake Cleary (I.D. No. 3614)<br>The Brandywine Building, 17th Floor<br>1000 West Street, P.O. Box 391<br>Wilmington, DE 19899<br>302-571-6600<br><br>-and-<br><br>**JONES DAY**<br>Bruce Bennett<br>James O. Johnson<br>Josh M. Mester<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>213-243-2400 |
| Angelo, Gordon & Co., L.P. | **WILMER CUTLER PICKERING HALE & DORR LLP**<br>Andrew Goldman<br>399 Park Avenue<br>New York, NY 10022<br>212-937-7300 |

| | |
|---|---|
| JPMorgan Chase Bank, N.A. | **RICHARDS LAYTON & FINGER, P.A.**<br>Mark D. Collins (I.D. No. 2981)<br>Robert J. Stearn (I.D. No. 2915)<br>Drew G. Sloan (I.D. No. 5069)<br>One Rodney Square, 920 N. King Street<br>Wilmington, DE 19801<br>302-651-7700<br><br>-and-<br><br>**DAVID POLK & WARDWELL LLP**<br>Donald S. Bernstein<br>Damian Schaible<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4500 |
| Official Committee of Unsecured Creditors | **LANDIS RATH & COBB LLP**<br>Adam G. Landis (No. 3407)<br>Daniel B. Rath (No. 3022)<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>302-467-4400<br><br>- and -<br><br>**CHADBOURNE & PARKE LLP**<br>Howard Seife<br>David LeMay<br>30 Rockefeller Plaza<br>New York, NY 10112<br>212-408-5100<br><br>- and -<br><br>**ZUCKERMAN SPAEDER LLP**<br>Graeme W. Bush<br>James Sottile<br>Andrew Goldfarb<br>1800 M. Street, N.W., Suite 1000<br>Washington, D.C. 20036<br>(202) 778-1800 |

| | |
|---|---|
| TM Retirees | **HILLER & ARBAN, LLC**<br>Adam Hiller (I.D. No. 4105)<br>Brian Arban (I.D. No. 4511)<br>1500 North French Street, 2nd Floor<br>Wilmington, DE 19801<br><br>-and-<br><br>**TEITELBAUM & BASKIN, LLP**<br>Jay Teitelbaum<br>1 Barker Avenue, Third Floor<br>White Plains, NY 10601<br>914-437-7670 |
| Barclays Bank PLC<br><br>- and –<br><br>Waterstone Capital Management L.P. | **LATHAM & WATKINS LLP**<br>Robert J. Rosenberg<br>David A. Hammerman<br>885 Third Avenue<br>New York, NY 10022-4834<br>212-906-1200 |
| Citadel Equity Fund, Ltd.<br><br>- and –<br><br>Camden Asset Management LP | **COZEN O'CONNOR**<br>Mark E. Felger<br>1201 N. Market Street, Suite 140<br>Wilmington, DE 19801<br>302-295-2000<br><br>- and –<br><br>**ANDREW KURTH LLP**<br>Paul N. Silverstein<br>Jermey B. Reckmeyer<br>45 Lexington Avenue, 15th Floor<br>New York, NY 10017<br>212-850-2800 |

| | |
|---|---|
| EGI-TRB LLC | **BLANK ROME LLP**<br>David W. Carickhoff (I.D. No. 3715)<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>302-425-6400<br><br>-and-<br><br>**JENNER & BLOCK LLP**<br>David J. Bradford<br>Catherine L. Steege<br>Andrew W. Vail<br>353 N. Clark Street<br>Chicago, IL 60654<br>312-222-9350 |
| Certain Directors and Officers | **CONNOLLY BOVE LODGE & HUTZ LLP**<br>Jeffrey C. Wisler (I.D. No. 2795)<br>Marc J. Phillips (I.D. No. 4445)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19889<br>302-658-9141<br><br>- and –<br><br>**GRIPPO & ELDEN LLC**<br>George Dougerty<br>John R. McCambridge<br>111 South Wacker Drive<br>Chicago, IL 60606<br>312-704-7700 |
| United States Trustee | David Klauder<br>Office of United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899<br>302-573-6491 |

Date:  August 2, 2012
      Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-and-

BROWN RUDNICK LLP
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036
Tel: 212-209-4800

Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes