**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                          :
                                                :  Chapter 11
                                                :
TRIBUNE COMPANY, et al.,                        :
                                                :  Case No. 08-13141 (KJC)
         Debtors.                               :
                                                :  (Jointly Administered)
                                                :
                                                :  Re: D.I. _____
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ORDER GRANTING (I) LAW DEBENTURE TRUST COMPANY OF NEW YORK'S AND DEUTSCHE BANK TRUST COMPANY AMERICAS' MOTION FOR CERTIFICATION OF DIRECT APPEAL TO UNITED STATES COURT OF APPEALS FOR THIRD CIRCUIT OF ORDER AND MEMORANDUM OPINION ON CONFIRMATION PURSUANT TO 28 U.S.C. § 158(d)(2) AND FED. R. BANKR. P. 8001(f); AND (II) WILMINGTON TRUST COMPANY'S JOINDER TO LAW DEBENTURE TRUST COMPANY OF NEW YORK'S AND DEUTSCHE BANK TRUST COMPANY AMERICAS' MOTION FOR CERTIFICATION OF DIRECT APPEAL TO UNITED STATES COURT OF APPEALS FOR THIRD CIRCUIT OF ORDER AND MEMORANDUM OPINION ON CONFIRMATION PURSUANT TO 28 U.S.C. § 158(d)(2) AND FED. R. BANKR. P. 8001(f)**

Upon the Motion[1] dated July 23, 2012, of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas for entry of an order certifying its appeal of the Confirmation Order to the Third Circuit; and upon the joinder (the "Joinder") dated August 2, 2012 of Wilmington Trust Company (with Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas, the "Appellants") to the Motion; and it appearing that the Court has jurisdiction to consider the Motion and the Joinder pursuant to 11 U.S.C. § 1334; and it appearing that venue of the Motion and the Joinder in this district is proper pursuant to 28

---

[1] The term "Motion," as used herein, refers to and means *Motion Of Law Debenture Trust Company Of New York And Deutsche Bank Trust Company Americas Requesting Certification Of Direct Appeal To United States Court Of Appeal For Third Circuit Of Confirmation Order Pursuant To 28 U.S.C. § 158(d)(2) And Fed. R. Bankr. P. 8001(f)*, dated July 23, 2012. Capitalized terms used herein and not otherwise defined herein shall have the respective meanings ascribed to them in the Motion.

2

U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O); and the Court having reviewed and considered the Motion, the Joinder and any responses thereto; and a hearing (the "Hearing") in respect of the Motion and the Joinder having been held on August 17, 2012; and adequate and sufficient notice of the Motion and the Hearing having been given to parties in interest; and after due deliberation thereon; it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the Court hereby certifies the appeal of the Confirmation Order solely with respect to the Unfair Discrimination Issue and Swap Claim Issue for direct appeal to the Third Circuit pursuant to 28 U.S.C. § 158(d); and it is further

ORDERED that, notwithstanding any rule to the contrary, this order shall take effect immediately upon entry; and it is further

ORDERED that this Court shall retain jurisdiction to resolve any disputes arising under or related to this Order and to interpret, implement and enforce the provisions of this Order.

Dated: August __, 2012
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE