**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                          :
                                                :   Chapter 11
TRIBUNE COMPANY, et al.,                        :
                                                :   Case No. 08-13141 (KJC)
                   Debtors.                     :
                                                :   (Jointly Administered)
                                                :
                                                :   **Re: D.I. _____**
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER GRANTING (I) MOTION OF LAW DEBENTURE TRUST COMPANY**
**OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS**
**FOR STAY PENDING APPEAL OF CONFIRMATION ORDER; AND**
**(II) WILMINGTON TRUST COMPANY'S JOINDER TO THE MOTION OF**
**LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE**
**BANK TRUST COMPANY AMERICAS FOR STAY PENDING APPEAL OF**
**<u>CONFIRMATION ORDER</u>**

Upon the Motion[1] dated July 23, 2012, of Law Debenture Trust Company of New York

and Deutsche Bank Trust Company Americas for entry of an order staying consummation of the

Confirmation Order pending the appeal; and upon the joinder (the "<u>Joinder</u>") dated August 2,

2012 of Wilmington Trust Company (with Law Debenture Trust Company of New York and

Deutsche Bank Trust Company Americas, the "<u>Appellants</u>") to the Motion; and it appearing that

the Court has jurisdiction to consider the Motion and the Joinder pursuant to 11 U.S.C. § 1334;

and it appearing that venue of the Motion and the Joinder in this district is proper pursuant to 28

U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28

U.S.C. §§ 157(b)(2)(A) and (O); and the Court having reviewed and considered the Motion, the

Joinder and any responses thereto; and a hearing (the "<u>Hearing</u>") in respect of the Motion and the

---

[1]  The term "Motion," as used herein, refers to and means *Motion Of Law Debenture Trust Company Of New York And Deutsche Bank Trust Company Americas For Stay Pending Appeal Of Confirmation Order*, dated July 23, 2012 (D.I. 12085).  Capitalized terms used herein and not otherwise defined herein shall have the respective meanings ascribed to them in the Motion.

Joinder having been held on August 17, 2012; and adequate and sufficient notice of the Motion, the Joinder and the Hearing having been given to parties in interest; and after due deliberation thereon; it is hereby

ORDERED that the Motion and Joinder are granted; and it is further

ORDERED that the consummation of the DCL Plan shall be stayed pending final resolution of Appellants' appeals of the Unfair Discrimination Issue and Swap Claim Issue; and it is further

ORDERED that, notwithstanding any rule to the contrary, this order shall take effect immediately upon entry; and it is further

ORDERED that this Court shall retain jurisdiction to resolve any disputes arising under or related to this Order and to interpret, implement and enforce the provisions of this Order.

Dated: August __, 2012
      Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE