UNITED STATES BANKRUPTCY COURT
District of Delaware

| | | |
|---|---|---|
| Tribune Company, et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | CASE NO. 08-13141 |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that JOHNSON CONTROLS INC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor and his representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (**proof of claim no. 802** as scheduled in the **Los Angeles Times Communications LLC, Case No. 08-13185**), and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address
JOHNSON CONTROLS INC
LOS ANGELES SERVICE
12393 SLAUSON AVE
WHITTIER, CA 90606

New Address
JOHNSON CONTROLS INC c/o Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601
914-509-5000

JOHNSON CONTROLS INC

By: _B. Wild_

Title: _Credit Analyst_

Date: _8/3/12_