**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:                                               :       Chapter 11
                                                     :
TRIBUNE COMPANY, *et al.*,                           :       Case No. 08-13141 (KJC)
                                                     :
              Debtors.                 :       (Jointly Administered)
                                                     :
                                                     :       Re: Docket Nos. 12033, 12074,
                                                     :       11337, 11338
---------------------------------------------------------------x

## NOTICE OF APPEAL

EGI-TRB, LLC hereby appeals under 28 U.S.C. §§ 158(a) and 158(d)(2), Rules 8001(a) and 8001(f) of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules of United States Bankruptcy Court for the District of Delaware from *the Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan of Reorganization For Tribune Company And Its Subsidiaries And Denying Clarification Motion And Order Overruling Plan Objections And Denying The Clarification Motion,* dated July 13, 2012 [D.I. 12033] (the "Confirmation Memorandum") and accompanying *Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A.*, dated July 23, 2012 [D.I. 12074] (the "Confirmation Order"), including, without limitation, any and all judgments, decrees, decisions, rulings, and/or opinions that merged into and/or became part of the Confirmation Order, that are related to the Confirmation Order, and/or upon which the Confirmation Order is based, including without limitation, the *Memorandum Regarding Allocation Disputes*, dated April 9, 2012 [D.I. 11337] and accompanying *Order Regarding Allocation Disputes*, dated April 9, 2012

[D.I. 11338], the *Opinion on Confirmation*, dated October 31, 2011 [D.I. 10133] and accompanying *Order Denying Confirmation of Competing Plans*, dated October 31, 2011 [D.I. 10134], the *Memorandum on Reconsideration*, dated December 12, 2011 [D.I. 10531] and accompanying *Order Regarding Motions for Reconsideration of the Confirmation Opinion*, dated December 12, 2011 [D.I. 10532].

The names of all parties to the Confirmation Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **PARTY** | **ATTORNEYS** |
|---|---|
| Debtors and Debtors in Possession | COLE, SHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>Norman L. Pernick (I.D. No. 2290)<br>J. Kate Stickles (I.D. No. 2917)<br>Patrick J. Reilly (I.D. No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 652-3131<br><br>-and-<br><br>SIDLEY AUSTIN LLP<br>James F. Conlan<br>Bryan Krakauer<br>Kevin T. Lantry<br>Jessica C. K. Boelter<br>Gregory V. Demo<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-0199 |
| Law Debenture Trust Company of New York | BIFFERATO GENTILOTTI LLC<br>Garvan F. McDaniel<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>(302) 429-1900<br><br>-and-<br><br>KASOWITZ, BENSON, TORRES & |

| | |
|---|---|
| | FRIEDMAN LLP<br>David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew B. Stein<br>1633 Broadway<br>New York, NY  10019<br>(212) 506-1700 |
| Deutsche Bank Trust Company Americas | MCCARTER & ENGLISH, LLP<br>Katherine L. Mayer<br>James J. Freebery IV<br>Renaissance Center<br>405 N. King Street<br>Wilmington, DE  19801<br>(302) 984-6300<br><br>David J. Adler<br>245 Park Avenue<br>New York, NY  10167<br>(212) 609-6800 |
| Official Committee of Unsecured Creditors | LANDIS RATH & COBB LLP<br>Adam G. Landis<br>Daniel B. Rath<br>Matthew B. McGuire<br>919 N. Market Street, Suite 1800<br>Wilmington, DE  19801<br>(302) 467-4400<br><br>-and-<br><br>CHADBOURNE & PARKE LLP<br>Howard Seife<br>David M. LeMay<br>30 Rockefeller Plaza<br>New York, NY  10112<br>(212) 408-5100<br><br>-and-<br><br>ZUCKERMAN SPAEDER LLP<br>Graeme W. Bush<br>James Sottile<br>Andrew Goldfarb<br>1800 M Street, N.W., Suite 1000 |

| | |
|---|---|
| | Washington, D.C. 20036<br>(202) 778-1800 |
| Wilmington Trust Company | SULLIVAN HAZELTINE ALLINSON LLC<br>William D. Sullivan<br>Elihu E. Allinson, III<br>901 N. Market Street, Suite 1300<br>Wilmington, DE  19801<br>(302) 428-1891<br><br>-and-<br><br>BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY  10036<br>(212) 209-4800 |
| Aurelius Capital Management, L.P. | ASHBY & GEDDES, P.A.<br>William P. Bowden<br>Amanda M. Winfree<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, DE  19801<br>(302) 654-1888<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>David M. Zensky<br>Philip C. Dublin<br>Deborah Newman<br>One Bryant Park<br>New York, NY  10036<br>(212) 872-1000<br><br>-and-<br><br>FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>Edward A. Friedman<br>Robert J. Lack<br>Kizzy L. Jarashow<br>7 Times Square |

