# EXHIBIT A

## SUMMARY OF SAFECO CLAIMS

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 56: EXHIBIT A – SAFECO INSURANCE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 1 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6357 | Chicago Tribune Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 2 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6358 | Chicago Tribune Newspapers, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 3 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6359 | Chicago Tribune Press Service, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 4 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6360 | KTLA Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 5 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6361 | Los Angeles Times Newspapers, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 56: EXHIBIT A – SAFECO INSURANCE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 6 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6362 | Star Community Publishing Group, LLC | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 7 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6363 | Sun-Sentinel Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 8 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6364 | The Baltimore Sun Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 9 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6365 | The Daily Press, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 10 | SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | 6366 | Times Mirror Payroll Processing Company, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 56: EXHIBIT A – SAFECO INSURANCE CLAIMS

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 11 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6367 | Times Mirror Services Company, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 12 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6368 | Tribune Broadcasting Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 13 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6369 | Tribune Broadcasting News Network, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 14 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6370 | Tribune Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 15 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6371 | Tribune Entertainment Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |

\* – Indicates claim contains unliquidated and/or undetermined amounts


# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 56: EXHIBIT A – SAFECO INSURANCE CLAIMS

| | NAME | CLAIM # | DEBTOR | CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 16 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6372 | Tribune Media Net, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 17 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6373 | Tribune Media Services, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 18 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6374 | Tribune Publishing Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 19 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6375 | WGN Continental Broadcasting Company | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| 20 | SAFECO INSURANCE COMPANY OF AMERICA C/O T. SCOTT LEO LEO & WEBER, PC 1 N. LASALLE ST., STE 3600 CHICAGO, IL 60602 | 6376 | WPIX, Inc. | Unsecured | $19,844,866.20* | $182,000.00 | Modification as set forth in the objection. |
| | | | | TOTAL | $396,897,324.00 | $3,640,000.00 TOTAL | |

\* - Indicates claim contains unliquidated and/or undetermined amounts