IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
TRIBUNE COMPANY, *et al.*,                          :    Case No. 08-13141 (KJC)
                                                    :
           Debtors.                                 :    (Jointly Administered)
                                                    :
                                                    :    Re: Docket No. 12177
                                                    :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

    Tamara L. Moody, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Blank Rome LLP, and that on August 3, 2012 she caused the following document to be served upon the parties listed on the attached service list via first class mail:

- **Notice of Appeal** [Dkt. No. 12177]

Date: August 6, 2012

SWORN TO AND SUBSCRIBED before
me this 6th day of August, 2012

_____
Notary Public

**MARY C. LEVAN**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My commission expires May 11, 2013

**BLANK ROME LLP**

_____
Tamara L. Moody, Paralegal
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

135030.01600/40202697v.1

| | |
|---|---|
| COLE, SHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>Norman L. Pernick (I.D. No. 2290)<br>J. Kate Stickles (I.D. No. 2917)<br>Patrick J. Reilly (I.D. No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | SIDLEY AUSTIN LLP<br>James F. Conlan<br>Bryan Krakauer<br>Kevin T. Lantry<br>Jessica C. K. Boelter<br>Gregory V. Demo<br>One South Dearborn Street<br>Chicago, IL 60603 |
| BIFFERATO GENTILOTTI LLC<br>Garvan F. McDaniel<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801 | KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br>David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew B. Stein<br>1633 Broadway<br>New York, NY 10019 |
| MCCARTER & ENGLISH, LLP<br>Katherine L. Mayer<br>James J. Freebery IV<br>Renaissance Center<br>405 N. King Street<br>Wilmington, DE 19801 | David J. Adler<br>245 Park Avenue<br>New York, NY 10167 |
| LANDIS RATH & COBB LLP<br>Adam G. Landis<br>Daniel B. Rath<br>Matthew B. McGuire<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801 | CHADBOURNE & PARKE LLP<br>Howard Seife<br>David M. LeMay<br>30 Rockefeller Plaza<br>New York, NY 10112 |

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
Andrew Goldfarb
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036

SULLIVAN HAZELTINE ALLINSON LLC
William D. Sullivan
Elihu E. Allinson, III
901 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 428-1891

BROWN RUDNICK LLP
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036

ASHBY & GEDDES, P.A.
William P. Bowden
Amanda M. Winfree
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19801

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
David M. Zensky
Philip C. Dublin
Deborah Newman
One Bryant Park
New York, NY 10036

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
Edward A. Friedman
Robert J. Lack
Kizzy L. Jarashow
7 Times Square
New York, NY 10036-6516

LERMAN SENTER PLLC
Meridith S. Senter, Jr.
Sally A. Buckman
2000 K Street, NW
Suite 600
Washington, DC 20006

LOIZIDES, P.A.
Christopher D. Loizides
1225 King Street, Suite 800
Wilmington, DE 19801

STUTMAN TREISTER & GLATT
Isaac M. Palchuski
1901 Avenue of the Stars, #1200
Los Angeles, CA 90067

BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel
800 N. King Street, Plaza Level
Wilmington, DE 19801

SCHULTE ROTH & ZABEL LLP
Adam C. Harris
Karen S. Park
919 Third Avenue
New York, NY 10022

YOUNG CONAWAY STARGATT & TAYLOR LLP
Robert S. Brady
M. Blake Cleary
1000 N. King Street
Wilmington, DE 19801

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

WILMER CUTLER PICKERING HALE & DORR LLP
Andrew Goldman
399 Park Avenue
New York, NY 10022

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins
Robert J. Stearn
One Rodney Square
Wilmington, DE 19801

DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Damian S. Schaible
450 Lexington Avenue
New York, NY 10017

35030.01600/40202673v.1

COZEN O'CONNOR
Mark E. Felger
1201 N. Market Street, Suite 140
Wilmington, DE 19801

ANDREWS KURTH LLP
Paul N. Silverstein
Jeremy B. Reckmeyer
45 Lexington Avenue, 15th Floor
New York, NY 10017

HILLER & ARBAN, LLC
Adam Hiller
Brian Arban
1500 N. French Street, 2nd Floor
Wilmington, DE 19801

TEITELBAUM & BASKIN, LLP
Jay Teitelbaum
1 Barker Avenue, 3rd Floor
White Plains, NY 10601

CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey C. Wisler
Marc J. Phillips
The Nemours Building
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19889

GRIPPO & ELDEN LLC
George Dougerty
John R. McCambridge
111 South Wacker Drive
Chicago, IL 60606

LATHAM & WATKINS LLP
Robert J. Rosenberg
David A. Hammerman
885 Third Avenue
New York, NY 10022

