# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, ) | |
| ) | Case No. 08-13141 (KJC) |
| Debtors. ) | Jointly Administered |
| ) | |

**Objection Deadline: 8/8/12 @ 4:00 p.m. (ET)**
**Hearing Date: 8/17/12 @ 10:00 a.m. (ET)**

## NOTICE OF EGI-TRB, LLC'S MOTION FOR CERTIFICATION OF DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

PLEASE TAKE NOTICE that on August 6, 2012, EGI-TRB, LLC filed *EGI-TRB, LLC's Motion for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

Pursuant to the Bankruptcy Court's *Scheduling Order With Respect to Motions to Stay Pending Appeal of Confirmation Order and Motions for Certification of Direct Appeal of Confirmation Order* [D.I. 12147], any responses or objections to the Motion must be made by **August 8, 2012 at 4:00 p.m. (ET)** and must be served upon undersigned counsel.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

-2-

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY AT THE BANKRUPTCY COURT ON **AUGUST 17, 2012 AT 10:00 A.M. EASTERN TIME.**

Dated: August 6, 2012	**BLANK ROME LLP**

By:  /s/ *David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
Alan M. Root (DE No. 5427)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400

and

**JENNER & BLOCK LLP**
David J. Bradford (admitted *pro hac vice)*
Catherine L. Steege (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350

*Counsel for EGI-TRB, LLC*