IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
TRIBUNE COMPANY, et al.,                        :    Case No. 08-13141 (KJC)
                                                :
            Debtors.                            :    (Jointly Administered)
                                                :
                                                :
                                                :    Re: Docket No. ____
-------------------------------------------------------------x
```

**ORDER GRANTINGS EGI-TRB, LLC'S MOTION
FOR CERTIFICATION OF DIRECT APPEAL TO THE
<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>**

Upon EGI-TRB, LLC's motion (the "<u>Motion</u>")[1] for entry of an order certifying its appeal of the Confirmation Order to the Third Circuit; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334; and it appearing that venue of this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O); and the Court having reviewed and considered the Motion and any responses thereto; and a hearing (the "<u>Hearing</u>") in respect of the Motion having been held on August 17, 2012; and adequate and sufficient notice of the Motion and the Hearing having been given to parties in interest; and after due deliberation thereon; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Court hereby certifies EGI-TRB's appeal of the Confirmation Order for direct appeal to the Third Circuit pursuant to 28 U.S.C. § 158(d); and it is further

---

[1] Except as otherwise defined in this Order, capitalized terms used in this Order shall have the meanings given to them in the Motion.

135030.01600/40202698v.2

ORDERED that, notwithstanding any rule to the contrary, this Order shall take effect immediately upon entry; and it is further

ORDERED that this Court shall retain jurisdiction to resolve any disputes arising under or related to this Order and to interpret, implement and enforce the provisions of this Order.

Dated: August __, 2012

_____
UNITED STATES BANKRUPTCY JUDGE