# Schedule 1

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

|   | NAME | EXHIBIT |
|---|---|---|
| 1 | ALBERT, G CLAUDE<br>39 TIMMS HILL ROAD<br>HADDAM, CT 06438 | B |
| 2 | ALTHERR, STACEY<br>34 MEADOW PONDS CIRCLE<br>MILLER PLACE, NY 11764 | A |
| 3 | ALU, MARY E<br>2336 WASHINGTON STREET<br>ALLENTOWN, PA 18104 | B |
| 4 | AMORIM, KEVIN C.<br>5 DAWN DR.<br>EAST NORTHPORT, NY 11731 | A |
| 5 | ARMSTEAD, BLISS<br>225 REFLECTION DRIVE<br>WILLIAMSBURG, VA 23188 | C |
| 6 | BAILIS, KAREN<br>35-36 76TH ST.<br>#520<br>JACKSON HEIGHTS, NY 11372 | A |
| 7 | BALAZS, JEFFREY<br>10330 MARLOU DRIVE<br>MUNSTER, IN 46321 | A |
| 8 | BANNON, MARIE L<br>7515 NANTUCKET DR<br>#102<br>DARIEN, IL 60561 | A |
| 9 | BARBER, ALLEEN<br>85-29 121ST ST.<br>KEW GARDENS, NY 11415 | A |
| 10 | BARRAZA, HECTOR<br>C/O RICHARD RUIZ<br>1827 SAN PASQUEL STREET<br>PASADENA, CA 91107 | C |
| 11 | BAUMBACH, JAMES<br>355 S WELLWOOD AVE<br>LINDENHURST, NY 11757 | A |
| 12 | BEARD, ARTHUR<br>3569 KARIYA DR<br>MISSISSAUGA, ON L5B 3J2<br>CANADA | A |
| 13 | BEARD, ARTHUR<br>3569 KARIYA DR<br>MISSISSAUGA, ON L5B 3J2<br>CANADA | A |
| 14 | BEEKMAN, DOROTHY<br>9 MADDER LAKE CIRCLE<br>COMMACK, NY 11725 | A |
| 15 | BERESWILL, PAUL<br>622 SO MAIN ST<br>FREEPORT, NY 11520 | A |
| 16 | BERNZWEIG, JASON<br>12 FERN DRIVE<br>COMMACK, NY 11725 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 17 | BLACK, GILLIAN<br>94 YORK AVE<br>SARATOGA SPRINGS, NY 12866 | A |
| 18 | BLACK, GILLIAN D<br>94 YORK AVE<br>SARATOGA SPRINGS, NY 12866 | A |
| 19 | BLACKWOOD, DAVID<br>121 BRAELANDS DR<br>CARY, NC 27518 | A |
| 20 | BOHM, PETER<br>PO BOX 11255<br>BURBANK, CA 91510-1255 | A |
| 21 | BONARDI, DOROTHY A.<br>580 BALDWIN DRIVE<br>WEST HEMPSTEAD, NY 11552 | A |
| 22 | BOUDAKIAN, AGNES<br>41 HURLEYS LN APT 423<br>LINCROFT, NJ 07738-1438 | A |
| 23 | BOVE, DOMINICK<br>718 HYMAN AVENUE<br>WEST ISLIP, NY 11795 | A |
| 24 | BRANDT, PATRICIA<br>681 GRAND AVE<br>LINDENHURST, NY 11757 | A |
| 25 | BRANECKI, PHILLIP J<br>12219 BAKER TERR.<br>WOODSTOCK, IL 60098 | A |
| 26 | BRIDGEFORD, ALICE M<br>1518 E HARVARD<br>GLENDALE, CA 91205 | C |
| 27 | BROWN, JEROLENE<br>3054 JOLLY POND ROAD<br>WILLIAMSBURG, VA 23188 | C |
| 28 | BROWN, PEGGY S.<br>11 GARDEN CT<br>HUNTINGTON, NY 11743-3233 | A |
| 29 | BROWN, TRACY M.<br>145 EAST AVE<br>FREEPORT, NY 11520 | A |
| 30 | BRUNO, LISA<br>9 SCHERER ST.<br>BETHPAGE, NY 11714 | A |
| 31 | BUBBEO, DANIEL<br>2480 DEVON ST.<br>EAST MEADOW, NY 11554 | A |
| 32 | BURKE, DIANE E.<br>1506 SADDLE ROCK RD<br>HOLBROOK, NY 11741-4822 | A |
| 33 | BURNETT, MARY L<br>730 NORTH WHITNALL HWY<br>APT 107<br>BURBANK, CA 91505-5400 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 34 | BURNS, BETTY<br>1422 N. GORDON APT 5<br>HOLLYWOOD, CA 90028 | A |
| 35 | BURSON, PATRICIA L.<br>48 S. LONG BEACH AVE., APT 2E<br>FREEPORT, NY 11520 | A |
| 36 | CAIN, DEBORAH<br>3621 HILLCREST DRIVE<br>LOS ANGELES, CA 90016 | A |
