# EXHIBIT B

## NO LIABILITY BENEFIT CONTINUATION CLAIMS

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 57: EXHIBIT B – NO LIABILITY BENEFIT CONTINUATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALBERT, G CLAUDE 39 TIMMS HILL ROAD HADDAM, CT 06438 | 08-13211 | The Hartford Courant Company | 05/08/2009 | 2620 | $1,576.65 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 2 | ALU, MARY E 2336 WASHINGTON STREET ALLENTOWN, PA 18104 | 08-13212 | The Morning Call, Inc. | 06/23/2009 | 5939 | $2,679.40 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 3 | CAMASSAR, CAROLYN I 5 OLD WALLINGFORD ROAD DURHAM, CT 06422 | 08-13211 | The Hartford Courant Company | 06/10/2009 | 4301 | Undetermined* | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 57: EXHIBIT B – NO LIABILITY BENEFIT CONTINUATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | CHANNON, MARK<br>112 MEADOWVIEW DRIVE<br>TORRINGTON, CT 06790 | 08-13211 | The Hartford Courant Company | 07/14/2009 | 6084 | $11,900.00 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 5 | CSORDAS, DAVID J<br>7183 CARL'S HILL ROAD<br>ZIONSVILLE, PA 18092 | 08-13212 | The Morning Call, Inc. | 04/24/2009 | 1435 | $769.36 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 6 | DRUCKENMILLER, R<br>5502 WALNUT LANE<br>ZIONSVILLE, PA 18092 | 08-13212 | The Morning Call, Inc. | 05/20/2009 | 3009 | $806.94 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 57: EXHIBIT B – NO LIABILITY BENEFIT CONTINUATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | DUMAINE, JOAN E<br>86 TRACY DRIVE<br>MANCHESTER, CT 06042 | 08-13211 | The Hartford Courant Company | 06/03/2009 | 3457 | $634.08 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 8 | DURAO, VICTOR P<br>100 SUNMEADOW DRIVE<br>EAST BERLIN, CT 06023 | 08-13211 | The Hartford Courant Company | 05/20/2009 | 3000 | Undetermined* | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 9 | GARLICKI, DEBORAH J<br>7805 CROSS CREEK CIRCLE<br>BREINIGSVILLE, PA 18031 | 08-13212 | The Morning Call, Inc. | 05/14/2009 | 2808 | $54.40 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 57: EXHIBIT B – NO LIABILITY BENEFIT CONTINUATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | GERMOND, DAWN M<br>2G QUEEN TERRACE<br>SOUTHINGTON, CT 06489 | 08-13211 | The Hartford Courant Company | 06/11/2009 | 4458 | $1,839.44 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 11 | GOTTLIEB, RACHEL<br>2015 NOYES STREET<br>EVANSTON, IL 60201 | 08-13211 | The Hartford Courant Company | 06/01/2009 | 3346 | $7,609.71 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 12 | HATHAWAY, WILLIAM K<br>869 FARMINGTON AVE APT 201<br>WEST HARTFORD, CT 06119-1403 | 08-13211 | The Hartford Courant Company | 02/08/2010 | 6391 | $3,342.06 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 57: EXHIBIT B – NO LIABILITY BENEFIT CONTINUATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | KALLINICH, DONALD A<br>14 MADSEN ROAD<br>WEST HARTFORD, CT 06110 | 08-13211 | The Hartford Courant Company | 04/24/2009 | 1447 | $180.36 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 14 | KRAFT, PETER<br>98 NILAN STREET<br>HARTFORD, CT 06106 | 08-13211 | The Hartford Courant Company | 04/22/2009 | 1362 | $6,823.54 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 15 | LOPER, JEAN MARIE<br>8 SKIP LANE<br>BURLINGTON, CT 06013 | 08-13211 | The Hartford Courant Company | 07/01/2009 | 6012 | Undetermined* | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 57: EXHIBIT B – NO LIABILITY BENEFIT CONTINUATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | MATHIAS, MADELEINE B<br>PO BOX 217<br>WIND GAP, PA 18091-0217 | 08-13212 | The Morning Call, Inc. | 05/11/2009 | 2695 | Undetermined* | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 17 | NEFF, SUE<br>217 N ST CLOUD STREET<br>ALLENTOWN, PA 18104 | 08-13212 | The Morning Call, Inc. | 06/15/2009 | 5709 | Undetermined* | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 18 | TWITCHELL, THOMAS D<br>5123 SW 92ND CT<br>GAINESVILLE, FL 32608-4126 | 08-13211 | The Hartford Courant Company | 06/10/2009 | 4280 | $1,382.64 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 57: EXHIBIT B -- NO LIABILITY BENEFIT CONTINUATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | WLAZELEK, ANN L<br>6428 FIR ROAD<br>ALLENTOWN, PA 18104 | 08-13212 | The Morning Call, Inc. | 05/11/2009 | 2663 | Undetermined* | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| | | | | | Total | $39,598.58 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts