## EXHIBIT C

## NO LIABILITY EMPLOYEE CLAIMS

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 57: EXHIBIT C – NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ARMSTEAD, BLISS<br>225 REFLECTION DRIVE<br>WILLIAMSBURG, VA 23188 | 08-13248 | Virginia Gazette Companies, LLC | 04/30/2009 | 2164 | $9,038.36 | Liability is duplicated in claim 2165, which remains active on claim register. |
| 2 | BARRAZA, HECTOR<br>C/O RICHARD RUIZ<br>1827 SAN PASQUEL STREET<br>PASADENA, CA 91107 | | No Debtor Asserted | 06/22/2009 | 5911 | $1,888.17 | No liability owed to claimant per Debtors' books and records. Claimant's surviving spouse was eligible to receive continued medical benefits pursuant to COBRA, if a valid election was made and premiums paid. No other benefits entitlement.<br>In addition, claim was filed after Bar Date. |
| 3 | BRIDGEFORD, ALICE M<br>1518 E HARVARD<br>GLENDALE, CA 91205 | | No Debtor Asserted | 05/04/2009 | 2359 | Undetermined* | No liability owed to claimant per Debtors' books and records. Benefits were terminated in accordance with terms of the applicable benefit plan. Claimant failed to enroll in retiree medical plan when Tribune switched to UHC/Secure Horizons beginning 1/1/09. |
| 4 | BROWN, JEROLENE<br>3054 JOLLY POND ROAD<br>WILLIAMSBURG, VA 23188 | 08-13248 | Virginia Gazette Companies, LLC | 04/27/2009 | 1946 | $6,080.55 | Liability is duplicated in claim 1825, which remains active on claim register. |
| 5 | CHANNON, MARK P<br>112 MEADOWVIEW DRIVE<br>TORRINGTON, CT 06790 | 08-13211 | The Hartford Courant Company | 07/14/2009 | 6085 | $408.35 | No Liability owed to claimant per Debtors' books and records. Individual Health Spending Accounts were unaffected by the Debtors' bankruptcy. Reimbursement is direct from WageWorks, not from any Debtor. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 57: EXHIBIT C – NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | DIAMANTE, GIL<br>901 D ROYAL ST<br>ANNAPOLIS, MD 21401 | 08-13209 | The Baltimore Sun Company | 06/03/2009 | 3468 | $13,600.00 | No liability owed to claimant per Debtors' books and records. Claim was filed for wages or other compensation, based on alleged oral agreement. Debtors have identified no basis for, or agreement respecting, the claimed amount. Debtors' records indicate all amounts due to the creditor have been paid, and no further amounts are due and owing. |
| 7 | DORCIUS, JOHN<br>1112 S. SWINTON AVENUE<br>DELRAY BEACH, FL 33444 | 08-13208 | Sun-Sentinel Company | 12/11/2009 | 6339 | $400.00 | No liability owed to claimant per Debtors' books and records. Claim was filed for wages or other compensation, and the Debtors' records indicate all amounts due to the creditor have been paid, and no further amounts are due and owing.<br>In addition, claim was filed after Bar Date. |
| 8 | KRANTZ, RANDI<br>100 BEEKMAN STREET 9J<br>NEW YORK, NY 10038 | 08-13141 | Tribune Company | 06/10/2009 | 4330 | $6,239.42 | No liability owed per Debtors' books and records. Claim was filed for wages or other compensation allegedly due solely on a post-petition basis. All severance to which claimant was entitled was paid on 7/10/2009, 7/24/2009 and 8/7/2009. |
| 9 | STOUT, IRIS<br>4501 N BROOKSHIRE DR<br>PROVO, UT 84604 | | No Debtor Asserted | 05/22/2009 | 3053 | $7,000.00 | No liability owed to claimant per Debtors' books and records. Claim filed on account of life insurance benefits. Claimant is deceased and policy did not designate any beneficiaries. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 57: EXHIBIT C – NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | VAN HORN, PHILIP D 9948 MARNICE AVE. TUJUNGA, CA 91042 | 08-13141 | Tribune Company | 06/15/2009 | 5713 | $6,283.77 | No liability owed to claimant per Debtors' books and records. Claim filed for unspecified benefits. No benefits entitlement. In addition, claim was filed after Bar Date. |
| 11 | VISMEK, ROBERT 1238 E 167TH STREET SOUTH HOLLAND, IL 60473 | | No Debtor Asserted | 05/04/2009 | 2390 | $6,000.00 | No liability owed to claimant per Debtors' books and records. Claimant's salary continuation was paid in full through 8/31/08. Debtors' records indicate all amounts due to the creditor have been paid, and no further amounts are due and owing. |
| 12 | YANT, TREY C. 13333 SW 72ND AVE APT 10C TIGARD, OR 97223-2353 | | No Debtor Asserted | 11/22/2010 | 6675 | $53,993.48 | No liability owed to claimant per Debtors' books and records. Debtor's policy is that employees must be actively employed on date bonus payments are made. Claimant was not employed by Debtors on date bonus was paid. |
| 13 | YANT, TREY C. 13333 SW 72ND AVE APT 10C TIGARD, OR 97223-2353 | | No Debtor Asserted | 03/30/2009 | 843 | $40,816.82 | No liability owed to claimant per Debtors' books and records. Debtor's policy is that employees must be actively employed on date bonuses payments are made. Claimant was not employed by Debtors on date bonus was paid. |
| | | | | | Total | $151,748.92 | |

* - Indicates claim contains unliquidated and/or undetermined amounts