# EXHIBIT A

## No Liability Tax Claims

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 58: EXHIBIT A – NO LIABILITY TAX CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION FREDERICK F. RUDZIK POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 08-13198 | Orlando Sentinel Communications Company | 03/09/2009 | 707 | $259,977.94 | Claim for Sales and Use Tax under amnesty agreement. Audited amount satisfied by Orlando Sentinel Communications Company via check numbers 2615526 and 2615527, paid on 9/16/2010. |
| 2 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION FREDERICK F. RUDZIK, CLAIMS ATTORNEY POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 08-13208 | Sun-Sentinel Company | 08/16/2010 | 6640 | $161,743.97 | Claim for Sales and Use Tax under amnesty agreement. Audited amount satisfied by Sun-Sentinel Company via net refund position on Claimants' Addendum to Notice of Proposed Assessment. |
| 3 | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE PO BOX 280946 HARRISBURG, PA 17128-0946 | 08-13160 | Direct Mail Associates, Inc. | 06/16/2011 | 6783 | $2,003.00 | Claimant did not attach support to amount being claimed. Direct Mail Associates, Inc has satisfied 2009 corporation tax obligations to Pennsylvania in the ordinary course via trace number 0210000025183760, paid on 3/20/2012. |
| 4 | WISCONSIN DEPARTMENT OF REVENUE HIRAM CUTTING 2135 RIMROCK RD. MADISON, WI 53713 | 08-13236 | Tribune Media Services, Inc. | 06/01/2009 | 3393 | $933.01* | Claimant does not support Sales and Use taxes claimed, nor does claimed amount match documentation submitted to Debtors by Wisconsin. Tribune Media Services, Inc. satisfied obligations to Wisconsin for sales and use taxes via check numbers 2452662 and 2457799, paid on 5/18/2009 and 5/29/2009. |
| | | | | | Total | $424,657.92 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts