# EXHIBIT A

## Amended Claims

46429/0001-8746680v1

## TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 59: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | GEORGIA COMMENTS OF REVENUE 1800 CENTURY BLVD NE STE 1175 ATLANTA, GA 30345-3218 | 09/17/2009 | 08-13236 | 6230 | $145,255.06 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION 1800 CENTURY BLVD NE, SUITE 17200 ATLANTA, GA 30321 | 07/18/2012 | 08-13236 | 7136 | $15,414.00 |
| 2 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 05/22/2009 | 08-13206 | 3070 | $383,686.82 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/01/2012 | 08-13206 | 7128 | $3,935.95 |
| 3 | TRC MASTER FUND LLC TRANSFEROR: HK SYSTEMS, INC. ATTN: TERREL ROSS 336 ATLANTIC AVENUE SUITE 302 EAST ROCKAWAY, NY 11518 | 03/09/2009 | 08-13141 | 704 | $10,602.56 | TRC MASTER FUND LLC TRANSFEROR: HK SYSTEMS, INC. ATTN: TERREL ROSS 336 ATLANTIC AVENUE SUITE 302 EAST ROCKAWAY, NY 11518 | 06/07/2012 | 08-13152 | 7129 | $33,102.56 |
| | | | | TOTAL | $539,544.44 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts