# EXHIBIT A

**Stipulation Resolving Debtors' Fifty-Fifth Omnibus (Substantive)
Objection To Claims Pursuant To Sections 502(b) And 558 Of The Bankruptcy Code,
Bankruptcy Rules 3001, 3003 And 3007, And Local Rule 3007-1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket Nos. 11958, 12089 and 12168 |

## STIPULATION RESOLVING DEBTORS' FIFTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(B) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1

This Stipulation (the "Stipulation") is entered into as of this 6th day of August 2012 by and among Tribune Company and TMS Entertainment Guides, Inc. ("TMS Entertainment" and together with Tribune Company, the "Debtor Parties"), on the one hand, and TV Guide Online, Inc. and TV Guide Online, LLC (together, "TV Guide") (collectively herein

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

the Debtor Parties and TV Guide are the "Parties" and each a "Party"), on the other hand.

## RECITALS

WHEREAS, on October 12, 2005, TV Guide commenced suit against TMS in the United States District Court for the District of Delaware for alleged patent infringement by TMS in connection with certain television programming listings functionality provided by the Web site Zap2It.com (the "Patent Litigation");

WHEREAS, on December 8, 2008 (the "Petition Date"), Tribune Company and certain of its subsidiaries, including TMS Entertainment and Tribune Media Services, Inc. ("TMS"), (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*;

WHEREAS, on June 9, 2009, TV Guide filed Claim Nos. 3754 and 3755 against TMS (collectively, the "TMS General Unsecured Claims"), each in the amount of $5,699,364.00 (plus additional unliquidated prepetition and postpetition amounts) on account of the Patent Litigation;

WHEREAS, on June 12, 2009, TV Guide filed Claim Nos. 4898 and 4899 against TMS Entertainment and Claim Nos. 4900 and 4901 against Tribune Company (collectively, the "Non-TMS General Unsecured Claims"), each in the amount of $5,699,364.00 (plus additional unliquidated prepetition and postpetition amounts) on account of the Patent Litigation;

WHEREAS, on March 18, 2011, TV Guide filed six Requests for Payment of Administrative Expense Claims on account of the Patent Litigation, two of which were filed against TMS [Docket Nos. 8425 and 8426] (collectively, the "TMS Administrative Claims") and four of which were filed against Tribune Company and TMS Entertainment [Docket Nos. 8423, 8424, 8427, and 8428] (collectively, the "Non-TMS Administrative Claims," and together with

the Non-TMS General Unsecured Claims, the "Non-TMS Claims");

WHEREAS, on July 6, 2012, the Debtors filed the Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 [Docket No. 11958] (the "Claims Objection") objecting to the Non-TMS Claims; and

WHEREAS, the Parties have engaged in negotiations regarding a resolution of the Debtors' objection to the Non-TMS Claims.

## AGREEMENT

NOW, THEREFORE, the Parties, in consideration of the mutual agreements and conditions contained herein, intending to be legally bound hereby, and upon the foregoing recitals, which are incorporated herein in all respects, hereby stipulate and agree as follows:

1. The Debtor Parties represent and warrant that, since April 29, 2005, neither Tribune Company nor TMS Entertainment has owned, operated, provided, or controlled or currently owns, operates, provides, or controls the Web site Zap2it.com or any affiliate program related thereto.

2. The Non-TMS General Unsecured Claims [Claim Nos. 4898, 4899, 4900, and 4901] and the Non-TMS Administrative Claims [Docket Nos. 8423, 8424, 8427, and 8428] are hereby deemed withdrawn with prejudice.

3. Nothing contained in this Stipulation shall impair or otherwise affect the TMS General Unsecured Claims [Claim Nos. 3754 and 3755] or the TMS Administrative Claims [Docket Nos. 8425 and 8426], and TMS and TV Guide retain and reserve all rights and defenses applicable to the TMS General Unsecured Claims and the TMS Administrative Claims.

4. This Stipulation may be signed in counterpart originals and delivered by email or facsimile, which, when fully executed, shall constitute a single original.

5. This Stipulation constitutes the entire agreement and understanding of the Parties regarding the Stipulation and the subject matter thereof. The terms set forth in this Stipulation are part of a comprehensive compromise, and each element is an integral aspect of the agreed settlement and is non-severable.

6. Each of the undersigned counsel represents that he/she is authorized to execute this Stipulation on behalf of his/her respective client.

Date: August 6, 2012

**ROPES & GRAY LLP**                                **SIDLEY AUSTIN LLP**

*/s/ Matthew F. Burrows*                            */s/ Kenneth P. Kansa*
Christopher J. Harnett                              Bryan Krakauer
Steven T. Hoort                                     Kenneth P. Kansa
Stuart Yothers                                      Jillian K. Ludwig
Matthew F. Burrows                                  One South Dearborn Street
Prudential Tower                                    Chicago, IL 60603
800 Boylston Street                                 Telephone: (312) 853-7000
Boston, Massachusetts 02199-3600                    Facsimile: (312) 853-7036
Tel: (617) 951-7000
Fax: (617) 951-7050

*Counsel to TV Guide Online, Inc. and TV Guide*     *Counsel to Tribune Company and TMS*
*Online, LLC*                                       *Entertainment Guides, Inc.*