IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## MOTION PURSUANT TO FED. R. BANKR. P. 9006 AND LOCAL RULE 9006-2 TO EXTEND TIME FOR DCL PLAN PROPONENTS TO FILE DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO FED. R. BANKR. P. 8006

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1

The DCL Plan Proponents[2] hereby move pursuant to Fed R. Bankr. P. 9006 and Rule 9006-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")[3] for an extension of time to file their designations of additional items to be included in the record on appeal. In support of this motion, the DCL Plan Proponents respectfully state as follows:

1. On July 23, 2012, Aurelius Capital Management, LP filed a *Notice Of Appeal of the Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. dated July 23, 2012 [Docket No. 12074]*, the *Memorandum Overruling Objections to Confirmation of the Fourth Amended Plan of Reorganization for Tribune Company and its Subsidiaries and Denying Clarification Motion dated July 13, 2012 [Docket No. 12033]*, the *Order Overruling Plan Objections and Denying the Clarification Motion dated July 13, 2012 [Docket No. 12034]*, and the *Opinion on Confirmation dated October 31, 2011 [Docket No. 10133]* [Docket No. 12077], along with a Statement of Issues on Appeal and Designation of Record on Appeal [Docket No. 12079]. Under Fed. R. Bankr. P. 8006, counter-statements of issues on appeal and additional designations of record are due on August 6, 2012.

2. On July 23, 2012, Deutsche Bank Trust Company Americas and Law Debenture Trust Company of New York filed a *Notice of Appeal From Order Confirming Fourth Amended*

---

[2] The "DCL Plan Proponents" are the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. The term "Company" refers to the Debtors and their non-debtor subsidiaries. Capitalized terms not otherwise defined have the meanings given to them in the DCL Plan, as amended [Docket No. 12072].

[3] Pursuant to Local Rule 9006-2, upon the filing of this Motion, the time periods in Fed. R. Bankr. P. 9006 "shall automatically be extended until the Court acts on the motion, without the necessity for the entry of a bridge order."

40000/0601-8748897v1

*Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A., dated July 23, 2012* [Docket No. 12083]. In contrast to Aurelius, Deutsche Bank Trust Company Americas and Law Debenture Trust Company of New York did not file their statement of issues on appeal and designations of record with their Notice of Appeal. As a consequence, under Fed. R. Bankr. P. 8006, their statement and designations are due on August 6, 2012.

3.     On July 25, 2012, the Court held a status conference to determine, in part, when it would hear the Stay Motions[4] and Certification Motion.[5] During the conference, the Court expressed its desire to coordinate the multiple appeals of the Confirmation Order and avoid a bifurcation of appellate schedules. The Court has scheduled a hearing on the Stay Motions and the Certification Motion for August 17, 2012.

4.     On August 2, 2012, Wilmington Trust Company filed a *Notice of Appeal* [Docket No. 12157]. Like Law Debenture, Wilmington Trust Company did not file their statement of issues on appeal and designations of record with their Notice of Appeal. As a consequence, under Fed. R. Bankr. P. 8006, their statement and designations are due on August 16, 2012.

5.     On August 3, 2012, EGI-TRB LLC filed a *Notice of Appeal* [Docket No. 12177]. Also like Law Debenture and Wilmington Trust Company, EGI-TRB LLC did not file their statement of issues on appeal and designations of record with their Notice of Appeal. As a

---

[4] "Stay Motions" refers to (i) the *Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas for Stay Pending Appeal of Confirmation Order* [Docket No. 12085], and (ii) the *Motion for a Stay Pending Appeal Pursuant to Bankruptcy Rule 8005* filed by Aurelius Capital Management, LP [Docket No. 12080].

[5] "Certification Motion" refers to the *Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas pursuant to 28 U.S.C. §§ 158(d)(2) and Fed. R. Bankr. P. 8001(f) Requesting Certification of Direct Appeal to United States Court of Appeals for Third Circuit of the Unfair Discrimination Issue in the Allocation Disputes Order as Incorporated in the Order and Memorandum Opinion on Confirmation* [Docket No. 12084].

3

consequence, under Fed. R. Bankr. P. 8006, their statement and designations are due on August 17, 2012.

6.  The DCL Plan Proponents respectfully submit that given the multiple appeals by multiple parties, which raise overlapping issues, and in light of the Court's expressed desire to coordinate, to the extent possible, these multiple appeals, the DCL Plan Proponents should not be required to designate multiple times on a piecemeal basis. Rather, it would be much more efficient for the DCL Plan Proponents to submit any additional designation at one time, after they have seen all of the items that have been designated in connection with the various appeals. The DCL Plan Proponents further submit that no party will be prejudiced by proceeding in this manner, since none of these appeals will proceed until after the Court resolves the various appeal-related motions that are currently scheduled to be heard on August 17, 2012. Accordingly, cause exists under Fed. R. Bankr. P. 9006(b)(1) and Local Rule 9006-2 to extend the time for the DCL Plan Proponents to file the additional designations of the record on appeal.

WHEREFORE, the DCL Plan Proponents respectfully request that the Court extend the time for the DCL Plan Proponents to file their additional designations with respect to the Notice of Appeal of Aurelius Capital Management and set a coordinated schedule by which the DCL Plan Proponents are required to file with the clerk and serve on appellants any designation of additional parts to be included in the record to be certified within seven (7) days from the date the last designations are filed.

40000/0601-8748897v1

Dated: August 6, 2012
       Wilmington, Delaware

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**

By:   /s/ *Patrick J. Reilley*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
(302) 652-3131

-and-

**SIDLEY AUSTIN LLP**
James F. Conlan
Kevin T. Lantry
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000

*Counsel for Debtors and Debtors-In-Possession*

Dated: August 6, 2012
       Wilmington, Delaware

**LANDIS, RATH & COBB LLP**

By:   */s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
(302) 467-4400

- and -

**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
Andrew Rosenblatt
Marc B. Roitman
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

- and -

**ZUCKERMAN SPAEDER LLP**
Graeme W. Bush
James Sottile
1800 M Street, N.W.
Suite 1000 Washington, DC 20036
(202) 778-1800

*Counsel for the Official Committee of Unsecured Creditors*

Dated: August 6, 2012
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

By: /s/ Robert S. Brady
Robert S. Brady (Bar No. 2847)
M. Blake Cleary (Bar No. 3614)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600

-and-

**JONES DAY LLP**
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
(213) 243-2382

*Attorneys for Oaktree Capital Management, L.P. and Angelo Gordon & Co., L.P.*

**WILMER CUTLER PICKERING HALE & DORR LLP**
Andrew Goldman
399 Park Avenue
New York, NY 10022
(212) 937-7300

*Attorneys for Angelo Gordon & Co., L.P.*

40000/0601-8748897v1

Dated: August 6, 2012
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

By: /s/ *Robert J. Stearn*
Mark D. Collins (Bar No. 2981)
Robert J. Stearn (Bar No. 2915)
One Rodney Square
Wilmington, DE 19801
(302) 651-7700

-and-

**DAVIS POLK & WARDWELL LLP**
Donald S. Bernstein
Damian S. Schaible
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

*Attorneys for JPMorgan Chase Bank, N.A.*

40000/0601-8748897v1