## **EXHIBIT A**

### **PROPOSED FORM OF ORDER**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

TRIBUNE COMPANY, et al.,

        Debtors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 08-13141 (KJC)

(Jointly Administered)

## ORDER GRANTING LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS' MOTION PURSUANT TO RULE 9006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO ENLARGE TIME TO FILE RECORD AND ISSUES ON APPEAL

Upon consideration of *Law Debenture Trust Company of New York And Deutsche Bank Trust Company Americas' Motion Pursuant To Fed. R. Bankr. P. 9006 To Enlarge Time To File Record And Issues On Appeal*, dated August 6, 2012 (the "Motion");[1] and it appearing that the Court has jurisdiction to consider the Motion pursuant to 11 U.S.C. § 1334; and it appearing that venue of this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O); and the Court having reviewed and considered the Motion; and after due deliberation thereon; it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Appellants shall file and serve their record and issues on appeal within one (1) business day of the Court entering orders with respect to the Stay Motion and the Certification Motion; and it is further

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

ORDERED that this Order shall be effective and enforceable immediately upon entry; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  August __, 2012

_____
Hon. Kevin J. Carey
United States Bankruptcy Judge

2