*Jack L. Rasmussen*

1287 Blue Heron Dr.
Ludington, Mi 49431

Phone 231-843-9160
email---jackshirl@hotmail.com

FILED
'12 AUG -6 PM 12: 05

August 1, 2012

Landis, Rath & Cobb LLP
919 Market St. Suite 1800
Wilmington, DE 19801           CM    7002 3150 0005 2869 7258

US District Court for S. Dist. of NY
500 Pearl St.
New York, NY 10007             CM    7002 3150 0005 2869 7265

US Bankruptcy Court for Dist. of DE
824 N. Market St.  3rd Floor
Wilmington, DE 19801           CM    7002 3150 0005 2869 7272

Case No.  12-CV-02652
Ch 11 Case No. 08-13141(KJC)

    I have asked for professional help, all could not respond because not licensed in your area so at 91 years I'm doing the best I can to respond to all as requested. First, please change to the address above to prevent long delays in future mailings. When the huge packet was finally received, it took me a day to figure out what it was.
    My Tribune stock was purchased over 25 years ago, last held at a brokerage firm. They told me it was transferred out but no funds received for it.  I finally learned I had donated it to a Community Foundation as part of a Scholarship Fund in memory of my deceased son. The foundation action after the stock was received is not under my control or direction.
    Please consider this a denial of all allegations. I have no knowledge about any of the information or actions referred to in the many pages in the huge packet. I've scanned many pages of the packet but couldn't find a single name I've had any contact with in the many years I owned the stock. It was suggested I try to find a familiar name to help with this response.  Please advise if there is a claim provision for expenses I'm currently incurring.

Sincerely,

*Jack Rasmussen*