UNITED STATES BANKRUPTCY COURT
District of Delaware

| | | |
|---|---|---|
| Tribune Company, et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | CASE NO. 08-13141 |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that HARRIS CORPORATION, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor and his representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (**claim numbers 4779, 4780, 4781, 4782, 4783, 4784, 4785, 4786, 4787, 4788, 4789, 4791, 4792, 4794, 4795, 4796, 4797, 15000480, 15000490, 15000500** ), and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address
HARRIS CORPORATION
BROADCAST COMMUNICATIONS DIVISION
PO BOX 96776
CHICAGO, IL 60693

New Address
HARRIS CORPORATION c/o Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601
914-509-5000


HARRIS CORPORATION
By: _____
Title: VP, ASSOC. GC
Date: 8-7-12