IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| Debtors. | : | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE :
: SS.
NEW CASTLE COUNTY :

Tamara L. Moody, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Blank Rome LLP, and that on August 6, 2012 she caused the following document to be served upon the parties listed on the attached service list via first class mail:

- **EGI-TRB, LLC'S MOTION FOR CERTIFICATION OF DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT** [Dkt. No. 12198]

Date: August 7, 2012

**BLANK ROME LLP**

Tamara L. Moody, Paralegal
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

SWORN TO AND SUBSCRIBED before me this 7th day of August 2012

Notary Public

MARY C. LEVAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 11, 2013

135030.01600/40202710v.1

COLE, SHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Norman L. Pernick (I.D. No. 2290)
J. Kate Stickles (I.D. No. 2917)
Patrick J. Reilly (I.D. No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C. K. Boelter
Gregory V. Demo
One South Dearborn Street
Chicago, IL 60603

BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel
800 N. King Street, Plaza Level
Wilmington, DE 19801

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, NY 10019

MCCARTER & ENGLISH, LLP
Katherine L. Mayer
James J. Freebery IV
Renaissance Center
405 N. King Street
Wilmington, DE 19801

David J. Adler
245 Park Avenue
New York, NY 10167

LANDIS RATH & COBB LLP
Adam G. Landis
Daniel B. Rath
Matthew B. McGuire
919 N. Market Street, Suite 1800
Wilmington, DE 19801

CHADBOURNE & PARKE LLP
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, NY 10112

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
Andrew Goldfarb
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036

SULLIVAN HAZELTINE ALLINSON LLC
William D. Sullivan
Elihu E. Allinson, III
901 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 428-1891

BROWN RUDNICK LLP
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036

ASHBY & GEDDES, P.A.
William P. Bowden
Amanda M. Winfree
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19801

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
David M. Zensky
Philip C. Dublin
Deborah Newman
One Bryant Park
New York, NY 10036

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
Edward A. Friedman
Robert J. Lack
Kizzy L. Jarashow
7 Times Square
New York, NY 10036-6516

LERMAN SENTER PLLC
Meridith S. Senter, Jr.
Sally A. Buckman
2000 K Street, NW
Suite 600
Washington, DC 20006

LOIZIDES, P.A.
Christopher D. Loizides
1225 King Street, Suite 800
Wilmington, DE 19801

STUTMAN TREISTER & GLATT
Isaac M. Palchuski
1901 Avenue of the Stars, #1200
Los Angeles, CA 90067

BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel
800 N. King Street, Plaza Level
Wilmington, DE 19801

SCHULTE ROTH & ZABEL LLP
Adam C. Harris
Karen S. Park
919 Third Avenue
New York, NY 10022

YOUNG CONAWAY STARGATT & TAYLOR LLP
Robert S. Brady
M. Blake Cleary
1000 N. King Street
Wilmington, DE 19801

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

WILMER CUTLER PICKERING HALE & DORR LLP
Andrew Goldman
399 Park Avenue
New York, NY 10022

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins
Robert J. Stearn
One Rodney Square
Wilmington, DE 19801

DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Damian S. Schaible
450 Lexington Avenue
New York, NY 10017

COZEN O'CONNOR
Mark E. Felger
1201 N. Market Street, Suite 140
Wilmington, DE 19801

ANDREWS KURTH LLP
Paul N. Silverstein
Jeremy B. Reckmeyer
45 Lexington Avenue, 15th Floor
New York, NY 10017

HILLER & ARBAN, LLC
Adam Hiller
Brian Arban
1500 N. French Street, 2nd Floor
Wilmington, DE 19801

TEITELBAUM & BASKIN, LLP
Jay Teitelbaum
1 Barker Avenue, 3rd Floor
White Plains, NY 10601

CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey C. Wisler
Marc J. Phillips
The Nemours Building
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19889

GRIPPO & ELDEN LLC
George Dougerty
John R. McCambridge
111 South Wacker Drive
Chicago, IL 60606

LATHAM & WATKINS LLP
Robert J. Rosenberg
David A. Hammerman
885 Third Avenue
New York, NY 10022

OFFICE OF THE UNITED STATES TRUSTEE
David Klauder
844 N. King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Susan L. Lissant
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

Kevin Millen
1704 Lanier Lane
Memphis, TN 38117

Norman P. Fivel
Assistant Attorney General Litigation Bureau
The Capital
Albany, NY 12224-0341

Carol E. Momjian
Senior Deputy Attorney General
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107

