

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
866 414 2350 toll free
www.ctcorporation.com

FILED

2012 AUG -8  AM 10: 59

July 31, 2012

BAE Systems
Bankruptcy Noticing Center
2525 Network Place,
3rd Floor,
Herndon, VA  20171-3514

Re: Tribune Company // To: Unidentified Entity

Case No. 0813141KJC

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Notice.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 520971135

cc: Delaware District - U.S. Bankruptcy Court
    824 Market Street,
    5th Floor,
    Wilmington, DE  19801