26 Limerston Street,
London SW10 0HH
31 July 12

Dear Mr Bird,

<u>Filing of Appeal</u>

In Re:
Tribune Company
Case No: 08-13141-KJC

Over the past two years I have received letters associating me with bankruptcy proceedings. None of the many references in these letters reveals any association with myself. No explanation has been forthcoming, though a phone call from someone in authority told me that I should do nothing. You now write to me with information about the filing of an appeal.

I strongly object to being treated in this way, and wish to give notice that I intend to reply to no more representations on this subject. I am an old man, and you will have to hurry if you wish to see me jailed.

Yours sincerely,

Karl Miller

BY AIR MAIL
*par avion*
Royal Mail

Airletter





David Bird, Clerk of Court,
United States Bankruptcy Court,
District of Delaware,
U.S.A.

TR4 1980

Sender's name and address
Frederick Miller
26 Lwerton St.,
London, England
Postcode SW10 0HH

An airletter should not contain any enclosure

slit here