# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TRIBUNE COMPANY, *et al.*, ) | Case No. 08-13141 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF WOMBLE CARLYLE SANDRIDGE & RICE, LLP AS COUNSEL TO GREATBANC TRUST COMPANY

**PLEASE TAKE NOTICE** that, in accordance with Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Womble Carlyle Sandridge & Rice, LLP hereby withdraws its appearance in the above-captioned cases as counsel to GreatBanc Trust Company ("GreatBanc").

In connection with this request, the undersigned hereby certifies that (i) GreatBanc has no controversy pending before the Court and (ii) GreatBanc consents to the withdrawal.

Dated: August 8, 2012

                                            **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

                                            /s/ Francis A. Monaco, Jr.
                                            Francis A. Monaco, Jr. (Bar No. 2078)
                                            Thomas M. Horan (Bar No. 4641)
                                            222 Delaware Avenue, Suite 1501
                                            Wilmington, DE  19801
                                            Telephone:  (302) 252-4320
                                            Facsimile:  (302) 252-4330
                                            Email: fmonaco@wcsr.com
                                            Email: thoran@wcsr.com

                                            *Counsel for GreatBanc Trust Company*

WCSR 7363687v1