**CERTIFICATE OF SERVICE**

  I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made via US Mail on August 8, 2012:

Bryan Krakauer
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Norman Pernick
Cole Schotz Meisel Forman & Leonard PA
500 Delaware Avenue, Ste. 1410
Wilmington, DE 19801

  Under penalty of perjury, I declare that the foregoing is true and correct.

__8/8/2012_____     _____/s/ Heidi E. Sasso_____
Date            Heidi E. Sasso

WCSR  7363859v1