UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                                                 Case No. 08-13187-KJC

LOS ANGELES TIMES NEWSPAPERS, INC                                      Chapter 11

        Debtor(s).                                              Honorable Kevin J. Carey
_____/

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Administrative Claim in the amount of $37,725.39 (thirty-seven thousand seven hundred twenty-five and 39 / 100 dollars), dated May 17, 2012, is hereby withdrawn.

                                  BILL SCHUETTE
                                  Attorney General

                                  /s/ Heather L. Donald
                                  Heather L. Donald (P57351)
                                  Assistant Attorney General
                                  Cadillac Place, Ste. 10-200
                                  3030 W. Grand Blvd.
                                  Detroit, MI   48202
                                  Telephone:  (313) 456-0140
                                  E-mail: donaldh@michigan.gov

Dated:  July 23, 2012