# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company

**Case No.:** 08–13141–KJC

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Wilming Trust Company filed a Notice of Appeal on August 2, 2012 regarding the Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan of Reorganization For Tribune Company And Its Subsidiaries And Denying Clarification Motion And Order Overruling Plan Object And Denying The Clarification Motion, dated July 13, 2012 [D.I. 12033]; (II) Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by The Debto

The Notice of Appeal may be viewed at docket number 12157 The order on appeal may be viewed at docket number 12074

David D. Bird
CLERK OF COURT

Date: 8/10/12
(VAN–440)