# Notice Recipients

District/Off: 0311−1                     User: KenB                          Date Created: 8/10/2012
Case: 08−13141−KJC                  Form ID: van440                    Total: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty        Christopher Dean Loizides          Loizides, P.A.        1225 King Street          Suite 800          Wilmington, DE 19801
aty        Garvan F. McDaniel          Bifferato Gentilotti LLC          800 N. King Street, Plaza Level          Wilmington, DE 19801
aty        Katharine L. Mayer          McCarter &English, LLP          Renaissance Centre          405 N. King Street, 8th Floor          Wilmington, DE 19801
aty        M. Blake Cleary          Young, Conaway, Stargatt &Taylor          1000 North King Street          Wilmington, DE 19801
aty        Norman L. Pernick          Cole, Schotz, Meisel, Forman &Leonard,          500 Delaware Avenue,Suite 1410          Wilmington, DE 19801
aty        William A. Hazeltine          Sullivan Hazeltine Allinson LLC          901 North Market Street          Suite 1300          Wilmington, DE 19801
aty        William Pierce Bowden          Ashby &Geddes          500 Delaware Avenue          8th Floor, P.O. Box 1150          Wilmington, DE 19899

                                                                                                              TOTAL: 7