# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Tribune Company

**Case No.:** 08–13141–KJC

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that EGI–TRB LLC filed a Notice of Appeal on August 3, 2012 regarding the Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan of Reorganization For Tribune Company And Its Subsidiaries And Denying Clarification Motion And Order Overruling Plan Objections And Denying The Clarification Motion, dated July 13, 2012; (II) Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors

The Notice of Appeal may be viewed at docket number 12177 The order on appeal may be viewed at docket number 12074

David D. Bird  
CLERK OF COURT

Date: 8/10/12  
(VAN–440)