# Notice Recipients

District/Off: 0311−1     User: KenB     Date Created: 8/10/2012
Case: 08−13141−KJC     Form ID: van440     Total: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Adam G. Landis | Landis Rath &Cobb LLP | 919 Market Street | Suite 1800 | Wilmington, DE 19801 |
| aty | M. Blake Cleary | Young, Conaway, Stargatt &Taylor | 1000 North King Street | | Wilmington, DE 19801 |
| aty | Mark D. Collins | Richards, Layton &Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington, DE 19801 |
| aty | Nancy Chung | Akin Gump Strauss Hauer &Feld LLP | One Bryant Park | | New York, NY 10036−6745 |
| aty | Norman L. Pernick | Cole, Schotz, Meisel, Forman &Leonard, | 500 Delaware Avenue,Suite 1410 | | Wilmington, DE 19801 |

TOTAL: 5