# EXHIBIT "A"

## SUMMARY SHEET

June 1, 2012 through and including June 30, 2012

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 4.4 | $2,376.00 |
| Patricia P. McGonigle | Partner; admitted DE 1992 | 1992 | $375.00 | .8 | $300.00 |
| Susan Pappa | Paralegal | N/A | $125.00 | 9.6 | $1,200.00 |
| | | | Total | 14.8 | $3,876.00 |

**Blended Rate: $261.89**

81117 v1

# EXHIBIT "B"

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600   Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
August 09, 2012
Account No: 30402-001M
Statement No: 28378

Tribune

For Services Rendered Through 06/30/2012

### Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/01/2012 | JSG | E-mails with Andrew Goldfarb regarding Substitutions of Counsel | 0.50 |
| 06/06/2012 | JSG | Reviewing Agenda for 6/7/12 Hearing (Case Administration) | 0.20 |
| 06/13/2012 | SLP | Draft 8th, 9th and 10th Monthly Fee Applications (Fee Matters) | 4.00 |
| 06/14/2012 | SLP | Draft CNOs for 5th, 6th, 7th Monthly Fee Applications and 13th Quarterly Fee Application (Fee Matters) | 0.50 |
| | SLP | Draft 14th Quarterly Fee Application (Fee Matters) | 1.00 |
| 06/18/2012 | PPM | Multiple emails with Mr. Ellis re: filing of CNO re: Motion to Extend and Stay; Teleconference Mr. Ellis re: same; Review CNO; | 0.40 |
| 06/19/2012 | JSG | Prepare and file Certificate of No Objection to Motion to Amend Definition of Termination Event and to Extend Time (Case Administration) | 0.30 |
| | PPM | Review draft CNO prepared by Ms. Pappa; Approve same for filing and service; | 0.30 |
| | SLP | Reviewing e-mails regarding Certificate of No Objection Motion to Extend; Draft CNO specific to Adversary case and Certificate of Service; Conference with Patricia P. McGonigle; Finalize, file and serve CNO (Case Administration) | 0.80 |
| 06/21/2012 | JSG | Teleconference with Andrew Swartz; Voice mail to Andrew Goldfarb (Case Administration) | 0.30 |

Offi Comm of Unsecured Cred Tribune Company et al

Tribune

Page: 2
August 09, 2012
Account No: 30402-001M
Statement No: 28378

| | | | Hours | |
|---|---|---|---:|---:|
| | JSG | Reviewing and filing Certificates of No Objection to 5th, 6th and 7th Fee Applications and Quarterly Application (Thirteenth); Reviewing and revising 8th, 9th and 10th Monthly Fee Apps (Fee Matters) | 2.10 | |
| | SLP | Finalize, file and serve CNOs for the 5th, 6th, 7th and 13th Quarterly Fee Applications (Fee Matters) | 0.50 | |
| 06/26/2012 | | | | |
| | PPM | Receipt and review email from Mr. Sloane re: request for information on AIG entities sued; | 0.10 | |
| | SLP | E-mail from Parcels regarding filing Summonses; Draft Certificate of Service; Teleconference with Parcels regarding service instructions from Zuckerman; Conference with James S. Green (Case Administration) | 0.30 | |
| 06/27/2012 | | | | |
| | JSG | E-mails from Andrew Goldfarb; Reviewing Summonses in lender action | 0.50 | |
| 06/28/2012 | | | | |
| | JSG | Reviewing filings (.3 (Case Administration)); Finalize fee applications (.2 (Fee Matters)) | 0.50 | |
| | SLP | Finalize, file and serve 8th, 9th, 10th Monthly Fee Applications and 14th Quarterly Fee Application (Fee Matters) | 2.50 | |
| | | For Current Services Rendered | 14.80 | 3,876.00 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| James S. Green | 4.40 | $540.00 | $2,376.00 |
| Patricia P. McGonigle | 0.80 | 375.00 | 300.00 |
| Susan L. Pappa | 9.60 | 125.00 | 1,200.00 |

### Expenses

| | |
|---|---:|
| Postage | 27.50 |
| Photocopies | 225.60 |
| Reimbursable Costs Thru 06/30/2012 | 253.10 |
| Total Current Work | 4,129.10 |

# EXHIBIT "C"

### STATEMENT OF EXPENSE

| Postage: | $27.50 |
|---|---|
| Photocopies: | $225.60 |
| TOTAL: | $$253.10 |

81117 v1