Response to Addition to Supplemental Objection; Claim No. 7106; Case No. 08-13141 (KJC)
Page 42
August 8, 2012

# Exhibit D: Postal Record for Delivery of Copy of Claimant's Original Complaint to *The Sun's* Publisher

USPS - Track & Confirm

Page 1 of 1



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **2301 3460 0001 8065 5693**
Status: **Delivered**

Your item was delivered at 8:57 AM on October 6, 2008 in BALTIMORE, MD 21278. The item was signed for by R EDWARDS.

( Additional Details > )   ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

---

**Track & Confirm**
Enter Label/Receipt Number.

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

10/7/2008