Response to Addition to Supplemental Objection; Claim No. 7106; Case No. 08-13141 (KJC)
Page 46
August 8, 2012

# Exhibit H: July 15, 2008 Letter to Attorney

*[U.S. Postal Service Signature Confirmation Receipt, with handwritten annotations including "Delivered July 23, 2008 11:53 am", "Signed by K. Dolphin", Signature Confirmation Number: 2301 3460 0001 8065 5198, Priority Mail checked, 2008]*

Washington, D.C. 20009

Subject: Representation in Possible Defamation/Whistleblower Matter

I am writing in search of representation in a matter involving the possibility of defamation by a newspaper, *The Baltimore Sun* ("*The Sun*"), and, perhaps, fraud. I believe the defamation is the most recent of a string of injuries in a lengthy and intense retaliatory campaign against my small firm and me in what seems to me to resemble a whistleblower matter. I believe the campaign has inflicted unthinkable harm on my family and firm. I have been seeking to have restored, to the extent possible, our well-being, our prospects, and all else I believe we have lost to misconduct. A brief **summary** of the matter (Document #1) follows this letter.

Regarding details, on Sunday, October 7, 2007, *The Sun* published a prominent front page article on the matter. In my opinion, though, the article was a coordinated, defamatory fabrication that greatly misrepresented truth. I believe that *The Sun* created, reshaped, and omitted key facts, on a grand scale. I believe *The Sun's* intent was to protect a campaign committed to driving my small firm and me from our profession – a campaign in which it may have taken part, though, possibly unwittingly. I believe that the campaign grew from my tenure as a faculty member at The Johns Hopkins University. I believe *The Sun's* article is compelling evidence of the campaign. Regarding the possibility of fraud, my family and I cooperated with *The Sun* on the article only because of what appear to have been false pretenses.

I have enclosed the following:

**Summary of matter.**

Document #1.

Main detailed documents.

Document #2 - a copy of *The Sun's* article, without photographs, taken from *The Sun's* Internet site (baltimoresun.com).

Document #3 - presents concerns of mine over *The Sun's* article.

Supplementary documents.

Document #4 - an accounting of irregularities I believe my firm has faced.

Document #5 - presents the initial stages of the matter.

Document #6 - a copy of correspondence cited in Documents #3 and 4.

At the outset, I should note that the matter has left me without resources.

(Parcel Post, Bound Printed Matter, Media Mail, Library) No insurance coverage is provided. If indemnity coverage is desired, consider Insured Mail, Registered Mail, or other special service that provides coverage. Contact your local postmaster for information concerning available options and limitations on coverage.

**Dynamic In Situ Geotechnical Testing**
725 Cameron Woods Drive
Apex, North Carolina 27523

Phone: (919) 303-5801
E-Mail: hroberthenke@aol.com

July 15, 2008



Washington, D.C. 20009

Subject: Representation in Possible Defamation/Whistleblower Matter

I am writing in search of representation in a matter involving the possibility of defamation by a newspaper, *The Baltimore Sun* ("*The Sun*"), and, perhaps, fraud. I believe the defamation is the most recent of a string of injuries in a lengthy and intense retaliatory campaign against my small firm and me in what seems to me to resemble a whistleblower matter. I believe the campaign has inflicted unthinkable harm on my family and firm. I have been seeking to have restored, to the extent possible, our well-being, our prospects, and all else I believe we have lost to misconduct. A brief **summary** of the matter (Document #1) follows this letter.

Regarding details, on Sunday, October 7, 2007, *The Sun* published a prominent front page article on the matter. In my opinion, though, the article was a coordinated, defamatory fabrication that greatly misrepresented truth. I believe that *The Sun* created, reshaped, and omitted key facts, on a grand scale. I believe *The Sun's* intent was to protect a campaign committed to driving my small firm and me from our profession – a campaign in which it may have taken part, though, possibly unwittingly. I believe that the campaign grew from my tenure as a faculty member at The Johns Hopkins University. I believe *The Sun's* article is compelling evidence of the campaign. Regarding the possibility of fraud, my family and I cooperated with *The Sun* on the article only because of what appear to have been false pretenses.

I have enclosed the following:

   **Summary of matter.**

      Document #1.

   Main detailed documents.

      Document #2 - a copy of *The Sun's* article, without photographs, taken from *The Sun's* Internet site (baltimoresun.com).

      Document #3 - presents concerns of mine over *The Sun's* article.

   Supplementary documents.

      Document #4 - an accounting of irregularities I believe my firm has faced.

      Document #5 - presents the initial stages of the matter.

      Document #6 - a copy of correspondence cited in Documents #3 and 4.

At the outset, I should note that the matter has left me without resources.

Page 2
July 15, 2008

I greatly appreciate any attention ▓▓▓▓▓▓▓ may give to this matter. To avoid overwhelming you, I have provided you with a minimum of material. If you have any questions or need further information please do not hesitate to contact me.

Sincerely,

Robert Henke

Enclosures