# Exhibit J: Attachment to Claimant's February 16, 2007 Email to Mr. Dechter

| | |
|---|---|
| Subj: | **List of relevant individuals - major revision #1** |
| Date: | 2/16/2007 2:51:53 PM Eastern Standard Time |
| From: | Hroberthenke |
| To: | Gadi.Dechter@Baltsun.com |

Gadi;

Sorry for the blunder but I omitted key personalities; namely, Kevin's and Mike's wrestling coaches. They have been a huge part of all of our lives.

So, just discard what I sent and replace it with the attachment I am now sending.

Again, sorry for the confusion.

Best regards,

Robert

Gadi:

In response to your request of February 13, below I have listed my closer acquaintances. I've included a mix of individuals who I feel likely would be supporters and individuals who I feel likely would be detractors. I don't identify the class into which the individuals fall so you won't have biases. Of course, some of this will be obvious to you on the basis of our past discussions and materials I have sent you. I provide what information I know of the whereabouts of the individuals. Also, with the exceptions of the references, the orderings of the names were dictated solely by the orders in which I thought of the individuals. Please let the individuals you contact know that they are free to discuss the matters at hand (except for the family problems matter with respect to the Air Force - thanks).

**Abbreviations**

FHWA = Federal Highway Administration

NIST = National Institute of Standards and Technology

NSF = National Science Foundation

**References I Use for Applications for University Positions**

Prof. Richard D. Woods; thesis advisor; Department of Civil and Environmental Engineering; University of Michigan; 2340 G.G. Brown, Ann Arbor, Michigan 48109-2125; Phone: 734-764-8495/Fax: 734-764-4292/Email: rdw@engin.umich.edu.

Prof. Emeritus Harvey Wahls; advisor for my Master's program; Department of Civil Engineering; North Carolina State University; 215 Mann Hall, Box 7908, Raleigh, North Carolina 27695; Phone: 919-515-7244/Fax: 919-515-7908/Email: wahls@eos.ncsu.edu.

Prof. W.D. Liam Finn; Anabuki Chair of Foundation Geodynamics; Safety Systems Construction Engineering Department; Kagawa University; 2217-20 Shinmachi, Hayashi-cho, Takamatsu, Kagawa 761-0396, Japan; Phone: 81-087-864-2170/Fax: 81-087-864-2031/Email: finn@eng.kagawa-u.ac.jp. **Try the contact information that follows first.**

Professor Finn is also a Professor Emeritus in the Department of Civil Engineering of the University of British Columbia, Vancouver, British Columbia, Canada (Phone: 604-228-1667/Email: finn@civil.ubc.ca).

Prof. Emeritus Shamsher Prakash; Department of Civil Engineering; University of Missouri, Rolla; 1870 Miner Circle, 308 Civil Engineering, Rolla, Missouri 65409; Phone: 573-341-4489/Fax: 573-341-4729/Email: prakash@umr.edu.

Mr. Al DiMillio; supervised much of our work for FHWA; Formerly, Geotechnical Research Program Manager; Federal Highway Administration; 6300 Georgetown Pike, McLean, Virginia 22101; Home Address: 403 Country Club Drive, Leesburg, Virginia 20175; Phone: 703-777-6416/Email: private.

**Other Faculty Who Have Had a Strong Impact on My/Our Thinking**

Prof. E. Benjamin Wylie; thesis advisor; Department of Civil and Environmental Engineering; University of Michigan.

Prof. Paul Zia; advisor for my Master's program, I believe; Department of Civil Engineering; North Carolina State University.

Prof. Kenneth H. Stokoe, II; Department of Civil Engineering; University of Texas, Austin.

Prof. Mladen Vucetic; Department of Civil Engineering (?); University of California, Los Angeles.

**Individuals with Whom We Have Worked in Our Undertaking**

List – G. Dechter  
Page 2  
February 16, 2007

**DRAFT**

Mac Minor; Was critical to most of undertaking. Supervised much of work and gave us crucial guidance; retired mechanical engineer, formerly of The Bechdon Company, Inc. in Upper Marlboro, Maryland.

Frank Rybak; Was also critical to most of undertaking. Carried out much of the electronics work throughout. Provided much advice and guidance; electronics engineer; of Artek Associates of Glen Arm, Maryland.

Yoshinori ("Yoshi") Iwasaki; Supported the design and construction of a greatly advanced version of the impulse shear test. Essentially, Yoshi requested certain features beyond those of the standard impulse shear test and we agreed to this; seismologist/earthquake engineer; Director, Geo-Research Institute of Osaka, Japan. (He speaks English quite well.)

W. ("Bill") Gingras; Carried out the design and construction of our laboratory prototype testing system; electronics engineer (?); of Friendship Engineering Company, Maryland (?).

W. Aiken; Carried out feasibility studies of our technology; mechanical engineer; of Sweet and Aiken, Inc., Houston, Texas.

