## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket Nos. 12181 & 12187** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK   )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  On August 6, 2012, I caused to be served the following:

   a) "Notice of Amended Agenda of Matters Scheduled for Hearing of August 7, 2012 at 10:00 A.M. Before the Honorable Kevin J. Carey," dated August 6, 2012 [Docket No. 12181], and

   b) "Notice of Second Amended Agenda of Matters Scheduled for Hearing of August 7, 2012 at 10:00 A.M. Before the Honorable Kevin J. Carey," dated August 6, 2012 [Docket No. 12187],

   by causing true and correct copies to be:

   i.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

   iii.  delivered via facsimile to those parties listed on the annexed Exhibit C, and

   iv.  delivered via electronic mail to those parties listed on the annexed Exhibit D.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Genevieve Uzamere

Sworn to before me this
7th day of August, 2012

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\TRIBUNE\Affidavits\Amended Agenda & Second Amended Agenda_DI_12181 & 12187_Aff_8-6-12_SS.doc

# EXHIBIT A

**TRB AMD AGENDA 8-5-12**
Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD 21093-8125

**TRB AMD AGENDA 8-5-12**
Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB AMD AGENDA 8-5-12**
Mr Herbert E. Eye
35 Apple Orchard Lane
Franklin, WV 26807-7585

**TRB AMD AGENDA 8-5-12**
Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**TRB AMD AGENDA 8-5-12**
Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AMD AGENDA 8-5-12**
Avaya Inc.
C/O RMS Bankruptcy Services
P.O. Box 5126
Timonium, MD 21094

**EXHIBIT B**

**Overnight service list –8-5-12 Amended Agenda**

State of Florida - Department of Revenue
Bankruptcy Section
Post Office Box 6668
Tallahassee, FL 32314-6668

Cathy Dubisky, Revenue Specialist
State of Florida - Department of Revenue
Bankruptcy Section
Post Office Box 6668
Tallahassee, FL 32314-6668

NYC Dept. of Finance, Audit Division
Attn: Bankruptcy Unit
345 Adams Street, 5th Floor
Brooklyn, NY 11201

Dara Jaffee, Special Assistant Corporation Counsel
Ron Medley, Of Counsel
NYC Dept. of Finance
345 Adams Street - 3rd Floor
Brooklyn, NY 11201

Andrew G. Lipkin, Esquire
Senior Counsel
Tax And Bankruptcy Litigation Division
New York City Law Department
100 Church Street Rm. 5-214
New York, NY  10007

State of Florida - Department of Revenue
Bankruptcy Section
Attn: Fred Rudzik
Post Office Box 6668
Tallahassee, FL 32314-6668

Frederick B. Rosner, Esquire
Scott J. Leonhardt, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

