# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>Tribune Company | **Case No.:** 08–13141–KJC<br><br>**Chapter:** 11 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Wilming Trust Company filed a Notice of Appeal on August 2, 2012 regarding the Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan of Reorganization For Tribune Company And Its Subsidiaries And Denying Clarification Motion And Order Overruling Plan Object And Denying The Clarification Motion, dated July 13, 2012 [D.I. 12033]; (II) Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by The Debto

The Notice of Appeal may be viewed at docket number 12157 The order on appeal may be viewed at docket number 12074

David D. Bird
CLERK OF COURT

Date: 8/10/12
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:  
Tribune Company  
   Debtor

Case No. 08-13141-KJC  
Chapter 11

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0311-1 | User: KenB | Page 1 of 8 | Date Rcvd: Aug 10, 2012 |
| | Form ID: van440 | Total Noticed: 7 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2012.

```
aty          +Christopher Dean Loizides,    Loizides, P.A.,    1225 King Street,    Suite 800,
               Wilmington, DE 19801-3246
aty           Garvan F. McDaniel,    Bifferato Gentilotti LLC,    800 N. King Street, Plaza Level,
               Wilmington, DE  19801
aty          +Katharine L. Mayer,    McCarter & English, LLP,    Renaissance Centre,
               405 N. King Street, 8th Floor,    Wilmington, DE 19801-3700
aty           M. Blake Cleary,    Young, Conaway, Stargatt & Taylor,    1000 North King Street,
               Wilmington, DE  19801
aty          +Norman L. Pernick,    Cole, Schotz, Meisel, Forman & Leonard,,    500 Delaware Avenue,Suite 1410,
               Wilmington, DE 19801-1496
aty          +William A. Hazeltine,    Sullivan Hazeltine Allinson LLC,    901 North Market Street,    Suite 1300,
               Wilmington, DE 19801-3079
aty          +William Pierce Bowden,    Ashby & Geddes,    500 Delaware Avenue,    8th Floor, P.O. Box 1150,
               Wilmington, DE 19899-0009
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.  TOTAL: 0

  ***** BYPASSED RECIPIENTS *****  
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2012**  **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0311-1           User: KenB                  Page 2 of 8                   Date Rcvd: Aug 10, 2012
                               Form ID: van440             Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2012 at the address(es) listed below:

      ANDREW GARY LIPKIN    on behalf of defendant    BOARD OF EDUCATION NEW YORK CITY RETIREMENT SYSTEMS alipkin@law.nyc.gov, andrewlipkin@msn.com
      Aaron L. Hammer    on behalf of Other Prof.    Mercer (US) Inc. ahammer@sugarfgh.com, bkdocket@sugarfgh.com;mbrandess@sugarfgh.com
      Adam Hiller    on behalf of Creditor    Minimum Wage Class Claimants ahiller@hillerarban.com
      Adam Hiller    on behalf of Interested Party    The Retirement Claimants ahiller@hillerarban.com
      Adam G. Landis    on behalf of Attorney    Landis Rath & Cobb LLP landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
      Adam L Hirsch    on behalf of Interested Party    SuttonBrook Capital Management LP adam.hirsch@srz.com, adam.hirsch@srz.com
      Adam Scott Moskowitz    on behalf of Creditor    ASM Capital III, L.P. asmcapital@aol.com
      Adolph F. Fellmeth    on behalf of Creditor    Anton/Bauer fred.fellmeth@vitecgroup.com
      Alan J. Stone    on behalf of Defendant    Amalgamated Bank astone@milbank.com, aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
      Alan Michael Root    on behalf of Interested Party    Samuel Zell root@blankrome.com, senese@blankrome.com
      Alexander R. Bilus    on behalf of Interested Party    Aegon/Transamerica Series Trust sandy.bilus@dechert.com
      Alissa S. Wright    on behalf of defendant    NEW YORK STATE TEACHERS RET SYSTEM (NYSTRS) alissa.wright@ag.ny.gov, stephanie.rosenberg@ag.ny.gov
      Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com
      Amanda Marie Winfree    on behalf of Interested Party    Akin Gump Strauss Hauer & Feld LLP awinfree@ashby-geddes.com
      Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. adoshi@magnozzikye.com
      Amit K. Trehan    on behalf of Interested Party    Barclays Bank PLC atrehan@mayerbrown.com, atrehan@mayerbrownrowe.com
      Amy D. Brown    on behalf of Interested Party    Chicago Tribune Company abrown@margolisedelstein.com
      Andrew Schoulder    on behalf of Interested Party    Step One Credit Agreement Lenders andrew.schoulder@bgllp.com, josephine.moon@bgllp.com;anna.rozin@bgllp.com;adam.shane@bgllp.com;andrew.schoulder@bgllp.com;daniel.connolly@bgllp.com;david.ball@bgllp.com
      Andrew N. Goldman    on behalf of Interested Party    Angelo, Gordon & Co. andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com;nancy.manzer@wilmerhale.com;kathryn.bennett@wilmerhale.com;lisa.jack@wilmerhale.com;melanie.dritz@wilmerhale.com;justin.ochs@wilmerhale.com;lipi.shah@wilmerhale.com;michelle.goldis@wilmerhale.com
