# UNITED STATES BANKRUPTCY COURT
# District of Delaware

**In Re:**
Tribune Company

**Case No.:**08−13141−KJC

**Chapter:**11

## CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that EGI−TRB LLC filed a Notice of Appeal on August 3, 2012 regarding the Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan of Reorganization For Tribune Company And Its Subsidiaries And Denying Clarification Motion And Order Overruling Plan Objections And Denying The Clarification Motion, dated July 13, 2012; (II) Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors

The Notice of Appeal may be viewed at docket number 12177 The order on appeal may be viewed at docket number 12074

David D. Bird
CLERK OF COURT

Date: 8/10/12
(VAN−440)

United States Bankruptcy Court
District of Delaware

In re:
Tribune Company
Debtor

Case No. 08-13141-KJC
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0311-1 User: KenB Page 1 of 8 Date Rcvd: Aug 10, 2012
Form ID: van440 Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2012.

aty +Adam G. Landis, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801-3033

aty M. Blake Cleary, Young, Conaway, Stargatt & Taylor, 1000 North King Street, Wilmington, DE 19801

aty +Mark D. Collins, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801-3361

aty Nancy Chung, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6745

aty +Norman L. Pernick, Cole, Schotz, Meisel, Forman & Leonard,, 500 Delaware Avenue,Suite 1410, Wilmington, DE 19801-1496

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2012** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2012 at the address(es) listed below:

