# EXHIBIT A

**PROPOSED FORM OF ORDER**

- 2376454 v2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
In re:                          :
                                :  Chapter 11
TRIBUNE COMPANY, et al.,        :
                                :  Case No. 08-13141 (KJC)
             Debtors.           :
                                :  (Jointly Administered)
                                :
                                :
                                :
------------------------------- x

**ORDER GRANTING WILMINGTON TRUST'S MOTION PURSUANT TO RULE 9006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO ENLARGE TIME TO FILE RECORD AND ISSUES ON APPEAL**

Upon consideration of *Wilmington Trust's Motion Pursuant To Fed. R. Bankr. P. 9006 To Enlarge Time To File Record And Issues On Appeal*, dated August 13, 2012 (the "Motion");[1] and it appearing that the Court has jurisdiction to consider the Motion pursuant to 11 U.S.C. § 1334; and it appearing that venue of this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O); and the Court having reviewed and considered the Motion; and after due deliberation thereon; it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Wilmington Trust shall file and serve its record and issues on appeal by the later of (i) one (1) business day after Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas file their designation record and Issues on Appeal or (ii) until one (1) business day following the entry of an order denying the Motion; and it is further

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

\NY - 002685/000003 - 2376454 v2

ORDERED that this Order shall be effective and enforceable immediately upon entry; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August __, 2012

```
                                      _____
                                      Hon. Kevin J. Carey
                                      United States Bankruptcy Judge
```

2