## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 13th day of August 2012, I caused copies of the within *Wilmington Trust Company's Motion Pursuant to Rule 9006 of Federal Rules of Bankruptcy Procedure and Local Rules 9006-1(a) and 9006-2 to Enlarge Time to File Record and Issues on Appeal* to be served upon the parties on the attached service via U.S. Mail, First Class, postage pre-paid.

August 13, 2012  
Date

/s/ William D. Sullivan  
William D. Sullivan

ASHBY & GEDDES, P.A.
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

McCARTER & ENGLISH, LLP
Katharine L. Mayer, Esq.
James J. Freebery IV, Esq.
Renaissance Centre
405 N. King Street
Wilmington, DE 19801

BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel, Esq.
800 N. King Street, Plaza Level
Wilmington, Delaware 19801

LOIZIDES, P.A.
Christopher D. Loizides, Esq.
1225 King Street, Suite 800
Wilmington, DE 19801

HILLER & ARBAN, LLC
Adam Hiller, Esq.
Brian Arban, Esq.
1500 North French Street, 2nd Floor
Wilmington, DE 19801

BLANK ROME LLP
David W. Carickhoff, Esq.
1201 Market Street, Suite 800
Wilmington, DE 19801

COZEN O'CONNOR
Mark E. Felger, Esq.
1201 N. Market Street, Suite 1140
Wilmington, DE 19801

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801

LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Daniel B. Rath, Esq.
Matthew B. McGuire, Esq.
919 Market Street, Suite 1800
Wilmington, Delaware 19801

RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Robert J. Stearn, Esq.
Drew G. Sloan, Esq.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Robert S. Brady, Esq.
M. Blake Cleary, Esq.
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

CONNOLLY BOVE LODGE & HUTZ
LLP
Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Office of the United States Trustee
David Klauder, Esq.
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019

McCARTER & ENGLISH, LLP
David J. Adler
245 Park Avenue
New York, NY 10167

AKIN GUMP STRAUSS HAUER & FELD
LLP
Daniel H. Golden
David Zensky
Philip C. Dublin
Abid Qureshi
Mitchell P. Hurley
One Bryant Park
New York, NY  10036

STUTMAN TREISTER & GLATT
Issac M. Pachulski (CA SBN 62337)
1901 Avenue of the Stars, #1200
Los Angeles, CA 90067

SCHULTE ROTH & ZABEL LLP
Adam C. Harris
Karen S. Park
919 Third Avenue
New York, NY 10022

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
One South Dearborn Street
Chicago, IL 60603

JONES DAY
Bruce Bennett
James O. Johnson
Josh M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

WILMER CUTLER PICKERING HALE &
DORR LLP
Andrew Goldman
399 Park Avenue
New York, NY 10022

DAVID POLK & WARDWELL LLP
Donald S. Bernstein
Damian Schaible
450 Lexington Avenue
New York, NY 10017

CHADBOURNE & PARKE LLP
Howard Seife
David LeMay
30 Rockefeller Plaza
New York, NY 10112

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
Andrew Goldfarb
1800 M. Street, N.W., Suite 1000
Washington, D.C. 20036

TEITELBAUM & BASKIN, LLP
Jay Teitelbaum
1 Barker Avenue, Third Floor
White Plains, NY 10601

LATHAM & WATKINS LLP
Robert J. Rosenberg
David A. Hammerman
885 Third Avenue
New York, NY 10022-4834

ANDREW KURTH LLP
Paul N. Silverstein
Jermey B. Reckmeyer
45 Lexington Avenue, 15th Floor
New York, NY 10017

JENNER & BLOCK LLP
David J. Bradford
Catherine L. Steege
Andrew W. Vail
353 N. Clark Street
Chicago, IL 60654

GRIPPO & ELDEN LLC
George Dougerty
John R. McCambridge
111 South Wacker Drive
Chicago, IL 60606