

# pennsylvania
### DEPARTMENT OF REVENUE

August 13, 2012

Tribune Company Claims Processing Center
C/O Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

Re: Tribune Media Net, Inc.
Bankruptcy Cause No.: 08-13235

Dear Clerk:

On February 18, 2011, we furnished you with a Proof of Claim in the amount of $83.78. Since the filing of our proof of claim, a remittance or additional information was received, satisfying all liabilities listed on the proof of claim. In view of the above information, kindly accept this letter as your authority to withdraw our proof of claim.

Sincerely,

Michael Martin, Chief
Bureau of Compliance
Bankruptcy Division

cc: J Kate Stickles