

**STATE OF WASHINGTON**

## DEPARTMENT OF REVENUE

2101 4th Ave, Suite 1400 • Seattle, Washington 98121-2300

August 10, 2012

Clerk of the Court
824 Market St., 3rd Floor
Wilmington, DE 19801

| | |
|---|---|
| In RE   Tribune Company<br>Aka Tribune Denver Radio<br><br>Registration No 602-376-320 | Bankruptcy Number  08-13141-KJC<br><br>Satisfaction and<br>Withdrawal<br>of Claim |

The State of Washington, Department of Revenue, hereby acknowledges the resolution of all claims filed in this proceeding. The Department filed a claim for Pre-Petition debt on 6/10/09 for the period 10/1/08 to 12/31/08 in the amount of $346.72. The debtor paid the amount in full. No further claims exist.

Dated at Seattle, Washington

10th day of August, 2012

Signature _John Bugge_
John Bugge
Revenue Agent