

## STATE OF WASHINGTON
## DEPARTMENT OF REVENUE
2101 4th Ave, Suite 1400 • Seattle, Washington 98121-2300

August 10, 2012

Clerk of the Court
824 Market St., 3rd Floor
Wilmington, DE 19801

| | |
|---|---|
| In RE  ForSaleByOwner.com Referral Services LLC | Bankruptcy Number  08-13166-KJC |
| | Satisfaction and Withdrawal of Claim |
| Registration No 602-457-266 | |

The State of Washington, Department of Revenue, hereby acknowledges the resolution of all claims filed in this proceeding. The Department filed a claim for Pre-Petition debt on 2/18/09 for the period 10/1/08 to 12/31/08 in the amount of $386.31. The debtor paid the amount in full. No further claims exist.

Dated at Seattle, Washington

10th day of August, 2012

Signature  John Bugge
John Bugge
Revenue Agent

Compliance Division/Bankruptcy Unit
2101 4th Ave., Suite 1400 • Seattle, WA 98121-2300 • Phone: 206/727-5332 • Fax: 206/727-5319