

### STATE OF WASHINGTON
### DEPARTMENT OF REVENUE
*2101 4th Ave, Suite 1400 • Seattle, Washington 98121-2300*

August 10, 2012

Clerk of the Court
824 Market St., 3rd Floor
Wilmington, DE 19801

| | |
|---|---|
| In RE   Tribune Company<br>         Aka Tribune Denver Radio          ) | Bankruptcy Number   08-13141-KJC |
| ) | Satisfaction and |
| ) | Withdrawal |
| Registration No 602-376-320          ) | of Claim |

The State of Washington, Department of Revenue, hereby acknowledges the resolution of all claims filed in this proceeding.  The Department filed a claim for Pre-Petition debt on 6/10/09 for the period 10/1/08 to 12/31/08 in the amount of $346.72.  The debtor paid the amount in full.  No further claims exist.

Dated at  Seattle, Washington                     Signature  _John Bugge_

10th  day of August,  2012                                    John Bugge
                                                                               Revenue Agent

Compliance Division/Bankruptcy Unit
2101 4th Ave., Suite 1400 ♦ Seattle, WA 98121-2300 ♦Phone: 206/727-5332 ♦ Fax: 206/727-5319