

**STATE OF WASHINGTON**

## DEPARTMENT OF REVENUE

*2101 4th Ave, Suite 1400  •  Seattle, Washington 98121-2300*

August 10, 2012

Clerk of the Court
824 Market St., 3rd Floor
Wilmington, DE 19801

| | |
|---|---|
| In RE   ForSaleByOwner.com<br>Referral Services LLC<br><br>Registration No 602-457-266 | Bankruptcy Number   08-13166-KJC<br><br>)   Satisfaction and<br>)   Withdrawal<br>)   of Claim |

The State of Washington, Department of Revenue, hereby acknowledges the resolution of all claims filed in this proceeding. The Department filed a claim for Pre-Petition debt on 2/18/09 for the period 10/1/08 to 12/31/08 in the amount of $386.31. The debtor paid the amount in full. No further claims exist.

Dated at  Seattle, Washington

10th  day of August,  2012

Signature  *John Bugge*
John Bugge
Revenue Agent

Compliance Division/Bankruptcy Unit
2101 4th Ave., Suite 1400  ♦  Seattle, WA 98121-2300  ♦ Phone: 206/727-5332  ♦  Fax: 206/727-5319