**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>THE TRIBUNE COMPANY, <u>et al</u>.<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141<br>)<br>)<br>) (Jointly Administered)<br>)<br>) **Docket Ref. Nos. 10301, 2446, 1717,**<br>) **1721, 425, and 245** |

**FIFTH SUPPLEMENTAL DECLARATION OF ALAN D. HOLTZ OF**
**ALIXPARTNERS, LLP AS FINANCIAL ADVISOR TO THE**
**<u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

I, Alan D. Holtz, declare, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am a Managing Director of AlixPartners, LLP ("**AlixPartners**"), a Delaware limited liability partnership, which has a place of business at 2000 Town Center, Suite 2400, Southfield, Michigan 48075.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. On February 20, 2009, this Court entered an order authorizing the retention of AlixPartners as financial advisors to the Unsecured Creditors Committee (the "**Committee**") of the Tribune Company, Inc. ("**Tribune**") and its affiliated debtors (the "**Debtors**"). In support of AlixPartners' retention, I filed an original declaration (the "**Original Declaration**"), First Supplemental Declaration (the "**First Supplemental Declaration**"), Second Supplemental Declaration (the "**Second Supplemental Declaration**"), Third Supplemental Declaration (the "**Third Supplemental Declaration**"), and the Fourth Supplemental Declaration (the "**Fourth Supplemental Declaration**").

4. In the Original Declaration, AlixPartners reserved the right to supplement its declaration in the event that AlixPartners discovered any facts bearing on AlixPartners' employment by the Committee. Accordingly, the previous disclosure item regarding Hellman & Friedman, in the Original Declaration, is hereby replaced with the disclosures below. While the disclosures refer to AlixPartners, the conflict search was performed and results were disclosed as to AlixPartners, its parent company, AlixPartners Holdings, LLP ("**AP Holdings**") and each of its U.S. and non-U.S. subsidiary affiliates. Unless otherwise noted, references to AlixPartners in the disclosures below collectively refer to AlixPartners, AP Holdings and each of their subsidiary affiliates:

- Funds managed by subsidiaries of CVC Capital Partners SICAV-FIS S.A. ("CVC"), a private equity and investment advisory firm, have recently acquired a controlling stake in AP Holdings, the parent of AlixPartners. CVC Credit Partners, L.P. ("CVC Credit Partners") is a global debt management business and a majority owned subsidiary of CVC.

    CVC's private equity funds ("CVC Funds") and debt funds ("CVC Credit Partners' Funds") are managed independently from each other, with no overlap in membership of the relevant investment committees or boards of entities with responsibility for investment decisions. CVC has in place an internal information barrier between the CVC Funds and the CVC Credit Partners' Funds. All CVC Credit Partners investment professionals are dedicated to CVC Credit Partners and are not involved in the private equity business. CVC Credit Partners also has separate IT systems and workspaces.

    No material nonpublic information about the Debtors has been furnished by AlixPartners to CVC or any CVC managed funds or their portfolio companies, including without limitation, CVC Credit Partners (collectively, the "CVC Entities") and AlixPartners will continue to abide by its confidentiality obligations to the Debtors. AlixPartners operates independently of the CVC Entities, and does not share employees or officers with the CVC Entities, except that a managing partner of CVC is on the Board of Directors of AlixPartners and AP Holdings and on the advisory board to CVC Credit Partners. Certain other CVC executives, who are not connected with CVC Credit Partners, are also on either the Board of Directors of AlixPartners or the Board of Directors of AP Holdings. AlixPartners and the CVC Entities have separate offices in separate buildings and use separate Internet email addresses. AlixPartners's financial performance is not directly impacted by the success or failure of the CVC Entities.

    As a component of its conflict checking system, AlixPartners has searched the names of CVC, CVC Credit Partners, the CVC Credit Partners' Funds, the CVC Funds, each

managing partner of CVC and each portfolio company of the CVC Funds (the "CVC Conflict Parties") against the list of Potential Parties in Interest, and AlixPartners has determined to the best of its knowledge that there are no resulting disclosures other than as noted herein. The term "portfolio company" means any business in which a CVC fund has a direct controlling or minority interest. The term "portfolio company" does not include indirect investments such as businesses owned or investments made by a CVC Funds portfolio company or investments made by the CVC Credit Partners' Funds. CVC Credit Partners Funds, as well as other CVC Entities, may in the ordinary course from time to time hold, control and/or manage loans to, or investments in the Debtors and parties in interest in these cases. Further, the CVC Entities may have had, currently have or may in the future have business relationships or connections with the Debtors or other Potential Parties in Interest in matters related to or unrelated to the Debtors or their affiliates or these chapter 11 cases. Furthermore, AlixPartners has provided the list of Debtors to CVC and has performed appropriate checks to determine if any material connections between the CVC Entities and the Debtors exist. AlixPartners will supplement this disclosure if it obtains information regarding any such connection. Other than as specifically noted herein, AlixPartners has not undertaken to determine the existence, nature and/or full scope of any business relationships or connections that the CVC Entities may have with the Potential Parties in Interest, the Debtors and their affiliates or these chapter 11 cases.

Certain of the CVC Credit Partners' Funds act as lenders to AlixPartners. Further, AlixPartners may have had, currently has or may in the future have other business relationships with, among other entities, portfolio companies or managed funds of CVC in matters unrelated to the Debtors or their affiliates in these chapter 11 cases. Based on, among other things, the business separation between the CVC Funds and the CVC Credit Partners' Funds, the business separation between the CVC Entities and AlixPartners, and the confidentiality obligations referred to above, AlixPartners believes that it does not hold or represent an interest adverse to the estate with respect to the engagement.

5. Paul Hastings Janofsky Walker LLP, a professional in interest in this bankruptcy matter, is a current AlixPartners client in matters unrelated to the Debtors.

6. AlixPartners continues to reserve the right to supplement its disclosures in the event that AlixPartners discovers any facts bearing on matters regarding AlixPartners' employment by the Committee. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

                                             ***/s/Alan D. Holtz***
                                             Alan D. Holtz

Dated this 14th day of August, 2012