UNITED STATES BANKRUPTCY COURT
District of Delaware

| | | |
|---|---|---|
| Tribune Company, et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | CASE NO. 08-13141 |
| | ) | |
| | ) | (Jointly Administered) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that PRESSMART MEDIA LIMITED, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor and his representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as scheduled in the Orlando Sentinel Communications Company, Case No. 08-13198), and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address
PRESSMART MEDIA LIMITED
1 8 617 /2 PRAKASH NAGAR
BEGUMPET
HYDERABAD, 16AP

New Address
PRESSMART MEDIA LIMITED c/o Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601
914-509-5000

PRESSMART MEDIA LIMITED

By: _____

Title: Director

Date: 10-08-2012