UNITED STATES BANKRUPTCY COURT
District of Delaware

| | | |
|---|---|---|
| Tribune Company, et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | CASE NO. 08-13141 |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that TOVAR SNOW PROFESSIONALS, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor and his representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (claim no. 2722 as scheduled in the Chicago Tribune Company, Case No. 08-13152), and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address
TOVAR SNOW PROFESSIONALS
C/O JOHN GOLDBERG FOX HEFTER SWIBEL LEVIN & CARROLL, LLP
200 W. MADISON, SUITE 3000
Chicago, IL 60610

New Address
TOVAR SNOW PROFESSIONALS
c/o Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601
914-509-5000


TOVAR SNOW PROFESSIONALS

By: _[signature]_
Title: Collections Manager
Date: 8/13/12