# **CERTIFICATE OF SERVICE**

I, David W. Carickhoff, hereby certify that on August 15, 2012, I caused a copy of the following document to be served upon the parties listed on the attached service list via hand delivery *(local)* and overnight mail *(non-local)*.

**EGI-TRB, LLC'S REPLY IN SUPPORT OF ITS MOTION FOR
CERTIFICATION OF DIRECT APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE THIRD CIRCUIT**

 /s/ *David W. Carickhoff*
David W. Carickhoff (DE No. 3715)

| | |
|---|---|
| COLE, SHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>Norman L. Pernick (I.D. No. 2290)<br>J. Kate Stickles (I.D. No. 2917)<br>Patrick J. Reilly (I.D. No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | SIDLEY AUSTIN LLP<br>James F. Conlan<br>Bryan Krakauer<br>Kevin T. Lantry<br>Jessica C. K. Boelter<br>Gregory V. Demo<br>One South Dearborn Street<br>Chicago, IL 60603 |
| BIFFERATO GENTILOTTI LLC<br>Garvan F. McDaniel<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801 | KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br>David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew B. Stein<br>1633 Broadway<br>New York, NY 10019 |
| MCCARTER & ENGLISH, LLP<br>Katherine L. Mayer<br>James J. Freebery IV<br>Renaissance Center<br>405 N. King Street<br>Wilmington, DE 19801 | David J. Adler<br>245 Park Avenue<br>New York, NY 10167 |
| LANDIS RATH & COBB LLP<br>Adam G. Landis<br>Daniel B. Rath<br>Matthew B. McGuire<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801 | CHADBOURNE & PARKE LLP<br>Howard Seife<br>David M. LeMay<br>30 Rockefeller Plaza<br>New York, NY 10112 |

| | |
|---|---|
| ZUCKERMAN SPAEDER LLP<br>Graeme W. Bush<br>James Sottile<br>Andrew Goldfarb<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036 | SULLIVAN HAZELTINE ALLINSON LLC<br>William D. Sullivan<br>Elihu E. Allinson, III<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>(302) 428-1891 |
| BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY 10036 | ASHBY & GEDDES, P.A.<br>William P. Bowden<br>Amanda M. Winfree<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, DE 19801 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>David M. Zensky<br>Philip C. Dublin<br>Deborah Newman<br>One Bryant Park<br>New York, NY 10036 | FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>Edward A. Friedman<br>Robert J. Lack<br>Kizzy L. Jarashow<br>7 Times Square<br>New York, NY 10036-6516 |
| LERMAN SENTER PLLC<br>Meridith S. Senter, Jr.<br>Sally A. Buckman<br>2000 K Street, NW<br>Suite 600<br>Washington, DC 20006 | LOIZIDES, P.A.<br>Christopher D. Loizides<br>1225 King Street, Suite 800<br>Wilmington, DE 19801 |

| | |
|---|---|
| STUTMAN TREISTER & GLATT<br>Isaac M. Palchuski<br>1901 Avenue of the Stars, #1200<br>Los Angeles, CA 90067 | BIFFERATO GENTILOTTI LLC<br>Garvan F. McDaniel<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801 |
| SCHULTE ROTH & ZABEL LLP<br>Adam C. Harris<br>Karen S. Park<br>919 Third Avenue<br>New York, NY 10022 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Robert S. Brady<br>M. Blake Cleary<br>1000 N. King Street<br>Wilmington, DE 19801 |
| JONES DAY<br>Bruce Bennett<br>James O. Johnston<br>Joshua M. Mester<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071 | WILMER CUTLER PICKERING HALE & DORR LLP<br>Andrew Goldman<br>399 Park Avenue<br>New York, NY 10022 |
| RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins<br>Robert J. Stearn<br>One Rodney Square<br>Wilmington, DE 19801 | DAVIS POLK & WARDWELL LLP<br>Donald S. Bernstein<br>Damian S. Schaible<br>450 Lexington Avenue<br>New York, NY 10017 |

COZEN O'CONNOR
Mark E. Felger
1201 N. Market Street, Suite 140
Wilmington, DE 19801

ANDREWS KURTH LLP
Paul N. Silverstein
Jeremy B. Reckmeyer
45 Lexington Avenue, 15th Floor
New York, NY 10017

HILLER & ARBAN, LLC
Adam Hiller
Brian Arban
1500 N. French Street, 2nd Floor
Wilmington, DE 19801

TEITELBAUM & BASKIN, LLP
Jay Teitelbaum
1 Barker Avenue, 3rd Floor
White Plains, NY 10601

CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey C. Wisler
Marc J. Phillips
The Nemours Building
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19889

GRIPPO & ELDEN LLC
George Dougerty
John R. McCambridge
111 South Wacker Drive
Chicago, IL 60606

LATHAM & WATKINS LLP
Robert J. Rosenberg
David A. Hammerman
885 Third Avenue
New York, NY 10022

