# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JUNE 1, 2012 THROUGH JUNE 30, 2012**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $590.00 | 6.00 | $3,540.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $490.00 | 2.10 | $1,029.00 |
| Yassemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 | .50 | $225.00 |
| Means, Lisa P. | Associate. Joined firm in 2000. Member of PA bar since 1998. | $440.00 | 1.00 | $440.00 |
| Forster, Paige H. | Associate. Joined firm as associate in 2008. Member of PA bar since 2007. | $410.00 | .90 | $369.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $350.00 | 1.60 | $560.00 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $180.00 | 11.70 | $2,106.00 |
| Somoza, Silvia | Paralegal. Joined firm in 2007. | $140.00 | .40 | $56.00 |
| Todd, Michelle G. | Paralegal. Joined firm in 2008. | $140.00 | .20 | $28.00 |
| **Grand Total:** | | | 48.10 | **$21,308.00** |
| Blended Rate: | | | | $442.99 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $534.02 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance Mirror – 00004 | 4.90 | $2,249.00 |
| Insurance Counseling – 00005 | 25.90 | $14,033.00 |
| Marsh – 00008 | 2.00 | $796.00 |
| Fee Applications – 00009 | 15.30 | $4,230.00 |
| **TOTAL:** | **48.10** | **$21,308.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2293773
Invoice Date: August 14, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through June 30, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Reliance/Times Mirror 503842.00004 | $2,249.00 | $10.76 | $2,259.76 |
| RE: Insurance Counseling 503842.00005 | $1,078.00 | $0.00 | $1,078.00 |
| RE: Marsh 503842.00008 | $796.00 | $15.22 | $811.22 |
| **Current Invoice Total:** | **$4,123.00** | **$25.98** | **$4,148.98** |
| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
| RE: Fee Applications 503842.00009 | $4,230.00 | $23.80 | $4,253.80 |
| RE: HR Investigation 503842.00011 | $0.00 | $2,721.67 | $2,721.67 |
| RE: Insurance Counseling 503842.00005 | $12,955.00 | $37.68 | $12,992.68 |
| **Current Invoice Total:** | **$17,185.00** | **$2,783.15** | **$19,968.15** |

|  | Current Fees | Current Costs | Totals |
|---|---|---|---|
| Non-Bankruptcy/Reorganization | $4,123.00 | $25.98 | $4,148.98 |
| Bankruptcy/Reorganization | $17185.00 | $2,783.15 | $19,968.15 |
| **GRAND TOTAL:** | **$21,308.00** | **$2,809.13** | **$24,117.13** |

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2293773)

August 14, 2012
RE: Reliance/Times Mirror
(503842.00004)

Case 08-13141-BLS   Doc 12270-3   Filed 08/15/12   Page 5 of 15

Invoice: 2293773
Page 2

## NON-BANKRUPTCY/REORGANIZATION
### RE: Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/01/12 | PHF | Telephone call to Commonwealth Court prothonotary regarding transmission of record (.1); researched rules regarding same (.3). | 0.40 |
| 06/01/12 | TPL | Reviewed order transmitting record and sent same to client. | 0.20 |
| 06/04/12 | TPL | Emails to client and J. Shugrue regarding briefing schedule and need for extension. | 0.40 |
| 06/04/12 | JDS | Analyzed PA Supreme Court order setting briefing schedule for appeal. | 0.20 |
| 06/07/12 | PHF | Drafted motion for extension of time in PA Supreme Court. | 0.50 |
| 06/07/12 | JDS | Emails with client regarding extension of time for filing brief with PA Supreme Court. | 0.20 |
| 06/11/12 | TPL | Emails with opposing counsel regarding appellate schedule. | 0.50 |
| 06/11/12 | JDS | Analyzed emails exchanged between T. Law and counsel for Reliance regarding issues in connection with PA Supreme Court appeal. | 0.30 |
| 06/12/12 | TPL | Reviewed and revised motion for extension of time based on Reliance comments. | 0.40 |
| 06/12/12 | JDS | Analyzed email communications with Reliance counsel and accompanying draft motion to extend time to file opening brief in PA Supreme Court. | 0.20 |
| 06/13/12 | TPL | Email exchange with opposing counsel regarding extension of time to file appellate brief. | 0.60 |
| 06/13/12 | MT | Prepared and filed Uncontested First Application for Extension of Time to File Appellant's Brief. | 0.20 |
| 06/14/12 | JDS | Analyzed emails with opposing counsel regarding motion to extend time for filing opening brief with PA Supreme Court. | 0.20 |
| 06/19/12 | JDS | Analyzed PA Supreme Court Order regarding briefing schedule. | 0.20 |
| 06/21/12 | SS | Reviewed and catalogued correspondence and pleadings. | 0.40 |

