# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Outside Duplicating | IKON/DLS | $24.60 |
| Printing, Duplicating, Scanning | | $22.20 |
| Postage | | $2.20 |
| PACER | | $8.30 |
| Courier | Parcels/DLS | $21.63 |
| Telephone | | $8.53 |
| Misc. | | $2,721.67 |
| **TOTAL:** | | **$2,809.13** |

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Outside Duplicating | IKON/DLS | | | $.80 | $23.80 | | $24.60 |
| Printing/Duplicating & Scanning | | $1.10 | $21.10 | | | | $22.20 |
| Postage | | $2.20 | | | | | $2.20 |
| PACER | | | $8.30 | | | | $8.30 |
| Courier | | $7.21 | | $14.42 | | | $21.63 |
| Telephone | | $.25 | $8.28 | | | | $8.53 |
| Misc. | | | | | | $2,721.67 | $5,282.94 |
| **TOTAL:** | | **$10.76** | **$37.68** | **$15.22** | **$23.80** | **$2,721.67** | **$2,809.13** |

US_ACTIVE-110087764.1-JCFALGOW

# NON-BANKRUPTCY/REORGANIZATION
## RE:    Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/01/12 | PHF | Telephone call to Commonwealth Court prothonotary regarding transmission of record (.1); researched rules regarding same (.3). | 0.40 |
| 06/01/12 | TPL | Reviewed order transmitting record and sent same to client. | 0.20 |
| 06/04/12 | TPL | Emails to client and J. Shugrue regarding briefing schedule and need for extension. | 0.40 |
| 06/04/12 | JDS | Analyzed PA Supreme Court order setting briefing schedule for appeal. | 0.20 |
| 06/07/12 | PHF | Drafted motion for extension of time in PA Supreme Court. | 0.50 |
| 06/07/12 | JDS | Emails with client regarding extension of time for filing brief with PA Supreme Court. | 0.20 |
| 06/11/12 | TPL | Emails with opposing counsel regarding appellate schedule. | 0.50 |
| 06/11/12 | JDS | Analyzed emails exchanged between T. Law and counsel for Reliance regarding issues in connection with PA Supreme Court appeal. | 0.30 |
| 06/12/12 | TPL | Reviewed and revised motion for extension of time based on Reliance comments. | 0.40 |
| 06/12/12 | JDS | Analyzed email communications with Reliance counsel and accompanying draft motion to extend time to file opening brief in PA Supreme Court. | 0.20 |
| 06/13/12 | TPL | Email exchange with opposing counsel regarding extension of time to file appellate brief. | 0.60 |
| 06/13/12 | MT | Prepared and filed Uncontested First Application for Extension of Time to File Appellant's Brief. | 0.20 |
| 06/14/12 | JDS | Analyzed emails with opposing counsel regarding motion to extend time for filing opening brief with PA Supreme Court. | 0.20 |
| 06/19/12 | JDS | Analyzed PA Supreme Court Order regarding briefing schedule. | 0.20 |
| 06/21/12 | SS | Reviewed and catalogued correspondence and pleadings. | 0.40 |

TOTAL FEES:    $2,249.00

## CURRENT DISBURSEMENTS

06/30/2012   Telephone Expense                                                          0.25

| Date | Description | Amount |
|---|---|---|
| 06/30/2012 | Duplicating/Printing/Scanning | 1.10 |
| 06/30/2012 | Postage Expense | 2.20 |
| 06/30/2012 | Courier Service - Outside | 7.21 |
| | Total Disbursements | 10.76 |
| | Fees & Disbursements | $2,259.76 |

**NON-BANKRUPTCY/REORGANIZATION**
Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.30 | 590.00 | 767.00 |
| TPL | T.P. Law | 2.10 | 490.00 | 1,029.00 |
| PHF | P.H. Forster | 0.90 | 410.00 | 369.00 |
| SS | S. Somoza | 0.40 | 140.00 | 56.00 |
| MT | M. Todd | 0.20 | 140.00 | 28.00 |
| | | 4.90 | | 2,249.00 |

