# **EXHIBIT B**

Case 08-13141-BLS   Doc 12271-2   Filed 08/15/12   Page 2 of 5
Case 1:11-cv-00971-GMS   Document 18   Filed 02/09/12   Page 1 of 4 PageID #: 702
Case 1:11-cv-01032-GMS   Document 10-2   Filed 01/31/12   Page 2 of 5 PageID #: 625

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
*In re:*                                                 :  Chapter 11
                                                         :
WASHINGTON MUTUAL, INC., et al.,[1]                      :  Case No. 08-12229 (MFW)
                                                         :
                                                         :  (Jointly Administered)
                    Debtors.                             :
                                                         :
---------------------------------------------------------x
                                                         :
WASHINGTON MUTUAL, INC., et al.,                         :
                                                         :
                                                         :  Civil Action No. 11-1004-GMS
                    Appellants,                          :
v.                                                       :
                                                         :
OFFICIAL COMMITTEE OF EQUITY                             :
SECURITY HOLDERS,                                        :
                                                         :
                    Appellee.                            :
                                                         :
---------------------------------------------------------x
                                                         :
AURELIUS CAPITAL MANAGEMENT, LP,                         :
et al.,                                                  :
                                                         :  Civil Action No. 11-971-GMS
                    Appellants,                          :
v.                                                       :
                                                         :
WASHINGTON MUTUAL, INC., et al.,                         :
                                                         :
                    Appellees.                           :
                                                         :
---------------------------------------------------------x

---

[1] The Debtors in the chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

US_ACTIVE:\43907861\05\79831.0003
RLF1 5796722v. 1

Case 08-13141-BLS   Doc 12271-2   Filed 08/15/12   Page 3 of 5
Case 1:11-cv-00971-GMS   Document 18   Filed 02/09/12   Page 2 of 4 PageID #: 703
Case 1:11-cv-01032-GMS   Document 10-2   Filed 01/31/12   Page 3 of 5 PageID #: 626

```
------------------------------------------------x
                                                :
APPALOOSA MANAGEMENT L.P., et al.,              :
                                                :
                                                :   Civil Action No. 11-979-GMS
              Appellants,                       :
                                                :
v.                                              :
                                                :
OFFICIAL COMMITTEE OF EQUITY                    :
SECURITY HOLDERS, et al.,                       :
                                                :
              Appellees.                        :
                                                :
------------------------------------------------x
                                                :
OFFICIAL COMMITTEE OF                           :
UNSECURED CREDITORS,                            :
                                                :   Civil Action No. 11-1001-GMS
              Appellant,                        :
                                                :
v.                                              :
                                                :
OFFICIAL COMMITTEE OF EQUITY                    :
SECURITY HOLDERS,                               :
                                                :
              Appellee.                         :
                                                :
------------------------------------------------x
                                                :
OFFICIAL COMMITTEE OF EQUITY                    :
SECURITY HOLDERS,                               :
                                                :   Civil Action No. 11-1032-GMS
              Appellant,                        :
                                                :
v.                                              :
                                                :
AURELIUS CAPITAL MANAGEMENT, LP,                :
et al.,                                         :
                                                :
              Appellees.                        :
                                                :
------------------------------------------------x
```

Case 08-13141-BLS   Doc 12271-2   Filed 08/15/12   Page 4 of 5
Case 1:11-cv-00971-GMS   Document 18   Filed 02/09/12   Page 3 of 4 PageID #: 704
Case 1:11-cv-01032-GMS   Document 10-2   Filed 01/31/12   Page 4 of 5 PageID #: 627

```
------------------------------------------------x
WELLS FARGO BANK NATIONAL                       :
ASSOCIATION,                                    :
                                                :   Civil Action No. 11-1107-GMS
            Appellants,                         :
                                                :
    v.                                          :
                                                :
BANK OF NEW YORK MELLON TRUST                   :
COMPANY N.A., et al.,                           :
                                                :
            Appellees.                          :
                                                :
------------------------------------------------x
NORMANDY HILL CAPITAL LP,                       :
                                                :
                                                :   Civil Action No. 11-1027-GMS
            Appellants,                         :
                                                :
    v.                                          :
                                                :
LAW DEBENTURE TRUST COMPANY                     :
OF NEW YORK, et al.,                            :
                                                :
            Appellees.                          :
                                                :
------------------------------------------------x
WMB NOTEHOLDERS, et al.,                        :
                                                :
                                                :   Civil Action No. 11-1028-GMS
            Appellants,                         :
                                                :
    v.                                          :
                                                :
WASHINGTON MUTUAL, INC., et al.,                :
                                                :
            Appellees.                          :
                                                :
------------------------------------------------x
```

Case 08-13141-BLS   Doc 12271-2   Filed 08/15/12   Page 5 of 5
Case 1:11-cv-00971-GMS   Document 18   Filed 02/09/12   Page 4 of 4 PageID #: 705
Case 1:11-cv-01032-GMS   Document 10-2   Filed 01/31/12   Page 5 of 5 PageID #: 628

### ORDER GRANTING APPELLANTS' JOINT EMERGENCY MOTION FOR IMMEDIATE, LIMITED REMAND OF THEIR RESPECTIVE PENDING APPEALS TO ENABLE THE BANKRUPTCY COURT TO VACATE, IN PART, ITS SEPTEMBER 13, 2011 ORDER AND OPINION IN CONJUNCTION WITH CONFIRMATION PROCEEDINGS ON THE DEBTORS' SEVENTH AMENDED PLAN

The Court, having reviewed the *Appellants' Joint Emergency Motion for Immediate, Limited Remand of Their Respective Pending Appeals to Enable the Bankruptcy Court to Vacate, In Part, Its September 13, 2011 Order and Opinion in Conjunction with Confirmation Proceedings on the Debtors' Seventh Amended Plan* (the "Motion for Limited Remand"), seeking limited remand of multiple appeals, as captioned above (the "September Appeals"), in connection with the *Opinion*, dated September 13, 2011 [Bankr. D.I. 8612] (the "September Opinion") and related *Order*, dated September 13, 2011 [Bankr. D.I. 8613] (the "September Order") of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and the Court having considered the matter;

IT IS HEREBY ORDERED that:

1. The Motion for Limited Remand is GRANTED in its entirety; and

2. The September Appeals are REMANDED solely for the limited purpose of enabling the Bankruptcy Court to consider, in conjunction with confirmation proceedings, vacatur of (a) the September Order to the extent it relates to the Standing Motion and (b) those portions of the September Opinion relating to the Standing Motion, including, but not limited to, (i) Section III (H) of the September Opinion, pages 108 through 139, and (ii) the first sentence on page 68, footnote 31 on page 70 and the last paragraph of Section III(D) of the September Opinion, page 73.

3. In the event the Bankruptcy Court denies confirmation of the Seventh Amended Plan, or if the Seventh Amended Plan is otherwise withdrawn or revoked, this limited remand shall be of no further force and effect and the September Appellants' appeals before this Court shall proceed unaffected.

Dated: February 9, 2012
Wilmington, Delaware

_____
UNITED STATES DISTRICT JUDGE