IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                       Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) Case No. 08-13141 (KJC) <br> ) Jointly Administered <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF DAVID M. ZENSKY IN SUPPORT OF AURELIUS'S REPLY BRIEF IN FURTHER SUPPORT OF MOTION FOR A STAY PENDING APPEAL PURSUANT TO BANKRUPTCY RULE 8005 AND STATEMENT IN SUPPORT OF CERTIFICATION

DAVID M. ZENSKY hereby declares under penalty of perjury that the following is true and correct:

1. I am a partner with the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel for Aurelius Capital Management, LP ("Aurelius"), on behalf of its managed entities, a creditor in the above-captioned cases. I submit this declaration in support of Aurelius's Reply Brief in Further Support of Motion for a Stay Pending Appeal Pursuant to Bankruptcy Rule 8005 and Statement in Support of Certification.

2. Attached hereto as Exhibit A is a true and correct copy of a letter sent by me to James F. Bendernagel, Jr., of Sidley Austin LLP, dated August 10, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of a letter sent by James F. Bendernagel, Jr. to me, dated August 14, 2012.

4. Attached hereto as Exhibit C is a true and correct copy of the deposition transcript of Eddy W. Hartenstein, dated August 10, 2012. [**CONFIDENTIAL DOCUMENT**

**SUBMITTED SEPARATELY PURSUANT TO AURELIUS'S MOTION TO FILE UNDER SEAL]**

5. Attached hereto as Exhibit D is a true and correct copy of the deposition transcript of David S. Kurtz, dated August 13, 2012. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY PURSUANT TO AURELIUS'S MOTION TO FILE UNDER SEAL]**

Executed this 15th day of August 2012 in New York, New York.



_____/s/    David M. Zensky    /s/_____

David M. Zensky