## CERTIFICATE OF SERVICE

I, Leigh-Anne M. Raport, hereby certify that on August 15, 2012, I caused one copy of the foregoing document to be served upon the parties on the attached service list via first class U.S. Mail, postage prepaid.

                                          Leigh-Anne M. Raport (#5055)

{00074510;v1 }

Case 08-13141-BLS   Doc 12273-2   Filed 08/15/12   Page 2 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
COLE SCHOTZ MEISEL FORMAN & LEONARD, PA
NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603

VIA FIRST CLASS U.S. MAIL
ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: COREY SMITH BOTT, BRIAN G. ESDERS
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

VIA FIRST CLASS U.S. MAIL
ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
809 GLENEAGLES COURT, SUITE 320
TOWSON, MD 21286

VIA FIRST CLASS U.S. MAIL
ACXIOM CORPORATION
ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000

VIA FIRST CLASS U.S. MAIL
GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTN: BARBARA S. MEHLSACK
17 STATE STREET, 4TH FLOOR
NEW YORK, NEW YORK 10004

VIA FIRST CLASS U.S. MAIL
ALLISON, SLUTSKY & KENNEDY, PC
ANGIE M. COWAN
230 W MONROE ST, STE 2600
CHICAGO, IL 60606

VIA FIRST CLASS U.S. MAIL
ANDREW S. CONWAY, ESQUIRE
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

VIA FIRST CLASS U.S. MAIL
ARCHER & GREINER, PC
JOHN V. FIORELLA, ESQ.
300 DELAWARE AVE, STE 1370
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASDOUNIS, ESQ.
401 NORTH MICHIGAN AVENUE, STE 550
CHICAGO, IL 60611

VIA FIRST CLASS U.S. MAIL
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
ATTN. GEORGE R. MESIRES, ESQ.
200 WEST MADISON ST., SUITE 3900
CHICAGO, IL 60606

VIA FIRST CLASS U.S. MAIL
BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1200
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN (MA BBO# 564729)
155 FEDERAL ST, 9TH FL
BOSTON, MA 02110

Case 08-13141-BLS   Doc 12273-2   Filed 08/15/12   Page 3 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| VIA FIRST CLASS U.S. MAIL<br>BELKIN BURDEN WENIG & GOLDMAN, LLP<br>ATTN: JOSHUA G. LOSARDO, ESQ.<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | VIA FIRST CLASS U.S. MAIL<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br>ATTN. DAVID M. NEUMANN, ESQUIRE<br>200 PUBLIC SQUARE SUITE 2300<br>CLEVELAND, OH 44114-2378 |
|---|---|
| VIA FIRST CLASS U.S. MAIL<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br>ATTN. JENNIFER R. HOOVER, ESQ.<br>222 DELAWARE AVENUE, SUITE 801<br>WILMINGTON, DE 19801 | VIA FIRST CLASS U.S. MAIL<br>BIFFERATO LLC<br>ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.<br>800 N. KING STREET, PLAZA LEVEL<br>WILMINGTON, DE 19801 |
| VIA FIRST CLASS U.S. MAIL<br>BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN<br>& GOOD MAN, LLP<br>150 S. RODEO DRIVE, 3RD FLOOR<br>BEVERLY HILLS, CA 90212 | VIA FIRST CLASS U.S. MAIL<br>BROWARD COUNTY<br>ATTN: JEFFREY J. NEWTON<br>COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 |
| VIA FIRST CLASS U.S. MAIL<br>BROWN RUDNICK LLP<br>ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | VIA FIRST CLASS U.S. MAIL<br>BROWN STONE NIMEROFF LLC<br>ATTN. JAMI B. NIMEROFF, ESQ.<br>901 N. MARKET STREET, SUITE 1300<br>WILMINGTON, DE 19801 |
| VIA FIRST CLASS U.S. MAIL<br>BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | VIA FIRST CLASS U.S. MAIL<br>BUCHALTER NEMER<br>PAMELA KOHLMAN WEBSTER<br>1000 WILSHIRE BOULEVARD, SUITE 1500<br>LOS ANGELES, CA 90017-2457 |
| VIA FIRST CLASS U.S. MAIL<br>BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FL<br>SAN FRANCISCO, CA 94105-2126 | VIA FIRST CLASS U.S. MAIL<br>CALLAHAN & BLAINE<br>ATTN: EDWARD SUSOLIK, ESQUIRE<br>3 HUTTON DRIVE, NINTH FLOOR<br>SANTA ANA, CA 92707 |
| VIA FIRST CLASS U.S. MAIL<br>CANON USA, INC<br>ATTN RUTH WIENSTEIN<br>1 CANON PLAZA<br>NEW HYDE PARK, NY 11042 | VIA FIRST CLASS U.S. MAIL<br>CAPITALSOURCE FINANCE LLC<br>ATTN: JOANNE FUNGAROLI, ESQ.<br>4445 WILLARD AVENUE, 12TH FLOOR<br>CHEVY CHASE, MD 20815 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
CHADBOURNE & PARKE LLP
ATTN HOWARD SEIFE,ESQ., DAVID M. LEMAY, ESQ.,
DOGULAS E. DEUTSCH, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**VIA FIRST CLASS U.S. MAIL**
CHARLES E. DAVIDOW
2001 K. STREET, N.W.
WASHINGTON, DC 20006-1047

