IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
                                                                 )
In re:                                                           )   Chapter 11
                                                                 )
TRIBUNE COMPANY, et al.,                                         )   Case No. 08-13141 (KJC)
                                                                 )
         Debtors.                                                )   Jointly Administered
                                                                 )
                                                                 )   Objection Deadline: August 29, 2012 at 4:00 p.m.
                                                                 )   Hearing Date: September 5, 2012 at 1:00 p.m.
                                                                 )   Related to D.I. No. 12273
                                                                 )
                                                                 )
-----------------------------------------------------------------x

**MOTION OF AURELIUS CAPITAL MANAGEMENT, LP FOR
AUTHORIZATION TO SEAL EXHIBITS C AND D OF THE DECLARATION OF
DAVID M. ZENSKY IN SUPPORT OF AURELIUS'S REPLY BRIEF IN FURTHER
SUPPORT OF MOTION FOR A STAY PENDING APPEAL PURSUANT TO
BANKRUPTCY RULE 8005 AND STATEMENT IN SUPPORT OF CERTIFICATION**

Aurelius Capital Management, LP ("Aurelius"), acting on behalf of its managed funds, respectfully submits this motion (the "Motion to Seal"), pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), seeking entry of an Order authorizing it to file under seal unredacted Exhibits C and D of the Declaration of David M. Zensky in Support of Aurelius's Reply Brief in Further Support of Motion for Stay Pending Appeal Pursuant to Bankruptcy Rule 8005 and Statement in Support of Certification (the "Zensky Declaration") [Docket No. 12273], which contain the August 10, 2012 deposition transcript of Eddy W. Hartenstein and the August 13, 2012 deposition transcript of David S. Kurtz (collectively, the

"Deposition Transcripts"). In support of the Motion to Seal, Aurelius respectfully represents as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §§ 1408 and 1409(a).

2. The statutory predicates for the relief requested herein are Bankruptcy Code sections 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b).

## RELIEF REQUESTED

3. On August 15, 2012, and contemporaneously herewith, Aurelius filed the Deposition Transcripts in fully redacted form as Exhibits C and D to the Zensky Declaration, because the Deposition Transcripts include information that Aurelius understands has been designated as highly confidential by attorneys from Sidley Austin LLP, counsel for the Debtors.

4. Consequently, and pursuant to the Debtors' confidentiality designation, Aurelius files this Motion to Seal requesting that the Court grant it permission to file under seal the Deposition Transcripts.

## BASIS FOR RELIEF REQUESTED

5. Section 107(b) of the Bankruptcy Code provides this Court with the authority to issue orders that will protect entities from potential harm that may result from the disclosure of certain information. The section provides, in relevant part:

> (b) On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may –
>
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information; …

11 U.S.C. § 107(b). Rule 9018 of the Bankruptcy Rules sets forth the procedures by which a party may move for relief under section 107(b), providing that "[o]n motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information …" Fed. R. Bankr. P. 9018. Local Rule 9018-1(b) additionally provides, in relevant part, that "[a]ny party who seeks to file documents under seal must file a motion to that effect." Del. Bankr. L.R. 9018-1(b).

6.  As set forth above, the Deposition Transcripts include information designated by the Debtors as highly confidential and subject to seal.

## NOTICE

7.  Notice of this Motion to Seal has been given to (a) the Office of the United States Trustee; (b) counsel to the Debtors; (c) counsel to the Creditors' Committee; (d) counsel to the administrative agent for the Debtors' postpetition financing facility; and (e) all parties requesting notice pursuant to Bankruptcy Rule 2002 and Local Rule 2002-1(b). In light of the nature of the relief requested, Aurelius submits that no further or other notice is required.

## NO PRIOR REQUEST

8.  No prior motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, Aurelius respectfully requests that the Court enter an Order substantially in the form attached hereto as Exhibit A granting Aurelius authority to file the Deposition Transcripts under seal, and such other and further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
August 15, 2012

ASHBY & GEDDES, P.A.

/s/ Amanda Winfree
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
Leigh-Anne M. Raport (I.D. No. 5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

- and -

Daniel H. Golden
David M. Zensky
Deborah Newman
Mitchell Hurley
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
(212) 872-1000

*Attorneys for Aurelius Capital Management, LP*