## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: August 29, 2012 at 4:00 p.m.<br>Hearing Date: September 5, 2012 at 1:00 p.m.<br>Related to D.I. No. 12273 |

### NOTICE OF MOTION

    **PLEASE TAKE NOTICE** that on August 15, 2012, Aurelius Capital Management, LP, filed the *Motion of Aurelius Capital Management, LP for Authorization to Seal Exhibits C and D of the Declaration of David M. Zensky in Support of Aurelius's Reply Brief in Further Support of Motion for Stay Pending Appeal Pursuant to Bankruptcy Rule 8005 and Statement in Support of Certification* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

    **PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing on the Motion for **September 5, 2012 at 1:00 p.m. (E.T.)** before The Honorable Kevin J. Carey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

    **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before **August 29, 2012 at 4:00 p.m. (E.T.)**. Only properly and timely filed responses will be considered.

    **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

{00660913;v1 }

Dated: Wilmington, Delaware
August 15, 2012

                                  **ASHBY & GEDDES, P.A.**

                                  */s/ Amanda M. Winfree*

                                  William P. Bowden (I.D. No. 2553)
                                  Amanda M. Winfree (I.D. No. 4615)
                                  Leigh-Anne M. Raport (I.D. No. 5055)
                                  500 Delaware Avenue, 8th Floor
                                  P.O. Box 1150
                                  Wilmington, DE 19899
                                  (302) 654-1888

                                          - and -

                                  Daniel H. Golden
                                  David M. Zensky
                                  Deborah Newman
                                  Mitchell Hurley
                                  **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                  One Bryant Park
                                  New York, NY 10036
                                  (212) 872-1000

                                  *Attorneys for Aurelius Capital Management, LP*

{00660913;v1 }