## EXHIBIT A

**[Proposed Order Granting Motion to Seal]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            )
In re:                                                      )    Chapter 11
                                                            )
TRIBUNE COMPANY, et al.,                                    )    Case No. 08-13141 (KJC)
                                                            )
          Debtors.                                          )    Jointly Administered
                                                            )
                                                            )    **Related D.I. Nos. 12273 & _____**
------------------------------------------------------------x

## ORDER

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to Seal Exhibits C and D of the Declaration of David M. Zensky in Support of Aurelius's Reply Brief in Further Support of Motion for a Stay Pending Appeal Pursuant to Bankruptcy Rule 8005 and Statement in Support of Certification*; and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Aurelius Capital Management, LP is hereby granted permission to file under seal unredacted versions of *Exhibits C and D of the Declaration of David M. Zensky in Support of Aurelius's Reply Brief in Further Support of Motion for Stay Pending Appeal Pursuant to Bankruptcy Rule 8005 and Statement in Support of Certification* [Docket No. 12273], pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

Dated: _____, 2012

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE