**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| TRIBUNE COMPANY, et al., | : |
| | : Case No. 08-13141 (KJC) |
| Debtors. | : |
| | : (Jointly Administered) |
| | : |
| | : **Re: Docket No. ____** |

**ORDER GRANTING MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS TO SEAL: (I) REPLY OF LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS FOR STAY PENDING APPEAL OF CONFIRMATION ORDER, AND (II) DECLARATION OF MATTHEW B. STEIN IN FURTHER SUPPORT OF LAW DEBENTURE TRUST COMPANY AMERICA'S CERTIFICATION MOTION AND STAY MOTION**

Upon the motion (the "Seal Motion"), of Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture trustee under that certain Indenture dated March 19, 1996 between Tribune Company (with its debtor subsidiaries, "Tribune" or the "Debtors") (successor to The Times Mirror Company) and Citibank, N.A. (as amended, the "1996 Indenture"), and Deutsche Bank Trust Company Americas ("DBTCA" and together with Law Debenture, the "Appellants"), successor trustee under (i) that certain indenture dated March 1, 1992, by and between Tribune and Continental Bank, N.A. (as amended, the "1992 Indenture"); (ii) that certain indenture dated January 30, 1995, by and between Tribune and First Interstate Bank of California (as amended, the "1995 Indenture"); and (iii) that certain indenture dated January 1, 1997, by and between Tribune and Bank of Montreal Trust Company (as amended, the "1997 Indenture," and together with the 1992 Indenture, the 1995 Indenture, and the 1996 Indenture, the "Senior Indentures" and the notes and holders of notes issued pursuant to the

Senior Indentures, respectively, the "Senior Notes" and "Senior Noteholders"), for an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to file under seal the: (i) *Reply of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas for Stay Pending Appeal of Confirmation Order*, and (ii) *Declaration of Matthew B. Stein in Further Support of Law Debenture Trust Company of New York's and Deutsche Bank Trust Company Americas' Motion for Stay Pending Appeal of Confirmation Order and Motion Requesting Certification of Direct Appeal* (collectively, the "Appeal Pleadings"); and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Seal Motion as set forth therein is sufficient, and that no other or further notice need be provided; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Seal Motion is granted; and it is further

ORDERED that the Appellants are authorized to file the Appeal Pleadings and supporting documents thereto under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b); and it is further

ORDERED that the Appellants are authorized to take all actions necessary to effectuate the relief granted herein in accordance with the Seal Motion; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       September __, 2012

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge