## <u>CERTIFICATE OF SERVICE</u>

I, Mary E. Augustine, hereby certify that on this 15th day of August, 2012, I caused a copy of the foregoing *Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas to Seal: (i) Reply of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas for Stay Pending Appeal of Confirmation Order, and (ii) Declaration of Matthew B. Stein in further Support of Law Debenture Trust Company of New York's and Deutsche Bank Trust Company Americas' Certification Motion and Stay Motion* to be served upon those listed on the attached service list *via* United States First Class Mail.

*/s/ Mary E. Augustine*
Mary E. Augustine (No. 4477)