IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

### NOTICE TO BE REMOVED FROM ELECTRONIC NOTICE LIST

Nicholas J. Nastasi, of the law firm Saul Ewing LLP, hereby requests to be removed from the electronic filing list for the above-referenced cases.

Please remove the following Email Address: nnastasi@saul.com

**SAUL EWING LLP**

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)
Email: mminuti@saul.com

Dated: August 16, 2012

616410.1 8/16/12