

**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 9, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o  Epic Solutions - Tribune Company
757 Third Avenue
New York,  NY   10017

Re:  Claim withdrawal for TROY PUBLISHING CO INC.
     Docket #:  08-13173 KJC   Lead Docket #08-13141 KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Pre Petition proof of claim (claim #37) in the amount of $3,206.53 with a statement date of 12/22/2008.  There is no surviving Pre Petition period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel



**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 9, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District Of Delaware
c/o  Epic Solutions - Tribune Company
757 Third Avenue
New York, NY  10017

Re:   Claim withdrawal for CHICAGO TRIBUNE NEWSPAPERS, INC.
      Docket #:  08-13153  KJC  Lead Docket #08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Administrative Expense proof of claim (claim #6586) in the amount of $1,225.97 with a statement date of 07/12/2010.  There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel



**New York State Department of
Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 9, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District Of Delaware
c/o   Epic Solutions - Tribune Company
757 Third Avenue
New York,  NY   10017

Re:   Claim withdrawal for CHICAGO TRIBUNE NEWSPAPERS, INC.
        Docket #:  08-13153  KJC   Lead Docket #08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Pre Petition proof of claim (claim #6587) in the amount of $1,000.00 with a statement date of 07/12/2010.  There is no surviving Pre Petition period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
     Norman Fivel



**New York State Department of
Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 9, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District Of Delaware
c/o Epic Solutions - Tribune Company
757 Third Avenue
New York, NY 10017

Re: Claim withdrawal for CHICAGO RIVER PRODUCTION COMPANY
    Docket #: 08-13151 KJC   Lead Case #08-13141 KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Pre Petition proof of claim (claim #6597) in the amount of $12,029.31 with a statement date of 07/19/2010. There is no surviving Pre Petition period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel



**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 9, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District Of Delaware
c/o Epic Solutions - Tribune Company
757 Third Avenue
New York  NY  10017

Re:  Claim withdrawal for TRIBUNE ENTERTAINMENT PRODUCTION COMPANY
     Docket #:  08-13229  KJC  Lead Case #08-13141 KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Pre Petition proof of claim (claim #6598) in the amount of $1,000.00 with a statement date of 07/19/2010.  There is no surviving Pre Petition period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel

Case 08-13141-BLS    Doc 12280    Filed 08/16/12    Page 6 of 10



**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 09, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District Of Delaware
c/o  Epic Solutions - Tribune Company
757 Third Avenue
New York, NY  10017

Re:   Claim withdrawal for TRIBUNE BROADCASTING COMPANY
       Docket #:  08-13223  KJC   Lead Docket #08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 6th Amended Pre Petition proof of claim (claim #6746) in the amount of $48,901.16 with a statement date of 04/11/2011.  There is no surviving Pre Petition period proof of claim.  Claim #6746 has been satisfied and is therefore withdrawn, claim #6746 is being withdrawn, provided, however, that if all or any portion of the claim is hereafter required to be returned to or for the benefit of the debtor, the debtor's estate or the debtor's successor, the NYS Department of Taxation and Finance reserves the right to reinstate the claim as of the date it was originally filed.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
     Norman Fivel



**New York State Department of
Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 9, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District Of Delaware
c/o   Epic Solutions - Tribune Company
757 Third Avenue
New York,  NY   10017

Re:   Claim withdrawal for CHICAGO RIVER PRODUCTION COMPANY
      Docket #:  08-13151  KJC  Lead Docket #08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Administrative Expense proof of claim (claim #6807) in the amount of $ 274.92 with a statement date of 09/07/2011.  There is no surviving Administrative Expense period proof of claim.  Claim #6807 is being withdrawn, provided, however, that if all or any portion of the claim is hereafter required to be returned to or for the benefit of the debtor, the debtor's estate or the debtor's successor, the NYS Department of Taxation and Finance reserves the right to reinstate the claim as of the date it was originally filed.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel



**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 09, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District Of Delaware
c/o  Epic Solutions - Tribune Company
757 Third Avenue
New York, NY  10017

Re:   Claim withdrawal for 435 PRODUCTION COMPANY
        Docket #:  08-13142  KJC   Lead Docket #08-13141 KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Administrative Expense proof of claim (claim #6819) in the amount of $ 275.04 with a statement date of 09/26/2011.  There is no surviving Administrative Expense period proof of claim.  Claim #6819 is being withdrawn, provided, however, that if all or any portion of the claim is hereafter required to be returned to or for the benefit of the debtor, the debtor's estate or the debtor's successor, the NYS Department of Taxation and Finance reserves the right to reinstate the claim as of the date it was originally filed.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
     Norman Fivel



**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 09, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District Of Delaware
c/o Epic Solutions - Tribune Company
757 Third Avenue
New York, NY 10017

Re: Claim withdrawal for TRIBUNE BROADCASTING NEWS NETWORK, INC.
    Docket #: 08-13225 KJC   Lead Docket #08-13141 KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 2nd Amended Pre Petition proof of claim (claim #7097) in the amount of $1,000.00 with a statement date of 03/28/2012. There is no surviving Pre Petition period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel



**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 10, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o  Epic Solutions - Tribune Company
757 Third Avenue
New York,  NY   10017

Re:  Claim withdrawal for NEWPORT MEDIA, INC.  and  TRIBUNE NM, INC.
       Docket #:  08-13239  KJC   Lead Docket #:  08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Administrative Expense proof of claim (claim #7121) in the amount of $1,370.62 with a statement date of 05/16/2012.  There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
     Norman Fivel