**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 12262** |

# NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 17, 2012 AT 10:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

## MATTERS GOING FORWARD – STAY MOTIONS

1. Aurelius Capital Management, LP's Motion for a Stay Pending Appeal Pursuant to Bankruptcy Rule 8005 (Filed July 23, 2012) (Docket No. 12080)

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

Objection Deadline: August 8, 2012 at 4:00 p.m.

Responses Received:

(a) Objection of the DCL Plan Proponents to the Motions for a Stay Pending Appeal of the Confirmation Order (Filed August 8, 2012) (Docket No. 12217)

(b) Notice of Filing Amended Exhibit A to Objection of the DCL Plan Proponents to the Motions for a Stay Pending Appeal of the Confirmation Order (Filed August 10, 2012) (Docket No. 12243)

Related Documents:

(a) Opinion on Confirmation (Entered October 31, 2011) (Docket No. 10133)

(b) Memorandum Overruling Objections to Confirmation of the Fourth Amended Plan of Reorganization for Tribune Company and Its Subsidiaries and Denying Clarification Motion (Entered July 13, 2012) (Docket No. 12033)

(c) Order Overruling Plan Objections and Denying the Clarification Motion (Entered July 13, 2012) (Docket No. 12034)

(d) Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. (Entered July 23, 2012) (Docket No. 12074)

(e) Notice of Appeal from the Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. dated July 23, 2012 [Docket No. 12074], the Memorandum Overruling Objections to Confirmation of the Fourth Amended Plan of Reorganization for Tribune Company and its Subsidiaries and Denying Clarification Motion dated July 13, 2012 [Docket No. 12033], the Order Overruling Plan Objections and Denying the Clarification Motion dated July 13, 2012 [Docket No. 12034], and the Opinion on Confirmation dated October 31, 2011 [Docket No. 10133 (Filed July 23, 2012) (Docket No. 12077)

(f) Scheduling Order with Respect to Motions to Stay Pending Appeal of Confirmation Order and Motions for Certification of Direct Appeal of Confirmation Order (Entered August 1, 2012) (Docket No. 12147)

(g) **Aurelius Capital Management, LP's Reply Brief in Further Support of Motion for a Stay Pending Appeal Pursuant to Bankruptcy Rule 8005 and Statement in Support of Certification (Filed August 15, 2012) (Docket No. 12272)**

(h) **Declaration of David M. Zensky in Support of Aurelius's Reply Brief in Further Support of Motion for a Stay Pending Appeal Pursuant to Bankruptcy Rule 8005 and Statement in Support of Certification (Filed August 15, 2012) (Docket No. 12273)**

Status: This matter will be going forward.

2. Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas for Stay Pending Appeal of Confirmation Order (Filed July 23, 2012) (Docket No. 12085)

Objection Deadline: August 8, 2012 at 4:00 p.m.

Responses Received:

(a) Objection of the DCL Plan Proponents to the Motions for a Stay Pending Appeal of the Confirmation Order (Filed August 8, 2012) (Docket No. 12217)

(b) Notice of Filing Amended Exhibit A to Objection of the DCL Plan Proponents to the Motions for a Stay Pending Appeal of the Confirmation Order (Filed August 10, 2012) (Docket No. 12243)

Related Documents:

(a) Opinion on Confirmation (Entered October 31, 2011) (Docket No. 10133)

(b) Memorandum Opinion Regarding Allocation Disputes (Entered April 9, 2012) (Docket No. 11337)

(c) Order Regarding Allocation Disputes (Entered April 9, 2012) (Docket No. 11338)

(d) Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan Of Reorganization For Tribune Company and Its Subsidiaries And Denying Clarification Motion (Entered July 13, 2012) (Docket No. 12033)

(e) Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. (Entered July 23, 2012) (Docket No. 12074)

(f) Notice of Appeal filed by Deutsche Bank Trust Company Americas and Law Debenture Trust Company of New York (Filed July 23, 2012) (Docket No. 12083)

(g) Declaration of Matthew B. Stein in Support of Law Debenture Trust Company of New York's and Deutsche Bank Trust Company Americas' Certification Motion and Stay Motion (Filed July 24, 2012) (Docket No. 12087)

(h) Scheduling Order with Respect to Motions to Stay Pending Appeal of Confirmation Order and Motions for Certification of Direct Appeal of Confirmation Order (Entered August 1, 2012) (Docket No. 12147)

