## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x

In re:                                                  :       Chapter 11
                                                        :
TRIBUNE COMPANY, et al.,                                :       Case No. 08-13141 (KJC)
                                                        :
               Debtors.                                 :       (Jointly Administered)
                                                        :
                                                        :
                                                        :
----------------------------------------------------------------x

## EGI-TRB, LLC'S STATEMENT OF ISSUES
## AND DESIGNATION OF RECORD ON APPEAL

EGI-TRB, LLC ("EGI-TRB" or "Appellant"), pursuant to Rule 8006 of the

Federal Rules of Bankruptcy Procedure, hereby files its (i) statement of issues to be presented

on appeal and (ii) designation of the items to be included in the record on appeal, in connection

with its appeal from the *Memorandum Overruling Objections To Confirmation Of The Fourth*

*Amended Plan of Reorganization For Tribune Company And Its Subsidiaries And Denying*

*Clarification Motion And Order Overruling Plan Objections And Denying The Clarification*

*Motion*, dated July 13, 2012 [D.I. 12033] (the "Confirmation Memorandum") and

accompanying *Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune*

*Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured*

*Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan*

*Chase Bank, N.A.*, dated July 23, 2012 [D.I. 12074] (the "Confirmation Order"), including,

without limitation, any and all judgments, decrees, decisions, rulings, and/or opinions that

merged into and/or became part of the Confirmation Order, that are related to the Confirmation

Order, and/or upon which the Confirmation Order is based, including without limitation, the

*Memorandum Regarding Allocation Disputes*, dated April 9, 2012 [D.I. 11337] and

accompanying *Order Regarding Allocation Disputes*, dated April 9, 2012 [D.I. 11338], the

1

*Opinion on Confirmation*, dated October 31, 2011 [D.I. 10133] and accompanying *Order Denying Confirmation of Competing Plans*, dated October 31, 2011 [D.I. 10134], the *Memorandum on Reconsideration*, dated December 12, 2011 [D.I. 10531] and accompanying *Order Regarding Motions for Reconsideration of the Confirmation Opinion*, dated December 12, 2011 [D.I. 10532].

## I.   Statement of Issues on Appeal.[1]

1.      Whether the Bankruptcy Court erred in its interpretation of the scope of EGI-TRB's contractual subordination agreement.

2.      Whether the Bankruptcy Court erred by ruling that EGI-TRB's contractual subordination agreement applies to distributions of Settlement proceeds, Litigation Trust recoveries, or proceeds of Bankruptcy Code Chapter 5 causes of action.

## II.   Designation of Record on Appeal

Appellant hereby designates the following items to be included in the record on appeal, together with all exhibits, attachments and documents incorporated by reference therein:

| Number | Filing Date | Docket No., Bates Range, Exhibit No. | Docket Text |
|---|---|---|---|
| 1. | 7/26/2010 | 5130-34 | Report of Kenneth N. Klee, As Examiner |
| 2. | 8/11/2010 | 5336 | EGI-TRB's Conditional Objection to Confirmation of the Debtors' Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries |

---

[1] Capitalized terms used by not defined in this Statement of Issues on Appeal have the meanings given to them in the *Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A.*

| | | | |
|---|---|---|---|
| 3. | 12/10/2010 | 7136 | Joint Amended Chapter 11 Plan of Reorganization (First) for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 4. | 02/04/2011 | 7801 | Joint Amended Chapter 11 Plan of Reorganization (Second) for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Committee and the Lenders |
| 5. | 2/15/2011 | 7988 | EGI-TRB LLC's Objection to Confirmation of (A) the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JPMorgan Chase Bank N.A. and (B) The Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in Its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Indenture Trustee for the PHONES Notes |
| 6. | 2/26/2011 | 8173 | Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 7. | 4/5/2011 | 8580 | Modified Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 8. | 04/14/2011 | 8655 | Transcript regarding Hearing Held 4/13/2011 RE: Confirmation. |

135030.01600/40202875v.2

| 9. | 4/19/2011 | 8700 | Transcript of Hearing Held on April 14, 2011 |
|---|---|---|---|
| 10. | 5/11/2011 | 8885 | EGI-TRB, LLC's Letter Objection to Proposed Plans of Reorganization |
| 11. | 6/16/2011 | 9268 | Post-Confirmation Hearing Brief of Wilmington Trust Company, As Successor Indenture Trustee for the PHONES  (Filed Under Seal) |
| 12. | 08/05/2011 | 9619 | Transcript regarding Hearing Held 6/27/2011. |
| 13. | 10/6/2011 | 9904 | Transcript of Hearing Held on March 7, 2011 |
| 14. | 10/6/2011 | 9905 | Transcript of Hearing Held on March 8, 2011 |
| 15. | 10/6/2011 | 9906 | Transcript of Hearing Held on March 9,2011 |
| 16. | 10/6/2011 | 9907 | Transcript of Hearing Held on March 10, 2011 |
| 17. | 10/6/2011 | 9908 | Transcript of Hearing Held on March 11,2011 |
| 18. | 10/6/2011 | 9909 | Transcript of Hearing Held on March 14,2011 |
| 19. | 10/6/2011 | 9910 | Transcript of Hearing Held on March 15,2011 |
| 20. | 10/6/2011 | 9911 | Transcript of Hearing Held on March 16, 2011 |
| 21. | 10/6/2011 | 9912 | Transcript of Hearing Held on March 17,2011 |
| 22. | 10/6/2011 | 9913 | Transcript of Hearing Held on March 18, 2011 |
| 23. | 10/6/2011 | 9914 | Transcript of Hearing Held on April 12, 2011 |
| 24. | 10/06/2011 | 9915 | Revised and Final Version Transcript regarding Hearing Held 6/27/2011 |
| 25. | 10/31/2011 | 10133 | Confirmation Opinion |
| 26. | 10/31/2011 | 10134 | Order denying Confirmation |
| 27. | 11/14/2011 | 10222 | Motion of Deutsche Bank Trust Company Americas and Law Debenture Trust Company of New York to Reconsider the Courts Confirmation Opinion With Respect to the Subordination of the Phones |
| 28. | 11/14/2011 | 10223 | Joinder of Davidson Kempner Capital Management LLC to Joint Motion to Reconsider the Courts Confirmation Opinion With Respect to the Subordination of the Phones |

135030.01600/40202875v.2

| 29. | 11/14/2011 | 10225 | Joinder of Brigade Capital Management in the Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the Phones |
|-----|------------|-------|---|
| 30. | 11/14/2011 | 10226 | Motion of Aurelius Capital Management, LP to Reconsider the Court's October 31, 2011 Decision as it Pertains to the Application of PHONES Notes Subordination |
| 31. | 11/16/2011 | 10238 | Joinder of Deutsche Bank Trust Company Americas to Motion of Aurelius Capital Management, LP for Reconsideration of the Courts October 31, 2011 Decision as it Pertains to the Application of Phones Notes Subordination |
| 32. | 11/18/2011 | 10273 | Third Amended Chapter 11 Plan. Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. |
| 33. | 12/06/2011 | 10365 | Objection of EGI-TRB to (1) Motion Of Aurelius Capital Management, LP For Reconsideration Of The Courts October 31, 2011 Decision As It Pertains To The Application Of Phones Notes Subordination; (2) Joint Motion Of Law Debenture Trust Company Of New York And Deutsche Bank Trust Company Americas Requesting Reconsideration Of The Courts Confirmation Opinion With Respect To The Subordination Of The Phones; And (3) Joinders By Brigade Capital Management, LLC, Davidson Kempner Capital Management LLC, And Deutsche Bank Trust Company Americas |
| 34. | 12/06/2011 | 10366 | Response of TM Retirees to Motions for Reconsideration of Portions of the October 31, 2011 Opinion on Confirmation |
| 35. | 12/06/2011 | 10371 | Omnibus Objection of Wilmington Trust Company to Motions for Reconsideration of this Court's Decision on PHONES Subordination and the Proceeds of the Litigation Trust Under the DCL Plan |

135030.01600/40202875v.2

| 36. | 12/09/2011 | 10396 | Omnibus reply in Support of Motion of Aurelius Capital Management, LP for Reconsideration of the Courts October 31, 2011 Decision as it Pertains to The Application of the PHONES NOTES Subordination |
|---|---|---|---|
| 37. | 12/09/2011 | 10399 | Joint Reply of Deutsche Bank Trust Company Americas and Law Debenture Trust Company of New York in further support of their request for reconsideration of the courts confirmation opinion with respect to the Subordination of the Phones |
| 38. | 12/09/2011 | 10400 | Joinder of Davidson Kempner Capital Management LLC to Joint Reply of Law Denture Trust Company of New York and Deutsche Bank Trust Company Americas |
| 39. | 12/09/2011 | 10401 | Joinder of Brigade Capital Management in the Joint Reply of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas in Further Support of Their Request for Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the Phones |
| 40. | 12/16/2011 | 10460 | Transcript regarding Hearing Held 12/14/2011 RE: Oral Argument on Motions for Reconsideration |
| 41. | 12/29/2011 | 10531 | Memorandum on Reconsideration |
| 42. | 12/29/2011 | 10532 | Order regarding Motions for Reconsideration of the Confirmation Opinion and Order |
| 43. | 1/24/2012 | 10692 | Order (With Revisions Made by the Court) Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan |
| 44. | 1/31/2012 | 10776 | Tribune's Preliminary Statement Regarding Allocation Disputes |
| 45. | 1/31/2012 | 10777 | Barclays Bank's Position Statement Regarding Allocation Disputes |
| 46. | 1/31/2012 | 10782 | Oaktree Capital Management's Preliminary Statement on Allocation Disputes |
| 47. | 1/31/2012 | 10784 | Law Debenture Trust Co. of NY's Preliminary Statement |

135030.01600/40202875v.2

| 48. | 1/31/2012 | 10785 | Joinder of Davidson Kempner Capital Management LLC, as Investment Advisor, to Preliminary Statement of Law Debenture Trust Co. of NY |
|---|---|---|---|
| 49. | 1/31/2012 | 10786 | Joinder of Brigade Capital Management, LLC in the Preliminary Statement of Law Debenture Trust Co. of NY |
| 50. | 1/31/2012 | 10787 | Preliminary Statement of TM Retirees With Respect To Allocation Disputes |
| 51. | 1/31/2012 | 10789 | Preliminary Statement of Aurelius Capital Management, LP, on Allocation Disputes |
| 52. | 1/31/2012 | 10791 | EGI-TRB, LLC's Preliminary Statement On Allocation Disputes |
| 53. | 1/31/2012 | 10792 | Wilmington Trust Company's Preliminary Statement on the Allocation Disputes |
| 54. | 1/31/2012 | 10793 | Committee of Unsecured Creditors' Preliminary Statement in Connection with Resolution of the Allocation Disputes |
| 55. | 1/31/2012 | 10794 | Joinder of Deutsche Bank Trust Company Americas to Preliminary Statement of Law Debenture Trust Co. of NY In Connection With Allocation Disputes |
| 56. | 2/1/2012 | 10800 | EGI-TRB, LLC's Amended Preliminary Statement on Allocation Disputes |
| 57. | 2/22/2012 | 10972 | Joinder of Aurelius Capital Management, LP to Objection of Law Debenture Trust Co. of NY to Motion of the Retirees to Clarify or Modify Allocation Disputes Scheduling Order to Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes |
| 58. | 2/24/2012 | 10994 | Opening Brief of TM Retirees With Respect to Resolution of Allocation Disputes in Connection With Confirmation of the Third Amended DCL Plan |
| 59. | 2/24/2012 | 10999 | Wilmington Trust Company's Opening Brief on the Allocation Disputes |
| 60. | 2/24/2012 | 11000 | Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute |
| 61. | 2/24/2012 | 11001 | EGI-TRB, LLC's Opening Memorandum/Brief in Support of Its Position on Allocation Disputes Identified in Its Preliminary Statement |

7

| 62. | 2/24/2012 | 11003 | Oaktree Capital Management's Opening Brief Regarding Allocation Disputes |
| 63. | 2/24/2012 | 11004 | Debtors' Opening Brief Regarding Factual Information Relevant to Allocation Disputes |
| 64. | 2/24/2012 | 11005 | Joinder of the Debtors to Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute |
| 65. | 2/24/2012 | 11006 | Barclays Bank's Joinder to the Opening Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, on the Allocation Disputes |
| 66. | 2/24/2012 | 11007 | Brief of Aurelius Capital Management, LP in Support of Its Positions Regarding the Allocation Disputes |
| 67. | 2/24/2012 | 11008 | Appendix A to EGI-TRB, LLC's Opening Brief in Support of Its Position on Allocation Disputes Identified in Its Preliminary Statement |
| 68. | 2/24/2012 | 11010 | Deutsche Bank and Law Debenture Trust Co. of NY Brief (Joint Opening) with Respect to Allocation Disputes |
| 69. | 2/24/2012 | 11011 | Wilmington Trust Company Exhibit(s) Binder of Exhibits Referenced in Opening Brief on the Allocation Disputes |
| 70. | 2/24/2012 | 11012 | Joinder of Davidson Kempner Capital Management LLC, as Investment Advisor, to Joint Opening Brief of Law Debenture Trust Co. of NY Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to Allocation Disputes |
| 71. | 2/24/2012 | 11013 | Brigade Capital Management's Joinder in the Joint Opening Brief of Law Debenture Trust Co. of NY Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Dispute |
| 72. | 3/2/2012 | 11060 | Joinder -In-Part of Aurelius Capital Management, LP to Joint Opening Brief of Law Debenture Trust Co. of NY Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Disputes |

| 73. | 3/2/2012 | 11061 | Joinder -In-Part of Aurelius Capital Management, LP to Opening Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, on the Allocation Disputes |
|---|---|---|---|
| 74. | 3/2/2012 | 11064 | TM Retirees' Reply Brief With Respect to Resolution of Allocation Disputes in Connection With Confirmation of the Third Amended DCL Plan |
| 75. | 3/2/2012 | 11065 | EGI-TRB, LLC's Response Brief Related To Allocation Disputes |
| 76. | 3/2/2012 | 11066 | Debtors' Response Brief Regarding Allocation Disputes |
| 77. | 3/2/2012 | 11067 | Oaktree Capital Management's Response Brief Regarding Allocation Disputes |
| 78. | 3/2/2012 | 11068 | Committee of Unsecured Creditors' Reply Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute |
| 79. | 3/2/2012 | 11069 | Law Debenture Trust Co. of NY's Brief Joint Response Brief With Respect to Allocation Disputes |
| 80. | 3/2/2012 | 11070 | Davidson Kempner Joinder to Joint Response Brief With Respect to Allocation Disputes |
| 81. | 3/2/2012 | 11071 | Joinder of the Debtors to Reply Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute. |
| 82. | 3/2/2012 | 11072 | Brief of Aurelius Capital Management, LP In Further Support Of Its Positions Regarding The Allocation Disputes |
| 83. | 3/2/2012 | 11073 | Reply Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, on the Allocation Disputes |
| 84. | 3/2/2012 | 11074 | Stipulation on Certain Facts Relevant to the Allocation Disputes Between Tribune Company and Official Committee of Unsecured Creditors, Law Debenture Trust Co. of NY Trust Company of New York, Wilmington Trust Company, solely in its capacity as successor Indenture Trustee |
| 85. | 3/2/2012 | 11076 | Brigade Capital Management's Joinder to the Joint Response Brief of Law Debenture Trust Co. of NY and Deutsche Bank Trust Company Americas with Respect to the Allocation Disputes |

9

| 86. | 3/2/2012 | 11079 | Stipulation on Documents Relevant to the Allocation Disputes Offered by Oaktree Capital Management, L.P. |
|---|---|---|---|
| 87. | 3/2/2012 | 11080 | Partial Joinder of the Official Committee of Unsecured Creditors to the Debtors' Response Brief Regarding Allocation Disputes |
| 88. | 3/9/2012 | 11116 | Amended Master Exhibit List for Use in Connection with the Allocation Disputes Hearing |
| 89. | 3/9/2012 | 11120 | Aurelius' Letter Brief re Allocation Disputes |
| 90. | 3/9/2012 | 11121 | Oaktree Capital Management's Letter Brief re Allocation Disputes |
| 91. | 3/9/2012 | 11122 | TM Retirees' Letter Brief Re Allocation Disputes |
| 92. | 3/9/2012 | 11123 | Tribune's Letter Brief re Allocation Disputes |
| 93. | 3/9/2012 | 11124 | EGI-TRB, LLC's Letter Brief re Allocation Disputes |
| 94. | 3/9/2012 | 11125 | Committee of Unsecured Creditors' Letter Brief re Allocation Disputes |
| 95. | 3/9/2012 | 11127 | Law Debenture Trust Co. of NY's Letter to Judge Carey from David S. Rosner re Allocation Disputes |
| 96. | 3/13/2012 | 11144 | Law Debenture Trust Co. of NY's Letter in response to Debtor's March 9, 2012 Letter regarding Allocation Dispute No. 6 |
| 97. | 3/16/2012 | 11164 | Transcript regarding Hearing Held 3/6/2012 |
| 98. | 3/16/2012 | 11165 | Transcript regarding Hearing Held 3/5/2012 |
| 99. | 3/16/2012 | 11168 | Third Amended Chapter 11 Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P , and JPMorgan Chase Bank, N.A. (As Modified March 16, 2012)) |
| 100. | 4/9/2012 | 11337 | Memorandum Regarding Allocation Disputes |
| 101. | 4/9/2012 | 11338 | Order Regarding Allocation Disputes |

135030.01600/40202875v.2

| 102. | 4/17/2012 | 11399 | Amended Chapter 11 Plan (Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.) |
|------|-----------|-------|---|
| 103. | 5/21/2012 | 11658 | EGI-TRB, LLC's Objection to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors |
| 104. | 6/1/2012 | 11742 | Tribune Company's Joint Pretrial Memorandum Related to the Confirmation of a Plan of Reorganization for Tribune Company and Its Subsidiaries |
| 105. | 6/1/2012 | 11745 | Debtor/Committee/Lender's Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. |
| 106. | 6/1/2012 | 11747 | Amended Chapter 11 Plan (Notice of Filing of Proposed Amendments to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 107. | 6/7/2012 | 11765 | Transcript regarding Hearing Held 6/6/2012 RE: Telephonic Hearing re: Status on Confirmation Hearing |
| 108. | 7/13/2012 | 12033 | Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan Of Reorganization For Tribune Company and Its Subsidiaries And Denying Clarification Motion |

135030.01600/40202875v.2

| 109. | 7/20/2012 | 12072 | Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as Modified July 19,2012) |
| --- | --- | --- | --- |
| 110. | 7/23/2012 | 12074 | Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. |
| 111. | 8/3/2012 | 12177 | EGI-TRB, LLC's Notice of Appeal |
| 112. | 8/6/2012 | 12198 | Motion for Request for Certification of Direct Appeal to Circuit Court |
| 113. | 8/15/2012 | 12265 | EGI-TRB, LLC Reply In Support of Motion For Request For Certification of Direct Appeal To Circuit Court |
| 114. | 4/1/1999 | WTC0000001-77<br><br>ADH Ex. 2 | Indenture dated as of April 1, 1999 between Tribune Company and Bank of Montreal Trust Company (Filed Under Seal) |
| 115. | | WTC000094-WTC000114<br><br>ADH Ex. 3 | TRIBUNE COMPANY 8,000,000 PHONES Exchangeable Subordinated Debenture Due 2029<br><br>(Exchangeable for Cash Based on Value of America Online, Inc. Common Stock) |
| 116. | 4/23/2007 | TRB0135496-TRB0135510<br><br>ADH Ex. 5 | Subordinated Exchangeable Promissory Note (Filed Under Seal)<br><br>(EGI-TRB Step One Note) |
| 117. | 12/20/2007 | TRB0506433-TRB0506439; DCL Confirmation Ex. 901<br><br>ADH Ex. 6 | Subordinated Promissory Note (Filed Under Seal)<br><br>(EGI-TRB Step Two Notes) |

135030.01600/40202875v.2

| 118. | 12/20/2007 | TRB0524215-TRB0524220<br><br>ADH Ex. 8 | Subordination Agreement (Filed Under Seal)<br><br>(EGI-TRB Step Two Notes Subordination Agreement) |
|---|---|---|---|
| 119. | 2/24/2012 | ADH Ex. 115 | Phones Claim Stipulation |
| 120. | 4/5/2007 | ADH Ex. 137 | Tribune Company Form 8-K filed with the SEC |
| 121. | 4/24/2007 | ADH Ex. 139 | Tribune Company Form 8-K filed with the SEC |
| 122. | 7/13/2007 | ADH Ex. 145 | Tribune Company Definitive Proxy Statement filed with the SEC |
| 123. | 6/2/2009 | EGI-LAW 00243345–EGI-LAW00243347<br><br>ADH Ex. 150 | Letter from G. Jenkins of Goldberg Kohn to B. Krakauer of Sidley Austin (Filed Under Seal) |
| 124. | 2/4/2012 | TRB2000004<br><br>ADH Ex. 152 | The Alvarez & Marsal model of recoveries produced by Debtors (Filed Under Seal) |
| 125. | 2/23/2012 | ADH Ex. 156 | Deposition Testimony of William Pate (excerpts) (Filed Under Seal) |
| 126. | 2/23/2012 | ADH Ex. 157 | Deposition Testimony of Christopher Hochschild (excerpts) (Filed Under Seal) |
| 127. | 7/2010 | EGI-TRB Ex. 12 | Examiner Klee's Report (excerpts), on the same basis as was permitted for the 2011 case confirmation hearings |

135030.01600/40202875v.2

Dated: August 17, 2012

Respectfully submitted,

BLANK ROME LLP

By: /s/ *David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

        and

JENNER & BLOCK LLP
David J. Bradford (admitted *pro hac vice)*
Catherine L. Steege (admitted *pro hac vice*)
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-04844

*Counsel for EGI-TRB, LLC*

135030.01600/40202875v.2