IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al., | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related Docket No.: 11978** |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE FIFTH MONTHLY**
**FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION**
**OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS**
**SPECIAL LITIGATION COUNSEL FOR THE PERIOD**
**DECEMBER 1, 2011 THROUGH MAY 31, 2012**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Members (the "Administrative Order") [Docket No. 215], Campbell & Levine, LLC ("Campbell & Levine"), submitted on July 10, 2012, a monthly application (the "Application") [Docket No. 11978] for services rendered and reimbursement of expenses incurred for the period of December 1, 2011 to May 31, 2012 as Special Litigation Counsel to the Debtors and Debtors in Possession in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before July 30, 2012 at 4:00 P.M. As of this date no objections to the Application have been received by the undersigned. Moreover, the undersigned further certifies that he has reviewed the Court's docket in this case and that no objections to the Application were filed. In

{D0234075.1 }

accordance with the Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Campbell & Levine eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

Dated: August 17, 2012

          CAMPBELL & LEVINE, LLC

          */s/ Mark T. Hurford*
          Mark T. Hurford (I.D. #3299)
          800 N. King Street, Suite 300
          Wilmington, DE  19899
          Telephone:  (302) 426-1900
          Facsimile:  (302) 426-9947
          mhurford@camlev.com

          *Special Litigation Counsel to the Debtors*
          *and Debtors in Possession*