# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** August 17, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Bendernagel | Sidley | Debtors |
| James Ducayet | " | " |
| Jeff Steen | " | " |
| Norman Pernick | Cole Schotz | " |
| Michael Russano | Davis Polk | JP Morgan |
| Karen Luftglass | " | " |
| Eli Vonnegut | " | " |
| Drew Sloan | Richards Layton | " |
| Bruce Bennett | Jones Day | Credit Agreement Lenders |
| James Johnston | " | " |
| Robert Brady | Young Conaway | " |
| Blake Cleary | " | " |

# SIGN-IN-SHEET

CASE NAME: Tribune Company  
CASE NO.: 08-13141-KJC  

COURTROOM LOCATION: 5  
DATE: August 17, 2012  

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laurie Selber Silverstein | Potter Anderson Corroon | Merrill Lynch |
| R. Stephen McNeill | " | " |
| Scott Leonhardt | Rosner Law Group | Stone Tower |
| David Rosner / Shari Scharfer | | |
| Christie Mahyro / Matt Stein | Kasowitz Benson | Law Debenture |
| David Carickhoff | Blank Rome | EGI-TRB, LLC |
| David Klauder | U.S. Trustee | U.S. Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# SIGN-IN-SHEET

CASE NAME: Tribune Company  
CASE NO.: 08-13141-KJC  
COURTROOM LOCATION: 5  
DATE: August 17, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam G. Landis | Landis Rath + Cobb | The Committee |
| David LeMay | Chadbourne + Parke | " " |
| Andrew Rosenblat | " " | " " |
| Marc Roitman | " " | " " |
| James Sottile | Zuckerman Spaeder | " " |
| (illegible) | (illegible) | (illegible) |
| Gordon Novod | Brown Rudnick | Wilmington Trust |
| William Hazeltine | Sullivan Hazeltine Allinson | " |
| Robin Grogan / Matthew Skrzynski / Christie Mankuta | Bifferato Gentilotti / Kasowitz | Law Debenture |
| David Golden | Akin Gump | Aurelius |
| David Zensky | " | " |
| Debbie Newman | " | " |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey #5**

Calendar Date: 08/17/2012
Calendar Time: 10:00 AM ET

Amended Calendar 08/17/2012 06:15 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 5110996 | Jason D. Abbruzzese | 212-612-1441 | Realm Partners | Creditor, Realm Partners / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5111979 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5105498 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5076577 | Carol L. Bale | (212) 588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5113111 | Eric Bilmes | 212-588-5115 | HBK Capital Management | Creditor, HBK Capital Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5110718 | Jessica Boelter | (312) 853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5111776 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5114357 | Paul Burgo | (212) 506-1865 | Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Company of New York / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5113887 | Cassandra Burton-Caverly | 202-326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5106125 | Robert Channick | (312) 222-4840 | Robert Channick - In Pro Per/Pro Se | Interested Party, Robert Channick / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5108245 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5096243 | Michael D'Agostino | 860-240-2731 | Bingham McCutchen, LLP | Interested Party, T Rowe Price et al / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5113158 | David W. Derr | (203) 719-9776 | UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5111965 | Douglas Deutsch | (212) 408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5114757 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5111982 | Michael Distefano | (212) 408-5539 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5087631 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, Defendants(Former Directors and Officers) / LIVE |
| Tribune Company | 08-13141 | Hearing | 5115437 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5114744 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5110878 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5106105 | Matthew Frank | 312-371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5114383 | Daniel H. Golden | (212) 872-8010 | Akin Gump Strauss Hauer & Feld L.L.P. | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 5111999 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5114632 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5110591 | Dan Gropper | (646) 445-6500 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5090282 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 5111752 | Evan Jones | (213) 430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 5113747 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5086466 | Michael J. Kelly | (212) 554-1760 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5110727 | Geoffrey King | (312) 853-0324 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5115443 | Stuart Kovensky | 201-541-2121 | Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5114387 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5111267 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, CitiGroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5114565 | Ane Launy | (212) 357-8935 | Goldman, Sachs & Co. | Interested Party, Ane Launy / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5105496 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5111968 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5105494 | Kenneth C. Liang | (213) 830-6422 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5109308 | Angela Libby | (212) 450-4433 | Davis Polk & Wardwell LLP | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5110867 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5104348 | Olivia Mauro | 212-412-6773 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5111976 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5114816 | Gerson P. Mendonce | 212-339-2495 | Allen Global Partners | Creditor, Allen Global Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5112079 | Joshua M. Mester | (213) 489-3939 | Jones Day | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5110715 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5095288 | Grant Nachman | 212-745-9781 | Brigade Capital Management | Interested Party, Brigade Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5111005 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5086287 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5111440 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5108274 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 5108276 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 5111974 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5113162 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 5111961 | Howard Seife | (212) 408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5111738 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 5112859 | Chaney M. Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5111376 | Martin Siegel | (212) 209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 5100036 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5113347 | Rebecca J. Song | 212-559-9933 | Citi Capital Advisors | Creditor, Citi Capital Advisors / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5111996 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5108224 | Catherine Steege | 312-923-2952 | Jenner & Block LLP | Interested Party, EGI-TRB LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 5111867 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5115436 | Joshua Trump | (203) 862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5094175 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI - TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 5110881 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5111074 | Justin Winerman | (312) 407-0924 | Skadden Arps Slate Meagher & Flom (Chic: | Client, Former Special Committee / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5111280 | Ann K. Young | (212) 373-2237 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Citi / LISTEN ONLY |