

**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 14, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o  Epic Solutions - Tribune Company
757 Third Avenue
New York, NY  10017

Re:  Claim withdrawal for WPIX, INC.
     Docket #:  08-13254  KJC   Lead Docket #:  08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Pre Petition proof of claim (claim #6557) in the amount of $1,000.00 with a statement date of 07/06/2010.  There is no surviving Pre Petition period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel



**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 14, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o  Epic Solutions - Tribune Company
757 Third Avenue
New York, NY  10017

Re:  Claim withdrawal for INSERTCO, INC.
      Docket #:  08-13176  KJC   Lead Docket #:  08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 1st Amended Administrative Expense proof of claim (claim #6572) in the amount of $1,225.97 with a statement date of 07/12/2010.  There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel



**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 10, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o  Epic Solutions - Tribune Company
757 Third Avenue
New York,  NY   10017

Re:  Claim withdrawal for INSERTCO INC.
      Docket #:  08-13176  KJC   Lead Docket #: 08-13141 KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 1st Amended Pre Petition proof of claim (claim #6573) in the amount of $1,814.93 with a statement date of 07/12/2010.  There is no surviving Pre Petition period proof of claim.  Claim #6573 has been satisfied and is therefore withdrawn, claim #6573 is being withdrawn, provided, however, that if all or any portion of the claim is hereafter required to be returned to or for the benefit of the debtor, the debtor's estate or the debtor's successor, the NYS Department of Taxation and Finance reserves the right to reinstate the claim as of the date it was originally filed.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel



**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 10, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o   Epic Solutions - Tribune Company
757 Third Avenue
New York, NY   10017

Re:   Claim withdrawal for TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, INC.
      Docket #:  08-13234  KJC   Lead Docket #: 08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Pre Petition proof of claim (claim #6575) in the amount of $1,000.00 with a statement date of 07/12/2012.  There is no surviving Pre Petition period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel



**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 14, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o  Epic Solutions - Tribune Company
757 Third Avenue
New York,  NY   10017

Re:   Claim withdrawal for TRIBUNE TELEVISION COMPANY  A/K/A
        RENAISSANCE COMMUNICATIONS CORP.
          Docket #:  08-13241  KJC   Lead Docket #:  08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Pre Petition proof of claim (claim #6582) in the amount of $1,000.00 with a statement date of 07/12/2010.  There is no surviving Pre Petition period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
      Norman Fivel



**New York State Department of
Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 14, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o   Epic Solutions - Tribune Company
757 Third Avenue
New York, NY   10017

Re:   Claim withdrawal for TRIBUNE TELEVISION COMPANY  a/k/a
      RENAISSANCE COMMUNICATIONS CORP.
       Docket #:  08-13241  KJC   Lead Docket #: 08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Administrative Expense proof of claim (claim #6583) in the amount of $1,225.97 with a statement date of 07/12/2010.  There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
     Norman Fivel



**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 10, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o  Epic Solutions – Tribune Company
757 Third Avenue
New York,  NY   10017

Re:  Claim withdrawal for CHICAGO TRIBUNE PRESS SERVICE, INC.
      Docket #:  08-13154  KJC   Lead Docket #:  08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Administrative Expense proof of claim (claim #6584) in the amount of $1,225.97 with a statement date of 07/12/2010.  There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel



**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 10, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o   Epic Solutions - Tribune Company
757 Third Avenue
New York,  NY   10017

Re:   Claim withdrawal for NORTH MICHIGAN PRODUCTION COMPANY
        Docket #:  08-13195  KJC   Lead Docket #: 08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Administrative Expense proof of claim (claim #6808) in the amount of $ 274.84 with a statement date of 09/06/2011.  There is no surviving Administrative Expense period proof of claim.  Claim #6808 has been satisfied and is therefore withdrawn, claim #6806 is being withdrawn, provided, however, that if all or any portion of the claim is hereafter required to be returned to or for the benefit of the debtor, the debtor's estate or the debtor's successor, the NYS Department of Taxation and Finance reserves the right to reinstate the claim as of the date it was originally filed.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
     Norman Fivel



**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617



August 14, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o  Epic Solutions – Tribune Company
757 Third Avenue
New York,  NY  10017

Re:  Claim withdrawal for TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, INC.
       Docket #:  08-13234  KJC   Lead Docket #: 08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 1st Amended Administrative Expense proof of claim (claim #7067) in the amount of $1,680.71 with a statement date of 10/24/2011.  There is no surviving Administrative Expense period proof of claim.  Claim #7067 has been satisfied and is therefore withdrawn, claim #7067 is being withdrawn, provided, however, that if all or any portion of the claim is hereafter required to be returned to or for the benefit of the debtor, the debtor's estate or the debtor's successor, the NYS Department of Taxation and Finance reserves the right to reinstate the claim as of the date it was originally filed.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel



**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 13, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o  Epic Solutions - Tribune Company
757 Third Avenue
New York, NY  10017

Re:  Claim withdrawal for WPIX, INC.
      Docket #:  08-13254  KJC   Lead Docket #:  08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 5th Amended Administrative Expense proof of claim (claim #7093) in the amount of $1,417.02 with a statement date of 01/25/2012.  There is no surviving Administrative Expense period proof of claim.  Claim #7093 has been satisfied and is therefore, claim #7093 is being withdrawn, provided, however, that if all or any portion of the claim is hereafter required to be returned to or for the benefit of the debtor, the debtor's estate or the debtor's successor, the NYS Department of Taxation and Finance reserves the right to reinstate the claim as of the date it was originally filed.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel