# EXHIBIT A

# FEE AND EXPENSE DETAIL

# GREER, BURNS & CRAIN, LTD.
### Attorneys at Law
300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

# REVISED

Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611-4066

Page 1
January 31, 2012

Statement No:   48638
Client File No:  4964M

Attn: Salvador Karottki

PAYMENT IS DUE UPON RECEIPT

----------------------------SUMMARY OF STATEMENT----------------------------

For period ending 01/31/12
See detail attached

| | |
|---|---|
| TOTAL LEGAL FEES | $13,492.50 |
| TOTAL EXPENSES & ADVANCES | $310.00 |
| | ---------- |
| TOTAL THIS STATEMENT | $13,802.50 |
| PREVIOUS BALANCE DUE  12/31/11 | $25,962.50 |
| LESS PAYMENTS RECEIVED ON OR BEFORE  01/31/12 | $0.00 |
| | ---------- |
| CURRENT BALANCE DUE | $39,765.00 |

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1

Tribune Company

January 31, 2012

435 N. Michigan Avenue

Chicago, IL 60611-4066

Statement No:    48638
Client-File No. 4964-103240M

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR AUTOMATED VIDEO
CONTENT TAGGING - Provisional Application

Your Ref.:

| 01/05/12 | GJK | Meeting with S. Karottki and H. Hundermer re: draft patent application. | 4.50 | Hours | 330.00 |
|---|---|---|---|---|---|
| | | For Current Services Rendered | 4.50 | | $330.00 |

----------

Balance Due                                                                $330.00

----------

**WIRE TRANSFER ADDRESS:**        **PNC Bank, Pittsburgh PA**    **SWIFT Code PNCCUS33**

ABA No. 071 921 891            **Greer, Burns & Crain, Ltd.,**    **Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25ᵗʰ Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1

Tribune Company

January 31, 2012

435 N. Michigan Avenue

Chicago, IL 60611-4066

Statement No:    48638
Client-File No. 4964-103811M

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR LOCALIZED AND/OR
TOPIC-DRIVEN CONTENT DISTRIBUTION FOR
MOBILE DEVICES

Your Ref.:

| Date | Atty | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 01/19/12 | GJK | Reviewed pending patent application. | 1.00 | Hours | 220.00 |
| 01/19/12 | GJK | Drafted preliminary amendment. | 1.00 | Hours | 220.00 |
| 01/19/12 | GJK | Conf. with S. Karottki regarding application. | 1.00 | Hours | 220.00 |
| 01/24/12 | GJK | Drafted full claim set. | 7.00 | Hours | 1,540.00 |
| | KB | Review draft claim amendments. | 1.75 | Hours | |
| 01/27/12 | LJC | Review and edit draft Preliminary Amendment. | 0.25 | Hours | 97.50 |
| | | For Current Services Rendered | 12.00 | | $2,297.50 |

----------

Balance Due                $2,297.50

----------

**WIRE  TRANSFER  ADDRESS:        PNC   Bank, Pittsburgh PA      SWIFT Code PNCCUS33**

**ABA No. 071 921 891        Greer, Burns & Crain, Ltd.,    Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1

Tribune Company

January 31, 2012

435 N. Michigan Avenue

Chicago, IL 60611-4066

Statement No:    48638
Client-File No. 4964-108346M

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR A MASTER
CONTROLLER - Provisional Application

Your Ref.:

| | | |
|---|---|---:|
| 10/11/11 | PTO Filing Fee Fee for Provisional Application Size greater than 100 pages -DepAcct Correction | 310.00 |
| | | ---------- |
| | Total Expenses | $310.00 |
| | | ---------- |
| | Balance Due | $310.00 |
| | | ---------- |

**WIRE  TRANSFER  ADDRESS:**         **PNC**  Bank, Pittsburgh PA        **SWIFT Code PNCCUS33**

         **ABA No. 071 921 891**        **Greer, Burns & Crain, Ltd.,**        **Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1

Tribune Company
435 N. Michigan Avenue                                          January 31, 2012
Chicago, IL 60611-4066

Statement No:    48638
Client-File No. 4964-109487M

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR A NEWSROOM SYSTEM

Your Ref.:

| 01/05/12 | GJK | Meeting with S. Karottki and H. Hundemer re: multiple invention disclosures. | 5.00 | Hours | 1,100.00 |
| 01/06/12 | GJK | Meeting with S. Karottki and H. Hundemer re: multiple invention disclosures. | 4.00 | Hours | 880.00 |
| | | For Current Services Rendered | 9.00 | | $1,980.00 |

----------

Balance Due                                                 $1,980.00

----------

**WIRE  TRANSFER  ADDRESS:**      **PNC**  Bank, Pittsburgh PA      **SWIFT Code PNCCUS33**

**ABA No. 071 921 891**      **Greer, Burns & Crain, Ltd.,**      **Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.
*Attorneys at Law*

300 South Wacker Drive
25ᵗʰ Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1

Tribune Company

January 31, 2012

435 N. Michigan Avenue

Chicago, IL 60611-4066

Statement No:    48638
Client-File No. 4964-109616M

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR NEWSROOM
MANAGEMENT WITH SOCIAL MEDIA INTEGRATION

Your Ref.:

| Date | | Description | Hours | | Amount |
|------|-----|-------------|-------|-------|--------|
| 01/02/12 | GJK | Prepared draft patent application. | 7.00 | Hours | 1,540.00 |
| 01/03/12 | GJK | Prepared draft patent application. | 7.00 | Hours | 1,540.00 |
| 01/04/12 | GJK | Prepared draft patent application. | 7.00 | Hours | 1,540.00 |
| 01/06/12 | GJK | Meeting with S. Karottki and H. Hundemer re: draft patent application. | 1.50 | Hours | 330.00 |
| 01/14/12 | GJK | Revised draft patent application. | 7.00 | Hours | 1,540.00 |

For Current Services Rendered    29.50    $6,490.00

----------

Balance Due    $6,490.00

----------

**WIRE   TRANSFER   ADDRESS:**         **PNC**   Bank, Pittsburgh PA      **SWIFT Code PNCCUS33**

**ABA No. 071 921 891**      **Greer, Burns & Crain, Ltd.,**      **Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1

Tribune Company                                                    January 31, 2012
435 N. Michigan Avenue
Chicago, IL 60611-4066

Statement No:    48638
Client-File No. 4964-109751M

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR RECORDING AND
PLAYBACK OF MULTIMEDIA CONTENT
Your Ref.:

| Date | Atty | Description | Hours | | Amount |
|------|------|-------------|-------|------|--------|
| 01/19/12 | GJK | Reviewed pending patent application. | 1.00 | Hours | 220.00 |
| 01/19/12 | GJK | Drafted preliminary amendment. | 1.00 | Hours | 220.00 |
| 01/24/12 | GJK | Drafted full claim set. | 2.00 | Hours | 440.00 |
| 01/25/12 | GJK | Drafted full claim set. | 6.00 | Hours | 1,320.00 |
| 01/27/12 | LJC | Review and edit Preliminary Amendment. | 0.50 | Hours | 195.00 |
| | | For Current Services Rendered | 10.50 | | $2,395.00 |

----------

Balance Due                                                       $2,395.00

----------

**WIRE  TRANSFER  ADDRESS:**          **PNC  Bank, Pittsburgh PA     SWIFT Code PNCCUS33**

**ABA No. 071 921 891          Greer, Burns & Crain, Ltd.,     Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.
*Attorneys at Law*

300 South Wacker Drive
25ᵗʰ Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

# REVISED

Page 1
February 29, 2012

Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611-4066

Statement No:   49232
Client File No:   4964M

Attn: Salvador Karottki

PAYMENT IS DUE UPON RECEIPT

-----------------------------SUMMARY OF STATEMENT-----------------------------

For period ending 02/29/12
See detail attached

| | |
|---|---|
| TOTAL LEGAL FEES | $3,080.00 |
| TOTAL THIS STATEMENT | $3,080.00 |
| PREVIOUS BALANCE DUE   01/31/12 | $39,765.00 |
| LESS PAYMENTS RECEIVED ON OR BEFORE 02/29/12 | ($17,812.50) |
| CURRENT BALANCE DUE | $25,032.50 |

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25ᵗʰ Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1

Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611-4066

February 29, 2012

Statement No:    49232
Client-File No. 4964-103239M

Attn.: Salvador Karottki

A SYSTEM AND METHOD OF REDUNDANCY
MANAGEMENT FOR PRODUCTION ASSISTANCE

Your Ref.:

| | | | | | |
|---|---|---|---|---|---|
| 02/16/12 | GJK | Conf. with D. Murray and J. Schulist re: patent application; | 4.00 | Hours | 880.00 |
| | GJK | Revised patent application. | 4.00 | Hours | |
| | | For Current Services Rendered | 8.00 | | $880.00 |

----------

Balance Due                                    $880.00

----------

**WIRE   TRANSFER   ADDRESS:**          **PNC**   Bank, Pittsburgh PA      **SWIFT Code PNCCUS33**

ABA No. 071 921 891          Greer, Burns & Crain, Ltd.,      Acct. No. 4645199289

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1

Tribune Company                                             February 29, 2012

435 N. Michigan Avenue

Chicago, IL 60611-4066

Statement No:    49232
Client-File No. 4964-103240M

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR AUTOMATED VIDEO
CONTENT TAGGING - Provisional Application

Your Ref.:

| Date | | | | Hours | |
|------|------|------|------|------|------|
| 02/20/12 | GJK | Revised patent application. | 1.50 | Hours | 330.00 |
| 02/20/12 | GJK | Conf. with H. Hundemer re: application. | .50 | Hours | 110.00 |
| 02/20/12 | GJK | Conf. with H. Hundemer re: application. | .50 | Hours | |
| 02/20/12 | GJK | Revised patent application. | .50 | Hours | |
| 02/20/12 | GJK | Conf. with H. Hundemer re: application. | | | |

For Current Services Rendered            6.00            $440.00

----------

Balance Due                              $440.00

----------

**WIRE  TRANSFER  ADDRESS:        PNC   Bank, Pittsburgh PA     SWIFT Code PNCCUS33**

**ABA No. 071 921 891      Greer, Burns & Crain, Ltd.,    Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1

February 29, 2012

Tribune Company

435 N. Michigan Avenue

Chicago, IL 60611-4066

Statement No:    49232
Client-File No. 4964-109616M

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR NEWSROOM
MANAGEMENT WITH SOCIAL MEDIA INTEGRATION

Your Ref.:

| Date | Init | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 02/02/12 | GJK | Drafted Patent Application. | 4.00 | Hours | 880.00 |
| 02/02/12 | GJK | Email exchange and telephone conf. with H. Hundemer re: application. | 1.00 | Hours | 220.00 |
| 02/03/12 | GJK | Drafted Patent Application. | 3.00 | Hours | 660.00 |
| | GJK | Drafted Patent Application. | 5.00 | Hours | |
| | | For Current Services Rendered | 13.00 | | $1,760.00 |

----------

Balance Due                                             $1,760.00

----------

**WIRE   TRANSFER   ADDRESS:          PNC   Bank, Pittsburgh PA     SWIFT Code PNCCUS33**

**ABA No. 071 921 891       Greer, Burns & Crain, Ltd.,    Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.
### *Attorneys at Law*
300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

# REVISED

Page 1
March 31, 2012

Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611-4066

Statement No:    49994
Client File No:   4964M

Attn: Salvador Karottki

PAYMENT IS DUE UPON RECEIPT
-----------------------------SUMMARY OF STATEMENT-----------------------------
For period ending 03/31/12
See detail attached

| | |
|---|---|
| TOTAL LEGAL FEES | $21,487.50 |
| TOTAL THIS STATEMENT | $21,487.50 |
| PREVIOUS BALANCE DUE   02/29/12 | $25,032.50 |
| LESS PAYMENTS RECEIVED ON OR BEFORE   03/31/12 | ($21,952.50) |
| CURRENT BALANCE DUE | $24,567.50 |

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1

Tribune Company

435 N. Michigan Avenue

Chicago, IL 60611-4066

March 31, 2012

Statement No:     49994
Client-File No. 4964-110091M

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR IDENTIFYING A
BLACK/NON-BLACK FRAME ATTRIBUTE"

Your Ref.:

| Date | Atty | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 03/01/12 | GJK | Office Conf. with H. Hundemer and S. Karottki re: invention disclosure. | 2.00 | Hours | 440.00 |
| 03/06/12 | GJK | Drafted Claim Set. | 7.00 | Hours | 1,540.00 |
| 03/12/12 | GJK | Drafted Patent Application. | 7.00 | Hours | 1,540.00 |
| 03/13/12 | GJK | Drafted Patent Application. | 7.00 | Hours | 1,540.00 |
| 03/14/12 | GJK | Drafted Patent Application. | 7.00 | Hours | 1,540.00 |
| 03/16/12 | LJC | Review and edit draft application. | 0.75 | Hours | 292.50 |
| 03/19/12 | KB | Office conference w/ G. O'Keefe. | 0.25 | Hours | 45.00 |
| | | For Current Services Rendered | 31.00 | | $6,937.50 |

----------

Balance Due                                                              $6,937.50

----------

**WIRE TRANSFER ADDRESS:        PNC Bank, Pittsburgh PA        SWIFT Code PNCCUS33**

**ABA No. 071 921 891        Greer, Burns & Crain, Ltd.,        Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1

Tribune Company                                           March 31, 2012

435 N. Michigan Avenue

Chicago, IL 60611-4066

Statement No:    49994
Client-File No. 4964-110092M

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR IDENTIFYING A
COLORBAR/NON-COLORBAR FRAME ATTRIBUTE

Your Ref.:

| Date | | Description | Hours | | Amount |
|------|-----|-------------|-------|-------|--------|
| 03/07/12 | GJK | Drafted Claim Set. | 7.00 | Hours | 1,540.00 |
| 03/16/12 | GJK | Drafted Patent Application. | 7.00 | Hours | 1,540.00 |
| 03/18/12 | GJK | Drafted Patent Application. | 7.00 | Hours | 1,540.00 |
| | | For Current Services Rendered | 21.00 | | $4,620.00 |

----------

Balance Due                                              $4,620.00

----------

**WIRE   TRANSFER   ADDRESS:        PNC   Bank, Pittsburgh PA        SWIFT Code PNCCUS33**

**ABA No. 071 921 891        Greer, Burns & Crain, Ltd.,        Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1

Tribune Company

March 31, 2012

435 N. Michigan Avenue

Chicago, IL 60611-4066

Statement No:    49994
Client-File No. 4964-110101M

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR IDENTIFYING AN
ASPECT RATIO FRAME ATTRIBUTE

Your Ref.:

| | | | | | |
|---|---|---|---|---|---|
| 03/08/12 | GJK | Drafted Claim Set. | 7.00 | Hours | 1,540.00 |
| 03/09/12 | GJK | Drafted Patent Application. | 7.00 | Hours | 1,540.00 |
| 03/21/12 | GJK | Drafted Patent Application. | 7.00 | Hours | 1,540.00 |
| | | For Current Services Rendered | 21.00 | | $4,620.00 |

Balance Due                                                     $4,620.00

**WIRE  TRANSFER  ADDRESS:**     **PNC  Bank, Pittsburgh PA      SWIFT Code PNCCUS33**

**ABA No. 071 921 891      Greer, Burns & Crain, Ltd.,    Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1

March 31, 2012

Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611-4066

Statement No:    49994
Client-File No. 4964-110103M

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR IDENTIFYING A SCENE
CHANGE BETWEEN FRAMES
Your Ref.:

| Date | | Description | Hours | | Amount |
|------|------|------|------|------|------|
| 03/09/12 | GJK | Drafted Claim Set. | 7.00 | Hours | 1,540.00 |
| 03/20/12 | GJK | Drafted Patent Application. | 7.00 | Hours | 1,540.00 |
| 03/27/12 | GJK | Drafted Patent Application. | 7.00 | Hours | 1,540.00 |
| | | For Current Services Rendered | 21.00 | | $4,620.00 |

----------

Balance Due                                     $4,620.00

----------

**WIRE   TRANSFER   ADDRESS:        PNC   Bank, Pittsburgh PA       SWIFT Code PNCCUS33**

**ABA No. 071 921 891        Greer, Burns & Crain, Ltd.,      Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.
*Attorneys at Law*

300 South Wacker Drive
25ᵗʰ Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1

Tribune Company

March 31, 2012

435 N. Michigan Avenue

Chicago, IL 60611-4066

Statement No:    49994
Client-File No. 4964-110252M

Attn.: Salvador Karottki

End-User Software License Agreement

Your Ref.:

| Date | Code | Description | Hours | | Amount |
|------|------|-------------|-------|------|--------|
| 03/29/12 | ACZ | Advise regarding software license agreement terms, potential open source issues and strategies to minimize risk. | .50 | Hours | 150.00 |
| 03/29/12 | ACZ | Provide sample software license agreement and open source license information to G. O'Keefe. | .50 | Hours | 150.00 |
| 03/30/12 | ACZ | Prepare for and have telephone conference with client regarding software license terms with G. O'Keefe and prepare notes for draft license. | 1.30 | Hours | 390.00 |
| | | For Current Services Rendered | 2.30 | | $690.00 |

----------

Balance Due    $690.00

----------

**WIRE  TRANSFER  ADDRESS:        PNC   Bank, Pittsburgh PA      SWIFT Code PNCCUS33**

**ABA No. 071 921 891        Greer, Burns & Crain, Ltd.,      Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611-4066

Page 1
April 19, 2012
Statement No:  50154
Client File No:  4964M

Attn: Salvador Karottki

PAYMENT IS DUE UPON RECEIPT
---------------------------SUMMARY OF STATEMENT---------------------------
For period ending 04/19/12
See detail attached

| | |
|---|---|
| TOTAL LEGAL FEES | $6,300.00 |
| TOTAL THIS STATEMENT | $6,300.00 |
| PREVIOUS BALANCE DUE    03/31/12 | $24,567.50 |
| LESS PAYMENTS RECEIVED ON OR BEFORE   04/19/12 | ($3,080.00) |
| CURRENT BALANCE DUE | $27,787.50 |

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25ᵗʰ Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1
April 19, 2012
Statement No:  50154
Client-File No. 4964-110101M

Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611-4066

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR IDENTIFYING AN
ASPECT RATIO FRAME ATTRIBUTE
Your Ref.:

| | | | | | |
|---|---|---|---|---|---|
| 04/10/12 | GJK | Drafted Patent Application. | 7.00 | Hours | 1,540.00 |
| | | For Current Services Rendered | 7.00 | | $1,540.00 |

Balance Due                                     $1,540.00

**WIRE  TRANSFER  ADDRESS:**       **PNC  Bank, Pittsburgh PA**     **SWIFT Code PNCCUS33**
      **ABA No. 071 921 891**       **Greer, Burns & Crain, Ltd.,**     **Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611-4066

Page 1
April 19, 2012
Statement No:  50154
Client-File No. 4964-110103M

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR IDENTIFYING A SCENE
CHANGE BETWEEN FRAMES
Your Ref.:

| | | | | | |
|---|---|---|---|---|---|
| 04/11/12 | GJK | Drafted Patent Application. | 7.00 | Hours | 1,540.00 |
| | | For Current Services Rendered | 7.00 | | $1,540.00 |

Balance Due                                             $1,540.00

**WIRE  TRANSFER  ADDRESS:**      **PNC Bank, Pittsburgh PA**    **SWIFT Code PNCCUS33**
         **ABA No. 071 921 891**      **Greer, Burns & Crain, Ltd.,**    **Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1
April 19, 2012
Statement No: 50154
Client-File No. 4964-110252M

Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611-4066

Attn.: Salvador Karottki

End-User Software License Agreement
Your Ref.:

| Date | | Description | | |
|------|-----|-------------|------|--------|
| 03/29/12 | CLK | Research on end user license agreements for GO'K. PSH | 1.00 Hours | 140.00 |
| | | For Current Services Rendered | 1.00 | $140.00 |
| | | Balance Due | | $140.00 |

**WIRE TRANSFER ADDRESS:**     **PNC Bank, Pittsburgh PA**     **SWIFT Code PNCCUS33**
       **ABA No. 071 921 891**     **Greer, Burns & Crain, Ltd.,**     **Acct. No. 4645199289**

# GREER, BURNS & CRAIN, LTD.

*Attorneys at Law*

300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone (312) 360-0080
Facsimile (312) 360-9315

Page 1
April 19, 2012
Statement No:  50154
Client-File No. 4964-110900M

Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611-4066

Attn.: Salvador Karottki

SYSTEM AND METHOD FOR IDENTIFYING A
MUTE/SOUND FRAME ATTRIBUTE - U.S. Patent
Application
 Your Ref.:

| | | | | | |
|---|---|---|---|---|---|
| 04/13/12 | GJK | Drafted Patent Application. | 7.00 | Hours | 1,540.00 |
| 04/17/12 | GJK | Drafted Patent Application. | 7.00 | Hours | 1,540.00 |
| | | For Current Services Rendered | 14.00 | | $3,080.00 |

Balance Due $3,080.00

**WIRE  TRANSFER  ADDRESS:**          **PNC  Bank, Pittsburgh PA**    **SWIFT Code PNCCUS33**
 **ABA No. 071 921 891**      **Greer, Burns & Crain, Ltd.,**    **Acct. No. 4645199289**

## EXHIBIT B

## FEE SUMMARY

| Month | Fees |
|---|---|
| January 2012 | $13,492.50 |
| February 2012 | $3,080.00 |
| March 2012 | $21,487.50 |
| April 2012 | $6,300.00 |
| | **$44,360.00** |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
JANUARY 1, 2012 THROUGH APRIL 30, 2012**

| Name of Professional/ Individual | Position, Number of Years in the Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kevin Bastuba | Associate Attorney, 4 yrs, 2007; Patent & TM Law | $180.00 | 0.25 | $45.00 |
| Lawrence J. Crain | Principal Attorney, 18 yrs, 1983; Patent & TM Law | $390.00 | 1.5 | $585.00 |
| Gavin J. O'Keefe | Associate Attorney, 5 yrs, 2007; Patent & TM Law | $220.00 | 211 | $42,900.00 |
| Amy Ziegler | Principal Attorney, 2 yrs, 2002; Trademark Law | $300.00 | 2.3 | $690.00 |
| | | | | |
| **Grand Total:** | | | **215.05** | **$44,220.00** |
| **Blended Rate:** | | | | **$205.66** |

# EXHIBIT C

# EXPENSE DETAIL

**EXPENSE SUMMARY FOR THE PERIOD FROM
JANUARY 1, 2012 THROUGH APRIL 30, 2012**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | $ |
| PTO Filing Fee | USPTO | $310.00 |
| Long Distance Telephone | | $ |
| In-House Reproduction | | $ |
| Outside Reproduction | | $ |
| Outside Research | | $ |
| Filing/Court Fees | | $ |
| Local Travel | | $ |
| Out-of-Town Travel | | $ |
| Courier & Express Carriers | | $ |
| Postage | | $ |
| **Total** | | **$310.00** |