DEPARTMENT OF TAXATION,
STATE OF HAWAII
P. O. Box 259
Honolulu, HI  96809
Attn:  Bankruptcy Unit
Telephone:  (808) 587-1675

FILED
'12 AUG 21 AM 11:23
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>  Debtors. | CASE NO. 08-13141 (KJC)<br>(Chapter 11)<br>(Jointly Administered) |

472594

## WITHDRAWAL OF CLAIMS OF DEPARTMENT OF TAXATION, STATE OF HAWAII; EXHIBIT A

The Department of Taxation, State of Hawaii hereby WITHDRAWS its proof of claims, Claim Nos. 5656 (Shepards, Inc.) and 5667 (Times Payroll Processing Company), true and accurate copies of which are attached hereto as Exhibit A, filed on April 28, 2009.

DATED:  Honolulu, Hawaii, AUG 1 5 2012   .

_____
ELAYNE LIU

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT District of Delaware | PROOF OF CLAIM |
|---|---|
| Name of Debtor: **SHEPARD'S INC** | Case Number: **08-13203-KJC** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**STATE OF HAWAII, DEPARTMENT OF TAXATION**

Name and address where notices should be sent:
**HAWAII STATE TAX COLLECTOR   ATTN: BANKRUPTCY UNIT (EL)**
**P O BOX 259**
**HONOLULU HI 96809**

Telephone number: **(808) 587-1675**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ **unknown**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **see attached**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **7931**

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $ **unknown**

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ **unknown**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: **04/23/2009**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**LYNNE M. KANETA, TAX COLLECTOR (el)**   /s/ Lynne M. Kaneta

FOR COURT USE ONLY
2009 APR 28 AM 9:10

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT ___A___

FORM D-5 (PC)
(REV. 1994)

## STATE OF HAWAII
## DEPARTMENT OF TAXATION

TO: SHEPARD'S INC
435 N MICHIGAN AVE
CHICAGO IL 60611

Case No. 08-13203-KJC
Priority Claim

### DETAIL STATEMENT OF TAXES DUE

| Tax Key Acct/Lic No Lien Dates | TYPE OF TAX EIN# 13-3337931 | PERIOD | TAX | PENALTY | INTEREST TO 12/08/08 | TOTAL |
|---|---|---|---|---|---|---|
| unknown | Corporation Income ID# W40041310-01 | 2005 to 2008 | unknown | | unknown | unknown |
| unknown | General Excise | 2005 to 2008 | unknown | | unknown | unknown |
| *TOTAL* | | | Unknown | | Unknown | Unknown |

Date: 04/23/09
Prepared By: E. Liu
Telephone: (808) 587-1675

OAHU COLLECTION BRANCH
By: [signature]
LYNNE M. KANETA
Tax Collector

## STATE OF HAWAII
## DEPARTMENT OF TAXATION

TO: SHEPARD'S INC
435 N MICHIGAN AVE
CHICAGO IL 60611

Case No. 08-13203 KJC
Unsecured Claim

### DETAIL STATEMENT OF TAXES DUE

| Tax Key Acct/Lic No Lien Dates | TYPE OF TAX EIN# 13-3337931 | PERIOD | TAX | PENALTY | INTEREST TO 12/08/08 | TOTAL |
|---|---|---|---|---|---|---|
| unknown | Corporation Income | 1986 to 2004 | unknown | unknown | unknown | unknown |
| unknown | Corporation Income | 2005 to 2008 | | unknown | | unknown |
| | ID# W40041310-01 | | | | | |
| unknown | General Excise | 1997 to 2004 | unknown | unknown | unknown | unknown |
| unknown | General Excise | 2005 to 2008 | | unknown | | unknown |
| *TOTAL* | | | Unknown | unknown | Unknown | Unknown |

Date: 04/23/09
Prepared By: E. Liu
Telephone: (808) 587-1675

OAHU COLLECTION BRANCH
By: *Lynne M Kaneta* (signature)
LYNNE M. KANETA
Tax Collector

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT   District of Delaware | PROOF OF CLAIM |
|---|---|

Name of Debtor:
TIMES MIRROR PAYROLL PROCESSING CO INC

Case Number:
08-13215-KJC

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
STATE OF HAWAII, DEPARTMENT OF TAXATION

Name and address where notices should be sent:
HAWAII STATE TAX COLLECTOR   ATTN: BANKRUPTCY UNIT (EL)
P O BOX 259
HONOLULU HI 96809

Telephone number:
(808) 587-1675

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:**   $ __unknown__

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:**   see attached
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:**   4227

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $ __unknown__

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ __unknown__

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS   ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain.

Date:
04/23/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

LYNNE M. KANETA, TAX COLLECTOR (el)   /s/ Lynne M. Kaneta

FOR COURT USE ONLY

2009 APR 28 AM 9:18

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM D-3 (I/C)
(REV 1994)

# STATE OF HAWAII
# DEPARTMENT OF TAXATION

TO:  TIMES PAYROLL PROCESSING COMPANY INC
     435 N MICHIGAN AVE
     CHICAGO IL  60611

Case No. 08-13215-KJC
Priority Claim

## DETAIL STATEMENT OF TAXES DUE

| Tax Key Acct/Lic No Lien Dates | TYPE OF TAX EIN# 95-4684224 | PERIOD | TAX | PENALTY | INTEREST TO 12/08/08 | TOTAL |
|---|---|---|---|---|---|---|
| unknown | Corporation Income ID# W40390432-01 | 2005 to 2008 | unknown | | unknown | unknown |
| unknown | Withholding | 2005 to 2008 | unknown | | unknown | unknown |
| * TOTAL * | | | Unknown | | Unknown | Unknown |

Date:  04/23/09
Prepared By:  E. Liu
Telephone:  (808) 587-1675

OAHU COLLECTION BRANCH

By: _Lynne M. Kaneta_ (signature)
LYNNE M. KANETA
Tax Collector

FORM D-5 (PC)
(REV 1994)

## STATE OF HAWAII
## DEPARTMENT OF TAXATION

TO:  TIMES PAYROLL PROCESSING COMPANY INC
     435 N MICHIGAN AVE
     CHICAGO IL  60611

Case No. 08-13215-KJC
Unsecured Claim

### DETAIL STATEMENT OF TAXES DUE

| Tax Key Acct/Lic No Lien Dates | TYPE OF TAX EIN# 95-4684224 | PERIOD | TAX | PENALTY | INTEREST TO 12/08/08 | TOTAL |
|---|---|---|---|---|---|---|
| unknown | Corporation Income | 1998 to 2004 | unknown | unknown | unknown | unknown |
| unknown | Corporation Income | 2005 to 2008 |  | unknown |  | unknown |
|  | ID# W40390432-01 |  |  |  |  |  |
| unknown | Withholding | 1999 to 2004 | unknown | unknown | unknown | unknown |
| unknown | Withholding | 2005 to 2008 |  | unknown |  | unknown |
| *TOTAL* |  |  | Unknown | unknown | Unknown | Unknown |

Date: 04/23/09
Prepared By: E. Liu
Telephone: (808) 587-1675

OAHU COLLECTION BRANCH

By: *[signature]*
LYNNE M. KANETA
Tax Collector

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | CASE NO. 08-13141 (KJC)<br>(Chapter 11)<br>(Jointly Administered) |
| TRIBUNE COMPANY, et al.,<br><br>Debtors. | |

CERTIFICATE OF SERVICE

I hereby certify that on AUG 1 5 2012, copies of WITHDRAWAL OF CLAIMS OF DEPARTMENT OF TAXATION, STATE OF HAWAII; EXHIBIT A was duly served by depositing same in the United States mail, postage prepaid, addressed as follows:

> NORMAN L. PERNICK, ESQ.
> J. KATE STICKLES, ESQ.
> COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
> 500 Delaware Avenue, Suite 1410
> Wilmington, DE  19801

JAMES F. CONLAN, ESQ.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603

Attorneys for Debtors

DATED:  Honolulu, Hawaii,  AUG 1 5 2012         .

_____
ELAYNE LIU