# EXHIBIT A



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010053
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through June 30, 2012

**Labor-General 0000001174**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/08/12 | J. Sherman | C300 | | Review of several pages of correspondence from client related to disputed Local 355 payroll audit (.50); study relevant current collective bargaining agreement and legacy collective bargaining agreement in connection with contribution requirements to health and welfare and pension funds (.70); telephone conference with A. Barnes regarding legal standards related to contribution dispute (.60); review two federal court decisions in connection with similar dispute (.50); draft proposed response to auditor T. Klein in connection with dispute (1.00). | 3.30 | 2,392.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2010053

Page 2

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/08/12 | R. Kramer | C300 | | Conference with J. Sherman regarding application of legal standard to fund arbitration issues. | 0.30 | 169.50 |
| 06/11/12 | J. Sherman | C300 | | Telephone conference with A. Barnes regarding next steps for responding to fund auditor in connection with Local 355 contribution dispute. | 0.40 | 290.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 4.00 | |
| **Total Fees** | | | $2,852.00 |
| **Less Discount** | | | ($285.20) |
| **Total Fees After Discount** | | | $2,566.80 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 3.70 | hours at | $725.00 | per hour |
| R. Kramer | Partner | - | 0.30 | hours at | $565.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $2,566.80 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 2010053
0276 12575 / 12575-000001
Labor-General 0000001174

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,852.00 |
| Less Discount | ($285.20) |
| Total Fees after Discount | $2,566.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,566.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name:  Bank of America |
| Chicago, IL 60693 | Account Name:  Seyfarth Shaw LLP Operating Account |
| | Account Number:  5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number:  026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number:  081-904-808 |
| 3807 Collections Center Drive | Swift Code:  BOFAUS3N |
| Chicago, IL 60693 | |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010033
0276 12575 / 12575-000303
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through June 30, 2012

### 2012 Pressroom Negotiations

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/21/12 | J. Sherman | C300 | | Conference call with A. Barnes regarding press bargaining strategy. | 0.80 | 580.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.80 | |
| **Total Fees** | | $580.00 |
| **Less Discount** | | ($58.00) |
| **Total Fees After Discount** | | $522.00 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.80 | hours at | $725.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $522.00 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 2010033
0276 12575 / 12575-000303
2012 Pressroom Negotiations

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $580.00 |
| Less Discount | ($58.00) |
| Total Fees after Discount | $522.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $522.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010048
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through June 30, 2012

**Bankruptcy Fee Application 0000001891**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/01/12 | A. Connor | B160 | | Prepare updated response to fee examiner report (.20); review, circulate (.10). | 0.30 | 93.00 |
| 06/05/12 | J. McManus | B110 | | Review/revise Exhibit A to Seyfarth's Thirty-Second Monthly Fee Application. | 0.20 | 58.00 |
| 06/07/12 | J. McManus | B110 | | Revise Exhibit A to Seyfarth's Thirty-First Monthly Fee Application. | 0.50 | 145.00 |
| 06/12/12 | J. McManus | B110 | | Review/revise Thirty-First Monthly Fee Application. | 0.60 | 174.00 |
| 06/13/12 | A. Connor | B160 | | Follow up with attorneys in order to respond to Fee Examiner's query regarding providing additional information to clarify certain time entries and expense charges. | 3.00 | 930.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 2010048

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/14/12 | J. McManus | B110 | | Finalize Thirty-First Monthly Fee Application in preparation for filing. | 1.20 | 348.00 |
| 06/15/12 | J. Sherman | C300 | | Review and execute Thirty-First Monthly Fee Application. | 0.40 | 290.00 |
| 06/19/12 | A. Connor | B160 | | Review Fee Examiner's findings in connection with Seyfarth's response to Fee Examiner's Report on Seyfarth's Sixth Fee Application. | 0.30 | 93.00 |

| | | |
|---|---|---|
| **Total Hours** | 6.50 | |
| **Total Fees** | | $2,131.00 |
| **Less Discount** | | ($213.10) |
| **Total Fees After Discount** | | $1,917.90 |

**Timekeeper Summary**

| J. Sherman | Partner | - | 0.40 | hours at | $725.00 | per hour |
|-----------|---------|---|------|----------|---------|----------|
| J. McManus | Paralegal | - | 2.50 | hours at | $290.00 | per hour |
| A. Connor | Paralegal | - | 3.60 | hours at | $310.00 | per hour |

| **Disbursements** | **Value** |
|------------------|-----------|
| Copying | 23.40 |
| Out-of-Town Travel -  ANDREW CONNOR Taxi- 05/30/12 | 20.85 |
| **Total Disbursements** | 44.25 |
| **Total Amount Due** | $1,962.15 |



**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2010048
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $2,131.00 |
| Less Discount | ($213.10) |
| Total Fees after Discount | $1,917.90 |
| Total Disbursements | 44.25 |
| Total Fees and Disbursements This Statement | $1,962.15 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010049
0276 11089 / 11089-000038
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through June 30, 2012

### Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No. 2011-62692

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/01/12 | J. Collins | L120 | | Review correspondence from opposing counsel regarding settlement (.10); review notes of meeting with R. Bare and F. Wong regarding whether there is documentation of K. Fisher's selection for RIF prior to her sex harassment complaint (.30); draft correspondence to J. Osick regarding plaintiff's settlement demand (.10). | 0.50 | 290.00 |
| 06/11/12 | J. Collins | L160 | | Review prior settlement correspondence (.20); draft further correspondence to opposing counsel regarding settlement (.20). | 0.40 | 232.00 |
| 06/18/12 | J. Collins | L160 | | Telephone conference with opposing counsel regarding settlement demand. | 0.30 | 174.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


ATTORNEYS

Invoice No. 2010049

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/19/12 | J. Collins | L160 | | Draft correspondence to J. Osick regarding plaintiff's revised settlement demand. | 0.30 | 174.00 |
| 06/20/12 | J. Collins | L160 | | Telephone conference with J. Osick regarding settlement (.30); begin drafting settlement agreement (.80). | 1.10 | 638.00 |
| 06/22/12 | J. Collins | L160 | | Telephone conference with E. Sprovach regarding settlement and correspondence to J. Osick regarding same (.40); draft settlement agreement (2.40). | 2.80 | 1,624.00 |
| 06/25/12 | J. Collins | L160 | | Telephone conference with E. Sprovach regarding settlement (.30); draft correspondence to J. Osick regarding same (.20). | 0.50 | 290.00 |
| 06/27/12 | J. Collins | L160 | | Revise settlement agreement (.30); draft correspondence to J. Osick regarding same (.20). | 0.50 | 290.00 |

| | | |
|---|---|---|
| **Total Hours** | 6.40 | |
| **Total Fees** | | $3,712.00 |
| **Less Discount** | | ($371.20) |
| **Total Fees After Discount** | | $3,340.80 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Collins | Sr Partner I | - | 6.40 | hours at | $580.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $3,340.80 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2010049
0276 11089 / 11089-000038
Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No.
2011-62692

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,712.00 |
| Less Discount | ($371.20) |
| Total Fees after Discount | $3,340.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,340.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010034
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through June 30, 2012

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/05/12 | N. Riesco | L120 | | Review court order regarding case reassignment to new judge. | 0.20 | 78.00 |
| 06/07/12 | N. Riesco | L120 | | Review/analyze order reassigning case to Judge Lee (.20); review requirements for preparation of initial reassignment memorandum (.10). | 0.30 | 117.00 |
| 06/13/12 | N. Riesco | L190 | | Draft/revise joint initial reassignment report. | 2.00 | 780.00 |
| 06/15/12 | N. Riesco | L230 | | Review and edit joint reassignment report (2.50); communications with opposing counsel regarding same (.70). | 3:20 | 1,248.00 |
| 06/21/12 | G. Pauling II | L120 | | Attention to preparations for June 22 status before newly assigned judge. | 0.20 | 119.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2010034

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/22/12 | N. Riesco | L230 | | Attend status conference before Judge Lee (.80); compose email to J. Osick regarding same (.30); conduct research regarding Judge Lee v. magistrate Judge Valdes (.30). | 1.40 | 546.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 7.30 | |
| **Total Fees** | | | $2,888.00 |
| **Less Discount** | | | ($288.80) |
| **Total Fees After Discount** | | | $2,599.20 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 0.20 | hours at | $595.00 | per hour |
| N. Riesco | Associate | - | 7.10 | hours at | $390.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $2,599.20 |



SEYFARTH
ATTORNEYS
SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

Invoice No. 2010034
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,888.00 |
| Less Discount | ($288.80) |
| Total Fees after Discount | $2,599.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,599.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010035
0276 57634 / 57634-000007
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through June 30, 2012

### Marcia E. Sinclair Harassment; IDHR Charge No. 2008CN4074

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/05/12 | N. Riesco | L190 | | Compose email to J. Madden concerning supplemental discovery responses and production. | 0.30 | 117.00 |
| 06/06/12 | N. Riesco | C200 | | Call from L. Goldberg regarding discovery supplementation (.30); conduct research regarding motion to compel before IHRC (.20). | 0.50 | 195.00 |
| 06/07/12 | N. Riesco | L120 | | Communication with opposing counsel regarding discovery supplementation. | 0.10 | 39.00 |
| 06/08/12 | N. Riesco | L120 | | Review plaintiff's supplemental discovery responses and documents and consider potential motion to compel. | 0.80 | 312.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2010035

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/11/12 | N. Riesco | L390 | | Review complainant's responses to discovery, and correspondence between counsel concerning sufficiency of complainant's responses (.30); review complainant's correspondence concerning CTC's responses to discovery (.30); compose email to J. Osick and G.Silva concerning settlement status and discovery developments; (.40); draft/revise motion to compel (1.00). | 2.00 | 780.00 |
| 06/12/12 | N. Riesco | L390 | | Review/analyze complainant's correspondence concerning CTC's responses to discovery (.40); draft/revise motion to compel (3.60). | 4.00 | 1,560.00 |
| 06/13/12 | N. Riesco | L190 | | Review and consider correspondence from opposing counsel and suggested agreed motion for extension of time (.30); draft correspondence to J. Osick and G. Silva regarding same (.10); draft edits to agreed motion for extension of time (.10); communications with opposing counsel regarding same (.50). | 1.00 | 390.00 |
| 06/14/12 | N. Riesco | L190 | | Draft/revise joint reassignment memorandum. | 2.00 | 780.00 |
| 06/15/12 | N. Riesco | L190 | | Review/revise complainant's agreed motion for extension for time (.20); communications with opposing counsel regarding same (.10). | 0.30 | 117.00 |
| 06/21/12 | N. Riesco | L230 | | Attend status hearing before ALJ at IHRC (1.00); correspondence with opposing counsel regarding need to reschedule next status hearing (.30); compose correspondence to J. Osick concerning plaintiff's settlement demand and recommended strategy (1.00). | 2.30 | 897.00 |



Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/27/12 | N. Riesco | C200 | | Draft response to deficiency letter (.50); conduct research into protective order (1.00) ; discovery as to the documentation claims (.40). | 1.90 | 741.00 |
| 06/28/12 | N. Riesco | C200 | | Prepare response to complainant's correspondence concerning sufficiency of respondent's discovery responses (.80); conduct research regarding caselaw cited by complainant (.70). | 1.50 | 585.00 |
| 06/29/12 | N. Riesco | L120 | | Review correspondence from J. Osick concerning response to plaintiff's settlement demand. | 0.10 | 39.00 |

| | | |
|---|---|---|
| **Total Hours** | 16.80 | |
| **Total Fees** | | $6,552.00 |
| **Less Discount** | | ($655.20) |
| **Total Fees After Discount** | | $5,896.80 |

**Timekeeper Summary**

| N. Riesco | Associate | - | 16.80 | hours at | $390.00 | per hour |
|-----------|-----------|---|--------|----------|---------|----------|

| **Disbursements** | **Value** | |
|-------------------|-----------|---|
| Copying | 4.00 | |
| Online Research | 242.39 | |
| **Total Disbursements** | | 246.39 |
| **Total Amount Due** | | $6,143.19 |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 2010035
0276 57634 / 57634-000007
Marcia E. Sinclair Harassment; IDHR Charge No.
2008CN4074

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,552.00 |
| Less Discount | ($655.20) |
| Total Fees after Discount | $5,896.80 |
| Total Disbursements | 246.39 |
| Total Fees and Disbursements This Statement | $6,143.19 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL: | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010036
0276 57634 / 57634-000008
W1ST

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attention:  Jim Osick, Esq.
Director, Labor & Employment Relations

For legal services rendered through June 30, 2012

**Carolyn Rusin v.; Case No. 1:12-cv-01135**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/14/12 | K. Petersen | L330 | | Prepare deposition notice (.20); correspondence to opposing counsel regarding same (.10). | 0.30 | 115.50 |
| 06/22/12 | K. Petersen | L310 | | Correspondence with opposing counsel regarding discovery responses (.10); correspondence to J. Osick regarding same (.10). | 0.20 | 77.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $192.50 |
| **Less Discount** | | ($19.25) |
| **Total Fees After Discount** | | $173.25 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

**Timekeeper Summary**

| K. Petersen | Associate | - | 0.50 | hours at | $385.00 | per hour |

| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $173.25 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

Invoice No. 2010036
0276 57634 / 57634-000008
Carolyn Rusin v.; Case No. 1:12-cv-01135

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $192.50 |
| Less Discount | ($19.25) |
| Total Fees after Discount | $173.25 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $173.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010037
0276 57634 / 57634-000009
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through June 30, 2012

### Eric Benton Matter

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/01/12 | M. Lies | L120 | | Telephone conference with P. Morris (Johnson & Bell) regarding strategy on employee interviews (.50); preview e-mail from B. Brubaker regarding interview of co-employee on incident (.30). | 0.80 | 512.00 |
| 06/04/12 | M. Lies | L120 | | Review and respond to e-mail from B. Brubaker regarding investigation of employee interview (.30); telephone conference with P. Morris (Johnson & Bell) regarding investigation, interview (.30); preparation for employee eyewitness to accident (.20). | 0.80 | 512.00 |
| 06/05/12 | M. Lies | L120 | | Preparation for accident site visit and interview of employees at Freedom Center. | 0.50 | 320.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



ATTORNEYS SHAW LLP

Invoice No. 2010037

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/06/12 | M. Lies | L120 | | Appearance at Freedom Center with P. Morris (Johnson & Bell) to observe G. Brown operate endroller, investigate accident, identify possible OSHA issues (2.50); conference with Management regarding initial observations on accident investigation, OSHA hazards (.50). | 3.00 | 1,920.00 |
| 06/07/12 | M. Lies | L120 | | E-mail to B. Brubaker regarding neutral analysis of investigation of accident and interview of roll conveyor operation, potential OSHA compliance issues, and retraining. | 0.50 | 320.00 |
| 06/08/12 | M. Lies | L120 | | Review e-mail from B. Brubaker regarding review of investigation strategy (.20); e-mail to B. Brubaker regarding status of investigation (.30). | 0.50 | 320.00 |
| 06/11/12 | M. Lies | L120 | | Appearance at Freedom Center for conference with B. Brubaker, K. Flax regarding investigation of accident, identify potential OSHA issues, develop strategy machine guarding, employee retraining. | 2.00 | 1,280.00 |
| 06/13/12 | M. Lies | L120 | | E-mail P. Morris (Johnson & Bell) regarding site inspection to identify potential OSHA hazards (.20); e-mail to B. Brubaker, K. Flax regarding employment status letter to G. Brown (.30). | 0.50 | 320.00 |
| 06/14/12 | M. Lies | L120 | | Review e-mail from D. Cates regarding revision to letter to G. Brown (.20); e-mail to K. Flax regarding legal basis for letter to G. Brown (.20); e-mail to D. Cates regarding submit revised language (.20); e-mail to B. Brubaker regarding preparation for OSHA compliance inspector (.20). | 0.80 | 512.00 |



Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/15/12 | M. Lies | L120 | | Review e-mail from B. Brubaker regarding preparation for OSHA site inspection (.20); e-mail to P. Morris (Johnson & Bell) regarding preparation for OSHA site inspection (.30); telephone conference with P. Morris (Johnson & Bell) regarding status of settlement with OSHA strategy (.30). | 0.80 | 512.00 |
| 06/18/12 | M. Lies | L120 | | Telephone conference with K. Flax regarding analysis of Company safety program, safety personnel qualifications, requirement for SOPs, training, enforcement (.60); e-mail to K. Flax regarding unavoidable employee misconduct defenses strategy (.20). | 0.80 | 512.00 |
| 06/19/12 | M. Lies | L120 | | Appearance at Freedom Center with P. Morrison (Johnson & Bell), D. Cates, consultants regarding continuation of accident investigation, root-cause analysis, conduct hazard assessment walk around inspection. | 3.50 | 2,240.00 |

**Total Hours**                                                    14.50

**Total Fees**                                                              $9,280.00

**Less Discount**                                                         ($928.00)

**Total Fees After Discount**                                        $8,352.00

**Timekeeper Summary**

| M. Lies | Partner | - | 14.50 | hours at | $640.00 | per hour |
|---------|---------|---|-------|----------|---------|----------|

**Total Disbursements**                                                0.00

**Total Amount Due**                                                 $8,352.00



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

Invoice No. 2010037
0276 57634 / 57634-000009
Eric Benton Matter

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $9,280.00 |
| Less Discount | ($928.00) |
| Total Fees after Discount | $8,352.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $8,352.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010042
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through June 30, 2012

### Clement, Jayne v. Los Angeles Times, et al. 0000001656

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/21/12 | T. Hix | L120 | | Review/analyze case documents in preparation for possible settlement discussions with plaintiff. | 2.80 | 1,456.00 |

| | | |
|---|---|---|
| **Total Hours** | | 2.80 |
| **Total Fees** | | $1,456.00 |
| **Less Discount** | | ($145.60) |
| **Total Fees After Discount** | | $1,310.40 |

### Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T. Hix | Partner | - | 2.80 | hours at | $520.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 2010042

Page 2

Los Angeles Times (Sherman)

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $1,310.40 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

James P. Osick, Esq.                                Invoice No. 2010042
Director, Labor and Employee Relations              0276 33175 / 33175-000020
Tribune Company                                     Clement, Jayne v. Los Angeles Times, et al.
435 North Michigan Avenue                           0000001656
TT510
Chicago, IL 60611

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,456.00 |
| Less Discount | ($145.60) |
| Total Fees after Discount | $1,310.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,310.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010045
0276 33175 / 33175-000023
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through June 30, 2012

**Clement, Jayne (Plaintiffs) v. Tribune Company, Tribune Interactive, Inc., Tribune Media Net, Inc., LA Times Comm., LLC, LA Times; Case No. BC390943 - 0000001813**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/13/12 | M. Sank | L230 | | Prepare for status conference. | 0.10 | 41.00 |
| 06/15/12 | M. Sank | L230 | | Prepare for status conference (1.30); attend status conference (.50); prepare email to J. Osick and J. Ludwig regarding same (.10). | 1.90 | 779.00 |
| 06/18/12 | M. Sank | L230 | | Prepare notice of further status conference. | 0.10 | 41.00 |

| | | |
|---|---|---|
| **Total Hours** | 2.10 | |
| **Total Fees** | | $861.00 |
| **Less Discount** | | ($86.10) |
| **Total Fees After Discount** | | $774.90 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| M. Sank | Associate | - | 2.10 | hours at | $410.00 | per hour |

**Total Disbursements**                                                0.00

**Total Amount Due**                                                $774.90



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 2010045
0276 33175 / 33175-000023
Clement, Jayne (Plaintiffs) v. Tribune Company,
Tribune Interactive, Inc., Tribune Media Net, Inc., LA
Times Comm., LLC, LA Times; Case No. BC390943 -
0000001813

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $861.00 |
| Less Discount | ($86.10) |
| Total Fees after Discount | $774.90 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $774.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010050
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through June 30, 2012

**East Coast Properties**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/05/12 | T. Haley | L120 | | Review correspondence and documents from D. Bralow regarding potential unemployment insurance audit (.10); investigate potential direct seller exemption (.10). | 0.20 | 130.00 |
| 06/06/12 | A. Hawley | L120 | | Research direct-seller exemption to Florida unemployment compensation statute. | 1.00 | 335.00 |
| 06/06/12 | T. Haley | L120 | | Correspondence with D. Bralow regarding results of research regarding potential direct seller defense. | 0.30 | 195.00 |
| 06/06/12 | T. Haley | L120 | | Analyze issues regarding potential direct seller exemption defense. | 0.50 | 325.00 |
| 06/06/12 | T. Haley | L120 | | Telephone conference with D. Bralow regarding Guinard unemployment compensation claim and response to inquiry from tax division. | 0.20 | 130.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 2010050

Page 2

Tribune Company/Olson

| | | |
|---|---|---|
| **Total Hours** | | 2.20 |
| **Total Fees** | | $1,115.00 |
| **Less Discount** | | ($111.50) |
| **Total Fees After Discount** | | $1,003.50 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| A. Hawley | Associate | - | 1.00 | hours at | $335.00 | per hour |
| T. Haley | Sr Partner I | - | 1.20 | hours at | $650.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Long Distance Telephone | 3.64 |
| Online Research | 102.92 |
| **Total Disbursements** | 106.56 |
| **Total Amount Due** | $1,110.06 |



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

Invoice No. 2010050
0276 36078 / 36078-000011
East Coast Properties

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,115.00 |
| Less Discount | ($111.50) |
| Total Fees after Discount | $1,003.50 |
| Total Disbursements | 106.56 |
| Total Fees and Disbursements This Statement | $1,110.06 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010047
0276 33175 / 33175-000026
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through June 30, 2012

**Christino Escandon v. Los Angeles Times, et al.; Case No. BC476209**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/20/12 | L. O'Hara | L243 | | Begin drafting of summary judgment motion for non-employer entities. | 0.80 | 364.00 |
| 06/20/12 | L. O'Hara | L243 | | Deal with securing hearing date for summary judgment motion and calculate filing, opposition and reply dates. | 0.30 | 136.50 |
| 06/21/12 | L. O'Hara | L243 | | Direction to H. Macon regarding preparation of motion for summary judgment for non-employer defendants. | 0.20 | 91.00 |
| 06/21/12 | H. Macon | L243 | | Telephone conference with L. O'Hara regarding motion for summary judgment for non-employer defendant entities. | 0.20 | 91.00 |
| 06/27/12 | L. O'Hara | L243 | | Draft motion for summary judgment. | 2.50 | 1,137.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 2010047

Page 2

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/29/12 | L. O'Hara | L243 | | Communicate with J. Powers regarding declaration needed for summary judgment motion to be filed by non-employer defendants. | 0.20 | 91.00 |

**Total Hours**     4.20

**Total Fees**     $1,911.00

**Timekeeper Summary**

| L. O'Hara | Partner | - | 4.00 | hours at | $455.00 | per hour |
|-----------|---------|---|------|----------|---------|----------|
| H. Macon | Associate | - | 0.20 | hours at | $455.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 28.40 |
| Copying | 6.60 |
| Inv#: 825102338 Office: LOS ANGELES User: BRODSKY, JULIA TRANSACTIONAL ONLINE FINDS | 2.35 |
| Parking Validations | 34.00 |
| Process Server - NATIONWIDE LEGAL EXPRESS, LLC (Medical Records) | 110.50 |

**Total Disbursements**     181.85

**Total Fees And Disbursements This Statement**     $2,092.85



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 2010047
0276 33175 / 33175-000026
Christino Escandon v. Los Angeles Times, et al.; Case
No. BC476209

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,911.00 |
| Total Disbursements | 181.85 |
| Total Fees and Disbursements This Statement | $2,092.85 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010040
0276 15827 / 15827-000020
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attn:  John W. Powers

For legal services rendered through June 30, 2012

### Neil Levine v. Tribune Entertainment Co. dba KTLA, et al.; Case No. BC477541

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/01/12 | L. O'Hara | L310 | | Review discovery verifications from B. Lopez-Nash. | 0.10 | 45.50 |
| 06/01/12 | O. Golinder | L190 | | Review additional documents for production. | 0.20 | 54.00 |
| 06/04/12 | L. O'Hara | L110 | | Prepare for meeting with C. Lugo Leigh. | 0.30 | 136.50 |
| 06/04/12 | L. O'Hara | L310 | | Finalize responses to two sets of interrogatories served on KTLA (.10); two sets of interrogatories served on Tribune Entertainment (.10); two sets of interrogatories served on Tribune Company (.20); one set of interrogatories served on B. Lopez-Nash and document production requests served on Tribune Entertainment (.20). | 0.60 | 273.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/04/12 | L. O'Hara | L310 | | Review documents for possible production by defendant KTLA (2.70); follow-up e-mail to B. Lopez-Nash regarding additional documents needed for production (.20). | 2.90 | 1,319.50 |
| 06/05/12 | L. O'Hara | L110 | | Meet with B. Lopez-Nash and C. Lugo Leigh regarding chronology of plaintiff's employment history (7.40); telephone conference with G. Conner regarding status of plaintiff's workers compensation claim (.20). | 7.60 | 3,458.00 |
| 06/05/12 | L. O'Hara | L160 | | Review plaintiff's settlement conference statement. | 0.30 | 136.50 |
| 06/05/12 | L. O'Hara | L160 | | Communicate with J. Powers regarding plaintiff's settlement offer. | 0.10 | 45.50 |
| 06/06/12 | L. O'Hara | L230 | | Communicate with J. Powers regarding unexpected hospitalization precluding attendance at court-mandated settlement conference (.20); prepare stipulation and proposed order to continue conference (.60); communicate with J. Powers and B. Lopez-Nash regarding cancellation of conference (.10). | 0.90 | 409.50 |
| 06/06/12 | L. O'Hara | L310 | | Review additional documents received from client for consideration for production. | 0.30 | 136.50 |
| 06/06/12 | O. Golinder | L320 | | Revise/finalize production. | 1.20 | 324.00 |
| 06/07/12 | L. O'Hara | L310 | | Direction to paralegal regarding preparing documents for production and privilege redactions. | 0.20 | 91.00 |
| 06/07/12 | O. Golinder | L320 | | Review production of documents (1.00); update binder (2.00); review plaintiff's production for key documents (2.30). | 5.30 | 1,431.00 |
| 06/08/12 | L. O'Hara | L310 | | Finalize responses to document demands served on KTLA and Tribune Company (.60); final review of documents to be produced (.20). | 0.80 | 364.00 |



Invoice No. 2010040

Page 3

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/08/12 | L. O'Hara | L330 | | Multiple telephone calls with J. Powers, B. Lopez-Nash and opposing counsel regarding moving and rescheduling plaintiff's deposition and PMK deposition due to client representative's unexpected hospitalization. | 1.40 | 637.00 |
| 06/11/12 | L. O'Hara | L330 | | Prepare amended deposition notice of plaintiff. | 0.10 | 45.50 |
| 06/12/12 | L. O'Hara | L310 | | Draft meet and confer correspondence to opposing counsel regarding scope of PMK deposition notices (.70); prepare objections to PMK deposition notice served on KTLA (2.70); research regarding geographical PMK deposition notices served on Tribune Company and Tribune Entertainment (.80); begin preparation of objections to PMK deposition notices served on Tribune Company and Tribune Entertainment (.70). | 4.90 | 2,229.50 |
| 06/13/12 | L. O'Hara | L330 | | Prepare objections to PMK deposition notices for Tribune Company (1.20); Tribune Entertainment (1.30). | 2.50 | 1,137.50 |
| 06/18/12 | L. O'Hara | L330 | | Prepare for meeting with C. Lugo Leigh (.6); meet with C. Lugo Leigh in preparation for her deposition (6.5). | 7.10 | 3,230.50 |
| 06/19/12 | L. O'Hara | L330 | | Meet at opposing counsel's office and representation at PMK deposition. | 8.80 | 4,004.00 |
| 06/20/12 | L. O'Hara | L310 | | Review plaintiff's meet and confer letter regarding discovery responses (.20) and draft responsive correspondence (.40). | 0.60 | 273.00 |
| 06/20/12 | B. Bernstein | L110 | | Researched jury verdicts by Marcus Mancini and Timothy Gonzales of Mancini & Associates for L. O'Hara. | 0.50 | 92.50 |
| 06/21/12 | L. O'Hara | L240 | | Direction to H. Macon regarding preparation of declaration to facilitate dismissal of non-employer defendants. | 0.20 | 91.00 |

# SEYFARTH SHAW LLP
**ATTORNEYS**

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/21/12 | H. Macon | L240 | | Telephone conference with L. O'Hara regarding declaration for dismissal of non-employer defendant entities. | 0.20 | 91.00 |
| 06/22/12 | L. O'Hara | L310 | | Review/analysis of additional discovery requests (.30); deposition notices served on defendant (.20); communicate with J. Powers and B. Lopez-Nash regarding same (.20). | 0.70 | 318.50 |
| 06/22/12 | O. Golinder | L390 | | Meeting with L. O'Hara regarding further identifying potential witnesses. | 0.20 | 54.00 |
| 06/25/12 | L. O'Hara | L160 | | E-mail communication with B. Lopez-Nash regarding dates of plaintiff's deposition and mediation. | 0.20 | 91.00 |
| 06/25/12 | L. O'Hara | L210 | | Telephone conference with opposing counsel regarding his intent to file a first amended complaint to break up causes of action against corporate defendants and asking him to dismiss individual defendant B. Lopez-Nash. | 0.30 | 136.50 |
| 06/25/12 | L. O'Hara | L230 | | Communicate with opposing counsel regarding issues for court required pre-Case Management Conference meet and confer and possibility of moving conference until after mediation. | 0.20 | 91.00 |
| 06/25/12 | L. O'Hara | L330 | | Multiple telephone conferences with and e-mail communications with J. Powers, B. Lopez-Nash and opposing counsel regarding scheduling C. Reilly deposition (.50); preparation and B. Lopez-Nash deposition and preparation (.20). | 0.70 | 318.50 |
| 06/26/12 | L. O'Hara | L110 | | Direction to paralegal regarding review of documents and supplementation of witness list. | 0.20 | 91.00 |
| 06/26/12 | L. O'Hara | L210 | | Telephone call with opposing counsel regarding status of anticipated amended complaint. | 0.30 | 136.50 |
| 06/26/12 | O. Golinder | L390 | | Update key documents binder. | 2.30 | 621.00 |



Invoice No. 2010040

Page 5

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/27/12 | L. O'Hara | L120 | | Prepare for (.30) and telephone call with B. Lopez-Nash, J. Powers, C. Lugo-Leigh and G. Conner regarding, upcoming mediation and possibility of settlement, deposition scheduling and preparation dates for B. Lopez-Nash and C. Reilly (1.00); additional witnesses to add to the witness list (.40); information needed for additional document demands and interrogatories served by plaintiff (.40). | 1.80 | 819.00 |
| 06/27/12 | L. O'Hara | L160 | | Communicate with B. Lopez-Nash regarding mediation time and date. | 0.10 | 45.50 |
| 06/27/12 | L. O'Hara | L160 | | Revise mediation brief to include facts learned after CRASH settlement conference brief was drafted. | 0.70 | 318.50 |
| 06/27/12 | O. Golinder | L310 | | Prepare list of updated individual with knowledge about the facts. | 1.30 | 351.00 |
| 06/28/12 | L. O'Hara | L110 | | Review letter forwarded by B. Lopez-Nash regarding plaintiff's workers' compensation claim. | 0.20 | 91.00 |
| 06/28/12 | L. O'Hara | L310 | | Review additional documents to be produced to plaintiff. | 0.70 | 318.50 |
| 06/28/12 | L. O'Hara | L310 | | Draft responses to plaintiff's demand for inspection of documents (set two) (.50); special interrogatories (set one) (.70) and demand for inspection of documents (set three) (.30). | 1.50 | 682.50 |
| 06/28/12 | L. O'Hara | L330 | | Review revised deposition notice for C. Reilly and transmit to client. | 0.10 | 45.50 |
| 06/28/12 | O. Golinder | L320 | | Review plaintiff's production of documents in preparation for plaintiff's deposition. | 4.20 | 1,134.00 |
| 06/29/12 | L. O'Hara | L230 | | Meet and confer with opposing counsel regarding issues for case management conference statement, discovery, and mediation (.60); draft case management conference statement (.30). | 0.90 | 409.50 |



Invoice No. 2010040

Page 6

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/29/12 | L. O'Hara | L310 | | Review additional documents produced by plaintiff in discovery. | 1.60 | 728.00 |
| 06/29/12 | L. O'Hara | L330 | | Assemble documents for plaintiff's deposition and analysis regarding deposition strategy. | 1.40 | 637.00 |
| 06/29/12 | O. Golinder | L330 | | Organize document binders for plaintiff's deposition (.50); and deposition preparation of defense witnesses (1.60). | 2.10 | 567.00 |

**Total Hours**                                                                68.80

**Total Fees**                                                          $28,061.00

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 51.30 | hours at | $455.00 | per hour |
| H. Macon | Associate | - | 0.20 | hours at | $455.00 | per hour |
| O. Golinder | Paralegal | - | 16.80 | hours at | $270.00 | per hour |
| B. Bernstein | Librarian | - | 0.50 | hours at | $185.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Process Server | 66.15 |
| Overnight Delivery/Local Messenger | 182.70 |
| Filing Fees | 15.00 |
| Copying | 202.80 |
| Facsimile | 2.00 |
| Long Distance Telephone | 3.15 |
| Online Research | 109.60 |
| Out-of-Town Travel | 35.32 |

**Total Disbursements**                                                    616.72



KTLA-TV

**Total Fees And Disbursements This Statement**                               $28,677.72



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010051
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through June 30, 2012

**Sal Marchiano v. Betty Ellen Berlamino**

| Disbursements | Value |
|---|---|
| Purchase of Thumb Drive | 7.45 |
| **Total Disbursements** | **7.45** |
| **Total Fees And Disbursements This Statement** | **$7.45** |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 2010051
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 7.45 |
| Total Fees and Disbursements This Statement | $7.45 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Invoice No. 2010052
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through June 30, 2012

**Larry Hoff v. WPIX, et al.**

| Disbursements | Value |
|---|---|
| Purchase of Thumb Drive | 7.45 |
| **Total Disbursements** | 7.45 |
| **Total Fees And Disbursements This Statement** | $7.45 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

July 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 2010052
0276 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $0.00 |
| Total Disbursements | 7.45 |
| Total Fees and Disbursements This Statement | $7.45 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |