# Attachment A

## FEE SUMMARY FOR THE QUARTERLY PERIOD FROM
## MARCH 1, 2012 THROUGH MAY 31, 2012

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Suresh T. Advani | Partner/ Tax/ 20 years. Admitted 1992. | $925 | 20.00 | $18,500.00 |
| Jeannette K. Arazi | Partner/ Global Finance/ 13 years. Admitted 1999. | $725 | 9.80 | $7,105.00 |
| Larry A. Barden | Partner/ Corporate/ 30 years. Admitted 1982. | $1,000 | 109.40 | $109,400.00 |
| Kenneth K. Bellaire | Partner/ Global Finance/ 10 years. Admitted 2002. | $625 | 9.30 | $5,812.50 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 35 years. Admitted 1977. | $900 | 317.80 | $286,020.00 |
| Donald E. Bingham | Partner/ Banking/ 14 years. Admitted 1998. | $725 | 1.00 | $725.00 |

---

[1] Hourly Billing Rates reflected herein are those rates in effect as of January 1, 2012.

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin F. Blatchford | Partner/ Corporate/ 26 years. Admitted 1986. | $800 | 85.30 | $68,240.00 |
| Jessica C.K. Boelter | Partner/ Bankruptcy/ 10 years. Admitted 2002. | $725 | 284.50 | $203,181.25 |
| James N. Cahan | Partner/ Environmental/ 36 years. Admitted 1976. | $700 | 16.60 | $11,620.00 |
| Michael A. Clark | Partner/ Tax/ 33 years. Admitted 1979. | $800 | 1.60 | $1,280.00 |
| James F. Conlan | Partner/ Bankruptcy/ 24 years. Admitted 1988. | $1,000 | 41.60 | $41,600.00 |
| Stephen G. Contopulos | Partner/ Litigation/ 40 years. Admitted 1972. | $825 | 65.80 | $54,285.00 |
| James W. Ducayet | Partner/ Litigation/ 16 years. Admitted 1996. | $800 | 19.60 | $15,680.00 |
| Max C. Fischer | Partner/ Employment/ 17 years. Admitted 1995. | $675 | 17.10 | $11,542.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ronald S. Flagg | Partner/ Litigation/ 31 years. Admitted 1981. | $725 | 230.80 | $167,330.00 |
| Brian J. Gold | Partner/ Employment/ 30 years. Admitted 1982. | $800 | 132.00 | $105,600.00 |
| Mark I. Greenberg | Partner/ Global Finance/ 21 years. Admitted 1991. | $850 | 0.80 | $680.00 |
| Scott J. Heyman | Partner/ Tax/ 25 years. Admitted 1987. | $800 | 6.60 | $5,280.00 |
| Robert W. Hirth | Partner/ Litigation/ 33 years. Admitted 1979. | $950 | 240.00 | $228,000.00 |
| Pran Jha | Partner/ Corporate/ 21 years. Admitted 1991. | $775 | 3.40 | $2,635.00 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 20 years. Admitted 1992. | $800 | 9.70 | $7,760.00 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 13 years. Admitted 1999. | $800 | 159.30 | $120,840.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Erin E. Kelly | Partner/ Litigation/ 17 years. Admitted 1996. | $750 | 3.60 | $2,700.00 |
| Colleen M. Kenney | Partner/ Litigation/ 21 years. Admitted 1991. | $725 | 14.80 | $10,730.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 30 years. Admitted 1982. | $1,000 | 147.90 | $147,900.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 21 years. Admitted 1991. | $950 | 412.00 | $382,280.00 |
| Scott R. Lassar | Partner/ Litigation/ 37 years. Admitted 1975. | $1,000 | 4.90 | $4,900.00 |
| Robert J. Lewis | Partner/ Global Finance/ 18 years. Admitted 1995. | $775 | 6.30 | $4,882.50 |
| Eileen M. Liu | Partner/ Employee Benefits/ 15 years. Admitted 1997. | $725 | 2.10 | $1,522.50 |
| Jonathan D. Lotsoff | Partner/ Employment/ 18 years. Admitted 1994. | $725 | 148.80 | $107,880.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lorrie M. Marcil | Partner/ Litigation/ 28 years. Admitted 1985. | $650 | 13.10 | $8,515.00 |
| Elizabeth K. McCloy | Partner/ Real Estate/ 28 years. Admitted 1984. | $800 | 0.30 | $240.00 |
| Joel M. Mitnick | Partner/ Litigation/ 31 years. Admitted 1981. | $900 | 0.30 | $270.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 32 years. Admitted 1980. | $1,000 | 10.90 | $10,900.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 30 years. Admitted 1982. | $800 | 12.60 | $10,080.00 |
| Joel G. Samuels | Partner/ Bankruptcy/ 28 years. Admitted 1984. | $925 | 21.80 | $20,165.00 |
| Mark D. Schneider | Partner/ Communications/ 27 years. Admitted 1985. | $750 | 174.50 | $130,875.00 |
| Hille R. Sheppard | Partner/ Litigation/ 18 years. Admitted 1994. | $750 | 0.90 | $675.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jeffrey C. Steen | Partner/ Bankruptcy/ 28 years. Admitted 1984. | $925 | 410.90 | $378,093.75 |
| John W. Treece | Partner/ Litigation/ 34 years. Admitted 1978. | $850 | 4.20 | $3,570.00 |
| Dennis M. Twomey | Partner/ Bankruptcy/ 12 years. Admitted 2000. | $750 | 335.00 | $245,625.00 |
| Alan M. Unger | Partner/ Litigation/ 33 years. Admitted 1979. | $950 | 47.30 | $44,935.00 |
| Melanie Walker | Partner/ Litigation/ 12 years. Admitted 2000. | $650 | 1.40 | $910.00 |
| Marc D. Wasserman | Partner/ Bankruptcy/ 16 years. Admitted 1996. | $1,000 | 8.50 | $8,500.00 |
| Neil H. Wyland | Partner/ Litigation/ 17 years. Admitted 1995. | $675 | 0.20 | $135.00 |
| James P. Young | Partner/ Litigation/ 19 years. Admitted 1993. | $650 | 13.40 | $9,045.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jay H. Zimbler | Partner/ Tax/ 37 years. Admitted 1975. | $950 | 0.80 | $760.00 |
| Lawrence R. Fullerton | Senior Counsel/ Litigation/ 34 years. Admitted 1978. | $900 | 7.30 | $6,570.00 |
| Richard W. Havel | Senior Counsel/ Bankruptcy/ 40 years. Admitted 1972. | $900 | 0.40 | $360.00 |
| William A. Evanoff | Counsel/ Bankruptcy/ 12 years. Admitted 2000. | $700 | 1.10 | $770.00 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 33 years. Admitted 1979. | $750 | 96.50 | $72,375.00 |
| Robin Parsons | Counsel/ Bankruptcy/ 39 years. Admitted 1973. | $919.37 £575 | 1.50 | $1,379.06 |
| James D. Weiss | Counsel/ Employment/ 19 years. Admitted 1993. | $650 | 2.80 | $1,820.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Amanda L. Andrade | Associate/ Litigation/ 2 years. Admitted 2011. | $395 | 7.60 | $3,002.00 |
| James R. Benjamin | Associate/ Global Finance/ 4 years. Admitted 2008. | $475 | 16.60 | $7,885.00 |
| Leslie J. Carter | Associate/ Tax/ 3 years. Admitted 2009. | $435 | 6.50 | $2,827.50 |
| Christina M. Craige | Associate/ Bankruptcy/ 6 years. Admitted 2007. | $655 | 0.40 | $262.00 |
| Jason J. Englund | Associate/ Employment/ 4 years. Admitted 2008. | $475 | 8.30 | $3,942.50 |
| Jenna M. Gallagher | Associate/ Corporate/ 1 year. Admitted 2011. | $340 | 65.30 | $22,202.00 |
| Lauren A. Gallagher | Associate/ Employee Benefits/ 3 years. Admitted 2009. | $435 | 4.70 | $1,598.00 |
| Colin J. Garry | Associate/ Litigation/ 4 years. Admitted 2008. | $600 | 67.40 | $40,440.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Anna Gumport | Associate/ Bankruptcy/ 2 years. Admitted 2010. | $450 | 2.60 | $1,170.00 |
| Michael T. Gustafson | Associate/ Bankruptcy/ 2 years. Admitted 2010. | $450 | 255.20 | $114,840.00 |
| Timothy R. Hargadon | Associate/ Litigation/ 3 years. Admitted 2010. | $500 | 90.00 | $45,000.00 |
| Christine M. Herbas | Associate/ Corporate/ 1 year. Admitted 2011. | $340 | 69.50 | $23,630.00 |
| Sheryl K. Horwitz | Associate/ Employment/ 9 years. Admitted 2003. | $615 | 2.30 | $1,414.50 |
| Geoffrey M. King | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 216.90 | $108,450.00 |
| Candice L. Kline | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 142.70 | $79,198.50 |
| Marc A. Korman | Associate/ Litigation/ 2 years. Admitted 2010. | $395 | 87.20 | $34,444.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher S. Krueger | Associate/ Corporate/ 4 years. Admitted 2008. | $475 | 99.70 | $47,357.50 |
| Francis S. Lam | Associate/ Employment/ 1 year. Admitted 2011. | $355 | 15.20 | $5,396.00 |
| James P. Langdon | Associate/ Corporate/ 6 years. Admitted 2006. | $550 | 135.30 | $74,415.00 |
| Heide Larson Howell | Associate/ Employment/ 5 years. Admitted 2007. | $560 | 12.50 | $7,000.00 |
| Jillian K. Ludwig | Associate/ Bankruptcy/ 5 years. Admitted 2007. | $600 | 629.10 | $374,310.00 |
| Ashley K. Martin | Associate/ Litigation/ 4 years. Admitted 2008. | $475 | 8.20 | $3,895.00 |
| Matthew G. Martinez | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 153.20 | $85,026.00 |
| Chris K. Meyer | Associate/ Litigation/ 8 years. Admitted 2004. | $600 | 12.60 | $7,560.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kerriann S. Mills | Associate/ Bankruptcy/ 7 years. Admitted 2005. | $675 | 551.80 | $370,946.25 |
| Ryan C. Morris | Associate/ Litigation/ 7 years. Admitted 2007. | $610 | 26.10 | $15,921.00 |
| Sophia Park Mullen | Associate/ Bankruptcy/ 5 years. Admitted 2008. | $535 | 0.80 | $480.00 |
| Brett H. Myrick | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 248.60 | $124,300.00 |
| Andrew F. O'Neill | Associate/ Bankruptcy/ 7 years. Admitted 2005. | $675 | 2.20 | $1,485.00 |
| Tom A. Paskowitz | Associate/ Litigation/ 7 years. Admitted 2006. | $675 | 1.60 | $1,080.00 |
| Katherine A. Roberts | Associate/ Employment/ 4 years. Admitted 2008. | $520 | 40.50 | $21,060.00 |
| Steve W. Robinson | Associate/ Bankruptcy/ 3 years. Admitted 2010. | $500 | 196.20 | $98,100.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 8 years. Admitted 2004. | $600 | 0.50 | $300.00 |
| Jed Rosenkrantz | Associate/ Corporate/ 3 years. Admitted 2009. | $600 | 116.00 | $50,460.00 |
| Thomas E. Ross | Associate/ Litigation/ 3 years. Admitted 2009. | $445 | 298.00 | $131,408.50 |
| Richard M. Silverman | Associate/ Tax/ 5 years. Admitted 2007. | $525 | 55.20 | $28,980.00 |
| Lydia Hill Slaby | Associate/ Bankruptcy/ 1 year. Admitted 2011. | $400 | 105.80 | $42,320.00 |
| Lindsey A. Smith | Associate/ Corporate/ 4 years. Admitted 2008. | $475 | 1.90 | $902.50 |
| Matt Stevens | Associate/ Corporate/ 4 years. Admitted 2008. | $475 | 3.10 | $1,472.50 |
| Allison Ross Stromberg | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 392.80 | $215,090.25 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Patrick J. Wackerly | Associate/ Litigation/ 5 years. Admitted 2007. | $525 | 3.50 | $1,837.50 |
| Angela Eavy | Staff Attorney/ Litigation/ 8 years. Admitted 2004. | $375 | 2.20 | $825.00 |
| Paula Friedman | Staff Attorney/ Communications/ 23 years. Admitted 1989. | $315 | 30.70 | $9,670.50 |
| Sarah Kelly | Trainee Solicitor/ Corporate/ > 1 year. | $284.78 £180 | 10.50 | $3,000.76 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 11 years. | $250 | 8.90 | $2,225.00 |
| Danuta Lucenko | Senior Legal Assistant/ Litigation/ 18 years. | $235 | 2.50 | $587.50 |
| Randall C. Luce | Senior Legal Assistant/ Litigation/ 15 years. | $290 | 4.40 | $1,342.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 26 years. | $315 | 97.30 | $30,649.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 10 years. | $250 | 51.50 | $12,875.00 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 16 years. | $270 | 13.40 | $3,618.00 |
| Arturo J. Rodriguez | Legal Assistant/ Employment/ 6 years. | $210 | 1.30 | $273.00 |
| Betsy A. Schmidt | Senior Legal Assistant/ Corporate/ 15 years. | $250 | 6.00 | $1,500.00 |
| Adrienne K. Strange | Legal Assistant/ Corporate Finance/ 1 year. | $270 | 1.50 | $405.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 20 years. | $210 | 206.40 | $43,344.00 |
| Tiffany Katata | Project Assistant/ 4 years. | $120 | 48.00 | $5,760.00 |
| Diliana Stamatova | Project Assistant/ 7 years. | $120 | 65.50 | $7,860.00 |
| Ellen Kreis | Librarian/ 13 years. | $105 | 0.80 | $84.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ricardo A. Murray | Docket Clerk/ 24 years. | $100 | 1.00 | $100.00 |
| Robert Singh | Docket Clerk/ 21 years. | $100 | 1.00 | $100.00 |
| | | | | |
| **Grand Total** | | **8,394.60** | | **$5,418,107.32** |
| **Blended Rate** | | | **645.43** | |

## COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD FROM MARCH 1, 2012 THROUGH MAY 31, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 363.00 | $218,397.50 |
| Fee Applications (30390) | 719.70 | $265,131.50 |
| Executory Contracts and Leases (30410) | 7.30 | $3,680.00 |
| Use/Sale/Lease of Assets (30430) | 2.90 | $1,885.00 |
| DIP Financing/Cash Collateral (30440) | 4.70 | $3,986.00 |
| Insurance Matters (30450) | 1.70 | $1,615.00 |
| Litigated Matters (30470) | 1944.20 | $1,409,227.50 |
| Travel Time (30480) (with 50% discount) | 94.40 | $35,199.00 |
| Labor Matter (30490) | 0.40 | $380.00 |
| Plan and Disclosure Statement (30500) | 3569.40 | $2,461,340.00 |
| Professional Retention (30510) | 64.40 | $40,354.50 |
| Tax Matters (30520) | 100.90 | $64,422.00 |
| Claims Processing (30530) | 423.40 | $255,701.00 |
| Business Operations (30550) | 464.40 | $246,712.82 |
| Case Administration (30560) | 105.40 | $40,516.00 |
| Creditor Communications (30570) | 15.00 | $7,820.50 |
| Employee Matters (30590) | 404.40 | $299,532.00 |
| Exit Credit Facility (13700) | 109.00 | $62,207.00 |
| **TOTAL** | **8,394.60** | **$5,418,107.32** |

# **Attachment B**

**EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM
MARCH 1, 2012 THROUGH MAY 31, 2012**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[1] | | $8,980.00 |
| Court Costs | | $3,946.00 |
| Court Reporter | | $8,261.10 |
| Document Production | | $400.00 |
| Duplicating Charges[2] | | $18,482.31 |
| Document Delivery Services | | $745.16 |
| Document Services | | $300.24 |
| Filing Fees | | $2.00 |
| Ground Transportation | | $3,089.19 |
| Legal Support Services | | $91,119.97 |
| Lexis Research Service[3] | Lexis | $7,070.72 |
| Meals Out-of-Town | | $414.64 |
| Meals | | $386.00 |
| Messenger Services | | $627.95 |
| Other | | $95.37 |
| Overtime | | $649.28 |
| Search Services | | $6,892.25 |
| Telephone Tolls | | $1,876.61 |
| Travel/Lodging | | $8,169.52 |
| Westlaw Research Service | Westlaw | $21,351.45 |
| | | |
| **Total** | | **$182,859.76** |

---

[1] Air transportation during the period covered by this Application is charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters, excepting certain limited instances where coach-class reservations were unavailable.

[2] Sidley's rate for standard copying is $0.10 per page and is in compliance with the rate as required by Local Rule 2016-2(e)(iii).

[3] Sidley charges its clients for computer-assisted legal research at a rate that recovers no more than the Firm's cost.