## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08- 13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Objection Deadline: September 11, 2012 at 4:00 p.m.** |
| | ) | **Hearing Date: N/A** |

## FORTY-SECOND MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JUNE 1, 2012 THROUGH JUNE 30, 2012

Name of Applicant:                          Alvarez & Marsal North America, LLC


Authorized to provide professional
services to:                                          Debtors and Debtors-in-Possession

---

1  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC n/k/a Tribune CNLBC, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Speciality Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| Date of Retention: | February 13, 2009 effective as of December 8, 2008 |
| Period for which compensation and reimbursement are sought: | June 1, 2012 through June 30, 2012 |
| Amount of compensation sought as actual, reasonable, and necessary: | $  894,431.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $    13,637.64 |

This is an:    _X_ monthly  ___ interim  ___ final application.

Requested Payment Amount:

| | |
|---|---|
| Fees at 80% | $715,544.80 |
| Expenses at 100% | $  13,637.64 |
| Total: | $729,182.44 |

2

**Prior Applications**

| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 3/20/09 [558] | 12/8/2008 through 1/31/2009 | $1,750,295.00 | $8,959.29 | 4/15/09 [1026] | $1,400,556.00 | $8,959.29 | $350,139.00 |
| 4/3/2009 [858] | 2/1/2009 through 2/28/2009 | $1,061,861.00 | $17,085.39 | 4/29/09 [1106] | $ 849,488.80 | $17,085.39 | $212,372.20 |
| 4/29/2009 [1115] | 3/1/2009 through 3/31/2009 | $1,294,259.00 | $10,403.66 | 5/22/09 [1227] | $1,035,407.20 | $10,403.66 | $258,851.80 |
| 6/5/2009 [1301] | 4/1/2009 through 4/30/2009 | $1,068,295.00 | $10,099.00 | 6/30/09 [1666] | $854,636.00 | $10,099.00 | $213,659.00 |
| 7/7/2009 [1691] | 5/1/2009 through 5/31/2009 | $701,658.50 | $6,207.84 | 7/30/09 [1870] | $561,326.80 | $6,207.84 | $140,331.70 |
| 8/17/2009 [1969] | 6/1/2009 through 6/30/2009 | $646,794.00 | $7,002.20 | 9/11/09 [2108] | $517,435.20 | $7,002.20 | $129,358.80 |
| 9/8/2009 [2102] | 7/1/2009 through 7/31/2009 | $700,890.00 | $7,170.36 | 10/1/09 [2257] | $560,712 | $7,170.36 | $140,178.00 |
| 9/25/2009 [2228] | 8/1/2009 through 8/31/2009 | $598,529.50 | $1,976.25 | 10/19/09 [2384] | $478,823.60 | $1,976.25 | $119,705.90 |
| 11/6/2009 [2512] | 9/1/2009 through 9/30/2009 | $528,887.50 | $3,204.71 | 12/2/09 [2716] | $423,110.00 | $3,204.71 | $105,777.50 |
| 1/4/2010 [3007] | 10/1/2009 through 10/31/2009 | $608,070.00 | $1,671.19 | 1/27/10 [3245] | $486,456.00 | $1,671.19 | $121,614.00 |
| 1/4/2010 [3007] | 11/1/2009 through 11/30/2009 | $492,073.00 | $439.83 | 2/4/10 [3312] | $393,658.40 | $439.83 | $98,414.60 |
| 2/19/2010 [3508] | 12/1/2009 through 12/31/2009 | $416,743.50 | $2,519.25 | 3/12/10 [3721] | $333,394.40 | $2,519.25 | $83,348.70 |
| 3/16/2010 [3742] | 1/1/2010 through 1/31/2010 | $615,510.50 | $3,992.56 | 4/8/10 [3972] | $492,408.40 | $3,992.56 | $123,102.10 |
| 4/9/2010 [3985] | 2/1/2010 through 2/28/2010 | $652,673.50 | $928.17 | 5/4/10 [4232] | $522,138.80 | $928.17 | $130,534.70 |
| 5/18/2010 [4461] | 3/1/2010 through 3/31/2010 | $594,072.50 | $1,057.12 | 6/11/10 [4762] | $475,258.00 | $1,057.12 | $118,814.50 |

3

| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 6/7/2010 [4713] | 4/1/2010 through 4/30/2010 | $409,024.50 | $760.77 | 6/30/10 [4917] | $327,219.60 | $760.77 | $ 81,804.90 |
| 7/6/2010 [4940] | 5/1/2010 through 5/31/2010 | $491,264.00 | $2,782.68 | 7/29/10 [5196] | $393,011.20 | $2,782.68 | $ 98,252.80 |
| 8/6/2010 [5293] | 6/1/2010 through 6/30/2010 | $490,411.00 | $98.19 | 9/14/10 [5691] | $392,328.80 | $98.19 | $ 98,082.20 |
| 9/3/2010 [5621] | 7/1/2010 through 7/31/2010 | $552,841.00 | $252.00 | 9/27/10 [5818] | $442,272.80 | $252.00 | $110,568.20 |
| 9/24/2010 [5807] | 8/1/2010 through 8/31/2010 | $544,134.50 | $684.40 | 10/18/10 [6001] | $435,307.60 | $684.40 | $108,826.90 |
| 12/9/2010 [7123] | 9/1/2010 through 9/30/2010 | $402,037.00 | $182.56 | 12/30/10 [7354] | $321,629.60 | $182.56 | $80,407.40 |
| 12/29/2010 [7342] | 10/1/2010 through 10/31/2010 | $542,540.00 | $3,907.37 | 1/21/11 [7596] | $434,032.00 | $3,907.37 | $108,508.00 |
| 1/13/2011 [7485] | 11/1/2010 through 11/30/2010 | $623,114.00 | $2,923.36 | 2/4/11 [7797] | $498,491.20 | $2,923.36 | $124,622.80 |
| 2/14/2011 [7946] | 12/1/2010 through 12/31/2010 | $426,057.00 | $3,893.36 | 3/10/11 [8340] | $340,845.60 | $3,893.36 | $85,211.40 |
| 3/9/2011 [8329] | 1/1/2011 through 1/31/2011 | $562,805.00 | $54.16 | 3/31/11 [8534] | $450,244.00 | $54.16 | $112,561.00 |
| 4/8/2011 [8605] | 2/1/2011 through 2/28/2011 | $591,536.00 | $1,080.48 | 5/2/11 [8816] | $473,223.80 | $1,080.48 | $118,307.20 |
| 5/16/2011 [8918] | 3/1/2011 through 3/30/2011 | $575,767.50 | $15,410.55 | 6/8/11 [9204] | $460,614.00 | $15,410.55 | $115,153.50 |
| 6/15/2011 [9252] | 4/1/2011 through 4/30/2011 | $340,489.00 | $2,723.55 | 7/8/11 [9442] | $272,391.20 | $2,723.55 | $68,097.80 |
| 7/13/2011 [9456] | 5/1/2011 through 5/31/2011 | $332,825.50 | $84.00 | 8/3/11 [9604] | $266,260.40 | $84.00 | $66,565.10 |
| 8/4/2011 [9611] | 6/1/2011 through 6/30/2011 | $337,235.50 | $590.10 | 8/26/11 [9721] | $269,788.40 | $590.10 | $67,447.10 |
| 8/26/2011 [9720] | 7/1/2011 through 7/31/2011 | $306,612.50 | $889.79 | 9/20/11 [9796] | $245,290.00 | $889.79 | $61,322.50 |

4

| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 9/20/2011 [9794] | 8/1/2011 through 8/31/2011 | $300,407.00 | $30.00 | 10/13/11 [9971] | $240,325.60 | $30.00 | $60,081.40 |
| 11/9/2011 [10183] | 9/1/2011 through 9/30/2011 | $269,440.00 | $15.02 | 12/1/11 [10339] | $215,552.00 | $15.02 | $53,888.00 |
| 12/15/2011 [10457] | 10/1/2011 through 10/31/2011 | $269,196.00 | $453.43 | 1/9/11 [10565] | $215,356.80 | $453.43 | $53,839.20 |
| 1/12/2012 [10600] | 11/1/2011 through 11/30/2011 | $419,550.00 | $1,193.11 | 3/22/12 [11221] | $335,640.00 | $1,193.11 | $83,910.00 |
| 2/16/2012 [10947] | 12/1/2011 through 12/31/2011 | $317,406.50 | $516.00 | 3/9/12 [11131] | $253,924.80 | $516.00 | $63,481.30 |
| 3/20/2012 [11191] | 1/1/2012 through 1/31/2012 | $391,500.00 | $519.26 | 4/12/12 [11360] | $313,200.00 | $519.26 | $94,684.70 |
| 4/11/2012 [11353] | 2/1/2012 through 2/29/2012 | $378,738.80 | $155.00 | 5/3/12 [11533] | $302,991.04 | $155.00 | $94,684.70 |
| 5/15/2012 [11613] | 3/1/2012 through 3/31/2012 | $441,063.00 | $1,719.24 | 6/6/12 [11762] | $352,850.40 | $1,719.24 | $88,212.60 |
| 6/15/2012 [11822] | 4/1/2012 through 4/30/2012 | $477,560.00 | $1,377.28 | 7/10/12 [11983] | $382,048.00 | $1,377.28 | $95,512.00 |
| 7/13/2012 [12027] | 5/1/2012 through 5/31/2012 | $719,488.00 | $899.42 | 8/6/12 [12196] | $575,590.40 | $899.42 | $143,897.60 |

46429/0001-8786172v1

*JUNE 1, 2012 THROUGH JUNE 30, 2012*

## SUMMARY OF TIME & FEES BY PROFESSIONAL

**A&M STAFF**

| Name of Professional | Position | Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| *Restructuring* | | | | |
| Brian Whittman | Managing Director | $700 | 106.8 | $74,760.00 |
| Laureen Ryan | Managing Director | $700 | 65.9 | $46,130.00 |
| Michael Salve | Managing Director | $700 | 5.4 | $3,780.00 |
| Mark Spittell | Senior Director | $790 | 22.1 | $17,459.00 |
| Justin Schmaltz | Senior Director | $600 | 71.2 | $42,720.00 |
| John Forte | Senior Director | $575 | 118.6 | $68,195.00 |
| Richard Stone | Director | $500 | 213.3 | $106,650.00 |
| Megan Bennett | Director | $475 | 51.5 | $24,462.50 |
| Stuart Kaufman | Director | $475 | 71.9 | $34,152.50 |
| Michael Hagenaar | Director | $450 | 79.2 | $35,640.00 |
| Mark Zeiss | Director | $450 | 21.4 | $9,630.00 |
| Jodi Ehrenhofer | Director | $425 | 131.8 | $56,015.00 |
| Bradley Boudouris | Manager | $425 | 44.2 | $18,785.00 |
| Damon Busse | Manager | $425 | 101.0 | $42,925.00 |
| Sarah Crawford | Sr. Associate | $465 | 30.7 | $14,275.50 |
| Matthew Frank | Sr. Associate | $425 | 184.2 | $78,285.00 |
| Prasant Gandipali | Sr. Associate | $425 | 17.2 | $7,310.00 |
| Alexander Gershner | Sr. Associate | $375 | 26.8 | $10,050.00 |
| Evan Haedicke | Sr. Associate | $375 | 4.2 | $1,575.00 |
| Mark Berger | Associate | $375 | 149.8 | $56,175.00 |
| Matthew Williams | Consultant | $375 | 103.9 | $38,962.50 |
| Erin Orr | Consultant | $375 | 6.9 | $2,587.50 |
| Diego Torres | Analyst | $325 | 184.2 | $59,865.00 |
| Dwight Hingtgen | Analyst | $300 | 141.8 | $42,540.00 |
| Mary Napoliello | Paraprofessional | $195 | 7.7 | $1,501.50 |
| **Total** | | | **1,961.7** | **$894,431.00** |
| | Blended Rate $455.95 | | | |

6

46429/0001-8786172v1

## SUMMARY OF TIME & FEES BY MATTER CODE

| Matter Code | Description | Total Hours | Total Fees Requested |
|---|---|---|---|
| Accounting | Address accounting cut-off issues and liabilities subject to compromise. | 216.0 | $92,900.00 |
| AP/Vendor Issues | Accounts Payable, Vendor, and Payroll issues other than those related to contracts. | 90.3 | $38,780.00 |
| Avoidance Actions | Assist the Debtors and their counsel with analyzing information associated with potential causes of action under sections 547 and 548 of the bankruptcy code. | 52.8 | $23,137.50 |
| Cash Flow | Assist the Debtors with preparation of the cash management motion, preparation of cash flow forecasts and budget vs. actual, reporting on cash results to various constituents, and addressing treasury management issues. | 14.5 | $7,015.00 |
| Claims | Prepare for the claims bar date and reviewing claims filed against the Debtor. | 551.4 | $214,780.00 |
| Contract | Assist the Debtors with analyzing their executory contracts to determine candidates for assumptions, rejection, and renegotiation, with negotiating key customer and supplier contracts, and with the analysis of contract rejection claims. | 34.3 | $14,287.50 |
| Court Hearings | Prepare for and participate in court hearings. | 6.4 | $3,215.00 |
| Creditor | Prepare for and attend meetings or calls with secured or unsecured creditors and their advisors on matters other than information requests. | 19.8 | $10,592.50 |
| Fee Application | Preparation of monthly and interim fee applications in accordance with court guidelines. | 8.6 | $1,966.50 |
| Financing | Assist Debtors in obtaining Exit Financing, reviewing and negotiating loan documents, and responding to related due diligence requests. | 75.5 | $36,605.00 |
| Leases and Real Estate | Assist the Debtors with determination of potential leases to assume or reject, analysis of cure costs, etc. | 3.6 | $1,530.00 |
| Litigation Trust Valuation | This category represents time spent working at the direction of the Debtors' counsel on a valuation of causes of action to be transferred to the litigation trust in accordance with the terms of the plan of reorganization. | 320.2 | $177,712.50 |
| Monthly Operating Report | Assist the Debtors with the preparation of the Monthly Operating Report and related matters for the US Trustee. | 0.6 | $420.00 |
| Operations | Assist the Debtors with various matters associated with implementing their business plan. | 2.1 | $1,470.00 |
| Plan of Reorganization | Assist the Debtors in the preparation of the plan of reorganization. | 462.5 | $211,657.50 |
| Tax | Assist the Debtors in tax related matters. | 66.2 | $39,354.50 |
| Travel | Billable travel time (reflects 50% of time incurred). | 36.9 | $19,007.50 |
| | **Total** | **1,961.7** | **$894,431.00** |

7

### SUMMARY OF EXPENSES BY CATEGORY

| Expense Category | Service Provider (if applicable) | Expense Amount |
|---|---|---|
| Airfare | Various | $7,083.10 |
| Lodging | Various | $3,619.75 |
| Miscellaneous | Various | $373.96 |
| Transportation | Various | $2,560.83 |
| Total | | **$13,637.64** |

Annexed hereto are the following schedules for total compensation and reimbursement of expenses sought by the Applicant for the Compensation Period:

1.  Exhibit A – Summary of Time by Task

2.  Exhibit B – Summary of Time Detail by Professional

3.  Exhibit C – Summary of Time Detail by Task by Professional

4.  Exhibit D – Time Detail by Task Code which includes a daily time log detailing the activities and services performed by the Applicant on behalf of the Debtor

5.  Exhibit E – Summary of Expense by Category

6.  Exhibit F - Expense Detail by Professional which includes a breakdown of the Applicant's expenses incurred.

46429/0001-8786172v1

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08- 13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Objection Deadline: September 11, 2012 at 4:00 p.m.** |
| | ) | **Hearing Date: N/A** |

**FORTY-SECOND MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JUNE 1, 2012 THROUGH JUNE 30, 2012**

For its Forty-second Monthly Fee Statement for Compensation and Reimbursement of

Expenses (the "Monthly Fee Statement") Alvarez & Marsal North America, LLC (the

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC n/k/a Tribune CNLBC, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Speciality Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-8786172v1

"Applicant"), restructuring advisors to the Debtors and Debtors-in-Possession (the "Debtors"),

respectfully represents as follows:

## A.  BACKGROUND

1.      On December 8, 2008 (the "Commencement Date"), each of the Debtors

filed a petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are

operating their businesses and managing their property as debtors in possession pursuant to §§

1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or

examiner has been made in these chapter 11 cases.

2.      Pursuant to an order entered on February 13, 2009, the employment of

Applicant as restructuring advisors to the Debtors was authorized effective as of December 8,

2008.

3.      Applicant has rendered services on behalf of the Debtors from June 1,

2012 through June 30, 2012 (the "Application Period") totaling 1,961.7, and in connection

therewith requests allowance of monthly compensation in the amount of $894,431.00, and

reimbursement of expenses in the amount of $13,637.64.

4.      Applicant maintains contemporaneous records of the time expended for

the professional services and expenses related thereto performed in connection with these

Chapter 11 cases and such records are maintained in the ordinary course of its business.  These

records provide a detailed description of the services rendered and expenses incurred during the

period for which this Application is being made.  Applicant's time records in the sum of

$894,431.00 regarding the Chapter 11 proceedings are annexed hereto as Exhibit D.

2

46429/0001-8786172v1

**B. DESCRIPTION OF SERVICES AND
EXPENSES AND RELIEF REQUESTED**

5.      Applicant's services on behalf of the Debtors are described in detail in Exhibit D. In general, Applicant assisted the Debtors in routine bankruptcy matters and represented the Debtors in meetings with creditors, advisors, customers and others.

6.      To assist the Court in its review of the fees sought by Applicant, Applicant has separated its time entries in Exhibit D into the following categories:

a.      Accounting. This category includes time spent by Applicant assisting the Debtors with the bankruptcy related accounting matters including preparation for accounting issues associated with emergence from bankruptcy and accounting for the Restructuring Transactions contemplated under the plan of reorganization. The total fees sought under this category for the period June 1, 2012 through June 30, 2012 are $92,900.00 (216.0 hours).

b.      AP, Vendor Issues. This category includes time spent related to Accounts Payable, Vendor, and Human Resource issues other than those related to contracts. During the Application Period, the Applicant assisted the Debtors a number of tasks in this area including (a) responding to inquiries from vendors and ongoing negotiations with vendors regarding credit terms and other contract issues (including associated vender reconciliations), (b) reviewing potential pension and other benefit obligations, (c) assisting the Debtors with carrying out the court ordered payment and reconciliation procedures for ordinary course professionals, and (d) assisting the Debtors with review of potential escheatment issues. The total fees sought under this category for the period June 1, 2012 through June 30, 2012 are $38,780.00 (90.3 hours).

46429/0001-8786172v1

c.      <u>Avoidance Actions</u>.  This category includes time assisting the Debtors and their counsel with analyzing information associated with potential causes of action under sections 547 and 548 of the bankruptcy code.  The total fees sought under this category for the period June 1, 2012 through June 30, 2012 are $23,137.50 (52.8 hours).

d.      <u>Cash</u>.  This category includes time spent assisting the Debtors with preparation of cash flow forecasts and budget vs. actual, reporting on cash results to various constituents, and addressing treasury management issues.   The total fees sought under this category for the period June 1, 2012 through June 30, 2012 are $7,015.00 (14.5 hours).

e.      <u>Claims</u>.   This category includes time spent reviewing the claims filed against the Debtors as well as company data in order to assist in the reconciliation of such claims and/or to identify and collect additional liability data for possible future amendments to the Schedules.  The Applicant worked with the Debtors to (i) develop team-specific reconciliation processes, (ii) review and channel filed claims per the established review protocol, (iii) provide regular reporting on reconciliation efforts both to the reconciliation team as well as the Debtors' and Committee's professionals and (iv) coordinate and participate in the overall claims reconciliation effort as necessary.  During the Application Period the Applicant coordinated and assisted the Debtor in the continuing review and reconciliation of the over 6,000 claims filed, worked on stipulated resolutions of certain trade claims, and assisted counsel with various omnibus claims objections. The Applicant also prepared the Debtors' systems for issuing payments at emergence from bankruptcy and prepared presentation to the Plan Proponents regarding the expected claim distributions and reserves at emergence.  The total fees sought under this category for the period June 1, 2012 through June 30, 2012 are $214,780.00 (551.4 hours).

4

f.      Contract.  This category includes time assisting the Debtors with analyzing their executory contracts to determine candidates for assumptions, rejection, and renegotiation, with negotiating key customer and supplier contracts, with the analysis of contract rejection claims, and with the analysis of cure costs.  During the Application Period, the Applicant continued to assist with resolution of cure cost disputes and other contract matters.  The total fees sought under this category for the period June 1, 2012 through June 30, 2012 are $14,287.50 (34.3 hours).

g.      Court Hearings.  This category includes time preparing for and attending court hearings.  The total fees sought under this category for the period June 1, 2012 through June 30, 2012 are $3,215.00 (6.4 hours).

h.      Creditor.  This category includes time spent preparing for and attending meetings or calls with the Debtor's lenders and unsecured creditors and their financial and investment banking advisors, responding to frequent information requests, and managing an extensive on-line data room to assist in the efficient dissemination of documents.  The total fees sought under this category for the period June 1, 2012 through June 30, 2012 are $10,592.50 (19.8 hours).

i.      Fee Application.  This category includes time incurred for the preparation of the monthly and interim fee statements in compliance with court guidelines.  The total fees sought under this category for the period June 1, 2012 through June 30, 2012 are $1,966.50 (8.6 hours).

j.      Financing.  This category includes time assisting the Debtors in obtaining exit financing, reviewing and negotiating loan documents and responding to related

46429/0001-8786172v1

due diligence requests. The total fees sought under this category for the period June 1, 2012

through June 30, 2012 are $36,605.00 (75.5 hours).

        k.      <u>Leases and Real Estate</u>. This category includes time assisting the

Debtors with determination of potential leases to assume or reject, analysis of cure costs and

related matters. The total fees sought under this category for the period June 1, 2012 through

June 30, 2012 are $1,530.00 (3.6 hours).

        l.      <u>Litigation Trust Valuation</u>. This category represents the time

working at the direction of the Debtors' counsel on a valuation of causes of action to be

transferred to the litigation trust in accordance with the terms of the plan of reorganization. The

total fees sought under this category for the period June 1, 2012 through June 30, 2012 are

$177,712.50 (320.2).

        m.      <u>Monthly Operating Report</u>. This category includes time assisting

the Debtors with the preparation of the Monthly Operating Report and related matters for the US

Trustee. The total fees sought under this category for the period June 1, 2012 through June 30,

2012 are $420.00 (0.6 hours).

        n.      <u>Operations</u>. This category includes time reviewing the Debtors

business performance and assisting the Debtors with matters related to the general operation of

their business as well as implementation of their business plan. The total fees sought under this

category for the period June 1, 2012 through June 30, 2012 are $1,470.00 (2.1 hours).

        o.      <u>Plan of Reorganization.</u> This category includes time assisting the

Debtors in the preparation and negotiation of the plan of reorganization and disclosure statement,

preparing analysis to support the plan process, and preparing for emergence from bankruptcy.

During the Application Period, the Applicant assisted counsel with preparation for the

6

confirmation hearing held on June 7 and June 8, and helped to prepare the Company for

emergence from bankruptcy.  The total fees sought under this category for the period June 1,

2012 through June 30, 2012 are $211,657.50 (462.5 hours).

> p.   <u>Tax.</u> This category including time assisting the Debtors with tax

related matters.  The total fees sought under this category for the period June 1, 2012 through

June 30, 2012 are $39,354.50 (66.2 hours).

> q.   <u>Travel.</u> This category contains non-working travel time on behalf

of the Debtor.  This time was billed at ½ the time incurred.  The total fees sought under this

category for the period June 1, 2012 through June 30, 2012 are $19,007.50 (36.9 hours).

> The foregoing general description of services rendered in specific areas is not

intended to be exhaustive of the scope of Applicant's activities on behalf of the Debtors in this

case.  The time records attached as <u>Exhibit D</u> present more completely the work performed by

Applicant in each billing category during the period covered by this Application.

> 7.   Applicant believes that the post-petition services rendered during the

period June 1, 2012 through June 30, 2012 on behalf of the Debtors are reasonably worth the

sum of $894,431.00, and Applicant requests the allowance of such sum.  The blended hourly rate

for all services post-petition rendered by Applicant is $455.95.

> 8.   Applicant further requests reimbursement of costs expended on behalf of

the Debtors for the period June 1, 2012 through June 30, 2012 in connection with these Chapter

11 proceedings in the sum of $13,637.64 as set forth in the summary attached as <u>Exhibit E</u>.  The

detailed expense items incurred by professional is attached and outlined as <u>Exhibit F</u>.

> 9.   The expenses incurred by Applicant may include long distance telephone

calls, over-night delivery, travel expenses, local messenger service, meals, postage, and

7

duplicating charges, all of which Applicant normally bills to its non-bankruptcy clients at rates calculated to compensate Applicant for only the actual cost of the expense.    Applicant does not charge for facsimiles.

10.    Applicant has reviewed the requirements of Del.Bankr.LR 2016-2 and believes that this Application complies with the requirements of the same.

WHEREFORE, Applicant prays this Court enter an Order allowing Applicant monthly compensation in the sum of $894,431.00 and reimbursement of costs expended June 1, 2012 through June 30, 2012 in the sum of $13,637.64, directing prompt payment of the same by the Debtors to the extent not previously paid, and granting such other and further relief as may be just.

Dated: August 21, 2012
       Chicago, Illinois

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

Thomas E. Hill
55 W. Monroe Street
Suite 4000
Chicago, IL 60603
Telephone:  312.601.4226
Facsimile: 312.803.1875
thill@alvarezandmarsal.com

Restructuring Advisors for the Debtors
*and Debtors-in-Possession*

8