Case 08-13141-BLS    Doc 12313    Filed 08/22/12    Page 1 of 1

## UNITED STATES BANKRUPTCY COURT
### District of Delaware

| | | |
|---|---|---|
| Tribune Company, et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | CASE NO. 08-13141 |
| | ) | |
| | ) | (Jointly Administered) |

### NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that C&R CUSTOM CABINETS, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor and his representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as scheduled in the Los Angeles Times Communications LLC, Case No. 08-13185), and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address
C&R CUSTOM CABINETS
13700 BORATE ST
SANTA FE SPGS, CA 90670-5116

New Address
C&R CUSTOM CABINETS
c/o Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601
914-509-5000

C&R CUSTOM CABINETS

By: _____

Title: _____OWNER._____

Date: _____8-15-12._____