UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : | CHAPTER 11 |
|---|---|---|
| | : | (Jointly Administered) |
| **TRIBUNE COMPANY, et. al,**[12] | : | |
| | : | Case No. 08-13141 (KJC) |
| Debtors | : | (Re: D.I. 12080, 12084, 12085, 12198) |

## ORDER (i) DENYING CERTIFICATION FOR IMMEDIATE APPEAL TO THE THIRD CIRCUIT AND (ii) GRANTING STAY PENDING APPEAL (UPON POSTING OF BOND)

AND NOW, this 22nd day of August, 2012, upon consideration of

(1) Motion of Law Debenture Trust Company of New York ("Law Debenture") and Deutsche Bank Trust Company Americas ("Deutsche Bank") Pursuant to 28 U.S.C. §158(d)(2) and Fed.R.Bankr.P. 8001(f) Requesting Certification of Direct Appeal to United States Court of Appeals for Third Circuit of the Unfair Discrimination Issue in the Allocation Disputes Order as Incorporated in the Order and Memorandum Opinion on Confirmation (docket no. 12084) (the "Law Debenture Certification Motion"),

(2) EGI-TRB, LLC's ("EGI") Motion for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit (docket no. 12198) (the "EGI Certification Motion"),

(3) Motion for Stay Pending Appeal Pursuant to Bankruptcy Rule 8005 filed by Aurelius Capital Management, LP ("Aurelius") (docket no. 12080) (the "Aurelius Stay Motion"), and

(4) Motion of Law Debenture and Deutsche Bank for Stay Pending Appeal of Confirmation Order (docket no. 12085) (the "Law Debenture Stay Motion")

---

[12] The chapter 11 case filed by Tribune Media Services, Inc. (Bky. Case No. 08-13236) is jointly administered with the Tribune Company bankruptcy case and 109 additional affiliated debtors pursuant to the Order dated December 10, 2008 (docket no. 43). An additional debtor, Tribune CNLBC, LLC (formerly known as Chicago National League Baseball Club, LLC) filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009 (Bky. Case No. 09-13496), and is also jointly administered with the Tribune Company bankruptcy case pursuant to this Court's Order dated October 14, 2009 (docket no. 2333).

and any joinders, objections, and replies thereto, and after a hearing on August 17, 2012, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that:

1. The Law Debenture Certification Motion and the EGI Certification Motion are **DENIED**, and

2. The Aurelius Stay Motion and the Law Debenture Stay Motion are **GRANTED**, *conditioned* upon the posting of a supersedeas bond in the amount of **$1.5 billion**. Aurelius, Law Debenture and Deutsche Bank are ordered to post the required supersedeas bond in the amount of $1.5 billion in cash or bond or a combination thereof by the close of business on August 29, 2012, and certify the same to this Court.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: J. Kate Stickles, Esquire[1]

---

[1] Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.