## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8006

Appellant Wilmington Trust Company ("Wilmington Trust"), as Successor Indenture Trustee for the Exchangeable Subordinated Debentures Due 2029 (the "PHONES"), having filed a Notice of Appeal [D.I. 12157] appealing the Court's Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan of Reorganization For Tribune Company And Its Subsidiaries And Denying Clarification Motion And Order Overruling Plan Objections And

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Denying The Clarification Motion, dated July 13, 2012 [D.I. 12033] (the "Confirmation

Memorandum") and accompanying Order Confirming Fourth Amended Joint Plan of

Reorganization for Tribune Company and its Subsidiaries Proposed by The Debtors, The Official

Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co.,

L.P., and JPMorgan Chase Bank, N.A., dated July 23, 2012 [D.I. 12074] (the "Confirmation

Order"),  and any and all judgments, decrees, decisions, rulings, and/or opinions that merged into

and/or became part of the Confirmation Order, that are related to the Confirmation Order and/or

upon which the Confirmation Order is based, including without limitation, the Order Regarding

Motions for Reconsideration of the Original Confirmation Opinion and Order [D.I. 10532]  dated

December 29, 2011 and the Memorandum on Reconsideration [D.I. 10531] dated December 29,

2011, the Order Denying Confirmation of Competing Plans [D.I. 10134] dated October 31, 2011

and the Bankruptcy Court's Opinion on Confirmation [D.I. 10133] dated October 31, 2011, and

the Memorandum Regarding Allocation Disputes, dated April 9, 2012 [D.I. 11337] and

accompanying Order Regarding Allocation Disputes, dated April 9, 2012 [D.I. 11338], hereby

designates the following items for inclusion in the record on appeal and sets forth a statement of

issues to be presented on appeal:

## I.  DESIGNATION OF CONTENT OF RECORD ON APPEAL

### A.  Bankruptcy Court Pleadings

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| 12/10/2010 | 7136 | Joint Amended Chapter 11 Plan of Reorganization (First) for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Committee and the Lenders |
| 2/04/2011 | 7801 | Joint Amended Chapter 11 Plan of Reorganization (Second) for Tribune Company and Its Subsidiaries Proposed by the Debtors, the  Committee and the Lenders |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| 2/15/2011 | 7996 | Objection of Wilmington Trust Company to the Second Amended Debtor/Committee/Lender Plan |
| 2/15/2011 | 8013 | Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization |
| 2/26/2011 | 8173 | Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 3/03/2011 | 8259 | Proposed Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors/Committee/Lenders |
| 4/05/2011 | 8580 | Modified Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries proposed by the Debtors/Committee/Lenders |
| 4/12/2011 | 8635 | Amended Supplemental Objection of the Noteholder Plan Proponents to the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (As Modified) |
| 4/14/2011 | 8655 | Hearing Transcript -- 4/13/2011 |
| 5/11/2011 | 8897 | Post-Trial Brief in Support of Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Committee and the Lenders |
| 5/11/2011 | 8898 | Post-Trial Brief of the Noteholder Plan Proponents (Part I) [Redacted] |
| 5/12/2011 | 8900 | Post-Confirmation Hearing Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES [Redacted] |
| 5/17/2011 | 8931 | Post-Confirmation Hearing Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES [Unredacted] |
| 5/17/2011 | 8932 | Post-Trial Brief of the Noteholder Plan Proponents (Part I) [Unredacted] |
| 5/27/2011 | 9021 | Post-Trial Reply Brief in Support of Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Committee and the Lenders |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| 5/27/2011 | 9022 | Post-Trial Reply Brief of the Noteholder Plan Proponents |
| 6/03/2011 | 9058 | Supplemental Proposed Findings of Fact and Conclusions of Law of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of the Noteholder Plan Proponents [Redacted] |
| 6/14/2011 | 9246 | The Noteholder Plan Proponents Proposed Findings of Fact [Unredacted] |
| 6/14/2011 | 9247 | The Noteholder Plan Proponents Proposed Conclusions of Law [Unredacted] |
| 6/16/2011 | 9268 | Post-Confirmation Hearing Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES [Unredacted] |
| 6/16/2011 | 9271 | Supplemental Proposed Findings of Fact and Conclusions of Law of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes [Unredacted] |
| 8/05/2011 | 9619 | Hearing Transcript -- 6/27/2011 |
| 10/06/2011 | 9915 | Hearing Transcript (Revised and Final Version) -- 6/27/2011 |
| 10/31/2011 | 10133 | Confirmation Opinion |
| 10/31/2011 | 10134 | Order denying Confirmation |
| 11/14/2011 | 10222 | Motion of Deutsche Bank Trust Company Americas and Law Debenture Trust Company of New York to Reconsider the Courts Confirmation Opinion With Respect to the Subordination of the Phones |
| 11/14/2011 | 10223 | Joinder of Davidson Kempner Capital Management LLC to Joint Motion to Reconsider the Courts Confirmation Opinion With Respect to the Subordination of the Phones |
| 11/14/2011 | 10225 | Joinder of Brigade Capital Management in the Joint Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Requesting Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the Phones |
| 11/14/2011 | 10226 | Motion of Aurelius Capital Management, LP to Reconsider the Court's October 31, 2011 Decision as it Pertains to the Application of PHONES Notes Subordination |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| 11/14/2011 | 10227 | Motion of the Noteholder Plan Proponents to Reconsider and Clarify the Court's October 31, 2011 Decision |
| 11/16/2011 | 10238 | Joinder of Deutsche Bank Trust Company Americas to Motion of Aurelius Capital Management, LP for Reconsideration of the Courts October 31, 2011 Decision as it Pertains to the Application of Phones Notes Subordination |
| 11/18/2011 | 10273 | Third Amended Chapter 11 Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JP Morgan Chase Bank, N.A. |
| 11/19/2011 | 10275 | Supplemental Disclosure Statement Relating to Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. |
| 12/06/2011 | 10364 | EGI-TRB LLC's Statement of Position on Scheduling of the Allocation Dispute |
| 12/06/2011 | 10365 | Objection of EGI-TRB to (1) Motion Of Aurelius Capital Management, LP For Reconsideration Of The Courts October 31, 2011 Decision As It Pertains To The Application Of Phones Notes Subordination; (2) Joint Motion Of Law Debenture Trust Company Of New York And Deutsche Bank Trust Company Americas Requesting Reconsideration Of The Courts Confirmation Opinion With Respect To The Subordination Of The Phones; And (3) Joinders By Brigade Capital Management, LLC, Davidson Kempner Capital Management LLC, And Deutsche Bank Trust Company Americas |
| 12/06/2011 | 10366 | Response of TM Retirees to Motions for Reconsideration of Portions of the October 31, 2011 Opinion on Confirmation |
| 12/06/2011 | 10369 | Statement of Aurelius Capital Management, L.P. in Support of its Position Regarding Process for Resolution of the Allocation Disputes |
| 12/06/2011 | 10370 | Memorandum of the DCL Plan Proponents Regarding the Scheduling of Further Proceedings |
| 12/06/2011 | 10371 | Omnibus Objection of Wilmington Trust Company to Motions for |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| | | Reconsideration of this Court's Decision on PHONES Subordination and the Proceeds of the Litigation Trust Under the DCL Plan |
| 12/06/2011 | 10374 | Wilmington Trust Company's Statement Concerning the Timing of Consideration of the Debtors' Request to Commence Solicitation of the Third Amended Plan of Reorganization and the Debtors' Proposal Concerning the Resolution of the Allocation Disputes, as Defined Herein |
| 12/09/2011 | 10392 | Joinder to Statement of Aurelius Capital Management, L.P. in Support of its Position Regarding Process for Resolution of the Allocation Disputes |
| 12/09/2011 | 10393 | Wilmington Trust Company's Reply to (I) the Memorandum of the DCL Plan Proponents Regarding the Scheduling of Further Proceedings and (II) the Statement of Aurelius Capital Management, L.P. in Support of its Position Regarding Process for Resolution of the Allocation Disputes |
| 12/09/2011 | 10395 | Response of Aurelius Capital Management, L.P. to (I) Memorandum of the DCL Plan Proponents Regarding the Scheduling of Further Proceedings and (II) EGI-TRB LLC's Statement of Position on Scheduling of the Allocation Dispute |
| 12/09/2011 | 10396 | Omnibus reply in Support of Motion of Aurelius Capital Management, LP for Reconsideration of the Courts October 31, 2011 Decision as it Pertains to The Application of the PHONES NOTES Subordination |
| 12/09/2011 | 10397 | EGI-TRB LLC's Objection and Reply to (1) Statement of Aurelius Capital Management, L.P. in Support of its Position Regarding Process for Resolution of the Allocation Disputes; (2) Memorandum of DCL Plan Proponents Regarding the Scheduling of Further Proceedings and (3) Wilmington Trust Company's Statement Concerning the Timing of Consideration of the Debtors' Request to Commence Solicitation of the Third Amended Plan of Reorganization and Debtors' Proposal Concerning the Resolution of the Allocation Disputes. |
| 12/09/2011 | 10399 | Joint Reply of Deutsche Bank Trust Company Americas and Law Debenture Trust Company of New York in further support of their request for reconsideration of the courts confirmation opinion with respect to the Subordination of the Phones |
| 12/09/2011 | 10400 | Joinder of Davidson Kempner Capital Management LLC to Joint Reply of Law Denture Trust Company of New York and Deutsche Bank Trust Company Americas |
| 12/09/2011 | 10401 | Joinder of Brigade Capital Management in the Joint Reply of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas in |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| | | Further Support of Their Request for Reconsideration of the Court's Confirmation Opinion with Respect to the Subordination of the Phones |
| 12/12/2011 | 10415 | Joinder of Law Debenture Trust Company of New York to Statement of Aurelius Capital Management, L.P. in Support of its Position Regarding Process for Resolution of the Allocation Disputes. |
| 12/16/2011 | 10460 | Hearing Transcript – December 14, 2011 |
| 12/29/2011 | 10531 | Memorandum on Reconsideration |
| 12/29/2011 | 10532 | Order regarding Motions for Reconsideration of the Confirmation Opinion and Order |
| 01/10/2012 | 10569 | DCL Plan Proponents' Proposed Schedules for Resolution of Allocation Disputes and Disclosure/Confirmation of Third Amended Plan |
| 01/10/2012 | 10571 | Statement of Aurelius Capital Management, L.P. in Support of its Proposed Revised Schedule for Resolution of the Remaining Allocation Disputes and Confirmation of the Third Amended DCL Plan |
| 1/10/2012 | 10580 | Notice of Appeal filed by Wilmington Trust Company |
| 1/10/2012 | 10582 | Motion of Wilmington Trust Company for Leave to Appeal Bankruptcy Court's Decision on Subordination |
| 1/24/2012 | 10692 | Order (with Revisions Made by the Court) Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Documents, Solicitation Procedures Motion and Plan |
| 1/31/2012 | 10776 | Debtors' Preliminary Statement Regarding Allocation Disputes |
| 1/31/2012 | 10777 | Position Statement of Barclays Bank PLC and Waterstone Capital Management LP Regarding Allocation Disputes |
| 1/31/2012 | 10782 | Preliminary Statement of Oaktree Capital Management, L.P. on Allocation Disputes |
| 1/31/2012 | 10784 | Law Debenture Trust Company of New York's Preliminary Statement |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| 1/31/2012 | 10785 | Joinder of Davidson Kempner Capital Management LLC, as Investment Advisor, to Preliminary Statement of Law Debenture Trust Company of New York |
| 1/31/2012 | 10786 | Joinder of Brigade Capital Management, LLC in the Preliminary Statement of Law Debenture Trust Company of New York |
| 1/31/2012 | 10787 | Preliminary Statement of TM Retirees With Respect To Allocation Disputes |
| 1/31/2012 | 10789 | Preliminary Statement of Aurelius Capital Management, LP, on Allocation Disputes |
| 1/31/2012 | 10791 | EGI-TRB, LLCs Preliminary Statement On Allocation Disputes |
| 1/31/2012 | 10792 | Preliminary Statement of Wilmington Trust Company as Successor Indenture Trustee for the PHONES Notes on the Allocation Disputes |
| 1/31/2012 | 10793 | Preliminary Statement of the Official Committee of Unsecured Creditors in Connection with Resolution of the Allocation Disputes |
| 1/31/2012 | 10794 | Joinder of Deutsche Bank Trust Company Americas to Preliminary Statement of Law Debenture Trust Company of New York In Connection With Allocation Disputes |
| 1/31/2012 | 10800 | EGI-TRB, LLC's Amended Preliminary Statement on Allocation Disputes |
| 02/16/2012 | 10949 | Motion of TM Retirees to Clarify or Modify the Allocation Disputes Scheduling Order to Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes |
| 2/20/2012 | 10958 | Third Amended Chapter 11 Plan (Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A.) |
| 2/20/2012 | 10959 | Supplemental Disclosure Statement (Supplemental Disclosure Document Relating to Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. as Modified February 20, 2012) |
| 02/21/2012 | 10969 | Objection of Law Debenture Trust Company of New York to Motion of the |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| | | Retirees to Clarify or Modify Allocation Disputes Scheduling Order to Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes |
| 02/22/2012 | 10972 | Joinder of Aurelius Capital Management, L.P. to Objection of Law Debenture Trust Company of New York to Motion of the Retirees to Clarify or Modify Allocation Disputes Scheduling Order to Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes |
| 2/24/2012 | 10994 | Opening Brief of TM Retirees With Respect to Resolution of Allocation Disputes in Connection With Confirmation of the Third Amended DCL Plan |
| 2/24/2012 | 10996 | Declaration of Jay Teitelbaum in Support of Opening Brief of TM Retirees With Respect to Resolution of Allocation Disputes in Connection With Confirmation of the Third Amended DCL Plan |
| 2/24/2012 | 10998 | Declaration of Susan Bell Pursuant to 28 U.S.C. Section 1746, in Support of Opening Brief of TM Retirees With Respect to Resolution of Allocation Disputes in Connection With Confirmation of the Third Amended DCL Plan |
| 2/24/2012 | 10999 | Opening Brief of Wilmington Trust Company as Successor Indenture Trustee for the PHONES Notes on the Allocation Disputes |
| 2/24/2012 | 11000 | Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute |
| 2/24/2012 | 11001 | EGI-TRB LLC's Opening Brief in Support of Its Position on Allocation Disputes Identified in Its Preliminary Statement |
| 2/24/2012 | 11003 | Oaktree Capital Management, L.P.'s Opening Brief Regarding Allocation Disputes |
| 2/24/2012 | 11004 | Debtors' Opening Brief Regarding Factual Information Relevant to Allocation Disputes |
| 2/24/2012 | 11005 | Joinder of the Debtors to Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute |
| 2/24/2012 | 11006 | Joinder of Barclays Bank PLC and Waterstone Capital Management LP to the Opening Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, on the Allocation Disputes |
| 2/24/2012 | 11007 | Brief of Aurelius Capital Management, LP in Support of Its Positions Regarding the Allocation Disputes |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| 2/24/2012 | 11008 | Appendix A to EGI-TRB, LLCs Opening Brief in Support of Its Position on Allocation Disputes Identified in Its Preliminary Statement |
| 2/24/2012 | 11009 | Appendix of Exhibits in Support of Oaktree Capital Management, L.P.'s Opening Brief Regarding Allocation Disputes |
| 2/24/2012 | 11010 | Joint Opening Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Disputes |
| 2/24/2012 | 11011 | Binder of Exhibits Referenced in Opening Brief of Wilmington Trust Company on the Allocation Disputes |
| 22/24/2012 | 11012 | Joinder of Davidson Kempner Capital Management LLC, as Investment Advisor, to Joint Opening Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to Allocation Disputes |
| 2/24/2012 | 11013 | Joinder of Brigade Capital Management in the Joint Opening Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Dispute |
| 2/24/2012 | 11015 | Notice of Filing Revised Appendix B to Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute |
| 2/24/2012 | 11016 ADH Ex. No. 115 | Certification of Counsel Regarding Stipulation By and Among the Debtors, Aurelius Capital Management, Wilmington Trust Company, Barclays Bank PLC and Waterstone Capital Management L.P. on Certain Facts Relevant to the Allocation Disputes and the Determination of the Allowed Amount of the PHONES Claim Filed by Wilmington Trust Company |
| 02/27/2012 | 11022 | Notice of Documents for Use in Connection with the Allocation Disputes |
| 02/27/2012 | 11024 | Statement of TM Retirees Identifying Documents Upon Which They Will Rely at the Allocation Disputes Hearing in Connection with Confirmation of the Third Amended DCL Plan |
| 02/27/2012 | 11025 | List of Exhibits on which Oaktree Capital Management, L.P. Intends to Rely at Allocation Disputes Hearing |
| 02/27/2012 | 11026 | Notice of Documents on which the Official Committee of Unsecured Creditors |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| | | Intends to Rely in Connection with the Allocation Disputes Hearing |
| 02/27/2012 | 11028 | EGI-TRB, LLC's Exhibit List for the Allocation Disputes Hearing |
| 02/27/2012 | 11029 | List of Exhibits on which Aurelius Capital Management, L.P. Intends to Rely at Allocation Disputes Hearing |
| 02/27/2012 | 11030 | Wilmington Trust Company's Proposed List of Trial Exhibits |
| 02/27/2012 | 11031 | Law Debenture Trust Company of New York's Notice of Documents for Use in Connection with the Allocation Disputes |
| 2/28/2012 | 11033 | Law Debenture Trust Company of New York's Motion to Enforce Court Order, or in the Alternative, *in Limine* to Exclude Declaration of Jay Teitelbaum and Certain Portions of the Declaration of Susan Bell |
| 02/28/2012 | 11041 | Order Approving Stipulation By and Among the Debtors, Aurelius Capital Management, Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, Barclays Bank PLC, and Waterstone Capital Management, L.P. on Certain Facts Relevant to the Allocation Disputes and the Determination of the Allowed Amount of the Phone Claim |
| 02/29/2012 | 11049 | Order Denying Motion of TM Retirees to Clarify or Modify Allocation Disputes Scheduling Order to Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes |
| 03/01/2012 | 11052 | Transcript of the Proceeding Held on February 28, 2012 |
| 3/2/2012 | 11060 | Joinder -In-Part of Aurelius Capital Management, LP to Joint Opening Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Disputes |
| 3/2/2012 | 11061 | Joinder -In-Part of Aurelius Capital Management, LP to Opening Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, on the Allocation Disputes |
| 3/2/2012 | 11064 | Reply Brief of TM Retirees With Respect to Resolution of Allocation Disputes in Connection With Confirmation of the Third Amended DCL Plan |
| 3/2/2012 | 11065 | EGI-TRB LLC's Response Brief Related To Allocation Disputes |
| 3/2/2012 | 11066 | Debtors Response Brief Regarding Allocation Disputes |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| 3/2/2012 | 11067 | Oaktree Capital Management, L.P.'s Response Brief Regarding Allocation Disputes |
| 3/2/2012 | 11068 | Reply Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute |
| 3/2/2012 | 11069 | Joint Response Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas With Respect to Allocation Disputes |
| 3/2/2012 | 11070 | Joinder of Davidson Kempner Capital Management LLC to Joint Response Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas With Respect to Allocation Disputes |
| 3/2/2012 | 11071 | Joinder of the Debtors to Reply Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute |
| 3/2/2012 | 11072 | Response Brief of Aurelius Capital Management, LP In Further Support Of Its Positions Regarding The Allocation Disputes |
| 3/2/2012 | 11073 | Reply Brief of Wilmington Trust Company as Successor Indenture Trustee for the PHONES Notes on the Allocation Disputes |
| 3/2/2012 | 11074 | Stipulation on Certain Facts Relevant to the Allocation Disputes Between Tribune Company and Official Committee of Unsecured Creditors, Law Debenture Trust Company of New York, Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES, EGI-TRB, LLC and TM Retirees. |
| 3/2/2012 | 11076 | Joinder of Brigade Capital Management in the Joint Response Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Disputes |
| 3/2/2012 | 11079 | Stipulation on Documents Relevant to the Allocation Disputes Offered by Oaktree Capital Management, L.P. |
| 3/2/2012 | 11080 | Partial Joinder of the Official Committee of Unsecured Creditors to the Debtors Response Brief Regarding Allocation Disputes |
| 3/7/2012 | 11106 | Supplemental Disclosure Statement (Notice of Filing of Supplemental Disclosure Document, Dated March 7, 2012, Relating to Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| | | N.A. (as Modified February 20, 2012)) |
| 3/9/2012 | 11116 | Amended Master Exhibit List for Use in Connection with the Allocation Disputes Hearing |
| 3/9/2012 | 11120 | Aurelius' Letter Brief re Allocation Disputes |
| 3/9/2012 | 11121 | Oaktree Capital Management's Letter Brief re Allocation Disputes |
| 3/9/2012 | 11122 | TM Retirees' Letter Brief re Allocation Disputes |
| 3/9/2012 | 11123 | Tribune's Letter Brief re Allocation Disputes |
| 3/9/2012 | 11124 | EGI-TRB, LLC's Letter Brief re Allocation Disputes |
| 3/9/2012 | 11125 | Committee of Unsecured Creditors' Letter Brief re Allocation Disputes |
| 3/9/2012 | 11127 | Law Debenture Trust Co. of NY's Letter to Judge Carey from David S. Rosner re Allocation Disputes |
| 3/13/2012 | 11144 | Law Debenture Trust Co. of NY's Letter in Response to Debtor's March 9, 2012 Letter Regarding Allocation Dispute No. 6 |
| 03/14/2012 | 11153 | Letter to the Honorable Kevin J. Carey from James F. Bendernagel, Jr. |
| 3/16/2012 | 11164 | Hearing Transcript – March 6, 2012 |
| 3/16/2012 | 11165 | Hearing Transcript – March 5, 2012 |
| 3/16/2012 | 11168 | Third Amended Chapter 11 Plan (Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (As Modified March 16, 2012)) |
| 3/16/2012 | 11169 | Supplemental Disclosure Statement (Supplemental Disclosure Document Relating to Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (As Modified March 16, 2012)) |
| 4/9/2012 | 11337 | Memorandum Opinion Regarding Allocation Disputes |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| 4/9/2012 | 11338 | Order Regarding Allocation Disputes |
| 4/12/2012 | 11354 | Amended Chapter 11 Plan (Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.) |
| 4/12/2012 | 11355 | Supplemental Disclosure Statement (Supplemental Disclosure Document Relating to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.) |
| 4/15/2012 | 11388 | Amended Chapter 11 Plan (Notice of Filing of Proposed Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.) |
| 4/15/2012 | 11389 | Supplemental Disclosure Statement (Notice of Filing of Supplemental Disclosure Document Relating to Proposed Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.) |
| 4/17/2012 | 11399 | Amended Chapter 11 Plan (Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 4/17/2012 | 11400 | Supplemental Disclosure Statement Relating to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 04/23/2012 | 11458 | Motion of Citadel Equity Fund Ltd and Camden Asset Management for Reconsideration and/or Clarification of the Courts' April 9, 2012 Memorandum and Order Regarding Allocation Disputes |
| 5/4/2012 | 11545 | Plan Supplement(Notice of Filing of Exhibits to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| | | Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.) |
| 05/11/2012 | 11600 | Malcolm Berko's Response to Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries |
| 5/14/2012 | 11605 | Order Approving Stipulation Between Debtors and Wilmington Trust Company Regarding Temporary Allowance of Claims for Voting Purposes Only Pursuant to Federal Rule of Bankruptcy Procedure 3018(a). |
| 05/21/2012 | 11652 | The State of Michigan, Department of Treasury's Objection to the Fourth Amended Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 5/21/2012 | 11653 | Objection to Fourth Amended Joint Plan of Reorganization by the United States of America |
| 5/21/2012 | 11656 | Missouri Department of Revenues Objection to Confirmation of Debtors' Fourth Amended Joint Plan of Reorganization |
| 5/21/2012 | 11657 | Objection of Certain Former Directors and Officers to Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 5/21/2012 | 11658 | EGI-TRB LLC's Objection to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtor's, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., and JPMorgan Chase Bank N.A. |
| 5/21/2012 | 11659 | Objection of Citadel Equity Fund LTD and Camden Asset Management L.P. to Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 5/21/2012 | 11661 | Limited Objection of Former Tribune Company Employees F. Ashley Allen, Catherine M. Hertz, Michael D. Slason, and Louis J. Stancampiano to Fourth |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| | | Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 5/21/2012 | 11664 | Objection of Aurelius Capital Management, LP to Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 5/21/2012 | 11666 | Objection to Confirmation of Plan Objection of Wilmington Trust Company, As Successor Indenture Trustee for the Phones Notes, to the Fourth Amended Joint Debtor/Committee/Lender Plan |
| 5/21/2012 | 11667 | Objection to Confirmation of Plan Objection of Wilmington Trust Company, As Successor Indenture Trustee for the Phones Notes, to the Fourth Amended Joint Debtor/Committee/Lender Plan Filed by Wilmington Trust Company. |
| 5/21/2012 | 11668 | Objection of Law Debenture Trust Company of New York to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtor's, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase, N.A. |
| 5/30/2012 | 11720 | Joinder (Limited Joinder With Respect to Objections Filed by Deutsche Bank Trust Company Americas and Wilmington Trust Company to the Fourth Amended DCL Plan) filed by the TM Retirees |
| 5/31/2012 | 11725 | Statement of Robert R. McCormick Tribune Foundation and Cantigny Foundation in Response to Objection of Aurelius Capital Management, L.P. to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 6/1/2012 | 11739 | Certain Directors' and Officers' Reply to the Objection of Aurelius Capital Management, LP to Confirmation of the Fourth Amended Joint Plan of Reorganization |
| 6/1/2012 | 11740 | Certain Directors' and Officers' Joinder to the Statement of the Robert R. McCormick Tribune and Cantigny Foundations |
| 6/1/2012 | 11742 | Tribune Company's Joint Pretrial Memorandum Related to the Confirmation of |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| | | a Plan of Reorganization for Tribune Company and its Subsidiaries |
| 6/1/2012 | 11745 | Debtor/Committee/Lender's Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 06/01/2012 | 11746 | Proposed Findings of Fact and Conclusions of Law in Support of Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 6/1/2012 | 11747 | Amended Chapter 11 Plan (Notice of Filing of Proposed Amendments to Fourth Amended Joint Plan of Reorganization for Tribune Company its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 6/4/2012 | 11753 | Supplemental Objection of Aurelius Capital Management, LP to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 6/7/2012 | 11765 | Hearing Transcript – June 6, 2012 |
| 6/12/2012 | 11794 | Hearing Transcript – June 11, 2012 |
| 6/15/2012 | 11811 | Hearing Transcript – June 7, 2012 |
| 6/15/2012 | 11812 | Hearing Transcript – June 7, 2012 (continued) |
| 7/13/2012 | 12033 | Memorandum Overruling Objections to Confirmation of the Fourth Amended Plan of Reorganization for Tribune Company and its Subsidiaries and Denying Clarification Motion |
| 07/13/2012 | 12034 | Order Overruling Plan Objections and Denying the Clarification Motion. |
| 7/20/2012 | 12072 | Certification of Counsel Regarding (I) Proposed Confirmation Order and |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| | | (II) Amended Plan and Related Documents |
| 7/23/2012 | 12074 | Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co, L.P. and JPMorgan Chase Bank, N.A. |
| | ADH Ex. No. 1 | Prospectus for the PHONES Indenture |
| | NPP 963 PHONES Indenture ADH Ex. No. 2 | Indenture dated as of April 1, 1999 between Tribune Company and Bank of Montreal Trust Company (the "PHONES Indenture") |
| | ADH Ex. No. 3 | TRIBUNE COMPANY 8,000,000 PHONES:  Exchangeable Subordinated Debenture Due 2029 (Exchangeable for Cash Based on Value of America Online, Inc. Common Stock) |
| | ADH Ex. No. 4 | Prospectus Supplement for the PHONES Notes |
| | ADH Ex. No. 5 | Subordinated Exchangeable Promissory Note (EGI-TRB Step One Note) |
| | ADH Ex. No. 6 | Subordinated Promissory Note for $160,413,496.43 |
| | ADH Ex. No. 7 | Subordinated Promissory Note for $35,714,285.71 |
| | ADH Ex. No. 8 | Subordination Agreement (EGI-TRB Step Two Notes Subordination Agreement) |
| | ADH Ex. No. 11 | Credit Agreement dated May 17, 2007 |
| | ADH Ex. No. 12 | Guarantee Agreement  dated June 4, 2007 |
| | ADH Ex. No. | 1992 ISDA Master Agreement, dated as of July 2, 2007 and Rate Swap |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| | 13 | Confirmations |
| | ADH Ex. No. 18 | Notice of Early Termination dated December 8, 2008 by Barclays Bank PLC to Tribune Company |
| | ADH Ex. No. 19 | Statement of Payment on Early Termination of ISDA Master Agreement dated December 9, 2008 issued by Barclays Bank PLC to Tribune Company |
| | ADH Ex. No. 20 | Proof of Claim against Tribune Company filed by Barclays Bank PLC |
| | ADH Ex. No. 21 | Partial Transfer of Claims Other Than For Security from Barclays Bank PLC to various funds or accounts managed by Oaktree Capital Management, L.P. |
| | 8700<br><br>ADH Ex. No. 22 | Hearing Transcript -- April 14, 2011 |
| | ADH Ex. No. 23 | List of Retirees (other than those represented by Teitelbaum & Baskin, LLP) |
| | ADH Ex. No. 81 | DCL Plan, Exhibit 5.14.3 (Retiree Settlement Agreement) |
| | ADH Ex. No. 83 | List of Other Parent Claims (other than the Retirees and Swap Counterparty) |
| | ADH Ex. No. 84 | Joint Disclosure Statement (and exhibits) |
| | ADH Ex. No. 85 | DCL Specific Disclosure Statement (and exhibits) |
| | ADH Ex. No. 88 | Supplemental Disclosure Document |
| | ADH Ex. No. 89 | Subordination Scenario Recovery Charts |
| | ADH Ex. No. 90 | Recovery Charts attached as Exhibits D and E to the Debtors' Opening Brief Regarding Factual Information Relevant to Allocation Disputes |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| | ADH Ex. No. 107 | Order Temporarily Allowing Claims of Wilmington Trust Company Pursuant to Bankruptcy Rule 3018(a) |
| | ADH Ex. No. 108 | Excerpted Hearing Transcript 3/8/2011 (Mr. Kurtz Direct) (excerpts) |
| | ADH Ex. No. 109 | Excerpted Hearing Transcript 3/9/2011 (Ms. Kulnis, JPMorgan direct) (excerpts) |
| | ADH Ex. No. 110 | Excerpted Hearing Transcript 4/14/2011 (Mr. Johnston on Behalf of Oaktree and Angelo Gordon) (excerpts) |
| | ADH Ex. No. 152 | Alvarez & Marsal model produced by Debtors to Aurelius on February 4, 2012 |

## II.    ISSUES PRESENTED ON APPEAL

1.    Whether the Bankruptcy Court erred in confirming the Plan because the Plan discriminates unfairly against the PHONES Noteholders (as defined in the Plan) in violation of Section 1129(b)(1) of the Bankruptcy Code by giving effect to subordination of the PHONES to certain Other Parent Claims who the PHONES never agreed would be "Senior Indebtedness" with respect to distributions from Tribune Company's assets by disregarding the subordination provisions of the PHONES Indenture in reallocating distributions otherwise payable to the PHONES;

2.    Whether the Bankruptcy Court erred in determining that "the SWAP Claim falls within the definition of Senior Indebtedness in the PHONES Indenture" and "within the definition of Senior Obligations under the EGI Subordination Agreement;"

3.    Whether the Court erred in reconsidering the Original Confirmation Opinion and granting reconsideration where the standard for reconsideration was not satisfied insofar as the noteholder Appellees simply disagreed with a prior decision of the Court and offered no new facts or law justifying reconsideration;

4.    Whether the Court erred in holding that the subordination provisions under the PHONES Indenture apply to recoveries of Bankruptcy Code Chapter 5 causes of action obtained by the Litigation Trust from third parties; and

5.    Whether the Bankruptcy Court erred in holding that the subordination provisions under the PHONES Indenture apply to proceeds of a settlement of Chapter 5 causes of action against the Senior Lenders, the Bridge Lenders and the Step Two Arrangers under the Fourth Amended DCL Plan, as it may be amended.

Date:   August 22, 2012
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

_William D. Sullivan (No. 2820)_
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-and-

BROWN RUDNICK LLP
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*