# EXHIBIT 1

**HAND DELIVERY**
Ashby & Geddes, P.A.
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
500 Delaware Avenue
Wilmington, DE  19899

**HAND DELIVERY**
McCarter & English, LLP
Katharine L. Mayer, Esq.
James J. Freebery IV, Esq.
Renaissance Center
405 N. King Street
Wilmington, DE  19801

**HAND DELIVERY**
Bifferato Gentilotti LLC
Garvan F. McDaniel, Esq.
800 N. King Street, Plaza Level
Wilmington, DE  19801

**HAND DELIVERY**
Loizides, P.A.
Christopher D. Loizides, Esq.
1225 King Street, Suite 800
Wilmington, DE  19801

**HAND DELIVERY**
Hiller & Arban, LLC
Adam Hiller, Esq.
Brian Arban, Esq.
1500 North French Street, 2nd Floor
Wilmington, DE  19801

**HAND DELIVERY**
Blank Rome LLP
David W. Carickhoff, Esq.
1201 Market Street, Suite 800
Wilmington, DE  19801

**HAND DELIVERY**
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**HAND DELIVERY**
Landis Rath & Cobb LLP
Adam G. Landis, Esq.
Daniel B. Rath, Esq.
Matthew B. McGuire, Esq.
919 Market Street, Suite 1800
Wilmington, DE  19801

**HAND DELIVERY**
Richards Layton & Finger, P.A.
Mark D. Collins, Esq.
Robert J. Stearn, Esq.
Drew G. Sloan, Esq.
One Rodney Square
920 N. King Street
Wilmington, DE  19801

**HAND DELIVERY**
Young Conaway Stargatt & Taylor, LLP
Robert S. Brady, Esq.
M. Blake Cleary, Esq.
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

**HAND DELIVERY**
Office of the United States Trustee
David Klauder, Esq.
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899

**HAND DELIVERY**
Connolly Bove Lodge & Hutz LLP
Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

**FIRST CLASS MAIL**
Akin Gump Strauss Hauer & Feld LLP
Daniel H. Golden, Esq.
David Zensky, Esq.
Philip C. Dublin, Esq.
Abid Qureshi, Esq.
Mitchell P. Hurley, Esq.
One Bryant Park
New York, NY  10036

**FIRST CLASS MAIL**
Latham & Watkins
Robert J. Rosenberg, Esq.
David A. Hammerman, Esq.
885 Third Avenue
New York, NY  10022-4834

**FIRST CLASS MAIL**
Kasowitz, Benson, Torres & Friedman LLP
David S. Rosner, Esq.
1633 Broadway
New York, NY  10019

**FIRST CLASS MAIL**
Stutman Treister & Glatt
Issac M. Pachulski, Esq.
1901 Avenue of the Stars, #1200
Los Angeles, CA  90067

**FIRST CLASS MAIL**
Schulte Roth & Zabel LLP
Adam C. Harris, Esq.
Karen S. Park, Esq.
919 Third Avenue
New York, NY  10022

**FIRST CLASS MAIL**
Teitelbaum & Baskin, LLP
Jay Teitelbaum, Esq.
1 Barker Avenue, Third Floor
White Plains, NY  10601

**FIRST CLASS MAIL**
Jenner & Block LLP
David J. Bradford, Esq.
Catherine L. Steege, Esq.
Andrew W. Vail, Esq.
353 N. Clark Street
Chicago, IL  60654

**FIRST CLASS MAIL**
Sidley Austin LLP
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kevin T. Lantry, Esq.
Jessica C.K. Boelter, Esq.
One South Dearborn Street
Chicago, IL  60603

**FIRST CLASS MAIL**
Chadbourne & Parke LLP
Howard Seife, Esq.
David LeMay, Esq.
30 Rockefeller Plaza
New York, NY  10112

**FIRST CLASS MAIL**
Zuckerman Spaeder LLP
Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
1800 M Street, NW, Suite 1000
Washington, DC  20036

**FIRST CLASS MAIL**
David Polk & Wardwell LLP
Donald S. Bernstein, Esq.
Damian Schaible, Esq.
450 Lexington Avenue
New York, NY  10017

**<u>FIRST CLASS MAIL</u>**
Jones Day
Bruce Bennett, Esq.
555 South Flower Street, 50th Floor
Los Angeles, CA  90071

**<u>FIRST CLASS MAIL</u>**
Grippo & Elden LLC
George Dougerty, Esq.
John R. McCambridge, Esq.
111 South Wacker Drive
Chicago, IL  60606