## EXHIBIT A

## CLAIM NO. 3045

# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC) 0000003045

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| THE HARFORD COURANT COMPANY | 08-13211 (KJC) |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

TRB (MERGE2.DBF,SCHED_NO) SCHEDULE #: 211023960*****
JAMES GRIFFIN
C/O JOHN R. WILLIAMS AND ASSOCIATES
51 ELM STREET
SUITE 409
NEW HAVEN, CT 06510

Telephone number: ____ Email Address: ____

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ____ (If known)

Filed on: ____
058335

Your claim is scheduled by the Debtor as:

UNSECURED
UNLIQUIDATED
DISPUTED

**Name and address where payment should be sent (if different from above)**

Telephone number: ____ Email Address: ____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 100,000.00

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.
   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ ____.

2. **Basis for Claim:** personal injury  CT Docket HHD-CV-08-5010232-S
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: ____
   3a. Debtor may have scheduled account as: ____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: ____
   Value of Property: $ ____  Annual Interest Rate ____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ ____  Basis for perfection: ____
   Amount of Secured Claim: $ ____  Amount Unsecured: $ ____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

   **Amount entitled to priority:**
   $ ____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**
MAY 2 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 5-19-2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. [signature] |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

JOHN R. WILLIAMS and ASSOCIATES, LLC
51 Elm Street, Suite 409   New Haven, Connecticut 06510



RECEIVED
MAY 22 2009
BY:_____

U.S. Bankruptcy Court - District of DE
Tribune Co. Claims Processing Cntr.
C/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
N.Y., NY 10150-5069

10150+5069