# EXHIBIT B

# COMPLAINT

RETURN: NOVEMBER 25, 2008

| | | |
|---|---|---|
| JAMES L. GRIFFIN | : | SUPERIOR COURT |
| VS. | : | J. D. OF NEW BRITAIN |
| THE HARTFORD COURANT CO. | : | OCTOBER 27, 2008 |

## COMPLAINT

1. The plaintiff is an adult citizen of the United States who resides in Bristol, Connecticut. At all times prior to the actions of the defendant hereinafter described he was a private citizen of good reputation in his community.

2. The defendant is a Connecticut corporation which owns and publishes a daily newspaper of general circulation in Hartford. Its agent for service is the Corporation Service Company, 94 Hungerford Street, Hartford, CT 06106.

3. On October 13, 2006, in an article published on pages A-1 and A-11 of its newspaper, under the headline "Special Status At Colt Denied," the defendant falsely and maliciously implied that the plaintiff was a thief and guilty of fraud, by stating that the Attorney General should "ask Mr. Griffin how much money did he collect in Colt's name and what did he do with it?"

4. On October 13, 2006, in an editorial published on page A-18 of its newspaper, under the headline "Bizarre Turn For Landmark," the defendant falsely and maliciously described the plaintiff as "a pretender to the Colt legacy" who "played spoiler" by making statements that were "not necessarily so." In the

same article, the defendant falsely and maliciously stated that Mr. Griffin's letterhead "can only be described as fraudulent."

5. On October 15, 2006, in an article published on pages C-1 and C-6 of its newspaper, under the headline "Big Guns Must Unite: Time For A Full Colt Press," the defendant falsely and maliciously described the plaintiff as "a local businessman who misrepresented his authority" and is involved in "fantasies." The defendant continued by falsely and maliciously asserting that the plaintiff had engaged in "fraudulent actions" which "properly" should be investigated by the attorney general.

6. On October 18, 2006, in an article published on pages B-1 and B-8 of its newspaper, under the headline "Blumenthal Seeks Colt Action," the defendant falsely and maliciously accused the plaintiff of "illegality" and falsely and maliciously implied that he "is violating state law concerning the governance of non-stock corporations, fundraising and charitable activities" which raise "questions concerning Mr. Griffin's credibility...."

7. On October 20, 2006, in an editorial published on page A-14 of its newspaper, under the headline "Colt Rebuff Provokes Outcry," the defendant falsely and maliciously accused the plaintiff of "illegality" and stated that he may have "violated state laws governing nonprofits, fund-raising and charitable activities." The defendant falsely and maliciously accused the plaintiff of "deception" and of creating a "smoke screen" by his mere presence at a meeting.

8. On November 19, 2006, in an editorial published on page C-2 of its newspaper, under the headline "Give Colt Factory A Reprieve," the defendant falsely and maliciously called the plaintiff "a Connecticut businessman with questionable credentials who...misrepresented his authority" and was being investigated for fraud.

9. In the manner described above in Paragraphs 3 through 8, the defendant knowingly, unreasonably, maliciously and in reckless disregard of the falsity of its implications and allegations, invaded the plaintiff's privacy by placing him before the general public in a false light in a manner that would be highly offensive to a reasonable person.

10. As a result, the plaintiff has suffered injury to his reputation, economic losses and emotional distress.

WHEREFORE the plaintiff claims judgment against the defendant for compensatory and punitive damages.

THE PLAINTIFF

BY /s/ John R. Williams

JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com
His Attorney

RETURN:   NOVEMBER 25, 2008

| | | |
|---|---|---|
| JAMES L. GRIFFIN | : | SUPERIOR COURT |
| VS. | : | J. D. OF NEW BRITAIN |
| THE HARTFORD COURANT CO. | : | OCTOBER 27, 2008 |

### PRAYER FOR RELIEF

The plaintiff claims judgment in an amount greater than fifteen thousand dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF

BY: *[signature]*
JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com
His Attorney

STATE OF CONNECTICUT:
                           : ss: HARTFORD          OCTOBER 30, 2008
COUNTY OF HARTFORD    :

    Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND PRAYER FOR RELIEF, with and in the hands of SHIMONA SPEARS, SPECIAL ASSISTANT SECRETARY OF THE CORPORATION SERVICE COMPANY, STATUTORY AGENT FOR SERVICE and duly authorized to accept service for the within named defendant corporation THE HARTFORD COURANT COMPANY, in the said town of HARTFORD, County of Hartford.

    The within is the original WRIT, SUMMONS, COMPLAINT AND PRAYER FOR RELIEF, with my doings thereon endorsed.

| | | |
|---|---|---|
| Copy | $ 6.00 | ATTEST: |
| Endorsements | 1.60 | *(signature)* |
| Service | 30.00 | JOSEPH ANTINERELLA |
| Travel | 20.00 | CT STATE MARSHAL |
| | ---------- | HARTFORD COUNTY |
| Total | $57.60 | |