# EXHIBIT C

## COURANT ARTICLES

46429/0001-8794031v1

# THE HARTFORD COURANT

Copyright © 2006, THE HARTFORD COURANT

Friday, October 13, 2006

## BIZARRE TURN FOR LANDMARK

Edition: STATEWIDE
Section: EDITORIAL
Page: A18
Type: EDITORIAL

It's a shame that Hartford's hopes for a national park may have been dashed Wednesday when an advisory committee hastily rejected the recommendation of the National Park Service to make the Colt armory a National Historic Landmark.

It's not that the Sam Colt factory and its surroundings lack historical significance. That's a "slam dunk," according to John W. Roberts, acting chief of the National Historic Landmarks Program in Washington. It's not that the study of the property conducted through the Park Service's regional office in Boston didn't provide adequate documentation. That, too, was solid, said Mr. Roberts.

It ought to have been. Hardworking people with the city, state and congressional delegation behind them have spent two years amassing the paperwork and soliciting commentary to properly elevate the status of the complex that was the center of precision manufacturing in the 19th century. Robert A. MacFarlane, owner of the Colt factory complex, has been meticulous about restoring the once-crumbling landmark to meet Park Service standards.

But the historians, scholars and archaeologists on the advisory panel apparently gave more weight to a last-minute smoke bomb launched by Jim Griffin, a Bristol businessman and a pretender to the Colt legacy, than they did to their own staff. Mr. Griffin has grand plans for a museum in the domed east armory of the Colt factory. Trouble is, he doesn't own the factory and has no claim on it. Mr. MacFarlane and his lawyers couldn't have been more clear that Mr. Griffin was not part of their operation and had no right to raise funds in the Colt name. They have even discussed a restraining order.

Still, Mr. Griffin played spoiler by traveling to Washington and presenting the Park Service committee with a letter asking for a deferral of its decision, claiming present plans for housing in the domed east armory compromise its historical integrity. That's not necessarily so. Many national historic sites have been adapted for reuse. The Lowell Historical National Park has residences on the site of its textile manufacturing museum.

What's more, Mr. Griffin's Oct. 4 letter, complete with a logo of the Colt dome, can only be described as fraudulent. Besides Mr. Griffin's name, it contains a signature ostensibly of Hartford developer Anthony Autorino, who denies having signed the letter or sanctioned its content. The letter notes that copies were allegedly sent to Mr. MacFarlane, his daughter Rebekah, Connecticut's two senators and U.S. Rep. John Larson. None received those copies. Why, Mr. Autorino wondered, would Mr. Griffin do something so ``utterly stupid'' as to derail the landmark status? Why indeed, if he is the protector of the Colt legacy that he pretends to be.

If the Park Service committee had questions about the factory's interior integrity, it should have tabled the item that is so important to Connecticut and that came recommended by the agency's own staff. Instead, the panel deadlocked on deferral and quickly went on to reject the application outright.

Park Service insiders say it is highly unusual for the committee to go against staff recommendations. They acknowledged that this setback will not help the inherently difficult quest for national park status.

Connecticut's members of Congress, Gov. M. Jodi Rell, Hartford Mayor Eddie Perez and members of the Hartford business community ought to scream about this injustice and fight for reconsideration. The application did not receive a fair shake.

It reflects poorly on government when one person with questionable authority in the matter can show up at the last minute and trump the efforts of those experts who have studied the Colt legacy in depth and found it worthy of recognition.

**Tag:** 200610130351

*Copyright © The Hartford Courant. Unauthorized reproduction or Web posting prohibited.*

11/26/2008

# THE HARTFORD COURANT

*Copyright © 2006, THE HARTFORD COURANT*

Friday, October 13, 2006

## SPECIAL STATUS AT COLT DENIED
## FAKE SIGNATURE ON LETTER OF PROTEST DRAWS ANGER

Edition: 5 NORTHWEST CONNECTICUT/SPORTS FINAL
Section: MAIN
Page: A1
Source: JEFFREY B. COHEN; Courant Staff Writer

---

It's been more than a year since James Griffin said he'd stop trying to bring a museum to the Colt Gateway complex in Hartford if the building's owner would tell him to go away.

It's also been more than a year since that owner threatened to get a restraining order to keep him away.

But as the National Park Service in Washington was considering granting the Colt complex the National Historic Landmark status prized by its developers, Griffin wrote a letter blasting the bid -- a letter that includes what appears to be the signature of a board member who told The Courant he isn't a board member, and he didn't sign anything.

Wednesday, a committee of architects, historians, archaeologists and preservationists rejected the bid. According to John W. Roberts, the acting chief of the National Register of Historic Places, National Historic Landmarks Program, six members of the service's landmark committee voted to reject the designation for the site; one opposed the rejection and another abstained.

The decision, which can be appealed, now goes to the service's advisory board, which will consider it and send a recommendation to the secretary of the interior.

The rejection was condemned by Sens. Joseph I. Lieberman and Christopher J. Dodd and Rep. John B. Larson, D-1st District. And although few believe Griffin drove the ruling -- even a Smithsonian curator opposed the bid because of concerns over planned changes to the building's integrity -- those who have been working to convert the former gun factory into apartments blasted Griffin's decision to wade back in.

``I was really chagrined that someone didn't say, `Gee, wait a minute, all these people are for it, and this guy supposedly writes a letter?''' said Robert A. MacFarlane, whose company owns the Colt complex. ``I'm going to ask the attorney general to pursue this more vigorously and ask Mr. Griffin to stop ... and ask Mr. Griffin, how much money did he collect in Colt's name, and what did he do with it?''

11/26/2008

Anthony Autorino -- whose name appears on the letter Griffin sent to the park service -- was equally baffled.

Autorino, who is listed on the letter as board chairman at Griffin's Sam & Elizabeth Colt Industrial Ingenuity and Cultural Center, said he has given Griffin money for his organization, but there is no board, he isn't chairman, and he never signed the letter. The signature over his name on the letter, he said, is not his.

``I cannot see for the life of me any reason why Jim Griffin would have done what he did,'' said Autorino, a city developer. ``Why would you do this? There could be only downside and no upside for all concerned.''

``This guy is a loose cannon, I think we all can appreciate that,'' Autorino said. ``But I truly believe his motives are pure. ... This is like such a burning desire, do you know what I'm saying? This guy eats and sleeps this.''

Attorney General Richard Blumenthal said his office would likely look into the matter. ``We have certainly some factual basis to investigate and we probably will,'' he said. ``And these claims -- if made -- would be very troubling.''

Reached late Thursday evening, Griffin acknowledged that he signed Autorino's name, but that there was nothing unusual about that. "I had signed for Tony hundreds of times letters that have gone out for us," he said.

Griffin said he didn't show Autorino the letter because he drafted it in haste.

Asked whether Autorino was the chairman of his organization's board, Griffin said, "He knows he's on there as the board chairman. ... Tony has never directly told me that he's not the board chairman, even the other day as we were talking strategy."

Asked how Autorino was selected to the post, Griffin said, "I asked him if he would be the board chairman, and he never said anything to the contrary."

Griffin stressed that what was important was the landmark committee's ruling, not the status of his organization's board.

``It's not about Jim Griffin, it's not about the nonprofit I put together ... it's about whether or not ... Hartford, the citizens of Connecticut and the American people are able to protect the soul of the Colt legacy and what it meant to the American experience.''

The Colt Gateway project is a $115 million effort to turn the hulking complex with the trademark blue onion dome just west of I-91 into apartments. As part of its development process, the project sought recognition as a national historic landmark and has been working with the National Park Service to that end.

To get the landmark designation, a property must have proper historical documentation, historical significance and integrity. The final element means the building must retain the physical elements that demonstrate its historical significance, Roberts said.

Because of the conversion to apartments, integrity was the issue Griffin and committee members had with the Colt complex, Roberts said.

``The interior integrity, some [committee] members thought, was compromised by the fact that some remodeling was occurring in some of the buildings that were not really consistent with the historical use of the buildings,'' he said. ``So you couldn't really see what the buildings would have looked like at the time when they were historically significant.''

``No matter what, this probably would have come up,'' Roberts said. ``This is the sort of thing they discuss.''

MacFarlane said his organization would consider reapplying for the landmark status. Although he said the rejection would have a negligible effect on the plans for the project, he said it would have made it easier to win designation for the Colt site as a national park. That, he said, is important for the continuing growth of the area.

``Economically it's important not only for Colt but also the entire city,'' MacFarlane said.

He said he plans to continue pushing for national park designation.

Griffin -- who has likened himself to Frodo in the ``Lord of the Rings,'' a lonely man on a lonely mission -- has been pushing to put a museum inside the Colt building for years. His quest put him at odds with MacFarlane because Griffin wanted to put the museum inside the complex's East Armory -- where apartments are planned.

``I've lost my whole life savings trying to do this stupid thing so that Hartford doesn't make a dumb

11/26/2008

mistake," Griffin told The Courant last year, adding that what best fits in the historic factory is a museum. "Because we have so much to lose if this remarkably legendary building becomes [an] apartment complex."

In a letter dated Oct. 4, Griffin told the landmark committee that "the directors, staff, and state, national and international supporters" of his organization opposed the landmark designation.

"It is thus our reluctant position that even a cursory, but measured consideration of the result of the owner/developer's plans for widespread commercialization of the Coltsville site will ... place the property well outside conformity" with landmark standards, "if that designation is to mean anything at all."

When presented with the letter that bore a signature over his name, Autorino was incensed.

"This is nuts," he said. "I will no longer be in any way shape or form associated with this kind of behavior."

Autorino recalled his conversations with Griffin several months ago. Among other things Autorino told him to think about putting the museum someplace other than the Colt facility. He also said he told him to "stop going out to people and saying we have a board, and people don't even know they're on the board," he said.

Contact Jeffrey B. Cohen at jcohen@courant.com.

**Tag:** 200610130099

*Copyright © The Hartford Courant. Unauthorized reproduction or Web posting prohibited.*

11/26/2008

THE HARTFORD COURANT

*Copyright © 2006, THE HARTFORD COURANT*

Sunday, October 15, 2006

# BIG GUNS MUST UNITE: TIME FOR A FULL COLT PRESS

**Edition:** STATEWIDE
**Section:** COMMENTARY
**Page:** C1
**Type:** EDITORIAL

Connecticut must not accept the stinging rejection of National Landmark status for the historic 19th-century Colt factory complex in Hartford.

The vote by a National Park Service advisory committee in Washington this past week was based partly on fraudulent testimony from an unreliable source. Surely misrepresentation of facts qualifies the application for reconsideration.

We appeal to Secretary of the Interior Dirk Kempthorne for fairness. He is the ultimate arbiter of National Landmark status and deserves the full story on the Colt complex.

Two years of careful preparation and testimony in support of landmark status from the factory owner, political leaders, preservationists, community institutions, national experts and keepers of the Colt flame came crashing down Wednesday when the panel turned down the application after about half an hour of deliberation.

All previous support for the project, including the recommendation of the Park Service staff, seemed to be given less weight than the word of James Griffin, a local businessman who misrepresented his authority. He dropped names of influential people who have since denied having anything to do with his agenda. He presented an eleventh-hour letter to John K. Roberts, acting chief of the National Landmarks program, asking that the committee not approve the application, alleging that interior changes to the

11/26/2008

factory did not meet historic standards. The letter contained a bogus co-signature, ostensibly that of Hartford developer Anthony Autorino, who has denied involvement in Mr. Griffin's fantasies.

The state attorney general is properly looking into Mr. Griffin's fraudulent actions. Gov. M. Jodi Rell has written a letter to the head of the landmarks advisory committee expressing her disappointment in the rejection and her support of another vote. A follow-up phone call would hammer home the point.

Now is the time for all who care about the goal of making the Colt complex and its surroundings a national park to put on a full-court press. Let's show some outrage. It is unacceptable that the state could be robbed of proper recognition for its key role in American manufacturing that began with industrialist and inventor Samuel Colt because of an unfair process skewed by one man's opinion.

This frustrating turn of events calls for the kind of unity that saved the submarine base from closure last year. Everyone with a stake in seeing a national park in Hartford -- from the factory's owner to the congressional delegation, to the governor, to the Hartford business community, to the museums holding Colt treasures -- must collaborate on a strategy to right this injustice.

Normally, most of the applications for landmark status recommended by the National Park Service staff are approved. It is highly unusual for last-minute objections such as Mr. Griffin's to derail years of data-gathering and documentation by credible authorities, especially when the developer, Robert K. MacFarlane, has been working hand in glove with the park service's regional office all along.

Mr. MacFarlane said he was moved, no doubt by frustration, to withdraw his application to make Colt a national landmark shortly after the vote. But he will resubmit if he can meet with the advisory committee to defend the interior integrity of the historic domed armory. He has shown consistently that he is willing to accommodate the park service's requirements.

He has rescued this important building from near ruin. Surely he deserves a fair audience.

**Tag:** 200610160615

*Copyright © The Hartford Courant. Unauthorized reproduction or Web posting prohibited.*

## THE HARTFORD COURANT

*Copyright © 2006, THE HARTFORD COURANT*

Wednesday, October 18, 2006

# BLUMENTHAL SEEKS COLT ACTION
# WANTS AGENCY TO RECONSIDER DENIAL OF LANDMARK STATUS FOR COMPLEX

**Edition:** 5 NORTHWEST CONNECTICUT/SPORTS FINAL
**Section:** CONNECTICUT
**Page:** B1
**Source:** DANIEL E. GOREN; Courant Staff Writer

---

Attorney General Richard Blumenthal asked the National Parks Service Tuesday to reconsider a recommendation denying historic landmark status to the Colt Gateway complex in Hartford, saying the decision could have been ``inadvertently tainted by illegality."

Hartford Mayor Eddie A. Perez also weighed in on the controversy, writing a letter Tuesday to the U.S. Department of the Interior voicing his displeasure that the Colt Gateway bid had been turned back.

The two are the latest in a chorus of politicians to speak against the decision. Last week, Gov. M. Jodi Rell expressed ``bitter disappointment," and members of the state's congressional delegation have condemned the decision by a committee of architects, historians, archaeologists and preservationists to reject the bid.

The decision, which can be appealed, now goes to the park service's advisory board, which will consider it and send a recommendation to the secretary of the interior.

As the committee considered granting the Colt complex historic landmark status, James Griffin, who opposes the Colt Gateway project to turn the complex into apartments, wrote a letter blasting the bid. The letter appears to include the signature of a board member -- Anthony Autorino -- who told The Courant he isn't a board member and that he did not sign anything.

Blumenthal asked in his letter that the landmarks program re-evaluate its conclusion if it considered Griffin's written comments while making its decision.

``My office is currently investigating a variety of charges against Mr. Griffin ... including allegations that Griffin signed Anthony Autorino's name to the letter received by the Landmarks committee without Mr. Autorino's knowledge or permission," Blumenthal wrote.

11/26/2008

Blumenthal is also investigating whether Griffin's center -- called the Sam and Elizabeth Colt Center for American Culture and Industrial Heritage -- is violating state law concerning the governance of non-stock corporations, fundraising and charitable activities. ``Taken alone, such questions concerning Mr. Griffin's credibility argue powerfully for review and reconsideration of your decision,'' Blumenthal said.

Officials at the landmarks program have said that as the Colt nomination moves through the process, new letters and newspaper accounts relevant to the nomination will be added to the package of materials officials will consider.

Griffin did not return a call seeking comment.

To get the landmark designation, a property must have proper historical documentation, historical significance and integrity, meaning the building must retain the physical elements that demonstrate its historical significance.

Griffin's issue with the Colt complex was the building's ``integrity,'' because of the conversion to apartments, officials from the landmark program said. They said that issue would likely have come up under any circumstances.

Also Tuesday, Perez wrote a letter to Dirk Kempthorne, secretary of the U.S. Department of the Interior, asking that he support the Colt complex's effort to get National Historic Landmark status. The committee that already rejected the project's bid was ``mistaken in their assessment,'' Perez wrote. He described the Colt weapon production facility as ``instrumental in the preservation of the Union during the Civil War, the `winning' of the west and the preservation of America's liberties in two world wars.''

``The Colt's Armory truly was an arsenal of democracy,'' Perez wrote.

The Colt Gateway project is a $115 million effort to turn the hulking complex, with its trademark blue onion dome just west of I-91, into apartments. As part of its development process, the project's developers sought national historic landmark status and has been working with the National Park Service to that end.

Griffin has been pushing to put a museum inside the Colt building for years. He wanted to put the museum inside the complex's East Armory, where apartments are planned, which put him at odds with the owner.

**Tag:** 200610180767

*Copyright © The Hartford Courant. Unauthorized reproduction or Web posting prohibited.*

11/26/2008

# THE HARTFORD COURANT

*Copyright © 2006, THE HARTFORD COURANT*

Friday, October 20, 2006

## COLT REBUFF PROVOKES OUTCRY

**Edition:** STATEWIDE
**Section:** EDITORIAL
**Page:** A14
**Type:** EDITORIAL

---

Response from city, state and congressional leaders to the rejection of National Historic Landmark status for the Colt factory complex in Hartford has been appropriately swift, strong and reassuring. This outcry demonstrates unity over the fate of these important buildings and a common desire to see it be the hub of a new national park.

May the passionate response persuade National Park Service officials to give the Connecticut project a thorough hearing.

If the hub of Hartford's industrial heyday is designated a National Historic Landmark, its chances of becoming a national park will be enhanced.

Since a subcommittee of architects, preservationists, archaeologists and historians turned down the Colt application last week, letters and phone calls have been initiated by Gov. M. Jodi Rell, Hartford Mayor Eddie Perez and Attorney General Richard Blumenthal, among others, calling for an appeal. Mr. Blumenthal is right that the process may have been tainted by illegality.

He was referring to testimony from James L. Griffin, who presented himself as an expert on Sam and Elizabeth Colt and implied that he had many backers, some of whom have denied involvement with him. Mr. Blumenthal is investigating whether Mr. Griffin violated state laws governing nonprofits, fund-raising and charitable activities.

Mr. Griffin's letter, presented just days before the vote, asked the park service committee to defer approval of the Colt application, claiming that the east armory, the most visible building with the blue onion dome, does not meet standards of internal integrity because apartments are planned for it. The letter contained a false signature, purportedly that of a Hartford developer who said he did not sign the letter and did not support its contents.

Surely the full National Park Service advisory board should consider this deception when it takes up the Colt nomination in December.

11/26/2008

The project should be judged on its merits, minus the smoke screen that Mr. Griffin's presence represented. Yes, National Historic Landmark status requires a historic building to have a high degree of integrity, which means, according to park service guidelines, that ``the property must retain the essential physical features that enable it to convey its historical significance."

But some landmarks have been adapted to other uses, including residences. Armsmear, the Colt mansion, is a National Historic Landmark, yet is used as living quarters.

The park service's Boston staff worked closely with owners of the Colt armory to prepare the nomination. Normally, the staff recommendations are approved. Those who have been working on this nomination feel confident that the main factory building retains features that reflect its period and significance.

Let's keep up the pressure and hope the full advisory committee listens to reason.

**Tag:** 200610200872

Copyright © The Hartford Courant. Unauthorized reproduction or Web posting prohibited.

# THE HARTFORD COURANT

*Copyright © 2006, THE HARTFORD COURANT*

Sunday, November 19, 2006

## GIVE COLT FACTORY A REPRIEVE

Edition: STATEWIDE
Section: COMMENTARY
Page: C2
Type: EDITORIAL

Hartford's Colt factory complex deserves another shot at National Landmark status. When the National Park Service advisory board takes up the matter at its meeting Dec. 15, it should revive the nomination that was supported by its own staff, yet rejected by the landmarks subcommittee without a fair and proper hearing.

Colt's bid deserves to be reconsidered because not all the information presented before the vote was reliable. The advisory board would do well to send an emissary to Hartford to see the place firsthand so it can assess claims that the interior integrity of the most visible factory building, the one with the blue onion dome, has been compromised.

It is clear to all who have followed progress at the Colt complex and have participated in the drive to save this historically significant building that misinformation was given at the original hearing. That bad information resulted in a premature "no" vote. It would have been fairer to table the nomination and allow the principals who have been working for nearly two years on the nomination to properly answer the objections.

Landmark status would smooth the way for a Colt national park celebrating precision manufacturing. Neither Hartford nor the nation deserves such a perfunctory brush-off of a key part of American heritage. The Oct. 11 meeting at which the Colt nomination was rejected couldn't have gone further awry. It is

11/26/2008

clear from notes taken at that meeting that members of the landmarks advisory subcommittee did not grasp the extent of the effort on the part of Colt Gateway, owners of the complex, to save it from the scrap heap of neglect. They apparently didn't consider that the owners have faithfully consulted the park service every step of the way in restoring the factory and fitting it for reuse. It's a shame that the panel did not get to hear from the most impassioned Colt scholar, William Hosley, whose exhibit on Sam and Elizabeth Colt at the Wadsworth Atheneum a decade ago provided the spark that saved the buildings. Nor did they get to hear from representatives of the art museum and the state library museum, which together hold a collection of Colt art and artifacts worth $200 million.

Instead, they paid heed to Jim Griffin, a Connecticut businessman with questionable credentials who has no role in the Colt restoration. He testified, apparently persuasively, that the historical integrity of the inside of the East Armory would be compromised unless he were allowed to put his museum there. The committee did not give as much weight to the owners' plans for a bona fide museum in the oldest buildings in the complex.

Mr. Griffin misrepresented his authority in the matter. Attorney General Richard Blumenthal is investigating him for fraud.

He invoked names of alleged supporters who have since denounced him and his purported enterprise. The Colt Gateway owners couldn't have made it clearer that he is not a part of their plans. Bruce Clouette, a consultant on the Colt nomination and an expert on landmark standards, refuted Mr. Griffin's claim at the hearing that the property did not meet standards. He made an eloquent plea that the subcommittee consider the relevance of Colt's 20th-century manufacturing role.

For whatever reason, though, the die was cast. The park service advisory board can restore credibility to the process by demanding a second hearing. This time, advocates would be remiss if they did not call upon Mr. Hosley and other compelling communicators of the Colt legacy to make it come alive in that hearing room.

**Tag:** 200611190249

*Copyright © The Hartford Courant. Unauthorized reproduction or Web posting prohibited.*

11/26/2008