# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8006

Appellants Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture trustee under that certain Indenture dated March 19, 1996 between Tribune Company (with its debtor subsidiaries, "Tribune" or the "Debtors") (successor to The Times Mirror Company) and Citibank, N.A. (as amended, the "1996 Indenture"), and Deutsche Bank Trust Company Americas ("DBTCA" and together with Law Debenture, the "Appellants"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

successor trustee under (i) that certain indenture dated March 1, 1992, by and between Tribune and Continental Bank, N.A. (as amended, the "1992 Indenture"); (ii) that certain indenture dated January 30, 1995, by and between Tribune and First Interstate Bank of California (as amended, the "1995 Indenture"); and (iii) that certain indenture dated January 1, 1997, by and between Tribune and Bank of Montreal Trust Company (as amended, the "1997 Indenture," and together with the 1992 Indenture, the 1995 Indenture, and the 1996 Indenture, the "Senior Indentures" and the notes and holders of notes issued pursuant to the Senior Indentures, respectively, the "Senior Notes" and "Senior Noteholders"), having filed a Notice of Appeal [Dkt. No. 12083] appealing the Court's *Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan of Reorganization For Tribune Company And Its Subsidiaries And Denying Clarification Motion And Order Overruling Plan Objections And Denying The Clarification Motion*, dated July 13, 2012 [Dkt. No. 12033] (the "Confirmation Memorandum") and accompanying *Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.*, dated July 23, 2012 [Dkt. No. 12074] (the "Confirmation Order"), and any and all judgments, decrees, decisions, rulings, and/or opinions that merged into and/or became part of the Confirmation Order, that are related to the Confirmation Order and/or upon which the Confirmation Order is based, including without limitation, the *Memorandum Regarding Allocation Disputes*, dated April 9, 2012 [Dkt. No. 11337] and accompanying *Order Regarding Allocation Disputes*, dated April 9, 2012 [Dkt. No. 11338], hereby designates the following items for inclusion in the record on appeal and sets forth a statement of issues to be presented on appeal:

## I. DESIGNATION OF CONTENT OF RECORD ON APPEAL

### A. Bankruptcy Court Pleadings

| Tab | Docket Number | Docket Date | Description |
|---|---|---|---|
| 1 | 10133 | 10/31/2011 | Opinion on Confirmation issued by Judge Carey. |
| 2 | 10134 | 10/31/2011 | Order Denying Confirmation of Competing Plans. |
| 3 | 10364 | 12/6/2011 | EGI-TRB LLC's Statement of Position on Scheduling of the Allocation Dispute. (Attachments: (A) Proposed Form of Order) |
| 4 | 10369 | 12/6/2011 | Statement of Aurelius Capital Management, L.P. in Support of its Position Regarding Process for Resolution of the Allocation Disputes. (Attachments: (A) Exhibit A; (B) Certificate of Service) |
| 5 | 10370 | 12/6/2011 | Memorandum of the DCL Plan Proponents Regarding the Scheduling of Further Proceedings. (Attachments: (A) Exhibit A; (B) Exhibit B) |
| 6 | 10374 | 12/6/2011 | Wilmington Trust Company's Statement Concerning the Timing of Consideration of the Debtors' Request to Commence Solicitation of the Third Amended Plan of Reorganization and the Debtors' Proposal Concerning the Resolution of the Allocation Disputes, as Defined Herein. |
| 7 | 10392 | 12/9/2011 | Joinder to Statement of Aurelius Capital Management, L.P. in Support of its Position Regarding Process for Resolution of the Allocation Disputes. |
| 8 | 10393 | 12/9/2011 | Wilmington Trust Company's Reply to (I) the Memorandum of the DCL Plan Proponents Regarding the Scheduling of Further Proceedings and (II) the Statement of Aurelius Capital Management, L.P. in Support of its Position Regarding Process for Resolution of the Allocation Disputes. |
| 9 | 10395 | 12/9/2011 | Response of Aurelius Capital Management, L.P. to (I) Memorandum of the DCL Plan Proponents Regarding the Scheduling of Further Proceedings and (II) EGI-TRB LLC's Statement of Position on Scheduling of the Allocation Dispute. |
| 10 | 10397 | 12/9/2011 | EGI-TRB LLC's Objection and Reply to (1) Statement of Aurelius Capital Management, L.P. in Support of its Position Regarding Process for Resolution of the Allocation Disputes; (2) Memorandum of DCL Plan Proponents Regarding the Scheduling of Further Proceedings and (3) Wilmington Trust Company's Statement Concerning the Timing of Consideration of the Debtors' Request to Commence Solicitation of the Third Amended Plan of Reorganization and Debtors' Proposal Concerning the Resolution of the Allocation Disputes. |
| 11 | 10415 | 12/12/2011 | Joinder of Law Debenture Trust Company of New York to Statement of Aurelius Capital Management, L.P. in Support of its Position Regarding Process for Resolution of the Allocation Disputes. |
| 12 | 10531 | 12/29/2011 | Memorandum on Reconsideration issued by Judge Carey. |
| 13 | 10532 | 12/29/2011 | Order Regarding Motions for Reconsideration of the Confirmation Opinion and Order. |

| | | | |
|---|---|---|---|
| 14 | 10569 | 1/10/2012 | DCL Plan Proponents' Proposed Schedules for Resolution of Allocation Disputes and Disclosure/Confirmation of Third Amended Plan. (Attachments: (A) Exhibits A – B) |
| 15 | 10571 | 1/10/2012 | Statement of Aurelius Capital Management, L.P. in Support of its Proposed Revised Schedule for Resolution of the Remaining Allocation Disputes and Confirmation of the Third Amended DCL Plan. (Attachments: (A) Exhibit A; (B) Certificate of Service.) |
| 16 | 10692 | 1/24/2012 | Order Establishing Scheduling for (1) Resolution of the Allocation Disputes and (2) Consideration of DCL Plan Proponents' Supplemental Disclosure Document, Solicitation Procedures Motion and Plan. |
| 17 | 10776 | 1/31/2012 | Preliminary Statement Regarding Allocation Disputes filed by Tribune Company. |
| 18 | 10777 | 1/31/2012 | Position Statement of Barclays Bank PLC and Waterstone Capital Management L.P. Regarding Allocation Disputes. |
| 19 | 10782 | 1/31/2012 | Oaktree Capital Management, L.P.'s Preliminary Statement on Allocation Disputes. |
| 20 | 10784 | 1/31/2012 | Preliminary Statement filed by Law Debenture Trust Company of New York. |
| 21 | 10785 | 1/31/2012 | Joinder of Davidson Kempner Capital Management LLC, as Investment Advisor, to Preliminary Statement of Law Debenture Trust Company of New York. |
| 22 | 10786 | 1/31/2012 | Joinder of Brigade Capital Management, LLC in the "Preliminary Statement" of Law Debenture Trust Company of New York. |
| 23 | 10787 | 1/31/2012 | Preliminary Statement of TM Retirees with Respect to Resolution of Allocation Disputes in Connection with Confirmation of the Third Amended DCL Plan. |
| 24 | 10789 | 1/31/2012 | Preliminary Statement of Aurelius Capital Management, L.P. on Allocation Disputes. |
| 25 | 10791 | 1/31/2012 | EGI-TRB's Preliminary Statement on Allocation Disputes. |
| 26 | 10792 | 1/31/2012 | Preliminary Statement of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, on the Allocation Disputes. |
| 27 | 10793 | 1/31/2012 | Preliminary Statement of the Official Committee of Unsecured Creditors in Connection with Resolution of the Allocation Disputes. |
| 28 | 10794 | 2/1/2012 | Joinder of Deutsche Bank Trust Company Americas to Preliminary Statement of Law Debenture Trust Company of New York in Connection with Allocation Disputes. |
| 29 | 10800 | 2/1/2012 | EGI-TRB's Amended Preliminary Statement on Allocation Disputes. |
| 30 | 10949 | 2/16/2012 | Motion of TM Retirees to Clarify or Modify the Allocation Disputes Scheduling Order to Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes. (Attachments: (A) Exhibit A; (B) Exhibit B; (C) Exhibit C; (D) Certificate of Service) |
| 31 | 10969 | 2/21/2012 | Objection of Law Debenture Trust Company of New York to Motion of the Retirees to Clarify or Modify Allocation Disputes Scheduling Order to Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes. |
| 32 | 10972 | 2/22/2012 | Joinder of Aurelius Capital Management, L.P. to Objection of Law Debenture Trust Company of New York to Motion of the Retirees to Clarify or Modify Allocation Disputes Scheduling Order to Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes. |

| # | Doc | Date | Description |
|---|---|---|---|
| 33 | 10994 | 2/24/2012 | Opening Brief of TM Retirees with Respect to Resolution of Allocation Disputes in Connection with Confirmation of the Third Amended DCL Plan. |
| 34 | 10996 | 2/24/2012 | Declaration of Jay Teitelbaum in Support of Opening Brief of TM Retirees with Respect to Resolution of Allocation Disputes in Connection with Confirmation of the Third Amended DCL Plan. (Attachments: (A) Exhibit A; (B) Exhibit B; (C) Exhibit C; (D) Exhibit D; (E) Exhibit E; (F) Exhibit F; (G) Exhibit G; (H) Exhibit H; (I) Exhibit I; (J) Exhibit J; (K) Exhibit K; (L) Exhibit L; (M) Exhibit M; (N) Exhibit N; (O) Exhibit O; (P) Exhibit P; (Q) Exhibit Q; (R) Exhibit R; (S) Exhibit S) |
| 35 | 10998 | 2/24/2012 | Declaration of Susan Bell Pursuant to 28 U.S.C. Section 1746, in Support of Opening Brief of TM Retirees with Respect to Resolution of Allocation Disputes in Connection with Confirmation of the Third Amended DCL Plan. (Attachments: (A) Exhibit A; (B) Exhibit B; (C) Exhibit C; (D) Exhibit D; (E) Exhibit E; (F) Exhibit F; (G) Exhibit G; (H) Exhibit G2; (I) Exhibit G3; (J) Exhibit G4; (K) Exhibit G5; (L) Exhibit G6; (M) Exhibit G7; (N) Exhibit G8; (O) Exhibit G9; (P) Exhibit G10; (Q) Exhibit G11; (R) Exhibit G12; (S) Exhibit G13; (T) Exhibit G14; (U) Exhibit G15; (V) Exhibit G16; (W) Exhibit G17) |
| 36 | 10999 | 2/24/2012 | Opening Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, on the Allocation Disputes. |
| 37 | 11000 | 2/24/2012 | Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute. (Attachments: (A) Appendix A; (B) Appendix B) |
| 38 | 11001 | 2/24/2012 | EGI-TRB, LLC's Opening Brief in Support of its Position on Allocation Disputes Identified in its Preliminary Statement. (Attachments: (A) Exhibit 1; (B) Exhibit 2) |
| 39 | 11003 | 2/24/2012 | Oaktree Capital Management, L.P.'s Opening Brief Regarding Allocation Disputes. |
| 40 | 11004 | 2/24/2012 | Debtors' Opening Brief Regarding Factual Information Relevant to Allocation Disputes. (Attachments: (A) Exhibit A; (B) Exhibit B; (C) Exhibit C; (D) Exhibit D; (E) Exhibit E) |
| 41 | 11005 | 2/24/2012 | Joinder of the Debtors to Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute. |
| 42 | 11006 | 2/24/2012 | Joinder of Barclays Bank PLC and Waterstone Capital Management LP to the Opening Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes on the Allocation Disputes. |
| 43 | 11007 | 2/24/2012 | Brief of Aurelius Capital Management, L.P., in Support of its Positions Regarding the Allocation Disputes. (Attachments: (A) Exhibit A; (B) Certificate of Service) |
| 44 | 11008 | 2/24/2012 | Appendix A to EGI-TRB, LLC's Opening Brief in Support of its Position on Allocation Disputes Identified in its Preliminary Statement. |
| 45 | 11009 | 2/24/2012 | Appendix of Exhibits in Support of Oaktree Capital Management, LP's Opening Brief Regarding Allocation Disputes. (Attachments: (A) Exhibit A; (B) Exhibit B; (C) Exhibit C; (D) Exhibit D; (E) Exhibit E; (F) Exhibit F; (G) Exhibit G; (H) Exhibit H; (I) Exhibit I; (J) Exhibit J; (K) Exhibit K; (L) Exhibit L; (M) Exhibit M; (N) Exhibit N; (O) Exhibit O; (P) Exhibit P; (Q) Exhibit Q) |

| 46 | 11010 | 2/24/2012 | Joint Opening Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Disputes. (Attachments: (A) Exhibit A) |
|---|---|---|---|
| 47 | 11011 | 2/24/2012 | Binder of Exhibits Referenced in Opening Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes on the Allocation Disputes. (Attachments: (A) Exhibit A, Part 2; (B) Exhibit B-F; (C) Exhibit G-K; (D) Exhibit L; (E) Exhibit M; (F) Exhibit N-DD; (G) Exhibit EE-FF; (H) Certificate of Service) |
| 48 | 11012 | 2/24/2012 | Joinder of Davidson Kempner Capital Management LLC, as Investment Advisor, to Joint Opening Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to Allocation Disputes. |
| 49 | 11013 | 2/24/2012 | Joinder of Brigade Capital Management LLC, in the "Joint Opening Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Dispute." |
| 50 | 11015 | 2/24/2012 | Notice of Filing Revised Appendix B to Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute. (Attachments: (A) Appendix B) |
| 51 | 11022 | 2/27/2012 | Notice of Documents for Use in Connection with the Allocation Disputes. |
| 52 | 11024 | 2/27/2012 | Statement of TM Retirees Identifying Documents Upon Which They Will Rely at the Allocation Disputes Hearing in Connection with Confirmation of the Third Amended DCL Plan. (Attachments: (A) Exhibit; (B) Certificate of Service; (C) Service List) |
| 53 | 11025 | 2/27/2012 | List of Exhibits on which Oaktree Capital Management, L.P. Intends to Rely at Allocation Disputes Hearing. |
| 54 | 11026 | 2/27/2012 | Notice of Documents on which the Official Committee of Unsecured Creditors Intends to Rely in Connection with the Allocation Disputes Hearing. |
| 55 | 11028 | 2/27/2012 | EGI-TRB, LLC's Exhibit List for the Allocation Disputes Hearing. |
| 56 | 11029 | 2/27/2012 | List of Exhibits on which Aurelius Capital Management, L.P. Intends to Rely at Allocation Disputes Hearing. |
| 57 | 11030 | 2/27/2012 | Wilmington Trust Company's Proposed List of Trial Exhibits. |
| 58 | 11031 | 2/27/2012 | Law Debenture Trust Company of New York's Notice of Documents for Use in Connection with the Allocation Disputes. |
| 59 | 11033 | 2/28/2012 | Law Debenture Trust Company of New York's Motion to Enforce Court Order, or in the Alternative, *in Limine* to Exclude Declaration of Jay Teitelbaum and Certain Portions of the Declaration of Susan Bell. |
| 60 | 11041 | 2/28/2012 | Order Approving Stipulation By and Among the Debtors, Aurelius Capital Management, Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, Barclays Bank PLC, and Waterstone Capital Management, L.P. on Certain Facts Relevant to the Allocation Disputes and the Determination of the Allowed Amount of the Phone Claim. |
| 61 | 11049 | 2/29/2012 | Order Denying Motion of TM Retirees to Clarify or Modify Allocation Disputes Scheduling Order to Permit TM Retirees to Call an Expert Witness at the Hearing on the Allocation Disputes. |
| 62 | 11052 | 3/1/2012 | Transcript of the Proceeding Held on February 28, 2012. (Attachments: (A) Notice of Filing Transcript; (B) Notice Recipients) |

| | | | |
|---|---|---|---|
| 63 | 11060 | 3/2/2012 | Joinder -In-Part of Aurelius Capital Management, L.P. to Joint Opening Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Disputes. |
| 64 | 11061 | 3/2/2012 | Joinder -In-Part of Aurelius Capital Management, L.P. to Opening Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, on the Allocation Disputes. |
| 65 | 11064 | 3/2/2012 | Reply Brief of TM Retirees with Respect to Resolution of Allocation Disputes in Connection With Confirmation of the Third Amended DCL Plan. (Attachments: (A) Declaration; (B) Exhibit A; (C) Exhibit B; (D) Exhibit C; (E) Exhibit D; (F) Exhibit E; (G) Exhibit F; (H) Exhibit G; (I) Exhibit H; (J) Certificate of Service; (K) Service List) |
| 66 | 11065 | 3/2/2012 | EGI-TRB, LLC's Response Brief Related to Allocation Disputes. |
| 67 | 11066 | 3/2/2012 | Debtors' Response Brief Regarding Allocation Disputes. (Attachments: (A) Exhibits A – B) |
| 68 | 11067 | 3/2/2012 | Oaktree Capital Management, L.P.'s Response Brief Regarding Allocation Disputes. |
| 69 | 11068 | 3/2/2012 | Reply Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute. (Attachments: (A) Exhibit A) |
| 70 | 11069 | 3/2/2012 | Joint Response Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to Allocation Disputes. |
| 71 | 11070 | 3/2/2012 | Joinder of Davidson Kempner Capital Management LLC., as Investment Advisor, to Joint Response Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to Allocation Disputes. |
| 72 | 11071 | 3/2/2012 | Joinder of the Debtors to Reply Memorandum of Law of the Official Committee of Unsecured Creditors on Unfair Discrimination Allocation Dispute. |
| 73 | 11072 | 3/2/2012 | Response Brief of Aurelius Capital Management, L.P. in Further Support of its Positions Regarding the Allocation Disputes. (Attachments: (A) Exhibit A-D; (B) Certificate of Service) |
| 74 | 11073 | 3/2/2012 | Reply Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES notes, on the Allocation Disputes. |
| 75 | 11074 | 3/2/2012 | Stipulation on Certain Facts Relevant to the Allocation Disputes. (Attachments: (A) Exhibits A – B) |
| 76 | 11076 | 3/2/2012 | Joinder of Brigade Capital Management, LLC., in the "Joint Response Brief of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas with Respect to the Allocation Disputes." |
| 77 | 11079 | 3/2/2012 | Stipulation on Documents Relevant to the Allocation Disputes Offered by Oaktree Capital Management, L.P. |
| 78 | 11080 | 3/2/2012 | Partial Joinder of the Official Committee of Unsecured Creditors to the Debtors' Response Brief Regarding Allocation Disputes. |
| 79 | 11116 | 3/9/2012 | Amended Master Exhibit List for Use in Connection with the Allocation Disputes Hearing. |
| 80 | 11120 | 3/9/2012 | Letter to Judge Carey from David M. Zensky. |
| 81 | 11121 | 3/9/2012 | Letter to the Honorable Kevin J. Carey from James Johnston. |
| 82 | 11122 | 3/9/2012 | Post-Hearing Allocation Disputes Letter from Hiller & Arban, LLC and Teitelbaum & Baskin, LLP to Judge Carey. (Attachments: (A) Exhibit) |
| 83 | 11123 | 3/9/2012 | Letter to Judge Carey from James F. Bendernagel, Jr. |

| | | | |
|---|---|---|---|
| 84 | 11124 | 3/9/2012 | Letter to Judge Carey from David Bradford on Behalf of EGI-TRB LLC. (Attachments: (A) Exhibit Exide Indenture) |
| 85 | 11125 | 3/9/2012 | Letter to the Honorable Kevin J. Carey from David LeMay. |
| 86 | 11127 | 3/9/2012 | Letter to Judge Carey from David S. Rosner. |
| 87 | 11144 | 3/13/2012 | Letter from David S. Rosner to Judge Carey in response to Debtors' March 9, 2012 Letter regarding Allocation Dispute No. 6. (Attachments: (A) Exhibit Letter Enclosure) |
| 88 | 11153 | 3/14/2012 | Letter to the Honorable Kevin J. Carey from James F. Bendernagel, Jr. |
| 89 | 11164 | 3/16/2012 | Transcript of the Proceeding Held on March 6, 2012. (Attachments: (A) Notice of Filing; (B) Notice Recipients) |
| 90 | 11165 | 3/16/2012 | Transcript of the Proceeding Held on March 5, 2012. (Attachments: (A) Notice of Filing; (B) Notice Recipients) |
| 91 | 11337 | 4/9/2012 | Memorandum Regarding Allocation Disputes. |
| 92 | 11338 | 4/9/2012 | Order Regarding Allocation Disputes. |
| 93 | 11355 | 4/12/2012 | Notice of Filing of Supplemental Disclosure Document Relating to Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee Of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Attachments: (A) Exhibit 1 - Supplemental Disclosure Document with Exhibits A - D; (B) Exhibit 2 - Black-Line Comparison of Supplemental Disclosure Document to Supplemental Disclosure Document previously filed March 16, 2012 [Docket No. 11169) |
| 94 | 11400 | 4/17/2012 | Notice of Filing of Supplemental Disclosure Document Relating to Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. (Attachments: (A) Exhibit 1 (Supplemental Disclosure Statement); (B) Exhibit 2 (Blackline Changed Pages to Proposed Supplemental Disclosure Document filed April 15, 2012) ) |
| 95 | 11458 | 4/23/2012 | Motion of Citadel Equity Fund Ltd and Camden Asset Management for Reconsideration and/or Clarification of the Courts' April 9, 2012 Memorandum and Order Regarding Allocation Disputes. |
| 96 | 11600 | 5/11/2012 | Malcolm Berko's Response to Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries. |
| 97 | 11652 | 5/21/2012 | The State of Michigan, Department of Treasury's Objection to the Fourth Amended Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Attachments: (A) proof of service) |
| 98 | 11653 | 5/21/2012 | Objection to Fourth Amended Joint Plan of Reorganization by the United States of America. |
| 99 | 11656 | 5/21/2012 | Missouri Department of Revenues Objection to Confirmation of Debtors' Fourth Amended Joint Plan of Reorganization. |

| | | | |
|---|---|---|---|
| 100 | 11657 | 5/21/2012 | Objection of Certain Former Directors and Officers to Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Attachments: (A) Ex. A; (B) Ex. B; (C) Ex. C; (D) Certificate of Service) |
| 101 | 11658 | 5/21/2012 | EGI-TRB LLC's Objection to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtor's, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., and JPMorgan Chase Bank N.A. |
| 102 | 11659 | 5/21/2012 | Objection of Citadel Equity Fund LTD and Camden Asset Management L.P. to Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 103 | 11661 | 5/21/2012 | Limited Objection of Former Tribune Company Employees F. Ashley Allen, Catherine M. Hertz, Michael D. Slason, and Louis J. Stancampiano to Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 104 | 11664 | 5/21/2012 | Objection of Aurelius Capital Management, L.P. to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Attachments: (A) Exhibit A; (B) Certificate of Service) |
| 105 | 11666 | 5/21/2012 | Objection of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, to the Fourth Amended Joint Debtor/Committee/Lender Plan. (Attachments: (A) Exhibit A; (B) Exhibit B; (C) Exhibit C, Part 1; (D) Exhibit C, Part 2; (E) Exhibit C, Part 3; (F) Exhibit C, Part 4; (G) Exhibit C, Part 5; (H) Exhibit C, Part 6; (I) Exhibit C, Part 7; (J) Exhibit C, Part 8; (K) Exhibit C, Part 9; (L) Certificate of Service) |
| 106 | 11667 | 5/21/2012 | Objection of Deutsche Bank Trust Company Americas in its Capacity as Successor Indenture Trustee, to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., LP., and JPMorgan Chase Bank, N.A. (Attachments: (A) Exhibit A; (B) Certificate of Service) |
| 107 | 11668 | 5/21/2012 | Objection of Law Debenture Trust Company of New York to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtor's, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase, N.A. |
| 108 | 11720 | 5/30/2012 | Limited Joinder of TM Retirees with Respect to Objections filed by Deutsche Bank Trust Company Americas and Wilmington Trust Company to the Fourth Amended DCL Plan. |

| | | | |
|---|---|---|---|
| 109 | 11725 | 5/31/2012 | Statement of Robert R. McCormick Tribune Foundation and Cantigny Foundation in Response to Objection of Aurelius Capital Management, L.P. to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Attachments: (A) Ex. A; (B) Ex. B; (C) Certificate of Service) |
| 110 | 11739 | 6/1/2012 | Certain Directors' and Officers' Reply to the Objection of Aurelius Capital Management, LP to Confirmation of the Fourth Amended Joint Plan of Reorganization. |
| 111 | 11740 | 6/1/2012 | Certain Directors' and Officers' Joinder to the Statement of the Robert R. McCormick Tribune and Cantigny Foundations. |
| 112 | 11742 | 6/1/2012 | Joint Pretrial Memorandum Related to the Confirmation of a Plan of Reorganization for Tribune Company and its Subsidiaries. (Attachments: (A) Exhibit A - Part 1; (B) Exhibit A - Part 2; (C) Exhibit A - Part 3; (D) Exhibit A - Part 4; (E) Exhibit B - List of Objections to DCL Plan; (F) Exhibit C - Supplemental DCL Exhibit List) |
| 113 | 11745 | 6/1/2012 | Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Attachments: (A) Exhibit A; (B) Exhibit B; (C) Exhibit C; (D) Exhibit D) |
| 114 | 11746 | 6/1/2012 | Proposed Findings of Fact and Conclusions of Law in Support of Confirmation of Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 115 | 11753 | 6/4/2012 | Supplemental Objection of Aurelius Capital Management, LP to Confirmation of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Attachments: (A) Ex. 1; (B) Ex. 2; (C) Certificate of Service) |
| 116 | 11765 | 6/7/2012 | Transcript of the Proceeding Held on June 6, 2012. (Attachments: (A) Notice of Filing; (B) Notice Recipients) |
| 117 | 11794 | 6/12/2012 | Transcript of the Proceeding Held on June 11, 2012. (Attachments: (A) Notice of Filing; (B) Notice Recipients) |
| 118 | 11811 | 6/15/2012 | Transcript of the Proceeding Held on June 7, 2012. (Attachments: (A) Notice of Filing; (B) Notice Recipients) |
| 119 | 11812 | 6/15/2012 | Transcript of the Proceeding Held on June 8, 2012. (Attachments: (A) Notice of Filing; (B) Notice Recipients) |
| 120 | 12033 | 7/13/2012 | Memorandum Overruling Objections to Confirmation of the Fourth Amended Plan of Reorganization for Tribune Company and its Subsidiaries and Denying Clarification Motion. |
| 121 | 12034 | 7/13/2012 | Order Overruling Plan Objections and Denying the Clarification Motion. |

| 122 | 12072 | 7/20/2012 | Certification of Counsel Regarding (I) Proposed Confirmation Order and (II) Amended Plan and Related Documents including Attachment B(1) Modified Fourth Amended Joint Plan. (Attachments: (A) Attachment A; (B)Attachment B(1); (C)Attachment B(2); (D)Attachment C(1); (E)Attachment C(2); (F)Attachment D; (G)Attachment E; (H)Attachment F; (I)Attachment G; (J)Attachment H; (K)Attachment I; (L)Attachment J; (M)Attachment K; (N)Attachment L; (O)Attachment M; (P)Attachment N; (Q)Attachment O; (R) Attachment P; (S)Attachment Q; (T)Attachment R; (U)Attachment S; (V)Attachment T; (W)Attachment U; (X)Attachment V; (Y)Attachment W; (Z)Attachment X; (AA)Attachment Y) |
|---|---|---|---|
| 123 | 12074 | 7/23/2012 | Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. (Attachments: (A) Attachment A) |
| 124 | ADH002 | 4/1/1999 | Indenture |
| 125 | ADH008 | 12/20/2007 | EGI-TRB, LLC Subordination Agreement. |
| 126 | ADH011 | 5/17/2007 | Credit Agreement dated May 17, 2007. |
| 127 | ADH089 | | Appendix B- Subordination Scenario Recovery Charts |

## II. ISSUES PRESENTED ON APPEAL

1. Whether the Bankruptcy Court erred in confirming the Plan because the Plan discriminates unfairly against the Senior Noteholders in violation of Section 1129(b)(1) of the Bankruptcy Code.

2. Whether the Bankruptcy Court erred in determining that "the SWAP Claim falls within the definition of Senior Indebtedness in the PHONES Indenture" and "within the definition of Senior Obligations under the EGI Subordination Agreement."

Dated: August 23, 2012
      Wilmington, Delaware

Respectfully submitted,

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

    David S. Rosner
    Sheron Korpus
    Christine A. Montenegro
    Matthew B. Stein
    1633 Broadway
    New York, New York 10019
    212-506-1700

BIFFERATO GENTILOTTI LLC

    /s/ Garvan F. McDaniel
Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302-429-1900

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

    McCARTER & ENGLISH, LLP
    David J. Adler
    245 Park Avenue
    New York, New York 10167
    212-609-6800

McCARTER & ENGLISH, LLP

    /s/ Katharine L. Mayer
Katharine L. Mayer (I.D. No. 3758)
Renaissance Centre
405 N. King Street
Wilmington, Delaware 19801
302-984-6300

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*