## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on this 23rd day of August, 2012, I caused a copy of the foregoing *Appellant's Designation of Record and Statement of Issues Pursuant to Federal Rule of Bankruptcy Procedure 8006* to be served upon those listed on the attached service list *via* United States First Class Mail.

>  */s/ Mary E. Augustine*
>  Mary E. Augustine (No. 4477)