

**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 21, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District Of Delaware
c/o   Epic Solutions - Tribune Company
757 Third Avenue
New York,  NY  10017

Re:  Claim withdrawal for INTERNET FORECLOSURE SERVICE, INC.
      Docket #:  08-13177  KJC   Lead Docket #:  08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 2nd Amended Pre Petition proof of claim (claim #6569) in the amount of $1,478.85 with a statement date of 07/12/2010.  There is no surviving Pre Petition period proof of claim.  Claim #6569 has been satisfied and is therefore withdrawn, claim #6569 is being withdrawn, provided, however, that if all or any portion of the claim is hereafter required to be returned to or for the benefit of the debtor, the debtor's estate or the debtor's successor, the NYS Department of Taxation and Finance reserves the right to reinstate the claim as of the date it was originally filed.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel



**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 20, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District Of Delaware
c/o   Epic Solutions - Tribune Company
757 Third Avenue
New York, NY   10017

Re:   Claim withdrawal for STEMWEB, INC.
        Docket #:  08-13207  KJC   Lead Docket #: 08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 1st Amended Pre Petition proof of claim (claim #6570) in the amount of $2,000.00 with a statement date of 07/12/2010.  There is no surviving Pre Petition period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
     Norman Fivel



**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 20, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District Of Delaware
c/o  Epic Solutions - Tribune Company
757 Third Avenue
New York, NY  10017

Re:   Claim withdrawal for FORSALEBYOWNER.COM CORP
       Docket #: 08-13165 KJC  Lead Docket #: 08-13165 KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Administrative Expense proof of claim (claim #6579) in the amount of $1,225.97 with a statement date of 07/12/2010. There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel



**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 20, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District Of Delaware
c/o   Epic Solutions - Tribune Company
757 Third Avenue
New York,  NY   10017

Re:   Claim withdrawal for DISTRIBUTION SYSTEMS OF AMERICA, INC.
        Docket #:  08-13161  KJC    Lead Docket #: 08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Administrative Expense proof of claim (claim #6581) in the amount of $1,225.97 with a statement date of 07/12/2010.  There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel



**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

August 20, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District Of Delaware
c/o   Epic Solutions - Tribune Company
757 Third Avenue
New York,  NY   10017

Re:   Claim withdrawal for INTERNET FORECLOSURE SERVICE, INC.
       Docket #:  08-13177  KJC   Lead Docket #:  08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 1st Amended Administrative Expense proof of claim (claim #6681) in the amount of $1,312.82 with a statement date of 12/15/2010.  There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel