# EXHIBIT A

**TRIBUNE COMPANY, et al.**

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### July 1, 2012 through July 31, 2012

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 23.80 | $11,827.00 |
| Committee Meetings | 003 | 17.40 | 11,650.00 |
| Creditor Communications | 004 | 1.60 | 1,264.00 |
| Business Operations | 007 | 35.90 | 23,105.50 |
| Claims Administration/Bar Date | 009 | 16.40 | 8,384.00 |
| Fee/Retention Applications | 010 | 24.60 | 10,765.00 |
| Employee Issues | 014 | 4.70 | 3,169.50 |
| Travel* | 018 | 6.20 | 2,179.50 |
| Review of Pre-Petition Financings | 019 | 151.30 | 79,878.50 |
| Shareholder Claims | 020 | 24.10 | 14,850.50 |
| Plan Litigation | 021 | 195.70 | 136,617.60 |
| **Total** | | **501.70** | **$303,691.00** |

* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                              For Services Through July 31, 2012

Our Matter #19804.002
          BANKRUPTCY GENERAL


06/01/12   D. BAVA              Review and analysis of docket          0.60 hrs.
                                sheets, including Neil district
                                court litigation, Delaware
                                adversary proceedings and
                                multi-district litigations re:
                                daily case activity (.30); review
                                district court docket sheet re:
                                Wilmington Trust's appeals
                                regarding allocation disputes
                                order and confirmation order
                                (.10); review, revise and finalize
                                case calendar based on current
                                docket entries (.10); prepare
                                confirmation related deadlines
                                calendar (.10).

06/04/12   D. BAVA              Review and analysis of docket          0.60 hrs.
                                sheets, including Neil district
                                court litigation, Delaware
                                adversary proceedings and
                                multi-district litigations re:
                                daily case activity (.30); review
                                district court docket sheet re:
                                Wilmington Trust's appeals
                                regarding allocation disputes
                                order and confirmation order
                                (.10); review, revise and finalize
                                case calendar based on current
                                docket entries (.10); prepare
                                confirmation related deadlines
                                calendar (.10).

06/04/12   D. M. LeMAY          Review latest court filings.           1.10 hrs.

06/05/12   D. BAVA              Review and analysis of docket          0.90 hrs.
                                sheets, including Neil district
                                court litigation, Delaware
                                adversary proceedings and
                                multi-district litigations re:
                                daily case activity (.30); review
                                district court docket sheet re:
                                Wilmington Trust's appeals
                                regarding allocation disputes
                                order and confirmation order
                                (.10); review, revise and finalize
                                case calendar based on current
                                docket entries (.10); prepare
                                confirmation related deadlines
                                calendar (.10); post certain

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                July 31, 2012
435 N. MICHIGAN AVENUE                                       Page    2
CHICAGO, IL 60611

|            |          | materials to Intralinks (.30). |           |
| --- | --- | --- | --- |
| 06/06/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.30). | 0.90 hrs. |
| 06/07/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10); post certain materials to Intralinks (.20). | 0.80 hrs. |
| 06/08/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       July 31, 2012
435 N. MICHIGAN AVENUE                              Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/08/12 | D. E. DEUTSCH | Review week's docket report (.7). | 0.70 hrs. |
| 06/11/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |
| 06/11/12 | D. E. DEUTSCH | Review daily bankruptcy report, pleadings therein and court calendar (.3); exchange e-mails with David Bava re: question on court filing (.2). | 0.50 hrs. |
| 06/11/12 | D. M. LeMAY | Review latest court filings. | 0.60 hrs. |
| 06/12/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). | 0.60 hrs. |
| 06/12/12 | D. E. DEUTSCH | Exchange additional e-mails with David Bava re: inquiry on court filing matter (.2). | 0.20 hrs. |
| 06/13/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.40); review | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       July 31, 2012
435 N. MICHIGAN AVENUE                               Page    4
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10); prepare confirmation related deadlines calendar (.10). |  |
| 06/14/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.50 hrs. |
| 06/14/12 | D. E. DEUTSCH | Review last four daily reports (including MDL case reports), pleadings therein and court calendars (.7). | 0.70 hrs. |
| 06/15/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 06/18/12 | D. M. LeMAY | Review latest court filings (.9) and conference with D. Deutsch (.2) regarding same. | 1.10 hrs. |
| 06/18/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). |  |
| 06/18/12 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.5). | 0.50 hrs. |
| 06/19/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to IntraLinks (.60). | 1.20 hrs. |
| 06/20/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to IntraLinks (.30). | 0.90 hrs. |
| 06/21/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       July 31, 2012
435 N. MICHIGAN AVENUE                              Page    6
CHICAGO, IL 60611

|            |               |                                                                                                                                                                                                                                                                                                                                                        |            |
|------------|---------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |               | order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20).                                                                                                                                                                                                                                    |            |
| 06/21/12   | D. E. DEUTSCH | Review last three daily reports, pleadings therein and court calendar (.8); e-mail David Bava re: pleading item (.1).                                                                                                                                                                                                                                   | 0.90 hrs.  |
| 06/22/12   | D. E. DEUTSCH | Conference with David LeMay to discuss various pending case matters (.3).                                                                                                                                                                                                                                                                               | 0.30 hrs.  |
| 06/22/12   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs.  |
| 06/25/12   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs.  |
| 06/25/12   | D. M. LeMAY   | Review all latest court filings.                                                                                                                                                                                                                                                                                                                        | 1.10 hrs.  |
| 06/25/12   | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.4);                                                                                                                                                                                                                                                                               | 0.40 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      July 31, 2012
435 N. MICHIGAN AVENUE                             Page    7
CHICAGO, IL 60611


| 06/26/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to IntraLinks (.20). | 0.80 hrs. |

| 06/27/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

| 06/27/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

| 06/28/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

|            |              |                                                                                                                                                                                                                                                                                                      |          |
|------------|--------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|            |              | order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20).                                                                                                                                                                                    |          |
| 06/28/12   | D. E. DEUTSCH | Conference with David LeMay to discuss various filed pleading issues (.3);                                                                                                                                                                                                                              | 0.30 hrs. |
| 06/29/12   | D. BAVA      | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 06/29/12   | D. E. DEUTSCH | Review last four daily pleading reports, pleadings therein and court calendar (.7);                                                                                                                                                                                                                     | 0.70 hrs. |

Total Fees for Professional Services.............. $11,936.00


### TIMEKEEPER SUMMARY

| Timekeeper's Name |        | Rate   | Hours | Amount   |
|-------------------|--------|--------|-------|----------|
| D. M. LeMAY       |        | 925.00 | 3.90  | 3607.50  |
| D. E. DEUTSCH     |        | 745.00 | 5.20  | 3874.00  |
| D. BAVA           |        | 295.00 | 15.10 | 4454.50  |
|                   | TOTALS |        | 24.20 | 11936.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through July 31, 2012

Our Matter #19804.003
          COMMITTEE MEETINGS


| | | | |
|---|---|---|---|
| 06/04/12 | D. E. DEUTSCH | Review and revise draft agenda for tomorrow's Committee professional meeting (.2). | 0.20 hrs. |
| 06/04/12 | M. DISTEFANO | Drafted agenda for professionals meeting (.3); revised meeting minutes from May 24 meeting (1.4); prepared for professionals call (.1) | 1.80 hrs. |
| 06/05/12 | M. D. ASHLEY | Reviewed pleadings and correspondence relating to weekly Committee professionals' meeting (.8); attended weekly Committee professionals' meeting (.4). | 1.20 hrs. |
| 06/05/12 | M. DISTEFANO | Prepared for professionals meeting (.1); attended same (.4); drafted emails to co-chairs and committee re Thursday meeting (.2); | 0.70 hrs. |
| 06/05/12 | A. ROSENBLATT | Prepare for (.2) and participate professional's only call (.4). | 0.60 hrs. |
| 06/05/12 | D. E. DEUTSCH | Prepare for (.5) and participate in Committee professionals' meeting (.4). | 0.90 hrs. |
| 06/05/12 | M. ROITMAN | Conference Call with Committee Professionals (0.4) | 0.40 hrs. |
| 06/11/12 | M. DISTEFANO | Drafted agenda for professionals meeting (.2); | 0.20 hrs. |
| 06/11/12 | D. E. DEUTSCH | Conference with David LeMay to discuss this week's Committee meeting and related matters (.2); exchange related e-mails with team re: this week's Committee meeting (.2); exchange e-mails with Michael Distefano re: this week's Committee professional meeting (.2). | 0.60 hrs. |
| 06/12/12 | M. DISTEFANO | Drafted emails to co-chairs and committee re weekly committee meeting (.2) | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/18/12 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano re: upcoming Committee meetings and related e-mails (.2); hold related conference (.2). | 0.40 hrs. |
| 06/18/12 | M. DISTEFANO | Drafted agenda for professionals meeting and circulated same (.2); | 0.20 hrs. |
| 06/19/12 | M. DISTEFANO | Drafted emails to committee and co-chairs re meeting issue (.3) | 0.30 hrs. |
| 06/19/12 | D. E. DEUTSCH | Exchange e-mails with Howard Seife, David LeMay and Michael Distefano re: this week's Committee meeting (.3). | 0.30 hrs. |
| 06/25/12 | M. DISTEFANO | Drafted email re cancellation of professionals meeting (.1) | 0.10 hrs. |
| 06/26/12 | M. DISTEFANO | Drafted emails re Committee meetings (.1) | 0.10 hrs. |

**Total Fees for Professional Services.............. $4,833.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| M. D. ASHLEY | 695.00 | 1.20 | 834.00 |
| A. ROSENBLATT | 745.00 | .60 | 447.00 |
| D. E. DEUTSCH | 745.00 | 2.40 | 1788.00 |
| M. DISTEFANO | 435.00 | 3.60 | 1566.00 |
| M. ROITMAN | 495.00 | .40 | 198.00 |
| TOTALS | | 8.20 | 4833.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1


                              For Services Through July 31, 2012
Our Matter #19804.004
                CREDITOR COMMUNICATIONS


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/12/12 | D. E. DEUTSCH | Exchange e-mails (.2) and hold call with Frank Anderson re: confirmation hearing matters (.2); e-mail (.1) and hold call on confirmation matters with Wayne Smith (.2). | 0.70 hrs. |
| 06/14/12 | D. E. DEUTSCH | Exchange e-mails with Bob Paul and Bill Salganik (Guild) re: confirmation matters and related next steps (.3); call with Gabrielle Davis (Buena Vista) re: confirmation and various other case matters (.4). | 0.70 hrs. |
| 06/18/12 | D. E. DEUTSCH | Exchange e-mails with Bob Paul and Bill Salganik re: upcoming meeting (.2). | 0.20 hrs. |
| 06/19/12 | D. M. LeMAY | Telephone conference from creditor (Arrowgrass Partners). | 0.20 hrs. |
| 06/20/12 | A. ROSENBLATT | Call with Deutsch to Guild (Committee member) and counsel to answer questions about timing for confirmation, effective date, and related issues (.5). | 0.50 hrs. |
| 06/20/12 | D. E. DEUTSCH | Prepare for call with Guild re: plan status/matters (.3); participate in related call with Guild representatives (.5). | 0.80 hrs. |


          **Total Fees for Professional Services..............  $2,345.50**


                    TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | .20 | 185.00 |
| A. ROSENBLATT | 745.00 | .50 | 372.50 |
| D. E. DEUTSCH | 745.00 | 2.40 | 1788.00 |
| TOTALS | | 3.10 | 2345.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through July 31, 2012

Our Matter #19804.007
             BUSINESS OPERATIONS


06/05/12   D. E. DEUTSCH      Exchange e-mails with James          1.30 hrs.
                              Stenger re: meeting at FCC
                              tomorrow (.3); hold related call
                              (.2); exchange e-mails with
                              AlixPartners team (Brad Hall,
                              Alpert Leung) re: press reports on
                              possible new CEO for Tribune (.3);
                              review related additional press
                              reports (.2); exchange e-mails
                              with Brad Hall re: verification
                              options on press reports (.3).


06/05/12   J. A. STENGER      Telephone conference (.5) and        1.50 hrs.
                              correspondence (.4) with J. Feore
                              regarding meeting with the FCC to
                              expedite processing of FCC exit
                              applications; prepare for same
                              (.6).


06/05/12   M. DISTEFANO       Drafted email to committee re        0.60 hrs.
                              media coverage of Tribune CEO
                              search (.6);


06/06/12   J. A. STENGER      Attend pre-meeting (.5) and          4.00 hrs.
                              meeting (1.5) with FCC staff
                              regarding final processing of FCC
                              exit applications; prepare office
                              memorandum regarding same (1.0);
                              follow-up research (.7) and
                              correspondence with Tribune FCC
                              counsel (.3) regarding same.


06/07/12   D. E. DEUTSCH      Review update materials on           0.80 hrs.
                              yesterday's FCC meeting (.3);
                              conference with James Stenger to
                              discuss same and related FCC
                              matters (.2); draft memorandum to
                              Howard Seife and David LeMay on
                              FCC issues so can be addressed at
                              today's hearing (.3).


06/07/12   H. SEIFE           Review of FCC status update.        0.30 hrs.


06/08/12   D. E. DEUTSCH      Exchange e-mails with James          1.10 hrs.
                              Stenger re: inquiry from FCC
                              counsel on bankruptcy matter (.4);
                              review hearing transcript (.3) and
                              draft response to same (.2); hold
                              related call with James Stenger

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      July 31, 2012
435 N. MICHIGAN AVENUE                             Page    2
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | (.2). |  |
| 06/08/12 | J. A. STENGER | Review correspondence from J. Feore regarding FCC filing (.4) and prepare revisions to same (.6). | 1.00 hrs. |
| 06/12/12 | D. E. DEUTSCH | Exchange e-mails (.4) and hold call with James Stenger re: next steps with FCC related matters (.4); review related FCC materials (.3). | 1.10 hrs. |
| 06/12/12 | J. A. STENGER | Review correspondence from Tribune FCC counsel (.2) and office conference with D.Deutsch (.5) regarding expediting grant of FCC exit applications. | 0.70 hrs. |
| 06/14/12 | J. A. STENGER | Research regarding FCC ownership issues for exit applications relating to JPM and other attributable holders and FCC ownership proceeding (.9); telephone conference with debtor FCC counsel regarding same (.4). | 1.30 hrs. |
| 06/19/12 | J. A. STENGER | Review memo regarding plan filings (0.3) and office correspondence with D.Deutsch (0.2) and telephone conference with J. Feore (0.2) regarding same. | 0.70 hrs. |
| 06/19/12 | D. E. DEUTSCH | Review and respond to FCC process-related inquiry from James Stenger (.2). | 0.20 hrs. |
| 06/20/12 | D. E. DEUTSCH | Review revised FCC applications (1.4). | 1.40 hrs. |
| 06/21/12 | D. E. DEUTSCH | Review last two weekly AlixPartners' business reports (.4). | 0.40 hrs. |
| 06/25/12 | M. DISTEFANO | Drafted objection to Former Officers' 2010 MIP Motion (1.7); | 1.70 hrs. |
| 06/26/12 | M. DISTEFANO | Drafted objection to Former Officers 2010 MIP Motion (4.4). | 4.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611


| 06/27/12 | M. DISTEFANO | Revised Objection to former officers' 2010 MIP motion (4.3); meetings with D. Deutsch re same (.5); reviewed Debtors 2010 MIP Motion and Committee minutes re same (.2); | 5.00 hrs. |
|----------|--------------|---|-----------|
| 06/28/12 | M. DISTEFANO | Revised objection re Former Officers' MIP request (1.8); | 1.80 hrs. |


**Total Fees for Professional Services.............. $16,798.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| H. SEIFE | 995.00 | .30 | 298.50 |
| J. A. STENGER | 645.00 | 9.20 | 5934.00 |
| D. E. DEUTSCH | 745.00 | 6.30 | 4693.50 |
| M. DISTEFANO | 435.00 | 13.50 | 5872.50 |
| TOTALS | | 29.30 | 16798.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1


                                  For Services Through July 31, 2012

Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE


| | | | |
|---|---|---|---|
| 06/07/12 | J. MARRERO | Review claim stipulation between Debtor and Woodies re rejection damages | 0.40 hrs. |
| 06/08/12 | J. MARRERO | Draft memorandum re claim stipulation among Debtors and Woodies re: rejection damages (0.6); email correspondence with AlixPartners re: same (0.2). | 0.80 hrs. |
| 06/12/12 | M. DISTEFANO | Reviewed objections to claim (.3); meeting with D. Deutsch re same (.4); | 0.70 hrs. |
| 06/12/12 | J. MARRERO | Conference with M.Distefano re: claim objections memo to Committee | 0.20 hrs. |
| 06/12/12 | S. NICHOLS | Discussing assignment of writing memo to creditor's committee and discussing strategic way of responding to debtor's objections | 0.50 hrs. |
| 06/13/12 | J. MARRERO | Email correspondence with Debtors counsel re amendments to stipulation re Claim 6141 | 0.40 hrs. |
| 06/13/12 | M. DISTEFANO | Drafted memo re Verizon settlement (.3); phone call with S. Nichols re claims objection memo (.1) | 0.40 hrs. |
| 06/13/12 | S. NICHOLS | Wrote memo to creditor's committee on three most recent debtors' objection including background, the debtors' requested relief, and recommendations on what action should be taken by the creditor's committee | 4.90 hrs. |
| 06/14/12 | J. MARRERO | Revise memo to Committee re: Claim 6141 stipuation. | 0.80 hrs. |
| 06/14/12 | M. DISTEFANO | Drafted and revised memo re objections to cliams and claims stipulations (2.3); drafted email to AlixPartners re same (.1); | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 06/14/12 | D. E. DEUTSCH | Review multiple court claim objections and settlements (.4); meeting with Michael Distefano to discuss analysis of same for Committee (.2). | 0.60 hrs. |
| 06/14/12 | S. NICHOLS | Multiple revisions of draft to creditors' committee on debtors' objections | 3.10 hrs. |
| 06/15/12 | M. DISTEFANO | Drafted and revised memo re objections to claims and claim stipulations (1.0) | 1.00 hrs. |
| 06/15/12 | S. NICHOLS | Revised draft of committee letter and inputted another summary of debtor activity | 0.80 hrs. |
| 06/18/12 | M. DISTEFANO | Revised claims objection and settlement memo (1.7); call with AlixPartners re same (.1); reviewed order approving Wilmington Trust fee stipulation (.1); | 1.90 hrs. |
| 06/18/12 | S. NICHOLS | Discussed with partner and associate how to revise the memo to the creditor's committee on the latest debtors' objections and made revisions to this memo | 0.90 hrs. |
| 06/19/12 | M. DISTEFANO | Drafted memos re Buena Vista stipulation and AT&T stipulation (1.2); drafted email to AlixPartners re same (.1); | 1.30 hrs. |
| 06/19/12 | M. DISTEFANO | Reviewed filing of Malcolm Berko and drafted email re same to committee counsel (.3); reviewed docket item re Penny Weigand (.1) | 0.40 hrs. |
| 06/19/12 | D. E. DEUTSCH | Preliminary review of Buena Vista claim settlement (.2); discuss required analysis on same with Michael Distefano (.1). | 0.30 hrs. |
| 06/19/12 | D. E. DEUTSCH | Review letter to court from individual (Berko) re: case/Committee (.2); discuss next steps with Michael Distefano re: follow-up with C&P team and other Committee professionals to respond | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

|            |               |                                                                                                                                                      |            |
|------------|---------------|------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |               | to letter (.3); exchange and review related e-mails with Committee professionals (.2).                                                               |            |
| 06/20/12   | M. DISTEFANO  | Drafted email to AlixPartners re AT&T and Buena Vista settlements (.1)                                                                                | 0.10 hrs.  |
| 06/20/12   | M. DISTEFANO  | Drafted emails to Committee counsel re M. Berko letter (.2)                                                                                           | 0.20 hrs.  |
| 06/21/12   | D. E. DEUTSCH | Review draft analysis of Buena Vista settlement (.3); review related settlement papers (.2); discuss multiple research/analysis issues related to same with Michael Distefano (.2). | 0.70 hrs.  |
| 06/21/12   | M. DISTEFANO  | Revised memos re Buena Vista and AT&T stipulations (1.1);                                                                                             | 1.10 hrs.  |
| 06/22/12   | D. E. DEUTSCH | Meeting with Marc Roitman to discuss follow-up on creditor Berko letter to Court re: case/Committee (.2).                                             | 0.20 hrs.  |
| 06/22/12   | M. ROITMAN    | Meet with D. Deutsch re: Berko letter (0.3); Calls to M. Berko (0.1); Correspond with D. Deutsch re: same (0.1)                                      | 0.50 hrs.  |
| 06/25/12   | M. DISTEFANO  | Revised memo re Buenva Vista claim (1.3); revised AT&T memo (1.0);                                                                                    | 2.30 hrs.  |
| 06/25/12   | D. E. DEUTSCH | Review proposed memorandum re: settlement of twelve Buena Vista claims (.2); research and analysis related to same (.5); review and revise related memorandum to Committee (.4); | 1.10 hrs.  |
| 06/26/12   | M. DISTEFANO  | Revised memo re AT&T stipulation (.7);                                                                                                                | 0.70 hrs.  |
| 06/26/12   | M. ROITMAN    | Confer/correspond with D. Deutsch re: Berko letter (0.2); Call with M. Berko (0.4); Draft response letter to M. Berko (0.4)                          | 1.00 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                July 31, 2012
435 N. MICHIGAN AVENUE                                       Page    4
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 06/26/12 | D. E. DEUTSCH | Review and make final edits to memorandum to Committee on AT&T settlement (.3); exchange e-mails with Mark Roitman re: Berko conversation and related next steps (.2); | 0.50 hrs. |
| 06/27/12 | D. BAVA | Review and analysis of settlement agreement exhibits listing parties versus supplemental list of claimants re: non-Teitelbaum clients (.80). | 0.80 hrs. |
| 06/29/12 | M. DISTEFANO | Reviewed response of Mr. Henke (.2) | 0.20 hrs. |


**Total Fees for Professional Services..............  $13,595.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 4.10 | 3054.50 |
| D. BAVA | 295.00 | .80 | 236.00 |
| S. NICHOLS | 285.00 | 10.20 | 2907.00 |
| J. MARRERO | 435.00 | 2.60 | 1131.00 |
| M. DISTEFANO | 435.00 | 12.70 | 5524.50 |
| M. ROITMAN | 495.00 | 1.50 | 742.50 |
| TOTALS | | 31.90 | 13595.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                              For Services Through July 31, 2012

Our Matter #19804.010
          FEE/RETENTION APPLICATIONS


| | | | |
|---|---|---|---|
| 06/01/12 | J. MARRERO | Review docket for applications for compensation filed by ordinary course professionals and case professionals (0.3); draft report re: same (0.4). | 0.70 hrs. |
| 06/04/12 | H. LAMB | Review of billing proformas/daily time detail in preparation of May fee application. | 3.40 hrs. |
| 06/05/12 | M. DISTEFANO | Reviewed 13th Fee Summary and distributed same to Committee (.3) | 0.30 hrs. |
| 06/06/12 | H. LAMB | Further review of billing proformas/daily time detail in preparation of May fee application. | 3.70 hrs. |
| 06/07/12 | H. LAMB | Begin research and preparation of work description summaries for monthly fee application. | 1.80 hrs. |
| 06/08/12 | J. MARRERO | Draft ordinary course professionals report (0.3); Draft professional fee report (0.5) | 0.80 hrs. |
| 06/12/12 | D. BAVA | Prepare supporting exhibit re: response to Fee Examiner's report on 11th interim fee application (1.2). | 1.20 hrs. |
| 06/13/12 | E. DAUCHER | Analysis of records related to Chadbourne's 11th interim fee request and contemporaneous drafting with respect to response to Fee Examiner's preliminary report on 11th interim fees (4.8); preparation of exhibits C and D for same (1.2). | 6.00 hrs. |
| 06/13/12 | J. MARRERO | Correspondence with E.Daucher re: fee examiner report (0.1); review corresponding memos for work performed re: same (0.2). | 0.30 hrs. |
| 06/14/12 | D. E. DEUTSCH | Exchange e-mails with John Theil (Fee Examiner) re: timing/other case matters (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/14/12 | E. DAUCHER | Continued analysis of records related to Chadbourne's 11th interim fee request and contemporaneous drafting of response to Fee Examiner's 11th preliminary report (2.1); preparation of exhibits A and B for same (3.6). | 5.70 hrs. |
| 06/14/12 | H. LAMB | Continue research and preparation of work description summaries for monthly fee application. | 2.20 hrs. |
| 06/15/12 | H. LAMB | Further research and preparation of work description summaries for monthly fee application. | 2.60 hrs. |
| 06/15/12 | E. DAUCHER | Further review of records concerning 11th interim fee application and contemporaneous revisions to response to fee examiner's 11th preliminary report. | 1.20 hrs. |
| 06/18/12 | D. E. DEUTSCH | Review Fee Examiner e-mail (.2); e-mail Eric Daucher re: follow-up on issue in same (.1). | 0.30 hrs. |
| 06/18/12 | J. MARRERO | Draft professional fee report (0.7); draft ordinary course professionals weekly report (0.5). | 1.20 hrs. |
| 06/18/12 | E. DAUCHER | Revise response to fee examiner's preliminary report on 11th interim fee application and exhibits thereto (4.6); discuss same with D. Deutsch (.3). | 4.90 hrs. |
| 06/19/12 | D. E. DEUTSCH | Exchange additional e-mails with Fee Examiner re: final open item in 10th quarterly fee application (.2); exchange e-mails with Helen Lamb re: Fee Examiner filing/related matters (.2). | 0.40 hrs. |
| 06/20/12 | D. E. DEUTSCH | Review Fee Examiner's final report on 10th quarterly fee application (.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/21/12 | D. E. DEUTSCH | Review, research and edit draft reply to Fee Examiner's report on 11th interim fee application (1.6); review last two ordinary course professional reports (.5); review last two fee application reports (.2); e-mail David Bava on fee application hearing matter (.1); begin review of May fee statement details (.4). | 2.80 hrs. |
| 06/22/12 | D. E. DEUTSCH | Complete review of May fee statement details (1.0). | 1.00 hrs. |
| 06/22/12 | J. MARRERO | Draft professional fee report (0.6); review Debtors' records re increase in monthly caps for certain ordinary course professionals (0.7). | 1.30 hrs. |
| 06/22/12 | E. DAUCHER | Final revisions to response to fee examiner's preliminary report on 11th interim fees and exhibits thereto. | 1.20 hrs. |
| 06/25/12 | J. MARRERO | Draft ordinary course professionals report. | 0.60 hrs. |
| 06/25/12 | D. E. DEUTSCH | Final review and editing of response to Fee Examiner's 11th report (1.0); review and edit May statement filing work category descriptions (.6); | 1.60 hrs. |
| 06/29/12 | M. DISTEFANO | Meeting with J. Marrero re weekly fee reports (.4) | 0.40 hrs. |
| 06/29/12 | D. E. DEUTSCH | Review weekly ordinary course professional report (.3); review weekly case professional report (.1); | 0.40 hrs. |
| 06/29/12 | J. MARRERO | Draft OCP and Professional Fee report; conference with M.Distefano re same | 0.50 hrs. |

**Total Fees for Professional Services..............   $21,669.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 31, 2012
Page    4

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 7.00 | 5215.00 |
| D. BAVA | 295.00 | 1.20 | 354.00 |
| E. DAUCHER | 495.00 | 19.00 | 9405.00 |
| H. LAMB | 295.00 | 13.70 | 4041.50 |
| J. MARRERO | 435.00 | 5.40 | 2349.00 |
| M. DISTEFANO | 435.00 | .70 | 304.50 |
| TOTALS | | 47.00 | 21669.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           July 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1


                          For Services Through July 31, 2012

Our Matter #19804.014
          EMPLOYEE ISSUES


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/05/12 | D. E. DEUTSCH | Call with Mailie Solis re: 2010 MIP issue related to certain former employees (.4); draft related e-mail to Kevin Lantry (.1). | 0.50 hrs. |
| 06/13/12 | D. E. DEUTSCH | Call with Kevin Lantry re: 2010 MIP issues and dismissal of certain claims against employees (.3). | 0.30 hrs. |
| 06/20/12 | M. DISTEFANO | Reviewed 2010 MIP motion of former officers (.2); | 0.20 hrs. |
| 06/21/12 | M. DISTEFANO | Drafted Objection to Former Officers' 2010 MIP motion (.5); | 0.50 hrs. |
| 06/26/12 | D. E. DEUTSCH | Preliminary review and comments on first draft of objection to motion to allow certain MIP payments (.7); meeting with Michael Distefano to discuss further research and analysis of same (.4); | 1.10 hrs. |
| 06/27/12 | D. E. DEUTSCH | Preliminary review, analysis and drafting of general comments on 2010 MIP motion objection (1.6); research specific issues on same (.7); draft related insert for motion (.4); review revised 2010 MIP motion objection and draft comments on same (1.0); two conferences with Michael Distefano re: 2010 MIP motion objection (.5); | 4.20 hrs. |
| 06/28/12 | D. E. DEUTSCH | Review final version of objection to former officer 2010 MIP motion (.4); draft related posting note for Committee (.3); | 0.70 hrs. |
| 06/29/12 | D. E. DEUTSCH | Conference call with U.S. Trustee to discuss approach to current and former requests on 2010 MIP (.2); address related U.S. Trustee request for information (.1); preliminary review of stipulation to approve settlement with certain retirees (.3); e-mail Michael Distefano on same (.1); | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 31, 2012
Page    2

**Total Fees for Professional Services.............   $5,892.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. E. DEUTSCH | | 745.00 | 7.50 | 5587.50 |
| M. DISTEFANO | | 435.00 | .70 | 304.50 |
| | TOTALS | | 8.20 | 5892.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1


                            For Services Through July 31, 2012

    Our Matter #19804.017
              GENERAL LITIGATION


| Date | Name | Description | Hours |
|---|---|---|---|
| 06/14/12 | D. E. DEUTSCH | Review report from defendants' counsel on insurance draw (.3); e-mail Michael Distefano re: creating memorandum to Committee on same (.2). | 0.50 hrs. |
| 06/14/12 | K. ZAFRAN | Review document production issues requested by litigation trustee. | 0.70 hrs. |
| 06/14/12 | M. DISTEFANO | Drafted memo to the Committee re D&O insurance costs (.3) | 0.30 hrs. |
| 06/15/12 | K. ZAFRAN | Meeting with M. Ashley, R. Kirby, and C. Pignatelli re: production to litigation trustee (1.0); review relevant materials and files (.8). | 1.80 hrs. |
| 06/19/12 | M. DISTEFANO | Drafted email re D&O Insurance report (.2); drafted email to Committee re same (.1); | 0.30 hrs. |
| 06/19/12 | D. E. DEUTSCH | Review and edit report to Committee on D&O payments (.3); discuss next steps on same with Michael Distefano (.1). | 0.40 hrs. |
| 06/21/12 | D. E. DEUTSCH | Review weekly state court litigation report (.3). | 0.30 hrs. |
| 06/25/12 | D. E. DEUTSCH | Review Debtors' draft report and e-mail on Beatty litigation (.2). | 0.20 hrs. |
| 06/26/12 | D. E. DEUTSCH | Conference with Marc Roitman and Marc Ashley to discuss satisfying order requiring turnover of certain confidential records and next steps related to same (.5); | 0.50 hrs. |
| 06/29/12 | D. E. DEUTSCH | Review written document production "protocol" (.3). | 0.30 hrs. |


        **Total Fees for Professional Services.............   $3,312.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 2.20 | 1639.00 |
| K. ZAFRAN | 565.00 | 2.50 | 1412.50 |
| M. DISTEFANO | 435.00 | .60 | 261.00 |
| TOTALS | | 5.30 | 3312.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                                    For Services Through July 31, 2012

    Our Matter #19804.018
              TRAVEL


06/07/12   A. ROSENBLATT      Non-working travel to Delaware for      1.20 hrs.
                              confirmation hearing (1.2).

06/07/12   M. ROITMAN         Non-working travel time from           1.60 hrs.
                              Wilmington to New York (1.6)

06/08/12   D. M. LeMAY        Non-working return travel to New       2.50 hrs.
                              York City from hearing in
                              Wilmington.

06/08/12   M. ROITMAN         Non-working travel time to New         1.30 hrs.
                              York from hearing in Wilmington.

06/08/12   H. SEIFE           Non-working return travel to NYC       2.00 hrs.
                              from hering in Wilmington.

06/08/12   A. ROSENBLATT      Non-working return travel from         2.00 hrs.
                              hearing in Delaware.


          Total Fees for Professional Services.............  $8,122.00



                      TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 2.50 | 2312.50 |
| H. SEIFE | 995.00 | 2.00 | 1990.00 |
| A. ROSENBLATT | 745.00 | 3.20 | 2384.00 |
| M. ROITMAN | 495.00 | 2.90 | 1435.50 |
| TOTALS | | 10.60 | 8122.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                                 For Services Through July 31, 2012

Our Matter #19804.020
          SHAREHOLDER CLAIMS


| | | | |
|---|---|---|---|
| 06/01/12 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 0.40 hrs. |
| 06/02/12 | T. J. MCCORMACK | Review Bridge Agent's reply and joinder to DCL Group's reply on plan issues (0.5). | 0.50 hrs. |
| 06/04/12 | M. ROITMAN | Review filings in state law fraudulent conveyance actions and revise report on same (0.3) | 0.30 hrs. |
| 06/06/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.30). | 0.30 hrs. |
| 06/07/12 | D. E. DEUTSCH | Review update on MDL proceedings (.3). | 0.30 hrs. |
| 06/13/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |
| 06/15/12 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 0.40 hrs. |
| 06/15/12 | C. L. RIVERA | Review recent activity in related LBO/SH lawsuits. | 0.50 hrs. |
| 06/18/12 | M. ROITMAN | Review filings in state law fraudulent conveyance actions (0.3) | 0.30 hrs. |
| 06/18/12 | D. E. DEUTSCH | Review e-mails from Landon Ellis and others re: continuation of stay on certain litigation claims (.3). | 0.30 hrs. |
| 06/20/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/21/12 | D. M. LeMAY | Review draft Zuckerman Spaeder letter re: settlement offer proposal re: certain shareholder claims (1.1) and discuss with J. Sottile (.2). | 1.30 hrs. |
| 06/22/12 | A. ROSENBLATT | Review proposal for settlement of certain shareholder claims sent from Sottile and draft memorandum re: same (.7); multiple emails amongst the C&P and Zuckerman team re: same (.5), including Ashley list of clarifying questions (.1). | 1.30 hrs. |
| 06/22/12 | M. D. ASHLEY | Reviewed draft Zuckerman UCC memo regarding FitzSimons settlement proposal and related materials (1.2); emails with D. LeMay regarding draft settlement proposal memo (.4). | 1.60 hrs. |
| 06/22/12 | D. E. DEUTSCH | Review e-mail and preliminary review of proposed memorandum to Committee re: possible settlement proposal for certain FitzSimmons claims (.5); review related e-mails from team (.3). | 0.80 hrs. |
| 06/22/12 | D. M. LeMAY | Review J. Sottile e-mail regarding possible settlement offer re: certain shareholder claims (.8). Conferences w/H. Seife (.4); M. Ashley (.4); J. Sottile (.5) regarding open issues. | 2.10 hrs. |
| 06/22/12 | T. J. MCCORMACK | Review Zuckerman proposal on Litigation Trust/UCC settlements (0.4); e-mails with team re: same (0.2). | 0.60 hrs. |
| 06/25/12 | D. E. DEUTSCH | Review draft memorandum to Committee re: possible settlement of certain claims (.4); exchange e-mails with James Sottile re: same (.1); | 0.50 hrs. |
| 06/25/12 | D. M. LeMAY | Prepare for Committee counsel conference call regarding settlement proposal. | 0.60 hrs. |

| | | | |
|---|---|---|---|
| 06/26/12 | D. M. LeMAY | Conference call of Committee counsel to review issues relating to possible settlement offer to shareholder defendants (1.1). Conf. w/H. Seife regarding same (.2). | 1.30 hrs. |
| 06/26/12 | M. D. ASHLEY | Call with D. LeMay, D. Deutsch, J. Sottile regarding FitzSimons settlement proposal (1.0); reviewed materials related to proposed settlement (1.2). | 2.20 hrs. |
| 06/26/12 | D. E. DEUTSCH | Review materials and plan to prepare for meeting on proposed settlement of certain shareholder causes of action (1.6); participate in related meeting with David LeMay, James Sottile and others (1.0). | 2.60 hrs. |
| 06/27/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |
| 06/27/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions (0.2) | 0.20 hrs. |
| 06/28/12 | T. J. MCCORMACK | Receipt and review redraft of memo to UCC on trust issues (0.3). | 0.30 hrs. |
| 06/28/12 | M. ROITMAN | Review and comment upon memorandum re: proposed settlement of state law fraudulent conveyance actions (0.8) | 0.80 hrs. |
| 06/28/12 | M. D. ASHLEY | Reviewed draft FitzSimons settlement proposal memo and related materials (.5); emails with A. Goldfarb regarding same (.1). | 0.60 hrs. |
| 06/28/12 | D. E. DEUTSCH | Review and analysis of draft protocol re: complying with sharing order (1.1); two related calls with Marc Ashley (.5); hold related call with James Sottile re: proposed options/approach to same (.4); exchange related e-mails with Marc Ashley re: | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

|            |                |                                                                                                                                  |           |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | protocol issues (.2);                                                                                                            |           |
| 06/29/12   | M. D. ASHLEY   | Reviewed materials relating to draft settlement proposal memo (.6); emails with team regarding draft memo (.3).                   | 0.90 hrs. |
| 06/29/12   | D. E. DEUTSCH  | Review revised memorandum to Committee re: possible partial shareholder claim settlement (.5); discuss issue on same with Marc Roitman (.1). | 0.60 hrs. |
| 06/29/12   | C. L. RIVERA   | Review recent activity in related LBO/shareholder lawsuits.                                                                       | 0.20 hrs. |
| 06/29/12   | M. ROITMAN     | Review and comment upon memorandum re: proposed settlement of state law fraudulent conveyance actions (0.7)                       | 0.70 hrs. |

**Total Fees for Professional Services.............. $18,500.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate   | Hours | Amount   |
|-------------------|--------|-------|----------|
| D. M. LeMAY       | 925.00 | 5.30  | 4902.50  |
| T. J. MCCORMACK   | 875.00 | 1.40  | 1225.00  |
| M. D. ASHLEY      | 695.00 | 5.30  | 3683.50  |
| A. ROSENBLATT     | 745.00 | 1.30  | 968.50   |
| D. E. DEUTSCH     | 745.00 | 7.30  | 5438.50  |
| D. BAVA           | 295.00 | 2.30  | 678.50   |
| C. L. RIVERA      | 665.00 | .70   | 465.50   |
| M. ROITMAN        | 495.00 | 2.30  | 1138.50  |
| TOTALS            |        | 25.90 | 18500.50 |