TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 31, 2012

Page    1

For Services Through July 31, 2012

Our Matter #19804.021
          PLAN LITIGATION

| 06/01/12 | C. L. RIVERA | Prep for (0.4) and call with plan proponents re: preparation for confirmation hearing (1.2); revising litigation trust agreement for comments from Akin (0.7); correspondence to M. Roitman re: same (0.3); reviewing revisions to brief and related correspondence (2.1). | 4.70 hrs. |
|---|---|---|---|
| 06/01/12 | M. ROITMAN | Review and revise brief in support of confirmation (4.9); confer with D. LeMay re: same (0.8); Call with DCL co-proponents re: brief and confirmation hearing (1.2); confer with D. LeMay and A. Rosenblatt following call (0.2); Draft email to Committee re: revisions to brief in support of confirmation and proposed findings of fact and conclusions of law (0.5); Correspond with J. Teitelbaum and W. Niese re: same (0.2); Review proposed plan amendments (0.3); confer/correspond with D. LeMay re: proposed amendments to article 9 of plan (0.2); confer/correspond with DCL co-proponents re: same (0.4); | 8.70 hrs. |
| 06/01/12 | D. M. LeMAY | Review and revise Confirmation Brief, Exhibits, Plan Amendments (8.1).  Conference call of DCL Proponents to discuss confirmation brief and allocation of argument (1.1). Follow-up conference with A.Rosenblatt and M.Roitman re: same (.4).  Review and comment on draft findings of fact and conclusions of law (1.4). Review and sign off on Joint Pretrial Memorandum (.8). | 11.80 hrs. |
| 06/01/12 | H. SEIFE | Preparation for confirmation hearing (2.01); review of revised draft brief (.7), plan (.5) and findings of fact (.5); review emails among DCL parties regarding draft documents (.8); review | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

|            |              | summary chart of objections to DCL plan (.3). | |
|---|---|---|---|
| 06/01/12 | A. ROSENBLATT | Review revised blackline draft of the confirmation brief sent from Sidley (.7); review email from Sidley with election analysis re: Aurelius decision and standing to object to lender fees (.3); participate on DCL Plan Proponent call re: confirmation brief and hearing (1.2); post-call meeting with LeMay and Roitman re: same (.4); review proposed plan amendment sent by Davis Polk to address objection to scope of release language in Plan (.3); multiple calls with G. Novod re: litigation trust loan agreement and related issues (.5); discuss loan issues with Berson (.2); emails with LeMay and Sottile re: allocation of oral argument issues amongst DCL Plan Proponents (.3); review proposed plan amendments circulated by Sidley in advance of filing (.9); multiple emails with DCL Plan Proponents re: proposed plan changes and Aurelius's position re: same (.4); emails from Schaible and LeMay re: status of Niese serving on litigation trust advisory board and method for electing third member (.3); begin to look at Sidley draft of list of unresolved objections that need to be addressed at confirmation hearing (.3). | 5.80 hrs. |
| 06/01/12 | M. D. ASHLEY | Reviewed drafts of proposed Findings of Fact, Joint Pretrial Memorandum, and DCL supporting brief and related materials (2.8); emails with D. LeMay and Sidley regarding draft confirmation hearing pleadings (.4). | 3.20 hrs. |
| 06/03/12 | M. ROITMAN | Draft memorandum re: proposed amendment to section 9.1.3 of DCL Plan (6.4) | 6.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 31, 2012
435 N. MICHIGAN AVENUE                               Page    3
CHICAGO, IL 60611


| 06/03/12 | M. D. ASHLEY | Reviewed litigation trust agreement, proposed findings of fact, and responses to confirmation objections (1.1); emails with Sidley regarding same (.2). | 1.30 hrs. |
|---|---|---|---|
| 06/04/12 | A. ROSENBLATT | Participate on call with DCL Plan Proponents re: confirmation hearing preparation (1.4); review Aurelius comments to Trust Loan Agreement (.4) and call with Sidley and Davis Polk re: same (1.0); review Aurelius comments to other plan related documents (.8); review email from Sidley outlining possible resolution of Aurelius trust related objections (.5); call with Lantry re: Committee position with respect to same and related issues (.4); conference with D.LeMay on litigation advisory fee issue (.2); review document sent from Sidley setting forth order of objectors at confirmation (.4); Review email from Sidley with update on WTC fee issue (.2); re-convey G. Novod comments to litigation trust loan agreement (.2); discuss with LeMay proposals for appointing third trust advisory board member if Niese does not serve (.2). | 5.70 hrs. |
| 06/04/12 | H. SEIFE | Conference with D.LeMay regarding confirmation issues (.5); review various emails among parties regarding confirmation (1.4); preparation for confirmation hearing (2.5); review of revised documents (1.2). | 5.60 hrs. |
| 06/04/12 | M. D. ASHLEY | Reviewed objections to DCL plan and related confirmation hearing materials (1.2). | 1.20 hrs. |
| 06/04/12 | M. ROITMAN | Meeting with D. LeMay, H. Seife and C. Rivera re: proposed plan amendments (0.6); Call with DCL Co-Proponents re: confirmation issues (1.3); call with G. Novod, M. Siegel, C. Rivera re: | 11.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                                            |             |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------|
|            |                | Litigation Trust Confidentiality Agreement (0.3); Draft memorandum re: Responsibilities of Litigation Trust Advisory Board (4.2); Draft Argument Outlines for Confirmation Hearing (5.5);                                                                                                                                                                                       |             |
| 06/04/12   | M. DISTEFANO   | Reviewed Trust Loan Agreement revisions (.3)                                                                                                                                                                                                                                                                                                                                    | 0.30 hrs.   |
| 06/04/12   | D. BAVA        | Prepare materials for confirmation hearing (2.6).                                                                                                                                                                                                                                                                                                                               | 2.60 hrs.   |
| 06/04/12   | D. M. LeMAY    | Conference call with Co-proponents regarding confirmation hearing presentation (1.2). Telephone conference with J. Sottile and J. Teitelbaum regarding Niese service on Litigation Trust Board (.6). Conference with H. Seife, C. Rivera and M. Roitman regarding Litigation Trust open issues (.4). Review Bridge Agent filing regarding confirmation (.4). Telephone conference w/A. Lipkind at Buena Vista regarding confirmation (.2). Prepare hearing arguments (2.2). | 5.00 hrs.   |
| 06/04/12   | C. L. RIVERA   | Call with Brown Rudnick and M. Roitman re: committee privilege transfer issue (0.3); confer with M. Roitman (0.2) and D. LeMay (0.2) re: same; correspondence re: confi agreement, open issues, status of resolutions (0.9); correspondence with Akin re: trust agreement (0.2); meeting with D. LeMay, H. Seife and M. Roitman re: open issues (0.5).                           | 2.30 hrs.   |
| 06/04/12   | S. BERSON      | Reviewed comments to Loan Agreement (.4); call with Davis Polk, Sidley and Rosenblatt re: same (.9).                                                                                                                                                                                                                                                                            | 1.30 hrs.   |
| 06/04/12   | T. J. MCCORMACK | Review objections to DCL Plan (0.8).                                                                                                                                                                                                                                                                                                                                          | 0.80 hrs.   |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page   5
CHICAGO, IL 60611

| 06/05/12 | D. M. LeMAY | Meet and confer (telephonically) with Plan objectors and co-proponents (1.3).  Negotiate to resolve open issues regarding Litigation Trust Advisory Board, Trust Loan and related issues (2.8).  Prepare arguments for confirmation hearing (4.8). | 8.90 hrs. |
|---|---|---|---|
| 06/05/12 | S. BERSON | Reviewed revised loan agreement (1.3); calls with A. Rosenblatt, Sidley and Davis Polk re: same (.8); met and spoke with A. Rosenblatt and C. Rivera re: loan agreement revisions (.7). | 2.80 hrs. |
| 06/05/12 | R. M. KIRBY | E-mails to J. Sottille and M. Ashley re: issues concerning Document Depository and the Litigation Trustee. | 0.50 hrs. |
| 06/05/12 | C. L. RIVERA | Meet and confer call with DCL group and plan objectors (1.1); call with J. Sottile, M. Siegel and G. Novad re: committee privilege agreement (0.7); calls with J. Sottile re: same (0.4); related emails with J.Sottile (0.4); confer with A. Rosenblatt and S. Berson re: trust/loan doc revisions (0.8); review revised loan provisions from E. Vonnegut (0.8); correspondence with A. Rosenblatt and S. Berson re: same (0.5); correspondence with J. Sottile and litigation team re: depository order as related to committee privilege agreement (0.4). | 5.10 hrs. |
| 06/05/12 | D. BAVA | Prepare for confirmation hearing (2.2). | 2.20 hrs. |
| 06/05/12 | S. NICHOLS | Shephardizing September 2011 memo to Creditor's Committee re: obtaining a stay pending appeal | 4.00 hrs. |
| 06/05/12 | M. ROITMAN | Conference Call with all case parties re: Objections to Confirmation (1.1); Call with Zuckerman and Chadbourne teams following call (0.3); meet with D. | 9.00 hrs. |

|            |                |                                                                                                                                                                                                                          |            |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | LeMay re: confirmation hearing preparations (0.3); Draft argument outlines for confirmation hearing (6.8); Review document depository order in connection with Litigation Trust Confidentiality Agreement (0.5) |            |
| 06/05/12   | M. D. ASHLEY   | Emails with J. Sottile, R. Kirby, M. Roitman regarding Committee privilege transfer agreement (.5); reviewed materials relating to document depository issues (.7).                                                        | 1.20 hrs.  |
| 06/05/12   | H. SEIFE       | Review of Aurelius supplemental objection (.4); review of open issues for confirmation (1.3); prepare for confirmation hearing (2.1); review of revised plan documents (1.2).                                              | 5.00 hrs.  |
| 06/05/12   | A. ROSENBLATT  | Review Aurelius bullet list of objections to trust loan forwarded by Sidley (.3); participate on call with all DCL Plan Proponents and objectors re: confirmation procedures in advance of status conference with Court (1.2); multiple calls with Berson re: litigation trust credit agreement (.6) and work on finalizing draft of same to resolve plan objections (.9); calls with Lantry and Vonnegut re: same (1.0); review revised proposed order of argument to be filed with Court (.3) and emails with DCL Plan Proponents re: same (.2); review proposed changes to Plan to resolve certain objections (.6); multiple emails with Sidley and other plan proponents re: open confirmation issues and resolving plan objections (1.0); review Davis Polk revisions to Trust Loan Agreement (.5) and emails with Lantry and Vonnegut re: same (.3); review emails from Sottile with his views on Aurelius objections to loan agreement (.3). | 7.20 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611

| 06/05/12 | D. E. DEUTSCH | Review update on appeal matters (.2). | 0.20 hrs. |
|---|---|---|---|
| 06/05/12 | T. J. MCCORMACK | Review materials on UCC privilege information/transfer to litigation trust (0.3); t/c Zuckerman re: same (0.2); review party submissions on hearing (0.8). | 1.30 hrs. |
| 06/06/12 | M. D. ASHLEY | Emails with J. Sottile, R. Kirby relating to Committee privilege transfer agreement (.3); reviewed materials relating to privilege transfer agreement (.8); reviewed materials relating to DCL Plan amendments (.6). | 1.70 hrs. |
| 06/06/12 | H. SEIFE | Pretrial hearing before Judge Carey (.5); preparation for confirmation hearing (1.8); review of revised confirmation documents (1.3); review of plan modifications (1.1). | 4.70 hrs. |
| 06/06/12 | A. ROSENBLATT | Email to C&P team and Sottile re: Aurelius litigation trust objection and possible resolution of same (.3); participate on call with C&P team and Sottile re: open plan issues, confirmation arguments, litigation trust issues, etc. (1.0);  call with Lantry and Vonnegut and C&P team re: resolving Aurelius objections to litigation trust loan and related issues (.8); continue to work on litigation trust loan issues in hopes of resolving Aurelius objection to same (.8); call with Berson to review possible language changes to agreement (.6); participate on court conference call (.5); post-conference discussion with Roitman and LeMay in final preparation for hearing (.5); review proposed confirmation order (.6); review Aurelius email re: objecting to waiver of Bankruptcy Rule 3020 stay (.2); review blackline of plan showing proposed changes circulated by Sidley to | 6.20 hrs. |

|  |  |  |  |
|---|---|---|---|
|  |  | address plan objections (.4); emails from Plan Proponents (Jones Day) re: approval of Law Debenture as replacement litigation trust advisory board member (.2); email from Lantry with list of issues to revised trust loan agreement circulated by Berson (.3). |  |
| 06/06/12 | M. ROITMAN | Call with Committee Professionals re: Litigation Trust Agreement and Trust Loan (0.5); Call with Sidley and DPW re: same (0.5); Revise plan re: composition of Litigation Trust Advisory Board (0.4); confer/correspond with C. Rivera re: same (0.3); Preparation for confirmation hearing (5.8); Review plan amendments re: resolution of certain objections (1.2); Draft email to Committee re: same (0.8); confer with D. LeMay re: same (0.5); | 10.00 hrs. |
| 06/06/12 | S. BERSON | Call with Committee professionals re: construct of trust credit agreement (.5); call with DPW and Sidley re: same (.5); spoke with A.Rosenblatt re: revisions to agreement (.6); revised trust credit agreement (3.6). | 5.20 hrs. |
| 06/06/12 | D. M. LeMAY | Attend court telephonic status hearing (.5). Continuous calls and meetings with Davis Polk, Sidley and J. Sottile to attempt to negotiate and resolve open issues re: Trust Loan and Litigation Trust Advisory Board membership, as well as related Plan amendments (8.5). Preparation for contested hearing (1.2). | 10.20 hrs. |
| 06/06/12 | S. NICHOLS | Conference Call on Proposed Sequence for Addressing Unresolved Objections at Tribune's Confirmation Hearing | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    9
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/06/12 | S. NICHOLS | Compiling relevant citing references from case cites contained in September 2011 memo to Creditor's Committee re: obtaining a stay pending appeal | 4.00 hrs. |
| 06/06/12 | D. BAVA | Prepare materials for confirmation hearing (2.4). | 2.40 hrs. |
| 06/06/12 | C. L. RIVERA | Call with Committee (D. LeMay, J. Sottile, M. Roitman, S. Berson) (0.5) with K. Lantry (0.4) and E. Vonnegut (0.2) re: loan/trust issue; one-off calls with D. LeMay, M. Roitman and A. Rosenblatt re: same (0.8); review and revise plan amendments (1.2); correspondence with team re: possible resolution of loan issue (0.6); review revisions to loan agreement (0.9). | 4.60 hrs. |
| 06/06/12 | T. J. MCCORMACK | Review options on UCC privilege/transfer to Litigation Trust (0.4). | 0.40 hrs. |
| 06/06/12 | S. NICHOLS | Compiled binder of printed cases from memo re: obtaining stay pending appeal for use during confirmation  hearing | 3.00 hrs. |
| 06/07/12 | S. BERSON | Correspondence with A.Rosenblatt re:  Trust loan agreement. | 0.60 hrs. |
| 06/07/12 | M. ROITMAN | Attendance at Confirmation Hearing (2.6); Meet with DCL co-proponents in advance of hearing (1.3); Confer with C&P team after hearing (0.5); Call with M. Distefano and S. Nichols re: Report to Committee (0.8); Revise Report to Committee on Confirmation Hearing (0.8); Review and comment up on draft Confirmation Order (1.1) | 7.10 hrs. |
| 06/07/12 | H. SEIFE | Review of comments to findings of fact/conclusions of law (.4); meeting with DCL plan proponents regarding confirmation hearing (1.2); participate in hearing before Judge Carey on confirmation (2.9). | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page   10
CHICAGO, IL 60611

| 06/07/12 | D. M. LeMAY | Prepare for confirmation hearing (3.1); attend meeting with DCL group to prepare for hearing (1.2). Participate in confirmation hearing in USBC (2.8). Meeting with C&P team following hearing (.5). Prepare for tomorrow's hearing (1.5). | 9.10 hrs. |
| 06/07/12 | S. NICHOLS | Listened to phone recording and took notes on 6/7 confirmation hearing of In re Tribune Company held in DE today | 1.50 hrs. |
| 06/07/12 | M. D. ASHLEY | Reviewed revisions to proposed findings of fact and related materials (.9); emails with D. LeMay regarding proposed findings of fact (.1); reviewed court conference transcripts (.7). | 1.70 hrs. |
| 06/07/12 | A. ROSENBLATT | Prepare for confirmation hearing (.9); attend pre-hearing meeting with other DCL Plan Proponents (1.0); attend confirmation hearing (2.8); attend post-hearing meeting with team re: open issues (.5); meet with Roitman re: draft hearing summary for posting to Committee (.3); emails with Berson, Vonnegut and others re: issues with Litigation Trust Loan Agreement (.4); discuss same with Novod (.2); review proposed revisions to Litigation Trust Loan Agreement (.5). | 6.60 hrs. |
| 06/07/12 | D. E. DEUTSCH | Review materials to prepare for (1.1) and participate (telephonically) in Tribune confirmation hearing (2.4). | 3.50 hrs. |
| 06/07/12 | C. L. RIVERA | Correspondence with team re: possible settlement of open issues on trust agreement, process for hearing/argument. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page   11
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/07/12 | M. DISTEFANO | Reviewed hearing agenda (.1) and DCL plan brief (.6); attend (telephonicially) confirmation hearing (2.3); drafted summary for the committee (1.4); | 4.40 hrs. |
| 06/07/12 | T. J. MCCORMACK | Review summary of DE proceedings on confirmation (0.3). | 0.30 hrs. |
| 06/08/12 | T. J. MCCORMACK | Review summary of confirmation plan hearing (0.3). | 0.30 hrs. |
| 06/08/12 | D. E. DEUTSCH | Participate (telephonically) in today's confirmation hearing (3.1). | 3.10 hrs. |
| 06/08/12 | M. D. ASHLEY | Reviewed confirmation hearing transcripts and related materials. | 1.20 hrs. |
| 06/08/12 | A. ROSENBLATT | Attend confirmation hearing (3.0); post hearing meetings with Novod, Vonnegut and others re: finalizing certain plan related documents (.4); review and provide comments to hearing summary (.2); review revised draft of Litigation Trust Loan Agreement sent from Davis Polk (.4); call with Berson re: same (.4); call with Vonnegut re: same (.3); review Berson email remitting Chadbourne comments to same (.3); call with Roitman re: necessary revisions to Litigation Trust Agreement to be consistent with Litigation Trust Loan Agreement (.2); review chart setting forth current status of each objection to confirmation prepared by Sidley (.4). | 5.60 hrs. |
| 06/08/12 | M. ROITMAN | Attendance at Confirmation Hearing (2.8); Confer with C&P team after hearing (0.5); Confer with S. Nichols re: Report to Committee (0.5); Revise Report to Committee on Confirmation Hearing (1.3); Confer with A. Rosenblatt re: same (0.3); Confer with A. Rosenblatt re: revisions to Litigation Trust Agreement (0.4) | 5.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page   12
CHICAGO, IL 60611

| 06/08/12 | S. BERSON | Reviewed revised Trust Loan Agreement (.9); prepared comments (1.4); call with Davis Polk re: same (.4); spoke with A. Rosenblatt re: same (.3). | 3.00 hrs. |
| 06/08/12 | S. NICHOLS | Traveled to Wilmington, DE to attend confirmation hearing for Tribune company bankruptcy plan. After the hearing, wrote summary of proceeding for client | 8.00 hrs. |
| 06/08/12 | M. DISTEFANO | Participate in portion of confirmation hearing (.8); | 0.80 hrs. |
| 06/08/12 | D. M. LeMAY | Prepare for (1.5) and participate in (3.0) confirmation hearing in USBC. | 4.50 hrs. |
| 06/08/12 | H. SEIFE | Preparation for confirmation hearing (1.5); participate in continued confirmation hearing before Judge Carey (3.2); review of plan revisions (.8). | 5.50 hrs. |
| 06/09/12 | H. SEIFE | Review of revised chart on plan objections (.4); review emails with DCL group regarding plan amendments (.7). | 1.10 hrs. |
| 06/10/12 | M. ROITMAN | Review and comment upon Litigation Trust Confidentiality Agreement (0.8); Correspond with J. Sottile re: same (0.3). | 1.10 hrs. |
| 06/10/12 | A. ROSENBLATT | Emails with Berson and Vonnegut re: changes to litigation trust loan agreement (.3); review revised agreement circulated by Davis Polk (.3); review emails from Roitman, Sottile and others re: current status of open litigation trust documents (.3). | 0.90 hrs. |
| 06/10/12 | M. D. ASHLEY | Emails with D. LeMay, J. Sottile regarding draft Committee privilege transfer agreement (.5); reviewed drafts of Committee privilege transfer agreement and related materials (1.3); call with J. Sottile regarding draft agreement (.3); reviewed | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 31, 2012
Page   13

| | | confirmation hearing transcripts (1.1). | |
|---|---|---|---|
| 06/10/12 | T. J. MCCORMACK | Review e-mails on UCC priv. transfer issues (0.2). | 0.20 hrs. |
| 06/11/12 | T. J. MCCORMACK | Review materials on UCC privilege transfer (0.5); confer M. Ashley re: same (0.2). | 0.70 hrs. |
| 06/11/12 | C. L. RIVERA | Correspondence with J. Sottile re: insert into Committee transfer agreement (0.1); correspondence with D. LeMay re: status of same agreement (0.2); review DCL proposed trust changes (0.7); correspondence with team re: same (0.3). | 1.30 hrs. |
| 06/11/12 | D. E. DEUTSCH | Review materials to prepare for today's confirmation hearing (.3); participate (telephonically) in confirmation hearing (.6). | 0.90 hrs. |
| 06/11/12 | H. SEIFE | Preparation for continued confirmation hearing (1.1); review of plan amendments and additional comments (.7); telephonic hearing before Judge Carey (.8); review proposed language for confirmation order (.7). | 3.30 hrs. |
| 06/11/12 | M. D. ASHLEY | Emails with R. Kirby regarding Committee privilege transfer agreement (.2); reviewed Committee privilege transfer agreement and materials relating to document production (1.1); reviewed revisions to proposed findings of fact and related pleadings (.8); emails with D. LeMay, Sidley regarding revisions to proposed findings of fact (.2); reviewed confirmation hearing transcripts (.7). | 3.00 hrs. |
| 06/11/12 | M. ROITMAN | Participate in telephonic Court Appearance (0.4); Conference call with DCL co-proponents in advance of telephonic hearing (0.3); Confer/correspond with D. LeMay and M. Distefano re: proposed | 3.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      July 31, 2012
435 N. MICHIGAN AVENUE                             Page   14
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                |           |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | revisions to Litigation Trust Agreement (0.5); Revise Litigation Trust Agreement (1.6); Correspond with C&P and Zuckerman teams re: revisions to Litigation Trust Agreement (0.4); Correspond with DCL Co-Proponents re: same (0.3); Correspond with Counsel to Aurelius re: same (0.2) |           |
| 06/11/12   | M. DISTEFANO   | Revised litigation trust agreement (1.4); participate in telephonic confirmation hearing (.5);                                                                                                                                                                                   | 1.90 hrs. |
| 06/11/12   | S. BERSON      | Reviewed revised Trust Loan Agreement (1.0); correspondence with A.Rosenblatt re: same (.2).                                                                                                                                                                                      | 1.20 hrs. |
| 06/11/12   | D. M. LeMAY    | Review revisions to Plan (.2) and Litigation Trust Agreement (.9). Review  Objections chart (.5); review Privilege Agreement (.8). Conference call with DCL Proponents prior to hearing (.3). Three e-mails with J. Sottile re: state of documents (.2). Telephonic status conference in USBC (.8). | 3.70 hrs. |
| 06/11/12   | A. ROSENBLATT  | Review and comment on emails among DCL Plan Proponents providing comments on Litigation Trust Agreement, Litigation Trust Loan Agreement, Committee confidentiality agreement and other confirmation-related documents (.8) review revised Trust Loan Agreement (.3) and emails with Berson re: same (.2); review update on telephonic hearing with Court (.2). | 1.50 hrs. |
| 06/12/12   | D. M. LeMAY    | Review proposed Aurelius revisions to Litigation Trust, Litigation Trust Loan, and privilege transfer agreement.                                                                                                                                                                  | 1.80 hrs. |
| 06/12/12   | M. DISTEFANO   | Drafted email to the Committee re confirmation hearing (.8)                                                                                                                                                                                                                       | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page   15
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/12/12 | C. L. RIVERA | Review committee privilege transfer agreement (0.9); correspondence with M. Roitman re: committee bylaws (0.1); confer with D. Deutsch re: amending same and process (0.1); revisions to agreement (0.4). | 1.50 hrs. |
| 06/12/12 | M. D. ASHLEY | Reviewed revisions to draft Committee privilege transfer agreement and related materials (1.1); emails with J. Sottile, C. Rivera regarding revisions to draft agreement (.4). | 1.50 hrs. |
| 06/12/12 | H. SEIFE | Review of emails regarding additional comments to findings of fact/conclusions of law. | 0.90 hrs. |
| 06/12/12 | D. E. DEUTSCH | Review materials on yesterday's hearing (.6); exchange e-mails with Andrew Rosenblatt and Michael Distefano re: preparing report for Committee on same (.3); review and revise related memorandum to Committee (.4). | 1.30 hrs. |
| 06/12/12 | A. ROSENBLATT | Email with Deutsch re: providing Committee with confirmation hearing update (.2); emails with other DCL Plan Proponents re: post-effective date fees of Committee in complying with cooperation agreement (.6); review and provide comments to DiStefano re: hearing summary and related confirmation issues (.3); review Aurelius blackline of trust and trust loan agreements and Davis Polk comments to same (.5); review Aurelius response to Davis Polk comments (.4); review timeline for occurrence of effective date (.3); review proposed confirmation order for conflict provision (as between plan and confirmation order) in response to G. Novod question (.2); review emails from Sottile re: status of finalizing Committee transfer agreement (.3). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           July 31, 2012
435 N. MICHIGAN AVENUE                                  Page   16
CHICAGO, IL 60611


| 06/12/12 | T. J. MCCORMACK | Review summary of 6/11 hearing (0.3); review issues on priv. transfer agreement (0.4). | 0.70 hrs. |

| 06/12/12 | M. ROITMAN | Review Akin Gump revisions to Litigation Trust Agreement (0.5); Correspond with co-proponents re: same (0.7); Draft email memorandum re: comments to revisions on Litigation Trust Agreement (2.0) | 3.20 hrs. |

| 06/13/12 | A. ROSENBLATT | Multiple calls with Davis Polk and internal calls with Ashley, C. Rivera and Berson re: comments to various iterations of Trust Agreement, Trust Loan Agreement and Plan changes (1.5); multiple emails with Berson re: changes proposed by Aurelius to trust documents (.6); review competing comments from DCL Plan Proponents and Aurelius on the Trust Loan Agreement and Trust Agreement (1.4); emails from Sottile revising litigation trust documents as per collective Committee position (.5); review changed Plan pages sent from Sidley (.3); emails with Aurelius and others scheduling call to finalize trust documents (.2). | 4.50 hrs. |

| 06/13/12 | D. M. LeMAY | Review and comment on most recent draft of Plan Amendments, Litigation Trust Agreement, Litigation Trust Loan Agreement, Litigation Trust Confidentiality Agreement and Status of Objections chart. | 5.30 hrs. |

| 06/13/12 | C. L. RIVERA | Revising trust agreement for Akin comments (0.9) and correspondence with E. Vonnegut (0.3), A. Rosenblatt and D. LeMay (0.5) re: same; review changes to committee transfer agreement (0.7); correspondence to A. Rosenblatt re: same (0.2); correspondence to Akin re: trust agreement (0.3); review further comments (0.2); call from J. Bendernagel re: open points (0.1); correspondence with | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page   17
CHICAGO, IL 60611

|            |              | A.Rosenblatt and S.Berson re: plan amendments (0.4). | |
|------------|--------------|------------------------------------------------------|------------|
| 06/13/12 | S. BERSON | Reviewed revised documents (.7); correspondence with A.Rosenblatt and C.Rivera re: comments to same (.4). | 1.10 hrs. |
| 06/13/12 | H. SEIFE | Review of changes to plan. | 0.70 hrs. |
| 06/13/12 | M. D. ASHLEY | Reviewed drafts of Committee privilege transfer agreement and related materials (1.2); emails with J. Sottile, D. LeMay regarding draft agreement (1.0); reviewed materials regarding agreement document production obligations (1.0); call with R. Kirby regarding agreement document production obligations (.2). | 3.40 hrs. |
| 06/14/12 | M. D. ASHLEY | Participated in DCL Plan proponents' call regarding draft Committee privilege transfer agreement (.4); calls with J. Sottile regarding revisions to draft Committee privilege transfer agreement (.8); reviewed revisions to draft agreement and related materials (1.0); reviewed materials relating to agreement document production obligations (1.2); emails with J. Sottile, A. Rosenblatt, AlixPartners, Moelis regarding draft Committee privilege transfer agreement (1.0); emails with R. Kirby, K. Zafran regarding document production obligations (.3). | 4.70 hrs. |
| 06/14/12 | H. SEIFE | Review additional plan changes. | 0.80 hrs. |
| 06/14/12 | M. ROITMAN | Conference call with Akin Gump and DCL co-proponents re: Litigation Trust Agreement (0.4); Correspond with DCL co-proponents re: Trust-related documents (0.3) | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page   18
CHICAGO, IL 60611

| 06/14/12 | A. ROSENBLATT | Prepare for (.4) and participate on call with counsel for Plan Proponents and Aurelius re: comments to Litigation Trust Loan Agreement (.4); participate on call with DCL Plan Proponents re: Committee document transfer agreement and related issues (.5); review and respond to multiple emails with Sidley, Davis Polk, Jones Day and Akin re: finalizing Litigation Trust Loan Agreement, Litigation Trust Agreement and other plan-related documents (2.5); meet with Deutsch to provide confirmation hearing update/details in preparation for his call with Committee members (.2); emails with Ashley re: timing of termination of Committee and tie in to effective date (.2); review additional proposed changes to the Plan circulated by Sidley to conform to current state of litigation trust agreements (.3). | 4.50 hrs. |
| 06/14/12 | T. J. MCCORMACK | Review e-mails on issues regarding litigation trust and use of UCC work product and documents (0.3). | 0.30 hrs. |
| 06/14/12 | C. L. RIVERA | Prepare for (0.3) and call with DPW, Akin, Sidley and Chadbourne re: open issues on trust agreement (0.4); follow-up revisions to same (0.5); correspondence with team and DCL group re: same (0.4); review proposed plan amendments (0.6) and correspondence re: same to A. Rosenblatt (0.2). | 2.40 hrs. |
| 06/14/12 | S. BERSON | Spoke with A. Rosenblatt re: revisions to documents (.2); reviewed revised documents (.5); call with E. Vonnegut re: same (.2). | 0.90 hrs. |
| 06/15/12 | C. PIGNATELLI | Attend meeting with litigation team led by M. Ashley re Comittee document transfer (1.1); discussions L.Moloney and lit support re same (.8); emails and discussions with litigation team | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 31, 2012
435 N. MICHIGAN AVENUE                               Page   19
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | re same (.7). |  |
| 06/15/12 | A. ROSENBLATT | Review additional changes to Plan sent from Sidley (.3); emails with Vonnegut re: remaining open issues to resolve to finalize plan documents (.4); review status on negotiations over reimbursement cap on reorganized company's expenses (.3); review status on open issues with Committee cooperation agreement from Sottile (.3); review further plan changes sent from Sidley (.2); emails with Sottile and others on C&P team re: unresolved Committee fee issue in connection with cooperating with trust (.3); review blackline of litigation trust loan agreement re: one conforming change (.2); review blackline of litigation trust agreement sent from Sottile that purports to be final draft (.3); email from Lantry re: open issue regarding reorganized debtor cooperation agreement with trust (.1). | 2.40 hrs. |
| 06/15/12 | R. M. KIRBY | Reviewing draft privilege transfer agreement (.4); meeting w/M. Ashley and C. Pignatelli re: privileged document collection and transfer issues (1.1). | 1.50 hrs. |
| 06/15/12 | H. SEIFE | Review of additional plan changes. | 0.40 hrs. |
| 06/15/12 | M. D. ASHLEY | Emails with J. Sottile regarding Committee privilege transfer agreement document production obligations (.2); reviewed materials relating to agreement document production obligations (1.0); meeting with R. Kirby, C. Pignatelli, K. Zafran regarding agreement document production (1.2). | 2.40 hrs. |
| 06/16/12 | H. SEIFE | Review of current versions of plan documents. | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page   20
CHICAGO, IL 60611

| 06/16/12 | A. ROSENBLATT | Review latest draft of all plan docs sent from Sidley. | 1.00 hrs. |
|---|---|---|---|
| 06/17/12 | M. D. ASHLEY | Reviewed correspondence and pleadings relating to confirmation briefing and Committee privilege transfer agreement (.8). | 0.80 hrs. |
| 06/18/12 | L. F. MOLONEY | Meeting with M. Ashley, K. Zafran, R. Kirby and C. Pignatelli to discuss plans for additional document collection and review; Correspondence with CDS Legal to get cost estimates for bringing document database back on-line. | 1.10 hrs. |
| 06/18/12 | H. SEIFE | Review of revised plan amendments (.8); review of Brown Rudnick comments (.4); review emails among parties regarding litigation trust issues (1.1); review of cover pleading and comments (.5). | 2.80 hrs. |
| 06/18/12 | M. D. ASHLEY | Reviewed materials relating to implementation of Committee privilege transfer agreement (1.5); meeting with R. Kirby, C. Pignatelli, K. Zafran, L. Maloney regarding agreement document collection and review (.7); emails with team regarding agreement document collection and review (.2); emails with J. Sottile, D. LeMay regarding revisions to draft Committee privilege transfer agreement (.3); reviewed revisions to draft agreement and related materials (.5). | 3.20 hrs. |
| 06/18/12 | A. ROSENBLATT | Review Brown Rudnick last minute comments to plan documents sent from Siegel (.3); review Sidley, Davis Polk and C&P response to same (.3); provide final comments re: plan documents (.8); emails from Sottile providing update on discussions with Aurelius re: post-effective date fee issue (.3); emails from Sottile and LeMay re: Committee subpoena issue (.3); review Roitman email to W. Smith re: signing amended plan | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page   21
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                                 |            |
|------------|----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | (.2); review notice pleading related to plan documents sent from Sidley (.2) and emails with LeMay and Seife re: same (.2); review Jones Day comments to cover pleading (.2); review further emails among DCL Plan Proponents (Jones Day, Davis Polk and Sidley) re: change to cover pleading to reflect resolution of Committee post-effective date fee issue (.4). |            |
| 06/18/12   | M. ROITMAN     | Review revised plan documents and draft cover pleading (2.5); Review Wilmington Trust's comments on revised Litigation Trust Agreement (0.4); Call with M. Siegel re: same (0.2); Correspond with DCL co-proponents re: same (0.5); Correspond with all case parties re: proposed revisions to Litigation Trust Agreement (0.6); Draft email to Committee re: revised plan documents (1.1); Correspond with W. Smith re: same (0.4) | 5.70 hrs.  |
| 06/18/12   | R. M. KIRBY    | Meeting w/M. Ashley, K. Zafran, and C. Pignatelli re: production of documents pursuant to privilege agreement.                                                                                                                                                                                                                                                   | 0.60 hrs.  |
| 06/18/12   | C. L. RIVERA   | Review Brown Rudnick comments to trust agreement.                                                                                                                                                                                                                                                                                                                | 0.40 hrs.  |
| 06/18/12   | D. M. LeMAY    | Finalize stipulation with briefing schedule for WTC appeal.                                                                                                                                                                                                                                                                                                      | 0.50 hrs.  |
| 06/18/12   | D. M. LeMAY    | Review and revise Notice of Filing and all documents to be filed.                                                                                                                                                                                                                                                                                               | 6.80 hrs.  |
| 06/18/12   | K. ZAFRAN      | Meet with team re: production to litigation trustee (.6); review relevant document files (1.5).                                                                                                                                                                                                                                                                  | 2.10 hrs.  |
| 06/18/12   | C. PIGNATELLI  | Attended meeting with litigation team led by M. Ashley re document transfer                                                                                                                                                                                                                                                                                      | 0.50 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page   22
CHICAGO, IL 60611

| 06/19/12 | D. BAVA | Review and preparation of modified 4th amended plan and related materials for distribution to attorneys (1.20). | 1.20 hrs. |
|---|---|---|---|
| 06/19/12 | M. ROITMAN | Draft memo re: filing of the Amended Plan and dispute concerning the agreement respecting transfer of documents, information and privileges from the Creditors' Committee to the Litigation Trust (2.1); confer with D. LeMay re: same (0.4); Draft email to Committee re: same (0.3); | 2.80 hrs. |
| 06/19/12 | A. ROSENBLATT | Emails with Zukerman and LRC teams re: Berko letter and response (.3); review final plan documents filed as per email from K. Mills at Sidley (.4). | 0.70 hrs. |
| 06/19/12 | H. SEIFE | Review of filed plan documents (.5); review of McCormick pleading (.4); review of Zensky letter to Judge (.5); review of revised response to letter (.7); conference with D.LeMay regarding response (.3). | 2.40 hrs. |
| 06/19/12 | L. F. MOLONEY | Preparation of chart outlining the methods, details and the costs associated with performing additional collections and review of internal Chadbourne materials; Confer with K. Zafran re. details in chart. | 1.70 hrs. |
| 06/19/12 | M. D. ASHLEY | Reviewed correspondence and other materials relating to status of UCC privilege transfer agreement (.6); emails with J. Sottile regarding same (.1); reviewed materials relating to document review protocol (1.0). | 1.70 hrs. |
| 06/20/12 | L. F. MOLONEY | Updated chart outlining cost and details for further collections from Chadbourne personnel and comparison of different review platforms as per M. Ashley's request. | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page   23
CHICAGO, IL 60611

| 06/20/12 | M. D. ASHLEY | Reviewed Aurelius's letter to Court and related materials regarding subpoenas relating to information transfer (.9); revised draft UCC response letter to Court (.5); emails with M. Roitman regarding subpoena letters (.2); emails with team regarding document review protocol (.3); reviewed materials regarding document review relating to information transfer (.8). | 2.70 hrs. |
|---|---|---|---|
| 06/20/12 | H. SEIFE | Review and revised letter to Judge Carey (.8); conference with D.LeMay regarding letter (.3); prepare for hearing (.5). | 1.60 hrs. |
| 06/20/12 | A. ROSENBLATT | Review McCormick objection to proposed change in certain section of the Plan (.3); review letter filed by Aurelius re: discovery of Committee under LT Agreement (.3); emails among C&P and Zuckerman and LRC team re: response to same (.3); discuss same with Roitman (.2) and review draft response to Aurelius letter circulated by Roitman and Ashley comments to same (.3); review revised letter response as per H. Seife's comments (.2). | 1.60 hrs. |
| 06/20/12 | M. ROITMAN | Review letter from Aurelius's counsel regarding dispute over whether the Litigation Trustee should be permitted to seek discovery of the Committee under the Committee's LT Agreement (0.4); Draft response letter re: same (4.1); confer/correspond with D. LeMay re: same (0.6); Draft email to Committee re: same (0.9) | 6.00 hrs. |
| 06/20/12 | D. M. LeMAY | Review Zensky letter to Judge (.8). Conference with J. Sottile regarding same (.3). Prepare and revise response letter (4.2). Review and revise memo to Committee regarding same (.5). | 5.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  July 31, 2012
435 N. MICHIGAN AVENUE  Page   24
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/21/12 | S. NICHOLS | Read letters to Judge Carey re: the litigation trustee's access to information and ability to depose members of the creditors' committee, read orders granting the committees' motion to quash deposition subpoena referenced in Mr. LeMay's letter, listened to emergency telephonic hearing on the Committee's LT Agreement | 1.10 hrs. |
| 06/21/12 | D. M. LeMAY | Revise of finalize letter to Judge Carey (2.5). Prepare for (3.6) and participate in (.8) telephonic hearing in USBC.  Prepare memo to Committee regarding hearing (.7). | 7.60 hrs. |
| 06/21/12 | M. ROITMAN | Revise response letter re: dispute over whether the Litigation Trustee should be permitted to seek discovery of the Committee under the Committee's Litigation Trust Agreement (1.5); Confer/correspond with D. LeMay re: same (0.5); Preparation for telephonic hearing re: same (2.1); Confer with D. LeMay re: same (0.6); Telephonic appearance at hearing re: same (0.7); Draft email to Committee reporting on hearing (0.8); | 6.20 hrs. |
| 06/21/12 | H. SEIFE | Review of issues regarding discovery of Committee (1.1); participate in hearing before Judge Carey (.8). | 1.90 hrs. |
| 06/21/12 | D. E. DEUTSCH | Review materials related to emergency hearing scheduled by Court (.5); exchange related e-mails with David LeMay (.2). | 0.70 hrs. |
| 06/21/12 | T. J. MCCORMACK | Review e-mails, correspondence and draft letter on issues concerning discovery by Litigation Trust against UCC (0.4); review report on court hearing re: same (0.2). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 31, 2012
435 N. MICHIGAN AVENUE                                Page   25
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/21/12 | M. D. ASHLEY | Reviewed materials relating to UCC information transfer agreement (1.1); emails with J. Sottile regarding same (.1). | 1.20 hrs. |
| 06/22/12 | M. D. ASHLEY | Meeting with T. McCormack regarding UCC privilege transfer agreement document review (.2); call with J. Sottile regarding privilege transfer document review (.4); reviewed materials relating to document review protocol (.6); emails with team regarding document review protocol (.4). | 1.60 hrs. |
| 06/22/12 | H. SEIFE | Review email/letter from J.Sottile regarding litigation proposal (.8); conference with D.LeMay regarding same (.5). | 1.30 hrs. |
| 06/23/12 | K. ZAFRAN | Review effective ways to conduct review for documents to produce to litigation trustee (.7); email with litigation team re: same (.2). | 0.90 hrs. |
| 06/24/12 | M. D. ASHLEY | Emails with team regarding UCC privilege transfer document review (.3); reviewed related materials (.6). | 0.90 hrs. |
| 06/25/12 | M. D. ASHLEY | Call with M. Roitman regarding UCC privilege transfer document review (.2); emails with D. Deutsch, K. Zafran, M. Roitman regarding document review protocol (.3); reviewed materials relating to document review (.5). | 1.00 hrs. |
| 06/25/12 | A. ROSENBLATT | Review Zuckerman memo re: shareholder settlement in advance of call. | 0.40 hrs. |
| 06/26/12 | T. J. MCCORMACK | Review correspondence from s/h counsel on litigation issues (0.2); t/c on litigation trust/settlement issues (1.0). | 1.20 hrs. |
| 06/26/12 | M. D. ASHLEY | Meeting with D. Deutsch, M. Roitman regarding UCC privilege transfer document review protocol (.3); reviewed materials relating to document review (.8); emails | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       July 31, 2012
435 N. MICHIGAN AVENUE                         Page   26
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | with team, AlixPartners regarding document review (.3). |  |
| 06/26/12 | M. ROITMAN | Meeting with Committee Professionals re: proposed MDL settlement offer and possible impact on confirmation (1.1); Meeting with M. Ashley and D. Deutsch re: Committee's Litigation Trust Agreement (0.3). | 1.40 hrs. |
| 06/26/12 | A. ROSENBLATT | Call with C&P team and Zuckerman team to assess proposed settlement of shareholder claims and implications of same (.8); think about issue of which Committee members could vote on proposal and which would be excluded (.3). | 1.10 hrs. |
| 06/27/12 | M. D. ASHLEY | Call with AlixPartners regarding UCC privilege transfer agreement document review (.6); meeting with K. Zafran, L. Maloney regarding transfer agreement document review (1.2); call with K. Zafran regarding document review protocol (.2); reviewed materials relating to document review protocol (1.3); emails with team regarding document review (.3). | 3.60 hrs. |
| 06/27/12 | L. F. MOLONEY | Meeting with M. Ashley and K. Zafran to discuss Tribune follow-up collections and review details and protocols; T/C with P. Kelley at CDS re. time frame for getting Relativity database back on line and operational. | 1.20 hrs. |
| 06/27/12 | D. M. LeMAY | Review materials regarding Parent GUC percentage participation in Litigation Trust. | 0.30 hrs. |
| 06/27/12 | M. ROITMAN | Call with K. Zafran re: Committee's Litigation Trust Agreement (0.4); Review of email correspondence in connection with transfer of Committee's privileged documents to Litigation Trust (1.5). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page   27
CHICAGO, IL 60611


| 06/27/12 | K. ZAFRAN | Review materials related to production to litigation trustee (1.2); meet with M. Ashley and L. Moloney re: steps for production (.7); call M. Roitman to discuss Litigation Trust agreement issues (.4); draft collection and review protocol (.9); email D. Deutsch re: protocol (.2). | 3.40 hrs. |
|---|---|---|---|
| 06/28/12 | K. ZAFRAN | Review and revise document review protocol related to production to Litigation Trustee. | 1.90 hrs. |
| 06/28/12 | M. D. ASHLEY | Call with D. Deutsch regarding UCC privilege transfer document review (.3); call with K. Zafran regarding document review protocol (.2); emails with D. Deutsch, K. Zafran, J. Sottile regarding document review (.6); reviewed draft document review protocol and related materials (.8). | 1.90 hrs. |
| 06/28/12 | M. ROITMAN | Review of email correspondence in connection with transfer of Committee's privileged documents to Litigation Trust (0.5) | 0.50 hrs. |
| 06/28/12 | A. ROSENBLATT | Review Zuckerman revised memo re: shareholder settlement and provide comments to same. | 0.50 hrs. |
| 06/29/12 | A. ROSENBLATT | Discuss shareholder settlement memorandum with Roitman (.3); emails with Sottile and LeMay re: Committee procedures for voting on shareholder settlement, etc. (.4). | 0.70 hrs. |
| 06/29/12 | M. D. ASHLEY | Revised draft document review protocol and reviewed related materials (1.1); emails with team regarding same (.3). | 1.40 hrs. |


**Total Fees for Professional Services............. $316,391.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 31, 2012
435 N. MICHIGAN AVENUE                                 Page    28
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 81.30 | 75202.50 |
| H. SEIFE | 995.00 | 48.60 | 48357.00 |
| T. J. MCCORMACK | 875.00 | 6.80 | 5950.00 |
| M. D. ASHLEY | 695.00 | 51.10 | 35514.50 |
| A. ROSENBLATT | 745.00 | 62.90 | 46860.50 |
| D. E. DEUTSCH | 745.00 | 9.70 | 7226.50 |
| S. BERSON | 745.00 | 16.10 | 11994.50 |
| D. BAVA | 295.00 | 8.40 | 2478.00 |
| C. L. RIVERA | 665.00 | 26.40 | 17556.00 |
| C. PIGNATELLI | 595.00 | 3.10 | 1844.50 |
| R. M. KIRBY | 595.00 | 2.60 | 1547.00 |
| S. NICHOLS | 285.00 | 22.10 | 6298.50 |
| K. ZAFRAN | 565.00 | 8.30 | 4689.50 |
| L. F. MOLONEY | 330.00 | 5.20 | 1716.00 |
| M. DISTEFANO | 435.00 | 8.20 | 3567.00 |
| M. ROITMAN | 495.00 | 92.10 | 45589.50 |
| TOTALS | | 452.90 | 316391.50 |