## EXHIBIT B

### TRIBUNE COMPANY, et al.
### SUMMARY OF EXPENSES INCURRED
### July 1, 2012 through July 31, 2012

| DISBURSEMENT | AMOUNT |
|---|---|
| Long Distance Travel [1] | $ 669.00 |
| Lodging [2] | 240.90 |
| Business Meals/Catering <br>    Late Night/Weekend Meals  $225.31 <br>    Travel Meals [3]       $ 87.65 | 312.96 |
| Carfare (Late Night/Weekends) | 58.85 |
| Federal Express | 33.55 |
| Lexis Legal Research | 1,014.88 |
| Reproduction | 151.60 |
| Telephone Charges | 13.49 |
| **TOTAL** | **$2,495.23** |

1.    Represents travel on Amtrak to Wilmington, Delaware on July 10-11, 2012 to attend a hearing in Bankruptcy Court.

2.    Represents hotel fees in connection with travel to Wilmington, Delaware on June 10-11, 2012 to attend s hearing in Bankruptcy Court.

3.    Represents meals while traveling.

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/13/2012 | | | LDTRAN | 1.00 | 351.00 | 351.00 | TRANSPORTATION - LONG DISTANCE TRAVEL (Amtrak) | 29149589 |
| | | | | | | | - Vendor: DAVID LEMAY 7/10/12. D. LEMAY. TRAVEL | |
| | | | | | | | TO WILMINGTON, E REGARDING TRIBUNE HEARING ON | |
| | | | | | | | JULY 11, 2012 | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 676.15 | |
| | | | | | | | Check #342721  07/20/2012 | |
| 07/13/2012 | | | LDTRAN | 1.00 | 11.00 | 11.00 | TRANSPORTATION - LONG DISTANCE TRAVEL (Taxi) - | 29149590 |
| | | | | | | | Vendor: DAVID LEMAY 7/10/12. D. LEMAY. TRAVEL | |
| | | | | | | | TO WILMINGTON, E REGARDING TRIBUNE HEARING ON | |
| | | | | | | | JULY 11, 2012 | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 676.15 | |
| | | | | | | | Check #342721  07/20/2012 | |
| 07/13/2012 | | | LDTRAN | 1.00 | 277.00 | 277.00 | TRANSPORTATION - LONG DISTANCE TRAVEL (Amtrak) | 29149594 |
| | | | | | | | - Vendor: MARC ROITMAN MEALS - LONG DISTANCE | |
| | | | | | | | TRAVEL - Vendor: MARC ROITMAN 07/11/12 - M. | |
| | | | | | | | ROITMAN. WILMINTGT ON, DE FOR TRIBUNE HEARING. | |
| | | | | | | | Vendor=MARC ROITMAN  Balance= .00  Amount= 326.40 | |
| | | | | | | | Check #342731  07/20/2012 | |
| 07/13/2012 | | | LDTRAN | 1.00 | 30.00 | 30.00 | TRANSPORTATION - LONG DISTANCE TRAVEL (Taxi) - | 29149595 |
| | | | | | | | Vendor: MARC ROITMAN 07/11/12 - M. ROITMAN. | |
| | | | | | | | WILMINTGT ON, DE FOR TRIBUNE HEARING. | |
| | | | | | | | Vendor=MARC ROITMAN  Balance= .00  Amount= 326.40 | |
| | | | | | | | Check #342731  07/20/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 669.00 | 4 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 669.00 | | |
| | | GRAND TOTAL:     WORK: | | | | 669.00 | 4 records | |
| | | GRAND TOTAL:     BILL: | | | | 669.00 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | LODGE | 1.00 | 240.90 | 240.90 | LODGING - LONG DISTANCE TRAVEL - (Sheraton - | 29149585 |
| 07/13/2012 | | | | | | | One Night) - Vendor: DAVID LEMAY 7/10/12. D. | |
| | | | | | | | LEMAY, TRAVEL TO WILMINGTON, DE REGARDING | |
| | | | | | | | TRIBUNE HEARING ON JULY 11, 2012 | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 676.15 | |
| | | | | | | | Check #342721 07/20/2012 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:  WORK | | | | 240.90 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 240.90 | | |
| | | | | | | | | |
| | | GRAND TOTAL:      WORK: | | | | 240.90 | 1 records | |
| | | GRAND TOTAL:      BILL: | | | | 240.90 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/11/2012 | | | MEALH | 1.00 | 24.18 | 24.18 | MEALS | 29165445 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 282155796 | |
| | | | | | | | Name of Restaurant: GO NOODLE (58TH STREET) | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= 2355.26  Amount= | |
| | | | | | | | 2355.26 | |
| 07/13/2012 | | | MEALH | 1.00 | 25.77 | 25.77 | MEALS | 29165444 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 282642627 | |
| | | | | | | | Name of Restaurant: CALISTA SUPERFOODS | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= 2355.26  Amount= | |
| | | | | | | | 2355.26 | |
| 07/17/2012 | | | MEALH | 1.00 | 31.09 | 31.09 | MEALS | 29176344 |
| | | | | | | | Names of Diners: SHINNEMAN, ERIN | |
| | | | | | | | Reference No: 283444845 | |
| | | | | | | | Name of Restaurant: DIG INN SEASONAL MARKET - | |
| | | | | | | | TH STREET | |
| | | | | | | | Approved by: ERIN SHINNEMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= 2730.79  Amount= | |
| | | | | | | | 2730.79 | |
| 07/17/2012 | | | MEALH | 1.00 | 27.24 | 27.24 | MEALS | 29176345 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 283436229 | |
| | | | | | | | Name of Restaurant: CHOP'T CREATIVE SALAD CO. | |
| | | | | | | | 6TH & PARK) | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= 2730.79  Amount= | |
| | | | | | | | 2730.79 | |
| 07/24/2012 | | | MEALH | 1.00 | 27.24 | 27.24 | MEALS | 29191480 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 285004107 | |
| | | | | | | | Name of Restaurant: PURE THAI COOKHOUSE | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= 3763.19  Amount= | |
| | | | | | | | 3763.19 | |
| 07/26/2012 | | | MEALH | 1.00 | 31.11 | 31.11 | MEALS | 29191478 |
| | | | | | | | Names of Diners: SHINNEMAN, ERIN | |
| | | | | | | | Reference No: 285498480 | |
| | | | | | | | Name of Restaurant: TAKI SUSHI | |
| | | | | | | | Approved by: ERIN SHINNEMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= 3763.19  Amount= | |
| | | | | | | | 3763.19 | |
| 07/26/2012 | | | MEALH | 1.00 | 27.80 | 27.80 | MEALS | 29191479 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 285519984 | |
| | | | | | | | Name of Restaurant: ISAVORY MEXICANO | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= 3763.19  Amount= | |
| | | | | | | | 3763.19 | |
| 07/27/2012 | | | MEALH | 1.00 | 30.88 | 30.88 | MEALS | 29191477 |
| | | | | | | | Names of Diners: SHINNEMAN, ERIN | |
| | | | | | | | Reference No: 285735069 | |
| | | | | | | | Name of Restaurant: PURE THAI COOKHOUSE | |
| | | | | | | | Approved by: ERIN SHINNEMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= 3763.19  Amount= | |
| | | | | | | | 3763.19 | |
| | | UNBILLED TOTALS:  WORK | | | | 225.31 | 8 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 225.31 | | |
| | | GRAND TOTAL:  WORK: | | | | 225.31 | 8 records | |
| | | GRAND TOTAL:  BILL: | | | | 225.31 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/13/2012 | | | MEALLD | 1.00 | 50.00 | 50.00 | MEALS (Dinner) - LONG DISTANCE TRAVEL - Vendor: | 29149586 |
| | | | | | | | DAVID LEMAY 7/10/12. D. LEMAY. TRAVEL TO | |
| | | | | | | | WILMINGTON, E REGARDING TRIBUNE HEARING ON JULY | |
| | | | | | | | 11, 2012 | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 676.15 | |
| | | | | | | | Check #342721  07/20/2012 | |
| 07/13/2012 | | | MEALLD | 1.00 | 6.50 | 6.50 | MEALS (Breakfast) - LONG DIST ANCE TRAVEL - | 29149587 |
| | | | | | | | Vendor: DAVID LEMAY 7/10/12. D. LEMAY. TRAVEL | |
| | | | | | | | TO WILMINGT ON, E REGARDING TRIBUNE HEARING ON | |
| | | | | | | | JULY 11, 2012 | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 676.15 | |
| | | | | | | | Check #342721  07/20/2012 | |
| 07/13/2012 | | | MEALLD | 1.00 | 11.75 | 11.75 | MEALS (Lunch) - LONG DISTANCE TRAVEL - Vendor: | 29149588 |
| | | | | | | | DAVID LEMAY 7/10/12. D. LEMAY. TRAVEL TO | |
| | | | | | | | WILMINGT ON, E REGARDING TRIBUNE HEARING ON JULY | |
| | | | | | | | 11, 2012 | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 676.15 | |
| | | | | | | | Check #342721  07/20/2012 | |
| 07/13/2012 | | | MEALLD | 1.00 | 19.40 | 19.40 | MEALS (Various) - LONG DISTANCE TRAVEL - | 29149593 |
| | | | | | | | Vendor: MARC ROITMAN 07/11/12 - M. ROITMAN. | |
| | | | | | | | WILMINGT ON, DE FOR TRIBUNE HEARING. | |
| | | | | | | | Vendor=MARC ROITMAN  Balance= .00  Amount= 326.40 | |
| | | | | | | | Check #342731  07/20/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 87.65 | 4 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 87.65 | | |
| | | GRAND TOTAL:      WORK: | | | | 87.65 | 4 records | |
| | | GRAND TOTAL:      BILL: | | | | 87.65 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 07/17/2012 | | | CAR | 1.00 | 15.00 | 15.00 | CARFARE - Vendor: CHADBOURNE & PARKE LLP J. | 29150990 |
| | | | | | | | STENGER - TAXI TO FCC ON BEHALF OF TRIBUNE | |
| | | | | | | | 6/6/12 | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 2230.76 | |
| | | | | | | | Check #55786  07/17/2012 | |
| | | | | | | | | |
| 07/31/2012 | | | CAR | 1.00 | 43.85 | 43.85 | CARFARE - Vendor: CHADBOURNE & PARKE LLP 7/24, | 29186658 |
| | | | | | | | 7/26- CABFARE TAKEN - MARC ROITMAN | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 1725.71 | |
| | | | | | | | Check #343004  08/02/2012 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:   WORK | | | | 58.85 | 2 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 58.85 | | |
| | | | | | | | | |
| | | GRAND TOTAL:   WORK: | | | | 58.85 | 2 records | |
| | | GRAND TOTAL:   BILL: | | | | 58.85 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 07/09/2012 | | | FEDEXH | 1.00 | 13.31 | 13.31 | FEDERAL EXPRESS | 29165241 |
| | | | | | | | DAVID BAVA | |
| | | | | | | | Landis Rath & Cobb LLP | |
| | | | | | | | 919 N Market St | |
| | | | | | | | WILMINGTON          DE19801    US | |
| | | | | | | | 410791166631 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= 2552.51  Amount= 2552.51 | |
| 07/24/2012 | | | FEDEXH | 1.00 | 20.24 | 20.24 | FEDERAL EXPRESS | 29186859 |
| | | | | | | | DAVID BAVA | |
| | | | | | | | ZUCKERMAN SPAEDER LLP | |
| | | | | | | | 1800 M St NW | |
| | | | | | | | WASHINGTON          DC20036    US | |
| | | | | | | | 536612435106 | |
| | | Voucher=1460465 Unpaid | | | | | Vendor=FEDERAL EXPRESS  Balance= 1315.78  Amount= 1315.78 | |
| | | UNBILLED TOTALS:   WORK | | | | 33.55 | 2 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 33.55 | | |
| | | GRAND TOTAL:      WORK: | | | | 33.55 | 2 records | |
| | | GRAND TOTAL:      BILL: | | | | 33.55 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]     Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 07/26/2012 | | | LEXIS | 1.00 | 184.27 | 184.27 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 32.00<br>100245<br>ID No.: BB7W3TE<br>LEXIS LEGAL SERVICES | 29187943 |
| 07/26/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 17624<br>100245<br>ID No.: BB7W3TE<br>LEXIS LEGAL SERVICES | 29187944 |
| 07/26/2012 | | | LEXIS | 1.00 | 85.24 | 85.24 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 2.00<br>100245<br>ID No.: BB7W3TE<br>LEXIS LEGAL SERVICES | 29187945 |
| 07/26/2012 | | | LEXIS | 1.00 | 460.66 | 460.66 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 80.00<br>100245<br>ID No.: BB7W3TE<br>LEXIS LEGAL SERVICES | 29187946 |
| 07/26/2012 | | | LEXIS | 1.00 | 5.76 | 5.76 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: BB7W3TE<br>MATTHEW BENDER SERVICE | 29187947 |
| 07/26/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 310<br>100245<br>ID No.: BB7W3TE<br>MATTHEW BENDER SERVICE | 29187948 |
| 07/26/2012 | | | LEXIS | 1.00 | 19.20 | 19.20 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: BB7W3TE<br>MATTHEW BENDER SERVICE | 29187949 |
| 07/26/2012 | | | LEXIS | 1.00 | 35.71 | 35.71 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 12.00<br>100245<br>ID No.: BB7W3TE<br>SHEPARD'S SERVICE | 29187950 |
| 07/26/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 1551<br>100245<br>ID No.: BB7W3TE<br>SHEPARD'S SERVICE | 29187951 |
| 07/27/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 5354<br>100245<br>ID No.: BB7W3TE<br>LEXIS LEGAL SERVICES | 29187952 |
| 07/27/2012 | | | LEXIS | 1.00 | 109.41 | 109.41 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 19.00<br>100245<br>ID No.: BB7W3TE<br>LEXIS LEGAL SERVICES | 29187953 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 07/27/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29187954 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 8336 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 07/27/2012 | | | LEXIS | 1.00 | 54.13 | 54.13 | LEXIS | 29187955 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 07/27/2012 | | | LEXIS | 1.00 | 51.84 | 51.84 | LEXIS | 29187956 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 9.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 07/27/2012 | | | LEXIS | 1.00 | 2.96 | 2.96 | LEXIS | 29187957 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | SHEPARD'S SERVICE | |
| 07/27/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29187958 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 900 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | SHEPARD'S SERVICE | |
| 07/31/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29195792 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 900 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 07/31/2012 | | | LEXIS | 1.00 | 5.70 | 5.70 | LEXIS | 29195793 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| | | UNBILLED TOTALS:  WORK: | | | | 1,014.88 | 18 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 1,014.88 | | |
| | | GRAND TOTAL:     WORK: | | | | 1,014.88 | 18 records | |
| | | GRAND TOTAL:     BILL: | | | | 1,014.88 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 03/08/2012 | | | REPRO | 1.00 | 770.00 | 770.00 | REPRODUCTION<br>From : H. Seife<br>Doc Size: Color Prints<br><br>ref no: 115483 | 29179421 |
| 03/14/2012 | | | REPRO | 1.00 | 60.00 | 60.00 | REPRODUCTION<br>From : S Pender<br>Doc Size: Color Prints<br><br>ref no: 115482 | 29179420 |
| 07/02/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>749870<br>Lamb, Helen<br>1811405<br>Print | 29143468 |
| 07/02/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>749873<br>Lamb, Helen<br>1811405<br>Print | 29143469 |
| 07/02/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>750107<br>Bava, David<br>1493811<br>Print | 29143459 |
| 07/05/2012 | | | REPRO | 14.00 | 0.20 | 2.80 | REPRODUCTION<br>751551<br>Lamb, Helen<br>1504907<br>Print | 29143460 |
| 07/05/2012 | | | REPRO | 14.00 | 0.20 | 2.80 | REPRODUCTION<br>751553<br>Lamb, Helen<br>1504907<br>Print | 29143461 |
| 07/05/2012 | | | REPRO | 14.00 | 0.20 | 2.80 | REPRODUCTION<br>751556<br>Lamb, Helen<br>1504907<br>Print | 29143462 |
| 07/05/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>751310<br>Lamb, Helen<br>1811405<br>Print | 29143470 |
| 07/05/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>751295<br>Lamb, Helen<br>1811405<br>Print | 29143471 |
| 07/05/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>User Name: Zafran, Kimberly<br>Time of Day: (H:M:S): 09:09<br>Scan File 962644 | 29137522 |
| 07/06/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>752272<br>Lamb, Helen<br>1505060<br>Print | 29143463 |
| 07/06/2012 | | | REPRO | 14.00 | 0.20 | 2.80 | REPRODUCTION<br>752283<br>Lamb, Helen<br>1504907<br>Print | 29143464 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]    Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/06/2012 | | | REPRO | 14.00 | 0.20 | 2.80 | REPRODUCTION | 29143465 |
| | | | | | | | 752284 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 07/08/2012 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION | 29143472 |
| | | | | | | | 752438 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4770542 | |
| | | | | | | | Print | |
| 07/09/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29143473 |
| | | | | | | | 753241 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 07/09/2012 | | | REPRO | 317.00 | 0.20 | 63.40 | REPRODUCTION | 29146050 |
| | | | | | | | User Name: Bava, David | |
| | | | | | | | Time of Day: (H:M:S): 18:15 | |
| | | | | | | | 969076 | |
| 07/09/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29143466 |
| | | | | | | | 752947 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400073 | |
| | | | | | | | Print | |
| 07/09/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 29143467 |
| | | | | | | | 752826 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4758524 | |
| | | | | | | | Print | |
| 07/11/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29170641 |
| | | | | | | | 754187 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4770542 | |
| | | | | | | | Print | |
| 07/11/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29170642 |
| | | | | | | | 754188 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4770542 | |
| | | | | | | | Print | |
| 07/11/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29170643 |
| | | | | | | | 754189 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4770542 | |
| | | | | | | | Print | |
| 07/11/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29170644 |
| | | | | | | | 754601 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1810578 | |
| | | | | | | | Print | |
| 07/12/2012 | | | REPRO | 13.00 | 0.20 | 2.60 | REPRODUCTION | 29170629 |
| | | | | | | | 755509 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 07/12/2012 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 29170652 |
| | | | | | | | 755587 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4778757 | |
| | | | | | | | Print | |
| 07/13/2012 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 29170653 |
| | | | | | | | 755808 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4778757 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Print | |
| 07/13/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29170654 |
| | | | | | | | 756400 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4595684 | |
| | | | | | | | Print | |
| 07/13/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29170630 |
| | | | | | | | 756395 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3773750 | |
| | | | | | | | Print | |
| 07/13/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29170631 |
| | | | | | | | 756397 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3773750 | |
| | | | | | | | Print | |
| 07/15/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29170645 |
| | | | | | | | 756632 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/15/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29170646 |
| | | | | | | | 756633 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/15/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 29170638 |
| | | | | | | | 756620 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4820009 | |
| | | | | | | | Print | |
| 07/15/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 29170639 |
| | | | | | | | 756624 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4820009 | |
| | | | | | | | Print | |
| 07/16/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29170632 |
| | | | | | | | 756870 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4824829 | |
| | | | | | | | Print | |
| 07/16/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29170633 |
| | | | | | | | 756872 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4824829 | |
| | | | | | | | Print | |
| 07/16/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29170634 |
| | | | | | | | 756878 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4824829 | |
| | | | | | | | Print | |
| 07/16/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29170635 |
| | | | | | | | 756897 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4824829 | |
| | | | | | | | Print | |
| 07/16/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29170636 |
| | | | | | | | 756898 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4824829 | |
| | | | | | | | Print | |
| 07/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29170637 |
| | | | | | | | 756910 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                  Page 4
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4824829 | |
| | | | | | | | Print | |
| 07/17/2012 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 29170640 |
| | | | | | | | 758409 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4820009 | |
| | | | | | | | Print | |
| 07/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29170647 |
| | | | | | | | 758476 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29170648 |
| | | | | | | | 758478 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29170649 |
| | | | | | | | 758481 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/18/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29170650 |
| | | | | | | | 758996 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4803467 | |
| | | | | | | | Print | |
| 07/19/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29170651 |
| | | | | | | | 759273 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 07/19/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 29181884 |
| | | | | | | | 759836 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 07/19/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 29181885 |
| | | | | | | | 759849 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 07/20/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29181894 |
| | | | | | | | 760410 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4803467 | |
| | | | | | | | Print | |
| 07/20/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29181895 |
| | | | | | | | 760411 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4803467 | |
| | | | | | | | Print | |
| 07/20/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29181896 |
| | | | | | | | 760190 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 07/23/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 29181913 |
| | | | | | | | 761309 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4841777 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/14/2012 6:05:15 PM

Page 5

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 07/23/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 29181914 |
| | | | | | | | 761323 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4841777 | |
| | | | | | | | Print | |
| 07/24/2012 | | | REPRO | 760.00 | 0.20 | 152.00 | REPRODUCTION | 29176662 |
| | | | | | | | User Name: Bava, David | |
| | | | | | | | Time of Day: (H:M:S): 15:01 | |
| | | | | | | | 995202 | |
| 07/25/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29181886 |
| | | | | | | | 762154 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3100964 | |
| | | | | | | | Print | |
| 07/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29181887 |
| | | | | | | | 762213 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4623295 | |
| | | | | | | | Print | |
| 07/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29181888 |
| | | | | | | | 762227 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4623295 | |
| | | | | | | | Print | |
| 07/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29181889 |
| | | | | | | | 762228 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4623295 | |
| | | | | | | | Print | |
| 07/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29181890 |
| | | | | | | | 762230 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4623295 | |
| | | | | | | | Print | |
| 07/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29181897 |
| | | | | | | | 762449 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/25/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29181898 |
| | | | | | | | 762452 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/25/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION | 29181899 |
| | | | | | | | 762462 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4803467 | |
| | | | | | | | Print | |
| 07/25/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29181900 |
| | | | | | | | 762463 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/25/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29181901 |
| | | | | | | | 762464 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29181902 |
| | | | | | | | 762746 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>762747<br>Lamb, Helen<br>1812138<br>Print | 29181903 |
| 07/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>762778<br>Lamb, Helen<br>1812138<br>Print | 29181904 |
| 07/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>762841<br>Lamb, Helen<br>1812138<br>Print | 29181905 |
| 07/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>762294<br>Lamb, Helen<br>1812138<br>Print | 29181906 |
| 07/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>762299<br>Lamb, Helen<br>1812138<br>Print | 29181907 |
| 07/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>762406<br>Lamb, Helen<br>1812138<br>Print | 29181908 |
| 07/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>762415<br>Lamb, Helen<br>1812138<br>Print | 29181909 |
| 07/26/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION<br>762946<br>Lamb, Helen<br>1812138<br>Print | 29181910 |
| 07/26/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION<br>762947<br>Lamb, Helen<br>1812138<br>Print | 29181911 |
| 07/26/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION<br>762948<br>Lamb, Helen<br>4803467<br>Print | 29181912 |
| 07/26/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION<br>763593<br>Bava, David<br>1504907<br>Print | 29181891 |
| 07/26/2012 | | | REPRO | 18.00 | 0.20 | 3.60 | REPRODUCTION<br>763601<br>Bava, David<br>1504907<br>Print | 29181892 |
| 07/26/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>763443<br>Distefano, Michael | 29181893 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4849843 | |
| | | | | | | | Print | |
| 07/27/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 29181915 |
| | | | | | | | 763900 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4841777 | |
| | | | | | | | Print | |
| 07/27/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 29181916 |
| | | | | | | | 763912 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4841777 | |
| | | | | | | | Print | |
| 07/27/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29189720 |
| | | | | | | | 764296 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400096 | |
| | | | | | | | Print | |
| 07/27/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29189721 |
| | | | | | | | 764299 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400096 | |
| | | | | | | | Print | |
| 07/27/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29189722 |
| | | | | | | | 764225 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400073 | |
| | | | | | | | Print | |
| 07/27/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29189729 |
| | | | | | | | 764070 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 07/30/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29189730 |
| | | | | | | | 765068 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4837625 | |
| | | | | | | | Print | |
| 07/30/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29189731 |
| | | | | | | | 765125 | |
| | | | | | | | Cassara, Cathy | |
| | | | | | | | 4094557 | |
| | | | | | | | Print | |
| 07/30/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29189732 |
| | | | | | | | 765126 | |
| | | | | | | | Cassara, Cathy | |
| | | | | | | | 4094557 | |
| | | | | | | | Print | |
| 07/30/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29189733 |
| | | | | | | | 765127 | |
| | | | | | | | Cassara, Cathy | |
| | | | | | | | 4094557 | |
| | | | | | | | Print | |
| 07/30/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29189734 |
| | | | | | | | 765289 | |
| | | | | | | | Rollman, Marc | |
| | | | | | | | 4858396 | |
| | | | | | | | Print | |
| 07/30/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29189723 |
| | | | | | | | 765250 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4856667 | |
| | | | | | | | Print | |
| 07/30/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29189724 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]    Page 8
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 765251 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4856667 | |
| | | | | | | | Print | |
| 07/30/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29189725 |
| | | | | | | | 765301 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4856667 | |
| | | | | | | | Print | |
| 07/30/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29189726 |
| | | | | | | | 765305 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4856667 | |
| | | | | | | | Print | |
| 07/30/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29189727 |
| | | | | | | | 764905 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4856667 | |
| | | | | | | | Print | |
| 07/30/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29189728 |
| | | | | | | | 764787 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4856667 | |
| | | | | | | | Print | |
| 07/31/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29200817 |
| | | | | | | | 766121 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/31/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29200821 |
| | | | | | | | 765607 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4858896 | |
| | | | | | | | Print | |
| | | UNBILLED TOTALS:  WORK | | | | 1,132.80 | 96 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 151.60 | | |
| | | GRAND TOTAL:     WORK: | | | | 1,132.80 | 96 records | |
| | | GRAND TOTAL:     BILL: | | | | 151.60 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                          Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/20/2012 | | | TEL | 102.00 | 0.08 | 7.69 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 102<br>NUMBER of CALLERS:: 3<br>TIME of DAY: 09:57 | 29178515 |
| 06/26/2012 | | | TEL | 16.00 | 0.08 | 1.21 | TELEPHONE CHARGES<br>CALLER: Marc D. Ashley<br>CNCT : 16<br>NUMBER of CALLERS:: 3<br>TIME of DAY: 16:13<br>Not E.nte > MAT | 29178789 |
| 07/02/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 1<br>TIME of DAY: (H:M:S): 10:46<br>NUM CALLED: 3122229100<br>958749 | 29136337 |
| 07/02/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 1<br>TIME of DAY: (H:M:S): 11:58<br>NUM CALLED: 3122229100<br>958913 | 29136338 |
| 07/02/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 2<br>TIME of DAY: (H:M:S): 18:12<br>NUM CALLED: 8189546007<br>959635 | 29136339 |
| 07/02/2012 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 6<br>TIME of DAY: (H:M:S): 13:50<br>NUM CALLED: 8189546007<br>959126 | 29136340 |
| 07/02/2012 | | | TEL | 7.00 | 0.02 | 0.16 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 7<br>TIME of DAY: (H:M:S): 15:54<br>NUM CALLED: 2023264000<br>959430 | 29136341 |
| 07/03/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 1<br>TIME of DAY: (H:M:S): 11:48<br>NUM CALLED: 3122229100<br>961210 | 29136489 |
| 07/03/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 1<br>TIME of DAY: (H:M:S): 11:29<br>NUM CALLED: 2027781822<br>961160 | 29136490 |
| 07/05/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 1<br>TIME of DAY: (H:M:S): 12:32<br>NUM CALLED: 3122229100<br>963691 | 29137391 |
| 07/05/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 2<br>TIME of DAY: (H:M:S): 16:05<br>NUM CALLED: 2023264000<br>964100 | 29137392 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                 Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 07/05/2012 | | | TEL | 8.00 | 0.04 | 0.34 | TELEPHONE CHARGES | 29137393 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 8 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:07 | |
| | | | | | | | NUM CALLED: 9144377670 | |
| | | | | | | | 964113 | |
| 07/06/2012 | | | TEL | 4.00 | 0.02 | 0.09 | TELEPHONE CHARGES | 29138042 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:36 | |
| | | | | | | | NUM CALLED: 2027781822 | |
| | | | | | | | 966184 | |
| 07/09/2012 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 29146271 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:13 | |
| | | | | | | | NUM CALLED: 3122229100 | |
| | | | | | | | 967715 | |
| 07/09/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29146272 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:08 | |
| | | | | | | | NUM CALLED: 8173476613 | |
| | | | | | | | 967848 | |
| 07/09/2012 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES | 29146273 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:53 | |
| | | | | | | | NUM CALLED: 2028575000 | |
| | | | | | | | 968224 | |
| 07/09/2012 | | | TEL | 8.00 | 0.04 | 0.34 | TELEPHONE CHARGES | 29146274 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 8 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:35 | |
| | | | | | | | NUM CALLED: 2035941527 | |
| | | | | | | | 968475 | |
| 07/10/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29146444 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:38 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 970959 | |
| 07/11/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29163512 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:54 | |
| | | | | | | | NUM CALLED: 3024674438 | |
| | | | | | | | 972598 | |
| 07/11/2012 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES | 29163513 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:43 | |
| | | | | | | | NUM CALLED: 5165514948 | |
| | | | | | | | 972848 | |
| 07/11/2012 | | | TEL | 31.00 | 0.02 | 0.71 | TELEPHONE CHARGES | 29163514 |
| | | | | | | | EXT: 262332 | |
| | | | | | | | CNCT: 31 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:11 | |
| | | | | | | | NUM CALLED: 8583614707 | |
| | | | | | | | 973346 | |
| 07/12/2012 | | | TEL | 4.00 | 0.02 | 0.09 | TELEPHONE CHARGES | 29163704 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:21 | |
| | | | | | | | NUM CALLED: 3024674416 | |
| | | | | | | | 975553 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 07/13/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29163996 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:48 | |
| | | | | | | | NUM CALLED: 9372597348 | |
| | | | | | | | 977611 | |
| 07/13/2012 | | | TEL | 6.00 | 0.04 | 0.26 | TELEPHONE CHARGES | 29163997 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 6 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:59 | |
| | | | | | | | NUM CALLED: 2019680001 | |
| | | | | | | | 978396 | |
| 07/14/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29164039 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:44 | |
| | | | | | | | NUM CALLED: 2027463574 | |
| | | | | | | | 978967 | |
| 07/17/2012 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES | 29164991 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:06 | |
| | | | | | | | NUM CALLED: 9144377670 | |
| | | | | | | | 982837 | |
| 07/17/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29164992 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:07 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 982846 | |
| 07/17/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29164993 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:10 | |
| | | | | | | | NUM CALLED: 8185606670 | |
| | | | | | | | 982849 | |
| 07/18/2012 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES | 29174059 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:54 | |
| | | | | | | | NUM CALLED: 9734493025 | |
| | | | | | | | 985112 | |
| 07/19/2012 | | | TEL | 8.00 | 0.02 | 0.18 | TELEPHONE CHARGES | 29174060 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 8 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:20 | |
| | | | | | | | NUM CALLED: 3102776910 | |
| | | | | | | | 987594 | |
| 07/19/2012 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 29174061 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:25 | |
| | | | | | | | NUM CALLED: 8189546007 | |
| | | | | | | | 988162 | |
| 07/19/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 29174062 |
| | | | | | | | EXT: 265194 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:43 | |
| | | | | | | | NUM CALLED: 2027368171 | |
| | | | | | | | 988209 | |
| 07/20/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 29176787 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:21 | |
| | | | | | | | NUM CALLED: 3128537523 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  8/14/2012 6:05:15 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 989561 | |
| 07/23/2012 | | | TEL | 9.00 | 0.02 | 0.21 | TELEPHONE CHARGES | 29176911 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 9 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:58 | |
| | | | | | | | NUM CALLED: 2482030522 | |
| | | | | | | | 991930 | |
| 07/23/2012 | | | TEL | 12.00 | 0.02 | 0.28 | TELEPHONE CHARGES | 29176912 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 12 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:34 | |
| | | | | | | | NUM CALLED: 2138966022 | |
| | | | | | | | 992315 | |
| 07/23/2012 | | | TEL | 4.00 | 0.02 | 0.09 | TELEPHONE CHARGES | 29176913 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:50 | |
| | | | | | | | NUM CALLED: 3024674410 | |
| | | | | | | | 992327 | |
| 07/24/2012 | | | TEL | 10.00 | 0.02 | 0.23 | TELEPHONE CHARGES | 29177101 |
| | | | | | | | EXT: 268097 | |
| | | | | | | | CNCT: 10 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:31 | |
| | | | | | | | NUM CALLED: 2027781894 | |
| | | | | | | | 994432 | |
| 07/24/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29177102 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:08 | |
| | | | | | | | NUM CALLED: 8189546007 | |
| | | | | | | | 994495 | |
| 07/26/2012 | | | TEL | 9.00 | 0.02 | 0.21 | TELEPHONE CHARGES | 29179205 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 9 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:29 | |
| | | | | | | | NUM CALLED: 4792049156 | |
| | | | | | | | 999044 | |
| 07/26/2012 | | | TEL | 13.00 | 0.02 | 0.30 | TELEPHONE CHARGES | 29179206 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 13 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:58 | |
| | | | | | | | NUM CALLED: 3102776910 | |
| | | | | | | | 999123 | |
| 07/26/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 29179207 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:09 | |
| | | | | | | | NUM CALLED: 3026517789 | |
| | | | | | | | 999411 | |
| 07/26/2012 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 29179208 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:53 | |
| | | | | | | | NUM CALLED: 2482030522 | |
| | | | | | | | 998624 | |
| | | UNBILLED TOTALS:  WORK: | | | | 13.49 | 42 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 13.49 | | |
| | | GRAND TOTAL:    WORK: | | | | 13.49 | 42 records | |
| | | GRAND TOTAL:    BILL: | | | | 13.49 | | |