# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

July 1, 2012 through July 31, 2012

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00004 | Current Financials | 44.60 | 28,138.00 |
| 005735.00008 | Plan of Reorganization | 9.10 | 5,934.50 |
| 005735.00015 | UCC Meetings | 0.70 | 465.50 |
| 005735.00016 | Litigation Hold | 22.90 | 12,359.00 |
| 005735.00017 | Billing and Retention | 15.00 | 9,448.50 |
| **Total Fees Incurred** | | **92.30** | **56,345.50** |

| Expenses | Amount |
|---|---|
| Conference Calls | 4.61 |
| **Total Disbursements** | **4.61** |

Re:                    Current Financial
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/20/12 | ANL | Prepared weekly status report for UCC. | 0.90 |
| 06/20/12 | ANL | Analyzed weekly revenue flash report. | 0.60 |
| 07/03/12 | ANL | Reviewed weekly flash reports. | 1.50 |
| 07/05/12 | ANL | Analyzed weekly flash revenue and cash reports. | 2.30 |
| 07/05/12 | BH | Analyzed weekly revenue flash and cash report. | 0.90 |
| 07/05/12 | BH | Review weekly report for UCC. | 1.60 |
| 07/06/12 | ANL | Analyzed weekly flash revenue and cash reports. | 1.30 |
| 07/09/12 | ANL | Prepared weekly status update. | 1.30 |
| 07/09/12 | ANL | Analyzed weekly flash revenue and cash reports. | 1.10 |
| 07/09/12 | BH | Analyzed weekly revenue flash and cash report. | 0.90 |
| 07/09/12 | BH | Review weekly report for UCC. | 1.30 |
| 07/11/12 | BH | Review and analyze Moelis Media Update. | 0.50 |
| 07/12/12 | ANL | Reviewed 55th and 56th omnibus claim objections. | 1.50 |
| 07/13/12 | ANL | Prepared weekly status update. | 1.80 |
| 07/16/12 | ANL | Prepared weekly status update. | 2.20 |
| 07/18/12 | ANL | Prepared weekly status update. | 1.60 |
| 07/18/12 | ANL | Analyzed June and Q2 results. | 1.80 |
| 07/18/12 | BH | Review Moelis Media Update. | 0.50 |
| 07/18/12 | BH | Review weekly report for UCC. | 1.10 |
| 07/18/12 | BH | Analyzed weekly revenue flash and cash report. | 1.00 |
| 07/19/12 | BH | Participate in call hosted by Debtor to discuss June financial results. | 0.50 |
| 07/19/12 | ANL | Participated in Tribune FA call for June results. | 0.50 |
| 07/20/12 | ANL | Prepared weekly status update. | 1.50 |
| 07/20/12 | ANL | Analyzed June publishing and broadcasting results. | 1.30 |
| 07/20/12 | ANL | Analyzed weekly revenue flash reports and cash flow summaries. | 1.20 |
| 07/23/12 | ANL | Analyzed weekly revenue flash reports and cash flow summaries. | 1.70 |
| 07/25/12 | BH | Review weekly report for UCC. | 0.90 |
| 07/25/12 | BH | Analyzed weekly revenue flash and cash report. | 1.10 |
| 07/27/12 | ANL | Analyzed June 2012 brown book. | 2.50 |
| 07/27/12 | ANL | Prepared weekly status update for the UCC. | 2.10 |
| 07/30/12 | ANL | Analyzed motion for exit financing and related expense fee letter. | 1.80 |
| 07/30/12 | ANL | Call with Debtors advisor related expense fee letter and exit financing. | 0.30 |
| 07/31/12 | ANL | Analyzed Tribune emergence time line detail and POR. | 1.30 |
| 07/31/12 | ANL | Analyzed weekly revenue flash reports and cash flow reports. | 1.70 |
| 07/31/12 | BH | Review Moelis Media Update. | 0.50 |
| | | **Total Hours** | **44.60** |

Re:                              Current Financial
Client/Matter #                  005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 33.80 | 620.00 | 20,956.00 |
| Brad Hall | 10.80 | 665.00 | 7,182.00 |
| **Total Hours & Fees** | **44.60** | | **28,138.00** |

Re:                    Plan of Reorganization
Client/Matter #        005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/11/12 | BH | Review and analyze Debtors claims objections as it relates to POR. | 1.20 |
| 07/12/12 | BH | Review and analyze Debtor claims objections relative to tax claims filed as it relates to POR. | 2.30 |
| 07/17/12 | ANL | Prepared latest fee estimate for distributable cash forecast. | 1.50 |
| 07/20/12 | BH | Review timeline for emergence supplied by Debtor advisors and provide feedback to Debtor. | 1.30 |
| 07/30/12 | BH | Call with Debtors advisors to discuss motion for expense agreement on diligence with BAML on exit financing. | 0.50 |
| 07/30/12 | BH | Draft memo to Chadbourne on reasonableness and practice of expense reimbursement on financing requests such as the BAML financing expense motion on exit financing. | 1.20 |
| 07/30/12 | ANL | Analyzed time line for emergence and effective date issues. | 1.10 |
| | | **Total Hours** | **9.10** |

Re:                          Plan of Reorganization
Client/Matter #              005735.00008


Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Albert Leung | 2.60 | 620.00 | 1,612.00 |
| Brad Hall | 6.50 | 665.00 | 4,322.50 |
| **Total Hours & Fees** | **9.10** | | **5,934.50** |

Re:                     UCC Meetings
Client/Matter #         005735.00015

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| 07/26/12 | BH | Participate in special meeting of Committee to discuss appeal status. | 0.70 |
| | | **Total Hours** | **0.70** |

Re:                          UCC Meetings
Client/Matter #              005735.00015


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 0.70 | 665.00 | 465.50 |
| **Total Hours & Fees** | **0.70** | | **465.50** |

Re:              Litigation Hold
Client/Matter #    005735.00016

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 07/05/12 | MFR | Review of documents related to production of documents to Litigation Trustee. | 2.00 |
| 07/11/12 | MFR | Review of documents related to production of documents to Litigation Trustee. | 3.00 |
| 07/12/12 | CR | Reviewed and collected documents in response to production request from litigation trust. | 2.60 |
| 07/18/12 | RBD | Document production | 1.50 |
| 07/23/12 | MFR | Review of documents related to production of documents to the Litigation Trustee. | 2.50 |
| 07/26/12 | SR | Identification and collection of ESI data. | 1.40 |
| 07/26/12 | AH | Call with Mark Rule re: document production related to Litigation Trust. | 0.50 |
| 07/26/12 | MFR | Held call with A. Holtz (AlixPartners). | 0.50 |
| 07/26/12 | RM | Review documents related to request from Litigation Trust. | 0.50 |
| 07/26/12 | MFR | Review of documents and internal discussion regarding the production of documents to the Litigation Trustee. | 2.00 |
| 07/28/12 | SVS | Litigation trust document retention request and email retention request. | 4.00 |
| 07/30/12 | CR | Collected documents in response to litigation trust request. | 0.90 |
| 07/30/12 | MFR | Review of documents related to production of documents to the Litigation Trustee. | 1.00 |
| 07/31/12 | JD | Review of documents related to Litigation Trust. | 0.50 |
| | | **Total Hours** | **22.90** |

Re:                          Litigation Hold
Client/Matter #              005735.00016


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 1.50 | 920.00 | 1,380.00 |
| Mark F Rule | 11.00 | 620.00 | 6,820.00 |
| Sean Renshaw | 1.40 | 760.00 | 1,064.00 |
| Allan Hsu | 0.50 | 665.00 | 332.50 |
| Christopher Rubel | 3.50 | 455.00 | 1,592.50 |
| Shelly Van Slyke | 4.00 | 245.00 | 980.00 |
| Robert Maynard | 0.50 | 190.00 | 95.00 |
| Joseph Demyanovich | 0.50 | 190.00 | 95.00 |
| **Total Hours & Fees** | **22.90** | | **12,359.00** |

Re:                Billing and Retention
Client/Matter #    005735.00017

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| 07/05/12 | ANL | Prepared May 2012 fee application. | 1.30 |
| 07/06/12 | ANL | Prepared May 2012 fee application. | 1.10 |
| 07/06/12 | YK | Prepared June 2012 fee application. | 2.20 |
| 07/06/12 | BH | Revise May 2012 fee application. | 1.10 |
| 07/11/12 | BH | Revise May 2012 fee application. | 0.90 |
| 07/12/12 | BH | Provide future fee estimate per request of Debtor advisors. | 0.50 |
| 07/16/12 | ANL | Prepared June 2012 fee application. | 1.30 |
| 07/25/12 | YK | Prepared June 2012 fee application. | 0.60 |
| 07/26/12 | YK | Prepared June 2012 fee application. | 1.80 |
| 07/27/12 | ANL | Prepared June 2012 fee application. | 2.30 |
| 07/30/12 | ANL | Prepared June 2012 fee application. | 1.10 |
| 07/31/12 | BH | Revise June 2012 fee application. | 0.80 |
| | | **Total Hours** | **15.00** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 7.10 | 620.00 | 4,402.00 |
| Brad Hall | 3.30 | 665.00 | 2,194.50 |
| Young Kim | 4.60 | 620.00 | 2,852.00 |
| **Total Hours & Fees** | **15.00** | | **9,448.50** |