# EXHIBIT "C"

Re:              Billing and Retention
Client/Matter #  005735.00017

| Date | Disbursement Description | Amount |
|---|---|---|
| 06/27/12 | Conference Calls - - VENDOR: InterCall Mark Rule | 4.61 |
| | **Total Disbursements** | **4.61** |

Re:              Billing and Retention
Client/Matter #  005735.00017

**Disbursement Recap:**

| Description | Amount |
|---|---:|
| Conference Calls | 4.61 |
| **Total Disbursements** | **4.61** |