# __Exhibit A__

**Proposed Order**

{BMF-W0304647.}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY, *et al*.,<br>              Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br><br>Jointly Administered |

**ORDER EXTENDING THE INITIAL RETENTION PERIOD
FOR THE COMPLETE EXAMINER RECORD**

Upon consideration of the Motion of Chandler Bigelow to Extend the Initial Retention Period For the Complete Examiner Record ("Motion"), by which Mr. Bigelow requests entry of an order extending the Initial Retention Period for the Examiner's Record (as previously set in this Court's August 26, 2010, Order (Dkt. # 5541)), from August 26, 2012, until the *In re: Tribune Company Fraudulent Conveyance Litigation*, Case No. 11-md-02296-WHP case has terminated (including the numerous individual cases comprising the MDL should they, in the future, ceased to be handled on a consolidated fashion) or until further order of this Court; and it appearing that the retention of the Complete Examiner Record is in the interests of justice; and after due deliberation, and good and sufficient cause appearing therefor,  it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the Initial Retention Date of the Complete Examiner Record is extended to, and including, the date by which the *In re: Tribune Company Fraudulent Conveyance Litigation*, Case No. 11-md-02296-WHP case has terminated (including the component cases which now or in the future may be part of the currently consolidated proceeding), or until further order of this Court.

Dated: Wilmington Delaware
_____, 2012

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

{BMF-W0304647.}