**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY, *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br><br>Jointly Administered<br>**Proposed Objection Deadline: September 13, 2012**<br>**Proposed Hearing Date: October 4, 2012 at 10:00 a.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 25, 2012, Chandler Bigelow filed the attached *Motion of Chandler Bigelow to Extend the Initial Retention Period For the Complete Examiner Record* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

You are required to file any response to the Motion **on or before September 13, 2012.**

At the same time, you must also serve a copy of any response upon movant's attorneys at the address listed below, so that it is received by **11:59 p.m. (Prevailing Eastern Time) on September 13, 2012.**

| | |
|---|---|
| **BOUCHARD MARGULES &**<br>**FRIEDLANDER, P.A.**<br>Joel Friedlander<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>Facsimile: (302) 573-3501 | **SPERLING & SLATER, P.C.**<br>Bruce S. Sperling<br>Steven C. Florsheim<br>55 West Monroe Street, Suite 3200<br>Chicago, Illinois 60603<br>Telephone: (312) 641-3200<br>Facsimile: (312) 641-6492 |

A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 4, 2012 AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DE 19801

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  August 25, 2012

                        **SPERLING & SLATER, P.C.**
                        Bruce S. Sperling
                        Steven C. Florsheim
                        55 West Monroe Street, Suite 3200
                        Chicago, Illinois  60603
                        (312) 641-3200
                        bss@sperling-law.com
                        sflorsheim@sperling-law.com
                        *Attorneys for Chandler Bigelow*

                        *-and-*

                        **BOUCHARD MARGULES &**
                          **FRIEDLANDER, P.A.**

BY:   */s/ Joel Friedlander*
                        Joel Friedlander (#3163)
                        222 Delaware Avenue, Suite 1400
                        Wilmington, DE  19801
                        (302) 573-3500
                        jfriedlander@bmf-law.com
                        *Attorneys for Chandler Bigelow*