**CERTIFICATE OF SERVICE**

      I, Steven Florsheim, hereby certify that on the 27th day of August, 2012, I caused a copy of the foregoing *Motion of Chandler Bigelow to Extend the Initial Retention Period For the Complete Examiner Record* to be served upon those listed on the attached service list via United States First Class Mail.

                                                        ___/s/ *Steven Florsheim*____
                                                        Steven Florsheim