# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

DISTRICT OF COLUMBIA

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.


2.      I have read the forgoing Thirty-Eighth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period July 1, 2012 through July 31, 2012 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.


3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Thirty-Eighth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C., this 27th day of August, 2012.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# ♀ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

T 202.776.2000  F 202.776.2222

August 27, 2012                                                                          Page 1

Tribune Company                                                              Invoice 560282
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100              For Services Through July 31, 2012
FCC/Broadcast Matters

| | | |
|---|---|---|
| 07/02/12 | Correspondence with Sidley, Alvarez and Epic re FCC foreign ownership issues. | |
| | C. Burrow | 1.40 hrs. |
| 07/02/12 | Review auxiliary/non-broadcast pro forma filings and status at FCC (0.4); research re possible updates on waiver showings re court decision on appeal (0.4). | |
| | J. Feore | 0.80 hrs. |
| 07/02/12 | Review and analyze open issues in responses to inquiries on foreign ownership certifications. | |
| | J. Logan | 1.20 hrs. |
| 07/05/12 | Review FCC media ownership issues (0.5); correspondence with Alvarez re same (0.4); review FCC foreign ownership issues (0.6); correspondence with Sidley, Alvarez and Epic re same (0.4). | |
| | C. Burrow | 1.90 hrs. |
| 07/05/12 | Research re additional amendments to pending exit applications and supplements. | |
| | J. Feore | 0.40 hrs. |
| 07/06/12 | Work on amendment to pending applications and report on restructuring applications and FCC grants. | |
| | J. Feore | 0.80 hrs. |
| 07/07/12 | Work on additional material for final exit application amendment (0.4); review material for rating agency re Tribune's FCC applications (0.4). | |
| | J. Feore | 0.80 hrs. |

August 27, 2012                                                    Page 2

Tribune Company                                                    Invoice 560282

| 07/09/12 | Review Class B election form for FCC issues (0.8); correspondence with Sidley re same (0.4); review FCC attribution issues (0.4). | |
|---|---|---|
| | C. Burrow | 1.60 hrs. |
| 07/09/12 | Work on supplement to amendment for pending FCC applications (0.4); conference with D. Liebentritt and update re FCC processes (0.4); telephone conference with FCC staff re filings and applications (0.4). | |
| | J. Feore | 1.20 hrs. |
| 07/09/12 | Prepare correspondence to K. Mills re FCC timing and related matters in connection with Class B election (1.3); revise comprehensive exhibit for exit application (1.6). | |
| | J. Logan | 2.90 hrs. |
| 07/09/12 | Review re status of FCC processing of exit applications (0.2); review re House Oversight memo and email to E. Washburn (0.4). | |
| | M. Swanson | 0.60 hrs. |
| 07/10/12 | Correspondence with Sidley re FCC review and Class B election issues. | |
| | C. Burrow | 0.90 hrs. |
| 07/10/12 | Telephone conference with FCC re amendments to applications (0.3); review JPMorgan ownership information and final amendment draft (0.5); work on court/FCC timing issues and update timing memorandum (0.6). | |
| | J. Feore | 1.40 hrs. |
| 07/10/12 | Review FCC status report in DC Circuit appeal of LBO transaction. | |
| | M. Swanson | 0.10 hrs. |
| 07/11/12 | Review updated ownership information from JPMorgan (0.6); revise FCC comprehensive exhibit (1.3); review motion re Class B elections (0.4); correspondence with Sidley, Alvarez and Epic re Class B timing issues (1.2); telephone conference with co-proponents' FCC counsel re FCC status (0.5). | |
| | C. Burrow | 4.00 hrs. |
| 07/11/12 | Participate in weekly regulatory status call with D. Wiley, J. Bayes and E. Reed (counsel for JPMorgan) and T. Davidson (counsel for Oak Hill) regarding applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.50 hrs. |
| 07/11/12 | Review final amendment for FCC applications (0.6); telephone conference with Wiley team re FCC meetings (0.5); telephone conference with S. Sheehan re FCC Capitol Hill updates (0.5); work on FCC application processing issues (0.4). | |
| | J. Feore | 2.00 hrs. |
| 07/11/12 | Research and analyze issues in connection with formulation of ownership monitoring plan for FCC broadcast media and foreign | |

Tribune Company

ownership restrictions (1.6); prepare for telephone conference with FCC counsel to co-proponents (0.4); telephone conference with FCC counsel to co-proponents re status of exit applications and approach to encourage reset of FCC process clock (0.6); prepare correspondence to K. Harding (Akin Gump) re changes to Oaktree ownership interests for proposed exit application amendment (0.3); review Class B election notice for Sidley re FCC issues (0.8); revise amendment to exit applications (1.8); review issues re treatment of recently granted microwaves in exit applications (0.3); prepare correspondence to FCC counsel to JPMorgan re approval of exit applications (0.2); revise exit application to reflect additional comments from Sidley and related matters (0.8); prepare correspondence to E. Washburn re revised exit application amendment (0.4); telephone conference with E. Washburn re approach to amendment (0.3).

J. Logan                                       7.50 hrs.

07/11/12    Prepare correspondence to client re build-out status of new KTLA business radio licenses (0.2); edit draft amendment for media applications (2.5).

L. McCarty (Practice Group Professional)       2.70 hrs.

07/11/12    Review re indecency complaints total and Enforcement Bureau issues.

M. Swanson                                     0.40 hrs.

07/12/12    Review revisions to FCC exhibits (0.7); review issues re FCC monitoring (0.4); telephone conference with Sidley, Alvarez, Epic and D. Eldersveld re same (1.3).

C. Burrow                                      2.40 hrs.

07/12/12    Telephone conference with R. Wiley re FCC applications and processing (0.4); telephone conference with FCC staff re amendments to applications (0.3); work on preparing for updating application with court order and new amendment (0.7); review outline re procedures for monitoring stock ownership (0.5).

J. Feore                                       1.90 hrs.

07/12/12    Review proposed amendment and FCC Form 314 application (0.7); prepare correspondence to E. Washburn (Tribune) re proposed amendment (0.2); complete submission of amendment to exit applications (0.6); research and review draft agenda and related issues for conference re monitoring approach (1.2); telephone conference with J. Langdon (Sidley), D. Eldersveld (Tribune) and representatives of Alvarez re approaches for post-emergence monitoring of FCC stock ownership exchanges (0.6); prepare correspondence to D. Roberts (FCC) re filing of exit application amendment (0.3); prepare correspondence to FCC counsel to petitioners to deny re filing of exit application amendment (0.4).

J. Logan                                       4.00 hrs.

August 27, 2012                                      Page 4

Tribune Company                                      Invoice 560282

| 07/12/12 | Finalize and submit amendments to broadcast exit applications (4.2); prepare copies of same for client records (2.7); prepare correspondence to client re submission of amendments (1.1).<br>L. McCarty (Practice Group Professional)  8.00 hrs. |
|---|---|
| 07/12/12 | Review re indecency complaints.<br>M. Swanson  0.10 hrs. |
| 07/13/12 | Review bankruptcy court opinion for FCC issues (0.7); prepare FCC filing re same (0.4).<br>C. Burrow  1.10 hrs. |
| 07/13/12 | Review court memorandum and order and file with FCC (0.5); telephone conference with FCC Media Bureau re court action (0.2); review additional filings re exit applications (0.8).<br>J. Feore  1.50 hrs. |
| 07/13/12 | Prepare correspondence to T. Davidson re changes in Oaktree ownership interests (0.3); prepare correspondence to K. Mills and J. Boelter (Sidley) re anticipated opinion (0.4); review and analyze opinion and order from bankruptcy court re treatment of objection to DCL Plan (1.4); prepare and submit ex parte filing to transmit court opinion and order to FCC (1.4); prepare correspondence to D. Roberts, et al. (FCC) re opinion and order (0.4); prepare correspondence to petitioners to deny re opinion and order (0.4).<br>J. Logan  4.30 hrs. |
| 07/13/12 | Review re bankruptcy court decision/order.<br>M. Swanson  1.60 hrs. |
| 07/14/12 | Research re filing of court order with FCC and additional court information (0.5); work on further changes to applications re restructuring filings and updates (0.5).<br>J. Feore  1.00 hrs. |
| 07/15/12 | Review bankruptcy court orders.<br>M. Swanson  0.20 hrs. |
| 07/16/12 | Review documentation re Class B elections (0.8); correspondence with Sidley re FCC and bankruptcy court timing issues (0.5).<br>C. Burrow  1.30 hrs. |
| 07/16/12 | Telephone conference with R. Wiley re confirmation order and timing issues at FCC (0.3); review order re FCC language and provisions (0.4); telephone conference with FCC staff re procedures (0.3); work on application updates and draft amendment for court order (0.8); telephone conference with S. Sheehan re FCC meetings (0.2).<br>J. Feore  2.00 hrs. |
| 07/16/12 | Correspondence with FCC counsel to co-proponents regarding ex parte filing on order disposing of objection (0.3); correspondence with J. Boelter regarding timing of further steps toward confirmation |

order (0.4); telephone call from J. Bayes and R. Wiley regarding Bankruptcy Court order (0.3); review draft confirmation order regarding FCC issues (1.4); correspondence with E. Reed (JPMorgan counsel) and K. Mills (Sidley) regarding issues in connection with Class B election and Form 602 draft (1.3); correspondence with K. Mills (Sidley) re resolution of remaining FCC issues in Class B election process and related reallocations (0.6).

J. Logan                                    4.30 hrs.

| | | |
|---|---|---|
| 07/16/12 | Review and respond to correspondence from client re build-out status of KTLA business radio licenses. | |
| | L. McCarty (Practice Group Professional) | 0.20 hrs. |

07/16/12    Telephone conference with E. Washburn re indecency complaints, WDCW renewal and WGN(AM) renewal (0.6); review WGN(AM) draft (0.3); review bankruptcy orders re proof of claim (0.4); email complaint tally chart to E. Washburn (0.4).

M. Swanson                                    1.70 hrs.

07/17/12    Telephone conference with Sidley, Alvarez and Epic re FCC timing and emergence issues (0.9); correspondence with Sidley and Alvarez re FCC foreign ownership (0.5).

C. Burrow                                    1.40 hrs.

07/17/12    Telephone conference with D. Liebentritt re FCC processing and timing issues (0.6); telephone conference with J. Stenger re FCC applications and amendments (0.5); telephone conference with FCC re meetings (0.7).

J. Feore                                    1.80 hrs.

07/17/12    Telephone conferences with D. Roberts (FCC) regarding amendment filing (0.4); work on FCC Form 602 filing for non-broadcast application (1.7); review allocation issues in preparation for conference call with Alvarez and Computershare representatives (0.4); correspondence with K. Mills (Sidley) and Alvarez regarding preliminary allocation needs (0.8); review information from Alvarez on preliminary allocation of securities (0.7).

J. Logan                                    4.00 hrs.

07/17/12    Begin draft Form 602 for Tribune Company (1.0); prepare correspondence re additional information required for filing (0.6).

L. McCarty (Practice Group Professional)    1.60 hrs.

07/17/12    Telephone conferences with J. Gee (FCC) re Enforcement Bureau complaints and "holds" (0.3); review re WGN(AM) renewal exhibit and other similar filings (0.8); review re FCC online public file implementation (0.5); telephone conference with E. Washburn re same (0.2).

M. Swanson                                    1.80 hrs.

07/18/12    Telephone conference with co-proponents' FCC counsel re FCC

August 27, 2012                                                  Page 6

Tribune Company                                                  Invoice 560282

|  |  |  |
|---|---|---|
| | issues (0.4); prepare FCC amendments re same (0.8). | |
| | C. Burrow | 1.20 hrs. |
| 07/18/12 | Participate in weekly FCC regulatory status call with D. Wiley, J. Bayes, and E. Reed (counsel for JP Morgan) and T. Davidson (counsel for Oaktree and Angel, Gordon) regarding progress of FCC applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.50 hrs. |
| 07/18/12 | Telephone conference with R. Wiley and T. Davidson re FCC meeting with staff and 8th Floor meetings (0.5); review foreign ownership certifications re call from FCC staff and updates (0.6). | |
| | J. Feore | 1.10 hrs. |
| 07/18/12 | Prepare for telephone conference with FCC counsel to co-proponents (0.3); telephone conference with FCC counsel to co-proponents proposed approach to FCC to expedite action and status of confirmation order (0.6); correspondence with E. Reed (FCC counsel to JPMorgan) regarding Form 602 and FCC registration numbers for JPMorgan entities (0.3); telephone conference with D. Roberts (FCC) regarding amendment filed to exit applications (0.5); correspondence with FCC counsel to Oaktree and Angelo Gordon regarding information for Form 602 filing (0.4); correspondence with Alvarez and K. Mills (Sidley) regarding status of allocation and estimated warrant allotments (0.8). | |
| | J. Logan | 3.90 hrs. |
| 07/18/12 | Prepare for and participate in telephone conference with Wiley and Akin attorneys re FCC application developments and status (0.6); review and revise cross-ownership exhibit for WGN(AM) renewal (1.7); email same to E. Washburn (0.1). | |
| | M. Swanson | 2.40 hrs. |
| 07/19/12 | Correspondence with Sidley and Alvarez re FCC foreign ownership issues. | |
| | C. Burrow | 0.70 hrs. |
| 07/19/12 | Telephone conference with D. Eldersveld re FCC next steps and timing issues (0.2); review final share totals and comparison with FCC applications (0.6). | |
| | J. Feore | 0.80 hrs. |
| 07/19/12 | Telephone conference with D. Roberts (FCC) regarding FCC position and concerns regarding foreign ownership compliance certifications (0.4); correspondence with J. Langdon and K. Mills (Sidley) regarding FCC inquiries regarding foreign ownership compliance (0.5); review and analysis of summaries of preliminary computation run for allocation of stock and warrants (0.4); review draft Form 602 for JPMorgan (0.5). | |
| | J. Logan | 1.80 hrs. |
| 07/19/12 | Edit draft Form 602 for Tribune Company. | |

August 27, 2012                                                              Page 7

Tribune Company                                                        Invoice 560282

|  | L. McCarty (Practice Group Professional) | 1.10 hrs. |
|---|---|---|
| 07/20/12 | Correspondence with Sidley, Alvarez and Epic re FCC foreign ownership issues. | |
|  | C. Burrow | 0.60 hrs. |
| 07/20/12 | Review and edit cross-ownership exhibit regarding application for renewal of FCC license for WGN(AM). | |
|  | J. Rademacher | 0.30 hrs. |
| 07/20/12 | Telephone conference with D. Eldersveld re FCC procedures (0.3); review final ownership percentages and certifications re FCC applications (0.7); telephone conference with FCC Media Bureau re meetings (0.3). | |
|  | J. Feore | 1.30 hrs. |
| 07/20/12 | Correspondence with K. Mills (Sidley) and Alvarez regarding Class B search issues (0.4); correspondence with K. Mills regarding filing of draft confirmation order (0.4); telephone conference with F. Davidson and Sidley regarding interpretation of foreign ownership certification process in post-deadline transfer (0.4). | |
|  | J. Logan | 1.20 hrs. |
| 07/22/12 | Prepare and submit notice of completion of construction for KTLA business radio licenses (1.2); prepare and file amendment to KTLA wireless assignment application (0.9); submit filing fee for new wireless licenses added to KTLA assignment (0.3); prepare correspondence to client re KTLA Red Light issue (0.2). | |
|  | L. McCarty (Practice Group Professional) | 2.60 hrs. |
| 07/23/12 | Review confirmation order for FCC issues (0.6); review FCC update letter re same (0.3). | |
|  | C. Burrow | 0.90 hrs. |
| 07/23/12 | Review court order, stay request and draft letter to FCC re filing (0.7); work on application updates and responses to FCC staff (0.5); prepare letter re confirmation order (0.3). | |
|  | J. Feore | 1.50 hrs. |
| 07/23/12 | Review and analyze confirmation order re FCC issues (1.3); prepare, revise and file ex parte submission and letter with confirmation order (1.2); prepare correspondence to FCC re confirmation order submission (0.3); prepare correspondence to co-proponents re confirmation order submission (0.3); prepare amendment text for exit applications and amendment section on Oaktree resignation from Liberman Broadcasting board (0.8); prepare correspondence to FCC counsel to petitioners to deny providing copies of ex parte submission (0.4). | |
|  | J. Logan | 4.30 hrs. |
| 07/23/12 | Review order on plan confirmation and send to client (0.2); email to client re House members letter to FCC on cable issues (0.1). | |

August 27, 2012                                    Page 8

Tribune Company                                                    Invoice 560282

M. Swanson                                    0.30 hrs.

07/24/12    Telephone conference with S. Sheehan re meetings and FCC updates (0.4); telephone conference with T. Davidson (counsel for Oaktree) re FCC meetings (0.3); review amendment to report court order (0.7); telephone conference with FCC re stay request (0.3); work on issues re FCC complaints and tolling agreements (0.7).

J. Feore                                       2.40 hrs.

07/24/12    Revise draft amendment to exit applications (0.5); telephone conference with T. Davidson (FCC counsel to Oaktree) re proposed amendment (0.3); review Aurelius stay request re potential effect on FCC process (0.9); further revise draft amendment and conduct pre-filing review of amendment (0.8); prepare correspondence to E. Washburn re amendment for certification (0.3); review issues re FCC General Counsel review procedure and potential effect on timing (0.4).

J. Logan                                       3.20 hrs.

07/24/12    Telephone conference with FCC Satellite Bureau staff re red-light status on various subsidiary licensees (1.3); prepare correspondence responding to FCC staff request for same (0.6); edit draft wireless assignment amendments (2.1); edit draft broadcast bureau assignment applications (1.1); prepare CARS amendment (1.1).

L. McCarty (Practice Group Professional)       6.20 hrs.

07/24/12    Review re Aurelius filings (0.3); telephone conference with D. Roberts (FCC) re Enforcement Bureau "holds" (0.4); telephone conference with E. Washburn re tolling agreement issue (0.3); outline memo re same (0.2).

M. Swanson                                     1.20 hrs.

07/25/12    Telephone conference with co-proponents' FCC counsel re timing issues (0.4); revise language in warrant conversion form for FCC foreign ownership issues (0.6).

C. Burrow                                      1.00 hrs.

07/25/12    Participate in weekly regulatory status call regarding FCC applications to assign broadcast licenses in bankruptcy (0.5); research regarding bankruptcy court confirmation order regarding same (0.4).

J. Rademacher                                  0.90 hrs.

07/25/12    Telephone conference with R. Wiley and T. Davidson re FCC application and timing issues (0.8); telephone conference with D. Liebentritt re FCC processing and application issues (0.3); telephone conference with J. Stenger re FCC and processing (0.4); work on amendment to application (0.6); work on FCC complaints and issues re tolling agreements (0.8).

J. Feore                                       2.90 hrs.

07/25/12    Review FCC-related issues re warrant exercise form (0.6); prepare

Tribune Company                                     Invoice 560282

for meeting with FCC counsel to Angelo Gordon, Oaktree and JPMorgan (0.3); telephone conference with FCC counsel to Angelo Gordon, Oaktree and JPMorgan re proposed meeting with FCC and approach to expedite grant of consent (0.7); prepare correspondence to FCC staff re amendment to provide confirmation order and revised Reorganization Plan (0.3); prepare correspondence to FCC counsel to filers of petitions to deny with copy of amendment to broadcast exit applications (0.4); prepare revisions to warrant exercise form to include FCC certifications (1.1); review JPMorgan correspondence re Class B election and confirmation of notice (0.4); prepare correspondence to K. Mills re JPMorgan inquiry on Class B election (0.3).

J. Logan                                     4.10 hrs.

07/25/12     Finalize and submit amendments to broadcast assignment applications (1.4); finalize and submit amendments to wireless assignment applications (2.2); finalize amendment to CARS assignment application (1.0); draft amendment to satellite assignment applications (0.3).

L. McCarty (Practice Group Professional)     4.90 hrs.

07/25/12     Email exchange with E. Washburn re renewal exhibit (0.1); prepare for and participate in telephone conference with Wiley and Akin re FCC developments and status (0.7).

M. Swanson                                     0.80 hrs.

07/26/12     Telephone conference with J. Stenger re FCC actions post-court decision (0.4); work on issues list for FCC meeting (0.6); review FCC complaint resolution for clearance on applications (0.5); work on revisions to warrants and FCC issues (0.9).

J. Feore                                     2.40 hrs.

07/26/12     Review and file amendment to CARS application (0.5); review issues re 602 ownership report for Wireless Bureau (0.6); prepare letter amendment for satellite exit applications (1.1); revise warrant exercise form for J. Langdon (Sidley) (1.1); prepare correspondence to J. Langdon (Sidley) re FCC issues in connection with warrant form and warrant exercise form (0.8).

J. Logan                                     4.10 hrs.

07/26/12     Finalize and submit CARS amendment to pending assignment application (0.4); edit draft Form 602 (0.3).

L. McCarty (Practice Group Professional)     0.70 hrs.

07/26/12     Draft memorandum re tolling agreement process.

M. Swanson                                     2.70 hrs.

07/27/12     Meeting at FCC with W. Lake and FCC Media Bureau staff re FCC applications (1.0); telephone conferences with D. Liebentritt re FCC (0.4); telephone conference with S. Sheehan re FCC and meetings (0.4); work on memorandum re complaints and tolling agreements (0.8); work on possible revisions to warrants (0.5); telephone

Tribune Company                                                      Invoice 560282

|  |  |  |
|---|---|---|
|  | conference with J. Stenger to review Wilmington Trust petitions against applications (0.6).<br>J. Feore | 3.70 hrs. |
| 07/27/12 | Review issues raised by FCC staff meeting concerning agency focus on foreign ownership compliance (0.7); review issues re Form 302 report (0.3).<br>J. Logan | 1.00 hrs. |
| 07/27/12 | Finalize and submit satellite amendment to pending assignment applications (0.4); prepare public file copies of all filings for client (2.1).<br>L. McCarty (Practice Group Professional) | 2.50 hrs. |
| 07/27/12 | Revise and finalize memo re tolling agreement process (1.5); email to E. Washburn and C. Sennett re DC Circuit denial of NAB's requested stay of online public file rules (0.1); email tolling agreement memo to D. Eldersveld, E. Washburn and D. Liebentritt (0.1); email to E. Washburn and C. Sennett re FCC public notice on file demo (0.1).<br>M. Swanson | 1.80 hrs. |
| 07/28/12 | Research possible FCC challenges to post-court decision filings at FCC (0.8); review foreign ownership showings and issues raised by warrants (0.6).<br>J. Feore | 1.40 hrs. |
| 07/28/12 | Scan broadcast amendments for distribution to client (1.8); prepare correspondence to client re same (0.2).<br>L. McCarty (Practice Group Professional) | 2.00 hrs. |
| 07/29/12 | Preparation of ex parte notice regarding July 27 meeting with FCC staff.<br>J. Rademacher | 1.00 hrs. |
| 07/30/12 | Prepare and file ex parte notice for July 27 meeting with FCC staff regarding processing of FCC applications for assignment of broadcast licenses in bankruptcy.<br>J. Rademacher | 0.80 hrs. |
| 07/30/12 | Prepare and circulate ex parte letter to FCC re meeting with FCC Media Bureau (0.6); telephone conference with FCC staff re update on court proceeding (0.3).<br>J. Feore | 0.90 hrs. |
| 07/30/12 | Review Class A election documents from FCC counsel to JPMorgan.<br>J. Logan | 0.40 hrs. |
| 07/31/12 | Review revised warrants and issues raised by warrant holder rights and FCC (1.0); telephone conference with D. Liebentritt re FCC processes (0.2); telephone conference with counsel for JPMorgan re FCC follow-up and FCC applications (0.3); telephone conference |  |

August 27, 2012                                                    Page 11

Tribune Company                                                    Invoice 560282

with J. Stenger re follow-up to FCC meeting (0.3).
J. Feore                                    1.80 hrs.

07/31/12    Review issues re FCC-related portions of conversion form for
company stock (0.7); review and analyze bankruptcy-related
concerns re FCC tolling agreement process (0.5); telephone
conference with K. Mills re tolling agreements to resolve pending
FCC complaints (0.3).
J. Logan                                    1.50 hrs.

07/31/12    Email exchange with D. Liebentritt re proceeding with tolling
agreements (0.1); telephone conference with K. Mills (Sidley) re
same (0.7); email materials to K. Mills re FCC complaints (0.4);
telephone conference with E. Washburn re same (0.3); email
exchange with D. Eldersveld re tolling agreement process (0.1).
M. Swanson                                  1.60 hrs.

BILLING SUMMARY

|              | Hours  |
|--------------|--------|
| BURROW       | 20.40  |
| FEORE        | 35.80  |
| LOGAN        | 53.70  |
| SWANSON      | 17.30  |
| RADEMACHER   | 4.00   |
| MCCARTY      | 32.50  |
| TOTAL        | 163.70 |

| | | |
|---|---|---|
| Fees for Professional Services ........................................................................ $ | | 95,558.00 |

| | | |
|---|---|---|
| COURIER SERVICE | $ | 152.69 |
| INFORMATION SERVICES | $ | 226.02 |
| REPRODUCTION | $ | 592.80 |
| TELEPHONE | $ | 7.92 |
| WESTLAW INFORMATION SERVICE | $ | 16.69 |

| | | |
|---|---|---|
| Total Reimbursable Costs ............................................................................... $ | | 996.12 |
| Total Current Billing for This File................................................................. $ | | 96,554.12 |

Our File # 08656.0101          For Services Through July 31, 2012
Retention and Fee Applications

07/05/12          Review proposed omnibus fee order (0.2); correspondence with

August 27, 2012

Tribune Company

| | | |
|---|---|---|
| | Delaware counsel regarding same (0.2). | |
| | C. Meazell | 0.40 hrs. |
| 07/06/12 | Preparation of 37th monthly fee application. | |
| | C. Meazell | 1.40 hrs. |
| 07/11/12 | Preparation of 36th monthly fee application (1.7); research regarding Alvarez & Marsal request regarding fee estimates (0.7). | |
| | C. Meazell | 2.40 hrs. |
| 07/12/12 | Preparation of 12th interim fee application (1.8); correspondence with Delaware counsel regarding filing of same (0.3); finalize 36th monthly fee application (0.6); research regarding Alvarez & Marsal request regarding fee estimates (1.4). | |
| | C. Meazell | 5.10 hrs. |
| 07/13/12 | Correspondence with Delaware counsel regarding 12th interim fee application (0.2); finalize same for filing (0.6); correspondence with P. Gondipalli (Alvarez & Marsal) regarding fee estimates (0.3); research and preparation of spreadsheet response regarding same (1.3). | |
| | C. Meazell | 2.40 hrs. |
| 07/16/12 | Preparation of 37th monthly fee application (1.3); correspondence with fee examiner regarding 36th monthly fee application (0.2). | |
| | C. Meazell | 1.50 hrs. |
| 07/23/12 | Updates to reconciliation and projections for Alvarez. | |
| | C. Meazell | 0.60 hrs. |
| 07/25/12 | Finalize 37th monthly fee application (1.4); correspondence with Delaware counsel regarding same (0.2). | |
| | C. Meazell | 1.60 hrs. |
| 07/30/12 | Preparation of response to preliminary report for 9th interim fee application (0.7); correspondence with fee examiner regarding 37th monthly fee application (0.2). | |
| | C. Meazell | 0.90 hrs. |
| 07/31/12 | Preparation of response to preliminary report for 9th interim fee application. | |
| | C. Meazell | 1.90 hrs. |

## BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 18.20 |
| TOTAL | 18.20 |

Fees for Professional Services .......................................................................... $        8,190.00

August 27, 2012                                    Page 13

Tribune Company                                    Invoice 560282
        Total Current Billing for This File.................................................. $        8,190.00


Our File # 08656.0104              For Services Through July 31, 2012
Broadcast Contracts


07/02/12        Prepare chart of MFN provisions in Tribune/Tower agreements.
                D. Teslik                           2.30 hrs.

07/02/12        Telephone call with counsel for Skitter TV re carriage of Tribune
                stations in various Skitter markets (0.1); analyze chart summarizing
                MFNs and other material provisions in Tribune retransmission
                agreements and WGN distribution agreements (0.2); prepare email
                to K. Connor re carriage of KCPQ(TV) and KZJO(TV) by Guinness
                Cable (0.3).
                R. Folliard III                     0.50 hrs.

07/03/12        Revise chart of MFN provisions in Tribune/Tower agreements.
                D. Teslik                           2.60 hrs.

07/03/12        Telephone call with K. Connor re Cablevision retransmission
                negotiations and other pending retransmission matters.
                R. Folliard III                     0.40 hrs.

07/05/12        Analyze Cablevision retransmission agreement and proposal for
                extension in preparation for conference call.
                R. Folliard III                     0.20 hrs.

07/07/12        Prepare email to K. Connor re Shentel dropping WGN on certain
                systems after system consolidation (0.2); prepare email to K. Connor
                re Google Fiber carriage of WGN in HD (0.2).
                R. Folliard III                     0.40 hrs.

07/09/12        Prepare for telephone conference with N. Larsen and L. Gardner
                regarding WGN American and program transmissions.
                D. Wittenstein                      0.10 hrs.

07/10/12        Telephone conference with N. Larsen and L. Gardner regarding
                negotiations re programming (0.3); analysis re WGN programming
                (1.0).
                D. Wittenstein                      1.30 hrs.

07/10/12        Research re superstation status.
                R. Folliard III                     0.30 hrs.

07/11/12        Research history and superstation status of stations.
                A. Mejia (Practice Group Professional)    0.70 hrs.

07/11/12        Research and analysis regarding superstation programming.

August 27, 2012                                           Page 14

Tribune Company                                           Invoice 560282

|  |  | D. Wittenstein | 0.30 hrs. |
|---|---|---|---|
| 07/11/12 | | Prepare settlement agreement and term sheet for East Texas Cable (0.7); prepare email to East Texas Cable re final settlement agreement (0.1). | |
| | | R. Folliard III | 0.80 hrs. |
| 07/12/12 | | Research re history and status of superstations. | |
| | | A. Mejia (Practice Group Professional) | 1.80 hrs. |
| 07/12/12 | | Analysis regarding superstation status. | |
| | | D. Wittenstein | 0.40 hrs. |
| 07/12/12 | | Prepare email to K. Connor re settlement with East Texas Cable (0.2); prepare email to FCC staff re status of negotiations with Crystal Cable (0.1). | |
| | | R. Folliard III | 0.30 hrs. |
| 07/13/12 | | Research history and status of superstations. | |
| | | A. Mejia (Practice Group Professional) | 2.00 hrs. |
| 07/13/12 | | Prepare emails to East Texas Cable re finalizing settlement agreement (0.2); conference call with K. Connor re retransmission agreements for out of market operators and Cablevision negotiations (0.5). | |
| | | R. Folliard III | 0.70 hrs. |
| 07/16/12 | | Research history and status re superstations. | |
| | | A. Mejia (Practice Group Professional) | 0.80 hrs. |
| 07/16/12 | | Research regarding superstation WGN (0.7); prepare email memorandum to N. Larsen and L. Gardner regarding superstation WGN (0.4). | |
| | | D. Wittenstein | 1.10 hrs. |
| 07/16/12 | | Prepare emails to East Texas re settlement agreement and Tribune withdrawal of retransmission complaint. | |
| | | R. Folliard III | 0.10 hrs. |
| 07/19/12 | | Prepare notice withdrawing complaint against East Texas for retransmission of KDAF without consent. | |
| | | K. Stotler | 2.00 hrs. |
| 07/19/12 | | Prepare emails to East Texas Cable re final retransmission agreement (0.2); prepare retransmission agreement for East Texas Cable (0.1); analyze WOW, Suddenlink and Atlantic Broadband contracts in preparation for conference call with K. Connor (0.4); conference call with K. Connor re WOW, Suddenlink, Atlantic Broadband and Cablevision (1.0); prepare email to FCC re dismissal of retransmission complaint against East Texas Cable (0.2). | |
| | | R. Folliard III | 2.10 hrs. |
| 07/23/12 | | Research re DMA served by J&N Cable to confirm compliance with network affiliation agreement. | |

August 27, 2012                                                    Page 15

Tribune Company                                                   Invoice 560282

|  |  | R. Folliard III | 0.10 hrs. |

| 07/24/12 | Prepare letter withdrawing complaint against East Texas Cable (0.2); prepare email to FCC staff re withdrawal of complaint against East Texas Cable (0.2); telephone call with K. Connor regarding Cablevision extension (0.4); prepare extension request for Cablevision retransmission and WGN agreement (1.1). |
| | R. Folliard III | 1.90 hrs. |

| 07/25/12 | Prepare email to counsel for New Day re last chance to settle retransmission consent complaint with Tribune (0.2); telephone call with K. Connor re Cablevision retransmission consent extension (0.3); prepare extension for Cablevision agreement (0.2); prepare emails to K. Connor re extension of Cablevision agreement (0.1); analyze retransmission agreement with 4Com (0.3); prepare email to K. Connor re 4Com agreement (0.1); prepare email to K. Connor re calculation of retransmission payments to Fox under new affiliation agreement (0.3). |
| | R. Folliard III | 1.50 hrs. |

| 07/27/12 | Prepare extension of retransmission agreement for KWGN-TV on Cablevision systems (0.5); telephone call with Crystal Cable re settlement of retransmission complaint (0.2). |
| | R. Folliard III | 0.70 hrs. |

| 07/30/12 | Prepare emails to counsel for New Day re settlement of retransmission dispute. |
| | R. Folliard III | 0.20 hrs. |

| 07/31/12 | Prepare retransmission agreement termination letters for Liberty Cablevision (0.6), MTS Allstream (0.6), World Cinema (0.6) and Cocego (0.6); email to K. Connor drafts of same (0.2). |
| | K. Stotler | 2.60 hrs. |

| 07/31/12 | Revise letter terminating Liberty Cable WGN America agreement (0.1); analyze WGN agreements with Canadian operators at lower rates (0.2); prepare summary of MFN provisions in Tribune agreements for retransmission consent and WGN America (0.7). |
| | R. Folliard III | 1.00 hrs. |

### BILLING SUMMARY

|  | Hours |
|---|---|
| WITTENSTEIN | 3.20 |
| FOLLIARD III | 11.20 |
| STOTLER | 4.60 |
| TESLIK | 4.90 |
| MEJIA | 5.30 |
| TOTAL | 29.20 |

August 27, 2012                                                              Page 16

Tribune Company                                                    Invoice 560282

      Fees for Professional Services ......................................................... $      11,021.00

|  |  |  |
|---|---|---|
| POSTAGE | $ | 0.46 |
| REPRODUCTION | $ | 2.10 |
| TELEPHONE | $ | 1.20 |

   Total Reimbursable Costs ............................................................ $      3.76
   Total Current Billing for This File ............................................... $    11,024.76

Our File # 08656.0104:001          For Services Through July 31, 2012
Fox and Network Agreements

| 07/02/12 | Review of language for retransmission consent agreements dealing with DMA-2. | |
| | M. Nagle | 0.60 hrs. |
| 07/05/12 | Follow-up on DMA2 language for Fox affiliation agreement. | |
| | M. Nagle | 0.40 hrs. |
| 07/09/12 | Review Fox revised affiliation documents. | |
| | M. Nagle | 0.90 hrs. |
| 07/09/12 | Telephone call with G. Mazzaferri and C. Sennet re Fox affiliation documents. | |
| | M. Nagle | 0.80 hrs. |
| 07/10/12 | Review final changes to Fox affiliation and side letters (0.4); work on assignability language re court appeal (0.4). | |
| | J. Feore | 0.80 hrs. |
| 07/10/12 | Research issues in connection with compliance with FCC requirements for monitoring multiple ownership and foreign ownership compliance (1.1); review draft ownership information from JPMorgan (0.6); revise exit application amendments to incorporate additional information from JPMorgan on ownership structure (1.1). | |
| | J. Logan | 2.80 hrs. |
| 07/10/12 | Review issues re assignment of Fox television network affiliation agreements (0.8); prepare draft insert for Fox television network assignments re FCC transfer information (0.4). | |
| | J. Logan | 1.20 hrs. |
| 07/10/12 | Prepare consent letter re bankruptcy assignment (1.2); prepare affiliation documents re Fox (1.0). | |
| | M. Nagle | 2.20 hrs. |

August 27, 2012                                                    Page 17

Tribune Company                                                    Invoice 560282

| 07/10/12 | Research re Tribune network non-duplication rights for Fox programming and steps for preserving non-duplication rights. | |
|---|---|---|
| | R. Folliard III | 0.30 hrs. |
| 07/11/12 | Revise preemption exhibits re Fox affiliation agreements. | |
| | M. Nagle | 1.50 hrs. |
| 07/12/12 | Review and revise draft affiliation agreement and related documents (2.8); telephone call with S. Shelton Vigon and C. Sennet re same (0.4). | |
| | M. Nagle | 3.20 hrs. |
| 07/13/12 | Review final Fox agreement and side letters and non-duplication language for execution copies. | |
| | J. Feore | 0.40 hrs. |
| 07/13/12 | Coordinate review and execution of Fox affiliation agreement and related documents. | |
| | M. Nagle | 3.00 hrs. |
| 07/13/12 | Review and prepare affiliation agreements side letters for FOX stations. | |
| | R. Kaye (Paralegal) | 3.20 hrs. |
| 07/13/12 | Analyze retransmission payments required for out of market carriage of Fox stations under new affiliation agreement (0.3); prepare email to K. Connor re same (0.1). | |
| | R. Folliard III | 0.40 hrs. |
| 07/17/12 | Prepare email to J. Roberts re asserting network non-duplication rights for Fox stations. | |
| | R. Folliard III | 0.10 hrs. |
| 07/19/12 | Telephone call with J. Roberts re asserting network non-duplication for Fox affiliates. | |
| | R. Folliard III | 0.30 hrs. |
| 07/23/12 | Prepare sample network non-duplication letters for Tribune (0.2); prepare email to J. Roberts re non-duplication rights for Fox affiliates. | |
| | R. Folliard III | 0.30 hrs. |
| 07/30/12 | Prepare email to C. Sennett re enforcing network non-duplication rights for Fox stations. | |
| | R. Folliard III | 0.20 hrs. |

### BILLING SUMMARY

|  | Hours |
|---|---|
| FEORE | 1.20 |
| LOGAN | 4.00 |
| NAGLE | 12.60 |
| FOLLIARD III | 1.60 |

August 27, 2012                                                    Page 18

Tribune Company                                              Invoice 560282

|          | KAYE  | 3.20  |
|----------|-------|-------|
|          | TOTAL | 22.60 |

Fees for Professional Services .................................................................. $    10,318.00
Total Current Billing for This File............................................................... $    10,318.00


Total Current Billing for This Invoice........................................................... $    126,086.88

# ꙮ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**


August 27, 2012

Tribune Company                                                        Invoice 560282
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611


Our File # 08656.0100          For Services Through July 31, 2012
FCC/Broadcast Matters
    Total Current Billing for This Invoice ........................................................... $          96,554.12


Our File # 08656.0101          For Services Through July 31, 2012
Retention and Fee Applications
    Total Current Billing for This Invoice ........................................................... $           8,190.00


Our File # 08656.0104          For Services Through July 31, 2012
Broadcast Contracts
    Total Current Billing for This Invoice ........................................................... $          11,024.76


Our File # 08656.0104:001          For Services Through July 31, 2012
Fox and Network Agreements
    Total Current Billing for This Invoice ........................................................... $          10,318.00


    Total Current Billing for This Invoice ........................................................... $         126,086.88

Bank Name: Wells Fargo Bank, N.A.
Account Name: Dow Lohnes PLLC Main Operating Account
Account #: 2000026604103

Reference: Client/Matter # and Invoice#

**Wire Transfer Instructions:**
Domestic – Wire Transfer Routing Transit Number:  121000248
International – Wire Transfer SWIFT BIC Routing Number:  WFBIUS6S

**ACH Transmission Instructions:**
ACH Transmission Routing Transit Number:  054001220

## EXHIBIT B

### FEE SUMMARY FOR THE PERIOD FROM
### JULY 1 - JULY 31, 2012

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 20.4 | 11,220.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 760 | 37.0 | 28,120.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 390 | 12.8 | 4,992.00 |
| Rebecca A. Kaye | Paralegal (2010); Corporate; n/a | 160 | 3.2 | 512.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 57.7 | 37,505.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 280 | 32.5 | 9,100.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 5.3 | 1,272.00 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); | 450 | 18.2 | 8,190.00 |
| Maureen M. Nagle | Senior Counsel (since 2008); Corporate; 2000 (NY) & 2011 (DC) | 450 | 12.6 | 5,670.00 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 | 470 | 4.0 | 1,880.00 |
| Kerry E. Stotler | Associate (since 2010); Communications; 2009 (VA) & 2010 | 310 | 4.6 | 1,426.00 |
| Derek H. Teslik | Associate (since 2007); Communications; 2008 (NY) & DC | 350 | 4.9 | 1,715.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 650 | 17.3 | 11,245.00 |
| David J. Wittenstein | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 700 | 3.2 | 2,240.00 |
| **TOTALS** | | | 233.7 | 125,087.00 |
| **BLENDED RATE** | | | | 535.2460419 |

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2012 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $760 per hour.

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM
## JULY 1 - JULY 31, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 163.7 | 95,558.00 |
| Fee Applications 08656.0101 | 18.2 | 8,190.00 |
| Broadcast Contracts 08656.0104 | 29.2 | 11,021.00 |
| Fox and Network Agreements 08656.0104:001 | 22.6 | 10,318.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **233.7** | **125,087.00** |

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## JULY 1 - JULY 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 594.90 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 72.41 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Research Service | Westlaw | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | Lasership - FCC | 10.51 |
| Messenger Services | Washington Express | 69.77 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | BIA | 0.00 |
| Postage | | 0.46 |
| Search Services | Pacer | 226.02 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 0.00 |
| Telephone Tolls | | 9.12 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 16.69 |

**Total**                                                   **999.88**

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.