# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,[1]

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

**Objection Deadline: September 17, 2012 4:00 pm (ET)**
**Hearing Date: Only If Objection Filed**

## NOTICE OF APPLICATION

TO:    THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE AND THE NOTICE PARTIES

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

The Fortieth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2012 Through July 31, 2012 (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $49,212.50 and interim expenses in the amount of $734.98.

Objections to the relief requested in the Application, if any, are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before September 17, 2012, at 4:00 p.m. (ET) (the **"Objection Deadline"**).

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline:   (i) co-counsel to the Debtors:   Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn:  Kenneth P. Kansa, Esq. and Jillian K. McClelland Esq.; and Cole, Schotz, Meisel, Forman & Leonard, P.A., 1000 N. West St., Suite 1200, Wilmington, DE 19801, Attn:  J. Kate Stickles, Esq. and Norman J. Pernick, Esq.; (ii) counsel to the  Barclays  Bank PLC,  in  its capacity  as  Lender,  Funding Agent,  and Administrative Agent:  Edwards Angell Palmer & Dodge, 919 North Market Street, Suite 1500, Wilmington, DE 19801, Attn:  Stuart M. Brown, Esq. and William E. Chapman, Jr., Esq. and Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5820, Attn:  Brian Trust, Esq. and Amit K. Trehan, Esq.; (iii) counsel to the Administrative Agent for the Prepetition Lenders: Davis, Polk & Wardell, LLP, 450 Lexington Avenue, New York, NY 10017, Attn:  Donald S. Bernstein, Esq. and James A. Florack, Esq. and Richards, Layton & Finger, P.A., 920 N. King Street, P.O. Box 551 Wilmington, DE 19899-0511, Attn:  Mark D. Collins, Esq. and Katisha D. Fortune, Esq.; (iv) counsel to the Committee:  Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis, Esq. and Matthew B. McGuire, Esq. and Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, Attn:  Howard Seife, Esq. and David M. LeMay, Esq.; and (v) the Office of the United Sates Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn:  Joseph J. McMahon, Jr., Esq.

PLEASE  TAKE  FURTHER  NOTICE  THAT  PURSUANT  TO  THE  ORDER ESTABLISHING   PROCEDURES   FOR   INTERIM   COMPENSATION   AND REIMBURSMENT OF EXPENSES OF PROFESSIONALS AND COMMITTEE MEMBERS PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 [DOCKET NO. 225], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.   ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, WILL A HEARING BE HELD ON THE APPLICATION.   ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

DATED:    August 27, 2012
          Saint Louis, Missouri

                              **STUART MAUE**

                              By: _____
                                  John F. Theil, Esq.
                                  3840 McKelvey Road
                                  St. Louis, Missouri  63044
                                  Telephone:  (314) 291-3030
                                  Facsimile:  (314) 291-6546
                                  tribunebkr@smmj.com

                                  *Fee Examiner*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: September 17, 2012 4:00 pm (ET)** |
| | **Hearing Date: Only If Objection Filed** |

## FORTIETH MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2012 THROUGH JULY 31, 2012

| | |
|---|---|
| Name of Applicant: | Stuart Maue, Ltd. |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 *nunc pro tunc* to February 20, 2009 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| Period for which compensation and reimbursement is sought: | July 1, 2012 through July 31, 2012 |
|---|---|
| Amount of compensation sought as actual, reasonable, and necessary: | $49,212.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $734.98 |

This is a monthly application.

This monthly application includes 8.80 hours incurred in connection with the preparation of fee applications and/or Stuart Maue compensation.

Prior applications:   This is the Fortieth Monthly Application filed by Stuart Maue.   The following is disclosed regarding the prior applications:

| Date Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 07/14/2009 | 03/01/2009 – 04/30/2009 | $62,237.50 | $0.00 | $62,237.50 | $0.00 |
| 07/14/2009 | 05/01/2009 – 05/31/2009 | $69,957.50 | $0.00 | $69,957.50 | $0.00 |
| 07/27/2009 | 06/01/2009 – 06/30/2009 | $118,202.50 | $13.40 | $118,202.50 | $13.40 |
| 08/26/2009 | 07/01/2009 – 07/31/2009 | $96,100.00 | $176.60 | $96,100.00 | $176.60 |
| 09/29/2009 | 08/01/2009 – 08/31/2009 | $80,385.00 | $328.40 | $80,385.00 | $328.40 |
| 10/28/2009 | 09/01/2009 – 09/30/2009 | $36,160.00 | $97.50 | $36,160.00 | $97.50 |
| 12/01/2009 | 10/01/2009 – 10/31/2009 | $65,020.00 | $45.00 | $65,020.00 | $45.00 |
| 12/28/2009 | 11/01/2009 – 11/30/2009 | $85,530.00 | $360.65 | $85,530.00 | $360.65 |
| 01/26/2010 | 12/01/2010 – 12/31/2009 | $75,320.00 | $313.31 | $75,320.00 | $313.31 |
| 02/26/2010 | 01/01/2010 – 01/31/2010 | $63,165.00 | $665.80 | $63,165.00 | $665.80 |
| 03/26/2010 | 02/01/2010 – 02/28/2010 | $58,205.00 | $358.60 | $58,205.00 | $358.60 |
| 04/26/2010 | 03/01/2010 – 03/31/2010 | $46,575.00 | $344.57 | $46,575.00 | $344.57 |
| 05/26/2010 | 04/01/2010 – 04/30/2010 | $41,027.50 | $282.22 | $41,027.50 | $282.22 |
| 06/28/2010 | 05/01/2010 – 05/31/2010 | $72,517.50 | $167.14 | $72,517.50 | $167.14 |
| 07/28/2010 | 06/01/2010 – 06/30/2010 | $63,430.00 | $85.68 | $63,430.00 | $85.68 |
| 08/26/2010 | 07/01/2010 – 07/31/2010 | $64,875.00 | $344.07 | $64,875.00 | $344.07 |
| 09/29/2010 | 08/01/2010 – 08/31/2010 | $88,587.50 | $502.30 | $88,587.50 | $502.30 |
| 10/28/2010 | 09/01/2010 – 09/30/2010 | $125,257.50 | $442.12 | $100,206.00 | $442.12 |
| 12/02/2010 | 10/01/2010 – 10/31/2010 | $83,692.50 | $1,011.13 | $66,954.00 | $1,011.13 |
| 12/28/2010 | 11/01/2010 – 11/30/2010 | $57,522.50 | $34.43 | $46,018.00 | $34.43 |
| 02/03/2011 | 12/01/2010 – 12/31/2010 | $34,180.00 | $291.83 | $27,344.00 | $291.83 |
| 02/25/2011 | 01/01/2011 – 01/31/2011 | $77,937.50 | $420.16 | $62,350.00 | $420.16 |
| 03/25/2011 | 02/01/2011 – 02/28/2011 | $148,857.50 | $739.90 | $119,086.00 | $739.90 |
| 04/26/2011 | 03/01/2011 – 03/31/2011 | $37,042.50 | $1,211.11 | $29,634.00 | $1,211.11 |
| 05/25/2011 | 04/01/2011 – 04/30/2011 | $41,697.50 | $239.77 | $33,358.00 | $239.77 |
| 06/27/2011 | 05/01/2011 – 05/31/2011 | $31,865.00 | $175.95 | $25,492.00 | $175.95 |
| 07/27/2011 | 06/01/2011 – 06/30/2011 | $36,907.50 | $324.09 | $29,526.00 | $324.09 |
| 08/26/2011 | 07/01/2011 – 07/31/2011 | $108,362.50 | $194.47 | $86,690.00 | $194.47 |

| Date Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 09/26/2011 | 08/01/2011 – 08/31/2011 | $92,127.50 | $797.39 | $73,702.00 | $797.39 |
| 10/28/2011 | 09/01/2011 – 09/30/2011 | $115,882.50 | $766.54 | $92,706.00 | $766.54 |
| 11/28/2011 | 10/01/2011 – 10/31/2011 | $95,012.50 | $370.52 | $76,010.00 | $370.52 |
| 12/27/2011 | 11/01/2011 – 11/30/2011 | $76,987.50 | $371.93 | $61,590.00 | $371.93 |
| 1/23/2012 | 12/1/2011 – 2/31/2011 | $76,985.00 | $672.79 | $61,588.00 | $672.79 |
| 2/28/2012 | 1/1/2012 – 1/31/2012 | $57,470.00 | $406.73 | $45,976.00 | $406.73 |
| 3/26/2012 | 2/1/2012 – 2/29/2012 | $65,495.00 | $382.61 | $52,396.00 | $382.61 |
| 4/25/2012 | 3/1/2012 – 3/31/2012 | $134,297.50 | $732.34 | $107,438.00 | $732.34 |
| 5/30/2012 | 4/1/2012 – 4/30/2012 | $207,015.00 | $1,010.54 | $165,612.00 | $1,010.54 |
| 6/29/2012 | 5/1/2012 – 5/31/2012 | $136,412.50 | $757.81 | $109,130.00 | $757.81 |
| 7/30/2012 | 6/1/2012 – 6/30/2012 | $82,450.00 | $1,049.24 | $65,960.00 | $1,049.24 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:  September 17, 2012 4:00 pm (ET)** **Hearing Date: Only If Objection Filed** |

## FORTIETH MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>JULY 1, 2012 THROUGH JULY 31, 2012</u>

Stuart Maue, Fee Examiner to the Court, hereby submits this Fortieth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Tribune Media Services, Inc. (1080); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Reimbursement of Expenses for the Period July 1, 2012 Through July 31, 2012 (the "**Application**"). In support thereof, Stuart Maue respectfully states the following:

## BACKGROUND

1.      On December 8, 2008 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (the "**Debtors**") commenced these bankruptcy cases by each filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On December 10, 2008, the Court consolidated the Debtors' chapter 11 cases for procedural purposes only.

2.      The Debtors have continued in possession of their respective properties and continued to operate and maintain their business as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

3.      On March 19, 2009, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") appointing Stuart Maue as fee examiner *nunc pro tunc* to February 20, 2009.

4.      The Fee Examiner Order provides that Stuart Maue shall be compensated on an hourly basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

5.      Stuart Maue has not shared or agreed to share any compensation paid in this case with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

7.      The statutory bases for relief requested herein are Bankruptcy Code Sections 105(a), 330, and 331.

## BASIS FOR THE APPLICATION

8.      Subject to Court approval, Stuart Maue seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Stuart Maue during the period from July 1, 2012 through July 31, 2012 (the "**Application Period**"). The hourly rates charged by Stuart Maue during the Application Period are no greater than the customary hourly rates charged to Stuart Maue's bankruptcy and non-bankruptcy clients.

9.      A summary of the hours spent, the names of each professional rendering services during the Application Period, the regular customary billing rates, and the total value of time incurred by each of the Stuart Maue professionals rendering services to the Court is attached as **Exhibit A**. A copy of the computer generated time entries reflecting the time recorded for the services is attached as **Exhibit B**. A statement of expenses incurred by Stuart Maue during the Application Period is attached as **Exhibit C**. All time entries and requested expense are in compliance with Local Rule 2016-2.

10.      On January 15, 2009, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**"). Pursuant to the Interim Compensation Order, Stuart Maue and other professionals are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications with respect to their fees and expenses. After the expiration of a twenty (20) day objection period, the Debtors are authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the monthly fee application, unless an objection has been lodged against specific fees and/or expenses or the Court otherwise orders.

11.      In accordance with the Interim Compensation Order, Stuart Maue has filed and served upon the Debtors and other parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period. During

the Application Period, Stuart Maue incurred fees of $49,212.50 and expenses in the amount of $734.98.

12.     Stuart Maue has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services.

13.     Stuart Maue has not shared, nor agreed to share, (a) any compensation received or that may be received with another party or person, other than with the employees of Stuart Maue, or (b) any compensation another person or party has received or may receive.  No promises have been received by Stuart Maue as to compensation other than in accordance with the Bankruptcy Code.

14.     All services and costs for which compensation is requested by Stuart Maue in this Application were reasonable and necessary and were performed for the benefit of the Court.

## SUMMARY OF SERVICES RENDERED

15.     The Court appointed the Fee Examiner to analyze interim and final fee applications filed by case professionals subject to the Interim Compensation Order and the Fee Examiner Order.

16.     In addition to receiving, reconciling, and analyzing interim fee applications and the underlying fee and expense entries, during the month of July 2012 the Fee Examiner prepared and issued Preliminary Reports to case professionals, communicated with the firms regarding billing issues and questions, and filed Final Reports with the Court. The Fee Examiner also engaged in communications with case professionals and performed other duties in support of the fee order approved by the Court.

17.     When Stuart Maue receives an interim fee application and electronic invoice data from a case professional, the initial step is the creation of a database that attorneys and accountants use to perform their analysis.  Stuart Maue utilizes proprietary software for the specific purpose of managing, analyzing, and reporting on legal fees and expenses. The software allows Stuart Maue to view the entries in various formats (*i.e.*, chronologically, sorted by

timekeeper, sorted by matter or project); to perform searches; to group phases, projects, tasks, activities, and expense categories; and to generate exhibits of relevant time or expense entries.

18.     After each database is populated with the fee and expense entries, a Stuart Maue accountant performs a series of activities to balance the database and reconcile the data to the hard copy of the fee application.  This process includes verification and reconciliation of information including timekeepers (the timekeeper identifier, position, hourly rates(s)), matters/projects, task hour allocation, embedded time (time allocated to specific activities in an otherwise block billed entry), descriptions of entry codes utilized by the case professional, hourly rate increases, expense categories, and expense documentation.  In addition to identifying and quantifying any calculation errors in the fee application, the reconciliation process identifies missing or incomplete data.

19.     Stuart Maue attorneys then perform detailed analysis of the fees and underlying time entries.  The attorneys review the fee application, the retention application and retention order, and other documents relevant to the case professional.  With the aid of proprietary software, Stuart Maue attorneys perform a line-by-line review of the invoice data for compliance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").  In addition, the attorneys review the application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.  While the identification of certain billing issues – such as duplicative time entries or fees invoiced by summer associates – may be flagged either by computer software or a manual review of the hard copy fee applications, most entries that may

not comply with applicable guidelines or other relevant authority require qualitative analysis of the invoice data by an experienced attorney.

20.     The expense items in each fee application are reviewed by a Stuart Maue accountant for compliance with the Local Rules, the UST Guidelines, applicable limits, and other Court directives. Stuart Maue's software assists in the identification of several issues related to expenses, including mathematical errors, verification of proper rates (photocopies, facsimile), and pre-retention date expenses. However, other expenses require detailed review by an accountant, such as the application of cost caps to meal charges, identification of questionable travel costs, identification of firm overhead, and analysis of vaguely described disbursements.

21.     Upon completion of the fee and expense analysis, Stuart Maue prepares a detailed preliminary report of our findings that includes an explanation of the billing issues and exhibits of the fee or expense entries in question. The preliminary report is provided to the case professional, and the firm is invited to respond with additional information, detail, or support for the fees and expenses incurred. In addition to reviewing any written response from the case professional (which often includes exhibits, revised time entries, and/or supporting documentation for expenses), Stuart Maue attorneys often engage in discussions with the professionals. After consideration of the firm's response, Stuart Maue prepares a final report for the Court that includes recommendations regarding the fees and expenses requested in the interim fee applications.

## COMPENSATION REQUESTED

22.     Stuart Maue expended 144.70 hours during the Application Period in furtherance of work performed on behalf of the Court. Stuart Maue requests allowance of compensation in the amount of $49,212.50 for services performed as Fee Examiner at a blended hourly rate of $340.10. Pursuant to the Interim Compensation Order, Stuart Maue requests payment of 80% of the total fees requested; the amount of $39,370.00. None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

23.     During the Application Period, Stuart Maue incurred certain necessary expenses in rendering services as Fee Examiner to the Court; the expenses are displayed in Exhibit C. Consistent with the Local Rules and the UST Guidelines, Stuart Maue charged $0.10 per page for in-house document duplication.

24.     Stuart Maue seeks reimbursement for its reasonable, necessary, and actual expenses incurred during the Application Period in the total amount of $734.98.

## NOTICE

25.     Notice of this Application has been served upon the Notice Parties specified in the Interim Compensation Order.  In accordance with the terms of the Interim Compensation Order, Stuart Maue respectfully submits that no other or further notice is required.

**WHEREFORE**, Stuart Maue respectfully requests that the Court (i) grant the Application; and (ii) grant such other and further relief as this Court may deem just and proper.


DATED:   August 27, 2012
            Saint Louis, Missouri


**STUART MAUE**

By: _____
John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

# Exhibit A

**Exhibit A**

## SUMMARY OF TIME AND FEES BY PROFESSIONAL

| Name of Professional | Position | Hourly Billing Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| John Theil | Sr. Legal Aud./Mgr. | $375.00 | 78.70 | $29,512.50 |
| John Trunko | Sr. Legal Auditor | $350.00 | 19.40 | 6,790.00 |
| David Schrader | Legal Auditor | $325.00 | 1.90 | 617.50 |
| Pam Snyder | Legal Auditor/Acct. | $275.00 | 44.70 | 12,292.50 |
| | | **Total:** | 144.70 | $49,212.50 |
| | | **Blended Hourly Rate:** | $340.10 | |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Fee Examination | 135.90 | $45,915.50 |
| Stuart Maue Retention/Compensation | 8.80 | $3,300.00 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (4,765 pages @ $0.10 per page) | $476.50 |
| Postage | 258.48 |
| **Total** | $ 734.98 |

# Exhibit B

Exhibit: B

## STUART∨MAUE
### LEGAL COST ∨ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031596**
**Matter Number: 1031596**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/18/2012 | JT | 1.40 | Review, edit and verify audit and finalize preliminary report. | 525.00 |
| 07/27/2012 | JT | 0.20 | Draft email to A. Leung regarding the exhibits to the 11th interim preliminary report. | 75.00 |
| | | **1.60** | | **$600.00** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031596**
**Matter Number: 1031596**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2012**

**Lead Attorney**

| | | | | |
|---|---|---|---|---|
| John Theil | JT | 375.00 x | 1.60 = | $600.00 |
| | | Total for Lead Attorney: | 1.60 | $600.00 |
| | | Total Hours Worked: | 1.60 | |
| | | Total Hours Billed: | 1.60 | $600.00 |

Exhibit: B

### STUART/MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 – 1031601**
**Matter Number: 1031601**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/18/2012 | JT | 1.60 | Review, edit and verify audit and finalize preliminary report. | 600.00 |
| | | **1.60** | | **$600.00** |

Exhibit: B

## STUART/MAUE
LEGAL COST √ MANAGEMENT

Invoice Date: 08/27/2012
Invoice Number: R1319 - 1031601
Matter Number: 1031601
Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2012**

**Lead Attorney**

| | | | | |
|---|---|---|---|---|
| John Theil | JT | 375.00 x | 1.60 = | $600.00 |
| | | Total for Lead Attorney: | 1.60 | $600.00 |
| | | Total Hours Worked: | 1.60 | |
| | | Total Hours Billed: | 1.60 | $600.00 |

Exhibit: B

# *STUART/MAUE*
### LEGAL COST √ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1032362**
**Matter Number: 1032362**
**Firm: Davis Wright Tremaine**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/18/2012 | JT | 1.90 | Analyze, edit and verify audit and complete initial report. | 712.50 |
| | | **1.90** | | **$712.50** |

*STUART/MAUE*
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1032362**
**Matter Number: 1032362**
**Firm: Davis Wright Tremaine**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 07/31/2012 | | | | |
| **Lead Attorney** | | | | |
| John Theil | JT | 375.00 x | 1.90 = | $712.50 |
| Total for Lead Attorney: | | | 1.90 | $712.50 |
| Total Hours Worked: | | | 1.90 | |
| Total Hours Billed: | | | 1.90 | $712.50 |

Exhibit: B

**STUART/MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031603**
**Matter Number: 1031603**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/19/2012 | JT | 1.60 | Analyze, edit and verify audit and finalize initial report. | 600.00 |
| | | **1.60** | | **$600.00** |

**Exhibit: B**

# STUART MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031603**
**Matter Number: 1031603**
**Firm: Dow Lohnes PLLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2012** | | | | |
| **Lead Attorney** | | | | |
| John Theil | JT | 375.00 x | 1.60 = | $600.00 |
| | | Total for Lead Attorney: | 1.60 | $600.00 |
| | | Total Hours Worked: | 1.60 | |
| | | Total Hours Billed: | 1.60 | $600.00 |

# STUART/MAUE
### LEGAL COST ✓ MANAGEMENT

**Invoice Date:** 08/27/2012
**Invoice Number:** R1319 – 1031605
**Matter Number:** 1031605
**Firm:** Jenner & Block LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/19/2012 | JT | 1.80 | Analyze, edit and verify audit and finalize initial report. | 675.00 |
| | | **1.80** | | **$675.00** |

**Exhibit: B**

*STUART/MAUE*
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031605**
**Matter Number: 1031605**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2012**

**Lead Attorney**

| John Theil | JT | 375.00 x | 1.80 = | $675.00 |
|------------|----|----------|--------|---------|
| | | **Total for Lead Attorney:** | **1.80** | **$675.00** |
| | | **Total Hours Worked:** | **1.80** | |
| | | **Total Hours Billed:** | **1.80** | **$675.00** |

# STUART/MAUE
LEGAL COST ⋁ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031606**
**Matter Number: 1031606**
**Firm: Jones Day**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/30/2012 | DS | 1.90 | Analysis of all time entries and classification of block-billed, administrative, clerical, vague, intra-office conference and retention/compensation entries. | 617.50 |
| | | **1.90** | | **$617.50** |

**Exhibit: B**

*STUART/MAUE*
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031606**
**Matter Number: 1031606**
**Firm: Jones Day**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2012** | | | | |
| **Legal Auditors** | | | | |
| David Schrader | DS | 325.00 x | 1.90 = | $617.50 |
| | | **Total for Legal Auditors:** | **1.90** | **$617.50** |
| | | **Total Hours Worked:** | **1.90** | |
| | | **Total Hours Billed:** | **1.90** | **$617.50** |

# STUART MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031608**
**Matter Number: 1031608**
**Firm: Jones Day**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/19/2012 | JT | 0.90 | Analyze, edit and verify audit and finalize initial report. | 337.50 |
| | | 0.90 | | $337.50 |

**Exhibit: B**

*STUART/MAUE*
LEGAL COST ✓ MANAGEMENT

Invoice Date: 08/27/2012
Invoice Number: R1319 - 1031608
Matter Number: 1031608
Firm: Jones Day

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2012** | | | | |
| **Lead Attorney** | | | | |
| John Theil | JT | 375.00 x | 0.90 = | $337.50 |
| | | Total for Lead Attorney: | 0.90 | $337.50 |
| | | Total Hours Worked: | 0.90 | |
| | | Total Hours Billed: | 0.90 | $337.50 |

Exhibit: B

# STUART/MAUE
### LEGAL COST V MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031611**
**Matter Number: 1031611**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/18/2012 | JLT | 4.80 | Continue review and analysis of fee entries and preparation of preliminary report draft re same. | 1,680.00 |
| 07/19/2012 | JLT | 4.50 | Continue preparation of draft preliminary report, including review and editing of questioned fee categories. | 1,575.00 |
| 07/20/2012 | JLT | 5.00 | Continue preparation of draft preliminary report, including review and editing of questioned fee categories. | 1,750.00 |
| 07/23/2012 | JLT | 5.10 | Complete review of fees and preparation of draft preliminary report. | 1,785.00 |
| 07/25/2012 | JT | 3.90 | Analyze billing entries and edit audit and work on initial report. | 1,462.50 |
| 07/26/2012 | PSS | 1.40 | Review preliminary report and exhibits and verify accuracy of amounts. | 385.00 |
| | | **24.70** | | **$8,637.50** |

## STUART␣MAUE
LEGAL COST ␣ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031611**
**Matter Number: 1031611**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2012** | | | | |
| **Lead Attorney** | | | | |
| John Theil | JT | 375.00 x | 3.90 = | $1,462.50 |
| | Total for Lead Attorney: | | 3.90 | $1,462.50 |
| **Senior Legal Auditors** | | | | |
| John L. Trunko | JLT | 350.00 x | 19.40 = | $6,790.00 |
| | Total for Senior Legal Auditors: | | 19.40 | $6,790.00 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.40 = | $385.00 |
| | Total for Legal Auditors: | | 1.40 | $385.00 |
| | Total Hours Worked: | | 24.70 | |
| | Total Hours Billed: | | 24.70 | $8,637.50 |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031612**
**Matter Number: 1031612**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/19/2012 | JT | 1.10 | Review, revise and verify fees and expenses, and complete preliminary report. | 412.50 |
| | | **1.10** | | **$412.50** |

# STUART MAUE
### LEGAL COST ∨ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031612**
**Matter Number: 1031612**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2012** | | | | |
| **Lead Attorney** | | | | |
| John Theil | JT | 375.00 x | 1.10 = | $412.50 |
| | | **Total for Lead Attorney:** | **1.10** | **$412.50** |
| | | **Total Hours Worked:** | **1.10** | |
| | | **Total Hours Billed:** | **1.10** | **$412.50** |

### STUART/MAUE
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031617**
**Matter Number: 1031617**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/20/2012 | JT | 2.40 | Analyze and edit fee and expense audit and verify and finalize preliminary report. | 900.00 |
| | | **2.40** | | **$900.00** |

**Exhibit: B**

# STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031617**
**Matter Number: 1031617**
**Firm: Reed Smith LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2012** | | | | |
| **Lead Attorney** | | | | |
| John Theil | JT | 375.00 x | 2.40 = | $900.00 |
| | | **Total for Lead Attorney:** | 2.40 | $900.00 |
| | | **Total Hours Worked:** | 2.40 | |
| | | **Total Hours Billed:** | 2.40 | $900.00 |

Exhibit: B

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031618**
**Matter Number: 1031618**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/23/2012 | JT | 6.70 | Analyze and manipulate audit pursuant to guidelines and rules, and work on draft of initial report incorporating necessary revisions. | 2,512.50 |
| | | **6.70** | | **$2,512.50** |

**Exhibit: B**

# STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031618**
**Matter Number: 1031618**
**Firm: Seyfarth Shaw LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2012** | | | | |
| **Lead Attorney** | | | | |
| John Theil | JT | 375.00 x | 6.70 = | $2,512.50 |
| | | Total for Lead Attorney: | 6.70 | $2,512.50 |
| | | Total Hours Worked: | 6.70 | |
| | | Total Hours Billed: | 6.70 | $2,512.50 |

Exhibit: B

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date:** 08/27/2012
**Invoice Number:** R1319 - 1030697
**Matter Number:** 1030697
**Firm:** Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/02/2012 | JT | 1.60 | Make final edits to and perform final verification of final report. | 600.00 |
| | | 0.20 | Review and respond to email from J. Ludwig re: update on last outstanding issue. | 75.00 |
| 07/02/2012 | PSS | 0.60 | Continue to prepare final exhibits and summary of findings to accompany final report. | 165.00 |
| 07/06/2012 | JT | 3.90 | Review and analyze numerous emails regarding final report and outstanding issues along with our exhibits and charts, and continue working on revisions and edits to final report. | 1,462.50 |
| | | 0.20 | Draft email to J. Ludwig regarding outstanding lodging discrepancy and verification of final report reductions. | 75.00 |
| | | 1.10 | Several follow-up emails to and from J. Ludwig regarding final reductions and complete final report and verification of calculations in same. | 412.50 |
| | | **7.60** | | **$2,790.00** |

Exhibit: B

## STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1030697**
**Matter Number: 1030697**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 07/31/2012** | | | | | | |
| **Lead Attorney** | | | | | | |
| John Theil | JT | 375.00 | x | 7.00 | = | $2,625.00 |
| | | **Total for Lead Attorney:** | | **7.00** | | **$2,625.00** |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 0.60 | = | $165.00 |
| | | **Total for Legal Auditors:** | | **0.60** | | **$165.00** |
| | | **Total Hours Worked:** | | **7.60** | | |
| | | **Total Hours Billed:** | | **7.60** | | **$2,790.00** |

Exhibit: B

## STUART/MAUE
### LEGAL COST √ MANAGEMENT

Invoice Date: 08/27/2012
Invoice Number: R1319 - 1030857
Matter Number: 1030857
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/05/2012 | JT | 2.40 | Review and analyze firm response and exhibits and outline issues for final report. | 900.00 |
| | | 4.70 | Continue analyzing firm response and begin draft of final report. | 1,762.50 |
| | | 0.30 | Draft detailed email to J. Ludwig regarding reductions and outstanding issues. | 112.50 |
| 07/05/2012 | PSS | 0.90 | Prepare final exhibits and summary of findings to accompany final report. | 247.50 |
| | | 1.40 | Review firm's response and determine reduction for lodging expenses. | 385.00 |
| 07/06/2012 | JT | 0.70 | Work on additional revisions to final report. | 262.50 |
| 07/06/2012 | PSS | 1.30 | Continue to review firm's response and determine reduction for lodging expenses. | 357.50 |
| | | **11.70** | | **$4,027.50** |



**STUART/MAUE**
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1030857**
**Matter Number: 1030857**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2012**

**Lead Attorney**

| John Theil | JT | 375.00 x | 8.10 = | $3,037.50 |
|------------|-----|----------|--------|-----------|
| | | **Total for Lead Attorney:** | **8.10** | **$3,037.50** |

**Legal Auditors**

| Pamela S. Snyder | PSS | 275.00 x | 3.60 = | $990.00 |
|------------------|-----|----------|--------|---------|
| | | **Total for Legal Auditors:** | **3.60** | **$990.00** |

| | | **Total Hours Worked:** | **11.70** | |
|--|--|--|--|--|
| | | **Total Hours Billed:** | **11.70** | **$4,027.50** |



Invoice Date: 08/27/2012
Invoice Number: R1319 - 1031619
Matter Number: 1031619
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/16/2012 | PSS | 0.40 | Continue to review expenses requested in interim application and classify questioned expenses. | 110.00 |
| | | 4.70 | Continue to reconcile fees in database to fees requested in interim application. | 1,292.50 |
| 07/17/2012 | PSS | 1.90 | Adjust timekeeper rates in database to account for voluntary reduction. | 522.50 |
| | | 5.20 | Continue to review expenses requested in interim application and classify questioned expenses. | 1,430.00 |
| 07/18/2012 | JT | 0.40 | Study and formulate strategy on handling issue related to voluntary reduction. | 150.00 |
| | | **12.60** | | **$3,505.00** |

**Exhibit: B**

# STUART/MAUE
### LEGAL COST V MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031619**
**Matter Number: 1031619**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2012** | | | | |
| **Lead Attorney** | | | | |
| John Theil | JT | 375.00 x | 0.40 = | $150.00 |
| | Total for Lead Attorney: | | 0.40 | **$150.00** |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 12.20 = | $3,355.00 |
| | Total for Legal Auditors: | | 12.20 | $3,355.00 |
| | Total Hours Worked: | | 12.60 | |
| | Total Hours Billed: | | 12.60 | $3,505.00 |

Exhibit: B

# STUART/MAUE
LEGAL COST / MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1032378**
**Matter Number: 1032378**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/13/2012 | JT | 0.40 | Review email and interim application. | 150.00 |
| | | **0.40** | | **$150.00** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1032378**
**Matter Number: 1032378**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2012** | | | | |
| **Lead Attorney** | | | | |
| John Theil | JT | 375.00 x | 0.40 = | $150.00 |
| | | **Total for Lead Attorney:** | **0.40** | **$150.00** |
| | | **Total Hours Worked:** | **0.40** | |
| | | **Total Hours Billed:** | **0.40** | **$150.00** |

Exhibit: B

# STUART MAUE
### LEGAL COST √ MANAGEMENT

Invoice Date: 08/27/2012
Invoice Number: R1319 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/02/2012 | JT | 0.30 | Review email and billing detail from Levine attached and follow up regarding same. | 112.50 |
| | | 0.10 | Review email and attachments from Landis regarding fee and expense detail and respond to same. | 37.50 |
| | | 0.50 | Review recent filings and fee applications. | 187.50 |
| 07/03/2012 | PSS | 1.10 | Review applications received recently. | 302.50 |
| 07/05/2012 | JT | 0.20 | Conversation with Levine regarding handling of fee sharing in fee application. | 75.00 |
| | | 0.30 | Review and analyze email from Cole Schotz and attachment regarding draft order re: 9th and 10th fee periods and respond to same after verfication of numbers. | 112.50 |
| 07/05/2012 | PSS | 1.50 | Review proposed omnibus orders for 9th and 10th interim periods. | 412.50 |
| 07/06/2012 | JT | 0.40 | Review and analyze incoming fee applications and related pleadings. | 150.00 |
| | | 0.30 | Several emails and analysis of suggested change in Zuckcr-TB7. | 112.50 |
| | | 0.10 | Listen to voicemail from K. Stickles regarding filing of reports. | 37.50 |
| | | 0.20 | Additional emails to and from K. Stickles regarding status of reports and amendment to Zuckerman. | 75.00 |
| | | 0.10 | Emails to and from K. Stickles regarding ominibus orders and status of Zuckerman and Sidley 10. | 37.50 |
| | | 0.10 | Review email and attachment from P. Ratkowiak regarding ominibus fee order and respond to same. | 37.50 |
| | | 0.10 | Read email from K. Stickles regarding Deloite fee applications and respond to same. | 37.50 |
| 07/06/2012 | PSS | 0.20 | Review amended proposed order for 10th interim period. | 55.00 |
| | | 2.40 | Prepare final exhibits and summary of findings to accompany final reports (SIDLY-TB10, ZUCKER-TB7). | 660.00 |
| 07/10/2012 | JT | 0.60 | Review and analyze email and attachment from Alvarez regarding outstanding fees and emergence and detail request for internal analysis and response. | 225.00 |
| | | 0.40 | Review and examine incoming fee applications. | 150.00 |
| | | 0.20 | Review email and attachment from Moelis regarding March and April fee detail and respond to same. | 75.00 |
| | | 0.10 | Send email request to Moelis for March and April's fee detail. | 37.50 |
| | | 0.20 | Review email and attachment from Moelis regarding fee detail and fee application and respond to same. | 75.00 |
| 07/11/2012 | JT | 0.10 | Review email from P. Ratkowiak regarding interim fee deadline for 14th fee period. | 37.50 |
| | | 0.10 | Review email and attachments regarding fee hearing from P. Ratkowiak. | 37.50 |
| | | 0.50 | Review Notice of Agenda and generally prepare for hearing for potential questions regarding 9th and 10th fee period final reports. | 187.50 |
| | | 0.50 | Review incoming fee applications and associated pleadings. | 187.50 |
| | | 2.80 | Study, verify and update fees and expenses schedule in preparation of submitting request from Alvarez Marsal. | 1,050.00 |
| | | 0.60 | Attend and participate in hearing (in part) through fee hearing issues and discussion. | 225.00 |
| 07/11/2012 | PSS | 0.60 | Review applications received recently. | 165.00 |
| | | 0.50 | Verify fee schedules pursuant to Alvarez Marsal's request. | 137.50 |

Exhibit: B

## STUART/MAUE
### LEGAL COST ⋁ MANAGEMENT

Invoice Date: 08/27/2012
Invoice Number: R1319 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/12/2012 | JT | 0.20 | Review email regarding April 2012 fees and expense disbursement. | 75.00 |
| | | 0.50 | Work on detailed email summarizing changes and certifications. | 187.50 |
| | | 1.90 | Complete review and analysis re: Alvarez Marsal request and update chart regarding same. | 712.50 |
| 07/13/2012 | JT | 0.40 | Review and analyze various firms' interim fee applications filed. | 150.00 |
| | | 0.30 | Review email and interim application from L. Lankford - Reed Smith and reply to same. | 112.50 |
| | | 0.50 | Finalize and verify 13th Interim Fee Application. | 187.50 |
| | | 0.20 | Review email and fee detail from S. Finseth re: PwC. | 75.00 |
| | | 0.90 | Final verification and edits to fee and expense request from A&M. | 337.50 |
| | | 4.60 | Study monthly fee applications, other documents and spreadsheets and prepare all documents necessary for 13th Interim Fee Application. | 1,725.00 |
| 07/16/2012 | JT | 0.70 | Review and analyze incoming Interim and Quarterly Fee Applications and some monthly Fee Applications. | 262.50 |
| | | 0.20 | Review and study email regarding handling of 11th and 12th fee periods and reply to same. | 75.00 |
| | | 0.30 | Phone conference with K. Stickles regarding timing and strategies regarding proper handling of remaining fee applications and hearings. | 112.50 |
| | | 0.90 | Continued strategy and analysis of handling current, upcoming and final fee applictions. | 337.50 |
| 07/16/2012 | PSS | 2.50 | Review applications recently received. | 687.50 |
| 07/17/2012 | PSS | 0.90 | Review applications received recently. | 247.50 |
| 07/18/2012 | JT | 0.20 | Review fee application and detail from Dow Lohnes and respond to same. | 75.00 |
| | | 0.40 | Review last of the current period's interim fee applications along with some monthly apps. | 150.00 |
| | | 0.20 | Review fee application and detail from Campbell & Levine and respond to same. | 75.00 |
| | | 0.20 | Review fee application and detail from Jones Day re: Special Comm. and reply to same. | 75.00 |
| 07/18/2012 | PSS | 1.80 | Update status spreadsheet with amounts approved in Omnibus Order for the Ninth and Tenth Interim Periods. | 495.00 |
| 07/19/2012 | JT | 0.10 | Review email from P. Ratkowiak and monthly fee application attached and reply to same. | 37.50 |
| | | 0.30 | Review payment advice and verify same with 7th interim holdbacks. | 112.50 |
| 07/20/2012 | JT | 0.80 | Review and analyze fee and expense data and work on CNO re: 38th monthly fee application. | 300.00 |
| | | 0.30 | Review email regarding status of reports and responses, analyze question and provide answer to same. | 112.50 |
| | | 0.40 | Review various fee pleadings and Zuckerman's supplemental fee application related to expert litigation expenses. | 150.00 |
| 07/23/2012 | PSS | 5.60 | Review preliminary reports and exhibits and verify accuracy of amounts (ALIX-TB11, COLE-TB11, DAVIS-TB4). | 1,540.00 |
| | | 0.60 | Review applications received recently. | 165.00 |
| 07/24/2012 | PSS | 6.60 | Review preliminary reports and exhibits and verify accuracy of amounts (DOW-TB9, JENN-TB11, JONES-TB8, MERCE-TB11, REED-TB11, SEY-TB9, ZUCKER-TB8). | 1,815.00 |

# STUART MAUE
### LEGAL COST MANAGEMENT

Invoice Date: 08/27/2012
Invoice Number: R1319 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/25/2012 | JT | 0.30 | Review and analyze MOR with regard to fees and expenses. | 112.50 |
| | | 0.50 | Review confirmation order and notice of appeal and associated filings. | 187.50 |
| | | 0.70 | Finalize and verify seven initial reports. | 262.50 |
| | | 0.90 | Begin analysis of fee and expenses and general preparation of SMMJ's 39th monthly fee application. | 337.50 |
| | | 0.30 | Review and analyze email and interim fee and expense detail from J. Ludwig for 13th fee period. | 112.50 |
| 07/25/2012 | PSS | 0.50 | Review applications received recently. | 137.50 |
| 07/26/2012 | PSS | 0.20 | Review applications received recently. | 55.00 |
| 07/27/2012 | JT | 0.40 | Review various pleadings filed associated with confirmation and newly filed fee applications. | 150.00 |
| | | 1.60 | Finalize and verify SMMJ's 39th monthly fee application and update spreadsheet accordingly. | 600.00 |
| | | 3.20 | Begin analyzing billing entries for potential violations of UST guidlines and local rules. | 1,200.00 |
| | | 0.20 | Analyze email and fee detail from F. Panchak and respond re: same. | 75.00 |
| | | 0.20 | Review email and attachments from H. Lamb re: fee and expense detail and respond to same. | 75.00 |
| 07/30/2012 | JT | 0.20 | Review email from C. Meazell re: 37th monthly fee application and respond to same. | 75.00 |
| | | 0.40 | Perform final verification of SMMJ's 39th Monthly Fee Application. | 150.00 |
| 07/31/2012 | JT | 0.20 | Review and analyze incoming fee applications. | 75.00 |

|  | 57.40 | | | $19,025.00 |
|---|---|---|---|---|

Invoice Date: 08/27/2012
Invoice Number: R1319 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| **Lead Attorney** | | | | |
| John Theil | JT | 375.00 x | 32.40 = | $12,150.00 |
| | | **Total for Lead Attorney:** | 32.40 | $12,150.00 |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 25.00 = | $6,875.00 |
| | | **Total for Legal Auditors:** | 25.00 | $6,875.00 |

Exhibit: B

# STUART/MAUE
### LEGAL COST✓MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2012**

| | | | | |
|---|---|---|---|---|
| Total Hours Worked: | | | 57.40 | |
| Total Hours Billed: | | | 57.40 | $19,025.00 |



**Exhibit: B**

Invoice Date: 08/27/2012
Invoice Number: R1319 - 1030859
Matter Number: 1030859
Firm: Zuckerman Spaeder

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/05/2012 | JT | 0.40 | Review email response to outstanding questions and analyze attachment. | 150.00 |
| | | 0.50 | Review and analyze manipulation of Zuckerman's revisions to the Travel Expense detail to ascertain ceiling overages. | 187.50 |
| | | 0.30 | Analyze spreadsheet re: firm's breakdown and draft email re: same to outline remaining issues. | 112.50 |
| 07/05/2012 | PSS | 0.80 | Review firm's response and determine reduction for travel expenses. | 220.00 |
| 07/06/2012 | JT | 0.50 | Make final edits to amended final report. | 187.50 |
| | | 0.60 | Review language to be modified and work on revisions to final report and re-verify same. | 225.00 |
| | | 0.80 | Work on final edits to final report. | 300.00 |
| | | 0.40 | Review revised chart and draft email to A. Goldfarb re: revised recommendation for reductions. | 150.00 |
| | | 0.80 | Several addtional emails to and from A. Goldfarb regarding outstanding issues and finalize and verify final report. | 300.00 |
| | | 0.80 | Review and analyze email and attachment from firm regarding outstanding issues. | 300.00 |
| 07/06/2012 | PSS | 1.10 | Review firm's additional response and revise reduction for travel expenses. | 302.50 |
| | | **7.00** | | **$2,435.00** |

**Exhibit: B**

*STUART/MAUE*
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1030859**
**Matter Number: 1030859**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2012**

**Lead Attorney**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John Theil | JT | 375.00 | X | 5.10 | = | $1,912.50 |
| | | **Total for Lead Attorney:** | | **5.10** | | **$1,912.50** |

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | X | 1.90 | = | $522.50 |
| | | **Total for Legal Auditors:** | | **1.90** | | **$522.50** |
| | | **Total Hours Worked:** | | **7.00** | | |
| | | **Total Hours Billed:** | | **7.00** | | **$2,435.00** |

## STUART/MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031595**
**Matter Number: 1031595**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2012** | | | | |
| 07/19/2012 | JT | 1.80 | Analyze, revise and verify audit fees and expenses, and finalize initial report. | 675.00 |
| | | **1.80** | | **$675.00** |

Exhibit: B

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 08/27/2012**
**Invoice Number: R1319 - 1031595**
**Matter Number: 1031595**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2012**

**Lead Attorney**

| | | | | |
|------|----------|------|-------|--------|
| John Theil | JT | 375.00 x | 1.80 = | $675.00 |
| | | **Total for Lead Attorney:** | **1.80** | **$675.00** |
| | | **Total Hours Worked:** | **1.80** | |
| | | **Total Hours Billed:** | **1.80** | **$675.00** |

Exhibit: B

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

| Name | Initials | Rate | Hours | | Amount |
|------|----------|------|-------|---|--------|
| **Summary For Professional Services through 07/31/2012** | | | | | |
| **Lead Attorney** | | | | | |
| John Theil | JT | 375.00 X | 78.70 | = | $29,512.50 |
| | | **Total for Lead Attorney:** | **78.70** | | **$29,512.50** |
| **Senior Legal Auditors** | | | | | |
| John L. Trunko | JLT | 350.00 X | 19.40 | = | $6,790.00 |
| | | **Total for Senior Legal Auditors:** | **19.40** | | **$6,790.00** |
| **Legal Auditors** | | | | | |
| David Schrader | DS | 325.00 X | 1.90 | = | $617.50 |
| Pamela S. Snyder | PSS | 275.00 X | 44.70 | = | $12,292.50 |
| | | **Total for Legal Auditors:** | **46.60** | | **$12,910.00** |
| | | **Total Hours Worked:** | **144.70** | | |
| | | **Total Hours Billed:** | **144.70** | | **$49,212.50** |

# Exhibit C

EXHIBIT C

## Tribune Company et al. - July 2012 Expenses

PHOTOCOPIES:

|  | 4,765 at $0.10/Page | $ | 476.50 |
|---|---|---|---|

POSTAGE:

|  | Postage Paid | $ | 258.48 |
|---|---|---|---|
|  | **TOTAL EXPENSES:** | **$** | **734.98** |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: September 17, 2012 4:00 pm (ET)** |
| | **Hearing Date: Only If Objection Filed** |

## <u>CERTIFICATION OF JOHN F. THEIL</u>

I, John F. Theil, hereby certify that:

1.      I am a Senior Legal Auditor at Stuart Maue, Fee Examiner in the above-captioned

bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.      This Certification is made in support of the Fortieth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2012 Through July 31, 2012 (the "**Application**") and in compliance with Local Rule 2016-2 (the "**Rule**") and with the United States Trustee's Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**UST Guidelines**").

3.      I have read the Application and I certify that the Application substantially complies with the Rule and the UST Guidelines.

DATED:   August 27, 2012
         Saint Louis, Missouri

**STUART MAUE**

By: _____
         John F. Theil, Esq.
         3840 McKelvey Road
         St. Louis, Missouri 63044
         Telephone:  (314) 291-3030
         Facsimile:  (314) 291-6546
         tribunebkr@smmj.com

         *Fee Examiner*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, John F. Theil, hereby certify that a true and correct copy of the **Notice of Application** and the **Fortieth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2012 Through July 31, 2012** have been served via First Class Mail to the Notice Parties on the attached service list on this 27th day of August, 2012.

STUART MAUE

By: _____
       John F. Theil, Esq.
       3840 McKelvey Road
       St. Louis, Missouri  63044
       Telephone:  (314) 291-3030
       Facsimile:  (314) 291-6546
       tribunebkr@smmj.com

       *Fee Examiner*

**TRIBUNE COMPANY, et al.**

**SERVICE LIST RE FORTIETH MONTHLY FEE APPLICATION**

David Klauder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition
Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)