UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                  :

TRIBUNE COMPANY                         : CASE NO. 08-13222 KJC
                                        :
                                        :
                                        :
DEBTOR                                  :
                                        :
                                        :

## WITHDRAWAL

COMES NOW GE Capital Information Technology Solutions, Inc. FDBA as IKON Financial Services hereby withdraws its claim filed April 27th, 2009 in the amount of $284,930.06 in the above-captioned matter.

This 20th day of August, 2012.

_____
Stephanie Simonton
Bankruptcy Specialist

GE Capital Information Technology Solutions Inc.
FDBA IKON Financial Services
P.O. Box 13708
Macon, Georgia  31208-3708
800-480-6513 ext. 2134