UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                    :

TRIBUNE COMPANY                           : CASE NO. 08-13222 KJC
                                          :
                                          :
                                          :
DEBTOR                                    :
                                          :
                                          :

## WITHDRAWAL

COMES NOW GE Capital Information Technology Solutions, Inc. FDBA as IKON Financial Services as authorized servicing agent of Banc of America & Leasing Capital, LLC hereby withdraws its claim filed April 27th, 2009 in the amount of $19,659.05 in the above-captioned matter.

This 20th day of August, 2012.

*Stephanie Simonton*
Stephanie Simonton
Bankruptcy Specialist

GE Capital Information Technology Solutions Inc.
FDBA IKON Financial Services
P.O. Box 13708
Macon, Georgia 31208-3708
800-480-6513 ext. 2134