# EXHIBIT A

**Tribune Co.** 
Time Log

**Moelis & Company**
**Summary of Hours Worked**
**July 1, 2012 - July 31, 2012**

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 0.0 |
| Jason Warsavsky | Associate | 4.0 |
| Aashish Shah | Analyst | 12.0 |
| | **Total Moelis Team Hours** | **16.0** |

**Tribune Co.**  
Time Log - July 2012

MOELIS & COMPANY

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | -- |
| Jason Warsavsky | Associate | 4.0 |
| Aashish Shah | Analyst | 12.0 |
| **Total** | | **16.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Jason Warsavsky | 7/2/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 7/2/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Jason Warsavsky | 7/9/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 7/9/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Jason Warsavsky | 7/16/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 7/16/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Jason Warsavsky | 7/23/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 7/23/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| | **Total** | **16.0** | |