# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JULY 1, 2012 THROUGH JULY 31, 2012**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $590.00 | 6.00 | $3,540.00 |
| Walker-Bright, Paul R. | Partner. Joined firm in 2008. Member of IL bar since 1994. | $560.00 | 1.40 | $784.00 |
| Geiger, Laura M. | Counsel. Joined firm in 2008. Member of IL bar since 1999 | $555.00 | 20.70 | $11,488.50 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003. | $550.00 | 16.10 | $8,855.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $490.00 | 46.70 | $22,883.00 |
| Yassemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 | 36.40 | $16,380.00 |
| Means, Lisa P. | Associate. Joined firm in 2000. Member of PA bar since 1998. | $440.00 | .50 | $220.00 |
| Forster, Paige H. | Associate. Joined firm as associate in 2008. Member of PA bar since 2007. | $410.00 | 6.00 | $2,460.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $350.00 | .30 | $105.00 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $180.00 | 6.30 | $1,134.00 |
| Somoza, Silvia | Paralegal. Joined firm in 2007. | $140.00 | .80 | $112.00 |
| Todd, Michelle G. | Paralegal. Joined firm in 2008. | $140.00 | 22.60 | $3,164.00 |
| **Grand Total:** | | | 175.70 | $78,146.50 |
| Blended Rate: | | | | $444.77 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $505.04 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | 77.10 | $29,479.00 |
| Insurance Counseling – 00005 | 84.50 | $43,093.50 |
| Marsh – 00008 | .60 | $192.00 |
| Fee Applications – 00009 | 13.50 | $5,382.00 |
| **TOTAL:** | **175.70** | **$78,146.50** |

US_ACTIVE-110361711.1-JCFALGOW

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2306506
Invoice Date: August 28, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through August 31, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Reliance/Times Mirror 503842.00004 | $29,479.00 | $430.84 | $29,909.84 |
| RE: Insurance Counseling 503842.00005 | $2,007.00 | $0.00 | $2,007.00 |
| RE: Marsh 503842.00008 | $192.00 | $0.00 | $192.00 |
| **Current Invoice Total:** | $31,678.00 | $430.84 | $32,108.84 |

| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Fee Applications 503842.00009 | $5,382.00 | $375.30 | $5,757.30 |
| RE: Insurance Counseling 503842.00005 | $41,086.50 | $44.30 | $41,130.80 |
| **Current Invoice Total:** | $46,468.50 | $419.60 | $46,888.10 |

|  | Current Fees | Current Costs | Totals |
|---|---|---|---|
| Non-Bankruptcy/Reorganization | $31,678.00 | $430.84 | $32,108.84 |
| Bankruptcy/Reorganization | $46,468.50 | $419.60 | $46,888.10 |
| **GRAND TOTAL:** | $78,146.50 | $850.44 | $78,996.94 |

## REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2293773)

## NON-BANKRUPTCY/REORGANIZATION
### RE:   Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/02/12 | TPL | Emails with opposing counsel regarding Application to Supplement Record (.6); analyzed Application to Supplement Record and prepared comments to same (2.4). | 3.00 |
| 07/03/12 | TPL | Email exchange with opposing counsel regarding changes to Application to Supplement Record. | 0.70 |
| 07/05/12 | SS | Reviewed and catalogued case pleadings. | 0.20 |
| 07/05/12 | TPL | Send redlined version of Application to Supplement Record to opposing counsel. | 0.50 |
| 07/09/12 | TPL | Finalized motion to supplement record. | 0.20 |
| 07/10/12 | JDS | Conferred with T. Law regarding drafting of PA Supreme Court brief regarding LPT claim appeal. | 0.20 |
| 07/16/12 | TPL | Legal research regarding judicial estoppel for PA Supreme Court brief. | 6.10 |
| 07/17/12 | TPL | Drafted PA Supreme Court brief regarding LPT ruling. | 5.10 |
| 07/18/12 | TPL | Drafted PA Supreme Court brief regarding LPT ruling. | 7.60 |
| 07/18/12 | JDS | Communications with T. Law regarding status of draft PA Supreme Court brief. | 0.20 |
| 07/19/12 | TPL | Drafted PA Supreme Court brief regarding LPT ruling. | 6.80 |
| 07/19/12 | MT | Reviewed Reliance documents in connection with PA Supreme Court brief. | 0.80 |
| 07/20/12 | TPL | Drafted PA Supreme Court brief. | 4.70 |
| 07/23/12 | TPL | Met with Michelle Todd regarding creation of reproduced record of PA Supreme Court appeal (.2); drafted appellate brief (2.5). | 2.70 |
| 07/23/12 | MT | Reviewed and organized pleadings in preparation for preparing joint appendix. | 1.20 |
| 07/24/12 | PHF | Researched and drafted standard of review section for Supreme Court brief. | 2.30 |
| 07/24/12 | TPL | Drafted and revised PA Supreme Court brief. | 3.90 |
| 07/24/12 | MT | Prepared Joint Appendix for PA Supreme Court brief. | 6.20 |
| 07/25/12 | PHF | Edited PA Supreme Court appellant's brief. | 0.60 |
| 07/25/12 | TPL | Drafted PA Supreme Court brief section regarding procedural history. | 0.60 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/25/12 | MT | Continued preparation of the Reproduced Record for PA Supreme Court brief. | 7.60 |
| 07/26/12 | PHF | Edited PA Supreme Court brief. | 1.40 |
| 07/26/12 | JDS | Analyzed and revised draft PA Supreme Court brief on appeal of LPT ruling (.8); emails with T. Law regarding further drafting of same (.1). | 0.90 |
| 07/27/12 | PHF | Edited Supreme Court appellant's brief. | 1.40 |
| 07/30/12 | MT | Continued preparation of Reproduced Record for PA Supreme Court brief (4.9); drafted table of contents (1.0). | 5.90 |
| 07/31/12 | PHF | Revised footnote for use in PA Supreme Court appellant's brief. | 0.30 |
| 07/31/12 | TPL | Drafted PA Supreme Court brief. | 4.80 |
| 07/31/12 | MT | Drafted table of contents and cover pages for reproduced record. | 0.90 |
| 07/31/12 | JDS | Analyzed draft insert to PA Supreme Court brief regarding LPT ruling. | 0.30 |

TOTAL FEES: $29,479.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 07/31/2012 | Duplicating/Printing/Scanning | 235.00 |
| 07/31/2012 | Westlaw | 181.50 |
| 07/31/2012 | Courier Service - Outside | 14.34 |
| | Total Disbursements | 430.84 |
| | Fees & Disbursements | $29,909.84 |

## NON-BANKRUPTCY/REORGANIZATION
**Fee Summary: Reliance/Times Mirror**

| ID  | Names        | Hours | Rate   | Amount    |
|-----|--------------|------:|-------:|----------:|
| JDS | J.D. Shugrue |  1.60 | 590.00 |    944.00 |
| TPL | T.P. Law     | 46.70 | 490.00 | 22,883.00 |
| PHF | P.H. Forster |  6.00 | 410.00 |  2,460.00 |
| SS  | S. Somoza    |  0.20 | 140.00 |     28.00 |
| MT  | M. Todd      | 22.60 | 140.00 |  3,164.00 |
|     |              | 77.10 |        | 29,479.00 |

Case 08-13141-BLS    Doc 12349-3    Filed 08/30/12    Page 8 of 17

August 28, 2012                            Invoice: 2306506
RE:   Insurance Counseling                          Page 5
      (503842.00005)

# NON-BANKRUPTCY/REORGANIZATION
## RE: Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/02/12 | LMP | Reviewed insurance and indemnity portions of contract provisions (.4); drafted e-mail to J. Shugrue regarding same (.1). | 0.50 |
| 07/02/12 | JDS | Analyzed and exchanged emails with client regarding indemnity and insurance provisions of service contract (.3); conferred with T. Law regarding issues related to financially insecure insurer (.2); analyzed emails from T. Law regarding same (.2). | 0.70 |
| 07/03/12 | PRW | Reviewed insurance policy regarding third-party lawsuit in connection with insurance coverage issues. | 0.70 |
| 07/10/12 | PRW | Prepared e-mail to client regarding coverage for third party lawsuit under workers compensation and employers liability policy (0.2); reviewed general liability policy regarding coverage for third party lawsuit (0.3); prepared e-mail to client regarding insurance coverage for third party suit (0.2). | 0.70 |
| 07/10/12 | JDS | Analyzed coverage issues regarding third party lawsuit and emails with client regarding same. | 0.30 |
| 07/17/12 | JDS | Analyzed third party claim involving LA Times and prepared email to client regarding insurance coverage issues involving same. | 0.40 |
| 07/18/12 | JDS | Prepared email to client regarding contract language on insurance and indemnity. | 0.30 |

                           TOTAL FEES:                **$2,007.00**

                           Fees & Disbursements     $2,007.00

# NON-BANKRUPTCY/REORGANIZATION
## Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.70 | 590.00 | 1,003.00 |
| PRW | P.R. Walker-Bright | 1.40 | 560.00 | 784.00 |
| LMP | L.P. Means | 0.50 | 440.00 | 220.00 |
| | | 3.60 | | $2,007.00 |

## NON-BANKRUPTCY/REORGANIZATION
### RE:   Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/05/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 07/10/12 | DR | Emails with Marsh counsel regarding question concerning reimbursement submission. | 0.30 |
| 07/10/12 | JDS | Emails with D. Rosenfield regarding response to Marsh inquiry regarding submission per settlement agreement. | 0.10 |

　　　　　　　　　　　　　　　　　　　TOTAL FEES:　　　　　　　$192.00

　　　　　　　　　　　　　　　　　　　　　　　Fees & Disbursements　　$192.00

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Marsh

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.10 | 590.00 | 59.00 |
| DR | D. Rosenfield | 0.30 | 350.00 | 105.00 |
| SS | S. Somoza | 0.20 | 140.00 | 28.00 |
|  |  | 0.60 |  | 192.00 |

## BANKRUPTCY/REORGANIZATION
### RE: Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/02/12 | JDS | Analyzed Fee Examiner final reports regarding 9th and 10th interim fee applications (.3); drafted and prepared 40th monthly fee application (.6); analyzed and provided approval for filing CNO for 14th interim fee application (.2). | 1.10 |
| 07/05/12 | JDS | Drafted narrative text for 40th monthly fee application. | 0.30 |
| 07/10/12 | LL | Reviewed e-mails from J. Shugrue regarding fee examiner report (.4); reviewed e-mails from J. Shugrue regarding RS's 14th Interim & 40th Monthly Fee Applications (.3). | 0.70 |
| 07/10/12 | JDS | Analyzed and organized information regarding paid, pending and estimated future fees and expenses to respond to client and valuation expert request for same in connection with emergence from bankruptcy. | 0.70 |
| 07/11/12 | JDS | Analyzed and organized invoice payment and outstanding receivables in connection with request from client and valuation expert relating to final distributions pre-emergence from BK. | 0.60 |
| 07/12/12 | LL | E-mail correspondence with J. Shugrue regarding RS's 14th Interim & 40th Monthly Fee Applications (.4); revised RS's 40th Monthly Fee Application (.8); revised RS's 14th Interim Fee Application (.4); e-mail correspondence with T. Reiley and conferred with D. Witt regarding same (.2). | 1.80 |
| 07/12/12 | JDS | Emails with C. Falgowski and L. Lankford regarding completing and filing 40th Monthly and 14th Interim Fee Applications (.2); analyzed invoice payment and balance information in connection with client request for same for purposes of estimating final distributions prior to emergence (.6). | 0.80 |
| 07/13/12 | LL | E-mail correspondence and conferred with T. Reiley regarding RS's 14th Interim & 40th Monthly Fee Applications (.1); revised RS's 14th Interim & 40th Monthly Fee Applications (1.0). | 1.10 |
| 07/13/12 | JDS | Analyzed submission email from L. Lankford to Court regarding 40th Monthly and 14th Interim Fee Applications. | 0.20 |
| 07/17/12 | JDS | Collected data and input same on chart of pending and paid fees requested in connection with final distribution and final fee application. | 0.60 |

August 28, 2012
RE: Fee Applications
(503842.00009)

Case 08-13141-BLS    Doc 12349-3    Filed 08/30/12    Page 11 of 17

Invoice: 2306506
Page 8

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/18/12 | LL | E-mail correspondence with J. Shugrue regarding updating payment chart in connection with client request for same for purposes of estimating final distributions prior to emergence (.3); researched and reviewed payment information in connection with client request for same for purposes of estimating final distributions prior to emergence (1.2). | 1.50 |
| 07/18/12 | JDS | Analyzed and organized information regarding paid, pending and estimated future fees and expenses to respond to client and valuation expert request for same in connection with emergence from bankruptcy. | 1.60 |
| 07/19/12 | JDS | Analyzed and organized information regarding paid, pending and estimated future fees and expenses to respond to client and valuation expert request for same in connection with emergence from bankruptcy. | 0.80 |
| 07/20/12 | LL | Drafted RS's 41st Monthly Fee Application (.5); drafted CNO to RS's 39th Monthly Fee Application (.4); e-mail correspondence with J. Shugrue regarding same (.3). | 1.20 |
| 07/20/12 | JDS | Analyzed and provided authority to file CNO on 39th Monthly Fee Application. | 0.10 |
| 07/30/12 | JDS | Analyzed Fee Examiner's preliminary report on 11th Interim Fee Application. | 0.40 |

TOTAL FEES: <u>$5,382.00</u>

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 07/31/2012 | Duplicating/Printing/Scanning | 14.80 |
| 07/31/2012 | Outside Duplicating | 360.50 |
| | Total Disbursements | 375.30 |
| | Fees & Disbursements | $5,757.30 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 7.20 | 590.00 | 4,248.00 |
| LL | L. Lankford | 6.30 | 180.00 | 1,134.00 |
| | | 13.50 | | 5,382.00 |

Case 08-13141-BLS    Doc 12349-3    Filed 08/30/12    Page 12 of 17

August 28, 2012  
RE: Insurance Counseling  
(503842.00005)

Invoice: 2306506  
Page 9

## BANKRUPTCY/REORGANIZATION
### RE: Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/02/12 | A.Y. | Drafted and revised memorandum for valuation expert concerning insurance claims and issues. | 3.50 |
| 07/02/12 | JDS | Analyzed and revised draft memorandum to valuation expert regarding insurance coverage issues. | 0.80 |
| 07/03/12 | AJM | Reviewed and responded to emails from client and J. Shugrue regarding insurance claim question (.2); reviewed spreadsheet of costs received from client regarding insurance claim questions (.2). | 0.40 |
| 07/03/12 | A.Y. | Drafted and revised memorandum for valuation expert concerning insurance claims and issues. | 1.20 |
| 07/03/12 | JDS | Analyzed and revised draft memo regarding status and overview of pending insurance claims (.2); analyzed and exchanged emails with client regarding Preference Action insurance claim issues (.2). | 0.40 |
| 07/05/12 | A.Y. | Email correspondence with J. Shugrue regarding claim valuation memorandum. | 0.10 |
| 07/06/12 | JDS | Finalized and transmitted memorandum to valuation expert regarding insurance coverage. | 0.20 |
| 07/09/12 | AJM | Reviewed and analyzed email from client regarding review of expiring and run-off policies with respect to emergence issues (.3); conferred with J. Shugrue regarding same (.2). | 0.50 |
| 07/09/12 | A.Y. | Email correspondence regarding information to provide to valuation expert regarding insurance claims. | 0.20 |
| 07/09/12 | JDS | Emails with valuation expert regarding insurance claims and coverage issues (.4); emails with client regarding review of insurance policies for post-emergence issues (.2). | 0.60 |
| 07/10/12 | AJM | Conferred with J. Shugrue regarding review of expiring and run-off insurance policies with respect to emergence issues (.3); teleconference with client and J. Shugrue to discuss same (.2). | 0.50 |
| 07/10/12 | JDS | Emails with client and valuation expert regarding insurance claims and coverage issues (.5); prepared policy project review outline (.2). | 0.70 |
| 07/11/12 | AJM | Prepared for and participated in meeting at Tribune with client and J. Shugrue to discuss analysis of insurance policies with respect to emergence issues. | 1.30 |
| 07/11/12 | A.Y. | Email correspondence with A. Moss regarding project to review insurance program for continuity during restructuring. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/11/12 | JDS | Prepared for, met with client and A. Moss regarding review and evaluation of insurance policies in connection with emergence from bankruptcy and placement of policies (1.3); analyzed and exchanged emails with client and A. Moss regarding non-disclosure agreements in connection with insurance placements (.4). | 1.70 |
| 07/12/12 | AJM | Prepared for and met with A. Yassemedis and L. Geiger to discuss review of existing policies with respect to post-emergence issues (.6); reviewed information from client on post-emergence entities (.2); reviewed, analyzed and provided client with comments and proposed revisions to various non-disclosure agreements with insurers in connection with policy placements and renewals (1.9). | 2.70 |
| 07/12/12 | A.Y. | Legal research and analysis regarding implications of corporate structural changes on insurance coverages. | 0.90 |
| 07/12/12 | JDS | Analyzed project scope and tasks regarding insurance policy review project regarding BK emergence. | 0.30 |
| 07/12/12 | LMG | Analyzed organizational restructuring information in connection with analysis of insurance issues arising from emergence from BK (.2); analyzed issues and tasks regarding review of expiring and going forward policies with respect to emergence issues (.5). | 0.70 |
| 07/13/12 | AJM | Reviewed, analyzed and provided substantive comments to client on proposed non-disclosure agreements with insurers (3.4); multiple email communications with client regarding proposed non-disclosure agreements with insurers (.5). | 3.90 |
| 07/13/12 | JDS | Analyzed emails from client and A. Moss regarding non-disclosure agreements in connection with insurance placements. | 0.30 |
| 07/16/12 | AJM | Reviewed revised insurance non-disclosure agreements (.2); conferred with client regarding insurance non-disclosure agreements (.1). | 0.30 |
| 07/16/12 | A.Y. | Analyzed restructuring charts and transaction details. | 1.00 |
| 07/17/12 | AJM | Reviewed responses on insurance non-disclosure agreements from insurers and conferred with client regarding same. | 0.50 |
| 07/17/12 | JDS | Analyzed issues related to insurance policy deductible and limits and telephone conference and emails with client regarding same. | 0.60 |
| 07/18/12 | SS | Located, pulled and organized insurance policies for attorney review. | 0.40 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/19/12 | AJM | Reviewed responsive comments from insurers on non-disclosure agreements (.3); conferred with client regarding proposed non-disclosure agreements with insurers (.2); reviewed prior NDAs and drafted proposed response to insurers language (.3); conferred with client regarding review of run-off and going forward coverage (.2); analyzed cost data and related information for purposes of preparing demand correspondence to carriers (.8). | 1.80 |
| 07/19/12 | JDS | Analyzed possible insurance claim for unreimbursed client costs incurred in connection with third party claims (.6); emails with client regarding scope of insurance coverage (.2). | 0.80 |
| 07/20/12 | AJM | Reviewed and responded to email from client regarding insurance non-disclosure agreements (.1); worked on revisions to insurance non-disclosure agreements and further communications with client regarding same (.5). | 0.60 |
| 07/23/12 | AJM | Reviewed spreadsheet of expiring coverage and conferred with client (.2); multiple emails with client regarding policy review project (.5). | 0.80 |
| 07/23/12 | A.Y. | Worked on reviewing overall structure of insurance program in connection with policy review regarding emergence from bankruptcy. | 1.60 |
| 07/23/12 | JDS | Analyzed issues regarding insurance policies, plan confirmation and BK emergence. | 0.30 |
| 07/24/12 | AJM | Conferred with L. Geiger and A. Yassemedis regarding analysis of expiring Tribune policies in connection with policy review regarding emergence from bankruptcy (.3); reviewed and analyzed cost data with respect to third party litigation for preparation of demand correspondence on insurers (1.1). | 1.40 |
| 07/24/12 | A.Y. | Reviewed email correspondence attaching policies for review project and chart detailing overall program (.5); analyzed overall program and various policies in connection with BK emergence review project (5.1). | 5.60 |
| 07/24/12 | JDS | Conferred with A. Moss and A. Yassemedis regarding policy review project status and next steps. | 0.40 |
| 07/24/12 | LMG | Analyzed types of policies insuring client and identified additional coverages for review in connection with policy review regarding emergence from bankruptcy (.8); analyzed property policy with respect to emergence issues (2.8); drafted memorandum regarding endorsements to property policy (.9); analyzed commercial auto policy for coverage issues impacted by emergence (1.9). | 6.40 |

August 28, 2012                                                               Invoice: 2306506
RE:    Insurance Counseling                                         Page 12
      (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/25/12 | AJM | Reviewed and analyzed correspondence from insurer regarding coverage for third party litigation (.5); conferred with J. Shugrue regarding response to insurer coverage correspondence (.2); conferred with client regarding expiring Tribune policies (.2); conferred with J. Shugrue and A. Yassemedis regarding expiring and going-forward D&O, FLI policies and review of same (.2); reviewed proposed revisions to insurer non-disclosure agreement (.2); conferred with client regarding proposed revisions to insurer non-disclosure agreement (.1). | 1.40 |
| 07/25/12 | A.Y. | Reviewed electronic copies of insurance program and various policies and coverages in connection with BK emergence policy review. | 5.40 |
| 07/25/12 | JDS | Analyzed and exchanged emails with client and A. Moss regarding insurance coverage claim issue concerning fraudulent conveyance actions. | 0.20 |
| 07/26/12 | A.Y. | Reviewed electronic copies of coverage program and various policies and coverages in connection with BK emergence policy review. | 4.60 |
| 07/26/12 | LMG | Analyzed Commercial Crime primary policy (2.7), excess policy (1.1) and drafted memorandum regarding necessary changes with respect to emergence issues (2.9). | 6.70 |
| 07/27/12 | A.Y. | Reviewed media and excess liability program with respect to bankruptcy emergence. | 4.20 |
| 07/27/12 | LMG | Continued to analyze auto and property policies with respect to emergence issues. | 3.10 |
| 07/30/12 | A.Y. | Analyzed media and excess liability policies with respect to bankruptcy emergence. | 4.20 |
| 07/31/12 | A.Y. | Analyzed media and excess liability policies with respect to bankruptcy emergence. | 3.70 |
| 07/31/12 | LMG | Analyzed Foreign Liability insurance policies with respect to emergence issues and drafted memoranda regarding same. | 3.80 |

                                     TOTAL FEES:                 <u>$41,086.50</u>

| 07/31/2012 | PACER | 1.70 |
|---|---|---|
| 07/31/2012 | Duplicating/Printing/Scanning | 24.60 |
| 07/31/2012 | Taxi Expense | 18.00 |
|  | Total Disbursements | $44.30 |
|  | Fees & Disbursements | $41,130.80 |

August 28, 2012
RE:   Insurance Counseling
      (503842.00005)

Case 08-13141-BLS   Doc 12349-3   Filed 08/30/12   Page 16 of 17

Invoice: 2306506
Page 13

## BANKRUPTCY/REORGANIZATION
### Fee Summary: Insurance Counseling

| ID   | Names        | Hours | Rate   | Amount      |
|------|--------------|-------|--------|-------------|
| JDS  | J.D. Shugrue | 7.30  | 590.00 | 4,307.00    |
| AJM  | A.J. Moss    | 16.10 | 550.00 | 8,855.00    |
| LMG  | L.M. Geiger  | 20.70 | 555.00 | 11,488.50   |
| A.Y. | A. Yassemedis| 36.40 | 450.00 | 16,380.00   |
| SS   | S. Somoza    | 0.40  | 140.00 | 56.00       |
|      |              |       |        | $41,086.50  |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2306506
Invoice Date: August 28, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through June 30, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Reliance/Times Mirror 503842.00004 | $29,479.00 | $430.84 | $29,909.84 |
| RE: Insurance Counseling 503842.00005 | $2,007.00 | $0.00 | $2,007.00 |
| RE: Marsh 503842.00008 | $192.00 | $0.00 | $192.00 |
| **Current Invoice Total:** | **$31,678.00** | **$430.84** | **$32,108.84** |

| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Fee Applications 503842.00009 | $5,382.00 | $375.30 | $5,757.30 |
| RE: Insurance Counseling 503842.00005 | $41,086.50 | $44.30 | $41,130.80 |
| **Current Invoice Total:** | **$46,468.50** | **$419.60** | **$46,888.10** |

|  | Current Fees | Current Costs | Totals |
|---|---|---|---|
| Non-Bankruptcy/Reorganization | $31,678.00 | $430.84 | $32,108.84 |
| Bankruptcy/Reorganization | $46,468.50 | $419.60 | $46,888.10 |
| **GRAND TOTAL:** | **$78,146.50** | **$850.44** | **$78,996.94** |

**INVOICE IS PAYABLE UPON RECEIPT**