# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---:|
| Outside Duplicating | IKON/DLS | $360.50 |
| Printing, Duplicating, Scanning | | $274.40 |
| Legal Research | Westlaw | $181.50 |
| PACER | | $1.70 |
| Courier | Parcels/DLS | $14.34 |
| Taxi | | $18.00 |
| **TOTAL:** | | **$850.44** |

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh – 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Outside Duplicating | IKON/DLS | | | | $360.50 | | $360.50 |
| Printing/Duplicating & Scanning | | $235.00 | $24.60 | | $14.80 | | $274.40 |
| Legal Research | Westlaw | $181.50 | | | | | $181.50 |
| PACER | | | $1.70 | | | | $1.70 |
| Courier | | $14.34 | | | | | $14.34 |
| Taxi | | | $18.00 | | | | $18.00 |
| TOTAL: | | $430.84 | $44.30 | $0.00 | $375.30 | $0.00 | $850.44 |

US_ACTIVE-110361711.1-JCFALGOW

August 28, 2012
RE:    Reliance/Times Mirror
        (503842.00004)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/25/12 | MT | Continued preparation of the Reproduced Record for PA Supreme Court brief. | 7.60 |
| 07/26/12 | PHF | Edited PA Supreme Court brief. | 1.40 |
| 07/26/12 | JDS | Analyzed and revised draft PA Supreme Court brief on appeal of LPT ruling (.8); emails with T. Law regarding further drafting of same (.1). | 0.90 |
| 07/27/12 | PHF | Edited Supreme Court appellant's brief. | 1.40 |
| 07/30/12 | MT | Continued preparation of Reproduced Record for PA Supreme Court brief (4.9); drafted table of contents (1.0). | 5.90 |
| 07/31/12 | PHF | Revised footnote for use in PA Supreme Court appellant's brief. | 0.30 |
| 07/31/12 | TPL | Drafted PA Supreme Court brief. | 4.80 |
| 07/31/12 | MT | Drafted table of contents and cover pages for reproduced record. | 0.90 |
| 07/31/12 | JDS | Analyzed draft insert to PA Supreme Court brief regarding LPT ruling. | 0.30 |

TOTAL FEES:          <u>$29,479.00</u>

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 07/31/2012 | Duplicating/Printing/Scanning | 235.00 |
| 07/31/2012 | Westlaw | 181.50 |
| 07/31/2012 | Courier Service - Outside | 14.34 |

Total Disbursements    430.84

Fees & Disbursements    $29,909.84

August 28, 2012                                                                    Invoice: 2306506
RE:    Fee Applications                                                            Page 8
       (503842.00009)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/18/12 | LL | E-mail correspondence with J. Shugrue regarding updating payment chart in connection with client request for same for purposes of estimating final distributions prior to emergence (.3); researched and reviewed payment information in connection with client request for same for purposes of estimating final distributions prior to emergence (1.2). | 1.50 |
| 07/18/12 | JDS | Analyzed and organized information regarding paid, pending and estimated future fees and expenses to respond to client and valuation expert request for same in connection with emergence from bankruptcy. | 1.60 |
| 07/19/12 | JDS | Analyzed and organized information regarding paid, pending and estimated future fees and expenses to respond to client and valuation expert request for same in connection with emergence from bankruptcy. | 0.80 |
| 07/20/12 | LL | Drafted RS's 41st Monthly Fee Application (.5); drafted CNO to RS's 39th Monthly Fee Application (.4); e-mail correspondence with J. Shugrue regarding same (.3). | 1.20 |
| 07/20/12 | JDS | Analyzed and provided authority to file CNO on 39th Monthly Fee Application. | 0.10 |
| 07/30/12 | JDS | Analyzed Fee Examiner's preliminary report on 11th Interim Fee Application. | 0.40 |

                          TOTAL FEES:              <u>$5,382.00</u>


## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 07/31/2012 | Duplicating/Printing/Scanning | 14.80 |
| 07/31/2012 | Outside Duplicating | 360.50 |
| | Total Disbursements | 375.30 |
| | Fees & Disbursements | $5,757.30 |


## BANKRUPTCY/REORGANIZATION
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|------|-----------|-------|--------|----------|
| JDS | J.D. Shugrue | 7.20 | 590.00 | 4,248.00 |
| LL | L. Lankford | 6.30 | 180.00 | 1,134.00 |
| | | 13.50 | | 5,382.00 |

August 28, 2012
RE:    Insurance Counseling
       (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/25/12 | AJM | Reviewed and analyzed correspondence from insurer regarding coverage for third party litigation (.5); conferred with J. Shugrue regarding response to insurer coverage correspondence (.2); conferred with client regarding expiring Tribune policies (.2); conferred with J. Shugrue and A. Yassemedis regarding expiring and going-forward D&O, FLI policies and review of same (.2); reviewed proposed revisions to insurer non-disclosure agreement (.2); conferred with client regarding proposed revisions to insurer non-disclosure agreement (.1). | 1.40 |
| 07/25/12 | A.Y. | Reviewed electronic copies of insurance program and various policies and coverages in connection with BK emergence policy review. | 5.40 |
| 07/25/12 | JDS | Analyzed and exchanged emails with client and A. Moss regarding insurance coverage claim issue concerning fraudulent conveyance actions. | 0.20 |
| 07/26/12 | A.Y. | Reviewed electronic copies of coverage program and various policies and coverages in connection with BK emergence policy review. | 4.60 |
| 07/26/12 | LMG | Analyzed Commercial Crime primary policy (2.7), excess policy (1.1) and drafted memorandum regarding necessary changes with respect to emergence issues (2.9). | 6.70 |
| 07/27/12 | A.Y. | Reviewed media and excess liability program with respect to bankruptcy emergence. | 4.20 |
| 07/27/12 | LMG | Continued to analyze auto and property policies with respect to emergence issues. | 3.10 |
| 07/30/12 | A.Y. | Analyzed media and excess liability policies with respect to bankruptcy emergence. | 4.20 |
| 07/31/12 | A.Y. | Analyzed media and excess liability policies with respect to bankruptcy emergence. | 3.70 |
| 07/31/12 | LMG | Analyzed Foreign Liability insurance policies with respect to emergence issues and drafted memoranda regarding same. | 3.80 |

TOTAL FEES:          $41,086.50

| | | |
|------|------|------|
| 07/31/2012 | PACER | 1.70 |
| 07/31/2012 | Duplicating/Printing/Scanning | 24.60 |
| 07/31/2012 | Taxi Expense | 18.00 |

Total Disbursements          $44.30

Fees & Disbursements          $41,130.80



# ADR
## COMMERCIAL SERVICES
a division of ADR SYSTEMS OF AMERICA, LLC

Bill to Tribune (00005)

- Re: Mtg w/ Client,
  A Moss @ Tribune Tower

222 S. Riverside Plaza, 29th Floor • Ph: 800-423-7010 • Email: jmorrow@adrsystems.com
Chicago, IL 60606          Fx: 312-239-1304          www.adrsystems.com

## FLASH RECEIPT

Date 7/11/12    Time _____
Pick up Location    Reed Smith
Drop off Location    Tribune Tower
Cab No.    Driver _____
Cab Fare    $9 —
JDS,
Moss    **773•561•4444**
        **taxiwithus.com**

**Thank you for riding with us!**

$    9 —    Time    Date 7/11/12
Received from: JDS
Cab fare from: Tribune Tower
To: Reed Smith
Driver:
Cab#:
Account #:



312-829-4222
yellowcabchicago.com



312-243-2537
checkertaxichicago.com



312-226-8880
bluediamondtaxi.com



**AMERICAN UNITED**
**773-248-7600**
773-248-7600
americanunitedtaxiaffiliation.com