**EXHIBIT 2**

**BLACK-LINE REVISED ORDER**

**[Exhibits A and B intentionally omitted]**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Debtors. | Related to Docket No.Nos. 12199, 12311 and |

## ORDER SUSTAINING DEBTORS' FIFTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1

### ("EMPLOYMENT-RELATED CLAIMS")

Upon consideration of the Debtors' Fifty-Seventh Omnibus (Substantive)

Objection to Claims (the "Objection"), by which the Debtors[2] request entry of an order pursuant

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

to sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 30017-1 (i) disallowing in full and expunging, upon the occurrence of the effective date of the Plan of reorganization confirmed for the Debtors, the Assumed Employee Benefit Plan Claims as set forth on Exhibit A; (ii) disallowing in full and expunging the No Liability Benefit Continuation Claims as set forth on Exhibit B; (iii) disallowing in full and expunging the No Liability Employee Claims as set forth on Exhibit C; and (iv) directing the Claims Agent to modify the Disputed Claims on the Claims Register; and upon consideration of the Objection and the Bourgon Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that upon the occurrence of the effective date of the Plan of reorganization confirmed for the Debtors, each of the Assumed Employee Benefit Plan Claims set forth on Exhibit A hereto shall be disallowed and expunged; and it is further

ORDERED that each of the No Liability Benefit Continuation Claims set forth on Exhibit B hereto are hereby disallowed and expunged; and it is further

ORDERED that each of the No Liability Employee Claims set forth on Exhibit C hereto are hereby disallowed and expunged; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

2

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

_____September_____, 2012

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

3

**<u>EXHIBIT C</u>**

**NO LIABILITY EMPLOYEE CLAIMS**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 57: EXHIBIT C – NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ARMSTEAD, BLISS 225 REFLECTION DRIVE WILLIAMSBURG, VA 23188 | 08-13248 | Virginia Gazette Companies, LLC | 04/30/2009 | 2164 | $9,038.36 | Liability is duplicated in claim 2165, which remains active on claim register. |
| 2 | BARRAZA, HECTOR C/O RICHARD RUIZ 1827 SAN PASQUEL STREET PASADENA, CA 91107 | | No Debtor Asserted | 06/22/2009 | 5911 | $1,888.17 | No liability owed to claimant per Debtors' books and records. Claimant's surviving spouse was eligible to receive continued medical benefits pursuant to COBRA, if a valid election was made and premiums paid. No other benefits entitlement. In addition, claim was filed after Bar Date. |
| 3 | BRIDGEFORD, ALICE M 1518 E HARVARD GLENDALE, CA 91205 | | No Debtor Asserted | 05/04/2009 | 2359 | Undetermined* | No liability owed to claimant per Debtors' books and records. Benefits were terminated in accordance with terms of the applicable benefit plan. Claimant failed to enroll in retiree medical plan when Tribune switched to UHC/Secure Horizons beginning 1/1/09. |
| 4 | BROWN, JEROLENE 3054 JOLLY POND ROAD WILLIAMSBURG, VA 23188 | 08-13248 | Virginia Gazette Companies, LLC | 04/27/2009 | 1946 | $6,080.55 | Liability is duplicated in claim 1825, which remains active on claim register. |
| 5 | CHANNON, MARK P 112 MEADOWVIEW DRIVE TORRINGTON, CT 06790 | 08-13211 | The Hartford Courant Company | 07/14/2009 | 6085 | $408.35 | No Liability owed to claimant per Debtors' books and records. Individual Health Spending Accounts were unaffected by the Debtors' bankruptcy. Reimbursement is direct from WageWorks, not from any Debtor. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 3

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 57: EXHIBIT C – NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | DIAMANTE, GIL 901 D ROYAL ST ANNAPOLIS, MD 21401 | 08-13209 | The Baltimore Sun Company | 06/03/2009 | 3468 | $13,600.00 | No liability owed to claimant per Debtors' books and records. Claim was filed for wages or other compensation based on alleged oral agreement. Debtors have identified no basis for, or agreement respecting, the claimed amount. Debtors' records indicate all amounts due to the creditor have been paid, and no further amounts are due and owing. |
| 7 | DORCIUS, JOHN 1112 S. SWINTON AVENUE DELRAY BEACH, FL 33444 | 08-13208 | Sun-Sentinel Company | 12/11/2009 | 6339 | $400.00 | No liability owed to claimant per Debtors' books and records. Claim was filed for wages or other compensation, and the Debtors' records indicate all amounts due to the creditor have been paid, and no further amounts are due and owing. In addition, claim was filed after Bar Date. |
| 8 | KRANTZ, RANDI 100 BEEKMAN STREET 9J NEW YORK, NY 10038 | 08-13141 | Tribune Company | 06/10/2009 | 4330 | $6,239.42 | No liability owed per Debtors' books and records. Claim was filed for wages or other compensation allegedly due solely on a post-petition basis. All severance to which claimant was entitled was paid on 7/10/2009, 7/24/2009 and 8/7/2009. |
| 9 | STOUT, IRIS 4501 N BROOKSHIRE DR PROVO, UT 84604 | | No Debtor Asserted | 05/22/2009 | 3053 | $7,000.00 | No liability owed to claimant per Debtors' books and records. Claim filed on account of life insurance benefits. Claimant is deceased and policy did not designate any beneficiaries. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 3

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 57: EXHIBIT C – NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | VAN HORN, PHILIP D 9948 MARNICE AVE. TUJUNGA, CA 91042 | 08-13141 | Tribune Company | 06/15/2009 | 5713 | $6,283.77 | No liability owed to claimant per Debtors' books and records. Claim filed for unspecified benefits. No benefits entitlement. In addition, claim was filed after Bar Date. |
| 11 | VISMEK, ROBERT 1238 E 167TH STREET SOUTH HOLLAND, IL 60473 | | No Debtor Asserted | 05/04/2009 | 2390 | $6,000.00 | No liability owed to claimant per Debtors' books and records. Claimant's salary continuation was paid in full through 8/31/08. Debtors' records indicate all amounts due to the creditor have been paid, and no further amounts are due and owing. |
| ~~12~~ | ~~YANT, TREY C. 13333 SW 72ND AVE APT 10C TIGARD, OR 97223-2353~~ | | ~~No Debtor Asserted~~ | ~~11/22/2010~~ | ~~6675~~ | ~~$53,993.48~~ | ~~No liability owed to claimant per Debtors' books and records. Debtor's policy is that employees must be actively employed on date bonus payments are made. Claimant was not employed by Debtors on date bonus was paid.~~ |
| ~~13~~ | ~~YANT, TREY C. 13333 SW 72ND AVE APT 10C TIGARD, OR 97223-2353~~ | | ~~No Debtor Asserted~~ | ~~03/30/2009~~ | ~~843~~ | ~~$40,816.92~~ | ~~No liability owed to claimant per Debtors' books and records. Debtor's policy is that employees must be actively employed on date bonuses payments are made. Claimant was not employed by Debtors on date bonus was paid.~~ |
| | | | | | Total | ~~$56,938.62~~ $151,748.92 | |