IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
|  | ) |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | Related to D.I. No. 12276 |
|  | ) |  |
|  | ) | Hearing Date: September 5, 2012 at 1:00 p.m. |
|  | ) | Objection Deadline: August 29, 2012 at 4:00 p.m. |
|  | ) |  |

---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF AURELIUS CAPITAL MANAGEMENT, LP FOR AUTHORIZATION TO SEAL EXHIBITS C AND D OF THE DECLARATION OF DAVID M. ZENSKY IN SUPPORT OF AURELIUS'S REPLY BRIEF IN FURTHER SUPPORT OF MOTION FOR STAY PENDING APPEAL PURSUANT TO BANKRUPTCY RULE 8005 AND STATEMENT IN SUPPORT OF CERTIFICATION**

I, Amanda M. Winfree, an attorney with the law firm of Ashby & Geddes, P.A., Delaware counsel to Aurelius Capital Management, LP ("Aurelius") in the above captioned cases, hereby certify the following:

1. On August 15, 2012, Aurelius filed the *Motion of Aurelius Capital Management, LP for Authorization to Seal Exhibits C and D of the Declaration of David M. Zensky in Support of Aurelius's Reply Brief in Further Support of Motion for Stay Pending Appeal Pursuant to Bankruptcy Rule 8005 and Statement in Support of Certification* [Docket No. 12276].

2. Pursuant to the Notice of Motion, any objections or responses to the Motion were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. on August 29, 2012.

3. As of the date hereof, the undersigned counsel have not been served with any objections or responses to the Motion. A review of the Court's docket indicates that, as of this

{00665971;v1 }

2

date, no responses or objections to the Motion have been filed.

WHEREFORE Aurelius respectfully requests the order approving the Motion be entered at the Court's earliest convenience.

Dated: August 31, 2012

| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
|---|---|
| Daniel H. Golden | */s/ Amanda M. Winfree* |
| David M. Zensky | William P. Bowden (I.D. No. 2553) |
| Philip C. Dublin | Amanda M. Winfree (I.D. No. 4615) |
| Deborah J. Newman | Leigh-Anne M. Raport (I.D. No. 5055) |
| One Bryant Park | 500 Delaware Avenue, P.O. Box 1150 |
| New York, NY 10036 | Wilmington, DE 19899 |
| 212-872-1000 | 302-654-1888 |

*Counsel for Aurelius Capital Management, LP*