IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x |  |
| In re: | : |  |
|  | : | Chapter 11 |
| TRIBUNE COMPANY, *et al.,* | : |  |
|  | : | Case No. 08-13141 (KJC) |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | **Re: Docket No. 12278** |
|  |  | **Hearing Date: September 5, 2012 at 1:00 p.m.** |
|  | : | **Objection Deadline: August 29, 2012 at 4:00 p.m.** |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x |  |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS TO SEAL: (I) REPLY OF LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS FOR STAY PENDING APPEAL OF CONFIRMATION ORDER, AND (II) DECLARATION OF MATTHEW B. STEIN IN FURTHER SUPPORT OF LAW DEBENTURE TRUST COMPANY AMERICA'S CERTIFICATION MOTION AND STAY MOTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas to Seal: (i) Reply of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas for Stay Pending Appeal of Confirmation Order, and (ii) Declaration of Matthew B. Stein in further Support of Law Debenture Trust Company of New York's and Deutsche Bank Trust Company Americas' Certification Motion and Stay Motion* [Docket No. 12278] (the "Motion"). The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the notice of the Motion, responses to the Motion were to be filed and served no later than August 29, 2012 at 4:00 p.m. (ET).

Accordingly, it is hereby respectfully requested that the order attached to the Motion be entered at the Court's earliest convenience.

Dated: August 31, 2012
       Wilmington, Delaware

Respectfully submitted,

| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | BIFFERATO GENTILOTTI LLC |
|---|---|
| David S. Rosner | /s/ *Mary E. Augustine* |
| Sheron Korpus | Garvan F. McDaniel (I.D. No. 4167) |
| Christine A. Montenegro | Mary E. Augustine (I.D. No. 4477) |
| Matthew B. Stein | 800 N. King Street, Plaza Level |
| 1633 Broadway | Wilmington, Delaware 19801 |
| New York, New York 10019 | 302-429-1900 |
| 212-506-1700 | |

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

| McCARTER & ENGLISH, LLP | McCARTER & ENGLISH, LLP |
|---|---|
| David J. Adler | |
| 245 Park Avenue | /s/ *Katharine L. Mayer* |
| New York, New York 10167 | Katharine L. Mayer (I.D. No. 3758) |
| 212-609-6800 | Renaissance Centre |
| | 405 N. King Street |
| | Wilmington, Delaware 19801 |
| | 302-984-6300 |

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*