IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**APPELLEE WILMINGTON TRUST COMPANY'S
COUNTER-DESIGNATION OF RECORD AND STATEMENT OF ISSUES
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8006**

Appellee Wilmington Trust Company ("Wilmington Trust"), as Successor Indenture Trustee for the Exchangeable Subordinated Debentures Due 2029 ("the PHONES"), hereby designates, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8006-1 of the Local Rules of Bankruptcy Practice and Procedure, the following additional items for inclusion in the Record on Appeal in connection with the Notice of Appeal, dated August 3,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2012, filed by EGI-TRB, LLC ("EGI") [Docket No. 12177] and EGI's Statement of Issues and Designation of Record on Appeal, dated August 17, 2012 [Docket No. 12285], and the Designation of Additional Items to be Included in the Record on Appeal, filed by the DCL Plan Proponents, dated August 24, 2012 [Docket No. 12330]:

I. **DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

| Filing Date | Docket No. / Exhibit No. | Docket Text |
| --- | --- | --- |
| 3/03/2011 | 8259 | Proposed Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors/Committee/Lenders |
| 5/11/2011 | 8898 | Post-Trial Brief of the Noteholder Plan Proponents (Part I) [Redacted] |
| 5/17/2011 | 8931 | Post-Confirmation Hearing Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES [Unredacted] |
| 5/17/2011 | 8932 | Post-Trial Brief of the Noteholder Plan Proponents (Part I) [Unredacted] |
| 5/27/2011 | 9022 | Post-Trial Reply Brief of the Noteholder Plan Proponents |
| 6/03/2011 | 9058 | Supplemental Proposed Findings of Fact and Conclusions of Law of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of the Noteholder Plan Proponents [Redacted] |
| 6/14/2011 | 9246 | The Noteholder Plan Proponents Proposed Findings of Fact [Unredacted] |
| 6/14/2011 | 9247 | The Noteholder Plan Proponents Proposed Conclusions of Law [Unredacted] |
| 6/16/2011 | 9271 | Supplemental Proposed Findings of Fact and Conclusions of Law of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes [Unredacted] |
| 12/06/2011 | 10374 | Wilmington Trust Company's Statement Concerning the Timing of Consideration of the Debtors' Request to Commence Solicitation of the Third Amended Plan of Reorganization and the Debtors' Proposal Concerning the Resolution of the Allocation Disputes, as Defined Herein |
| 12/09/2011 | 10393 | Wilmington Trust Company's Reply to (I) the Memorandum of the DCL Plan Proponents Regarding the Scheduling of Further Proceedings and (II) the Statement of Aurelius Capital Management, L.P. in Support of its Position |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| | | Regarding Process for Resolution of the Allocation Disputes |
| 12/09/2011 | 10395 | Response of Aurelius Capital Management, L.P. to (I) Memorandum of the DCL Plan Proponents Regarding the Scheduling of Further Proceedings and (II) EGI-TRB LLC's Statement of Position on Scheduling of the Allocation Dispute |
| 2/20/2012 | 10958 | Third Amended Chapter 11 Plan (Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A.) |
| 2/20/2012 | 10959 | Supplemental Disclosure Statement (Supplemental Disclosure Document Relating to Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. as Modified February 20, 2012) |
| 02/27/2012 | 11022 | Notice of Documents for Use in Connection with the Allocation Disputes |
| 02/27/2012 | 11026 | Notice of Documents on which the Official Committee of Unsecured Creditors Intends to Rely in Connection with the Allocation Disputes Hearing |
| 02/27/2012 | 11029 | List of Exhibits on which Aurelius Capital Management, L.P. Intends to Rely at Allocation Disputes Hearing |
| 02/27/2012 | 11030 | Wilmington Trust Company's Proposed List of Trial Exhibits |
| 02/27/2012 | 11031 | Law Debenture Trust Company of New York's Notice of Documents for Use in Connection with the Allocation Disputes |
| 02/28/2012 | 11041 | Order Approving Stipulation By and Among the Debtors, Aurelius Capital Management, Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, Barclays Bank PLC, and Waterstone Capital Management, L.P. on Certain Facts Relevant to the Allocation Disputes and the Determination of the Allowed Amount of the Phone Claim |
| 03/01/2012 | 11052 | Transcript of the Proceeding Held on February 28, 2012 |
| 3/7/2012 | 11106 | Supplemental Disclosure Statement (Notice of Filing of Supplemental Disclosure Document, Dated March 7, 2012, Relating to Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
|  |  | Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as Modified February 20, 2012)) |
| 3/16/2012 | 11169 | Supplemental Disclosure Statement (Supplemental Disclosure Document Relating to Third Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (As Modified March 16, 2012)) |
| 4/12/2012 | 11354 | Amended Chapter 11 Plan (Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.) |
| 4/12/2012 | 11355 | Supplemental Disclosure Statement (Supplemental Disclosure Document Relating to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.) |
| 4/15/2012 | 11388 | Amended Chapter 11 Plan (Notice of Filing of Proposed Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.) |
| 4/17/2012 | 11399 | Amended Chapter 11 Plan (Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 4/17/2012 | 11400 | Supplemental Disclosure Statement Relating to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. |
| 5/4/2012 | 11545 | Plan Supplement(Notice of Filing of Exhibits to Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.) |
| 6/12/2012 | 11794 | Hearing Transcript – June 11, 2012 |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| 6/15/2012 | 11811 | Hearing Transcript – June 7, 2012 |
| 6/15/2012 | 11812 | Hearing Transcript – June 7, 2012 (continued) |
| 07/13/2012 | 12034 | Order Overruling Plan Objections and Denying the Clarification Motion. |
|  | ADH Ex. No. 1 | Prospectus for the PHONES Indenture |
|  | ADH Ex. No. 4 | Prospectus Supplement for the PHONES Notes |
|  | ADH Ex. No. 7 | Subordinated Promissory Note for $35,714,285.71 |
|  | 8700<br><br>ADH Ex. No. 22 | Hearing Transcript -- April 14, 2011 |
|  | ADH Ex. No. 23 | List of Retirees (other than those represented by Teitelbaum & Baskin, LLP) |
|  | ADH Ex. No. 81 | DCL Plan, Exhibit 5.14.3 (Retiree Settlement Agreement) |
|  | ADH Ex. No. 84 | Joint Disclosure Statement (and exhibits) |
|  | ADH Ex. No. 85 | DCL Specific Disclosure Statement (and exhibits) |
|  | ADH Ex. No. 88 | Supplemental Disclosure Document |
|  | ADH Ex. No. 89 | Subordination Scenario Recovery Charts |
|  | ADH Ex. No. 90 | Recovery Charts attached as Exhibits D and E to the Debtors' Opening Brief Regarding Factual Information Relevant to Allocation Disputes |
|  | ADH Ex. No. | Excerpted Hearing Transcript 3/8/2011 (Mr. Kurtz Direct) (excerpts) |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
|  | 108 |  |
|  | ADH Ex. No. 109 | Excerpted Hearing Transcript 3/9/2011 (Ms. Kulnis, JPMorgan direct) (excerpts) |
|  | ADH Ex. No. 110 | Excerpted Hearing Transcript 4/14/2011 (Mr. Johnston on Behalf of Oaktree and Angelo Gordon) (excerpts) |
|  | ADH Ex. No. 116 | Email Exchange Between Mark Hianik and Nils Larsen (EGI), Chandler Bigelow (Tribune Company), and Daniel Kazan (Tribune Company) with Attached Term Sheets |
|  | ADH Ex. No. 117 | Email from Nils Larsen (EGI) with Attached Term Sheets |
|  | ADH Ex. No. 118 | Email Exchange Between Nils Larsen (EGI) and Daniel Kazan (Tribune Company) |
|  | ADH Ex. No. 119 | Email Exchange Between Daniel Kazan (Tribune Company) and Elyse Bluth |
|  | ADH Ex. No. 120 | Email Exchange Between Julie Persily (Citigroup) and Christina Mohr (Citigroup) |
|  | ADH Ex. No. 121 | Email Exchange Between Julie Persily (Citigroup) and Chandler Bigelow (Tribune Company) |
|  | ADH Ex. No. 122 | Email Exchange Between Patricia Deans (JP Morgan) and Chandler Bigelow (Tribune Company) |
|  | ADH Ex. No. 123 | Email Exchange Between Peter Cohen (JP Morgan) and Chandler Bigelow (Tribune Company) |
|  | ADH Ex. No. 124 | Email Exchange From Chandler Bigelow (Tribune Company) with Attached Moody's Schedule |
|  | ADH Ex. No. 125 | Letter from Moody's Investors Service to Donald C. Grenesko (Tribune Company) |
|  | ADH Ex. No. 126 | Email Exchange Between Julie Persily (Citigroup) and Todd Kaplan (Moody's) |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
| | ADH Ex. No. 127 | Email Exchange Between Chandler Bigelow (Tribune Company) and Patricia Deans (JP Morgan) |
| | ADH Ex. No. 128 | Email Exchange Between Peter Cohen (JP Morgan) and Joachim Sonne (JP Morgan) |
| | ADH Ex. No. 129 | Email Exchange Between John Puchalla (Moody's) and Chandler Bigelow (Tribune Company) |
| | ADH Ex. No. 130 | Email Exchange Between Chandler Bigelow (Tribune Company) and John Puchalla (Moody's) |
| | ADH Ex. No. 131 | Email Exchange Between Chandler Bigelow (Tribune Company) and Patricia Deans (JP Morgan) |
| | ADH Ex. No. 132 | Email Exchange Between Chandler Bigelow (Tribune Company) and Julie Persily (Citigroup) |
| | ADH Ex. No. 133 | Email Exchange Between John Puchulla (Moody's) and Chandler Bigelow (Tribune Company) |
| | ADH Ex. No. 134 | Email Exchange Between Chandler Bigelow (Tribune Company) and Peter Cohen (JP Morgan) |
| | ADH Ex. No. 135 | Email Exchange Between Joachim Sonne (JP Morgan) and Chandler Bigelow (Tribune Company) |
| | ADH Ex. No. 136 | Email Exchange Between Joachim Sonne (JP Morgan) and Chandler Bigelow (Tribune Company) |
| | ADH Ex. No. 138 | Email Exchange Between Ruthellyn Musil and Mark W. Hianik |
| | ADH Ex. No. 140 | EGI-TRB Subordination Agreement (Draft) |
| | ADH Ex. No. 141 | Email Exchange Between Denise Ryan (Cahill) and Farhad Patel (Jenner) with JPM/Cahill Comments to the Form of Junior Capital Note and Subordination Agreement Relating to the Zell Subordination Note |
| | ADH Ex. No. 142 | EGI-TRB Form of Subordination Agreement Draft (Comparison Version 4) |

| Filing Date | Docket No. / Exhibit No. | Docket Text |
|---|---|---|
|  | ADH Ex. No. 143 | EGI-TRB Form of Subordination Agreement Draft (Version 4) |
|  | ADH Ex. No. 144 | Email from Chandler Bigelow (Tribune Company) to Chris Hochschild with Attached Schedule |
|  | ADH Ex. No. 146 | EGI-TRB Subordination Agreement Draft (Version 5) |
|  | ADH Ex. No. 147 | EGI-TRB Subordination Agreement Draft (Version 6) |
|  | ADH Ex. No. 148 | EGI-TRB Subordination Agreement (with Comparison Version 6) |
|  | ADH Ex. No. 149 | EGI-TRB Subordination Agreement (Version 7) |
|  | ADH Ex. No. 151 | Examiner's Report (Excerpts) |
|  | ADH Ex. No. 152 | Alvarez & Marsal model produced by Debtors to Aurelius on February 4, 2012 |
|  | ADH Ex. No. 153 | Letter Brief by EGI-TRB on Discovery Disputes |
|  | ADH Ex. No. 154 | Order Regarding Stipulation between Wilmington Trust and EGI-TRB, LLC Regarding Allocation Disputes Hearing |
|  | ADH Ex. No. 155 | Stipulation between Wilmington Trust and EGI-TRB, LLC Regarding Allocation Disputes Hearing |

Dated: August 31, 2012
      Wilmington, DE

SULLIVAN • HAZELTINE • ALLINSON LLC

*/s/ William A. Hazeltine*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-and-

BROWN RUDNICK LLP
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*

60717117 v2-WorksiteUS-027213/0008

9