## **CERTIFICATE OF SERVICE**

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 31st day of August, 2012, I caused copies of the attached document to be served upon the parties on the attached service list by first class US mail, postage-prepaid.

August 31, 2012                                              */s/ William A. Hazeltine*
Date                                                               William A. Hazeltine

ASHBY & GEDDES, P.A.
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

McCARTER & ENGLISH, LLP
Katharine L. Mayer, Esq.
James J. Freebery IV, Esq.
Renaissance Centre
405 N. King Street
Wilmington, DE 19801

BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel, Esq.
800 N. King Street, Plaza Level
Wilmington, Delaware 19801

LOIZIDES, P.A.
Christopher D. Loizides, Esq.
1225 King Street, Suite 800
Wilmington, DE 19801

BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel, Esq.
800 N. King Street, Plaza Level
Wilmington, Delaware 19801

HILLER & ARBAN, LLC
Adam Hiller, Esq.
Brian Arban, Esq.
1500 North French Street, 2nd Floor
Wilmington, DE 19801

BLANK ROME LLP
David W. Carickhoff, Esq.
1201 Market Street, Suite 800
Wilmington, DE 19801

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801

LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Daniel B. Rath, Esq.
Matthew B. McGuire, Esq.
919 Market Street, Suite 1800
Wilmington, Delaware 19801

RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Robert J. Stearn, Esq.
Drew G. Sloan, Esq.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Robert S. Brady, Esq.
M. Blake Cleary, Esq.
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

Office of the United States Trustee
David Klauder, Esq.
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19889

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden, Esq.
David Zensky, Esq.
Philip C. Dublin, Esq.
Abid Qureshi, Esq.
Mitchell P. Hurley, Esq.
One Bryant Park
New York, NY 10036

MCCARTER & ENGLISH LLP
David J. Adler, Esq.
245 Park Avenue
New York, NY 10167

Robert J. Rosenberg
David A. Hammerman
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David S. Rosner, Esq.
1633 Broadway
New York, New York 10019

STUTMAN TREISTER & GLATT
Issac M. Pachulski, Esq.
1901 Avenue of the Stars, #1200
Los Angeles, CA 90067

SCHULTE ROTH & ZABEL LLP
Adam C. Harris, Esq.
Karen S. Park, Esq.
919 Third Avenue
New York, NY 10022

TEITELBAUM & BASKIN, LLP
Jay Teitelbaum, Esq.
1 Barker Avenue, Third Floor
White Plains, NY 10601

JENNER & BLOCK LLP
David J. Bradford, Esq.
Catherine L. Steege, Esq.
Andrew W. Vail, Esq.
353 N. Clark Street
Chicago, IL 60654

SIDLEY AUSTIN LLP
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kevin T. Lantry, Esq.
Jessica C.K. Boelter, Esq.
One South Dearborn Street
Chicago, Illinois 60603

CHADBOURNE & PARKE LLP
Howard Seife, Esq.
David LeMay, Esq.
30 Rockefeller Plaza
New York, NY 10112


ZUCKERMAN SPAEDER LLP
Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
1800 M Street, NW, Suite 1000
Washington, DC  20036


DAVID POLK & WARDWELL LLP
Donald S. Bernstein, Esq.
Damian Schaible, Esq.
450 Lexington Avenue
New York, NY 10017


DEWEY & LEBOEUF LLP
Bruce Bennett, Esq.
James O. Johnson, Esq.
Josh M. Mester, Esq.
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071


GRIPPO & ELDEN LLC
George Dougerty, Esq.
John R. McCambridge, Esq.
111 South Wacker Drive
Chicago, IL 60606