# EXHIBIT B

## NO LIABILITY BENEFIT CONTINUATION CLAIMS

CH1 6417679v.3

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 57: EXHIBIT B – NO LIABILITY BENEFIT CONTINUATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALBERT, G CLAUDE<br>39 TIMMS HILL ROAD<br>HADDAM, CT 06438 | 08-13211 | The Hartford Courant Company | 05/08/2009 | 2620 | $1,576.65 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 2 | ALU, MARY E<br>2336 WASHINGTON STREET<br>ALLENTOWN, PA 18104 | 08-13212 | The Morning Call, Inc. | 06/23/2009 | 5939 | $2,679.40 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 3 | CAMASSAR, CAROLYN I<br>5 OLD WALLINGFORD ROAD<br>DURHAM, CT 06422 | 08-13211 | The Hartford Courant Company | 06/10/2009 | 4301 | Undetermined* | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 57: EXHIBIT B – NO LIABILITY BENEFIT CONTINUATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | DUMAINE, JOAN E<br>86 TRACY DRIVE<br>MANCHESTER, CT 06042 | 08-13211 | The Hartford Courant Company | 06/03/2009 | 3457 | $634.08 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 8 | DURAO, VICTOR P<br>100 SUNMEADOW DRIVE<br>EAST BERLIN, CT 06023 | 08-13211 | The Hartford Courant Company | 05/20/2009 | 3000 | Undetermined* | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 9 | GARLICKI, DEBORAH J<br>7805 CROSS CREEK CIRCLE<br>BREINIGSVILLE, PA 18031 | 08-13212 | The Morning Call, Inc. | 05/14/2009 | 2808 | $54.40 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 57: EXHIBIT B – NO LIABILITY BENEFIT CONTINUATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | KALLINICH, DONALD A<br>14 MADSEN ROAD<br>WEST HARTFORD, CT 06110 | 08-13211 | The Hartford Courant Company | 04/24/2009 | 1447 | $180.36 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 14 | KRAFT, PETER<br>98 NILAN STREET<br>HARTFORD, CT 06106 | 08-13211 | The Hartford Courant Company | 04/22/2009 | 1362 | $6,823.54 | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| 15 | LOPER, JEAN MARIE<br>8 SKIP LANE<br>BURLINGTON, CT 06013 | 08-13211 | The Hartford Courant Company | 07/01/2009 | 6012 | Undetermined* | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 57: EXHIBIT B – NO LIABILITY BENEFIT CONTINUATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | WLAZELEK, ANN L<br>6428 FIR ROAD<br>ALLENTOWN, PA 18104 | 08-13212 | The Morning Call, Inc. | 05/11/2009 | 2663 | Undetermined* | Claim filed on account of benefit continuation programs for former employees, which were not affected by the bankruptcy. To the extent the claimants were eligible for and elected to receive benefit continuation, those benefits were provided in the ordinary course of business and no further amounts are due and owing on account of these claims by any Debtor. See ¶¶ 17-19 of the Objection for further information. |
| | | | | | Total | $39,598.58 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts