## EXHIBIT C

## NO LIABILITY EMPLOYEE CLAIMS

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 57: EXHIBIT C – NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ARMSTEAD, BLISS<br>225 REFLECTION DRIVE<br>WILLIAMSBURG, VA 23188 | 08-13248 | Virginia Gazette Companies, LLC | 04/30/2009 | 2164 | $9,038.36 | Liability is duplicated in claim 2165, which remains active on claim register. |
| 2 | BARRAZA, HECTOR<br>C/O RICHARD RUIZ<br>1827 SAN PASQUEL STREET<br>PASADENA, CA 91107 | | No Debtor Asserted | 06/22/2009 | 5911 | $1,888.17 | No liability owed to claimant per Debtors' books and records. Claimant's surviving spouse was eligible to receive continued medical benefits pursuant to COBRA, if a valid election was made and premiums paid. No other benefits entitlement.<br>In addition, claim was filed after Bar Date. |
| 3 | BRIDGEFORD, ALICE M<br>1518 E HARVARD<br>GLENDALE, CA 91205 | | No Debtor Asserted | 05/04/2009 | 2359 | Undetermined* | No liability owed to claimant per Debtors' books and records. Benefits were terminated in accordance with terms of the applicable benefit plan. Claimant failed to enroll in retiree medical plan when Tribune switched to UHC/Secure Horizons beginning 1/1/09. |
| 4 | BROWN, JEROLENE<br>3054 JOLLY POND ROAD<br>WILLIAMSBURG, VA 23188 | 08-13248 | Virginia Gazette Companies, LLC | 04/27/2009 | 1946 | $6,080.55 | Liability is duplicated in claim 1825, which remains active on claim register. |
| 5 | CHANNON, MARK P<br>112 MEADOWVIEW DRIVE<br>TORRINGTON, CT 06790 | 08-13211 | The Hartford Courant Company | 07/14/2009 | 6085 | $408.35 | No Liability owed to claimant per Debtors' books and records. Individual Health Spending Accounts were unaffected by the Debtors' bankruptcy. Reimbursement is direct from WageWorks, not from any Debtor. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 57: EXHIBIT C – NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | VAN HORN, PHILIP D<br>9948 MARNICE AVE.<br>TUJUNGA, CA 91042 | 08-13141 | Tribune Company | 06/15/2009 | 5713 | $6,283.77 | No liability owed to claimant per Debtors' books and records. Claim filed for unspecified benefits. No benefits entitlement.<br>In addition, claim was filed after Bar Date. |
| 11 | VISMEK, ROBERT<br>1238 E 167TH STREET<br>SOUTH HOLLAND, IL 60473 | | No Debtor Asserted | 05/04/2009 | 2390 | $6,000.00 | No liability owed to claimant per Debtors' books and records. Claimant's salary continuation was paid in full through 8/31/08. Debtors' records indicate all amounts due to the creditor have been paid, and no further amounts are due and owing. |
| | | | | | Total | $56,938.62 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts