IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11 Cases<br>Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>Re: Seal Motion Docket No. 12278, 12274, 1235 |

**DECLARATION OF MATTHEW B. STEIN IN FURTHER SUPPORT OF
LAW DEBENTURE TRUST COMPANY OF NEW YORK'S AND
DEUTSCH BANK TRUST COMPANY AMERICAS'
MOTION FOR STAY PENDING APPEAL OF CONFIRMATION
ORDER AND MOTION REQUESTING CERTIFICATION OF DIRECT APPEAL**

**DOCUMENTS TO BE KEPT UNDER SEAL:
EXHIBITS F, G, AND I**

Dated: August 16, 2012
         Wilmington, Delaware

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
215-506-1700

BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302-429-1900

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as
successor Indenture Trustee for certain series of Senior Notes*

McCARTER & ENGLISH, LLP
David J. Adler
245 Park Avenue
New York, New York 10167
212-609-6800

McCARTER & ENGLISH, LLP
Katharine Mayer (I.D. No. 3758)
Renaissance Centre
405 N. King Street
Wilmington, Delaware 19801
302-984-6300

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as
successor Indenture Trustee for certain series of Senior Notes*