# FILED UNDER SEAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------- x
In re:                        :
                              :  Chapter 11
TRIBUNE COMPANY, et al.,      :
                              :  Case No. 08-13141 (KJC)
              Debtors.        :
                              :  (Jointly Administered)
                              :
                              :  D.I. 12274, 12278, 12356
----------------------------- x
```

**REPLY OF LAW DEBENTURE TRUST COMPANY OF NEW YORK
AND DEUTSCHE BANK TRUST COMPANY AMERICAS FOR
STAY PENDING APPEAL OF CONFIRMATION ORDER**

Docket No: 12277
Filed: 8/15/12