08-13141

D.I. 12273, 12271
12355

# EXHIBIT C

# FILED UNDER SEAL