08-13141

D.I.
12273, 12276,
12355

# EXHIBIT D

# FILED UNDER SEAL