# CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on this 31st day of August, 2012, I caused a copy of the foregoing *Appellees Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas Counter-Designation of Record Pursuant to Federal Rule of Bankruptcy Procedure 8006* to be served upon those listed on the attached service list *via* United States First Class Mail.

*/s/ Mary E. Augustine*
Mary E. Augustine (No. 4477)