# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

July 1, 2012 through and including July 31, 2012

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $720.00 | 31.70 | $22,824.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $640.00 | 82.40 | $52,736.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $640.00 | 60.80 | $38,912.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $495.00 | 103.20 | $51,084.00 |
| Matthew B. McGuire | Partner; admitted PA 2001, DE 2003 | May, 2000 | $475.00 | 49.00 | $23,275.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $420.00 | 151.90 | $63,798.00 |
| K. Tyler O'Connell | Associate; admitted DE 2004 | May 2003 | $420.00 | 40.50 | $17,010.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $325.00 | 133.00 | $43,225.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $350.00 | 75.20 | $26,320.00 |

{698.001-W0022276.}

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $325.00 | 43.60 | $14,170.00 |
| Alison Baker | Law Clerk | May, 2012 | $275.00 | 3.90 | $1,072.50 |
| Frances A. Panchak | Paralegal | N/A | $230.00 | 84.60 | $19,458.00 |
| Cathy A. Adams | Paralegal | N/A | $210.00 | 126.10 | $26,481.00 |
| Linda M. Rogers | Paralegal | N/A | $210.00 | 74.40 | $15,624.00 |
| Anthony C. Dellose | Paralegal | N/A | $200.00 | 20.60 | $4,120.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $130.00 | 8.70 | $1,131.00 |
| | | | Total | 1089.60 | $421,240.50 |

**Blended Rate: $386.60**

{698.001-W0022276.}