# EXHIBIT "C"

```
                                                       September 04, 2012
                                                       Account No:   698-001
                                                       Statement No:    15420
```

Tribune Company, et al. bankruptcy

## Expenses

| | |
|---|---:|
| Postage | 76.00 |
| Travel Expense | 322.00 |
| Overtime Wages | 47.14 |
| Copying | 1,075.60 |
| Overnight Delivery | 289.19 |
| Service fee | 30.00 |
| Courier Fees | 323.50 |
| Online research | 741.40 |
| Outside Duplication Services | 126,582.41 |
| Document Retrieval | 207.20 |
| Court Reporter fees | 991.95 |
| Meals | 61.96 |
| Litigation Support | 10,006.25 |
| Telephonic Court Appearance | 637.00 |
| Total Expenses Thru 07/31/2012 | $141,391.60 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 05/10/2012 | AGL | U | B100 E113 | | 30.00 | Service fees Delaware Claims Agency, LLC - Invoice 9 - Research for defendant service info | 2691 |
| 698.001 | 06/30/2012 | AGL | U | B100 E106 | | 421.75 | Online research LexisNexis - Invoice 1206140342 | 2693 |
| 698.001 | 07/02/2012 | AGL | U | B100 E101 | 0.100 | 27.00 | Copying | 2574 |
| 698.001 | 07/03/2012 | AGL | U | B100 E101 | 0.100 | 95.50 | Copying | 2575 |
| 698.001 | 07/03/2012 | AGL | U | B100 E107 | | 37.50 | Delivery services/messengers USDRS Invoice 141376 | 2612 |
| 698.001 | 07/03/2012 | AGL | U | B100 E102 | | 997.29 | Outside printing Digital Legal, LLC - Invoice 66861 (Docket 11940,11942) | 2617 |
| 698.001 | 07/03/2012 | AGL | U | B100 E102 | | 13,160.24 | Outside printing Digital Legal, LLC - Invoice 66863 | 2618 |
| 698.001 | 07/03/2012 | AGL | U | B100 E221 | | 38.21 | Overnight Delivery FedEx - Invoice 7-954-52093 | 2627 |
| 698.001 | 07/03/2012 | AGL | U | B100 E108 | | 8.10 | Postage | 2643 |
| 698.001 | 07/03/2012 | AGL | U | B100 E108 | | 8.10 | Postage | 2644 |
| 698.001 | 07/06/2012 | AGL | U | B100 E101 | 0.100 | 11.80 | Copying | 2576 |
| 698.001 | 07/06/2012 | AGL | U | B100 E102 | | 81.30 | Outside printing Digital Legal, LLC - Invoice 66892 | 2619 |
| 698.001 | 07/06/2012 | AGL | U | B100 E209 | | 18.86 | Overtime wages - Assist attorney J. Green with revisions to FitzSimons Exhibit A defendant list | 2695 |
| 698.001 | 07/08/2012 | AGL | U | B100 E118 | | 1,850.00 | Placers, Inc. of Delaware Invoice #M2474 - Excel discovery/service project. | 2605 |
| 698.001 | 07/09/2012 | AGL | U | B100 E101 | 0.100 | 62.00 | Copying | 2577 |
| 698.001 | 07/09/2012 | AGL | U | B100 E107 | | 6.50 | Delivery services/messengers Digital Legal, LLC - Invoice 67100 | 2601 |
| 698.001 | 07/09/2012 | AGL | U | B100 E107 | | 37.50 | Delivery services/messengers USDRS Invoice 141471 | 2613 |
| 698.001 | 07/09/2012 | AGL | U | B100 E102 | | 47.90 | Outside printing Digital Legal, LLC - Invoice 66961 | 2620 |
| 698.001 | 07/09/2012 | AGL | U | B100 E102 | | 35,441.10 | Outside printing Digital Legal, LLC - Invoice 66962 | 2621 |
| 698.001 | 07/09/2012 | AGL | U | B100 E221 | | 41.47 | Overnight Delivery FedEx - Invoice 7-954-52093 | 2628 |
| 698.001 | 07/10/2012 | AGL | U | B100 E101 | 0.100 | 103.40 | Copying | 2578 |
| 698.001 | 07/10/2012 | AGL | U | B100 E111 | | 38.00 | Meals: Lunch for D. Rath and A. Goldfarb in NY for MDL meeting | 2600 |
| 698.001 | 07/10/2012 | AGL | U | B100 E107 | | 37.50 | Delivery services/messengers USDRS Invoice 141510 | 2614 |
| 698.001 | 07/10/2012 | AGL | U | B100 E110 | | 322.00 | Out-of-town travel Amtrak train business class for D. Rath to/from NY | 2615 |
| 698.001 | 07/10/2012 | AGL | U | B100 E102 | | 49,201.40 | Outside printing Digital Legal, LLC - Invoice 66991 | 2622 |
| 698.001 | 07/11/2012 | AGL | U | B100 E101 | 0.100 | 80.90 | Copying | 2579 |
| 698.001 | 07/11/2012 | AGL | U | B100 E107 | | 26.50 | Delivery services/messengers Digital Legal, LLC Invoice 67100 | 2602 |
| 698.001 | 07/11/2012 | AGL | U | B100 E111 | | 23.96 | Meals: Breakfast for 3 - LRC 1, Chadbourne 1 and Zuckerman 1; DLS Invoice 67100 | 2603 |
| 698.001 | 07/11/2012 | AGL | U | B100 E217 | | 777.30 | Court Reporter fee Diaz Data Services Invoice 9349 | 2609 |
| 698.001 | 07/11/2012 | AGL | U | B100 E228 | | 367.00 | Telephonic Court Appearance - CourtCall IDs 5042558, 5042594, 5042629, 5042565, 5042678 | 2672 |
| 698.001 | 07/12/2012 | AGL | U | B100 E101 | 0.100 | 36.20 | Copying | 2580 |
| 698.001 | 07/12/2012 | AGL | U | B100 E102 | | 1,654.51 | Outside printing Digital Legal, LLC - Invoice 67026 | 2623 |
| 698.001 | 07/12/2012 | AGL | U | B100 E102 | | 1,965.08 | Outside printing Digital Legal, LLC - Invoice 67028 | 2624 |
| 698.001 | 07/13/2012 | AGL | U | B100 E101 | 0.100 | 30.60 | Copying | 2581 |
| 698.001 | 07/13/2012 | AGL | U | B100 E107 | | 5.00 | Delivery services/messengers Digital Legal, LLC - Invoice 67100 | 2604 |
| 698.001 | 07/13/2012 | AGL | U | B100 E102 | | 1,432.33 | Outside printing Digital Legal, LLC - Invoice 67041 | 2625 |
| 698.001 | 07/15/2012 | AGL | U | B100 E118 | | 2,900.00 | Placers, Inc. of Delaware Invoice #M2481 - Excel discovery/service project | 2606 |
| 698.001 | 07/16/2012 | AGL | U | B100 E101 | 0.100 | 21.20 | Copying | 2582 |
| 698.001 | 07/18/2012 | AGL | U | B100 E101 | 0.100 | 227.80 | Copying | 2583 |
| 698.001 | 07/18/2012 | AGL | U | B100 E102 | | 30.82 | Outside printing Digital Legal, LLC - Invoice 67165 | 2629 |
| 698.001 | 07/18/2012 | AGL | U | B100 E221 | | 18.89 | Overnight Delivery FedEx Invoice 7-976-71238 | 2671 |
| 698.001 | 07/19/2012 | AGL | U | B100 E101 | 0.100 | 14.00 | Copying | 2584 |
| 698.001 | 07/19/2012 | AGL | U | B100 E102 | | 40.82 | Outside printing Digital Legal, LLC - Invoice 67170 | 2630 |
| 698.001 | 07/19/2012 | AGL | U | B100 E221 | | 152.84 | Overnight Delivery FedEx Invoice 7-976-71238 | 2670 |
| 698.001 | 07/20/2012 | AGL | U | B100 E107 | | 6.50 | Delivery services/messengers Digital Legal, LLC - Invoice 67206 | 2611 |
| 698.001 | 07/20/2012 | AGL | U | B100 E102 | | 1,067.96 | Outside printing Digital Legal, LLC - Invoice 67231 | 263 |
| 698.001 | 07/20/2012 | AGL | U | B100 E102 | | 3,310.99 | Outside printing Digital Legal, LLC - Invoice 67244 | 263 |
| 698.001 | 07/20/2012 | AGL | U | B100 E101 | 0.100 | 65.30 | Copying | 263 |
| 698.001 | 07/22/2012 | AGL | U | B100 E118 | | 2,731.25 | Placers, Inc. of Delaware Invoice #M2491 - Excel discovery/service project | 265 |
| 698.001 | 07/23/2012 | AGL | U | B100 E102 | | 40.82 | Outside printing Digital Legal, LLC - Invoice 67261 | 263 |
| 698.001 | 07/23/2012 | AGL | U | B100 E101 | 0.100 | 21.40 | Copying | 263 |
| 698.001 | 07/23/2012 | AGL | U | B100 E107 | | 54.00 | Delivery services/messengers Digital Legal, LLC - | 264 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 07/23/2012 | AGL | U | B100 E107 | | 37.50 | Delivery services/messengers - USDRS Invoice 141664 | 2682 |
| 698.001 | 07/24/2012 | AGL | U | B100 E101 | 0.100 | 188.20 | Copying | 2637 |
| 698.001 | 07/25/2012 | AGL | U | B100 E217 | | 214.65 | Court Reporter fee Diaz Data Services - Invoice 9392 | 2626 |
| 698.001 | 07/25/2012 | AGL | U | B100 E102 | | 16,691.17 | Outside printing Digital Legal, LLC - Invoice 67295 | 2634 |
| 698.001 | 07/25/2012 | AGL | U | B100 E101 | 0.100 | 3.20 | Copying | 2638 |
| 698.001 | 07/25/2012 | AGL | U | B100 E228 | | 270.00 | Telephonic Court Appearance - CourtCall IDs 5071909, 5071930, 5071851, 5071977, 5071969, 5071983, 5071842, 5071989, 5071959 | 2673 |
| 698.001 | 07/25/2012 | AGL | U | B100 E221 | | 18.89 | Overnight Delivery FedEx Invoice 7-976-71238 | 2678 |
| 698.001 | 07/25/2012 | AGL | U | B100 E107 | | 37.50 | Delivery services/messengers - USDRS Invoice 141796 | 2683 |
| 698.001 | 07/25/2012 | AGL | U | B100 E209 | | 28.28 | Overtime wages - Assist attorney J. Green with revisions to FitzSimons Exhibit A defendant list | 2696 |
| 698.001 | 07/26/2012 | AGL | U | B100 E101 | 0.100 | 48.20 | Copying | 2639 |
| 698.001 | 07/26/2012 | AGL | U | B100 E102 | | 289.90 | Outside printing Digital Legal, LLC - Invoice 67327 | 2651 |
| 698.001 | 07/27/2012 | AGL | U | B100 E101 | 0.100 | 12.90 | Copying | 2640 |
| 698.001 | 07/27/2012 | AGL | U | B100 E108 | | 24.50 | Postage | 2645 |
| 698.001 | 07/27/2012 | AGL | U | B100 E108 | | 19.25 | Postage | 2646 |
| 698.001 | 07/27/2012 | AGL | U | B100 E108 | | 16.05 | Postage | 2647 |
| 698.001 | 07/27/2012 | AGL | U | B100 E221 | | 18.89 | Overnight Delivery FedEx Invoice 7-976-71238 | 2679 |
| 698.001 | 07/27/2012 | AGL | U | B100 E118 | | 2,525.00 | Placers, Inc. of Delaware Invoice #M2498 - Excel discovery/service project | 2680 |
| 698.001 | 07/27/2012 | AGL | U | B100 E107 | | 37.50 | Delivery services/messengers - USDRS Invoice 141855 | 2684 |
| 698.001 | 07/30/2012 | AGL | U | B100 E101 | 0.100 | 18.10 | Copying | 2641 |
| 698.001 | 07/30/2012 | AGL | U | B100 E102 | | 1,013.39 | Outside printing Digital Legal, LLC - Invoice 67400 | 2652 |
| 698.001 | 07/30/2012 | AGL | U | B100 E102 | | 30.82 | Outside printing Digital Legal, LLC - Invoice 67401 | 2653 |
| 698.001 | 07/31/2012 | AGL | U | B100 E101 | 0.100 | 7.90 | Copying | 2642 |
| 698.001 | 07/31/2012 | AGL | U | B100 E102 | | 84.57 | Outside printing Digital Legal, LLC - Invoice 67412 | 2654 |
| 698.001 | 07/31/2012 | AGL | U | B100 E208 | | 207.20 | PACER Document Retrieval - July 2012 | 2675 |
| 698.001 | 07/31/2012 | AGL | U | B100 E106 | | 319.65 | Online research LexisNexis - Invoice 1207140232 | 2694 |
| **Total for Client ID 698.001** | | | | | Billable | 141,391.60 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |

**GRAND TOTALS**

Billable 141,391.60