# Exhibit A

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax   www.zuckerman.com

August 29, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:285126
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through July 31, 2012.

By Graeme W. Bush
  2.10 hours at $875.00 per hour                         $     1,837.50

By James Sottile
  49.00 hours at $790.00 per hour                        $    38,710.00

By Andrew N. Goldfarb
  89.40 hours at $640.00 per hour                        $    57,216.00

By P. Andrew Torrez
  8.90 hours at $610.00 per hour                         $     5,429.00

By Jer-Wei (Jay) Chen
  1.00 hours at $280.00 per hour                         $       280.00

By Lisa Gehlbach
  1.30 hours at $280.00 per hour                         $       364.00

By Ashley C. Voss
  16.40 hours at $225.00 per hour                        $     3,690.00

By Kimberley Wilson
  0.50 hours at $180.00 per hour                         $        90.00

BALTIMORE            NEW YORK            TAMPA            WASHINGTON, DC

August 29, 2012                                                        Page 2

|                                        |    |            |
|----------------------------------------|----|-----------:|
| TOTAL FEES                             | $  |  107,616.50 |
| TOTAL EXPENSES                         | $  |       0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD    | $  |  107,616.50 |

August 29, 2012                                                          Page 3

DESCRIPTION OF SERVICES                                      CLIENT: 12464
                                                             MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 07/02/12 | 0.60 | Two calls with J. Bendernagel (Sidley) re MDL hearing and plan confirmation issues. |
| 07/02/12 | 0.10 | E-mail correspondence with MDL plaintiffs' counsel re case management draft. |
| 07/02/12 | 0.30 | Further revisions to memorandum to Committee re proposed settlement offer to shareholders in FitzSimons. |
| 07/02/12 | 0.30 | Analyze application of MDL stay to service of Zell Rule 11 motion and e-mail to D. Bradford (Jenner) re same. |
| 07/02/12 | 0.60 | Review and edit draft case management order for MDL actions. |
| 07/02/12 | 0.20 | Review Chadbourne protocol for document search per Litigation Trust Transfer Agreement. |
| 07/02/12 | 1.50 | Review documents relevant to claims against financial advisors and further evaluation of claims. |
| 07/02/12 | 1.40 | Further evaluation of claims against officers and directors in FitzSimons and settlement valuation of same. |
| 07/03/12 | 0.10 | Call with J. Teitelbaum (Teitelbaum & Baskin) re proposed settlement offer on shareholder claims. |
| 07/03/12 | 1.80 | Prepare for MDL status hearing. |
| 07/03/12 | 1.30 | Analyze claims against non-settling Step Two Disgorgement Defendants, including relevant Plan provisions and transfer of claims to MDL. |
| 07/03/12 | 0.20 | E-mail correspondence with J. Teitelbaum (Teitelbaum & Baskin) and D. Zensky (Akin) re proposed settlement offer on shareholder claims. |
| 07/06/12 | 0.20 | E-mail correspondence with Grippo & Elden re revised draft Master Case Order for MDL. |
| 07/10/12 | 2.10 | Prepare for MDL status hearing by reviewing pleadings and case law and outlining presentation on key issues. |
| 07/10/12 | 1.70 | Participate in MDL status hearing. |
| 07/10/12 | 0.50 | Meeting with J. McCambridge and M. Solis-Szulaka (Grippo & Elden) re FitzSimons issues for MDL status hearing. |

| 07/10/12 | 0.30 | Confer with D. Rath (Landis Rath) and A. Goldfarb re issues to follow up following MDL status hearing. |
| 07/10/12 | 0.10 | Review draft report to Committee re MDL status hearing. |
| 07/11/12 | 2.00 | Participate telephonically in omnibus hearing. |
| 07/13/12 | 0.10 | E-mail correspondence with D. LeMay (Chadbourne) and J. Teitelbaum (Teitelbaum & Baskin) re proposed joint settlement offer to shareholders. |
| 07/17/12 | 1.00 | Review revised draft confirmation order for DCL Plan. |
| 07/17/12 | 0.40 | Review/analyze requests for dismissal from various shareholder defendants in FitzSimons. |
| 07/17/12 | 0.80 | Review documents relevant to Zell Rule 11 motion, including legal memoranda. |
| 07/17/12 | 1.30 | Further work on amendments to FitzSimons complaint. |
| 07/17/12 | 0.20 | E-mail correspondence with Chadbourne re revised draft confirmation order. |
| 07/18/12 | 0.40 | Call with Akin Gump, Friedman Kaplan, Landis Rath and A. Goldfarb re MDL discovery and draft Master Case Order. |
| 07/18/12 | 0.40 | Review/analyze remaining shareholder discovery. |
| 07/19/12 | 0.20 | Call with J. Bendernagel (Sidley) re issues on FitzSimons complaint and confirmation-related appeals. |
| 07/19/12 | 1.00 | Close review of and final edits to Committee Transfer Agreement with Litigation Trust. |
| 07/19/12 | 0.70 | Review revised draft confirmation order. |
| 07/19/12 | 0.60 | Review memoranda and correspondence re Zell Rule 11 motion. |
| 07/19/12 | 0.30 | Call with D. Rath and R. Cobb (Landis Rath) and A. Goldfarb re Zell Rule 11 motion. |
| 07/19/12 | 0.30 | Review draft motion to amend appellate schedule. |
| 07/19/12 | 0.80 | Analyze remaining shareholder discovery needed and edit draft letter to MDL Court re same. |
| 07/19/12 | 1.70 | Further analysis of potential dispositive motions by FitzSimons defendants, including review of relevant case law. |
| 07/20/12 | 0.20 | Call with D. Zensky (Akin) re shareholder settlement offer. |
| 07/20/12 | 0.50 | Final review of and revisions to Committee/Litigation Trust Transfer Agreement. |

August 29, 2012                                                          Page 5

| | | |
|---|---|---|
| 07/20/12 | 0.70 | Work on revised draft of Master Case Order. |
| 07/20/12 | 0.80 | Work on protocol for proposed settlement offer to FitzSimons shareholder/defendants. |
| 07/23/12 | 0.30 | Call with K. Stickles (Cole Schotz), M. Walsh (Weil) and D. Adler (McCarter) re withdrawal of Morgan Stanley bonds. |
| 07/23/12 | 0.40 | Review and edit letter to Judge Pauley re remaining shareholder discovery. |
| 07/23/12 | 0.50 | Further analysis of additional shareholder discovery needed in FitzSimons. |
| 07/23/12 | 0.80 | Review Zell Rule 11 motion and analyze responsive arguments. |
| 07/23/12 | 0.20 | Edit memorandum to Committee re Zell Rule 11 motion. |
| 07/23/12 | 1.30 | Work on gathering documents and information for Litigation Trust per Transfer Agreement. |
| 07/23/12 | 1.00 | Work on motion to sever and transfer advisor claims. |
| 07/24/12 | 0.30 | Call with D. Rath and R. Cobb (Landis Rath) and A. Goldfarb re Zell Rule 11 motion and response. |
| 07/24/12 | 0.90 | Review background documents re Zell Rule 11 motion. |
| 07/24/12 | 0.80 | Review Noteholders' motion for direct certification of appeal and motion for stay pending appeal. |
| 07/24/12 | 0.80 | Participate in call with DCL counsel re Noteholders' motions re appeals. |
| 07/24/12 | 0.40 | Call with DCL counsel re timing of Effective Date and interplay with Step Two settlement. |
| 07/25/12 | 0.40 | Prepare for and participate in telephonic hearing re timing of appeals. |
| 07/25/12 | 0.40 | Review and analyze transcript of July 10 status hearing before Judge Pauley. |
| 07/25/12 | 0.30 | Call with D. Rath, R. Cobb and J. Green (Landis Rath) and A. Goldfarb re shareholder discovery in MDL action. |
| 07/25/12 | 0.30 | Edit letter to Judge Pauley re shareholder discovery. |
| 07/25/12 | 0.40 | Further analysis of remaining shareholder discovery issues for FitzSimons. |
| 07/25/12 | 1.50 | Review of documents relevant to Zell Rule 11 motion. |
| 07/26/12 | 0.50 | Call with MDL plaintiffs' counsel re issues on draft Master Case Order for MDL litigation. |

August 29, 2012                                                                                    Page 6

| 07/26/12 | 0.50 | Participate in telephonic meeting of Creditors Committee. |
|---|---|---|
| 07/26/12 | 0.40 | Call with DCL counsel re potential timing for Plan Effective Date. |
| 07/26/12 | 0.30 | Final review of and edits to letter to Judge Pauley re discovery from shareholders in MDL action. |
| 07/27/12 | 0.20 | E-mail correspondence with DCL counsel re briefing schedule on Noteholders' stay application. |
| 07/27/12 | 0.50 | Edit proposed case management order. |
| 07/28/12 | 0.30 | Call with DCL counsel re issues on briefing re Noteholders' motion for stay. |
| 07/30/12 | 1.20 | Work on revisions to FitzSimons complaint. |
| 07/30/12 | 0.80 | Edit revised draft of Master Case Order. |
| 07/30/12 | 0.20 | Call with D. Zensky (Akin) re settlement offer to shareholders and dismissal of shareholders who received less than threshold amount. |
| 07/30/12 | 0.30 | Call with R. Cobb (LRC) and A. Goldfarb re Zell Rule 11 motion. |
| 07/30/12 | 0.80 | Review/analyze factual and legal materials relevant to Zell Rule 11 motion. |
| 07/31/12 | 1.80 | Draft memorandum to Committee re Zell Rule 11 motion. |
| 07/31/12 | 1.40 | Review key cases and factual material relevant to Zell Rule 11 motion. |
| 07/31/12 | 0.30 | Review revised draft of scheduling order for motion for stay pending appeal and email correspondence with DCL counsel re same. |
| 07/31/12 | 0.80 | Further work on revisions to FitzSimons complaint. |

P. Andrew Torrez

| 07/06/12 | 0.10 | Review ninth quarter fee application of E&Y. |
|---|---|---|
| 07/06/12 | 0.90 | Review memorandum regarding proposed joint offer to former Tribune shareholders to settle certain state law constructive fraudulent conveyance claims. |
| 07/09/12 | 0.30 | Review Committee objection to Amsden, Gremillion and Williams motion regarding MIP. |
| 07/16/12 | 0.30 | Review Debtors' notice of 6th quarterly claims settlement report. |

August 29, 2012

| 07/18/12 | 0.10 | Review various quarterly fee applications. |
|---|---|---|
| 07/20/12 | 0.20 | Review order overruling plan objections and denying motion for clarification. |
| 07/20/12 | 1.40 | Review Judge Carey's Opinion and Order approving DCL Plan. |
| 07/20/12 | 0.40 | Review proposed confirmation order. |
| 07/24/12 | 1.30 | Review Zell Rule 11 memorandum. |
| 07/24/12 | 0.10 | Review Debtors' certification of counsel regarding (I) proposed confirmation order; and (II) amended plan and related documents. |
| 07/24/12 | 1.20 | Review Aurelius (I) notice of appeal; (II) statement of issues and designation of record on appeal; (III) motion for stay pending appeal; and (IV) motion to shorten time and for expedited hearing on motion for stay. |
| 07/25/12 | 0.90 | Review Law Debenture and Deutsch Bank (I) notice of appeal; (II) motion for direct certification to the Third Circuit, (III) motion for a stay pending appeal; (IV) motion to schedule expedited hearing; and (V) declaration in support thereof. |
| 07/26/12 | 1.10 | Review Wilmington Trust appellate brief. |
| 07/30/12 | 0.10 | Review draft motion to modify depository order. |
| 07/31/12 | 0.30 | Review DCL Plan Proponents' response to Aurelius and Deutsche Bank motions to schedule expedited hearings regarding appeal of confirmation order. |
| 07/31/12 | 0.20 | Review memorandum to Committee regarding Debtors' request for Court approval of Expense Letter. |

Andrew N. Goldfarb

| 07/01/12 | 1.50 | Revise draft memorandum to Committee re potential settlement offer on fraud claims. |
|---|---|---|
| 07/01/12 | 0.10 | Email D. Rosenzweig (Fulbright) re Northern Trust of Conn status in FitzSimons. |
| 07/01/12 | 0.20 | Email S. Sulkowski (Milbank) re 2 UBS entities status in FitzSimons. |
| 07/01/12 | 0.10 | Email to C&P and LRC the revised draft of the memorandum to Committee re potential settlement offer. |
| 07/02/12 | 1.90 | Call with D. Rath, R. Cobb, J. Green and R. Butcher (LRC) re FitzSimons service and litigation issues. |

August 29, 2012                                                                      Page 8

| | | |
|---|---|---|
| 07/02/12 | 0.10 | Call with counsel to Crane Co. re FitzSimons defendants. |
| 07/02/12 | 0.10 | Call with counsel for Unisys Master Trust re status of lender action. |
| 07/02/12 | 0.20 | Review FitzSimons productions documents and spreadsheets for response re Crane Co. |
| 07/02/12 | 0.10 | Email response to counsel for Crane Co. and Chairman re FitzSimons status. |
| 07/02/12 | 1.40 | Review and edit FitzSimons defendant spreadsheet. |
| 07/02/12 | 0.20 | Respond to H. Neier (Friedman Kaplan) request for Merrill Lynch FitzSimons production. |
| 07/02/12 | 0.20 | Review revised draft MDL CMO prepared by Akin. |
| 07/03/12 | 0.20 | Call with J. Bendernagel (Sidley) re FitzSimons defendant list. |
| 07/03/12 | 0.20 | Call with B. Wittman (A&M) re FitzSimons defendant list. |
| 07/03/12 | 0.20 | Review information on FitzSimons Defendant list. |
| 07/03/12 | 0.20 | Emails to A&M and LRC re call to discuss FitzSimons defendant list. |
| 07/03/12 | 0.30 | Emails with counsel to R.Evans re FitzSimons status. |
| 07/03/12 | 0.10 | Email to D. Mordkoff (Proskauer) re disclosure to counsel for R. Evans. |
| 07/03/12 | 0.20 | Respond to multiple emails from J. Sottile re status of numerous Tribune projects. |
| 07/03/12 | 0.10 | Review Teitelbaum email re draft memorandum on potential settlement offer. |
| 07/03/12 | 0.10 | Review J. Sottile response to counsel for disgorgement defendants in lender action. |
| 07/03/12 | 0.10 | Review Chadbourne-revised draft memorandum to Committee on potential settlement offer. |
| 07/03/12 | 0.20 | Email to LRC re planned call with A&M on FitzSimons defendant spreadsheet. |
| 07/03/12 | 0.20 | Email J. Green (LRC) re defendant spreadsheet edits. |
| 07/05/12 | 0.10 | Call with J. Green (LRC) to prepare for call with Alvarez & Marsal. |
| 07/05/12 | 1.10 | Call with Alvarez & Marsal (Wittman, Forte, Ryan), J. Bendernagel (Sidley), J. Green and R. Butcher (LRC) re FitzSimons defendant spreadsheet. |

August 29, 2012

| 07/05/12 | 0.20 | Call with J. Green (LRC) after call to discuss next steps on FitzSimons defendant information for Alvarez & Marsal. |
|---|---|---|
| 07/05/12 | 0.10 | Emails with L. Gehlbach re service of JPM–related summons in FitzSimons. |
| 07/05/12 | 0.20 | Review and analyze spreadsheet from J. Green (LRC) re captioned defendants, email J. Green re same. |
| 07/05/12 | 0.10 | Review materials sent by L. Ryan (A&M) for call. |
| 07/05/12 | 0.10 | Email to D. Rosenzweig (Fulbright) re follow-up to response on Northern Trust of Conn. production in FitzSimons. |
| 07/05/12 | 0.70 | Call with M. Ashley (C&P) re transition to Litigation Trustee. |
| 07/05/12 | 0.50 | Review and revise summons rider for FitzSimons service. |
| 07/05/12 | 0.30 | Email to J. Sottile updating him on numerous FitzSimons-related projects, including service, potential motions. |
| 07/05/12 | 0.10 | Email to library for help in tracking Enterprise Group of Funds for FitzSimons. |
| 07/05/12 | 0.10 | Emails to counsel for Charter Trust (J. Menard, Preti Flaherty) re potential stipulation in FitzSimons. |
| 07/05/12 | 0.20 | Review, finalize, and file with SDNY via ECF the proof of service of summons. |
| 07/05/12 | 0.30 | Call with J. Green (LRC) re editing the list of FitzSimons defendants. |
| 07/06/12 | 0.20 | Email to J. Sottile re document collection protocol for Litigation Trustee. |
| 07/06/12 | 0.20 | Request library to search for information about defendants contact information for service. |
| 07/06/12 | 0.10 | Emails with J. Green (LRC) re service of JPM entities with which LRC has conflict. |
| 07/08/12 | 2.50 | Review and edit list of FitzSimons defendants. |
| 07/08/12 | 1.40 | Prepare draft protocol for transfer of files to Litigation Trustee. |
| 07/08/12 | 0.10 | Email to M. Ashley (C&P), D. Rath, R. Cobb, J. Green, R. Butcher (LRC) and J. Sottile re draft protocol for document transfer to Litigation Trustee. |
| 07/08/12 | 0.70 | Review/redline draft CMO-related letter to MDL court. |
| 07/08/12 | 0.20 | Email to MDL plaintiffs' counsel (Teitelbaum, Akin, Friedman Kaplan) re comments on CMO-related letter. |

| 07/08/12 | 1.70 | Prepare spreadsheets to respond to A&M request for materials re FitzSimons defendants. |
| 07/08/12 | 0.10 | Email spreadsheet to D. Rath, J. Green and R. Cobb (LRC) for review prior to circulation. |
| 07/09/12 | 0.70 | Review multiple revisions to CMO and letter to court, including email revisions and commentary re same from MDL plaintiffs' and defendants' counsel. |
| 07/09/12 | 0.30 | Prepare for trip to NY for MDL hearing. |
| 07/09/12 | 0.30 | Prepare packet of materials at request of J. Sottile for MDL hearing. |
| 07/09/12 | 0.90 | Analyze FitzSimons production and defendant spreadsheets re particular JPM entities, including email M. Miller and E. Moskowitz (Davis Polk) re same. |
| 07/09/12 | 0.10 | Call with S. Sulkowski (Milbank) re UBS entities. |
| 07/09/12 | 0.20 | Emails with M. Ashley (C&P) re draft protocol for collecting materials for Tribune Litigation Trustee. |
| 07/09/12 | 0.20 | Review materials transfer agreement drafted for Committee and Litigation Trustee. |
| 07/09/12 | 0.10 | Review submission of MDL defendants. |
| 07/09/12 | 0.10 | Review order amending termination event definition for lender and preference actions. |
| 07/09/12 | 0.30 | Email to J. Green and R. Butcher (LRC) re results of call with S. Sulkowski (Milbank) re UBS entities and explaining review of relevant FitzSimons production materials from LRC T: drive. |
| 07/10/12 | 2.20 | Attend MDL status conference. |
| 07/10/12 | 0.30 | Confer with D. Rath (LRC) re status conference. |
| 07/10/12 | 0.40 | Meet with D. Rath (LRC) and J. Sottile after status conference to discuss next steps. |
| 07/10/12 | 0.10 | Email J. Green (LRC) re outcome of status conference. |
| 07/10/12 | 0.30 | Revise draft note from M. Roitman (C&P) for Committee summarizing court conference. |
| 07/11/12 | 0.10 | Email D. Rath (LRC) re Susquehanna entities status as defendants in FitzSimons. |
| 07/11/12 | 0.30 | Research Susquehanna entities status in FitzSimons. |

| 07/11/12 | 0.20 | Email P. Anker (Wilmer Hale) re Susquehanna status as FitzSimons defendant. |
| 07/11/12 | 2.20 | Attend and participate in omnibus hearing. |
| 07/11/12 | 0.10 | Emails with J. Sottile to prepare for hearing. |
| 07/11/12 | 0.50 | Review Fee Examiner's submissions, hearing transcript and Fee Examiner's final reports to prepare for hearing. |
| 07/11/12 | 0.20 | Review/revise and send to Alvarez & Marsal a spreadsheet re FitzSimons defendants in response to request. |
| 07/12/12 | 0.10 | Call with B. Massey re FitzSimons defendant status and status of case. |
| 07/13/12 | 0.10 | Call to representative of Lehrman Trust re status of FitzSimons. |
| 07/13/12 | 0.20 | Call with D. Harris (FitzSimons defendant). |
| 07/13/12 | 0.10 | Email to representative of Lehrman Trust with requested information. |
| 07/13/12 | 0.20 | Call and follow-up email with B. Schneider (Munger Tolles) re Amgen defendant in FitzSimons. |
| 07/13/12 | 0.10 | Review MDL scheduling order. |
| 07/13/12 | 0.50 | Locate and review Zell materials in preparation for service of Rule 11 motion. |
| 07/13/12 | 0.20 | Initial review of confirmation decision. |
| 07/13/12 | 0.10 | Review letter from bankruptcy court to Berko. |
| 07/13/12 | 0.30 | Review status of FitzSimons discovery and service. |
| 07/16/12 | 0.30 | Call with D. Viola, counsel to Sano Investments, re status in FitzSimons. |
| 07/16/12 | 0.20 | Call with M. Miller (DPW) re various JPM entities status as FitzSimons defendants. |
| 07/16/12 | 0.50 | Emails with M. Joseph re service made upon him in FitzSimons, including research of defendant information re same. |
| 07/16/12 | 0.20 | Call with B. Levavy for Consumer Financial re FitzSimons. |
| 07/16/12 | 0.20 | Call with J. Forte (A&M) re FitzSimons beneficial holder list. |
| 07/16/12 | 0.40 | Emails with J. Green (LRC) re FitzSimons defendant spreadsheet, including review of same. |

| 07/16/12 | 0.10 | Call with C. Sakamoto (Merrill Lynch) re Hawaii Dental status in FitzSimons. |
| 07/16/12 | 0.20 | Email and call with M. Skala, counsel to D. Daft, re potential dismissal from FitzSimons. |
| 07/16/12 | 0.70 | Review draft of MCO 3 for MDL. |
| 07/16/12 | 0.10 | Email D. Zensky (Akin) et al. re possible revisions to MCO 3 draft. |
| 07/16/12 | 0.30 | Emails with D. Newman (Akin) clarifying comments on proposed MCO3 edits. |
| 07/16/12 | 0.20 | Email to J. Green (LRC) re A&M request for information about large LBO proceeds recipients in FitzSimons. |
| 07/17/12 | 1.30 | Call with J. Green (LRC) re Lehman Bros. issues and A&M request. |
| 07/17/12 | 0.60 | Analyze A&M spreadsheet and other FitzSimons defendant spreadsheets. |
| 07/17/12 | 0.40 | Review papers related to S. Zell Rule 11 issues. |
| 07/17/12 | 0.10 | Review materials provides by M. Skala re Daft defendant in FitzSimons. |
| 07/17/12 | 0.10 | Email to LRC and J. Sottile re recommendation to dismiss Daft defendant. |
| 07/17/12 | 0.20 | Prepare and send draft notice of voluntary dismissal to M. Skala (Daft counsel). |
| 07/17/12 | 0.10 | Emails with J. Green and C. Adams (LRC) re Consumer Financial defendant in FitzSimons. |
| 07/17/12 | 0.10 | Respond to emails from J. Sottile re FitzSimons defendant projects, supplemental fee application. |
| 07/18/12 | 0.30 | Call with R. Cobb (LRC) re discovery letter memorandum draft to MDL court. |
| 07/18/12 | 0.50 | Conference call with Akin, Friedman Kaplan, LRC, and J. Sottile re MDL plaintiffs' issues, including MCO #3 and discovery. |
| 07/18/12 | 0.20 | Review draft of discovery letter from R. Cobb (LRC) to MDL court. |
| 07/18/12 | 0.40 | Email to R. Cobb, D. Rath, J. Green (LRC) and J. Sottile re discovery strategy. |
| 07/18/12 | 0.60 | Review of FitzSimons discovery status and follow up with S. Sulkowski (Milbank) and J. Menard (Charter) re same. |

August 29, 2012

| 07/18/12 | 0.20 | Call with S. Patt, counsel for defendant in FitzSimons, about status of client/defendant Glenview Bank. |
| 07/18/12 | 0.20 | Review letter and cases cited by IMF counsel re alleged immunity from suit in FitzSimons. |
| 07/18/12 | 0.30 | Review and update spreadsheet to respond to Alvarez & Marsal request. |
| 07/18/12 | 0.20 | Email to J. Forte (A&M) with spreadsheet re FitzSimons defendants' status per A&M request. |
| 07/18/12 | 0.20 | Email to LRC and J. Sottile re suggested approach to A&M request response. |
| 07/18/12 | 0.10 | Serve SAS supplemental R. 34 production on parties subpoenaing Committee. |
| 07/18/12 | 0.70 | Review Zell Rule 11 memorandums and filings. |
| 07/18/12 | 0.20 | Emails to J. Green (LRC) re Credit Suisse and other FitzSimons discovery targets and defendants. |
| 07/18/12 | 0.10 | Emails to R. Cobb, D. Rath (LRC) and J. Sottile re preparation for discovery call with Noteholders' counsel. |
| 07/19/12 | 0.30 | Finalize and file notice of voluntary dismissal for D. Daft in FitzSimons. |
| 07/19/12 | 0.50 | Call with D. Rath, R. Cobb (LRC) and J. Sottile re Zell Rule 11 motion strategy. |
| 07/19/12 | 0.20 | Research JPM Ventures status in FitzSimons. |
| 07/19/12 | 0.10 | Emails with S. Sulkowski (Milbank) re notice of Goldman Sachs production info on consent of party. |
| 07/19/12 | 0.20 | Research Sano Investment and Penson production in FitzSimons. |
| 07/19/12 | 0.10 | Review email from J. Menard (Preti) re Charter Trust status in FitzSimons. |
| 07/19/12 | 0.20 | Research Janney FitzSimons production and email Janney representative re same. |
| 07/19/12 | 0.10 | Review letter from D. Diu (pro se FitzSimons plaintiff), email J. Green (LRC) re same. |
| 07/20/12 | 0.10 | Email to J. Goldsmith re Committee subpoena and discovery efforts in FitzSimons. |
| 07/23/12 | 2.50 | Draft memorandum to the Committee re Zell Rule 11 motion. |
| 07/23/12 | 0.30 | Review Zell Rule 11 motion. |

August 29, 2012                                                                 Page 14

| | | |
|---|---|---|
| 07/23/12 | 0.20 | Emails to J. Green (LRC) re FitzSimons defendants and service status. |
| 07/23/12 | 0.30 | Calls with counsel for FitzSimons' individual shareholder defendants. |
| 07/23/12 | 0.70 | Prepare summons and ancillary filing papers for service on JPM entities. |
| 07/23/12 | 0.10 | Email Rule 11 Motion memorandum to M. Roitman (C&P) for posting for Committee with note. |
| 07/23/12 | 0.30 | Confer with M. Ashley re various issues including Zell Rule 11 memorandum and document collection protocol. |
| 07/23/12 | 0.20 | Revise draft stipulation of voluntary dismissal without prejudice for Abbott Labs Annuity Retirement Trust. |
| 07/23/12 | 0.20 | Review Abbott Labs documents demonstrating lack of receipt of LBO proceeds. |
| 07/23/12 | 0.10 | Emails to LRC and Abbott Labs counsel request for voluntary dismissal. |
| 07/23/12 | 0.10 | Review proposed revisions of stipulation from Abbott Labs Annuity Retirement Trust. |
| 07/23/12 | 0.10 | Revise posting note per comments from D. LeMay (C&P). |
| 07/23/12 | 0.40 | Review and revise draft discovery letter to MDL court from Akin. |
| 07/23/12 | 0.10 | Email revised draft discovery letter to R. Cobb (LRC). |
| 07/23/12 | 0.10 | Email to L. Gehlbach re preparation and securing summons for service on JPM defendants in FitzSimons. |
| 07/23/12 | 0.60 | Review emails and documents and revise document transfer protocol in connection with same. |
| 07/23/12 | 0.20 | Review emails among R. Cobb (LRC), J. Green (LRC), D. Rath (LRC), and J. Sottile re additional potential discovery target numbers in FitzSimons. |
| 07/24/12 | 0.60 | Call with R. Cobb and D. Rath (LRC) and J. Sottile re Zell Rule 11 strategy. |
| 07/24/12 | 0.90 | Participate in call with DCL counsel re appellate stay strategy. |
| 07/24/12 | 0.10 | Review motion to dismiss Count 13 received in FitzSimons, email LRC and J. Sottile re same. |
| 07/24/12 | 0.10 | Review revised draft MDL discovery letter circulated by J. Sottile. |

August 29, 2012

| 07/24/12 | 0.30 | Research and send information about 50K-100K threshold parties to Akin upon request. |
|----------|------|--------------------------------------------------------------------------------------|
| 07/24/12 | 0.10 | Emails with R. Lack (Friedman Kaplan) re updated defendant sheets. |
| 07/24/12 | 0.20 | Email response to D. Zensky (Akin) re question of dismissal of sub-threshold parties in MDL cases and reliability of information. |
| 07/24/12 | 0.10 | Email M. Miller (DPW) re JPM Ventures status as FitzSimons defendant. |
| 07/24/12 | 0.30 | Email J. Menard (Preti) re Charter Trust proposed stipulation. |
| 07/24/12 | 1.50 | Review and analyze spreadsheet of possible discovery follow-up parties in FitzSimons. |
| 07/24/12 | 0.20 | Call with A. Voss re document gathering protocol for Litigation Trustee transfer. |
| 07/24/12 | 0.20 | Revise draft stipulation for Abbott Labs Annuity Retirement Trust, email same to B. Schneider (Munger Tolles). |
| 07/24/12 | 0.30 | Begin reviewing cases and A. Torrez memorandum on Zell Rule 11 issue. |
| 07/24/12 | 0.30 | Email J. Forte (A&M) summarizing Committee discovery efforts per request. |
| 07/25/12 | 1.10 | Call with J. Green (LRC) re FitzSimons defendants needing additional discovery. |
| 07/25/12 | 0.20 | Call with J. Green, R. Cobb (LRC) and J. Sottile re discovery letter changes from MDL plaintiffs. |
| 07/25/12 | 0.20 | Call with J. Green (LRC) to review updated list of parties potentially needing more discovery in FitzSimons. |
| 07/25/12 | 0.50 | Attend court hearing telephonically. |
| 07/25/12 | 1.20 | Review caselaw and legal memoranda on aiding and abetting bread of fiduciary duty. |
| 07/25/12 | 3.20 | Review Examiner report and exhibits re Zell involvement in LBO transaction for Rule 11 analysis. |
| 07/25/12 | 0.20 | Call with R. Reeves (pro se FitzSimons defendant) requesting that he withdraw motion to dismiss. |
| 07/25/12 | 0.10 | Email to M. Miller (DPW) re JPM Ventures status in FitzSimons and service. |
| 07/25/12 | 0.20 | Review transcript from 7/10 MDL hearing, emails among MDL plaintiffs re same on Zell Rule 11 issue. |

August 29, 2012                                                                                              Page 16

| 07/25/12 | 0.20 | Review emails among MDL plaintiffs on MCO issues. |
|----------|------|---------------------------------------------------|
| 07/26/12 | 0.70 | Call with MDL Plaintiffs re draft MCO provisions relating to FitzSimons. |
| 07/26/12 | 0.20 | Confer with J. Sottile re draft MCO revisions, Zell Rule 11 motion. |
| 07/26/12 | 0.30 | Call with J. Green (LRC) re list of FitzSimons discovery targets and draft letter to Pauley. |
| 07/26/12 | 1.00 | Review, revise, and finalize letter to MDL court re discovery, including coordinate delivery and service of same. |
| 07/26/12 | 1.60 | Draft memorandum for J. Sottile and LRC re FitzSimons Count VII and Zell Rule 11 motion. |
| 07/26/12 | 2.50 | Review, research, analyze, and revise draft motion to revise depository order. |
| 07/26/12 | 0.30 | Draft email to M. McGuire and D. Rath (LRC), M. Ashley (C&P), and J. Sottile re proposed revisions to draft motion to modify depository order. |
| 07/26/12 | 0.10 | Respond to FitzSimons pro se plaintiff. |
| 07/26/12 | 0.10 | Email J. Green re additional FitzSimons discovery to produce to parties that subpoenaed the Committee. |
| 07/27/12 | 1.00 | Revise latest draft of motion to modify depository order and proposed order. |
| 07/27/12 | 0.20 | Email draft of motion to Noteholders' counsel, Wilmington Trust Counsel, debtors. |
| 07/27/12 | 0.20 | Email draft motion with posting note to C&P for posting to Intralink for Committee. |
| 07/27/12 | 0.30 | Call with D. Rath, R. Cobb (LRC) and J. Sottile re Zell Rule 11 research. |
| 07/27/12 | 0.20 | Call with S. Sulkowski (Milbank) re various production and party status issues in FitzSimons. |
| 07/27/12 | 0.10 | Email to J. Forte (A&M) re request for beneficial holder information. |
| 07/27/12 | 0.10 | Call with R. Butcher (LRC) re A&M beneficial holder information request. |
| 07/27/12 | 0.20 | Review defendant spreadsheet and send same to R. Lack (Friedman Kaplan). |
| 07/27/12 | 0.30 | Work on Zell Rule 11 response re aiding and abetting breach of fiduciary duty count. |

| | | |
|---|---|---|
| 07/27/12 | 0.10 | Respond to emails from MDL Defense counsel re discovery letter sent to MDL Court. |
| 07/27/12 | 0.10 | Call with D. Rath (LRC) re Depository Order scope. |
| 07/27/12 | 0.10 | Email with M. Ashley (C&P) responding to question re depository order motion scope and transfer to Litigation Trustee. |
| 07/27/12 | 0.20 | Review LRC draft memorandum summarizing research on Rule 11 and veil-piercing. |
| 07/27/12 | 0.20 | Review J. Green (LRC) emails and confer with him re same re status of service and defendant list in FitzSimons. |
| 07/27/12 | 1.90 | Review and redline draft MCO sections re FitzSimons. |
| 07/27/12 | 0.10 | Send revised MCO draft to J. Sottile. |
| 07/28/12 | 1.90 | Review and redline draft MCO sections re FitzSimons. |
| 07/28/12 | 0.10 | Send revised MCO draft to J. Sottile. |
| 07/29/12 | 1.00 | Review spreadsheet of FitzSimons shareholder defendants and provide comments at request of A&M. |
| 07/29/12 | 0.20 | Email J. Forte and provide spreadsheet re FitzSimons defendants with comments. |
| 07/30/12 | 0.40 | Call with M. Hurley and J. Goldsmith (Akin); H. Neier and B. Lack (Friedman Kaplan); R. Cobb (LRC) and J. Sottile re Zell Rule 11 motion, amended complaints. |
| 07/30/12 | 2.40 | Begin draft of memorandum to Committee re Zell Rule 11 recommendation. |
| 07/30/12 | 1.40 | Review and revise draft MCO 3 sections on FitzSimons, including incorporation of J. Sottile and R. Cobb (LRC) comments. |
| 07/30/12 | 0.30 | Create and circulate blackline of draft of MCO 3 to other MDL Plaintiffs' counsel. |
| 07/30/12 | 0.60 | Finalize and submit notice of voluntary dismissal for Abbott Labs Annuity Retirement Trust in FitzSimons. |
| 07/30/12 | 0.30 | Review exculpation clause in 4th amended plan, review case on Rule 11 in bankruptcy context. |
| 07/30/12 | 0.20 | Confer with A. Voss via phone and email re info gathering for material transfer to Litigation Trustee. |
| 07/30/12 | 0.10 | Final review of depository order modification motion, emails re same. |

| 07/30/12 | 0.20 | Call and email with S. Patt (counsel to Glenview State Bank) re status of that party in FitzSimons. |
| 07/30/12 | 0.10 | Review R. Lack (Friedman Kaplan) emails re FitzSimons defendant corrections. |
| 07/30/12 | 0.50 | Zell Rule 11 fact research, including review binder on Zell Rule 11 documents received from C&P and analyze 2007 public filings. |
| 07/31/12 | 0.30 | Review edits to Zell Rule 11 motion memorandum to Committee from R. Cobb and D. Rath (LRC). |
| 07/31/12 | 3.30 | Draft and revise Zell Rule 11 motion memorandum to Committee, including review of relevant cases. |
| 07/31/12 | 0.10 | Email to D. Rath, R. Cobb (LRC) and J. Sottile re draft of Rule 11 motion memorandum. |
| 07/31/12 | 1.10 | Review and provide comment on revised draft MCO 3. |
| 07/31/12 | 0.10 | Emails with A. Voss re Tribune documents capture. |
| 07/31/12 | 0.10 | Organize meeting with A. O'Neill to begin review of documents for Litigation Trustee transfer. |

Graeme W. Bush

| 07/11/12 | 0.30 | Review reports from Chadbourne regarding bankruptcy court hearing and SDNY hearing. |
| 07/11/12 | 0.30 | Telephone call and e-mail with J. Sottile regarding SDNY hearing re MDL. |
| 07/12/12 | 0.20 | E-mail exchange regarding telephone call from defendant in FitzSimons. |
| 07/13/12 | 0.40 | Review e-mails regarding final order. |
| 07/15/12 | 0.40 | E-mail exchange regarding final modifications to proposed confirmation order. |
| 07/16/12 | 0.20 | Review e-mail from Chadbourne & Parke regarding shareholder settlements. |
| 07/25/12 | 0.30 | E-mails regarding Rule 11 motion. |

Ashley C. Voss

| 07/06/12 | 0.20 | Discuss review of Concordance databases containing documents pulled from email searches and the DMS with A. Goldfarb. |
| 07/06/12 | 1.40 | Update Concordance document databases for attorney review. |

August 29, 2012

| 07/24/12 | 0.20 | Conference call with A. Goldfarb to discuss review of additional emails and documents. |
|----------|------|---|
| 07/24/12 | 1.00 | Review previously pulled files and databases. |
| 07/24/12 | 0.20 | Correspondence with K. Lee re same. |
| 07/25/12 | 0.20 | Conference call with K. Lee to discuss pulling emails and documents from the internal document management system for attorney review in preparation for upcoming production. |
| 07/25/12 | 0.90 | Review documentation re same and previously pulled documents. |
| 07/30/12 | 6.70 | Run date and search term filters on extracted documents in preparation for document review in response to the Aurelius subpoena along with run deduplication of documents pulled from document management system. |
| 07/31/12 | 5.60 | Run date and search term filters on extracted emails in preparation for document review in response to the Aurelius subpoena. |

**Jer-Wei (Jay) Chen**

| 07/09/12 | 1.00 | Prepare hearing binder for J. Sottile's review. |
|----------|------|---|

**Lisa Gehlbach**

| 07/05/12 | 0.50 | Review and prepare summons and service list for electronic filing and mail the same to Clerk of Court in SDNY. |
|----------|------|---|
| 07/10/12 | 0.30 | E-mail correspondence with Epiq Systems regarding filing of notice of hearing to parties listed on Affidavit of Service. |
| 07/26/12 | 0.30 | E-mail correspondence with A. Goldfarb regarding coordination with service vendor in NY to file summons in the FitzSimons action relating to additional JPM entities. |
| 07/26/12 | 0.20 | Coordinate with vendor regarding filing of summons in the FitzSimons action relating to additional JPM entities. |

**Kimberley Wilson**

| 07/06/12 | 0.50 | Search for contact/registered agent for the Enterprise Group of Funds for A. Goldfarb. |
|----------|------|---|



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

August 31, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:285127
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through July 31, 2012.

| | | |
|---|---|---|
| By Graeme W. Bush | | |
| 0.60 hours at $875.00 per hour | $ | 525.00 |
| By Andrew N. Goldfarb | | |
| 9.30 hours at $640.00 per hour | $ | 5,952.00 |
| | | |
| TOTAL FEES | $ | 6,477.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 6,477.00 |

BALTIMORE        NEW YORK        TAMPA        WASHINGTON, DC

August 31, 2012                                                                           Page 2

DESCRIPTION OF SERVICES                                                CLIENT: 12464
                                                                                       MATTER: 0002

Andrew N. Goldfarb

| 07/03/12 | 0.10 | Review draft order on 7th interim fee agreement. |
| 07/03/12 | 0.20 | Review Fee Examiner's final report on Zuckerman Spaeder 6th interim fee application. |
| 07/03/12 | 0.20 | Review draft order from Cole Schotz re 6th interim fee application, email J. Sottile re same. |
| 07/05/12 | 1.10 | Review and compile information to respond to Fee Examiner questions about expenses for 7th interim fee application. |
| 07/05/12 | 0.10 | Email to J. Theil re additional information on spreadsheet for 7th interim expenses. |
| 07/06/12 | 0.30 | Review and analyze spreadsheet from J. Theil re Zuckerman Spaeder expenses for 7th interim fee application. |
| 07/06/12 | 0.30 | Emails with J. Theil to clarify Zuckerman Spaeder expenses, including review of relevant information. |
| 07/06/12 | 0.20 | Review fee examiner final report in connection with Zuckerman Spaeder 7th interim fee application. |
| 07/06/12 | 0.20 | Emails with J. Theil re need for correction/amendment to the final report. |
| 07/06/12 | 0.10 | Review proposed order for 7th interim fee app. |
| 07/09/12 | 0.40 | Review, revise, finalize and send Zuckerman Spaeder 34th monthly fee application. |
| 07/09/12 | 0.20 | Email to V. Garlati (Tribune) re CNOs for 32nd and 33rd monthly fee apps to request payment on same. |
| 07/11/12 | 0.10 | Review entered fee orders. |
| 07/11/12 | 0.10 | Email to A. Landis and D. Rath (LRC) re approach to address expressed concerns of the court re Zuckerman Spaeder fee application. |
| 07/12/12 | 0.10 | Provide information to A. Landis (LRC) in connection with supplemental interim fee application. |
| 07/12/12 | 0.20 | Begin preparation of interim fee application. |
| 07/13/12 | 0.40 | Review, revise, and finalize Zuckerman Spaeder's 11th interim fee application. |

August 31, 2012                                                                                        Page 3

| 07/13/12 | 0.20 | Confer with M. McGuire (LRC) re fee and expense filing re 6th and 7th interim fee applications. |
| 07/13/12 | 0.20 | Initial review of supplemental fee submission to court. |
| 07/13/12 | 0.40 | Attention to A&M request for Zuckerman Spaeder fee information and estimated upcoming fees and expenses, including review of past and pending fee applications. |
| 07/13/12 | 0.30 | Emails with M. McGuire and A. Landis (LRC) re approach to providing Court more information about expenses for 6th and 7th interim applications. |
| 07/15/12 | 1.20 | Review and revise draft supplemental fee application, motion to seal, and proposed order. |
| 07/16/12 | 0.30 | Review revised draft of supplemental fee application papers. |
| 07/16/12 | 0.60 | Review, confirm and comment to A&M on fees-related spreadsheet from A&M send to Zuckerman Spaeder for feedback. |
| 07/17/12 | 0.20 | Review and respond to K. Brown (LRC) emails re supplemental fee application. |
| 07/17/12 | 0.20 | Review latest draft of supplemental fee application papers. |
| 07/30/12 | 0.80 | Review June 2012 timesheets for compliance with Local Rules in preparation of 35th monthly fee application. |
| 07/31/12 | 0.10 | Email to M. McGuire (LRC) re expert invoices in connection with US Trustee inquiry about supplemental fee application. |
| 07/31/12 | 0.50 | Draft, review, and finalize Zuckerman Spaeder 35th monthly fee application. |

Graeme W. Bush

| 07/03/12 | 0.20 | Review draft omnibus fee order. |
| 07/12/12 | 0.40 | E-mail exchange with A. Goldfarb, J. Sottile and Landis Rath regarding Court order on expenses. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

August 29, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:285128
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through July 31, 2012.

By James Sottile
  7.00  hours at  $790.00  per hour                          $      5,530.00

By Andrew N. Goldfarb
  3.00  hours at  $640.00  per hour                          $      1,920.00

|  |  |
| --- | --- |
| TOTAL FEES | $  7,450.00 |
| Less Professional Courtesy | $  -3,725.00 |
| TOTAL FEES | $  3,725.00 |
| TOTAL EXPENSES | $  0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $  3,725.00 |

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC

August 29, 2012                                                                                    Page 2

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0003

James Sottile

07/09/12          3.50    Travel to NY for status hearing in MDL action.

07/10/12          3.50    Travel from NY following MDL status hearing.

Andrew N. Goldfarb

07/10/12          0.50    Travel to and from NYC for MDL status conference via
                          Acela train. (.50) [NB:  66 miles driving total].

07/11/12          2.50    Travel to and from Wilmington for Tribune omnibus hearing.