# Exhibit B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
36th Monthly Fee Application
Period 7/1/12 - 7/31/12

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| TRAVEL | | | | |
| | $ 2,291.60 | 7/10/2012 | JS | |
| | $ 213.00 | 7/12/2012 | JS | |
| Total | $ 2,504.60 | | | $ 2,504.60 |
| HOTELS | | | | |
| | $ 534.90 | 7/12/2012 | JS | |
| Total | $ 534.90 | | | $ 534.90 |
| PROCESS SERVICE | | | | |
| EPS Judicial Process Service, Inc. | $ 179.64 | 7/9/2012 | | |
| EPS Judicial Process Service, Inc. | $ 179.64 | 7/9/2012 | | |
| Total | $ 359.28 | | | $ 359.28 |
| FILING FEES | | | | |
| Percels, Inc. | $ 3,120.00 | 7/17/2012 | | |
| Total | $ 3,120.00 | | | $ 3,120.00 |
| POSTAGE | | | | |
| | $ 1.10 | 7/5/2012 | | |
| | $ 6.60 | 7/26/2012 | | |
| Total | $ 7.70 | | | $ 7.70 |
| INHOUSE PHOTOCOPIES | | | | |
| | $ 32.70 | 7/27/2012 | | |
| Total | $ 32.70 | | | $ 32.70 |
| TELEPHONE CONFERENCING | | | | |
| Sountpath | $ 151.10 | 7/24/2012 | | |
| Total | $ 151.10 | | | $ 151.10 |
| LONG DISTANCE CALLS | | | | |
| | $ 0.24 | 7/2/2012 | | |
| | $ 0.60 | 7/2/2012 | | |
| | $ 0.24 | 7/3/2012 | | |
| | $ 0.48 | 7/3/2012 | | |
| | $ 0.12 | 7/5/2012 | | |
| | $ 1.44 | 7/5/2012 | | |
| | $ 0.84 | 7/5/2012 | | |
| | $ 5.04 | 7/5/2012 | | |
| | $ 0.24 | 7/6/2012 | | |
| | $ 0.12 | 7/10/2012 | | |
| | $ 0.24 | 7/12/2012 | | |
| | $ 0.72 | 7/12/2012 | | |
| | $ 0.72 | 7/12/2012 | | |
| | $ 0.60 | 7/13/2012 | | |
| | $ 0.24 | 7/13/2012 | | |
| | $ 0.12 | 7/13/2012 | | |
| | $ 0.12 | 7/16/2012 | | |
| | $ 1.80 | 7/16/2012 | | |
| | $ 1.20 | 7/16/2012 | | |
| | $ 0.36 | 7/16/2012 | | |
| | $ 0.12 | 7/16/2012 | | |
| | $ 0.12 | 7/16/2012 | | |
| | $ 0.36 | 7/17/2012 | | |
| | $ 0.72 | 7/17/2012 | | |
| | $ 0.12 | 7/17/2012 | | |
| | $ 0.48 | 7/17/2012 | | |

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| | | | | |
| | $ 1.20 | 7/19/2012 | | |
| | $ 0.24 | 7/20/2012 | | |
| | $ 0.60 | 7/23/2012 | | |
| | $ 1.80 | 7/23/2012 | | |
| | $ 0.24 | 7/23/2012 | | |
| | $ 1.92 | 7/23/2012 | | |
| | $ 0.12 | 7/24/2012 | | |
| | $ 0.12 | 7/24/2012 | | |
| | $ 7.56 | 7/25/2012 | | |
| | $ 0.12 | 7/25/2012 | | |
| | $ 0.84 | 7/25/2012 | | |
| | $ 0.12 | 7/25/2012 | | |
| | $ 0.72 | 7/26/2012 | | |
| | $ 0.12 | 7/26/2012 | | |
| | $ 0.12 | 7/26/2012 | | |
| | $ 0.12 | 7/26/2012 | | |
| | $ 0.12 | 7/27/2012 | | |
| | $ 0.24 | 7/27/2012 | | |
| | $ 0.84 | 7/27/2012 | | |
| | $ 0.36 | 7/27/2012 | | |
| | $ 0.12 | 7/27/2012 | | |
| | $ 0.12 | 7/30/2012 | | |
| | $ 0.60 | 7/30/2012 | | |
| | $ 0.12 | 7/30/2012 | | |
| | | | | |
| Total | $ 35.88 | | | $ 35.88 |
| | | | | |
| | | | | |
| GRAND TOTAL | | | | $ 6,746.16 |