**EXHIBIT A**

**CLAIM NOS. 5017-5026**

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

| Name of Debtor:  **TRIBUNE COMPANY** | Case Number:  08-13141 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):  AIG Casualty Company, AIG Excess Liability, AIG Life Insurance Company, AIU Insurance Company, American Home Assurance Company, American Home Assurance Company-Canada, American International Specialty Lines Insurance Company Illinois National Insurance Co., Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., New Hampshire Insurance Company, and certain other entities related to AIU Holdings, Inc.

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**
Commercial Insurance Bankruptcy Collections
Michelle A. Levitt, Authorized Representative
175 Water Street, 18th Floor
New York, New York 10038
Telephone number: (212) 458-6777

**Court Claim Number:** _____
*(If known)*

Filed on: _____

**Name and address where payment should be sent** (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**    $Unliquidated  *Subject to Adjustment (See Attachment).

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Other- See Attachment.
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** See Attachment.

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**   [ ] Real Estate  [ ] Motor Vehicle  [X] Other
   Describe: Right of Setoff- See Attachment.

   **Value of Property:** $_____  **Annual Interest Rate** ___%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   if any: $_____  **Basis for perfection:** _____

   **Amount of Secured Claim:** $ Unliquidated * **Amount Unsecured:** $ Unliquidated *

   * Subject to Adjustment (See Attachment).

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units -- 11 U.S.C. § 507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(_).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payr...    ...king this proof of claim.

**7. Documents:** Attach redacted co... ...issory notes, purchase orders, invoices, itemized statemen... ...d security agreements. You may also attach a summary. A... ...rfection of a security interest. You may also attach a sur... DO NOT SEND ORIGINAL DOC... ...OYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)    0000005017

**Date:** 06/10/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Michelle A. Levitt, Authorized Representative*

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FILED & RECEIVED   FOR COURT USE ONLY

JUN 1 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------:

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| | : | |
| TRIBUNE COMPANY, et al., | : | **Case No. : 08-13141** |
| | : | |
| DEBTORS. | : | **JOINTLY ADMINISTERED** |

------------------------------------------------:

**ATTACHMENT TO PROOF OF CLAIM OF AIG CASUALTY COMPANY, AIG EXCESS LIABILITY, AIG LIFE INSURANCE COMPANY, AIU INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY-CANADA, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE CO., LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., NEW HAMPSHIRE INSURANCE COMPANY, AND CERTAIN OTHER ENTITIES RELATED TO AIU HOLDINGS, INC.**

     1.    This proof of claim is filed on behalf of AIG CASUALTY COMPANY, AIG EXCESS LIABILITY, AIG LIFE INSURANCE COMPANY, AIU INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY-CANADA, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE CO., LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., NEW HAMPSHIRE INSURANCE COMPANY, and certain other entities related to AIU Holdings, Inc. (collectively, "Claimant") that provide or provided insurance, insurance services and/or surety bonds to TRIBUNE COMPANY, et al., ("Debtors") (see the List of Debtors attached hereto).

     2.    As of December 8, 2008 (the "Petition Date"), the Debtors are indebted to Claimant for premiums, deductibles, and other related fees, expenses and obligations for, among other things, insurance coverages and services provided and to be provided by Claimant to the Debtors as more fully described below.

     3.    **The Insurance Program**. Claimant provided the Debtors with certain insurance coverages, including, without limitation, accident and health, commercial automobile-excess, commercial property, crime, directors and officers, general liability, general liability-excess, workers compensation, workers compensation-excess, and other services (the "Insurance Program") for varying periods commencing September 30, 1988 and ending 12:01 a.m., December 20, 2013. Attached hereto is a list of the policies issued by Claimant to the Debtors and certain related documentation. Claim is made for all obligations of the Debtors arising under the Insurance Program whether or not the relevant insurance policies and related agreements are specifically listed or described in the attached list or documents. Moreover, the documents

which evidence the Insurance Program are voluminous and it is not practical to attach and/or list all of them. Nothing in this description of the Insurance Program or any of the attached documents is intended to vary, amend or alter in any way the terms, conditions, coverages, limitations, exclusions or dates of coverage of any policy or coverage.

4.   **Fidelity and Surety Bonds.**  Claimant may have provided the Debtors with various surety, fidelity and other bonds for the account of the Debtors. Claim is asserted for all such bonds issued or outstanding and for all premiums, fees and expenses due thereunder, whether or not specifically listed or described in the attached documents. Nothing in this description of the bond programs is intended to vary, amend or alter in any way the terms, conditions, coverages, limitations, exclusions or dates of coverage of any bond. Should Claimant be called upon to pay on any such bond, Claimant may amend this proof of claim to assert a claim on account of such payment.

5.   **Components of this Claim.**

(a)   **Unliquidated Claim for the Insurance Program.**  Pursuant to the Insurance Program, the Debtors entered into certain agreements and are obligated to pay to Claimant, among other things, certain premiums, deductibles, self-insured retention, reimbursement obligations, fees, expenses and related costs. Such amounts constitute the Claimant's unliquidated claim. When the amount of premiums, deductibles, fees, expenses and other costs due under the Insurance Program, including, without limitation, damages that may arise from the rejection of the Insurance Program or any part thereof, are liquidated or determined, such amounts shall become a liquidated claim. Claimant reserves the right to amend this proof of claim as such amounts become liquidated.

(b)   **Other Insurance or Services.**  To the extent Claimant provides or provided any other or different insurance (including excess coverages or renewals of the Insurance Program), or other services to the Debtors, either included within or in addition to the Insurance Program, Claimant hereby asserts a claim for all obligations of the Debtors to Claimant arising thereunder, including, without limitation, premiums, deductibles, self-insured retention, reimbursement obligations, fees, expenses and other costs arising from such transactions, or from funds advanced or to be advanced on the Debtors' behalf. Additionally, Claimant reserves the right to amend this proof of claim to assert further amounts due or particulars in connection therewith.

(c)   **Bond Obligations.**  To the extent of any bonds outstanding, the Debtors agreed to pay to Claimant, among other things, any and all loss and expense, including, without limitation, attorneys' fees, incurred by Claimant by reason of having issued any such bonds, and losses incurred as a result of the issuance of any bonds. The amount presently due Claimant with respect to any bonds is unliquidated and untabulated.

(d)   **Quantum Meruit.**  To the extent any Debtor received a benefit from insurance or from bonds provided by Claimant, such Debtor is obligated to pay Claimant for the value of the benefits received.

(e)     **Joint Liability.** Should it be established in these bankruptcy cases or otherwise that any of the Debtors have liability for the obligations of any of the other Debtors, then this claim asserts the same claim as Claimant asserted against each such Debtor against such other Debtor.

(f)     **Indemnity Obligations.** In the event Debtors have entered into any agreement with Claimant pursuant to which Debtors have a duty to indemnify Claimant, claim is made herein for such right to indemnity.

(g)     **Other.** In connection with the foregoing, the Debtors also may be liable to Claimant by virtue of relevant principles of contract and common law relating to, among other things, subrogation, suretyship, indemnification or contribution.

6.     **Right of Recoupment.** Claimant asserts the right to use funds paid to it on account of, among other things, the Insurance Program to recoup obligations of the Debtors arising from, among other things, the Insurance Program.

7.     **Security.** To the extent Claimant holds any cash or other collateral as security for its claim, regardless of whether such cash or collateral is property of the Debtors' estates, Claimant asserts a secured claim and/or a right of setoff and reserves its rights to collect against same by recoupment and/or setoff. Alternatively or in addition, to the extent Claimant holds an interest in any property of the Debtors, Claimant asserts a security interest in same.

8.     **Interest.** Claimant claims all rights to claim interest to the extend permitted by law, including post-petition interest other extent such interest is secured. To the extent this claim is unliquidated, appropriate interest (if any) remains unliquidated at this time. In preparing any attached tabulation of a liquidated claim, we will endeavor to include a tabulation of applicable interest to the extent dates of accrual of obligations can be readily ascertained. Claimant reserves the right to amend such calculations and to claim additional interest as facts are learned, data compiled, and/or unliquidated claims become liquidated.

9.     As indicated above, supporting documents for this claim are voluminous and certain such documents, including policies of insurance, are not attached.

10.     Claimant also asserts an administrative expense claim for all services provided, risks insured or occurrences occurring after the Petition Date, all or a portion of which may be set forth in this proof of claim. To the extent any amounts set forth herein are entitled to administrative expense status, Claimants reserve the right to assert such status.

11.     The filing of this Proof of Claim is not intended to waive any right to arbitration. Claimant(s) expressly reserve the right to seek arbitration of any dispute arising in connection with this claim. To the extent of any pre-existing arbitration agreement, this court's jurisdiction to resolve disputes should be limited to referring such disputes to arbitration and enforcing any arbitration award.

3

12.     In executing and filing this proof of claim, Claimant: (i) does not submit itself to the jurisdiction of this Court for any purpose other than with respect to said claim; (ii) does not waive any right or rights that it has or may have against any other persons liable for all or part of the claim set forth herein; (iii) expressly reserves the right to the extent permitted by law to amend or supplement this proof of claim in any respect; (iv) expressly reserves the right to assert all claims, causes of action, defenses, offsets or counterclaims; and (v) expressly reserves the right to contest insurance coverage in the event of each or any claim that may be tendered by Debtors for Coverage.

Dated: June 10, 2009

**PENALTY FOR PRESENTING FRAUDULENT CLAIMS:  Fine of not more than $500,000.00 or imprisonment for not more than five years, or both.  Title 18, U.S.C. §§152 and 3571.**

4

Tribune Company

| Policy # | Branch | MLOB | Insured Name | Writing Company | Profit Center | Effective | Expires |
|---|---|---|---|---|---|---|---|
| 0000930985 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1988-09-30 | 1989-09-30 |
| 0000435186302 | 02 - CHIC | DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1989-09-30 | 1990-09-30 |
| 0000930101198 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1989-09-30 | 1990-09-30 |
| 0000930101298 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1989-09-30 | 1990-09-30 |
| 0004152393305 | 05 - LOS | WCEX | THE TIMES MIRROR | NATIONAL UNION FIRE INSURANCE COM | 02 - EXCESS WORKERS | 1990-01-01 | 1991-01-01 |
| 80259830A005 | 05 - CHIC | OTHR | TRIBUNE CO | UNKNOWN | 13 - MISC. CAS. | 1991-01-01 | 1991-01-01 |
| 0000557374719 | 19 - LONI | GLEX | TRIBUNE CO. Y3 | LEXINGTON INSURANCE COMPANY | 92 - CASUALTY | 1990-01-31 | 1991-01-31 |
| 0000557374819 | 19 - LONI | GLEX | TRIBUNE CO. Y3 | LEXINGTON INSURANCE COMPANY | 92 - CASUALTY | 1990-01-31 | 1991-01-31 |
| 75105902005 | 05 - CHIC | OTHR | TRIBUNE CO | UNKNOWN | 13 - MISC. CAS. | 1990-01-31 | 1991-01-31 |
| 0004358731 | 08 - PITT | GL | TRIBUNE REVIEW | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1991-05-01 | 1991-05-01 |
| 0003053055 | 05 - LOS | GLEX | TIMES MIRROR COMPANY THE | NATIONAL UNION FIRE INSURANCE COM | 81 - EXCESS CORPORAT | 1991-08-01 | 1991-08-01 |
| 75106201039 | 39 - LOS | OTHR | TIMES MIRROR COMPANY THE* | UNKNOWN | 13 - MISC. CAS. | 1990-08-01 | 1991-08-01 |
| 0000870221519 | 19 - LONI | IM-P | TRIBUNE CO. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1989-09-30 | 1991-09-30 |
| 0000870223819 | 19 - LONI | IM-P | TRIBUNE CO. L3 | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1989-09-30 | 1991-09-30 |
| 0000930103598 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1990-09-30 | 1991-09-30 |
| 0000975069602 | 02 - CHIC | FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 63 - MIDDLE MARKET FID | 1990-09-30 | 1991-09-30 |
| 0004367046 | 05 - LOS | GL | THE TIMES MIRROR | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1990-11-30 | 1991-11-30 |
| 0003529985 | 02 - CHIC | DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1990-09-30 | 1991-12-01 |
| 8034978 | 09 - DALL | OTHR | TRIBUNE/SWAB-FOX | UNKNOWN | 65 - GR TRAVEL & EX AIG | 1990-01-15 | 1992-01-15 |
| 0004373360 | 08 - PITT | GL | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1991-05-01 | 1992-05-01 |
| 0003053203 | 05 - LOS | GLEX | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 30 - EXCESS NATIONAL A | 1991-08-01 | 1992-08-01 |
| 0004380944 | 02 - CHIC | FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 63 - MIDDLE MARKET FID | 1991-09-30 | 1992-09-30 |
| 0000870309319 | 19 - LONI | IM-P | TRIBUNE CIO | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1991-09-30 | 1992-09-30 |
| 0000930105398 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1991-09-30 | 1992-09-30 |
| 0000930105498 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1991-09-30 | 1992-09-30 |
| 0004384050 | 05 - LOS | GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1991-11-30 | 1992-11-30 |
| 0003530213 | 02 - CHIC | DO | TRIBUNE CO. | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1991-12-01 | 1992-12-01 |
| 80259830005 | 05 - CHIC | OTHR | TRIBUNE CO | UNKNOWN | 03 - CASUALTY | 1990-01-01 | 1993-01-01 |
| 8338584005 | 05 - CHIC | OTHR | TRIBUNE CO | UNKNOWN | 03 - CASUALTY | 1990-01-01 | 1993-01-01 |
| 80259830005 | 05 - CHIC | OTHR | TRIBUNE COMPANY | AIU-NAD | 03 - CASUALTY | 1992-01-01 | 1993-01-01 |
| 0004390736 | 08 - PITT | GL | TRIBUNE REVIEW PUB | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1992-05-01 | 1993-05-01 |
| 0004390736 | 08 - PITT | GL | TRIBUNE REVIEW PUB | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1992-05-01 | 1993-05-01 |

| Policy No. | Entity Code | Company | Insurance Company | Code / Coverage | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| 0000030871 | 03 - LOS, CAEX | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 81 - EXCESS CORPORAT | 1992-08-01 | 1993-08-01 |
| 00008703092 | 19 - LONE IM-P | TRIBUNE CO | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1991-09-30 | 1993-09-30 |
| 00004399106 | 02 - CHIC FID | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 63 - MIDDLE MARKET FID | 1992-11-30 | 1993-09-30 |
| 00004402035 | 05 - LOS /GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1992-11-30 | 1993-11-30 |
| 00004402141 | 02 - CHIC DO | TRIBUNE CO | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1992-12-01 | 1993-12-01 |
| 80026276 7 | 005 - CHIC OTHR | TRIBUNE COMPANY | AIU-NAD | 03 - CASUALTY | 1993-01-01 | 1994-01-01 |
| 8338752 | 005 - CHIC OTHR | TRIBUNE COMPANY | AIU-NAD | 03 - CASUALTY | 1993-01-01 | 1994-01-01 |
| 0000413058 | 08 - PITT DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COMF | 39 - PRIVATE AND NON P | 1993-07-01 | 1994-07-01 |
| 00003088800 | 05 - LOS, CAEX | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 81 - EXCESS CORPORAT | 1993-08-01 | 1994-08-01 |
| 00008703710 | 19 - LONE IM-P | TRIBUNE CO. AND Q | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1993-09-30 | 1994-09-30 |
| 00004421127 | 05 - LOS /GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1993-11-30 | 1994-11-30 |
| 00004421634 | 02 - CHIC DO | TRIBUNE CO | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1993-12-01 | 1994-12-01 |
| 00003093207 | 02 - CHIC CAEX | TRIBUNE CO | NATIONAL UNION FIRE INSURANCE COMF | 81 - EXCESS CORPORAT | 1994-01-31 | 1995-01-31 |
| 00004433180 | 08 - PITT DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COMF | 39 - PRIVATE AND NON P | 1994-07-01 | 1995-07-01 |
| 00003096302 | 05 - LOS / CAEX | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 81 - EXCESS CORPORAT | 1994-08-01 | 1995-08-01 |
| 00004646923 | 02 - CHIC IM-P | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1994-09-30 | 1995-09-30 |
| 00008703942 | 19 - LONE IM-P | TRIBUNE CO | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1994-09-30 | 1995-09-30 |
| 0000440934 | 05 - LOS /GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1994-11-18 | 1995-11-30 |
| 00004441936 | 02 - CHIC DO | TRIBUNE CO | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1994-12-01 | 1995-12-31 |
| 00002306844 | 20 - MIDT GL | WGN CONTINENTAL BR | AI SPECIALTY LINES INSURANCE COMPA | 05 - SPECIALTY PROFES | 1994-10-09 | 1995-12-31 |
| 00003093298 | 02 - CHIC CAEX | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 81 - EXCESS CORPORAT | 1995-01-31 | 1996-03-01 |
| 0000453502 | 08 - PITT DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COMF | 39 - PRIVATE AND NON P | 1995-07-01 | 1996-07-01 |
| 00003096358 | 05 - LOS , CAEX | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 81 - EXCESS CORPORAT | 1995-08-01 | 1996-08-01 |
| 00004646958 | 02 - CHIC IM-P | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1995-09-30 | 1996-09-30 |
| 00008704177 | 19 - LONE IM-P | TRIBUNE COMPANY/QU | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1995-09-30 | 1996-09-30 |
| 8042716 | 05 - LOS / OTHR | LOS ANGELES TIMES | AIG LIFE INSURANCE COMPANY | 65 - GR TRAVEL & EX AI | 1991-11-01 | 1996-11-01 |
| 00004821986 | 05 - LOS /GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1995-11-30 | 1996-11-30 |
| 00004821995 | 02 - CHIC DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1995-12-01 | 1996-12-01 |
| 00000015 94 | 005 - CHIC OTHR | TRIBUNE COMPANY (INC) | UNKNOWN | 03 - CASUALTY | 1990-01-01 | 1997-02-28 |
| 8044992 | 04 - BOST OTHR | WLVI, INC. | UNKNOWN | 65 - GR TRAVEL & EX AI | 1994-04-06 | 1997-04-06 |
| 00004834256 | 08 - PITT DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COMF | 39 - PRIVATE AND NON P | 1996-07-01 | 1997-07-01 |
| 00009324629 | 88 - ORAN CAEX | THE TIMES MIRROR COMPANY | AIU INSURANCE COMPANY | 81 - EXCESS CORPORAT | 1996-08-01 | 1997-08-01 |
| 00008704432 | 19 - LONE IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1996-09-30 | 1997-09-30 |
| 00004840074 | 02 - CHIC GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 1996-12-01 | 1997-12-01 |
| 00004840085 | 02 - CHIC DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1996-12-21 | 1997-12-21 |
| 80026280 40 | 005 - CHIC OTHR | TRIBUNE COMPANY INC | AIU-NAD | 03 - CASUALTY | 1994-01-01 | 1998-01-01 |
| 8338702 | 005 - CHIC OTHR | TRIBUNE COMPANY INC | AIU-NAD | 03 - CASUALTY | 1994-01-01 | 1998-01-01 |
| 00009321703 | 02 - CHIC GLEX | TRIBUNE COMPANY (INC) | ILLINOIS NATIONAL INSURANCE CO. | 81 - EXCESS CORPORAT | 1996-03-01 | 1998-03-01 |
| 00004858892 | 08 - PITT DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COMF | 39 - PRIVATE AND NON P | 1997-07-01 | 1998-07-01 |
| 00009322561 | 05 - LOS /GLEX | THE TIMES MIRROR COMPANY | AIU INSURANCE COMPANY | 81 - EXCESS CORPORAT | 1997-08-01 | 1998-08-01 |

| Policy | Branch | Named Insured | Insurance Company | Product | Eff. Date | Exp. Date |
|---|---|---|---|---|---|---|
| 00004864591 | 02 - CHIC/FIDL | TRIBUNE COMPANY (INC) | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1997-09-30 | 1998-09-30 |
| 00008704640 | 19 - LON/IM-P | TRIBUNE COMPANY | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1997-09-30 | 1998-09-30 |
| 00004868609 | 02 - CHIC/GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO | 35 - NATIONAL ACCOUNT | 1997-12-01 | 1998-12-01 |
| 00004868621 | 02 - CHIC/DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1997-12-01 | 1998-12-01 |
| 00003573539 | 02 - CHIC/GLEX | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 30 - EXCESS NATIONAL A | 1998-03-01 | 1999-03-01 |
| 00008521141 | 38 - WES/IM-P | TIMES MIRROR COMPA | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1998-03-01 | 1999-03-01 |
| 00008521159 | 38 - WES/IM-P | TIMES MIRROR COMPA | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1998-03-01 | 1999-03-01 |
| 00008617081 | 08 - PITT/DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1998-07-01 | 1999-07-01 |
| 00008704802 | 19 - LON/IM-P | TRIBUNE COMPANY | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1998-08-01 | 1999-08-01 |
| 00004844228 | 05 - LOS/GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1996-11-30 | 1999-11-30 |
| 00003580024 | 01 - NEW/GLEX | TRIBUNE CO. | NATIONAL UNION FIRE INSURANCE COM | 30 - EXCESS NATIONAL A | 1998-03-01 | 2000-03-01 |
| 00008523487 | 38 - WES/IM-P | TIMES MIRROR COMPA | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1999-03-01 | 2000-03-01 |
| 00008592931 | 08 - PITT/DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1999-07-01 | 2000-07-01 |
| 00007049171 | 19 - LON/IM-P | TRIBUNE COMPANY | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1999-08-01 | 2000-08-01 |
| 00002883886 | 39 - MID/WGL | TRIBUNE COMPANY-CH | LEXINGTON INSURANCE COMPANY | 97 - HEALTHCARE | 2000-04-07 | 2001-03-02 |
| 00008648712 | 08 - PITT/DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 2000-07-01 | 2001-07-01 |
| 00003578800 | 05 - LOS/GLEX | THE TIMES MIRROR COMPANY | AIU INSURANCE COMPANY | 30 - EXCESS NATIONAL A | 1998-08-01 | 2001-08-01 |
| 00008705117 | 19 - LON/IM-P | TRIBUNE COMPANY | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 2000-08-01 | 2001-08-01 |
| 00008569780 | 02 - CHIC/GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO | 04 - CORPORATE ACCOU | 1998-09-30 | 2001-09-30 |
| 00008618930 | 02 - CHIC/FIDL | TRIBUNE COMPANY (INC) | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1998-09-30 | 2001-09-30 |
| 00007034073 | 02 - CHIC/WCEX | ACE USA/TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 02 - EXCESS WORKERS | 2001-03-01 | 2002-03-01 |
| 00007034074 | 02 - CHIC/WCEX | ACE USA/TIMES MIRROR | NATIONAL UNION FIRE INSURANCE COM | 02 - EXCESS WORKERS | 2001-03-01 | 2002-03-01 |
| 00008705248 | 19 - LON/IM-P | TRIBUNE COMPANY | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 2001-08-01 | 2002-08-01 |
| 00008636306 | 02 - CHIC/DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 04 - CORPORATE ACCOU | 1998-08-31 | 2002-08-31 |
| 00008568313 | 02 - CHIC/CAEX | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 04 - CORPORATE ACCOU | 1998-08-31 | 2002-08-31 |
| 00008741665 | 02 - CHIC/GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 36 - NATIONAL ACCOUNT | 2001-09-30 | 2002-09-30 |
| 8042716 | 34 - HOM/OTHR | LOS ANGELES TIMES | AIG LIFE INSURANCE COMPANY | 66 - ASSOCIATION GROU | 1993-11-01 | 2002-10-01 |
| 00008600567 | 05 - LOS/GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1999-11-30 | 2002-11-30 |
| 00002809689 | 02 - CHIC/FIDL | TRIBUNE COMPANY INC | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2000-06-12 | 2003-06-12 |
| 00008705432 | 19 - LON/IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 2002-08-01 | 2003-08-01 |
| 00005696427 | 02 - CHIC/CAEX | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2002-08-31 | 2003-08-31 |
| 00005697732 | 02 - CHIC/GL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2002-09-30 | 2003-09-30 |
| 00008705577 | 19 - LON/IM-P | TRIBUNE COMPANY | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 2003-08-01 | 2004-08-01 |
| 00002411815 | 02 - CHIC/FIDL | TRIBUNE COMPANY INC | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2003-06-12 | 2004-06-12 |
| 00003435322 | 02 - CHIC/CAEX | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2003-08-31 | 2004-08-31 |
| 00003435511 | 02 - CHIC/CAEX | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2003-08-31 | 2004-08-31 |
| 00003487880 | 02 - CHIC/GL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2003-09-30 | 2004-09-30 |
| 00008042716 | 05 - LOS/AH | LOS ANGELES TIMES | NATIONAL UNION FIRE INSURANCE COM | 10 - ACCIDENT AND HEA | 2001-11-01 | 2004-09-01 |
| 00004873301 | 02 - CHIC/DO | TRIBUNE COMPANY | AI SPECIALTY LINES INSURANCE COMPA | 35 - NATIONAL ACCOUNT | 2004-08-31 | 2005-08-31 |
| 00004939937 | 02 - CHIC/GL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2004-08-31 | 2005-08-31 |

| | | | | | |
|---|---|---|---|---|---|
| 00004938939 02 - CHIC FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2004-08-31 | 2005-08-31 |
| 00004938955 02 - CHIC DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2004-08-31 | 2005-08-31 |
| 00006340364 02 - CHIC GLEX | TRIBUNE COMPANY | AIG EXCESS LIABILITY | 91 - AIG CAT EXCESS LIA | 2003-03-01 | 2006-03-01 |
| 00002809656 02 - CHIC DO | TIMES MIRROR COMPANY, THE IN | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2000-06-12 | 2006-06-12 |
| 00004936156 02 - CHIC DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2005-08-31 | 2006-08-31 |
| 00004936158 02 - CHIC GL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2005-08-31 | 2006-08-31 |
| 00004936189 02 - CHIC FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2005-08-31 | 2006-08-31 |
| 00004936253 02 - CHIC DO | TRIBUNE COMPANY | AI SPECIALTY LINES INSURANCE COMPA | 35 - NATIONAL ACCOUNT | 2005-08-31 | 2006-08-31 |
| 00001889038 02 - CHIC WC | THE DAILY NEWS TRIBUNE, INC. | AMERICAN HOME ASSURANCE COMPANY | 13 - SPECIALTY WORKER | 2005-11-01 | 2006-11-01 |
| 00006262290 02 - CHIC GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 05 - SPECIALTY PROFES | 2006-03-01 | 2007-03-01 |
| 00006735370 02 - CHIC DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2006-08-31 | 2007-08-31 |
| 00006735410 02 - CHIC GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2006-08-31 | 2007-08-31 |
| 00006735660 02 - CHIC DO | TRIBUNE COMPANY | AI SPECIALTY LINES INSURANCE COMPA | 35 - NATIONAL ACCOUNT | 2006-08-31 | 2007-08-31 |
| 00006735623 02 - CHIC FIDL | TRIBUNE COMPANY INC | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2006-08-31 | 2007-08-31 |
| 00003554266 02 - CHIC | THE DAILY NEWS TRIBUNE, INC. | AMERICAN HOME ASSURANCE COMPANY | 13 - SPECIALTY WORKER | 2006-11-01 | 2007-11-01 |
| 00009668762 02 - CHIC GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 05 - SPECIALTY PROFES | 2007-03-01 | 2008-03-01 |
| 00003016316 02 - CHIC DO | TRIBUNE COMPANY | AIG CASUALTY CO. | 91 - AIG CAT EXCESS LIA | 2007-04-10 | 2008-04-10 |
| 00001932594 02 - CHIC FIDL | TRIBUNE COMPANY INC | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2007-08-31 | 2008-08-31 |
| 00009027666 54 - LON AH | DAILY PRESS | AHAC CANADA RUNOFF | 10 - ACCIDENT AND HEA | 1999-10-01 | 2008-10-01 |
| 00003270107 02 - CHIC GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 05 - SPECIALTY PROFES | 2008-03-01 | 2009-03-01 |
| 00009790977 39 - MIDW GLEX | TRIBUNE COMPANY / CHICAGO N | LEXINGTON INSURANCE COMPANY | 97 - HEALTHCARE | 2002-03-02 | 2009-03-02 |
| 00009123291 05 - LOS AH | LOS ANGELES TIMES | NATIONAL UNION FIRE INSURANCE COM | 10 - ACCIDENT AND HEA | 2008-07-01 | 2009-09-01 |
| 00004760118 03 - SAN IGL | LOS ANGELES TIMES | AI SPECIALTY LINES INSURANCE COMPA | 71 - ENVIRONMENTAL N | 1999-11-24 | 2009-11-24 |
| 9967099 02 - CHIC GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 39 - PRIVATE AND NON P | 2007-12-20 | 2009-12-20 |
| 9967164 02 - CHIC DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 39 - PRIVATE AND NON P | 2007-12-20 | 2009-12-20 |
| 9972471 02 - CHIC DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 39 - PRIVATE AND NON P | 2007-12-20 | 2009-12-20 |
| 00012115928 02 - CHIC FIDL | TRIBUNE COMPANY INC | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2008-08-31 | 2009-12-20 |
| 00001932537 02 - CHIC GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2007-08-31 | 2013-12-20 |
| 00001932538 02 - CHIC DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2007-08-31 | 2013-12-20 |
| 00001932540 02 - CHIC DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2007-08-31 | 2013-12-20 |

DEBTORS LIST

| | |
|---|---|
| TRIBUNE COMPANY | 08-13141 |
| 435 PRODUCTION COMPANY | 08-13142 |
| 5800 SUNSET PRODUCTIONS INC. | 08-13143 |
| BALTIMORE NEWSPAPER NETWORKS, INC. | 08-13144 |
| CALIFORNIA COMMUNITY NEWS CORPORATION | 08-13145 |
| CANDLE HOLDINGS CORPORATION | 08-13146 |
| CHANNEL 20, INC. | 08-13147 |
| CHANNEL 39, INC. | 08-13148 |
| CHANNEL 40, INC. | 08-13149 |
| CHICAGO AVENUE CONSTRUCTION COMPANY | 08-13150 |
| CHICAGO RIVER PRODUCTION COMPANY | 08-13151 |
| CHICAGO TRIBUNE COMPANY | 08-13152 |
| CHICAGO TRIBUNE NEWSPAPERS, INC. | 08-13153 |
| CHICAGO TRIBUNE PRESS SERVICE, INC. | 08-13154 |
| CHICAGOLAND MICROWAVE LICENSEE, INC. | 08-13155 |
| CHICAGOLAND PUBLISHING COMPANY | 08-13156 |
| CHICAGOLAND TELEVISION NEWS, INC. | 08-13157 |
| COURANT SPECIALTY PRODUCTS, INC. | 08-13159 |
| DIRECT MAIL ASSOCIATES, INC. | 08-13160 |
| DISTRIBUTION SYSTEMS OF AMERICA, INC. | 08-13161 |
| EAGLE NEW MEDIA INVESTMENTS, LLC | 08-13162 |
| EAGLE PUBLISHING INVESTMENTS, LLC | 08-13163 |
| FORSALEBYOWNER.COM CORP. | 08-13165 |
| FORSALEBYOWNER.COM REFERRAL SERVICES, LLC | 08-13166 |
| FORTIFY HOLDINGS CORPORATION | 08-13167 |
| FORUM PUBLISHING GROUP, INC. | 08-13168 |
| GOLD COAST PUBLICATIONS, INC. | 08-13169 |

| | |
|---|---|
| GREENCO, INC. | 08-13170 |
| HEART & CROWN ADVERTISING, INC. | 08-13171 |
| HOMEOWNERS REALTY, INC. | 08-13172 |
| HOMESTEAD PUBLISHING CO. | 08-13173 |
| HOY PUBLICATIONS, LLC | 08-13175 |
| HOY, LLC | 08-13174 |
| INSERTCO, INC. | 08-13176 |
| INTERNET FORECLOSURE SERVICE, INC. | 08-13177 |
| JULIUSAIR COMPANY II, LLC | 08-13179 |
| JULIUSAIR COMPANY, LLC | 08-13178 |
| KIAH INC. | 08-13180 |
| KPLR, INC. | 08-13181 |
| KSWB INC. | 08-13182 |
| KTLA INC. | 08-13183 |
| KWGN INC. | 08-13184 |
| LOS ANGELES TIMES COMMUNICATIONS LLC | 08-13185 |
| LOS ANGELES TIMES INTERNATIONAL, LTD. | 08-13186 |
| LOS ANGELES TIMES NEWSPAPERS, INC. | 08-13187 |
| MAGIC T MUSIC PUBLISHING COMPANY | 08-13188 |
| NBBF, LLC | 08-13189 |
| NEOCOMM, INC. | 08-13190 |
| NEW MASS MEDIA, INC. | 08-13191 |
| NEW RIVER CENTER MAINTENANCE ASSOCIATION, INC. | 08-13192 |
| NEWSCOM SERVICES, INC. | 08-13193 |
| NEWSPAPER READERS AGENCY, INC. | 08-13194 |
| NORTH MICHIGAN PRODUCTION COMPANY | 08-13195 |
| NORTH ORANGE AVENUE PROPERTIES, INC. | 08-13196 |
| OAK BROOK PRODUCTIONS, INC. | 08-13197 |
| ORLANDO SENTINEL COMMUNICATIONS COMPANY | 08-13198 |

| | |
|---|---|
| PATUXENT PUBLISHING COMPANY | 08-13200 |
| PUBLISHERS FOREST PRODUCTS CO. OF WASHINGTON | 08-13201 |
| SENTINEL COMMUNICATIONS NEWS VENTURES, INC. | 08-13202 |
| SHEPARD'S INC. | 08-13203 |
| SIGNS OF DISTINCTION, INC. | 08-13204 |
| SOUTHERN CONNECTICUT NEWSPAPERS, INC. | 08-13205 |
| STAR COMMUNITY PUBLISHING GROUP, LLC | 08-13206 |
| STEMWEB, INC. | 08-13207 |
| SUN-SENTINEL COMPANY | 08-13208 |
| THE BALTIMORE SUN COMPANY | 08-13209 |
| THE DAILY PRESS, INC. | 08-13210 |
| THE HARTFORD COURANT COMPANY | 08-13211 |
| THE MORNING CALL, INC. | 08-13212 |
| THE OTHER COMPANY LLC | 08-13213 |
| TIMES MIRROR LAND AND TIMBER COMPANY | 08-13214 |
| TIMES MIRROW PAYROLL PROCESSING COMPANY, INC. | 08-13215 |
| TIMES MIRROR SERVICES COMPANY, INC. | 08-13216 |
| TMLH 2, INC. | 08-13217 |
| TMLS 1, INC. | 08-13218 |
| TMS ENTERTAINMENT GUIDES, INC. | 08-13219 |
| TOWER DISTRIBUTION COMPANY | 08-13220 |
| TOWERING T MUSIC PUBLISHING COMPANY | 08-13221 |
| TRIBUNE BROADCAST HOLDINGS, INC. | 08-13222 |
| TRIBUNE BROADCASTING COMPANY | 08-13223 |
| TRIBUNE BROADCASTING HOLDCO, LLC | 08-13224 |
| TRIBUNE BRODCASTING NEWS NETWORK, INC. | 08-13225 |
| TRIBUNE CALIFORNIA PROPERTIES, INC. | 08-13226 |
| TRIBUNE DIRECT MARKETING, INC. | 08-13227 |
| TRIBUNE ENTERTAINMENT COMPANY | 08-13228 |

| | |
|---|---|
| TRIBUNE ENTERTAINMENT PRODUCTION COMPANY | 08-13229 |
| TRIBUNE FINANCE SERVICE CENTER, INC. | 08-13231 |
| TRIBUNE FINANCE, LLC | 08-13230 |
| TRIBUNE LICENSE, INC. | 08-13232 |
| TRIBUNE LOS ANGELES, INC. | 08-13233 |
| TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, INC. | 08-13234 |
| TRIBUNE MEDIA NET, INC. | 08-13235 |
| TRIBUNE MEDIA SERVICES, INC. | 08-13236 |
| TRIBUNE NETWORK HOLDINGS COMPANY | 08-13237 |
| TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC | 08-13238 |
| TRIBUNE NM, INC. | 08-13239 |
| TRIBUNE PUBLISHING COMPANY | 08-13240 |
| TRIBUNE TELEVISION COMPANY | 08-13241 |
| TRIBUNE TELEVISION HOLDINGS, INC. | 08-13242 |
| TRIBUNE TELEVISION NEW ORLEANS, INC. | 08-13244 |
| TRIBUNE TELEVISION NORTHWEST, INC. | 08-13245 |
| VALUMAIL, INC. | 08-13246 |
| VIRGINIA COMMUNITY SHOPPERS, LLC | 08-13247 |
| VIRIGINIA GAZATTE COMPANIES, LLC | 08-13248 |
| WATL, LLC | 08-13249 |
| WCWN LLC | 08-13250 |
| WDCW BROADCASTING, INC. | 08-13251 |
| WGN CONTINENTAL BROADCASTING COMPANY | 08-13252 |
| WLVI INC. | 08-13253 |
| WPIX, INC. | 08-13254 |
| WTXX INC. | 813255 |

# AIU HOLDING, INC.

## COMMERICIAL INSURANCE, A DIVISION OF AIU HOLDINGS

### LAW DEPARTMENT

175 WATER STREET, 18TH FLOOR

NEW YORK, NEW YORK 10038

June 10, 2009

<u>VIA OVERNIGHT MAIL</u>

Tribune Company Claims Processing Center

c/o Epiq Bankruptcy Solutions, LLC

757 Third Avenue, 3rd Floor

New York, New York 10017

Re:     Tribune Company, et al., Debtors
        <u>Case Number: 08-13141</u>

Dear Sir/Madam,

Enclosed please find one original and two copies of a Proof of Claim for each of the following cases:

| | |
|---|---|
| Tribune Company | Case #: 08-13141 |
| Los Angeles Times Communications LLC | Case #: 08-13185 |
| Los Angeles Times International Ltd. | Case #: 08-13186 |
| Los Angeles Times Newspapers, Inc. | Case #: 08-13187 |
| Times Mirror Land and Timber Company | Case #: 08-13214 |
| Times Mirror Payroll Processing Company, Inc. | Case #: 08-13215 |
| Times Mirror Services Company, Inc. | Case #: 08-13216 |
| Tribune Publishing Company | Case #: 08-13240 |
| WGN Continental Broadcasting Company | Case #: 08-13252 |
| WLVI Inc. | Case #: 08-13253 |

Please file the original in the Court file, kindly have the copies stamped "Filed", and return the copies in the enclosed self-addressed stamped envelope.

If you have any questions, please do not hesitate to contact me at (212) 458-1202. Thank you for your cooperation in this matter.

Sincerely,

Hannah Lee
Paralegal

Enclosures

UPS CampusShip: Label/Receipt                                          Page 1 of 2

## UPS CampusShip: View/Print Label

1. **Print the label(s):**   Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the dotted line.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   - o  Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   - o  Hand the package to any UPS driver in your area.
   - o  Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are also accepted at Drop Boxes.
   - o  To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   - o  Your driver will pickup your shipment(s) as usual.

FOLD HERE



B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

| Name of Debtor:  LOS ANGELES TIMES COMMUNICATIONS LLC | Case Number: 08-13185 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):  AIG Casualty Company, AIG Excess Liability, AIG Life Insurance Company, AIU Insurance Company, American Home Assurance Company, American Home Assurance Company-Canada, American International Specialty Lines Insurance Company Illinois National Insurance Co., Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., New Hampshire Insurance Company, and certain other entities related to AIU Holdings, Inc.

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Commercial Insurance Bankruptcy Collections
Michelle A. Levitt, Authorized Representative
175 Water Street, 18th Floor
New York, New York 10038
Telephone number: (212) 458-6777

Court Claim Number: _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**    $Unliquidated  *Subject to Adjustment (See Attachment).

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**  Other- See Attachment.
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** See Attachment.

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  [ ] Real Estate  [ ] Motor Vehicle  [X] Other
Describe: Right of Setoff- See Attachment.

**Value of Property:** $_____  **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

if any: $ _____  **Basis for perfection:** _____

**Amount of Secured Claim:** $ Unliquidated *  **Amount Unsecured:** $ Unliquidated *

* Subject to Adjustment (See Attachment).

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units -- 11 U.S.C. § 507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(_).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all paymen[ts] ... this proof of claim.

**7. Documents:** Attach redacted copies [of] ... orders, invoices, itemized statements of ... [promisso]ry notes, purchase ... [se]curity agreements. You may also attach a summary. Attach ... [perfe]ction of a security interest. You may also attach a summar[y] DO NOT SEND ORIGINAL DOCUM[ENTS.] ...[DESTROY]ED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)      0000005018

Date: 06/10/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Michelle A. Levitt, Authorized Representative

FILED/RECEIVED
FOR ... USE ONLY

JUN 1 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------:
In re:                                         :
                                               :    Chapter 11
                                               :
TRIBUNE COMPANY, et al.,                       :    Case No. : 08-13141
                                               :
                         DEBTORS.   :    JOINTLY ADMINISTERED
-----------------------------------------------:
```

**ATTACHMENT TO PROOF OF CLAIM OF AIG CASUALTY COMPANY, AIG
EXCESS LIABILITY, AIG LIFE INSURANCE COMPANY, AIU INSURANCE
COMPANY, AMERICAN HOME ASSURANCE COMPANY, AMERICAN HOME
ASSURANCE COMPANY-CANADA, AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE CO.,
LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA., NEW HAMPSHIRE INSURANCE COMPANY,
AND CERTAIN OTHER ENTITIES RELATED TO AIU HOLDINGS, INC.**

     1.     This proof of claim is filed on behalf of AIG CASUALTY COMPANY,
AIG EXCESS LIABILITY, AIG LIFE INSURANCE COMPANY, AIU INSURANCE
COMPANY, AMERICAN HOME ASSURANCE COMPANY, AMERICAN HOME
ASSURANCE COMPANY-CANADA, AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE CO., LEXINGTON
INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA., NEW HAMPSHIRE INSURANCE COMPANY, and certain other entities
related to AIU Holdings, Inc. (collectively, "Claimant") that provide or provided insurance,
insurance services and/or surety bonds to TRIBUNE COMPANY, et al., ("Debtors") (see the
List of Debtors attached hereto).

     2.     As of December 8, 2008 (the "Petition Date"), the Debtors are indebted to
Claimant for premiums, deductibles, and other related fees, expenses and obligations for, among
other things, insurance coverages and services provided and to be provided by Claimant to the
Debtors as more fully described below.

     3.     **The Insurance Program**.  Claimant provided the Debtors with certain
insurance coverages, including, without limitation, accident and health, commercial automobile-
excess, commercial property, crime, directors and officers, general liability, general liability-
excess, workers compensation, workers compensation-excess, and other services (the "Insurance
Program") for varying periods commencing September 30, 1988 and ending 12:01 a.m.,
December 20, 2013.  Attached hereto is a list of the policies issued by Claimant to the Debtors
and certain related documentation.  Claim is made for all obligations of the Debtors arising under
the Insurance Program whether or not the relevant insurance policies and related agreements are
specifically listed or described in the attached list or documents.  Moreover, the documents

which evidence the Insurance Program are voluminous and it is not practical to attach and/or list all of them. Nothing in this description of the Insurance Program or any of the attached documents is intended to vary, amend or alter in any way the terms, conditions, coverages, limitations, exclusions or dates of coverage of any policy or coverage.

4.    **Fidelity and Surety Bonds.** Claimant may have provided the Debtors with various surety, fidelity and other bonds for the account of the Debtors. Claim is asserted for all such bonds issued or outstanding and for all premiums, fees and expenses due thereunder, whether or not specifically listed or described in the attached documents. Nothing in this description of the bond programs is intended to vary, amend or alter in any way the terms, conditions, coverages, limitations, exclusions or dates of coverage of any bond. Should Claimant be called upon to pay on any such bond, Claimant may amend this proof of claim to assert a claim on account of such payment.

5.    **Components of this Claim.**

(a)    **Unliquidated Claim for the Insurance Program.** Pursuant to the Insurance Program, the Debtors entered into certain agreements and are obligated to pay to Claimant, among other things, certain premiums, deductibles, self-insured retention, reimbursement obligations, fees, expenses and related costs. Such amounts constitute the Claimant's unliquidated claim. When the amount of premiums, deductibles, fees, expenses and other costs due under the Insurance Program, including, without limitation, damages that may arise from the rejection of the Insurance Program or any part thereof, are liquidated or determined, such amounts shall become a liquidated claim. Claimant reserves the right to amend this proof of claim as such amounts become liquidated.

(b)    **Other Insurance or Services.** To the extent Claimant provides or provided any other or different insurance (including excess coverages or renewals of the Insurance Program), or other services to the Debtors, either included within or in addition to the Insurance Program, Claimant hereby asserts a claim for all obligations of the Debtors to Claimant arising thereunder, including, without limitation, premiums, deductibles, self-insured retention, reimbursement obligations, fees, expenses and other costs arising from such transactions, or from funds advanced or to be advanced on the Debtors' behalf. Additionally, Claimant reserves the right to amend this proof of claim to assert further amounts due or particulars in connection therewith.

(c)    **Bond Obligations.** To the extent of any bonds outstanding, the Debtors agreed to pay to Claimant, among other things, any and all loss and expense, including, without limitation, attorneys' fees, incurred by Claimant by reason of having issued any such bonds, and losses incurred as a result of the issuance of any bonds. The amount presently due Claimant with respect to any bonds is unliquidated and untabulated.

(d)    **Quantum Meruit.** To the extent any Debtor received a benefit from insurance or from bonds provided by Claimant, such Debtor is obligated to pay Claimant for the value of the benefits received.

2

(e)     **Joint Liability.** Should it be established in these bankruptcy cases or otherwise that any of the Debtors have liability for the obligations of any of the other Debtors, then this claim asserts the same claim as Claimant asserted against each such Debtor against such other Debtor.

(f)     **Indemnity Obligations**. In the event Debtors have entered into any agreement with Claimant pursuant to which Debtors have a duty to indemnify Claimant, claim is made herein for such right to indemnity.

(g)     **Other**. In connection with the foregoing, the Debtors also may be liable to Claimant by virtue of relevant principles of contract and common law relating to, among other things, subrogation, suretyship, indemnification or contribution.

6.     **Right of Recoupment**. Claimant asserts the right to use funds paid to it on account of, among other things, the Insurance Program to recoup obligations of the Debtors arising from, among other things, the Insurance Program.

7.     **Security**. To the extent Claimant holds any cash or other collateral as security for its claim, regardless of whether such cash or collateral is property of the Debtors' estates, Claimant asserts a secured claim and/or a right of setoff and reserves its rights to collect against same by recoupment and/or setoff. Alternatively or in addition, to the extent Claimant holds an interest in any property of the Debtors, Claimant asserts a security interest in same.

8.     **Interest.** Claimant claims all rights to claim interest to the extend permitted by law, including post-petition interest other extent such interest is secured. To the extent this claim is unliquidated, appropriate interest (if any) remains unliquidated at this time. In preparing any attached tabulation of a liquidated claim, we will endeavor to include a tabulation of applicable interest to the extent dates of accrual of obligations can be readily ascertained. Claimant reserves the right to amend such calculations and to claim additional interest as facts are learned, data compiled, and/or unliquidated claims become liquidated.

9.     As indicated above, supporting documents for this claim are voluminous and certain such documents, including policies of insurance, are not attached.

10.     Claimant also asserts an administrative expense claim for all services provided, risks insured or occurrences occurring after the Petition Date, all or a portion of which may be set forth in this proof of claim. To the extent any amounts set forth herein are entitled to administrative expense status, Claimants reserve the right to assert such status.

11.     The filing of this Proof of Claim is not intended to waive any right to arbitration. Claimant(s) expressly reserve the right to seek arbitration of any dispute arising in connection with this claim. To the extent of any pre-existing arbitration agreement, this court's jurisdiction to resolve disputes should be limited to referring such disputes to arbitration and enforcing any arbitration award.

3

12.    In executing and filing this proof of claim, Claimant: (i) does not submit itself to the jurisdiction of this Court for any purpose other than with respect to said claim; (ii) does not waive any right or rights that it has or may have against any other persons liable for all or part of the claim set forth herein; (iii) expressly reserves the right to the extent permitted by law to amend or supplement this proof of claim in any respect; (iv) expressly reserves the right to assert all claims, causes of action, defenses, offsets or counterclaims; and (v) expressly reserves the right to contest insurance coverage in the event of each or any claim that may be tendered by Debtors for Coverage.

Dated: June 10, 2009

**PENALTY FOR PRESENTING FRAUDULENT CLAIMS:  Fine of not more than $500,000.00 or imprisonment for not more than five years, or both.  Title 18, U.S.C. §§152 and 3571.**

4

Tribune Company

| Policy # | Branch | MLOB | Insured Name | Writing Company | Profit Center | Effective | Expires |
|---|---|---|---|---|---|---|---|
| 00009300985 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1988-09-30 | 1989-09-30 |
| 00004351863 | 02 - CHIC | IDO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1989-09-30 | 1990-09-30 |
| 00009301011 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1989-09-30 | 1990-09-30 |
| 00009301012 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1989-09-30 | 1990-09-30 |
| 00004152393 | 05 - LOS | WCEX | THE TIMES MIRROR | NATIONAL UNION FIRE INSURANCE COMF | 02 - EXCESS WORKERS ( | 1990-01-01 | 1991-01-01 |
| 80259830A | 005 - CHIC | OTHR | TRIBUNE CO | UNKNOWN | 13 - MISC. CAS. | 1990-01-01 | 1991-01-01 |
| 00005573747 | 19 - LONI | GLEX | TRIBUNE CO. Y3 | LEXINGTON INSURANCE COMPANY | 92 - CASUALTY | 1990-01-31 | 1991-01-31 |
| 00005573748 | 19 - LONI | GLEX | TRIBUNE CO. Y3 | LEXINGTON INSURANCE COMPANY | 92 - CASUALTY | 1990-01-31 | 1991-01-31 |
| 75105902 | 005 - CHIC | OTHR | TRIBUNE CO | UNKNOWN | 13 - MISC. CAS. | 1990-01-31 | 1991-01-31 |
| 00004358731 | 08 - PITTS | GL | TRIBUNE REVIEW | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1990-05-01 | 1991-05-01 |
| 00003053055 | 05 - LOS | GLEX | TIMES MIRROR COMPANY THE | NATIONAL UNION FIRE INSURANCE COMF | 81 - EXCESS CORPORAT | 1990-08-01 | 1991-08-01 |
| 75106201 | 039 - | OTHR | TIMES MIRROR COMPANY THE* | UNKNOWN | 13 - MISC. CAS. | 1990-08-01 | 1991-08-01 |
| 00008702215 | 19 - LONI | IM-P | TRIBUNE CO. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1989-09-30 | 1991-09-30 |
| 00008702238 | 19 - LONI | IM-P | TRIBUNE CO. L3 | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1989-09-30 | 1991-09-30 |
| 00009301035 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1990-09-30 | 1991-09-30 |
| 00009301036 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1990-09-30 | 1991-09-30 |
| 00009750696 | 02 - CHIC | FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 63 - MIDDLE MARKET FID | 1990-09-30 | 1991-09-30 |
| 00004367046 | 05 - LOS | GL | THE TIMES MIRROR | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1990-11-30 | 1991-11-30 |
| 00003529985 | 02 - CHIC | IDO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1990-09-30 | 1991-12-01 |
| 8034978 | 09 - DALL | OTHR | TRIBUNE/SWAB-FOX | UNKNOWN | 65 - GR TRAVEL & EX AIC | 1990-01-15 | 1992-01-15 |
| 00004373360 | 08 - PITTS | GL | TRIBUNE REVIEW PUBLISHING C( | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1991-05-01 | 1992-05-01 |
| 00003053203 | 05 - LOS | GLEX | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 30 - EXCESS NATIONAL / | 1991-08-01 | 1992-08-01 |
| 00004480944 | 02 - CHIC | FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 63 - MIDDLE MARKET FID | 1991-09-30 | 1992-09-30 |
| 00008703093 | 19 - LONI | IM-P | TRIBUNE CIO | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1991-09-30 | 1992-09-30 |
| 00009301053 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1991-09-30 | 1992-09-30 |
| 00009301054 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1991-09-30 | 1992-09-30 |
| 00004384050 | 05 - LOS | GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1991-11-30 | 1992-11-30 |
| 00003502213 | 02 - CHIC | IDO | TRIBUNE CO. | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1991-12-01 | 1992-12-01 |
| 80259830 | 005 - CHIC | OTHR | TRIBUNE CO | UNKNOWN | 03 - CASUALTY | 1990-01-01 | 1993-01-01 |
| 8338584 | 005 - CHIC | OTHR | TRIBUNE CO | UNKNOWN | 03 - CASUALTY | 1990-01-01 | 1993-01-01 |
| 80259830 | 005 - CHIC | OTHR | TRIBUNE COMPANY | AIU-NAD | 03 - CASUALTY | 1992-01-01 | 1993-01-01 |
| 00004390734 | 08 - PITTS | GL | TRIBUNE REVIEW PUB | NATIONAL UNION FIRE INSURANCE COMF | 39 - PRIVATE AND NON P | 1992-05-01 | 1993-05-01 |
| 00004390736 | 08 - PITTS | GL | TRIBUNE REVIEW PUB | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 1992-05-01 | 1993-05-01 |

| Policy | Code | Insured | Insurance Company | Type | Eff | Exp |
|---|---|---|---|---|---|---|
| 0000308717 | 03:05 - LOS,CAEX | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 81 - EXCESS CORPORAT | 1992-08-01 | 1993-08-01 |
| 00008703092 | ,19 - LONE IM-P | TRIBUNE CO | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1991-09-30 | 1993-09-30 |
| 0000439910G | 02 - CHIC,FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 63 - MIDDLE MARKET FID | 1992-09-30 | 1993-09-30 |
| 00004402035 | 05 - LOS,GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1992-11-30 | 1993-11-30 |
| 00004402141 | 02 - CHIC,DO | TRIBUNE CO | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1992-12-01 | 1993-12-01 |
| 800262767 | 005 - CHIC,OTHR | TRIBUNE COMPANY | AIU-NAD | 03 - CASUALTY | 1993-01-01 | 1994-01-01 |
| 8338752 | 005 - CHIC,OTHR | TRIBUNE COMPANY | AIU-NAD | 03 - CASUALTY | 1993-01-01 | 1994-01-01 |
| 0000411305B | 08 - PITT,DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1993-07-01 | 1994-07-01 |
| 0000308880 | 05 - LOS,CAEX | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 81 - EXCESS CORPORAT | 1993-08-01 | 1994-08-01 |
| 00008703710 | ,19 - LONE IM-P | TRIBUNE CO. AND Q | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1993-09-30 | 1994-09-30 |
| 0000442127 | 05 - LOS,GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1993-11-30 | 1994-11-30 |
| 00004421634 | 02 - CHIC,DO | TRIBUNE CO | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1993-12-01 | 1994-12-01 |
| 00003093207 | 02 - CHIC,CAEX | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 81 - EXCESS CORPORAT | 1994-01-31 | 1995-01-31 |
| 0000433180 | 08 - PITT,DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1994-07-01 | 1995-07-01 |
| 0000309630 | 05 - LOS,CAEX | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 81 - EXCESS CORPORAT | 1994-08-01 | 1995-08-01 |
| 00004646923 | 02 - CHIC,IM-P | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 93 - PROPERTY | 1994-09-30 | 1995-09-30 |
| 00008703942 | ,19 - LONE IM-P | TRIBUNE CO | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1994-09-30 | 1995-09-30 |
| 00004440934 | 05 - LOS,GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1994-11-18 | 1995-11-30 |
| 00004441936 | 02 - CHIC,DO | TRIBUNE CO | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1994-12-01 | 1995-12-01 |
| 00002306844 | ,20 - MIDT,GL | WGN CONTINENTAL BR | AI SPECIALTY LINES INSURANCE COMPA | 05 - SPECIALTY PROFES | 1994-10-09 | 1995-12-31 |
| 00003093298 | 02 - CHIC,CAEX | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 81 - EXCESS CORPORAT | 1995-01-31 | 1996-03-01 |
| 0000445350 | 2,08 - PITT,DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1995-07-01 | 1996-07-01 |
| 0000309635 | 05 - LOS,CAEX | THE TIMES MIRROR COMPANY | AIU INSURANCE COMPANY | 81 - EXCESS CORPORAT | 1995-08-01 | 1996-08-01 |
| 00004646958 | 02 - CHIC,IM-P | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 93 - PROPERTY | 1995-09-30 | 1996-09-30 |
| 00008704177 | ,19 - LONE IM-P | TRIBUNE COMPANY/QU | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1995-09-30 | 1996-09-30 |
| 8042716 | 05 - LOS,OTHR | LOS ANGELES TIMES | AIG LIFE INSURANCE COMPANY | 66 - GR TRAVEL & EX AID | 1991-11-01 | 1996-11-01 |
| 00004821986 | 05 - LOS,GL | THE TIMES MIRROR COMPANY C | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1995-11-30 | 1996-11-30 |
| 00004821995 | 02 - CHIC,DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1995-12-01 | 1996-12-01 |
| 0000015941 | 005 - CHIC,OTHR | TRIBUNE COMPANY (INC) | UNKNOWN | 03 - CASUALTY | 1990-01-01 | 1997-02-28 |
| 8044992 | ,04 - BOS,OTHR | WLVI, INC. | UNKNOWN | 65 - GR TRAVEL & EX AID | 1994-04-06 | 1997-04-06 |
| 00004834256 | 08 - PITT,DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1996-07-01 | 1997-07-01 |
| 00009324629 | ,88 - ORAN,CAEX | THE TIMES MIRROR COMPANY | AIU INSURANCE COMPANY | 81 - EXCESS CORPORAT | 1996-08-01 | 1997-08-01 |
| 00008704432 | ,19 - LONE IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1996-09-30 | 1997-09-30 |
| 00004840074 | 02 - CHIC,GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 1996-12-01 | 1997-12-01 |
| 00004844085 | 02 - CHIC,DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1996-12-01 | 1997-12-01 |
| 800262840 | 005 - CHIC,OTHR | TRIBUNE COMPANY INC | AIU-NAD | 03 - CASUALTY | 1994-01-01 | 1998-01-01 |
| 8338702 | 005 - CHIC,OTHR | TRIBUNE COMPANY INC | AIU-NAD | 03 - CASUALTY | 1994-01-01 | 1998-01-01 |
| 00009321703 | 02 - CHIC,GLEX | TRIBUNE COMPANY (INC) | ILLINOIS NATIONAL INSURANCE CO. | 81 - EXCESS CORPORAT | 1996-03-01 | 1998-03-01 |
| 00004858892 | 08 - PITT,DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1997-07-01 | 1998-07-01 |
| 00009322561 | 05 - LOS,GLEX | THE TIMES MIRROR COMPANY | AIU INSURANCE COMPANY | 81 - EXCESS CORPORAT | 1997-08-01 | 1998-08-01 |

| Policy | Insured | Insurance Company | Account Type | Eff. Date | Exp. Date |
|---|---|---|---|---|---|
| 00004864591.02 - CHIC FIDL | TRIBUNE COMPANY (INC) | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1997-09-30 | 1998-09-30 |
| 00008704640.19 - LON(IM-P | TRIBUNE COMPANY, | LEXINGTON INSURANCE COMPANY, | 93 - PROPERTY | 1997-09-30 | 1998-09-30 |
| 00004866609.02 - CHIC GL | TRIBUNE COMPANY, | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 1997-12-01 | 1998-12-01 |
| 00004866621.02 - CHIC DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1997-12-01 | 1998-12-01 |
| 00003573539.02 - CHIC GLEX | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 30 - EXCESS NATIONAL A | 1998-03-01 | 1999-03-01 |
| 00008521141.38 - WES IM-P | TIMES MIRROR COMPA | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1998-03-01 | 1999-03-01 |
| 00008521159.38 - WES IM-P | TIMES MIRROR COMPA | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1998-03-01 | 1999-03-01 |
| 00006617081.08 - PITT DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1998-07-01 | 1999-07-01 |
| 00008704802.19 - LON(IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1998-08-01 | 1999-08-01 |
| 00004844228.05 - LOS GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1996-11-30 | 1999-11-30 |
| 00003580024.01 - NEW GLEX | TRIBUNE CO. | NATIONAL UNION FIRE INSURANCE COM | 30 - EXCESS NATIONAL A | 1999-03-01 | 2000-04-01 |
| 00008523487.38 - WES IM-P | TIMES MIRROR COMPA | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1999-03-01 | 2000-04-01 |
| 00008592931.18 - PITT DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1999-07-01 | 2000-07-01 |
| 00008704971.19 - LON(IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1999-08-01 | 2000-08-01 |
| 00042883886.39 - MID WGL | TRIBUNE COMPANY-CH | LEXINGTON INSURANCE COMPANY | 97 - HEALTHCARE | 2000-04-07 | 2001-03-02 |
| 00004688712.08 - PITT DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 2000-07-01 | 2001-07-01 |
| 00003578800.05 - LOS GLEX | THE TIMES MIRROR COMPANY | AIU INSURANCE COMPANY | 30 - EXCESS NATIONAL A | 1999-08-01 | 2001-07-01 |
| 00008705117.19 - LON(IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 2000-08-01 | 2001-08-01 |
| 00008569780.02 - CHIC GL | TRIBUNE COMPANY. | ILLINOIS NATIONAL INSURANCE CO. | 04 - CORPORATE ACCOU | 1998-08-01 | 2001-08-01 |
| 00006189930.02 - CHIC FIDL | TRIBUNE COMPANY (INC) | NATIONAL UNION FIRE INSURANCE COM | 04 - CORPORATE ACCOU | 2000-08-01 | 2001-09-30 |
| 00007034073.02 - CHIC WCEX | ACE USA/TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 02 - EXCESS WORKERS ( | 2001-03-01 | 2001-09-30 |
| 00007034074.02 - CHIC WCEX | ACE USA/TIMES MIRROR | NATIONAL UNION FIRE INSURANCE COM | 02 - EXCESS WORKERS ( | 2001-03-01 | 2002-03-01 |
| 00008705248.19 - LON(IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 2001-08-01 | 2002-08-01 |
| 00008568306.02 - CHIC DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 04 - CORPORATE ACCOU | 1998-08-31 | 2002-08-31 |
| 00008568313.02 - CHIC CAEX | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 04 - CORPORATE ACCOU | 1998-08-31 | 2002-08-31 |
| 00008741665.02 - CHIC GL | TRIBUNE COMPANY. | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2001-08-31 | 2002-09-30 |
| 8042716.34 - HOM OTHR | LOS ANGELES TIMES | AIG LIFE INSURANCE COMPANY | 66 - ASSOCIATION GROU | 1993-11-01 | 2002-10-01 |
| 00006600567.05 - LOS GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1999-11-30 | 2002-11-30 |
| 00002809689.02 - LON(IM-P | TRIBUNE COMPANY INC | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2002-11-30 | 2003-06-12 |
| 00008705432.19 - LON(IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 2002-08-01 | 2003-08-01 |
| 00005696427.02 - CHIC CAEX | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2002-09-30 | 2003-08-31 |
| 00005697732.02 - CHIC GL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2002-08-31 | 2003-09-30 |
| 00008705577.19 - LON(IM-P | TRIBUNE COMPANY INC | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 2003-08-01 | 2003-09-30 |
| 00002411815.02 - CHIC FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2003-06-12 | 2004-08-01 |
| 00003435322.02 - CHIC CAEX | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2003-08-31 | 2004-08-31 |
| 00003435511.02 - CHIC FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2003-03-31 | 2004-08-31 |
| 00003487880.02 - CHIC CAEX | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2003-09-30 | 2004-08-31 |
| 00008042716.05 - LOS AH | LOS ANGELES TIMES | AI SPECIALTY LINES INSURANCE COMPA | 10 - ACCIDENT AND HEA | 2001-11-01 | 2004-09-01 |
| 00004873301.02 - CHIC DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2004-08-31 | 2005-08-31 |
| 00004938937.02 - CHIC GL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2004-08-31 | 2005-08-31 |

3 of 4

PolicyDisplayByNam.xls

| Policy | Division | Insured | Carrier | Line | Eff. | Exp. |
|---|---|---|---|---|---|---|
| 00004938939 | 02 - CHIC FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 2004-08-31 | 2005-08-31 |
| 00004938955 | 02 - CHIC DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 2004-08-31 | 2005-08-31 |
| 00006340364 | 02 - CHIC GLEX | AIG EXCESS LIABILITY | AIG EXCESS LIABILITY | 91 - AIG CAT EXCESS LIA | 2003-01-01 | 2006-03-01 |
| 00002809656 | 02 - CHIC DO | TIMES MIRROR COMPANY, THE IN | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 2000-06-12 | 2006-06-12 |
| 00004936156 | 02 - CHIC DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 2005-08-31 | 2006-08-31 |
| 00004936158 | 02 - CHIC GL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 2005-08-31 | 2006-08-31 |
| 00004936189 | 02 - CHIC FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 2005-08-31 | 2006-08-31 |
| 00004936253 | 02 - CHIC DO | TRIBUNE COMPANY | AI SPECIALTY LINES INSURANCE COMPA | 35 - NATIONAL ACCOUNT | 2005-08-31 | 2006-08-31 |
| 00001889038 | 02 - CHIC WC | THE DAILY NEWS TRIBUNE, INC. | AMERICAN HOME ASSURANCE COMPANY | 13 - SPECIALTY WORKER | 2005-11-01 | 2006-11-01 |
| 00006262290 | 02 - CHIC GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 05 - SPECIALTY PROFES | 2006-03-01 | 2007-03-01 |
| 00067135370 | 02 - CHIC DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2006-08-31 | 2007-08-31 |
| 00067135410 | 02 - CHIC GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2006-08-31 | 2007-08-31 |
| 00067135560 | 02 - CHIC DO | TRIBUNE COMPANY | AI SPECIALTY LINES INSURANCE COMPA | 35 - NATIONAL ACCOUNT | 2006-08-31 | 2007-08-31 |
| 00067135623 | 02 - CHIC FIDL | TRIBUNE COMPANY INC | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 2006-08-31 | 2007-08-31 |
| 00035354266 | 02 - CHIC | THE DAILY NEWS TRIBUNE, INC. | AMERICAN HOME ASSURANCE COMPANY | 13 - SPECIALTY WORKER | 2006-11-01 | 2007-11-01 |
| 00009668762 | 02 - CHIC DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 05 - SPECIALTY PROFES | 2007-03-01 | 2008-03-01 |
| 00030316316 | 02 - CHIC DO | TRIBUNE COMPANY | AIG CASUALTY CO. | 91 - AIG CAT EXCESS LIA | 2007-04-10 | 2008-04-10 |
| 00001932594 | 02 - CHIC FIDL | TRIBUNE COMPANY INC | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 2007-08-31 | 2008-08-31 |
| 00009027666 | 54 - LON AH | DAILY PRESS | AHAC CANADA RUNOFF | 10 - ACCIDENT AND HEA | 1999-10-01 | 1999-10-01 |
| 00003270107 | 02 - CHIC GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 05 - SPECIALTY PROFES | 2008-10-01 | 2009-03-01 |
| 000090977 | 39 - MIDW GLEX | TRIBUNE COMPANY / CHICAGO N | LEXINGTON INSURANCE COMPANY | 97 - HEALTHCARE | 2002-03-02 | 2009-03-02 |
| 00009123291 | 05 - LOS AH | LOS ANGELES TIMES | NATIONAL UNION FIRE INSURANCE COMI | 10 - ACCIDENT AND HEA | 2008-03-01 | 2009-09-01 |
| 00004760118 | 03 - SAN IGL | LOS ANGELES TIMES | AI SPECIALTY LINES INSURANCE COMPA | 71 - ENVIRONMENTAL N/ | 1999-11-24 | 2009-11-24 |
| 9967099 | 02 - CHIC DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 39 - PRIVATE AND NON P | 2007-12-20 | 2009-12-20 |
| 9967164 | 02 - CHIC DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 39 - PRIVATE AND NON P | 2007-12-20 | 2009-12-20 |
| 9972471 | 02 - CHIC DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 39 - PRIVATE AND NON P | 2007-12-20 | 2009-12-20 |
| 00012115928 | 02 - CHIC FIDL | TRIBUNE COMPANY INC | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 2008-07-01 | 2009-09-01 |
| 00001932537 | 02 - CHIC GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2007-08-31 | 2013-12-20 |
| 00001932538 | 02 - CHIC DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2007-08-31 | 2013-12-20 |
| 00001932540 | 02 - CHIC DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2007-08-31 | 2013-12-20 |

DEBTORS LIST

| | |
|---|---|
| TRIBUNE COMPANY | 08-13141 |
| 435 PRODUCTION COMPANY | 08-13142 |
| 5800 SUNSET PRODUCTIONS INC. | 08-13143 |
| BALTIMORE NEWSPAPER NETWORKS, INC. | 08-13144 |
| CALIFORNIA COMMUNITY NEWS CORPORATION | 08-13145 |
| CANDLE HOLDINGS CORPORATION | 08-13146 |
| CHANNEL 20, INC. | 08-13147 |
| CHANNEL 39, INC. | 08-13148 |
| CHANNEL 40, INC. | 08-13149 |
| CHICAGO AVENUE CONSTRUCTION COMPANY | 08-13150 |
| CHICAGO RIVER PRODUCTION COMPANY | 08-13151 |
| CHICAGO TRIBUNE COMPANY | 08-13152 |
| CHICAGO TRIBUNE NEWSPAPERS, INC. | 08-13153 |
| CHICAGO TRIBUNE PRESS SERVICE, INC. | 08-13154 |
| CHICAGOLAND MICROWAVE LICENSEE, INC. | 08-13155 |
| CHICAGOLAND PUBLISHING COMPANY | 08-13156 |
| CHICAGOLAND TELEVISION NEWS, INC. | 08-13157 |
| COURANT SPECIALTY PRODUCTS, INC. | 08-13159 |
| DIRECT MAIL ASSOCIATES, INC. | 08-13160 |
| DISTRIBUTION SYSTEMS OF AMERICA, INC. | 08-13161 |
| EAGLE NEW MEDIA INVESTMENTS, LLC | 08-13162 |
| EAGLE PUBLISHING INVESTMENTS, LLC | 08-13163 |
| FORSALEBYOWNER.COM CORP. | 08-13165 |
| FORSALEBYOWNER.COM REFERRAL SERVICES, LLC | 08-13166 |
| FORTIFY HOLDINGS CORPORATION | 08-13167 |
| FORUM PUBLISHING GROUP, INC. | 08-13168 |
| GOLD COAST PUBLICATIONS, INC. | 08-13169 |

| | |
|---|---|
| GREENCO, INC. | 08-13170 |
| HEART & CROWN ADVERTISING, INC. | 08-13171 |
| HOMEOWNERS REALTY, INC. | 08-13172 |
| HOMESTEAD PUBLISHING CO. | 08-13173 |
| HOY PUBLICATIONS, LLC | 08-13175 |
| HOY, LLC | 08-13174 |
| INSERTCO, INC. | 08-13176 |
| INTERNET FORECLOSURE SERVICE, INC. | 08-13177 |
| JULIUSAIR COMPANY II, LLC | 08-13179 |
| JULIUSAIR COMPANY, LLC | 08-13178 |
| KIAH INC. | 08-13180 |
| KPLR, INC. | 08-13181 |
| KSWB INC. | 08-13182 |
| KTLA INC. | 08-13183 |
| KWGN INC. | 08-13184 |
| LOS ANGELES TIMES COMMUNICATIONS LLC | 08-13185 |
| LOS ANGELES TIMES INTERNATIONAL, LTD. | 08-13186 |
| LOS ANGELES TIMES NEWSPAPERS, INC. | 08-13187 |
| MAGIC T MUSIC PUBLISHING COMPANY | 08-13188 |
| NBBF, LLC | 08-13189 |
| NEOCOMM, INC. | 08-13190 |
| NEW MASS MEDIA, INC. | 08-13191 |
| NEW RIVER CENTER MAINTENANCE ASSOCIATION, INC. | 08-13192 |
| NEWSCOM SERVICES, INC. | 08-13193 |
| NEWSPAPER READERS AGENCY, INC. | 08-13194 |
| NORTH MICHIGAN PRODUCTION COMPANY | 08-13195 |
| NORTH ORANGE AVENUE PROPERTIES, INC. | 08-13196 |
| OAK BROOK PRODUCTIONS, INC. | 08-13197 |
| ORLANDO SENTINEL COMMUNICATIONS COMPANY | 08-13198 |

| | |
|---|---|
| PATUXENT PUBLISHING COMPANY | 08-13200 |
| PUBLISHERS FOREST PRODUCTS CO. OF WASHINGTON | 08-13201 |
| SENTINEL COMMUNICATIONS NEWS VENTURES, INC. | 08-13202 |
| SHEPARD'S INC. | 08-13203 |
| SIGNS OF DISTINCTION, INC. | 08-13204 |
| SOUTHERN CONNECTICUT NEWSPAPERS, INC. | 08-13205 |
| STAR COMMUNITY PUBLISHING GROUP, LLC | 08-13206 |
| STEMWEB, INC. | 08-13207 |
| SUN-SENTINEL COMPANY | 08-13208 |
| THE BALTIMORE SUN COMPANY | 08-13209 |
| THE DAILY PRESS, INC. | 08-13210 |
| THE HARTFORD COURANT COMPANY | 08-13211 |
| THE MORNING CALL, INC. | 08-13212 |
| THE OTHER COMPANY LLC | 08-13213 |
| TIMES MIRROR LAND AND TIMBER COMPANY | 08-13214 |
| TIMES MIRROW PAYROLL PROCESSING COMPANY, INC. | 08-13215 |
| TIMES MIRROR SERVICES COMPANY, INC. | 08-13216 |
| TMLH 2, INC. | 08-13217 |
| TMLS 1, INC. | 08-13218 |
| TMS ENTERTAINMENT GUIDES, INC. | 08-13219 |
| TOWER DISTRIBUTION COMPANY | 08-13220 |
| TOWERING T MUSIC PUBLISHING COMPANY | 08-13221 |
| TRIBUNE BROADCAST HOLDINGS, INC. | 08-13222 |
| TRIBUNE BROADCASTING COMPANY | 08-13223 |
| TRIBUNE BROADCASTING HOLDCO, LLC | 08-13224 |
| TRIBUNE BRODCASTING NEWS NETWORK, INC. | 08-13225 |
| TRIBUNE CALIFORNIA PROPERTIES, INC. | 08-13226 |
| TRIBUNE DIRECT MARKETING, INC. | 08-13227 |
| TRIBUNE ENTERTAINMENT COMPANY | 08-13228 |

| | |
|---|---|
| TRIBUNE ENTERTAINMENT PRODUCTION COMPANY | 08-13229 |
| TRIBUNE FINANCE SERVICE CENTER, INC. | 08-13231 |
| TRIBUNE FINANCE, LLC | 08-13230 |
| TRIBUNE LICENSE, INC. | 08-13232 |
| TRIBUNE LOS ANGELES, INC. | 08-13233 |
| TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, INC. | 08-13234 |
| TRIBUNE MEDIA NET, INC. | 08-13235 |
| TRIBUNE MEDIA SERVICES, INC. | 08-13236 |
| TRIBUNE NETWORK HOLDINGS COMPANY | 08-13237 |
| TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC | 08-13238 |
| TRIBUNE NM, INC. | 08-13239 |
| TRIBUNE PUBLISHING COMPANY | 08-13240 |
| TRIBUNE TELEVISION COMPANY | 08-13241 |
| TRIBUNE TELEVISION HOLDINGS, INC. | 08-13242 |
| TRIBUNE TELEVISION NEW ORLEANS, INC. | 08-13244 |
| TRIBUNE TELEVISION NORTHWEST, INC. | 08-13245 |
| VALUMAIL, INC. | 08-13246 |
| VIRGINIA COMMUNITY SHOPPERS, LLC | 08-13247 |
| VIRIGINIA GAZATTE COMPANIES, LLC | 08-13248 |
| WATL, LLC | 08-13249 |
| WCWN LLC | 08-13250 |
| WDCW BROADCASTING, INC. | 08-13251 |
| WGN CONTINENTAL BROADCASTING COMPANY | 08-13252 |
| WLVI INC. | 08-13253 |
| WPIX, INC. | 08-13254 |
| WTXX INC. | 813255 |

# AIU HOLDING, INC.

COMMERICIAL INSURANCE, A DIVISION OF AIU HOLDINGS

LAW DEPARTMENT

175 WATER STREET, 18TH FLOOR

NEW YORK, NEW YORK 10038

June 10, 2009

VIA OVERNIGHT MAIL

Tribune Company Claims Processing Center

c/o Epiq Bankruptcy Solutions, LLC

757 Third Avenue, 3rd Floor

New York, New York 10017

> Re:    Tribune Company, et al., Debtors
> Case Number: 08-13141

Dear Sir/Madam,

Enclosed please find one original and two copies of a Proof of Claim for each of the following cases:

| | |
|---|---|
| Tribune Company | Case #: 08-13141 |
| Los Angeles Times Communications LLC | Case #: 08-13185 |
| Los Angeles Times International Ltd. | Case #: 08-13186 |
| Los Angeles Times Newspapers, Inc. | Case #: 08-13187 |
| Times Mirror Land and Timber Company | Case #: 08-13214 |
| Times Mirror Payroll Processing Company, Inc. | Case #: 08-13215 |
| Times Mirror Services Company, Inc. | Case #: 08-13216 |
| Tribune Publishing Company | Case #: 08-13240 |
| WGN Continental Broadcasting Company | Case #: 08-13252 |
| WLVI Inc. | Case #: 08-13253 |

Please file the original in the Court file, kindly have the copies stamped "Filed", and return the copies in the enclosed self-addressed stamped envelope.

If you have any questions, please do not hesitate to contact me at (212) 458-1202. Thank you for your cooperation in this matter.

Sincerely,

Hannah Lee

Paralegal

Enclosures



SHIP TO:
HANNAH LEE
212-770-6926
AIG
70 PINE ST
NEW YORK NY 10270

C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
TRIBUNE COMPANY CLAIMS PROCESSING
3RD FLOOR
757 THIRD AVENUE
NEW YORK NY 10017-2072

LTR

NY 100 7-02

1 OF 1

UPS NEXT DAY AIR

TRACKING #: 1Z 6AW 980 01 9680 0732

1

Reference List 1 - CBID: 0032000000761

BILLING: P/P

C5 11.1.05.    WXZ820.60.0A 04/2009

TM

FOLD HERE

**UPS CampusShip: View/Print Label**

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the dotted line.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   o  Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   o  Hand the package to any UPS driver in your area.
   o  Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return ServicesSM (including via Ground) are also accepted at Drop Boxes.
   o  To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   **Customers with a Daily Pickup**
   o  Your driver will pickup your shipment(s) as usual.

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Name of Debtor:  **LOS ANGELES TIMES INTERNATIONAL LTD.**

Case Number: 08-13186

*NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): AIG Casualty Company, AIG Excess Liability, AIG Life Insurance Company, AIU Insurance Company, American Home Assurance Company, American Home Assurance Company-Canada, American International Specialty Lines Insurance Company Illinois National Insurance Co., Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., New Hampshire Insurance Company, and certain other entities related to AIU Holdings, Inc.

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Commercial Insurance Bankruptcy Collections
Michelle A. Levitt, Authorized Representative
175 Water Street, 18th Floor
New York, New York 10038
Telephone number: (212) 458-6777

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:**    $Unliquidated *Subject to Adjustment (See Attachment).

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Other- See Attachment.
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** See Attachment.

   **3a. Debtor may have scheduled account as:** _____
        (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**  [ ] Real Estate  [ ] Motor Vehicle  [X] Other
   Describe: Right of Setoff- See Attachment.

   **Value of Property: $** _____   **Annual Interest Rate** ____%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   if any: $ _____   Basis for perfection: _____

   **Amount of Secured Claim: $** Unliquidated *  **Amount Unsecured: $** Unliquidated *

   * Subject to Adjustment (See Attachment).

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units -- 11 U.S.C. § 507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(_).

   **Amount entitled to priority:**

   $ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payn        king this proof of claim.

**7. Documents:** Attach redacted co        issory notes, purchase orders, invoices, itemized statement        d security agreements. You may also attach a sum        erfection of a security interest. You may also attach a summ
DO NOT SEND ORIGINAL DOCI        OYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)        0000005019

|||||||||| (barcode)

**Date:** 06/10/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*(signature)*

Michelle A. Levitt, Authorized Representative

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

FILED / RECEIVED
FOR COURT USE ONLY
JUN 1 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------:
In re:                              :
                         :        **Chapter 11**
                         :
**TRIBUNE COMPANY, et al.,**        :        **Case No. : 08-13141**
                         :
             **DEBTORS.**   :        **JOINTLY ADMINISTERED**
------------------------------------------------------:

**ATTACHMENT TO PROOF OF CLAIM OF AIG CASUALTY COMPANY, AIG EXCESS LIABILITY, AIG LIFE INSURANCE COMPANY, AIU INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY-CANADA, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE CO., LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., NEW HAMPSHIRE INSURANCE COMPANY, AND CERTAIN OTHER ENTITIES RELATED TO AIU HOLDINGS, INC.**

      1.     This proof of claim is filed on behalf of AIG CASUALTY COMPANY, AIG EXCESS LIABILITY, AIG LIFE INSURANCE COMPANY, AIU INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY-CANADA, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE CO., LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., NEW HAMPSHIRE INSURANCE COMPANY, and certain other entities related to AIU Holdings, Inc. (collectively, "Claimant") that provide or provided insurance, insurance services and/or surety bonds to TRIBUNE COMPANY, et al., ("Debtors") (see the List of Debtors attached hereto).

      2.     As of December 8, 2008 (the "Petition Date"), the Debtors are indebted to Claimant for premiums, deductibles, and other related fees, expenses and obligations for, among other things, insurance coverages and services provided and to be provided by Claimant to the Debtors as more fully described below.

      3.     **The Insurance Program**. Claimant provided the Debtors with certain insurance coverages, including, without limitation, accident and health, commercial automobile-excess, commercial property, crime, directors and officers, general liability, general liability-excess, workers compensation, workers compensation-excess, and other services (the "Insurance Program") for varying periods commencing September 30, 1988 and ending 12:01 a.m., December 20, 2013. Attached hereto is a list of the policies issued by Claimant to the Debtors and certain related documentation. Claim is made for all obligations of the Debtors arising under the Insurance Program whether or not the relevant insurance policies and related agreements are specifically listed or described in the attached list or documents. Moreover, the documents

which evidence the Insurance Program are voluminous and it is not practical to attach and/or list all of them. Nothing in this description of the Insurance Program or any of the attached documents is intended to vary, amend or alter in any way the terms, conditions, coverages, limitations, exclusions or dates of coverage of any policy or coverage.

    4. **Fidelity and Surety Bonds.** Claimant may have provided the Debtors with various surety, fidelity and other bonds for the account of the Debtors. Claim is asserted for all such bonds issued or outstanding and for all premiums, fees and expenses due thereunder, whether or not specifically listed or described in the attached documents. Nothing in this description of the bond programs is intended to vary, amend or alter in any way the terms, conditions, coverages, limitations, exclusions or dates of coverage of any bond. Should Claimant be called upon to pay on any such bond, Claimant may amend this proof of claim to assert a claim on account of such payment.

    5. **Components of this Claim.**

    (a) **Unliquidated Claim for the Insurance Program.** Pursuant to the Insurance Program, the Debtors entered into certain agreements and are obligated to pay to Claimant, among other things, certain premiums, deductibles, self-insured retention, reimbursement obligations, fees, expenses and related costs. Such amounts constitute the Claimant's unliquidated claim. When the amount of premiums, deductibles, fees, expenses and other costs due under the Insurance Program, including, without limitation, damages that may arise from the rejection of the Insurance Program or any part thereof, are liquidated or determined, such amounts shall become a liquidated claim. Claimant reserves the right to amend this proof of claim as such amounts become liquidated.

    (b) **Other Insurance or Services.** To the extent Claimant provides or provided any other or different insurance (including excess coverages or renewals of the Insurance Program), or other services to the Debtors, either included within or in addition to the Insurance Program, Claimant hereby asserts a claim for all obligations of the Debtors to Claimant arising thereunder, including, without limitation, premiums, deductibles, self-insured retention, reimbursement obligations, fees, expenses and other costs arising from such transactions, or from funds advanced or to be advanced on the Debtors' behalf. Additionally, Claimant reserves the right to amend this proof of claim to assert further amounts due or particulars in connection therewith.

    (c) **Bond Obligations.** To the extent of any bonds outstanding, the Debtors agreed to pay to Claimant, among other things, any and all loss and expense, including, without limitation, attorneys' fees, incurred by Claimant by reason of having issued any such bonds, and losses incurred as a result of the issuance of any bonds. The amount presently due Claimant with respect to any bonds is unliquidated and untabulated.

    (d) **Quantum Meruit.** To the extent any Debtor received a benefit from insurance or from bonds provided by Claimant, such Debtor is obligated to pay Claimant for the value of the benefits received.

(e)  **Joint Liability.** Should it be established in these bankruptcy cases or otherwise that any of the Debtors have liability for the obligations of any of the other Debtors, then this claim asserts the same claim as Claimant asserted against each such Debtor against such other Debtor.

(f)  **Indemnity Obligations**. In the event Debtors have entered into any agreement with Claimant pursuant to which Debtors have a duty to indemnify Claimant, claim is made herein for such right to indemnity.

(g)  **Other**. In connection with the foregoing, the Debtors also may be liable to Claimant by virtue of relevant principles of contract and common law relating to, among other things, subrogation, suretyship, indemnification or contribution.

6.  **Right of Recoupment**. Claimant asserts the right to use funds paid to it on account of, among other things, the Insurance Program to recoup obligations of the Debtors arising from, among other things, the Insurance Program.

7.  **Security**. To the extent Claimant holds any cash or other collateral as security for its claim, regardless of whether such cash or collateral is property of the Debtors' estates, Claimant asserts a secured claim and/or a right of setoff and reserves its rights to collect against same by recoupment and/or setoff. Alternatively or in addition, to the extent Claimant holds an interest in any property of the Debtors, Claimant asserts a security interest in same.

8.  **Interest.** Claimant claims all rights to claim interest to the extend permitted by law, including post-petition interest other extent such interest is secured. To the extent this claim is unliquidated, appropriate interest (if any) remains unliquidated at this time. In preparing any attached tabulation of a liquidated claim, we will endeavor to include a tabulation of applicable interest to the extent dates of accrual of obligations can be readily ascertained. Claimant reserves the right to amend such calculations and to claim additional interest as facts are learned, data compiled, and/or unliquidated claims become liquidated.

9.  As indicated above, supporting documents for this claim are voluminous and certain such documents, including policies of insurance, are not attached.

10.  Claimant also asserts an administrative expense claim for all services provided, risks insured or occurrences occurring after the Petition Date, all or a portion of which may be set forth in this proof of claim. To the extent any amounts set forth herein are entitled to administrative expense status, Claimants reserve the right to assert such status.

11.  The filing of this Proof of Claim is not intended to waive any right to arbitration. Claimant(s) expressly reserve the right to seek arbitration of any dispute arising in connection with this claim. To the extent of any pre-existing arbitration agreement, this court's jurisdiction to resolve disputes should be limited to referring such disputes to arbitration and enforcing any arbitration award.

12.     In executing and filing this proof of claim, Claimant:  (i)  does not submit itself to the jurisdiction of this Court for any purpose other than with respect to said claim; (ii) does not waive any right or rights that it has or may have against any other persons liable for all or part of the claim set forth herein; (iii) expressly reserves the right to the extent permitted by law to amend or supplement this proof of claim in any respect;  (iv) expressly reserves the right to assert all claims, causes of action, defenses, offsets or counterclaims; and (v) expressly reserves the right to contest insurance coverage in the event of each or any claim that may be tendered by Debtors for Coverage.

Dated: June 10, 2009

**PENALTY FOR PRESENTING FRAUDULENT CLAIMS:  Fine of not more than $500,000.00 or imprisonment for not more than five years, or both.  Title 18, U.S.C. §§152 and 3571.**

Tribune Company

| Policy # | Branch | MLOB | Insured Name | Writing Company | Profit Center | Effective | Expires |
|---|---|---|---|---|---|---|---|
| 0000930098 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1988-09-30 | 1989-09-30 |
| 00004351863 | 02 - CHIC | DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMI | 36 - NATIONAL ACCOUNT | 1989-09-30 | 1990-09-30 |
| 00009301011 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1989-09-30 | 1990-09-30 |
| 00009301012 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1989-09-30 | 1990-09-30 |
| 00004152393 | 05 - LOS | WCEX | THE TIMES MIRROR | NATIONAL UNION FIRE INSURANCE COMI | 02 - EXCESS WORKERS ( | 1990-01-01 | 1991-01-01 |
| 80259830A | 005 - CHIC | OTHR | TRIBUNE CO | UNKNOWN | 13 - MISC. CAS. | 1990-01-01 | 1991-01-01 |
| 00005573747 | 19 - LONI | GLEX | TRIBUNE CO. Y3 | LEXINGTON INSURANCE COMPANY | 92 - CASUALTY | 1990-01-31 | 1991-01-31 |
| 00005573748 | 19 - LONI | GLEX | TRIBUNE CO. Y3 | LEXINGTON INSURANCE COMPANY | 92 - CASUALTY | 1990-01-31 | 1991-01-31 |
| 75105902 | 005 - CHIC | OTHR | TRIBUNE CO | UNKNOWN | 13 - MISC. CAS. | 1990-01-31 | 1991-01-31 |
| 00004358731 | 08 - PITTS | GL | TRIBUNE REVIEW | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 1990-05-01 | 1991-05-01 |
| 00003053055 | 05 - LOS | GLEX | TIMES MIRROR COMPANY THE | NATIONAL UNION FIRE INSURANCE COMI | 81 - EXCESS CORPORAT | 1990-08-01 | 1991-08-01 |
| 75106201 | 039 - LOS | OTHR | TIMES MIRROR COMPANY THE" | UNKNOWN | 13 - MISC. CAS. | 1990-08-01 | 1991-08-01 |
| 00008702215 | 19 - LONI | IM-P | TRIBUNE CO. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1989-09-30 | 1991-09-30 |
| 00008702238 | 19 - LONI | IM-P | TRIBUNE CO. L3 | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1989-09-30 | 1991-09-30 |
| 00009301035 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1990-09-30 | 1991-09-30 |
| 00009301036 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1990-09-30 | 1991-09-30 |
| 00009750696 | 02 - CHIC | FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMI | 63 - MIDDLE MARKET FID | 1990-09-30 | 1991-09-30 |
| 00004367046 | 05 - LOS | GL | THE TIMES MIRROR | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 1990-11-30 | 1991-11-30 |
| 00003529985 | 02 - CHIC | DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 1990-09-30 | 1991-12-01 |
| 80349780 | 09 - DALL | OTHR | TRIBUNE/SWAB-FOX | UNKNOWN | 65 - GR TRAVEL & EX AIL | 1990-01-15 | 1992-01-15 |
| 00004373360 | 08 - PITTS | GL | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 1991-05-01 | 1992-05-01 |
| 00003053203 | 05 - LOS | GLEX | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COMI | 30 - EXCESS NATIONAL A | 1991-08-01 | 1992-08-01 |
| 00004380944 | 02 - CHIC | FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMI | 63 - MIDDLE MARKET FID | 1991-09-30 | 1992-09-30 |
| 00008703093 | 19 - LONI | IM-P | TRIBUNE CIO | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1991-09-30 | 1992-09-30 |
| 00009301053 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1991-09-30 | 1992-09-30 |
| 00009301054 | 98 - LEX | IM-P | TRIBUNE COMPANY | NEW HAMPSHIRE INSURANCE COMPANY | 98 - NEW HAMPSHIRE CA | 1991-09-30 | 1992-09-30 |
| 00004384050 | 05 - LOS | GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 1991-11-30 | 1992-11-30 |
| 00003530213 | 02 - CHIC | DO | TRIBUNE CO. | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 1991-12-01 | 1992-12-01 |
| 80259830 | 005 - CHIC | OTHR | TRIBUNE CO | UNKNOWN | 03 - CASUALTY | 1990-01-01 | 1993-01-01 |
| 8338584 | 005 - CHIC | OTHR | TRIBUNE CO | UNKNOWN | 03 - CASUALTY | 1990-01-01 | 1993-01-01 |
| 80259830 | 005 - CHIC | OTHR | TRIBUNE COMPANY | AIU-NAD | 03 - CASUALTY | 1992-01-01 | 1993-01-01 |
| 00004790736 | 08 - PITTS | GL | TRIBUNE REVIEW PUB | NATIONAL UNION FIRE INSURANCE COMI | 39 - PRIVATE AND NON P | 1992-05-01 | 1993-05-01 |
| 00004390736 | 08 - PITTS | GL | TRIBUNE REVIEW PUB | NATIONAL UNION FIRE INSURANCE COMI | 35 - NATIONAL ACCOUNT | 1992-05-01 | 1993-05-01 |

| Policy ID | Location | Insured Company | Insurer | Coverage | Effective | Expiration |
|---|---|---|---|---|---|---|
| 00000308710305 | LOS /CAEX | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 81 - EXCESS CORPORAT | 1992-08-01 | 1993-08-01 |
| 0000870309219 | LON IM-P | TRIBUNE CO | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1991-09-30 | 1993-09-30 |
| 0000439910602 | CHIC FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 63 - MIDDLE MARKET FID | 1992-11-30 | 1993-09-30 |
| 0000440203505 | LOS /GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1992-11-30 | 1993-11-30 |
| 0000440214102 | CHIC DO | TRIBUNE CO | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1992-12-01 | 1993-12-01 |
| 800262767 005 | CHIC OTHR | TRIBUNE COMPANY | AIU-NAD | 03 - CASUALTY | 1993-01-01 | 1994-01-01 |
| 8338752 005 | CHIC OTHR | TRIBUNE COMPANY | AIU-NAD | 03 - CASUALTY | 1993-01-01 | 1994-01-01 |
| 0000441305808 | PITT DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1993-01-01 | 1994-01-01 |
| 0000308800005 | LOS /CAEX | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 81 - EXCESS CORPORAT | 1993-09-30 | 1994-09-30 |
| 0000870371019 | LON IM-P | TRIBUNE CO. AND Q | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1993-07-01 | 1994-07-01 |
| 0000442112705 | LOS /GL | TRIBUNE CO | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1993-09-30 | 1994-09-30 |
| 0000442163402 | CHIC DO | TRIBUNE CO | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1993-11-30 | 1994-11-30 |
| 0000309320707 | CHIC CAEX | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 81 - EXCESS CORPORAT | 1993-12-01 | 1994-12-01 |
| 0000443318008 | PITT DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1994-01-31 | 1995-01-31 |
| 0000309630205 | LOS /CAEX | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 81 - EXCESS CORPORAT | 1994-01-01 | 1995-06-01 |
| 0000464692302 | CHIC IM-P | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1994-06-01 | 1995-07-01 |
| 0000870394219 | LON IM-P | TRIBUNE CO | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1994-08-01 | 1995-08-01 |
| 0000444093405 | LOS /GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1994-09-30 | 1995-09-30 |
| 0000444193602 | CHIC DO | TRIBUNE CO | NATIONAL UNION FIRE INSURANCE CO. | 35 - NATIONAL ACCOUNT | 1994-09-30 | 1995-09-30 |
| 0000230684420 | MIDT GL | WGN CONTINENTAL BR | AI SPECIALTY LINES INSURANCE COMPA | 05 - SPECIALTY PROFES | 1994-10-09 | 1995-12-31 |
| 0000309329802 | CHIC CAEX | TRIBUNE REVIEW PUBLISHING C | ILLINOIS NATIONAL INSURANCE CO. | 81 - EXCESS CORPORAT | 1994-11-18 | 1995-11-30 |
| 0000445350208 | PITT DO | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1994-12-01 | 1995-11-30 |
| 0000309635805 | LOS /CAEX | TRIBUNE COMPANY | AIU INSURANCE COMPANY | 81 - EXCESS CORPORAT | 1995-01-31 | 1996-03-01 |
| 0000464699802 | CHIC IM-P | TRIBUNE COMPANY QU | NATIONAL UNION FIRE INSURANCE COM | 93 - PROPERTY | 1995-07-01 | 1996-07-01 |
| 0000870417719 | LON IM-P | LOS ANGELES TIMES | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1995-08-01 | 1996-08-01 |
| 8042716 05 | LOS OTHR | THE TIMES MIRROR COMPANY C | AIG LIFE INSURANCE COMPANY | 65 - GR TRAVEL & EX AIG | 1991-11-01 | 1996-11-01 |
| 0000482198605 | LOS /GL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1995-11-30 | 1996-11-30 |
| 0000482199502 | CHIC DO | TRIBUNE COMPANY (INC) | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1995-12-01 | 1996-12-01 |
| 0000001594005 | CHIC OTHR | WLVI, INC. | UNKNOWN | 03 - CASUALTY | 1990-01-01 | 1997-02-28 |
| 8044992 04 | BOST OTHR | WLVI, INC. | UNKNOWN | 65 - GR TRAVEL & EX AIG | 1994-04-06 | 1997-04-06 |
| 0000483425608 | PITT DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1996-07-01 | 1997-07-01 |
| 0000932462988 | ORAN CAEX | TRIBUNE COMPANY | AIU INSURANCE COMPANY | 81 - EXCESS CORPORAT | 1996-08-01 | 1997-08-01 |
| 0000870443219 | LON IM-P | TRIBUNE COMPANY, | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1996-09-30 | 1997-09-30 |
| 0000484407402 | CHIC GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 1996-12-01 | 1997-12-01 |
| 0000484408502 | CHIC DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE CO. | 35 - NATIONAL ACCOUNT | 1996-12-01 | 1997-12-01 |
| 800262840005 | CHIC OTHR | TRIBUNE COMPANY INC | AIU-NAD | 03 - CASUALTY | 1994-01-01 | 1998-03-01 |
| 8338702 005 | CHIC OTHR | TRIBUNE COMPANY INC | AIU-NAD | 03 - CASUALTY | 1994-01-01 | 1998-03-01 |
| 0000932170302 | CHIC GLEX | TRIBUNE COMPANY (INC) | ILLINOIS NATIONAL INSURANCE CO. | 81 - EXCESS CORPORAT | 1996-03-01 | 1998-03-01 |
| 0000485889208 | PITT DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1997-07-01 | 1998-07-01 |
| 0000932256105 | LOS /GLEX | THE TIMES MIRROR COMPANY | AIU INSURANCE COMPANY | 81 - EXCESS CORPORAT | 1997-08-01 | 1998-08-01 |

| Policy | Seq - Code | Company | Insurer | Type | Start | End |
|---|---|---|---|---|---|---|
| 00004864591 | 02 - CHIC/FIDL | TRIBUNE COMPANY (INC) | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1997-09-30 | 1998-09-30 |
| 00008704640 | 19 - LON/IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1997-09-30 | 1998-09-30 |
| 00004868609 | 02 - CHIC/GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 1997-12-01 | 1998-12-01 |
| 00004868621 | 02 - CHIC/DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1997-12-01 | 1998-12-01 |
| 00003573539 | 02 - CHIC/GLEX | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 30 - EXCESS NATIONAL A | 1998-03-01 | 1999-03-01 |
| 00008521141 | 36 - WES/IM-P | TIMES MIRROR COMPA | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1998-03-01 | 1999-03-01 |
| 00008521159 | 38 - WES/IM-P | TIMES MIRROR COMPA | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1998-03-01 | 1999-03-01 |
| 00008617081 | 08 - PITT/DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1998-07-01 | 1999-07-01 |
| 00007048002 | 19 - LON/IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1998-08-01 | 1999-08-01 |
| 00004844228 | 05 - LOS /GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1996-11-30 | 1999-11-30 |
| 00003580024 | 01 - NEW/GLEX | TRIBUNE CO. | NATIONAL UNION FIRE INSURANCE COM | 30 - EXCESS NATIONAL A | 1998-03-01 | 2000-03-01 |
| 00008523487 | 38 - WES/IM-P | TIMES MIRROR COMPA | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1999-03-01 | 2000-03-01 |
| 00008592931 | 08 - PITT/DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 1999-07-01 | 2000-07-01 |
| 00007049771 | 19 - LON/IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 1999-08-01 | 2000-08-01 |
| 00002863886 | 39 - MIDW/GL | TRIBUNE COMPANY-CH | LEXINGTON INSURANCE COMPANY | 97 - HEALTHCARE | 2000-04-07 | 2001-03-02 |
| 00004868712 | 08 - PITT/DO | TRIBUNE REVIEW PUBLISHING C | NATIONAL UNION FIRE INSURANCE COM | 39 - PRIVATE AND NON P | 2000-07-01 | 2001-07-01 |
| 00003578800 | 05 - LOS /GLEX | THE TIMES MIRROR COMPANY | AIU INSURANCE COMPANY | 30 - EXCESS NATIONAL A | 1998-08-01 | 2001-08-01 |
| 00008705117 | 19 - LON/IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 2000-08-01 | 2001-08-01 |
| 00008569780 | 02 - CHIC/GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 04 - CORPORATE ACCOU | 1998-09-30 | 2001-09-30 |
| 00006189930 | 02 - CHIC/FIDL | TRIBUNE COMPANY (INC) | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1998-09-30 | 2001-09-30 |
| 00007034073 | 02 - CHIC/WCEX | ACE USA/TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 02 - EXCESS WORKERS | 2001-03-01 | 2002-03-01 |
| 00007034074 | 02 - CHIC/WCEX | ACE USA/TIMES MIRROR | NATIONAL UNION FIRE INSURANCE COM | 02 - EXCESS WORKERS | 2001-03-01 | 2002-03-01 |
| 00008705248 | 19 - LON/IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 2001-08-01 | 2002-08-01 |
| 00008568306 | 02 - CHIC/DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 04 - CORPORATE ACCOU | 1998-08-31 | 2002-08-31 |
| 00008568313 | 02 - CHIC/CAEX | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 04 - CORPORATE ACCOU | 1998-08-31 | 2002-08-31 |
| 00008741665 | 02 - CHIC/GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2001-09-30 | 2002-09-30 |
| 8042716 | 34 - HOM OTHR | LOS ANGELES TIMES | AIG LIFE INSURANCE COMPANY | 66 - ASSOCIATION GROU | 1993-11-01 | 2002-10-01 |
| 00008600567 | 05 - LOS /GL | THE TIMES MIRROR COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 1999-11-30 | 2002-11-30 |
| 00002809689 | 02 - CHIC/CAEX | TRIBUNE COMPANY INC | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2002-06-12 | 2003-06-12 |
| 00008705432 | 19 - LON/IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 2002-08-01 | 2003-08-01 |
| 00005696427 | 02 - CHIC/CAEX | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2002-08-31 | 2003-08-31 |
| 00005697732 | 02 - CHIC/GL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2002-09-30 | 2003-09-30 |
| 00008705577 | 19 - LON/IM-P | TRIBUNE COMPANY. | LEXINGTON INSURANCE COMPANY | 93 - PROPERTY | 2003-08-01 | 2004-08-01 |
| 00002411815 | 02 - CHIC/FIDL | TRIBUNE COMPANY INC | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2003-06-12 | 2004-06-12 |
| 00003435322 | 02 - CHIC/CAEX | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2003-08-31 | 2004-08-31 |
| 00003435511 | 02 - CHIC/CAEX | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2003-08-31 | 2004-08-31 |
| 00003487880 | 02 - CHIC/GL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2003-09-30 | 2004-09-30 |
| 00008042716 | 05 - LOS /AH | LOS ANGELES TIMES | NATIONAL UNION FIRE INSURANCE COM | 10 - ACCIDENT AND HEA | 2001-11-01 | 2004-09-01 |
| 00004873301 | 02 - CHIC/DO | TRIBUNE COMPANY | AI SPECIALTY LINES INSURANCE COMPA | 35 - NATIONAL ACCOUNT | 2004-08-31 | 2005-08-31 |
| 00004939937 | 02 - CHIC/GL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COM | 35 - NATIONAL ACCOUNT | 2004-08-31 | 2005-08-31 |

| | | | | | |
|---|---|---|---|---|---|
| 0000493893902 - CHIC;FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 2004-08-31 | 2005-08-31 |
| 0000493895502 - CHIC;DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 2004-08-31 | 2005-08-31 |
| 0000634036402 - CHIC;GLEX | TRIBUNE COMPANY | AIG EXCESS LIABILITY | 91 - AIG CAT EXCESS LIA | 2003-03-01 | 2006-03-01 |
| 0000280965602 - CHIC;DO | TIMES MIRROR COMPANY, THE IN | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 2000-06-12 | 2006-06-12 |
| 0000493615602 - CHIC;DO | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 2005-08-31 | 2006-08-31 |
| 0000493615802 - CHIC;GL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 2005-08-31 | 2006-08-31 |
| 0000493616902 - CHIC;FIDL | TRIBUNE COMPANY | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 2005-08-31 | 2006-08-31 |
| 0000493625302 - CHIC;DO | TRIBUNE COMPANY | AI SPECIALTY LINES INSURANCE COMPA | 35 - NATIONAL ACCOUNT | 2005-08-31 | 2006-08-31 |
| 0000188903802 - CHIC;WC | THE DAILY NEWS TRIBUNE, INC. | AMERICAN HOME ASSURANCE COMPANY | 13 - SPECIALTY WORKER | 2005-11-01 | 2006-11-01 |
| 0000626229002 - CHIC;GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 05 - SPECIALTY PROFES | 2006-03-01 | 2007-03-01 |
| 0000673537002 - CHIC;DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2006-08-31 | 2007-08-31 |
| 0000673541002 - CHIC;GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2006-08-31 | 2007-08-31 |
| 0000673556002 - CHIC;DO | TRIBUNE COMPANY | AI SPECIALTY LINES INSURANCE COMPA | 35 - NATIONAL ACCOUNT | 2006-08-31 | 2007-08-31 |
| 0000673562302 - CHIC;FIDL | TRIBUNE COMPANY INC | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 2006-08-31 | 2007-08-31 |
| 0000355426602 - CHIC | THE DAILY NEWS TRIBUNE, INC. | AMERICAN HOME ASSURANCE COMPANY | 13 - SPECIALTY WORKER | 2006-11-01 | 2007-11-01 |
| 0000966876202 - CHIC;GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 05 - SPECIALTY PROFES | 2007-03-01 | 2008-03-01 |
| 0000301631602 - CHIC;DO | TRIBUNE COMPANY | AIG CASUALTY CO. | 91 - AIG CAT EXCESS LIA | 2007-04-10 | 2008-04-10 |
| 0001932594102 - CHIC;FIDL | TRIBUNE COMPANY INC | NATIONAL UNION FIRE INSURANCE COMF | 35 - NATIONAL ACCOUNT | 2007-08-31 | 2008-08-31 |
| 0000902766654 - LONE;AH | DAILY PRESS | AHAC CANADA RUNOFF | 10 - ACCIDENT AND HEAI | 1999-10-01 | 1999-10-01 |
| 0000327010702 - CHIC;GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 05 - SPECIALTY PROFES | 2008-03-01 | 2009-03-01 |
| 0000679097739 - MIDW;GLEX | TRIBUNE COMPANY / CHICAGO N | LEXINGTON INSURANCE COMPANY | 97 - HEALTHCARE | 2002-03-02 | 2009-03-02 |
| 0000912329105 - LOS;AH | LOS ANGELES TIMES | NATIONAL UNION FIRE INSURANCE COMF | 10 - ACCIDENT AND HEA | 2008-07-01 | 2009-09-01 |
| 0000476011802 - SAN;IGL | LOS ANGELES TIMES | AI SPECIALTY LINES INSURANCE COMPA | 71 - ENVIRONMENTAL NA | 1999-11-24 | 2009-11-24 |
| 9967099|02 - CHIC;GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 39 - PRIVATE AND NON P | 2007-12-20 | 2009-12-20 |
| 9967164|02 - CHIC;DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 39 - PRIVATE AND NON P | 2007-12-20 | 2009-12-20 |
| 9972471|02 - CHIC;DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 39 - PRIVATE AND NON P | 2007-12-20 | 2009-12-20 |
| 00012115928|02 - CHIC;FIDL | TRIBUNE COMPANY INC | NATIONAL UNION FIRE INSURANCE COMF | 39 - PRIVATE AND NON P | 2008-08-31 | 2009-12-20 |
| 0001932537|02 - CHIC;GL | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2007-08-31 | 2013-12-20 |
| 0001932538|02 - CHIC;DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2007-08-31 | 2013-12-20 |
| 0001932540|02 - CHIC;DO | TRIBUNE COMPANY | ILLINOIS NATIONAL INSURANCE CO. | 35 - NATIONAL ACCOUNT | 2007-08-31 | 2013-12-20 |

DEBTORS LIST

| | |
|---|---|
| TRIBUNE COMPANY | 08-13141 |
| 435 PRODUCTION COMPANY | 08-13142 |
| 5800 SUNSET PRODUCTIONS INC. | 08-13143 |
| BALTIMORE NEWSPAPER NETWORKS, INC. | 08-13144 |
| CALIFORNIA COMMUNITY NEWS CORPORATION | 08-13145 |
| CANDLE HOLDINGS CORPORATION | 08-13146 |
| CHANNEL 20, INC. | 08-13147 |
| CHANNEL 39, INC. | 08-13148 |
| CHANNEL 40, INC. | 08-13149 |
| CHICAGO AVENUE CONSTRUCTION COMPANY | 08-13150 |
| CHICAGO RIVER PRODUCTION COMPANY | 08-13151 |
| CHICAGO TRIBUNE COMPANY | 08-13152 |
| CHICAGO TRIBUNE NEWSPAPERS, INC. | 08-13153 |
| CHICAGO TRIBUNE PRESS SERVICE, INC. | 08-13154 |
| CHICAGOLAND MICROWAVE LICENSEE, INC. | 08-13155 |
| CHICAGOLAND PUBLISHING COMPANY | 08-13156 |
| CHICAGOLAND TELEVISION NEWS, INC. | 08-13157 |
| COURANT SPECIALTY PRODUCTS, INC. | 08-13159 |
| DIRECT MAIL ASSOCIATES, INC. | 08-13160 |
| DISTRIBUTION SYSTEMS OF AMERICA, INC. | 08-13161 |
| EAGLE NEW MEDIA INVESTMENTS, LLC | 08-13162 |
| EAGLE PUBLISHING INVESTMENTS, LLC | 08-13163 |
| FORSALEBYOWNER.COM CORP. | 08-13165 |
| FORSALEBYOWNER.COM REFERRAL SERVICES, LLC | 08-13166 |
| FORTIFY HOLDINGS CORPORATION | 08-13167 |
| FORUM PUBLISHING GROUP, INC. | 08-13168 |
| GOLD COAST PUBLICATIONS, INC. | 08-13169 |

| | |
|---|---|
| GREENCO, INC. | 08-13170 |
| HEART & CROWN ADVERTISING, INC. | 08-13171 |
| HOMEOWNERS REALTY, INC. | 08-13172 |
| HOMESTEAD PUBLISHING CO. | 08-13173 |
| HOY PUBLICATIONS, LLC | 08-13175 |
| HOY, LLC | 08-13174 |
| INSERTCO, INC. | 08-13176 |
| INTERNET FORECLOSURE SERVICE, INC. | 08-13177 |
| JULIUSAIR COMPANY II, LLC | 08-13179 |
| JULIUSAIR COMPANY, LLC | 08-13178 |
| KIAH INC. | 08-13180 |
| KPLR, INC. | 08-13181 |
| KSWB INC. | 08-13182 |
| KTLA INC. | 08-13183 |
| KWGN INC. | 08-13184 |
| LOS ANGELES TIMES COMMUNICATIONS LLC | 08-13185 |
| LOS ANGELES TIMES INTERNATIONAL, LTD. | 08-13186 |
| LOS ANGELES TIMES NEWSPAPERS, INC. | 08-13187 |
| MAGIC T MUSIC PUBLISHING COMPANY | 08-13188 |
| NBBF, LLC | 08-13189 |
| NEOCOMM, INC. | 08-13190 |
| NEW MASS MEDIA, INC. | 08-13191 |
| NEW RIVER CENTER MAINTENANCE ASSOCIATION, INC. | 08-13192 |
| NEWSCOM SERVICES, INC. | 08-13193 |
| NEWSPAPER READERS AGENCY, INC. | 08-13194 |
| NORTH MICHIGAN PRODUCTION COMPANY | 08-13195 |
| NORTH ORANGE AVENUE PROPERTIES, INC. | 08-13196 |
| OAK BROOK PRODUCTIONS, INC. | 08-13197 |
| ORLANDO SENTINEL COMMUNICATIONS COMPANY | 08-13198 |

| | |
|---|---|
| PATUXENT PUBLISHING COMPANY | 08-13200 |
| PUBLISHERS FOREST PRODUCTS CO. OF WASHINGTON | 08-13201 |
| SENTINEL COMMUNICATIONS NEWS VENTURES, INC. | 08-13202 |
| SHEPARD'S INC. | 08-13203 |
| SIGNS OF DISTINCTION, INC. | 08-13204 |
| SOUTHERN CONNECTICUT NEWSPAPERS, INC. | 08-13205 |
| STAR COMMUNITY PUBLISHING GROUP, LLC | 08-13206 |
| STEMWEB, INC. | 08-13207 |
| SUN-SENTINEL COMPANY | 08-13208 |
| THE BALTIMORE SUN COMPANY | 08-13209 |
| THE DAILY PRESS, INC. | 08-13210 |
| THE HARTFORD COURANT COMPANY | 08-13211 |
| THE MORNING CALL, INC. | 08-13212 |
| THE OTHER COMPANY LLC | 08-13213 |
| TIMES MIRROR LAND AND TIMBER COMPANY | 08-13214 |
| TIMES MIRROW PAYROLL PROCESSING COMPANY, INC. | 08-13215 |
| TIMES MIRROR SERVICES COMPANY, INC. | 08-13216 |
| TMLH 2, INC. | 08-13217 |
| TMLS 1, INC. | 08-13218 |
| TMS ENTERTAINMENT GUIDES, INC. | 08-13219 |
| TOWER DISTRIBUTION COMPANY | 08-13220 |
| TOWERING T MUSIC PUBLISHING COMPANY | 08-13221 |
| TRIBUNE BROADCAST HOLDINGS, INC. | 08-13222 |
| TRIBUNE BROADCASTING COMPANY | 08-13223 |
| TRIBUNE BROADCASTING HOLDCO, LLC | 08-13224 |
| TRIBUNE BRODCASTING NEWS NETWORK, INC. | 08-13225 |
| TRIBUNE CALIFORNIA PROPERTIES, INC. | 08-13226 |
| TRIBUNE DIRECT MARKETING, INC. | 08-13227 |
| TRIBUNE ENTERTAINMENT COMPANY | 08-13228 |

| | |
|---|---|
| TRIBUNE ENTERTAINMENT PRODUCTION COMPANY | 08-13229 |
| TRIBUNE FINANCE SERVICE CENTER, INC. | 08-13231 |
| TRIBUNE FINANCE, LLC | 08-13230 |
| TRIBUNE LICENSE, INC. | 08-13232 |
| TRIBUNE LOS ANGELES, INC. | 08-13233 |
| TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, INC. | 08-13234 |
| TRIBUNE MEDIA NET, INC. | 08-13235 |
| TRIBUNE MEDIA SERVICES, INC. | 08-13236 |
| TRIBUNE NETWORK HOLDINGS COMPANY | 08-13237 |
| TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC | 08-13238 |
| TRIBUNE NM, INC. | 08-13239 |
| TRIBUNE PUBLISHING COMPANY | 08-13240 |
| TRIBUNE TELEVISION COMPANY | 08-13241 |
| TRIBUNE TELEVISION HOLDINGS, INC. | 08-13242 |
| TRIBUNE TELEVISION NEW ORLEANS, INC. | 08-13244 |
| TRIBUNE TELEVISION NORTHWEST, INC. | 08-13245 |
| VALUMAIL, INC. | 08-13246 |
| VIRGINIA COMMUNITY SHOPPERS, LLC | 08-13247 |
| VIRIGINIA GAZATTE COMPANIES, LLC | 08-13248 |
| WATL, LLC | 08-13249 |
| WCWN LLC | 08-13250 |
| WDCW BROADCASTING, INC. | 08-13251 |
| WGN CONTINENTAL BROADCASTING COMPANY | 08-13252 |
| WLVI INC. | 08-13253 |
| WPIX, INC. | 08-13254 |
| WTXX INC. | 813255 |

# AIU HOLDING, INC.

## COMMERICIAL INSURANCE, A DIVISION OF AIU HOLDINGS
### LAW DEPARTMENT
175 WATER STREET, 18TH FLOOR
NEW YORK, NEW YORK 10038

June 10, 2009

VIA OVERNIGHT MAIL
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, New York 10017

Re:   Tribune Company, et al., Debtors
      Case Number: 08-13141

Dear Sir/Madam,

Enclosed please find one original and two copies of a Proof of Claim for each of the following cases:

| | |
|---|---|
| Tribune Company | Case #: 08-13141 |
| Los Angeles Times Communications LLC | Case #: 08-13185 |
| Los Angeles Times International Ltd. | Case #: 08-13186 |
| Los Angeles Times Newspapers, Inc. | Case #: 08-13187 |
| Times Mirror Land and Timber Company | Case #: 08-13214 |
| Times Mirror Payroll Processing Company, Inc. | Case #: 08-13215 |
| Times Mirror Services Company, Inc. | Case #: 08-13216 |
| Tribune Publishing Company | Case #: 08-13240 |
| WGN Continental Broadcasting Company | Case #: 08-13252 |
| WLVI Inc. | Case #: 08-13253 |

Please file the original in the Court file, kindly have the copies stamped "Filed", and return the copies in the enclosed self-addressed stamped envelope.

If you have any questions, please do not hesitate to contact me at (212) 458-1202. Thank you for your cooperation in this matter.

Sincerely,

Hannah Lee
Paralegal

Enclosures



HANNAH LEE
212-770-6906
AIG
70 PINE ST
NEW YORK NY 10270

SHIP TO:
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
TRIBUNE COMPANY CLAIMS PROCESSING
3RD FLOOR
757 THIRD AVENUE
NEW YORK NY 10017-2072

NY 100 7-02

LTR

1 OF 1

UPS NEXT DAY AIR
TRACKING #: 1Z 6AW 980 01 9680 0732

1

Reference List 1 - CBD: 0032000000761
BILLING: P/P

FOLD HERE

**UPS CampusShip: View/Print Label**

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the dotted line.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
**Customers without a Daily Pickup**
   o Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   o Hand the package to any UPS driver in your area.
   o Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return ServicesSM (including via Ground) are also accepted at Drop Boxes.
   o To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
**Customers with a Daily Pickup**
   o Your driver will pickup your shipment(s) as usual.

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

**Name of Debtor:  LOS ANGELES TIMES NEWSPAPERS, INC.**   Case Number: 08-13187

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): AIG Casualty Company, AIG Excess Liability, AIG Life Insurance Company, AIU Insurance Company, American Home Assurance Company, American Home Assurance Company-Canada, American International Specialty Lines Insurance Company Illinois National Insurance Co., Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., New Hampshire Insurance Company, and certain other entities related to AIU Holdings, Inc.

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Commercial Insurance Bankruptcy Collections
Michelle A. Levitt, Authorized Representative
175 Water Street, 18th Floor
New York, New York 10038
Telephone number: (212) 458-6777

Court Claim Number: _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:**      $Unliquidated *Subject to Adjustment (See Attachment).

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**  Other- See Attachment.
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** See Attachment.

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** [ ] Real Estate  [ ] Motor Vehicle  [X] Other
**Describe:** Right of Setoff- See Attachment.

Value of Property: $_____  Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____  Basis for perfection: _____

Amount of Secured Claim: $ Unliquidated *  Amount Unsecured: $ Unliquidated *

* Subject to Adjustment (See Attachment).

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units -- 11 U.S.C. § 507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payme~~nts~~ ng this proof of claim.

**7. Documents:** Attach redacted copi~~es~~ ~~promis~~sory notes, purchase orders, invoices, itemized statements ~~of running accounts, contracts, judgments, mortgages,~~ security agreements. You may also attach a summary. Atta~~ch redacted copies of documents providing evidence of per~~fection of a security interest. You may also attach a summ~~ary.~~ DO NOT SEND ORIGINAL DOCU~~MENTS. ATTACHED DOCUMENTS MAY BE DESTRO~~YED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)          0000005020

Date: 06/10/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice add~~re~~ss above. Attach copy of power of attorney, if any.

*(signature)*

Michelle A. Levitt, Authorized Representative

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

FILED / RECEIVED

JUN 1 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC