IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Corporate DS_AFF_8-31-12_SS.doc

2. On August 31, 2012, I caused to be served the "Corporate Disclosure Statement and Statement of Financial Interest," dated August 31, 2012, a copy of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*[signature]*
Pete Caris

Sworn to before me this
___ day of September, 2012

*[signature]*
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

T:\Clients\TRIBUNE\Affidavits\Corporate DS_AFF_8-31-12_SS.doc

# EXHIBIT A

# United States Court of Appeals for the Third Circuit

## Corporate Disclosure Statement and Statement of Financial Interest

No. 12-3437

Aurelius Capital Management, LP

v.

Tribune Company, et al.

Instructions

Pursuant to Rule 26.1, Federal Rules of Appellate Procedure any nongovernmental corporate party to a proceeding before this Court must file a statement identifying all of its parent corporations and listing any publicly held company that owns 10% or more of the party's stock.

Third Circuit LAR 26.1(b) requires that every party to an appeal must identify on the Corporate Disclosure Statement required by Rule 26.1, Federal Rules of Appellate Procedure, every publicly owned corporation not a party to the appeal, if any, that has a financial interest in the outcome of the litigation and the nature of that interest. This information need be provided only if a party has something to report under that section of the LAR.

In all bankruptcy appeals counsel for the debtor or trustee of the bankruptcy estate shall provide a list identifying: 1) the debtor if not named in the caption; 2) the members of the creditors' committee or the top 20 unsecured creditors; and, 3) any entity not named in the caption which is an active participant in the bankruptcy proceedings. If the debtor or the bankruptcy estate is not a party to the proceedings before this Court, the appellant must file this list. LAR 26.1(c).

The purpose of collecting the information in the Corporate Disclosure and Financial Interest Statements is to provide the judges with information about any conflicts of interest which would prevent them from hearing the case.

The completed Corporate Disclosure Statement and Statement of Financial Interest Form must, if required, must be filed upon the filing of a motion, response, petition or answer in this Court, or upon the filing of the party's principal brief, whichever occurs first. A copy of the statement must also be included in the party's principal brief before the table of contents regardless of whether the statement has previously been filed. Rule 26.1(b) and (c), Federal Rules of Appellate Procedure.

If additional space is needed, please attach a new page.

(Page 1 of 2)

Pursuant to Rule 26.1 and Third Circuit LAR 26.1, __Tribune Company_____ makes the following disclosure:
(Name of Party)

1) For non-governmental corporate parties please list all parent corporations:

Tribune Company is the ultimate corporate parent of each of the Appellees that are debtors in possession in the bankruptcy cases jointly administered under case number 08-13141 (KJC) in the United States Bankruptcy Court for the District of Delaware.

2) For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock:

None. Tribune Company is wholly owned by the Tribune Employee Stock Ownership Plan, a non-public entity.

3) If there is a publicly held corporation which is not a party to the proceeding before this Court but which has as a financial interest in the outcome of the proceeding, please identify all such parties and specify the nature of the financial interest or interests:

Please see response to question 4(3) below.

4) In all bankruptcy appeals counsel for the debtor or trustee of the bankruptcy estate must list: 1) the debtor, if not identified in the case caption; 2) the members of the creditors' committee or the top 20 unsecured creditors; and, 3) any entity not named in the caption which is active participant in the bankruptcy proceeding. If the debtor or trustee is not participating in the appeal, this information must be provided by appellant.

Please see Exhibit A attached hereto.

__[signature]_____     Dated: __August 31, 2012__
(Signature of Counsel or Party)

(Page 2 of 2)

rev: 11/2008

# EXHIBIT A[1]

### Responses to Question 4 of the Corporate Disclosure Statement and Statement of Financial Interest filed by Tribune Company

1.  **The Debtor Entities**

    Tribune Company
    435 Production Company
    5800 Sunset Productions Inc.
    Baltimore Newspaper Networks, Inc.
    California Community News Corporation
    Candle Holdings Corporation
    Channel 20, Inc.
    Channel 39, Inc.
    Channel 40, Inc.
    Chicago Avenue Construction Company
    Chicago River Production Company
    Chicago Tribune Company
    Chicago Tribune Newspapers, Inc.
    Chicago Tribune Press Service, Inc.
    ChicagoLand Microwave Licensee, Inc.
    Chicagoland Publishing Company
    Chicagoland Television News, Inc.
    Courant Specialty Products, Inc.
    Direct Mail Associates, Inc.
    Distribution Systems of America, Inc.
    Eagle New Media Investments, LLC
    Eagle Publishing Investments, LLC
    forsalebyowner.com corp.
    ForSaleByOwner.com Referral Services, LLC
    Fortify Holdings Corporation
    Forum Publishing Group, Inc.
    Gold Coast Publications, Inc.
    GreenCo, Inc.
    Heart & Crown Advertising, Inc.
    Homeowners Realty, Inc.
    Homestead Publishing Co.
    Hoy, LLC
    Hoy Publications, LLC
    InsertCo, Inc.

---

[1] The information contained in this Corporate Disclosure is based upon the information that was accessible given the time allotted and is subject to supplementation in the future should additional information become available.

46429/0001-8812952v1

Internet Foreclosure Service, Inc.
JuliusAir Company, LLC
JuliusAir Company II, LLC
KIAH Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Sentinel Communications News Ventures, Inc.
Shepard's Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.

Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

2. **Members of the Official Committee of Unsecured Creditors**

| Committee Member | Ultimate Parent Company |
| --- | --- |
| JPMorgan Chase Bank, N.A. | JPMorgan Chase & Co. |
| Deutsche Bank Trust Company Americas | Deutsche Bank Aktiengesellschaft |
| Wilmington Trust Company | M&T Bank Corporation |
| Warner Bros. Television | Time Warner Inc. |
| Buena Vista Television | The Walt Disney Company |
| Pension Benefit Guaranty Corporation | N/A |
| Washington-Baltimore Newspaper Guild, Local 32035 | N/A |
| William Niese | N/A |

3. <u>**Entities Not Named in the Caption Which are Active Participants in the Bankruptcy Proceeding**</u>

   a. The following parties have filed appeals of the Order Confirming Fourth Amended Joint Plan of Reorganization (the "Fourth Amended Plan") for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. [Bankr. Docket No. 12074], dated July 23, 2012:

      Aurelius Capital Management, LP
      Deutsche Bank Trust Company Americas
      EGI-TRB, LLC
      Law Debenture Trust Company of New York
      Wilmington Trust Company

   b. **The following Appellees are co-proponents of the Fourth Amended Plan:**

      The Debtors
      The Official Committee of Unsecured Creditors
      Oaktree Capital Management, L.P.
      Angelo, Gordon & Co., L.P.
      JPMorgan Chase Bank, N.A.

46429/0001-8813483v1

## CERTIFICATE OF SERVICE

I, J. Kate Stickles, hereby certify that, on August 31, 2012, I caused a copy of the foregoing to be served on the persons on the attached service list via First Class United States Mail, postage pre-paid, and electronic mail.

    COLE, SCHOTZ, MEISEL,
    FORMAN & LEONARD, P.A.

    */s/ Kate Stickles*
    J. Kate Stickles (No. 2917)
    500 Delaware Avenue, Suite 1410
    Wilmington, Delaware 19801
    Telephone: (302) 651-2001
    Facsimile: (302) 652-3117

    Counsel for Tribune Company, et al.,
    Debtors and Debtors In Possession

| SERVICE LIST ||
|---|---|
| **Counsel/Address** | **Party** |
| Daniel Golden, Esquire<br>D Zensky, Esquire<br>Philp Dublin, Esquire<br>Deborah Newman, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-6745 | Counsel to Aurelius Capital Management, L.P. |
| William Bowden, Esquire<br>Amanda M. Winfree, Esquire<br>Leigh-Anne M. Raport, Esquire<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Counsel to Aurelius Capital Management, L.P. |
| Robert J. Stark, Esquire<br>Martin S. Siegel, Esquire<br>Gordon Z. Novod, Esquire<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | Counsel to Wilmington Trust Company |
| William D. Sullivan, Esquire<br>Sullivan Hazeltine Allinson LLC<br>901 North Market St., Suite 1300<br>Wilmington, DE 19801 | Counsel to Wilmington Trust Company |
| David S. Rosner, Esquire<br>Sheron Korpus, Esquire<br>Christine A, Montenegro, Esquire<br>Matthew Stein, Esquire<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 | Counsel to Law Debenture Trust Company of New York |
| Garvan F. McDaniel, Esquire<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801 | Counsel to Law Debenture Trust Company of New York |

| | |
|---|---|
| David Bradford, Esquire<br>Catherine Steege, Esquire<br>Andrew Vail, Esquire<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456 | Counsel for EGI-TRB LLC |
| David W. Carickoff, Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Counsel for EGI-TRB LLC |
| David Adler, Esquire<br>McCarter English<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | Counsel to Deutsche Bank Trust Company Americas |
| Katharine L. Mayer, Esquire<br>James J. Freebery, IV Esquire<br>McCarter English<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | Counsel to Deutsche Bank Trust Company Americas |
| David M. LeMay, Esquire<br>Howard Seife, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10012 | Counsel to Official Committee of Unsecured Creditors |
| Andrew N. Goldfarb, Esquire<br>Graeme W. Bush, Esquire<br>James Sottile, Esquire<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Ste 1000<br>Washington, D.C. 20036-5807 | Counsel to Official Committee of Unsecured Creditors |
| Adam Landis, Esquire<br>Matthew McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | Counsel to Official Committee of Unsecured Creditors |
| Damian S. Schaible, Esquire<br>Donald S. Bernstein, Esquire<br>Eli Vonnegut, Esquire<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 | Counsel JPMorgan Chase Bank, N.A. |

| | |
|---|---|
| Mark D. Collins, Esquire<br>Robert J. Stearn, Jr., Esquire<br>Drew G. Sloan, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, 920 N. King Street<br>Wilmington, DE 19801 | Counsel JPMorgan Chase Bank, N.A. |
| Bruce Bennett, Esquire<br>James O. Johnston, Esquire<br>Joshua Mester, Esquire<br>Jones Day<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071-1530 | Counsel to Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P. |
| Robert S. Brady, Esquire<br>M. Blake Cleary, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Counsel to Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P. |

**EXHIBIT B**

**TRB Disclosure – 8/31/2012**
Daniel Golden, Esquire
D Zensky, Esquire
Philp Dublin, Esquire
Deborah Newman, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745

**TRB Disclosure – 8/31/2012**
William Bowden, Esquire
Amanda M. Winfree , Esquire
Leigh-Anne M. Raport, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**TRB Disclosure – 8/31/2012**
Robert J. Stark, Esquire
Martin S. Siegel, Esquire
Gordon Z. Novod, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

**TRB Disclosure – 8/31/2012**
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 North Market St., Suite 1300
Wilmington, DE 19801

**TRB Disclosure – 8/31/2012**
David S. Rosner, Esquire
Sheron Korpus, Esquire
Christine A, Montenegro, Esquire
Matthew Stein, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

**TRB Disclosure – 8/31/2012**
Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

**TRB Disclosure – 8/31/2012**
David Bradford, Esquire
Catherine Steege, Esquire
Andrew Vail, Esquire
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456

**TRB Disclosure – 8/31/2012**
David W. Carickoff, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**TRB Disclosure – 8/31/2012**
David Adler, Esquire
McCarter English
245 Park Avenue, 27th Floor
New York, NY 10167

**TRB Disclosure – 8/31/2012**
Katharine L. Mayer, Esquire
James J. Freebery, IV Esquire
McCarter English
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

**TRB Disclosure – 8/31/2012**
David M. LeMay, Esquire
Howard Seife, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10012

**TRB Disclosure – 8/31/2012**
Andrew N. Goldfarb, Esquire
Graeme W. Bush, Esquire
James Sottile, Esquire
Zuckerman Spaeder LLP
1800 M Street, NW, Ste 1000
Washington, D.C. 20036-5807

**TRB Disclosure – 8/31/2012**
Adam Landis, Esquire
Matthew McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**TRB Disclosure – 8/31/2012**
Damian S. Schaible, Esquire
Donald S. Bernstein, Esquire
Eli Vonnegut, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**TRB Disclosure – 8/31/2012**
Mark D. Collins, Esquire
Robert J. Stearn, Jr., Esquire
Drew G. Sloan, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, 920 N. King Street
Wilmington, DE 19801

**TRB Disclosure – 8/31/2012**
Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua Mester, Esquire
Jones Day
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-1530

**TRB Disclosure – 8/31/2012**
Robert S. Brady, Esquire
M. Blake Cleary, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391