UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __08-13141__          ● BK    ○ AP
    If AP, related BK Case Number: _____

Title of Order Appealed:
__Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and__
    Docket Number: __12074__     Date Entered: __7/23/12__

Item Transmitted:  ● Notice of Appeal          ○ Motion for Leave to Appeal
                  ○ Amended Notice of Appeal   ○ Cross Appeal
                  Docket Number: __12177__     Date Filed: __8/3/12__

*Appellant/Cross Appellant:                    *Appellee/Cross Appellee

Counsel for Appellant:                          Counsel for Appellee:
__David W. Carickhoff__                          See Attached
__Blank Rome__
__1201 Market Street, Suite 800__
__Wilmington, DE 19801__
__(302) 425-6400__

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?  ● Yes   ○ No

IFP Motion Filed by Appellant?  ○ Yes   ● No

Have Additional Appeals to the Same Order been Filed?  ● Yes   ○ No
    If so, has District Court assigned a Civil Action Number?  ● Yes  ○ No   Civil Action # __?__

Additional Notes: _____

__9/5/12__                                      By: __Ken Brown__
Date                                              Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __12-41__
7/6/06

Counsel for Appellee Wilmington Trust Company, solely in its capacity as successor Indenture Trustee pursuant to an indenture dated April 1, 1999 (the "PHONES Indenture"):

William A. Hazeltine
Sullivan Hazeltine Allinson, LLC
901 N. Market St., Suite 1300
Wilmington, DE 19801
Tel: 302-428-8191


Counsel for Appellee Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes:

Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302-429-1900


Counsel for Appellee Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes:

Katharine L. Mayer
McCarter and English, LLP
Renaissance Centre
405 N. King Street
Wilmington, Delaware 19801
302-984-6300