## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### FEE EXAMINER'S FINAL REPORT REGARDING THE
### ELEVENTH INTERIM APPLICATION OF CHADBOURNE & PARKE LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Eleventh Interim Application of Chadbourne & Parke LLP* [Docket No. 9982] (the "**Fee Application**"). The Fee Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

seeks approval of fees that total $1,802,355.75 and reimbursement of expenses that total $209,805.53 for the period from June 1, 2011 through August 31, 2011. Chadbourne & Parke LLP ("**Chadbourne**") serves as co-counsel to the Official Committee of Unsecured Creditors of the Debtors (the "**Committee**").

## Background

1.      On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**"), each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.      On January 16, 2009, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Tribune Company, et al., Pursuant to 11 U.S.C. §§ 327 and 1103 and Fed. R. Bankr. P. 2014, for an Order Authorizing the Employment and Retention of Chadbourne & Parke LLP as Co-Counsel, Effective as of December 18, 2008* [Docket No. 243] (the "**Retention Application**"). By order dated February 20, 2009 [Docket No. 429], this Court approved the retention of Chadbourne (the "**Retention Order**").

3.      Chadbourne submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 14, 2011) [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee *Examiner* "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary

to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.      The Fee Examiner reviewed the Fee Application for compliance with Sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A).* In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated

skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

7.     A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred.  A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application.  A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.     The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Chadbourne for review and comment.  The firm responded to the Fee Examiner with a detailed written response to the Preliminary Report, and the Fee Examiner and Chadbourne engaged in subsequent written and verbal communication. After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the "**Final Report**") "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5.*

## DISCUSSION OF FINDINGS

### Technical Requirements

9.    **Reconciliation of Fees and Expenses.**  The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**").  The Fee Examiner determined that the Fees Computed exceed the Fees Requested by $770.00, resulting in an apparent undercharge.  The discrepancy is the result of task hours within several entries that do not equal the time billed for the entry as a whole, as were displayed in **Exhibit A** to the Preliminary Report.  The firm agreed with the Fee Examiner's computation and, thus, the Fee Examiner recommends the fees requested be increased by $770.00.  Exhibit A has been omitted from the Final Report.

The Fee Examiner further determined that there is no discrepancy between the Expenses Requested and the Expenses Computed.  The figures in this report and the accompanying exhibits reflect Fees Computed and Expenses Computed.

10.    **Block Billing.**  The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii).*  The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[2]  The Fee Examiner did not identify any objectionable block billing.

---

[2] The judicial response to block billing varies.  Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007).  Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

11.    **Time Increments.**  The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.  The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*.  Chadbourne complied with the applicable rules regarding time increments.

### Review of Fees

12.    **Firm Staffing.**  The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*.  The Fee Application provided the names, positions, and hourly rates of the 37 Chadbourne professionals and paraprofessionals who billed to this matter, consisting of 9 partners, 5 counsel, 13 associates, 7 paraprofessionals, and 3 law clerks.  A summary of hours and fees billed by each timekeeper is displayed in **Exhibit B**.[3]

The firm billed a total of 3,048.20 hours with associated fees of $1,803,125.75.[4]  The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

---

[3] This Final Report includes exhibits that detail and support the findings discussed herein.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit.  The tasks included in a specific category are underlined in the fee exhibits.  For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

[4] This amount reflects the Fees Computed.

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 1,057.40 | 35% | $   861,687.50 | 48% |
| Counsel | 341.70 | 11% | 214,204.25 | 12% |
| Associate | 1,379.40 | 45% | 652,120.00 | 36% |
| Paraprofessional | 239.50 | 8% | 66,809.00 | 4% |
| Law Clerk | 30.20 | 1% | 8,305.00 | * |
| **TOTAL** | 3,048.20 | 100% | $1,803,125.75 | 100% |

* Less than 1%

The blended hourly rate for the Chadbourne professionals is $621.92 and the blended hourly rate for professionals and paraprofessionals is $591.54.

13.    **Hourly Rate Increases.**    Chadbourne did not increase the hourly rate of professionals during this interim period.

14.    **Timekeepers' Roles.**    A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4).* With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts. With limited exceptions, each timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals. However, the Fee Examiner requested additional information regarding the necessity and scope of the role performed by the timekeepers identified in **Exhibit C** to the Preliminary, which total 37.30 hours with associated fees of $13,054.50.

The firm provided a detailed written response, as well as entertaining further discussion via telephone. In consideration of all the additional information provided by Chadbourne, the Fee Examiner makes no recommendation for a fee reduction. Exhibit C is omitted from this Final Report.

15.    **Meetings, Conferences, Hearings, and Other Events.**  The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix)*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*.  While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified numerous occasions where two or more Chadbourne timekeepers attended the same meeting, conference, hearing, or other event.  Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees.  The entries, totaling 247.30 hours with $177,239.50 in associated fees, were displayed in **Exhibit D** to the Preliminary Report.  In each instance where multiple timekeepers attended a meeting, conference hearing or other event, we identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the attorney leading rather than observing a conference).  The potentially duplicative and unnecessary timekeepers' entries total 194.50 hours with $130,071.50 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit.  The Fee Examiner requested that the firm provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event, with attention to any meeting or event where more than two firm timekeepers were present.

In response to the Preliminary Report, Chadbourne reiterated the size and complexity of the cases and the resulting need for the participation of numerous professionals. The firm asserted that review of the time in question demonstrates Chadbourne's efforts to limit multiple participants to matters where they are truly necessary, and provided examples of the various areas of expertise needed at Committee meetings and other events. As with responses to prior preliminary reports, the firm also provided two exhibits through which the meetings and events were divided into specific categories, each of which contained detailed explanations for the need of multiple timekeepers at the various meetings and/or events. After analyzing the additional information provided, the Fee Examiner determined the requirements of the Local Rules and UST Guidelines have been satisfied. Thus, no recommendation for a fee reduction is being made, and Exhibit D has been omitted from this report.

16. **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by Chadbourne timekeepers describing intraoffice conferences totaling 188.20 hours with $115,906.50 in associated fees, or 6% of the total Fees Computed, as were displayed in **Exhibit E** to the Preliminary Report. The Fee Examiner observed that in certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference. The entries describing intraoffice conferences invoiced by two or more firm personnel total 110.20 hours with $69,511.00 in associated fees and are highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested Chadbourne strive to eliminate unnecessary intraoffice conferencing, but does not recommend a fee reduction. Exhibit E has been omitted from the Final Report.

17.    **Complete and Detailed Task Descriptions.** Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix).* The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v).*

The Fee Examiner reviewed the substantive detail of each billing entry and determined that, with the exception of a few instances, which were identified in **Exhibit F** to the Preliminary Report, Chadbourne timekeepers sufficiently described the activities performed. Thus, a fee reduction will not be recommended and Exhibit F is omitted from the Final Report.

18.    **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. With minimal exceptions, the Fee Examiner did not identify any billing entries describing administrative activities.

19.    **Clerical Activities.** Typically, clerical activities are those tasks that do not require legal acumen and may effectively be performed by administrative assistants, secretaries, or support personnel, and like administrative activities are generally reflected in the hourly rates

charged by a firm. In the 3rd Circuit, however, clerical-type activities performed by professionals and/or paraprofessionals can be compensable. However, the task will be compensated at a rate typically associated with someone that performs those tasks and that has that level of expertise or knowledge. The Fee Examiner reviewed each timekeeper's billing activities and identified certain entries describing clerical-type activities, including but not limited to updating/revising case calendars, and posting material/data to intralinks. These questioned entries totaled 39.30 hours with associated fees of $10,600.50, which were displayed in **Exhibit G** to the Preliminary Report. The firm was asked to provide information regarding the questioned entries.

After further review of the task descriptions in light of additional information provided in written and oral communications, the Fee Examiner makes no recommendation for a fee reduction, and Exhibit G is omitted from this report.

20.    **Travel.** The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii).* Chadbourne complied with the Local Rules regarding nonworking travel.

21.    **Chadbourne Retention/Compensation.** Chadbourne billed 96.80 hours with associated fees of $34,926.00 to prepare the firm's applications for compensation, approximately 2% of the Fees Computed. The fee entries describing Chadbourne's retention/compensation activities are displayed in **Exhibit H**, which is included in the Final Report for the Court's reference.

22.    **Other Firms' Retention/Compensation**. Chadbourne billed 59.20 hours with associated fees of $22,466.50 for the retention and/or compensation of other firms, approximately 1% of the total Fees Computed. The fee entries describing these activities are displayed in **Exhibit I**, which is included in the Final Report for the Court's reference.

### Review of Expenses

23.    **Itemization of Expenses.**  The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii).*   The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii).*  Chadbourne provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

24.    **Photocopies.**  The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii).*  Chadbourne stated in the Application that the firm's rate for duplication is $0.10 per page.

25.    **Computer Assisted Legal Research.**  The Local Rules provide that computer assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2 (e)(iii).*  Chadbourne billed $14,146.55 for computer-assisted legal research and the Application states:  "With respect to legal research expenses, Chadbourne has entered into flat-fee contracts with Lexis/Nexis and Westlaw for the provision of online research services.  In order to determine charges to individual clients, the flat fees charged to Chadbourne by Lexis/Nexis and

Westlaw are allocated among those clients based on the actual number and scope of searches conducted on behalf of those clients."

26.    **Overtime Expenses.**    Chadbourne requested reimbursement of late night and weekend carfare totaling $2,026.45, late night and weekend meals totaling $1,172.41, and paralegal overtime totaling $304.36.    Although a firm may have a policy that personnel may be reimbursed for travel home when working late and meals for employees while working late, such charges are generally considered part of the firm's overhead.    In addition, overtime charges for employees working late are also considered part of a firm's overhead.    These charges, totaling $3,503.22, were displayed in **Exhibit J** to the Preliminary Report.

In response, Chadbourne first identified $495.78 in charges, which were incorrectly categorized by the firm's billing system.    These charges, which Chadbourne provided the appropriate detail for, should have been billed as transportation costs for travel in connection with bankruptcy court hearings, depositions and other Committee business.    The Fee Examiner has no objection to the reimbursement of these expenses.

With regard, however, to the remaining questioned expenses of $3,007.44 ($3,503.22 minus $495.78), the Fee Examiner and the firm discussed this issue, and while Chadbourne believes that the questioned costs are appropriate and fully compensable, on an interim basis – and without waiving the right to request full payment at a final fee hearing – the firm acknowledged the expense reduction will be made and will not contest the reduction at the interim hearing.    Exhibit J has been omitted from this report.

27.    **Telephone Charges.**    Chadbourne requested reimbursement of $5,927.06 for telephone charges.    Chadbourne stated in the Application, "Due to the national nature of the Debtors' business and the Committee's participation in weekly meetings by telephone, long

distance telephone and conference call services have been required.   In accordance with the Guidelines, in seeking reimbursement for long distance telephone charges, Chadbourne currently charges clients its approximate actual cost paid to its long distance carriers.  Chadbourne utilizes outside vendors for conference call services and requests reimbursement only for the amount billed to Chadbourne by the third-party vendors."

In addition, Chadbourne requested reimbursement of $753.66 for air cards.  Chadbourne stated in the Application that it "purchased two Verizon air cards exclusively for the plan confirmation hearings.   The amount sought for reimbursement represents the cost of two air cards plus service fees.  The service allowed Chadbourne attorneys remote (Bankruptcy Court) internet access during the plan confirmation hearings in order to review and retrieve confirmation-related exhibits and documents.   In seeking reimbursement for these outside professional services, Chadbourne requests reimbursement for the actual costs incurred."

28.    **Electronic Data Discovery Services.**  Chadbourne requested reimbursement of $156,429.01 for electronic data discovery services.  The Application stated that "In connection with the LBO/ESOP transaction investigation Chadbourne entered into a contract for electronic data discovery services with Complete Document Source, Inc. ("CDS").  Chadbourne continues to use the CDS services in connection with the plan confirmation process in reviewing and analyzing the various trial exhibits and documents presented at the confirmation hearing for potential admission on the trial record. The CDS charges incurred during the Application Period represent a monthly hosting fee as well as processing fees for loading data and/or converting data to a searchable format.   In seeking reimbursement for these outside professional services, Chadbourne requests reimbursement for the actual costs incurred."

29.    **Intralinks Fee.** Chadbourne requested reimbursement of Intralinks fees totaling $20,000.00. The Application stated "Because of the extraordinary number of documents that have been shared with the Committee and analyzed by Chadbourne and other Committee professionals, the Intralinks capacity limit was exceeded during this period and an incremental fee was incurred. During this time, Chadbourne's contract with Intralinks expired. Therefore, in order to avoid the full-price fee of continuing services on a month-to-month basis as well as potential incremental fees for exceeding the storage limit, Chadbourne extended its contract with Intralinks for an additional six months, at a discounted rate, which includes additional storage space." Chadbourne also stated that it "believes that Intralinks is an invaluable tool that allows the Committee members to easily access all background information in these Chapter 11 cases and allows Chadbourne to carefully control access to that data when conflict or other issues arise. In seeking reimbursement for these outside professional services, Chadbourne requests reimbursement for the actual costs incurred."

30.    **Travel Meals.** The Fee Examiner has recommended and the Court has followed certain per person ceilings for meals incurred during travel (i.e. breakfast - $15.00, lunch - $25.00, and dinner - $50.00). Several meal charges requested for reimbursement appear to exceed the ceiling amounts. The Fee Examiner requested that Chadbourne provide itemized detail and supporting documentation for each meal, which were listed in **Exhibit K** to the Preliminary Report. Chadbourne provided a detailed exhibit that provided the expense detail requested. In further response and even though it believes the questioned charges are appropriate and fully compensable, Chadbourne agreed, for this Fee Application, to reduce its requested expense reimbursement by $17.40 (the amount in excess of the ceilings for travel meals). Exhibit K has been omitted from this report.

## CONCLUSION

The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above. The Fee Examiner recommends the approval of fees in the amount of $1,803,125.75 ($1,802,355.75 plus $770.00) and reimbursement of expenses in the amount of $206,780.69 ($209,805.53 minus $3,024.84) for the period from June 1, 2011 through August 31, 2011. The findings are set forth in the summary on the following page.

**CHADBOURNE & PARKE LLP**

**SUMMARY OF FINDINGS**

**Eleventh Interim Application (June 1, 2011 through August 31, 2011)**

**A.    Amounts Requested and Computed**

| | | |
|---|---|---|
| Fees Requested | $1,802,355.75 | |
| Expenses Requested | 209,805.53 | |
| TOTAL FEES AND EXPENSES REQUESTED | | $2,012,161.28 |
| Fees Computed | $1,803,125.75 | |
| Expenses Computed | 209,805.53 | |
| TOTAL FEES AND EXPENSES COMPUTED | | $2,012,931.28 |
| Discrepancy in Fees | ($      770.00) | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($      770.00) |

**B.    Recommended Fee Allowance and Expense Reimbursement**

| | | |
|---|---|---|
| Fees Requested | $1,802,355.75 | |
| *Discrepancy in Fees* | | *$      770.00* |
| Subtotal | | *$      770.00* |
| RECOMMENDED FEE ALLOWANCE | | $1,803,125.75 |
| Expenses Requested | $209,805.53 | |
| *Agreed Reduction for Overtime Expenses* | | *($3,007.44)* |
| *Agreed Reduction for Travel Meals* | | *(17.40)* |
| Subtotal | | *($3,024.84)* |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 206,780.69 |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $2,009,906.44 |

Respectfully submitted,

**STUART MAUE**

By: _____

    John F. Theil, Esq.
    3840 McKelvey Road
    St. Louis, Missouri  63044
    Telephone:  (314) 291-3030
    Facsimile:  (314) 291-6546
    tribunebkr@smmj.com

    *Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 5th day of September, 2012.

David Klauder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

_____
John F. Theil, Esq.

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

### COMPUTED AT STANDARD RATES

#### Chadbourne & Parke LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 1426 | Deutsch, Douglas E. | PARTNER | $725.00 | $725.00 | 337.20 | $244,470.00 |
| 0525 | Seife, Howard | PARTNER | $492.50 | $985.00 | 205.30 | $201,235.50 |
| 0351 | LeMay, David M. | PARTNER | $447.50 | $895.00 | 168.70 | $148,077.75 |
| 0095 | McCormack, Thomas J. | PARTNER | $427.50 | $855.00 | 128.60 | $106,746.75 |
| 3042 | Rosenblatt, Andrew | PARTNER | $362.50 | $725.00 | 106.60 | $76,197.50 |
| 3340 | Schwinger, Robert | PARTNER | $795.00 | $795.00 | 42.00 | $33,390.00 |
| 6587 | Gallai, David | PARTNER | $685.00 | $685.00 | 42.60 | $29,181.00 |
| 0685 | Zink Jr., N. Theodore | PARTNER | $835.00 | $835.00 | 24.10 | $20,123.50 |
| 0361 | Leder, Richard M. | PARTNER | $985.00 | $985.00 | 2.30 | $2,265.50 |
| No. of Billers for Position: 9 | | Blended Rate for Position: | $814.91 | | 1,057.40 | $861,687.50 |
| | | | | | % of Total: 34.69% | % of Total: 47.79% |
| 7699 | Ashley, Marc D. | COUNSEL | $337.50 | $675.00 | 196.30 | $131,321.25 |
| 3643 | Vazquez, Francisco | COUNSEL | $645.00 | $645.00 | 65.40 | $42,183.00 |
| 7681 | Stenger, James A. | COUNSEL | $495.00 | $495.00 | 73.80 | $36,531.00 |
| 4576 | Gale, Adam | COUNSEL | $695.00 | $695.00 | 3.40 | $2,363.00 |
| 6651 | Rivera, Christy L. | COUNSEL | $645.00 | $645.00 | 2.80 | $1,806.00 |
| No. of Billers for Position: 5 | | Blended Rate for Position: | $626.88 | | 341.70 | $214,204.25 |
| | | | | | % of Total: 11.21% | % of Total: 11.88% |
| 6870 | Roitman, Marc | ASSOCIATE | $212.50 | $425.00 | 279.70 | $117,257.50 |
| 6878 | Yoo, Young | ASSOCIATE | $495.00 | $495.00 | 230.30 | $113,998.50 |
| 6967 | Marrero, Jessica | ASSOCIATE | $375.00 | $375.00 | 299.10 | $112,162.50 |
| 6743 | Nellos, Alexandra K. | ASSOCIATE | $645.00 | $645.00 | 160.40 | $103,458.00 |
| 6754 | Gayda, Robert J. | ASSOCIATE | $625.00 | $625.00 | 137.00 | $85,625.00 |
| 6906 | Daucher, Eric | ASSOCIATE | $425.00 | $425.00 | 151.00 | $64,175.00 |
| 6951 | Distefano, Michael | ASSOCIATE | $375.00 | $375.00 | 53.70 | $20,137.50 |
| 6826 | Kirby, Robert | ASSOCIATE | $535.00 | $535.00 | 20.20 | $10,807.00 |
| 6881 | Strand, Megan | ASSOCIATE | $495.00 | $495.00 | 18.00 | $8,910.00 |
| 6834 | Towers, Meghan | ASSOCIATE | $535.00 | $535.00 | 15.10 | $8,078.50 |
| 6855 | Dye, Bonnie | ASSOCIATE | $495.00 | $495.00 | 11.40 | $5,643.00 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Chadbourne & Parke LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 6864 | Kurth, Rachel | ASSOCIATE | $495.00 | $495.00 | 2.60 | $1,287.00 |
| 3019 | Przybylko, Eric | ASSOCIATE | $645.00 | $645.00 | 0.90 | $580.50 |
| No. of Billers for Position: 13 | | Blended Rate for Position: | $472.76 | | 1,379.40 | $652,120.00 |
| | | | | | % of Total: 45.25% | % of Total: 36.17% |
| 8036 | Bava, David | PARAPROFESSIONA | $280.00 | $280.00 | 128.10 | $35,868.00 |
| 7797 | Lamb, Helen M. | PARAPROFESSIONA | $285.00 | $285.00 | 90.60 | $25,821.00 |
| 8622 | Dezil, Patrick | PARAPROFESSIONA | $260.00 | $260.00 | 9.10 | $2,366.00 |
| 5229 | Moloney, Lori F. | PARAPROFESSIONA | $320.00 | $320.00 | 3.00 | $960.00 |
| 8629 | Ingebritsen, Sarah | PARAPROFESSIONA | $190.00 | $190.00 | 4.70 | $893.00 |
| 7888 | Iacopelli, Marisa | PARAPROFESSIONA | $250.00 | $250.00 | 2.20 | $550.00 |
| 8707 | Hanessian, Aram | PARAPROFESSIONA | $195.00 | $195.00 | 1.80 | $351.00 |
| No. of Billers for Position: 7 | | Blended Rate for Position: | $278.95 | | 239.50 | $66,809.00 |
| | | | | | % of Total: 7.86% | % of Total: 3.71% |
| 6985 | Dobtsis, Julia | LAW CLERK | $275.00 | $275.00 | 13.30 | $3,657.50 |
| 6991 | Sanders, Diana | LAW CLERK | $275.00 | $275.00 | 13.00 | $3,575.00 |
| 6981 | Brick, Noah | LAW CLERK | $275.00 | $275.00 | 3.90 | $1,072.50 |
| No. of Billers for Position: 3 | | Blended Rate for Position: | $275.00 | | 30.20 | $8,305.00 |
| | | | | | % of Total: 0.99% | % of Total: 0.46% |
| Total No. of Billers: 37 | | Blended Rate for Report: | $591.54 | | 3,048.20 | $1,803,125.75 |

EXHIBIT H

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Daucher, E | 0.80 | 340.00 |
| Deutsch, D | 16.10 | 11,672.50 |
| Lamb, H | 79.20 | 22,572.00 |
| Nellos, A | 0.20 | 129.00 |
| Roitman, M | 0.50 | 212.50 |
| | 96.80 | $34,926.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 96.80 | 34,926.00 |
| | 96.80 | $34,926.00 |

EXHIBIT H
CHADBOURNE RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 06/02/11 Thu | Lamb, H 1313883010/246 | 3.70 | 3.70 | 1,054.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>BEGIN REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MAY FEE APPLICATION. |
| 06/05/11 Sun | Lamb, H 1313883010/247 | 4.40 | 4.40 | 1,254.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE REVIEW AND ANALYSIS OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 06/07/11 Tue | Lamb, H 1313883010/248 | 3.80 | 3.80 | 1,083.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 06/08/11 Wed | Lamb, H 1313883010/252 | 2.60 | 2.60 | 741.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 06/10/11 Fri | Lamb, H 1313883010/254 | 2.60 | 2.60 | 741.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>BEGIN PREPARATION OF MAY FEE APPLICATION, INCLUDING DRAFTING OF WORK SUMMARY DESCRIPTIONS. |
| 06/13/11 Mon | Lamb, H 1313883010/264 | 2.20 | 2.20 | 627.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE PREPARATION OF WORK DESCRIPTION SUMMARIES IN MONTHLY FEE APPLICATION. |
| 06/15/11 Wed | Lamb, H 1313883010/265 | 2.60 | 2.60 | 741.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 06/17/11 Fri | Lamb, H 1313883010/267 | 2.20 | 2.20 | 627.00 | 0.90<br>1.30 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW OF EXPENSES INCURRED DURING MAY FEE PERIOD (.9):<br>FOLLOW UP RESEARCH FOR FURTHER CLARIFICATION ON CERTAIN EXPENSES (1.3). |
| 06/20/11 Mon | Lamb, H 1313883010/269 | 3.20 | 3.20 | 912.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE RESEARCH AND PREPARATION OF PLAN/LITIGATION WORK SUMMARY DESCRIPTIONS FOR MONTHLY FEE APPLICATION. |
| 06/22/11 Wed | Deutsch, D 1313883010/271 | 4.10 | 3.80 | 2,755.00 | 3.80<br>0.20<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND EDIT DRAFT FEE APPLICATION DETAILS (3.8):<br>REVIEW WEEKLY ORDINARY COURSE REPORT (.2):<br>E-MAIL JESSICA MARRERO RE: QUESTION ON SAME (.1). |
| 06/22/11 Wed | Nellos, A 1313883010/272 | 0.20 | 0.20 | 129.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND REVISE LITIGATION WORK SUMMARY FOR FEE APPLICATION |
| 06/24/11 Fri | Lamb, H 1313883010/274 | 1.30 | 1.30 | 370.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FINALIZE MAY FEE APPLICATION IN ACCORDANCE WITH ATTORNEY COMMENTS. |

~ See the last page of exhibit for explanation

EXHIBIT H

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 06/27/11 Mon | Deutsch, D 1313883010/275 | 1.30 | 1.30 | 942.50 | 1.30 | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>REVIEW AND EDIT DRAFT MAY FEE APPLICATION (1.3). |
| 06/28/11 Tue | Lamb, H 1313883010/278 | 1.00 | 1.00 | 285.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>FINALIZE MAY FEE APPLICATION FOR FILING. |
| 07/07/11 Thu | Lamb, H 1313889010/242 | 3.40 | 3.40 | 969.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>BEGIN REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF JUNE FEE APPLICATION. |
| 07/08/11 Fri | Lamb, H 1313889010/245 | 3.70 | 3.70 | 1,054.50 | | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>CONTINUE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF JUNE FEE APPLICATION. |
| 07/09/11 Sat | Lamb, H 1313889010/246 | 3.50 | 3.50 | 997.50 | | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>CONTINUE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF JUNE FEE APPLICATION. |
| 07/11/11 Mon | Lamb, H 1313889010/247 | 1.70 | 1.70 | 484.50 | | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>PREPARATION OF TENTH INTERIM FEE APPLICATION. |
| 07/12/11 Tue | Deutsch, D 1313889010/252 | 0.80 | 0.40 | 290.00 | 0.40<br>0.20<br>0.20 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: *Fee/Retention Applications*<br>REVIEW AND EDIT TENTH INTERIM FEE APPLICATION (.4);<br>REVIEW ANALYSIS OF SITRICK'S FEE APPLICATION (.2)<br>AND RELATED ORIGINAL RETENTION ORDER (.2). |
| 07/13/11 Wed | Lamb, H 1313889010/249 | 2.40 | 2.40 | 684.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>FURTHER REVIEW OF JUNE DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 07/15/11 Fri | Lamb, H 1313889010/253 | 2.70 | 2.70 | 769.50 | | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>BEGIN PREPARATION OF WORK SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 07/19/11 Tue | Lamb, H 1313889010/257 | 1.80 | 1.80 | 513.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>FURTHER RESEARCH AND PREPARATION OF WORK SUMMARY DESCRIPTIONS FOR MONTHLY FEE APPLICATION. |
| 07/20/11 Wed | Lamb, H 1313889010/258 | 2.10 | 2.10 | 598.50 | | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>CONTINUE RESEARCH AND PREPARATION OF WORK SUMMARY DESCRIPTIONS FOR MONTHLY FEE APPLICATION. |
| 07/22/11 Fri | Lamb, H 1313889010/259 | 2.30 | 2.30 | 655.50 | | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>RESEARCH AND PREPARE LITIGATION WORK SUMMARIES FOR FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT H

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 07/23/11 Sat | Deutsch, D 1313889010/265 | 4.30 | 4.30 | 3,117.50 | 4.30 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW AND MARK-UP DRAFT JUNE FEE STATEMENT (4.3). |
| 07/23/11 Sat | Lamb, H 1313889010/260 | 1.80 | 1.80 | 513.00 | | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE RESEARCH AND PREPARE LITIGATION WORK SUMMARIES FOR FEE APPLICATION. |
| 07/27/11 Wed | Deutsch, D 1313889010/262 | 1.60 | 1.60 | 1,160.00 | 1.60 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW JUNE 2011 FEE APPLICATION AND EDIT SAME (1.6). |
| 07/28/11 Thu | Lamb, H 1313889010/263 | 1.00 | 1.00 | 285.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW COMMENTS FROM D.DEUTSCH ON DRAFT FEE APPLICATION (.2); |
| | | | | | 0.80 | F | 2 | FINALIZE FEE APPLICATION IN ACCORDANCE WITH SAME (.8). |
| 08/01/11 Mon | Lamb, H 1313898010/326 | 3.70 | 3.70 | 1,054.50 | | F | 1 | MATTER NAME: Fee/Retention Applications COMPREHENSIVE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF JULY FEE APPLICATION. |
| 08/03/11 Wed | Lamb, H 1313898010/327 | 3.40 | 3.40 | 969.00 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF JULY FEE APPLICATION. |
| 08/08/11 Mon | Deutsch, D 1313898010/329 | 0.20 | 0.20 | 145.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications EXCHANGE E-MAILS WITH JESSICA MARRERO RE: FEE AUDITOR REPORT MATTERS (.2). |
| 08/09/11 Tue | Lamb, H 1313898010/331 | 2.20 | 2.20 | 627.00 | | F | 1 | MATTER NAME: Fee/Retention Applications BEGIN PREPARATION OF WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 08/10/11 Wed | Lamb, H 1313898010/333 | 3.30 | 3.30 | 940.50 | 0.40 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW FEE EXAMINER'S PRELIMINARY REPORT ON CHADBOURNE'S SEVENTH INTERIM FEE PERIOD (.4); |
| | | | | | 0.50 | F | 2 | REVIEW PRELIMINARY REPORT ON CHADBOURNE'S EIGHTH INTERIM FEE PERIOD (.5); |
| | | | | | 0.80 | F | 3 | REVIEW AND PREPARE PRELIMINARY NOTES IN RESPONSE TO SAME (.8); |
| | | | | | 0.20 | F | 4 | CONFERENCE WITH E.DAUCHER REGARDING RESPONSE TO REPORTS (.2); |
| | | | | | 1.40 | F | 5 | CONTINUE TO RESEARCH AND PREPARE SUMMARY WORK DESCRIPTIONS FOR JULY FEE APPLICATION (1.4). |
| 08/10/11 Wed | Roitman, M 1313898010/334 | 0.50 | 0.50 | 212.50 | 0.40 | F | 1 | MATTER NAME: Fee/Retention Applications DRAFT INSERT FOR FEE APPLICATION REGARDING STIPULATION WITH JEWEL FOODS (0.4); |
| | | | | | 0.10 | F | 2 | CONFER WITH H. LAMB RE: SAME (0.1) |
| 08/11/11 Thu | Lamb, H 1313898010/336 | 1.60 | 1.60 | 456.00 | | F | 1 | MATTER NAME: Fee/Retention Applications RESEARCH AND PREPARE RESPONSE TO CERTAIN EXPENSE ISSUES RAISED BY FEE EXAMINER IN PRELIMINARY REPORT ON SEVENTH INTERIM FEE APPLICATIONS. |
| 08/12/11 Fri | Lamb, H 1313898010/338 | 1.90 | 1.90 | 541.50 | | F | 1 | MATTER NAME: Fee/Retention Applications RESEARCH AND PREPARE RESPONSE TO CERTAIN EXPENSE ISSUES RAISED BY FEE EXAMINER IN PRELIMINARY REPORT ON EIGHTH INTERIM FEE APPLICATION. |

~  See the last page of exhibit for explanation

EXHIBIT H

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 08/15/11 Mon | Lamb, H 1313898010/339 | 3.10 | 3.10 | 883.50 | 0.30 | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW OF PROPOSED ORDER ON FOURTH INTERIM FEES FOR CHADBOURNE AND COMMITTEE MEMBERS (.3); |
| | | | | | 0.60 | F | 2 | RESEARCH ON SAME TO CONFIRM AMOUNTS (.6); |
| | | | | | 2.20 | F | 3 | CONTINUE RESEARCH AND PREPARATION OF WORK SUMMARY DESCRIPTIONS FOR JULY FEE APPLICATION (2.2). |
| 08/16/11 Tue | Daucher, E 1313898010/347 | 0.80 | 0.80 | 340.00 | 0.50 | F | 1 | *MATTER NAME: Fee/Retention Applications* DISCUSSIONS WITH H. LAMB RE: SUPPORTING DOCUMENTATION TO RESPOND TO 7TH AND 8TH PRELIMINARY FEE EXAMINER REPORTS (.5); |
| | | | | | 0.30 | F | 2 | EXAMINE REPORTS (.3). |
| 08/16/11 Tue | Lamb, H 1313898010/348 | 0.40 | 0.40 | 114.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* CONFERENCE WITH E.DAUCHER REGARDING SUPPORTING INFORMATION IN RESPONSE TO EXPENSE ISSUES RAISED IN FEE EXAMINER'S PRELIMINARY REPORTS ON SEVENTH AND EIGHTH INTERIM FEE APPLICATIONS. |
| 08/18/11 Thu | Deutsch, D 1313898010/341 | 0.10 | 0.10 | 72.50 | 0.10 | F | 1 | *MATTER NAME: Fee/Retention Applications* MEETING WITH ERIC DAUCHER TO DISCUSS FEE EXAMINER ISSUE (.1). |
| 08/19/11 Fri | Lamb, H 1313898010/342 | 2.20 | 2.20 | 627.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* FURTHER RESEARCH AND PREPARATION OF LITIGATION WORK DESCRIPTION SUMMARIES FOR JULY FEE APPLICATION. |
| 08/21/11 Sun | Deutsch, D 1313898010/343 | 2.90 | 2.90 | 2,102.50 | 2.90 | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW JULY BILLING ENTRIES AND EDIT SAME (2.9). |
| 08/22/11 Mon | Lamb, H 1313898010/344 | 1.40 | 1.40 | 399.00 | 0.30 | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW D.DEUTSCH COMMENTS TO JULY FEES (.3); |
| | | | | | 1.10 | F | 2 | FINALIZE DRAFT FEE APPLICATION IN ACCORDANCE WITH SAME (1.1). |
| 08/23/11 Tue | Deutsch, D 1313898010/345 | 1.50 | 1.50 | 1,087.50 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications* EXCHANGE E-MAILS WITH ERIC DAUCHER RE: FEE EXAMINER REVIEW MATTERS (.2); |
| | | | | | 1.30 | F | 2 | REVIEW TEXT FOR JULY FEE APPLICATION AND EDIT SAME (1.3). |
| Total | | | 96.80 | $34,926.00 | | | | |

Number of Entries:     44

~  See the last page of exhibit for explanation

EXHIBIT H

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Daucher, E | 0.80 | 340.00 |
| Deutsch, D | 16.10 | 11,672.50 |
| Lamb, H | 79.20 | 22,572.00 |
| Nellos, A | 0.20 | 129.00 |
| Roitman, M | 0.50 | 212.50 |
| | 96.80 | $34,926.00 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 96.80 | 34,926.00 |
| | 96.80 | $34,926.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
| --- | --- | --- |
| Bava, D | 5.70 | 1,596.00 |
| Deutsch, D | 5.50 | 3,987.50 |
| Hanessian, A | 1.80 | 351.00 |
| Lamb, H | 1.70 | 484.50 |
| Marrero, J | 29.50 | 11,062.50 |
| Roitman, M | 1.00 | 425.00 |
| Sanders, D | 13.00 | 3,575.00 |
| Seife, H | 1.00 | 985.00 |
| | 59.20 | $22,466.50 |

| MATTER NAME | HOURS | FEES |
| --- | --- | --- |
| Fee/Retention Applications | 59.20 | 22,466.50 |
| | 59.20 | $22,466.50 |

EXHIBIT I  PAGE 1 of  7

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 06/01/11 Wed | Deutsch, D 1313883010/245 | 0.40 | 0.40 | 290.00 | 0.40 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW LAST TWO WEEKLY ORDINARY COURSE PROFESSIONAL REPORTS (.4) |
| 06/01/11 Wed | Marrero, J 1313883010/250 | 0.50 | 0.50 | 187.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVISE SUMMARY OF FEE APPLICATIONS BY CASE PROFESSIONALS |
| 06/02/11 Thu | Hanessian, A 1313883010/255 | 0.90 | 0.90 | 175.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND REVISE TRIBUNE CASE PROFESSIONALS QUARTERLY FEE APPLICATION SUMMARY. |
| 06/02/11 Thu | Marrero, J 1313883010/249 | 2.60 | 2.60 | 975.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>DRAFT STATUS REPORT RE: CASE PROFESSIONAL FEE APPLICATIONS |
| 06/06/11 Mon | Marrero, J 1313883010/261 | 2.50 | 2.50 | 937.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>DRAFT WEEKLY ORDINARY COURSE PROFESSIONALS REPORT |
| 06/07/11 Tue | Marrero, J 1313883010/262 | 1.10 | 1.10 | 412.50 | 0.20<br>0.40<br>0.30<br>0.20 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee/Retention Applications<br>EMAIL CORRESPONDENCE WITH D. DEUTSCH RE: E&Y RETENTION APPLICATION (0.2);<br>REVIEW E&Y APPLICATION (0.4);<br>CONFERENCE WITH D. SANDERS RE: SAME (0.3);<br>EMAIL CORRESPONDENCE WITH D. SANDERS RE: PREPARATION OF MEMO TO COMMITTEE ON SAME (0.2). |
| 06/07/11 Tue | Sanders, D 1313883010/251 | 2.00 | 2.00 | 550.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW DEBTORS' APPLICATION TO RETAIN E&Y AS MEDIATORS. |
| 06/08/11 Wed | Marrero, J 1313883010/283 | 1.00 | 1.00 | 375.00 | 1.00 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND REVISE MEMO RE: E&Y APPLICATION (1.0) |
| 06/08/11 Wed | Sanders, D 1313883010/253 | 5.00 | 5.00 | 1,375.00 | 2.20<br>2.80 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>FURTHER REVIEW OF E&Y RETENTION APPLICATION, AFFIDAVIT AND ACCOMPANYING DOCUMENTS (2.2);<br>DRAFT MEMO TO COMMITTEE SUMMARIZING SAME (2.8). |
| 06/09/11 Thu | Marrero, J 1313883010/263 | 3.00 | 3.00 | 1,125.00 | 2.80<br>0.10<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>DRAFT CASE PROFESSIONALS FEE APPLICATION REPORT (2.8);<br>CONFERENCE WITH D. DEUTSCH RE: E&Y APPLICATION (0.1);<br>CONFERENCE WITH D.SANDERS RE: SAME (0.1) |
| 06/10/11 Fri | Sanders, D 1313883010/257 | 3.40 | 3.40 | 935.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVISE MEMO ON DEBTOR'S APPLICATION TO RETAIN ERNST & YOUNG FOR MEDIATION SERVICES |
| 06/12/11 Sun | Deutsch, D 1313883010/266 | 0.30 | 0.30 | 217.50 | 0.30 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.3). |

~  See the last page of exhibit for explanation

EXHIBIT I  PAGE 2 of  7

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 06/13/11 Mon | Marrero, J 1313883010/260 | 0.50 | 0.50 | 187.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND REVISE DRAFT MEMO TO COMMITTEE RE: E&Y RETENTION AS ARBITRATORS IN RE: CUBS TRANSACTION |
| 06/14/11 Tue | Deutsch, D 1313883010/256 | 1.00 | 1.00 | 725.00 | 0.60<br>0.40 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND MARK-UP MEMORANDUM TO COMMITTEE ON DEBTORS' MOTION TO RETAIN MEDIATOR (.6):<br>RESEARCH AND REVIEW OF RELATED DOCKET MATERIALS RELATED TO SAME (.4). |
| 06/14/11 Tue | Marrero, J 1313883010/259 | 1.50 | 1.50 | 562.50 | 0.60<br>0.40<br>0.20<br>0.30 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee/Retention Applications<br>CONFERENCE WITH D. SANDERS RE: DEBTORS' APPLICATION TO RETAIN E&Y AS ARBITRATORS RE: CUBS TRANSACTION (0.6):<br>REVIEW E&Y APPLICATION, FORMATION AGREEMENT AND RELATED DOCUMENTS (0.4):<br>REVIEW AND REVISE MEMO RE: SAME (0.2):<br>DRAFT POSTING TO COMMITTEE RE: SAME (0.3). |
| 06/14/11 Tue | Sanders, D 1313883010/258 | 2.60 | 2.60 | 715.00 | 0.50<br>2.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>MEETING WITH JESS MARRERO RE: MEMO TO COMMITTEE RE: E&Y RETENTION (.5):<br>FINAL REVIEW AND REVISION OF MEMO (2.1). |
| 06/15/11 Wed | Marrero, J 1313883010/268 | 0.30 | 0.30 | 112.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>PREPARE ORDINARY COURSE PROFESSIONALS REPORT. |
| 06/17/11 Fri | Marrero, J 1313883010/270 | 0.80 | 0.80 | 300.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>DRAFT WEEKLY ORDINARY COURSE PROFESSIONALS REPORT. |
| 06/20/11 Mon | Bava, D 1313883010/279 | 1.10 | 1.10 | 308.00 | 1.10 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW FEE MATERIALS IN PREPARATION OF SUMMARY OF FEES FOR FOR COMMITTEE ON 9TH INTERIM FEE PERIOD (1.10). |
| 06/21/11 Tue | Marrero, J 1313883010/276 | 0.40 | 0.40 | 150.00 | 0.30<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW DEBTORS' MONTHLY ORDINARY COURSE PROFESSIONALS REPORT (0.3):<br>DRAFT EMAIL RE: SAME TO A.HANESSIAN (0.1) |
| 06/21/11 Tue | Marrero, J 1313883010/277 | 0.40 | 0.40 | 150.00 | 0.30<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>DRAFT ORDINARY COURSE PROFESSIONALS REPORT (0.3):<br>DRAFT EMAIL TO D.DEUTSCH RE: SAME (0.1) |
| 06/22/11 Wed | Deutsch, D 1313883010/271 | 4.10 | 0.30 | 217.50 | 3.80<br>0.20<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND EDIT DRAFT FEE APPLICATION DETAILS (3.8):<br>REVIEW WEEKLY ORDINARY COURSE REPORT (.2):<br>E-MAIL JESSICA MARRERO RE: QUESTION ON SAME (.1). |
| 06/22/11 Wed | Hanessian, A 1313883010/282 | 0.90 | 0.90 | 175.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND REVISE ORDINARY COURSE PROFESSIONALS SUMMARY CHART. |
| 06/22/11 Wed | Lamb, H 1313883010/273 | 1.70 | 1.70 | 484.50 | 0.80<br>0.90 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW COMMITTEE MEMBER EXPENSE REPORTS/RECEIPTS (.8):<br>PREPARE COMMITTEE MEMBER EXPENSE REIMBURSEMENT REQUEST FOR MAY PERIOD (.9). |

~  See the last page of exhibit for explanation

EXHIBIT I  PAGE 3 of  7

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 06/27/11 Mon | Marrero, J 1313883010/281 | 1.00 | 1.00 | 375.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>DRAFT ORDINARY COURSE PROFESSIONALS REPORT. |
| 06/30/11 Thu | Marrero, J 1313883010/280 | 1.80 | 1.80 | 675.00 | 0.60<br>1.20 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW RECENTLY FILED CASE PROFESSIONAL FEE APPLICATIONS AND FEE EXAMINER REPORTS (0.6);<br>REVISE REPORT RE: SAME (1.2) |
| 07/05/11 Tue | Deutsch, D 1313889010/244 | 0.40 | 0.40 | 290.00 | 0.30<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW LAST WEEK'S ORDINARY COURSE REPORT (.3);<br>DISCUSS ISSUE IN SAME WITH JESSICA MARRERO (.1). |
| 07/06/11 Wed | Bava, D 1313889010/237 | 2.80 | 2.80 | 784.00 | 2.80 | F | 1 | MATTER NAME: Fee/Retention Applications<br>PREPARE AND REVISE NINTH QUARTERLY FEE SUMMARY (2.80). |
| 07/06/11 Wed | Deutsch, D 1313889010/236 | 0.20 | 0.20 | 145.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications<br>EXCHANGE E-MAILS WITH JESSICA MARRERO RE: ANALYSIS OF FEE APPLICATION FILINGS (.2). |
| 07/06/11 Wed | Marrero, J 1313889010/250 | 0.30 | 0.30 | 112.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>DRAFT ORDINARY COURSE PROFESSIONALS REPORT |
| 07/06/11 Wed | Roitman, M 1313889010/238 | 0.30 | 0.30 | 127.50 | 0.20<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND COMMENT ON NINTH QUARTERLY FEE SUMMARY (0.2);<br>CONFER/CORRESPOND WITH D. BAVA AND D. DEUTSCH RE: SAME (0.1) |
| 07/07/11 Thu | Bava, D 1313889010/243 | 1.80 | 1.80 | 504.00 | 0.70<br>1.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVISE AND UPDATE FEE SUMMARY TO INCLUDE ADDITIONAL PROFESSIONALS (.70);<br>REVIEW AND ANALYSIS OF PREVIOUS FEE APPLICATIONS RE: TOTALS FOR ADDITIONAL PROFESSIONALS (1.1). |
| 07/07/11 Thu | Deutsch, D 1313889010/239 | 1.00 | 1.00 | 725.00 | 0.40<br>0.20<br>0.20<br>0.20 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee/Retention Applications<br>REVIEW NINTH FEE APPLICATION PERIOD SUMMARY FOR COMMITTEE (.4);<br>DISCUSS EDITS TO SAME WITH MARC ROITMAN (.2);<br>REVIEW MATERIALS ON SITRICK FEE APPLICATIONS (.2);<br>E-MAILS JESSICA MARRERO RE: REQUIRED ANALYSIS RELATED TO SAME (.2). |
| 07/07/11 Thu | Deutsch, D 1313889010/240 | 0.40 | 0.40 | 290.00 | 0.20<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW DRAFT POSTING NOTE TO THE COMMITTEE BY ANDREW GOLDFARB RE: CONFLICTS COUNSEL ISSUE (.2);<br>EXCHANGE E-MAILS RELATED TO SAME (.2). |
| 07/07/11 Thu | Roitman, M 1313889010/241 | 0.70 | 0.70 | 297.50 | 0.40<br>0.30 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVISE 9TH INTERIM FEE SUMMARY (0.4);<br>CONFER/CORRESPOND WITH D. DEUTSCH AND D. BAVA RE: SAME (0.3) |
| 07/07/11 Thu | Seife, H 1313889010/248 | 0.30 | 0.30 | 295.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW OF NINTH QUARTERLY PROFESSIONAL FEE SUMMARY. |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 4 of  7

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 07/07/11 Thu | Seife, H 1313889010/264 | 0.40 | 0.40 | 394.00 | 0.40 | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>REVIEW OF ZUCKERMAN EMAIL REGARDING REPLACEMENT FOR DELAWARE COUNSEL (.4). |
| 07/08/11 Fri | Marrero, J 1313889010/251 | 2.10 | 2.10 | 787.50 | 0.40<br>0.30<br>0.20<br>0.80<br>0.40 | F<br>F<br>F<br>F<br>F | 1<br>2<br>3<br>4<br>5 | MATTER NAME: *Fee/Retention Applications*<br>REVISE CASE PROFESSIONALS FEE REPORT (0.4);<br>REVISE ORDINARY COURSE PROFESSIONALS REPORT (0.3);<br>REVIEW SITRICK FEE APPLICATION (0.2);<br>REVIEW ORDER AND COMMITTEE OBJECTION RE: SITRICK RETENTION (0.8);<br>DRAFT SUMMARY RE: SAME (0.4). |
| 07/12/11 Tue | Deutsch, D 1313889010/252 | 0.80 | 0.40 | 290.00 | 0.40<br>0.20<br>0.20 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: *Fee/Retention Applications*<br>REVIEW AND EDIT TENTH INTERIM FEE APPLICATION (.4);<br>REVIEW ANALYSIS OF SITRICK'S FEE APPLICATION (.2)<br>AND RELATED ORIGINAL RETENTION ORDER (.2). |
| 07/13/11 Wed | Marrero, J 1313889010/254 | 0.60 | 0.60 | 225.00 | 0.50<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: *Fee/Retention Applications*<br>REVISE PROFESSIONAL FEE REPORT (0.5);<br>DRAFT EMAIL TO D.DEUTSCH RE: SAME (0.1) |
| 07/14/11 Thu | Marrero, J 1313889010/255 | 0.40 | 0.40 | 150.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>REVISE PROFESSIONAL FEE REPORT |
| 07/15/11 Fri | Marrero, J 1313889010/256 | 0.60 | 0.60 | 225.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>PREPARE ORDINARY COURSE PROFESSIONALS REPORT. |
| 07/25/11 Mon | Deutsch, D 1313889010/261 | 0.70 | 0.70 | 507.50 | 0.10<br>0.20<br>0.40 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: *Fee/Retention Applications*<br>REVIEW E-MAIL FROM KEVIN LANTRY RE: NEXT FEE HEARING (.1);<br>REVIEW UPDATED FEE PROFESSIONAL REPORT FROM JESSICA MARRERO (.2);<br>REVIEW LAST TWO WEEKLY ORDINARY COURSE PROFESSIONAL FEE REPORTS (.4). |
| 07/25/11 Mon | Marrero, J 1313889010/266 | 2.00 | 2.00 | 750.00 | 0.30<br>0.60<br>0.40<br>0.40<br>0.30 | F<br>F<br>F<br>F<br>F | 1<br>2<br>3<br>4<br>5 | MATTER NAME: *Fee/Retention Applications*<br>REVIEW DEBTORS' ORDINARY COURSE PROFESSIONALS REPORT (0.3);<br>REVIEW DOCKET FOR FEE APPLICATIONS AND ORDERS RE: ORDINARY COURSE PROFESSIONALS (0.6);<br>REVISE ORDINARY COURSE PROFESSINALS REPORT (0.4);<br>REVIEW DOCKET FOR PROFESSIONAL FEE APPLICATIONS (0.4);<br>UPDATE PROFESSIONAL FEE REPORT (0.3). |
| 07/30/11 Sat | Marrero, J 1313889010/267 | 0.30 | 0.30 | 112.50 | | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>REVISE ORDINARY COURSE PROFESSIONALS REPORT. |
| 08/03/11 Wed | Marrero, J 1313898010/332 | 0.60 | 0.60 | 225.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications*<br>REVISE PROFESSIONAL FEE APPLICATION REPORT. |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 5 of 7

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 08/04/11 Thu | Marrero, J 1313898010/328 | 1.00 | 1.00 | 375.00 | 0.40 0.60 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVISE CASE PROFESSIONALS REPORT (0.4); REVISE ORDINARY COURSE PROFESSIONALS REPORT (0.6) |
| 08/08/11 Mon | Marrero, J 1313898010/330 | 0.50 | 0.50 | 187.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVISE PROFESSIONAL FEE APPLICATION REPORT. |
| 08/11/11 Thu | Deutsch, D 1313898010/335 | 0.20 | 0.20 | 145.00 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW WEEKLY ORDINARY COURSE REPORT (.2). |
| 08/12/11 Fri | Deutsch, D 1313898010/337 | 0.20 | 0.20 | 145.00 | 0.10 0.10 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVIEW WEEKLY SUMMARY ON FEE APPLICATIONS (.1) AND E-MAIL JESSICA MARRERO ON FOLLOW-UP OF SAME (.1). |
| 08/15/11 Mon | Marrero, J 1313898010/340 | 0.40 | 0.40 | 150.00 | 0.20 0.20 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVISE ORDINARY COURSE PROFESSIONALS REPORT (0.2); REVISE CASE PROFESSIONAL FEE REPORT (0.2) |
| 08/22/11 Mon | Marrero, J 1313898010/346 | 0.20 | 0.20 | 75.00 | 0.10 0.10 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* DRAFT ORDINARY COURSE PROFESSIONALS REPORT (0.1); DRAFT CASE PROFESSIONALS REPORT (0.1). |
| 08/23/11 Tue | Marrero, J 1313898010/352 | 0.60 | 0.60 | 225.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW DOCKET ACTIVITY FOR RECENT FILED PROFESSIONAL FEE APPLICATIONS. |
| 08/24/11 Wed | Seife, H 1313898010/349 | 0.30 | 0.30 | 295.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW OF FEE ORDER REGARDING HOLDBACKS. |
| 08/25/11 Thu | Marrero, J 1313898010/351 | 1.30 | 1.30 | 487.50 | 0.40 0.90 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVIEW DOCKET RE: PROFESSIONAL FEE APPLICATIONS (0.4); REVISE ORDINARY COURSE PROFESSIONALS REPORT (0.9) |
| 08/29/11 Mon | Marrero, J 1313898010/350 | 1.20 | 1.20 | 450.00 | 0.50 0.70 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVIEW DEBTORS REPORT RE: PROPOSED ORDINARY COURSE PROFESSIONAL PAYMENTS (.5) AND REVISE ORDINARY COURSE PROFESSIONALS REPORT (.7). |
| Total Number of Entries: 56 | | | 59.20 | $22,466.50 | | | | |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 6 of 7

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 5.70 | 1,596.00 |
| Deutsch, D | 5.50 | 3,987.50 |
| Hanessian, A | 1.80 | 351.00 |
| Lamb, H | 1.70 | 484.50 |
| Marrero, J | 29.50 | 11,062.50 |
| Roitman, M | 1.00 | 425.00 |
| Sanders, D | 13.00 | 3,575.00 |
| Seife, H | 1.00 | 985.00 |
| | 59.20 | $22,466.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 59.20 | 22,466.50 |
| | 59.20 | $22,466.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT I  PAGE 7 of  7