# EXHIBIT A




Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

August 1, 2012

Invoice 3527 DAS

In Reference To: 00499-040 - Sylvester v. Greenwich Times, et al.

Client: Tribune Company

**Professional Services**

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 07/05/12 | SB | Draft updated notice of continuing bankruptcy and affidavit of service regarding same. | 0.20<br>195.00/hr | 39.00 |
| 07/06/12 | SB | Revise and serve notice of continuing bankruptcy. | 0.30<br>195.00/hr | 58.50 |
| 07/06/12 | CAS | Review and file notice of continuing bankruptcy. | 0.20<br>430.00/hr | 86.00 |
| | | **For professional services rendered** | **0.70** | **$183.50** |
| | | **Total Amount of this Bill** | | **$183.50** |

**Levine Sullivan Koch & Schulz, LLP**



**Timekeeper Summary**

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Cameron A. Stracher | 0.20 | 430.00 | 86.00 |
| Scott Bailey | 0.50 | 195.00 | 97.50 |
| **Totals** | **0.70** | | **$183.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605




Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

August 1, 2012

Invoice 3447 NES

In Reference To: 00499-071 - Henke

Client: Tribune Company

---

**Professional Services**

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 07/02/12 | NES | Review Henke response and draft portion of reply addressing fraud claim. | 3.20<br>455.00/hr | 1,456.00 |
| 07/03/12 | NES | Complete draft of reply insert on fraud claim (.7); telephone conference with Sidley counsel regarding strategy (.8). | 1.50<br>455.00/hr | 682.50 |
| 07/06/12 | NES | Review draft Tribune reply to Henke from Sidley & Austin and exchange email with J. Ludwig regarding proposed revisions. | 1.00<br>455.00/hr | 455.00 |
| 07/09/12 | NES | Prepare for Henke hearing. | 0.50<br>455.00/hr | 227.50 |
| 07/09/12 | CRB | Complete review of file and prepare for bankruptcy court argument regarding objections to fraud/misrepresentation claims. | 5.80<br>430.00/hr | 2,494.00 |
| 07/10/12 | NES | Telephone conference with Sidley & Austin regarding Henke hearing (1.0); prepare for same (.5). | 1.50<br>455.00/hr | 682.50 |
| 07/10/12 | CRB | Telephone conference with bankruptcy counsel regarding oral argument on objections to R. Henke claim and formulate strategy for same (.9); review 46-page amended complaint and applicable law and prepare substantive argument for dismissal of defamation claim (6.1); continue to prepare for oral argument regarding fraud/misrepresentation claims (.6). | 7.60<br>430.00/hr | 3,268.00 |
| 07/11/12 | CRB | Prepare for and attend extended bankruptcy status conference and hearing on objections to R. Henke claim. | 5.70<br>430.00/hr | 2,451.00 |

**Levine Sullivan Koch & Schulz, LLP**



I.D. 00499-071 - NES
Re: Henke

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 07/12/12 | NES | Assess results of hearing. | 0.20<br>455.00/hr | 91.00 |
| | | **For professional services rendered** | **27.00** | **$11,807.50** |

**Disbursements**

| Description | Amount |
|---|---|
| Travel | 213.16 |
| **Total Disbursements** | **$213.16** |
| **Total Amount of this Bill** | **$12,020.66** |

**Timekeeper Summary**

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 7.90 | 455.00 | 3,594.50 |
| Chad R. Bowman | 19.10 | 430.00 | 8,213.00 |
| **Totals** | **27.00** | | **$11,807.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605




Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

August 1, 2012

Invoice 3462 SDB

In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues
Client: Tribune Company

---

**Professional Services**

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 07/02/12 | JWB | Review circumstances concerning participation by Tribune in media coalition matter and formulate plan for conforming coalition billing statement to requirements of bankruptcy court for Tribune invoices. | 0.40<br>455.00/hr | 182.00 |
| 07/09/12 | SDJ | Review proposed orders regarding ninth interim fee period. | 0.40<br>335.00/hr | 134.00 |
| 07/11/12 | JWB | Review correspondence from adviser to bankruptcy trustee. | 0.10<br>455.00/hr | 45.50 |
| 07/11/12 | SDJ | Draft and review eighth quarterly fee application and attend telephonic conference regarding ninth interim fee period. | 2.80<br>335.00/hr | 938.00 |
| 07/12/12 | JWB | Review and finalize eighth quarterly fee application. | 0.10<br>455.00/hr | 45.50 |
| 07/12/12 | JPB | Review and revise eighth quarterly fee application for accuracy. | 1.10<br>195.00/hr | 214.50 |
| 07/12/12 | SDJ | Revise eighth quarterly fee application and prepare same for filing. | 0.60<br>335.00/hr | 201.00 |
| 07/15/12 | SDJ | Revise chart for Tribune financial advisor and review estimation of fees and expenses regarding same. | 0.90<br>335.00/hr | 301.50 |
| 07/16/12 | JWB | Review and revise response to request for estimate of fees likely to constitute distributable cash. | 0.10<br>455.00/hr | 45.50 |
| 07/16/12 | SDJ | Continue to revise chart regarding estimation of future fees and expenses for Tribune financial advisor. | 1.00<br>335.00/hr | 335.00 |
| 07/26/12 | SDJ | Review invoices regarding twenty-third monthly fee application. | 0.30<br>335.00/hr | 100.50 |

**Levine Sullivan Koch & Schulz, LLP**

I.D. 00499-080 - SDB
Re: Tribune Company - Fee Application-Bankruptcy Retention Issues

August 1, 2012
Invoice 3462


| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 07/30/12 | JPB | Review and revise twenty-third monthly fee application for accuracy. | 0.30<br>195.00/hr | 58.50 |
| 07/31/12 | JWB | Review and revise twenty-third monthly fee application. | 0.30<br>455.00/hr | 136.50 |
| 07/31/12 | SDJ | Review and revise twenty-third monthly fee application and prepare same for filing. | 1.30<br>335.00/hr | 435.50 |
| | | **For professional services rendered** | **9.70** | **$3,173.50** |
| | | **Total Amount of this Bill** | | **$3,173.50** |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Jay Ward Brown | 1.00 | 455.00 | 455.00 |
| Shaina D. Jones | 7.30 | 335.00 | 2,445.50 |
| Jennifer P. Burke | 1.40 | 195.00 | 273.00 |
| **Totals** | **9.70** | | **$3,173.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605




*Tribune Company*

David S. Bralow, Esquire
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY 10017

June 1, 2012 Invoice # 3093

In Reference To: **00526.049 – Sandusky**

For Professional Services and Disbursements: $633.41

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1899 L Street, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605




*Tribune Company*

David S. Bralow, Esquire
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY 10017

July 1, 2012 Invoice # 3336

In Reference To: **00526.049 – Sandusky**

For Professional Services and Disbursements: $527.00

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1899 L Street, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605




*Tribune*

David S. Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY 10017

August 1, 2012

Invoice # 3530

In Reference To: **00526-050** **al-Nashiri Access**

For Professional Services and Disbursements: $ 929.33

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036

Tax Identification Number: 52-2004605




*Tribune Company*

David Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY 10017

July 1, 2012 Invoice # 3274

In Reference To: **00526-051** **PRB Access**

For Professional Services and Disbursements: $ 541.75

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036

Tax Identification Number: 52-2004605

{00533898;v1}




*Los Angeles Times*

Karlene Goller
Vice President & Deputy General Counsel
Los Angeles Times
101 W. 1st St.
Los Angeles, CA 90012

August 1, 2012 — Invoice No. 3488

In Reference To: **00526-055 – Aurora Theater Shooting**

For Professional Services:

| | |
|---|---|
| 1/17 of Fees and Costs: | $664.82 |

**TOTAL DUE:** **$664.82**

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605