IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 6

IN RE: Tribune Company, et al.

|  |  |  |
|---|---|---|
| EGI-TRB LLC, | ) | |
| | ) | |
| Appellants | ) | Civil Action No. 12-1100 (UNA) |
| v. | ) | |
| | ) | |
| Wilmington Trust Company, | ) | |
| Law Debenture Trust Company of | ) | |
| New York and Deutsche Bank Trust | ) | |
| Company Americas, | ) | |
| | ) | |
| Appellees | ) | |

Bankruptcy Case No.: 08-13141 (KJC)
Bankruptcy Appeal No. 12-41

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 7/23/12 was entered on the U.S. District Court docket on 9/6/12:

Order Confirming Fourth Amended Joint Plan of Reorganization dated 7/23/12

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date: September 6, 2012
To: U.S. Bankruptcy Court
Counsel