UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __08-13141__   ● BK   ○ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
_See Attachment Number One_
             Docket Number: _____        Date Entered: _____

Item Transmitted:  ● Notice of Appeal             ○ Motion for Leave to Appeal
                   ○ Amended Notice of Appeal    ○ Cross Appeal
                   Docket Number: _12157_        Date Filed: _8/2/12_

*Appellant/Cross Appellant:                *Appellee/Cross Appellee

Counsel for Appellant:                     Counsel for Appellee:
_William D. Sullivan_                      _See Attachment Number Two_
_Sullivan Hazeltine Allinson, LLC_
_901 N. Market St., Suite 1300_
_Wilmington, DE 19801_
_302-428-8191_

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ● Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ● No

Have Additional Appeals to the Same Order been Filed?   ● Yes   ○ No
   If so, has District Court assigned a Civil Action Number?   ● Yes   ○ No   Civil Action # _12-1100_

Additional Notes:
_No Appellee designations filed. Appellant has filed designations, but has not provided hard copies_

_9/7/12_                                   By: _Ken Brown_
Date                                            Deputy Clerk

                                           FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: _12-40_
7/6/06

# Attachment Number One to Transmittal Letter

**Orders being appealed in Bankruptcy Appeal Number 12-40 in Tribune case 08-13141 KJC**

**Appeal entered at docket number 12157 on 8/02/2012**

Notice of Appeal of (I) Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan of Reorganization For Tribune Company And Its Subsidiaries And Denying Clarification Motion And Order Overruling Plan Objections And Denying The Clarification Motion, dated July 13, 2012 [D.I. 12033];

And,

(II) Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., dated July 23, 2012 [D.I. 12074].(BAP #12-40). Filed by Wilmington Trust Company

# Attachment Number Two to Transmittal Letter

## Appellees

### Debtors and Debtors in Possession

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
302-652-3131

### Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady
M. Blake Cleary
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE 19899
302-571-6600

### JPMorgan Chase Bank, N.A.

RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins
Robert J. Stearn
Drew G. Sloan
One Rodney Square, 920 N. King Street
Wilmington, DE 19801
302-651-7700

### Official Committee of Unsecured Creditors

LANDIS RATH & COBB LLP
Adam G. Landis
Daniel B. Rath
Matthew B. McGuire
919 Market Street, Suite 1800
Wilmington, Delaware 19801
302-467-4400