UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __08-13141__     ● BK   ○ AP
If AP, related BK Case Number: _____

Title of Order Appealed:
See Attachment Number One
        Docket Number: _____     Date Entered: _____

Item Transmitted:  ● Notice of Appeal          ○ Motion for Leave to Appeal
                   ○ Amended Notice of Appeal  ○ Cross Appeal
                   Docket Number: __12077__    Date Filed: __7/23/12__

*Appellant/Cross Appellant:                    *Appellee/Cross Appellee

| Counsel for Appellant: | Counsel for Appellee: |
|---|---|
| William Bowden | See Attachment Number Two |
| Ashby & Geddes, PA | |
| 500 Delaware Ave POB 1150 | |
| Wilmington, DE 19899 | |
| 302 654 1888 | |

*If additional room is needed, please attach a separate sheet.*

Filing Fee paid?   ● Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ● No

Have Additional Appeals to the Same Order been Filed?   ● Yes   ○ No        ιι-ᴧ §
    If so, has District Court assigned a Civil Action Number?   ● Yes  ○ No   Civil Action # __12-1100__

Additional Notes:
_____

__9/7/12__                           By: __Ken Brown__
Date                                    Deputy Clerk

                                     FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __12-37__
7/6/06

## Attachment Number One to Transmittal Letter

### Orders being appealed in Bankruptcy Appeal Number 12-37 in Tribune case 08-13141 KJC

### Appeal entered at docket number 12077 on 7/23/2012

Notice of Appeal from the Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. dated July 23, 2012 [Docket No. 12074],

And,

the Memorandum Overruling Objections to Confirmation of the Fourth Amended Plan of Reorganization for Tribune Company and its Subsidiaries and Denying Clarification Motion dated July 13, 2012 [Docket No. 12033],

And,

the Order Overruling Plan Objections and Denying the Clarification Motion dated July 13, 2012 [Docket No. 12034],

And,

the Opinion on Confirmation dated October 31, 2011 [Docket No. 10133]. (BAP# 12-37) Filed by Aurelius Capital Management, LP

# Attachment Number Two to Transmittal Letter

## Appellees

### Debtors and Debtors in Possession

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
302-652-3131

### Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady
M. Blake Cleary
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE 19899
302-571-6600

### JPMorgan Chase Bank, N.A.

RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins
Robert J. Stearn
Drew G. Sloan
One Rodney Square, 920 N. King Street
Wilmington, DE 19801
302-651-7700

### Official Committee of Unsecured Creditors

LANDIS RATH & COBB LLP
Adam G. Landis
Daniel B. Rath
Matthew B. McGuire
919 Market Street, Suite 1800
Wilmington, Delaware 19801
302-467-4400

**Special Counsel to the Official Committee of Unsecured Creditors**

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 778-1800