IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 28**

IN RE:

Tribune Company et al

| | | |
|---|---|---|
| Aurelius Capital Management LP, | ) | |
| | ) | Civil Action No.   12-1072-UNA |
| Appellant | ) | |
| v. | ) | |
| | ) | |
| Tribune Company et al , | ) | |
| | ) | |
| | ) | |
| Appellees | ) | Bankruptcy Case No. 08-12141 |
| | ) | |
| | ) | BAP 12-37 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following orders of the Bankruptcy Court dated 7/13/12 and 7/23/12 was docketed in the District Court on 9/7/12:

> Order Overruling Plan Objections And Denying The Clarification Motion, dated July 13, 2012
>
> Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., dated July 23, 2012

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                              Peter T. Dalleo
                              Clerk of Court

Date:  9/7/12
To:    U.S. Bankruptcy Court
       Counsel