UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __08-13141__     ● BK   ○ AP
If AP, related BK Case Number: _____

Title of Order Appealed:
See Attachment Number One
            Docket Number: _____        Date Entered: _____

Item Transmitted:   ● Notice of Appeal              ○ Motion for Leave to Appeal
                    ○ Amended Notice of Appeal      ○ Cross Appeal
                    Docket Number: __12083__        Date Filed: __7/23/12__

*Appellant/Cross Appellant:                         *Appellee/Cross Appellee

Counsel for Appellant:                              Counsel for Appellee:
  Garvan F. McDaniel                                  See Attachment Number Two
  Bifferato Gentilotti LLC
  800 N. King Street, Plaza Level
  Wilmington, DE 19801
  302-429-1900

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ● Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ● No

Have Additional Appeals to the Same Order been Filed?   ● Yes   ○ No         12-1072
   If so, has District Court assigned a Civil Action Number?   ● Yes  ○ No   Civil Action # __12-1100__

Additional Notes:                                                            12-1106
_____


__9/11/12__                                      By: __Ken Brown__
Date                                                 Deputy Clerk

                                                 FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __12-38__
7/6/06

# Attachment Number One to Transmittal Letter

**Orders being appealed in Bankruptcy Appeal Number 12-38 in Tribune case 08-13141 KJC**

**Appeal entered at docket number 12083 on 7/23/2012**

Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan of Reorganization For Tribune Company And Its Subsidiaries And Denying Clarification Motion And Order Overruling Plan Objections And Denying The Clarification Motion, dated July 13, 2012 [Docket. No. 12033],

And,

Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. dated July 23, 2012 [Docket No. 12074],

And,

Memorandum Regarding Allocation Disputes, dated April 9, 2012 [Docket No. 11337],

And,

Order Regarding Allocation Disputes, dated April 9, 2012 [Docket No. 11338]. (BAP# 12-38) Filed by Law Debenture Trust Company of New York

## Attachment Number Two to Transmittal Letter

### Appellees

### Debtors and Debtors in Possession

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
302-652-3131

### Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady
M. Blake Cleary
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE 19899
302-571-6600

### JPMorgan Chase Bank, N.A.

RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins
Robert J. Stearn
Drew G. Sloan
One Rodney Square, 920 N. King Street
Wilmington, DE 19801
302-651-7700

### Official Committee of Unsecured Creditors

LANDIS RATH & COBB LLP
Adam G. Landis
Daniel B. Rath
Matthew B. McGuire
919 Market Street, Suite 1800
Wilmington, Delaware 19801
302-467-4400