# EXHIBIT 1

## Tribune Thirty Sixth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Varnum LLP<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352 | Labor Law | $48,000.00 |

46429/0001-8837190v1