# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark Minuti of Saul Ewing LLP hereby certify that on September 13, 2012 service of **Objection of Discharged Examiner, Kenneth N. Klee, Esq. to Motion of Chandler Bigelow to Extend Indefinitely the Retention Period for the Examiner Record** was made on the parties on the attached service list in the manner indicated therein.

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

*Delaware Counsel to the Former Examiner*

Dated: September 13, 2012

617126.1 09/11/2012

**TRIBUNE COMPANY,** *et al*
Service List

**Via Electronic Mail:**

*Counsel to Chandler Bigelow*
Joel Friedlander, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

*Counsel to the Debtors*
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

*United States Trustee*
David M. Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801

*Counsel to Creditors' Committee*
Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE  19801

*Counsel to Chandler Bigelow*
Bruce S. Sperling, Esquire
Steven C. Florsheim, Esquire
Sperling & Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL  60603

*Counsel to the Debtors*
James F. Conlan, Esquire
Kevin T. Landry, Esquire
James W. Ducayet, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

*Counsel to the Debtors*
James F. Bendernagel, Jr., Esquire
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

*Counsel to Creditors' Committee*
Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

617126.1 09/11/2012