# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Invoice No. 2022547
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through July 31, 2012

### Labor-General 0000001174

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/02/12 | J. Sherman | C300 | | Telephone conference with A. Barnes regarding legal considerations relating to potential dispute over payroll deduction. | 0.30 | 217.50 |
| 07/02/12 | K. Michaels | C300 | | Review of e-mail correspondence from A. Barnes regarding LMRDA issue drafting e-mail correspondence in response to same. | 0.10 | 60.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.40 | |
| **Total Fees** | | $278.00 |
| **Less Discount** | | ($27.80) |
| **Total Fees After Discount** | | $250.20 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.30 | hours at | $725.00 | per hour |
| K. Michaels | Partner | - | 0.10 | hours at | $605.00 | per hour |

**Total Disbursements**                                                                 0.00

**Total Amount Due**                                                                $250.20



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 2022547
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $278.00 |
| Less Discount | ($27.80) |
| Total Fees after Discount | $250.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $250.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Invoice No. 2022561
0276 12575 / 12575-000305
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through July 31, 2012

### Direct Dealing Allegation; Case No. 05-CA-084651

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/06/12 | J. Sherman | C300 | | Review of three bargaining bulletins for legality of content (.20); telephone conference with A. Barnes regarding Union allegations of inappropriate direct dealing (.40). | 0.60 | 435.00 |
| 07/12/12 | J. Sherman | C300 | | Conference with NLRB agent to discuss status of charge (.40); enter appearance with NLRB (.10); correspondence with client regarding conversation with NLRB agent. (.30). | 0.80 | 580.00 |
| 07/13/12 | J. Sherman | C300 | | Review materials received from client (.30); research legal standards for communication to employees during bargaining (4.00); begin drafting position statement (2.00). | 6.30 | 4,567.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/16/12 | J. Sherman | C300 | | Draft position statement (4.60); e-mail correspondence with client regarding same (.40). | 5.00 | 3,625.00 |
| 07/17/12 | J. Sherman | C300 | | Telephone conference with client (.30) and finalize position statement for filing (1.20). | 1.50 | 1,087.50 |

**Total Hours** 14.20

**Total Fees** $10,295.00

**Less Discount** ($1,029.50)

**Total Fees After Discount** $9,265.50

**Timekeeper Summary**

| J. Sherman | Partner | - | 14.20 | hours at | $725.00 | per hour |
|-----------|---------|---|-------|----------|---------|----------|

| **Disbursements** | **Value** |
|-------------------|-----------|
| Online Research | 33.73 |
| **Total Disbursements** | 33.73 |
| **Total Amount Due** | $9,299.23 |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 2022561
0276 12575 / 12575-000305
Direct Dealing Allegation; Case No. 05-CA-084651

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $10,295.00 |
| Less Discount | ($1,029.50) |
| Total Fees after Discount | $9,265.50 |
| Total Disbursements | 33.73 |
| Total Fees and Disbursements This Statement | $9,299.23 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Invoice No. 2022562
0276 31907 / 31907-000005
W1ST

The Baltimore Sun and Morning Call
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-01
Attn:  Ann W. Barnes
Labor Relations Director

For legal services rendered through July 31, 2012

**Rich Pothering Unscheduled Leave Grievance**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/30/12 | K. Michaels | L120 | | Review of e-mail correspondence from A. Barnes with attached background information regarding arbitration (.30); telephone conference with A. Barnes regarding same (.20). | 0.50 | 302.50 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 0.50 | |
| **Total Fees** | | | $302.50 |
| **Less Discount** | | | ($30.25) |
| **Total Fees After Discount** | | | $272.25 |

**Timekeeper Summary**

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS  SHAW LLP

Invoice No. 2022562

Page 2

Morning Call, The

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 0.50 | hours at | $605.00 | per hour |

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                    $272.25



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

The Baltimore Sun and Morning Call
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-01
Attn:  Ann W. Barnes
Labor Relations Director

Invoice No. 2022562
0276 31907 / 31907-000005
Rich Pothering Unscheduled Leave Grievance

## INVOICE SUMMARY:

| | |
|---|---:|
| Total Fees | $302.50 |
| Less Discount | ($30.25) |
| Total Fees after Discount | $272.25 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $272.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Invoice No. 2022607
0276 36377 / 36377-000001
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through July 31, 2012

### Corporate Labor Relations Matters 0000001096

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/12/12 | J. Sherman | C300 | | Conference with J. Osick regarding potential business reorganization and labor law issues related to same. | 0.30 | 217.50 |
| 07/13/12 | J. Sherman | C300 | | Research related to possible reorganization. | 1.00 | 725.00 |
| 07/17/12 | J. Sherman | C300 | | Research regarding potential labor law issues relating to reorganization (1.00); drafting opinion letter to J. Osick regarding same (1.50). | 2.50 | 1,812.50 |
| 07/18/12 | J. Sherman | C300 | | Finalize opinion letter regarding potential business reorganization and send to client. | 0.30 | 217.50 |

**Total Hours**                                                                4.10

**Total Fees**                                                              $2,972.50

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 2022607

Page 2

Tribune Company/Sherman

| | |
|---|---:|
| **Less Discount** | ($297.25) |
| **Total Fees After Discount** | $2,675.25 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 4.10 | hours at | $725.00 | per hour | |

| | |
|---|---:|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $2,675.25 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2022607
0276 36377 / 36377-000001
Corporate Labor Relations Matters 0000001096

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,972.50 |
| Less Discount | ($297.25) |
| Total Fees after Discount | $2,675.25 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,675.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Invoice No. 2022608
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through July 31, 2012

### Bankruptcy Fee Application 0000001891

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/01/12 | A. Shepro | B160 | | Begin edits to Thirty-First Monthly Fee Application. | 0.70 | 73.50 |
| 06/04/12 | A. Shepro | B160 | | Edit Thirty-First Monthly Fee Application. | 2.70 | 283.50 |
| 06/06/12 | A. Shepro | B160 | | Continue edits on Thirty-First Monthly Fee Application. | 0.30 | 31.50 |
| 06/14/12 | A. Shepro | B160 | | Revise Thirty-First Monthly Fee Application. | 1.60 | 168.00 |
| 06/15/12 | A. Shepro | B160 | | Finalize charts to Thirty-First Monthly Fee Application. | 1.30 | 136.50 |
| 07/02/12 | J. Sherman | L120 | | Review and redact detail for privilege regarding Thirty-Second Monthly Fee Application. | 0.50 | 362.50 |



Invoice No. 2022608

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/09/12 | J. McManus | B110 | | Review/confirm Seyfarth fees in omnibus fee orders regarding Seyfarth's Sixth and Seventh Interim Fee Applications in preparation for 7/11/12 hearing (.10); arrange for telephonic appearance at hearing (.10); communications with local counsel regarding same (.10); prepare Thirty-Second Monthly Fee Application (.60). | 0.90 | 261.00 |
| 07/10/12 | J. McManus | B110 | | Prepare J. Sowka for omnibus fee hearing (.10); prepare Seyfarth's Thirty-Second Monthly Fee Application (.70). | 0.80 | 232.00 |
| 07/11/12 | J. Sowka | B410 | | Review fee applications, proposed order, and agenda in preparation for telephonic appearance on fee applications (.40); telephonically appear for hearing on same (.90); draft email to J. McManus regarding approval of fees and concerns expressed by the court (.10). | 1.40 | 616.00 |
| 07/11/12 | J. McManus | B110 | | Revise Exhibit A to Seyfarth's Thirty-Second Monthly Fee Application (.60); revise pleading portion of same (.40); assemble monthly fee applications for preparation of Eleventh Interim Fee Application (.30); prepare Eleventh Interim Fee Application (.80). | 2.10 | 609.00 |
| 07/12/12 | J. McManus | B110 | | Revise Thirty-First Monthly Fee Application (.50); revise Exhibit A. to same (.40); prepare Eleventh Interim Fee Application (1.40). | 2.30 | 667.00 |
| 07/12/12 | A. Shepro | B160 | | Compile/prepare Thirty-Second Monthly Fee Application. | 2.80 | 294.00 |
| 07/13/12 | J. Sherman | C300 | | Review and execute Thirty-Second Monthly Fee Application. | 0.40 | 290.00 |
| 07/13/12 | A. Shepro | B160 | | Begin compiling Eleventh Quarterly Fee Application (3.80); confer with J. McManus regarding same (.10). | 3.90 | 409.50 |



Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/16/12 | J. McManus | B110 | | Review/edit fee application charts for Seyfarth's Eleventh Quarterly Fee Application (.90); finalize Eleventh Quarterly Fee Application for filing with the Court (1.10); confer with local counsel regarding same (.10). | 2.20 | 638.00 |
| 07/16/12 | A. Shepro | B160 | | Finalize Seyfarth Eleventh Quarterly Fee Application (4.00); confer with J. McManus regarding same (.20). | 4.20 | 441.00 |
| 07/20/12 | J. McManus | B110 | | Prepare Thirty-Third Monthly Fee Application (.60); retrieve/review omnibus fees orders regarding Seyfarth's Sixth and Seventh Quarterly fee awards (.10). | 0.70 | 203.00 |
| 07/23/12 | J. McManus | B110 | | Prepare Seyfarth's Thirty-Third Monthly Fee Application. | 0.50 | 145.00 |

**Total Hours**                                                     29.30

**Total Fees**                                                    $5,861.00

**Less Discount**                                       ($586.10)

**Total Fees After Discount**                            $5,274.90

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.90 | hours at | $725.00 | per hour |
| J. Sowka | Associate | - | 1.40 | hours at | $440.00 | per hour |
| J. McManus | Paralegal | - | 9.50 | hours at | $290.00 | per hour |
| A. Shepro | Case Assistant | - | 17.50 | hours at | $105.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying @ .10 cents per page | 17.70 |
| **Total Disbursements** | 17.70 |



Tribune Company/Sherman

**Total Amount Due**                                                    $5,292.60



# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2022608
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $5,861.00 |
| Less Discount | ($586.10) |
| Total Fees after Discount | $5,274.90 |
| Total Disbursements | 17.70 |
| Total Fees and Disbursements This Statement | $5,292.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Invoice No. 2022609
0276 11089 / 11089-000038
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through July 31, 2012

### Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No. 2011-62692

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/02/12 | J. Collins | L160 | | Review/revise settlement agreement (.30); correspondence to opposing counsel regarding same (.20). | 0.50 | 290.00 |
| 07/19/12 | J. Collins | L160 | | Correspondence with J. Osick regarding settlement checks (.10); telephone conference with J. Osick regarding need for W-9 from K. Fisher (.20); draft correspondence to opposing counsel regarding W-9 (.20); correspondence with J. Osick regarding same (.20). | 0.70 | 406.00 |
| 07/30/12 | J. Collins | L160 | | Prepare correspondence to opposing counsel regarding settlement checks. | 0.20 | 116.00 |

**Total Hours**      1.40

**Total Fees**      $812.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 2022609

Page 2

Tribune Company

**Less Discount**                                                                    ($81.20)

**Total Fees After Discount**                                                    $730.80

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Collins | Sr Partner I | - | 1.40 | hours at | $580.00 | per hour |

**Total Disbursements**                                                            0.00

**Total Amount Due**                                                            $730.80



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN<br>
SUITE 2400<br>
CHICAGO, ILLINOIS 60603-5577<br>
(312) 460-5000<br>
FEDERAL ID 36-2152202<br>
<br>
ATLANTA<br>
BOSTON<br>
CHICAGO<br>
HOUSTON<br>
LOS ANGELES<br>
NEW YORK<br>
SACRAMENTO<br>
SAN FRANCISCO<br>
WASHINGTON, D.C.<br>
LONDON

August 10, 2012

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2022609<br>
0276 11089 / 11089-000038<br>
Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No.<br>
2011-62692

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $812.00 |
| Less Discount | ($81.20) |
| Total Fees after Discount | $730.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $730.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Invoice No. 2022715
0276 57634 / 57634-000007
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through July 31, 2012

**Marcia E. Sinclair Harassment; IDHR Charge No. 2008CN4074**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/03/12 | N. Riesco | L120 | | Review email from L. Goldberg regarding discovery supplementation. | 0.10 | 39.00 |
| 07/05/12 | N. Riesco | L120 | | Conference call with L. Goldberg regarding outstanding discovery and settlement (.10); compose emails to opposing counsel regarding response to latest settlement demand and deadlines to respond to deficiency letter (.30). | 0.40 | 156.00 |
| 07/09/12 | N. Riesco | L190 | | Draft response to deficiency letter and consider outstanding discovery dispute. | 3.00 | 1,170.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2022715

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/10/12 | N. Riesco | L120 | | Communications with G. Silva regarding training materials regarding training in discrimination, harassment, Title VII and IHRA (.50); review/analyze plaintiff's document production (1.50); draft response to deficiency letter and correspondence considering outstanding discovery disputes as to Complainant's production (1.50). | 3.50 | 1,365.00 |
| 07/11/12 | N. Riesco | L190 | | Draft follow-up correspondence to plaintiff concerning deficiencies with plaintiff's discovery responses (2.50); prepare additional documents for production (.60); finalize proposed agreed protective order (.50); conference with G. Pauling to discuss outstanding discovery issues and concerns regarding case defense (.60); revise and finalize correspondence to plaintiff responding as to purported deficiencies with CTC's discovery responses (1.00). | 5.20 | 2,028.00 |
| 07/20/12 | N. Riesco | L190 | | Analyze/consider status of discovery and potential benefits/ risks in potential next steps to develop client recommendations as to case strategy. | 1.20 | 468.00 |
| 07/25/12 | N. Riesco | L190 | | Compose email to opposing counsel regarding discovery follow up. | 0.10 | 39.00 |
| 07/27/12 | N. Riesco | L190 | | Communications with opposing counsel regarding discovery. | 0.20 | 78.00 |
| 07/31/12 | N. Riesco | L190 | | Compose email to L. Goldberg concerning discussion concerning outstanding discovery (.20); review/analyze case notes concerning availability of witnesses (.50); communications with G. Silva to confirm employment status of potential witnesses and schedule interviews (.40). | 1.10 | 429.00 |

**Total Hours**                                                                                                   14.80

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 2022715

Page 3

Chicago Tribune Company

| | |
|---|---|
| **Total Fees** | $5,772.00 |
| **Less Discount** | ($577.20) |
| **Total Fees After Discount** | $5,194.80 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 14.80 | hours at | $390.00 | per hour |

| Disbursements | Value |
|---|---|
| Copying @ .10 cents per page | 4.90 |
| **Total Disbursements** | 4.90 |
| **Total Amount Due** | $5,199.70 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 2022715
0276 57634 / 57634-000007
Marcia E. Sinclair Harassment; IDHR Charge No.
2008CN4074

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $5,772.00 |
| Less Discount | ($577.20) |
| Total Fees after Discount | $5,194.80 |
| Total Disbursements | 4.90 |
| Total Fees and Disbursements This Statement | $5,199.70 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Invoice No. 2022585
0276 57634 / 57634-000008
W1ST

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

For legal services rendered through July 31, 2012

**Carolyn Rusin v.; Case No. 1:12-cv-01135**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/01/12 | K. Petersen | L310 | | Prepare written responses and objections to plaintiff's interrogatories and document requests. | 2.90 | 1,116.50 |
| 07/02/12 | K. McDonald | L320 | | Prepare documents for production. | 2.00 | 220.00 |
| 07/03/12 | K. Petersen | L320 | | Review client documents for responsiveness to plaintiff's discovery requests and to identify potentially privileged documents (2.00); revise responses and objections to plaintiff's interrogatories and document requests (.20); correspondence to J. Osick regarding same (.10); prepare email memorandum to N. Finkel regarding discovery (.10). | 2.40 | 924.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/03/12 | A. Tien | L140 | | Prepare/organize first set of client documents for attorney analysis (.50); create and edit load file for documents (.50); import all documents into document review platform (.50). | 1.50 | 345.00 |
| 07/03/12 | K. McDonald | L320 | | Prepare documents for production. | 1.00 | 110.00 |
| 07/05/12 | N. Finkel | L310 | | Review/revise written discovery responses. | 1.10 | 632.50 |
| 07/05/12 | A. Tien | L140 | | Examine contents of two flash drives received from client (.20); begin preparing documents for loading into document review platform for attorney analysis (1.00). | 1.20 | 276.00 |
| 07/05/12 | A. Tien | L140 | | Create first production set for documents to be produced (.40); prepare documents for production (.60); export production set and convert documents into format requested by opposing counsel (.50). | 1.50 | 345.00 |
| 07/06/12 | K. Petersen | L310 | | Correspondence with client and opposing counsel regarding discovery responses. | 0.20 | 77.00 |
| 07/06/12 | A. Tien | L140 | | Prepare/organize client documents for attorney analysis (1.00); create and edit load file for documents (.50); import all documents into document review platform (.20). | 1.70 | 391.00 |
| 07/09/12 | K. Petersen | L320 | | Review ESI documents for responsiveness to plaintiff's discovery requests. | 1.10 | 423.50 |
| 07/10/12 | K. Petersen | L310 | | Work on discovery responses, including correspondence with client regarding discovery issues. | 0.20 | 77.00 |
| 07/11/12 | N. Finkel | L310 | | Conference with K. Petersen regarding written discovery responses and production of documents and potential rescheduling of depositions. | 0.30 | 172.50 |



Invoice No. 2022585

Page 3

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/11/12 | K. Petersen | L310 | | Call with V. Gogins regarding timekeeping system (.20); strategize with N. Finkel regarding discovery and depositions (.20); revise defendant's responses and objections to document requests and interrogatories (1.10). | 1.50 | 577.50 |
| 07/12/12 | K. Petersen | L310 | | Review plaintiff's interrogatory responses and written responses to defendant's document requests (.40); confer with J. Nechvatal regarding timekeeping system (.20); review A. Burnham's emails for responsiveness to plaintiff's discovery requests (2.00). | 2.60 | 1,001.00 |
| 07/12/12 | K. McDonald | L120 | | Prepare saved searches on hot terms for attorney review of potentially relevant ESI. | 2.50 | 275.00 |
| 07/13/12 | N. Finkel | L330 | | Conference with J. Osick regarding deposition of plaintiff's and outstanding written discovery. | 0.30 | 172.50 |
| 07/13/12 | K. Petersen | L320 | | Continue review and analysis of client documents in preparation for production (1.50); revise written discovery responses (.10); correspondence with opposing counsel regarding deposition scheduling (.10). | 1.70 | 654.50 |
| 07/15/12 | K. Petersen | L320 | | Continue review and analysis of emails and other ESI to determine responsiveness to plaintiff's discovery requests and prepare production. | 1.10 | 423.50 |
| 07/16/12 | K. Petersen | L320 | | Continue review and analysis of client emails in preparation for document production. | 3.10 | 1,193.50 |
| 07/16/12 | A. Tien | L140 | | Check documents to be sent to vendor for processing to load into document database for attorney review (.20); prepare specific instructions for vendor and correspond with vendor regarding how to process documents (.20). | 0.40 | 92.00 |



Invoice No. 2022585

Page 4

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/16/12 | A. Tien | L140 | | Prepare/organize plaintiff's production for attorney analysis (.50); create and edit load file for documents (.30); import all documents into document review platform (.40). | 1.20 | 276.00 |
| 07/17/12 | K. Petersen | L320 | | Continue review and analysis of documents produced by plaintiff (2.00); prepare memorandum to N. Finkel assessing same (.50). | 2.50 | 962.50 |
| 07/17/12 | A. Tien | L140 | | Load unitized set of plaintiff's production into document review database for attorney's review. | 0.50 | 115.00 |
| 07/18/12 | N. Finkel | L120 | | Review of results of plaintiff's written discovery responses (.20); conference with K. Petersen regarding same (.20). | 0.40 | 230.00 |
| 07/18/12 | K. Petersen | L120 | | Strategize with N. Finkel regarding defense issues (.20); prepare case strategy memorandum for J. Osick (20). | 2.20 | 847.00 |
| 07/19/12 | N. Finkel | L120 | | Review/revise case strategy memorandum. | 0.60 | 345.00 |
| 07/19/12 | K. Petersen | L120 | | Finalize case strategy memorandum. | 0.20 | 77.00 |
| 07/19/12 | K. Petersen | L320 | | Correspondence with V. Grogins regarding discovery responses (.20); revise discovery responses to incorporate client feedback (.20); coordinate production of documents (.20). | 0.60 | 231.00 |
| 07/19/12 | A. Tien | L140 | | Create production set for documents to be produced and prepare documents for production (1.00); export production set and convert documents into format requested by opposing counsel (.70). | 1.70 | 391.00 |
| 07/19/12 | K. McDonald | L320 | | Redact documents in preparation for production. | 1.00 | 110.00 |
| 07/20/12 | N. Finkel | L120 | | Strategy conference with J. Osick. | 0.30 | 172.50 |



Invoice No. 2022585

Page 5

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/20/12 | K. Petersen | L320 | | Call with N. Finkel, J. Osick and J. Nechtaval regarding defense strategy (.20); finalize and serve discovery responses (.80). | 1.00 | 385.00 |
| 07/30/12 | N. Finkel | L160 | | Conference with J. Osick regarding settlement strategy (.20); review/analysis of plaintiff's discovery deficiency letter (.10). | 0.30 | 172.50 |
| 07/31/12 | N. Finkel | L230 | | Represent company at status hearing (.70); draft correspondence to J. Osick regarding same (.10). | 0.80 | 460.00 |

| | | |
|---|---|---|
| **Total Hours** | 43.60 | |
| **Total Fees** | | $14,274.00 |
| **Less Discount** | | ($1,427.40) |
| **Total Fees After Discount** | | $12,846.60 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Finkel | Partner | - | 4.10 | hours at | $575.00 | per hour |
| K. Petersen | Associate | - | 23.30 | hours at | $385.00 | per hour |
| A. Tien | LitDiscAnalyst | - | 9.70 | hours at | $230.00 | per hour |
| K. McDonald | Case Assistant | - | 6.50 | hours at | $110.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Delivery Services/Messengers | 7.45 |
| **Total Disbursements** | 7.45 |
| **Total Amount Due** | $12,854.05 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

Invoice No. 2022585
0276 57634 / 57634-000008
Carolyn Rusin v.; Case No. 1:12-cv-01135

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $14,274.00 |
| Less Discount | ($1,427.40) |
| Total Fees after Discount | $12,846.60 |
| Total Disbursements | 7.45 |
| Total Fees and Disbursements This Statement | $12,854.05 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Invoice No. 2022714
0276 57634 / 57634-000009
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Jim Osick, Esq.
Director, Labor & Employment Relations

For legal services rendered through July 31, 2012

### Eric Benton Matter

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/11/12 | M. Lies | L120 | | Telephone conference with T. Beilke, D. Cates regarding review of recommendations from consultant. | 0.50 | 320.00 |
| 07/13/12 | M. Lies | C300 | | Conference with T. Hunter regarding status of investigation, continue action. | 0.30 | 192.00 |
| 07/16/12 | M. Lies | C300 | | Review email from K. Flax regarding status of safety audit, safety recommendations. | 0.20 | 128.00 |
| 07/16/12 | M. Lies | C300 | | Email to K. Flax regarding safety recommendations. | 0.20 | 128.00 |
| 07/17/12 | M. Lies | C300 | | Telephone conference with P. Morris regarding recommendations safety audit. | 0.20 | 128.00 |



Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/17/12 | M. Lies | C300 | | Review email from K. Flax regarding conference on recommendations from safety audit. | 0.30 | 192.00 |
| 07/18/12 | M. Lies | C300 | | Review safety audit observations to prepare for conference with B. Brubaker and K. Flax. | 0.50 | 320.00 |
| 07/18/12 | M. Lies | C300 | | Conference call with B. Brubaker, K. Flax, and P. Morris regarding observations from safety audit, strategy. | 1.00 | 640.00 |
| 07/19/12 | M. Lies | C300 | | Continue revision job description for EHS director. | 0.50 | 320.00 |
| 07/23/12 | M. Lies | C300 | | Revise proposed Executive Summary briefing and transmit to B. Brubaker. | 0.50 | 320.00 |
| 07/23/12 | M. Lies | C300 | | Review of email from B. Brubaker regarding proposed Executive Summary briefing for executives. | 0.50 | 320.00 |

| | | |
|---|---|---|
| **Total Hours** | 4.70 | |
| **Total Fees** | | $3,008.00 |
| **Less Discount** | | ($300.80) |
| **Total Fees After Discount** | | $2,707.20 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| M. Lies | Partner | - | 4.70 | hours at | $640.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Local Travel - MARK A. LIES, II 5/22 CAB TO MEETING AT FREEDOM CENTER | 8.85 |
| Local Travel - MARK A. LIES, II Cab to meeting at Freedom Center 05/23/12 | 9.85 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

Chicago Tribune Company

**Total Disbursements**                                    18.70

**Total Amount Due**                                    $2,725.90



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Jim Osick, Esq.
Director, Labor & Employment Relations

Invoice No. 2022714
0276 57634 / 57634-000009
Eric Benton Matter

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,008.00 |
| Less Discount | ($300.80) |
| Total Fees after Discount | $2,707.20 |
| Total Disbursements | 18.70 |
| Total Fees and Disbursements This Statement | $2,725.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Invoice No. 2022604
0276 33175 / 33175-000023
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through July 31, 2012

**Clement, Jayne (Plaintiffs) v. Tribune Company, Tribune Interactive, Inc., Tribune Media Net, Inc., LA Times Comm., LLC, LA Times; Case No. BC390943 - 0000001813**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/29/12 | M. Sank | L120 | | Prepare email to J. Ludwig regarding status of bankruptcy stay. | 0.10 | 41.00 |
| 07/30/12 | M. Sank | L120 | | Review email from J. Ludwig regarding status of bankruptcy stay (.10); prepare letter to Court of Appeal regarding same (.70). | 0.80 | 328.00 |
| 07/30/12 | T. Hix | L120 | | Email exchange with bankruptcy counsel regarding current status of automatic stay (.10); review/revise report to California Court of Appeal regarding status of bankruptcy (.20). | 0.30 | 156.00 |
| 07/31/12 | M. Sank | L430 | | Prepare letter to Court of Appeal regarding status of bankruptcy stay. | 0.10 | 41.00 |

**Total Hours** 1.30

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 2022604

Page 2

Los Angeles Times (Sherman)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Fees** | | | | | | | $566.00 |
| **Less Discount** | | | | | | | ($56.60) |
| **Total Fees After Discount** | | | | | | | $509.40 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M. Sank | Associate | - | 1.00 | hours at | $410.00 | per hour | |
| T. Hix | Partner | - | 0.30 | hours at | $520.00 | per hour | |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $509.40 |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 2022604
0276 33175 / 33175-000023
Clement, Jayne (Plaintiffs) v. Tribune Company,
Tribune Interactive, Inc., Tribune Media Net, Inc., LA
Times Comm., LLC, LA Times; Case No. BC390943 -
0000001813

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $566.00 |
| Less Discount | ($56.60) |
| Total Fees after Discount | $509.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $509.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Invoice No. 2022606
0276 33175 / 33175-000027
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through July 31, 2012

### John Bragg Jr. Health and Safety Document Demands

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/12/12 | T. Hunt | C300 | | Review correspondence from attorney R. Metzger to The Los Angeles Times demanding production of documents related to former employee, J. Bragg (.20); telephone conference with M. Anderson and J. Rooney regarding same (.30). | 0.50 | 280.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/13/12 | T. Hunt | L320 | | Participate in conference call with M. Anderson, J. Rooney and J. Curry regarding OSHA requirements for retention and production of hazardous chemical and medical information to current and former employees and regarding the document demand from J. Bragg's counsel (.50); briefly review the relevant Title 8 (California) and CFR (federal) OSHA requirements regarding document retention and production (.30); exchange emails with J. Xanders regarding authority for letter demand (under OSHA regulations) versus demands pursuant to court authorized subpoena (.20). | 1.00 | 560.00 |
| 07/17/12 | T. Hunt | L320 | | Telephone conference with J. Rooney, et al. regarding further advice concerning the Company's response to the employee health records demands from attorney R. Metzger (.30); review/revise proposed correspondence to same (.10). | 0.40 | 224.00 |

**Total Hours**                                                                          1.90

**Total Fees**                                                                          $1,064.00

**Less Discount**                                                                        ($106.40)

**Total Fees After Discount**                                                            $957.60

**Timekeeper Summary**

| T. Hunt | Senior Counsel | - | 1.90 | hours at | $560.00 | per hour |
|---------|----------------|---|------|----------|---------|----------|

**Total Disbursements**                                                                  0.00

**Total Amount Due**                                                                     $957.60



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2022606
0276 33175 / 33175-000027
John Bragg Jr. Health and Safety Document Demands

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,064.00 |
| Less Discount | ($106.40) |
| Total Fees after Discount | $957.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $957.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Invoice No. 2022603
0276 33175 / 33175-000026
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL  60611
Attn:  John W. Powers

For legal services rendered through July 31, 2012

### Christino Escandon v. Los Angeles Times, et al.; Case No. BC476209

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/16/12 | L. O'Hara | L310 | | Review plaintiff's second set of special interrogatories and document demands served on defendant. | 0.50 | 227.50 |
| 07/17/12 | L. O'Hara | L240 | | Analysis regarding research issues for summary judgment. | 0.30 | 136.50 |
| 07/17/12 | L. O'Hara | L310 | | Communicate with J. Powers regarding second set of interrogatories and document demands served by plaintiff. | 0.20 | 91.00 |
| 07/20/12 | L. Waluch | L240 | | Research case law regarding importance of maintaining relationships with customers for outside sales positions. | 1.30 | 591.50 |
| 07/22/12 | L. Waluch | L240 | | Research case law regarding customer interaction as bona fide occupational qualification of outside sales position. | 1.70 | 773.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/23/12 | L. O'Hara | L310 | | Communicate with J. Powers regarding plaintiff's supplemental discovery requests. | 0.20 | 91.00 |
| 07/23/12 | L. Waluch | L240 | | Research case law regarding reasonable accomodation for position with customer interaction as bona fide occupational qualification. | 1.40 | 637.00 |
| 07/24/12 | L. Waluch | L240 | | Research case law regarding reasonable accomodation for outside sales position requiring customer interaction. | 0.60 | 273.00 |
| 07/25/12 | L. Waluch | L240 | | Research case law regarding reasonable length of time for employer to keep open outside sales job. | 2.20 | 1,001.00 |
| 07/26/12 | L. O'Hara | L310 | | Draft responses to defendant's second set of discovery requests (2.80); follow up e-mail to E. Lona regarding her filling in for Plaintiff during his medical leave (.20). | 3.00 | 1,365.00 |
| 07/27/12 | L. O'Hara | L160 | | Communications from mediator following up on status of settlement negotiations and whether there is an opportunity for further negotiations. | 0.30 | 136.50 |
| 07/27/12 | L. O'Hara | L240 | | Direction to H. Macon regarding issues for summary motion for two non-employer corporate entities. | 0.10 | 45.50 |
| 07/27/12 | L. O'Hara | L243 | | Direction to paralegal regarding evidence and cites for fact section of summary judgment motion for LA Times (.30); communicate with L. Waluch regarding legal argument (.30). | 0.60 | 273.00 |
| 07/27/12 | L. O'Hara | L310 | | Telephone call with J. Powers regarding issues relating to plaintiff's second set of written discovery (.20); telephone call with O. Galindo regarding same (.20). | 0.40 | 182.00 |
| 07/27/12 | H. Macon | L240 | | Strategize regarding preparation of motion for summary judgment to dismiss non-employer entities. | 0.10 | 45.50 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/27/12 | L. Waluch | L240 | | Strategize regarding motion for summary judgment. | 1.30 | 591.50 |
| 07/29/12 | L. O'Hara | L310 | | Analysis regarding documents and other information responsive to plaintiff's second set of discovery and e-mail to client regarding same (.50); draft objections and responses to plaintiff's second set of document demands (1.70). | 2.20 | 1,001.00 |
| 07/29/12 | L. Waluch | L240 | | Research case law regarding reasonable length of time for employer to accomodate outside sales position requiring client or customer interaction. | 0.90 | 409.50 |
| 07/30/12 | H. Macon | L240 | | Review complaint and portions of deposition transcript for preparation of motion for summary judgment on behalf of non-employer entities, Tribune Company and Los Angeles Times International, Ltd. (1.00); preparation for telephone conference with J. Powers regarding the same (.20); telephone conference with J. Powers regarding the same (.10); strategize regarding preparation of motion for summary judgment (.40). | 1.70 | 773.50 |
| 07/30/12 | L. Waluch | L240 | | Prepare motion for summary judgment. | 8.60 | 3,913.00 |
| 07/31/12 | L. O'Hara | L310 | | Prepare for/communicate with O. Galindo and E. Anaya regarding information needed to respond to plaintiff's second set of discovery requests and to present defense. | 0.60 | 273.00 |
| 07/31/12 | L. O'Hara | L310 | | Prepare for/communicate with J. Powers regarding plaintiff's second set of discovery requests and strategy for responding to same. | 1.40 | 637.00 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/31/12 | H. Macon | L240 | | Preparation/revision of memorandum of points and authorities in support of summary judgment on behalf of Tribune Company and Los Angeles Times International, Ltd. (4.40); preparation of separate statement in support of the same (1.00); preparation of declarations of J. Xanders and for Tribune Company in support of the same (1.00). | 6.40 | 2,912.00 |
| 07/31/12 | L. Waluch | L240 | | Prepare motion for summary judgment. | 1.20 | 546.00 |

**Total Hours**     37.20

**Total Fees**     $16,926.00

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 9.80 | hours at | $455.00 | per hour |
| H. Macon | Associate | - | 8.20 | hours at | $455.00 | per hour |
| L. Waluch | Associate | - | 19.20 | hours at | $455.00 | per hour |

**Disbursements**     **Value**

Online Research     539.63

**Total Disbursements**     539.63

**Total Fees And Disbursements This Statement**     $17,465.63



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL  60611
Attn:  John W. Powers

Invoice No. 2022603
0276 33175 / 33175-000026
Christino Escandon v. Los Angeles Times, et al.; Case
No. BC476209

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $16,926.00 |
| Total Disbursements | 539.63 |
| Total Fees and Disbursements This Statement | $17,465.63 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 10, 2012

Invoice No. 2022593
0276 15827 / 15827-000020
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through July 31, 2012

**Neil Levine v. Tribune Entertainment Co. dba KTLA, et al.; Case No. BC477541**

| **Date** | **Timekeeper** | **Task** | **Activity** | **Description** | **Hours** | **Value** |
|----------|---------------|----------|-------------|-----------------|-----------|-----------|
| 07/02/12 | L. O'Hara | L310 | | Review information sent by client responsive to discovery requests (.20); follow up conversation with B. Lopez-Nash and C. Lugo-Leigh regarding same (.30); prepare discovery responses (.20). | 0.70 | 318.50 |
| 07/02/12 | L. O'Hara | L330 | | Prepare for plaintiff's deposition. | 3.80 | 1,729.00 |
| 07/10/12 | H. Macon | L160 | . | Review e-mail memoranda from L. O'Hara regarding dismissal of non-employer defendants (.10); review file for drafting of declaration regarding corporate relationship of non-employer defendants (.30); preparation of e-mail memorandum to J. Powers regarding the same (.10). | 0.50 | 227.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 07/13/12 | H. Macon | L160 | | Telephone conference with J. Powers regarding facts for declaration regarding corporate relationship of non-entity defendants for dismissal of those entities from lawsuit (.30); strategize regarding declaration concerning the same (.20); preparation of declaration regarding the same (1.10). | 1.60 | 728.00 |
| 07/16/12 | L. O'Hara | L110 | | Review plaintiff's medical records. | 0.90 | 409.50 |
| 07/16/12 | L. O'Hara | L160 | | Communicate with J. Powers regarding plaintiff's proposal regarding possible dismissal of B. Lopez-Nash and communicate with opposing counsel regarding same. | 0.20 | 91.00 |
| 07/16/12 | L. O'Hara | L160 | | Review/revise draft declaration regarding non-employer entities in an effort to attempt to procure dismissal of two defendants from lawsuit. | 0.40 | 182.00 |
| 07/16/12 | L. O'Hara | L310 | | Communicate with B. Lopez-Nash regarding former employee referenced in plaintiff's document production. | 0.20 | 91.00 |
| 07/16/12 | L. O'Hara | L310 | | Review plaintiff's responses to discovery requests. | 0.60 | 273.00 |
| 07/16/12 | L. O'Hara | L330 | | Communicate with opposing counsel regarding deposition start time, and poor copy qualify of some documents produced. | 0.20 | 91.00 |
| 07/16/12 | L. O'Hara | L330 | | Review exhibits for plaintiff's deposition. | 2.70 | 1,228.50 |
| 07/16/12 | H. Macon | L160 | | Strategize regarding waiver of right to remove if individual defendant is voluntarily dismissed and declaration to dismiss non-employer corporate entities (.30); communicate with J. Powers regarding the same (.10). | 0.40 | 182.00 |
| 07/17/12 | L. O'Hara | L110 | | Review additional information received from plaintiff's workers' compensation file. | 0.70 | 318.50 |



KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/17/12 | L. O'Hara | L120 | | Review subpoenas to be issued for plaintiff's medical records. | 0.20 | 91.00 |
| 07/17/12 | L. O'Hara | L120 | | Review transcripts from two sessions of plaintiff's workers' compensation deposition. | 2.30 | 1,046.50 |
| 07/17/12 | L. O'Hara | L160 | | Communicate with opposing counsel regarding terms of agreement to dismiss B. Lopez-Nash. | 0.20 | 91.00 |
| 07/17/12 | L. O'Hara | L330 | | Prepare for plaintiff's deposition. | 1.30 | 591.50 |
| 07/18/12 | L. O'Hara | L330 | | Prepare for plaintiff's deposition. | 7.30 | 3,321.50 |
| 07/19/12 | L. O'Hara | L330 | | Final preparation for first session of plaintiff's deposition (1.40); representation at deposition (6.90). | 8.30 | 3,776.50 |
| 07/20/12 | L. O'Hara | L160 | | Review revised declaration of N. Larsen regarding non-employer corporate entities. | 0.20 | 91.00 |
| 07/20/12 | L. O'Hara | L330 | | Assemble documents in preparation for second session of plaintiff's deposition (.60); e-mail communication with J. Powers and B. Lopez-Nash regarding scheduling second session (.10) | 0.70 | 318.50 |
| 07/20/12 | H. Macon | L160 | | Revise N. Larsen declaration (.10); preparation of e-mail memorandum to J. Powers regarding the same (.10). | 0.20 | 91.00 |
| 07/23/12 | L. O'Hara | L310 | | Finalize draft responses to plaintiff's special interrogatories, document demands (.70) and request for computer inspection and communicate with J. Powers and B. Lopez-Nash regarding same (.20). | 0.90 | 409.50 |
| 07/23/12 | L. O'Hara | L330 | | Correspondence to C. Lugo Leigh regarding her deposition transcript (.10) and e-mail to B. Lopez-Nash regarding same (.10). | 0.20 | 91.00 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/24/12 | L. O'Hara | L330 | | Communications with opposing counsel regarding scheduling second day of plaintiff's deposition (.10) and continuing case management conference (.10). | 0.20 | 91.00 |
| 07/25/12 | L. O'Hara | L230 | | Confirmation from court clerk regarding continuance of case management conference. | 0.10 | 45.50 |
| 07/25/12 | L. O'Hara | L310 | | Finalize responses to plaintiff's special interrogatories (.10); second set of document demands (.10) and demand for computer inspection (.20). | 0.40 | 182.00 |
| 07/26/12 | L. O'Hara | L160 | | Review dismissal of B. Lopez-Nash and communicate with her regarding same. | 0.20 | 91.00 |
| 07/26/12 | H. Macon | L160 | | Communicate with J. Powers regarding N. Larsen declaration regarding dismissal of non-employer defendant entities. | 0.10 | 45.50 |
| 07/27/12 | L. O'Hara | L330 | | Telephone call with C. Lugo Leigh regarding proposed changes to her deposition transcript. | 0.50 | 227.50 |
| 07/31/12 | L. O'Hara | L160 | | Telephone conference with Company's workers' compensation counsel regarding issues for mediation. | 0.30 | 136.50 |

**Total Hours**                                                                                                       36.50

**Total Fees**                                                                                                  $16,607.50

**Timekeeper Summary**

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|
| L. O'Hara | Partner | - | 33.70 | hours at | $455.00 | per hour |
| H. Macon | Associate | - | 2.80 | hours at | $455.00 | per hour |



KTLA-TV

| **Disbursements** | **Value** |
|---|---|
| Courier/Messenger | 28.64 |
| Parking Validations - B. Lopez-Nash attended meeting w/L. O'Hara | 34.00 |
| Parking Validations - J. Powers attended meeting w/L. O'Hara | 34.00 |
| Copying @ .10 cents per page | 111.70 |
| Long Distance Telephone | 2.45 |

**Total Disbursements**                                                           210.79

**Total Fees And Disbursements This Statement**                      $16,818.29