# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## SUPPLEMENTAL DECLARATION OF ANDREW N. ROSENBERG REGARDING CONFLICTS DISCLOSURES OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS SPECIAL COUNSEL FOR CERTAIN FINANCING MATTERS

Andrew N. Rosenberg declares, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am a partner of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss" or the "Firm"), and I am duly authorized to make this declaration (the "Declaration") on behalf of the Firm.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Tribune Company (0355), 435 Production Company (8865), 5800 Sunset Productions Inc (5510), Baltimore Newspaper Networks, Inc (8258), California Community News Corporation (5306), Candle Holdings Corporation (5626), Channel 20, Inc (7399), Channel 39, Inc (5256), Channel 40, Inc (3844), Chicago Avenue Construction Company (8634), Chicago River Production Company (5434), Chicago Tribune Company (3437), Chicago Tribune Newspapers, Inc (0439), Chicago Tribune Press Service, Inc (3167), ChicagoLand Microwave Licensee, Inc (1579), Chicagoland Publishing Company (3237), Chicagoland Television News, Inc (1352), Courant Specialty Products, Inc (9221), Direct Mail Associates, Inc (6121), Distribution Systems of America, Inc (3811), Eagle New Media Investments, LLC (6661), Eagle Publishing Investments, LLC (6327), forsalebyowner com corp (0219), ForSaleByOwner com Referral Services, LLC (9205), Fortify Holdings Corporation (5628), Forum Publishing Group, Inc (2940), Gold Coast Publications, Inc (5505), GreenCo, Inc (7416), Heart & Crown Advertising, Inc (9808), Homeowners Realty, Inc (1507), Homestead Publishing Co (4903), Hoy, LLC (8033), Hoy Publications, LLC (2352), InsertCo, Inc (2663), Internet Foreclosure Service, Inc (6550), JuliusAir Company, LLC (9479), JuliusAir Company II, LLC, KIAH Inc (4014), KPLR, Inc (7943), KSWB Inc (7035), KTLA Inc (3404), KWGN Inc (5347), Los Angeles Times Communications LLC (1324), Los Angeles Times International, Ltd (6079), Los Angeles Times Newspapers, Inc (0416), Magic T Music Publishing Company (6522), NBBF, LLC (0893), Neocomm, Inc (7208), New Mass Media, Inc (9553), Newscom Services, Inc (4817), Newspaper Readers Agency, Inc (7335), North Michigan Production Company (5466), North Orange Avenue Properties, Inc (4056), Oak Brook Productions, Inc (2598), Orlando Sentinel Communications Company (3775), Patuxent Publishing Company (4223), Sentinel Communications News Ventures, Inc (2027), Shepard's Inc (7931), Signs of Distinction, Inc (3603), Southern Connecticut Newspapers, Inc (1455), Star Community Publishing Group, LLC (5612), Stemweb, Inc (4276), Sun-Sentinel Company (2684), The Baltimore Sun Company (6880), The Daily Press, Inc (9368), The Hartford Courant Company (3490), The Morning Call, Inc (7560), The Other Company LLC (5337), Times Mirror Land and Timber Company (7088), Times Mirror Payroll Processing Company, Inc (4227), Times Mirror Services Company, Inc (1326), TMLH 2, Inc (0720), TMLS I, Inc (0719), TMS Entertainment Guides, Inc (6325), Tower Distribution Company (9066), Towering T Music Publishing Company (2470), Tribune Broadcast Holdings, Inc (4438), Tribune Broadcasting Company (2569), Tribune Broadcasting Holdco, LLC (2534), Tribune Broadcasting News Network, Inc , n/k/a Tribune Washington Bureau Inc (1088), Tribune California Properties, Inc (1629), Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347),Tribune Direct Marketing, Inc (1479), Tribune Entertainment Company (6232), Tribune Entertainment Production Company (5393), Tribune Finance, LLC (2537), Tribune Finance Service Center, Inc (7844), Tribune License, Inc (1035), Tribune Los Angeles, Inc (4522), Tribune Manhattan Newspaper Holdings, Inc (7279), Tribune Media Net, Inc (7847), Tribune Media Services, Inc (1080), Tribune Network Holdings Company (9936), Tribune New York Newspaper Holdings, LLC (7278), Tribune NM, Inc (9939), Tribune Publishing Company (9720), Tribune Television Company (1634), Tribune Television Holdings, Inc (1630), Tribune Television New Orleans, Inc (4055), Tribune Television Northwest, Inc (2975), ValuMail, Inc (9512), Virginia Community Shoppers, LLC (4025), Virginia Gazette Companies, LLC (9587), WATL, LLC (7384), WCCT, Inc , f/k/a WTXX Inc (1268), WCWN LLC (5982), WDCW Broadcasting, Inc (8300), WGN Continental Broadcasting Company (9530), WLVI Inc (8074), and WPIX, Inc (0191)  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611

2.  On August 10, 2012, Paul Weiss filed an application seeking to be retained by the Debtors as special counsel for certain financing matters (the "Application"). *See* Dkt. No. 12244. The Application was approved by the Court on August 31, 2012. *See* Dkt. No. 12370.

3.  On Schedule 2 to the Application, Paul Weiss disclosed certain of its historic and current engagements that involve or relate to the Debtors' bankruptcy cases, which Paul Weiss agreed to update as appropriate during the course of its engagement by the Debtors.

4.  I submit this Declaration to disclose the additional representation identified on Schedule 2.1 hereto.

5.  The representation identified on Schedule 2.1 hereto will not affect Paul Weiss's representation of the Debtors as previously approved by this Court.

6.  Paul Weiss will continue to update the Court concerning any additional disclosure information as may become necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 12, 2012

_____
Andrew N. Rosenberg

2

## Schedule 2.1

In addition to the representations listed on Schedule 2 of the Application, Paul Weiss has been engaged by Moelis & Company LLC to represent it in connection with matters related to the fee applications that Moelis, as investment banker to the Official Committee of Unsecured Creditors, has filed in these chapter 11 cases.