# UNITED STATES BANKRUPTCY COURT
# DISTRIC OF DELAWARE

| | |
|---|---|
| In re:<br><br>Tribune Company, *et al.*,<br><br>        Debtors. | Case No. 08-13141 (KJC)<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM BY JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

PLEASE TAKE NOTICE that Jefferies Leveraged Credit Products, LLC, by its undersigned representative, hereby withdraws its Notice of Transfer of Claim of Claims Recovery Group (As Assignee of Applicant Insight Limited Inc.), in the amount of $348.60, filed on June 6, 2011, Docket Number 9074.

Dated: September 14, 2012

>       Jefferies Leveraged Credit Products, LLC
>
>       By: __/s/Robert K . Minkoff_____
>               Robert K. Minkoff
>               Jefferies Leveraged Credit Products, LLC
>               One Station Place
>               Three North
>               Stamford, Connecticut 06902
>               Telephone: (203) 363-8351