# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Tribune Company, *et al.*,<br><br>　　　　Debtors. | Case No. 08-13141(KJC)<br><br>Chapter 11<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM BY JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

PLEASE TAKE NOTICE that Jefferies Leveraged Credit Products, LLC, by its undersigned representative, hereby withdraws its Notice of Transfer of Claim of Claims Recovery Group (As Assignee of Malleys Chocolates), in the amount of $1,493.04, filed on June 6, 2011, Docket Number 9072.

Dated: September 14, 2012

　　　　　　　　　　　　　　　　　　Jefferies Leveraged Credit Products, LLC

　　　　　　　　　　　　　　　　　　By: __/s/Robert K . Minkoff_____
　　　　　　　　　　　　　　　　　　　　　Robert K. Minkoff
　　　　　　　　　　　　　　　　　　　　　Jefferies Leveraged Credit Products, LLC
　　　　　　　　　　　　　　　　　　　　　One Station Place
　　　　　　　　　　　　　　　　　　　　　Three North
　　　　　　　　　　　　　　　　　　　　　Stamford, Connecticut 06902
　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 363-8351