# EXHIBIT A

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2360518 |
| Invoice Date: | 03/29/2012 |

## Remittance Copy
### Billing for services rendered through 02/29/2012

0015 Partnership Transaction
Client/Reference Number: 0000001896

| | |
|---|---:|
| Total Services | $ 2,850.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 2,850.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2360518 |
| Invoice Date: | 03/29/2012 |

## Client Copy
**Billing for services rendered through 02/29/2012**

0015 Partnership Transaction
Client/Reference Number: 0000001896

| | |
|---|---|
| Total Services | $ 2,850.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 2,850.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

03/29/2012

Invoice: 2360518
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0015          Partnership Transaction
                      Client/Reference Number: 0000001896

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/06/12 | D. Neville | 1.00 | E-mails to D. Eldersveld and M. Lufrano regarding revised Mueller Building consent agreement (.3); review of consent agreement (.2); conference call with D. Eldersveld and C. Leman regarding same (.3); e-mails with Cubs counsel regarding same (.2). |
| 02/13/12 | D. Neville | 1.40 | Review and revised updated consent agreements. |
| 02/14/12 | D. Neville | 1.20 | Review of revised consent agreement (.3); email correspondence with client regarding same (.1); telephone call to Cubs counsel regarding same (.1); revised consent agreement (.7). |
| 02/15/12 | D. Neville | 1.60 | Revised consent agreement (.9); email correspondence with client jregarding same (.3); communications with Cubs counsel regarding same (.4). |
| 02/16/12 | D. Neville | 0.20 | E-mails with client regarding consent agreement. |
| 02/23/12 | D. Neville | 0.30 | Review of insurance certificates (.2); e-mails with client regarding same (.1). |

|  | **Total Hours** | **5.70** | **Total For Services** | **$2,850.00** |
|--|--|--|--|--|

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:        022182
Invoice:       2360518
Invoice Date:  03/29/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| D. Neville | 5.70 | 500.00 | 2,850.00 |
| **Totals** | **5.70** | | **$2,850.00** |
| | | **Total This Invoice** | **$2,850.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2360518

03/29/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Neville | 5.70 | 500.00 | 2,850.00 |
| **Totals** | **5.70** | | **$2,850.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402391 |
| Invoice Date: | 07/25/2012 |

---

## Remittance Copy
## Billing for services rendered through 06/30/2012

---

Total by Matter
    0041 Welfare Plans                                         $ 3,262.50
    Client/Reference Number: 0000000848

Total Services                                               $ 3,262.50

Total Costs and Other Charges Posted Through Billing Period            0.00

**Total This Invoice**                                       **$ 3,262.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 119.97 |
| 2193507 | 11/19/2010 | 119.97 |
| 2225163 | 02/28/2011 | 7.74 |
| 2245685 | 04/29/2011 | 397.60 |
| 2254092 | 05/23/2011 | 612.80 |
| 2268381 | 06/30/2011 | 735.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2402391
Invoice Date:  07/25/2012

| Invoice | Date | |
|---------|------|--:|
| 2276793 | 07/28/2011 | 142.00 |
| 2286482 | 08/29/2011 | 302.20 |
| 2288726 | 09/30/2011 | 482.80 |
| 2308359 | 10/31/2011 | 852.00 |
| 2314991 | 11/10/2011 | 795.20 |
| 2329287 | 12/21/2011 | 2,450.50 |
| 2338727 | 01/30/2012 | 2,479.50 |
| 2349836 | 02/29/2012 | 1,363.00 |
| 2360516 | 03/29/2012 | 125.40 |
| 2368149 | 04/30/2012 | 11,600.00 |
| 2380790 | 05/30/2012 | 3,335.00 |
| 2392465 | 06/27/2012 | 9,860.00 |

Total Outstanding Balance                          70,428.88

Total Balance Due                              $ 73,691.38

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402391 |
| Invoice Date: | 07/25/2012 |

## Client Copy
### Billing for services rendered through 06/30/2012

Total by Matter
    0041 Welfare Plans          $ 3,262.50
    Client/Reference Number: 0000000848

Total Services        $ 3,262.50

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**        **$ 3,262.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 119.97 |
| 2193507 | 11/19/2010 | 119.97 |
| 2225163 | 02/28/2011 | 7.74 |
| 2245685 | 04/29/2011 | 397.60 |
| 2254092 | 05/23/2011 | 612.80 |
| 2268381 | 06/30/2011 | 735.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2402391
Invoice Date:  07/25/2012

| Invoice | Date | |
|---------|------|---:|
| 2276793 | 07/28/2011 | 142.00 |
| 2286482 | 08/29/2011 | 302.20 |
| 2288726 | 09/30/2011 | 482.80 |
| 2308359 | 10/31/2011 | 852.00 |
| 2314991 | 11/10/2011 | 795.20 |
| 2329287 | 12/21/2011 | 2,450.50 |
| 2338727 | 01/30/2012 | 2,479.50 |
| 2349836 | 02/29/2012 | 1,363.00 |
| 2360516 | 03/29/2012 | 125.40 |
| 2368149 | 04/30/2012 | 11,600.00 |
| 2380790 | 05/30/2012 | 3,335.00 |
| 2392465 | 06/27/2012 | 9,860.00 |

Total Outstanding Balance                        70,428.88

Total Balance Due                            $ 73,691.38

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/25/2012

Invoice: 2402391
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/11/12 | A. Gordon | 0.60 | Conference calls with K. Dansart regarding Illinois Civil Union laws and calculating imputed income [.5]; draft email to K. Dansart regarding imputed income chart [.1] |
| 06/12/12 | A. Gordon | 0.20 | Conference calls with B. Becker regarding claim appeal [.2]. |
| 06/18/12 | A. Gordon | 3.50 | Attend Blue Cross contract meeting at Tribune. |
| 06/25/12 | A. Gordon | 0.20 | Conference call with B. Becker regarding Summary of Benefits and Coverage (SBC) requirements. |

|  | **Total Hours** | **4.50** | **Total For Services** | **$3,262.50** |
|--|-----------------|----------|------------------------|---------------|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Gordon | 4.50 | 725.00 | 3,262.50 |
| **Totals** | **4.50** | | **$3,262.50** |
| | | **Total This Invoice** | **$3,262.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402394 |
| Invoice Date: | 07/25/2012 |

## Remittance Copy
### Billing for services rendered through 06/30/2012

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---|
| Total Services | $ 820.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 820.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402394 |
| Invoice Date: | 07/25/2012 |

## Client Copy
### Billing for services rendered through 06/30/2012

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---|
| Total Services | $ 820.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 820.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/25/2012

Invoice: 2402394
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0042        Non-Qualified Plans
                    Client/Reference Number: 0000000849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/22/12 | P. Compernolle | 1.00 | Review plan documents and correspondence regarding non-qualified plans. |
| | **Total Hours** | **1.00** | **Total For Services** **$820.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 1.00 | 820.00 | 820.00 |
| **Totals** | **1.00** | | **$820.00** |
| | **Total This Invoice** | | **$820.00** |

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402396 |
| Invoice Date: | 07/25/2012 |

---

## Remittance Copy
### Billing for services rendered through 06/30/2012

---

Total by Matter
    0515 Chapter 11 Restructuring      $ 255,081.81

Total Services      $ 254,042.50

Total Costs and Other Charges Posted Through Billing Period      1,039.31

**Total This Invoice**      **$ 255,081.81**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |
| 2200564 | 12/08/2010 | 119.97 |
| 2245689 | 04/29/2011 | 41,321.60 |
| 2262856 | 05/23/2011 | 44,622.20 |
| 2268391 | 06/30/2011 | 29,099.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2402396
Invoice Date:  07/25/2012

| Invoice | Date | | |
|---------|------|--------|----|
| 2276795 | 07/28/2011 | 67,686.90 | |
| 2286485 | 08/29/2011 | 64,882.40 | |
| 2297300 | 09/30/2011 | 40,521.30 | |
| 2308367 | 10/31/2011 | 63,889.10 | |
| 2314993 | 11/10/2011 | 45,915.10 | |
| 2329289 | 12/21/2011 | 34,397.70 | |
| 2338729 | 01/30/2012 | 48,348.10 | |
| 2349838 | 02/29/2012 | 29,426.60 | |
| 2360519 | 03/29/2012 | 35,325.20 | |
| 2370648 | 04/30/2012 | 98,294.95 | |
| 2380794 | 05/30/2012 | 255,353.82 | |
| 2392469 | 06/27/2012 | 187,742.65 | |

Total Outstanding Balance                              1,228,876.21

Total Balance Due                                    $ 1,483,958.02

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402396 |
| Invoice Date: | 07/25/2012 |

## Client Copy
### Billing for services rendered through 06/30/2012

Total by Matter
    0515 Chapter 11 Restructuring           $ 255,081.81

Total Services           $ 254,042.50

Total Costs and Other Charges Posted Through Billing Period       1,039.31

**Total This Invoice**         **$ 255,081.81**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |
| 2200564 | 12/08/2010 | 119.97 |
| 2245689 | 04/29/2011 | 41,321.60 |
| 2262856 | 05/23/2011 | 44,622.20 |
| 2268391 | 06/30/2011 | 29,099.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2402396
Invoice Date:  07/25/2012

| Invoice | Date | |
|---------|------|---|
| 2276795 | 07/28/2011 | 67,686.90 |
| 2286485 | 08/29/2011 | 64,882.40 |
| 2297300 | 09/30/2011 | 40,521.30 |
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 34,397.70 |
| 2338729 | 01/30/2012 | 48,348.10 |
| 2349838 | 02/29/2012 | 29,426.60 |
| 2360519 | 03/29/2012 | 35,325.20 |
| 2370648 | 04/30/2012 | 98,294.95 |
| 2380794 | 05/30/2012 | 255,353.82 |
| 2392469 | 06/27/2012 | 187,742.65 |

Total Outstanding Balance      1,228,876.21

Total Balance Due      $ 1,483,958.02

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

07/25/2012

Invoice: 2402396
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/01/12 | T. Smith | 8.50 | Continue review of draft memo re tax issues, including fact and legal cite checking and blue booking of same. |
| 06/01/12 | G. Chan | 5.30 | Research and review authorities regarding tax issues (4.8); discuss same with M. Wilder (0.4). |
| 06/01/12 | B. Rubin | 2.10 | Review and edit memorandum regarding tax issues (2.1). |
| 06/01/12 | A. Whiteway | 1.60 | Review and comment on memo regarding tax analysis (1.6) |
| 06/01/12 | J. Finkelstein | 4.20 | Review and analysis regarding tax memo. |
| 06/01/12 | G. Kopacz | 0.50 | Email B. Rubin regarding 13th quarterly fee application and update same. |
| 06/01/12 | M. Wilder | 0.40 | Discuss tas issues with G. Chan. |
| 06/02/12 | M. Wilder | 2.50 | Review tax issues memo. |
| 06/04/12 | T. Smith | 8.50 | Continue review of draft memo re tax treatment, including fact and legal cite checking and blue booking of same. |
| 06/04/12 | B. Rubin | 8.60 | Preparation for and meeting in Chicago with clients and Alvarez regarding litigation trust issues (4.2); preparation for and meeting with clients regarding restructuring issues (2.2); review and edit memorandum regarding emergence issues (2.2). |
| 06/04/12 | J. Finkelstein | 3.70 | Review and comment on tax memo. |
| 06/04/12 | M. Wilder | 0.80 | Review of Klee Report (.5); discussions with A. Blair-Stanek and others regarding tax issues (.3). |
| 06/05/12 | T. Smith | 8.50 | Continue review of draft memo re tax issue, including fact and legal cite checking and blue booking of same. |
| 06/05/12 | B. Rubin | 2.30 | Preparation for and meeting with co-counsel regarding comments on emergence issues memorandum (2.3). |
| 06/05/12 | A. Whiteway | 4.20 | Prepare for and attend conference with co-counsel |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2402396
Invoice Date: 07/25/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | regarding tax analysis (2.3); review and comment on memorandum regarding tax analysis (1.9). |
| 06/05/12 | J. Finkelstein | 3.60 | Review and comment on memo (1.6); prepare for and attend conference with co-counsel regarding comments on memo (2.0). |
| 06/05/12 | M. Wilder | 3.50 | Further review of memo on tax issues (1.5); prepare for and attend meeting with B. Rubin and others to discuss same (2.0). |
| 06/05/12 | A. Blair-Stanek | 2.50 | Prepare for and meet regarding memo with B. Rubin, A. Whiteway, J. Finkelstein, M. Wilder (2.1); incorporate B. Rubin changes to memo (0.4). |
| 06/06/12 | T. Smith | 7.50 | Continue review of draft memo re tax treatment, including fact and legal cite checking and blue booking of same. |
| 06/06/12 | B. Rubin | 2.40 | Review and edit memo regarding emergence issues (1.8); correspondence with client regarding restructuring issues (.6). |
| 06/06/12 | A. Whiteway | 1.40 | Review and revise memorandum regarding tax issues (1.0); revise emergence workplan (.4). |
| 06/06/12 | J. Finkelstein | 2.10 | Review and comment on tax memo. |
| 06/07/12 | T. Smith | 8.50 | Continue review of draft memo re tax treatment, including fact and legal cite checking and blue booking of same. |
| 06/07/12 | G. Chan | 2.60 | Discuss tax issues with B. Rubin and A. Whiteway (0.5); review case and prior memo (0.8); research authorities (1.3). |
| 06/07/12 | B. Rubin | 5.40 | Preparation for and conference call with clients regarding emergence workplan issues (.7); preparation for and conference call with clients regarding restructuring transaction issues (.6); conference with co-counsel regarding QSub termination issues (.9); research and analysis in connection with same (1.1); review and analyze non-debtor restructuring transactions (.7); correspondence with client regarding same (.6); review and analyze revised restructuring transactions (.8). |
| 06/07/12 | A. Whiteway | 3.30 | Preparation for and emergence workplan telephone call with team (1.4); review and comment on restructuring (1.9). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2402396
Invoice Date:  07/25/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/07/12 | J. Finkelstein | 3.80 | Prepare for and attend conference with Tribune regarding emergence tax issues (.9); review and comment on memo (2.9). |
| 06/08/12 | T. Smith | 2.50 | Continue review of draft memo for cite checking and blue booking of same (2.2); confer with J. Hoffman re identification and retrieval of secondary legal authorities as cited in memo (.3). |
| 06/08/12 | G. Chan | 2.70 | Discuss tax issue with M. Wilder (0.4); discuss same issues with B. Rubin and M. Wilder (0.4); research and review authorities regarding tax issues (1.9). |
| 06/08/12 | B. Rubin | 3.90 | Review and edit memorandum regarding emergence issues (2.2); preparation for and meeting with co-counsel regarding emergence issues (.9); correspondence with co-counsel regarding impact of Revenue Ruling (.8). |
| 06/08/12 | A. Whiteway | 4.10 | Prepare for and attend conference with team regarding tax issues (3.2); review and comment on memo re tax issues (.9). |
| 06/08/12 | J. Finkelstein | 3.30 | Review and comment on tax memo (1.0); prepare for and attend meeting with co-counsel to discuss same (2.3). |
| 06/08/12 | M. Wilder | 2.50 | Prepare for and attend meeting with team to discuss tax memorandum (1.3); brief research regarding tax issue (.4); discussions with G. Chan regarding same (.4); meeting with B. Rubin and G. Chan regarding same (.4). |
| 06/08/12 | A. Blair-Stanek | 2.40 | Prepare for and meet with B. Rubin, A. Whiteway, M. Wilder, J. Finkelstein regarding memorandum on tax issues (.9); research potential relevance of revenue ruling to Creditor ownership (1.5). |
| 06/11/12 | E. Adams | 2.50 | Researching and pulling various regs, code sections, and other materials regarding tax and bankruptcy issues. |
| 06/11/12 | T. Smith | 3.00 | Continue review of draft memorandum, including blue booking and retrieval of secondary legal authorities for continuation of cite checking. |
| 06/11/12 | G. Chan | 7.30 | Review authorities on tax issue (1.9); draft memo regarding tax issue (5.4). |
| 06/11/12 | B. Rubin | 3.10 | Review and comment on draft restructuring documents (1.3); preparation for and conference call with clients regarding emergence issues (.6); review and edit memorandum regarding emergence issues (1.2). |

# McDermott
# Will & Emery

Tribune Company

Client:           020336
Invoice:          2402396
Invoice Date:     07/25/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/11/12 | A. Whiteway | 3.40 | Review and revise memorandum analyzing tax treatment of claims transfers (2.6); review correspondence from Ms. Melgarejo re restructuring issues (.4);  review correspondence from Alvarez and Marsal re litigation claim valuation processes (.4). |
| 06/11/12 | J. Finkelstein | 2.70 | Review and comment on tax memo. |
| 06/12/12 | E. Adams | 1.50 | More searching and pulling of regs, code, and other materials regarding bankruptcy and tax issues. |
| 06/12/12 | T. Smith | 5.00 | Complete review of draft memo, including blue booking and cite checking (4.6); confer with E. Adams re completion of retrieval of secondary legal authorities for completion of cite checking (.4). |
| 06/12/12 | G. Chan | 3.20 | Draft memo regarding tax issue (3.2). |
| 06/12/12 | A. Leung | 0.30 | Locate articles relating to emergence issues. |
| 06/12/12 | B. Rubin | 1.70 | Review and edit memorandum regarding emergence issues (1.3); review disclosure regarding creditor's trust issues (.4). |
| 06/12/12 | A. Whiteway | 0.40 | Correspondence with co-counsel regarding reasons for removal of creditor's trust from plan of reorganization. |
| 06/12/12 | J. Finkelstein | 2.10 | Review and comment on tax memo. |
| 06/12/12 | M. Wilder | 0.80 | Review materials circulated by A. Blair-Stanek regarding creditors trust (.2); review of authorities on guarantees for post-emergence restructuring (.6). |
| 06/12/12 | A. Blair-Stanek | 1.70 | Incorporate feedback from B. Rubin and J. Finkelstein into memo (1.4); research issues relating to creditors' trust (0.3). |
| 06/13/12 | G. Chan | 4.40 | Research and review authorities regarding COD and guarantors (4.1); discuss same with M. Wilder (0.2); discuss memo with M. Wilder (0.1) |
| 06/13/12 | B. Rubin | 5.80 | Review and edit memo regarding emergence issues (3.2); preparation for and conference call with co-counsel regarding same (1.7); revise workplan (.9). |
| 06/13/12 | A. Whiteway | 0.70 | Conference with co-counsel regarding revisions to emergence workplan (.7). |
| 06/13/12 | J. Finkelstein | 5.30 | Review and comment on tax memo (3.1); meeting with co-counsel regarding comments to tax memo (2.2). |
| 06/13/12 | G. Kopacz | 0.20 | Email B. Rubin regarding quarterly fee applications. |
| 06/13/12 | M. Wilder | 5.30 | Review remainder of tax memorandum and conduct brief |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2402396
Invoice Date:  07/25/2012

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | research regarding same (2.0); discuss memorandum with A. Blair-Stanek, B. Rubin and J. Finkelstein (2.3); review authorities circulated by G. Chan (.6); discussed memorandum with G. Chan (.4). |
| 06/13/12 | A. Blair-Stanek | 3.20 | Incorporate additional comments from B. Rubin into memorandum (.3); meet with B. Rubin, J. Finkelstein, and M. Wilder regarding memorandum (2.7); send email to same regarding smaller memorandum breakdown (0.2). |
| 06/14/12 | G. Chan | 5.40 | Research and review authorities regarding COD and guarantors (2.5); draft memo regarding tax issue (1.9); review updated slides from Tribune regarding proposed restructuring (0.4); review proposed restructuring memo regarding same (0.6). |
| 06/14/12 | A. Whiteway | 2.20 | Preparation for and telephone conference with client regarding emergence tax issues (1.3); review and comment on litigation trust tax issues (.9). |
| 06/14/12 | J. Finkelstein | 0.40 | Conference with Tribune regarding emergence tax issues (.4). |
| 06/14/12 | M. Wilder | 0.90 | Analysis of S Corp/ESOP case for favorable impact on Tribune memoranda (.50); review article on assignment of claims circulated by A. Blair-Stanek (.40). |
| 06/14/12 | A. Blair-Stanek | 3.00 | Review R. Wood article on assignment (0.6); incorporate comments and feedback from B. Rubin and J. Finkelstein on memo (2.4). |
| 06/15/12 | G. Chan | 7.20 | Research and review authorities regarding COD and guarantors (3.3); draft tax liability memo (2.5); discuss tax liability issue memo and scenario questions with M. Wilder (0.6); revise memo regarding tax liability issue (0.8) |
| 06/15/12 | B. Rubin | 2.20 | Conference with co-counsel regarding tax issues (.4); review and edit memorandum regarding emergence planning (1.2); review and analyze revised settlement provisions (.6). |
| 06/15/12 | A. Whiteway | 2.10 | Review and comment on tax memo analysis. |
| 06/15/12 | M. Wilder | 1.00 | Review G. Chan memorandum on liabilities (.4); discuss same with G. Chan (.6). |
| 06/15/12 | A. Blair-Stanek | 5.80 | Incorporate changes and suggestions from B. Rubin, J. |

# McDermott
# Will & Emery

| | | | |
|---|---|---|---|
| Tribune Company | | Client: | 020336 |
| | | Invoice: | 2402396 |
| | | Invoice Date: | 07/25/2012 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Finkelstein, T. Smith, J. Berman into memorandum (5.4); attention to issue relating to settlement procedures (0.4). |
| 06/16/12 | M. Wilder | 3.00 | Research regarding assignment of claims and treatment of same. |
| 06/16/12 | A. Blair-Stanek | 5.40 | Reorganize memorandum (1.2); incorporate extensive feedback from B. Rubin and J. Finkelstein regarding same (4.2). |
| 06/17/12 | A. Blair-Stanek | 4.90 | Restructure parts of memorandum (2.1); incorporate extensive feedback from B. Rubin and J. Finkelstein with respect to same (2.8). |
| 06/18/12 | G. Chan | 7.60 | Discuss liability memo issues with M. Wilder (0.3); draft memo regarding liability issue (6.7); revise memo regarding restructuring transactions (0.6). |
| 06/18/12 | B. Rubin | 3.10 | Review and analyze revised settlement language (.6); conference with co-counsel regarding memorandum (.6); review and edit memorandum regarding restructuring (1.9) |
| 06/18/12 | A. Whiteway | 3.30 | Analysis and tax research of attribute reduction issues and emergence tax planning issues (3.3). |
| 06/18/12 | J. Finkelstein | 0.90 | Review and analysis regarding tax issues memo. |
| 06/18/12 | M. Wilder | 0.30 | Discuss liability issues with G. Chan. |
| 06/18/12 | A. Blair-Stanek | 2.20 | Discuss disgorgement procedures with B. Rubin and J. Finkelstein (0.4); address various issues regarding the tax memorandum (1.8). |
| 06/19/12 | C. Harrington | 0.50 | Emails and conference with team regarding assignment of rights and tax treatment of same. |
| 06/19/12 | G. Chan | 6.80 | Review updated post-emergence organizational diagrams (0.4); revise memo regarding restructuring transactions (4.2); draft memo regarding tax liability issue (2.2). |
| 06/19/12 | B. Rubin | 2.70 | Review and comment on memorandum regarding tax issues (2.1); correspondence with client and Sidley regarding tax issues (.6). |
| 06/19/12 | A. Whiteway | 2.30 | Review and comment on tax analysis regarding emergence tax attribute reduction and COD income issues. |
| 06/19/12 | J. Finkelstein | 2.70 | Review and comment on revised tax issues memo. |
| 06/19/12 | G. Kopacz | 4.40 | Work on March fee application. |
| 06/19/12 | M. Wilder | 2.40 | Review materials circulated by A. Blair-Stanek and |

# McDermott
# Will & Emery

Tribune Company

Client:        020336<br>
Invoice:       2402396<br>
Invoice Date:   07/25/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | discuss same with A. Blair-Stanek (2.0); discuss revised post-emergence memorandum with G. Chan (.4). |
| 06/19/12 | A. Blair-Stanek | 14.30 | Finish changes to general discussion of formation of main memorandum (.4); discuss possible section 102 analogy with C. Harrington and M. Wilder (.6); discuss authorities for issue (3) of claims transfer with M. Wilder (.4); create memoranda on tax treatment of various issu8es (12.9). |
| 06/20/12 | N. Hazan | 0.60 | Correct March fee statement. |
| 06/20/12 | G. Chan | 0.90 | Review proposed restructuring memo (0.3); draft memo regarding springing liability issue (0.6). |
| 06/20/12 | B. Rubin | 3.60 | Research and analysis regarding emergence issues (1.2); review and edit memo regarding restructuring (1.3); review and edit memo regarding emergence issues (1.1). |
| 06/20/12 | A. Whiteway | 2.80 | Revise emergence tax planning workplan (.6); revise memorandum regarding emergence reorganization (1.6); review and comment on litigation trust tax issue analysis (.6). |
| 06/20/12 | J. Finkelstein | 3.80 | Review draft memo (3.5);  discuss same with co-counsel (.3). |
| 06/20/12 | G. Kopacz | 2.10 | Work on March fee application. |
| 06/20/12 | M. Wilder | 0.40 | Reviewed and commented on post-emergence memorandum. |
| 06/20/12 | A. Blair-Stanek | 6.60 | Draft Executive Preferences treatment memorandum (2.1); draft D&O and Insider Claim treatment memorandum (2.4); draft Advisors Claim treatment memorandum (1.8); review draft of Selling Shareholder memorandum with J. Finkelstein (.3). |
| 06/21/12 | G. Chan | 7.10 | Review revised proposed restructuring memo (0.3); draft memo regarding liability issue (2.8); discuss liability memo with M. Wilder (0.2); draft memo regarding other tax issues (3.8). |
| 06/21/12 | B. Rubin | 3.20 | Preparation for and conference call with clients regarding emergence issues (.9); various correspondence with clients and co-counsel regarding changes to disgorgement settlement (.8); review and edit revised memo regarding restructuring (.4); review and analyze client charts and memo from Sidley (1.1). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2402396
Invoice Date:  07/25/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/21/12 | A. Whiteway | 5.30 | Preparation for and telephone conference with client regarding emergence workplan (.8); telephone conference with client regarding reorganization of entities (.4); review proposal from Sidley regarding restructuring of entities (1.6); review disgorgement settlement agreements and summary of changes (1.9); revise memo regarding attribute reduction tax planning (.6). |
| 06/21/12 | J. Finkelstein | 5.90 | Prepare for and attend conference with Tribune regarding emergence tax issues (.9); review and analysis regarding revised procedures related to disgorgement settlement and draft memo to Tribune regarding same (2.7); review revised memo regarding basis reduction issues (1.0); review tax issues memos (1.3). |
| 06/21/12 | G. Kopacz | 3.20 | Review and revise May pre-bills to ensure compliance with applicable guidelines. |
| 06/21/12 | M. Wilder | 0.40 | Review latest draft of liabilities memo (.2); briefly discuss same with G. Chan (.2). |
| 06/22/12 | G. Chan | 5.60 | Draft memo regarding liability issue (2.1); discuss liability memo with M. Wilder (0.3); draft memo regarding cancellation of indebtedness (3.2). |
| 06/22/12 | B. Rubin | 2.10 | Review and edit memo regarding emergence restructuring issues (1.6); correspondence with client regarding tax issues (.5). |
| 06/22/12 | J. Finkelstein | 3.20 | Review tax issues memos (2.1); analysis regarding tax consequences of settlement procedures (1.1). |
| 06/22/12 | M. Wilder | 0.30 | Discuss liabilities factual issues with G. Chan. |
| 06/25/12 | G. Chan | 2.70 | Draft memo regarding liability issue (2.7). |
| 06/25/12 | B. Rubin | 1.60 | Review and edit memo regarding emergence tax issues (1.6). |
| 06/25/12 | A. Whiteway | 1.90 | Analysis and review correspondence from Sidley regarding entity restructuring at emergence (1.9). |
| 06/25/12 | G. Kopacz | 0.30 | Emails to B. Rubin and local counsel regarding March fee applications and CNO regarding 13th quarterly fee application. |
| 06/26/12 | N. Hazan | 0.70 | Email to local counsel regarding timing of examiner report.  (0.10); correct April monthly fee statement. (0.60) |
| 06/26/12 | G. Chan | 1.40 | Draft memo regarding liability issue (1.4). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2402396
Invoice Date:  07/25/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/26/12 | B. Rubin | 2.10 | Review and analyze revised restructuring transactions memo and charts (.8); review and edit memo regarding disgorgement consequences (1.3). |
| 06/26/12 | A. Whiteway | 2.70 | Review and analysis of attribute reduction basis issue (2.7). |
| 06/26/12 | G. Kopacz | 4.40 | Work on April fee application. |
| 06/26/12 | M. Wilder | 1.20 | Revisions to liability memo. |
| 06/27/12 | B. Rubin | 3.30 | Preparation for and meeting with co-counsel regarding attribute reduction issues (1.1); review and edit fee petition (1.3); update workplan for client (.9). |
| 06/27/12 | A. Whiteway | 2.60 | Prepare for and attend conference with co-counsel regarding basis allocation for attribute reduction purposes (1.4); analysis of tax issues regarding basis allocation rules (.9); conference with co-counsel regarding workplan updates (.3). |
| 06/27/12 | G. Kopacz | 0.10 | Prepare April fee application for filing; emails to team regarding same. |
| 06/27/12 | J. Robert | 0.50 | Prepare for and attend meeting with Andrea Whiteway and Blake Rubin regarding allocation of tax attributes under Sec. 108 & 1017. |
| 06/28/12 | G. Chan | 6.90 | Review articles and authorities regarding cancellation of indebtedness income and guarantors (2.1); draft memo regarding cancellation of indebtedness income (4.8). |
| 06/28/12 | B. Rubin | 3.60 | Preparation for and conference call with client regarding tax issues (.9); research and analysis regarding emergence issues (1.8); memo to client regarding same (.9). |
| 06/28/12 | A. Whiteway | 1.80 | Preparation for and telephone conference with client regarding emergence tax issues (.6); analysis of tax issues with acceleration of remedial income into S year (1.2). |
| 06/28/12 | J. Finkelstein | 7.30 | Prepare for and attend conference with Tribune regarding emergence tax issues (1.1); research and draft memo to client regarding treatment of remedial income in bankruptcy (3.1); Review tax issues memos (2.0); review revised restructuring plan circulated by Sidley (1.1). |
| 06/29/12 | G. Chan | 2.60 | Review articles and authorities regarding cancellation of indebtedness income and guarantors (0.6); draft memo regarding cancellation of indebtedness income and |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2402396
Invoice Date:   07/25/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | guarantors (2.0). |
| 06/29/12 | J. Finkelstein | 5.60 | Review tax issues memos (2.3); review revised restructuring plan circulated by Sidley (.9); review revised Plan of Reorganization and exhibits (2.4). |

| | **Total Hours** | **400.70** | **Total For Services** | **$254,042.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| E. Adams | 4.00 | 175.00 | 700.00 |
| A. Blair-Stanek | 52.00 | 435.00 | 22,620.00 |
| G. Chan | 79.70 | 500.00 | 39,850.00 |
| J. Finkelstein | 60.60 | 765.00 | 46,359.00 |
| C. Harrington | 0.50 | 920.00 | 460.00 |
| N. Hazan | 1.30 | 645.00 | 838.50 |
| G. Kopacz | 15.20 | 435.00 | 6,612.00 |
| A. Leung | 0.30 | 300.00 | 90.00 |
| J. Robert | 0.50 | 365.00 | 182.50 |
| B. Rubin | 62.80 | 995.00 | 62,486.00 |
| T. Smith | 52.00 | 250.00 | 13,000.00 |
| A. Whiteway | 46.10 | 885.00 | 40,798.50 |
| M. Wilder | 25.70 | 780.00 | 20,046.00 |
| **Totals** | **400.70** | | **$254,042.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 05/11/12 | Telecommunications | 6.74 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #31072280; INVOICE DATE: 06/04/12; Call Date: 05/11/12; Order #32473394; Host NAME: Andrea Whiteway | |
| 05/17/12 | Telecommunications | 3.07 |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:     2402396
Invoice Date:  07/25/2012

| Date | Description | Amount |
|------|-------------|--------|
| | VENDOR: Conference Plus, Incorporated; INVOICE #31112618; INVOICE DATE: 06/04/12; Call Date: 05/17/12; Order #32514172; Host NAME: Andrea Whiteway | |
| 05/23/12 | Business Meal | 6.80 |
| | 5/23/2012: Delish Deli/Lunch = Total $6.80 | |
| 05/23/12 | Business Meal | 28.18 |
| | SeamlessWeb Professional Solutions, Inc.; Invoice #1177567; Date 05/27/12; Gregory Kopacz; Order #272270391; Hatsuhana. | |
| 05/23/12 | Transportation/Parking | 8.90 |
| | 5/23/2012 - Taxi home (Worked late for Client) = Total $8.90 | |
| 05/24/12 | Telecommunications | 3.03 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #31162005; INVOICE DATE: 06/04/12; Call Date: 05/24/12; Order #32564306; Host NAME: Andrea Whiteway | |
| 05/29/12 | Business Meal | 26.26 |
| | Dinner 5/22/12, 5/24/12; 5/29/12. | |
| 05/29/12 | Transportation/Parking | 33.42 |
| | Various parking and taxi fares. | |
| 05/31/12 | Telecommunications | 5.52 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #31203069; INVOICE DATE: 06/04/12; Call Date: 05/31/12; Order #32606071; Host NAME: Andrea Whiteway | |
| 06/01/12 | Telecommunications | 0.45 |
| | Ext. 68425 called CHICAGO, (312) 832-4549. | |
| 06/04/12 | Travel Expenses | 857.25 |
| | Travel to Chicago for client meeting. | |
| 06/07/12 | Telecommunications | 4.33 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #31252787; INVOICE DATE: 07/02/12; Call Date: 06/07/12; Order #32656814; Host NAME: Andrea | |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2402396
Invoice Date:  07/25/2012

| Date | Description | Amount |
|------|-------------|--------|
| | Whiteway | |
| 06/08/12 | Telecommunications | 0.15 |
| | Ext. 68424 called CHICAGO, (312) 222-3638. | |
| 06/08/12 | Telecommunications | 0.15 |
| | Ext. 68424 called CHICAGO, (312) 222-3638. | |
| 06/11/12 | Photocopy | 0.40 |
| | Device 03WDC13C. 05799 | |
| 06/11/12 | Photocopy | 1.20 |
| | Device 03WDC12C. 05799 | |
| 06/11/12 | Telecommunications | 1.35 |
| | Ext. 68424 called CHICAGO, (312) 222-3017. | |
| 06/11/12 | Telecommunications | 0.15 |
| | Ext. 68424 called BALTIMORE, (410) 499-2182. | |
| 06/13/12 | Photocopy | 0.40 |
| | Device 03WDC14C. | |
| 06/13/12 | Telecommunications | 1.80 |
| | Ext. 68424 called BALTIMORE, (410) 499-2182. | |
| 06/13/12 | Telecommunications | 4.49 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #31291094; INVOICE DATE: 07/02/12; Call Date: 06/13/12; Order #32695816; Host NAME: Blake Rubin | |
| 06/14/12 | Telecommunications | 2.10 |
| | Ext. 68426 called CHICAGO, (312) 853-7163. | |
| 06/14/12 | Telecommunications | 0.15 |
| | Ext. 68426 called BALTIMORE, (410) 499-2182. | |
| 06/16/12 | Business Meal | 6.59 |
| | Meal at the office on weekend. | |
| 06/16/12 | Transportation/Parking | 7.00 |
| | Taxi from office to home due to working on Saturday. | |
| 06/18/12 | Photocopy | 0.40 |
| | Device 03WDC14C. | |
| 06/18/12 | Telecommunications | 0.15 |
| | Ext. 68425 called CHICAGO, (312) 222-4707. | |
| 06/19/12 | Business Meal | 10.45 |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2402396
Invoice Date:   07/25/2012

| Date | Description | Amount |
|------|-------------|--------|
| | Dinner cost due to working late. | |
| 06/19/12 | Transportation/Parking | 9.00 |
| | Cab fare home from the office due to working late. | |
| 06/20/12 | Photocopy | 0.30 |
| | Device 03WDC14C. | |
| 06/21/12 | Photocopy | 0.40 |
| | Device 03WDC14C. | |
| 06/22/12 | Photocopy | 2.00 |
| | Device 03WDC01C. | |
| 06/25/12 | Telecommunications | 0.15 |
| | Ext. 68425 called CHICAGO, (312) 222-3638. | |
| 06/27/12 | Telecommunications | 0.75 |
| | Ext. 68425 called SWEDESBORO, (856) 294-6348. | |
| 06/28/12 | Telecommunications | 0.15 |
| | Ext. 68424 called CHICAGO, (312) 832-4549. | |
| 06/28/12 | Telecommunications | 0.30 |
| | Ext. 68424 called CHICAGO, (312) 222-3638. | |
| 06/28/12 | Telecommunications | 0.90 |
| | Ext. 68424 called CHICAGO, (312) 832-4549. | |
| 06/28/12 | Telecommunications | 0.30 |
| | Ext. 68424 called CHICAGO, (312) 222-3017. | |
| 06/28/12 | Telecommunications | 4.18 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #31400440; INVOICE DATE: 07/02/12; Call Date: 06/28/12; Order #32806702; Host NAME: Andrea Whiteway | |

**Total Costs and Other Charges**     **$1,039.31**

**Total This Invoice**     **$255,081.81**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402397 |
| Invoice Date: | 07/25/2012 |

## Remittance Copy
### Billing for services rendered through 06/30/2012

Total by Matter
0516 Perfect Market, Inc.                                    $ 3,190.75

Total Services                                                       $ 3,182.50

Total Costs and Other Charges Posted Through Billing Period              8.25

**Total This Invoice**                                           **$ 3,190.75**

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 119.97 |
| 2245690 | 04/29/2011 | 306.60 |
| 2297301 | 09/30/2011 | 34.50 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 1,687.00 |
| 2338730 | 01/30/2012 | 2,139.70 |
| 2349839 | 02/29/2012 | 300.50 |
| 2360520 | 03/29/2012 | 561.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2402397
Invoice Date:  07/25/2012

| Invoice | Date | | |
|---------|------|---|---|
| 2370649 | 04/30/2012 | 737.50 | |
| 2392471 | 06/27/2012 | 11,567.50 | |

Total Outstanding Balance                                67,954.07

Total Balance Due                                        $ 71,144.82

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402397 |
| Invoice Date: | 07/25/2012 |

## Client Copy
### Billing for services rendered through 06/30/2012

Total by Matter
    0516 Perfect Market, Inc.                                            $ 3,190.75

Total Services                                                                                      $ 3,182.50

Total Costs and Other Charges Posted Through Billing Period                       8.25

**Total This Invoice**                                                                         **$ 3,190.75**

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 119.97 |
| 2245690 | 04/29/2011 | 306.60 |
| 2297301 | 09/30/2011 | 34.50 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 1,687.00 |
| 2338730 | 01/30/2012 | 2,139.70 |
| 2349839 | 02/29/2012 | 300.50 |
| 2360520 | 03/29/2012 | 561.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | Client: | 020336 |
|---|---|---|
| | Invoice: | 2402397 |
| | Invoice Date: | 07/25/2012 |

| Invoice | Date | |
|---|---|---|
| 2370649 | 04/30/2012 | 737.50 |
| 2392471 | 06/27/2012 | 11,567.50 |

Total Outstanding Balance                                67,954.07

Total Balance Due                                        $ 71,144.82

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/25/2012

Invoice: 2402397
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0516          Perfect Market, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/20/12 | M. O'Brien | 0.50 | Topix: Correspondence with team regarding revised agreements. |
| 06/22/12 | P. McCurry | 2.50 | Call with Topix and DLA Piper regarding profits interest issuance (1.0); call with DLA Piper tax counsel regarding transaction (0.4); revise LLC Agreements and Award Agreement (1.1). |
| 06/24/12 | P. McCurry | 0.70 | Revise LLC Agreements for TKG and Topix LLC (0.7). |
| 06/25/12 | P. McCurry | 2.50 | Review LLC Agreements for TKG and Topix (1.9); prepare for and attend call with Art Rinsky regarding profits interests (.6). |

|  | **Total Hours** | **6.20** | **Total For Services** | **$3,182.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. McCurry | 5.70 | 500.00 | 2,850.00 |
| M. O'Brien | 0.50 | 665.00 | 332.50 |
| **Totals** | **6.20** |  | **$3,182.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 06/22/12 | Telecommunications<br>Ext. 42191 called PALO ALTO, (650) 833-2017. | 3.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2402397
Invoice Date:  07/25/2012

| Date | Description | Amount |
|------|-------------|--------|
| 06/25/12 | Telecommunications<br>Ext. 42191 called PALO ALTO, (650) 833-2017. | 5.25 |

**Total Costs and Other Charges**    **$8.25**

**Total This Invoice**    **$3,190.75**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2402398 |
| Invoice Date: | 07/25/2012 |

## Remittance Copy
**Billing for services rendered through 06/30/2012**

Total by Matter
    0021 Post Closing Matters          $ 16,131.39

Total Services          $ 16,076.00

Total Costs and Other Charges Posted Through Billing Period      55.39

**Total This Invoice**          **$ 16,131.39**

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 119.97 |
| 2202007 | 12/08/2010 | 119.97 |
| 2245691 | 04/29/2011 | 1,371.00 |
| 2254097 | 05/23/2011 | 276.10 |
| 2268396 | 06/30/2011 | 1,796.70 |
| 2286424 | 07/28/2011 | 5,015.90 |
| 2294690 | 08/29/2011 | 15,134.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2402398 |
| Invoice Date: | 07/25/2012 |

| Invoice | Date | |
|---|---|---|
| 2297302 | 09/30/2011 | 4,570.60 |
| 2308368 | 10/31/2011 | 128.90 |
| 2314995 | 11/10/2011 | 948.90 |
| 2338737 | 01/30/2012 | 540.40 |
| 2349783 | 02/29/2012 | 230.00 |
| 2370651 | 04/30/2012 | 1,752.68 |
| 2380795 | 05/30/2012 | 9,502.79 |
| 2392472 | 06/27/2012 | 219.00 |

Total Outstanding Balance                                42,461.01

Total Balance Due                                     $ 58,592.40

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2402398 |
| Invoice Date: | 07/25/2012 |

---

## Client Copy
### Billing for services rendered through 06/30/2012

---

Total by Matter
  0021 Post Closing Matters                        $ 16,131.39

Total Services                                                      $ 16,076.00

Total Costs and Other Charges Posted Through Billing Period                    55.39

**Total This Invoice**                                              **$ 16,131.39**

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 119.97 |
| 2202007 | 12/08/2010 | 119.97 |
| 2245691 | 04/29/2011 | 1,371.00 |
| 2254097 | 05/23/2011 | 276.10 |
| 2268396 | 06/30/2011 | 1,796.70 |
| 2286424 | 07/28/2011 | 5,015.90 |
| 2294690 | 08/29/2011 | 15,134.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:        022182
Invoice:      2402398
Invoice Date:  07/25/2012

| Invoice | Date | | |
|---------|------|---|---|
| 2297302 | 09/30/2011 | 4,570.60 | |
| 2308368 | 10/31/2011 | 128.90 | |
| 2314995 | 11/10/2011 | 948.90 | |
| 2338737 | 01/30/2012 | 540.40 | |
| 2349783 | 02/29/2012 | 230.00 | |
| 2370651 | 04/30/2012 | 1,752.68 | |
| 2380795 | 05/30/2012 | 9,502.79 | |
| 2392472 | 06/27/2012 | 219.00 | |

Total Outstanding Balance                                    42,461.01

Total Balance Due                                          $ 58,592.40

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/25/2012

Invoice: 2402398
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021        Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/06/12 | B. Rubin | 2.80 | Review and analyze transaction documents in response to client request regarding approval rights (1.6); memo to client regarding same (1.2). |
| 06/06/12 | A. Whiteway | 1.80 | Review credit Agreement and LLC Agreement (1.4); respond to Tribune question regarding bonus payments to employees (.4). |
| 06/11/12 | R. Harris | 0.70 | Review Cubs Holdco LLC Agreement and MLB Rules regarding transfers of equity to affiliates (.3); draft email memorandum to D. Eldersveld regarding same (.4). |
| 06/12/12 | B. Gruemmer | 0.50 | Call with D. Eldersveld regarding questions on media agreements (.3); follow-up regarding same with C. Lin (.2). |
| 06/12/12 | C. Lin | 1.00 | Prepare for and attend telephone conference with client regarding media rights agreement (.5); Review Television and Radio Rights Agreements (.5). |
| 06/15/12 | R. Harris | 0.30 | Draft email memorandum to D. Eldersveld regarding issues regarding transfer of Cubs interest (.2); review MLB rules regarding same (.1). |
| 06/15/12 | C. Lin | 1.60 | Draft memorandum summarizing early-termination provisions under TV and Radio Rights Agreements. |
| 06/17/12 | C. Lin | 0.90 | Revise memorandum regarding early termination rights. |
| 06/18/12 | R. Harris | 0.50 | Review MLB anti-trust complaint (.3); review Formation Agreement regarding indemnity regarding same (.1); correspondence with D. Eldersveld regarding same (.1). |
| 06/19/12 | B. Gruemmer | 1.80 | Reviewing and revising memo on termination provisions of Media Agreement. |
| 06/19/12 | R. Harris | 0.60 | Draft Indemnity Letter to Cubs (.5); review Formation Agreement regarding same (.1). |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:        022182
Invoice:      2402398
Invoice Date:  07/25/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/20/12 | B. Gruemmer | 1.50 | Continuing to review and revise memo on termination rights. |
| 06/20/12 | C. Lin | 1.20 | Revise memorandum regarding early termination provisions. |
| 06/20/12 | C. Parker | 2.10 | Draft letter re tender of complaint to new Cubs (1.3); email correspondence with team re same (.3); review comments and revise letter accordingly (.3); coordinate delivery of letter and complaint to appropriate parties (.2). |
| 06/22/12 | B. Gruemmer | 1.00 | Prepare for and attend call with Tribune on Media Rights Agreement (.6); follow-up with D. Eldersveld and C. Lin regarding same (.4). |
| 06/22/12 | C. Lin | 0.50 | Telephone conference with Tribune regarding media rights agreements. |
| 06/22/12 | C. Parker | 1.20 | Email correspondence with team re Cubs complaint (.3); coordinate delivery of letter to M. Lufrano (.1); conference call with M. Lufrano regarding complaint (.2); various correspondence with team re complaint and strategy with respect thereto (.6). |
| 06/25/12 | R. Harris | 0.20 | Review Cubs ownership disclosure to MLB. |
| 06/25/12 | C. Lin | 0.50 | Draft non-disclosure agreement for media rights discussion. |
| 06/26/12 | C. Lin | 0.50 | Revise confidentiality agreement. |
| 06/27/12 | C. Lin | 1.20 | Revise confidentiality agreement. |
| 06/28/12 | C. Lin | 0.80 | Revise Non-Disclosure Agreement (.6); Telephone conference with D. Eldersveld regarding same (.2). |
| 06/29/12 | C. Parker | 0.30 | Telephone calls with each of M. Lufrano and K. Kansa regarding open issues. |

| | **Total Hours** | **23.50** | **Total For Services** | **$16,076.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| B. Gruemmer | 4.80 | 840.00 | 4,032.00 |
| R. Harris | 2.30 | 640.00 | 1,472.00 |
| C. Lin | 8.20 | 595.00 | 4,879.00 |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client: 022182
Invoice: 2402398
Invoice Date: 07/25/2012

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C. Parker | 3.60 | 365.00 | 1,314.00 |
| B. Rubin | 2.80 | 995.00 | 2,786.00 |
| A. Whiteway | 1.80 | 885.00 | 1,593.00 |
| **Totals** | **23.50** | | **$16,076.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 06/20/12 | Express Mail <br> FedEx #793274737 - 473762061201, CHICAGO | 11.54 |
| 06/20/12 | Express Mail <br> FedEx #793274737 - 473762061212, DENVER | 22.18 |
| 06/20/12 | Express Mail <br> FedEx #793274737 - 473762061223, MILWAUKEE | 11.77 |
| 06/20/12 | Photocopy <br> Device 01CHI08C. | 0.20 |
| 06/20/12 | Photocopy <br> Device 01CHI08C. | 0.30 |
| 06/22/12 | Photocopy <br> Device 01CHI29C. | 9.40 |

**Total Costs and Other Charges** $55.39

**Total This Invoice** $16,131.39

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2402398

07/25/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| B. Gruemmer | 4.80 | 840.00 | 4,032.00 |
| R. Harris | 2.30 | 640.00 | 1,472.00 |
| C. Lin | 8.20 | 595.00 | 4,879.00 |
| C. Parker | 3.60 | 365.00 | 1,314.00 |
| B. Rubin | 2.80 | 995.00 | 2,786.00 |
| A. Whiteway | 1.80 | 885.00 | 1,593.00 |
| **Totals** | **23.50** | | **$16,076.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402400 |
| Invoice Date: | 07/25/2012 |

## Remittance Copy
### Billing for services rendered through 06/30/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0524 Cast TV | $ 383.50 | |
| Total Services | | $ 383.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 383.50** |

| Invoice | Date | |
|---|---|---|
| 2193806 | 11/19/2010 | 119.97 |
| 2200568 | 12/08/2010 | 119.97 |
| 2245694 | 04/29/2011 | 195.10 |
| 2254099 | 05/23/2011 | 252.20 |
| 2392475 | 06/27/2012 | 1,698.00 |
| Total Outstanding Balance | | 2,385.24 |
| Total Balance Due | | $ 2,768.74 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2402400
Invoice Date:  07/25/2012

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402400 |
| Invoice Date: | 07/25/2012 |

## Client Copy
### Billing for services rendered through 06/30/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0524 Cast TV | $ 383.50 | |
| Total Services | | $ 383.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 383.50** |

| Invoice | Date | |
|---|---|---|
| 2193806 | 11/19/2010 | 119.97 |
| 2200568 | 12/08/2010 | 119.97 |
| 2245694 | 04/29/2011 | 195.10 |
| 2254099 | 05/23/2011 | 252.20 |
| 2392475 | 06/27/2012 | 1,698.00 |

| | |
|---|---|
| Total Outstanding Balance | 2,385.24 |
| Total Balance Due | $ 2,768.74 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/25/2012

Invoice: 2402400
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0524          Cast TV

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/04/12 | R. Harris | 0.20 | Review Purchase Agreement regarding issues regarding payment of Milestone Amount (.1); email correspondence with D. Kazan and D. Eldersveld regarding same (.1). |
| 06/15/12 | C. Parker | 0.70 | Review payment schedule (.4); office conference with R. Harris regarding same (.1); email correspondence with D. Kazan re discrepancy in payment schedule (.2). |

|  | **Total Hours** | **0.90** |  | **Total For Services** | **$383.50** |
|--|--|--|--|--|--|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 0.20 | 640.00 | 128.00 |
| C. Parker | 0.70 | 365.00 | 255.50 |
| **Totals** | **0.90** |  | **$383.50** |
|  |  | **Total This Invoice** | **$383.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402401 |
| Invoice Date: | 07/25/2012 |

---

## Remittance Copy
**Billing for services rendered through 06/30/2012**

---

Total by Matter
    0527 2009 Audit                      $ 174,091.09

Total Services                           $ 164,511.50

Total Costs and Other Charges Posted Through Billing Period       9,579.59

**Total This Invoice**                           **$ 174,091.09**

| Invoice | Date | |
|---|---|---|
| 2245697 | 04/29/2011 | 78,639.60 |
| 2254101 | 05/23/2011 | 57,373.50 |
| 2268392 | 06/30/2011 | 46,232.00 |
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |
| 2297306 | 09/30/2011 | 32,819.00 |
| 2308371 | 10/31/2011 | 20,943.30 |
| 2314998 | 11/10/2011 | 583.70 |
| 2329293 | 12/21/2011 | 563.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2402401
Invoice Date:   07/25/2012

| Invoice | Date | |
|---------|------|---|
| 2338733 | 01/30/2012 | 1,645.60 |
| 2349842 | 02/29/2012 | 66,149.92 |
| 2360522 | 03/29/2012 | 85,574.00 |
| 2370653 | 04/30/2012 | 129,703.89 |
| 2380796 | 05/30/2012 | 22,916.00 |
| 2392476 | 06/27/2012 | 93,262.95 |

Total Outstanding Balance                 719,291.46

Total Balance Due                        $ 893,382.55

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402401 |
| Invoice Date: | 07/25/2012 |

## Client Copy
### Billing for services rendered through 06/30/2012

Total by Matter
    0527 2009 Audit      $ 174,091.09

| | |
|---|---|
| Total Services | $ 164,511.50 |
| Total Costs and Other Charges Posted Through Billing Period | 9,579.59 |
| **Total This Invoice** | **$ 174,091.09** |

| Invoice | Date | |
|---|---|---|
| 2245697 | 04/29/2011 | 78,639.60 |
| 2254101 | 05/23/2011 | 57,373.50 |
| 2268392 | 06/30/2011 | 46,232.00 |
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |
| 2297306 | 09/30/2011 | 32,819.00 |
| 2308371 | 10/31/2011 | 20,943.30 |
| 2314998 | 11/10/2011 | 583.70 |
| 2329293 | 12/21/2011 | 563.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2402401
Invoice Date:  07/25/2012

| Invoice | Date | |
|---------|------|---|
| 2338733 | 01/30/2012 | 1,645.60 |
| 2349842 | 02/29/2012 | 66,149.92 |
| 2360522 | 03/29/2012 | 85,574.00 |
| 2370653 | 04/30/2012 | 129,703.89 |
| 2380796 | 05/30/2012 | 22,916.00 |
| 2392476 | 06/27/2012 | 93,262.95 |

Total Outstanding Balance                        719,291.46

Total Balance Due                              $ 893,382.55

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/25/2012

Invoice: 2402401
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0527          2009 Audit

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/01/12 | R. Greenhouse | 0.50 | Meeting with B. Rubin to review IRS Statement of facts. |
| 06/01/12 | B. Rubin | 2.60 | Review and comment and IDR (.9); conferences with co-counsel regarding response (1.3); correspondence with client regarding follow-up issues (.4). |
| 06/01/12 | A. Whiteway | 1.70 | Meeting with co-counsel to discuss response to IDR (.8); draft response (.9) |
| 06/04/12 | R. Greenhouse | 1.50 | Review bankruptcy rules and draft response to IDR regarding Chapter 7. |
| 06/04/12 | A. Whiteway | 3.40 | Preparation for and attending conference with Alvarez and Marsal regarding litigation trust claim transfer valuation process (3.4). |
| 06/05/12 | B. Rubin | 2.90 | Review and comment on draft IDR response (1.6); conference with co-counsel regarding same (.6); conference calls with IRS National Office regarding same (.7). |
| 06/05/12 | A. Whiteway | 0.60 | Review and revise IDR response. |
| 06/06/12 | R. Greenhouse | 0.50 | Review and edit response to IDR. |
| 06/06/12 | B. Rubin | 2.40 | Review Board materials regarding bid process for response to IDR (1.3); prepare IDR response (1.1). |
| 06/06/12 | A. Whiteway | 1.20 | Review and revise IDR response. |
| 06/06/12 | J. Finkelstein | 3.60 | Conference with co-counsel regarding bankruptcy status memo (.3); research and draft bankruptcy status memo (3.3). |
| 06/07/12 | B. Rubin | 2.40 | Conference with co-counsel regarding submission to IRS National Office (.8); begin preparing draft submission (1.6). |
| 06/07/12 | J. Finkelstein | 4.70 | Research and analysis regarding guarantee priority issue (2.8); draft memo to IRS regarding same (1.9). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2402401
Invoice Date:  07/25/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/08/12 | R. Greenhouse | 1.50 | Prepare for and attend call with Ricketts counsel. |
| 06/08/12 | B. Rubin | 2.70 | Prepare draft letter to IRS National Office (1.4); preparation for and conference call with Foley regarding Summons issues (1.3). |
| 06/08/12 | A. Whiteway | 1.30 | Preparation for and telephone conference with Foley re Ricketts interview preparation. |
| 06/08/12 | J. Finkelstein | 4.90 | Research and analysis regarding guarantee priority issue (2.1); draft memo to IRS regarding same (2.8). |
| 06/09/12 | J. Finkelstein | 3.80 | Research and analysis regarding guarantee priority issue (2.9); draft memo to IRS regarding same (.9). |
| 06/10/12 | J. Finkelstein | 2.90 | Research and analysis regarding guarantee priority issue (1.1); draft memo to IRS regarding same (1.8). |
| 06/11/12 | N. Hazan | 0.70 | Call with Jon Finkelstein regarding priorities of claim and relation between sections 503(b) and 507 (.4); review code re same (.3). |
| 06/11/12 | B. Rubin | 5.40 | Draft letter to IRS (2.8); research and analysis in connection with same (2.6). |
| 06/11/12 | J. Finkelstein | 6.30 | Research and analysis regarding guarantee priority issue and draft memo to IRS regarding same (4.1); various conferences with co-counsel regarding guarantee priority memo (2.2). |
| 06/12/12 | R. Greenhouse | 1.30 | Review draft letter regarding guarantee (.8); review bankruptcy provisions regarding same (.2); discuss same with J. Finkelstein (.3). |
| 06/12/12 | N. Hazan | 3.10 | Review letter from Jon Finkelstein regarding Cubs guarantees obligation (0.40); review revised letter sent by B. Rubin regarding same (0.40); correct bankruptcy portion of letter (1.20); call to Jon Finkelstein re comments (0.70); review final memo (0.40). |
| 06/12/12 | P. McCurry | 0.20 | Correspondences with team regarding production of Tribune Guaranties (0.2). |
| 06/12/12 | B. Rubin | 7.30 | Review and edit memo to IRS National Office (3.3); research and anlaysis in connection with same (2.6); various conferences with co-counsel to coordinate comments (1.4). |
| 06/12/12 | A. Whiteway | 2.10 | Review and comment on letter to IRS regarding status in Bankruptcy (1.9); correspondence with co-counsel re guarantees sent to IRS in response to IDRs (.2) |

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
|---|---|---|---|
| | | Invoice: | 2402401 |
| | | Invoice Date: | 07/25/2012 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/12/12 | J. Finkelstein | 4.60 | Research and analysis regarding guarantee priority issue and draft memo to IRS regarding same (4.6). |
| 06/12/12 | Q. McElhaney | 1.20 | Attention to issue regarding specific documents produced to the IRS. |
| 06/14/12 | R. Greenhouse | 1.00 | Review Ricketts documents to prepare for IRS interview. |
| 06/14/12 | N. Hazan | 2.00 | Review letter to IRS (with comments from Sidley and B. Rubin's comments) and voicemail from B. Rubin regarding same (1.6); Review portions of plan and disclosure statement to determine recovery and priority regarding secured claims (.4). |
| 06/14/12 | B. Rubin | 5.60 | Review and analyze valuation deck (.9); conference with co-counsel regarding comments (.6); review and analyze Sidley comments regarding same (.9); research and analysis for memo (.6); revise draft memo (2.2); correspondence with clients regarding same (.4). |
| 06/14/12 | A. Whiteway | 2.90 | Revise letter to IRS. |
| 06/14/12 | J. Finkelstein | 6.60 | Prepare for and attend conference call with Tribune regarding guarantee priority memo (1.0); research regarding priority issue and revise memo (4.4); review Sidley comments to guarantee priority memo and conference with Sidley regarding same (1.2). |
| 06/15/12 | R. Greenhouse | 0.50 | Review revised letter to IRS regarding Guarantee. |
| 06/15/12 | B. Rubin | 2.60 | Discuss comments on IRS letter with Sidley and clients (1.1); additional correspondence with Sidley and clients regarding same (.9); review financial statements in connection with same (.6). |
| 06/15/12 | A. Whiteway | 2.20 | Revise letter to IRS regarding guarantee priority in bankruptcy (1.3); correspondence with client regarding letter to IRS regarding guarantee priority in bankruptcy (.9). |
| 06/15/12 | J. Finkelstein | 1.60 | Correspondence with team regarding guarantee priority memo (.6); review revised memo (1.0). |
| 06/18/12 | B. Rubin | 2.60 | Review and analyze financial statements (.6); conference with Sidley and client regarding letter to IRS (.8); correspondence with client regarding same (.6); revise letter (.6). |
| 06/18/12 | A. Whiteway | 4.60 | Review and revise letter to IRS regarding guaranty and bankruptcy and incorporate comments from client and |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2402401
Invoice Date:  07/25/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | co-counsel (3.9); telephone IRS regarding transmittal of letter regarding guaranty (.7). |
| 06/18/12 | J. Finkelstein | 1.70 | Review comments to guaranty priority memo and review revised memo. |
| 06/19/12 | R. Greenhouse | 0.30 | Advice to B. Rubin on Exam procedures. |
| 06/20/12 | B. Rubin | 0.40 | Prepare for and attend telephone calls to IRS National Office regarding letter (.4). |
| 06/20/12 | A. Whiteway | 2.10 | Telephone IRS regarding letter regarding bankruptcy (.2); revise IDR response (1.9). |
| 06/21/12 | B. Rubin | 1.60 | Conference call with clients regarding IDR responses (.4); review and revise responses (.8); correspondence with client regarding same (.4). |
| 06/21/12 | A. Whiteway | 2.40 | Telephone IRS regarding letter regarding bankruptcy (.4); revise IDR response (1.8); correspondence from client regarding IDR response (.2). |
| 06/21/12 | J. Finkelstein | 1.30 | Correspondence with IRS National Office regarding bankruptcy priority memo (.3); discuss same with co-counsel (.3); review revised IDR response and Tribune comments thereto (.7). |
| 06/22/12 | B. Rubin | 0.60 | Conference call with IRS regarding bankruptcy issues (.6). |
| 06/25/12 | R. Greenhouse | 1.50 | Prepare for meeting with T. Ricketts regarding summons issue (.4); draft topics for witness preparation and discuss with A. Whiteway (1.1). |
| 06/25/12 | B. Rubin | 2.70 | Conference calls and correspondence with client regarding responses to IDR (1.3); preparation for meeting with Mr. Ricketts and Foley regarding Summons response (1.4). |
| 06/25/12 | A. Whiteway | 3.60 | Revise IRS IDR response (2.4); correspondence with client regarding IDR response (.4); telephone conference with client regarding IDR response (.4); review and comment on proposed correspondence with IRS regarding IDR (.4). |
| 06/26/12 | R. Greenhouse | 8.00 | Preparation for meeting with T. Ricketts, Foley counsel, B. Rubin, A. Whiteway and client regarding IRS interview. |
| 06/26/12 | B. Rubin | 5.20 | Preparation for and meeting in Chicago with Mr. Ricketts, clients and Foley in Chicago regarding |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2402401 |
| Invoice Date: | 07/25/2012 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | preparation for IRS interview (5.2). |
| 06/26/12 | A. Whiteway | 4.90 | Preparation for and meeting with Foley to prepare witness for IRS interview (4.9). |
| 06/27/12 | R. Greenhouse | 0.50 | Review IRS interview document list. |
| 06/27/12 | B. Rubin | 3.50 | Correspondence with Foley regarding Summons issues (.6); correspondence with client regarding National Office response (.9); prepare documents referenced by IRS for client (.6); review and analyze documents referenced by IRS (1.4). |
| 06/27/12 | A. Whiteway | 1.90 | Review and analysis of document list from IRS (.9); correspondence with client regarding IRS interview (.3); correspondence with Foley regarding IRS interview (.7). |
| 06/28/12 | R. Greenhouse | 8.00 | Review Rickett's interview telephone call with client (.9); prepare for and attend telephone call with P. Goldberg regarding interview (1.5); preparation for interview (5.6). |
| 06/28/12 | B. Rubin | 4.10 | Conference call with client regarding Ricketts testimony (.9); conference call with Foley regarding testimony (.6); review documents designated by IRS (1.8); correspondence with Foley and clients regarding same (.8). |
| 06/28/12 | A. Whiteway | 2.60 | Review and analysis of documents to be reviewed in interview (1.2); telephone conference with client and Mr. Goldberg regarding preparation for interview (1.4). |
| 06/28/12 | J. Finkelstein | 0.40 | Review documents to be discussed at Ricketts interview and conference with Tribune regarding same (.4). |
| 06/29/12 | R. Greenhouse | 10.00 | Prepare for and attend IRS Interview of T. Ricketts. |
| 06/29/12 | B. Rubin | 4.70 | Prepare for and attend deposition in Chicago (3.4); conference with client regarding follow up issues and status (1.3). |
| 06/29/12 | A. Whiteway | 4.70 | Prepare for and attend deposition in Chicago (3.4); conference with client regarding follow up issues and status (1.3). |

| | | | |
|---|---|---|---|
| **Total Hours** | **186.20** | **Total For Services** | **$164,511.50** |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2402401
Invoice Date:  07/25/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| J. Finkelstein | 42.40 | 765.00 | 32,436.00 |
| R. Greenhouse | 35.10 | 900.00 | 31,590.00 |
| N. Hazan | 5.80 | 645.00 | 3,741.00 |
| P. McCurry | 0.20 | 500.00 | 100.00 |
| Q. McElhaney | 1.20 | 245.00 | 294.00 |
| B. Rubin | 59.30 | 995.00 | 59,003.50 |
| A. Whiteway | 42.20 | 885.00 | 37,347.00 |
| **Totals** | **186.20** | | **$164,511.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 05/30/12 | Computer Hosting Fees | 9,147.00 |
| | May monthly charge for data storage and hosting, Relativity Hosting, 304.9 GBs. | |
| 06/26/12 | Travel Expenses | 2.99 |
| | Meeting with Client | |
| 06/26/12 | Travel Expenses | 429.60 |
| | Meeting with Client | |

**Total Costs and Other Charges**      **$9,579.59**

**Total This Invoice**      **$174,091.09**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402402 |
| Invoice Date: | 07/25/2012 |

---

## Remittance Copy
### Billing for services rendered through 06/30/2012

---

0535 Block Shopper/Journatic

| | |
|---|---|
| Total Services | $ 704.00 |
| Total Costs and Other Charges Posted Through Billing Period | 16.70 |
| **Total This Invoice** | **$ 720.70** |

| Invoice | Date | |
|---|---|---|
| 2349844 | 02/29/2012 | 5,326.70 |
| 2360524 | 03/29/2012 | 16,929.20 |
| 2370655 | 04/30/2012 | 77,518.70 |
| 2380797 | 05/30/2012 | 28,284.03 |
| 2392477 | 06/27/2012 | 5,269.29 |

| | |
|---|---|
| Total Outstanding Balance | 133,327.92 |
| Total Balance Due | $ 134,048.62 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402402 |
| Invoice Date: | 07/25/2012 |

## Client Copy
### Billing for services rendered through 06/30/2012

0535 Block Shopper/Journatic

| | |
|---|---|
| Total Services | $ 704.00 |
| Total Costs and Other Charges Posted Through Billing Period | 16.70 |
| **Total This Invoice** | **$ 720.70** |

| Invoice | Date | | |
|---|---|---|---|
| 2349844 | 02/29/2012 | 5,326.70 | |
| 2360524 | 03/29/2012 | 16,929.20 | |
| 2370655 | 04/30/2012 | 77,518.70 | |
| 2380797 | 05/30/2012 | 28,284.03 | |
| 2392477 | 06/27/2012 | 5,269.29 | |
| Total Outstanding Balance | | | 133,327.92 |
| Total Balance Due | | | $ 134,048.62 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/25/2012

Invoice: 2402402
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0535        Block Shopper/Journatic

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/10/12 | R. Harris | 0.80 | Review Journatic LLC Agreement regarding affiliate transfers (.4); review Cubs Holdco LLC Agreement regarding affiliate transfers (.4). |
| 06/14/12 | R. Harris | 0.30 | Review Journatic LLC Agreement regarding transfer issues (.2); review Cubs LLC Agreement regarding same (.1). |

| | **Total Hours** | **1.10** | **Total For Services** | **$704.00** |
|--|--|--|--|--|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 1.10 | 640.00 | 704.00 |
| **Totals** | **1.10** | | **$704.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Express Mail | 16.00 |
| Photocopy | 0.70 |
| **Total Costs and Other Charges** | **$16.70** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402403 |
| Invoice Date: | 07/25/2012 |

---

## Remittance Copy
### Billing for services rendered through 06/30/2012

---

Total by Matter
    0507 Newsday                             $ 3,951.60
    Client/Reference Number: 0000001849

Total Services                                    $ 2,637.50

Total Costs and Other Charges Posted Through Billing Period      1,314.10

**Total This Invoice**                                      **$ 3,951.60**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402403 |
| Invoice Date: | 07/25/2012 |

## Client Copy
**Billing for services rendered through 06/30/2012**

Total by Matter
    0507 Newsday                                        $ 3,951.60
    Client/Reference Number: 0000001849

Total Services                                                $ 2,637.50

Total Costs and Other Charges Posted Through Billing Period          1,314.10

**Total This Invoice**                                      **$ 3,951.60**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/25/2012

Invoice: 2402403
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/04/12 | A. Whiteway | 0.40 | Review correspondence regarding lease termination provisions (.4). |
| 06/04/12 | J. Finkelstein | 0.60 | Review lease termination provisions (.3); correspondence with D. Eldersveld regarding same (.3). |
| 06/05/12 | B. Rubin | 1.30 | Review and comment on slide deck (1.3). |
| 06/05/12 | A. Whiteway | 0.60 | Review materials from Board presentation regarding CVC (.60). |

|  | **Total Hours** | **2.90** | **Total For Services** | **$2,637.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Finkelstein | 0.60 | 765.00 | 459.00 |
| B. Rubin | 1.30 | 995.00 | 1,293.50 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2402403
Invoice Date: 07/25/2012

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Whiteway | 1.00 | 885.00 | 885.00 |
| **Totals** | **2.90** | | **$2,637.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 05/30/12 | Computer Hosting Fees<br>May monthly charge for data storage and hosting, Relativity<br>Hosting, 154.6 GBs. | 1,314.10 |

**Total Costs and Other Charges**    **$1,314.10**

**Total This Invoice**    **$3,951.60**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402404 |
| Invoice Date: | 07/25/2012 |

## Remittance Copy
### Billing for services rendered through 06/30/2012

Total by Matter
    0512 LA Times $ 5,325.00
    Client/Reference Number: 0000001854

Total Services          $ 5,325.00

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**      **$ 5,325.00**

| Invoice | Date | |
|---|---|---|
| 2276802 | 07/28/2011 | 502.90 |

Total Outstanding Balance      502.90

Total Balance Due      $ 5,827.90

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2402404 |
| Invoice Date: | 07/25/2012 |

## Client Copy
### Billing for services rendered through 06/30/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0512 LA Times | $ 5,325.00 | |
| Client/Reference Number: 0000001854 | | |
| | | |
| Total Services | | $ 5,325.00 |
| | | |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| | | |
| **Total This Invoice** | | **$ 5,325.00** |

| Invoice | Date | | |
|---|---|---|---|
| 2276802 | 07/28/2011 | 502.90 | |
| | | | |
| Total Outstanding Balance | | | 502.90 |
| | | | |
| Total Balance Due | | | $ 5,827.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/25/2012

Invoice: 2402404
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0512          LA Times
                      Client/Reference Number: 0000001854

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/22/12 | M. Lee | 0.20 | Emails with S. Karottki regarding LA Times transaction (.1); telephone call to S. Karottki regarding same (.1). |
| 06/24/12 | M. Lee | 0.30 | Emails with S. Karottki regarding HDS agreement (.2); telephone conference with S. Karottki regarding same (.1). |
| 06/25/12 | M. Lee | 7.00 | Multiple emails with J. Xanders regarding HDS license and service agreement (.9); review and analysis of HDS license and service agreement (2.6); multiple revisions to HDS license and service agreement (2.2); prepare for and attend conference call with J. Xanders and R. Newton regarding same (1.3). |

|  | **Total Hours** | **7.50** | **Total For Services** | **$5,325.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Lee | 7.50 | 710.00 | 5,325.00 |
| **Totals** | **7.50** |  | **$5,325.00** |
|  | **Total This Invoice** |  | **$5,325.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2405023 |
| Invoice Date: | 07/31/2012 |

---

## Remittance Copy
### Billing for services rendered through 07/31/2012

---

Total by Matter
    0047 ESOP                                    $ 3,936.00
    Client/Reference Number: 0000001574

Total Services                                             $ 3,936.00

Total Costs and Other Charges Posted Through Billing Period       0.00

**Total This Invoice**                                      **$ 3,936.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2405023 |
| Invoice Date: | 07/31/2012 |

---

## Client Copy
### Billing for services rendered through 07/31/2012

---

Total by Matter
  0047 ESOP                                               $ 3,936.00
  Client/Reference Number: 0000001574

Total Services                                                      $ 3,936.00

Total Costs and Other Charges Posted Through Billing Period               0.00

**Total This Invoice**                                              **$ 3,936.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/31/2012

Invoice: 2405023
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/05/12 | P. Compernolle | 0.50 | Review GreatBank request relating to stock collateral or loan. |
| 06/05/12 | W. Merten | 0.10 | Review email from GreatBank regarding need for collateral confirmation. |
| 06/07/12 | P. Compernolle | 0.60 | Email to M. Bourgon regarding security interest in stock certificate. |
| 06/12/12 | P. Compernolle | 0.80 | Review plan of bankruptcy regarding ESOP. |
| 06/12/12 | W. Merten | 0.20 | Telephone call from Paul Compernolle regarding ESOP termination (.1).  Review email from Paul regarding same (.1). |
| 06/13/12 | S. Schaefer | 0.60 | Review of settlement agreement and acts required for ESOP related thereto. |
| 06/14/12 | P. Compernolle | 0.80 | Review plan of reorganization regarding ESOP termination. |
| 06/14/12 | S. Schaefer | 0.70 | Review bankruptcy settlement provisions regarding ESOP (.4); discussed same with Paul Compernolle (.3). |
| 06/15/12 | P. Compernolle | 0.30 | Review correspondence from team relating to ESOP stock and company's security interest. |
| 06/18/12 | W. Merten | 0.20 | Analysis regarding termination of ESOP and related timing. |

|   | **Total Hours** | **4.80** | **Total For Services** | **$3,936.00** |
|---|---|---|---|---|

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2405023
Invoice Date:  07/31/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 3.00 | 820.00 | 2,460.00 |
| W. Merten | 0.50 | 820.00 | 410.00 |
| S. Schaefer | 1.30 | 820.00 | 1,066.00 |
| **Totals** | **4.80** | | **$3,936.00** |
| | | **Total This Invoice** | **$3,936.00** |