# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) Objection Deadline: October 10, 2012 at 4:00 p.m. |
|  | ) Hearing Date: N/A |

## FORTY-FOURTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD AUGUST 1, 2012 THROUGH AUGUST 31, 2012

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Authorized to provide professional services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | February 13, 2009 effective as of December 8, 2008 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-8862741v1

| | |
|---|---|
| Period for which compensation and reimbursement are sought: | August 1, 2012 through August 31, 2012 |
| Amount of compensation sought as actual, reasonable, and necessary: | $ 1,032,102.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $     7,968.31 |

This is an:   _X_ monthly   ___ interim   ___ final application.

Requested Payment Amount:

| | |
|---|---|
| Fees at 80% | $825,681.60 |
| Expenses at 100% | $   7,968.31 |
| Total: | $833,649.91 |

**Prior Applications**

| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 3/20/09 [558] | 12/8/2008 through 1/31/2009 | $1,750,295.00 | $8,959.29 | 4/15/09 [1026] | $1,400,556.00 | $8,959.29 | $350,139.00 |
| 4/3/2009 [858] | 2/1/2009 through 2/28/2009 | $1,061,861.00 | $17,085.39 | 4/29/09 [1106] | $ 849,488.80 | $17,085.39 | $212,372.20 |
| 4/29/2009 [1115] | 3/1/2009 through 3/31/2009 | $1,294,259.00 | $10,403.66 | 5/22/09 [1227] | $1,035,407.20 | $10,403.66 | $258,851.80 |
| 6/5/2009 [1301] | 4/1/2009 through 4/30/2009 | $1,068,295.00 | $10,099.00 | 6/30/09 [1666] | $854,636.00 | $10,099.00 | $213,659.00 |
| 7/7/2009 [1691] | 5/1/2009 through 5/31/2009 | $701,658.50 | $6,207.84 | 7/30/09 [1870] | $561,326.80 | $6,207.84 | $140,331.70 |
| 8/17/2009 [1969] | 6/1/2009 through 6/30/2009 | $646,794.00 | $7,002.20 | 9/11/09 [2108] | $517,435.20 | $7,002.20 | $129,358.80 |
| 9/8/2009 [2102] | 7/1/2009 through 7/31/2009 | $700,890.00 | $7,170.36 | 10/1/09 [2257] | $560,712 | $7,170.36 | $140,178.00 |
| 9/25/2009 [2228] | 8/1/2009 through 8/31/2009 | $598,529.50 | $1,976.25 | 10/19/09 [2384] | $478,823.60 | $1,976.25 | $119,705.90 |
| 11/6/2009 [2512] | 9/1/2009 through 9/30/2009 | $528,887.50 | $3,204.71 | 12/2/09 [2716] | $423,110.00 | $3,204.71 | $105,777.50 |
| 1/4/2010 [3007] | 10/1/2009 through 10/31/2009 | $608,070.00 | $1,671.19 | 1/27/10 [3245] | $486,456.00 | $1,671.19 | $121,614.00 |
| 1/4/2010 [3007] | 11/1/2009 through 11/30/2009 | $492,073.00 | $439.83 | 2/4/10 [3312] | $393,658.40 | $439.83 | $98,414.60 |
| 2/19/2010 [3508] | 12/1/2009 through 12/31/2009 | $416,743.50 | $2,519.25 | 3/12/10 [3721] | $333,394.40 | $2,519.25 | $83,348.70 |
| 3/16/2010 [3742] | 1/1/2010 through 1/31/2010 | $615,510.50 | $3,992.56 | 4/8/10 [3972] | $492,408.40 | $3,992.56 | $123,102.10 |
| 4/9/2010 [3985] | 2/1/2010 through 2/28/2010 | $652,673.50 | $928.17 | 5/4/10 [4232] | $522,138.80 | $928.17 | $130,534.70 |
| 5/18/2010 [4461] | 3/1/2010 through 3/31/2010 | $594,072.50 | $1,057.12 | 6/11/10 [4762] | $475,258.00 | $1,057.12 | $118,814.50 |

3

| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 6/7/2010 [4713] | 4/1/2010 through 4/30/2010 | $409,024.50 | $760.77 | 6/30/10 [4917] | $327,219.60 | $760.77 | $ 81,804.90 |
| 7/6/2010 [4940] | 5/1/2010 through 5/31/2010 | $491,264.00 | $2,782.68 | 7/29/10 [5196] | $393,011.20 | $2,782.68 | $ 98,252.80 |
| 8/6/2010 [5293] | 6/1/2010 through 6/30/2010 | $490,411.00 | $98.19 | 9/14/10 [5691] | $392,328.80 | $98.19 | $ 98,082.20 |
| 9/3/2010 [5621] | 7/1/2010 through 7/31/2010 | $552,841.00 | $252.00 | 9/27/10 [5818] | $442,272.80 | $252.00 | $110,568.20 |
| 9/24/2010 [5807] | 8/1/2010 through 8/31/2010 | $544,134.50 | $684.40 | 10/18/10 [6001] | $435,307.60 | $684.40 | $108,826.90 |
| 12/9/2010 [7123] | 9/1/2010 through 9/30/2010 | $402,037.00 | $182.56 | 12/30/10 [7354] | $321,629.60 | $182.56 | $80,407.40 |
| 12/29/2010 [7342] | 10/1/2010 through 10/31/2010 | $542,540.00 | $3,907.37 | 1/21/11 [7596] | $434,032.00 | $3,907.37 | $108,508.00 |
| 1/13/2011 [7485] | 11/1/2010 through 11/30/2010 | $623,114.00 | $2,923.36 | 2/4/11 [7797] | $498,491.20 | $2,923.36 | $124,622.80 |
| 2/14/2011 [7946] | 12/1/2010 through 12/31/2010 | $426,057.00 | $3,893.36 | 3/10/11 [8340] | $340,845.60 | $3,893.36 | $85,211.40 |
| 3/9/2011 [8329] | 1/1/2011 through 1/31/2011 | $562,805.00 | $54.16 | 3/31/11 [8534] | $450,244.00 | $54.16 | $112,561.00 |
| 4/8/2011 [8605] | 2/1/2011 through 2/28/2011 | $591,536.00 | $1,080.48 | 5/2/11 [8816] | $473,223.80 | $1,080.48 | $118,307.20 |
| 5/16/2011 [8918] | 3/1/2011 through 3/30/2011 | $575,767.50 | $15,410.55 | 6/8/11 [9204] | $460,614.00 | $15,410.55 | $115,153.50 |
| 6/15/2011 [9252] | 4/1/2011 through 4/30/2011 | $340,489.00 | $2,723.55 | 7/8/11 [9442] | $272,391.20 | $2,723.55 | $68,097.80 |
| 7/13/2011 [9456] | 5/1/2011 through 5/31/2011 | $332,825.50 | $84.00 | 8/3/11 [9604] | $266,260.40 | $84.00 | $66,565.10 |
| 8/4/2011 [9611] | 6/1/2011 through 6/30/2011 | $337,235.50 | $590.10 | 8/26/11 [9721] | $269,788.40 | $590.10 | $67,447.10 |
| 8/26/2011 [9720] | 7/1/2011 through 7/31/2011 | $306,612.50 | $889.79 | 9/20/11 [9796] | $245,290.00 | $889.79 | $61,322.50 |

| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 9/20/2011 [9794] | 8/1/2011 through 8/31/2011 | $300,407.00 | $30.00 | 10/13/11 [9971] | $240,325.60 | $30.00 | $60,081.40 |
| 11/9/2011 [10183] | 9/1/2011 through 9/30/2011 | $269,440.00 | $15.02 | 12/1/11 [10339] | $215,552.00 | $15.02 | $53,888.00 |
| 12/15/2011 [10457] | 10/1/2011 through 10/31/2011 | $269,196.00 | $453.43 | 1/9/11 [10565] | $215,356.80 | $453.43 | $53,839.20 |
| 1/12/2012 [10600] | 11/1/2011 through 11/30/2011 | $419,550.00 | $1,193.11 | 3/22/12 [11221] | $335,640.00 | $1,193.11 | $83,910.00 |
| 2/16/2012 [10947] | 12/1/2011 through 12/31/2011 | $317,406.50 | $516.00 | 3/9/12 [11131] | $253,924.80 | $516.00 | $63,481.30 |
| 3/20/2012 [11191] | 1/1/2012 through 1/31/2012 | $391,500.00 | $519.26 | 4/12/12 [11360] | $313,200.00 | $519.26 | $94,684.70 |
| 4/11/2012 [11353] | 2/1/2012 through 2/29/2012 | $378,738.80 | $155.00 | 5/3/12 [11533] | $302,991.04 | $155.00 | $94,684.70 |
| 5/15/2012 [11613] | 3/1/2012 through 3/31/2012 | $441,063.00 | $1,719.24 | 6/6/12 [11762] | $352,850.40 | $1,719.24 | $88,212.60 |
| 6/15/2012 [11822] | 4/1/2012 through 4/30/2012 | $477,560.00 | $1,377.28 | 7/10/12 [11983] | $382,048.00 | $1,377.28 | $95,512.00 |
| 7/13/2012 [12027] | 5/1/2012 through 5/31/2012 | $719,488.00 | $899.42 | 8/6/12 [12196] | $575,590.40 | $899.42 | $143,897.60 |
| 8/21/2012 [12310] | 6/1/2012 through 6/30/2012 | $894,431.00 | $13,637.64 | 9/13/12 [12421] | $715,544.80 | $13,637.64 | $178,886.20 |
| 9/6/2012 [12389] | 7/1/2012 through 7/31/2012 | $1,073,346.50 | $509.27 | Obj. due 9/26/12 | Pending | Pending | $214,669.30 |

46429/0001-8862741v1

*AUGUST 1, 2012 THROUGH AUGUST 31, 2012*

## SUMMARY OF TIME & FEES BY PROFESSIONAL

**A&M STAFF**

| Name of Professional | Position | Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| *Restructuring* | | | | |
| Ethan Cohen-Cole | Managing Director | $875 | 10.5 | $9,187.50 |
| Brian Whittman | Managing Director | $700 | 164.4 | $115,080.00 |
| Laureen Ryan | Managing Director | $700 | 83.1 | $58,170.00 |
| Mark Spittell | Senior Director | $790 | 0.2 | $158.00 |
| Justin Schmaltz | Senior Director | $600 | 119.3 | $71,580.00 |
| John Forte | Senior Director | $575 | 89.4 | $51,405.00 |
| Richard Stone | Director | $500 | 200.6 | $100,300.00 |
| Michael Hagenaar | Director | $450 | 71.7 | $32,265.00 |
| Mark Zeiss | Director | $450 | 17.8 | $8,010.00 |
| Jodi Ehrenhofer | Director | $425 | 152.0 | $64,600.00 |
| Bradley Boudouris | Manager | $425 | 92.2 | $39,185.00 |
| Damon Busse | Manager | $425 | 112.7 | $47,897.50 |
| Matthew Frank | Sr. Associate | $425 | 117.2 | $49,810.00 |
| Prasant Gondipalli | Sr. Associate | $425 | 155.4 | $66,045.00 |
| Alexander Gershner | Sr. Associate | $375 | 254.9 | $95,587.50 |
| Adam Buchler | Sr. Associate | $350 | 114.9 | $40,215.00 |
| Ben Nevarez | Associate | $400 | 25.3 | $10,120.00 |
| Mark Berger | Associate | $375 | 24.3 | $9,112.50 |
| Matthew Williams | Consultant | $375 | 111.4 | $41,775.00 |
| Erin Orr | Consultant | $375 | 18.3 | $6,862.50 |
| Diego Torres | Analyst | $325 | 207.6 | $67,470.00 |
| Dwight Hingtgen | Analyst | $300 | 139.7 | $41,910.00 |
| Panagiotis Pantazis | Analyst | $75 | 9.8 | $735.00 |
| Mary Napoliello | Paraprofessional | $195 | 23.7 | $4,621.50 |
| **Total** | | | **2,316.4** | **$1,032,102.00** |
| | **Blended Rate $445.56** | | | |

6

46429/0001-8862741v1

## SUMMARY OF TIME & FEES BY MATTER CODE

| Matter Code | Description | Total Hours | Total Fees Requested |
|---|---|---|---|
| Accounting | Address accounting cut-off issues, liabilities subject to compromise, analysis and preparations related to accounting for the Restructuring Transactions, fresh start accounting and other emergence related accounting in anticipation of the emerging from bankruptcy later this year. | 357.0 | $152,212.50 |
| AP/Vendor Issues | Accounts Payable, Vendor, and Payroll issues other than those related to contracts. | 51.9 | $22,985.00 |
| Avoidance Actions | Assist the Debtors and their counsel with analyzing information associated with potential causes of action under sections 547 and 548 of the bankruptcy code. | 29.4 | $14,672.50 |
| Cash Flow | Assist the Debtors with preparation of the cash management motion, preparation of cash flow forecasts and budget vs. actual, reporting on cash results to various constituents, and addressing treasury management issues. | 0.4 | $280.00 |
| Claims | Prepare for the claims bar date and reviewing claims filed against the Debtor, preparing for emergence from bankruptcy, including testing accounts payable and payroll related disbursements expected to occur at emergence, calculating claims reserves, and preparing presentations of anticipated Allowed Claims to satisfy conditions to emergence. | 542.0 | $212,552.50 |
| Contract | Assist the Debtors with analyzing their executory contracts to determine candidates for assumptions, rejection, and renegotiation, with negotiating key customer and supplier contracts, and with the analysis of contract rejection claims. | 49.9 | $20,002.50 |
| Court Hearings | Prepare for and participate in court hearings. | 7.1 | $4,630.00 |
| Creditor | Prepare for and attend meetings or calls with secured or unsecured creditors and their advisors on matters other than information requests. | 13.9 | $7,465.00 |
| Fee Application | Preparation of monthly and interim fee applications in accordance with court guidelines. | 27.5 | $6,036.50 |
| Financing | Assist Debtors in obtaining Exit Financing, reviewing and negotiating loan documents, and responding to related due diligence requests. | 42.9 | $22,362.50 |
| Litigation Trust Valuation | This category represents time spent working at the direction of the Debtors' counsel on a valuation of causes of action to be transferred to the litigation trust in accordance with the terms of the plan of reorganization. | 536.8 | $257,692.50 |
| Monthly Operating Report | Assist the Debtors with the preparation of the Monthly Operating Report and related matters for the US Trustee. | 0.6 | $420.00 |
| Operations | Assist the Debtors with various matters associated with implementing their business plan. | 2.9 | $2,030.00 |

46429/0001-8862741v1

| | | | |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors in the preparation of the plan of reorganization. | 643.3 | $302,022.50 |
| Tax | Assist the Debtors in tax related matters. | 3.3 | $2,288.00 |
| Travel | Billable travel time (reflects 50% of time incurred). | 7.5 | $4,450.00 |
| | **Total** | **2,316.4** | **$1,032,102.00** |
| | **Blended Rate $445.56** | | |

## SUMMARY OF EXPENSES BY CATEGORY

| Expense Category | Service Provider (if applicable) | Expense Amount |
|---|---|---|
| Airfare | Various | $2,116.80 |
| Lodging | Various | $1,532.28 |
| Meals | Various | $1,059.63 |
| Miscellaneous | Various | $641.13 |
| Transportation | Various | $2,618.47 |
| Total | | **$7,968.31** |

Annexed hereto are the following schedules for total compensation and reimbursement of expenses sought by the Applicant for the Compensation Period:

1. Exhibit A – Summary of Time by Task

2. Exhibit B – Summary of Time Detail by Professional

3. Exhibit C – Summary of Time Detail by Task by Professional

4. Exhibit D – Time Detail by Task Code which includes a daily time log detailing the activities and services performed by the Applicant on behalf of the Debtor

5. Exhibit E – Summary of Expense by Category

6. Exhibit F - Expense Detail by Professional which includes a breakdown of the Applicant's expenses incurred.

46429/0001-8862741v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) Objection Deadline: October 10, 2012 at 4:00 p.m. |
|  | ) Hearing Date: N/A |

**FORTY-FOURTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

For its Forty-fourth Monthly Fee Statement for Compensation and Reimbursement of

Expenses (the "Monthly Fee Statement") Alvarez & Marsal North America, LLC (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-8862741v1

"Applicant"), restructuring advisors to the Debtors and Debtors-in-Possession (the "Debtors"), respectfully represents as follows:

## A. BACKGROUND

1.      On December 8, 2008 (the "Commencement Date"), each of the Debtors filed a petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

2.      Pursuant to an order entered on February 13, 2009, the employment of Applicant as restructuring advisors to the Debtors was authorized effective as of December 8, 2008.

3.      Applicant has rendered services on behalf of the Debtors from August 1, 2012 through August 31, 2012 (the "Application Period") totaling 2,316.4, and in connection therewith requests allowance of monthly compensation in the amount of $1,032,102.00, and reimbursement of expenses in the amount of $7,968.31.

4.      Applicant maintains contemporaneous records of the time expended for the professional services and expenses related thereto performed in connection with these Chapter 11 cases and such records are maintained in the ordinary course of its business. These records provide a detailed description of the services rendered and expenses incurred during the period for which this Application is being made. Applicant's time records in the sum of $1,032,102.00 regarding the Chapter 11 proceedings are annexed hereto as Exhibit D.

2

## B. DESCRIPTION OF SERVICES AND
## EXPENSES AND RELIEF REQUESTED

5.  Applicant's services on behalf of the Debtors are described in detail in Exhibit D. In general, Applicant assisted the Debtors in routine bankruptcy matters and represented the Debtors in meetings with creditors, advisors, customers and others.

6.  To assist the Court in its review of the fees sought by Applicant, Applicant has separated its time entries in Exhibit D into the following categories:

a.  <u>Accounting</u>. This category includes time spent by Applicant assisting the Debtors with the bankruptcy related accounting matters. During the Application Period, the Applicant assisted the Debtors with analysis and preparations related to accounting for the Restructuring Transactions, fresh start accounting and other emergence related accounting in anticipation of the emerging from bankruptcy later this year. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $152,212.50 (357.0 hours).

b.  <u>AP, Vendor Issues</u>. This category includes time spent related to Accounts Payable, Vendor, and Human Resource issues other than those related to contracts. During the Application Period, the Applicant assisted the Debtors a number of tasks in this area including (a) responding to inquiries from vendors and ongoing negotiations with vendors regarding credit terms and other contract issues (including associated vender reconciliations), (b) reviewing potential pension and other benefit obligations, (c) assisting the Debtors with carrying out the court ordered payment and reconciliation procedures for ordinary course professionals, and (d) assisting the Debtors with review of potential escheatment issues. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $22,985.00 (51.9 hours).

3

c.  <u>Avoidance Actions</u>. This category includes time assisting the Debtors and their counsel with analyzing information associated with potential causes of action under sections 547 and 548 of the bankruptcy code. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $14,672.50 (29.4 hours).

d.  <u>Cash</u>. This category includes time spent assisting the Debtors with preparation of cash flow forecasts and budget vs. actual, reporting on cash results to various constituents, and addressing treasury management issues. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $280.00 (0.4 hours).

e.  <u>Claims</u>. This category includes time spent reviewing the claims filed against the Debtors as well as company data in order to assist in the reconciliation of such claims and/or to identify and collect additional liability data for possible future amendments to the Schedules. The Applicant worked with the Debtors to (i) develop team-specific reconciliation processes, (ii) review and channel filed claims per the established review protocol, (iii) provide regular reporting on reconciliation efforts both to the reconciliation team as well as the Debtors' and Committee's professionals and (iv) coordinate and participate in the overall claims reconciliation effort as necessary. The Applicant also worked on claims estimates to support the plan negotiation process. During the Application Period the Applicant coordinated and assisted the Debtor in the continuing review and reconciliation of the over 6,000 claims filed, worked on stipulated resolutions of certain trade claims, and assisted counsel with various omnibus claims objections. In addition, a significant amount of time was spent preparing for emergence from bankruptcy, including testing accounts payable and payroll related disbursements expected to occur at emergence, calculating claims reserves, and preparing presentations of anticipated Allowed Claims to satisfy conditions to emergence. The total fees

sought under this category for the period August 1, 2012 through August 31, 2012 are $212,552.50 (542.0 hours).

    f. <u>Contract</u>. This category includes time assisting the Debtors with analyzing their executory contracts to determine candidates for assumptions, rejection, and renegotiation, with negotiating key customer and supplier contracts, with the analysis of contract rejection claims, and with the analysis of cure costs. During the Application Period, the Applicant continued to assist with resolution of cure cost disputes and other contract matters. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $20,002.50 (49.9 hours).

    g. <u>Court Hearings</u>. This category includes time preparing for and attending court hearings. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $4,630.00 (7.1 hours).

    h. <u>Creditor</u>. This category includes time spent preparing for and attending meetings or calls with the Debtor's lenders and unsecured creditors and their financial and investment banking advisors, responding to frequent information requests, and managing an extensive on-line data room to assist in the efficient dissemination of documents. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $7,465.00 (13.9 hours).

    i. <u>Fee Application.</u> This category includes time incurred for the preparation of the monthly and interim fee statements in compliance with court guidelines. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $6,036.50 (27.5 hours).

j. <u>Financing.</u> This category includes time assisting the Debtors in obtaining exit financing, reviewing and negotiating loan documents and responding to related due diligence requests. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $22,362.00 (42.9 hours).

k. <u>Litigation Trust Valuation.</u> This category represents the time working at the direction of the Debtors' counsel on a valuation of causes of action to be transferred to the litigation trust in accordance with the terms of the plan of reorganization. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $257,692.50 (536.8).

l. <u>Monthly Operating Report.</u> This category includes time assisting the Debtors with the preparation of the Monthly Operating Report and related matters for the US Trustee. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $420.00 (0.6 hours).

m. <u>Operations.</u> This category includes time reviewing the Debtors business performance and assisting the Debtors with matters related to the general operation of their business as well as implementation of their business plan. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $2,030.00 (2.9 hours).

n. <u>Plan of Reorganization.</u> This category includes time assisting the Debtors in the preparation and negotiation of the plan of reorganization and disclosure statement, preparing analysis to support the plan process, and preparing to implement the plan at emergence from bankruptcy. During the Application Period the Court denied a stay pending appeal with no bond as was requested by certain dissenting creditors. The Applicant assisted counsel with analysis related to the appeal and stay motions. The Applicant also worked on a number of

emergence related tasks including (a) the preparation of updated estimates of distributable cash and reserves of cash required at emergence, (b) the preparation of presentations on distribution related issues to the Plan Proponents, (c) updating the equity allocation model to address compliance with FCC requirements, and (d) other tasks related to the anticipated emergence from bankruptcy later this year. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $302,022.50 (643.3 hours).

o. Tax. This category including time assisting the Debtors with tax related matters. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $2,288.00 (3.3 hours).

p. Travel. This category contains non-working travel time on behalf of the Debtor. This time was billed at ½ the time incurred. The total fees sought under this category for the period August 1, 2012 through August 31, 2012 are $4,450.00 (7.5 hours).

The foregoing general description of services rendered in specific areas is not intended to be exhaustive of the scope of Applicant's activities on behalf of the Debtors in this case. The time records attached as Exhibit D present more completely the work performed by Applicant in each billing category during the period covered by this Application.

7. Applicant believes that the post-petition services rendered during the period August 1, 2012 through August 31, 2012 on behalf of the Debtors are reasonably worth the sum of $1,032,102.00, and Applicant requests the allowance of such sum. The blended hourly rate for all services post-petition rendered by Applicant is $445.56.

8. Applicant further requests reimbursement of costs expended on behalf of the Debtors for the period August 1, 2012 through August 31, 2012 in connection with these

Chapter 11 proceedings in the sum of $7,968.31 as set forth in the summary attached as <u>Exhibit E</u>. The detailed expense items incurred by professional is attached and outlined as <u>Exhibit F</u>.

9. The expenses incurred by Applicant may include long distance telephone calls, over-night delivery, travel expenses, local messenger service, meals, postage, and duplicating charges, all of which Applicant normally bills to its non-bankruptcy clients at rates calculated to compensate Applicant for only the actual cost of the expense. Applicant does not charge for facsimiles.

10. Applicant has reviewed the requirements of Del.Bankr.LR 2016-2 and believes that this Application complies with the requirements of the same.

WHEREFORE, Applicant prays this Court enter an Order allowing Applicant monthly compensation in the sum of $1,032,102.00 and reimbursement of costs expended August 1, 2012 through August 31, 2012 in the sum of $7,968.31, directing prompt payment of the same by the Debtors to the extent not previously paid, and granting such other and further relief as may be just.

Dated: September 20, 2012
       Chicago, Illinois

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

*/s/ Thomas E. Hill*
Thomas E. Hill
55 W. Monroe Street
Suite 4000
Chicago, IL 60603
Telephone: 312.601.4226
Facsimile: 312.803.1875
thill@alvarezandmarsal.com

Restructuring Advisors for the Debtors
*and Debtors-in-Possession*

9