## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### REQUEST FOR REMOVAL FROM MASTER AND ECF SERVICE LISTS

**PLEASE TAKE NOTICE** that William E. Chipman, Jr. of Cousins Chipman & Brown, LLP hereby requests to be removed from the master and ECF service lists for the above captioned case. Please remove as follows:

>William E. Chipman, Jr.
>**COUSINS CHIPMAN & BROWN, LLP**
>1007 North Orange Street, Suite 1110
>Wilmington, Delaware  19801
>Telephone:   (302) 295-0191
>Facsimile:    (302) 295-0199
>Email:       chipman@ccbllp.com
>             bankrupcyservice@ccbllp.com

Dated: September 20, 2012         **COUSINS CHIPMAN & BROWN, LLP**
       Wilmington, Delaware

>        */s/ William E. Chipman, Jr.*
>William E. Chipman, Jr. (No. 3818)
>1007 North Orange Street, Suite 1110
>Wilmington, Delaware  19801
>Telephone:     (302) 295-0191
>Facsimile:     (302) 295-0199
>Email:         chipman@ccbllp.com
>
>*Counsel for Barclays Bank PLC*