United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| WDCW Broadcasting, Inc./Tribune Company et al | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No.08-13141 |
| | } |
| | } |
| Debtor | } **Amount $29,739.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**National Cinemedia LLC**
**PO Box 17491**
**Denver, CO 17491**

The transfer of your claim as shown above in the amount of **$29,739.00** has been transferred to:

       Liquidity Solutions Inc.
       One University Plaza
       Suite 312
       Hackensack, NJ 07601


No action is required if you do not object to the transfer of your Claim.


                                          By:/s/ Jeff Caress
                                          Liquidity Solutions Inc.
                                          (201) 968-0001


                                                          2000200

## TRANSFER NOTICE

NATIONAL CINEMEDIA LLC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against WDCW BROADCASTING INC (the "Debtor"), in the aggregate amount of $29,739.00, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 08-13141.

IN WITNESS WHEREOF, Assignor has signed below as of the 25 day of September 2012

NATIONAL CINEMEDIA LLC

_____
(Signature)

JEFFREY T. CROST / SVP CONTROLLER
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

_____
(Signature)

Jeff Caress
(Print Name and Title)