## EXHIBIT A

**TRIBUNE COMPANY, et al.**

### SUMMARY OF SERVICES BY PROJECT CATEGORY

### August 1, 2012 through August 31, 2012

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 24.00 | $11,326.00 |
| Committee Meetings | 003 | 13.80 | 9,711.00 |
| Creditor Communications | 004 | 2.10 | 1,047.50 |
| Business Operations | 007 | 75.00 | 49,632.00 |
| Claims Administration/Bar Date | 009 | 11.40 | 5,734.00 |
| Fee/Retention Applications | 010 | 28.20 | 11,163.00 |
| Travel* | 018 | 3.90 | 1,512.75 |
| Review of Pre-Petition Financings | 019 | 77.20 | 43,549.00 |
| Shareholder Claims | 020 | 15.50 | 9,005.50 |
| Plan Litigation | 021 | 543.00 | 391,626.00 |
| **Total** | | **794.10** | **$534,306.75** |

* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            September 20, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                        Page    1

                                    For Services Through August 31, 2012

    Our Matter #19804.002
            BANKRUPTCY GENERAL


08/01/12   D. BAVA            Review and analysis of docket          0.60 hrs.
                              sheets, including Neil district
                              court litigation, Delaware
                              adversary proceedings and
                              multi-district litigations re:
                              daily case activity (.30); review
                              district court docket sheet re:
                              Wilmington Trust's appeals
                              regarding allocation disputes
                              order and confirmation order
                              (.10); review, revise and finalize
                              case calendar based on current
                              docket entries (.20).

08/01/12   M. DISTEFANO       Reviewed docket filings (.1)           0.10 hrs.

08/02/12   D. BAVA            Review and analysis of docket          0.60 hrs.
                              sheets, including Neil district
                              court litigation, Delaware
                              adversary proceedings and
                              multi-district litigations re:
                              daily case activity (.30); review
                              district court docket sheet re:
                              Wilmington Trust's appeals
                              regarding allocation disputes
                              order and confirmation order
                              (.10); review, revise and finalize
                              case calendar based on current
                              docket entries (.20).

08/03/12   D. BAVA            Review and analysis of docket          0.40 hrs.
                              sheets, including Neil district
                              court litigation, Delaware
                              adversary proceedings and
                              multi-district litigations re:
                              daily case activity (.10); review
                              district court docket sheet re:
                              Wilmington Trust's appeals
                              regarding allocation disputes
                              order and confirmation order
                              (.10); review, revise and finalize
                              case calendar based on current
                              docket entries (.20).

08/03/12   M. DISTEFANO       Reviewed docket (.1); reviewed         0.20 hrs.
                              hearing agenda (.1)

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/03/12 | D. E. DEUTSCH | Review last three daily reports, pleadings therein (including appeal documents) and calendar (.9); e-mail David LeMay re: next Tuesday's hearing (.1). | 1.00 hrs. |
| 08/06/12 | M. DISTEFANO | Reviewed docket (.3); call to Debtors counsel re omnibus hearing agenda (.1). | 0.40 hrs. |
| 08/06/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 08/06/12 | D. E. DEUTSCH | Review materials to prepare for tomorrow's hearing (.3); exchange e-mails with David LeMay re: same (.1). | 0.40 hrs. |
| 08/07/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 08/07/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 08/07/12 | D. M. LeMAY | Review latest court filings. | 0.60 hrs. |
| 08/08/12 | D. E. DEUTSCH | Review last two pleading reports, pleadings therein and court calendar (.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 08/08/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
|---|---|---|---|
| 08/09/12 | H. LAMB | Review case dockets (.2); prepare daily report of new pleadings filed (.3); prepare updated calendar in accordance with same (.2). | 0.70 hrs. |
| 08/10/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 08/13/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 08/13/12 | D. M. LeMAY | Review latest court filings. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    September 20, 2012
435 N. MICHIGAN AVENUE    Page   4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/14/12 | M. DISTEFANO | Reviewed docket and new pleadings filed (.1). | 0.10 hrs. |
| 08/14/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 08/14/12 | H. LAMB | Correspondence with Intralinks representative regarding options on extension of workspace (.3); review contract extension options (.2); related discussion with D.Deutsch (.2). | 0.70 hrs. |
| 08/14/12 | D. E. DEUTSCH | Review last four daily reports, pleadings therein and court calendar (.7). | 0.70 hrs. |
| 08/14/12 | D. E. DEUTSCH | Review possible new Intralinks options with Helen Lamb (.2); e-mail David Bava re: Intralinks restructuring (.1); meeting with Helen Lamb re: other Intralinks matters (.2). | 0.50 hrs. |
| 08/15/12 | D. E. DEUTSCH | Discuss various pending case matters with Adam Landis (.3). | 0.30 hrs. |
| 08/15/12 | M. DISTEFANO | Reviewed docket filings. | 0.10 hrs. |
| 08/16/12 | D. E. DEUTSCH | Work on restructuring Intralinks materials for Committee use (1.1). | 1.10 hrs. |
| 08/16/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 08/16/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.50); review district court docket sheet re: | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). |  |
| 08/17/12 | M. DISTEFANO | Reviewed docket filings (.2); | 0.20 hrs. |
| 08/17/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 08/17/12 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.5); e-mail David Bava re: report item (.1). | 0.60 hrs. |
| 08/20/12 | M. DISTEFANO | Reviewed docket and new pleadings filed (.2). | 0.20 hrs. |
| 08/20/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 08/20/12 | D. M. LeMAY | Review all latest court filings. | 0.40 hrs. |
| 08/21/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| | | daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20). | |
| 08/21/12 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.3); | 0.30 hrs. |
| 08/22/12 | H. LAMB | Review case docket reports (.3); prepare updated report of new pleadings filed (.2); revise case calendar in accordance with same (.2). | 0.70 hrs. |
| 08/24/12 | H. LAMB | Review case dockets (.3); prepare updated report of new pleadings filed (.4); prepare updated case calendar in accordance with same (.2). | 0.90 hrs. |
| 08/27/12 | M. DISTEFANO | Reviewed docket filings (.5); | 0.50 hrs. |
| 08/27/12 | D. E. DEUTSCH | Exchange e-mails with Michael Destefano re: court posting-related action items (.2); | 0.20 hrs. |
| 08/28/12 | H. LAMB | Review of case dockets (.1) prepare daily report of new pleadings filed (.2); prepare updated case calendar in accordance with same (.2). | 0.50 hrs. |
| 08/28/12 | D. M. LeMAY | Review all latest court filings. | 0.40 hrs. |
| 08/30/12 | M. DISTEFANO | Reviewed docket filings (.3). | 0.30 hrs. |
| 08/30/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            September 20, 2012
435 N. MICHIGAN AVENUE                                   Page     7
CHICAGO, IL 60611


                          case calendar based on current
                          docket entries (.20).

08/31/12   D. BAVA        Review and analysis of docket          0.60 hrs.
                          sheets, including Neil district
                          court litigation, Delaware
                          adversary proceedings and
                          multi-district litigations re:
                          daily case activity (.30); review
                          district court docket sheet re:
                          Wilmington Trust's appeals
                          regarding allocation disputes
                          order and confirmation order
                          (.10); review, revise and finalize
                          case calendar based on current
                          docket entries (.20).

08/31/12   M. DISTEFANO   Reviewed docket filings (.3);          1.80 hrs.
                          drafted memo re Examiner Record
                          retention (1.5);


          **Total Fees for Professional Services.............. $11,326.00**



                      TIMEKEEPER SUMMARY

   Timekeeper's Name              Rate      Hours        Amount

   D. M. LeMAY                   925.00      1.90        1757.50
   D. E. DEUTSCH                 745.00      5.50        4097.50
   D. BAVA                       295.00      9.00        2655.00
   H. LAMB                       295.00      3.50        1032.50
   M. DISTEFANO                  435.00      4.10        1783.50
                       TOTALS                24.00      11326.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through August 31, 2012

Our Matter #19804.003
              COMMITTEE MEETINGS


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/06/12 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano re: various Committee meetings/matters (.3). | 0.30 hrs. |
| 08/06/12 | M. DISTEFANO | Drafted email re professionals call (.1). | 0.10 hrs. |
| 08/08/12 | D. E. DEUTSCH | Review inquiry from Helen Lamb re: upcoming Committee meeting (.1); discuss various Committee matters with Howard Seife (.2); e-mail team re: scheduling of upcoming Committee meetings (.1). | 0.40 hrs. |
| 08/13/12 | M. DISTEFANO | Drafted emails re committee professionals call (.1). | 0.10 hrs. |
| 08/20/12 | D. E. DEUTSCH | Conference with David LeMay to discuss various Committee matters/Committee planning next steps (.2); review and edit related e-mail to Committee professionals (.1) and Committee co-chairs re: upcoming meetings (.2); | 0.50 hrs. |
| 08/20/12 | M. DISTEFANO | Drafted emails re professionals and committee meetings (.4). | 0.40 hrs. |
| 08/21/12 | M. DISTEFANO | Drafted emails re special Committee meeting (.4) | 0.40 hrs. |
| 08/22/12 | M. DISTEFANO | Drafted emails to Committee re committee meeting (.5); | 0.50 hrs. |
| 08/22/12 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano (.2) and David LeMay re: this week's Committee meeting/meeting matters (.1); review and revise related e-mails to Committee (.2); | 0.50 hrs. |
| 08/22/12 | H. SEIFE | Prepare for Committee meeting. | 0.80 hrs. |
| 08/23/12 | H. SEIFE | Prepare for Committee call (.7); telephonic Committee meeting (1.0). | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/23/12 | A. ROSENBLATT | Attend Creditor's Committee meeting (.8); call with J.Stenger re: FCC issues following Committee meeting (.6). | 1.40 hrs. |
| 08/23/12 | M. DISTEFANO | Prepared for Committee meeting (.3); Committee meeting (.8). | 1.10 hrs. |
| 08/23/12 | M. ROITMAN | Attend special Committee meeting re: Opinion and Order on motions for stay and direct appeal (0.8); Confer with C&P team following call (0.2) | 1.00 hrs. |
| 08/23/12 | D. M. LeMAY | Prepare for (.8) and participate in (.8) telephonic Committee Meeting.  Follow-up meeting with C&P team (.3). | 1.90 hrs. |
| 08/23/12 | J. A. STENGER | Attend Committee meeting regarding FCC issues (.8) and follow up telephone conference with D.Deutsch and A.Rosenblatt regarding same (0.6). | 1.40 hrs. |
| 08/28/12 | M. DISTEFANO | Drafted Committee minutes (.9). | 0.90 hrs. |
| 08/29/12 | M. DISTEFANO | Drafted email to Committee re weekly meeting (.2). | 0.20 hrs. |
| 08/29/12 | D. E. DEUTSCH | Exchange e-mails with Michael Destefano re: next Committee meeting and Committee matters (.2); | 0.20 hrs. |

**Total Fees for Professional Services.............**    **$9,711.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 1.90 | 1757.50 |
| H. SEIFE | 995.00 | 2.50 | 2487.50 |
| J. A. STENGER | 645.00 | 1.40 | 903.00 |
| A. ROSENBLATT | 745.00 | 1.40 | 1043.00 |
| D. E. DEUTSCH | 745.00 | 1.90 | 1415.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| M. DISTEFANO | 435.00 | 3.70 | 1609.50 |
| M. ROITMAN | 495.00 | 1.00 | 495.00 |
| TOTALS | | 13.80 | 9711.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1


                               For Services Through August 31, 2012

   Our Matter #19804.004
             CREDITOR COMMUNICATIONS


08/14/12   D. E. DEUTSCH      Exchange e-mails with Committee      0.20 hrs.
                              member Bob Paul re: this week's
                              hearing (.2).

08/23/12   M. ROITMAN         Call with R. Lau re: Senior         0.60 hrs.
                              Noteholder treatment elections
                              (0.3); Confer/correspond with D.
                              LeMay re: same (0.3)

08/23/12   M. ROITMAN         Call with A. Lipkind re: Status of  0.60 hrs.
                              MDL Proceeding (0.3); Call with J.
                              Sottile re: same (0.1); Correspond
                              with A. Lipkind re: same (0.2)

08/27/12   M. DISTEFANO       Calls to creditor Peter Hasenohr    0.70 hrs.
                              (.2); call with Sidley re same
                              (.1); research on Mr. Hasenohr's
                              claim (.4);



           Total Fees for Professional Services.............    $1,047.50
```

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | .20 | 149.00 |
| M. DISTEFANO | 435.00 | .70 | 304.50 |
| M. ROITMAN | 495.00 | 1.20 | 594.00 |
| TOTALS | | 2.10 | 1047.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

For Services Through August 31, 2012

Our Matter #19804.007
          BUSINESS OPERATIONS

| | | | |
|---|---|---|---|
| 08/01/12 | J. A. STENGER | Prepare draft memorandum regarding FCC process for approval of Exit Applications. | 3.70 hrs. |
| 08/01/12 | D. E. DEUTSCH | Review weekly pricing update and other e-mail update from Moelis team (.2); review e-mail/materials from James Stenger re: future owner issues (.4); drafted memorandum to plan confirmation team re: FCC next steps/issues (.5). | 1.10 hrs. |
| 08/01/12 | H. SEIFE | Review of memo on FCC approval process. | 0.30 hrs. |
| 08/02/12 | H. SEIFE | Review of FCC memorandum. | 0.30 hrs. |
| 08/02/12 | D. E. DEUTSCH | Review draft preliminary memorandum to Committee on FCC meeting and outstanding issues (.5); draft extensive edits and follow-up items on same (1.1). | 1.60 hrs. |
| 08/02/12 | J. A. STENGER | Prepare revisions to FCC memorandum and research regarding same. | 3.40 hrs. |
| 08/03/12 | J. A. STENGER | Review letter from FCC regarding exit applications (0.2); correspondence with J. Feore regarding same (0.2); research regarding FCC exit applications (0.9); review revisions to memorandum on FCC processing of exit applications (0.7) and research regarding same (0.9). | 2.90 hrs. |
| 08/03/12 | D. E. DEUTSCH | Work on revisions and insert for Committee memorandum re: FCC issues (1.8). | 1.80 hrs. |
| 08/06/12 | J. A. STENGER | Review and revise memo regarding strategy and timing for FCC exit applications (1.3) and research regarding same (1.1). | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 20, 2012
435 N. MICHIGAN AVENUE                              Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/06/12 | D. E. DEUTSCH | Exchange e-mails with Howard Seife re: new FCC notice (.2). | 0.20 hrs. |
| 08/08/12 | D. E. DEUTSCH | Draft insert for revised FCC memorandum for Committee (1.5); draft additional new insert on timing (.8). | 2.30 hrs. |
| 08/08/12 | J. A. STENGER | Review and revise memo to Committee regarding FCC proceedings on Exit Applications. | 1.80 hrs. |
| 08/09/12 | D. E. DEUTSCH | Draft e-mail to Howard Seife on FCC matters and proposed Committee next steps related to same (.4). | 0.40 hrs. |
| 08/09/12 | H. SEIFE | Review of draft memo on FCC process. | 0.90 hrs. |
| 08/18/12 | M. ROITMAN | Correspond with A. Leung re: Cablevision anti-Tribune press release (0.2) | 0.20 hrs. |
| 08/21/12 | D. E. DEUTSCH | Review inquiry from James Stenger related to FCC matters (.1) and respond to same with related proposed action items (.3); review and respond to inquiry from Alan Holtz re: case status/FCC issues (.2); | 0.60 hrs. |
| 08/21/12 | J. A. STENGER | Telephone conference with Debtors, FCC counsel regarding stay petition and exit applications (0.7); correspondence with J. Feore regarding stay petition and FCC processing of exit applications (0.4) and research regarding same (0.6). | 1.70 hrs. |
| 08/22/12 | J. A. STENGER | Review stay decision (0.9); correspondence with Debtor FCC counsel regarding same (0.7). | 1.60 hrs. |
| 08/23/12 | J. A. STENGER | Research regarding stay and FCC issues (1.6) and correspondence with Tribune FCC counsel regarding same (0.8). | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 20, 2012
435 N. MICHIGAN AVENUE                               Page    3
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 08/24/12 | J. A. STENGER | Prepare revisions to Memo to Committee on FCC processing of exit applications (2.8); research (1.3) and telephone conference with Tribune counsel regarding same (0.8); correspondence with D.Deutsch regarding same (0.6); review correspondence and FCC objection filed by Public Interest Parties (1.7). | 7.20 hrs. |
| 08/24/12 | T. J. MCCORMACK | Review FCC status memo (0.2). | 0.20 hrs. |
| 08/24/12 | D. E. DEUTSCH | Exchange e-mails with James Stenger (.3) and Andrew Rosenblatt re: updating memorandum to Committee on FCC issues (.2); related call with James Stenger (.2); | 0.70 hrs. |
| 08/27/12 | D. E. DEUTSCH | Review new FCC filings (.6); review and mark-up memorandum to Committee re: FCC matters (1.1); draft related introduction (.5); | 2.20 hrs. |
| 08/27/12 | J. A. STENGER | Prepare revisions to Committee Memo on FCC final processing of exit applications (2.8); research regarding stay motions and regarding public interest group filing (2.3) and office correspondence with D.Deutsch regarding same (0.3); prepare correspondence (0.4) and telephone conference (0.4) with J. Feore regarding same. | 6.20 hrs. |
| 08/28/12 | J. A. STENGER | Review research and prepare correspondence to J. Feore regarding Public Interest filing (1.4) and preparation of opposition to same (2.3); office correspondence (0.3) and telephone conference (0.6) with J.Feore regarding final revisions to Committee Memo on FCC process; finalize same (1.7). | 6.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 08/28/12 | D. E. DEUTSCH | Prepare for (.4) and call with John Feore (Debtors' FCC counsel) and James Stenger re: next FCC/plan steps (.6); exchange e-mails with James Stenger and David LeMay re: new FCC/plan confirmation issue (.3); | 1.30 hrs. |
| 08/28/12 | M. DISTEFANO | Revised memo re FCC process and distributed to Committee (2.4). | 2.40 hrs. |
| 08/29/12 | J. A. STENGER | Research regarding District Court stay order (0.4); office conference with A.Rosenblatt regarding approach to FCC regarding expediting Exit Applications (0.7); telephone conference (0.9) and correspondence (0.9) with J. Feore regarding same; research regarding response to Public Interest Parties objection (2.4). | 5.30 hrs. |
| 08/30/12 | J. A. STENGER | Review correspondence with J.Feore and D.LeMay regarding stay proceedings (0.6); prepare correspondence (0.5) and telephone conference (0.5) with J. Feore regarding approach to FCC regarding stay; and research regarding same (0.8); office correspondence with D.Deutsch regarding stay and FCC approach (0.4); review draft of opposition to public interest parties and prepare revisions regarding same (4.6); prepare draft correspondence to J.Feore regarding same (0.7). | 8.10 hrs. |
| 08/31/12 | J. A. STENGER | Prepare revisions to response to Public Interest Parties (1.8); prepare correspondence to J. Feore regarding same (1.6); prepare for conference call regarding stay matter (0.5) and review correspondence with D.LeMay regarding same (0.2); attend telephone conference with D.LeMay and bankruptcy counsel for DCL Plan Proponents regarding same matters (0.7); telephone | 5.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 20, 2012
Page    5

conference with J.Feore (0.4) and
review correspondence with J.
Feore (0.3) regarding discussions
with FCC staff regarding stay.


**Total Fees for Professional Services.............** $49,632.00


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | 1.50 | 1492.50 |
| T. J. MCCORMACK | 875.00 | .20 | 175.00 |
| J. A. STENGER | 645.00 | 58.50 | 37732.50 |
| D. E. DEUTSCH | 745.00 | 12.20 | 9089.00 |
| M. DISTEFANO | 435.00 | 2.40 | 1044.00 |
| M. ROITMAN | 495.00 | .20 | 99.00 |
| TOTALS | | 75.00 | 49632.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1


                              For Services Through August 31, 2012
Our Matter #19804.009
               CLAIMS ADMINISTRATION/BAR DATE


| Date | Name | Description | Hours |
|---|---|---|---|
| 08/01/12 | D. E. DEUTSCH | Review e-mails from Debtors' counsel re: multiple claim matters and related plan issues (.3); exchange e-mails with David LeMay on same (.2). | 0.50 hrs. |
| 08/01/12 | M. DISTEFANO | Reviewed election issue re retiree and Scarborough claims (.2); reviewed tax claim stipulation with City of Chicago (.7). | 0.90 hrs. |
| 08/06/12 | M. DISTEFANO | Reviewed response of TV Guide to claims objection (.1); | 0.10 hrs. |
| 08/08/12 | D. E. DEUTSCH | Preliminary review of new omnibus claim objections (.1); e-mail Michael Distefano re: follow-up for Committee on same (.1). | 0.20 hrs. |
| 08/10/12 | M. DISTEFANO | Review omnibus objections to claims (.4). | 0.40 hrs. |
| 08/11/12 | M. DISTEFANO | Reviewed omnibus objections to claims (1.1) and drafted memo to Committee re same (2.2). | 3.30 hrs. |
| 08/13/12 | M. DISTEFANO | Revised memo re 57th, 58th and 59th omnibus objections (.9); reviewed response of Mr. Henke (.2). | 1.10 hrs. |
| 08/15/12 | M. DISTEFANO | Revised memo re 57th, 58th and 59th omnibus objections (1.0). | 1.00 hrs. |
| 08/15/12 | D. E. DEUTSCH | Review and edit draft memorandum on three omnibus objections (.8); review underlying pleadings (.5); and discuss certain follow-up comments with Michael Distefano (.2); review and edit final version of memorandum to Committee (.3). | 1.80 hrs. |
| 08/30/12 | M. DISTEFANO | Reviewed response to 57th omnibus claims objection (.2); call with Debtors' counsel re same (.2). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           September 20, 2012
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611


08/31/12   M. DISTEFANO        Drafted memo to Commitee re            1.70 hrs.
                               omnibus claims objection (1.7).


              **Total Fees for Professional Services.............   $5,734.00**


                          TIMEKEEPER SUMMARY

Timekeeper's Name              Rate     Hours         Amount

D. E. DEUTSCH                  745.00    2.50          1862.50
M. DISTEFANO                   435.00    8.90          3871.50
                       TOTALS           11.40          5734.00

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 20, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1


                              For Services Through August 31, 2012
   Our Matter #19804.010
              FEE/RETENTION APPLICATIONS
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/01/12 | D. E. DEUTSCH | Exchange e-mails with Adam Landis re: mediator fee (.2); exchange related e-mails with Kate Stickles (.2). | 0.40 hrs. |
| 08/02/12 | H. LAMB | Review of billing proformas/daily time detail in preparation of July fee application. | 3.70 hrs. |
| 08/03/12 | M. DISTEFANO | Prepare weekly professional fee report (.3) and ordinary course professionals report (.3). | 0.60 hrs. |
| 08/06/12 | M. DISTEFANO | Call with Debtors counsel re ordinary course professionals fee reports (.2); revised ordinary course professionals fee report (.7). | 0.90 hrs. |
| 08/06/12 | H. LAMB | Review of billing proformas/daily time detail in preparation of monthly fee application. | 2.80 hrs. |
| 08/06/12 | D. E. DEUTSCH | Review last week's ordinary course (.1) and regular professional reports (.2). | 0.30 hrs. |
| 08/07/12 | H. LAMB | Begin research and draft work description summaries for monthly fee application. | 1.80 hrs. |
| 08/08/12 | D. E. DEUTSCH | Review draft motion for Debtors to employ Paul Weiss (.5); discuss related issues therein with David LeMay (.2); hold call with Jessica Boelter on next steps related to same (.2). | 0.90 hrs. |
| 08/09/12 | H. LAMB | Further research and preparation of work description summaries for July fee application. | 2.30 hrs. |
| 08/10/12 | H. LAMB | Further research and preparation of work description summaries for monthly fee application. | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/10/12 | M. DISTEFANO | Prepare weekly professional fee report (.3); drafted email to Landis re Paul Weiss retention (.1) | 0.40 hrs. |
| 08/10/12 | D. E. DEUTSCH | Review revised draft retention court papers for Paul Weiss (.3); review weekly ordinary course professional report (.2). | 0.50 hrs. |
| 08/14/12 | D. E. DEUTSCH | Review and mark-up draft July fee statement details (1.9). | 1.90 hrs. |
| 08/15/12 | H. LAMB | Finalize monthly fee application in accordance with attorney comments. | 1.20 hrs. |
| 08/15/12 | M. DISTEFANO | Drafted email to Committee re Paul Weiss retention (.2). | 0.20 hrs. |
| 08/16/12 | M. DISTEFANO | Drafted email re Paul Weiss retention to Committee (.2). | 0.20 hrs. |
| 08/16/12 | D. E. DEUTSCH | Review, edit and draft inserts for July fee statement descriptions/summaries (1.2). | 1.20 hrs. |
| 08/17/12 | M. DISTEFANO | Prepare weekly professional fee report (.3). | 0.30 hrs. |
| 08/19/12 | H. LAMB | Begin preparation of final fee application in view of impending effective date. | 2.70 hrs. |
| 08/20/12 | H. LAMB | Finalize monthly fee application in accordance with attorney comments. | 0.90 hrs. |
| 08/22/12 | H. LAMB | Continue preparation of final fee application in view of impending effective date. | 1.70 hrs. |
| 08/27/12 | M. DISTEFANO | Prepare weekly professional fee report (.7). | 1.00 hrs. |

**Total Fees for Professional Services.............. $11,163.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 20, 2012
Page    3

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. E. DEUTSCH | | 745.00 | 5.20 | 3874.00 |
| H. LAMB | | 295.00 | 19.40 | 5723.00 |
| M. DISTEFANO | | 435.00 | 3.60 | 1566.00 |
| | TOTALS | | 28.20 | 11163.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1
```

                              For Services Through August 31, 2012

```
    Our Matter #19804.018
              TRAVEL
```

```
08/17/12   M. ROITMAN        Non-working travel time from       0.60 hrs.
                             Wilmington to New York (0.6)

08/17/12   D. M. LeMAY       Non-working return travel from      1.50 hrs.
                             hearing in Delaware to New York
                             City.

08/17/12   A. ROSENBLATT     Non-working return travel to NYC    1.80 hrs.
                             from Delaware re: hearing on stay
                             pending appeal and direct third
                             circuit certification.
```

        **Total Fees for Professional Services.............. $3,025.50**

                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 1.50 | 1387.50 |
| A. ROSENBLATT | 745.00 | 1.80 | 1341.00 |
| M. ROITMAN | 495.00 | .60 | 297.00 |
| TOTALS | | 3.90 | 3025.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1
```

                                  For Services Through August 31, 2012

Our Matter #19804.019
            REVIEW OF PREPETITION FINANCINGS


| | | | |
|---|---|---|---|
| 08/01/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement. | 2.30 hrs. |
| 08/01/12 | M. D. ASHLEY | Emails with K. Zafran regarding Litigation Trustee transfer agreement document review (.3); reviewed related materials (.4). | 0.70 hrs. |
| 08/01/12 | T. J. MCCORMACK | Review status of Litigation Trustee document review (0.2). | 0.20 hrs. |
| 08/02/12 | T. J. MCCORMACK | Confer M. Ashley on Litigation Trustee issues, productions (0.4). | 0.40 hrs. |
| 08/02/12 | M. D. ASHLEY | Emails with K. Zafran, L. Moloney regarding Litigation Trustee transfer agreement document review issues (.3); conference with T.McCormack regarding status of same (.4). | 0.70 hrs. |
| 08/02/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement (1.6); review progress of document review and next steps (.4); emails to M. Ashley and team re: same (.4). | 2.40 hrs. |
| 08/05/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement. | 4.10 hrs. |
| 08/06/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement. | 0.90 hrs. |
| 08/06/12 | A. VOELKER | Review of documents pursuant to Committee Litigation Trust Transfer Agreement (.8). | 0.80 hrs. |
| 08/07/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement. | 3.30 hrs. |
| 08/08/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement. | 6.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page     2
CHICAGO, IL 60611


| 08/09/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement (5.6); emails with M.Ashley re: status of review (.3). | 5.90 hrs. |
|---|---|---|---|
| 08/09/12 | M. D. ASHLEY | Emails with A. Goldfarb, K. Zafran regarding Litigation Trust transfer agreement document review issues (.3); reviewed related materials (.7). | 1.00 hrs. |
| 08/13/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement. | 7.20 hrs. |
| 08/14/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement (1.6); email status report of document review to M. Ashley (.4). | 2.00 hrs. |
| 08/14/12 | D. E. DEUTSCH | Review e-mails on transfer of litigation documents to Trust (.4); call Marc Ashley re: required update on issues and status of same (.1). | 0.50 hrs. |
| 08/14/12 | N. STEBINGER | Review of documents pursuant to Committee Litigation Trust Transfer Agreement. | 0.70 hrs. |
| 08/14/12 | M. D. ASHLEY | Emails with K. Zafran regarding Litigation Trust transfer agreement document review (.3); reviewed related materials (.8). | 1.10 hrs. |
| 08/15/12 | K. ZAFRAN | Research files and docket for list of parties with access to document depository per request of M. Ashley (1.2); emails with M. Ashley re: same (.4). | 1.60 hrs. |
| 08/16/12 | K. ZAFRAN | Emails with M. Ashley re: status of litigation trust transfer document review and timing of production. | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page     3
CHICAGO, IL 60611


| 08/16/12 | D. E. DEUTSCH | Review e-mails from Marc Ashley re: turnover of documents to litigation trust (.2); exchange requests to Marc Ashley for additional information related to same (.2). | 0.40 hrs. |

| 08/16/12 | M. D. ASHLEY | Emails with D. LeMay, D. Deutsch, K. Zafran, A. Goldfarb, M. Rule regarding Litigation Trust transfer agreement document review issues (.8); reviewed related materials (.7). | 1.50 hrs. |

| 08/16/12 | T. J. MCCORMACK | Review status of Litigation Trust document production with M. Ashley (0.3). | 0.30 hrs. |

| 08/17/12 | M. D. ASHLEY | Emails with K. Zafran regarding Litigation Trust transfer agreement document review (.2); reviewed related materials (.4). | 0.60 hrs. |

| 08/20/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement (2.3); review document collection to identify post-2010 documents (0.8). | 3.10 hrs. |

| 08/20/12 | J. LOPEZ | Review documents from R. Kirby and prepare for Relativity in connection with document review. | 0.80 hrs. |

| 08/21/12 | J. LOPEZ | Review documents from M. Roitman and prepare for Relativity in connection with document review. | 1.40 hrs. |

| 08/21/12 | P. ASNANI | Review of documents pursuant to Committee Litigation Trust Transfer Agreement. | 2.10 hrs. |

| 08/21/12 | K. ZAFRAN | Review and idenfity certain collected documents per Litigation Trustee Transfer Agreement. | 0.30 hrs. |

| 08/21/12 | M. ROITMAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement (1.0); Confer/correspond with K. Zafran re: same (0.6) | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| 08/22/12 | J. LOPEZ | Review documents from M. Ashley and prepare for Relativity in connection with document review. | 1.20 hrs. |
|---|---|---|---|
| 08/23/12 | K. ZAFRAN | Review and idenfity post November 2010 documents in connection with Litigation Trustee Transfer Agreement. | 0.40 hrs. |
| 08/26/12 | M. D. ASHLEY | Emails with team regarding document production and review issues (.7); reviewed materials related to document review and production issues (1.2). | 1.90 hrs. |
| 08/26/12 | K. ZAFRAN | Review volume of documents to add to Relativity for review in connection with Litigation Trust Transfer Agreement. | 0.20 hrs. |
| 08/27/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement (3.4); communications with M. Ashley re: review of post November 2010 documents (.8). | 4.20 hrs. |
| 08/27/12 | M. D. ASHLEY | Call with K. Zafran, A. Goldfarb regarding Litigation Trust transfer agreement document review issues (.6); reviewed related materials (.7). | 1.30 hrs. |
| 08/28/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement (1.6); review and assign new documents to reviewers and email re: same (.5). | 2.10 hrs. |
| 08/29/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement. | 2.80 hrs. |
| 08/30/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement. | 4.80 hrs. |
| 08/31/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement. | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      September 20, 2012
435 N. MICHIGAN AVENUE                             Page    5
CHICAGO, IL 60611


        **Total Fees for Professional Services.............   $43,549.00**


                          TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| T. J. MCCORMACK | 875.00 | .90 | 787.50 |
| M. D. ASHLEY | 695.00 | 8.80 | 6116.00 |
| D. E. DEUTSCH | 745.00 | .90 | 670.50 |
| J. LOPEZ | 235.00 | 3.40 | 799.00 |
| A. VOELKER | 495.00 | .80 | 396.00 |
| K. ZAFRAN | 565.00 | 58.00 | 32770.00 |
| M. ROITMAN | 495.00 | 1.60 | 792.00 |
| N. STEBINGER | 435.00 | .70 | 304.50 |
| P. ASNANI | 435.00 | 2.10 | 913.50 |
| TOTALS | | 77.20 | 43549.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page     1

                                   For Services Through August 31, 2012

Our Matter #19804.020
          SHAREHOLDER CLAIMS


| | | | |
|---|---|---|---|
| 08/01/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.20). | 0.20 hrs. |
| 08/01/12 | M. D. ASHLEY | Reviewed materials relating to Zell Rule 11 motion (.7). | 0.70 hrs. |
| 08/01/12 | T. J. MCCORMACK | Review Rule 11 issues with Zuckerman (0.3). | 0.30 hrs. |
| 08/03/12 | T. J. MCCORMACK | Review Rule 11 issues (0.2); review Zuckerman drafts re: opposition (0.2). | 0.40 hrs. |
| 08/03/12 | M. D. ASHLEY | Reviewed draft Zuckerman memorandum regarding Zell Rule 11 motion and related materials (.5). | 0.50 hrs. |
| 08/03/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |
| 08/03/12 | R. M. KIRBY | Review and comment on Zuckerman's draft memorandum to the Committee concerning the Committee's response to the Zell Defendants' Rule 11 motion. | 1.40 hrs. |
| 08/03/12 | H. SEIFE | Review of draft memo regarding Rule 11 claims. | 0.60 hrs. |
| 08/06/12 | R. M. KIRBY | E-mails w/Zuckerman Spaeder re: draft memo to Committee re: Rule 11 motion. | 1.40 hrs. |
| 08/06/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and revise report re: same (0.6) | 0.60 hrs. |
| 08/06/12 | C. L. RIVERA | Review activity in similar LBO/shareholder lawsuits. | 0.10 hrs. |
| 08/06/12 | M. D. ASHLEY | Revised draft Zuckerman memo regarding Zell Rule 11 motion (1.1) and reviewed related materials (.7); call with J. Sottile regarding Zell Rule 11 | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     September 20, 2012
435 N. MICHIGAN AVENUE                            Page    2
CHICAGO, IL 60611

|            |                |                                                                                                                                     |            |
|------------|----------------|-------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | motion (.2); emails with Zuckerman regarding same (.2).                                                                              |            |
| 08/07/12   | M. ROITMAN     | Review memorandum re: recommended response to Zell Rule 11 Motion (0.3); confer/correspond with H. Seife, D. LeMay, and A. Goldfarb re: Committee polling (0.3) | 0.60 hrs. |
| 08/08/12   | D. BAVA        | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.20).     | 0.20 hrs. |
| 08/08/12   | M. DISTEFANO   | Reviewed Zuckerman memo re Zell Rule 11 motion (.5); contacted Committee co-chair re Committee poll on Rule 11 issue (.3).            | 0.80 hrs. |
| 08/09/12   | M. DISTEFANO   | Conferences with Committee members to poll on Zell Rule 11 Motion issue (.9); conference with M.Roitman re: same (.2).               | 1.10 hrs. |
| 08/09/12   | M. ROITMAN     | Confer with M. Distefano re: Committee poll on Zell rule 11 motion (0.2)                                                             | 0.20 hrs. |
| 08/10/12   | D. BAVA        | Review and analysis of similar large case adversary proceedings re: recent filings (.20).                                           | 0.20 hrs. |
| 08/10/12   | M. DISTEFANO   | Further conferences with Committee members re poll on Zell Rule 11 Motion (.7); drafted email to Zuckerman re Committee poll results (.3). | 1.00 hrs. |
| 08/11/12   | M. DISTEFANO   | Conduct further conferences with Committee members re poll on Zell Rule 11 motion issue (.4).                                        | 0.40 hrs. |
| 08/13/12   | M. DISTEFANO   | Drafted email to Committee co-chair re Committee poll results.                                                                       | 0.20 hrs. |
| 08/13/12   | M. ROITMAN     | Review filings in MDL proceeding and update summary re: same (0.3)                                                                   | 0.30 hrs. |
| 08/13/12   | C. L. RIVERA   | Review activity in related LBO/shareholder lawsuit.                                                                                  | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611


| 08/15/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.20). | 0.20 hrs. |
|---|---|---|---|
| 08/17/12 | C. L. RIVERA | Review activity in other LBO/shareholder lawsuits. | 0.20 hrs. |
| 08/20/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions (0.2); confer with D. Bava re: same (0.1) | 0.30 hrs. |
| 08/29/12 | M. DISTEFANO | Drafted email to Committee re MDL service deadline extension (.3). | 0.30 hrs. |
| 08/31/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |
| 08/31/12 | T. J. MCCORMACK | Review Rule 11 opposition (0.5). | 0.50 hrs. |


        **Total Fees for Professional Services..............   $9,005.50**


                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | .60 | 597.00 |
| T. J. MCCORMACK | 875.00 | 1.20 | 1050.00 |
| M. D. ASHLEY | 695.00 | 3.40 | 2363.00 |
| D. BAVA | 295.00 | 1.20 | 354.00 |
| C. L. RIVERA | 665.00 | .50 | 332.50 |
| R. M. KIRBY | 595.00 | 2.80 | 1666.00 |
| M. DISTEFANO | 435.00 | 3.80 | 1653.00 |
| M. ROITMAN | 495.00 | 2.00 | 990.00 |
| TOTALS | | 15.50 | 9005.50 |