TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            September 20, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                        Page    1

                                     For Services Through August 31, 2012

Our Matter #19804.021
         PLAN LITIGATION


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/01/12 | D. M. LeMAY | Telephone conference with J. Bendernagel regarding stay brief (.3).  Begin review of draft briefs (5.4). Conferences with M.Roitman re: same (.4). | 6.10 hrs. |
| 08/01/12 | M. ROITMAN | Review and comment upon draft objection to motions for stay pending appeal (1.8); correspond with Z. Jamal and D. LeMay re: same (0.5); Review and comment upon draft objection to motion for direct certification to Third Circuit (2.4); Confer/correspond with D. LeMay and A. Rosenblatt re: same (0.4) | 5.10 hrs. |
| 08/01/12 | A. ROSENBLATT | Review Kirby memorandum on standard of review of Court's "materiality" ruling in connection with confirmation appeal (.4) and emails with LeMay re: same (.2); email from Sidley re: issue related other parent claim election (.2); review and comment on draft briefs circulated by Sidley opposing stay pending appeal and direct certification of Indenture Trustee appeal (2.2); emails with Sottile re: same (.2); review emergence timeline sent from Sidley (.3); emails with Z. Jamal re: damage calculations set forth in draft objection in connection with bond (.3). | 3.80 hrs. |
| 08/01/12 | M. D. ASHLEY | Emails with DCL counsel group regarding appeal and stay motion issues (.3); reviewed related materials (.4); reviewed draft DCL objections (.4). | 1.10 hrs. |
| 08/01/12 | T. J. MCCORMACK | Review DCL draft objections to appeal and stay issues (0.4). | 0.40 hrs. |
| 08/02/12 | T. J. MCCORMACK | Review WTC appeal papers (0.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           September 20, 2012
435 N. MICHIGAN AVENUE                                  Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/02/12 | M. D. ASHLEY | Reviewed draft DCL stay objections and related materials (.4); reviewed Wilmington Trust's appeal papers (.4). | 0.80 hrs. |
| 08/02/12 | A. ROSENBLATT | Review revised objection to stay pending appeal motions sent from Sidley (.8); review joinder to stay pending appeal and direct certification motions filed by Wilmington Trust (.5); discuss comments to pleadings with Roitman (.4); review Roitman collective comments to appellate pleading (.4). | 2.10 hrs. |
| 08/02/12 | M. DISTEFANO | Drafted email to Committee re appeals filings (.5) | 0.50 hrs. |
| 08/02/12 | D. M. LeMAY | Prepare comments on draft briefs (2.2). Review revised version of stay brief (1.4). Conferences with M.Roitman re: same (.3). | 3.90 hrs. |
| 08/02/12 | M. ROITMAN | Review Wilmington Trust joinders to stay motions and direct appeal motion (0.8); Confer/correspond with D. LeMay and M. Distefano re: same (0.5); Draft inserts to motion for direct certification to Third Circuit (2.7); Confer/correspond with D. LeMay and A. Rosenblatt re: same (0.4) | 4.40 hrs. |
| 08/02/12 | H. SEIFE | Review of Wilmington Trust notice of appeal and motion. | 1.00 hrs. |
| 08/03/12 | M. ROITMAN | Revise objection to direct appeal motion (1.2); correspond with DCL co-proponents re: same (0.3); confer with D. LeMay and A. Rosenblatt re: same (0.5); Call with J. Bendernagel re: same (0.1) | 2.10 hrs. |
| 08/03/12 | A. ROSENBLATT | Review C&P comments to appellate briefs circulated by Roitman (.6); discuss same with Roitman (.3); review email from Sidley explaining timing for restructuring transactions and DCL Proponents' responses to same (.4); review draft of Hartenstein | 2.00 hrs. |

|  |  | declaration circulated by Sidley (.4); review update on market analysis re: impact of confirmation decision on high yield debt market (.3). |  |
|---|---|---|---|
| 08/03/12 | M. D. ASHLEY | Reviewed draft DCL objections and stay opposition and related materials (.8). | 0.80 hrs. |
| 08/03/12 | D. M. LeMAY | Review and comment on opposition to stay and direct appeal motions (3.4); conferences with M.Roitman and A.Rosenblatt re: same (.4). | 3.80 hrs. |
| 08/04/12 | A. ROSENBLATT | Review Jones Day (J. Johnston) comments to appellate pleadings (.4); review Davis Polk comments to same (.4). | 0.80 hrs. |
| 08/05/12 | M. ROITMAN | Review and comment upon Hartenstein Declaration (0.6); Revise Draft Objection to Direct Certification Motion (2.3); correspond with DCL co-proponents re: same (0.2); Review and comment upon Draft Objection to Stay Motions (1.6) | 4.70 hrs. |
| 08/06/12 | H. SEIFE | Review of draft objections to stay motion (1.3); review of EGI-TRB's appellate motions (.8). | 2.10 hrs. |
| 08/06/12 | D. M. LeMAY | Multiple e-mails and telephone conferences to M. Roitman regarding points for inclusion in stay and certification papers (.9).  Multiple e-mails with M.Roitman regarding Motion to extend time for record designation in Aurelius appeal (.8). | 1.70 hrs. |
| 08/06/12 | M. DISTEFANO | Drafted email to Committee re EGI-TRB appeal (.3). | 0.30 hrs. |
| 08/06/12 | M. ROITMAN | Review and revise objection to motions for a stay pending appeal (3.1); Confer/correspond with A. Rosenblatt and D. LeMay re: same (0.4); Correspond with DCL co-proponents re: same (0.3) draft email to Committee re: draft | 8.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | objections (0.8); Confer/correspond with M. Ashley, D. LeMay and Z. Jamal re: draft declaration in support of stay objection (0.7); correspond with DCL co-proponents re: same (0.2); Review EGI-TRB direct appeal motion (0.7); Confer/correspond with J. Bendernagel, D. LeMay and M. McGuire re: designation of additional items for record on appeal (0.8); Review and revise motion to extend time re: filing of designation (1.7) |  |
| 08/06/12 | D. E. DEUTSCH | Review additional filing on Wilmington Trust appeals (.3); discuss related next steps for Committee materials related to same with David Bava (.1); exchange e-mails with David LeMay re: tomorrow's hearing re: exit facility matter (.2). | 0.60 hrs. |
| 08/06/12 | A. ROSENBLATT | Review appellate pleadings after further round of comments by DCL Plan Proponents (1.0); emails with Roitman re: timing for filing of designation of record (.3); emails with DCL Plan Proponents re: extensions of time for filing of appellate designations (.3); emails with Roitman, Zul, Ashley re: possibility of Zul declaration re: market impact of confirmation decision (.5). | 2.10 hrs. |
| 08/06/12 | M. D. ASHLEY | Revised draft Moelis declaration in support of objection to direct certification motion and reviewed related materials (1.6); emails with M. Roitman regarding same (.2). | 1.80 hrs. |
| 08/07/12 | M. D. ASHLEY | Reviewed revisions to draft certification objection, stay motion, Debtor declarations (1.2); emails with DCL counsel regarding same (.2). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/07/12 | A. ROSENBLATT | Review proposed stipulation re: filing of appellate designations (.3) and emails with Roitman and LeMay re: same (.2); review EGI Trib motion for direct certification to Third Circuit on appeal (.5); review Sidley and Jones Day email responses to C&P comments to stay opposition brief dealing with Wilmington Trust (.3); review revised Hartenstein declaration sent from Sidley (.3); review Roitman comments to same (.2); review draft Kurtz declaration circulated by Sidley (.4); review blackline of revised opposition to stay papers circulated by Sidley  (.4); review Davis Polk comments to same (.2); review Jones Day comments to certification objection sent from J. Johnston (.3); review C&P comments to stay objection pleading circulated by Roitman (.2); review Bennett email re: bonding requirement and amount (.3). | 3.60 hrs. |
| 08/07/12 | D. E. DEUTSCH | Review new appeal case filings (.4); e-mail Michael Distefano re: follow-up with Committee/team on same (.1). | 0.50 hrs. |
| 08/07/12 | D. M. LeMAY | Intensive Review of Stay Objection, Supporting Declarations and Objection to Direct Appeal Motion (9.7). Various conferences with M.Roitman re: same (.8). Telephone conference w/Bendernagel (2x) (.4). | 10.90 hrs. |
| 08/07/12 | M. ROITMAN | Review and revise objections to motions for a stay pending appeal and direct certification, Kurtz Declaration and Hartenstein Declaration (5.2); Confer/correspond with D. LeMay re: same (0.8); Correspond with DCL Co-Proponents re: same (0.4); Draft email to Committee re: same (0.5) | 6.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 20, 2012
435 N. MICHIGAN AVENUE                                       Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/07/12 | H. SEIFE | Review of objections to stay motion and Hartenstein declaration. | 1.60 hrs. |
| 08/08/12 | H. SEIFE | Review of draft briefs regarding objection to stay and certification. | 1.20 hrs. |
| 08/08/12 | M. ROITMAN | Review and revise objections to motions for a stay pending appeal and direct certification, Kurtz Declaration and Hartenstein Declaration (3.1); Confer/correspond with D. LeMay re: same (1.0); Correspond with DCL Co-Proponents re: same (0.5); Draft email to Committee re: same (0.2); Review Kurtz Declaration backup data (1.3); Prepare for Kurtz deposition (0.7) | 6.80 hrs. |
| 08/08/12 | D. M. LeMAY | Review, revise and finalize Objection to Stay Motion, supporting Declarations, and Objection to Certification Motion (5.7). Various conferences/emails with M.Roitman re: same (.8). Deposition preparation (1.2). Oral argument preparation (1.8). | 9.50 hrs. |
| 08/08/12 | A. ROSENBLATT | Review revised appellate briefs and revised section dealing with bond requirement circulated by Sidley (.6); review additional comments to stay pending appeal opposition sent from Davis Polk (.2); emails with Sidley team re: timing and logistics of upcoming depositions of witnesses appearing at appeals-related hearing (.2). | 1.00 hrs. |
| 08/08/12 | M. D. ASHLEY | Reviewed revisions to DCL stay objection and declarations and related materials (.9); emails with DCL group regarding draft papers (.5); emails with D. LeMay regarding Debtor depositions (.2); reviewed materials relating to depositions (.9). | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           September 20, 2012
435 N. MICHIGAN AVENUE                                  Page     7
CHICAGO, IL 60611

| 08/09/12 | M. D. ASHLEY | Emails with D. LeMay, M. Stein regarding Hartenstein deposition (.2); reviewed materials relating to Hartenstein deposition (1.7). | 1.90 hrs. |
| 08/09/12 | D. E. DEUTSCH | Review memorandum from Landis Rath on types of litigation claims and division of claims upon confirmation (.6); review, research and analyze related issues (1.4); review related litigation charts (.8); e-mail James Sottile re: same (.1). | 2.90 hrs. |
| 08/09/12 | M. ROITMAN | Confer with D. LeMay re: Kurtz Declaration backup data (0.2); Correspond with Z. Jamal re: same (0.2); Confer/correspond with D. LeMay re: certain arguments of Indenture Trustees in motion for stay pending appeal (0.2) | 0.60 hrs. |
| 08/09/12 | D. M. LeMAY | Review Unfair Discrimination transcript (1.8), all briefing to date (2.2), and applicable cases cited in briefs (2.0) to prepare for argument.  Review Kurtz discovery materials (.9). | 6.90 hrs. |
| 08/09/12 | H. SEIFE | Review of briefs regarding objection to stay and certification. | 1.30 hrs. |
| 08/10/12 | D. BAVA | Prepare materials for Kurtz deposition (.80). | 0.80 hrs. |
| 08/10/12 | M. ROITMAN | Review Aurelius objection to DCL Plan Proponents motion for extension of time to file designation of items for record on appeal (0.3); Correspond with DCL co-proponents re: same (0.2); Correspond with P. Wackerly and M. Ashley re: Hartenstein Deposition (0.3); Revise subordination scenario recovery chart (1.0); Confer/correspond with D. LeMay re: same (0.3) | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/10/12 | D. M. LeMAY | Work on oral argument outline for Direct Certification Motion (6.8). Prepare for Monday call with DCL group (.4) | 7.20 hrs. |
| 08/10/12 | D. E. DEUTSCH | Review and further analysis on division of ordinary course and other litigation for plan implementation (.9); call with James Sottile re: same (.4); call to Dan Rath re: same (.1). | 1.40 hrs. |
| 08/10/12 | A. ROSENBLATT | Review summary of Hartenstein deposition provided by Ashley (.2); review Sidley email re: process for appeals hearing (.1) and attached Akin letter to Sidley re: Aurelius proposed briefing schedule (.2); and review Aurelius letter (.1). | 0.60 hrs. |
| 08/10/12 | M. D. ASHLEY | Reviewed materials relating to stay/appeal issues and Hartenstein deposition (1.4); attended Hartenstein deposition (2.8); drafted summary of Hartenstein deposition (.7); emails with team regarding same (.2). | 5.10 hrs. |
| 08/13/12 | M. D. ASHLEY | Attended DCL group call regarding stay hearing issues (.8); meeting with D. LeMay, A. Rosenblatt, M. Roitman regarding appeal/stay issues (.2); reviewed DCL appeal evidentiary designations (.9); emails with M. Roitman regarding same (.1). | 2.00 hrs. |
| 08/13/12 | T. J. MCCORMACK | Review summary of Kurtz testimony on stay (0.4). | 0.40 hrs. |
| 08/13/12 | M. ROITMAN | Attend deposition of David Kurtz (4.9); Draft summary of same (2.9); Call with DCL Co-Proponents preparing for hearing on motions for a stay pending appeal and motions for direct certification (0.9); Meet with C&P team following call (0.2); Revise Subordination Scenario Recovery Chart (0.6); Meet with D. LeMay re: same (0.4); Review and comment | 10.60 hrs. |

|  |  |  |  |
|---|---|---|---|
|  |  | upon draft motion to shorten re: motion to enlarge time to file designations (0.4); Confer with M. McGuire re: same (0.1); Correspond with DCL co-proponents re: same (0.2). |  |
| 08/13/12 | D. M. LeMAY | Prepare for oral argument on August 17th (1.2). Conference call of DCL Proponents to prepare for oral argument (.9).  Follow up conference with C&P team regarding argument outline (.2). Conference with H. Seife regarding the same (.3).  Prepare argument regarding stay/merits issues (1.8); conference with M.Roitman regarding recovery scenarios (.4). | 4.80 hrs. |
| 08/13/12 | A. ROSENBLATT | Participate on DCL Proponent call re: organization and preparation for upcoming hearing on stay pending appeal and direct certification motions (1.0); review summary of Kurtz deposition sent from Roitman (.2); review email from Sidley re: appellate counter-designations (.2). | 1.40 hrs. |
| 08/14/12 | A. ROSENBLATT | Review trading data chart sent from Sidley and used by Kurtz (.2); review proposed outline for allocation of issues at upcoming appeals related hearing (.3); review Bendernagel email re: outline of argument on stay motion (.3); email from Davis Polk re: retiree issue with other parent claim elections (.2); emails among DCL Plan Proponents about no witnesses for appellants and timing of filing of reply briefs (.2). | 1.20 hrs. |
| 08/14/12 | D. M. LeMAY | Review all briefs, cases and articles relevant to Friday's hearings (5.2) and prepare oral argument regarding same (4.4). Various Conferences with M.Roitman regarding hearing preparation and related issues (1.2). | 10.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                Page    10
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/14/12 | M. ROITMAN | Revise letter re: appeal briefing schedule (0.6); Confer/correspond with D. LeMay re: same (0.2); Correspond with DCL co-proponents re: same (0.2); Confer/correspond with D. LeMay re: preparation for hearing on motions for stay pending appeal (1.0); Revise subordination scenario recovery chart in connection with preparation for hearing on motions for stay pending appeal (1.4); Draft oral argument outline (1.5); Confer with D. LeMay re: same (0.3); Research re: new cases on unfair discrimination (3.8); Draft memorandum to D. LeMay re: same (1.2); Research re: direct certification of appeals (1.6); Confer with D. LeMay re: same (0.3) | 12.10 hrs. |
| 08/14/12 | M. D. ASHLEY | Emails with DCL counsel regarding appeal designation issues (.3); reviewed materials relating to stay/appeal issues (.7). | 1.00 hrs. |
| 08/15/12 | M. D. ASHLEY | Reviewed Noteholders' stay reply brief and related papers (1.3); emails with DCL group (.2); emails with K. Zafran regarding Litigation Trust document review (.3); reviewed related materials (.4). | 2.20 hrs. |
| 08/15/12 | M. DISTEFANO | Research on various issues raised in reply memoranda re stays pending appeal and direct certification (3.1). | 3.10 hrs. |
| 08/15/12 | D. M. LeMAY | Review of new cases regarding "notwithstanding" and use of Legislative History (1.6).  Review briefs and transcripts regarding unfair discrimination issue (4.4). Review reply briefs filed by EGI, Wilmington, Law Debenture/DB and Aurelius (4.5). Participate in call of DCL counsel to discuss replies and Friday hearing (.8). Conference with M.Roitman regarding same (.5). Review cases cited in Replies (2.4). Meet with | 14.50 hrs. |

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |            |
|------------|----------------|----------------|------------|
|            |                | team regarding hearing preparation (.3).                                                                                                                                                                                                                                                                                                                                                                                                                                          |            |
| 08/15/12   | M. ROITMAN     | Revise subordination scenario recovery chart (0.7); Confer/correspond with D. LeMay re: same (0.2); Correspond with DCL co-proponents re: same (0.3); Call with J. Boelter re: same (0.2); Review appellants' replies in support of stay motions and direct appeal motions (1.7); call with DCL co-proponents re: same (0.7); Meet with D. LeMay re: same (0.5); Meet with D. LeMay, B. Dye and M. Distefano re: preparation for hearing (0.3); Research re: case law in appellants' replies in support of stay motions and direct appeal motions (2.2); Review email memoranda from M. Distefano and B. Dye re: same (1.3); Draft oral argument outline for hearing on stay motions and certification motions (3.7) | 11.80 hrs. |
| 08/15/12   | D. BAVA        | Prepare materials for hearing on appeals (5.60).                                                                                                                                                                                                                                                                                                                                                                                                                                   | 5.60 hrs.  |
| 08/15/12   | A. ROSENBLATT  | Review reply briefs filed by Aurelius, Law Debenture, Wilmington Trust and EGI re: direct certification and stay pending appeal motions (2.3); participate on call with DCL Plan Proponents re: arguments raised in appellants' briefs and strategy for upcoming hearing (.8); review subordination scenario chart circulated by Roitman (.2); review Spansion transcript re: stay motion sent from Jones Day (.3).                                                                    | 3.60 hrs.  |
| 08/15/12   | B. DYE         | Reviewing and summarizing relevant caselaw in Law Debenture Trust Co and Deutsche Bank's reply for stay pending appeal of confirmation order for D. LeMay                                                                                                                                                                                                                                                                                                                          | 4.60 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 20, 2012
435 N. MICHIGAN AVENUE                                       Page   12
CHICAGO, IL 60611

| 08/15/12 | H. SEIFE | Review of briefs and letters regarding hearing on stay certification. | 1.30 hrs. |
| 08/16/12 | H. SEIFE | Preparation for court hearing on stay motion/certification. | 1.10 hrs. |
| 08/16/12 | B. DYE | Reviewing and summarizing relevant caselaw in Law Debenture Trust Co and Deutsche Bank's reply for stay pending appeal of confirmation order for D. LeMay | 4.90 hrs. |
| 08/16/12 | A. ROSENBLATT | Review exhibit and possible demonstrative circulated by counsel for Law Debenture in advance of appeal hearing (.3); review draft of argument outline prepared by Roitman (.4); review Federal-Mogul case to be used at upcoming appeals hearing (.6). | 1.30 hrs. |
| 08/16/12 | M. DISTEFANO | Research on jurisdictional issues related to direct certification motions (4.9); drafted outline of case law for D.LeMay re appeals hearing (2.4). | 7.30 hrs. |
| 08/16/12 | D. BAVA | Prepare materials for hearing on appeals (1.10). | 1.10 hrs. |
| 08/16/12 | M. ROITMAN | Research re: Third Circuit case law on interpretation of "notwithstanding" in the bankruptcy code (4.8); Draft email memorandum to D. LeMay re: same (1.8); Draft oral argument outline for hearing on stay motions and certification motions (9.4); Review email memorandum from B. Dye re: enforcement of absolute priority rule (0.8); Review email memorandum from M. Distefano re: Third Circuit law on motions for stay pending appeal (0.6); Review Trustees' Proposed Exhibit (0.4); Confer/correspond with Z. Jamal re: same (0.4); Call with E. Vonnegut re: same (0.2); Confer/correspond with K. Brown and M. McGuire re: preparation for hearing (0.5) | 18.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page    13
CHICAGO, IL 60611

| 08/16/12 | D. M. LeMAY | Review Reply Briefs (3.4); review all cases cited in briefs (3.6); prepare, argument outline (2.7) and rehearse presentation (2.8). | 12.50 hrs. |
|---|---|---|---|
| 08/16/12 | D. E. DEUTSCH | Review filed court materials to prepare for part of hearing tomorrow (2.1). | 2.10 hrs. |
| 08/16/12 | M. D. ASHLEY | Reviewed materials relating to stay/appeal court hearing (1.4). | 1.40 hrs. |
| 08/17/12 | D. M. LeMAY | Prepare for (2.5) and participate in (8.3) hearing in USBC regarding stay of confirmation and direct appeal. Prepare report to client regarding hearing (.6) and several e-mails to H. Seife regarding same (.4). | 11.80 hrs. |
| 08/17/12 | D. E. DEUTSCH | Participate (telephonically) in today's hearing (7.4). | 7.40 hrs. |
| 08/17/12 | M. ROITMAN | Confer/correspond with C&P team in preparation for hearing (0.7); Attend hearing in Bankruptcy Court on motions for stay pending appeal and direct certification (8.3); Confer/correspond with M. McGuire and K. Brown re: preparation for hearing (0.4); Confer/correspond with DCL co-proponents following hearing (0.5); Draft email to non-conflicted Committee members re: report on hearing (1.7); Confer/correspond with D. LeMay re: same (0.4) | 12.00 hrs. |
| 08/17/12 | A. ROSENBLATT | Review pleadings in preparation for hearing (1.5) and attend hearing re: stay pending appeal and direct third circuit certification (7.4); review Roitman summary re: same (.2). | 9.10 hrs. |
| 08/17/12 | H. SEIFE | Telephonic participation (partial) in court hearing on motion for stay. | 6.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page   14
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/18/12 | D. M. LeMAY | Review and rewrite letter to Judge Carey regarding Section 1129(b). | 2.20 hrs. |
| 08/19/12 | M. ROITMAN | Draft letter to Judge Carey regarding Trustees' motion for direct certification (5.7); Correspond with D. LeMay re: same (0.6); Correspond with M. McGuire and K. Brown re: same (0.2) | 6.50 hrs. |
| 08/19/12 | M. D. ASHLEY | Reviewed DCL appeal counter-designations and related materials (.8); emails with DCL group regarding appeal issues (.2). | 1.00 hrs. |
| 08/20/12 | M. D. ASHLEY | Reviewed materials relating to DCL appeal papers (.9); emails with D. LeMay regarding same (.1); reviewed court hearing transcript regarding stay/appeal issues (1.1). | 2.10 hrs. |
| 08/20/12 | T. J. MCCORMACK | Review summary of court hearing on stay issues (0.3); review final letter sent to Judge Carey on behalf of Committee (0.3). | 0.60 hrs. |
| 08/20/12 | A. ROSENBLATT | Call with DCL plan Proponents re: hearing, next steps, timing issues related to appeals and related issues (.7); post-call meeting with LeMay, Roitman re: briefs and upcoming tasks (.3); review transcript from Friday hearing (.3); review supplemental DCL letter to judge in further support of denial of third circuit direct certification (.3) and discuss with Roitman (.2); review Law Debenture reply letter re: same (.5); emails with DCL Plan proponents re: counter-designations for appeal and timing of same (.2); email from Sidley re: inquiries related to implementing litigation trust (.2). | 2.70 hrs. |
| 08/20/12 | E. DAUCHER | Review all prior briefing in case on requests for stay pending appeal of confirmation (1.9); call with DCL Plan Proponents re: expected forthcoming appellate | 3.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                 Page   15
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | motions from Aurelius and the indenture trustees and proposed responses thereto (.8); further research re: unfair discrimination standards (.6). |  |
| 08/20/12 | M. ROITMAN | Revise letter to Judge Carey regarding Trustees' motion for direct certification (2.3); Confer/correspond with D. LeMay re: same (0.8); Confer/correspond with K. Brown re: same (0.3); Call with DCL Co-Proponents re: counter-designations and appeals process (0.7); confer with C&P team following call (0.4). | 4.50 hrs. |
| 08/20/12 | D. M. LeMAY | Review and edit letter to Judge Carey (2.2); review of cases cited in letter (1.7). Conference call of DCL Proponents regarding letter (.7).  Follow up meeting of C&P team regarding letter (.4). Review transcript of August 17th hearing (2.2). | 7.20 hrs. |
| 08/21/12 | M. ROITMAN | Confer/correspond with D. LeMay and D. Deutsch re: FCC approval for plan (0.6); Research re: direct certification procedure (0.8); Draft inserts for briefs in District Court re: motion for stay pending appeal and certification of direct appeal (1.4) | 2.80 hrs. |
| 08/21/12 | D. M. LeMAY | Telephone conference from FCC regarding stay motion (.3). Review cases regarding equitable mootress (2.5).  Review issue of participation in WTC appeal (1.3). | 4.10 hrs. |
| 08/21/12 | A. ROSENBLATT | Review and consider litigation trust issues in advance of call with Sidley (.5); emails from Bendernagel and other DCL Proponents re: Aurelius request to expedite appeal and related issues (.5); review draft proposed letter in response to Aurelius request and comment on same (.5); review Jones Day comments to same (.2); review email memorandum from Davis | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                Page    16
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |            |
| ---------- | -------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---------- |
|            |                | Polk re: case law analysis of procedure once direct certification motion is denied by bankruptcy court (.3); review Jones Day email memorandum setting forth procedural history for all appeals in furtherance of agreeing on strategy going forward and how to deal with various WTC appeals (.4).                                                                                                                                                                                                                                                                                                                                                   |            |
| 08/21/12   | M. D. ASHLEY   | Reviewed parties' correspondence regarding appeal issues and related materials (.7); emails with DCL group regarding appeal issues (.6).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | 1.30 hrs.  |
| 08/22/12   | M. D. ASHLEY   | Reviewed DCL appeal counterdesignations and related materials (1.2); emails with DCL counsel and D. LeMay regarding same (.6); reviewed correspondence and pleadings relating to appeal issues (1.1); reviewed court opinion regarding Third Circuit appeal (.3);                                                                                                                                                                                                                                                                                                                                                                                   | 3.20 hrs.  |
| 08/22/12   | A. ROSENBLATT  | Review final amended letter to Aurelius (.2); email from Sidley re: Aurelius requests concerning possible District Court appellate stay briefs (.2); draft email to Johnston re: path to proceed regarding motion to consolidate appeals (.3); briefly review appellate brief inserts sent from Roitman for possible District Court stay objection (.4); review bankruptcy court's decision denying stay pending appeal request and direct certification and accompanying order (.8); emails with DCL Proponents re: court decision and need to inform FCC of same (.4); review Trustees' notice of intent to seek emergency relief before District Court (.2) and DCL Proponents emails responding to same (.3); review emails from LeMay to counsel to Trustees re: same (.3). | 3.10 hrs.  |

| | | | |
|---|---|---|---|
| 08/22/12 | T. J. MCCORMACK | Review transcript of 8/17 hearing (0.9); review J. Carey decision on stay (0.6). | 1.50 hrs. |
| 08/22/12 | D. E. DEUTSCH | Review Judge Carey's opinion (.7); meeting with Michael Distefano to discuss related note to Committee on meeting re: same (.2); | 0.90 hrs. |
| 08/22/12 | H. SEIFE | Review of J.Carey decision on stay and bond (.8); conference with D.LeMay regarding same (.3); prepare for district court appeal (.6). | 1.70 hrs. |
| 08/22/12 | M. DISTEFANO | Reviewed opinion on appeals motions (.2). | 0.20 hrs. |
| 08/22/12 | D. M. LeMAY | Review Court's opinion on stay and certification motions (2.2). Multiple e-mails to DCL counsel re next steps (1.4). Prepare presentation on decision for tomorrow's Committee Meeting (1.7). Review and revise draft briefs on stay and certification in District Court (2.5). Legal analysis re Committee's potential position on WTC appeal (1.3). Meeting with Roitman and Rosenblatt re same (.4). | 9.50 hrs. |
| 08/22/12 | M. ROITMAN | Draft inserts for briefs in District Court re: motion for stay pending appeal and certification of direct appeal (2.9); Confer with D. LeMay and A. Rosenblatt re: response to Wilmington Trust appellate brief (0.5); Draft bullet points in preparation for Committee meeting re: same (0.8); Review opinion and order on stay pending appeal and direct appeal (0.8); Draft email to Committee re: same (0.5); Confer/correspond with D. LeMay and DCL co-proponents re: same (0.4); Correspond with D. LeMay and DCL co-proponents re: response to Law Debenture's notice of emergency briefing (0.7); | 6.60 hrs. |

| 08/23/12 | M. ROITMAN | Call with Debtors re: Litigation Trust mechanics and implementation issues (0.5); Call with J. Sottile and A. Rosenblatt re: same (0.2); Revise inserts for briefs in District Court re: motion for stay pending appeal and certification of direct appeal (1.7) | 2.40 hrs. |
|---|---|---|---|
| 08/23/12 | D. M. LeMAY | Work on Objection to Direct Certification Motion (2.7) and merits portion of Stay Motion (2.1). | 4.80 hrs. |
| 08/23/12 | C. L. RIVERA | Prepare for (0.2) and call with Sidley, C&P re: logistics of establishing litigation trust (0.5). | 0.70 hrs. |
| 08/23/12 | M. ROITMAN | Review designations of issues on appeal filed by Indenture Trustees, Wilmington Trust and EGI-TRB (0.7); Confer with D. LeMay re: same (0.2). | 0.90 hrs. |
| 08/23/12 | M. ROITMAN | Review and comment upon draft motion to consolidate appeals (0.8) | 0.80 hrs. |
| 08/23/12 | M. DISTEFANO | Reviewed opinion on appeals motions (.6). | 0.60 hrs. |
| 08/23/12 | H. SEIFE | Review of emergency motions before District Court. | 1.40 hrs. |
| 08/23/12 | A. ROSENBLATT | Review litigation trust-related sections of the Plan in advance of call with Sidley and A&M team re: plan/litigation trust implementation following effective date (.4); participate on call with Sidley/A&M and post-call with Sottile re: follow-up litigation trust issues (1.0); draft committee post providing update on FCC process (.7); emails with LeMay and Roitman re: background on Judge Sleet (.3); review draft motion to consolidate appeals sent from Sidley (.6); review Roitman preliminary comments to same (.2); review Jones Day and Davis Polk preliminary comments to same (.4). | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 20, 2012
Page   19

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/23/12 | M. D. ASHLEY | Reviewed additional DCL appeal counterdesignations and related materials (.6); reviewed draft motion to consolidate appeals and related materials (.6); emails with DCL group regarding appeal issues (.2). | 1.40 hrs. |
| 08/24/12 | M. D. ASHLEY | Reviewed DCL appeal designations (.7); emails with DCL group regarding appeal issues (.6); reviewed revised draft motion to consolidate (.4); reviewed Noteholders' emergency appeal motion papers (.9). | 2.60 hrs. |
| 08/24/12 | A. ROSENBLATT | Multiple emails and calls with Stenger re: updating FCC timeline (.5) and discuss same with LeMay (.3); review draft Committee memorandum re: FCC approval process and timing and consider impact of recent developments on same (.6); review and revise posting of Committee email answering questions about FCC process raised at Committee meeting (.4); review and comment on revised version of motion to consolidate appeals (.7); emails with LeMay and Daucher re: same (.3); review email from Sidley providing updated appellate designation of record (.3); review emergency appeal motions filed by Aurelius (1.1) and emails with LeMay and DCL Proponents re: same (.4); review Trustees emergency appeal motion and emails with LeMay re: same (.8). | 5.40 hrs. |
| 08/24/12 | D. M. LeMAY | Review of Emergency Motions, affidavits and supporting papers filed by Aurelius and Law Debenture (3.6).  Review cases cited in Aurelius/LD papers (2.9).  Revise memo to Committee re FCC process (.3). Conference with A.Rosenblatt regarding timeline (.3). Review and comment on Motion to Consolidate Appeals (1.6). | 9.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 20, 2012
435 N. MICHIGAN AVENUE                              Page   20
CHICAGO, IL 60611

|            |               | Conferences with M.Roitman regarding same (.5). Prepare for DCL co-proponent call tomorrow (.7). |            |
|------------|---------------|--------------------------------------------------------------------------------------------------|------------|
| 08/24/12   | H. SEIFE      | Review of Aurelius papers filed in District Court (1.8); email with DCL group regarding same (.3); review of Trustee's filing (.5). | 2.60 hrs. |
| 08/24/12   | E. DAUCHER    | Review emergency stay motions and related papers filed by Aurelius, Law Debenture and Deutsche Bank (.6); discuss response to same with D. LeMay (.2). | 0.80 hrs. |
| 08/24/12   | M. ROITMAN    | Review and comment upon draft Motion to Consolidate appeals (0.9); Confer/correspond with A. Rosenblatt and D. LeMay re: same (0.3); Correspond with DCL Co-Proponents re: same (0.4) | 1.60 hrs. |
| 08/25/12   | H. SEIFE      | Review emails with DCL group regarding emergency motions. | 1.30 hrs. |
| 08/25/12   | D. M. LeMAY   | Review of Aurelius and Law Debenture/Deutsche Bank emergency motions (3.8).  Review and comment on DCL Motion to Consolidate (2.3). Conf. call of DLC counsel regarding same (.8) and follow-up call with A.Rosenblatt (.2). Emails to C&P team re briefs (.4). | 7.50 hrs. |
| 08/25/12   | A. ROSENBLATT | Review portions of Aurelius and Trustee emergency appeal papers in advance of DCL Proponent group call (.5); participate on DCL Proponent call re: responding to Aurelius emergency appeal motions and related issues (.8); review additional revisions to draft motion to consolidate appeals (.4); post-DCL group call with LeMay and Daucher (.2); review email from Davis Polk summarizing cases establishing abuse of discretion standard for review of trial court setting of bond amount (.3); email from Daucher further analyzing case sent from Davis | 2.50 hrs. |

|          |              | Polk and additional analysis re: standard to apply when reviewing bond amount decisions (.3). |           |
|----------|--------------|-----------------------------------------------------------------------------------------------|-----------|
| 08/25/12 | E. DAUCHER   | Review draft motion to consolidation prepared by Sidley Austin (.9); review Jones Day's comments to motion to consolidate appeals (.6); review D. LeMay's comments to same (.4); revise working draft of motion to consolidate (.8); call with DCL plan proponents re: response to Aurelius motions (.7); follow up call with D. LeMay re: same (.2); research application of an abuse of discretion standard regarding appeals from denials of stays (1.4). | 5.00 hrs. |
| 08/26/12 | E. DAUCHER   | Review revised draft of motion to consolidate prepared by Sidley Austin (.5); review proposed order regarding same prepared by Sidley Austin (.2); emails regarding same with D. LeMay and A. Rosenblatt (.2); review draft letter to the clerk of the court in response to letters sent by Aurelius and the indenture trustees (.3); emails with A. Rosenblatt and D. LeMay re: same (.2); call with DCL plan proponents re: negotiating scheduling issues with appellants regarding briefing of appeals (.8); research re: improper/misleading citations in emergency motions filed by indenture trustees (2.7). | 4.90 hrs. |
| 08/26/12 | A. ROSENBLATT | Multiple emails with Lantry and DCL Proponents re: discussions with Aurelius about timing for filing briefs and extending time before consummating plan (.5); review revised consolidation motion and draft proposed order (.5); emails with Daucher and LeMay re: proposed order and related issues (.3); review draft letter to District Court in response to Aurelius letter (.3) | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 20, 2012
435 N. MICHIGAN AVENUE                               Page   22
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
| | | and emails with LeMay and Daucher re: same (.2); review Aurelius response to DCL scheduling proposal (.2); additional emails with DCL Proponents re: same (.3); additional emails from Aurelius counsel and among DCL Plan Proponents re: scheduling proposals and trying to reach an agreement re: same (.3). | |
| 08/26/12 | D. M. LeMAY | Conf. call with Aurelius and Law Debenture counsel regarding scheduling (.5). Follow up call with Lantry regarding same (.2). Review draft letter to Clerk (.3). Multiple emails to DCL counsel re scheduling issues (.8). Conf. call of DCL counsel re scheduling (.4) and several emails to A. Rosenblatt re same (.3). | 2.50 hrs. |
| 08/26/12 | H. SEIFE | Emails with DCL group regarding FCC and appeals. | 1.10 hrs. |
| 08/26/12 | M. D. ASHLEY | Reviewed materials relating to motion to consolidate appeals and emergency appeal motions (1.3). | 1.30 hrs. |
| 08/27/12 | M. D. ASHLEY | Reviewed materials relating to appeal issues (.7). | 0.70 hrs. |
| 08/27/12 | D. M. LeMAY | Review USDC decision (1.4) and multiple emails to co-proponents re same (1.0). Several emails to Lantry re scheduling issues (.4). Review revised letter to court re consolidation motion (.3). Email to Jim Stenger re effect of USDC order (.7). Review two emails to the Committee regarding appeal status (.5). | 4.30 hrs. |
| 08/27/12 | H. SEIFE | Review of draft consolidation motion (.4); review of draft DCL letter to court (.3); review of District Court order denying stay (.3); emails with DCL Group regarding same (.4). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 20, 2012
Page   23

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/27/12 | E. DAUCHER | Final review of motion to consolidate (.7) and accompanying letter to the clerk of the count (.4); review district court order entered in Aurelius's appeal denying modification of stay/bond and analyze impact of same (.6); draft notices to Committee members regarding emergency stay motion and orders related thereto (.9); emails re: same with D. LeMay and A. Rosenblatt ( .6). | 3.20 hrs. |
| 08/27/12 | A. ROSENBLATT | Review emails betweem Akin and Sidley re: proposed agreed on appellate scheduling before District Court (.3); multiple emails and discussions among DCL Proponents regarding DCL Plan Proponent letter in response to Aurelius scheduling issues (.7); email with Deutsch re: FCC analysis (.2); emails with DCL Plan Proponents re: finalizing motion to consolidate appeals and letter to accompany brief re: appellate briefing schedule and related issues (.5); additional emails from Sidley re: approach to take with Aurelius on scheduling terms (.3); review District Court decision denying emergency appeal motions of Aurelius and consider impact of same (.3); emails and discussions with LeMay and Daucher re: same and how to present same to Committee (.6); review and comment on Committee posting notes re: same (.3) | 3.20 hrs. |
| 08/27/12 | M. DISTEFANO | Drafted email to committee re district court filings (1.0). | 1.00 hrs. |
| 08/28/12 | E. DAUCHER | Discuss impact of Court's failure to issue an order to resolve indenture trustees' appeal with D. LeMay (.1); emails with DCL Plan proponents re: appellants' intention to appeal denial of stay to the 3rd Circuit (.2); research re: routes to the Third Circuit including mandamus and | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 20, 2012
Page   24

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |           |
|------------|----------------|---------------------------|-----------|
|            |                | interlocutory appeal (2.1); brief D. LeMay on findings re: same (.3); follow up research re: same (.3). |           |
| 08/28/12   | H. SEIFE       | Review of K.Lantry email regarding Judge Sleet and status (.3); review of email regarding mandamus (.3); emails with DCL Group regarding stay (.5). | 1.10 hrs. |
| 08/28/12   | A. ROSENBLATT  | Review emails from Stenger and Sidley re: updating FCC on District Court order denying emergency motion (.4);  discuss with LeMay (.2) and review emails among DCL Proponents (.4) re: status of Trustees' motion before District Court; review email from Lantry re: discussion with Trustees' counsel and intention to file papers with Third Circuit (.2); review emails with reaction to same from DCL Proponents (.3); review Daucher email memorandum re: ability of Trustees to seek direct relief from Third Circuit (.3); review Sidley memorandum re: Third Circuit review issues and Adelphia case and other authority attached thereto (1.0); follow up emails among DCL Proponents re: Adelphia and group position with Trustee counsel based on Sidley research and memorandum (.3) | 3.10 hrs. |
| 08/28/12   | D. M. LeMAY    | Research re ability to appeal District Court's stay decision to 3rd Circuit (3.1) and email to DCL group re same (.6).  Memo to Committee re relationship between appeals and FCC approval process (1.6).  Revise letter re DBTCA/Tribune Committee waiver (.6). | 5.90 hrs. |
| 08/28/12   | M. D. ASHLEY   | Reviewed materials relating to interlocutory appeal issues (.4); emails with D. LeMay and DCL counsel regarding appeal issues (.4). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 20, 2012
435 N. MICHIGAN AVENUE                                Page    25
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/29/12 | M. D. ASHLEY | Emails with DCL counsel regarding appeal issues (.3); reviewed related materials (.3). | 0.60 hrs. |
| 08/29/12 | M. DISTEFANO | Drafted various emails re Aurelius third circuit appeal filings (.9). | 0.90 hrs. |
| 08/29/12 | D. M. LeMAY | Review Clerk's order in 3rd Cir. (.3) and cases cited (.9).  Legal review re issue of finality of District Court order for appeal purpose (3.9). Conference with A.Rosenblatt and E.Daucher regarding same (.4).  T/C K. Lantry re jurisdiction issue and matters pending before Judge Sleet (.2). | 5.70 hrs. |
| 08/29/12 | H. SEIFE | Review of Aurelius notice of appeal and motion (.4); review of Third Circuit order (.3). | 0.70 hrs. |
| 08/29/12 | E. DAUCHER | Review order denying stay to Aurelius issued by the Third Circuit (.4); discuss impact of same with D. LeMay and A. Rosenblatt (.5); continue research into permissiveness of appeals of orders denying stays in light of Third Circuit's order (2.2). | 3.10 hrs. |
| 08/29/12 | D. E. DEUTSCH | Exchange e-mails with Michael Destefano re: new appeal filings and postings to Committee re: same (.3); | 0.30 hrs. |
| 08/29/12 | A. ROSENBLATT | Emails from Sidley providing update re: discussion with Trustee counsel regarding status of motion before District Court and intentions re: Third Circuit (.2); review notice of appeal to Third Circuit filed by Aurelius (.2); review Third Circuit order re: Aurelius appeal of District Court stay order (.3); discuss same with Daucher and LeMay re impact of same on various appeals (.4); emails with DCL Proponents re: reaching out to District Court re: outstanding Trustee motion (.3); consider impact of Third Circuit | 1.80 hrs. |

|            |               | order on Trustee appeal and course of action (.4) |            |
|------------|---------------|---------------------------------------------------|------------|
| 08/30/12   | A. ROSENBLATT | Review DCL brief in response to Trustees' District Court motion and provide comments to same (1.3); review comments and thoughts of DCL Proponents to same (.7); meet with LeMay and discuss appeal issues (.4); review cases re: jurisdiction and standard for appellate review in light of Aurelius's notice of intent to file emergency motion to Third Circuit (.7); emails with LeMay, Stenger re: FCC process and timing in light of recent developments (.3); review similar ch. 11 case re: procedure as being directly relevant to Aurelius's Third Circuit motion (.5); review email from Sidley setting forth summary and status of all pending appeal issues and briefs and timing re: same (.3) | 4.20 hrs. |
| 08/30/12   | E. DAUCHER    | Revise DCL Proponents' response to indenture trustees' stay motion (1.8) comprehensive research regarding denial of stay motion in a circuit court (3.6); discuss same with D. LeMay (.2). | 5.60 hrs. |
| 08/30/12   | H. SEIFE      | Review of draft response to emergency motion (.5); conference with D.LeMay regarding appeals (.4). | 0.90 hrs. |
| 08/30/12   | D. M. LeMAY   | Review and comment on draft filing to District Court re trustees' appeals (2.2). Legal research re jurisdictional question raised by 3rd Circuit (4.7).  Several e-mails to J. Stenger re FCC process in light of stay motions (.4).  Conferences with E. Daucher and A. Rosenblatt re 3rd Circuit jurisdiction issue (.3).  Review and respond to R. Flagg status e-mail (.2). Conference with H.Seife regarding appeal status (.4). | 8.20 hrs. |

| 08/30/12 | M. D. ASHLEY | Reviewed drafts of DCL response to Trustees' emergency appeal motion and related materials (1.1); emails with D. LeMay and DCL counsel regarding appeal issues (.4). | 1.50 hrs. |
| 08/31/12 | M. D. ASHLEY | Reviewed revisions to draft DCL opposition to Trustees' emergency motion and related materials (.4); emails with DCL counsel regarding appeal issues (.3); reviewed Aurelius's emergency appeal motion papers (.7). | 1.40 hrs. |
| 08/31/12 | D. M. LeMAY | Review and comment on Stay Brief to District Court (1.3); conf. call of DCL counsel re stay and bond issues (.8); call w/Sidley re 3rd Cir jurisdiction issues (.4); review jurisdiction cases and briefs in similar ch 11 cases (4.4); preparation of Committee position of corporate disclosure statement (.6); review Intralinks posting to the Committee (.2). | 7.70 hrs. |
| 08/31/12 | A. ROSENBLATT | Review litigation trust to-do list sent from Sidley (.3) and correspondence with Sottile re: same (.2); review emergency motion filed in Third Circuit by Aurelius (.9); brief discussion re: same with LeMay (.2); participate on DCL Proponent call re: appellate issues, timing and related issues (.9); review work on corporate disclosure for Committee to be part of Debtors' submission to Third Circuit (1.1); call with Debtors' local counsel re: related issues (.2); emails with Davis Polk re: disclosure related to JPM re: same (.2); review blackline of DCL brief in response to Trustees' District Court emergency motion sent from Sidley (.4); review Intralinks posting to Committee of recent orders and pleadings filed re: appeals by Aurelius and Trustees (.2); review Sidley email | 5.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE September 20, 2012
435 N. MICHIGAN AVENUE                                Page   28
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| | | re: update on discussions with Aurelius for unified and consensual appellate briefing schedule (.2); review Aurelius corporate disclosure filed with Third Circuit (.2); review Debtors' corporate disclosure to be filed with Third Circuit (.2); review additional emails among DCL Proponents about negotiating timing and page limits with Aurelius re: appellate briefs (.3) | |
| 08/31/12 | E. DAUCHER | Final revisions to Trustees' district court stay motion (1.3); Call with DCL plan proponents re: response in Third Circuit (.8); continued research re 3rd circuit's appellate jurisdiction over interlocutory orders (1.6). | 3.70 hrs. |
| 08/31/12 | M. DISTEFANO | Drafted email to Committee re Aurelius Third Circuit appeals (.9); prepared corporate disclosure for Third Circuit and drafted emails re same (1.1). | 2.00 hrs. |

**Total Fees for Professional Services.............. $391,626.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 183.90 | 170107.50 |
| H. SEIFE | 995.00 | 28.00 | 27860.00 |
| T. J. MCCORMACK | 875.00 | 3.30 | 2887.50 |
| M. D. ASHLEY | 695.00 | 39.90 | 27730.50 |
| A. ROSENBLATT | 745.00 | 72.70 | 54161.50 |
| D. E. DEUTSCH | 745.00 | 16.10 | 11994.50 |
| D. BAVA | 295.00 | 7.50 | 2212.50 |
| C. L. RIVERA | 665.00 | .70 | 465.50 |
| E. DAUCHER | 495.00 | 32.60 | 16137.00 |
| B. DYE | 565.00 | 9.50 | 5367.50 |
| M. DISTEFANO | 435.00 | 15.90 | 6916.50 |
| M. ROITMAN | 495.00 | 132.90 | 65785.50 |
| TOTALS | | 543.00 | 391626.00 |