# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

August 1, 2012 through August 31, 2012

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| R Bruce Den Uyl | Managing Director | 6.00 | 920.00 | 5,520.00 |
| Alan Holtz | Managing Director | 0.20 | 920.00 | 184.00 |
| Sean Renshaw | Director | 1.20 | 760.00 | 912.00 |
| Brad Hall | Director | 25.20 | 665.00 | 16,758.00 |
| Allan Hsu | Director | 3.00 | 665.00 | 1,995.00 |
| Mark F Rule | Director | 65.10 | 620.00 | 40,362.00 |
| Albert Leung | Director | 32.40 | 620.00 | 20,088.00 |
| Young Kim | Director | 21.20 | 620.00 | 13,144.00 |
| Christopher Rubel | Vice President | 1.30 | 455.00 | 591.50 |
| Steve D Ray | Vice President | 0.50 | 390.00 | 195.00 |
| Mark V Peterson | Associate | 1.60 | 310.00 | 496.00 |
| Kristina Borkowski | Associate | 2.60 | 305.00 | 793.00 |
| Stacey Macumber | Analyst | 0.20 | 270.00 | 54.00 |
| Quinton Sam | Administrative | 0.50 | 190.00 | 95.00 |
| Total Hours & Fees | | 161.00 | | 101,187.50 |
| Expenses | | | | 1.98 |
| **Total Amount Due** | | | | **USD    101,189.48** |

AlixPartners may determine, from time to time, to augment its professional staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. AlixPartners did not use Independent Contractors during this Staffing Period.