# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

August 1, 2012 through August 31, 2012

| Project Code | Description | Hours | Amount |
|---|---|---:|---:|
| 005735.00004 | Current Financials | 49.3 | 31,295.00 |
| 005735.00008 | Plan of Reorganization | 11.9 | 7,657.00 |
| 005735.00015 | UCC Meetings | 0.8 | 532.00 |
| 005735.00016 | Litigation Hold | 82.0 | 51,013.50 |
| 005735.00017 | Billing and Retention | 17.0 | 10,690.00 |
| **Total Fees Incurred** | | **161.0** | **$101,187.50** |

| Expenses | Amount |
|---|---:|
| Conference Calls | 1.98 |
| **Total Disbursements** | **1.98** |

Re: C
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/02/12 | BH | Review weekly financial performance compared to Plan. | 1.80 |
| 08/02/12 | BH | Revise weekly report to Committee. | 0.50 |
| 08/07/12 | BH | Revise weekly report to Committee. | 0.50 |
| 08/07/12 | BH | Review weekly financial performance compared to Plan. | 1.70 |
| 08/08/12 | ANL | Prepared weekly status update for UCC. | 2.20 |
| 08/08/12 | BH | Review and analyze Moelis Media Update report. | 0.50 |
| 08/10/12 | ANL | Reviewed July 2012 brown book and weekly revenue flash reports. | 2.50 |
| 08/10/12 | ANL | Prepared weekly status update for UCC. | 1.50 |
| 08/14/12 | YK | Analyze recent cash flows. | 1.80 |
| 08/14/12 | YK | Analyze publishing results. | 1.80 |
| 08/14/12 | YK | Analyze broadcasting results. | 2.10 |
| 08/14/12 | YK | Attended financial advisors' call. | 0.50 |
| 08/14/12 | BH | Review additional investment in Nimble TV as proposed by Debtor. | 0.80 |
| 08/14/12 | BH | Participate in Tribune call to discuss July operating results. | 0.50 |
| 08/14/12 | YK | Analyzed financial reports and drafted notes of call for distribution. | 0.90 |
| 08/15/12 | BH | Review monthly financial statements of Debtor compared to Plan. | 1.80 |
| 08/15/12 | BH | Review Moelis Media Update. | 0.50 |
| 08/16/12 | BH | Review weekly financial performance compared to Plan. | 2.00 |
| 08/16/12 | BH | Revise weekly report to Committee. | 0.50 |
| 08/20/12 | YK | Reviewed weekly cash flows. | 1.10 |
| 08/20/12 | YK | Reviewed recent publishing results. | 1.10 |
| 08/20/12 | YK | Reviewed recent broadcasting results. | 1.20 |
| 08/21/12 | ANL | Reviewed July 2012 brown book and weekly revenue flash reports. | 2.50 |
| 08/21/12 | BH | Revise weekly report to Committee. | 0.50 |
| 08/21/12 | BH | Review weekly financial performance compared to Plan. | 1.80 |
| 08/22/12 | ANL | Prepared weekly status update for UCC. | 1.80 |
| 08/23/12 | ANL | Analyzed July publishing and broadcasting results. | 2.20 |
| 08/24/12 | ANL | Analyzed July publishing and broadcasting results. | 1.70 |
| 08/27/12 | YK | Analyzed recent publishing results. | 1.30 |
| 08/27/12 | YK | Discuss with debtor's advisor regarding weekly anomaly and supplemental schedule. | 0.40 |
| 08/27/12 | YK | Analyzed recent cash flows. | 0.90 |
| 08/27/12 | YK | Analyzed recent broadcasting results. | 1.40 |
| 08/29/12 | BH | Revise weekly report to Committee. | 0.50 |
| 08/29/12 | ANL | Analyzed weekly revenue flash reports and cash flow forecast. | 1.50 |
| 08/29/12 | BH | Review weekly financial performance compared to Plan. | 1.80 |

Re: C
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/30/12 | ANL | Prepared weekly status update. | 1.60 |
| 08/30/12 | BH | Review Moelis Media Update. | 0.50 |
| 08/31/12 | ANL | Prepared weekly status update. | 1.10 |
| | | **Total Hours** | **49.30** |

Re: C
Client/Matter # 005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Albert Leung | 18.60 | 620.00 | 11,532.00 |
| Brad Hall | 16.20 | 665.00 | 10,773.00 |
| Young Kim | 14.50 | 620.00 | 8,990.00 |
| **Total Hours & Fees** | **49.30** | | **31,295.00** |

Re: Plan of Reorganization
Client/Matter # 005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/01/12 | ANL | Prepared latest fee estimate for distributable cash forecast. | 1.10 |
| 08/01/12 | BH | Review Debtors proposed updated timeline for emergence. | 1.40 |
| 08/06/12 | ANL | Reviewed tolling agreements and UCC third party complaints. | 2.20 |
| 08/13/12 | BH | Review the updated distribution memo from Debtors advisors on payments at time of emergence. | 2.70 |
| 08/17/12 | BH | Review memo on court hearing and ruling on stay. | 0.40 |
| 08/22/12 | BH | Review Judge Carey decisions on denying direct appeal to the 3rd Circuit and the granting of a stay pending the posting of a $1.5 billion bond. | 1.40 |
| 08/27/12 | BH | Review of district court order on stay. | 0.30 |
| 08/28/12 | YK | Analyzed Chadbourne's memorandum regarding FCC approval. | 0.80 |
| 08/29/12 | YK | Reviewed motions by various appellants seeking waiver of mediation and appeals bond. | 1.10 |
| 08/29/12 | YK | Reviewed DCL lender response to various appeals seeking extension of stay and waiver of bond requirement. | 0.50 |
| | | **Total Hours** | **11.90** |

Re:             Plan of Reorganization
Client/Matter # 005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 3.30 | 620.00 | 2,046.00 |
| Brad Hall | 6.20 | 665.00 | 4,123.00 |
| Young Kim | 2.40 | 620.00 | 1,488.00 |
| **Total Hours & Fees** | **11.90** | | **7,657.00** |

Re:             UCC Meetings
Client/Matter #  005735.00015

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/23/12 | BH | Participate in telephonic UCC meeting. | 0.80 |
| | | **Total Hours** | **0.80** |

Re: UCC Meetings
Client/Matter # 005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 0.80 | 665.00 | 532.00 |
| **Total Hours & Fees** | **0.80** | | **532.00** |

Re:              Litigation Hold
Client/Matter #  005735.00016

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/02/12 | MFR | Detailed review of documents and analyses to be produced to the Litigation Trustee. | 4.00 |
| 08/02/12 | SR | Preparation of ESI data for processing. | 1.20 |
| 08/03/12 | MVP | Created standard set of scripts to update metadata information for loading data into Relativity to enable effective review of documents. | 1.60 |
| 08/06/12 | SM | Created 1 new relativity group "Helsinki - Reviewers", created 1 new user and added them to the new group, added to case "Helsinki Review" and then emailed credentials to case manager. | 0.20 |
| 08/06/12 | QS | Prepared EDiscovery DFS and backups creation and testing. | 0.50 |
| 08/06/12 | KB | Prepared data from processing database to Relativity database; Relativity maintenance and QC tasks. | 1.70 |
| 08/06/12 | SDR | Create new Relativity case, with appropriate access rights for user groups in the Helsinki Review case. | 0.50 |
| 08/06/12 | AH | Prepared document retention project for litigation trustee. | 1.00 |
| 08/07/12 | MFR | Detailed review of documents and analyses to be produced to the Litigation Trustee. | 9.00 |
| 08/08/12 | MFR | Detailed review of documents and analyses to be produced to the Litigation Trustee. | 8.30 |
| 08/09/12 | CR | Reviewed documents in response to litigation trust production request. | 1.30 |
| 08/09/12 | MFR | Detailed review of documents and analyses to be produced to the Litigation Trustee. | 9.50 |
| 08/10/12 | MFR | Detailed review of documents and analyses to be produced to the Litigation Trustee. | 9.30 |
| 08/13/12 | KB | Prepared Relativity database for Litigation Trustee. | 0.60 |
| 08/13/12 | MFR | Detailed review of documents and analyses to be produced to the Litigation Trustee. | 8.50 |
| 08/13/12 | AH | Review database setup for Litigation Trustee. | 2.00 |
| 08/14/12 | MFR | Detailed review of documents and analyses to be produced to the Litigation Trustee. | 4.50 |
| 08/14/12 | KB | Prepared Relativity database for Litigation Trustee. | 0.30 |
| 08/15/12 | MFR | Detailed review of documents and analyses to be produced to the Litigation Trustee. | 4.50 |
| 08/16/12 | MFR | Prepared status update of document production to Litigation Trustee. | 0.50 |
| 08/16/12 | MFR | Provided status update to Chadbourne regarding the litigation trustee document production. | 0.50 |
| 08/17/12 | MFR | Review of additional documents for production to Litigation Trustee. | 2.00 |
| 08/20/12 | MFR | Review of additional documents for production to Litigation Trustee. | 2.00 |
| 08/20/12 | RBD | Detailed review of documents and analyses to be produced to the Litigation Trustee. | 2.50 |

Re: Litigation Hold
Client/Matter # 005735.00016

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/21/12 | RBD | Detailed review of documents and analyses to be produced to the Litigation Trustee. | 3.50 |
| 08/21/12 | MFR | Review of additional documents for production to Litigation Trustee. | 2.50 |
| | | **Total Hours** | **82.00** |

Re: Litigation Hold
Client/Matter # 005735.00016

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| R Bruce Den Uyl | 6.00 | 920.00 | 5,520.00 |
| Mark F Rule | 65.10 | 620.00 | 40,362.00 |
| Sean Renshaw | 1.20 | 760.00 | 912.00 |
| Allan Hsu | 3.00 | 665.00 | 1,995.00 |
| Steve D Ray | 0.50 | 390.00 | 195.00 |
| Christopher Rubel | 1.30 | 455.00 | 591.50 |
| Kristina Borkowski | 2.60 | 305.00 | 793.00 |
| Mark V Peterson | 1.60 | 310.00 | 496.00 |
| Stacey Macumber | 0.20 | 270.00 | 54.00 |
| Quinton Sam | 0.50 | 190.00 | 95.00 |
| **Total Hours & Fees** | **82.00** | | **51,013.50** |

Re: Billing and Retention
Client/Matter # 005735.00017

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/01/12 | ANL | Review fee examiner report on 11th interim fee application period. | 1.50 |
| 08/14/12 | AH | Review 5th Supplemental retention Declaration | 0.20 |
| 08/14/12 | YK | Prepared July 2012 fee application. | 1.20 |
| 08/17/12 | YK | Prepared July 2012 fee application. | 1.60 |
| 08/20/12 | YK | Prepared July 2012 fee application. | 1.10 |
| 08/21/12 | ANL | Revised July 2012 fee application and exhibits. | 1.80 |
| 08/22/12 | ANL | Revised July 2012 fee application and exhibits. | 1.50 |
| 08/22/12 | ANL | Prepared AlixPartners response to the fee examiner report for 11th interim fee period. | 2.10 |
| 08/23/12 | ANL | Prepared AlixPartners response to the fee examiner report for 11th interim fee period. | 1.10 |
| 08/23/12 | BH | Review letter to fee examiner on prior fee applications. | 1.50 |
| 08/24/12 | BH | Final review of fee examiner letter. | 0.50 |
| 08/24/12 | YK | Prepared fee examiner response. | 0.40 |
| 08/31/12 | ANL | Prepared fee application and response to fee examiner. | 2.50 |
| | | **Total Hours** | **17.00** |

Re: Billing and Retention
Client/Matter # 005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.20 | 920.00 | 184.00 |
| Albert Leung | 10.50 | 620.00 | 6,510.00 |
| Brad Hall | 2.00 | 665.00 | 1,330.00 |
| Young Kim | 4.30 | 620.00 | 2,666.00 |
| **Total Hours & Fees** | **17.00** | | **10,690.00** |