# EXHIBIT "C"

| Date | Disbursement Description | Amount |
|---|---|---|
| 07/26/12 | Conference Calls - - VENDOR: InterCall Brad Hall | 1.98 |
|  | **Total Disbursements** | **1.98** |

**Disbursement Recap:**

| Description | Amount |
|---|---|
| Conference Calls | 1.98 |
| Total Disbursements | 1.98 |