# EXHIBIT A

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 16, 2012

**Invoice No. 1396106**

Client/Matter: 09721775-0075

Oak Park Distribution Issues

Payment Due Upon Receipt

---

Total This Invoice                                        $        3,420.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 16, 2012

**Invoice No. 1396106**

Client/Matter:  09721775-0075

Oak Park Distribution Issues

For Professional Services Rendered through June 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 06/26/12 | J. Klenk | 0.30 | L110 | | Teleconference with T. Amlot re: Oak Park (.1); teleconference with K. Flax and email re: Oak Park complaint (.2). |
| 06/26/12 | T. Amlot | 0.20 | L110 | | Review e-mail communication re background of dispute and attached correspondence re enforcement of delivery rights. |
| 06/27/12 | T. Amlot | 4.20 | L120 | | Telephone conference with J. Klenk re background of dispute and strategy (.20); assess issues re obstruction of distribution and draft summary analysis re options to contest same (1.0); analyze Oak Park ordinances re solicitation and other potential basis village obstruction (.8); research and analyze process to obtain solicitation license, including analysis of applicable rules, publicly available information re procedure and telephone conference with clerk's office (.6); research and analyze constitutional protections for commercial speech (.8); draft summary of ordinances and constitutional arguments protecting delivery (.6); review communications re product at issue (.1); review and respond to follow-up communications from J. Klenk re status and strategy (.1) |
| 06/27/12 | J. Klenk | 0.40 | L120 | | Conference T. Amlot re: letter to Village (.2); emails with K. Flax and T. Amlot re same (.2). |

Oak Park Distribution Issues

July 16, 2012

Matter: 09721775-0075
Invoice No.: 1396106

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/28/12 | T. Amlot | 1.20 | L120 | | Analyze additional case law re first amendment protection for commercial speech (.3); draft correspondence to Oak Park Clerk re obstruction of delivery (.8); draft correspondence to J. Klenk and N. Spears re same (.1). |
| 06/29/12 | J. Klenk | 0.50 | L120 | | Emails K. Flax re: draft response to Village (.3); email T. Amlot and review ordinance (.2). |
| 06/29/12 | T. Amlot | 1.00 | L110 | | Review and respond to communications with J. Klenk re strategy with regard to distribution issues (.2); review communications from K. Flax and R. Buss re correspondence with the Oak Park Clerk (.1); review and revise correspondence to Oak Park Clerk asserting distribution rights and objection to obstruction of delivery (.5); draft email correspondence to Clerk re same (.1); draft email correspondence to K. Flax and R. Buss re same (.1). |

Total Hours          7.80

Fee Amount                                                                $3,420.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 1.20 | $780.00 |
| T. Amlot | $400.00 | 6.60 | $2,640.00 |
| Totals | | 7.80 | $3,420.00 |

Fee Total              $    3,420.00

Invoice Total         $    3,420.00

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

July 16, 2012

**Invoice No. 1396108**

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504

Payment Due Upon Receipt

---

Total This Invoice                                     $         780.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

July 16, 2012

**Invoice No. 1396108**

Client/Matter:  09721775-0018

EDDIE JOHNSON
0000001504

For Professional Services Rendered through June 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/30/12 | J. Klenk | 1.20 | L120 | | Review Eddie Johnson deposition; ▮▮▮▮▮▮▮▮ (1.2). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 1.20 | | |
| Fee Amount | | | | $780.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 1.20 | $780.00 |
| Totals | | 1.20 | $780.00 |

| | | |
|---|---|---|
| Fee Total | $ | 780.00 |
| Invoice Total | $ | 780.00 |

2

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 16, 2012

**Invoice No. 1396111**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

---

Total This Invoice                                    $        1,573.55

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 16, 2012

**Invoice No. 1396111**

Client/Matter:  09721775-0007

Roberto Rivera

For Professional Services Rendered through June 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/14/12 | J. Klenk | 0.10 | L110 | | Litigation log update (.1). |
| 06/26/12 | J. Klenk | 0.20 | L120 | | Conference K. Flax re: Ray Gibson testimony (.2). |
| 06/27/12 | J. Klenk | 0.30 | L120 | | Email R. Gibson (.2);teleconference with K. Rodriguez (.1). |
| 06/28/12 | K. Rodriguez | 0.20 | L330 | | Correspondence with J. Klenk regarding preparation for deposition of Plaintiff. |
| 06/29/12 | J. Klenk | 0.20 | L120 | | Email K. Flax re: R. Gibson (.1); teleconference with K. Rodriguez re: deposition (.1). |
| 06/30/12 | J. Klenk | 1.50 | L120 | | Preparation for Rivera deposition (1.5). |
| Total Hours | | 2.50 | | | |
| Fee Amount | | | | | $1,562.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 2.30 | $1,495.00 |
| K. Rodriguez | $335.00 | 0.20 | $67.00 |
| Totals | | 2.50 | $1,562.00 |

Roberto Rivera

July 16, 2012

Matter: 09721775-0007
Invoice No.: 1396111

<u>DISBURSEMENT DETAIL</u>

| <u>Date</u> | <u>Description</u> | | <u>Amount</u> |
|------|-------------|--|--------|
| 5/11/2012 | Computer Research--db ACCURINT May 2012 | | 11.55 |
| | | SUBTOTAL | 11.55 |
| | Total Disbursements | | $11.55 |

| | | |
|--|--|--|
| Fee Total | $ | 1,562.00 |
| Disbursement Total | $ | 11.55 |
| Invoice Total | $ | 1,573.55 |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 16, 2012

**Invoice No. 1396113**

Client/Matter: 09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

Payment Due Upon Receipt

Total This Invoice                                        $         2,145.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 16, 2012

**Invoice No. 1396113**

Client/Matter:  09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

For Professional Services Rendered through June 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 06/01/12 | J. Klenk | 1.60 | L120 | | Conference call B. Healey, D. Craven re: next step options (.8); email re: call (.2); review state case pleadings and most recent FOIA request (.4); teleconference with B. Healey re: client questions (.2). |
| 06/25/12 | J. Klenk | 0.40 | L120 | | Teleconference D. Craven (.2); review recent ▓▓▓▓▓▓▓▓ decision (.2). |
| 06/26/12 | J. Klenk | 0.60 | L120 | | Conference K. Flax (.2); review internal memo (.2); emails D. Craven (.2). |
| 06/27/12 | J. Klenk | 0.70 | L120 | | Teleconference with D. Craven re: state court strategy (.4); draft memo for K. Flax re: state court strategy (.3). |

| Total Hours | | 3.30 | | | |
| Fee Amount | | | | | $2,145.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 3.30 | $2,145.00 |
| Totals | | 3.30 | $2,145.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,145.00 |
| Invoice Total | $ | 2,145.00 |

2

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 16, 2012

**Invoice No. 1396120**

Client/Matter: 09721775-0074

Michael Tillman

Payment Due Upon Receipt

---

Total This Invoice                                   $        1,232.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 16, 2012

**Invoice No. 1396120**

Client/Matter:  09721775-0074

Michael Tillman

For Professional Services Rendered through June 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/12/12 | N. Spears | 0.20 | L120 | | Read subpoena and call to K. Flax re: same. |
| 06/18/12 | N. Spears | 0.30 | L120 | | Call w/K. Flax and T. Amlot re: response to subpoena (.20); call to Locke Bowman (.10). |
| 06/18/12 | T. Amlot | 0.20 | | | Telephone conference with K. Flax re: subpoena and response to same (.1); email re: same (.1). |
| 06/19/12 | N. Spears | 0.20 | L120 | | Phone conferences w/L. Bowman. |
| 06/20/12 | T. Amlot | 0.10 | L390 | | Review and analyze subpoena. |
| 06/20/12 | T. Amlot | 0.60 | L390 | | Draft proposed objections to subpoena. |
| 06/20/12 | T. Amlot | 0.30 | L390 | | Draft correspondence to L. Bowman re: subpoena and communications re: same. |
| 06/20/12 | T. Amlot | 0.20 | L390 | | Review and revise same. |
| 06/20/12 | N. Spears | 0.40 | L120 | | Conference call w/L. Bowman and email re: same (.30); review and edit letter re: same (.10). |
| 06/21/12 | T. Amlot | 0.10 | L390 | | Draft email correspondence to L. Bowman re: subpoena. |

| | | | |
|---|---|---|---|
| Total Hours | 2.60 | | |
| Fee Amount | | | $1,232.50 |

Michael Tillman

July 16, 2012

Matter: 09721775-0074
Invoice No.: 1396120

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 1.10 | $632.50 |
| T. Amlot | $400.00 | 1.50 | $600.00 |
| Totals | | 2.60 | $1,232.50 |

Fee Total          $     1,232.50
_____

Invoice Total       $       1,232.50

3

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO MAGAZINE
ATTN: KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 16, 2012

**Invoice No. 1396123**

Client/Matter: 09803290-0005

Lee Wonjung Clara Subpoena

Payment Due Upon Receipt

---

Total This Invoice                                          $          67.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO MAGAZINE
ATTN:  KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 16, 2012

**Invoice No. 1396123**

Client/Matter:  09803290-0005

Lee Wonjung Clara Subpoena

For Professional Services Rendered through June 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/18/12 | K. Rodriguez | 0.20 | L120 | | Confer with N. Spears regarding strategy for upcoming trial. |

| | | | |
|---|---|---|---|
| Total Hours | 0.20 | | |
| Fee Amount | | | $67.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| K. Rodriguez | $335.00 | 0.20 | $67.00 |
| Totals | | 0.20 | $67.00 |

| | | |
|---|---|---|
| Fee Total | $ | 67.00 |
| Invoice Total | $ | 67.00 |

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

July 16, 2012

**Invoice No. 1396118**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

Total This Invoice                               $        1,711.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7500
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

July 16, 2012

**Invoice No. 1396118**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through June 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/04/12 | N. Spears | 0.10 | L120 | | Email and brief review re: reporters privilege objection letter from K. Flax. |
| 06/18/12 | N. Spears | 0.50 | L120 | | Phone conference w/K. Flax re: new subpoena and DEA issue and read email (.30); review case and email related to same (.20). |
| 06/18/12 | K. Rodriguez | 0.90 | L120 | | Review and analyze Illinois decisions regarding journalist ride alongs with police (.6); Draft overview of same to K. Flax (.3). |
| 06/19/12 | N. Spears | 0.30 | L120 | | Review and edit letters re: subpoena and discuss same w/T. Amlot. |
| 06/19/12 | T. Amlot | 1.80 | L110 | | Review subpoena from Independent Police Review Authority and correspondence re: same (.2); draft responsive letter objecting to subpoena and production (.8); review and revise same (.5); office conferences with N. Spears re: same (.2); draft email to K. Flax attaching same (.1). |
| 06/27/12 | N. Spears | 0.30 | L120 | | Gather fair report material for K. Flax. |
| Total Hours | | 3.90 | | | |
| Fee Amount | | | | | $1,711.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.20 | $690.00 |
| T. Amlot | $400.00 | 1.80 | $720.00 |

2

EDITORIAL-GENERAL
0000001492

July 16, 2012

Matter: 09721775-1003
Invoice No.: 1396118

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| K. Rodriguez | $335.00 | 0.90 | $301.50 |
| Totals | | 3.90 | $1,711.50 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 1,711.50 |
| Invoice Total | $ | 1,711.50 |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 16, 2012

**Invoice No. 1396107**

Client/Matter: 09721775-0009

Cheryl Naedler

Payment Due Upon Receipt

---

Total This Invoice                                      $        5,283.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 16, 2012

**Invoice No. 1396107**

Client/Matter:  09721775-0009

Cheryl Naedler

For Professional Services Rendered through June 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/14/12 | J. Klenk | 0.10 | L110 | | Litigation log update (.1). |
| 06/21/12 | J. Klenk | 0.20 | L110 | | Emails ▮▮▮▮▮▮▮▮▮ (.1); message K. Flax (.1). |
| 06/22/12 | J. Klenk | 0.90 | L110 | | Teleconference K. Flax re: ▮▮▮▮▮▮ (.2); review emails re: same (.3); ▮▮▮▮ (.4). |
| 06/25/12 | J. Klenk | 0.20 | L110 | | Emails K. Flax ▮▮▮▮▮ (.2). |
| 06/26/12 | J. Klenk | 1.90 | L120 | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (1.6 ▮▮▮▮ (.3). |
| 06/27/12 | J. Klenk | 0.30 | L110 | | Teleconference with K. Flax re: meeting follow up (.3). |
| 06/29/12 | J. Klenk | 1.80 | L120 | | Teleconference with K. Flax ▮▮▮▮ (.3); email K. Flax ▮▮▮▮ (.4); conference with K. Staba re: civil remedies (.3); email K. Flax ▮▮▮▮ (.2); email K. Flax ▮▮▮▮ (.2); email K. Flax ▮▮▮▮ (.2); email D. MacGregor re: Patel (.2). |
| 06/29/12 | K. Staba | 2.40 | L120 | | Discuss ▮▮▮▮▮ with J. Klenk (.2); research and outline ▮▮▮▮ (2.1). |
| 06/30/12 | J. Klenk | 1.30 | L120 | | Preparation ▮▮▮▮▮▮▮▮ |

Total Hours                                    9.10

Cheryl Naedler

July 16, 2012

Matter: 09721775-0009
Invoice No.: 1396107

Fee Amount                                                                    $5,267.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 6.70 | $4,355.00 |
| K. Staba | $380.00 | 2.40 | $912.00 |
| Totals | | 9.10 | $5,267.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 6/26/2012 | Ground Transportation JAMES A KLENK J. KLENK - CAB TO/FROM TRIBUNE | | 16.00 |
| | | SUBTOTAL | 16.00 |
| | Total Disbursements | | $16.00 |

| | | |
|---|---|---|
| Fee Total | $ | 5,267.00 |
| Disbursement Total | $ | 16.00 |
| Invoice Total | $ | 5,283.00 |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

July 16, 2012

**Invoice No. 1396119**

Client/Matter: 09803290-0004

EDITORIAL

Payment Due Upon Receipt

---

Total This Invoice                                     $           710.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

July 16, 2012

**Invoice No. 1396119**

Client/Matter:  09803290-0004

EDITORIAL

For Professional Services Rendered through June 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/19/12 | N. Spears | 0.30 | L120 | | Read new subpoena to B. Smith and email w/K. Flax and T. Amlot re: same. |
| 06/20/12 | T. Amlot | 0.20 | L390 | | Review and analyze subpoena and associated communications. |
| 06/20/12 | T. Amlot | 0.60 | L390 | | Draft proposed objections to subpoena. |
| 06/20/12 | T. Amlot | 0.10 | L390 | | Office conference with N. Spears re: same. |
| 06/20/12 | T. Amlot | 0.20 | L390 | | Review and revise same. |
| 06/20/12 | T. Amlot | 0.10 | L390 | | Draft correspondence to K. Flax re: same. |
| 06/20/12 | N. Spears | 0.10 | L120 | | Edit letter re: B. Smith subpoena. |
| Total Hours | | 1.60 | | | |
| Fee Amount | | | | | $710.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.40 | $230.00 |
| T. Amlot | $400.00 | 1.20 | $480.00 |
| Totals | | 1.60 | $710.00 |

| | | |
|---|---|---|
| Fee Total | $ | 710.00 |
| Invoice Total | $ | 710.00 |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

July 16, 2012

**Invoice No. 1396109**

Client/Matter: 20010074-0001

Christopher Buchanan

Payment Due Upon Receipt

Total This Invoice                            $          2,694.85

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

July 16, 2012

**Invoice No. 1396109**

Client/Matter:  20010074-0001

Christopher Buchanan

For Professional Services Rendered through June 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/01/12 | J. Klenk | 0.20 | L190 | | Teleconference with plaintiff's counsel. |
| 06/08/12 | J. Klenk | 0.90 | L230 | | Pretrial with Judge Hogan (.70); conferences C. Sennet (.20). |
| 06/13/12 | J. Klenk | 0.30 | L310 | | Teleconference with Fred Vano re: discovery (.2); email K. Staba/docket (.1). |
| 06/14/12 | J. Klenk | 1.10 | L230 | | Appear at case management conference (.7); emails C. Sennet, A. Vano re: same (.2); draft litigation log update (.2). |
| 06/22/12 | J. Klenk | 0.40 | L310 | | Conference K. Staba (.1); review interrogatory/document drafts and comment (.3). |
| 06/22/12 | K. Staba | 1.60 | L310 | | Prepare discovery requests (1.5); discuss same with J. Klenk (0.1). |
| 06/25/12 | J. Klenk | 0.30 | L310 | | Revise and serve discovery requests (.3). |

| | | | |
|---|---|---|---|
| Total Hours | | 4.80 | |
| Fee Amount | | | $2,688.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 3.20 | $2,080.00 |
| K. Staba | $380.00 | 1.60 | $608.00 |
| Totals | | 4.80 | $2,688.00 |

Christopher Buchanan

July 16, 2012

Matter: 20010074-0001
Invoice No.: 1396109

<u>DISBURSEMENT DETAIL</u>

| <u>Date</u> | <u>Description</u> | | **Amount** |
|---|---|---|---|
| 5/31/2012 | Delivery - - | COMET MESSENGER SERVICE, INC. Santilli Law Group | 6.85 |
| | | SUBTOTAL | 6.85 |
| | Total Disbursements | | $6.85 |

| | | |
|---|---|---|
| Fee Total | $ | 2,688.00 |
| Disbursement Total | $ | 6.85 |
| Invoice Total | $ | 2,694.85 |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 16, 2012

**Invoice No. 1396124**

Client/Matter: 09721775-0072

SRI Systems Research Citation

Payment Due Upon Receipt

---

Total This Invoice                                    $            617.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 16, 2012

**Invoice No. 1396124**

Client/Matter:  09721775-0072

SRI Systems Research Citation

For Professional Services Rendered through June 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 06/01/12 | L. Davis | 0.20 | L190 | | Follow-up with Michael Matek re court hearing. |
| 06/14/12 | R. Jones | 1.00 | L450 | | Attend hearing on citation to discover assets and enter order dismissing action. |
| 06/15/12 | L. Davis | 0.10 | L310 | | Follow-up with K. Flax re dismissal of citation to discover assets. |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 1.30 | | | |
| Fee Amount | | | | | $617.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. Davis | $575.00 | 0.30 | $172.50 |
| R. Jones | $445.00 | 1.00 | $445.00 |
| Totals | | 1.30 | $617.50 |

| | | |
|---|---|---|
| Fee Total | $ | 617.50 |
| Invoice Total | $ | 617.50 |