**EXHIBIT A**

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 9, 2012

**Invoice No. 1402993**

Client/Matter: 09721775-0075

Oak Park Distribution Issues

Payment Due Upon Receipt

Total This Invoice                                    $        320.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 9, 2012

**Invoice No. 1402993**

Client/Matter:   09721775-0075

Oak Park Distribution Issues

For Professional Services Rendered through July 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/03/12 | T. Amlot | 0.70 | L120 | | Teleconference with court clerk (.1); draft email correspondence to K. Flax and R. Buss re: same (.1); teleconference with village counsel for Oak Park (.2); review ordinances in preparation for same (.1); draft email correspondence to K. Flax and R. Buss summarizing final conclusion to issues and agreement to permit free distribution going forward (.2). |
| 07/04/12 | T. Amlot | 0.10 | L120 | | Review and respond to correspondence from R. Buss re: opting out of delivery. |

| Total Hours | 0.80 | |
|-------------|------|--|
| Fee Amount | | $320.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| T. Amlot | $400.00 | 0.80 | $320.00 |
| Totals | | 0.80 | $320.00 |

| | | |
|--|--|--|
| Fee Total | $ | 320.00 |
| Invoice Total | $ | 320.00 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 9, 2012

**Invoice No. 1403017**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

_____

Total This Invoice                                    $        10,963.50

Please return this page with your payment

In the case of mail deliveries to:          In the case of overnight deliveries to:
SNR Denton US LLP                              SNR Denton US LLP
Dept. 3078                    OR               Attention: Accounting
Carol Stream, IL 60132-3078                    233 South Wacker Drive
                                               Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP                    snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY                                        August 9, 2012
KAREN FLAX
435 NORTH MICHIGAN AVENUE                          **Invoice No. 1403017**
CHICAGO, IL 60611
USA

Client/Matter:   09721775-0007

Roberto Rivera

For Professional Services Rendered through July 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/02/12 | J. Klenk | 2.60 | L330 | | Teleconference K. Rodriguez ████████ (.2); ████████ for deposition (2.3); e-mail K. Flax ████████ (.1). |
| 07/02/12 | K. Rodriguez | 0.40 | L330 | | Call ████████ in preparation for deposition of plaintiff (.3); Correspondence with opposing counsel regarding deposition (.1). |
| 07/03/12 | J. Klenk | 1.50 | L330 | | Review Lexis Nexis searches ████████ (.8); review discovery produced for deposition (.4); teleconference with K. Rodriguez (.3). |
| 07/05/12 | K. Rodriguez | 0.50 | L330 | | Assist with preparations for deposition of plaintiff ████████ |
| 07/05/12 | J. Klenk | 3.90 | L330 | | Prepare for Rivera deposition; review deposition files, ████████ (3.5); teleconferences with K. Rodriguez (.4). |
| 07/06/12 | J. Klenk | 4.60 | L330 | | Deposition of Robert Rivera (2.1); preparation for same (1.9); conference with K. Rodriguez (.3); emails K. Flax (.2); email R. Gibson (.1). |

Roberto Rivera

August 9, 2012

Matter: 09721775-0007
Invoice No.: 1403017

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/06/12 | K. Rodriguez | 2.70 | L330 | | Review documents ███████ ████████████ (.4); Attend deposition of plaintiff (1.5); Strategy discussion with J. Klenk ████████ ██████████████████ (.3); Review and consolidate notes from deposition (.2); ███████████ (.3). |
| 07/09/12 | J. Klenk | 0.30 | L120 | | Report to K. Flax (.1); teleconference with R. Gibson ████████ (.2). |
| 07/17/12 | J. Klenk | 0.10 | L120 | | Email K. Rodriguez re: status (.10). |
| 07/17/12 | K. Rodriguez | 0.20 | L120 | | ████████████████████ |
| 07/18/12 | K. Rodriguez | 0.40 | L120 | | Conference with plaintiff's counsel in advance of upcoming status hearing and call with clerk regarding same (.3); Correspondence with plaintiff's counsel regarding continuance of status hearing (.1). |
| 07/19/12 | K. Rodriguez | 1.00 | L450 | | Attend case management hearing. |
| 07/19/12 | J. Klenk | 0.20 | L230 | | Email and teleconference with K. Rodriguez re: status (.2). |
| 07/30/12 | J. Klenk | 0.30 | L120 | | Email K. Flax ████████████ █████.1); email K. Rodriguez ███████ (.1); messages R. Gibson (.1). |
| 07/31/12 | G. Naron | 0.20 | L240 | | Teleconferences J. Klenk ███████; review file ███████████ (.2). |

| | | | | | |
|------|------|------|------|------|------|
| Total Hours | | 18.90 | | | |
| Fee Amount | | | | | $10,621.00 |

Roberto Rivera

August 9, 2012

Matter: 09721775-0007
Invoice No.: 1403017

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 13.50 | $8,775.00 |
| G. Naron | $520.00 | 0.20 | $104.00 |
| K. Rodriguez | $335.00 | 5.20 | $1,742.00 |
| Totals | | 18.90 | $10,621.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 7/10/2012 | Outside Professional Services - - MCCORKLE COURT REPORTERS, INC. Video Deposition of Roberto Rivera taken 7/6/12 | | 332.50 |
| | | SUBTOTAL | 332.50 |
| | Total Disbursements | | $332.50 |

| | | |
|---|---|---|
| Fee Total | $ | 10,621.00 |
| Disbursement Total | $ | 332.50 |
| Invoice Total | $ | 10,953.50 |

4

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 9, 2012

**Invoice No. 1402994**

Client/Matter: 09721775-0076

Quintin Sharp - Subpoena to Annie Sweeney & William Lee

Payment Due Upon Receipt

---

Total This Invoice                                         $          3,460.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 9, 2012

**Invoice No. 1402994**

Client/Matter:  09721775-0076

Quintin Sharp - Subpoena to Annie Sweeney & William Lee

For Professional Services Rendered through July 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/03/12 | N. Spears | 0.20 | L120 | | Email w/K. Flax re: new subpoena and review response dates for same. |
| 07/05/12 | N. Spears | 0.50 | | | Review subpoenas, docket sheet and correspondence. |
| 07/09/12 | N. Spears | 0.10 | L120 | | Call w/K. Flax re: new Sweeney subpoena (.10). |
| 07/10/12 | N. Spears | 0.70 | | | Review letters and subpoena in more detail and call w/defendant's counsel (.50); email K. Flax re: same (.20). |
| 07/16/12 | T. Amlot | 2.60 | L390 | | Review and analyze materials related to subpoenas, including deposition transcripts, defendant's answer and affirmative defenses, article in dispute, and related case law (2.2); draft summary analysis suggesting strategy related to same (.2); draft correspondence to opposing counsel contesting subpoenas (.4). |
| 07/16/12 | N. Spears | 0.40 | L120 | | Conference w/T. Amlot re: review of deposition of woman who spoke to reporters and draft response (.30); review draft response (.10). |
| 07/19/12 | N. Spears | 0.40 | L120 | | Edit email to Defense Counsel re: subpoena and email draft to K. Flax. |
| 07/23/12 | N. Spears | 0.90 | L120 | | Phone conference and email with K. Flax re: draft response to defendant's counsel (.30); edit same (.30); email re: same with defendants' counsel (.30). |
| 07/24/12 | N. Spears | 0.70 | L120 | | Emails to/from M. Frazen re: motion to divest (.50); email with K. Flax re: same (.10); confer with T. Amlot re: same (.10). |

Quintin Sharp - Subpoena to Annie Sweeney & William Lee

August 9, 2012

Matter: 09721775-0076
Invoice No.: 1402994

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/24/12 | T. Amlot | 0.20 | L120 | | Review numerous communications re: position of opposing counsel and strategy re: same. |
| 07/30/12 | T. Amlot | 0.10 | L120 | | Draft correspondence to opposing counsel re: anticipated motion. |
| 07/31/12 | N. Spears | 0.10 | L120 | | Email w/defendants' counsel re: motion. |

| | | | | | |
|------|-----------|-------|------|----------|-----------|
| Total Hours | | 6.90 | | | |
| Fee Amount | | | | | $3,460.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 4.00 | $2,300.00 |
| T. Amlot | $400.00 | 2.90 | $1,160.00 |
| Totals | | 6.90 | $3,460.00 |

| | | |
|---|---|---|
| Fee Total | $ | 3,460.00 |
| Invoice Total | $ | 3,460.00 |

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 9, 2012

**Invoice No. 1402995**

Client/Matter: 09721775-0077

Drew Peterson

Payment Due Upon Receipt

---

Total This Invoice                                    $        15,232.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 9, 2012

**Invoice No. 1402995**

Client/Matter:  09721775-0077

Drew Peterson

For Professional Services Rendered through July 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 07/11/12 | K. Rodriguez | 0.30 | L120 | | Review correspondence regarding seating at Peterson trial (.1); Call with N. Spears regarding letter to judge in preparation for drafting letter to judge regarding same. |
| 07/12/12 | K. Rodriguez | 2.50 | L120 | | Draft and revise letter to judge in Drew Peterson trial regarding various access issues, including reserved seating, lottery seating, and laptops in courtroom. |
| 07/12/12 | N. Spears | 0.70 | L120 | | Edit draft letter to Judge for K. Flax re: access to media seating. |
| 07/13/12 | N. Spears | 0.90 | L120 | | Edit letter to Judge in Peterson case (.60); email re: same (.30). |
| 07/15/12 | K. Rodriguez | 0.20 | L250 | | Revise Peterson trial letter with client's edits. |
| 07/16/12 | K. Rodriguez | 0.20 | | | Call with N. Spears regarding strategy for upcoming media access meeting with Sheriff's office. |
| 07/16/12 | N. Spears | 0.50 | L120 | | Email w/P. Kendall, K. Flax et al re: letter to and email from Judge in Peterson case and related issues. |
| 07/16/12 | J. Klenk | 0.10 | L120 | | Teleconference with N. Spears re: Tribune seats at trial (.1). |
| 07/17/12 | N. Spears | 1.80 | | | Various email re: Sheriff's meeting and status of lottery (.40); call from D. Dunn re: same (.30); call to K. Flax re: same (.10); phone conference with K. Flax, P. Kendall, et al. (.50); follow up with K. Rodriguez re: draft letter to Sheriff and State's Attorney (.30); follow up email from P. Kendall (.20). |

Drew Peterson

August 9, 2012

Matter: 09721775-0077
Invoice No.: 1402995

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/17/12 | K. Rodriguez | 0.50 | L120 | | Investigation into Peterson prosecution team and other local media potentially vying for seat at trial (.3); Call with N. Spears regarding follow up media access letter (.2). |
| 07/18/12 | K. Rodriguez | 3.80 | L120 | | Draft and revise letter to Sheriff's office following judge's response to first letter regarding media seating (2.6); Calls with N. Spears regarding strategy in drafting and editing letter (.5); Conduct factual investigation regarding other potential media outlets seeking seats and regarding Sheriff's Office (.7). |
| 07/18/12 | N. Spears | 0.90 | | | Edit letter to J. Glasgow (.60); phone conferences and email with K. Rodriguez and K. Flax re: same (.30). |
| 07/18/12 | J. Klenk | 0.20 | L120 | | Emails re: letter to court and Chicago Tribune Company seating with N. Spears and K. Rodriguez in anticipation of attending court hearing (.2). |
| 07/19/12 | N. Spears | 3.90 | | | Edit letter to J. Glasgow and K. Kaupas (.60); confer with K. Rodriguez re: same (.30); multiple phone conferences with K. Flax and with P. Kendall re: same and additional edits to letter (.60); read edits to same (.20); follow-up call to K. Flax re: responses from K. Kaupas and State's Attorney (.30); email and phone conference with G. Naron re: drafting emergency motion to object to access with trial seating for filing Friday morning (.30); research law on same (.50); email re: research (.30); edit draft motion and email with G. Naron re: same (.80). |

Drew Peterson

August 9, 2012

Matter: 09721775-0077
Invoice No.: 1402995

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/19/12 | K. Rodriguez | 3.70 | L120 | | Revise letter to Sheriff's office based upon new information regarding media seating (1.6); Call with clients and N. Spears regarding strategy for letter (.2); Research in support of motion regarding seating (1.1); Draft ancillary documents for filing (.4); Investigate current staffing for parties for proper notice of motion (.4). |
| 07/19/12 | G. Naron | 3.20 | | | Teleconferences and emails wotj NJSpears re emergency access motion in Peterson case (.3); review background materials re same (.5); research for motion (.8); draft emergency motion for access (1.6). |
| 07/20/12 | G. Naron | 2.50 | | | Teleconferences and emails with NJSpears and K Flax re access motion in Peterson case (.5); review comments, cases; further drafting of motion for access (1.7); research and review materials re Judge Burmila (0.2); emails to NJSpears re same (0.1). |
| 07/20/12 | N. Spears | 5.10 | L120 | | Edit emergency motion for access and reserved media seat (1.80); various phone conferences and email with K. Flax, P. Jurek and P. Kendall re: same (.60); follow-up edits and proofing of motion and notice and prepare for filing and serving emergency motion to parties and judge (1.0); various calls and email with Docket re: same (.30); conference with J. Klenk re: motion hearing on 7/22 (.30); follow-up calls with K. Flax re: resolution (.40); draft email to Judge Burmila re: same and email with K. Flax and P. Kendall re: same for emergency service in Joliet (.40); analyze and follow-up email re: Judge Burmila response (.30). |
| 07/20/12 | K. Rodriguez | 0.40 | L120 | | Review correspondence regarding status of motion regarding seating (.2); various calls with counsel for Sun Times regarding status of motion (.2). |

Drew Peterson

August 9, 2012

Matter: 09721775-0077
Invoice No.: 1402995

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/20/12 | J. Klenk | 0.30 | L120 | | Teleconference with N. Spears re: attending court on emergency access motion (.2); teleconference with K. Flax (.1). |
| 07/23/12 | N. Spears | 0.10 | | | Follow up with K. Flax. |
| Total Hours | | 31.80 | | | |
| Fee Amount | | | | | $15,232.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.60 | $390.00 |
| N. Spears | $575.00 | 13.90 | $7,992.50 |
| G. Naron | $520.00 | 5.70 | $2,964.00 |
| K. Rodriguez | $335.00 | 11.60 | $3,886.00 |
| Totals | | 31.80 | $15,232.50 |

|  |  |  |
|--|--|--|
| Fee Total | $ | 15,232.50 |
| Invoice Total | $ | 15,232.50 |

5

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO MAGAZINE
ATTN: KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 9, 2012

**Invoice No. 1402996**

Client/Matter: 09803290-0005

Lee Wonjung Clara Subpoena

Payment Due Upon Receipt

Total This Invoice                          $        5,970.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO MAGAZINE
ATTN:  KAREN FLAX
C/O TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 9, 2012

**Invoice No. 1402996**

Client/Matter:  09803290-0005

Lee Wonjung Clara Subpoena

For Professional Services Rendered through July 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/02/12 | N. Spears | 0.30 | L120 | | Conference w/K. Rodriguez re: trial and call to K. Flax re: same. |
| 07/06/12 | N. Spears | 0.40 | L120 | | Phone conferences w/K. Flax and K. Rodriguez re: trial testimony. |
| 07/06/12 | K. Rodriguez | 0.80 | L440 | | Calls with plaintiff's counsel regarding B. Smith's appearance at upcoming trial (.3); Conferences with N. Spears regarding same (.2); Calls and correspondence with B. Smith regarding trial testimony (.3). |
| 07/09/12 | K. Rodriguez | 0.40 | L440 | | Calls with plaintiff's counsel regarding status of trial subpoena to B. Smith (.2); correspondence with B. Smith and N. Spears re: same (.2). |
| 07/09/12 | N. Spears | 0.30 | L120 | | Follow up re: B. Smith trial testimony. |
| 07/10/12 | K. Rodriguez | 0.20 | L440 | | Correspondence with K. Flax regarding status of trial subpoena. |
| 07/16/12 | K. Rodriguez | 0.10 | L120 | | Call with opposing counsel regarding status of trial subpoena to B. Smith. |
| 07/17/12 | K. Rodriguez | 1.20 | L120 | | Correspondence and calls with counsel for plaintiff regarding status of B. Smith's appearance at trial and update from trial testimony so far (.4); Draft overview of testimony to client in preparation for trial testimony (.3); Prepare for trial by reviewing relevant transcripts from hearing on motion to quash, pleadings, and B. Smith's notes (.5). |
| 07/17/12 | N. Spears | 0.40 | L120 | | Update on trial (.30); email re: preparation (.10). |

Lee Wonjung Clara Subpoena

August 9, 2012

Matter: 09803290-0005
Invoice No.: 1402996

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/18/12 | N. Spears | 1.60 | L120 | | Prepare for court hearing and prepare B. Smith for same. |
| 07/18/12 | K. Rodriguez | 1.20 | L120 | | Outlining ares of potential questioning for B. Smith trial testimony from both parties. |
| 07/19/12 | K. Rodriguez | 1.80 | L450 | | Attend part of prep session for B. Smith for testimony in Lee v. Robles trial (.8); Attend trial with B. Smith and N. Spears (1.0). |
| 07/19/12 | N. Spears | 3.70 | L120 | | Prepare B. Smith for trial testimony and attend trial with B. Smith (3.50); provide report to K. Flax (.20). |
| 07/24/12 | N. Spears | 0.20 | L120 | | Email follow-up with B. Smith. |
| 07/24/12 | K. Rodriguez | 0.20 | L120 | | Call with plaintiffs' counsel regarding status of case (0.1); correspondence with client regarding same (0.1). |

Total Hours                         12.80

Fee Amount                                                              $5,944.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 6.90 | $3,967.50 |
| K. Rodriguez | $335.00 | 5.90 | $1,976.50 |
| Totals | | 12.80 | $5,944.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 7/19/2012 | Ground Transportation NATALIE J SPEARS CAB TO TRIBUNE AND CAB TO COURT ON 7/19 | | 26.00 |
| | | SUBTOTAL | 26.00 |
| | Total Disbursements | | $26.00 |

3

Lee Wonjung Clara Subpoena

August 9, 2012

Matter: 09803290-0005
Invoice No.: 1402996

| | | |
|---|---|---|
| Fee Total | $ | 5,944.00 |
| Disbursement Total | $ | 26.00 |
| Invoice Total | $ | 5,970.00 |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 9, 2012

**Invoice No. 1402992**

Client/Matter: 09721775-0009

Cheryl Naedler

Payment Due Upon Receipt

Total This Invoice                                    $        17,532.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 9, 2012

**Invoice No. 1402992**

Client/Matter:  09721775-0009

Cheryl Naedler

For Professional Services Rendered through July 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/02/12 | J. Klenk | 0.90 | L120 | | E-mails with D. MacGregor (.3); ▮ ▮ (.6). |
| 07/03/12 | J. Klenk | 0.30 | L160 | | Email M. Weinstein ▮ ▮ |
| 07/03/12 | M. Weinstein | 0.20 | L120 | | Calls Jim Klenk and Justine Margolis ▮ ▮. |
| 07/03/12 | J. Margolis | 1.30 | L160 | | Begin updating research ▮ ▮ ▮. |
| 07/05/12 | J. Margolis | 2.80 | L160 | | Draft memorandum on cases located to date ▮ ▮ |
| 07/06/12 | J. Klenk | 1.20 | L120 | | Teleconference ▮ ▮ with K. Flax (.1); email D. MacGregor re: same (.2); ▮ (.6); email K. Staba re: ruling date (.1); teleconference with M. Weinstein (.2). |
| 07/06/12 | K. Staba | 0.10 | L240 | | Email J. Klenk regarding motion to dismiss ruling date (.1) . |
| 07/09/12 | K. Staba | 0.10 | L120 | | Talk to J. Klenk regarding updated research (.1). |
| 07/09/12 | J. Margolis | 5.30 | L160 | | Research Illinois trial court orders ▮ ▮ ▮ |

Cheryl Naedler

August 9, 2012

Matter: 09721775-0009
Invoice No.: 1402992

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/09/12 | M. Weinstein | 1.10 | L120 | | Review memo █████████████████ ██████████████████████ ████████████████████████ ████████████. |
| 07/09/12 | J. Klenk | 1.90 | L240 | | Review key issues in case for argument on motion to dismiss and in preparation for meeting with V. Cassanova (1.3); teleconference with J. Maros ████████████████ (.3); conference M. Weinstein ██████████ (.3). |
| 07/10/12 | J. Klenk | 4.70 | L240 | | Appear and argue Motion to Dismiss First Amended Complaint (.8); prepare for argument (1.4); teleconference with M. Weinstein (.2); conference K. Staba on recent cases (.4); attempts to reach T. Wheat (.1); emails T. Wheat ███████████ (.4); emails K. Flax ████████████████ (.4); work on ███████████████ letter (.4); teleconference with K. Flax ██████ ████████████ (.3); teleconference with J. Maros ████████████████ (.3). |
| 07/10/12 | M. Weinstein | 1.10 | L120 | | Review revised memo ██████████ ███████████; calls Jim Klenk ████████████████████████ ███████████████████████. |
| 07/10/12 | K. Staba | 3.00 | L120 | | Research recent cases ████████ ████████████████ (2.0): review cases (.7); discuss same with J. Klenk (.3). |
| 07/10/12 | J. Margolis | 0.20 | L120 | | Review order on motion to dismiss and email with M. Weinstein on follow-up work ██████. |
| 07/11/12 | J. Klenk | 3.30 | L120 | | Teleconference with T. Wheat ██████ ███████████████ (.5); email K. Flax re: same (.2); review all materials in preparation for V. Cassanova meeting (2.6). |

Cheryl Naedler

August 9, 2012

Matter: 09721775-0009
Invoice No.: 1402992

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/12/12 | J. Klenk | 0.90 | L120 | | Teleconference with M. Weinstein ■ ■ (.2); email same (.1); ■ (.2); look at recent cases from K. Staba ■ ■ (.4). |
| 07/12/12 | M. Weinstein | 0.80 | L120 | | Review and comment on ■ ; call Jim Klenk ■ . |
| 07/13/12 | J. Klenk | 0.80 | L160 | | Revise ■ for V. Cassanova meeting (.3); teleconference with M. Weinstein (.2); ■ (.3). |
| 07/16/12 | J. Klenk | 0.10 | L120 | | Email K. Flax re: Cassanova meeting (.1). |
| 07/17/12 | J. Klenk | 0.20 | L120 | | Meeting V. Cassanova and K. Flax ■ (.9); conference with K. Flax re: meeting (.3); prepare for meeting with Vince Cassanova (.4); email K. Flax ■ (.1); teleconference with M. Weinstein ■ (.3). |
| 07/17/12 | M. Weinstein | 0.30 | L160 | | Call Jim Klenk ■ . |
| 07/19/12 | J. Klenk | 0.60 | L120 | | Teleconference K. Flax re: Tony Hunter meeting (.2); review ■ for T. Hunter meeting (.4). |
| 07/23/12 | J. Margolis | 0.30 | L210 | | Review cases on prudential mootness for potential arguments against certifying a class. |

| | | | | | |
|------|-----------|-------|------|----------|-----------|
| Total Hours | | 31.50 | | | |
| Fee Amount | | | | | $17,532.00 |

Cheryl Naedler

August 9, 2012

Matter: 09721775-0009
Invoice No.: 1402992

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 14.90 | $9,685.00 |
| M. Weinstein | $650.00 | 3.50 | $2,275.00 |
| J. Margolis | $440.00 | 9.90 | $4,356.00 |
| K. Staba | $380.00 | 3.20 | $1,216.00 |
| Totals | | 31.50 | $17,532.00 |

| | | |
|---|---|---|
| Fee Total | $ | 17,532.00 |
| Invoice Total | $ | 17,532.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

August 9, 2012

**Invoice No. 1402998**

Client/Matter: 20010074-0001

Christopher Buchanan

Payment Due Upon Receipt

---

Total This Invoice                                            $        2,987.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

August 9, 2012

**Invoice No. 1402998**

Client/Matter:   20010074-0001

Christopher Buchanan

For Professional Services Rendered through July 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/16/12 | J. Klenk | 0.30 | L310 | | Review plaintiff's written requests (.1); email C. Sennet (.1); teleconference with K. Staba re: draft responses (.1). |
| 07/16/12 | K. Staba | 0.10 | L310 | | Discuss response to discovery requests with J. Klenk (.1). |
| 07/17/12 | J. Klenk | 0.10 | L310 | | Conference C. Sennet re: written discovery responses (.1). |
| 07/20/12 | J. Klenk | 0.70 | L310 | | Teleconference with C. Sennet re: responses to written discovery (.2); conference with K. Staba re: draft responses (.3); review C. Sennet fact memos (.2). |
| 07/20/12 | K. Staba | 0.30 | L310 | | Discuss responses to discovery requests with J. Klenk (.2). |
| 07/30/12 | K. Staba | 2.50 | L320 | | Review materials sent by client (.6); prepare responses to discovery requests (1.9). |
| 07/30/12 | J. Klenk | 0.70 | L310 | | Review and revise draft written discovery responses (.4); email C. Sennet re: same (.1); conference K. Staba re: draft responses (.20. |
| 07/31/12 | J. Klenk | 1.10 | L310 | | Work on discovery responses (.9); messages C. Sennet re: same (.2). |

Total Hours                    5.80

Fee Amount                                                                $2,987.00

2

Christopher Buchanan

August 9, 2012

Matter: 20010074-0001
Invoice No.: 1402998

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 2.90 | $1,885.00 |
| K. Staba | $380.00 | 2.90 | $1,102.00 |
| Totals | | 5.80 | $2,987.00 |

Fee Total        $    2,987.00

Invoice Total        $    2,987.00

3