# EXHIBIT A

## Claims Settlement Report

# TRIBUNE COMPANY, ET AL

## SEVENTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ARTINI-ZAK CORPORATION, INC. 5700 S.W. 34TH STREET, SUITE 425 GAINESVILLE, FL 32608 | 2579 | 05/08/2009 | Sun-Sentinel Company | Unsecured | $0.00 | Sun-Sentinel Company | Unsecured | $2,500.00 |
| 2 | BARNHILL, FREDRICK PO BOX 190929 DALLAS, TX 75219 | 241000940 | 04/10/2009 | Tribune Television Company | Unsecured | $67,037.50 | Tribune Television Company | Unsecured | $8,650.00 |
| 3 | CHEREFANT, FRANKLIN TOPKIN EGNER PL C/O CATHY R. BERMA, ESQ. 1166 W NEWPORT DRIVE # 309 DEERFIELD BEACH, FL 33442 | 2101 | 04/30/2009 | Forum Publishing Group, Inc. | Unsecured | $30,000.00 | Forum Publishing Group, Inc. | Unsecured | $0.00 |
| 4 | CHEREFANT, FRANKLIN TOPKIN EGNER PL C/O CATHY R. BERMA, ESQ. 1166 W NEWPORT DRIVE # 309 DEERFIELD BEACH, FL 33442 | 371 | 01/26/2009 | Forum Publishing Group, Inc. | Unsecured | $30,000.00 | Forum Publishing Group, Inc. | Unsecured | $7,750.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
^ - Indicates schedule record was scheduled as contingent, disputed and unliquidated.

## TRIBUNE COMPANY, ET AL

## SEVENTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | FRANKLIN CHEREFANT C/O TOPKIN & EGNER, PL ATTN: CATHY R. BIERMAN 1166 W. NEWPORT CENTER DRIVE, SUITE 309 DEERFIELD BEACH, FL 33442 | 168000730 | 04/10/2009 | Forum Publishing Group, Inc. | Unsecured | $0.00 ^ | Forum Publishing Group, Inc. | Unsecured | $0.00 |
| 6 | MADISON CORPORATE GROUP, INC, AS AGENT OF CRYSTAL LAKE LIMITED PARTNERSHIP 650 ROOSEVELT ROAD, SUITE 204 GLEN ELLYN, IL 60137 | 6165 | 08/07/2009 | Tribune Company | Unsecured | $99,168.00 | Chicago Tribune Company | Unsecured | $37,188.00 |
| 7 | MISSOURI DEPARTMENT OF REVENUE GENERAL COUNSEL'S OFFICE PO BOX 475 JEFFERSON CITY, MO 65105-0475 | 199 | 01/08/2009 | KPLR, Inc. | Priority Unsecured | $3,181.97 $67,443.15 | KPLR, Inc. | Priority Unsecured | $0.00 $0.00 |
| | | | | | Subtotal | $70,625.12 | | Subtotal | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

^ - Indicates schedule record was scheduled as contingent, disputed and unliquidated.

# TRIBUNE COMPANY, ET AL

## SEVENTH CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 8 | MISSOURI DEPARTMENT OF REVENUE GENERAL COUNSEL'S OFFICE PO BOX 475 JEFFERSON CITY, MO 65105-0475 | 200 | 01/08/2009 | Tribune Company | Priority | $993.96 | Tribune Company | Priority | $0.00 |
| 9 | MISSOURI DEPARTMENT OF REVENUE GENERAL COUNSEL'S OFFICE PO BOX 475 JEFFERSON CITY, MO 65105-0475 | 6672 | 11/08/2010 | Tribune Company | Priority Unsecured Subtotal | $9,514.58 $16,930.59 $26,445.17 | Tribune Company | Priority | $16,992.67 |
| 10 | MISSOURI DEPARTMENT OF REVENUE GENERAL COUNSEL'S OFFICE PO BOX 475 JEFFERSON CITY, MO 65105-0475 | 7122 | 05/29/2012 | KPLR, Inc. | Priority Unsecured Subtotal | $3,181.97 $22,530.99 $25,712.96 | KPLR, Inc. | Priority | $25,712.96 |
| 11 | MISSOURI DEPARTMENT OF REVENUE GENERAL COUNSEL'S OFFICE PO BOX 475 JEFFERSON CITY, MO 65105-0475 | 7126 | 06/04/2012 | Tribune Company | Priority | $0.00 | Tribune Company | Priority | $0.00 |
| | | | | | TOTAL | $349,982.71 | | TOTAL | $98,793.63 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
^ - Indicates schedule record was scheduled as contingent, disputed and unliquidated.