**EXHIBIT A**

**FEE AND EXPENSE DETAIL**

# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
918 South Pleasanturg Drive (29607)
P.O. Box 167
Greenville, South Carolina  29602
Telephone:  864.241.1900
Facsimile:  864.235.4649
www.ogletreedeakins.com

June 6, 2012

James P.Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

PERSONAL AND CONFIDENTIAL

Invoice # 997199
Matter # 030334-000001

**Re:   Karen Scott v. WPIX**

For professional services rendered through May 31, 2012, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees .......................................................................................................................$9,090.00
Less Professional Fee Adjustment ............................................................... ($909.00)
Expenses ................................................................................................................$38.39

**Total Due This Invoice** .......................................................................................**$8,219.39**

PLEASE REMIT TO:     Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta ▪ Austin ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greensboro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ Los Angeles ▪ Memphis ▪ Miami ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City
Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Francisco ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington

# Ogletree
# Deakins

Page 2
06/06/12
Invoice No. 997199
030334-000001-EC

James P.Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

**Re:   Karen Scott v. WPIX**

---

For professional services rendered through May 31, 2012:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/07/12 | EC | Email correspondence with K. Rubinstein regarding trial date and whether Judge will seek to move trial from July 30 to July 23. | 0.10 | 72.00 |
| 05/16/12 | EC | Email correspondence with K. Rubinstein regarding Court's request for conference call to discuss trial date and email correspondence with A. Foran regarding same. | 0.10 | 72.00 |
| 05/17/12 | EC | Telephone conference with M. Ramirez regarding trial preparation and start date (.40); review/analyze Court's decision on WPIX's motions in limine (.40); telephone conference with Judge Pauley and K. Rubenstein regarding trial date (.20); telephone conference with B.E. Berlamino regarding trial date and preparation time (.20); telephone conference with A. Foran regarding trial strategy, risks and settlement issues (.30); and begin to prepare risk assessment memorandum (.20). | 1.70 | 1,224.00 |
| 05/17/12 | AC | Review Judge Pauley's decision on motions in limine and strategize effects on length of trial and evidence. | 0.80 | 372.00 |
| 05/17/12 | AEI | Review decision on WPIX's motions in limine to formulate trial strategy. | 0.30 | 118.50 |
| 05/18/12 | EC | Outline issues and potential risks at trial for memorandum to A. Foran. | 0.20 | 144.00 |
| 05/18/12 | AC | Prepare summary of facts that present potential risks at trial. | 1.00 | 465.00 |
| 05/18/12 | AEI | Strategy and analysis of risks of going to trial (.50); draft memorandum to A. Foran regarding | 1.00 | 395.00 |

# Ogletree
# Deakins

Page 3
06/06/12
Invoice No. 997199
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | same (.50). | | |
| 05/19/12 | AEI | Continue to draft memorandum to A. Foran regarding trial risks. | 1.30 | 513.50 |
| 05/20/12 | AC | Review and revise memorandum highlighting potentially bad facts and evidence for trial. | 1.10 | 511.50 |
| 05/20/12 | AEI | Revise memorandum to A. Foran regarding trial risks per comments of A. Cabrera. | 0.50 | 197.50 |
| 05/21/12 | EC | Revise memorandum to A. Foran regarding trial risks and potential damages. | 0.50 | 360.00 |
| 05/21/12 | AEI | Revise memorandum to A. Foran regarding trial risks. | 1.50 | 592.50 |
| 05/22/12 | EC | Prepare for conference call with Tribune/WPIX senior management regarding trial and risks, including telephone conference with A. Foran regarding same (.30); email correspondence with J. Maye regarding trial date and likelihood of her testifying (.10); telephone conference with N. Larsen, S. Charlier, E. Meyrowitz, A. Foran and A. Cabrera regarding trial strategy, risks and settlement issues (.70); work on potential Rule 56(g) motion (.20); review Court's new scheduling order regarding pre-trial and trial dates and email correspondence with A. Foran regarding same (.10). | 1.40 | 1,008.00 |
| 05/22/12 | AC | Prepare for telephone conference with Tribune counsel and senior management at Tribune and WPIX to discuss trial risks and settlement options (.50). Telephone conference with Tribune counsel and senior management to discuss trial risks and settlement options (.70). | 1.20 | 558.00 |
| 05/23/12 | AEI | Review Scott's proposed trial exhibits. | 0.10 | 39.50 |
| 05/29/12 | EC | Email correspondence with S. Jacobson and K. Rubinstein regarding WPIX's continued objections to trial exhibits associated with motions in limine as to witnesses (.10); and review those proposed exhibits to confirm WPIX's objections (.20). | 0.30 | 216.00 |
| 05/29/12 | AC | Review research on Rule 56(g) motion to assess | 1.00 | 465.00 |

# Ogletree
# Deakins

Page 4
06/06/12
Invoice No. 997199
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | the viability of a pre-trial motion requesting that all facts not properly disputed in connection with summary judgment be deemed admitted at trial. | | |
| 05/29/12 | AEI | Legal research regarding potential motion under Fed. R. Civ. P. 56(g) (3.5) | 3.70 | 1,461.50 |
| 05/30/12 | EC | Telephone conference with K. Rubinstein regarding Judge's directive to explore settlement and email correspondence with A. Foran regarding same. | 0.10 | 72.00 |
| 05/30/12 | AC | Provide team with analysis of 56(g) case law. | 0.30 | 139.50 |
| 05/30/12 | AC | Provide E. Cerasia with action plan for witness preparation in light of Scott's initial response to settlement negotiations. | 0.20 | 93.00 |
| | | Total Services | 18.40 | $9,090.00 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Edward Cerasia | Shareholder | 720.00 | 4.40 | 3,168.00 |
| Anjanette Cabrera | Shareholder | 465.00 | 5.60 | 2,604.00 |
| Allison E. Ianni | Associate | 395.00 | 8.40 | 3,318.00 |

## Expenses

| Description | | | Amount |
|-------------|--|--|--------|
| Copies | 13 @ | 0.10 ea. | 1.30 |
| Computer Research | | | 32.09 |
| Travel - Edward Cerasia - Subway expense to/from court | | | 5.00 |
| Total Expenses | | | $38.39 |

| | |
|--|--|
| TOTAL FEES | $9,090.00 |
| LESS PROFESSIONAL FEE ADJUSTMENT | ($909.00) |
| TOTAL EXPENSES | $38.39 |
| TOTAL THIS INVOICE | $8,219.39 |

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone: 864.241.1900
Facsimile: 864.235.4649
www.ogletreedeakins.com

June 6, 2012

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

PERSONAL AND CONFIDENTIAL

Invoice # 997200
Matter # 030334-000002

**Re: Larry Hoff v. WPIX, Inc., et al.**

For professional services rendered through May 31, 2012, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

| | |
|---|---|
| Fees | $4,163.50 |
| Less Professional Fee Adjustment | ($416.35) |
| Expenses | $82.63 |
| **Total Due This Invoice** | **$3,829.78** |

PLEASE REMIT TO:    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta ▪ Austin ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greensboro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ Los Angeles ▪ Memphis ▪ Miami ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City
Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Francisco ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington

# Ogletree
# Deakins

Page 2
06/06/12
Invoice No. 997200
030334-000002-EC

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

Re:   **Larry Hoff v. WPIX, Inc., et al.**

For professional services rendered through May 31, 2012:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/02/12 | AEI | Email correspondence to L. Pearson regarding HIPAA release (0.2); draft HIPAA release (0.2). | 0.40 | 158.00 |
| 05/08/12 | EC | Review Scott's opposition to motion to dismiss post-employment retaliation claim. | 0.10 | 72.00 |
| 05/08/12 | AEI | Legal research for reply brief (2.5); draft reply brief (1.3). | 3.80 | 1,501.00 |
| 05/09/12 | EC | Revise reply brief regarding Scott's post-employment retaliation claim. | 0.50 | 360.00 |
| 05/09/12 | AEI | E-mail to B.E. Berlamino regarding deposition (0.2); draft reply in support of motion to dismiss retaliation claim (3.4). | 3.60 | 1,422.00 |
| 05/10/12 | EC | Emails with B.E. Berlmaino and A. Ianni regarding deposition scheduling. | 0.10 | 72.00 |
| 05/10/12 | AEI | Revise reply in support of motion to dismiss retaliation claim (0.3); e-mail to J. Osick regarding same (0.1); e-mails to B.E. Berlamino and J. Osick regarding deposition (0.3). | 0.70 | 276.50 |
| 05/11/12 | EC | Follow-up emails with B.E. Berlamino regarding her availability for Hoff's deposition and email correspondence with opposing counsel regarding deposition scheduling. | 0.10 | 72.00 |
| 05/14/12 | EC | Revise reply brief regarding Scott's post-employment retaliation claim. | 0.10 | 72.00 |
| 05/14/12 | AEI | E-mail with J. Osick regarding deposition scheduling (0.2); prepare reply in support of motion to dismiss retaliation claims for filing (0.2). | 0.40 | 158.00 |
| | | Total Services | 9.80 | $4,163.50 |

# Ogletree
# Deakins

Page 3
06/06/12
Invoice No. 997200
030334-000002-EC

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Edward Cerasia | Shareholder | 720.00 | 0.90 | 648.00 |
| Allison E. Ianni | Associate | 395.00 | 8.90 | 3,515.50 |

## Expenses

| Description | | | Amount |
|-------------|---|---|--------|
| Copies | 10 @ | 0.10 ea. | 1.00 |
| Computer Research | | | 81.63 |
| Total Expenses | | | $82.63 |

| | |
|---|---|
| TOTAL FEES | $4,163.50 |
| LESS PROFESSIONAL FEE ADJUSTMENT | ($416.35) |
| TOTAL EXPENSES | $82.63 |
| TOTAL THIS INVOICE | $3,829.78 |

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone: 864.241.1900
Facsimile: 864.235.4649
www.ogletreedeakins.com

June 6, 2012

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

PERSONAL AND CONFIDENTIAL

Invoice # 997201
Matter # 030334-000005

**Re:  Salvatore J. Marchiano v. Betty Ellen Berlamino**

For professional services rendered through May 31, 2012, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees .................................................................................................................. $1,596.00
Less Professional Fee Adjustment ............................................................... ($159.60)
Expenses ............................................................................................................... $2.00

**Total Due This Invoice** .......................................................................... **$1,438.40**

PLEASE REMIT TO:      Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta ▪ Austin ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greensboro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ Los Angeles ▪ Memphis ▪ Miami ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City
Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Francisco ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington

# Ogletree
# Deakins

Page 2
06/06/12
Invoice No. 997201
030334-000005-EC

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

Re:  **Salvatore J. Marchiano v. Betty Ellen Berlamino**

---

For professional services rendered through May 31, 2012:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/01/12 | AEI | Review documents produced by N.S. Bienstock. | 0.30 | 118.50 |
| 05/02/12 | AEI | Continue to review documents produced by N.S. Bienstock (.3). | 0.30 | 118.50 |
| 05/02/12 | AEI | Continue to review documents produced by N.S. Bienstock (0.5) | 0.50 | 197.50 |
| 05/03/12 | AEI | Email correspondence to B.E. Berlamino regarding deposition scheduling (.2); communications with E. Cerasia regarding same (.2). | 0.40 | 158.00 |
| 05/03/12 | AEI | Email correspondence from B.E. Berlamino regarding deposition scheduling (.20); communications with E. Cerasia regarding same (.20). | 0.10 | 39.50 |
| 05/08/12 | EC | Review Scott's opposition to motion to dismiss post-employment retaliation claim. | 0.10 | 72.00 |
| 05/09/12 | EC | Revise reply brief regarding Scott's post-employment retaliation claim. | 0.50 | 360.00 |
| 05/10/12 | EC | Emails with B.E. Berlamino and A. Ianni regarding deposition scheduling. | 0.10 | 72.00 |
| 05/11/12 | EC | Follow-up emails with B.E. Berlamino regarding her availability for Marchiano's deposition and email correspondence with opposing counsel regarding deposition scheduling. | 0.10 | 72.00 |
| 05/14/12 | EC | Revise reply brief regarding Scott's post-employment retaliation claim. | 0.10 | 72.00 |
| 05/22/12 | AEI | E-mail to L. Pearson regarding deposition of S. Marchiano. | 0.10 | 39.50 |

# Ogletree
# Deakins

Page 3
06/06/12
Invoice No. 997201
030334-000005-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/23/12 | AEI | E-mail to L. Pearson regarding depositions (0.1); e-mail to B.E. Berlamino regarding same (0.1); telephone conference with J. Osick regarding same (0.1). | 0.30 | 118.50 |
| 05/24/12 | AEI | Communications with E. Cerasia regarding depositions. | 0.20 | 79.00 |
| 05/25/12 | AEI | E-mail with L. Pearson regarding depositions. | 0.20 | 79.00 |
| | | Total Services | 3.30 | $1,596.00 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Edward Cerasia | Shareholder | 720.00 | 0.90 | 648.00 |
| Allison E. Ianni | Associate | 395.00 | 2.40 | 948.00 |

### Expenses

| Description | | | Amount |
|-------------|--|--|--------|
| Copies | 20 @ | 0.10 ea. | 2.00 |
| Total Expenses | | | $2.00 |

| | |
|---|---|
| TOTAL FEES | $1,596.00 |
| LESS PROFESSIONAL FEE ADJUSTMENT | ($159.60) |
| TOTAL EXPENSES | $2.00 |
| TOTAL THIS INVOICE | $1,438.40 |

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina  29602
Telephone:  864.241.1900
Facsimile:  864.235.4649
www.ogletreedeakins.com

July 5, 2012

James P.Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

PERSONAL AND CONFIDENTIAL

Invoice # 1007421
Matter # 030334-000002

Re:   **Larry Hoff v. WPIX, Inc., et al.**

For professional services rendered through June 30, 2012, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ........................................................................................................................$18,506.50
Less Professional Fee Adjustment.................................................................... ($1,850.65)
Expenses ...................................................................................................................$93.26

**Total Due This Invoice** ................................................................................**$16,749.11**

PLEASE REMIT TO:      Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta • Austin • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greensboro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • Los Angeles • Memphis • Miami • Minneapolis • Morristown • Nashville • New Orleans • New York City
Orange County • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • St. Louis • St. Thomas • San Antonio • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington

# Ogletree Deakins

Page 2
07/05/12
Invoice No. 1007421
030334-000002-EC

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

**Re:  Larry Hoff v. WPIX, Inc., et al.**

---

For professional services rendered through June 30, 2012:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/08/12 | AEI | Review plaintiff's document production in preparation for plaintiff's deposition (2.2); telephone conference with L. Pearson regarding plaintiff's supplemental document production (.30). | 2.50 | 987.50 |
| 06/11/12 | AEI | Review plaintiff's document production. | 2.50 | 987.50 |
| 06/12/12 | AEI | Review plaintiff's document production. | 0.20 | 79.00 |
| 06/13/12 | AEI | Continue to review plaintiff's document production. | 1.50 | 592.50 |
| 06/14/12 | EC | Draft/revise response to audit letter request. | 0.20 | 144.00 |
| 06/14/12 | AEI | Review plaintiff's document production | 5.70 | 2,251.50 |
| 06/18/12 | AEI | Review plaintiff's document production. | 2.10 | 829.50 |
| 06/19/12 | EC | Begin to prepare for L. Hoff's deposition. | 0.30 | 216.00 |
| 06/19/12 | AEI | Review plaintiff's document production to select deposition exhibits. | 6.10 | 2,409.50 |
| 06/20/12 | AEI | Prepare and select exhibits for plaintiff's deposition. | 1.30 | 513.50 |
| 06/21/12 | EC | Prepare for L. Hoff's deposition. | 2.80 | 2,016.00 |
| 06/21/12 | AEI | Draft outline for plaintiff's deposition. | 2.50 | 987.50 |
| 06/21/12 | AB | Draft and e-file notice of change of address for A. Cabrera. | 0.40 | 86.00 |
| 06/21/12 | AB | Prepare requests for plaintiff's medical records. | 0.50 | 107.50 |
| 06/22/12 | EC | Continue to prepare for Hoff's deposition (1.20); and depose Hoff (with delay as to his illness) (4.00). | 5.20 | 3,744.00 |

# Ogletree
# Deakins

Page 3
07/05/12
Invoice No. 1007421
030334-000002-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/22/12 | AEI | Prepare with E. Cerasia for L. Hoff's deposition. | 1.00 | 395.00 |
| 06/26/12 | EC | Prepare for continuation of L. Hoff's deposition, including discussions with B.E. Berlamino (.80); depose L. Hoff (2.20). | 3.00 | 2,160.00 |
| 06/26/12 | AEI | Attend continuation of plaintiff's deposition (2.0 hours). | 2.00 | N/C |
| | | Total Services | 37.80 | $18,506.50 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Edward Cerasia | Shareholder | 720.00 | 11.50 | 8,280.00 |
| Allison E. Ianni | Associate | 395.00 | 25.40 | 10,033.00 |
| Allison E. Ianni | Associate | 0.00 | 2.00 | N/C |
| Alayna Balint | Paralegal | 215.00 | 0.90 | 193.50 |

## Expenses

| Description | | | Amount |
|-------------|--|--|--------|
| Copies | 737 @ | 0.10 ea. | 73.70 |
| Delivery Service | | | 17.96 |
| Computer Research | | | 1.60 |
| Total Expenses | | | $93.26 |

| | |
|--|--|
| TOTAL FEES | $18,506.50 |
| LESS PROFESSIONAL FEE ADJUSTMENT | ($1,850.65) |
| TOTAL EXPENSES | $93.26 |
| TOTAL THIS INVOICE | $16,749.11 |

# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone: 864.241.1900
Facsimile: 864.235.4649
www.ogletreedeakins.com

July 5, 2012

James P.Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

PERSONAL AND CONFIDENTIAL

Invoice # 1007433
Matter # 030334-000001

**Re:   Karen Scott v. WPIX**

For professional services rendered through June 30, 2012, in connection with the above-referenced
matter as outlined on the attached detailed billing sheets:

Fees......................................................................................................................$26,556.50
Less Professional Fee Adjustment................................................................... ($2,655.65)
Expenses ..................................................................................................................$373.71

**Total Due This Invoice ....................................................................................$24,274.56**

PLEASE REMIT TO:      Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta • Austin • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greensboro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • Los Angeles • Memphis • Miami • Minneapolis • Morristown • Nashville • New Orleans • New York City
Orange County • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • St. Louis • St. Thomas • San Antonio • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington

**Ogletree**
**Deakins**

James P.Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

Re:   **Karen Scott v. WPIX**

For professional services rendered through June 30, 2012:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/05/12 | EC | Telephone conference and email correspondence with A. Foran regarding witness preparation. | 0.40 | 288.00 |
| 06/06/12 | AEI | Review key documents and trial exhibits in preparation for formulating trial strategy. | 3.90 | 1,540.50 |
| 06/07/12 | EC | Email correspondence with opposing counsel regarding their request to move up date for final pre-trial conference and regarding jury instructions (.30); work on jury instructions (1.00); and telephone conference with A. Foran regarding M. Ramirez's reluctance to testify and her role in case/at trial (.20). | 1.50 | 1,080.00 |
| 06/07/12 | AC | Meet with Amy Foran to discuss witness issues and preparation. | 0.50 | 232.50 |
| 06/07/12 | AEI | Review deposition transcripts to  prepare trial strategy. | 2.00 | 790.00 |
| 06/08/12 | EC | Work on jury instructions. | 0.60 | 432.00 |
| 06/08/12 | AEI | Review deposition transcripts to prepare trial strategy. | 0.60 | 237.00 |
| 06/11/12 | AC | Follow up with Jean Maye about Scott trial preparation. | 0.20 | 93.00 |
| 06/12/12 | EC | Work on M. Ramirez's testimony for trial. | 0.30 | 216.00 |
| 06/13/12 | EC | Telephone conference and email correspondence with A. Foran regarding trial strategy as to M. Ramirez and regarding witness preparation (.30); and review/analyze M. Ramirez's deposition transcript to determine whether to rely on her deposition testimony or call her as trial witness (.60). | 0.90 | 648.00 |

# Ogletree
# Deakins

Page 3
07/05/12
Invoice No. 1007433
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/14/12 | EC | Continue to review/analyze M. Ramirez's deposition to determine whether to call her as a trial witness (.70); email correspondence with opposing counsel and A. Foran regarding trial witness availability (.20); and revise audit letter response (.10). | 1.00 | 720.00 |
| 06/14/12 | AC | Review deposition transcript of M. Ramirez to assess if her physical presence is required at trial, in light of her dissatisfaction with bankruptcy lawsuit representation. | 1.50 | 697.50 |
| 06/15/12 | EC | Email correspondence with A. Foran regarding S. Charlier's attendance at trial as corporate representative (.10); and continue to strategize regarding whether to call M. Ramirez as trial witness or rely on her deposition (.20). | 0.30 | 216.00 |
| 06/15/12 | AC | Strategize regarding calling M. Ramirez as a trial witness as opposed to designating transcript. | 0.30 | 139.50 |
| 06/15/12 | AC | Summarize pros of not calling M. Ramirez as a trial witness and designating transcript. | 0.30 | 139.50 |
| 06/18/12 | EC | Prepare for trial (.60); and telephone conference with A. Foran regarding whether to call M. Ramirez as a trial witness or use her deposition testimony (.40). | 1.00 | 720.00 |
| 06/19/12 | EC | Work on cross-examination of K. Scott for trial. | 0.40 | 288.00 |
| 06/21/12 | EC | Prepare for trial, including outlining subjects for witness testimony. | 1.60 | 1,152.00 |
| 06/21/12 | AC | Trial strategy meeting to outline witness preparation and "to do" list. | 1.50 | 697.50 |
| 06/21/12 | AEI | Meeting with E. Cerasia and A. Cabrera regarding trial strategy and tasks.. | 1.50 | 592.50 |
| 06/25/12 | EC | Review/analyze Haynes & Boones' draft jury instructions and work on revisions (.30); strategize regarding opposition to Scott's proposed adverse inference jury charge as to performance reviews and unsent email (.40); email correspondence with A. Foran regarding witness preparation (.10). | 0.80 | 576.00 |

# Ogletree
# Deakins

Page 4
07/05/12
Invoice No. 1007433
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/25/12 | AC | Review plaintiff's proposed jury instructions and provide strategic thoughts to trial team. | 0.80 | 372.00 |
| 06/25/12 | AC | Review Ms. Cathy Davis deposition transcript to determine what statements can be used to oppose Adverse Interference Charge. | 1.30 | 604.50 |
| 06/25/12 | AC | Strategize arguments in response to plaintiff's request that jury receive adverse interference charge. | 0.80 | 372.00 |
| 06/25/12 | AEI | Review plaintiff's proposed jury instructions (0.4); legal research regarding adverse inferences (0.8). | 1.20 | 474.00 |
| 06/26/12 | EC | Review case law dealing with Scott's proposed jury instruction on adverse inference issues to strategize for response to same. | 0.40 | 288.00 |
| 06/26/12 | AC | Review pleadings and document response/productions to identify where any references or arguments regarding 2007 and 2008 evaluations of Karen Scott, and demands for Metadata for November 2008 memo to use in opposition to proposed charge. | 1.60 | 744.00 |
| 06/26/12 | AEI | Draft voir dire questions (.50); continue legal research regarding adverse inferences (3.50); e-mail to A. Cabrera and E. Cerasia regarding summary of legal research concerning adverse inferences (.50). | 4.50 | 1,777.50 |
| 06/26/12 | PKR | Review and analyze production of discovery requests for responses regarding 2007-2008 performance reviews and November 2008 memorandum | 6.50 | 1,625.00 |
| 06/27/12 | EC | Telephone conference with M. Ramirez regarding trial testimony vs. use of deposition testimony at trial (.20); and work on jury instructions (.40). | 0.60 | 432.00 |
| 06/27/12 | AC | Review preliminary results of review of discovery pleadings surrounding evidence on which plaintiff now seeks an adverse inference charge (.50). Strategize regarding form and timing of objections to adverse inference charge (.30); and review draft voir dire questions and provide comments for | 1.30 | 604.50 |

# Ogletree
# Deakins

Page 5<br>
07/05/12<br>
Invoice No. 1007433<br>
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | revisions (.50). | | |
| 06/27/12 | AEI | Revise voir dire questions (0.5); draft jury instructions (1.0); legal research regarding jury instructions (2.0). | 3.50 | 1,382.50 |
| 06/27/12 | PKR | Prepare memorandum for discovery development concerning analysis of discovery requests related to 2007-2008 performance review and November 2, 2008 memorandum "Note to File." | 4.30 | 1,075.00 |
| 06/28/12 | EC | Strategize regarding jury instructions and direction to A. Ianni regarding same. | 0.30 | 216.00 |
| 06/28/12 | AEI | Meeting with E. Cerasia regarding revisions to jury instructions (.30); legal research regarding language for jury instructions (2.50). | 2.80 | 1,106.00 |
| 06/28/12 | PKR | Complete and send to A. Cabrera memorandum for discovery developments concerning 2007-2008 performance reviews and November 2 memorandum. | 1.50 | 375.00 |
| 06/29/12 | EC | Prepare outline for K. Scott's cross-examination (.80), revise WPIX's voir dire (.40) and jury instructions (.90). | 2.10 | 1,512.00 |
| 06/29/12 | AC | Review deposition video of A. Ramirez. | 1.80 | 837.00 |
| 06/29/12 | AEI | Draft jury instructions. | 3.20 | 1,264.00 |
| | | Total Services | 59.60 | $26,556.50 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Edward Cerasia | Shareholder | 720.00 | 12.20 | 8,784.00 |
| Anjanette Cabrera | Shareholder | 465.00 | 11.90 | 5,533.50 |
| Allison E. Ianni | Associate | 395.00 | 23.20 | 9,164.00 |
| P. Kramer Rice | Law Clerk | 250.00 | 12.30 | 3,075.00 |

### Expenses

| Description | | | Amount |
|-------------|--|--|--------|
| Copies | 465 @ | 0.10 ea. | 46.50 |
| Delivery Service | | | 11.26 |
| Computer Research | | | 315.95 |
| Total Expenses | | | $373.71 |

# Ogletree
# Deakins

Page 6
07/05/12
Invoice No. 1007433
030334-000001-EC

|  |  |
|---|---|
| TOTAL FEES | $26,556.50 |
| LESS PROFESSIONAL FEE ADJUSTMENT | ($2,655.65) |
| TOTAL EXPENSES | $373.71 |
| TOTAL THIS INVOICE | $24,274.56 |

# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone:  864.241.1900
Facsimile:  864.235.4649
www.ogletreedeakins.com

July 5, 2012

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

PERSONAL AND CONFIDENTIAL

Invoice # 1007436
Matter # 030334-000004

**Re:   Bruce Mickelson v. WPIX, et al.**

For professional services rendered through June 30, 2012, in connection with the above-referenced
matter as outlined on the attached detailed billing sheets:

Fees......................................................................................................................$216.00
Less Professional Fee Adjustment.............................................................................. ($21.60)
Expenses ..................................................................................................................$0.60

**Total Due This Invoice** ...........................................................................................**$195.00**

PLEASE REMIT TO:     Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                    Post Office Box 89
                                    Columbia, SC 29202
                                    Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta • Austin • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greensboro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • Los Angeles • Memphis • Miami • Minneapolis • Morristown • Nashville • New Orleans • New York City
Orange County • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • St. Louis • St. Thomas • San Antonio • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington

# Ogletree
# Deakins

James P.Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

**Re:   Bruce Mickelson v. WPIX, et al.**

---

For professional services rendered through June 30, 2012:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/14/12 | EC | Draft/revise audit letter response. | 0.30 | 216.00 |
| | | Total Services | 0.30 | $216.00 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Edward Cerasia | Shareholder | 720.00 | 0.30 | 216.00 |

### Expenses

| Description | Amount |
|-------------|--------|
| Computer Research | 0.60 |
| Total Expenses | $0.60 |

| | |
|---|---|
| TOTAL FEES | $216.00 |
| LESS PROFESSIONAL FEE ADJUSTMENT | ($21.60) |
| TOTAL EXPENSES | $0.60 |
| TOTAL THIS INVOICE | $195.00 |

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina  29602
Telephone:  864.241.1900
Facsimile:  864.235.4649
www.ogletreedeakins.com

July 5, 2012

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

PERSONAL AND CONFIDENTIAL

Invoice # 1007437
Matter # 030334-000005

**Re:   Salvatore J. Marchiano v. Betty Ellen Berlamino**

For professional services rendered through June 30, 2012, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ............................................................................................................$16,093.50
Less Professional Fee Adjustment............................................................ ($1,609.35)
Expenses .........................................................................................................$325.12

**Total Due This Invoice ...........................................................................$14,809.27**

PLEASE REMIT TO:     Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                        Post Office Box 89
                                        Columbia, SC 29202
                                        Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta  •  Austin  •  Birmingham  •  Boston  •  Charleston  •  Charlotte  •  Chicago  •  Cleveland  •  Columbia  •  Dallas  •  Denver  •  Detroit Metro  •  Greensboro  •  Greenville
Houston  •  Indianapolis  •  Jackson  •  Kansas City  •  Las Vegas  •  Los Angeles  •  Memphis  •  Miami  •  Minneapolis  •  Morristown  •  Nashville  •  New Orleans  •  New York City
Orange County  •  Philadelphia  •  Phoenix  •  Pittsburgh  •  Portland  •  Raleigh  •  St. Louis  •  St. Thomas  •  San Antonio  •  San Francisco  •  Stamford  •  Tampa  •  Torrance  •  Tucson  •  Washington

# Ogletree
# Deakins

Page 2
07/05/12
Invoice No. 1007437
030334-000005-EC

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

**Re:   Salvatore J. Marchiano v. Betty Ellen Berlamino**

---

For professional services rendered through June 30, 2012:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/04/12 | EC | Begin to prepare for Marchiano's deposition. | 0.40 | 288.00 |
| 06/04/12 | AEI | Review documents in preparation for plaintiff's deposition. | 4.30 | 1,698.50 |
| 06/05/12 | AEI | Review documents in preparation for deposition of S. Marchiano. | 0.80 | 316.00 |
| 06/07/12 | EC | Prepare for Marchiano's deposition. | 0.80 | 576.00 |
| 06/07/12 | AEI | Review documents in preparation for plaintiff's deposition (1.30); meeting with E. Cerasia regarding plaintiff's deposition (.50). | 1.80 | 711.00 |
| 06/08/12 | AEI | Review documents in preparation for plaintiff's deposition. | 2.30 | 908.50 |
| 06/11/12 | AEI | Review documents in preparation for plaintiff's deposition to select exhibits. | 1.70 | 671.50 |
| 06/12/12 | AEI | Draft outline for deposition of S. Marchiano. | 2.50 | 987.50 |
| 06/12/12 | AEI | Prepare audit response. | 0.50 | 197.50 |
| 06/14/12 | EC | Prepare for S. Marchiano's deposition (3.70); telephone conference with B.E. Berlamino to prepare for S. Marchiano's deposition (.60); and draft/revise audit letter response (.20). | 4.50 | 3,240.00 |
| 06/14/12 | AEI | E-mail to L. Pearson regarding deposition of S. Marchiano (.10); e-mail to S. Jacobson regarding same (.10). | 0.20 | 79.00 |
| 06/15/12 | EC | Continue to prepare for S. Marchiano's deposition, including discussions with J. Osick and B.E. Berlamino (2.00); and depose S. Marchiano (5.50). | 7.60 | 5,472.00 |
| 06/15/12 | AEI | Prepare with E. Cerasia for deposition of S. | 2.00 | 790.00 |

# Ogletree Deakins

Page 3
07/05/12
Invoice No. 1007437
030334-000005-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | Marchiano. | | |
| 06/27/12 | AEI | Draft letter to L. Pearson regarding plaintiff's deposition transcript. | 0.40 | 158.00 |
| | | Total Services | 29.80 | $16,093.50 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Edward Cerasia | Shareholder | 720.00 | 13.30 | 9,576.00 |
| Allison E. Ianni | Associate | 395.00 | 16.50 | 6,517.50 |

## Expenses

| Description | | | Amount |
|-------------|--|--|--------|
| Copies | 2,813 @ | 0.10 ea. | 281.30 |
| Delivery Service | | | 42.52 |
| Computer Research | | | 1.30 |
| Total Expenses | | | $325.12 |

| | |
|--|--|
| TOTAL FEES | $16,093.50 |
| LESS PROFESSIONAL FEE ADJUSTMENT | ($1,609.35) |
| TOTAL EXPENSES | $325.12 |
| TOTAL THIS INVOICE | $14,809.27 |

# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone: 864.241.1900
Facsimile: 864.235.4649
www.ogletreedeakins.com

July 5, 2012

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

PERSONAL AND CONFIDENTIAL

Invoice # 1007439
Matter # 030334-000006

**Re:  Joseph DeSola v. Times Mirror Group Long-Term Disability
       Plan, et al.**

For professional services rendered through June 30, 2012, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ...................................................................................................$216.00
Less Professional Fee Adjustment ..........................................................($21.60)
Expenses ..............................................................................................$0.00

**Total Due This Invoice** ..............................................................**$194.40**

PLEASE REMIT TO:     Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                     Post Office Box 89
                     Columbia, SC 29202
                     Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

---

Atlanta • Austin • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greensboro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • Los Angeles • Memphis • Miami • Minneapolis • Morristown • Nashville • New Orleans • New York City
Orange County • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • St. Louis • St. Thomas • San Antonio • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington

# Ogletree
# Deakins

Page 2
07/05/12
Invoice No. 1007439
030334-000006-EC

James P.Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

Re:   **Joseph DeSola v. Times Mirror Group Long-Term Disability
       Plan, et al.**

For professional services rendered through June 30, 2012:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/14/12 | EC | Draft/revise audit letter response. | 0.30 | 216.00 |
| | | Total Services | 0.30 | $216.00 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Edward Cerasia | Shareholder | 720.00 | 0.30 | 216.00 |

| | |
|---|---|
| TOTAL FEES | $216.00 |
| LESS PROFESSIONAL FEE ADJUSTMENT | ($21.60) |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS INVOICE | $194.40 |

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone:  864.241.1900
Facsimile:  864.235.4649
www.ogletreedeakins.com

August 6, 2012

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

PERSONAL AND CONFIDENTIAL

Invoice # 1016333
Matter # 030334-000002

Re:   **Larry Hoff v. WPIX, Inc., et al.**

For professional services rendered through July 31, 2012, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ....................................................................................................................$1,489.50
Less Professional Fee Adjustment...............................................................($148.95)
Expenses ..........................................................................................................$1,480.97

**Total Due This Invoice** ..........................................................................**$2,821.52**

PLEASE REMIT TO:    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

# Ogletree
# Deakins

Page 2
08/06/12
Invoice No. 1016333
030334-000002-EC

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

**Re:   Larry Hoff v. WPIX, Inc., et al.**

---

For professional services rendered through July 31, 2012:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/06/12 | EC | Email correspondence with Hoff's counsel and A. Ianni regarding deposition scheduling and depositions Thompson Wigdor plans to take of non-parties. | 0.10 | 72.00 |
| 07/06/12 | AEI | Draft letter to L. Pearson regarding deposition of L. Hoff. | 0.30 | 118.50 |
| 07/09/12 | AEI | Communications with L. Pearson regarding deposition scheduling. | 0.20 | 79.00 |
| 07/10/12 | AEI | E-mail to J. Osick regarding depositions (0.3) and e-mail to B.E. Berlamino regarding same (0.3). | 0.60 | 237.00 |
| 07/11/12 | AEI | Review medical documentation for L. Hoff. | 1.00 | 395.00 |
| 07/11/12 | AB | Follow-up on requests for L. Hoff's medical records. | 0.10 | 21.50 |
| 07/12/12 | AEI | E-mail with L. Pearson regarding depositions. | 0.30 | 118.50 |
| 07/12/12 | AB | Telephone calls to L. Hoff's doctors regarding requests for medical records. | 0.30 | 64.50 |
| 07/13/12 | AB | Prepare letter enclosing payment for copies of L. Hoff's medical records. | 0.20 | 43.00 |
| 07/16/12 | AEI | E-mail with J. Osick regarding deposition schedule. | 0.10 | 39.50 |
| 07/25/12 | AB | Review L. Hoff's medical records. | 0.20 | 43.00 |
| 07/26/12 | AB | Continue to review L. Hoff's medical records. | 0.20 | 43.00 |
| 07/26/12 | AB | Bates-numbering for production of L. Hoff's third-party medical records | 0.40 | 86.00 |

# Ogletree
# Deakins

Page 3
08/06/12
Invoice No. 1016333
030334-000002-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/30/12 | AB | Continue bates-numbering for document production. | 0.30 | 64.50 |
| 07/31/12 | AB | Telephone call to Dr. Cima to follow up on request for L. Hoff's medical records. | 0.30 | 64.50 |
| | | Total Services | 4.60 | $1,489.50 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Edward Cerasia | Shareholder | 720.00 | 0.10 | 72.00 |
| Allison E. Ianni | Associate | 395.00 | 2.50 | 987.50 |
| Alayna Balint | Paralegal | 215.00 | 2.00 | 430.00 |

### Expenses

| Description | | | Amount |
|-------------|---|---|--------|
| Copies | 494 @ | 0.10 ea. | 49.40 |
| Postage | | | 1.35 |
| Computer Research | | | 2.20 |

| Description | Amount |
|-------------|--------|
| Federal Express - Tracking ID 793703304123 | 9.57 |
| Depositions - Pirozzi & Hillman Deposition of Larry Hoff - Day 1 Bank ID: PCOPER Check Number: 70067758 | 808.30 |
| Vendor Copies - Laser & Skin Surgery Center of New York Copies of medical records Bank ID: NYCTD Check Number: 50000167 | 50.25 |
| Vendor Copies - Jeffery H. Weinberger Copy of Larry Hoff's medical records Bank ID: NYCTD Check Number: 50000168 | 27.00 |
| Depositions - Pirozzi & Hillman day 2 depo of Harry Hoff Bank ID: PCOPER Check Number: 70068510 | 532.90 |
| Total Expenses | $1,480.97 |

|  |  |
|---|---|
| TOTAL FEES | $1,489.50 |
| LESS PROFESSIONAL FEE ADJUSTMENT | ($148.95) |
| TOTAL EXPENSES | $1,480.97 |
| TOTAL THIS INVOICE | $2,821.52 |

# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina  29602
Telephone:  864.241.1900
Facsimile:  864.235.4649
www.ogletreedeakins.com

August 6, 2012

James P.Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

PERSONAL AND CONFIDENTIAL

Invoice # 1016332
Matter # 030334-000001

**Re:   Karen Scott v. WPIX**

For professional services rendered through July 31, 2012, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees.................................................................................................$370,033.50
Less Professional Fee Adjustment..............................................................($37,003.35)
Expenses...........................................................................................$21,799.86

**Total Due This Invoice** ...................................................................**$354,830.01**

PLEASE REMIT TO:    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta • Austin • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greensboro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • Los Angeles • Memphis • Miami • Minneapolis • Morristown • Nashville • New Orleans • New York City
Orange County • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • St. Louis • St. Thomas • San Antonio • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington

# Ogletree
# Deakins

Page 2
08/06/12
Invoice No. 1016332
030334-000001-EC

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

Re:  **Karen Scott v. WPIX**

For professional services rendered through July 31, 2012:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/02/12 | EC | Review M. Ramirez's video deposition for purposes of designating portions for trial (1.10); email correspondence with opposing counsel regarding witness availability and subpoena's needed for trial (.20); and work on jury instructions (.20). | 1.50 | 1,080.00 |
| 07/02/12 | AC | Review M. Ramirez deposition transcript and designate pages for trial (3.00); and strategize with E. Cerasia with thoughts on Ramirez use of deposition video (.20). | 3.20 | 1,488.00 |
| 07/02/12 | AEI | Draft proposed jury instructions. | 4.30 | 1,698.50 |
| 07/03/12 | EC | Draft/revise jury instructions. | 1.50 | 1,080.00 |
| 07/03/12 | AC | Review S. Charlier's deposition transcript and exhibits in preparation of drafting outline for his examination at trial (2.20); and review jury instructions and compare to Scott's proposed instructions (1.3). | 3.50 | 1,627.50 |
| 07/03/12 | AEI | Draft verdict form (.80); and continue to draft jury instructions (1.50). | 2.30 | 908.50 |
| 07/03/12 | AB | Assemble binders of WPIX's trial exhibits. | 0.80 | 172.00 |
| 07/05/12 | EC | Revise latest draft of jury instructions (1.00); prepare trial witness outlines (.70); and telephone conference with A. Foran regarding witness prep sessions and designation of video clips from M. Ramirez's deposition (.10). | 1.80 | 1,296.00 |

# Ogletree
# Deakins

Page 3
08/06/12
Invoice No. 1016332
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/05/12 | AC | Strategize with E. Cerasia regarding use of technology during trial (4.50); and trial witness preparation (.70); draft correspondence to A. Foran regarding logistics of trial witness meetings (.10); and draft direct examination of S. Charlier (3.70). | 4.50 | 2,092.50 |
| 07/05/12 | AEI | Revise jury instructions (2.0); legal research regarding same (3.20); and revise verdict form (.30). | 5.50 | 2,172.50 |
| 07/05/12 | AB | Assemble binders of WPIX's trial exhibits. | 1.50 | 322.50 |
| 07/06/12 | EC | Begin to prepare cross-exam of K. Scott (1.00); prepare for direct exams of B. Berlamino, S. Charlier and J. Maye (3.10); revise latest draft of WPIX's proposed jury instructions (1.00); and revise draft of Verdict Form (.30). | 5.40 | 3,888.00 |
| 07/06/12 | AC | Prepare for interviews of J. Ziegler and J. Houseman (1.70); and review exhibits proposed by all parties to prepare for trial (3.00). | 4.70 | 2,185.50 |
| 07/06/12 | AEI | Revise jury instructions (2.90); and revise verdict form (.50). | 3.40 | 1,343.00 |
| 07/06/12 | AB | Assemble binders of WPIX's trial exhibits and review trial exhibits and assemble documents for preparation of J. Houseman and J. Ziegler. | 2.40 | 516.00 |
| 07/08/12 | AC | Incorporate potential exhibits in outline of S. Charlier's trial examination (4.00); and review deposition of J. Maye and exhibits to outline subjects for her examination at trial (2.00). | 6.00 | 2,790.00 |
| 07/09/12 | EC | Trial witness preparation of J. Zeigler, J. Maye and S. Charlier with A. Foran and A. Cabrera. | 9.30 | 6,696.00 |
| 07/09/12 | AC | Trial preparation meetings with J. Maye and S. Charlier (7.00); and prepare for meeting with J. Maye (2.00); and prepare for meetings of potential trial witnesses at WPIX (J. Semineno, C. Davis, J. Housman and J. Belucci) (1.20). | 10.20 | 4,743.00 |

# Ogletree
# Deakins

Page 4
08/06/12
Invoice No. 1016332
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/09/12 | AEI | Revise voir dire questions and jury instructions (1.0); review deposition of B.E. Berlamino for ratings-related information (1.5); review documentation regarding ratings (1.5); and revise verdict form (0.7). | 4.70 | 1,856.50 |
| 07/09/12 | AB | Review trial exhibits and prepare documents for preparation of witnesses. | 1.00 | 215.00 |
| 07/10/12 | EC | Telephone conference with A. Foran and A. Cabrera regarding outcome of witness meeting with J. Housman and regarding trial strategy (.30); and trial prep and strategy (1.10). | 1.40 | 1,008.00 |
| 07/10/12 | AC | Meetings at WPIX with J. Seminerio, C. Davis, J. Housman and J. Belucci (8.00); and provide trial team with summary of witness interviews (.80). | 8.80 | 4,092.00 |
| 07/10/12 | AEI | Review and analyze K. Scott's designations of M. Ramirez deposition transcript (5.10); and e-mail with A. Foran regarding performance expectation memorandum that was issued to K. Tong (.20). | 5.30 | 2,093.50 |
| 07/11/12 | EC | Prepare witness outlines for trial (1.70); and meeting with B.E. Berlamino to prepare for trial (4.40). | 6.10 | 4,392.00 |
| 07/11/12 | AC | Trial preparation meeting with B.E. Berlamino (4.00); and prepare for trial preparation meeting with B.E. Berlamino (1.50). | 5.50 | 2,557.50 |
| 07/11/12 | AEI | Review proposed verdict form of K. Scott (.40); communications with E. Cerasia regarding same (.20); and review documents in preparation for trial (3.60). | 4.10 | 1,619.50 |
| 07/12/12 | EC | Prepare outline of cross-examination of K. Scott (2.70) and direct of B.E. Berlamino (1.00); review and comment on K. Scott's objections/comments to WPIX's jury instructions (.30). | 4.00 | 2,880.00 |

# Ogletree
# Deakins

Page 5
08/06/12
Invoice No. 1016332
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/12/12 | AC | Review document productions for emails reflecting poor ratings in months preceding termination (1.00); and strategize regarding S. Schussel's impact as a trial witness (.50). | 1.50 | 697.50 |
| 07/12/12 | AEI | Compile deposition designations of M. Ramirez (1.80); review Scott's revisions to joint jury instructions (.50); legal research regarding back and front pay for jury instructions (2.00); review subpoenas served by K. Scott's attorneys (.30); communications with E. Cerasia and A. Cabrera regarding subpoena to S. Schussel and preparation for his cross exam (.50); and review documentation regarding ratings in preparation for trial (1.70). | 6.80 | 2,686.00 |
| 07/13/12 | EC | Prepare witness outlines for trial (3.00); and revise jury instructions (.70). | 3.70 | 2,664.00 |
| 07/13/12 | AC | Revise designation of M. Ramirez' deposition transcript for completeness (3.50); review productions to identify additional exhibits that reflect ratings in months preceding termination (2.50); contact witnesses to schedule additional trial preparation time (.80); and strategize with team on remaining tasks for trial preparation (.80). | 7.60 | 3,534.00 |
| 07/13/12 | AEI | Telephone conference with B.E. Berlamino regarding S. Schussel's potential trial testimony (1.00); meeting with E. Cerasia regarding same (.30); review deposition transcript of K. Tong and draft outline for cross-examination of K. Tong (2.00); e-mail to J. Belucci regarding trial reparation (.30); email to J. Seminerio regarding trial preparation (.30); legal research regarding Seventh Amendment and right to jury trial for purposes of revising jury instructions as to demand for pay back and front pay under NYSHRL and NYCHRL (2.00); revise jury instructions (1.10); and review documentation regarding ratings for trial preparation (2.70). | 9.70 | 3,831.50 |

# Ogletree
# Deakins

Page 6
08/06/12
Invoice No. 1016332
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/13/12 | PKR | Review and analyze Defendant's and Plaintiff's trial exhibits for preparation of uniform and chronological compendium of shared and similarly provided exhibits. | 8.90 | 2,225.00 |
| 07/14/12 | EC | Prepare witness outlines for K. Scott, B.E. Berlamino and S. Charlier. | 5.00 | 3,600.00 |
| 07/14/12 | AC | Prepare outline for trial examination of J. Maye (6.00); and review/analyze M. Scott's deposition transcript and highlight areas for clarification on cross-examination (2.00). | 8.00 | 3,720.00 |
| 07/14/12 | AEI | Revise deposition designations of M. Ramirez (2.00); e-mail to C. Davis regarding trial preparation (.20); e-mail to J. Maye regarding trial preparation (.20); and review monthly reports for May though July 2009 and other documentation regarding ratings in preparation for trial (1.00). | 3.40 | 1,343.00 |
| 07/15/12 | EC | Prepare witness outlines for cross examination of K. Scott and direct examination of S. Charlier. | 5.80 | 4,176.00 |
| 07/15/12 | AEI | Revise deposition designations of M. Ramirez under rule of completeness. | 2.40 | 948.00 |
| 07/16/12 | EC | Prepare direct exam outline for B.E. Berlamino (8.10) and for K. Scott (2.00); revise jury instructions (.30); telephone conference with S. Schussel regarding background facts (.20); revise vior dire and verdict sheet (.20); and strategize regarding M. Scott's cross-examination (.20). | 11.00 | 7,920.00 |

# Ogletree
# Deakins

Page 7
08/06/12
Invoice No. 1016332
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/16/12 | AC | Prepare/revise cross examination outlines for M. Scott and K. Scott (6.00); prepare materials for J. Maye to review independently to prepare for trial testimony (.80); conference with J. Maye to schedule additional time for in-person preparation session (.20); correspondence with trial witnesses to confirm meeting time and location (.20); final review of jury instructions before exchange with opposing counsel (.80); review additional edits and comments to jury instructions proposed by opposing counsel and strategize regarding same (.30); telephone interview with S. Schussel (.20); strategize regarding potential impact of S. Schussell's testimony at trial (.50); and strategize with trial team on the use of exhibits and whether any demonstraties would presentation to jury (.70). | 9.70 | 4,510.50 |
| 07/16/12 | AEI | Revise jury instructions (2.00); e-mails to S. Jacobson regarding same (.50); direct A. Balint regarding preparation of documents for K. Scott cross-examination (.50); review and revise final depositions designations for M. Ramirez (1.00); draft opening statement (3.00); draft outline for cross-examination of K. Tong, including review of K. Scott and K. Tong's depositions regarding same (3.00); and trial preparation (1.20). | 11.20 | 4,424.00 |
| 07/16/12 | AB | Organize and assemble documents for preparation of witnesses. | 4.20 | 903.00 |

# Ogletree
# Deakins

Page 8
08/06/12
Invoice No. 1016332
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/17/12 | EC | Draft/revise direct examination of B.E. Berlamino (4.20) and S. Charlier (2.50), and cross examination of K. Scott (2.50); work on opening statement (1.00); email correspondence with K. Rubinstein and S. Jacobson regarding witness scheduling and trial exhibits (.30); telephone conferences with A. Foran regarding Scott's order of witnesses and S. Charlier as corporate representative at trial (.30); telephone conference with B.E. Berlamino regarding her trial testimony and preparing cross-examination of S. Schussel (.40); and meeting with Trial Graphix regarding trial exhibits presentation (.40). | 11.10 | 7,992.00 |
| 07/17/12 | AC | Prepare for second round of trial witnesses and interviews at WPIX (6.00); strategize regarding use of demonstrative exhibits with Trial Graphix (1.00); review plaintiffs objections to M. Ramirez deposition designations (1.00); review exhibits and strategize to identify any that can be marked as joint exhibits (2.00). | 10.00 | 4,650.00 |
| 07/17/12 | AEI | Review and analyze K. Scott's objections to WPIX's deposition designation of M. Ramirez (1.00); e-mail with A. Foran regarding same (.50); meeting with TrialGraphix regarding demonstrative exhibits (1.00); communications with TrialGraphix regarding same and data for demonstrative exhibits (1.00); e-mail to Judge Pauley's law clerk regarding voir dire and verdict sheet (.40); review documents for direct examination of B.E. Berlamino (2.00); trial preparation (2.60); draft opening statement (1.00); and continue to draft outline for cross-examination of K. Tong (2.00). | 11.50 | 4,542.50 |
| 07/17/12 | PKR | Review and analyze Plaintiff's and Defendant's trial exhibits for emails and documents concerning S. Schussel. | 3.30 | 825.00 |

# Ogletree
# Deakins

Page 9
08/06/12
Invoice No. 1016332
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/17/12 | PKR | Meetings with A. Ianni regarding review and analysis of Plaintiff's and Defendant's trial exhibits for emails and documents concerning S. Schussel. | 0.20 | 50.00 |
| 07/17/12 | AB | Organize and assemble documents for preparation of trial witnesses and their outlines. | 4.80 | 1,032.00 |
| 07/18/12 | EC | Draft/revise witness outlines (4.60); meeting with B.E. Berlamino to prepare for her trial testimony (7.00); and communications with A. Foran and K. Rubenstein regarding settlement (0.30). | 11.90 | 8,568.00 |
| 07/18/12 | AC | Trial preparation meeting with J. Maye (4.00); trial preparation meeting with J. Seminerio (3.50); trial preparation meeting with J. Bellucci (1.00); trial preparation meeting with J. Houseman (1.50); brief team on results of trial preparation and meetings with witnesses and strategize regarding order or presentation and use of witnesses (1.00); revise M. Scott's cross-examination outline (.50); revise J. Maye's cross-examination outline (.80); prepare for second round of trial preparation with C. Davis (.80). | 13.10 | 6,091.50 |
| 07/18/12 | AEI | Witness preparation of B.E. Berlamino (7.0); communications with TrialGraphix regarding documentation to create demonstrative exhibits (1.0); draft opening statement (2.0); and review documents for direct examination of B.E. Berlamino (2.0). | 12.00 | 4,740.00 |
| 07/18/12 | AB | Organize and assemble documents for preparation of witness. | 0.90 | 193.50 |
| 07/19/12 | EC | Continue to draft/revise trial witness outlines (6.20); prepare opening statement (1.20); meeting at WPIX with J. Zeigler to prepare for his testimony (3.10); and prepare for pre-trial conference (1.80). | 12.30 | 8,856.00 |
| 07/19/12 | AC | Prepare for final pre-trial conference (3.50); trial preparation of C. Davis at WPIX (2.50); trial preparation of J. Ziegler (2.50); and prepare outline of direct examination of C. Davis (4.50). | 13.00 | 6,045.00 |

# Ogletree
# Deakins

Page 10
08/06/12
Invoice No. 1016332
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/12 | AEI | Communications with TrialGraphix regarding demonstrative exhibits (.50); review and revise demonstrative exhibits (1.00); communications with A. Balint regarding preparation of trial exhibits (.50); direct K. Rice regarding legal research concerning admissibility of evidence regarding plainitiff's replacement (.50); e-mail to B.E. Berlamino regarding direct examination (.50); review e-mails from C. Davis (.30); e-mail to. S. Jacobson regarding objections to exhibits (.30); and trial preparation (6.40). | 10.00 | 3,950.00 |
| 07/19/12 | PKR | Research case law on preclusion of post-termination and replacement performance evidence. | 6.30 | 1,575.00 |
| 07/19/12 | AB | Organize and assemble documents for preparation of witnesses (1.00); and organize and assemble defendant's trial exhibits (4.00). | 5.00 | 1,075.00 |
| 07/20/12 | EC | Continue to prepare for pre-trial conference before Judge Pauley (1.10); represent WPIX at pre-trial conference (2.10); continue to draft/revise opening statement (2.00); draft/revise letter to Court seeking additional evidentiary rulings (0.60); and continue to draft witness outlines (3.00). | 8.80 | 6,336.00 |
| 07/20/12 | AC | Prepare for final pre-trial conference (2.00); represent WPIIX at final pre-trial conference (2.10); strategize regarding impact pre-trial rulings have on presentation of case (.50); revise witness outlines (4.90); provide witnesses with an update on trial schedules and arrange for additional preparation in light of pre-trial rulings (.30); and outline evidentiary issues that require the Court's attention and revise draft letter to the Court of same (1.70). | 11.50 | 5,347.50 |

# Ogletree
# Deakins

Page 11
08/06/12
Invoice No. 1016332
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/20/12 | AEI | Prepare for final pre-trial conference (1.50); final pre-trial conference (2.10); review order regarding deposition designations (.50); review final deposition designations in light of Court's ruling and coordinate with S. Jacobson to prepare final video form Ramirez's testimony (2.00); legal research regarding admissibility of post-termination evidence (1.50); draft letter to J. Pauley regarding same (1.00); telephone conferences with S. Jacobson regarding courtroom trial support (.50); review new drafts of demonstrative exhibits (.50); and trial preparation (3.40). | 13.00 | 5,135.00 |
| 07/20/12 | PKR | Research case law on admissibility of evidence to establish temporal existence of intentional discrimination (3.00); and research case law on admissibility of evidence concerning other acts of discrimination within the workplace (4.00). | 7.00 | 1,750.00 |
| 07/20/12 | AB | Organize and assemble documents for preparation of witnesses (3.10); mark defendant's trial exhibits, prepare exhibit binders and prepare electronic versions of trial exhibits for use in court (9.00). | 12.10 | 2,601.50 |
| 07/20/12 | NP | Mark and prepare WPIX's trial exhibits. | 8.50 | 1,827.50 |
| 07/21/12 | EC | Draft/revise and rehearse opening statement. | 2.10 | 1,512.00 |
| 07/22/12 | EC | Continue to revise and rehearse opening statement (3.50); review opposing counsel's response to WPIX's July 20 letter to Court requesting evidentiary rulings (.20); and revise trial witness outlines (4.80). | 8.50 | 6,120.00 |
| 07/22/12 | AC | Revise witness outlines (3.00); review correspondence Plaintiff submitted to Court and strategize response (.80); and prepare for day 1 of trial (3.20). | 7.00 | 3,255.00 |
| 07/22/12 | AEI | Prepare for day 1 of trial. | 7.40 | 2,923.00 |
| 07/23/12 | EC | Represent WPIX at day 1 of trial (9.00); and prepare for day 1 and day 2 of trial (4.40). | 13.40 | 9,648.00 |

**Ogletree
Deakins**

Page 12
08/06/12
Invoice No. 1016332
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/23/12 | AC | Represent WPIX at day 1 of trial (9.00); and strategize with team and revise cross examination of B. Berlamino in light of direct testimony (3.00). | 12.00 | 5,580.00 |
| 07/23/12 | AEI | Prepare for day 1 of trial (1.50); represent WPIX at day 1 of trial (9.00); and prepare for day 2 of trial (3.40). | 13.90 | 5,490.50 |
| 07/24/12 | EC | Continue to prepare for day 2 of trial (1.80); represent WPIX at day 2 of trial (9.30); and prepare for day 3 of trial (2.40). | 13.50 | 9,720.00 |
| 07/24/12 | AC | Represent WPIX at day 2 of trial (9.30); review transcript of day 1 of trial to highlight areas for cross examination (2.00); and prepare for day 2 of trial testimony (1.00). | 12.30 | 5,719.50 |
| 07/24/12 | AEI | Continue to prepare for day 2 of trial (1.0); represent WPIX at day 2 of trial (9.30); and prepare for day 3 of trial (3.2). | 13.50 | 5,332.50 |
| 07/25/12 | EC | Continue to prepare for day 3 of trial (1.70); represent WPIX at day 3 of trial (9.70); and prepare for day 4 of trial (4.40). | 15.80 | 11,376.00 |
| 07/25/12 | AC | Represent WPIX at day 3 of trial (9.70); prepare for cross examination of witnesses (1.50); review all exhibits admitted into evidence to use in connection with cross examination of witness (1.30); review witness line up and strategize potential changes in light of plaintiff's testimony (.80); contact witnesses to notify them of trial schedule (.20); and prepare for day four of trial (1.50). | 15.00 | 6,975.00 |
| 07/25/12 | AEI | Continue to prepare for day 3 of trial (1.0); represent WPIX at trial (9.70); and prepare for day 4 of trial (5.1). | 15.80 | 6,241.00 |
| 07/25/12 | PKR | Research and prepare memorandum on jury instruction concerning an employer's age-based adverse impact analysis as evidence of business planning rather than discriminatory consideration of age. | 5.50 | 1,375.00 |

# Ogletree
# Deakins

Page 13
08/06/12
Invoice No. 1016332
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/25/12 | AB | Organize and assemble exhibits for K. Scott cross-examination. | 3.30 | 709.50 |
| 07/26/12 | EC | Continue to prepare for day 4 of trial (1.30); represent WPIX at day 4 of trial (9.50). | 10.80 | 7,776.00 |
| 07/26/12 | AC | Continue to prepare for day four of trial (1.30); and represent WPIX at day 4 of trial (9.50). | 10.80 | 5,022.00 |
| 07/26/12 | AEI | Continue to prepare for day 4 of trial (1.30); represent WPIX at trial (9.50). | 10.80 | 4,266.00 |
| 07/27/12 | EC | Work on closing statement (2.50); prepare for continuation of S. Charlier's trial testimony (2.90); meeting with S. Charlier to prepare for his continued direct examination, with A. Foran and A. Cabrera (2.10); email correspondence and telephone conference with A. Foran regarding K. Rubinstein's inquiry as to settlement and email correspondence with K. Rubinstein and telephone conference with S. Jacobson regarding same; and supplemental jury instructions (.40). | 8.20 | 5,904.00 |
| 07/27/12 | AC | Prepare for trial testimony preparation session with S. Charlier (1.40); meeting with S. Charlier to prepare for direct and cross examination (2.10); review trial record and identify admissions and contradictions made by plaintiff to use in closing arguments (6.00). | 9.50 | 4,417.50 |
| 07/27/12 | AEI | Draft closing statement (4.50); review documents for continuation of S. Charlier's trial testimony (2.50); legal research regarding supplemental jury instructions as to adverse impact and no special treatment for an ADEA plaintiff (1.50); draft supplemental jury instructions (1.00); and communications with TrialGraphix regarding additional demonstrative exhibits (.30). | 9.80 | 3,871.00 |
| 07/27/12 | PKR | Research and prepare memorandum on jury instructions covering adverse impact and no special treatment for older workers. | 4.00 | 1,000.00 |

# Ogletree
# Deakins

Page 14
08/06/12
Invoice No. 1016332
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/27/12 | AB | Prepare list of exhibits marked at trial; review and edit exhibit descriptions; assemble documents. | 4.80 | 1,032.00 |
| 07/28/12 | EC | Prepare closing argument (2.20); review trial transcript for use in closing argument and for S. Charlier's direct examination (2.00); and draft/revise outline for continued direct examination of S. Charlier (4.60). | 8.80 | 6,336.00 |
| 07/28/12 | AC | Review and revise draft of closing statement (4.00); and review trial transcripts for issues and arguments to raise in closing statement (3.50). | 7.50 | 3,487.50 |
| 07/28/12 | AEI | Draft closing statement (6.0); revise additional jury instructions (.50); review outline for direct examination of S. Charlier to compile exhibits for same (.50). | 7.00 | 2,765.00 |
| 07/29/12 | EC | Prepare for day 5 of trial and closing argument. | 5.80 | 4,176.00 |
| 07/29/12 | AC | Review and revise latest draft of closing statement (5.30); prepare for completion of direct examination of S. Charlier (3.00); and prepare for day five of trial (1.00). | 9.30 | 4,324.50 |
| 07/29/12 | AEI | Revise closing argument (5.50); and prepare for day 5 of trial (1.00). | 6.50 | 2,567.50 |
| 07/30/12 | EC | Continue to prepare for day 5 of trial (.40); represent WPIX at day 5 of trial, charge conference and argument on rule 50 motion (8.00); prepare closing argument (5.60); and prepare revisions to jury instructions and business judgment and letter to Court regarding same (.90). | 14.90 | 10,728.00 |
| 07/30/12 | AC | Prepare for day five of trial (.50); represent WPIX at trial, charge conference and argument on Rule 50 motion (8.00); prepare closing argument (5.50); and prepare revisions to jury instructions and letter to Court regarding instructions (.90). | 14.90 | 6,928.50 |

# Ogletree
# Deakins

Page 15
08/06/12
Invoice No. 1016332
030334-000001-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/30/12 | AEI | Continue to prepare for day 5 of trial (.40); represent WPIX at trial (8.00); legal research regarding jury instructions and draft letter to Court regarding same (2.60); and revise closing argument (2.00). | 13.00 | 5,135.00 |
| 07/30/12 | PKR | Research jury instructions and reversible error for business judgment charge, and meet with E. Cerasia, A. Cabrera and A. Ianni regarding same. | 1.50 | 375.00 |
| 07/31/12 | EC | Continue to prepare and rehearse closing argument (2.80); represent WPIX at day 6 of trial (9.50); review/analyze case law regarding "motivating/determinative" factor issues for jury instructions in response to jury questions (.80); and revise letter to Court regarding proposed instruction on same (.50). | 13.60 | 9,792.00 |
| 07/31/12 | AC | Revise closing argument (1.80); represent WPIX at day 6 of trial (9.50); review case law regarding "motivating/determinative" factor for jury instructions (.90); and work with E. Cerasia on revising letter to Court regarding proposed instruction on same (.50). | 12.60 | 5,859.00 |
| 07/31/12 | AEI | Prepare for day 6 of trial (0.5); represent WPIX at day 6 of trial (9.50); legal research regarding "motivating/determinative" factor jury instructions and draft letter to Court regarding same (2.00). | 12.00 | 4,740.00 |
| 07/31/12 | PKR | Research jury instructions and reversible error for legal standard of NYSHRL and NRCHRL "motivating factor," and meet with E. Cerasia, A. Cabrera and A. Ianni regarding same. | 1.50 | 375.00 |
| | | Total Services | 754.50 | $370,033.50 |

# Ogletree Deakins

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Edward Cerasia | Shareholder | 720.00 | 216.00 | 55,520.00 |
| Anjanette Cabrera | Shareholder | 465.00 | 231.70 | 7,740.50 |
| Allison E. Ianni | Associate | 395.00 | 219.30 | 86,623.50 |
| P. Kramer Rice | Law Clerk | 250.00 | 38.20 | 9,550.00 |
| Alayna Balint | Paralegal | 215.00 | 40.80 | 8,772.00 |
| Nadine Puzio | Paralegal | 215.00 | 8.50 | 1,827.50 |

## Expenses

| Description | | | Amount |
|---|---|---|---|
| Copies | 18,524 @ | 0.10 ea. | 1,852.40 |
| Color Copies | 3,024 @ | 0.75 ea. | 2,268.00 |
| Computer Research | | | 1,421.23 |

| Description | Amount |
|---|---|
| Federal Express - Tracking ID 793738991708 | 14.06 |
| Meals - business meetings and trial preparation | 124.41 |
| Edward Cerasia - Hotel accommodations for trial Tribune Scott | 300.71 |
| Travel - Elite Car Service and Taxis - Travel for trial team to/from Court for Trial Bank ID: PCOPER Check Number: 70068380 | 977.33 |
| Depositions - Edward Cerasia - Daily trial transcripts | 6,663.30 |
| Audio Visual Costs - Trial Graphix Visual aid for Tribune Scott trial Bank ID: PCOPER Check Number: 70068999 | 8,178.42 |
| Total Expenses | $21,799.86 |

| | |
|---|---|
| TOTAL FEES | $370,033.50 |
| LESS PROFESSIONAL FEE ADJUSTMENT | ($37,003.35) |
| TOTAL EXPENSES | $21,799.86 |
| TOTAL THIS INVOICE | $354,830.01 |

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone: 864.241.1900
Facsimile: 864.235.4649
www.ogletreedeakins.com

August 6, 2012

James P.Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

PERSONAL AND CONFIDENTIAL

Invoice # 1016335
Matter # 030334-000005

**Re:  Salvatore J. Marchiano v. Betty Ellen Berlamino**

For professional services rendered through July 31, 2012, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

| | |
|---|---:|
| Fees | $190.50 |
| Less Professional Fee Adjustment | ($19.05) |
| Expenses | $1,252.06 |
| **Total Due This Invoice** | **$1,423.51** |

PLEASE REMIT TO:  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta • Austin • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greensboro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • Los Angeles • Memphis • Miami • Minneapolis • Morristown • Nashville • New Orleans • New York City
Orange County • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • St. Louis • St. Thomas • San Antonio • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington

# Ogletree
# Deakins

Page 2
08/06/12
Invoice No. 1016335
030334-000005-EC

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

**Re:    Salvatore J. Marchiano v. Betty Ellen Berlamino**

---

For professional services rendered through July 31, 2012:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/06/12 | EC | Email correspondence with Marchiano's counsel and A. Ianni regarding deposition scheduling and depositions Thompson Wigdor plans to take of non-parties. | 0.10 | 72.00 |
| 07/06/12 | AEI | E-mail with L. Pearson regarding deposition scheduling. | 0.30 | 118.50 |
| | | Total Services | 0.40 | $190.50 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Edward Cerasia | Shareholder | 720.00 | 0.10 | 72.00 |
| Allison E. Ianni | Associate | 395.00 | 0.30 | 118.50 |

## Expenses

| Description | Amount |
|-------------|--------|
| Computer Research | 5.70 |

| Description | Amount |
|-------------|--------|
| Federal Express - Tracking ID 793733186289 | 7.51 |
| Depositions - Pirozzi & Hillman Deposition of Sal Marchiano Bank ID: PCOPER Check Number: 70066929 | 1,238.85 |
| Total Expenses | $1,252.06 |

|  |  |
|--|--|
| TOTAL FEES | $190.50 |
| LESS PROFESSIONAL FEE ADJUSTMENT | ($19.05) |
| TOTAL EXPENSES | $1,252.06 |
| TOTAL THIS INVOICE | $1,423.51 |

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone: 864.241.1900
Facsimile: 864.235.4649
www.ogletreedeakins.com

September 10, 2012

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

PERSONAL AND CONFIDENTIAL

Invoice # 1025269
Matter # 030334-000001

**Re:   Karen Scott v. WPIX**

For professional services rendered through August 31, 2012, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ...................................................................................................................$7,471.00
Less Professional Fee Adjustment.................................................................... ($747.10)
Expenses ...........................................................................................................$5,656.86

**Total Due This Invoice** .............................................................................**$12,380.76**

PLEASE REMIT TO:    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta • Austin • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greensboro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • Los Angeles • Memphis • Miami • Minneapolis • Morristown • Nashville • New Orleans • New York City
Orange County • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • St. Louis • St. Thomas • San Antonio • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington

# Ogletree
# Deakins

Page 2
09/10/12
Invoice No. 1025269
030334-000001-EC

James P.Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

**Re:  Karen Scott v. WPIX**

For professional services rendered through August 31, 2012:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/01/12 | EC | Prepare for day 6 of trial regarding revised jury instructions (1.10); and represent WPIX at day 6 of trial - jury verdict (2.60). | 3.70 | 2,664.00 |
| 08/01/12 | AC | Prepare for day six of trial regarding revised jury instructions (1.1); and represent WPIX at day six of trial - jury verdict (2.6). | 3.70 | 1,720.50 |
| 08/01/12 | AEI | Represent WPIX at Day 7 of trial. | 2.60 | 1,027.00 |
| 08/03/12 | PKR | Retrieve trial exhibits and documents from Southern District Courthouse. | 1.50 | 375.00 |
| 08/14/12 | AEI | Review rules and documentation for bill of costs. | 0.60 | 237.00 |
| 08/23/12 | AEI | Review bills for inclusion in application for bill of costs. | 0.20 | 79.00 |
| 08/24/12 | EC | Work on Bill of Costs, including emails with Seyfarth regarding expenses. | 0.20 | 144.00 |
| 08/24/12 | AEI | Draft declaration in support of application for bill of costs. | 1.80 | 711.00 |
| 08/27/12 | AEI | Legal research regarding time to appeal, and e-mail to E. Cerasia regarding same. (0.3). | 0.30 | 118.50 |
| 08/31/12 | AEI | Revise application for costs. | 1.00 | 395.00 |
| | | Total Services | 15.60 | $7,471.00 |

**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Edward Cerasia | Shareholder | 720.00 | 3.90 | 2,808.00 |
| Anjanette Cabrera | Shareholder | 465.00 | 3.70 | 1,720.50 |
| Allison E. Ianni | Associate | 395.00 | 6.50 | 2,567.50 |
| P. Kramer Rice | Law Clerk | 250.00 | 1.50 | 375.00 |


**Ogletree
Deakins**

Page 3
09/10/12
Invoice No. 1025269
030334-000001-EC

### Expenses

| Description | | | Amount |
|---|---|---|---|
| Copies | 27 @ | 0.10 ea. | 2.70 |
| Delivery Service | | | 25.51 |
| Computer Research | | | 16.80 |

| Description | Amount |
|---|---|
| Travel - Allison E. Ianni - Travel expenses for Tribune Scott trial | 10.64 |
| Travel - Edward Cerasia - Travel for Tribune Scott trial | 21.10 |
| Travel - Edward Cerasia - Tribune Scott trial expenses | 21.50 |
| Travel - Edward Cerasia - Tribune Scott trial travel expenses | 21.74 |
| Travel - P. Kramer Rice - Travel expenses for attending trial | 28.30 |
| Travel - Edward Cerasia - Trial expenses | 39.70 |
| Travel - Edward Cerasia - Travel expenses for Tribune Scott trial prep | 108.00 |
| Travel - Allison E. Ianni - Tribune/Scott trial expenses | 1,124.36 |
| Allison E. Ianni - Tribune/Scott trial expenses | 31.68 |
| Travel - P. Kramer Rice - Travel expense for attending trial | 11.90 |
| Travel - Anjanette Cabrera - Taxi home from trial preparation | 23.27 |
| Travel - Anjanette Cabrera - Meals for trial preparation and trial | 120.05 |
| Travel - Anjanette Cabrera - Taxi expenses for trial | 134.01 |
| Travel - XYZ Two Way Radio Service, Inc. Travel Trial prep Bank ID: PCOPER Check Number: 70068627 | 32.15 |
| Travel - XYZ Two Way Radio Service, Inc. Travel for Trial Bank ID: PCOPER Check Number: 70068627 | 366.06 |
| Travel - Elite Limousine Plus, Inc. Travel for trial for Attorneys Bank ID: PCOPER Check Number: 70068794 | 758.04 |
| Daily trial transcript | 2,298.24 |
| Business Meetings - Allison E. Ianni - Lunch during Tribune/Scott trial | 16.28 |
| Travel - XYZ Two Way Radio Service, Inc. Travel- Trial Related Bank ID: PCOPER Check Number: 70069364 | 283.28 |
| Travel - Elite Limousine Plus, Inc.  Travel related to trial Bank ID: PCOPER Check Number: 70069208 | 44.35 |

# Ogletree
# Deakins

Page 4
09/10/12
Invoice No. 1025269
030334-000001-EC

| Description | Amount |
|---|---|
| Travel - Elite Limousine Plus, Inc.  Travel related to trial Bank ID: PCOPER Check Number: 70069208 | 117.20 |

|  |  |
|---|---|
| Total Expenses | $5,656.86 |

|  |  |
|---|---|
| TOTAL FEES | $7,471.00 |
| LESS PROFESSIONAL FEE ADJUSTMENT | ($747.10) |
| TOTAL EXPENSES | $5,656.86 |
| TOTAL THIS INVOICE | $12,380.76 |

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone: 864.241.1900
Facsimile: 864.235.4649
www.ogletreedeakins.com

September 10, 2012

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

PERSONAL AND CONFIDENTIAL

Invoice # 1025270
Matter # 030334-000002

**Re:   Larry Hoff v. WPIX, Inc., et al.**

For professional services rendered through August 31, 2012, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ............................................................................................................$15,895.50
Less Professional Fee Adjustment............................................................... ($1,589.55)
Expenses ......................................................................................................$1,020.20

**Total Due This Invoice** .............................................................................**$15,326.15**

PLEASE REMIT TO:   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta • Austin • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greensboro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • Los Angeles • Memphis • Miami • Minneapolis • Morristown • Nashville • New Orleans • New York City
Orange County • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • St. Louis • St. Thomas • San Antonio • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington

# Ogletree
# Deakins

Page 2
09/10/12
Invoice No. 1025270
030334-000002-EC

James P.Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

**Re:  Larry Hoff v. WPIX, Inc., et al.**

For professional services rendered through August 31, 2012:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/02/12 | AEI | Draft letter to L. Pearson regarding medical records of L. Hoff (0.2); review medical records (0.3); e-mail to J. Osick regarding deposition subpoena to D. Kimmel (0.2). | 0.70 | 276.50 |
| 08/03/12 | EC | Review/analyze the parties' Rule 26 disclosures and strategize regarding discovery to complete (.20); emails with A. Ianni regarding Himmel subpoena (.10); and email correspondence with J. Osick regarding next steps with litigation in light of victory in Scott trial (.10). | 0.40 | 288.00 |
| 08/03/12 | AEI | E-mail to B. Carey regarding service of subpoena on D. Kimmel. | 0.10 | 39.50 |
| 08/06/12 | EC | Telephone conference with J. Osick, A. Foran and A. Ianni regarding strategy for settlement negotiations (.10); telephone conference with D. Wigdor regarding settlement (.10); and email correspondence with J. Osick regarding my conversation with D. Wigdor and his request for counter-offer (.10). | 0.30 | 216.00 |
| 08/07/12 | EC | Attend to deposition scheduling. | 0.10 | 72.00 |
| 08/07/12 | AEI | E-mail with J. Osick regarding deposition of D. Kimmel. | 0.20 | 79.00 |

# Ogletree
# Deakins

Page 3
09/10/12
Invoice No. 1025270
030334-000002-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/08/12 | EC | Email correspondence with J. Osick regarding settlement. Respond to emails from D. Wigdor regarding status of defendants' counter-offer. Telephone conference with D. Kimmel regarding his inquiry as to representation and background facts. Email correspondence with J. Osick regarding my telephone conference with D. Kimmel and his request to WPIX for representation. | 0.50 | 360.00 |
| 08/08/12 | AEI | Telephone conference with D. Kimmel regarding deposition (0.1); e-mail to L. Pearson regarding his deposition of D. Kimmel (0.1). | 0.20 | 79.00 |
| 08/09/12 | EC | Telephone conference with J. Osick regarding settlement issues (.10); prepare email memorandum to J. Osick regarding settlement recommendation and basis for same (.70); and telephone conference with D. Kimmel regarding his deposition (.20). | 1.00 | 720.00 |
| 08/09/12 | AEI | Review deposition testimony of L. Hoff concerning A. Waldman (0.3); e-mail to E. Cerasia regarding same (0.2); e-mail to B.E. Berlamino regarding depositions (0.3); review document production in preparation for depositions and completing discovery (1.3). | 2.10 | 829.50 |
| 08/10/12 | EC | Discussion with A. Ianni regarding whether additional documents used at Scott trial need to be produced (.10); email with J. Osick regarding settlement and D. Kimmel's deposition (.20); and telephone conference and emails with D. Wigdor regarding defendants' counter offer (.10). | 0.40 | 288.00 |
| 08/10/12 | AEI | Review documents in preparation for deposition of B.E. Berlamino. | 1.00 | 395.00 |
| 08/13/12 | EC | Email correspondence with D. Wigdor regarding settlement, and email correspondence to J. Osick regarding Hoff's new demand (.30); and review case file regarding Hoff's prior settlement demands (.20). | 0.50 | 360.00 |
| 08/13/12 | AEI | Search for/review prior communications with D. Wigdor regarding settlement. | 1.00 | 395.00 |

# Ogletree
# Deakins

Page 4
09/10/12
Invoice No. 1025270
030334-000002-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/14/12 | EC | Represent defendants at deposition of non-party witness D. Kimmel (5.00); and prepare email correspondence to J. Osick regarding outcome of that deposition and next steps (.20). | 5.20 | 3,744.00 |
| 08/14/12 | AEI | Review and revise initial disclosures. | 0.50 | 197.50 |
| 08/15/12 | EC | Prepare with B.E. Berlamino for her deposition (1.70); prepare for same (.20); and telephone conference with J. Osick regarding response to settlement demand and communicate with D. Wigdor regarding same (.10). | 2.00 | 1,440.00 |
| 08/16/12 | AEI | Review plaintiff's supplemental document production (0.5); e-mail to B.E. Berlamino regarding same (0.3); telephone conference with B.E. Berlamino regarding recently produced documents and deposition preparation (1.0); review and revise interrogatory responses on behalf of B.E. Berlamino and WPIX/Tribune (1.0). | 3.00 | 1,185.00 |
| 08/16/12 | AB | Prepare letter requesting plaintiff's medical records. | 0.40 | 86.00 |
| 08/17/12 | EC | Review additional documents produced by Thompson Wigdor (.10); represent B.E. Berlamino at her deposition (4.30); and call with Magistrate Judge Freeman and all counsel regarding status of discovery and remaining discovery to be completed (.20). | 4.60 | 3,312.00 |
| 08/17/12 | AEI | Review and analyze key documents. | 1.40 | 553.00 |
| 08/21/12 | EC | Review/comment on letter to court regarding status of discovery, and email with opposing counsel regarding same. | 0.10 | 72.00 |
| 08/21/12 | AEI | Review draft letter to Magistrate Judge Freeman regarding extension of time for discovery (0.1); e-mail to M. Willemin regarding same (0.1). | 0.20 | 79.00 |
| 08/23/12 | AEI | E-mail to J. Woolworth regarding psychiatric records of L. Hoff (0.1); e-mail to L. Pearson regarding same (0.1). | 0.20 | 79.00 |
| 08/28/12 | AEI | Review deposition transcript of D. Kimmel. | 1.80 | 711.00 |

# Ogletree Deakins

Page 5
09/10/12
Invoice No. 1025270
030334-000002-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/31/12 | AEI | E-mail to L. Pearson regarding amended initial disclosures (0.1). | 0.10 | 39.50 |
| | | Total Services | 28.00 | $15,895.50 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Edward Cerasia | Shareholder | 720.00 | 15.10 | 10,872.00 |
| Allison E. Ianni | Associate | 395.00 | 12.50 | 4,937.50 |
| Alayna Balint | Paralegal | 215.00 | 0.40 | 86.00 |

### Expenses

| Description | | | Amount |
|-------------|--|--|--------|
| Copies | 1,700 @ | 0.10 ea. | 170.00 |
| Delivery Service | | | 22.05 |
| Postage | | | 1.55 |

| Description | Amount |
|-------------|--------|
| Travel - Edward Cerasia - Client travel related expenses | 13.20 |
| Travel - Edward Cerasia - Travel to/from Betty Ellen Berlamino deposition | 25.00 |
| Depositions - David Feldman Worldwide, Inc. | 788.40 |
| Total Expenses | $1,020.20 |

| | |
|--|--|
| TOTAL FEES | $15,895.50 |
| LESS PROFESSIONAL FEE ADJUSTMENT | ($1,589.55) |
| TOTAL EXPENSES | $1,020.20 |
| TOTAL THIS INVOICE | $15,326.15 |

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone: 864.241.1900
Facsimile: 864.235.4649
www.ogletreedeakins.com

September 10, 2012

James P. Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

PERSONAL AND CONFIDENTIAL

Invoice # 1025271
Matter # 030334-000005

**Re:  Salvatore J. Marchiano v. Betty Ellen Berlamino**

For professional services rendered through August 31, 2012, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ................................................................................................................$14,751.00
Less Professional Fee Adjustment.............................................................. ($1,475.10)
Expenses .........................................................................................................$74.84

**Total Due This Invoice** ...........................................................................**$13,350.74**

PLEASE REMIT TO:   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

---

Atlanta • Austin • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greensboro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • Los Angeles • Memphis • Miami • Minneapolis • Morristown • Nashville • New Orleans • New York City
Orange County • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • St. Louis • St. Thomas • San Antonio • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington

# Ogletree
# Deakins

Page 2
09/10/12
Invoice No. 1025271
030334-000005-EC

James P.Osick
Tribune Company
435 North Michigan Avenue, 6th Floor
Chicago, IL 60611-4041

**Re:  Salvatore J. Marchiano v. Betty Ellen Berlamino**

For professional services rendered through August 31, 2012:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/03/12 | EC | Review/analyze the parties' Rule 26 disclosures and strategize regarding discovery to complete, including deposition of L. Lopez and S. Marchiano's doctor (.40); and email correspondence with J. Osick regarding same and next steps in litigation in light of victory in Scott case (.20). | 0.60 | 432.00 |
| 08/03/12 | AEI | E-mail communications with E. Cerasia regarding discovery strategy. | 0.20 | 79.00 |
| 08/06/12 | EC | Telephone conference with J. Osick, A. Foran and A. Ianni regarding strategy for settlement negotiations (.10); telephone conference with D. Wigdor regarding settlement (.10); and email correspondence with J. Osick regarding my conversation with D. Wigdor and his request for counter-offer (.10). | 0.30 | 216.00 |
| 08/06/12 | AEI | Telephone conference with J. Osick and A. Foran regarding strategy for potential resolution. | 0.20 | 79.00 |
| 08/07/12 | EC | Attend to deposition scheduling. | 0.10 | 72.00 |
| 08/07/12 | AEI | Direct A. Balint regarding subpoena to Dr. Bard (0.1); telephone conference with L. Pearson regarding depositions (0.1). | 0.20 | 79.00 |
| 08/07/12 | AB | Draft deposition subpoena to Dr. Bard. | 0.40 | 86.00 |
| 08/08/12 | EC | Email correspondence with J. Osick regarding settlement.  Respond to emails from D. Wigdor regarding status of defendants' counter-offer. | 0.10 | 72.00 |

# Ogletree
# Deakins

Page 3
09/10/12
Invoice No. 1025271
030334-000005-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/09/12 | EC | Telephone conference with J. Osick regarding settlement issues (.10); and prepare email memorandum to J. Osick regarding settlement recommendation and basis for same (.70). | 0.80 | 576.00 |
| 08/10/12 | EC | Discussion with A. Ianni regarding whether additional documents used at Scott trial need to be produced (.10); and email with J. Osick regarding settlement counter and telephone conference with D. Wigdor regarding same (.10). | 0.20 | 144.00 |
| 08/13/12 | EC | Email correspondence with S. Herz (L. Lopez's agent) regarding information needed from L. Lopez (.20); and review file notes regarding witness interview with L. Lopez and strategize regarding areas of examination for her deposition (.40). | 0.60 | 432.00 |
| 08/13/12 | AEI | Review documents for deposition preparation of B.E. Berlamino. | 3.00 | 1,185.00 |
| 08/13/12 | AB | Edit subpoena to Dr. Bard, draft cover letter to Dr. Bard. | 0.40 | 86.00 |
| 08/14/12 | EC | Work on subpoena to L. Lopez and service issues (.20); and revise letter to L. Lopez regarding same (.10). | 0.30 | 216.00 |
| 08/14/12 | AEI | Legal research regarding subpoena to L. Lopez (0.7); draft notice of subpoena (0.3); e-mail to L. Pearson and S. Jacobson regarding same (0.3); communications with L. Sanchez regarding service of subpoena (0.7). | 2.00 | 790.00 |
| 08/14/12 | LS | Review cover letter regarding service of deposition subpoena for attendance at deposition and prepare instructions for service of process | 0.50 | 107.50 |
| 08/15/12 | EC | Prepare with B.E. Berlamino for her deposition (1.70); prepare for same (.20); and telephone conference with J. Osick regarding response to settlement demand and communicate with D. Wigdor regarding same (.10). | 2.00 | 1,440.00 |

# Ogletree
# Deakins

Page 4
09/10/12
Invoice No. 1025271
030334-000005-EC

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/15/12 | AEI | Communications with L. Sanchez regarding attempted service of subpoena on L. Lopez (0.4); review B.E. Berlamino's trial testimony from the Scott action concerning S. Marchiano and L. Hoff (0.5); meeting with B.E. Berlamino and E. Cerasia regarding preparation for deposition of B.E. Berlamino (4.6). | 5.50 | 2,172.50 |
| 08/15/12 | LS | Review status of service of process attempts at Lolita Lopez' residence and report results to attorneys. | 0.30 | 64.50 |
| 08/16/12 | EC | Email correspondence with A. Ianni regarding Marchiano's intention to seek reimbursement under Fed. R. Civ. P. 30 for cost of traveling to L. Lopez's deposition and strategize as to response to same. | 0.20 | 144.00 |
| 08/16/12 | AEI | Review Local Rule 30.1 in response to L. Pearson's e-mail concerning costs for travel to deposition of L. Lopez (0.3); attempted to determine whereabouts of L. Lopez by calling KNBC (0.3). | 0.60 | 237.00 |
| 08/17/12 | EC | Review additional documents produced by Thompson Wigdor (.10); represent B.E. Berlamino at her deposition (4.30); and call with Magistrate Judge Freeman and all counsel regarding status of discovery and remaining discovery to be completed (.20). | 4.60 | 3,312.00 |
| 08/17/12 | AEI | Review and analyze key documents (1.4); legal research regarding Local Rule 30.1 concerning costs for attending out of state depositions (0.9). | 2.30 | 908.50 |
| 08/21/12 | EC | Review/comment on letter to court regarding status of discovery, and email with opposing counsel regarding same. | 0.10 | 72.00 |
| 08/21/12 | AEI | Draft outline for deposition of Dr. Bard. | 1.00 | 395.00 |
| 08/23/12 | AEI | Review medical records of S. Marchiano received from Dr. Bard in preparation for deposition of Dr. Bard (2.00); telephone call to Dr. Bard regarding deposition (0.1). | 2.10 | 829.50 |

# Ogletree Deakins

Page 5
09/10/12
Invoice No. 1025271
030334-000005-EC

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/24/12 | EC | Email correspondence with L. Lopez regarding time to speak (.10); and revise letter to S. Marchiano's doctor regarding his deposition (.10). | 0.20 | 144.00 |
| 08/24/12 | AEI | Telephone calls to Dr. Bard regarding deposition (0.1); draft letter to Dr. Bard regarding same (0.3); e-mail to L. Pearson regarding deposition of Dr. Bard (0.1); e-mail to L. Pearson regarding deposition of L. Lopez (0.2). | 0.70 | 276.50 |
| 08/24/12 | NP | Telephone conference with Dr. Bard regarding his appearance at his deposition scheduled for Aug. 28th. | 0.30 | 64.50 |
| 08/31/12 | AEI | E-mails with L. Pearson regarding deposition of L. Lopez and Dr. Bard. | 0.10 | 39.50 |
| | | Total Services | 29.90 | $14,751.00 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Edward Cerasia | Shareholder | 720.00 | 10.10 | 7,272.00 |
| Allison E. Ianni | Associate | 395.00 | 17.90 | 7,070.50 |
| Lupe Sanchez | Paralegal | 215.00 | 0.80 | 172.00 |
| Alayna Balint | Paralegal | 215.00 | 0.80 | 172.00 |
| Nadine Puzio | Paralegal | 215.00 | 0.30 | 64.50 |

## Expenses

| Description | | | Amount |
|---|---|---|---|
| Copies | 28 @ | 0.10 ea. | 2.80 |
| Delivery Service | | | 60.12 |
| Computer Research | | | 11.92 |
| Total Expenses | | | $74.84 |

| | |
|---|---|
| TOTAL FEES | $14,751.00 |
| LESS PROFESSIONAL FEE ADJUSTMENT | ($1,475.10) |
| TOTAL EXPENSES | $74.84 |
| TOTAL THIS INVOICE | $13,350.74 |

**EXHIBIT B**

**FEE SUMMARY**

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
MAY 1, 2012 THROUGH JULY 31, 2012**

| Name of Professional/ Individual | Position, Number of Years in the Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Edward Cerasia II | Shareholder, 21 years, 1991, Employment Law | $648.00 | 289.10 | $187,336.80 |
| Anjanette Cabrera | Shareholder, 11 years, 2001, Employment Law | $418.50 | 252.90 | $105,838.65 |
| Allison E. Ianni | Associate, 5 years, 2008, Employment Law | $355.50 | 343.80 | $122,220.90 |
| P. Kramer Rice | Summer Law Clerk, Employment Law | $225.00 | 52.00 | $11,700.00 |
| Alayna Balint | Paralegal, 9 years, Employment Law | $193.50 | 44.90 | $8,688.15 |
| Nadine Puzio | Paralegal, 18 years, Employment Law | $193.50 | 8.80 | $1,702.80 |
| Lupe Sanchez | Paralegal, 26 years, Employment Law | $193.50 | 0.80 | $154.80 |
| **Grand Total:** | | | **992.3** | **$437,642.10** |
| **Blended Rate:** | | | | **$441.04** |

---

[1] These rates reflect a 10% discount from Ogletree Deakins' regular rates.

**EXHIBIT C**


**EXPENSE DETAIL**

**EXPENSE SUMMARY FOR THE PERIOD FROM**
**MAY 1, 2012 THROUGH JULY 31, 2012**

| Expense Category | Total Expenses |
|---|---|
| Copies | $2,483.10 |
| Color Copies | $2,268.00 |
| Vendor Copies | $77.25 |
| Federal Express | $210.56 |
| Postage | $2.90 |
| Travel | $4,586.89 |
| Depositions and Trial Transcripts | $12,329.99 |
| Audio Visual Costs – Trial Exhibits | $8,178.42 |
| Business Meetings | $172.37 |
| Computer Research | $1,889.92 |
| *Grand Total:* | $32,199.40 |