# EXHIBIT "A"

## SUMMARY SHEET

July 1, 2012 through and including July 31, 2012

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 1.8 | $972.00 |
| Patricia P. McGonigle | Partner; admitted DE 1992 | 1992 | $375.00 | .4 | $150.00 |
| Susan Pappa | Paralegal | N/A | $125.00 | 2.1 | $262.50 |
| | | | Total | 4.3 | $1,384.50 |

**Blended Rate: $321.97**

81117 v1

# EXHIBIT "B"

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
September 21, 2012
Account No: 30402-001M
Statement No: 28610

Tribune

For Services Rendered Through 07/31/2012

### Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/09/2012 | JSG | Reviewing pleadings and notices of filings (Case Administration) | 0.30 |
| | PPM | Emails to/from counsel re: need to estimate professional fees; Conference with Mr. Green re: same (Fee Matters) | 0.40 |
| | SLP | E-mails from/to Pauline Ratkowiak regarding adversary service lists (Case Administration) | 0.20 |
| 07/10/2012 | SLP | Receipt of e-mail from James S. Green forwarding request from Alvarez & Marsal, Debtors' Restructuring Advisors regarding Attorneys' Fees and Expenses requesting confirmation of amounts due; Reviewing file and accounting; Revising Excel Spreadsheet; Run time report for June; E-mail to James S. Green (Fee Matters) | 0.80 |
| | JSG | Reviewing Agenda for 7/11/12 hearing; Reviewing and responding to request from Debtor's Reconstructing Committee (Case Administration) | 1.00 |
| 07/16/2012 | SLP | Receipt of payment; Confirmation of statements and amounts paid (Fee Matters) | 0.30 |
| 07/20/2012 | SLP | Draft and file Certificate of No Objection to the 8th, 9th, 10th Monthly and Quarterly Fee Applications (Fee Matters) | 0.50 |
| 07/23/2012 | JSG | Reviewing docket entries (Case Administration) | 0.20 |
| 07/24/2012 | JSG | Reviewing filings (Case Administration) | 0.30 |
| | SLP | Conference with James S. Green; Reviewing docket regarding Plan; E-mail documents to James S. Green for review (Case Administration) | 0.30 |

Case 08-13141-BLS   Doc 12477-1   Filed 09/28/12   Page 4 of 5

Offi Comm of Unsecured Cred Tribune Company et al

Page: 2
September 21, 2012
Account No: 30402-001M
Statement No: 28610

Tribune

|  | Hours |  |
|---|---|---|
| For Current Services Rendered | 4.30 | 1,384.50 |

Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 1.80 | $540.00 | $972.00 |
| Patricia P. McGonigle | 0.40 | 375.00 | 150.00 |
| Susan L. Pappa | 2.10 | 125.00 | 262.50 |

Total Current Work                                                                                          1,384.50

*Remittance is due and payable upon receipt.  Thank you.*

# EXHIBIT "C"

## STATEMENT OF EXPENSE

| Postage: | $0 |
| --- | --- |
| Photocopies: | $0 |
| TOTAL: | $0.00 |

81117 v1