# EXHIBIT "A"

## SUMMARY SHEET

August 1, 2012 through and including August 31, 2012

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 2.2 | $1,188.00 |
| Susan Pappa | Paralegal | N/A | $125.00 | 3.3 | $412.50 |
| | | | Total | 5.5 | $1,600.50 |

**Blended Rate: $291.00**

81117 v1

# EXHIBIT "B"

81117 v1

SEITZ, VAN OGTROP & GREEN, P.A.<br>
222 Delaware Avenue, Suite 1500<br>
P.O. Box 68<br>
Wilmington, Delaware 19899<br>
(302) 888-0600  Fax: (302) 888-0606<br>
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
September 21, 2012
Account No:  30402-001M
Statement No:  28610

Tribune

For Services Rendered Through 08/31/2012

### Fees

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/2012 | JSG | Reviewing Plan and Confirmation Order (Case Administration) | 1.00 | |
| 08/06/2012 | JSG | Reviewing Agenda for 8/7/12 hearing (Case Administration) | 0.20 | |
| 08/09/2012 | SLP | Receipt of payment advice; Compare to accounts receivable; Print outstanding invoice unpaid; Draft correspondence to Fee Examiner regarding same; Draft Eleventh Monthly Fee Application | 2.50 | |
| | JSG | Reviewing and finalizing Eleventh Monthly Fee Application; Reviewing Payment Advice from Tribune (Fee Matters) | 1.00 | |
| 08/10/2012 | SLP | E-file and serve 11th Monthly Fee Application; E-mail same and Excel spreadsheet to fee examiner John Theil (Fee Matters) | 0.80 | |
| | | For Current Services Rendered | 5.50 | 1,600.50 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 2.20 | $540.00 | $1,188.00 |
| Susan L. Pappa | 3.30 | 125.00 | 412.50 |

### Expenses

| | |
|---|---|
| Photocopies | 104.40 |
| Reimbursable Costs Thru 08/31/2012 | 104.40 |
| Total Current Work | 1,704.90 |

# EXHIBIT "C"

## STATEMENT OF EXPENSE

| Postage: | $0 |
| Photocopies: | $104.40 |
| TOTAL: | $104.40 |

81117 v1