# EXHIBIT "A"

### SUMMARY SHEET

June 1, 2012 through and including August 31, 2012

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 8.4 | $4,536.00 |
| Patricia P. McGonigle | Partner; admitted DE 1992 | 1992 | $375.00 | 1.2 | $450.00 |
| Susan Pappa | Paralegal | N/A | $125.00 | 15 | $1,875.00 |
| | | | Total | 24.6 | $6,861.00 |

**Blended Rate: $278.90**

81117 v1

# EXHIBIT "B"

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

|  |  |
|---|---|
| Offi Comm of Unsecured Cred Tribune Company et al | Page: 1<br>August 09, 2012<br>Account No: 30402-001M<br>Statement No: 28378 |

Tribune

For Services Rendered Through 06/30/2012

### Fees

|  |  |  | Hours |
|---|---|---|---:|
| 06/01/2012 | JSG | E-mails with Andrew Goldfarb regarding Substitutions of Counsel | 0.50 |
| 06/06/2012 | JSG | Reviewing Agenda for 6/7/12 Hearing (Case Administration) | 0.20 |
| 06/13/2012 | SLP | Draft 8th, 9th and 10th Monthly Fee Applications (Fee Matters) | 4.00 |
| 06/14/2012 | SLP | Draft CNOs for 5th, 6th, 7th Monthly Fee Applications and 13th Quarterly Fee Application (Fee Matters) | 0.50 |
|  | SLP | Draft 14th Quarterly Fee Application (Fee Matters) | 1.00 |
| 06/18/2012 | PPM | Multiple emails with Mr. Ellis re: filing of CNO re: Motion to Extend and Stay; Teleconference Mr. Ellis re: same; Review CNO; | 0.40 |
| 06/19/2012 | JSG | Prepare and file Certificate of No Objection to Motion to Amend Definition of Termination Event and to Extend Time (Case Administration) | 0.30 |
|  | PPM | Review draft CNO prepared by Ms. Pappa; Approve same for filing and service; | 0.30 |
|  | SLP | Reviewing e-mails regarding Certificate of No Objection Motion to Extend; Draft CNO specific to Adversary case and Certificate of Service; Conference with Patricia P. McGonigle; Finalize, file and serve CNO (Case Administration) | 0.80 |
| 06/21/2012 | JSG | Teleconference with Andrew Swartz; Voice mail to Andrew Goldfarb (Case Administration) | 0.30 |

Offi Comm of Unsecured Cred Tribune Company et al

Page: 2
August 09, 2012
Account No: 30402-001M
Statement No: 28378

Tribune

| | | | Hours | |
|---|---|---|---:|---:|
| | JSG | Reviewing and filing Certificates of No Objection to 5th, 6th and 7th Fee Applications and Quarterly Application (Thirteenth); Reviewing and revising 8th, 9th and 10th Monthly Fee Apps (Fee Matters) | 2.10 | |
| | SLP | Finalize, file and serve CNOs for the 5th, 6th, 7th and 13th Quarterly Fee Applications (Fee Matters) | 0.50 | |
| 06/26/2012 | PPM | Receipt and review email from Mr. Sloane re: request for information on AIG entities sued; | 0.10 | |
| | SLP | E-mail from Parcels regarding filing Summonses; Draft Certificate of Service; Teleconference with Parcels regarding service instructions from Zuckerman; Conference with James S. Green (Case Administration) | 0.30 | |
| 06/27/2012 | JSG | E-mails from Andrew Goldfarb; Reviewing Summonses in lender action | 0.50 | |
| 06/28/2012 | JSG | Reviewing filings (.3 (Case Administration)); Finalize fee applications (.2 (Fee Matters)) | 0.50 | |
| | SLP | Finalize, file and serve 8th, 9th, 10th Monthly Fee Applications and 14th Quarterly Fee Application (Fee Matters) | 2.50 | |
| | | For Current Services Rendered | 14.80 | 3,876.00 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| James S. Green | 4.40 | $540.00 | $2,376.00 |
| Patricia P. McGonigle | 0.80 | 375.00 | 300.00 |
| Susan L. Pappa | 9.60 | 125.00 | 1,200.00 |

### Expenses

| | |
|---|---:|
| Postage | 27.50 |
| Photocopies | 225.60 |
| Reimbursable Costs Thru 06/30/2012 | 253.10 |
| Total Current Work | 4,129.10 |

222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
September 21, 2012
Account No:    30402-001M
Statement No:        28610

Tribune

For Services Rendered Through 07/31/2012

### Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/09/2012 | JSG | Reviewing pleadings and notices of filings (Case Administration) | 0.30 |
| | PPM | Emails to/from counsel re: need to estimate professional fees; Conference with Mr. Green re: same (Fee Matters) | 0.40 |
| | SLP | E-mails from/to Pauline Ratkowiak regarding adversary service lists (Case Administration) | 0.20 |
| 07/10/2012 | SLP | Receipt of e-mail from James S. Green forwarding request from Alvarez & Marsal, Debtors' Restructuring Advisors regarding Attorneys' Fees and Expenses requesting confirmation of amounts due; Reviewing file and accounting; Revising Excel Spreadsheet; Run time report for June; E-mail to James S. Green (Fee Matters) | 0.80 |
| | JSG | Reviewing Agenda for 7/11/12 hearing; Reviewing and responding to request from Debtor's Reconstructing Committee (Case Administration) | 1.00 |
| 07/16/2012 | SLP | Receipt of payment; Confirmation of statements and amounts paid (Fee Matters) | 0.30 |
| 07/20/2012 | SLP | Draft and file Certificate of No Objection to the 8th, 9th, 10th Monthly and Quarterly Fee Applications (Fee Matters) | 0.50 |
| 07/23/2012 | JSG | Reviewing docket entries (Case Administration) | 0.20 |
| 07/24/2012 | JSG | Reviewing filings (Case Administration) | 0.30 |
| | SLP | Conference with James S. Green; Reviewing docket regarding Plan; E-mail documents to James S. Green for review (Case Administration) | 0.30 |

Case 08-13141-BLS    Doc 12479-1    Filed 09/28/12    Page 6 of 8

Page: 2
September 21, 2012
Account No: 30402-001M
Statement No: 28610

Offi Comm of Unsecured Cred Tribune Company et al

Tribune

|  | Hours |  |
|---|---|---|
| For Current Services Rendered | 4.30 | 1,384.50 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 1.80 | $540.00 | $972.00 |
| Patricia P. McGonigle | 0.40 | 375.00 | 150.00 |
| Susan L. Pappa | 2.10 | 125.00 | 262.50 |

Total Current Work                                                                                 1,384.50

222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600 Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
September 21, 2012
Account No: 30402-001M
Statement No: 28610

Tribune

For Services Rendered Through 08/31/2012

### Fees

| Date | TK | Description | Hours | |
|---|---|---|---|---|
| 08/01/2012 | JSG | Reviewing Plan and Confirmation Order (Case Administration) | 1.00 | |
| 08/06/2012 | JSG | Reviewing Agenda for 8/7/12 hearing (Case Administration) | 0.20 | |
| 08/09/2012 | SLP | Receipt of payment advice; Compare to accounts receivable; Print outstanding invoice unpaid; Draft correspondence to Fee Examiner regarding same; Draft Eleventh Monthly Fee Application | 2.50 | |
| | JSG | Reviewing and finalizing Eleventh Monthly Fee Application; Reviewing Payment Advice from Tribune (Fee Matters) | 1.00 | |
| 08/10/2012 | SLP | E-file and serve 11th Monthly Fee Application; E-mail same and Excel spreadsheet to fee examiner John Theil (Fee Matters) | 0.80 | |
| | | For Current Services Rendered | 5.50 | 1,600.50 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 2.20 | $540.00 | $1,188.00 |
| Susan L. Pappa | 3.30 | 125.00 | 412.50 |

### Expenses

| | |
|---|---|
| Photocopies | 104.40 |
| Reimbursable Costs Thru 08/31/2012 | 104.40 |
| Total Current Work | 1,704.90 |

# EXHIBIT "C"

## STATEMENT OF EXPENSE

| Postage: | $27.50 |
|---|---|
| Photocopies: | $330.00 |
| TOTAL: | $357.50 |

81117 v1