# EXHIBIT "A"

{698.001-W0022706.}

## EXHIBIT "A" – SUMMARY SHEET

August 1, 2012 through and including August 31, 2012

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $720.00 | 37.40 | $26,928.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $640.00 | 68.30 | $43,712.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $640.00 | 64.30 | $41,152.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $495.00 | 78.90 | $39,055.50 |
| Matthew B. McGuire | Partner; admitted PA 2001, DE 2003 | May, 2000 | $475.00 | 38.80 | $18,430.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $420.00 | 130.90 | $54,978.00 |
| K. Tyler O'Connell | Associate; admitted DE 2004 | May 2003 | $420.00 | 75.60 | $31,752.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $325.00 | 75.30 | $24,472.50 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $350.00 | 121.60 | $42,560.00 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $325.00 | 56.10 | $18,232.50 |
| Alison Baker | Law Clerk | May, 2012 | $275.00 | 28.00 | $7,700.00 |
| Frances A. Panchak | Paralegal | N/A | $230.00 | 74.00 | $17,020.00 |
| Cathy A. Adams | Paralegal | N/A | $210.00 | 114.30 | $24,003.00 |
| Linda M. Rogers | Paralegal | N/A | $210.00 | 45.70 | $9,597.00 |
| Anthony C. Dellose | Paralegal | N/A | $200.00 | 16.20 | $3,240.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $130.00 | 9.10 | $1,183.00 |
| | | | Total | 1034.50 | $404,015.50 |

**Blended Rate: $390.54**

{698.001-W0022706.}