# EXHIBIT "C"

```
                                               September 28, 2012
                                               Account No:   698-001
                                               Statement No:   15523

Tribune Company, et al. bankruptcy

                              Expenses

        Overtime Wages                                  171.52
        Copying                                         802.80
        Overnight Delivery                              231.59
        Court/Filing Fees                               507.00
        Service fee                                   1,710.00
        Courier Fees                                    461.75
        Online research                                 888.13
        Outside Duplication Services                 68,037.92
        Document Retrieval                              904.10
        Court Reporter fees                           2,150.65
        Meals                                           226.77
        Litigation Support                            8,072.50
        Telephonic Court Appearance                     375.00
                                                     ---------
        Total Expenses Thru 08/31/2012              $84,539.73
```

{698.001-W0022852.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 08/01/2012 | AGL | U | B100 E102 | | 26.30 | Outside printing Digital Legal, LLC - Invoice 67539 | 2656 |
| 698.001 | 08/01/2012 | AGL | U | B100 E101 | 0.100 | 7.50 | Copying | 2661 |
| 698.001 | 08/02/2012 | AGL | U | B100 E102 | | 443.10 | Outside printing Digital Legal, LLC - Invoice 67540 | 2657 |
| 698.001 | 08/02/2012 | AGL | U | B100 E107 | | 10.00 | Delivery services/messengers Digital Legal, LLC - Invoice 67462 | 2660 |
| 698.001 | 08/02/2012 | AGL | U | B100 E101 | 0.100 | 2.00 | Copying | 2662 |
| 698.001 | 08/03/2012 | AGL | U | B100 E102 | | 5,727.50 | Outside printing Digital Legal, LLC - Invoice 67533 | 2655 |
| 698.001 | 08/03/2012 | AGL | U | B100 E101 | 0.100 | 0.70 | Copying | 2663 |
| 698.001 | 08/03/2012 | AGL | U | B100 E118 | | 2,262.50 | Placers, Inc. of Delaware Invoice #M2506 - Excel discovery/service project | 2681 |
| 698.001 | 08/03/2012 | AGL | U | B100 E107 | | 37.50 | Delivery services/messengers - USDRS Invoice 142035 | 2685 |
| 698.001 | 08/03/2012 | AGL | U | B100 E221 | | 18.89 | Overnight Delivery FedEx - Invoice 7-991-77964 | 2697 |
| 698.001 | 08/06/2012 | AGL | U | B100 E101 | 0.100 | 32.90 | Copying | 2664 |
| 698.001 | 08/07/2012 | AGL | U | B100 E111 | | 17.97 | Meals: Breakfast LRC (2) and Zuckerman (1) - Cosi Invoice 080712 | 2649 |
| 698.001 | 08/07/2012 | AGL | U | B100 E102 | | 17,274.87 | Outside printing Digital Legal, LLC - Invoice 67570 | 2658 |
| 698.001 | 08/07/2012 | AGL | U | B100 E102 | | 436.10 | Outside printing Digital Legal, LLC - Invoice 67572 | 2659 |
| 698.001 | 08/07/2012 | AGL | U | B100 E101 | 0.100 | 31.80 | Copying | 2665 |
| 698.001 | 08/07/2012 | AGL | U | B100 E107 | | 37.50 | Delivery services/messengers - USDRS Invoice 142144 | 2686 |
| 698.001 | 08/07/2012 | AGL | U | B100 E113 | | 1,710.00 | service fees Delaware Claims Agency, LLC - Invoice 10 - research for defendant service info | 2692 |
| 698.001 | 08/07/2012 | AGL | U | B100 E221 | | 18.56 | Overnight Delivery FedEx - Invoice 7-991-77964 | 2698 |
| 698.001 | 08/07/2012 | AGL | U | B100 E107 | | 33.00 | Delivery services/messengers Digital Legal, LLC - Invoice 67640 | 2702 |
| 698.001 | 08/08/2012 | AGL | U | B100 E101 | 0.100 | 4.80 | Copying | 2666 |
| 698.001 | 08/09/2012 | AGL | U | B100 E101 | 0.100 | 14.00 | Copying | 2667 |
| 698.001 | 08/09/2012 | AGL | U | B100 E102 | | 3,511.00 | Outside printing Digital Legal, LLC - Invoice 67596 | 2704 |
| 698.001 | 08/10/2012 | AGL | U | B100 E101 | 0.100 | 0.50 | Copying | 2668 |
| 698.001 | 08/10/2012 | AGL | U | B100 E107 | | 37.50 | Delivery services/messengers - USDRS Invoice 142208 | 2687 |
| 698.001 | 08/10/2012 | AGL | U | B100 E221 | | 18.56 | Overnight Delivery FedEx - Invoice 7-991-77964 | 2699 |
| 698.001 | 08/10/2012 | AGL | U | B100 E118 | | 2,262.50 | Placers Invoice #M2514 - Excel discovery/service project | 2701 |
| 698.001 | 08/10/2012 | AGL | U | B100 E102 | | 157.67 | Outside printing Digital Legal, LLC - Invoice 67665 | 2703 |
| 698.001 | 08/10/2012 | AGL | U | B100 E102 | | 314.70 | Outside printing Digital Legal, LLC - Invoice 67666 | 2705 |
| 698.001 | 08/10/2012 | AGL | U | B100 E102 | | 157.99 | Outside printing Digital Legal, LLC - Invoice 67667 | 2706 |
| 698.001 | 08/13/2012 | AGL | U | B100 E101 | 0.100 | 1.00 | Copying | 2669 |
| 698.001 | 08/14/2012 | AGL | U | B100 E101 | 0.100 | 0.90 | Copying | 2670 |
| 698.001 | 08/14/2012 | AGL | U | B100 E102 | | 653.80 | Outside printing Digital Legal, LLC - Invoice 67685 | 2707 |
| 698.001 | 08/15/2012 | AGL | U | B100 E101 | 0.100 | 93.80 | Copying | 2671 |
| 698.001 | 08/16/2012 | AGL | U | B100 E111 | | 33.50 | Meals: Working dinner for K. Brown, F. Panchak, E. Myrick - DiMeo's Order #75402 | 2682 |
| 698.001 | 08/16/2012 | AGL | U | B100 E101 | 0.100 | 331.20 | Copying | 2712 |
| 698.001 | 08/16/2012 | AGL | U | B100 E209 | | 75.42 | Overtime wages - Assist K. Brown with document prep for 8/17 hearing | 2734 |
| 698.001 | 08/17/2012 | AGL | U | B100 E111 | | 44.00 | Meals: Breakfast for LRC (3), Chadbourne (3), Zuckerman (1) - Cosi Invoice 8/17/12 | 2683 |
| 698.001 | 08/17/2012 | AGL | U | B100 E111 | | 131.30 | Meals: Lunch for LRC (3), Chadbourne (3), Zuckerman (1) - Cosi Invoice 8/17/12 | 2694 |
| 698.001 | 08/17/2012 | AGL | U | B100 E217 | | 2,150.65 | Court Reporter fee Diaz Data Services - Invoice 9470 | 2708 |
| 698.001 | 08/17/2012 | AGL | U | B100 E107 | | 87.75 | Delivery services/messengers Digital Legal, LLC - Invoice 67746 | 2709 |
| 698.001 | 08/17/2012 | AGL | U | B100 E102 | | 33.15 | Outside printing Digital Legal, LLC - Invoice 67786 | 2710 |
| 698.001 | 08/17/2012 | AGL | U | B100 E102 | | 1,638.45 | Outside printing Digital Legal, LLC - Invoice 67855 | 2711 |
| 698.001 | 08/17/2012 | AGL | U | B100 E102 | | 3,966.81 | Outside printing Digital Legal, LLC - Invoice 67856 | 2713 |
| 698.001 | 08/17/2012 | AGL | U | B100 E101 | 0.100 | 85.40 | Copying | 2714 |
| 698.001 | 08/17/2012 | AGL | U | B100 E107 | | 37.50 | Delivery services/messengers USDRS Invoice 142324 | 2725 |
| 698.001 | 08/17/2012 | AGL | U | B100 E209 | | 39.53 | Overtime wages - Assist K. Brown with document prep for 8/17 hearing | 2735 |
| 698.001 | 08/17/2012 | AGL | U | B100 E221 | | 18.56 | Overnight Delivery FedEx - Invoice 2-006-27396 | 2754 |
| 698.001 | 08/17/2012 | AGL | U | B100 E228 | | 375.00 | Telephonic Court Appearance American Express - CourtCall IDs 5111965, 5111961 | 2760 |
| 698.001 | 08/20/2012 | AGL | U | B100 E101 | 0.100 | 21.10 | Copying | 2715 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 08/20/2012 | AGL | U | B100 E107 | | 13.00 | Delivery services/messengers Digital Legal - Invoice 67955 | 2730 |
| 698.001 | 08/20/2012 | AGL | U | B100 E221 | | 103.56 | Overnight Delivery FedEx - Invoice 2-006-27396 | 2757 |
| 698.001 | 08/21/2012 | AGL | U | B100 E102 | | 396.61 | Outside printing Digital Legal, LLC - Invoice 67814 | 2710 |
| 698.001 | 08/21/2012 | AGL | U | B100 E107 | | 37.50 | Delivery services/messengers USDRS Invoice 142375 | 2728 |
| 698.001 | 08/21/2012 | AGL | U | B100 E221 | | 18.56 | Overnight Delivery FedEx - Invoice 2-006-27396 | 2760 |
| 698.001 | 08/22/2012 | AGL | U | B100 E102 | | 3,217.50 | Outside printing Digital Legal, LLC - Invoice 67857 | 2713 |
| 698.001 | 08/22/2012 | AGL | U | B100 E102 | | 28.10 | Outside printing Digital Legal, LLC - Invoice 67870 | 2714 |
| 698.001 | 08/22/2012 | AGL | U | B100 E101 | 0.100 | 38.00 | Copying | 2718 |
| 698.001 | 08/23/2012 | AGL | U | B100 E101 | 0.100 | 17.00 | Copying | 2719 |
| 698.001 | 08/24/2012 | AGL | U | B100 E101 | 0.100 | 63.10 | Copying | 2720 |
| 698.001 | 08/24/2012 | AGL | U | B100 E102 | | 167.35 | Outside printing Digital Legal, LLC - Invoice 67898 | 2748 |
| 698.001 | 08/24/2012 | AGL | U | B100 E118 | | 2,112.50 | Placers, Inc. of Delaware Invoice #M2517 - Excel discovery/service project | 2753 |
| 698.001 | 08/27/2012 | AGL | U | B100 E101 | 0.100 | 0.30 | Copying | 2721 |
| 698.001 | 08/28/2012 | AGL | U | B100 E101 | 0.100 | 10.00 | Copying | 2722 |
| 698.001 | 08/28/2012 | AGL | U | B100 E209 | | 18.86 | Overtime wages - Assist J. Green with edits to FitzSimons Ex A defendant list | 2736 |
| 698.001 | 08/29/2012 | AGL | U | B100 E101 | 0.100 | 9.90 | Copying | 2723 |
| 698.001 | 08/29/2012 | AGL | U | B100 E214 | | 75.00 | Filing Fee US District Court - Pro Hacs for A. Rosenblatt, D. LeMay, D. Deutsch | 2729 |
| 698.001 | 08/29/2012 | AGL | U | B100 E107 | | 5.00 | Delivery services/messengers Digital Legal - Invoice 68063 | 2731 |
| 698.001 | 08/29/2012 | AGL | U | B100 E209 | | 37.71 | Overtime wages - Assist attorney R. Cobb with edits to Tribune memo | 2738 |
| 698.001 | 08/29/2012 | AGL | U | B100 E102 | | 51.55 | Outside printing Digital Legal, LLC - Invoice 68018 | 2749 |
| 698.001 | 08/30/2012 | AGL | U | B100 E101 | 0.100 | 36.90 | Copying | 2724 |
| 698.001 | 08/30/2012 | AGL | U | B100 E214 | | 216.00 | Filing Fee Clerk, U.S. Court of Appeals - Admission fee for David LeMay | 2725 |
| 698.001 | 08/30/2012 | AGL | U | B100 E214 | | 216.00 | Filing Fee Clerk, U.S. Court of Appeals - Admission fee for Eric Daucher | 2726 |
| 698.001 | 08/30/2012 | AGL | U | B100 E107 | | 85.00 | Delivery services/messengers Digital Legal - Invoice 68063 | 2732 |
| 698.001 | 08/30/2012 | AGL | U | B100 E107 | | 40.50 | Delivery services/messengers USDRS Invoice 142582 | 2737 |
| 698.001 | 08/30/2012 | AGL | U | B100 E102 | | 6,767.10 | Outside printing Digital Legal, LLC - Invoice 68130 | 2750 |
| 698.001 | 08/30/2012 | AGL | U | B100 E102 | | 2,277.88 | Outside printing Digital Legal, LLC - Invoice 68133 | 2751 |
| 698.001 | 08/30/2012 | AGL | U | B100 E102 | | 20,790.39 | Outside printing Digital Legal, LLC - Invoice 68135 | 2752 |
| 698.001 | 08/30/2012 | AGL | U | B100 E221 | | 34.90 | Overnight Delivery FedEx - Invoice 2-006-27396 | 2758 |
| 698.001 | 08/31/2012 | AGL | U | B100 E106 | | 888.13 | Online research LexisNexis - Invoice 1208140008 | 2733 |
| 698.001 | 08/31/2012 | AGL | U | B100 E118 | | 1,435.00 | Placers, Inc. of Delaware Invoice #M2532 - Excel discovery/service project | 2754 |
| 698.001 | 08/31/2012 | AGL | U | B100 E208 | | 747.00 | Document Retrieval LexisNexis CourtLink - Invoice EA-516577 | 2756 |
| 698.001 | 08/31/2012 | AGL | U | B100 E208 | | 157.10 | PACER Document Retrieval | 2763 |

**Total for Client ID 698.001**  Billable  84,539.73  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy

**GRAND TOTALS**

Billable  84,539.73