| | |
|---|---|
| | New York, NY 10036-6516<br>(212) 833-1100<br><br>-and-<br><br>LERMAN SENTER PLLC<br>Meridith S. Senter, Jr.<br>Sally A. Buckman<br>2000 K Street, NW<br>Suite 600<br>Washington, DC 20006<br>(202) 428-8970 |
| Brigade Capital Management, LLC | LOIZIDES, P.A.<br>Christopher D. Loizides<br>1225 King Street, Suite 800<br>Wilmington, DE  19801<br>(302) 654-0248<br><br>-and-<br><br>STUTMAN TREISTER & GLATT<br>Isaac M. Palchuski<br>1901 Avenue of the Stars, #1200<br>Los Angeles, CA  90067<br>(310) 228-5600 |
| Davidson Kempner Capital Management LLC | BIFFERATO GENTILOTTI LLC<br>Garvan F. McDaniel<br>800 N. King Street, Plaza Level<br>Wilmington, DE  19801<br>(302) 429-1900<br><br>-and-<br><br>SCHULTE ROTH & ZABEL LLP<br>Adam C. Harris<br>Karen S. Park<br>919 Third Avenue<br>New York, NY  10022<br>(212) 756-2000 |
| Oaktree Capital Management, L.P.<br><br>-and- | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Robert S. Brady<br>M. Blake Cleary |

| | |
|---|---|
| Angelo Gordon & Co., L.P. | 1000 N. King Street<br>Wilmington, DE  19801<br>(302) 571-6622<br><br>JONES DAY<br>Bruce Bennett<br>James O. Johnston<br>Joshua M. Mester<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA  90071<br>(213) 243-2400 |
| Angelo Gordon & Co., L.P. | WILMER CUTLER PICKERING HALE & DORR LLP<br>Andrew Goldman<br>399 Park Avenue<br>New York, NY  10022<br>(212) 937-7300 |
| JP Morgan Chase Bank, NA | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins<br>Robert J. Stearn<br>One Rodney Square<br>Wilmington, DE  19801<br>(302) 651-7700<br><br>-and-<br><br>DAVIS POLK & WARDWELL LLP<br>Donald S. Bernstein<br>Damian S. Schaible<br>450 Lexington Avenue<br>New York, NY  10017<br>(212) 450-4000 |
| Citadel Equity Fund, Ltd.<br><br>-and-<br><br>Camden Addet Management LP | COZZEN O'CONNOR<br>Mark E. Felger<br>1201 N. Market Street, Suite 140<br>Wilmington, DE  19801<br>(302) 295-2000<br><br>-and-<br><br>ANDREWS KURTH LLP<br>Paul N. Silverstein<br>Jeremy B. Reckmeyer |

6

|  | 45 Lexington Avenue, 15th Floor<br>New York, NY  10017<br>(212) 850-2800 |
| --- | --- |
| EGI-TRB LLC | BLANK ROME LLP<br>David W. Carickhoff<br>1201 Market Street, Suite 800<br>Wilmington, DE  19801<br>(302) 425-6400<br><br>-and-<br><br>JENNER & BLOCK LLP<br>David J. Bradford<br>Catherine L. Steege<br>Andrew W. Vail<br>353 N. Clark Street<br>Chicago, IL  60654<br>(312) 222-9350 |
| TM Retirees | HILLER & ARBAN, LLC<br>Adam Hiller<br>Brian Arban<br>1500 N. French Street, 2nd Floor<br>Wilmington, DE  19801<br>(302) 442-7676<br><br>-and-<br><br>TEITELBAUM & BASKIN, LLP<br>Jay Teitelbaum<br>1 Barker Avenue, 3rd Floor<br>White Plains, NY  10601<br>(914) 437-7670 |
| Certain Directors and Officers | CONNOLLY BOVE LODGE & HUTZ LLP<br>Jeffrey C. Wisler<br>Marc J. Phillips<br>The Nemours Building<br>1007 N. Orange Street, P.O. Box 2207<br>Wilmington, DE  19889<br>(302) 658-9141<br><br>-and-<br><br>GRIPPO & ELDEN LLC |

7

|  | George Dougerty<br>John R. McCambridge<br>111 South Wacker Drive<br>Chicago, IL  60606<br>(312) 704-7700 |
|---|---|
| Barclays Bank Plc<br><br>-and-<br><br>Waterstone Capital Management L.P. | LATHAM & WATKINS LLP<br>Robert J. Rosenberg<br>David A. Hammerman<br>885 Third Avenue<br>New York, NY  10022<br>(212) 906-1200 |
| Office of the United States Trustee | OFFICE OF THE UNITED STATES TRUSTEE<br>David Klauder<br>844 N. King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE  19899<br>(302) 573-6491 |
| Missouri Department of Revenue | Susan L. Lissant<br>Special Assistant Attorney General<br>Missouri Department of Revenue<br>General Counsel's Office<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO  65105-0475<br>(573) 751-5531 |
| Kevin Millen | Kevin Millen<br>1704 Lanier Lane<br>Memphis, TN  38117<br>(901) 483-6619 |
| New York State Department of Taxation and Finance | Norman P. Fivel<br>Assistant Attorney General Litigation Bureau<br>The Capital<br>Albany, NY  12224-0341<br>(518) 473-6082 |
| Commonwealth of Pennsylvania Department of Revenue | Carol E. Momjian<br>Senior Deputy Attorney General<br>Office of the Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA  19107<br>(215) 560-2128 |

| | |
|---|---|
| Illinois Secretary of State | James D. Newbold<br>Assistant Attorney General<br>Revenue Litigation Bureau<br>100 W. Randolph Street<br>Chicago, IL  60601<br>(312) 814-4557 |
| Caption Colorado, L.L.C. | DORSEY & WHITNEY LLP<br>Eric Lopez Schnabel (I.D. No. 3672)<br>Robert W. Mallard (I.D. No. 4279)<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE  19801<br>(302) 425-7171<br><br>-and-<br><br>DORSEY & WHITNEY LLP<br>Katherine A. Constantine<br>Steven D. Bell<br>Pamela Foohey<br>50 S. Sixth Street, Suite 1500<br>Minneapolis, MN  55402<br>(612) 340-3600 |
| California Franchise Tax Board | KLEHR HARRISON HARVEY BRANZBURG LLP<br>Richard M. Beck (I.D. No. 3370)<br>Sally E. Veghte (I.D. 4762)<br>919 Market Street, Suite 1000<br>Wilmington, DE  19801<br>(302) 426-1189<br><br>-and-<br><br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>Jonathan P. Guy<br>1152 15th Street, NW<br>Washington, DC  20005-1706<br>(202) 339-8400 |
| The United States on behalf of the U.S. Environmental Protection Agency | Thomas P. Carroll<br>Senior Attorney<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611 |

9

2124677.1
135030.01600/40202675v.2

| | |
|---|---|
| | Washington, DC  20044-7611<br>(202) 514-4051 |
| CCI Europe A/S | BALLARD SPAHR LLP<br>Christopher S. Chow (I.D. No. 4172)<br>919 N. Market Street, 11th Floor<br>Wilmington, DE  19801<br>(302) 252-4465 |
| Comcast Corporation and Comcast Cable | BALLARD SPAHR LLP<br>Christopher S. Chow (I.D. No. 4172)<br>Leslie C. Heilman (I.D. No. 4617)<br>919 N. Market Street, 11th Floor<br>Wilmington, DE  19801<br>(302) 252-4465 |
| ACE Companies | DUANE MORRIS LLP<br>Richard W. Riley<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE  19801-1659<br>(302) 657-4900<br><br>-and-<br><br>DUANE MORRIS LLP<br>Margery N. Reed<br>Wendy M. Simkulak<br>30 South 17th Street<br>Philadelphia, PA  19103-4196<br>(215) 979-1000 |
| Robert R. McCormick Tribune Foundation and Cantigny Foundation | DUANE MORRIS LLP<br>Richard W. Riley (I.D. No. 4052)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE  19801-1659<br>(302) 657-4900<br><br>-and-<br><br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL  60661-3693<br>(312) 902-5200 |
| Ad Hoc Committee of Tribune Subsidiary Trade Creditors | THE ROSNER LAW GROUP LLC<br>Frederick B. Rosner (I.D. No. 3995) |

| | |
|---|---|
| | Scott J. Leonhardt (I.D. No. 4885)<br>824 Market, Suite 810<br>Wilmington, DE  19801<br>(302) 319-6301<br><br>-and-<br><br>ANDREWS KURTH LLP<br>Paul N. Silverstein<br>Jeremy B. Reckmeyer<br>450 Lexington Avenue<br>New York, NY  10017<br>(212) 850-2800 |
| Iron Mountain Information Management, Inc. | ARCHER & GREINER, P.C.<br>Charles J. Brown<br>300 Delaware Avenue, Suite 1370<br>Wilmington, DE  19801<br>(302) 777-4350<br><br>-and-<br><br>BARTLETT HACKETT & FEINBERG, PC<br>Frank F. McGinn<br>155 Federal Street, 9th Floor<br>Boston, MA  02110<br>(617) 422-0200 |
| GreatBanc Trust Company | WOMBLE CARLYLE SANDRIDGE & RICE PLLC<br>Francis A. Monaco, Jr. (I.D. No. 2078)<br>Thomas M. Horan (I.D. 4641)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE  19801<br>(302) 252-4340<br><br>-and-<br><br>K&L GATES LLP<br>Jeffrey N. Rich<br>599 Lexington Avenue<br>New York, NY  10022<br>(212) 536-3900 |
| Warren Beatty | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |

11

| | Gregg M. Galardi (I.D. No. 2991)<br>Ian S. Fredericks (I.D. NO. 4626)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>(302) 651-3000 |
|---|---|
| Certain Current and Former Officers and Directors | CONNOLLY BOVE LODGE & HUTZ LLP<br>Jeffrey C. Wisler (I.D. No. 2795)<br>Marc J. Phillips (I.D. No. 4445)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |
| Samuel Zell | BLANK ROME LLP<br>David W. Carickhoff (I.D. No. 3715)<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br><br>-and-<br><br>JENNER & BLOCK LLP<br>David J. Bradford<br>Catherine L. Steege<br>Andrew W. Vail<br>353 N. Clark Street<br>Chicago, IL 60654<br>(312) 222-9350 |
| Mark W. Hianik, John Birmingham, Tom E. Ehlmann, and Peter A. Knapp | COZEN O'CONNOR<br>Mark E. Felger (I.D. No. 3919)<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>(302) 295-2013<br><br>-and-<br><br>WILDMAN, HAROLD, ALLEN & DIXON LLP<br>Michael Dockterman<br>Jonathan Young<br>Patrick Frye<br>225 W. Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 |

2124677.1
135030.01600/40202675v.2

| | |
|---|---|
| | (312) 201-2000 |
| The Tribune Company Employee Compensation Defendants Group | THE HOGAN FIRM<br>Daniel K. Hogan (I.D. No. 2814)<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>(302) 656-7540<br><br>-and-<br><br>FRANK/GECKER LLP<br>Frances Gecker<br>Joseph D. Frank<br>Reed Heiligman<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654<br>(312) 276-1400 |
| Crane Kenney | SMITH KATZENSTEIN & JENKINS LLP<br>Kathleen M. Miller (I.D. No. 2898)<br>The Corporate Plaza<br>800 Delaware Avenue, Suite 1000<br>Wilmington, DE 19899<br>(302) 652-8400<br><br>-and-<br><br>SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOBIN LL<br>Richard A. Saldinger<br>Allen J. Guon<br>Kimberly Bacher<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60610<br>(312) 276-1325 |
| State of Illinois, Department of Revenue and Employment Security | James D. Newbold<br>Assistant Attorney General<br>Revenue Litigation Bureau<br>100 W. Randolph Street<br>Chicago, IL 60601<br>(312) 814-4557 |
| Oracle America, Inc. | MARGOLIES EDELSTEIN<br>James E. Huggett (I.D. No. 3956)<br>750 Shipyard Drive, Suite 102 |

13

| | |
|---|---|
| | Wilmington, DE 19801<br>(302) 888-1112<br><br>-and-<br><br>MAGNOZZI & KYE, LLP<br>Matthew F. Kye<br>One Expressway Plaza<br>Roslyn Heights, NY 11577<br>(516) 299-5556<br><br>-and-<br><br>BUCHALTER NEMBER, PC<br>Shawn M. Christianson<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126<br>(415) 227-0900<br><br>-and-<br><br>ORACLE AMERICA, INC.<br>Deborah Miller<br>Jeffrey Ross<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>(650) 506-2000 |
| United States of America | Yonatan Gelblum<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Ben Franklin Station, P.O. Box 227<br>Washington, DC 20044<br>(202) 305-3136 |
| John H. Aspelin | John H. Aspelin<br>220 Montgomery Street, Suite 1009<br>San Francisco, CA 94104<br>(415) 296-9812 |
| Timothy P. Knight | Michael T. Hannafan<br>Blake T. Hannafan<br>HANNAFAN & HANNAFAN, LTD.<br>One East Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>(312) 527-0055 |

2124677.1
135030.01600/40202675v.2

Dated: August 3, 2012

Respectfully submitted,

BLANK ROME LLP

By: /s/ *David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

and

JENNER & BLOCK LLP
David J. Bradford (admitted *pro hac vice)*
Catherine L. Steege (admitted *pro hac vice*)
353 N. Clark St.
Chicago, IL  60654
Telephone: (312) 222-9350
Facsimile: (312) 527-04844

*Counsel for EGI-TRB, LLC*

15