OFFICE OF THE UNITED STATES TRUSTEE
David Klauder
844 N. King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

| | |
|---|---|
| Susan L. Lissant<br>Special Assistant Attorney General<br>Missouri Department of Revenue<br>General Counsel's Office<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | Kevin Millen<br>1704 Lanier Lane<br>Memphis, TN 38117 |
| Norman P. Fivel<br>Assistant Attorney General Litigation Bureau<br>The Capital<br>Albany, NY 12224-0341 | Carol E. Momjian<br>Senior Deputy Attorney General<br>Office of the Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107 |
| James D. Newbold<br>Assistant Attorney General<br>Revenue Litigation Bureau<br>100 W. Randolph Street<br>Chicago, IL 60601 | DORSEY & WHITNEY LLP<br>Eric Lopez Schnabel (I.D. No. 3672)<br>Robert W. Mallard (I.D. No. 4279)<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801 |
| DORSEY & WHITNEY LLP<br>Katherine A. Constantine<br>Steven D. Bell<br>Pamela Foohey<br>50 S. Sixth Street, Suite 1500<br>Minneapolis, MN 55402 | KLEHR HARRISON HARVEY BRANZBURG LLP<br>Richard M. Beck (I.D. No. 3370)<br>Sally E. Veghte (I.D. 4762)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 |

| | |
|---|---|
| ORRICK HERRINGTON & SUTCLIFFE LLP<br>Jonathan P. Guy<br>1152 15th Street, NW<br>Washington, DC 20005-1706 | Thomas P. Carroll<br>Senior Attorney<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, DC 20044-7611 |
| BALLARD SPAHR LLP<br>Christopher S. Chow (I.D. No. 4172)<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801 | BALLARD SPAHR LLP<br>Christopher S. Chow (I.D. No. 4172)<br>Leslie C. Heilman (I.D. No. 4617)<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801 |
| DUANE MORRIS LLP<br>Richard W. Riley<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659 | DUANE MORRIS LLP<br>Margery N. Reed<br>Wendy M. Simkulak<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 |
| DUANE MORRIS LLP<br>Richard W. Riley (I.D. No. 4052)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659 | KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693 |

| | |
|---|---|
| THE ROSNER LAW GROUP LLC<br>Frederick B. Rosner (I.D. No. 3995)<br>Scott J. Leonhardt (I.D. No. 4885)<br>824 Market, Suite 810<br>Wilmington, DE 19801 | ANDREWS KURTH LLP<br>Paul N. Silverstein<br>Jeremy B. Reckmeyer<br>450 Lexington Avenue<br>New York, NY 10017 |
| ARCHER & GREINER, P.C.<br>Charles J. Brown<br>300 Delaware Avenue, Suite 1370<br>Wilmington, DE 19801 | BARTLETT HACKETT & FEINBERG, PC<br>Frank F. McGinn<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC<br>Francis A. Monaco, Jr. (I.D. No. 2078)<br>Thomas M. Horan (I.D. 4641)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801 | K&L GATES LLP<br>Jeffrey N. Rich<br>599 Lexington Avenue<br>New York, NY 10022 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Gregg M. Galardi (I.D. No. 2991)<br>Ian S. Fredericks (I.D. NO. 4626)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 | CONNOLLY BOVE LODGE & HUTZ LLP<br>Jeffrey C. Wisler (I.D. No. 2795)<br>Marc J. Phillips (I.D. No. 4445)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |

| | |
|---|---|
| COZEN O'CONNOR<br>Mark E. Felger (I.D. No. 3919)<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 | WILDMAN, HAROLD, ALLEN & DIXON LLP<br>Michael Dockterman<br>Jonathan Young<br>Patrick Frye<br>225 W. Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 |
| THE HOGAN FIRM<br>Daniel K. Hogan (I.D. No. 2814)<br>1311 Delaware Avenue<br>Wilmington, DE 19806 | FRANK/GECKER LLP<br>Frances Gecker<br>Joseph D. Frank<br>Reed Heiligman<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 |
| SMITH KATZENSTEIN & JENKINS LLP<br>Kathleen M. Miller (I.D. No. 2898)<br>The Corporate Plaza<br>800 Delaware Avenue, Suite 1000<br>Wilmington, DE 19899 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOBIN LL<br>Richard A. Saldinger<br>Allen J. Guon<br>Kimberly Bacher<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60610 |
| James D. Newbold<br>Assistant Attorney General<br>Revenue Litigation Bureau<br>100 W. Randolph Street<br>Chicago, IL 60601 | MARGOLIES EDELSTEIN<br>James E. Huggett (I.D. No. 3956)<br>750 Shipyard Drive, Suite 102<br>Wilmington, DE 19801 |

| | |
|---|---|
| MAGNOZZI & KYE, LLP<br>Matthew F. Kye<br>One Expressway Plaza<br>Roslyn Heights, NY  11577 | BUCHALTER NEMBER, PC<br>Shawn M. Christianson<br>333 Market Street, 25th Floor<br>San Francisco, CA  94105-2126 |
| ORACLE AMERICA, INC.<br>Deborah Miller<br>Jeffrey Ross<br>500 Oracle Parkway<br>Redwood City, CA  94065 | Yonatan Gelblum<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Ben Franklin Station, P.O. Box 227<br>Washington, DC  20044 |
| John H. Aspelin<br>220 Montgomery Street, Suite 1009<br>San Francisco, CA  94104 | Michael T. Hannafan<br>Blake T. Hannafan<br>HANNAFAN & HANNAFAN, LTD.<br>One East Wacker Drive, Suite 2800<br>Chicago, IL  60601 |