| 37 | CAMASSAR, CAROLYN I<br>5 OLD WALLINGFORD ROAD<br>DURHAM, CT 06422 | B |
| 38 | CAMPBELL, RAMSEY L<br>156 DRISKELL ST NE<br>PALM BAY, FL 32907-1549 | A |
| 39 | CAPITULO, LORINA<br>157 GRACIE DR<br>NORTH BABYLON, NY 11703-3227 | A |
| 40 | CARANNANTE, GREGORY<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | A |
| 41 | CARANNANTE, GREGORY V<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | A |
| 42 | CARANNANTE, GREGORY V<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | A |
| 43 | CARROLL, CYNTHIA L<br>1450 JOHNSTOWN LANE<br>UNIT D<br>WHEATON, IL 60189 | A |
| 44 | CASSIDY, DAVID<br>3 LINCOLN STREET<br>GARDEN CITY, NY 11530 | A |
| 45 | CAULER, BETTY E<br>2212 W TILGHMAN STREET<br>ALLENTOWN, PA 18104 | A |
| 46 | CHANNON, MARK<br>112 MEADOWVIEW DRIVE<br>TORRINGTON, CT 06790 | B |
| 47 | CHANNON, MARK P<br>112 MEADOWVIEW DRIVE<br>TORRINGTON, CT 06790 | C |
| 48 | CHENG-PAVON, MAE<br>137 E. 36TH STREET<br>APT #15E<br>NEW YORK, NY 10016 | A |
| 49 | CHIN, CINDY<br>621 6TH ST.<br>EAST NORTHPORT, NY 11731 | A |
| 50 | CHRISTENSEN. LUCILLE<br>164 BARRYPOINT ROAD<br>RIVERSIDE, IL 60546 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 51 | CIOLLI, RITA<br>5 GREENWAY LANE<br>HUNTINGTON, NY 11743 | A |
| 52 | COHEN, NORMAN EDWARD<br>225 KOHR RD.<br>KINGS PARK, NY 11754 | A |
| 53 | COSTELLO, DANIEL J<br>2060 CONTINENTAL AVE<br>APT 3<br>BRONX, NY 10461 | A |
| 54 | COVA, ANNE M<br>7 TRANQUILITY PLACE<br>LADERA RANCH, CA 92694 | A |
| 55 | CSORDAS, DAVID J<br>7183 CARL'S HILL ROAD<br>ZIONSVILLE, PA 18092 | B |
| 56 | CURL, CAROL D<br>8233 LOWER RIVER ROAD<br>GRANTS PASS, OR 97526 | A |
| 57 | DANIELS, DIANE<br>5 JUNIPER ST.<br>HICKSVILLE, NY 11801 | A |
| 58 | DANIELS, SARAH<br>43 ROYAL CRESCENT WAY<br>FREDERICKSBRG, VA 22406-7296 | A |
| 59 | DAVIES, KATHLEEN<br>1941 NE 2ND AVE<br>POMPANO BEACH, FL 33064 | A |
| 60 | DAVIS, WILLIAM E. III<br>24 HIGHWOOD RD.<br>EAST NORWICH, NY 11732 | A |
| 61 | DE PRETA, RICHARD<br>100 PALMER AVENUE<br>STAMFORD, CT 06902 | A |
| 62 | DECAPRIO, DARCIE<br>116 TERRI COURT<br>MANHATTAN, IL 60442 | A |
| 63 | DEJESUS, FERNANDO<br>520 NAPLES AVE S<br>LEHIGH ACRES, FL 33974-0765 | A |
| 64 | DELGADO, JOE<br>4303 STILLWELL AVENUE<br>LOS ANGELES, CA 90032 | A |
| 65 | DELUGACH, ALBERT L<br>4313 PRICE<br>LOS ANGELES, CA 90027 | A |
| 66 | DEMANUEL, KIM<br>20 IVY LEAGUE LN<br>STONY BROOK, NY 11790-2714 | A |
| 67 | DEMORETCKY, FRANCES<br>2008 HAYWOOD RD<br>HENDERSONVILLE, NC 28791 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

| # | NAME | EXHIBIT |
|---|------|---------|
| 68 | DEMORETCKY, THOMAS A<br>2008 HAYWOOD RD<br>HENDERSONVILLE, NC 28791 | A |
| 69 | DENNISTON, LYLE W<br>301 PINE ROAD<br>FORT WASHINGTON, MD 20744-6612 | A |
| 70 | DEUEL, WILLIAM<br>18615 LEMON STREET<br>HESPERIA, CA 92345 | A |
| 71 | DIAMANTE, GIL<br>901 D ROYAL ST<br>ANNAPOLIS, MD 21401 | C |
| 72 | DIAMOND, KATHLEEN<br>1442 BALDWIN BLVD<br>BAY SHORE, NY 11706 | A |
| 73 | DIETER, SHARON L<br>1016 HAZEL LANE<br>BEL AIR, MD 21014 | A |
| 74 | DIETER, SHARON L.<br>1016 HAZEL LANE<br>BEL AIR, MD 21014 | A |
| 75 | DONCEVIC, LOIS A<br>5737 SNOWY ORCHID LN.<br>ALLENTOWN, PA 18104 | A |
| 76 | DORCIUS, JOHN<br>1112 S. SWINTON AVENUE<br>DELRAY BEACH, FL 33444 | C |
| 77 | DOWNES, BRIAN P.<br>PO BOX 518<br>WINTERSET, IA 50273 | A |
| 78 | DRACHLIS, TIMOTHY<br>150 MAPLE HILL RD<br>HUNTINGTON, NY 11743-2113 | A |
| 79 | DROUIN-KEITH, KATHERINE<br>10 ELTONA PL<br>E NORTHPORT, NY 11731-6012 | A |
| 80 | DRUCKENMILLER, R<br>5502 WALNUT LANE<br>ZIONSVILLE, PA 18092 | B |
| 81 | DUDLEY, SHAMEKA N.<br>40 BELFORD AVE<br>BAY SHORE, NY 11706-6821 | A |
| 82 | DUMAINE, JOAN E<br>86 TRACY DRIVE<br>MANCHESTER, CT 06042 | B |
| 83 | DURAO, VICTOR P<br>100 SUNMEADOW DRIVE<br>EAST BERLIN, CT 06023 | B |
| 84 | DUTTON, DOUGLAS<br>240 SOUTHPORT ST.<br>RONKONKOMA, NY 11779 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 85 | DYMSKI, GARY M.<br>14 SWEET BRIAS PATH<br>LAKE GROVE, NY 11755-1849 | A |
| 86 | EDELSTEIN, ANDREW<br>5 COLONY CT<br>GREENLAWN, NY 11740 | A |
| 87 | EDMONDS, DOROTHY M.<br>141 PATTERSON AVE.<br>HEMPSTEAD, NY 11550 | A |
| 88 | ESTATE OF HANS LUNTTA, THE<br>14 W STREET EXT<br>ANDOVER, CT 06232-1717 | A |
| 89 | ESTATE OF JOHN VANDENHEUVEL, THE<br>3543 LADONIA STREET<br>SEAFORD, NY 11783-3024 | A |
| 90 | ESTATE OF JOHN ZINK, THE<br>313 GENOA RD<br>ST AUGUSTINE, FL 32084-2939 | A |
| 91 | ESTATE OF JOHN ZINK, THE C<br>313 GENOA RD<br>ST AUGUSTINE, FL 32084-2939 | A |
| 92 | EYER, RODERICK<br>2 WALLING FORD DRIVE<br>MELVILLE, NY 11747 | A |
| 93 | FALLICK, ALAN H.<br>14 KLAIBAR LANE<br>EAST NORTHPORT, NY 11731 | A |
| 94 | FERRARO, MICHAEL<br>1255 LAKESHORE DRIVE<br>MASSAPEQUA PARK, NY 11762 | A |
| 95 | FLEISCHER, JOAN<br>512 ANN LANE<br>WANTAGH, NY 11793 | A |
| 96 | FOLEY, MARY BETH<br>31 GROVE ST<br>NORTHPORT, NY 11768-2905 | A |
| 97 | FONG, PHILLIP<br>4512 N DELTA ST<br>ROSEMEAD, CA 91770 | A |
| 98 | FORYS, JOSEPH V.<br>9 DAELL LANE<br>CENTEREACH, NY 11720 | A |
| 99 | FOUCH, ROBERT<br>26 IVY PLACE<br>VALLEY STREAM, NY 11581 | A |
| 100 | FRANK, AMALIA C<br>39133 162ND STREET E<br>PALMDALE, CA 93591 | A |
| 101 | FREY, VINCENT<br>891 N LACROSSE ST<br>ALLENTOWN, PA 18109-1953 | A |
| 102 | FRIEDLANDER, H. JOE<br>1026 OLYMPIA RD.<br>BELLMORE, NY 11710 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 103 | GARLICKI, DEBORAH J<br>7805 CROSS CREEK CIRCLE<br>BREINIGSVILLE, PA 18031 | B |
| 104 | GERMOND, DAWN M<br>2G QUEEN TERRACE<br>SOUTHINGTON, CT 06489 | B |
| 105 | GIANOTTI, PETER M.<br>5 GREENWAY LANE<br>HUNTINGTON, NY 11743 | A |
| 106 | GILL, RONNIE<br>22 FLORAL AVENUE<br>HUNTINGTON, NY 11743 | A |
| 107 | GOTTLIEB, RACHEL<br>2015 NOYES ST<br>EVANSTON, IL 60201 | A |
| 108 | GOTTLIEB, RACHEL<br>2015 NOYES STREET<br>EVANSTON, IL 60201 | B |
| 109 | GRAVES, THOMAS<br>14917 MCKNEW RD<br>BURTONSVILLE, MD 20806 | A |
| 110 | GUENTNER, LIANE<br>24 HIGHWOOD RD<br>EAST NORWICH, NY 11732 | A |
| 111 | GUEVARA, MARTHA L.<br>127 W. GRANADA AVE.<br>LINDENHURST, NY 11757 | A |
| 112 | GUIDICE, NICHOLAS<br>365 RIDGEFIELD RD<br>HAUPPAUGE, NY 11788-2314 | A |
| 113 | GUNTER, WANDA<br>185 CORNELL STREET<br>HEMPSTEAD, NY 11550 | A |
| 114 | HABERSTROH, JOSEPH K.<br>75 S. PENATAQUIT AV<br>BAY SHORE, NY 11706 | A |
| 115 | HADRICK, CELESTE<br>878 ABERDEEN ROAD<br>WEST BAY SHORE, NY 11706 | A |
| 116 | HALLER, SIEGLINDE M<br>PO BOX 61768<br>C/O ELIZABETH SHEA GUARDIAN<br>PALM BAY, FL 32906 | A |
| 117 | HANDELSMAN, WALT<br>37 HARVARD DR.<br>WOODBURY, NY 11797 | A |
| 118 | HASENOHR, PETER<br>420 MONROE DR<br>CENTERPORT, NY 11721 | A |
| 119 | HATHAWAY, WILLIAM K<br>869 FARMINGTON AVE APT 201<br>WEST HARTFORD, CT 06119-1403 | B |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

| # | NAME | EXHIBIT |
|---|------|---------|
| 120 | HENLEY, DEBORAH<br>26 KELLOGG PL<br>HUNTINGTN STA, NY 11746-2916 | A |
| 121 | HERZOG, ROBERT<br>27 BISHOP LANE<br>HOLBROOK, NY 11741 | A |
| 122 | HOOGHKIRK, BARRY<br>27 SALEM ST.<br>PATCHOGUE, NY 11772 | A |
| 123 | HUNT, LAURIE S<br>303 SQUIRREL TRL<br>LONGWOOD, FL 32779-3413 | A |
| 124 | HUNTER, KAREN J<br>91 EAST MAIN STREET<br>MIDDLETOWN, CT 06457 | A |
| 125 | HUTCHINSON, JOYCE F.<br>PO BOX 352<br>MATTESON, IL 60443-0352 | A |
| 126 | HUTCHINSON, JOYCE F.<br>16851 HARLEM AVENUE, UNIT 225<br>TINLEY PARK, IL 60477 | A |
| 127 | JACKSON, DORA D<br>2627 LOYOLA SOUTHWAY<br>BALTIMORE, MD 21215 | A |
| 128 | JANUS, KENNETH C<br>924 S COURTLAND AVE<br>PARK RIDGE, IL 60068 | A |
| 129 | JETT, MICHAEL<br>1 NORTH DREXEL AVENUE<br>LA GRANGE, IL 60525 | A |
| 130 | JOHNSON, JEFFREY<br>4255 BEULAH DRIVE<br>LA CANADA, CA 91011 | A |
| 131 | JOHNSON, RUSSELL<br>1360 WATERSIDE DRIVE<br>BOLINGBROOK, IL 60490 | A |
| 132 | JOSEFAK, JOHN C.<br>23 RALPH AVE.<br>LAKE GROVE, NY 11755 | A |
| 133 | KACHARABA, ROSEMARIE<br>210 UTICA AVENUE<br>NORTH MASSAPEQUA, NY 11758 | A |
| 134 | KAHN, ROBERT<br>5-26 47TH ROAD<br>APT. 4C<br>LONG ISLAND CITY, NY 11101 | A |
| 135 | KALLINICH, DONALD A<br>14 MADSEN ROAD<br>WEST HARTFORD, CT 06110 | B |
| 136 | KEATING, JOHN<br>610 BREAD & CHEESE HOLLOW RD<br>NORTHPORT, NY 11768 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 137 | KEELER, ROBERT F.<br>18 MAGNET ST.<br>STONY BROOK, NY 11790 | A |
| 138 | KELLOGG, VALERIE<br>108 LA RUE DRIVE<br>HUNTINGTON, NY 11743 | A |
| 139 | KING-COHEN, SYLVIA ELIZABETH<br>225 KOHR RD<br>KINGS PARK, NY 11754 | A |
| 140 | KRAFT, PETER<br>98 NILAN STREET<br>HARTFORD, CT 06106 | B |
| 141 | KRANTZ, RANDI<br>100 BEEKMAN STREET 9J<br>NEW YORK, NY 10038 | C |
| 142 | KRAUT, EDITH<br>65 CIRCLE DRIVE<br>SYOSSET, NY 11791 | C |
| 143 | KRENEK, DEBBY<br>361 72ND ST<br>BROOKLYN, NY 11209 | A |
| 144 | KUSTER, JOHN<br>5 SEBURN DRIVE<br>BLUFFTON, SC 29909 | A |
| 145 | LAMPHER, KATHLEEN<br>5024 DOMINGUEZ RANCH ROAD<br>YORBA LINDA, CA 92887 | A |
| 146 | LAMPHER, ROBERT F.<br>5024 DOMINGUEZ RANCH RD<br>YORBA LINDA, CA 92887 | A |
| 147 | LEO, JAMES<br>93 ISLIP BLVD.<br>ISLIP, NY 11751 | A |
| 148 | LEONARD, JOSEPH J.<br>26 LAPEER ST.<br>DEER PARK, NY 11729 | A |
| 149 | LEONE, MARK<br>19 STRUM ST.<br>BRENTWOOD, NY 11717 | A |
| 150 | LEPE, JOSE M<br>455 NORTH DAHLIA AVENUE<br>ONTARIO, CA 91762 | A |
| 151 | LEVINE, NED<br>301 FRANKEL BLVD.<br>MERRICK, NY 11566 | A |
| 152 | LEVY, LAWRENCE C.<br>14 VICTORIAN CT.<br>HUNTINGTON, NY 11743 | A |
| 153 | LI, TAO<br>234 BRENRICH CV N<br>MEMPHIS, TN 38117-2834 | A |
| 154 | LOISELLE, PAUL<br>320 S PIERCE ST #A<br>NEW ORLEANS, LA 70119-6013 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 155 | LOPER, JEAN MARIE<br>8 SKIP LANE<br>BURLINGTON, CT 06013 | B |
| 156 | LOPER, JEANMARIE<br>8 SKIP LANE<br>BURLINGTON, CT 06013 | A |
| 157 | LORETONI, RICHARD<br>18 BRADISH LANE<br>BABYLON, NY 11702 | A |
| 158 | LUBIN, MARSHALL<br>314 NEPTUNE AVENUE<br>WEST BABYLON, NY 11704 | A |
| 159 | LUNDQUIST, MARGARET<br>208 FARHAN LANE<br>NORTH BABYLON, NY 11703 | A |
| 160 | MACGOWAN, CARL<br>211-01 85TH AVENUE<br>HOLLIS HILLS, NY 11427 | A |
| 161 | MANCINI, JOHN<br>64-14  847TH ST.<br>MIDDLE VILLAGE, NY 11379-2424 | A |
| 162 | MANGO, CONSTANCE<br>29 EAST STREET<br>MIDDLE ISLAND, NY 11953-1712 | A |
| 163 | MANN, LAURA E.<br>249-11  61ST AVE<br>LITTLE NECK, NY 11362 | A |
| 164 | MARCUS, ERICA<br>88 WYCKOFF ST<br>BROOKLYN, NY 11201 | A |
| 165 | MARGARET FIELDS<br>125 BORDEAUX CIRCLE<br>NAPLES, FL 34112 | A |
| 166 | MASON, WILLIAM<br>46 EAST 21 ST.<br>HUNTINGTON STATION, NY 11746 | A |
| 167 | MASSARO, JEFFREY M.<br>78 ROOT AVE.<br>ISLIP, NY 11751-2416 | A |
| 168 | MATHIAS, MADELEINE B<br>PO BOX 217<br>WIND GAP, PA 18091-0217 | B |
| 169 | MAY, LIISA M.<br>15 SARATOGA ST<br>COMMACK, NY 11725 | A |
| 170 | MCCROHON, NANCY<br>2101 CONNECTICUT AV<br>WASHINGTON, DC 20008 | A |
| 171 | MCDOWELL, CURTIS<br>166 JONES CREEK ACRES DR<br>FRANKLIN, NC 28734 | A |
| 172 | MCFARLAND, VICTORIA<br>5225 E. PROSPECT RD<br>YORK, PA 17406 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

|  | NAME | EXHIBIT |
| --- | --- | --- |
| 173 | MCINERNEY, MAUREEN<br>19 WAYSIDE LANE<br>SELDEN, NY 11784 | A |
| 174 | MCKULA, KATHLEEN S<br>175 WALLENS HILL RD<br>WINSTED, CT 06098 | A |
| 175 | MCLAUGHLIN, DONALD<br>2632 NE 201ST AVENUE<br>UNIT 30<br>FAIRVIEW, OR 97024-8706 | A |
| 176 | MCLOUGHLIN, ANTOINETTE<br>266 RIDER AVE.<br>MALVERNE, NY 11565 | A |
| 177 | MEJIA, ALFREDO<br>1214 W CURIE AVE<br>SANTA ANA, CA 92707-3839 | A |
| 178 | MEJIA, ALFREDO<br>1214 W CURIE AVE<br>SANTA ANA, CA 92707-3839 | A |
| 179 | METCALFE, FRIEDA A.<br>MYRON B. DEWITT, ESQ.<br>DEWITT & CORDNER<br>PO BOX 244<br>SUSQUEHANNA, PA 18847 | A |
| 180 | MILLER, SANDRA H.<br>1 PERKINS AVE.<br>AMITYVILLE, NY 11701 | A |
| 181 | MILLROD, JACK<br>56 AMERICAN AVE<br>CORAM, NY 11727 | A |
| 182 | MOLINET, JASON A.<br>50 GILBERT ST.<br>NORTHPORT, NY 11768 | A |
| 183 | MOLINET, VIRGINIA A (NEE DUNLEAVEY)<br>50 GILBERT ST.<br>NORTHPORT, NY 11768 | A |
| 184 | MOORE, DARRYL<br>155 EAST GREENWICH ST.<br>APT 314<br>HEMPSTEAD, NY 11550 | A |
| 185 | MOORE, ELIZABETH K.<br>30 HEMLOCK LN<br>BAY SHORE, NY 11706-7811 | A |
| 186 | MORGAN, MARY T<br>1 LAFAYETTE ST<br>HUDSON FALLS, NY 12839 | A |
| 187 | MORITSUGU, HENRY O.<br>92 CLAYDON ROAD<br>GARDEN CITY, NY 11530-1807 | A |
| 188 | MULLOOLY, PATRICK<br>153 CHESTNUT STREET<br>GARDEN CITY, NY 11530 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

| # | NAME | EXHIBIT |
|---|------|---------|
| 189 | MURRAY, CARYN EVE<br>2 WALLINGFORD DRIVE<br>MELVILLE, NY 11747 | A |
| 190 | NEFF, SUE<br>217 N ST CLOUD STREET<br>ALLENTOWN, PA 18104 | B |
| 191 | NORDBROOK, ELLSWORTH<br>1907 RENCOS WAY<br>FORREST HILL, MD 21105-2329 | A |
| 192 | OLSZEWSKI, MICHELLE<br>58 N MAIN STREET<br>WINDSOR LOCKS, CT 06096 | A |
| 193 | ORTEZ, ALBERTO M. JR.<br>22 FLORAL AVE.<br>HUNTINGTON, NY 11743 | A |
| 194 | OSSA, JOSEPH M<br>806 TWIN LAKES DRIVE<br>CORAL SPRINGS, FL 33071 | A |
| 195 | PADGETT, TANIA<br>68-36 108TH ST., APT. B51<br>FOREST HILLS, NY 11375 | A |
| 196 | PARSONS, CHERILYN<br>2839 FOREST AVE<br>BERKELEY, CA 94705-1308 | A |
| 197 | PETRY, LYNN A.<br>70 ROY AVE.<br>MASSAPEQUA, NY 11758 | A |
| 198 | PHILIPS, CHUCK<br>PO BOX 7142<br>SANTA MONICA, CA 90406-7142 | A |
| 199 | POLEE, STEVEN<br>17 MESA RIDGE DR<br>POMONA, CA 91766 | A |
| 200 | PRICE, ERIC<br>150 JEROME DRIVE<br>BOLINGBROOK, IL 60440 | A |
| 201 | PUBON, GUSTAVO<br>86 FOREST RD.<br>CENTEREACH, NY 11720 | A |
| 202 | QUIGLEY, IRIS<br>6 O'HARA PL<br>HUNTINGTON, NY 11743 | A |
| 203 | QUINTANILLA, BLANCA MONICA<br>8200 BLVD. EAST APT 14 B<br>NORTH BERGEN, NJ 07047 | A |
| 204 | RAGO, ANNE E<br>633 EUCLID<br>ELMHURST, IL 60126 | A |
| 205 | RAIA, ALEXANDER J.<br>128 WELLINGTON RD.<br>GARDEN CITY, NY 11530 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 206 | RAIA, JUDITH<br>128 WELLINGTON RD.<br>GARDEN CITY, NY 11530 | A |
| 207 | RAMIREZ, VICTORIA RIGNER<br>36 HARTFORD STREET<br>LINDENHURST, NY 11757 | A |
| 208 | RAWITCH, ROBERT<br>9730 TUNNEY AVE.<br>NORTHRIDGE, CA 91324 | A |
| 209 | RAYA, CHARLES A<br>915 CHAPEL OAKS CT<br>WINTER GARDEN, FL 34787-2015 | A |
| 210 | REEB, MICHAEL T<br>PO BOX 124<br>GLEN ROCK, PA 17327-0124 | A |
| 211 | REICHERT, WAYNE<br>143 WOODLAWN AVE<br>SAINT JAMES, NY 11780-2509 | A |
| 212 | REILLY, ELIZABETH C<br>555 UNIVERSITY AVE APT 1005<br>HONOLULU, HI 96826-5025 | A |
| 213 | REINKE, STEPHANIE<br>42921 PEARSON RANCH LOOP<br>PARKER, CO 80138 | A |
| 214 | REMINICK, JOAN<br>2 SALISBURY DR. S.<br>E NORTHPORT, NY 11731 | A |
| 215 | REYES, ELIEZER<br>444 SCREVIN AVE<br>BRONX, NY 10473 | A |
| 216 | REYES, YLKA<br>203 PARK AVE. 2ND FL.<br>HUNTINGTON, NY 11743 | A |
| 217 | RICHARDSON, RUDOLPH<br>4750 S.W. 151ST PLACE<br>OCALA, FL 34473 | A |
| 218 | RICKS, DELTHIA<br>72 PLEASANT ST<br>HUNTINGTON, NY 11743 | A |
| 219 | RILEY, JOHN<br>55 MEADOW WAY<br>IRVINGTON, NY 10533 | A |
| 220 | RIPPS, KIMBERLY<br>64 HOPPER FARM RD<br>UPPER SADDLE RIVER, NJ 07458-1229 | A |
| 221 | RIZZITANO, FELICE<br>7 LILLIAN PL<br>PATCHOGUE, NY 11772-2955 | A |
| 222 | ROBINS, MARJORIE<br>5 4TH RD.<br>GREAT NECK, NY 11021 | A |
| 223 | RODGERS, JAMES<br>1913 S TWIN AVENUE<br>SAN GABRIEL, CA 91776 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

|     | NAME | EXHIBIT |
| --- | --- | --- |
| 224 | ROGERS, GARY<br>282 WOODBINE AVE.<br>NORTHPORT, NY 11768 | A |
| 225 | ROLLINS, GEORGE<br>4135 CHULUOTA RD<br>ORLANDO, FL 32820 | A |
| 226 | ROMO, JUDITH N<br>2635 ORANGE AVE<br>LA CRESCENTA, CA 91214-2122 | A |
| 227 | ROSE, STEPHEN M<br>2 ANAWAN ST<br>TAUNTON, MA 02780-2902 | A |
| 228 | ROSEBUD PUBLISHING INC<br>DENNIS MCDOUGAL<br>640 E ROCKY POINT ROAD<br>CORDOVA, TN 38018 | A |
| 229 | ROSENBERG, RICHARD A<br>235 E 87TH ST # 85<br>NEW YORK, NY 10128 | A |
| 230 | ROSSO, SALVATORE E.<br>737 7TH ST<br>WEST BABYLON, NY 11704 | A |
| 231 | ROTHE, VIRGINIA W<br>1621 WILLOW ST.<br>AUSTIN, TX 78702 | A |
| 232 | SABIO, WARNER N., SR.<br>441 HALSEY STREET<br>BROOKLYN, NY 11233 | A |
| 233 | SATKOWSKI, EDWARD<br>69 AUDUBON AVENUE<br>NEWINGTON, CT 06111 | A |
| 234 | SATKOWSKI, EDWARD<br>69 AUDUBON AVENUE<br>NEWINGTON, CT 06111 | A |
| 235 | SAWCHUK, KENNETH<br>26 TEANECK DRIVE<br>EAST NORTHPORT, NY 11731 | A |
| 236 | SCALA, THEODORE F.<br>123 HINSDALE AVENUE<br>FLORAL PARK, NY 11001 | A |
| 237 | SCHAMBERRY, JEFFREY<br>864 CLEVELAND ST<br>W HEMPSTEAD, NY 11552 | A |
| 238 | SCHMIDT, SHARON M<br>3838 ARTHUR<br>BROOKFIELD, IL 60513 | A |
| 239 | SCHOENBERGER, SUSAN<br>34 LINBROOK ROAD<br>WEST HARTFORD, CT 06107 | A |
| 240 | SCHULER, BARBARA L.<br>5 HOLDSWORTH DR.<br>HUNTINGTON, NY 11743 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 241 | SCHUON, JONALYN<br>8 CRESCENT DR<br>HUNTINGTON, NY 11743 | A |
| 242 | SEIFERT, LESLIE<br>318 W 100 ST 16C<br>NEW YORK, NY 10025 | A |
| 243 | SILVERBERG, ANN H.<br>19 FRANKLIN CT. WEST<br>GARDEN CITY, NY 11530 | A |
| 244 | SIRICA, JOHN<br>188 WOODBINE AVENUE<br>NORTHPORT, NY 11768 | A |
| 245 | SKINNER, MARYANN<br>10 MEUDON DRIVE<br>LOCUST VALLEY, NY 11560 | A |
| 246 | SMITH, ANDREW<br>15313 MAIN ST.<br>HUNTINGTON, NY 11743 | A |
| 247 | SMITH, DANIEL<br>14 GLEN HOLLOW DR<br>APT E-22<br>HOLTSVILLE, NY 11742 | A |
| 248 | SMITH, JAMES R.<br>416 MINEOLA BLVD.<br>WILLISTON PARK, NY 11596 | A |
| 249 | SMITH, JAMES S.<br>15 COVERT ST<br>PORT WASHINGTON, NY 11050 | A |
| 250 | SMITH, MIRIAM<br>282 WOODBINE AVE.<br>NORTHPORT, NY 11768 | A |
| 251 | SMITH, PHILIP L<br>7837 CAMP RD<br>PASADENA, MD 21122 | A |
| 252 | SMUKLER, ANN<br>600 SHORE ROAD, 3F<br>LONG BEACH, NY 11561 | A |
| 253 | SOLLITTO, PATRICIA<br>931 PARK DRIVE<br>WANTAGH, NY 11793 | A |
| 254 | SOMMELLA, LOUISE<br>JOSEPH SOMMELLA, DECEASED<br>325 OAK PARK LOOP<br>DAVENPORT, FL 33837 | A |
| 255 | STABILE, KAREW<br>194 KILBURN RD<br>GARDEN CITY, NY 11530 | A |
| 256 | STANFIELD, KATHY R<br>726 SAN PASCUAL AVENUE<br>APT. #11<br>LOS ANGELES, CA 90042 | A |
| 257 | STIMPFCE, LORRAINE E.<br>222 CEDAR AVE.<br>PATCHOGUE, NY 11772 | A |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 258 | STOUT, IRIS<br>4501 N BROOKSHIRE DR<br>PROVO, UT 84604 | C |
| 259 | STRIEGEL, LAWRENCE W.<br>30 NORTON DRIVE<br>EAST NORTHPORT, NY 11731 | A |
| 260 | SULLIVAN, EUGENE<br>74 COTTONWOOD LANE<br>WESTBURY, NY 11590 | A |
| 261 | SYSKA, MARIA BOZENA<br>43 PINE BLVD<br>PATCHOGUE, NY 11772 | A |
| 262 | TERRY, ROBERT H.<br>C/O LAUREL TERRY<br>601 MOORELAND AVE.<br>CARLISLE, PA 17013 | A |
| 263 | THOMAS-JOSEPH, LEEMA<br>7 SAGAMORE LANE<br>DIX HILLS, NY 11746 | A |
| 264 | TIERNAN, AUDREY<br>46 NORTH COURT<br>ROSLYN HEIGHTS, NY 11577 | A |
| 265 | TOPPING, ROBIN<br>20 PENFIELD DRIVE<br>EAST NORTHPORT, NY 11731 | A |
| 266 | TOPPING, ROBIN<br>20 PENFIELD DRIVE<br>EAST NORTHPORT, NY 11731 | A |
| 267 | TURNBAUGH, DONALD K<br>18522 NW 6TH AVE<br>SHORELINE, WA 98177 | A |
| 268 | TWITCHELL, THOMAS D<br>5123 SW 92ND CT<br>GAINESVILLE, FL 32608-4126 | B |
| 269 | TYRRELL, JOIE<br>189 SPRING RD<br>HUNTINGTON, NY 11743 | A |
| 270 | TYRRELL, MARK<br>189 SPRING RD.<br>HUNTINGTON, NY 11743 | A |
| 271 | VALENTI, JOHN A. III<br>44-11 MACNISH STREET, APT 2G<br>ELMHURST, NY 11373 | A |
| 272 | VAN HORN, PHILIP D<br>9948 MARNICE AVE.<br>TUJUNGA, CA 91042 | C |
| 273 | VAN NESS, SHAWNA<br>355 SOUTH WELLWOOD AVE.<br>LINDENHURST, NY 11757 | A |
| 274 | VISMEK, ROBERT<br>1238 E 167TH STREET<br>SOUTH HOLLAND, IL 60473 | C |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 57: SCHEDULE I

| # | NAME | EXHIBIT |
|---|---|---|
| 275 | W ESTATE OF ROBERT MILLER, THE<br>17 RIVIERA PKWY<br>LINDENHURST, NY 11757 | A |
| 276 | WALLACH, LINDA A<br>PO BOX 11255<br>BURBANK, CA 91510-1255 | A |
| 277 | WEINBERG, JEFFREY<br>61 RIDGE ROAD<br>SMITHTOWN, NY 11787 | A |
| 278 | WEINBERG, JUDY<br>61 RIDGE ROAD<br>SMITHTOWN, NY 11787 | A |
| 279 | WHITEHOUSE, BETH<br>12 VILLAS CIR<br>MELVILLE, NY 11747-3050 | A |
| 280 | WILLIAMS, IDA<br>10504 E. ZAMORA AVE.<br>LOS ANGELES, CA 90002 | A |
| 281 | WILLIAMS, IDA M<br>10504 E. ZAMORA AVE.<br>LOS ANGELES, CA 90002 | A |
| 282 | WILLIAMS, JEFFREY LYNN<br>147 CHICHESTER RD.<br>HUNTINGTON, NY 11743 | A |
| 283 | WILLIAMS, SOPHONIE<br>350 WEST JAMAICA AVE<br>VALLEY STREAM, NY 11580 | A |
| 284 | WLAZELEK, ANN L<br>6428 FIR ROAD<br>ALLENTOWN, PA 18104 | B |
| 285 | WOLFSON, DOUGLAS S<br>11 CROFT PL<br>HUNTINGTON, NY 11743 | A |
| 286 | WOLFSON, JAYNE H.<br>11 CROFT PL.<br>HUNTINGTON, NY 11743 | A |
| 287 | YAN, ELLEN<br>#B1405<br>61-20 GRAND CENTRAL PKWY<br>FOREST HILLS, NY 11375 | A |
| 288 | YANT, TREY C.<br>13333 SW 72ND AVE APT 10C<br>TIGARD, OR 97223-2353 | C |
| 289 | YANT, TREY C.<br>13333 SW 72ND AVE APT 10C<br>TIGARD, OR 97223-2353 | C |
| 290 | ZEZIMA, GERALD R. JR.<br>101 WEDGEWOOD DR.<br>CORAM, NY 11727 | A |
| 291 | ZOLNIER, EDWIN<br>10 SOUTH ST UNIT 18<br>DANBURY, CT 06810-3100 | A |