James D. Newbold
Assistant Attorney General
Revenue Litigation Bureau
100 W. Randolph Street
Chicago, IL 60601

DORSEY & WHITNEY LLP
Eric Lopez Schnabel (I.D. No. 3672)
Robert W. Mallard (I.D. No. 4279)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

DORSEY & WHITNEY LLP
Katherine A. Constantine
Steven D. Bell
Pamela Foohey
50 S. Sixth Street, Suite 1500
Minneapolis, MN 55402

KLEHR HARRISON HARVEY BRANZBURG LLP
Richard M. Beck (I.D. No. 3370)
Sally E. Veghte (I.D. 4762)
919 Market Street, Suite 1000
Wilmington, DE 19801

ORRICK HERRINGTON & SUTCLIFFE LLP
Jonathan P. Guy
1152 15th Street, NW
Washington, DC 20005-1706

Thomas P. Carroll
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

BALLARD SPAHR LLP
Christopher S. Chow (I.D. No. 4172)
919 N. Market Street, 11th Floor
Wilmington, DE 19801

BALLARD SPAHR LLP
Christopher S. Chow (I.D. No. 4172)
Leslie C. Heilman (I.D. No. 4617)
919 N. Market Street, 11th Floor
Wilmington, DE 19801

DUANE MORRIS LLP
Richard W. Riley
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

DUANE MORRIS LLP
Margery N. Reed
Wendy M. Simkulak
30 South 17th Street
Philadelphia, PA 19103-4196

DUANE MORRIS LLP
Richard W. Riley (I.D. No. 4052)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693

THE ROSNER LAW GROUP LLC
Frederick B. Rosner (I.D. No. 3995)
Scott J. Leonhardt (I.D. No. 4885)
824 Market, Suite 810
Wilmington, DE 19801

ANDREWS KURTH LLP
Paul N. Silverstein
Jeremy B. Reckmeyer
450 Lexington Avenue
New York, NY 10017

ARCHER & GREINER, P.C.
Charles J. Brown
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

BARTLETT HACKETT & FEINBERG, PC
Frank F. McGinn
155 Federal Street, 9th Floor
Boston, MA 02110

WOMBLE CARLYLE SANDRIDGE & RICE PLLC
Francis A. Monaco, Jr. (I.D. No. 2078)
Thomas M. Horan (I.D. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

K&L GATES LLP
Jeffrey N. Rich
599 Lexington Avenue
New York, NY 10022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Gregg M. Galardi (I.D. No. 2991)
Ian S. Fredericks (I.D. NO. 4626)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey C. Wisler (I.D. No. 2795)
Marc J. Phillips (I.D. No. 4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

COZEN O'CONNOR
Mark E. Felger (I.D. No. 3919)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

WILDMAN, HAROLD, ALLEN & DIXON LLP
Michael Dockterman
Jonathan Young
Patrick Frye
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606-1229

THE HOGAN FIRM
Daniel K. Hogan (I.D. No. 2814)
1311 Delaware Avenue
Wilmington, DE 19806

FRANK/GECKER LLP
Frances Gecker
Joseph D. Frank
Reed Heiligman
325 N. LaSalle Street, Suite 625
Chicago, IL 60654

SMITH KATZENSTEIN & JENKINS LLP
Kathleen M. Miller (I.D. No. 2898)
The Corporate Plaza
800 Delaware Avenue, Suite 1000
Wilmington, DE 19899

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOBIN LL
Richard A. Saldinger
Allen J. Guon
Kimberly Bacher
321 N. Clark Street, Suite 800
Chicago, IL 60610

James D. Newbold
Assistant Attorney General
Revenue Litigation Bureau
100 W. Randolph Street
Chicago, IL 60601

MARGOLIES EDELSTEIN
James E. Huggett (I.D. No. 3956)
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

MAGNOZZI & KYE, LLP
Matthew F. Kye
One Expressway Plaza
Roslyn Heights, NY 11577

BUCHALTER NEMBER, PC
Shawn M. Christianson
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

ORACLE AMERICA, INC.
Deborah Miller
Jeffrey Ross
500 Oracle Parkway
Redwood City, CA 94065

Yonatan Gelblum
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 227
Washington, DC 20044

John H. Aspelin
220 Montgomery Street, Suite 1009
San Francisco, CA 94104

Michael T. Hannafan
Blake T. Hannafan
HANNAFAN & HANNAFAN, LTD.
One East Wacker Drive, Suite 2800
Chicago, IL 60601