Robert Greguras, Perfecto, Jaime, Miguel, and Hugo; Provided drilling services for tests in San Francisco; of HEW Drilling Company, Palo Alto California.

M. Suggs, Gary, Huey, and Otis; Provided drilling services for tests in Pensacola, Florida; of the Florida Department of Transportation.

Dino, Jeff, and Juan; Provided drilling services for tests in Los Angeles; of Gregg Drilling and Testing, Inc., Southern California.

Steve, John, and Patrick; Provided drilling services for tests in Massachusetts; of Connecticut Test Borings, Inc., Connecticut (?).

Richard, Josh, and Alonzo; Provided drilling services for tests in Alabama; of Christian Testing Laboratories, Inc., Alabama (?).

**Program Officers on Grants of Ours**

Al DiMillio; see above; Supervised all our FHWA work for the past sixteen years or so.

Carl Ealy; Co-supervised, along with Al DiMillio, much of our FHWA work; of FHWA; may be retired.

Dr. A.J. Eggenberger (?); Was the program officer for our 1986 NSF Phase II Small Business Innovation Research grant; formerly of NSF.

Dr. Clifford Astill; Was the NSF program officer for our 1994 (?) NSF Northridge Earthquake grant; of NSF.

Dr. Inam (?) Jawed; Was the program officer for our 2001 (?) Innovations Deserving Exploratory Analysis contract; of the National Academy of Sciences (?).

**Main Competitors**

Prof. Kenneth H. Stokoe, II; see above; Is an internationally renowned authority on geotechnical testing for earthquake engineering purposes. Is developing a testing approach that addresses issues addressed by our technology.

Dr. Clifford Roblee; Lead investigator in the development, for the California Department of Transportation ("Caltrans"), of a technology comparable to ours; formerly of Caltrans.

List – G. Dechter
Page 3
February 16, 2007

**DRAFT**

**Colleagues in the Department of Civil Engineering at The Johns Hopkins University**

Nicholas Jones

Robert Morris; I do not believe he is with the University now.

Robert Scanlan; now deceased.

Ross Corotis; University of Colorado.

Annalingam Anandarajah

**Students at The Johns Hopkins University who Were Reasonably Close to Me**

Tim Rosenzweig; undergraduate student

Deborah Nykyforchyn; graduate student

Edward Davis; undergraduate student

Michael Stello; graduate student

Deepak Agarwal; graduate student

**The Attorney Who Argued Our Federal Lawsuit against NSF and NIST**

Eric Glitzenstein, Esq.; of Meyer Glitzenstein & Crystal, Washington, D.C.

**My Son's Wrestling Coaches**

Paul Kretschmer (? Spelling); Michael's junior league coach; the Parkville team; mid to late 1980s.

Joey Tartal (? Spelling); Michael's junior league coach; the Parkville team; mid to late 1980s.

Chris Legg; Michael's high school coach; the Gilman team; early 1990s.

(? Name); Kevin's junior league coach; the Dulaney team; late 1990s.

Guy Pritzker (? Spelling); Kevin's junior league coach; the Owings Mills team; late 1990s.

Steve (? Last name); Kevin's junior league coach; the Owings Mills team; late 1990s.

Nate (? Last name); Kevin's junior league coach; the Owings Mills team; late 1990s.

**Colleagues at Exxon Production Research Company (now ExxonMobil Upstream Research Company), Houston, Texas**

Richard Raines

Tony Toneatto (? Spelling)

Farhad Boniadi (? Spelling)

Ray Steinmetz

Don Murff

Lou Klejbuk

Jack Templeton

**Students at the University of Michigan**

Prof. Peter Bosscher (? Spelling); the University of Wisconsin, Madison.

List – G. Dechter  
Page 4  
February 16, 2007

**DRAFT**

Prof. Richard Ray (? Spelling); the University of South Carolina, I believe.

**Peers in Officer Candidate School in Air Force at Lackland Air Force Base in San Antonio, Texas**

Greg Ebsen (? Spelling; again, I'd rather the family problems of which I spoke not be discussed)

**Fraternity (Delta Sigma Phi) Brothers at North Carolina State University**

Davis Crater

Joe Thompson

Jim Johnson

Steve Dicksen (? Spelling)

**Students at McDonogh School (past roommates and the like; class of 1964)**

Jeffrey Fountain

Jeffrey (?) Robbins

Steve Phillips

Bill Plack

**Members of the McDonogh Wrestling Team (class of 1964 except where noted)**

"Chip" Chew

Steve Koch

"Chuck" Campbell (Class of 1968, I believe.)

Steve Phillips

Dudley Ives (Class of 1965, I believe.)

Hobart Buppert

**Treasured Motorcar Services, LTD.; the Main Shop that has Restored and Maintained, for about Two Decades, my 1967 Lotus Elan. They do incredible work. Reisterstown, 410-833-2329**

Geoffrey Griffiths, owner

Bill, mechanic

**Friends during My High School Years**

Mark McInturff (? Spelling)

Jeff McInturff (? Spelling)