**EXHIBIT C**

| Name | Fax |
| --- | --- |
| Office of the United States Trustee  Attn: David M Klauder | 302-573-6497 |
| Landis Rath & Cobb LLP  Attn: Adam G Landis; Matthew B. McGuire | 302-467-4450 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-651-7701 |
| U. S. Attorney's Office  Attn: Ellen W Slights | 302-573-6431 |
| DLA Piper LLP (US)  Attn: Stuart M Brown; R.Craig Martin; Michelle E. Marino | 302-394-2341 |
| Potter Anderson & Corroon LLP  Attn: Laurie Silverstein | 302-658-1192 |
| McCarter & English, LLP  Attn: Katherine L Mayer; James J. Freebery IV | 302-984-6399 |
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Seitz, van Ogtrop & Green, P.A.  Attn: R Karl Hill; James S. Green, Sr.; Patricia P. McGonigle | 302-888-0606 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-656-3714 |
| The Rosner Law Group LLC  Attn: Frederick B Rosner; Scott J Leonhardt | 302-295-5061 |
| Cooch and Taylor, P.A.  Attn: Susan E Kaufman | 302-984-3939 |
| Cross & Simon, LLC  Attn: Christopher P Simon; Joseph Grey | 302-777-4224 |
| Cozen O'Connor  Attn: Mark E Felger | 302-295-2013 |
| Archer & Greiner, P.C.  Attn: John V Fiorella, Charles J Brown | 302-777-4352 |
| Brown Stone Nimeroff LLC  Attn: Jami B Nimeroff | 302-351-2744 |
| Pepper Hamilton LLP  Attn: David B Stratton; John H Schanne II | 302-421-8390 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-425-0432 |
| Eckert Seamans Cherin & Mellott, LLC  Attn: Tara L Lattomus | 302-425-0432 |
| Monzack Mersky McLaughlin & Browder, P.A.  Attn: Rachel B Mersky | 302-656-2769 |
| Pinckney, Harris & Weidinger, LLC  Attn: Donna Harris | 302-442-7046 |
| Hiller & Arban, LLC  Attn: Adam Hiller; Brian Arban | 302-442-7045 |
| Bifferato LLC  Attn: Ian Connor Bifferato; Kevin G Collins; Thomas F Driscoll; J Zachary Haupt | 302-254-5383 |
| Duane Morris LLP  Attn: Michael R Lastowski; Sommer L Ross; Richard W. Riley; Lawrence J. Kotler | 302-657-4901 |
| Ashby & Geddes, P.A.  Attn: William Bowden; Amanda M Winfree | 302-654-2067 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Laura Davis Jones; Timothy P Cairns | 302-652-4400 |
| Young Conaway Stargatt & Taylor, LLP  Attn: Robert S Brady; M Blake Cleary | 302-571-1253 |
| Barnes & Thornburg LLP  Attn: David M Powlen; E. Rebecca Workman | 317-231-7433 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP  Attn: Joseph L Christensen | 302-655-4420 |
| Fox Rothschild LLP  Attn: Jeffrey M Schlerf; John H Strock | 302-656-8920 |
| Bayard, P.A.  Attn: Justin R Alberto; Ashley Stitzer | 302-658-6395 |
| Greenberg Traurig, LLP  Attn: Dennis A Meloro | 302-661-7360 |
| Bifferato Gentilotti LLC  Attn: Garvan F McDaniel | 302-429-8600 |

Blank Rome LLP  Attn: David W Carickhoff                                                                                            302-425-6464
Sullivan Hazeltine Allinson LLC  Attn: William Hazeltine; William D Sullivan; Elihu E Allinson III                                  302-428-8195
Morris, Nichols, Arsht & Tunnell LLP  Attn: Derek C Abbott; Curtis S Miller                                                        302-658-3989
Ballard Spahr LLP  Attn: Christopher S Chow; Leslie C Heilman                                                                       302-252-4466
Morgan, Lewis & Bockius LLP  Attn: Colm F Connolly                                                                                  302-574-3001
Klehr Harrison Harvey Branzburg LLP  Attn: Michael W Yurkewicz                                                                      302-426-9193
Loizides, P.A.  Attn: Christopher D Loizides                                                                                        302-654-0728
Polsinelli Shughart PC  Attn: Christopher A Ward                                                                                    302-252-0921
Tybout Redfearn and Pell  Attn: David G. Culley                                                                                     302-658-4018
Phillips, Goldman & Spence, P.A.  Attn: John C Phillips                                                                             302-655-4210
Silverman McDonald & Friedman  Attn: Brian E Lutness                                                                                302-888-2923
Margolis Edelstein  Attn: James E Huggett                                                                                           302-888-1119
Michael P. Morton                                                                                                                   302-426-1300
Ciardi Ciardi & Astin  Attn: Daniel K. Astin, John D. McLaughlin, Jr.                                                               302-658-1300
A.M. Saccullo Legal, LLC  Attn: Anthony M Saccullo; Thomas H Kovach                                                                 302-836-8787
Elliott Greenleaf  Attn: Rafael X. Zahralddin-Aravena; Jonathan M. Stemerman                                                       302-384-9399
Stradley, Ronon, Stevens & Young, LLP  Attn: Antranig Garibian                                                                      302-295-4801
Connolly Bove Lodge & Hutz LLP  Attn: Jeffrey C. Wisler; Marc J. Phillips                                                           302-658-0380
Sidley Austin LLP  Attn: James F Conlan; Bryan Krakauer                                                                             312-853-7036
Sidley Austin LLP  Attn: Kevin T Lantry                                                                                             213-896-6600
Chadbourne & Parke LLP  Attn: Howard Seife; David M LeMay; Douglas E Deutsche                                                       212-541-5369
Zuckerman Spaeder LLP  Attn: Graeme W Bush; James Sottile                                                                           202-822-8106
Davis Polk & Wardwell  Attn: Benjamin S. Kaminetzky; Elliot Moskowitz; Karen Luftglass                                             212-607-7999
Kaye Scholer LLP  Attn: Madlyn Gleich Primoff; Jane W Parver; Joseph W Drayton                                                      212-836-6525
Mayer Brown LLP  Attn: Frederick D Hyman; Brian Trust; Amit K Trehan; Barbara Yan                                                  212-262-1910
Brown Rudnick LLP  Attn: Robert J Stark; Martin S Siegel; Gordon Z Novod                                                           212-209-4801
Akin Gump Strauss Hauer & Feld LLP  Attn: Daniel H Golden; David M Zensky; Philip Dublin                                           212-872-1002
Friedman Kaplan Seiler & Adelman LLP  Attn: Edward A Friedman; William P Weintraub                                                  212-833-1250
Kasowitz, Benson, Torres & Friedman LLP  Attn: David S Rosner; Andrew K. Glenn; Sheron Korpus; Christine A. Montenegro; Matthew B. Stein   212-506-1800
McCarter & English, LLP  Attn: David Adler                                                                                          212-609-6921
Weil, Gotshal & Manges LLP  Attn: Jonathan D. Polkes; Michael F. Walsh; Richard Slack                                              212-310-8007
Jones Day  Attn: Bruce Bennett; James O Johnston; Joshua M Mester                                                                  213-243-2539
Wilmer Cutler Pickering Hale and Dorr LLP  Attn: Andrew Goldman                                                                     212-230-8888
Jenner & Block  LLP  Attn: David J Bradford; Catherine L. Steege; Andrew W. Vail                                                   312 527-0484
Teitelbaum & Baskin, LLP  Attn: Jay Teitelbaum                                                                                      914-437-7672

| | |
|---|---|
| Reed Smith LLP Attn: Aarron N. Chapin | 312-207-6400 |
| City of Chicago Attn: Esther Tryban Telser | 312-744-6798 |
| United States Debt Recovery : Attn: Nathan E. Jones | 775-832-5085 |
| Venable LLP  Attn: Stephen K. Gallagher | 703-821-8949 |
| Office of Ohio Attorney General : Donn D. Rosenblum | 877-591-5768 |
| Wildman Harrold Allen : Attn: Joy L Monahan | 312-416-4823 |
| Ropes & Gray LLP  Attn: Christopher J. Harnett | 212-596-9090 |
| Ropes & Gray LLP  Attn: Matthew F. Burrows | 617-235-0475 |
| Leo & Weber, PC  Attn: T. Scott Leo | 312-857-1240 |
| Skadden, Arps, Slate, Meagher & Flom LLP  Attn: Seth Jacobson; Alan Madison | 312-407-0411 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP  Attn: Christopher T. Poggi, Eric Goodison, Eric Gyasi | 212-757-3990 |
| Frank Greenhouse LLP  Attn: Charles Greenhouse | 303-623-0960 |
| State of Florida-Department of Revenue  Attn: Fred Rudzik | 850-717-7291 |
| Andrew g. Lipkin-Tan and Bankruptcy Litigation Div. New York City Law Dept | 212-788-0937 |
| Richards, Layton & Finger, P.A.  Attn: Paul N. Heath, Christopher M. Samis | 302-651-7701 |
| Ropes & Gray LLP   Attn: Steven T. Hoort | 617-951-7050 |
| Ropes & Gray LLP  Attn: Christopher J. Harnett, Stuart W. Yothers | 212-596-9090 |

**EXHIBIT D**

**Email Address**
mvbbvb@comcast.net
chriseyec@aol.com
stevewalkergolf@gmail.com