      Andrew S. Conway    on behalf of Creditor    Taubman Landlords Aconway@taubman.com
      Angie M. Cowan    on behalf of Interested Party    Inernational Association of Machinists Local 126 ("IAM Local 126") cowan@ask-attorneys.com
      Anthony M. Saccullo    on behalf of Attorney Anthony M. Saccullo ams@saccullolegal.com
      Antranig N. Garibian    on behalf of Defendant    Invesco Structured Core Fund agaribian@stradley.com, ckelly@stradley.com
      Artemio C. Aranilla    on behalf of defendant    SEI INSTITUTIONAL MANAGED TRUST LARGE CAP VALUE FUND acaranilla@mdwcg.com, sekreps@mdwcg.com;jsshannon@mdwcg.com;jmtarantino@mdwcg.com
      Arthur Steinberg    on behalf of Interested Party    General Motors Hourly-Rate Employee Pension Trust asteinberg@kslaw.com, rtrowbridge@kslaw.com
      Barbara Suzanne Mehlsack    on behalf of Defendant    LABORERS NATIONAL PENSION FUND bmehlsack@gkllaw.com
      Benjamin W. Keenan    on behalf of Interested Party    Aurelius Capital Management, LP bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
      Brain E. Martin    on behalf of defendant    CATHOLIC UNITED INVESTMENT TRUST bmartin@stamostrucco.com
      Brian A. Sullivan    on behalf of Interested Party    Wells Fargo Bank, N.A. as Administrative Agent under the Bridge Credit Agreement bsullivan@werbsullivan.com, abrown@werbsullivan.com
      Brian E. Lutness    on behalf of Creditor Marcia Willette brain@silverman-mcdonald.com
      Brian G. Esders    on behalf of Creditor    Truck Drivers & Helpers Local 355 and Health & Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund besders@abato.com
      Brian L. Arban    on behalf of Interested Party    TM Retirees barban@hillerarban.com
      Brian M Rostocki    on behalf of Defendant    BNY Hamilton Funds Inc. brostocki@reedsmith.com
      Brian T. Carney    on behalf of Interested Party    Aurelius Capital Management, LP bcarney@akingump.com, nymco@akingump.com
      Bruce E. Jameson    on behalf of Interested Party    Aegon/Transamerica Series Trust Bejameson@prickett.com
      Bryan Krakauer    on behalf of Debtor    Tribune Company bkrakauer@sidley.com
      Camela J. Chapman    on behalf of Interested Party    Howard County, Maryland cchapman@co.ho.md.us
      Carl D. Neff    on behalf of Debtor    Tribune Company cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com
      Carol E. Momjian    on behalf of Creditor    Commonwealth of PA, Department of Revenue cmomjian@attorneygeneral.gov
      Caroline R. Djang    on behalf of Creditor    LIT Finance, LP cdjang@rutan.com
      Catherine Steege    on behalf of Other Prof.    EGI-TRB, L.L.C. and Samuel Zell csteege@jenner.com, docketing@jenner.com;dhixson@jenner.com
      Charles J. Brown    on behalf of Creditor    Iron Mountain Information Management, Inc. cbrown@archerlaw.com, dabernathy@archerlaw.com
      Christina Maycen Thompson    on behalf of Creditor    DMD Special Situations Funding LLC cthompson@cblh.com

```
District/off: 0311-1          User: KenB                   Page 3 of 8                   Date Rcvd: Aug 10, 2012
                              Form ID: van440              Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Christine Zuehlke Heri    on behalf of Interested Party   Secretary of Labor, U.S. Department of Labor heri-christine@dol.gov, sol-chi@dol.gov;goldberg.elizabeth@dol.gov
- Christopher A. Ward    on behalf of Interested Party   Channing Capital Management cward@polsinelli.com, LSuprum@Polsinelli.com
- Christopher Dean Loizides    on behalf of Defendant   Navigant Consulting, Inc. loizides@loizides.com
- Christopher J. Giaimo    on behalf of Creditor   Tirschwell & Loewy, Inc. cgiaimo@bakerlaw.com, jravick@bakerlaw.com
- Christopher Page Simon    on behalf of Defendant   J.P. Morgan Securities Inc. csimon@crosslaw.com
- Christopher R. Belmonte    on behalf of Defendant   IBM Canada Limited, sued herein as IBM Canada cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
- Christopher S. Chow    on behalf of Creditor   CCI Europe A/S chowc@ballardspahr.com
- Claire P. Murphy    on behalf of Defendant Chandler Bigelow cmurphy@sperling-law.com, lsands@sperling-law.com
- Colm F. Connolly    on behalf of Defendant   New York State Common Retirement Fund cconnolly@morganlewis.com, lgibson@morganlewis.com
- Curtis S. Miller    on behalf of Creditor   Comcast Cable Communications, LLC cmiller@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
- D. Ross Martin    on behalf of Interested Party   Artis Capital Management, L.P. rmartin@ropesgray.com
- Dana S. Plon    on behalf of Creditor   Unisys Corporation dplon@sirlinlaw.com
- Daniel Horowitz    on behalf of Defendant   Marshwinds Advisory Co. dhorowit@alumni.law.upenn.edu
- Daniel R. Swetnam    on behalf of Interested Party   Ohio Public Employees Retirement System Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
- Daniel A. Shmikler    on behalf of Defendant Chandler Bigelow dshmikler@sperling-law.com, cmurphy@sperling-law.com,sflorsheim@sperling-law.com
- Daniel B. Rath    on behalf of Plaintiff   The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. rath@lrclaw.com, rogers@lrclaw.com;panchak@lrclaw.com
- Daniel K. Astin    on behalf of Creditor   Stardust Visions, Inc. dastin@ciardilaw.com, dchigges@ciardilaw.com;jclarke@ciardilaw.com
- Daniel K. Hogan    on behalf of Interested Party   Certain SLCFC Defendants (Charles R. Baugh and others similarly situated) dkhogan@dkhogan.com, keharvey@dkhogan.com,gpalagruto@dkhogan.com, lcampbell@dkhogan.com
- David B. Stratton    on behalf of Interested Party   BANK OF AMERICA, N.A. strattond@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
- David M. Powlen    on behalf of Creditor   Morgan Stanley & Co. LLC dpowlen@btlaw.com
- David M. Zensky    on behalf of Interested Party   Aurelius Capital Management, LP dzensky@akingump.com, nymco@akingump.com
- David S. Leinwand    on behalf of Creditor   Avenue Blue TC Fund, LP dleinwand@amroc.com
- David W. Carickhoff    on behalf of Interested Party Samuel Zell carickhoff@blankrome.com, senese@blankrome.com
- David William Reimann    on behalf of Creditor   Majestic Realty Co., Yorba Park I, LLC, Yorba Park Sub, LLC dreimann@reimannlawgroup.com
- Deborah Waldmeir    on behalf of Creditor   State of Michigan, Department of Treasury waldmeird@michigan.gov, gamep@michigan.gov
- Denis C. Dice    on behalf of Defendant   SEI Large Cap Value Fund dcdice@mdwcg.com
- Dennis A. Meloro    on behalf of Creditor   Hamdon Entertainment bankruptcydel@gtlaw.com, thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
- Devon J. Eggert    on behalf of Other Prof.   Mercer (US) Inc. deggert@freebornpeters.com, bkdocketing@freebornpeters.com
- Donald L. Gouge    on behalf of Interested Party   International Brotherhood of Electrical Workers AFL-CIO Local 4 dgouge@gougelaw.com, lmartin@gougelaw.com
- Donna L. Harris    on behalf of Interested Party   Federal Insurance Company dharris@phw-law.com
- Douglas R. Gonzales    on behalf of Creditor   City of Dania Beach, FL dgonzales@wsh-law.com
- Drew G. Sloan    on behalf of Interested Party   Angelo, Gordon & Co. dsloan@rlf.com, rbgroup@rlf.com
- Duane David Werb    on behalf of Defendant   Beverly Mackintosh Trustee maustria@werbsullivan.com;riorii@werbsullivan.com
- Edmon L. Morton    on behalf of Interested Party   Credit Agreement Lenders bankfilings@ycst.com
- Edward J. Tredinnick    on behalf of Creditor   Catellus Development Corporation etredinnick@greeneradovsky.com
- Edward Patrick O'Brien    on behalf of Creditor   SLG 200 News Owner LLC eobrien@sbchlaw.com
- Elaine Conway Becraft    on behalf of Attorney   Constellation NewEnergy, Inc. hforrest@jw.com;kcavazos@jw.com
- Elaine M Seid    on behalf of Creditor   Diablo Investment Co. emseid@mstpartners.com
- Elihu Ezekiel Allinson, III    on behalf of Creditor   Wilmington Trust Company ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
- Elizabeth R. McColm    on behalf of Interested Party   Citicorp North America, Inc. emccolm@paulweiss.com
- Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
- Eric D. Boyle    on behalf of Defendant   Advantus Capitol Managment, Inc. eboyle@fandpnet.com, acole@fandpnet.com
- Eric Lopez Schnabel    on behalf of Creditor   Caption Colorado, L.L.C. de.ecf@Dorsey.com
- Eric R. Wilson    on behalf of Creditor   TeleRep, LLC KDWBankruptcyDepartment@kelleydrye.com
- Ericka Fredricks Johnson    on behalf of Interested Party   Zurich American Insurance Company erjohnson@wcsr.com, pgroff@wcsr.com;klytle@wcsr.com;hsasso@wcsr.com
- Eva H. Vlachynsky    on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov

```
District/off: 0311-1          User: KenB                  Page 4 of 8                   Date Rcvd: Aug 10, 2012
                              Form ID: van440             Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Evelyn J. Meltzer    on behalf of Defendant   WT Mutual Fund meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com
      Frances  Gecker     on behalf of Interested Party   Employee Compensation Defendants Group fgecker@fgllp.com,  csmith@fgllp.com
      Frank A. Anderson    on behalf of Creditor   Pension Benefit Guaranty Corporation anderson.frank@pbgc.gov,  efile@pbgc.gov
      Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
      Frederick Brian Rosner    on behalf of Creditor Steven Gellman rosner@teamrosner.com
      Garvan F. McDaniel    on behalf of Interested Party   Davidson Kempner Capital Management LLC gmcdaniel@bglawde.com
      George R. Mesires     on behalf of Interested Party   KTR South Florida LLC grmesires@uhlaw.com
      George T. Lees, III    on behalf of Creditor   Schur Packaging Systems, Inc. ,  kbecker@rawle.com
      Glen  Silverstein    on behalf of Creditor   Morgan Stanley & Co., Inc. gsilverstein@leaderberkon.com
      Gregg R. Hague    on behalf of Defendant Chandler Bigelow grh@sperling-law.com
      Gregory W. Werkheiser    on behalf of Interested Party   AG Edwards, Inc. gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
      Heather L. Donald    on behalf of Creditor   State of Michigan, Department of Treasury donaldh@michigan.gov
      Helen Elizabeth Weller    on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com
      Howard A. Cohen     on behalf of Interested Party   Douglas C. Lane & Associates, Inc. howard.cohen@dbr.com
      Hugh H. Shull    on behalf of Defendant   New York City Defendants hshull@law.nyc.gov
      Ian Connor Bifferato    on behalf of Defendant Corie Brown cbifferato@bifferato.com
      Ira M. Levee     on behalf of Creditor   I.B.E.W. Local 103 Trust Fund ilevee@lowenstein.com, krosen@lowenstein.com
      Ivan Lerer Kallick    on behalf of Interested Party   California State Teachers' Retirement System ikallick@manatt.com
      J. Kate Stickles    on behalf of Attorney   Cole, Schotz, Meisel, Forman & Leonard, P.A. kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;ydalton@coleschotz.com
      J. Kate Stickles    on behalf of Debtor   Tribune Company kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
      J. Zachary  Haupt    on behalf of Defendant Corie Brown zhaupt@bifferato.com
      James  Johnston    on behalf of Interested Party   Credit Agreement Lenders jjohnston@jonesday.com
      James C. Carignan    on behalf of Interested Party   Pepper Hamilton LLP carignaj@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
      James D. Newbold    on behalf of Creditor   State of Illinois on behalf of Department of Revenue and Department of Employment Security James.Newbold@illinois.gov
      James E. Huggett     on behalf of Creditor   Oracle USA, Inc. jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
      James S. Green     on behalf of Attorney   Seitz, Van Ogtrop & Green, P.A. jgreen@svglaw.com, spappa@svglaw.com
      James S. Green, Jr.    on behalf of Plaintiff   Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
      James S. Yoder    on behalf of Creditor   Cisco Systems Capital Corporation yoderj@whiteandwilliams.com
      Jami B. Nimeroff     on behalf of Interested Party   NBC Studios LLC jnimeroff@bsnlawyers.com, cmhannan@bsnlawyers.com
      Jason Beram Sanjana    on behalf of Creditor   Barclays Bank PLC jason.sanjana@lw.com
      Jay  Teitelbaum    on behalf of Creditor Mark Willes jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com
      Jean-Marie L. Atamian     on behalf of Interested Party   Barclays Bank PLC jatamian@mayerbrown.com
      Jeffrey C. Wisler    on behalf of Creditor   Harry Amsden, Robert Gremillion and David D. Williams jwisler@cblh.com
      Jeffrey M Gorris    on behalf of Defendant   Citibank, N.A. jgorris@paulweiss.com
      Jeffrey M. Schlerf    on behalf of Interested Party   Bridge Proponents jschlerf@foxrothschild.com, dkemp@foxrothschild.com
      Jeffrey N. Rich     on behalf of Interested Party   GreatBanc Trust Company jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com
      Jennifer M Jackson    on behalf of Defendant   Michigan Department of Treasury  Bureau of Investments JacksonJ5@michigan.gov
      Jennifer R. Hoover    on behalf of Creditor   Wilmington Trust Company jhoover@beneschlaw.com, ehein@beneschlaw.com;rlemisch@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com
      Jerome Bennett Friedman    on behalf of Creditor   Isaksen Investments, LLC jfriedman@jbflawfirm.com,  jmartinez@jbflawfirm.com
      Joan E. Pilver    on behalf of Creditor   STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES Joan.Pilver@ct.gov
      Joanne P. Pinckney    on behalf of Interested Party   Warner Bros. Television Distribution, Inc. jpinckney@phw-law.com,  arussell@phw-law.com;lmolinaro@phw-law.com
      Joel E. Friedlander    on behalf of Defendant Chandler Bigelow sbrodowski@bmf-law.com;jspeakman@bmf-law.com
      Joel M. Wertman    on behalf of Defendant   SEI Large Cap Value Fund jmwertman@mdwcg.com
      John C. Phillips     on behalf of Creditor   Software Ag, Inc. tlb@pgslaw.com;scs@pgslaw.com

```
District/off: 0311-1          User: KenB                  Page 5 of 8                   Date Rcvd: Aug 10, 2012
                              Form ID: van440             Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John D. Demmy    on behalf of Creditor   Crown Credit Company and Crown Equipment Corporation
           jdd@stevenslee.com
          John D. McLaughlin    on behalf of Creditor   Stardust Visions, Inc. jmclaughlin@ciardilaw.com,
           dchigges@ciardilaw.com;jclarke@ciardilaw.com
          John F. Theil    on behalf of Fee Examiner   Stuart Maue j.theil@smmj.com
          John H. Strock    on behalf of Debtor   Tribune Company jstrock@foxrothschild.com,
           dkemp@foxrothschild.com
          John Henry Schanne    on behalf of Defendant   Banc of America Securities, LLC
           schannej@pepperlaw.com,   wlbank@pepperlaw.com;lanoc@pepperlaw.com
          John K. Sherwood    on behalf of Creditor   I.B.E.W. Local 103 Trust Fund jsherwood@lowenstein.com,
           dclaussen@lowenstein.com
          John Louis Decker    on behalf of Fee Examiner   Stuart Maue j.decker@smmj.com
          John M. Seaman    on behalf of Interested Party   Artis Capital Management, L.P.
           seaman@abramsbayliss.com,   farro@abramsbayliss.com
          John P. Dillman    on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
          John Patrick DiTomo    on behalf of Defendant   Citibank, N.A. jditomo@paulweiss.com
          John V. Fiorella    on behalf of Creditor   Navistar Financial Corp jfiorella@archerlaw.com,
           mfriedman@archerlaw.com;adavid@archerlaw.com
          Jonathan M. Stemerman    on behalf of Defendant   3M Employees Welfare Benefits Association Trust 1
           and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
           jms@elliottgreenleaf.com
          Joseph  Grey    on behalf of Creditor   Constellation NewEnergy, Inc. jgrey@crosslaw.com
          Joseph D. Frank    on behalf of Creditor   Jones Lang LaSalle Americas (Illinois), L.P.
           jfrank@fgllp.com,   ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph Emil Shickich    on behalf of Creditor   Microsoft Corporation jshickich@riddellwilliams.com,
           ctracy@riddellwilliams.com
          Joseph H. Huston    on behalf of Interested Party   The Morning Call, Inc. jhh@stevenslee.com
          Joseph L. Christensen    on behalf of Interested Party   CITIBANK, N.A. jchristensen@paulweiss.com,
           idensmore@paulweiss.com
          Joshua M. Mester    on behalf of Creditor   Contrarian Funds, LLC jmester@jonesday.com
          Judy D. Thompson    on behalf of Creditor   Sodexo, Inc. jdt@jdthompsonlaw.com
          Julia  B. Klein    on behalf of Interested Party   Silver Point Capital, L.P. klein@teamrosner.com
          Justin Cory Falgowski    on behalf of Attorney   Reed Smith LLP jfalgowski@reedsmith.com,
           jfalgowski@reedsmith.com
          Justin R. Alberto    on behalf of Interested Party   Cook County Department of Revenue
           jalberto@bayardlaw.com,
           bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
          Kate R. Buck    on behalf of Creditor   Deutsche Bank Trust Company Americas kbuck@mccarter.com
          Katharine L. Mayer    on behalf of Creditor   Deutsche Bank Trust Company Americas
           kmayer@mccarter.com
          Kathleen A. Murphy    on behalf of Creditor   GENERAL ELECTRIC CAPITAL CORPORATION
           kmurphy@reedsmith.com
          Kathleen M. Miller    on behalf of Creditor   Crane Kenney kmiller@skjlaw.com,   dlm@skjlaw.com
          Kerry K. Fennelly    on behalf of Creditor   Eighth District Electrical Pension Fund
           kerrykessler@gmail.com,   ms.courtneylogan@gmail.com;torres.luisadiaz@gmail.com
          Kevin G. Collins    on behalf of Attorney   Bifferato LLC kevin.collins@btlaw.com
          Kevin J Mangan    on behalf of Defendant   MetLife Stock Index Portfolio kmangan@wcsr.com,
           hsasso@wcsr.com
          Kevin M. Capuzzi    on behalf of Creditor William Niese kcapuzzi@phw-law.com
          Kevin P. Garland    on behalf of Creditor   Hamdon Entertainment garlandk@gtlaw.com
          Kimberly A. Brown    on behalf of Attorney   Chadbourne & Parke LLP brown@lrclaw.com,
           adams@lrclaw.com
          Kurt F. Gwynne    on behalf of Defendant   BNY Hamilton Funds Inc. kgwynne@reedsmith.com,
           llankford@reedsmith.com
          L. Jason Cornell    on behalf of Creditor   Donna Gerhart Gutman, personal representative to the
           estate of E. Michael Gutman a/k/a Michael Gutman a/k/a Elliott M. Gutman
           jcornell@foxrothschild.com,   dkemp@foxrothschild.com;slynch@foxrothschild.com
          L. John N. Bird    on behalf of Interested Party   Bridge Proponents jbird@foxrothschild.com,
           spage@foxrothschild.com
          Landon  Ellis    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           ellis@lrclaw.com,   adams@lrclaw.com;dellose@lrclaw.com;rogers@lrclaw.com
          Laura L. McCloud    on behalf of Interested Party   Tennessee Attorney General's Office
           agbankdelaware@ag.tn.gov
          Laurie Selber Silverstein    on behalf of Creditor   Merrill Lynch Capital Corporation, as
           Administrative Agent bankruptcy@potteranderson.com
          Lawrence Joel Kotler    on behalf of Creditor   Pennsylvania Public School Employees' Retirement
           System ljkotler@duanemorris.com
          Lawrence M. Jacobson    on behalf of Interested Party   CBS Television Stations Inc.
           lmj@gfjlawfirm.com
          Lee  Harrington    on behalf of defendant   HCA MASTER RETIREMENT TRUST LCV
           lharrington@nixonpeabody.com
          Leigh-Anne M. Raport    on behalf of Interested Party   Aurelius Capital Management, LP
           lraport@ashby-geddes.com
          Leonard H. Gerson    on behalf of Interested Party   United States Department of Labor
           gerson.leonard@dol.gov
          Leslie C. Heilman    on behalf of Creditor   Comcast Cable heilmanl@ballardspahr.com
          M. Blake  Cleary    on behalf of Interested Party   Angelo, Gordon & Co. bankfilings@ycst.com

```
District/off: 0311-1          User: KenB                   Page 6 of 8                   Date Rcvd: Aug 10, 2012
                              Form ID: van440              Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Marc J. Phillips   on behalf of Creditor   Harry Amsden, Robert Gremillion and David D. Williams mphillips@cblh.com
- Margaret Fleming England   on behalf of Creditor   The Nielsen Company (US) LLC mfe@darbylawllc.com
- Maria Ann Milano   on behalf of Creditor   Microsoft Corporation mmilano@riddellwilliams.com, ctracy@riddellwilliams.com;jshickich@riddellwilliams.com
- Mark A. Neubauer   on behalf of Creditor   Certain Directors and Officers mneubauer@steptoe.com, mrodriguez@steptoe.com;smcloughlin@steptoe.com
- Mark D. Collins   on behalf of Interested Party   Angelo, Gordon & Co. rbgroup@rlf.com
- Mark E. Felger   on behalf of Creditor   Camden Asset Management mfelger@cozen.com, mmillis@cozen.com
- Mark M. Billion   on behalf of Interested Party   CenterPoint Energy Services, Inc. markbillion@billionlaw.com,  brynn@billionlaw.com
- Mark N. Parry   on behalf of Witness   Deutsche Bank Aktiengesellschaft mparry@mosessinger.com, dkick@mosessinger.com,dbutvick@mosessinger.com
- Mark T Hurford   on behalf of Interested Party   Campbell & Levine, LLC mhurford@camlev.com
- Martha E. Romero   on behalf of Creditor   County of San Bernardino, California romero@dslextreme.com
- Mary E. Augustine   on behalf of Interested Party   Davidson Kempner Capital Management LLC maugustine@bglawde.com
- Mary E. Augustine   on behalf of Creditor   Deutsche Bank Trust Company Americas maugustine@bglawde.com
- Mary E. Augustine   on behalf of Interested Party   Cantigny Foundation maugustine@bglawde.com
- Mary K. Ware   on behalf of Interested Party   Employees' Retirement System of Georgia mware@law.ga.gov
- Matthew B. McGuire   on behalf of Attorney   Landis Rath & Cobb LLP mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
- Matthew J. Troy   on behalf of Creditor   UNITED STATES OF AMERICA matthew.troy@usdoj.gov
- Maurie J. Shalmone   on behalf of Interested Party   Longacre Opportunity Fund, L.P. maurie@longacrellc.com
- Meghan Colleen Horn   on behalf of Creditor   Truck Drivers & Helpers Local 355 and Health & Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund mhorn@abato.com
- Menachem O. Zelmanovitz   on behalf of Interested Party   New York State Common Retirement Fund mzelmanovitz@morganlewis.com
- Micah R Krohn   on behalf of Interested Party   Employee Compensation Defendants Group mkrohn@fgllp.com,  ccarpenter@fgllp.com
- Michael A. Henry   on behalf of Debtor   Tribune Company mhenry@grossmcginley.com
- Michael E. Emrich   on behalf of Creditor   Riverside Claims, LLC. notice@regencap.com
- Michael F. Bonkowski   on behalf of Plaintiff   Channel 40, Inc. mbonkowski@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
- Michael F. Murphy   on behalf of Defendant   Michigan Department of Treasury   Bureau of Investments MurphyM2@michigan.gov,  ballingerb1@michigan.gov
- Michael J. Farnan   on behalf of Examiner Kenneth Klee mfarnan@saul.com,  rwarren@saul.com
- Michael Joseph Joyce   on behalf of Creditor   Constellation NewEnergy, Inc. mjoyce@crosslaw.com
- Michael P. Migliore   on behalf of Creditor   Verizon Investment Management Corp. mpm@skjlaw.com
- Michael P. Morton   on behalf of Creditor   Certain Directors and Officers mmorton@michaelpmorton.com,  mmorton@michaelpmorton.com;shubbs@michaelpmorton.com
- Michael P. Richman   on behalf of Interested Party   Schultze Asset Management, LLC mrichman@pattonboggs.com,  candonian@hunton.com
- Michael S. Amato   on behalf of Creditor Esther Rhein mamato@rmfpc.com
- Michael T. Trucco   on behalf of defendant   CATHOLIC UNITED INVESTMENT TRUST mtrucco@stamostrucco.com,  erosenquist@stamostrucco.com
- Michael W. Yurkewicz   on behalf of Interested Party   SuttonBrook Capital Management LP myurkewicz@klehr.com
- Michelle McMahon   on behalf of Creditor   CWA/ITV Negotiated Pension Plan michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
- Mona A. Parikh   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS mona.parikh@bipc.com
- Nancy G. Everett   on behalf of Interested Party   LSV Asset Management neverett@winston.com, ecf_bank@winston.com
- Nathan Jones   on behalf of Creditor   US Debt Recovery IIA, LLC nate@usdrllc.com
- Neil Raymond Lapinski   on behalf of Interested Party Allen Francisco nrl@elliottgreenleaf.com
- Nicholas J. Nastasi   on behalf of Examiner Kenneth Klee nnastasi@saul.com,  apiccola@saul.com
- Norman L. Pernick   on behalf of Attorney   Cole, Schotz, Meisel, Forman & Leonard, P.A. bankruptcy@coleschotz.com, npernick@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;ydalton@coleschotz.com
- Norman M. Monhait   on behalf of Creditor   Gabelli Entities nmonhait@rmgglaw.com
- Norman P. Fivel   on behalf of Creditor   New York State Dept. Of Taxation & Finance norman.fivel@oag.state.ny.us
- Pamela K. Webster   on behalf of Creditor   Sony Pictures Television pwebster@buchalter.com
- Patricia K. Smoots   on behalf of Creditor   The Nielsen Company (US) LLC psmoots@mcguirewoods.com
- Patricia P. McGonigle   on behalf of Interested Party   Buena Vista Television, LLC pmcgonigle@svglaw.com,  dclack@svglaw.com
- Patrick J. Reilley   on behalf of Debtor   Tribune Company preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;ydalton@coleschotz.com
- Patrick M. Brannigan   on behalf of Interested Party   JPMorgan Chase Bank, N.A. pbrannigan@crosslaw.com

```
District/off: 0311-1          User: KenB                  Page 7 of 8                  Date Rcvd: Aug 10, 2012
                              Form ID: van440             Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Patrick Theodore Garvey    on behalf of Debtor   Tribune Company garveyp@jbltd.com, danelskis@jbltd.com
          Paul J. Catanese    on behalf of Creditor   The Nielsen Company (US) LLC pcatanese@mcguirewoods.com
          R. Craig Martin    on behalf of Interested Party   Barclays Bank PLC craig.martin@dlapiper.com, charlotte.neuberger@dlapiper.com,carolyn.fox@dlapiper.com
          R. Karl Hill    on behalf of Creditor   Banc of America Leasing & Capital, LLC khill@svglaw.com, cday@svglaw.com
          R. Stephen McNeill    on behalf of Creditor   Merrill Lynch Capital Corporation, as Administrative Agent bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
          Rachel B. Mersky    on behalf of Interested Party   bkm 3128 Redhill, LLC rmersky@monlaw.com
          Rafael Xavier Zahralddin-Aravena    on behalf of Defendant   3M Employees Welfare Benefits Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co. rxza@elliottgreenleaf.com
          Raymond Howard Lemisch    on behalf of Creditor   Wilmington Trust Company rlemisch@beneschlaw.com, jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
          Rebecca L. Butcher    on behalf of Attorney   Landis Rath & Cobb LLP butcher@lrclaw.com, rogers@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
          Reed A. Heiligman    on behalf of Interested Party   Employee Compensation Defendants Group rheiligman@fgllp.com, ccarpenter@fgllp.com
          Richard A. Robinson    on behalf of Attorney   Reed Smith LLP rrobinson@reedsmith.com
          Richard E Rosberger    on behalf of Defendant   Civilian Employees Retirement System of Kansas City rrosberger@rlrpclaw.com
          Richard Michael Beck    on behalf of Interested Party   Harris, N.A. n/k/a BMO Harris Bank N.A. rbeck@klehr.com, lstanton@klehr.com
          Richard Scott Cobb    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS cobb@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Richard W. Riley    on behalf of Defendant   Robert R. McCormick Foundation rwriley@duanemorris.com
          Robert J. Lack    on behalf of Interested Party   Aurelius Capital Management, LP rlack@fklaw.com, vgarvey@fklaw.com
          Robert J. Pfister    on behalf of Examiner Kenneth Klee rpfister@ktbslaw.com
          Robert J. Stearn    on behalf of Interested Party   JPMorgan Chase Bank, N.A. stearn@rlf.com, rbgroup@rlf.com
          Robert J. Stearn Jr.    on behalf of Interested Party   JPMorgan Chase Bank, N.A. stearn@rlf.com, rbgroup@rlf.com
          Robert K. Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
          Robert S. Brady    on behalf of Debtor   Tribune Company bankfilings@ycst.com
          Robert T. Honeywell    on behalf of Defendant   MetLife Stock Index Portfolio robert.honeywell@klgates.com, richard.miller@klgates.com
          Robert W. Mallard    on behalf of Creditor   Agfa Corporation mallard.robert@dorsey.com
          Ronald Mark Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com, bankruptcy@simon.com
          Ronald S. Gellert    on behalf of Creditor   The Nielsen Company (US) LLC rgellert@eckertseamans.com, delawarebankruptcy@eckertseamans.com;rgellert@eckertseamans.com
          Scott Golden    on behalf of Interested Party   Abitibi Bowater, Inc. sagolden@hhlaw.com
          Scott A Zuber    on behalf of Creditor   Day Pitney LLP szuber@daypitney.com
          Scott D. Cousins    on behalf of Interested Party   Aurelius Capital Management, LP bankruptcyservice@ccbllp.com, mccloskey@ccbllp.com;dero@ccbllp.com
          Scott I. Davidson    on behalf of Interested Party   General Motors Hourly-Rate Employee Pension Trust sdavidson@kslaw.com
          Scott J. Leonhardt    on behalf of Creditor   Ad Hoc Committee of Subsidiary Trade Creditors leonhardt@teamrosner.com
          Shanti M. Katona    on behalf of Interested Party   Daniel Kazan skatona@polsinelli.com, docket@polsinelli.com;LSuprum@Polsinelli.com
          Shawn M. Christianson    on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
          Simon E. Fraser    on behalf of Creditor Mark Hianik sfraser@cozen.com
          Sommer Leigh Ross    on behalf of Creditor   Sony Pictures Television slross@duanemorris.com
          Steven C. Schwendemann    on behalf of Fee Examiner   Stuart Maue s.schwendemann@smmj.com
          Steven T. Hoort    on behalf of Interested Party   TV Guide Online, Inc. shoort@ropesgray.com, Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
          Stuart M. Brown    on behalf of Interested Party   Barclays Bank PLC stuart.brown@dlapiper.com
          Susan E. Kaufman    on behalf of Interested Party   The American Federation of Television and Radio Artists ("AFTRA") skaufman@coochtaylor.com
          Tara Hannon    on behalf of Creditor   OCM Opportunities Fund VII Delaware, L.P. thannon@loan-law.com
          Tara L. Lattomus    on behalf of Defendant   Acutech, LLC delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com
          Thomas F. Driscoll    on behalf of Defendant Corie Brown tdriscoll@bifferato.com
          Thomas G. Macauley    on behalf of Plaintiff   Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. bankr@zuckerman.com
          Thomas P. Carroll    on behalf of Interested Party   United States (on behalf of EPA) thomas.carroll@usdoj.gov
          Thomas R. Fawkes    on behalf of Other Prof.   Mercer Health & Benefits, LLC tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
          Thomas V. Askounis    on behalf of Creditor   Banc of America Leasing & Capital, LLC taskounis@askounisdarcy.com, rwoolley@askounisdarcy.com

```
District/off: 0311-1          User: KenB              Page 8 of 8          Date Rcvd: Aug 10, 2012
                              Form ID: van440         Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Tiffany Strelow Cobb    on behalf of Creditor   AOL Advertising Inc. tscobb@vorys.com, bjtobin@vorys.com
    Timothy M. Riffin    on behalf of Interested Party   Aurelius Capital Management, LP thomase@gtlaw.com;bankruptcydel@gtlaw.com
    United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
    Virginia Whitehill Guldi    on behalf of Spec. Counsel   Special Counsel to the Official Committee of Unsecured Creditors vguldi@zuckerman.com
    W. Andrew Dalton    on behalf of Fee Examiner   Stuart Maue a.dalton@smmj.com
    W. Bradley Russell    on behalf of Creditor   UNITED STATES OF AMERICA William.B.Russell@usdoj.gov, eastern.taxcivil@usdoj.gov
    Wayne M. Smith    on behalf of Interested Party   Warner Bros. Television Distribution, Inc. wayne.smith@warnerbros.com
    William A. Hazeltine    on behalf of Creditor   Wilmington Trust Company Bankruptcy001@sha-llc.com
    William D. Sullivan    on behalf of Creditor   Diablo Investment Co. wdsecfnotices@sha-llc.com
    William Douglas White    on behalf of Creditor   Delmarva Power & Light Company wdw@mccarthywhite.com,   clm@mccarthywhite.ocm
    William E. Chipman    on behalf of Interested Party   Barclays Bank PLC chipman@ccbllp.com, bankruptcyservice@ccbllp.com;dero@ccbllp.com
    William M. Kelleher    on behalf of Interested Party   Corestaff Services, L.P. wkelleher@gfmlaw.com,   mfazio@gfmlaw.com
    William P. Weintraub    on behalf of Interested Party   Aurelius Capital Management, LP wweintraub@fklaw.com,   zhassoun@fklaw.com
    William Pierce Bowden    on behalf of Creditor   Morgan Stanley Capital Services Inc. wbowden@ashby-geddes.com
    Willliam J. Barrett    on behalf of Defendant   GreatBanc Trust Company william.barrett@bfkn.com
    Yonatan Gelblum    on behalf of Creditor   Internal Revenue Service yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov

                                                                  TOTAL: 285