ANDREW GARY LIPKIN on behalf of defendant BOARD OF EDUCATION NEW YORK CITY RETIREMENT SYSTEMS alipkin@law.nyc.gov, andrewlipkin@msn.com
Aaron L. Hammer on behalf of Other Prof. Mercer (US) Inc. ahammer@sugarfgh.com, bkdocket@sugarfgh.com;mbrandess@sugarfgh.com
Adam Hiller on behalf of Creditor Minimum Wage Class Claimants ahiller@hillerarban.com
Adam Hiller on behalf of Interested Party The Retirement Claimants ahiller@hillerarban.com
Adam G. Landis on behalf of Attorney Landis Rath & Cobb LLP landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
Adam L Hirsch on behalf of Interested Party SuttonBrook Capital Management LP adam.hirsch@srz.com, adam.hirsch@srz.com
Adam Scott Moskowitz on behalf of Creditor ASM Capital III, L.P. asmcapital@aol.com
Adolph F. Fellmeth on behalf of Creditor Anton/Bauer fred.fellmeth@vitecgroup.com
Alan J. Stone on behalf of Defendant Amalgamated Bank astone@milbank.com, aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
Alan Michael Root on behalf of Interested Party Samuel Zell root@blankrome.com, senese@blankrome.com
Alexander R. Bilus on behalf of Interested Party Aegon/Transamerica Series Trust sandy.bilus@dechert.com
Alissa S. Wright on behalf of defendant NEW YORK STATE TEACHERS RET SYSTEM (NYSTRS) alissa.wright@ag.ny.gov, stephanie.rosenberg@ag.ny.gov
Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com
Amanda Marie Winfree on behalf of Interested Party Akin Gump Strauss Hauer & Feld LLP awinfree@ashby-geddes.com
Amish R. Doshi on behalf of Creditor Oracle America, Inc. adoshi@magnozzikye.com
Amit K. Trehan on behalf of Interested Party Barclays Bank PLC atrehan@mayerbrown.com, atrehan@mayerbrownrowe.com
Amy D. Brown on behalf of Interested Party Chicago Tribune Company abrown@margolisedelstein.com
Andrew Schoulder on behalf of Interested Party Step One Credit Agreement Lenders andrew.schoulder@bgllp.com, josephine.moon@bgllp.com;anna.rozin@bgllp.com;adam.shane@bgllp.com;andrew.schoulder@bgllp.com;daniel.connolly@bgllp.com;david.ball@bgllp.com
Andrew N. Goldman on behalf of Interested Party Angelo, Gordon & Co. andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com;nancy.manzer@wilmerhale.com;kathryn.bennett@wilmerhale.com;lisa.jack@wilmerhale.com;melanie.dritz@wilmerhale.com;justin.ochs@wilmerhale.com;lipi.shah@wilmerhale.com;michelle.goldis@wilmerhale.com
Andrew S. Conway on behalf of Creditor Taubman Landlords Aconway@taubman.com
Angie M. Cowan on behalf of Interested Party Inernational Association of Machinists Local 126 ("IAM Local 126") cowan@ask-attorneys.com
Anthony M. Saccullo on behalf of Attorney Anthony M. Saccullo ams@saccullolegal.com
Antranig N. Garibian on behalf of Defendant Invesco Structured Core Fund agaribian@stradley.com, ckelly@stradley.com
Artemio C. Aranilla on behalf of defendant SEI INSTITUTIONAL MANAGED TRUST LARGE CAP VALUE FUND acaranilla@mdwcg.com, sekreps@mdwcg.com;jsshannon@mdwcg.com;jmtarantino@mdwcg.com
Arthur Steinberg on behalf of Interested Party General Motors Hourly-Rate Employee Pension Trust asteinberg@kslaw.com, rtrowbridge@kslaw.com
Barbara Suzanne Mehlsack on behalf of Defendant LABORERS NATIONAL PENSION FUND bmehlsack@gkllaw.com
Benjamin W. Keenan on behalf of Interested Party Aurelius Capital Management, LP bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
Brain E. Martin on behalf of defendant CATHOLIC UNITED INVESTMENT TRUST bmartin@stamostrucco.com
Brian A. Sullivan on behalf of Interested Party Wells Fargo Bank, N.A. as Administrative Agent under the Bridge Credit Agreement bsullivan@werbsullivan.com, abrown@werbsullivan.com
Brian E. Lutness on behalf of Creditor Marcia Willette brain@silverman-mcdonald.com
Brian G. Esders on behalf of Creditor Truck Drivers & Helpers Local 355 and Health & Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund besders@abato.com
Brian L. Arban on behalf of Interested Party TM Retirees barban@hillerarban.com
Brian M Rostocki on behalf of Defendant BNY Hamilton Funds Inc. brostocki@reedsmith.com
Brian T. Carney on behalf of Interested Party Aurelius Capital Management, LP bcarney@akingump.com, nymco@akingump.com
Bruce E. Jameson on behalf of Interested Party Aegon/Transamerica Series Trust Bejameson@prickett.com
Bryan Krakauer on behalf of Debtor Tribune Company bkrakauer@sidley.com
Camela J. Chapman on behalf of Interested Party Howard County, Maryland cchapman@co.ho.md.us
Carl D. Neff on behalf of Debtor Tribune Company cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com
Carol E. Momjian on behalf of Creditor Commonwealth of PA, Department of Revenue cmomjian@attorneygeneral.gov
Caroline R. Djang on behalf of Creditor LIT Finance, LP cdjang@rutan.com
Catherine Steege on behalf of Other Prof. EGI-TRB, L.L.C. and Samuel Zell csteege@jenner.com, docketing@jenner.com;dhixson@jenner.com
Charles J. Brown on behalf of Creditor Iron Mountain Information Management, Inc. cbrown@archerlaw.com, dabernathy@archerlaw.com
Christina Maycen Thompson on behalf of Creditor DMD Special Situations Funding LLC cthompson@cblh.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Christine Zuehlke Heri on behalf of Interested Party Secretary of Labor, U.S. Department of Labor heri-christine@dol.gov, sol-chi@dol.gov;goldberg.elizabeth@dol.gov
Christopher A. Ward on behalf of Interested Party Channing Capital Management cward@polsinelli.com, LSuprum@Polsinelli.com
Christopher Dean Loizides on behalf of Defendant Navigant Consulting, Inc. loizides@loizides.com
Christopher J. Giaimo on behalf of Creditor Tirschwell & Loewy, Inc. cgiaimo@bakerlaw.com, jravick@bakerlaw.com
Christopher Page Simon on behalf of Defendant J.P. Morgan Securities Inc. csimon@crosslaw.com
Christopher R. Belmonte on behalf of Defendant IBM Canada Limited, sued herein as IBM Canada cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
Christopher S. Chow on behalf of Creditor CCI Europe A/S chowc@ballardspahr.com
Claire P. Murphy on behalf of Defendant Chandler Bigelow cmurphy@sperling-law.com, lsands@sperling-law.com
Colm F. Connolly on behalf of Defendant New York State Common Retirement Fund cconnolly@morganlewis.com, lgibson@morganlewis.com
Curtis S. Miller on behalf of Creditor Comcast Cable Communications, LLC cmiller@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
D. Ross Martin on behalf of Interested Party Artis Capital Management, L.P. rmartin@ropesgray.com
Dana S. Plon on behalf of Creditor Unisys Corporation dplon@sirlinlaw.com
Daniel Horowitz on behalf of Defendant Marshwinds Advisory Co. dhorowit@alumni.law.upenn.edu
Daniel R. Swetnam on behalf of Interested Party Ohio Public Employees Retirement System Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
Daniel A. Shmikler on behalf of Defendant Chandler Bigelow dshmikler@sperling-law.com, cmurphy@sperling-law.com,sflorsheim@sperling-law.com
Daniel B. Rath on behalf of Plaintiff The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. rath@lrclaw.com, rogers@lrclaw.com;panchak@lrclaw.com
Daniel K. Astin on behalf of Creditor Stardust Visions, Inc. dastin@ciardilaw.com, dchigges@ciardilaw.com;jclarke@ciardilaw.com
Daniel K. Hogan on behalf of Interested Party Certain SLCFC Defendants (Charles R. Baugh and others similarly situated) dkhogan@dkhogan.com, keharvey@dkhogan.com,gpalagruto@dkhogan.com, lcampbell@dkhogan.com
David B. Stratton on behalf of Interested Party BANK OF AMERICA, N.A. strattond@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
David M. Powlen on behalf of Creditor Morgan Stanley & Co. LLC dpowlen@btlaw.com
David M. Zensky on behalf of Interested Party Aurelius Capital Management, LP dzensky@akingump.com, nymco@akingump.com
David S. Leinwand on behalf of Creditor Avenue Blue TC Fund, LP dleinwand@amroc.com
David W. Carickhoff on behalf of Interested Party Samuel Zell carickhoff@blankrome.com, senese@blankrome.com
David William Reimann on behalf of Creditor Majestic Realty Co., Yorba Park I, LLC, Yorba Park Sub, LLC dreimann@reimannlawgroup.com
Deborah Waldmeir on behalf of Creditor State of Michigan, Department of Treasury waldmeird@michigan.gov, gamep@michigan.gov
Denis C. Dice on behalf of Defendant SEI Large Cap Value Fund dcdice@mdwcg.com
Dennis A. Meloro on behalf of Creditor Hamdon Entertainment bankruptcydel@gtlaw.com, thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
Devon J. Eggert on behalf of Other Prof. Mercer (US) Inc. deggert@freebornpeters.com, bkdocketing@freebornpeters.com
Donald L. Gouge on behalf of Interested Party International Brotherhood of Electrical Workers AFL-CIO Local 4 dgouge@gougelaw.com, lmartin@gougelaw.com
Donna L. Harris on behalf of Interested Party Federal Insurance Company dharris@phw-law.com
Douglas R. Gonzales on behalf of Creditor City of Dania Beach, FL dgonzales@wsh-law.com
Drew G. Sloan on behalf of Interested Party Angelo, Gordon & Co. dsloan@rlf.com, rbgroup@rlf.com
Duane David Werb on behalf of Defendant Beverly Mackintosh Trustee maustria@werbsullivan.com;riorii@werbsullivan.com
Edmon L. Morton on behalf of Interested Party Credit Agreement Lenders bankfilings@ycst.com
Edward J. Tredinnick on behalf of Creditor Catellus Development Corporation etredinnick@greeneradovsky.com
Edward Patrick O’Brien on behalf of Creditor SLG 200 News Owner LLC eobrien@sbchlaw.com
Elaine Conway Becraft on behalf of Attorney Constellation NewEnergy, Inc. hforrest@jw.com;kcavazos@jw.com
Elaine M Seid on behalf of Creditor Diablo Investment Co. emseid@mstpartners.com
Elihu Ezekiel Allinson, III on behalf of Creditor Wilmington Trust Company ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
Elizabeth R. McColm on behalf of Interested Party Citicorp North America, Inc. emccolm@paulweiss.com
Epiq Bankruptcy Solutions LLC nmrodriguez@epiqsystems.com
Eric D. Boyle on behalf of Defendant Advantus Capitol Managment, Inc. eboyle@fandpnet.com, acole@fandpnet.com
Eric Lopez Schnabel on behalf of Creditor Caption Colorado, L.L.C. de.ecf@Dorsey.com
Eric R. Wilson on behalf of Creditor TeleRep, LLC KDWBankruptcyDepartment@kelleydrye.com
Ericka Fredricks Johnson on behalf of Interested Party Zurich American Insurance Company erjohnson@wcsr.com, pgroff@wcsr.com;klytle@wcsr.com;hsasso@wcsr.com
Eva H. Vlachynsky on behalf of Creditor Missouri Department of Revenue deecf@dor.mo.gov

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Evelyn J. Meltzer on behalf of Defendant WT Mutual Fund meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com
Frances Gecker on behalf of Interested Party Employee Compensation Defendants Group fgecker@fgllp.com, csmith@fgllp.com
Frank A. Anderson on behalf of Creditor Pension Benefit Guaranty Corporation anderson.frank@pbgc.gov, efile@pbgc.gov
Frank F. McGinn on behalf of Creditor Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
Frederick Brian Rosner on behalf of Creditor Steven Gellman rosner@teamrosner.com
Garvan F. McDaniel on behalf of Interested Party Davidson Kempner Capital Management LLC gmcdaniel@bglawde.com
George R. Mesires on behalf of Interested Party KTR South Florida LLC grmesires@uhlaw.com
George T. Lees, III on behalf of Creditor Schur Packaging Systems, Inc. , kbecker@rawle.com
Glen Silverstein on behalf of Creditor Morgan Stanley & Co., Inc. gsilverstein@leaderberkon.com
Gregg R. Hague on behalf of Defendant Chandler Bigelow grh@sperling-law.com
Gregory W. Werkheiser on behalf of Interested Party AG Edwards, Inc. gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Heather L. Donald on behalf of Creditor State of Michigan, Department of Treasury donaldh@michigan.gov
Helen Elizabeth Weller on behalf of Creditor Dallas County dallas.bankruptcy@publicans.com
Howard A. Cohen on behalf of Interested Party Douglas C. Lane & Associates, Inc. howard.cohen@dbr.com
Hugh H. Shull on behalf of Defendant New York City Defendants hshull@law.nyc.gov
Ian Connor Bifferato on behalf of Defendant Corie Brown cbifferato@bifferato.com
Ira M. Levee on behalf of Creditor I.B.E.W. Local 103 Trust Fund ilevee@lowenstein.com, krosen@lowenstein.com
Ivan Lerer Kallick on behalf of Interested Party California State Teachers’ Retirement System ikallick@manatt.com
J. Kate Stickles on behalf of Debtor Tribune Company kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
J. Kate Stickles on behalf of Attorney Cole, Schotz, Meisel, Forman & Leonard, P.A. kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;ydalton@coleschotz.com
J. Zachary Haupt on behalf of Defendant Corie Brown zhaupt@bifferato.com
James Johnston on behalf of Interested Party Credit Agreement Lenders jjohnston@jonesday.com
James C. Carignan on behalf of Interested Party Pepper Hamilton LLP carignaj@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
James D. Newbold on behalf of Creditor State of Illinois on behalf of Department of Revenue and Department of Employment Security James.Newbold@illinois.gov
James E. Huggett on behalf of Creditor Oracle USA, Inc. jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
James S. Green on behalf of Attorney Seitz, Van Ogtrop & Green, P.A. jgreen@svglaw.com, spappa@svglaw.com
James S. Green, Jr. on behalf of Plaintiff Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
James S. Yoder on behalf of Creditor Cisco Systems Capital Corporation yoderj@whiteandwilliams.com
Jami B. Nimeroff on behalf of Interested Party NBC Studios LLC jnimeroff@bsnlawyers.com, cmhannan@bsnlawyers.com
Jason Beram Sanjana on behalf of Creditor Barclays Bank PLC jason.sanjana@lw.com
Jay Teitelbaum on behalf of Creditor Mark Willes jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com
Jean-Marie L. Atamian on behalf of Interested Party Barclays Bank PLC jatamian@mayerbrown.com
Jeffrey C. Wisler on behalf of Creditor Harry Amsden, Robert Gremillion and David D. Williams jwisler@cblh.com
Jeffrey M Gorris on behalf of Defendant Citibank, N.A. jgorris@paulweiss.com
Jeffrey M. Schlerf on behalf of Interested Party Bridge Proponents jschlerf@foxrothschild.com, dkemp@foxrothschild.com
Jeffrey N. Rich on behalf of Interested Party GreatBanc Trust Company jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com
Jennifer M Jackson on behalf of Defendant Michigan Department of Treasury Bureau of Investments JacksonJ5@michigan.gov
Jennifer R. Hoover on behalf of Creditor Wilmington Trust Company jhoover@beneschlaw.com, ehein@beneschlaw.com;rlemisch@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com
Jerome Bennett Friedman on behalf of Creditor Isaksen Investments, LLC jfriedman@jbflawfirm.com, jmartinez@jbflawfirm.com
Joan E. Pilver on behalf of Creditor STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES Joan.Pilver@ct.gov
Joanne P. Pinckney on behalf of Interested Party Warner Bros. Television Distribution, Inc. jpinckney@phw-law.com, arussell@phw-law.com;lmolinaro@phw-law.com
Joel E. Friedlander on behalf of Defendant Chandler Bigelow sbrodowski@bmf-law.com;jspeakman@bmf-law.com
Joel M. Wertman on behalf of Defendant SEI Large Cap Value Fund jmwertman@mdwcg.com
John C. Phillips on behalf of Creditor Software Ag, Inc. tlb@pgslaw.com;scs@pgslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

John D. Demmy on behalf of Creditor Crown Credit Company and Crown Equipment Corporation jdd@stevenslee.com
John D. McLaughlin on behalf of Creditor Stardust Visions, Inc. jmclaughlin@ciardilaw.com, dchigges@ciardilaw.com;jclarke@ciardilaw.com
John F. Theil on behalf of Fee Examiner Stuart Maue j.theil@smmj.com
John H. Strock on behalf of Debtor Tribune Company jstrock@foxrothschild.com, dkemp@foxrothschild.com
John Henry Schanne on behalf of Defendant Banc of America Securities, LLC schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com
John K. Sherwood on behalf of Creditor I.B.E.W. Local 103 Trust Fund jsherwood@lowenstein.com, dclaussen@lowenstein.com
John Louis Decker on behalf of Fee Examiner Stuart Maue j.decker@smmj.com
John M. Seaman on behalf of Interested Party Artis Capital Management, L.P. seaman@abramsbayliss.com, farro@abramsbayliss.com
John P. Dillman on behalf of Creditor Harris County houston_bankruptcy@publicans.com
John Patrick DiTomo on behalf of Defendant Citibank, N.A. jditomo@paulweiss.com
John V. Fiorella on behalf of Creditor Navistar Financial Corp jfiorella@archerlaw.com, mfriedman@archerlaw.com;adavid@archerlaw.com
Jonathan M. Stemerman on behalf of Defendant 3M Employees Welfare Benefits Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co. jms@elliottgreenleaf.com
Joseph Grey on behalf of Creditor Constellation NewEnergy, Inc. jgrey@crosslaw.com
Joseph D. Frank on behalf of Creditor Jones Lang LaSalle Americas (Illinois), L.P. jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph Emil Shickich on behalf of Creditor Microsoft Corporation jshickich@riddellwilliams.com, ctracy@riddellwilliams.com
Joseph H. Huston on behalf of Interested Party The Morning Call, Inc. jhh@stevenslee.com
Joseph L. Christensen on behalf of Interested Party CITIBANK, N.A. jchristensen@paulweiss.com, idensmore@paulweiss.com
Joshua M. Mester on behalf of Creditor Contrarian Funds, LLC jmester@jonesday.com
Judy D. Thompson on behalf of Creditor Sodexo, Inc. jdt@jdthompsonlaw.com
Julia B. Klein on behalf of Interested Party Silver Point Capital, L.P. klein@teamrosner.com
Justin Cory Falgowski on behalf of Attorney Reed Smith LLP jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
Justin R. Alberto on behalf of Interested Party Cook County Department of Revenue jalberto@bayardlaw.com, bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
Kate R. Buck on behalf of Creditor Deutsche Bank Trust Company Americas kbuck@mccarter.com
Katharine L. Mayer on behalf of Creditor Deutsche Bank Trust Company Americas kmayer@mccarter.com
Kathleen A. Murphy on behalf of Creditor GENERAL ELECTRIC CAPITAL CORPORATION kmurphy@reedsmith.com
Kathleen M. Miller on behalf of Creditor Crane Kenney kmiller@skjlaw.com, dlm@skjlaw.com
Kerry K. Fennelly on behalf of Interested Party Eighth District Electrical Pension Fund kerrykessler@gmail.com, ms.courtneylogan@gmail.com;torres.luisadiaz@gmail.com
Kevin G. Collins on behalf of Attorney Bifferato LLC kevin.collins@btlaw.com
Kevin J Mangan on behalf of Defendant MetLife Stock Index Portfolio kmangan@wcsr.com, hsasso@wcsr.com
Kevin M. Capuzzi on behalf of Creditor William Niese kcapuzzi@phw-law.com
Kevin P. Garland on behalf of Creditor Hamdon Entertainment garlandk@gtlaw.com
Kimberly A. Brown on behalf of Attorney Chadbourne & Parke LLP brown@lrclaw.com, adams@lrclaw.com
Kurt F. Gwynne on behalf of Defendant BNY Hamilton Funds Inc. kgwynne@reedsmith.com, llankford@reedsmith.com
L. Jason Cornell on behalf of Creditor Donna Gerhart Gutman, personal representative to the estate of E. Michael Gutman a/k/a Michael Gutman a/k/a Elliott M. Gutman jcornell@foxrothschild.com, dkemp@foxrothschild.com;slynch@foxrothschild.com
L. John N. Bird on behalf of Interested Party Bridge Proponents jbird@foxrothschild.com, spage@foxrothschild.com
Landon Ellis on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS ellis@lrclaw.com, adams@lrclaw.com;dellose@lrclaw.com;rogers@lrclaw.com
Laura L. McCloud on behalf of Interested Party Tennessee Attorney General's Office agbankdelaware@ag.tn.gov
Laurie Selber Silverstein on behalf of Creditor Merrill Lynch Capital Corporation, as Administrative Agent bankruptcy@potteranderson.com
Lawrence Joel Kotler on behalf of Creditor Pennsylvania Public School Employees' Retirement System ljkotler@duanemorris.com
Lawrence M. Jacobson on behalf of Interested Party CBS Television Stations Inc. lmj@gfjlawfirm.com
Lee Harrington on behalf of defendant HCA MASTER RETIREMENT TRUST LCV lharrington@nixonpeabody.com
Leigh-Anne M. Raport on behalf of Interested Party Aurelius Capital Management, LP lraport@ashby-geddes.com
Leonard H. Gerson on behalf of Interested Party United States Department of Labor gerson.leonard@dol.gov
Leslie C. Heilman on behalf of Creditor Comcast Cable heilmanl@ballardspahr.com
M. Blake Cleary on behalf of Interested Party Angelo, Gordon & Co. bankfilings@ycst.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Marc J. Phillips on behalf of Creditor Harry Amsden, Robert Gremillion and David D. Williams mphillips@cblh.com
Margaret Fleming England on behalf of Creditor The Nielsen Company (US) LLC mfe@darbylawllc.com
Maria Ann Milano on behalf of Creditor Microsoft Corporation mmilano@riddellwilliams.com, ctracy@riddellwilliams.com;jshickich@riddellwilliams.com
Mark A. Neubauer on behalf of Creditor Certain Directors and Officers mneubauer@steptoe.com, mrodriguez@steptoe.com;smcloughlin@steptoe.com
Mark D. Collins on behalf of Interested Party Angelo, Gordon & Co. rbgroup@rlf.com
Mark E. Felger on behalf of Creditor Camden Asset Management mfelger@cozen.com, mmillis@cozen.com
Mark M. Billion on behalf of Interested Party CenterPoint Energy Services, Inc. markbillion@billionlaw.com, brynn@billionlaw.com
Mark N. Parry on behalf of Witness Deutsche Bank Aktiengesellschaft mparry@mosessinger.com, dkick@mosessinger.com,dbutvick@mosessinger.com
Mark T Hurford on behalf of Interested Party Campbell & Levine, LLC mhurford@camlev.com
Martha E. Romero on behalf of Creditor County of San Bernardino, California romero@dslextreme.com
Mary E. Augustine on behalf of Interested Party Davidson Kempner Capital Management LLC maugustine@bglawde.com
Mary E. Augustine on behalf of Creditor Deutsche Bank Trust Company Americas maugustine@bglawde.com
Mary E. Augustine on behalf of Interested Party Cantigny Foundation maugustine@bglawde.com
Mary K. Ware on behalf of Interested Party Employees’ Retirement System of Georgia mware@law.ga.gov
Matthew B. McGuire on behalf of Attorney Landis Rath & Cobb LLP mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew J. Troy on behalf of Creditor UNITED STATES OF AMERICA matthew.troy@usdoj.gov
Maurie J. Shalmone on behalf of Interested Party Longacre Opportunity Fund, L.P. maurie@longacrellc.com
Meghan Colleen Horn on behalf of Creditor Truck Drivers & Helpers Local 355 and Health & Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund mhorn@abato.com
Menachem O. Zelmanovitz on behalf of Interested Party New York State Common Retirement Fund mzelmanovitz@morganlewis.com
Micah R Krohn on behalf of Interested Party Employee Compensation Defendants Group mkrohn@fgllp.com, ccarpenter@fgllp.com
Michael A. Henry on behalf of Debtor Tribune Company mhenry@grossmcginley.com
Michael E. Emrich on behalf of Creditor Riverside Claims, LLC. notice@regencap.com
Michael F. Bonkowski on behalf of Plaintiff Channel 40, Inc. mbonkowski@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
Michael F. Murphy on behalf of Defendant Michigan Department of Treasury Bureau of Investments MurphyM2@michigan.gov, ballingerb1@michigan.gov
Michael J. Farnan on behalf of Examiner Kenneth Klee mfarnan@saul.com, rwarren@saul.com
Michael Joseph Joyce on behalf of Creditor Constellation NewEnergy, Inc. mjoyce@crosslaw.com
Michael P. Migliore on behalf of Creditor Verizon Investment Management Corp. mpm@skjlaw.com
Michael P. Morton on behalf of Creditor Certain Directors and Officers mmorton@michaelpmorton.com, mmorton@michaelpmorton.com;shubbs@michaelpmorton.com
Michael P. Richman on behalf of Interested Party Schultze Asset Management, LLC mrichman@pattonboggs.com, candonian@hunton.com
Michael S. Amato on behalf of Creditor Esther Rhein mamato@rmfpc.com
Michael T. Trucco on behalf of defendant CATHOLIC UNITED INVESTMENT TRUST mtrucco@stamostrucco.com, erosenquist@stamostrucco.com
Michael W. Yurkewicz on behalf of Interested Party SuttonBrook Capital Management LP myurkewicz@klehr.com
Michelle McMahon on behalf of Creditor CWA/ITV Negotiated Pension Plan michelle.mcmahon@bryancave.com, dortiz@bryancave.com
Mona A. Parikh on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS mona.parikh@bipc.com
Nancy G. Everett on behalf of Interested Party LSV Asset Management neverett@winston.com, ecf_bank@winston.com
Nathan Jones on behalf of Creditor US Debt Recovery IIA, LLC nate@usdrllc.com
Neil Raymond Lapinski on behalf of Interested Party Allen Francisco nrl@elliottgreenleaf.com
Nicholas J. Nastasi on behalf of Examiner Kenneth Klee nnastasi@saul.com, apiccola@saul.com
Norman L. Pernick on behalf of Attorney Cole, Schotz, Meisel, Forman & Leonard, P.A. bankruptcy@coleschotz.com, npernick@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;ydalton@coleschotz.com
Norman M. Monhait on behalf of Creditor Gabelli Entities nmonhait@rmgglaw.com
Norman P. Fivel on behalf of Creditor New York State Dept. Of Taxation & Finance norman.fivel@oag.state.ny.us
Pamela K. Webster on behalf of Creditor Sony Pictures Television pwebster@buchalter.com
Patricia K. Smoots on behalf of Creditor The Nielsen Company (US) LLC psmoots@mcguirewoods.com
Patricia P. McGonigle on behalf of Interested Party Buena Vista Television, LLC pmcgonigle@svglaw.com, dclack@svglaw.com
Patrick J. Reilley on behalf of Debtor Tribune Company preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;ydalton@coleschotz.com
Patrick M. Brannigan on behalf of Interested Party JPMorgan Chase Bank, N.A. pbrannigan@crosslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Patrick Theodore Garvey on behalf of Debtor Tribune Company garveyp@jbltd.com, danelskis@jbltd.com
Paul J. Catanese on behalf of Creditor The Nielsen Company (US) LLC pcatanese@mcguirewoods.com
R. Craig Martin on behalf of Interested Party Barclays Bank PLC craig.martin@dlapiper.com, charlotte.neuberger@dlapiper.com,carolyn.fox@dlapiper.com
R. Karl Hill on behalf of Creditor Banc of America Leasing & Capital, LLC khill@svglaw.com, cday@svglaw.com
R. Stephen McNeill on behalf of Creditor Merrill Lynch Capital Corporation, as Administrative Agent bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
Rachel B. Mersky on behalf of Interested Party bkm 3128 Redhill, LLC rmersky@monlaw.com
Rafael Xavier Zahralddin-Aravena on behalf of Defendant 3M Employees Welfare Benefits Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co. rxza@elliottgreenleaf.com
Raymond Howard Lemisch on behalf of Creditor Wilmington Trust Company rlemisch@beneschlaw.com, jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
Rebecca L. Butcher on behalf of Attorney Landis Rath & Cobb LLP butcher@lrclaw.com, rogers@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
Reed A. Heiligman on behalf of Interested Party Employee Compensation Defendants Group rheiligman@fgllp.com, ccarpenter@fgllp.com
Richard A. Robinson on behalf of Attorney Reed Smith LLP rrobinson@reedsmith.com
Richard E Rosberger on behalf of Defendant Civilian Employees Retirement System of Kansas City rrosberger@rlrpclaw.com
Richard Michael Beck on behalf of Interested Party Harris, N.A. n/k/a BMO Harris Bank N.A. rbeck@klehr.com, lstanton@klehr.com
Richard Scott Cobb on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS cobb@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
Richard W. Riley on behalf of Defendant Robert R. McCormick Foundation rwriley@duanemorris.com
Robert J. Lack on behalf of Interested Party Aurelius Capital Management, LP rlack@fklaw.com, vgarvey@fklaw.com
Robert J. Pfister on behalf of Examiner Kenneth Klee rpfister@ktbslaw.com
Robert J. Stearn on behalf of Interested Party JPMorgan Chase Bank, N.A. stearn@rlf.com, rbgroup@rlf.com
Robert J. Stearn Jr. on behalf of Interested Party JPMorgan Chase Bank, N.A. stearn@rlf.com, rbgroup@rlf.com
Robert K. Minkoff on behalf of Creditor Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
Robert S. Brady on behalf of Debtor Tribune Company bankfilings@ycst.com
Robert T. Honeywell on behalf of Defendant MetLife Stock Index Portfolio robert.honeywell@klgates.com, richard.miller@klgates.com
Robert W. Mallard on behalf of Creditor Agfa Corporation mallard.robert@dorsey.com
Ronald Mark Tucker on behalf of Creditor Simon Property Group, Inc. rtucker@simon.com, bankruptcy@simon.com
Ronald S. Gellert on behalf of Creditor The Nielsen Company (US) LLC rgellert@eckertseamans.com, delawarebankruptcy@eckertseamans.com;rgellert@eckertseamans.com
Scott Golden on behalf of Interested Party Abitibi Bowater, Inc. sagolden@hhlaw.com
Scott A Zuber on behalf of Creditor Day Pitney LLP szuber@daypitney.com
Scott D. Cousins on behalf of Interested Party Aurelius Capital Management, LP bankruptcyservice@ccbllp.com, mccloskey@ccbllp.com;dero@ccbllp.com
Scott I. Davidson on behalf of Interested Party General Motors Hourly-Rate Employee Pension Trust sdavidson@kslaw.com
Scott J. Leonhardt on behalf of Creditor Ad Hoc Committee of Subsidiary Trade Creditors leonhardt@teamrosner.com
Shanti M. Katona on behalf of Interested Party Daniel Kazan skatona@polsinelli.com, docket@polsinelli.com;LSuprum@Polsinelli.com
Shawn M. Christianson on behalf of Creditor Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
Simon E. Fraser on behalf of Creditor Mark Hianik sfraser@cozen.com
Sommer Leigh Ross on behalf of Creditor Sony Pictures Television slross@duanemorris.com
Steven C. Schwendemann on behalf of Fee Examiner Stuart Maue s.schwendemann@smmj.com
Steven T. Hoort on behalf of Interested Party TV Guide Online, Inc. shoort@ropesgray.com, Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
Stuart M. Brown on behalf of Interested Party Barclays Bank PLC stuart.brown@dlapiper.com
Susan E. Kaufman on behalf of Interested Party The American Federation of Television and Radio Artists ("AFTRA") skaufman@coochtaylor.com
Tara Hannon on behalf of Creditor OCM Opportunities Fund VII Delaware, L.P. thannon@loan-law.com
Tara L. Lattomus on behalf of Defendant Acutech, LLC delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com
Thomas F. Driscoll on behalf of Defendant Corie Brown tdriscoll@bifferato.com
Thomas G. Macauley on behalf of Plaintiff Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. bankr@zuckerman.com
Thomas P. Carroll on behalf of Interested Party United States (on behalf of EPA) thomas.carroll@usdoj.gov
Thomas R. Fawkes on behalf of Other Prof. Mercer Health & Benefits, LLC tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
Thomas V. Askounis on behalf of Creditor Banc of America Leasing & Capital, LLC taskounis@askounisdarcy.com, rwoolley@askounisdarcy.com

District/off: 0311-1 User: KenB Page 8 of 8 Date Rcvd: Aug 10, 2012
Form ID: van440 Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Tiffany Strelow Cobb on behalf of Creditor AOL Advertising Inc. tscobb@vorys.com, bjtobin@vorys.com
Timothy M. Riffin on behalf of Interested Party Aurelius Capital Management, LP thomase@gtlaw.com;bankruptcydel@gtlaw.com
United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV
Virginia Whitehill Guldi on behalf of Spec. Counsel Special Counsel to the Official Committee of Unsecured Creditors vguldi@zuckerman.com
W. Andrew Dalton on behalf of Fee Examiner Stuart Maue a.dalton@smmj.com
W. Bradley Russell on behalf of Creditor UNITED STATES OF AMERICA William.B.Russell@usdoj.gov, eastern.taxcivil@usdoj.gov
Wayne M. Smith on behalf of Interested Party Warner Bros. Television Distribution, Inc. wayne.smith@warnerbros.com
William A. Hazeltine on behalf of Creditor Wilmington Trust Company Bankruptcy001@sha-llc.com
William D. Sullivan on behalf of Creditor Diablo Investment Co. wdsecfnotices@sha-llc.com
William Douglas White on behalf of Creditor Delmarva Power & Light Company wdw@mccarthywhite.com, clm@mccarthywhite.ocm
William E. Chipman on behalf of Interested Party Barclays Bank PLC chipman@ccbllp.com, bankruptcyservice@ccbllp.com;dero@ccbllp.com
William M. Kelleher on behalf of Interested Party Corestaff Services, L.P. wkelleher@gfmlaw.com, mfazio@gfmlaw.com
William P. Weintraub on behalf of Interested Party Aurelius Capital Management, LP wweintraub@fklaw.com, zhassoun@fklaw.com
William Pierce Bowden on behalf of Creditor Morgan Stanley Capital Services Inc. wbowden@ashby-geddes.com
Willliam J. Barrett on behalf of Defendant GreatBanc Trust Company william.barrett@bfkn.com
Yonatan Gelblum on behalf of Creditor Internal Revenue Service yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov

TOTAL: 285