OFFICE OF THE UNITED STATES TRUSTEE
David Klauder
844 N. King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

| | |
|---|---|
| Susan L. Lissant<br>Special Assistant Attorney General<br>Missouri Department of Revenue<br>General Counsel's Office<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO  65105-0475 | Kevin Millen<br>1704 Lanier Lane<br>Memphis, TN  38117 |
| Norman P. Fivel<br>Assistant Attorney General Litigation Bureau<br>The Capital<br>Albany, NY  12224-0341 | Carol E. Momjian<br>Senior Deputy Attorney General<br>Office of the Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA  19107 |
| James D. Newbold<br>Assistant Attorney General<br>Revenue Litigation Bureau<br>100 W. Randolph Street<br>Chicago, IL  60601 | DORSEY & WHITNEY LLP<br>Eric Lopez Schnabel (I.D. No. 3672)<br>Robert W. Mallard (I.D. No. 4279)<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE  19801 |
| DORSEY & WHITNEY LLP<br>Katherine A. Constantine<br>Steven D. Bell<br>Pamela Foohey<br>50 S. Sixth Street, Suite 1500<br>Minneapolis, MN  55402 | KLEHR HARRISON HARVEY BRANZBURG LLP<br>Richard M. Beck (I.D. No. 3370)<br>Sally E. Veghte (I.D. 4762)<br>919 Market Street, Suite 1000<br>Wilmington, DE  19801 |

ORRICK HERRINGTON & SUTCLIFFE LLP
Jonathan P. Guy
1152 15th Street, NW
Washington, DC  20005-1706

Thomas P. Carroll
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611

BALLARD SPAHR LLP
Christopher S. Chow (I.D. No. 4172)
919 N. Market Street, 11th Floor
Wilmington, DE  19801

BALLARD SPAHR LLP
Christopher S. Chow (I.D. No. 4172)
Leslie C. Heilman (I.D. No. 4617)
919 N. Market Street, 11th Floor
Wilmington, DE  19801

DUANE MORRIS LLP
Richard W. Riley
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801-1659

DUANE MORRIS LLP
Margery N. Reed
Wendy M. Simkulak
30 South 17th Street
Philadelphia, PA  19103-4196

DUANE MORRIS LLP
Richard W. Riley (I.D. No. 4052)
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801-1659

KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661-3693

| | |
|---|---|
| THE ROSNER LAW GROUP LLC<br>Frederick B. Rosner (I.D. No. 3995)<br>Scott J. Leonhardt (I.D. No. 4885)<br>824 Market, Suite 810<br>Wilmington, DE 19801 | ANDREWS KURTH LLP<br>Paul N. Silverstein<br>Jeremy B. Reckmeyer<br>450 Lexington Avenue<br>New York, NY 10017 |
| ARCHER & GREINER, P.C.<br>Charles J. Brown<br>300 Delaware Avenue, Suite 1370<br>Wilmington, DE 19801 | BARTLETT HACKETT & FEINBERG, PC<br>Frank F. McGinn<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC<br>Francis A. Monaco, Jr. (I.D. No. 2078)<br>Thomas M. Horan (I.D. 4641)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801 | K&L GATES LLP<br>Jeffrey N. Rich<br>599 Lexington Avenue<br>New York, NY 10022 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Gregg M. Galardi (I.D. No. 2991)<br>Ian S. Fredericks (I.D. NO. 4626)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 | CONNOLLY BOVE LODGE & HUTZ LLP<br>Jeffrey C. Wisler (I.D. No. 2795)<br>Marc J. Phillips (I.D. No. 4445)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |

| | |
|---|---|
| COZEN O'CONNOR<br>Mark E. Felger (I.D. No. 3919)<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 | WILDMAN, HAROLD, ALLEN & DIXON LLP<br>Michael Dockterman<br>Jonathan Young<br>Patrick Frye<br>225 W. Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 |
| THE HOGAN FIRM<br>Daniel K. Hogan (I.D. No. 2814)<br>1311 Delaware Avenue<br>Wilmington, DE 19806 | FRANK/GECKER LLP<br>Frances Gecker<br>Joseph D. Frank<br>Reed Heiligman<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 |
| SMITH KATZENSTEIN & JENKINS LLP<br>Kathleen M. Miller (I.D. No. 2898)<br>The Corporate Plaza<br>800 Delaware Avenue, Suite 1000<br>Wilmington, DE 19899 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOBIN LL<br>Richard A. Saldinger<br>Allen J. Guon<br>Kimberly Bacher<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60610 |
| James D. Newbold<br>Assistant Attorney General<br>Revenue Litigation Bureau<br>100 W. Randolph Street<br>Chicago, IL 60601 | MARGOLIES EDELSTEIN<br>James E. Huggett (I.D. No. 3956)<br>750 Shipyard Drive, Suite 102<br>Wilmington, DE 19801 |

| | |
|---|---|
| MAGNOZZI & KYE, LLP<br>Matthew F. Kye<br>One Expressway Plaza<br>Roslyn Heights, NY 11577 | BUCHALTER NEMBER, PC<br>Shawn M. Christianson<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126 |
| ORACLE AMERICA, INC.<br>Deborah Miller<br>Jeffrey Ross<br>500 Oracle Parkway<br>Redwood City, CA 94065 | Yonatan Gelblum<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Ben Franklin Station, P.O. Box 227<br>Washington, DC 20044 |
| John H. Aspelin<br>220 Montgomery Street, Suite 1009<br>San Francisco, CA 94104 | Michael T. Hannafan<br>Blake T. Hannafan<br>HANNAFAN & HANNAFAN, LTD.<br>One East Wacker Drive, Suite 2800<br>Chicago, IL 60601 |