|  |  | TOTAL FEES: | $2,249.00 |

### CURRENT DISBURSEMENTS

| 06/30/2012 | Telephone Expense | 0.25 |

| Date | Description | Amount |
|---|---|---|
| 06/30/2012 | Duplicating/Printing/Scanning | 1.10 |
| 06/30/2012 | Postage Expense | 2.20 |
| 06/30/2012 | Courier Service - Outside | 7.21 |
| | Total Disbursements | 10.76 |
| | Fees & Disbursements | $2,259.76 |

## NON-BANKRUPTCY/REORGANIZATION
**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.30 | 590.00 | 767.00 |
| TPL | T.P. Law | 2.10 | 490.00 | 1,029.00 |
| PHF | P.H. Forster | 0.90 | 410.00 | 369.00 |
| SS | S. Somoza | 0.40 | 140.00 | 56.00 |
| MT | M. Todd | 0.20 | 140.00 | 28.00 |
| | | 4.90 | | 2,249.00 |

## NON-BANKRUPTCY/REORGANIZATION
### RE:　Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/14/12 | A.Y. | Email correspondence with client regarding insurance claim notices. | 0.30 |
| 06/14/12 | JDS | Analyzed status of notice to insurers regarding environmental claim. | 0.20 |
| 06/15/12 | A.Y. | Email correspondence with client regarding record of notice to insurers. | 0.20 |
| 06/22/12 | JDS | Analyzed and exchanged emails with client regarding inquiry regarding insurance and indemnity provisions of service contracts. | 0.30 |
| 06/25/12 | LMP | Reviewed and revised contract provisions regarding insurance and indemnification. | 1.00 |
| 06/26/12 | JDS | Emails with client regarding issues concerning insurance and indemnity provisions in service contract. | 0.20 |

　　　　　　　　　　　　　　　　TOTAL FEES:　　　　　　$1,078.00

　　　　　　　　　　　　　　　　　　　　Fees & Disbursements　　$1,078.00

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.70 | 590.00 | 413.00 |
| LMP | L.P. Means | 1.00 | 440.00 | 440.00 |
| A.Y. | A. Yassemedis | 0.50 | 450.00 | 225.00 |
|  |  | 2.20 |  | $1,078.00 |

## NON-BANKRUPTCY/REORGANIZATION
RE: Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/14/12 | DR | Compiled document for purposes of Marsh reimbursement submission and corresponded with client regarding same. | 0.40 |
| 06/14/12 | JDS | Analyzed upcoming submission to Marsh per prior agreement. | 0.20 |
| 06/15/12 | DR | Corresponded with client regarding Marsh reimbursement request. | 0.20 |
| 06/28/12 | DR | Finalized Marsh reimbursement request and corresponded with client regarding same. | 1.00 |
| 06/28/12 | JDS | Analyzed submissions to Marsh in connection with parties' prior settlement agreement. | 0.20 |

TOTAL FEES: $796.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/2012 | Duplicating/Printing/Scanning | 0.80 |
| 06/30/2012 | Courier Service - Outside | 14.42 |
| | Total Disbursements | 15.22 |
| | Fees & Disbursements | $811.22 |

## NON-BANKRUPTCY/REORGANIZATION
Fee Summary: Marsh

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.40 | 590.00 | 236.00 |
| DR | D. Rosenfield | 1.60 | 350.00 | 560.00 |
| | | 2.00 | | 796.00 |

August 14, 2012
RE: Fee Applications
(503842.00009)

Case 08-13141-BLS    Doc 12270-3    Filed 08/15/12    Page 9 of 15

Invoice: 2293773
Page 6

**BANKRUPTCY/REORGANIZATION**
**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/07/12 | LL | E-mail correspondence with J. Shugrue regarding RS's 39th Monthly. | 0.10 |
| 06/07/12 | LL | E-mail correspondence to J. Shugrue regarding 39th Monthly Fee Application (.3); reviewed 39th Monthly Fee Application (.9). | 1.20 |
| 06/08/12 | JDS | Drafted 39th Monthly Fee Application. | 0.70 |
| 06/12/12 | JDS | Drafted 40th Monthly Fee Application. | 0.20 |
| 06/14/12 | JDS | Prepared narrative text for 39th Monthly Fee Application. | 0.80 |
| 06/18/12 | LL | Analyzed email correspondence from J. Shugrue regarding RS's 39th Monthly Fee Application (.2); conferred with C. Falgowski regarding same (.2); e-mail/voice mail to J. Shugrue regarding same (.2); drafted CNO to RS's 38th Monthly Fee Application (.6). | 1.20 |
| 06/18/12 | JDS | Drafted material for 39th Monthly Fee Application. | 0.30 |
| 06/19/12 | LL | Drafting/calculations/additions to RS's 39th Monthly Fee Application. | 3.10 |
| 06/19/12 | JDS | Analyzed and approved filing of CNO regarding 38th Monthly Fee Application (.2); analyzed and approved filing of 39th Monthly Fee Application (.2). | 0.40 |
| 06/20/12 | LL | Revisions to RS' 39th Monthly Fee Application. | 0.40 |
| 06/21/12 | LL | Confer with C. Falgowski regarding RS's 39th Monthly Fee Application (.1); revisions to and finalize same (1.6). | 1.70 |
| 06/25/12 | LL | Drafted RS's 40th Monthly Fee Application (.8); drafted RS's 14th Quarterly Fee Application (.8); e-mail correspondence with J. Shugrue regarding same (.2). | 1.80 |
| 06/25/12 | JDS | Drafted material for 40th Monthly Fee Application. | 0.40 |
| 06/26/12 | LL | E-mail correspondence with J. Shugrue, and client regarding revised fee application documents. | 0.50 |
| 06/26/12 | JDS | Emails with Fee Examiner regarding remaining questions on 9th and 10th Interim Fee Applications. | 0.30 |
| 06/27/12 | LL | Drafted RS Fee Applications. | 1.70 |
| 06/27/12 | JDS | Analyzed and exchanged emails with Fee Examiner J. Thiel regarding pending issues/questions regarding 9th and 10th Interim Fee Applications. | 0.30 |
| 06/28/12 | JDS | Drafted material for 40th Monthly Fee Application. | 0.20 |

|  |  |
|---|---|
| TOTAL FEES: | $4,230.00 |

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 06/30/2012 Duplicating/Printing/Scanning | | 23.80 |
| | Total Disbursements | 23.80 |
| | Fees & Disbursements | $4,253.80 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.60 | 590.00 | 2,124.00 |
| LL | L. Lankford | 11.70 | 180.00 | 2,106.00 |
|  |  | 15.30 |  | 4,230.00 |

**BANKRUPTCY/REORGANIZATION**
**RE:    HR Investigation**

### CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 06/30/2012 | Electronically Stored Information -- Retrieval/Storage of emails by client-approved vendor in connection with review of documents related to HR Investigation matter. | 2,721.67 |
| | Total Disbursements | 2,721.67 |
| | Fees & Disbursements | $2,721.67 |

## BANKRUPTCY/REORGANIZATION
### RE:    Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/01/12 | A.Y. | Revised memorandum regarding insurance issues concerning litigation trust and emergence from BK. | 3.80 |
| 06/05/12 | AJM | Met with J. Shugrue to discuss strategic coverage issues, responses to carrier correspondence on coverage issues and memorandum regarding coverage issues with respect to emergence/litigation trust (.5); analyzed current insurance policy (.5); reviewed and analyzed research regarding insurance issues involving litigation trust (1.0); researched and analyzed cases regarding insurance issues involving litigation trust (.8); drafted and revised memorandum to client regarding insurance issues involving litigation trust (5.1). | 7.90 |
| 06/05/12 | JDS | Analyzed and revised draft memorandum regarding insurance claim and coverage issues involving reorganization plan and emergence from BK. | 0.80 |
| 06/06/12 | AJM | Conferred with J. Shugrue regarding revisions to memorandum discussing insurance claim and coverage issues involving reorganization plan and emergence from BK (.3); reviewed substantive comments and revisions to same (.2); revisions to memorandum discussing insurance claim and coverage issues involving reorganization plan and emergence from BK (1.5); met with J. Shugrue to discuss same (.1); reviewed substantive email to client regarding memorandum (.1); conferred with L. Raines to discuss Tribune responses to carrier positions and requests for information (.2); reviewed drafts of same (.2). | 2.60 |
| 06/06/12 | JDS | Revised, finalized and transmitted memorandum to client and bankruptcy counsel regarding insurance claim and coverage issues involving reorganization plan and emergence from bankruptcy. | 1.20 |
| 06/08/12 | JDS | Analyzed and exchanged emails with bankruptcy counsel regarding telephone conference with valuation expert. | 0.30 |
| 06/11/12 | JDS | Telephone conference with bankruptcy counsel regarding insurance claim status and issues in connection with bankruptcy and post-emergence proceedings. | 0.60 |
| 06/13/12 | AJM | Reviewed email from client regarding memorandum regarding insurance claim and coverage issues involving reorganization plan and emergence from BK (.1); reviewed insurance policy with respect to same (.2); conferred with J. Shugrue regarding differences in policy terms (.1). | 0.40 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/13/12 | JDS | Telephone conference with bankruptcy counsel and valuation advisors regarding insurance claims in connection with bankruptcy proceedings and emergence (1.8); prepared agenda and exchanged emails with bankruptcy counsel in connection with same (.5); emails to bankruptcy counsel regarding insurance policy documents (.6); emails with client regarding insurance coverage issues related to Litigation Trust (.2). | 3.10 |
| 06/14/12 | JDS | Prepared emails to bankruptcy counsel forwarding insurance policy documentation. | 0.30 |
| 06/22/12 | AJM | Corresponded with client and J. Shugrue regarding additional insured and placement issues (.2); consulted with J. Shugrue regarding demand correspondence to carriers, current defense costs erosion of limits and coverage issues with respect to recovery of defense costs matters (.5); reviewed and analyzed draft correspondence and summary of carrier positions (.5); conferred with L. Raines regarding defense costs reporting and summaries (.2); conferred with bankruptcy counsel regarding defense costs (.1). | 1.50 |
| 06/22/12 | JDS | Analyzed and exchanged emails with client regarding question concerning D&O coverage (.3); analyzed issues regarding status and follow up on coverage for Preference Actions (.3). | 0.60 |
| 06/28/12 | JDS | Emails with client and bankruptcy counsel regarding insurance coverage information requested by valuation expert. | 0.20 |
| 06/29/12 | JDS | Telephone conference with valuation expert regarding insurance coverage claim status and issues (.2); emails with client and bankruptcy counsel regarding same (.2). | 0.40 |

TOTAL FEES:    $12,955.00

### CURRENT DISBURSEMENTS

| 06/30/2012 | PACER | 8.30 |
|---|---|---|
| 06/30/2012 | Duplicating/Printing/Scanning | 21.10 |
| 06/30/2012 | Telephone - Outside | 8.28 |
| | Total Disbursements | 37.68 |
| | Fees & Disbursements | $12,992.68 |

August 14, 2012
RE:     Insurance Counseling
        (503842.00005)

Case 08-13141-BLS    Doc 12270-3    Filed 08/15/12    Page 14 of 15

Invoice: 2293773
Page 11

## BANKRUPTCY/REORGANIZATION
**Fee Summary: Insurance Counseling**

| ID   | Names          | Hours | Rate   | Amount      |
|------|----------------|-------|--------|-------------|
| JDS  | J.D. Shugrue   | 7.50  | 590.00 | 4,425.00    |
| AJM  | A.J. Moss      | 12.40 | 550.00 | 6,820.00    |
| A.Y. | A. Yassemedis  | 3.80  | 450.00 | 1,710.00    |
|      |                | 23.70 |        | $12,955.00  |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2293773
Invoice Date: August 14, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through June 30, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Reliance/Times Mirror 503842.00004 | $2,249.00 | $10.76 | $2,259.76 |
| RE: Insurance Counseling 503842.00005 | $1,078.00 | $0.00 | $1,078.00 |
| RE: Marsh 503842.00008 | $796.00 | $15.22 | $811.22 |
| **Current Invoice Total:** | **$4,123.00** | **$25.98** | **$4,148.98** |

| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Fee Applications 503842.00009 | $4,230.00 | $23.80 | $4,253.80 |
| RE: HR Investigation 503842.00011 | $0.00 | $2,721.67 | $2,721.67 |
| RE: Insurance Counseling 503842.00005 | $12,955.00 | $37.68 | $12,992.68 |
| **Current Invoice Total:** | **$17,185.00** | **$2,783.15** | **$19,968.15** |

| | Current Fees | Current Costs | Totals |
|---|---|---|---|
| Non-Bankruptcy/Reorganization | $4,123.00 | $25.98 | $4,148.98 |
| Bankruptcy/Reorganization | $17185.00 | $2,783.15 | $19,968.15 |
| **GRAND TOTAL:** | **$21,308.00** | **$2,809.13** | **$24,117.13** |

**INVOICE IS PAYABLE UPON RECEIPT**