**NON-BANKRUPTCY/REORGANIZATION**
**RE:   Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/14/12 | DR | Compiled document for purposes of Marsh reimbursement submission and corresponded with client regarding same. | 0.40 |
| 06/14/12 | JDS | Analyzed upcoming submission to Marsh per prior agreement. | 0.20 |
| 06/15/12 | DR | Corresponded with client regarding Marsh reimbursement request. | 0.20 |
| 06/28/12 | DR | Finalized Marsh reimbursement request and corresponded with client regarding same. | 1.00 |
| 06/28/12 | JDS | Analyzed submissions to Marsh in connection with parties' prior settlement agreement. | 0.20 |

                              TOTAL FEES:              $796.00

### CURRENT DISBURSEMENTS

| 06/30/2012 | Duplicating/Printing/Scanning | 0.80 |
|---|---|---|
| 06/30/2012 | Courier Service - Outside | 14.42 |
| | Total Disbursements | 15.22 |
| | Fees & Disbursements | $811.22 |

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.40 | 590.00 | 236.00 |
| DR | D. Rosenfield | 1.60 | 350.00 | 560.00 |
| | | 2.00 | | 796.00 |

|  |  |
|---|---:|
| TOTAL FEES: | $4,230.00 |

### CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 06/30/2012 | Duplicating/Printing/Scanning | 23.80 |
| | Total Disbursements | 23.80 |
| | Fees & Disbursements | $4,253.80 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JDS | J.D. Shugrue | 3.60 | 590.00 | 2,124.00 |
| LL | L. Lankford | 11.70 | 180.00 | 2,106.00 |
|  |  | 15.30 |  | 4,230.00 |

**BANKRUPTCY/REORGANIZATION**
**RE:    HR Investigation**

### CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 06/30/2012 | Electronically Stored Information -- Retrieval/Storage of emails by client-approved vendor in connection with review of documents related to HR Investigation matter. | 2,721.67 |
| | Total Disbursements | 2,721.67 |
| | Fees & Disbursements | $2,721.67 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/13/12 | JDS | Telephone conference with bankruptcy counsel and valuation advisors regarding insurance claims in connection with bankruptcy proceedings and emergence (1.8); prepared agenda and exchanged emails with bankruptcy counsel in connection with same (.5); emails to bankruptcy counsel regarding insurance policy documents (.6); emails with client regarding insurance coverage issues related to Litigation Trust (.2). | 3.10 |
| 06/14/12 | JDS | Prepared emails to bankruptcy counsel forwarding insurance policy documentation. | 0.30 |
| 06/22/12 | AJM | Corresponded with client and J. Shugrue regarding additional insured and placement issues (.2); consulted with J. Shugrue regarding demand correspondence to carriers, current defense costs erosion of limits and coverage issues with respect to recovery of defense costs matters (.5); reviewed and analyzed draft correspondence and summary of carrier positions (.5); conferred with L. Raines regarding defense costs reporting and summaries (.2); conferred with bankruptcy counsel regarding defense costs (.1). | 1.50 |
| 06/22/12 | JDS | Analyzed and exchanged emails with client regarding question concerning D&O coverage (.3); analyzed issues regarding status and follow up on coverage for Preference Actions (.3). | 0.60 |
| 06/28/12 | JDS | Emails with client and bankruptcy counsel regarding insurance coverage information requested by valuation expert. | 0.20 |
| 06/29/12 | JDS | Telephone conference with valuation expert regarding insurance coverage claim status and issues (.2); emails with client and bankruptcy counsel regarding same (.2). | 0.40 |

                                          TOTAL FEES:         $12,955.00

### CURRENT DISBURSEMENTS

| 06/30/2012 | PACER | 8.30 |
|---|---|---|
| 06/30/2012 | Duplicating/Printing/Scanning | 21.10 |
| 06/30/2012 | Telephone - Outside | 8.28 |
|  | Total Disbursements | 37.68 |
|  | Fees & Disbursements | $12,992.68 |