**VIA FIRST CLASS U.S. MAIL**
CHRISTINE Z. HERI
UNITED STATES DEPARTMENT OF LABOR
230 SOUTH DEARBORN, ROOM 844
CHICAGO, IL 60604

**VIA FIRST CLASS U.S. MAIL**
CIARDI CIARDI & ASTIN
DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ.,
MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, STE 700
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
CITICORP NORTH AMERICA, INC
750 WASHINGTON BLVD.
STAMFORD, CT 06901-3722

**VIA FIRST CLASS U.S. MAIL**
COHEN WEISS & SIMON LLP
ATTN BABETTE A CECCOTI
330 WEST 42ND STREET
NEW YORK, NY 10036

**VIA FIRST CLASS U.S. MAIL**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.
THE BRADYWINE BUILDING - 17TH FLOOR
1000 WEST STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
COOCH & TAYLOR PA
ATTN: SUSAN E. KAUFMAN, ESQ.
1000 WEST STREET, 10TH FLOOR
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
COTCHETT, PITRE & MCCARTHY
ATTN: PHILIP GREGORY, ESQ.
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA 94010

**VIA FIRST CLASS U.S. MAIL**
COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1400
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
CROSS & SIMON LLC
ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS
919 NORTH MARKET STREET 11TH FLOOR
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
THOMPSON & KNIGHT LLP
ATTN. MICHAEL V. BLUMENTHAL, ESQ.
900 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10022

**VIA FIRST CLASS U.S. MAIL**
DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
ROCHESTER, NY 14604

Case 08-13141-BLS   Doc 12273-2   Filed 08/15/12   Page 5 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>DAVIS POLK & WARDELL LLP<br>ATTN: DONALD S. BERNSTEIN, ESQ.<br>JAMES A. FLORACK, ESQ.<br>DAMIAN S. SCHAIBLE, ESQ.<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | **VIA FIRST CLASS U.S. MAIL**<br>DUANE MORRIS LLP<br>ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS<br>222 DELAWARE AVENUE, SUITE 1600<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>ECKERT,SEAMANS, CHERIN & MELLOT, LLC<br>ATTN. MARGARET F. ENGLAND, ESQUIRE<br>300 DELAWARE AVENUE, SUITE 1210<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>EDWARDS ANGELL PALMER & DODGE LLP<br>ATTN: STUART M. BROWN, ESQ.<br>919 N. MARKET ST, STE 1500<br>(COUNSEL TO BARCLAYS BANK PLC)<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>ELLIOTT GREENLEAF<br>ATTN WILLIAM M KELLEHER<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ERVIN COHEN & JESSUP LLP<br>KENNETH MILLER, ESQ.<br>9401 WILSHIRE BLVD, 9TH FLOOR<br>BEVERLY HILLS, CA 90212 |
| **VIA FIRST CLASS U.S. MAIL**<br>FOLEY & LARDNER LLP<br>ATTN: MARY K. BRAZA, ESQ.<br>777 EAST WISCONSIN AVENUE<br>MILWAUKEE, WI 53202-5306 | **VIA FIRST CLASS U.S. MAIL**<br>FOLEY & LARDNER LLP<br>ATTN: MICHAEL J. SMALL, ESQ.<br>321 NORTH CLARK<br>SUITE 2800<br>CHICAGO, IL 60610-4500 |
| **VIA FIRST CLASS U.S. MAIL**<br>FOX ROTHSCHILD LLP<br>ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>FRANK/GECKER LLP<br>ATTN. JOSEPH D. FRANK<br>325 NORTH LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 |
| **VIA FIRST CLASS U.S. MAIL**<br>FRED FELLMETH, ESQ. GENERAL COUNSEL<br>BROADCAST SYSTEMS DIVISION<br>THE VITEC GROUP PLC<br>200 INTERNATIONAL DR. #1<br>BUDD LAKE, NJ 07828-4304 | **VIA FIRST CLASS U.S. MAIL**<br>FREEBORN & PETERS LLP<br>ATTN: AARON L. HAMMER, ESQ. &<br>DEVON J. EGGERT,ESQ.<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 |
| **VIA FIRST CLASS U.S. MAIL**<br>FRIEDMAN LAW GROUP<br>ATTN: J. BENNETT FRIEDMAN, ESQ.<br>1901 Avenue of the Stars<br>Suite 1700<br>Los Angeles, CA 90067 | **VIA FIRST CLASS U.S. MAIL**<br>FURMAN GREGORY LLC<br>DONALD R. FURMAN JR.<br>75 FEDERAL ST, 9TH FL<br>BOSTON, MA 02110 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN, JR.<br>LAW OFFICES OF RONALD K. BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | **VIA FIRST CLASS U.S. MAIL**<br>GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 |
| **VIA FIRST CLASS U.S. MAIL**<br>GOHN HANKEY & STICHEL LLP<br>ATTN JAN I BERLAGE<br>201 NORTH CHARLES STREET<br>BALTIMORE, MD 21201 | **VIA FIRST CLASS U.S. MAIL**<br>GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.<br>ATTN. BRIAN M. DOUGHERTY<br>835 MCCLINTOCK DRIVE, SECOND FLOOR<br>WILLOWBROOK, IL 60527 |
| **VIA FIRST CLASS U.S. MAIL**<br>GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>EDWARD J. TREDINNICK, ESQ.<br>FOUR EMBARCARDERO CENTER, STE 4000<br>SAN FRANCISCO, CA 94111 | **VIA FIRST CLASS U.S. MAIL**<br>HARRIS CORPORATION<br>ANTHONY DEGLOMINE, III<br>1025 W. NASA BLVD<br>MAIL STOP A-11A<br>MELBOURNE, FL 32919 |
| **VIA FIRST CLASS U.S. MAIL**<br>HENNIGAN, BENNETT & DORMAN, LLP<br>ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA D. MORSE, ESQS.<br>865 SOUTH FIGUEROA STREET, SUITE 2900<br>LOS ANGELES, CA 90017 | **VIA FIRST CLASS U.S. MAIL**<br>HERRICK FEINSTEIN LLP<br>ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 |
| **VIA FIRST CLASS U.S. MAIL**<br>HEWLETT-PACKARD COMPANY<br>ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY<br>12610 PARK PLAZA DR., STE 100<br>CERRITOS, CA 90703-9362 | **VIA FIRST CLASS U.S. MAIL**<br>HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL<br>11311 CHINDEN BLVD.<br>MAILSTOP 314<br>BOISE, ID 83714-0021 |
| **VIA FIRST CLASS U.S. MAIL**<br>HOGAN & HARTSON LLP<br>ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>HOWARD COUNTY OFFICE OF LAW<br>ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 |
| **VIA FIRST CLASS U.S. MAIL**<br>IBM CORPORATION<br>ATTN BEVERLY H SHIDELER<br>TWO LINCOLN CENTRE<br>VILLA PARK, IL 60181 | **VIA FIRST CLASS U.S. MAIL**<br>INTERNAL REVENUE SERVICE<br>ATTN: ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 |

{0441297;v1 }

Case 08-13141-BLS    Doc 12273-2    Filed 08/15/12    Page 7 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| VIA FIRST CLASS U.S. MAIL<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 | VIA FIRST CLASS U.S. MAIL<br>J. SCOTT DOUGLASS<br>909 FANNIN, SUITE 1800<br>HOUSTON, TX 77010 |
| VIA FIRST CLASS U.S. MAIL<br>JD THOMPSON LAW<br>ATTN: JUDY D. THOMPSON<br>P.O. BOX 33127<br>CHARLOTTE, NC 28233 | VIA FIRST CLASS U.S. MAIL<br>ELKINS KALT WEINTRAUB REUEN GARTSIDE LLP<br>ATTN: KEITH D. ELKINS, ESQ.<br>2049 CENTURY PARK EAST, SUITE 2700<br>LOS ANGELES, CA 90067 |
| VIA FIRST CLASS U.S. MAIL<br>JP MORGAN CHASE BANK, NA AS AGENT<br>1111 FANNIN, 10TH FLOOR<br>HOUSTON, TX 77002 | VIA FIRST CLASS U.S. MAIL<br>K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022-6030 |
| VIA FIRST CLASS U.S. MAIL<br>K&L GATES LLP<br>CHARLES R. SMITH, ESQ.<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312 | VIA FIRST CLASS U.S. MAIL<br>KAMAKAZEE KIWI COPORATION<br>3835-R EAST<br>THOUSDAN OAKS BLVD. #343<br>THOUSAND OAKS, CA 91362 |
| VIA FIRST CLASS U.S. MAIL<br>KAYE SCHOLER LLP<br>ATTN: MARGO B SCHONHOLTZ, ESQ<br>MADLYN GLEICH PRIMOFF, ESQ<br>425 PARK AVE<br>NEW YORK, NY 10022 | VIA FIRST CLASS U.S. MAIL<br>KELLEY DRYE & WARREN LLP<br>ERICK R. WILSON, ESQ.<br>HOWARD S. STEEL, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| VIA FIRST CLASS U.S. MAIL<br>KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: KENNETH N. KLEE, ESQ.<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 | VIA FIRST CLASS U.S. MAIL<br>KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 |
| VIA FIRST CLASS U.S. MAIL<br>LANDIS RATH & COBB LLP<br>COUNSEL FOR THE UNSECURED CREDITORS' COMM<br>ATTN ADAM G LANDIS & MATTHEW B MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801 | VIA FIRST CLASS U.S. MAIL<br>LESLIE A. COHEN, ESQUIRE<br>LESLIE COHEN LAW, PC<br>506 SANTA MONICA BLVD., SUITE 200<br>SANTA MONICA, CA 90401 |

Case 08-13141-BLS   Doc 12273-2   Filed 08/15/12   Page 8 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.<br>ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS.<br>476 9th STREET<br>OAKLAND, CA 94607-4048 | **VIA FIRST CLASS U.S. MAIL**<br>LINDA BOYLE<br>TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO 80124 |
| **VIA FIRST CLASS U.S. MAIL**<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>COUNSEL TO HARRIS COUNTY<br>ATTN JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | **VIA FIRST CLASS U.S. MAIL**<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET<br>STE 1600<br>DALLAS, TX 75201 |
| **VIA FIRST CLASS U.S. MAIL**<br>LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A.<br>ATTN: ZACHARY J. BANCROFT, EST.<br>450 S. ORANGE AVE, SUITE 800<br>ORLANDO, FL 32801 | **VIA FIRST CLASS U.S. MAIL**<br>MAUREEN A. MCGREEVEY, ESQUIRE<br>SENIOR LITIGATION COUNSEL<br>SUNGARD<br>682 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 |
| **VIA FIRST CLASS U.S. MAIL**<br>MAYER BROWN LLP<br>FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.<br>1675 BROADWAY<br>NEW YORK, NY 10019 | **VIA FIRST CLASS U.S. MAIL**<br>MCCARTER & ENGLISH, LLP<br>ATTN: DAVID ADLER, ESQ.<br>G. AMANDA MALLAN, ESQ.<br>245 PARK AVE, 27TH FL<br>NEW YORK, NY 10167 |
| **VIA FIRST CLASS U.S. MAIL**<br>MCCARTER & ENGLISH, LLP<br>ATTN: KATHARINE L. MAYER, ESQ.<br>RENAISSANCE CENTRE<br>405 N. MARKET STREET, 8TH FL<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>MCGUIRE WOODS LLP<br>ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS<br>77 W. WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 |
| **VIA FIRST CLASS U.S. MAIL**<br>MCPHARLIN SPRINKLES & THOMAS, LLP<br>ATTN. ELAIN M. SEID<br>10 ALMADEN BLVD., SUITE 1460<br>SAN JOSE, CA 95113 | |
| **VIA FIRST CLASS U.S. MAIL**<br>MESSANA ROSNER & STERN, LLP<br>FREDERICK B. ROSNER, ESQ.<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. WALDMEIR, ASSISTANT ATTORNEY GENERAL<br>STATE OF MICHIGAN, DEPT. OF TREASURY<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 |

Case 08-13141-BLS   Doc 12273-2   Filed 08/15/12   Page 9 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>MICHAEL SCHLOSS<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 | **VIA FIRST CLASS U.S. MAIL**<br>MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670, PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| **VIA FIRST CLASS U.S. MAIL**<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.<br>ATTN. RACHEL B. MERSKY, ESQUIRE<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | |
| **VIA FIRST CLASS U.S. MAIL**<br>MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC<br>ATTN: COLLEEN E. MCMANUS<br>191 NORTH WACKER DRIVE, STE 1800<br>CHICAGO, IL 60606 | **VIA FIRST CLASS U.S. MAIL**<br>NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 |
| **VIA FIRST CLASS U.S. MAIL**<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY<br>333 EAST WASHINGTON ST., 3RD FLOOR<br>SYRACUSE, NY 13202 | **VIA FIRST CLASS U.S. MAIL**<br>NOLAN, PLUMHOFF & WILLIAMS, CHARTERED<br>ATTN. ROBERT L. HANLEY, JR. ESQUIRE<br>SUITE 700, NOTTINGHAM CENTRE<br>502 WASHINGTON AVENUE<br>TOWSON, MD 21204 |
| **VIA FIRST CLASS U.S. MAIL**<br>O'MELVENY & MYERS LLP<br>ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR, & STEVEN A. ROSENSTEIN, ESQS.<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | **VIA FIRST CLASS U.S. MAIL**<br>O'MELVENY & MYERS LLP<br>ATTN: EVAN M. JONES, ESQ.<br>400 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071 |
| **VIA FIRST CLASS U.S. MAIL**<br>OFFICE OF ATTORNEY GENERAL<br>ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 | **VIA FIRST CLASS U.S. MAIL**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>JOSEPH J. MCMAHON, JR., ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS.<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: STEPHEN P. LAMB & JOHN P. DITOMO<br>500 DELAWARE AVE, SUITE 200<br>P.O. BOX 32<br>WILMINGTON, DE 19899-0032 |

{0441297;v1 }

Case 08-13141-BLS    Doc 12273-2    Filed 08/15/12    Page 10 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP<br>ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA, & STUART MCPHAIL<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 | **VIA FIRST CLASS U.S. MAIL**<br>PENSION BENEFIT GUARANTY CORPORATION<br>ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 |
| **VIA FIRST CLASS U.S. MAIL**<br>PEPPER HAMILTON LLP<br>ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>ATTN: JOHN C. PHILLIPS, ESQ.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE 19806 |
| **VIA FIRST CLASS U.S. MAIL**<br>ZWERDLKING PAUL KAHN & WOLLY PC<br>ATTN ROBERT E PAUL ESQ<br>1025 CONNECTICUT AVENUE NW SUITE 712<br>WASHINGTON, DC 20036-5420 | **VIA FIRST CLASS U.S. MAIL**<br>PINCKNEY, HARRIS & WEIDINGER, LLC<br>ATTN: ADAM HILLER & DONNA HARRIS<br>1220 NORTH MARKET STREET, SUITE 950<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>POTTER ANDERSON & CORROON LLP<br>ATTN: LAURIE SILVERSTEIN, ESQ<br>HERCULES PLAZA<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>POYNER SPRUILL LLP<br>JUDY D. THOMPSON, ESQ.<br>301 SOUTH COLLEGE STREET, STE 2300<br>CHARLOTTE, NC 28202 |
| **VIA FIRST CLASS U.S. MAIL**<br>PROSKAUER ROSE LLP<br>ATTN: MARTIN S. ZOHN, ESQ.<br>2049 CENTURY PARK EAST, 32ND FLOOR<br>LOS ANGELES, CA 90067 | **VIA FIRST CLASS U.S. MAIL**<br>QUARLES & BRADY LLP<br>LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ.<br>300 NORTH LASALLE STREET, STE 400<br>CHICAGO, IL 60654-3422 |
| **VIA FIRST CLASS U.S. MAIL**<br>RICHARDS, LAYTON & FINGER, PA<br>ATTN: MARK D. COLLINS, ESQ.<br>KATISHA D. FORTUNE, ESQ.<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>RIDDELL WILLIAMS, P.S.<br>ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO<br>1001- 4TH AVENUE, SUITE 4500<br>SEATTLE, WA 98154-1192 |
| **VIA FIRST CLASS U.S. MAIL**<br>ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC<br>ATTN. FRED B. RINGEL, ESQ.<br>875 THIRD AVENUE, 9TH FL<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>RUSKIN MASCOU FALTISCHEK, P.C.<br>ATTN: MICHAEL S. AMATO, ESQ.<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>RUSKIN MOSCOU FALTISCHEK, P.C.<br>ATTN. MICHAEL S. AMATO, ESQ.<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 | **VIA FIRST CLASS U.S. MAIL**<br>SAUL EWING LLP<br>ATTN: MARK MINUTI, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1200<br>WILMINGTON, DE 19801 |
| | **VIA FIRST CLASS U.S. MAIL**<br>SECURITIES AND EXCHANGE COMMISSION (SEC)<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| **VIA FIRST CLASS U.S. MAIL**<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>ATTN: R.KARL HILL, ESQ.<br>222 DELAWARE AVENUE, STE 1500<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>SHIPMAN & GOODWIN LLP<br>ATTN. JULIE A. MANNING, ESQ.<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 |
| **VIA FIRST CLASS U.S. MAIL**<br>SIRLIN GALLOGLY & LESSER, P.C.<br>123 S BROAD ST #2100<br>PHILADELPHIA, PA 191091029 | **VIA FIRST CLASS U.S. MAIL**<br>SQUIRE, SANDERS & DEMPSEY LLP<br>ATTN: KELLY SINGER, ESQ.<br>TWO RENAISSANCE SQUARE<br>40 NORTH CENTRAL AVE, STE 2700<br>PHOENIX, AZ 85004-4498 |
| **VIA FIRST CLASS U.S. MAIL**<br>STEMPEL BENNETT CLAMAN & HOCHBERG PC<br>COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD<br>ATTN EDMOND P O'BRIEN ESQ<br>675 THIRD AVENUE 31ST FLOOR<br>NEW YORK, NY 10017 | **VIA FIRST CLASS U.S. MAIL**<br>STUART MAUE<br>ATTN: JOHN L. DECKER<br>FEE EXAMINER<br>3840 MCKELVEY RD<br>ST. LOUIS, MO 63044 |
| **VIA FIRST CLASS U.S. MAIL**<br>TEITELBAUM & BASKIN, LLP<br>ATTN: JAY TEITELBAUM<br>3 BARKER AVENUE, THIRD FLOOR<br>WHITE PLAINS, NY 10601 | **VIA FIRST CLASS U.S. MAIL**<br>THE REIMANN LAW GROUP<br>ATTN. DAVID W. REIMANN, ESQUIRE<br>1960 EAST GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 |
| **VIA FIRST CLASS U.S. MAIL**<br>THE SEAPORT GROUP LLC<br>ATTN SCOTT FRIEDBERG<br>360 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10017 | **VIA FIRST CLASS U.S. MAIL**<br>TOOD M. HOEPKER, ESQ.<br>POST OFFICE BOX 3311<br>ORLANDO, FL 32802-3311 |

Case 08-13141-BLS   Doc 12273-2   Filed 08/15/12   Page 12 of 14

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| VIA FIRST CLASS U.S. MAIL<br>TRAVELERS<br>NATIONAL ACCOUNTS<br>1 TOWER SQUARE-5MN<br>HARTFORD, CT 06183-4044 | VIA FIRST CLASS U.S. MAIL<br>TRESSLER SODERSTORM MALONEY & PRESS, LLP<br>ATTN. JACQUELINE A. CRISWELL<br>SEARS TOWER, 22ND FLOOR<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606-6314 |
| VIA FIRST CLASS U.S. MAIL<br>TWENTIETH TELEVISION, INC.<br>ATTN: JODIE REA<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2121 AVENUE OF THE STARS, SUITE 1754<br>LOS ANGELES, CA 90067 | VIA FIRST CLASS U.S. MAIL<br>TYBOUT REDFEARN AND PELL<br>ATTN. SHERRY RUGGIERO FALLON<br>750 SHIPYARD DRIVE, SUITE 400<br>P.O. BOX 2092<br>WILMINGTON, DE 19899-2092 |
| VIA FIRST CLASS U.S. MAIL<br>U.S. DEPARTMENT OF JUSTICE<br>ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION<br>555 4TH ST. NW ROOM 6110, P.O. BOX 227<br>WASHINGTON, DC 20044 | VIA FIRST CLASS U.S. MAIL<br>UNISYS CORPORATION<br>ATTN. JANET FITZPATRICK, LEGAL ASSISTANT<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA 19424 |
| VIA FIRST CLASS U.S. MAIL<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MATTHEW J. TROY, ESQ.<br>1100 L STREET, N.W.<br>ROOM 10006<br>WASHINGTON, DC 20530 | VIA FIRST CLASS U.S. MAIL<br>UNITED STATES DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>ELIZABETH S. GOLDBERG, ESQUIRE<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 |
| VIA FIRST CLASS U.S. MAIL<br>UNITED STATES TREASURY<br>OFFICE OF THE TREASURER<br>1500 PENNSYLVANIA AVENUE, NW<br>ROOM 2134<br>WASHINGTON, DC 20220 | VIA FIRST CLASS U.S. MAIL<br>US ATTORNEY'S OFFICE<br>ELLEN W. SLIGHTS, ESQ<br>1201 MARKET ST, SUITE 1100<br>WILMINGTON, DE 19801 |
| VIA FIRST CLASS U.S. MAIL<br>VORYS SATER SEYMOUR & PEASE LLP<br>AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES<br>ATTN TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | VIA FIRST CLASS U.S. MAIL<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>ATTN: TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 |
| VIA FIRST CLASS U.S. MAIL<br>WARNER BROS. TELEVISION DISTRIBUTION, INC.<br>ATTN: WAYNE M. SMITH, ESQ.<br>4000 WARNER BLVD.<br>BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | VIA FIRST CLASS U.S. MAIL<br>WEISS SEROTA HELFMAN PASTORIZA COLE &<br>BONISKE, P.L<br>ATTN: DOUGLAS R. GONZALES, ESQUIRE<br>200 EAST BROWARD BOULEVARD, ST. 1900<br>FORT LAUDERDALE, FL 33301 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>WHITE & CASE LLP<br>ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS.<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787 | **VIA FIRST CLASS U.S. MAIL**<br>WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA<br>ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 |
| **VIA FIRST CLASS U.S. MAIL**<br>WILLKIE FARR & GALLAGHER LLP<br>ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | **VIA FIRST CLASS U.S. MAIL**<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: ANDREW GOLDMAN, ESQ.<br>399 PARK AVENUE<br>NEW YORK, NY 10022 |
| **VIA FIRST CLASS U.S. MAIL**<br>WILMINGTON TRUST COMPANY<br>ATTN. PATRICK J. HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| **VIA FIRST CLASS U.S. MAIL**<br>BRUCE BENNETT, ESQ.<br>JONES DAY<br>555 SOUTH FLOWER STREET<br>FIFTIETH FLOOR<br>LOS ANGELES, CA 90071 | **VIA FIRST CLASS U.S. MAIL**<br>DAVID BRADFORD<br>JENNER & BLOCK<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 |
| **VIA FIRST CLASS U.S. MAIL**<br>RICK A. STEINBERG<br>CIARDI, CIARDI & ASTIN<br>100 CHURCH STREET, 8TH FLOOR<br>NEW YORK, NY 10007 | **VIA FIRST CLASS U.S. MAIL**<br>JOHN K. SHERWOOD<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 |
| **VIA FIRST CLASS U.S. MAIL**<br>CHRISTOPHER J. KELLER<br>LABATON SUCHAROW LLP<br>140 BROADWAY<br>NEW YORK, NY 10005 | **VIA FIRST CLASS U.S. MAIL**<br>ANTRANIG GARIBIAN<br>STRADLEY, RONAN, STEVENS & YOUNG, LLP<br>1000 N.WEST STREET<br>SUITE 1278<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>RAFAEL X. ZAHRALDDIN-ARAVENA<br>JONATHAN M. STEMERMAN<br>ELLIOTT GREENLEAF<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ARTHUR J. STEINBERG<br>KING & SPALDING LLP<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10036 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
KIMBERLY BACHER
SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60610

**VIA FIRST CLASS U.S. MAIL**
MANATT, PHELPS & PHILLIPS, LLP
IVAN L. KALLICK
ILEANA M. HERNANDEZ
11355 WEST OLYMPIC BOULEVARD
LOS ANGELES, CA 90064

**VIA FIRST CLASS U.S. MAIL**
WILIAM J. BARRETT
RAY G. REZNER
ROGER H. STETSON
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 WEST MADISON STREET, SUITE 3900
CHICAGO, IL 60606

**VIA FIRST CLASS U.S. MAIL**
JOSEPH KOTS
COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET
ROOM 203
READING, PA 19602-1152

**VIA FIRST CLASS U.S. MAIL**
W. BRADLEY RUSSELL
TRIAL ATTORNEY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 227
BEN FRANKLIN STATION
WASHINGTON, D.C. 20044