(i) Joinder of Wilmington Trust Company, Solely in its Capacity as Successor Indenture Trustee Pursuant to the PHONES Indenture to the Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas for Stay Pending Appeal of Confirmation Order (Filed August 2, 2012) (Docket No. 12160)

(j) **Reply and Joinder of Wilmington Trust Company, Solely in its Capacity as Successor Indenture Trustee Pursuant to the PHONES Indenture to the Replies of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas to (A) Objection to Motion Seeking Certification of Direct Appeal to United States Court of Appeals for Third Circuit of the Unfair Discrimination Issue in the Allocation Disputes Order as Incorporated in the Order and Memorandum Opinion on Confirmation; and (B) Objection to Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas for Stay Pending Appeal of Confirmation Order (Filed August 15, 2012) (Docket No. 12271)**

(k) **Declaration of Matthew B. Stein in Further Support of Law Debenture Trust Company of New York's and Deutsche Bank Trust Company America's Certification Motion and Stay Motion (Filed August 15, 2012) (Docket No. 12274)**

(l) **Reply of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas for Stay Pending Appeal of Confirmation Order (Filed August 15, 2012) (Docket No. 12277)**

Status: This matter will be going forward.

## MATTERS GOING FORWARD – DIRECT APPEAL MOTIONS

3. Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Pursuant to 28 U.S.C. § 158(d)(2) and Fed. R. Bankr. P. 8001(f) Requesting Certification of Direct Appeal to United States Court of Appeals for Third Circuit of the Unfair Discrimination Issue in the Allocation Disputes Order as Incorporated in the Order and Memorandum Opinion on Confirmation (Filed July 23, 2012) (Docket No. 12084)

Objection Deadline: August 8, 2012 at 4:00 p.m.

Responses Received:

(a) Objection of the DCL Plan Proponents to the Trustees' and EGI-TRB, LLC's Motions for an Order Certifying Direct Appeal of the Confirmation Order to the Court of Appeals for the Third Circuit (Filed August 8, 2012) (Docket No. 12216)

Related Documents:

(a) Opinion on Confirmation (Entered October 31, 2011) (Docket No. 10133)

(b) Memorandum Opinion Regarding Allocation Disputes (Entered April 9, 2012) (Docket No. 11337)

(c) Order Regarding Allocation Disputes (Entered April 9, 2012) (Docket No. 11338)

(d) Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan Of Reorganization For Tribune Company and Its Subsidiaries And Denying Clarification Motion (Entered July 13, 2012) (Docket No. 12033)

(e) Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. (Entered July 23, 2012) (Docket No. 12074)

(f) Notice of Appeal filed by Deutsche Bank Trust Company Americas and Law Debenture Trust Company of New York (Filed July 23, 2012) (Docket No. 12083)

(g) Declaration of Matthew B. Stein in Support of Law Debenture Trust Company of New York's and Deutsche Bank Trust Company Americas' Certification Motion and Stay Motion (Filed July 24, 2012) (Docket No. 12087)

(h) Scheduling Order with Respect to Motions to Stay Pending Appeal of Confirmation Order and Motions for Certification of Direct Appeal of Confirmation Order (Entered August 1, 2012) (Docket No. 12147)

(i) Joinder of Wilmington Trust Company, Solely in its Capacity as Successor Indenture Trustee Pursuant to the PHONES Indenture to the Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Pursuant to 28 U.S.C. § 158(d)(2) and Fed. R. Bankr. P. 8001(f) Requesting Certification of Direct Appeal to United States Court of Appeals for Third Circuit of the Unfair Discrimination Issue in the Allocation Disputes Order as Incorporated in the Order and Memorandum Opinion on Confirmation (Filed August 2, 2012) (Docket No. 12159)

(j) **Reply and Joinder of Wilmington Trust Company, Solely in its Capacity as Successor Indenture Trustee Pursuant to the PHONES Indenture to the Replies of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas to (A) Objection to Motion Seeking Certification of Direct Appeal to United States Court of Appeals for Third Circuit of the Unfair Discrimination Issue in the Allocation Disputes Order as Incorporated in the Order and Memorandum Opinion on Confirmation; and (B) Objection to Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas for Stay Pending Appeal of Confirmation Order (Filed August 15, 2012) (Docket No. 12271)**

(k) **Declaration of Matthew B. Stein in Further Support of Law Debenture Trust Company of New York's and Deutsche Bank Trust Company America's Certification Motion and Stay Motion (Filed August 15, 2012) (Docket No. 12274)**

(l) **Law Debenture Trust Company of New York's and Deutsche Bank Trust Company Americas' Reply in Support of Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Pursuant to 28 U.S.C. § 158(d)(2) and Fed. R. Bankr. P. 8001(f) Requesting Certification of Direct Appeal to United States Court of Appeals for Third Circuit of the Unfair Discrimination Issue in the Allocations Disputes Order as Incorporated in the Order and Memorandum Opinion on Confirmation (Filed August 15, 2012) (Docket No. 12275)**

Status: This matter will be going forward.

4. EGI-TRB, LLC's Motion for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit (Filed August 6, 2012) (Docket No. 12198)

Objection Deadline: August 8, 2012 at 4:00 p.m.

Responses Received:

(a) Objection of the DCL Plan Proponents to the Trustees' and EGI-TRB, LLC's Motions for an Order Certifying Direct Appeal of the Confirmation Order to the Court of Appeals for the Third Circuit (Filed August 8, 2012) (Docket No. 12216)

Related Documents:

(a) Memorandum Opinion Regarding Allocation Disputes (Entered April 9, 2012) (Docket No. 11337)

(b) Order Regarding Allocation Disputes (Entered April 9, 2012) (Docket No. 11338)

(c) Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. (Entered July 23, 2012) (Docket No. 12074)

(d) Scheduling Order with Respect to Motions to Stay Pending Appeal of Confirmation Order and Motions for Certification of Direct Appeal of Confirmation Order (Entered August 1, 2012) (Docket No. 12147)

(e) Notice of Appeal filed by EGI-TRB LLC (Filed August 3, 2012) (Docket No. 12177)

(f) **EGI-TRB, LLC's Reply in Support of its Motion for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit (Filed August 15, 2012) (Docket No. 12265)**

Status: This matter will be going forward.

**MATTERS GOING FORWARD**

5. Motion Pursuant to Fed. R. Bankr. P. 9006 and Local Rule 9006-2 to Extend Time for DCL Plan Proponents to File Designation of Additional Items to be Included in the Record on Appeal Pursuant to Fed. R. Bankr. P. 8006 (Filed August 6, 2012) (Docket No. 12203)

Objection Deadline: August 17, 2012 at 10:00 a.m.

Responses Received:

(a) Objection of Aurelius Capital Management, LP to the DCL Plan Proponents' Motion to Extend Time to File Designation of Additional Items to be Included in the Record On Appeal (Filed August 10, 2012) (Docket No. 12237)

Related Documents:

(a) Order Shortening Notice and Objection Period with Respect to the (I) Motion Pursuant to Fed. R. Bankr. P. 9006 and Local Rule 9006-2 to Extend Time for DCL Plan Proponents to File Designation of Additional Items to be Included in the Record on Appeal Pursuant to Fed. R. Bankr. P. 8006 and (II) Wilmington Trust Company's Motion Pursuant to Rule 9006 of Federal Rules of Bankruptcy Procedure and Local Rules 9006-1(a) and 9006-2 to Enlarge Time to File Record and Issues on Appeal (Entered August 15, 2012) (Docket No. 12260)

Status: The Court granted the Motion to Shorten. This matter will be going forward.

6. Wilmington Trust Company's Motion Pursuant to Rule 9006 of Federal Rules of Bankruptcy Procedure and Local Rules 9006-1(a) and 9006-2 to Enlarge Time to File Record and Issues on Appeal (Filed August 13, 2012) (Docket No. 12249)

Objection Deadline: August 17, 2012 at 10:00 a.m.

Responses Received: None at this time.

Related Documents:

(a) Notice of Appeal filed by Wilmington Trust Company (Filed August 2, 2012) (Docket No. 12157)

(b) Order Shortening Notice and Objection Period with Respect to the (I) Motion Pursuant to Fed. R. Bankr. P. 9006 and Local Rule 9006-2 to Extend Time for DCL Plan Proponents to File Designation of Additional Items to be Included in the Record on Appeal Pursuant to Fed. R. Bankr. P. 8006 and (II) Wilmington Trust Company's Motion Pursuant to Rule 9006 of Federal Rules of Bankruptcy Procedure and Local Rules 9006-1(a) and 9006-2 to Enlarge Time to File Record and Issues on Appeal (Entered August 15, 2012) (Docket No. 12260)

Status: The Court granted the Motion to Shorten. This matter will be going forward.

Dated: August **16**, 2012

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: */s/ Norman L. Pernick*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION