# Exhibit A

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

September 28, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:285381
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through August 31, 2012.

| | | |
|---|---|---|
| By Graeme W. Bush<br>2.60 hours at $875.00 per hour | $ | 2,275.00 |
| By James Sottile<br>72.00 hours at $790.00 per hour | $ | 56,880.00 |
| By Andrew N. Goldfarb<br>74.50 hours at $640.00 per hour | $ | 47,680.00 |
| By P. Andrew Torrez<br>12.90 hours at $610.00 per hour | $ | 7,869.00 |
| By Andrew Caridas<br>14.10 hours at $375.00 per hour | $ | 5,287.50 |
| By Kimberly Gainey<br>134.90 hours at $315.00 per hour | $ | 42,493.50 |
| By Sepaass Shahidi<br>101.30 hours at $290.00 per hour | $ | 29,377.00 |
| By Jer-Wei (Jay) Chen<br>2.10 hours at $280.00 per hour | $ | 588.00 |

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC

September 28, 2012                                                                          Page 2

By Lisa Gehlbach
    28.30  hours at  $280.00  per hour                                    $        7,924.00

By Ashley C. Voss
    42.60  hours at  $225.00  per hour                                    $        9,585.00

By Afton B. Hodge
    91.90  hours at  $220.00  per hour                                    $       20,218.00

By Kimberley Wilson
    1.10  hours at  $180.00  per hour                                     $          198.00
                                                                                       _____

       TOTAL FEES                                              $      230,375.00

       TOTAL EXPENSES                                          $            0.00

       TOTAL FEES AND EXPENSES THIS PERIOD                     $      230,375.00

DESCRIPTION OF SERVICES                                         CLIENT: 12464
                                                                MATTER: 0001


James Sottile

| 08/01/12 | 2.40 | Draft/edit memorandum to Committee re Zell Rule 11 motion. |
| 08/02/12 | 0.40 | Review and revise draft Master Case Order 3. |
| 08/02/12 | 0.20 | Draft note to D. Bradford (Jenner) re briefing schedule for Zell Rule 11 motion. |
| 08/02/12 | 0.20 | Call with D. Zensky (Akin) re dismissal of threshold for dismissal of shareholder claims in Fitzsimons. |
| 08/02/12 | 0.30 | E-mail correspondence with plaintiffs' counsel re Zell Rule 11 motion. |
| 08/02/12 | 3.20 | Draft/edit memorandum to Committee re Zell Rule 11 motion. |
| 08/02/12 | 1.80 | Further legal research re Zell Rule 11 motion. |
| 08/03/12 | 1.80 | Further factual and legal research re Zell Rule 11 motion. |
| 08/03/12 | 0.40 | Call with D. Rath and R. Cobb (Landis Rath) and A. Goldfarb re Zell Rule 11 motion. |
| 08/03/12 | 1.20 | Review revised draft of memorandum to Committee re Zell Rule 11 motion and further edits to same. |
| 08/03/12 | 0.30 | Edit revised draft of Master Case Order 3. |
| 08/03/12 | 0.20 | Review MDL Panel order transferring Advisor Actions and e-mail correspondence with MDL plaintiffs' counsel re same. |
| 08/03/12 | 0.20 | Review letters to Judge Pauley from MDL defense liaison counsel. |
| 08/03/12 | 0.30 | Call with Grippo & Elden re Master Case Order 3. |
| 08/03/12 | 0.20 | E-mail correspondence with plaintiffs' MDL counsel re same. |
| 08/06/12 | 0.30 | Call with J. Bendernagel (Sidley) re Litigation Trustee's claims. |
| 08/06/12 | 0.40 | Call with D. Bradford (Jenner) re Zell Rule 11 motion. |
| 08/06/12 | 0.30 | Review letters from MDL defendants' interim liaison counsel to court re shareholder discovery. |

.

| 08/06/12 | 1.80 | Analysis of Tribune management incentive and phantom equity plans and negotiation of same in connection with Zell Rule 11 motion and review relevant documents. |
|----------|------|---------|
| 08/06/12 | 0.30 | Calls with Z. Jamal (Moelis) re Tribune phantom equity plan in connection with Zell Rule 11 motion. |
| 08/06/12 | 0.80 | Review transcripts of Examiner witness interviews in connection with Zell Rule 11 motion. |
| 08/06/12 | 0.80 | Further edits to memorandum to Committee re Rule 11 motion. |
| 08/07/12 | 2.00 | Further editing and final review of memorandum to Committee re Rule 11 motion. |
| 08/07/12 | 1.40 | Further legal and factual research re Zell Rule 11 motion. |
| 08/07/12 | 0.90 | Review and comment on multiple drafts of opposition to motion to stay confirmation order and supporting declarations. |
| 08/07/12 | 0.20 | Call with D. LeMay (Chadbourne) re opposition to stay motion and Zell Rule 11 motion. |
| 08/08/12 | 0.50 | Review FitzSimons defendants revisions to draft Master Case Order 3. |
| 08/08/12 | 1.10 | Call with MDL counsel re issues on draft Master Case Order. |
| 08/08/12 | 0.30 | Call with G. Dougherty and M. Solis (Grippo & Elden) re draft Master Case Order in MDL. |
| 08/08/12 | 1.90 | Further analysis of Zell Rule 11 arguments and factual and legal support for challenged claims. |
| 08/09/12 | 0.40 | Call with A. Goldfarb, D. Rath and R. Cobb (LRC) re issues on draft of Master Case Order 3. |
| 08/09/12 | 0.50 | Revisions to draft Master Case Order 3. |
| 08/10/12 | 0.80 | Call with MDL liaison counsel re draft Master Case Order 3. |
| 08/10/12 | 0.40 | Review revised version of Master Case Order 3. |
| 08/10/12 | 0.10 | E-mail correspondence with Akin re draft Master Case Order 3. |
| 08/11/12 | 0.20 | E-mail correspondence with J. Goldsmith (Akin) re issues raised by Grippo on draft Master Case Order 3. |
| 08/13/12 | 0.70 | Call with MDL Liaison Counsel re issues on Master Case Order 3. |

| 08/13/12 | 0.50 | Call with D. Bradford and A. Vail (Jenner) re Zell Rule 11 motion. |
| 08/13/12 | 0.20 | Draft note to D. Bradford (Jenner) re Zell Rule 11 motion. |
| 08/13/12 | 0.70 | Conference Call with DCL counsel re preparation for hearing on motions re stay of confirmation pending appeal and certification of direct appeal. |
| 08/13/12 | 0.40 | Edit proposed Master Case Order 3. |
| 08/13/12 | 0.50 | Analyze relief sought in FitzSimons against Zell Defendants on various counts. |
| 08/13/12 | 0.40 | E-mail correspondence with Grippo & Elden re issues on Master Case Order 3, including drafting of various provisions. |
| 08/14/12 | 2.40 | Draft/edit letter to Judge Pauley re briefing and argument schedule for Zell Rule 11 motion. |
| 08/14/12 | 0.30 | Review and edit plaintiffs' letter to Judge Pauley re Master Case Order 3. |
| 08/14/12 | 0.20 | Call with D. Zensky (Akin) re letters to Judge Pauley on scheduling Zell Rule 11 motion and Master Case Order 3. |
| 08/14/12 | 0.20 | E-mail correspondence with liaison counsel for MDL defendants re Master Case Order 3. |
| 08/14/12 | 0.40 | Draft section of Judge Pauley letter re Committee portion of Master Case Order 3. |
| 08/14/12 | 0.40 | Call with D. Rath and R. Cobb (LRC) and A. Goldfarb re drafting response to Zell Rule 11 motion. |
| 08/15/12 | 0.50 | Call with DCL counsel to prepare for hearing on motion for stay and motion for direct certification of appeals. |
| 08/15/12 | 0.50 | Begin review of reply briefs on motion for stay and motion for direct certification of appeals. |
| 08/16/12 | 1.40 | Prepare for meeting with Litigation Trustee by reviewing FitzSimons complaint and key documents. |
| 08/16/12 | 4.00 | Meeting with M. Kirschner (Litigation Trustee) and L. Russell and M. Waldman (Robbins Russell) re claims to be transferred to Litigation Trust, status of MDL litigation. |
| 08/16/12 | 0.50 | Identify and send key public documents to Litigation Trustee relevant to claims and MDL proceedings. |
| 08/16/12 | 1.00 | Prepare for hearing re motion for stay and motion for direct certification of appeals by reviewing key pleadings. |

| | | |
|---|---|---|
| 08/17/12 | 1.00 | Prepare for hearing on motion for stay and direct certification motion. |
| 08/17/12 | 8.40 | Participate in hearing on motion for stay of confirmation and direct certification motion. |
| 08/21/12 | 0.40 | Review and comment on LRC draft of section of opposition to Zell Rule 11 motion. |
| 08/22/12 | 0.50 | Review/analyze decision on motion for stay pending appeal and motion for direct certification of appeal. |
| 08/22/12 | 0.30 | Call with J. Bendernagel (Sidley) re decision on motion for stay and motion for direct certification and status of MDL proceedings. |
| 08/23/12 | 0.80 | Participate in telephonic meeting of Tribune Creditors Committee. |
| 08/23/12 | 0.50 | Call with J. Boelter and other Sidley lawyers and A. Rosenblatt (Chadbourne) re Litigation Trustee mechanics. |
| 08/23/12 | 0.80 | Review Litigation Trustee documents and analyze steps Litigation Trustee needs to take on and immediately after Effective Date. |
| 08/24/12 | 0.40 | Meeting with A. Goldfarb re opposition to Zell Rule 11 motion and transition to Litigation Trustee. |
| 08/24/12 | 1.50 | Review documents to be turned over to Litigation Trustee. |
| 08/27/12 | 0.20 | Call with R. Cobb, D. Rath (Landis Rath) and A. Goldfarb re motion to extend FitzSimons service deadline under Rule 4(m). |
| 08/27/12 | 1.10 | Further factual research for opposition to Zell Rule 11 motion. |
| 08/28/12 | 5.20 | Draft/edit opposition to Zell Rule 11 motion. |
| 08/29/12 | 1.20 | Further work on opposition to Zell Rule 11 motion. |
| 08/29/12 | 1.00 | Review documents to be turned over to Litigation Trustee. |
| 08/30/12 | 0.30 | Edit response to D. Liebeintritt (Tribune) re questions on LRC invoices and Committee work serving shareholder defendants. |
| 08/30/12 | 0.50 | Review and comment on drafts of opposition to Law Debenture emergency stay motion. |
| 08/30/12 | 0.80 | Further work on opposition to Rule 11 motion. |
| 08/30/12 | 1.20 | Review documents from Navigant to be turned over to Litigation Trustee. |

| 08/31/12 | 0.70 | Participate in call with DCL counsel re briefing on appeal and stay issues. |
| 08/31/12 | 0.30 | Edit and send response to D. Liebentritt (Tribune) inquiry re LRC invoices. |
| 08/31/12 | 1.20 | Further editing of opposition to Zell Rule 11 motion. |

P. Andrew Torrez

| 08/03/12 | 0.90 | Review of (a) notice of appeal by Wilmington Trust; (b) joinder to indenture Trustees' stay motion by Wilmington Trust; (c) joinder to indenture Trustees' motion for direct certification to the Third Circuit by Wilmington Trust. |
| 08/03/12 | 0.20 | Review Committee motion for order modifying Debtors' Document Depository. |
| 08/06/12 | 1.30 | Review draft objections to stay motions and direct appeal motion. |
| 08/07/12 | 0.60 | Review EGI-TRB notice of appeal and motion for direct certification to Third Circuit. |
| 08/07/12 | 1.20 | Review memorandum regarding Zell Rule 11 motion. |
| 08/07/12 | 1.30 | Review revised pleadings and blacklines to prior drafts of (a) Stay Motions Objection; and (b) Direct Appeal Objection along with supporting declarations. |
| 08/09/12 | 0.80 | Review DCL Plan Proponents objection to motions for stay and objection to motion for direct certification. |
| 08/16/12 | 0.40 | Review reply and joinder of Wilmington Trust in support of stay pending appeal. |
| 08/16/12 | 0.40 | Review Aurelius reply in support of stay pending appeal. |
| 08/16/12 | 0.30 | Review reply Law Debenture and Deutsche Bank regarding direct certification to the court of appeals. |
| 08/16/12 | 0.20 | Review reply Law Debenture and Deutsche Bank in support of stay pending appeal. |
| 08/16/12 | 0.20 | Review EGI-TRB requesting direct certification to the court of appeals. |
| 08/21/12 | 0.10 | Review Debtors' notice of filing Amended Exhibit A to Objection to Motions to Stay and for Direct Appeal. |
| 08/21/12 | 0.40 | Review final objection to motions for stay pending appeal. |
| 08/22/12 | 0.60 | Review EGI-TRB statement of issues and designation of record on appeal. |

| | | |
|---|---|---|
| 08/22/12 | 0.20 | Review Wilmington Trust reply and joinder. |
| 08/23/12 | 0.90 | Review Judge Carey's opinion and order (a) denying certification for direct appeal to the Third Circuit; and (b) granting stay pending appeal conditioned on posting of $1.5 billion Bond. |
| 08/27/12 | 0.20 | Review emergency motion filed by Aurelius seeking to eliminate bond requirement and stay bankruptcy court's order confirming DCL Plan. |
| 08/27/12 | 0.20 | Review motion to consolidate appeals. |
| 08/28/12 | 0.30 | Review Wilmington Trust designation of record and statement of issues. |
| 08/28/12 | 0.40 | Review DCL Plan Proponents' designation of additional items to be included in the record on appeal. |
| 08/28/12 | 0.50 | Review Aurelius' Memorandum of Points and Authorities in support of Emergency Motion for order extending stay and denying bonding requirement. |
| 08/28/12 | 0.50 | Review memorandum summarizing FCC approval process. |
| 08/29/12 | 0.30 | Review Aurelius' notice of appeal to Third Circuit appealing District Court Judge Sleet's order denying Aurelius' prior motions to extend stay and eliminate bonding requirement. |
| 08/29/12 | 0.20 | Review draft memorandum supporting MDL service deadline extension. |
| 08/31/12 | 0.20 | Review order by clerk of Third Circuit suggesting lack of jurisdiction. |
| 08/31/12 | 0.10 | Review Aurelius' emergency motion to stay. |

Andrew N. Goldfarb

| | | |
|---|---|---|
| 08/01/12 | 0.20 | Call with A. Comiter (counsel for Lassiters) re FitzSimons status. |
| 08/01/12 | 0.20 | Call with counsel for unidentified FitzSimons defendant re status of party and litigation. |
| 08/01/12 | 0.70 | Meeting re document collection and review protocol with S. Shahidi, K. Gainey and A. Hodge. |
| 08/01/12 | 1.60 | Prepare for meeting re Litigation Trust transfer document review protocol. |
| 08/01/12 | 0.10 | Confer with A. Voss re document review and databases. |

| 08/01/12 | 0.20 | Respond to R. Lack (Friedman Kaplan) inquiry re Rydex parties. |
| 08/01/12 | 0.10 | Emails with R. Butcher (LRC) re Rydex parties and other FitzSimons producing parties. |
| 08/01/12 | 3.20 | Revise Zell Rule 11 memorandum for Committee, including legal and factual analysis. |
| 08/01/12 | 0.20 | Review J. Sottile's comments to draft memorandum for Committee on Zell Rule 11 motion. |
| 08/01/12 | 0.20 | Call with R. Cobb (LRC) re draft memorandum for Committee on Zell Rule 11 motion. |
| 08/01/12 | 0.20 | Email to J. Baliban and E. Chiu (Alvarez) re document collection for Litigation Trustee. |
| 08/01/12 | 0.20 | Emails with J. Sottile re document collection, Zell Rule 11 memorandum draft. |
| 08/02/12 | 0.40 | Call with J. Baliban and E. Chiu (A&M) re materials to gather for transfer. |
| 08/02/12 | 0.30 | Revise and send letter to Navigant re sending files to A&M for review and transfer to Litigation Trustee. |
| 08/02/12 | 1.90 | Revise draft of memorandum on Rule 11 motion for Committee. |
| 08/02/12 | 0.20 | Send email with updated draft memorandum re Zell Rule 11 motion to D. Rath, R. Cobb (LRC) and J. Sottile. |
| 08/02/12 | 2.20 | Further research and revisions to Rule 11 memorandum to account for and respond to J. Sottile's comments. |
| 08/02/12 | 0.10 | Respond to H. Neier (Friedman Kaplan) email re timing of Zell Rule 11 briefing. |
| 08/02/12 | 0.20 | Email to J. Sottile re potential Zuckerman documents for transfer and status of transfer project. |
| 08/02/12 | 0.30 | Review revised draft MCO3 from Akin. |
| 08/02/12 | 0.20 | Exchange emails with R. Cobb (LRC) re questions on circulated revised draft of Rule 11 memorandum. |
| 08/02/12 | 0.30 | Modify and circulate to MDL plaintiffs' counsel Zuckerman's comments on MCO3 draft. |
| 08/02/12 | 0.10 | Review emails re Zell 11 briefing schedule. |
| 08/02/12 | 0.80 | Review Concordance database to create initial document review set and email initial assignments and protocol to review team. |

| 08/03/12 | 1.30 | Review and revise Zell Rule 11 memorandum for Committee. |
| 08/03/12 | 0.10 | Confer with R. Cobb (LRC) re Zell Rule 11 memorandum. |
| 08/03/12 | 0.50 | Call with D. Rath and R. Cobb (LRC) and J. Sottile re Zell memorandum and FitzSimons threshold. |
| 08/03/12 | 0.20 | Calls with J. Sottile re Rule 11 memorandum. |
| 08/03/12 | 0.40 | Additional revision to Zell Rule 11 memorandum for Committee. |
| 08/03/12 | 0.10 | Email draft of Zell Rule 11 memorandum to C&P for review. |
| 08/03/12 | 0.20 | Email to Akin, LRC and Teitelbaum re service of MDL scheduling order. |
| 08/03/12 | 0.30 | Respond to calls and inquiries from FitzSimons defendants, including Greenberg Traurig. |
| 08/03/12 | 0.20 | Review advisor action transfer order and circulate to MDL counsel. |
| 08/03/12 | 0.30 | Redline draft MCO3 to address Committee action issues. |
| 08/03/12 | 0.10 | Emails with J. Goldsmith (Akin) and J. Sottile re MCO3. |
| 08/03/12 | 0.20 | Fix database for document transfer review for Litigation Trustee. |
| 08/03/12 | 0.20 | Respond to questions from document reviewers. |
| 08/05/12 | 0.30 | Prepare notices of voluntary dismissal re Geode Capital and FMR LLC. |
| 08/05/12 | 0.30 | Review of Milbank emails re FitzSimons defendants and database re same. |
| 08/05/12 | 0.20 | Email to J. Green (LRC) re Milbank updates and correction of database for several parties. |
| 08/06/12 | 0.20 | Call with B. Welch (counsel for W. Welch) re status of FitzSimons action. |
| 08/06/12 | 0.10 | Email to LRC re updating addresses to FitzSimons defendants' list. |
| 08/06/12 | 0.30 | Respond to inquiries from document reviewers (K. Gainey and S. Shahidi) in connection with Litigation Trustee transfer. |
| 08/06/12 | 4.00 | Fact research in connection with aiding and abetting breach of fiduciary duty claim and Zell Rule 11 motion and memorandum to Committee. |
| 08/06/12 | 0.10 | Email to LRC re service of MDL scheduling order. |

| 08/06/12 | 0.40 | Draft, revise, and send letter to pro se Tribune defendants re status of matter. |
| 08/06/12 | 0.10 | Review agendas for 8/7 omnibus hearing, email J. Sottile re same. |
| 08/06/12 | 1.50 | Revise memorandum on Zell Rule 11 motion. |
| 08/06/12 | 0.10 | Email revised draft memorandum on Zell Rule 11 motion to C&P and LRC. |
| 08/07/12 | 2.70 | Review and revise memorandum to Committee on Zell Rule 11 memorandum, including legal research. |
| 08/07/12 | 0.20 | Email C&P the Rule 11 memorandum to Committee for posting with posting note. |
| 08/07/12 | 1.50 | Review documents marked not to be transferred to Litigation Trustee. |
| 08/07/12 | 0.20 | Emails to review team re document questions. |
| 08/07/12 | 0.20 | Calls with J. Sottile re FitzSimons claims against EGI, EGI-TRB, and SIT. |
| 08/07/12 | 0.20 | Call with J. Harris, FitzSimons defendant. |
| 08/07/12 | 0.10 | Call and email with M. Roitman (C&P) re Committee procedure on responding to Zell Rule 11 motion. |
| 08/07/12 | 0.30 | Review and revise list of search terms for narrowing email collection for Litigation Trustee's review. |
| 08/07/12 | 0.10 | Email to J. Geron (Navigant) re transfer of documents to J. Baliban at A&M. |
| 08/07/12 | 0.50 | Review additional Tribune Board meeting materials from 2007 in connection with memorandum for Committee re Zell Rule 11 motion. |
| 08/07/12 | 0.10 | Emails with J. Green (LRC) re service and FitzSimons discovery questions. |
| 08/08/12 | 0.50 | Pre-call with MDL plaintiffs' counsel re MCO3 draft. |
| 08/08/12 | 1.20 | Conference call with MDL counsel re MCO3 draft. |
| 08/08/12 | 0.40 | Review and analyze changes to MCO3 proposed by MDL defendants. |
| 08/08/12 | 0.70 | Meeting with document review team (S. Shahidi and K. Gainey) to provide guidance, coordinate, answer questions. |
| 08/08/12 | 0.20 | Respond to J. Sottile emails re updates on various Tribune projects. |

| | | |
|---|---|---|
| 08/08/12 | 0.30 | Email S. Duffy (Drinker Biddle) re Susquehanna entities service in FitzSimons, including review of 7/10 transcript to prepare same. |
| 08/08/12 | 0.40 | Redline draft MCO3 to reflect sought changes for provisions affecting FitzSimons. |
| 08/08/12 | 0.10 | Email redline of MCO3 draft to R. Cobb and D. Rath (LRC) and J. Sottile with commentary. |
| 08/08/12 | 0.10 | Confer with J. Sottile in advance of pre-call with MDL plaintiffs to discuss defendants revisions. |
| 08/09/12 | 0.70 | Organize Concordance database to create review collections. |
| 08/09/12 | 0.20 | Emails with M. Ashley and K. Zafram (C&P) re document transfer review to Litigation Trustee. |
| 08/09/12 | 0.40 | Call with D. Rath and R. Cobb (LRC) and J. Sottile re MCO3 revisions. |
| 08/09/12 | 0.10 | Email J. Menard (Preti) re Charter Trust. |
| 08/09/12 | 0.10 | Call to pro se FitzSimons defendant re withdrawal of motion to dismiss. |
| 08/09/12 | 0.20 | Review and analyze J. Forte (A&M) questions re FitzSimons defendant information. |
| 08/09/12 | 0.60 | Review and redline revised MCO3 (multiple drafts). |
| 08/09/12 | 0.20 | Emails with D. Rath and R. Cobb (LRC) and J. Sottile re MCO3 drafts. |
| 08/09/12 | 0.30 | Confer with A. Caridas re coordination of document review for transfer to Litigation Trustee. |
| 08/09/12 | 0.20 | Respond to questions from document reviewers about whether certain documents should be transferred to Litigation Trustee. |
| 08/09/12 | 0.10 | Call with J. Baliban (Alvarez) re documents related to expert work. |
| 08/09/12 | 0.10 | Email to Navigant (K. Peterson and J. Geron) re Baliban documents. |
| 08/09/12 | 0.20 | Email to J. Green (LRC) re strategy on service on banks and brokers. |
| 08/10/12 | 0.80 | Call with J. Forte (A&M) and J. Green (LRC) re FitzSimons defendants and LBO proceeds info. |
| 08/10/12 | 0.60 | Call with MDL parties re draft of MCO3. |

| 08/10/12 | 0.20 | Review latest redline of MCO3 from Akin. |
|----------|------|------------------------------------------|
| 08/10/12 | 0.20 | Email LRC and J. Sottile re possible revisions to MCO3. |
| 08/10/12 | 0.10 | Email MDL plaintiffs re MCO3 revisions. |
| 08/10/12 | 0.20 | Call with J. Goldsmith, D. Zensky and M. Hurley (Akin) re MCO issues for Committee action. |
| 08/10/12 | 0.10 | Email to J. Sottile and D. Rath (LRC) summarizing call with Akin re Committee section of MCO3. |
| 08/10/12 | 0.20 | Emails with J. Sottile and J. Goldsmith (Akin) re proposed revisions to MCO3. |
| 08/10/12 | 0.50 | Revise, update, and finalize proposed letter agreement with Charter Trust and send to J. Menard (Preti). |
| 08/10/12 | 0.30 | Review and send LBO proceeds spreadsheets to J. Forte (A&M). |
| 08/10/12 | 0.70 | Review important FitzSimons background materials, send same to J. Sottile for meeting with Litigation Trustee. |
| 08/10/12 | 0.10 | Email to M. Ashley (C&P) re backup materials for FitzSimons complaint. |
| 08/10/12 | 0.20 | Review MDL defendants' letter to Judge Pauley re Plaintiffs' proposed discovery. |
| 08/10/12 | 0.10 | Review and respond to J. Sottile re email from counsel to DFA parties in FitzSimons about defendants' status. |
| 08/10/12 | 0.20 | Email to D. Rath and R. Cobb (LRC) and J. Sottile re Akin revisions to draft MCO3. |
| 08/10/12 | 0.30 | Meeting with K. Gainey re documents for review for transfer to Litigation Trustee. |
| 08/10/12 | 0.10 | Email to J. Sottile re response to W. Smith of UCC re Zell Motion approach. |
| 08/12/12 | 0.40 | Draft email/letter communication to Zell parties re Rule 11 motion. |
| 08/13/12 | 0.30 | Review and respond to emails from J. Sottile re Zell Rule 11 motion. |
| 08/14/12 | 0.50 | Conference call with D. Rath, R. Cobb (LRC) and J. Sottile re Zell 11 motion. |
| 08/14/12 | 0.20 | Review and respond to email with draft Committee action insert to letter to J. Pauley re MCO3. |
| 08/23/12 | 0.40 | Initial review of draft opposition brief to Zell Rule 11 motion. |

| | | |
|---|---|---|
| 08/23/12 | 0.10 | Email to J. Sottile re draft brief in opposition to Zell Rule 11 motion. |
| 08/23/12 | 0.10 | Email to J. Menard (Preti) re Charter Trust. |
| 08/24/12 | 0.30 | Confer with J. Sottile re status of next steps in numerous ongoing projects. |
| 08/24/12 | 0.20 | Review J. Harris (FitzSimons defendant) materials. |
| 08/24/12 | 0.20 | Email to LRC and J. Sottile re possible voluntary dismissal of J. Harris, FMR, Geode Capital. |
| 08/24/12 | 0.40 | Review Carey decision on motion for stay pending appeal. |
| 08/24/12 | 0.70 | Review MCO3 submissions. |
| 08/24/12 | 0.30 | Review letters to MDL Court re Rule 11 motion briefing schedules. |
| 08/24/12 | 0.10 | Respond to J. Green (LRC) request for materials relating to Rule 4(m) motion. |
| 08/24/12 | 0.40 | Attention to JPM service in FitzSimons. |
| 08/24/12 | 0.50 | Call with J. Green re Rule 4(m) motion, service, and transfer of materials to Litigation Trustee. |
| 08/24/12 | 0.10 | Call with G. Keaton (counsel for World Bank fund in lender action) re status of lender action and bankruptcy. |
| 08/24/12 | 0.20 | Coordinate Litigation Trustee document review project. |
| 08/25/12 | 3.00 | Revise draft opposition to Zell Rule 11 motion. |
| 08/26/12 | 5.00 | Continue making revisions to Zell Rule 11 motion opposition. |
| 08/27/12 | 0.40 | Confer with A. Caridas re progress and status of document review for Litigation Trustee transfer. |
| 08/27/12 | 0.50 | Meeting with document review team re status update and next phase of review for Litigation Trustee transfer. |
| 08/27/12 | 0.20 | Review/revise draft of memorandum to Committee on Zell Rule 11 motion to reflect J. Sottile's comments. |
| 08/27/12 | 0.20 | Email to AIG counsel re status of discovery in FitzSimons. |
| 08/27/12 | 0.10 | Call to M. Ashley (C&P) re Litigation Trustee document transfer project. |
| 08/27/12 | 0.50 | Call with M. Ashley and K. Zafran (C&P) re Litigation Trustee production. |
| 08/27/12 | 0.50 | Call with E. Virga (Milbank) re numerous FitzSimons defendants' (Milbank clients) status. |

| | | |
|---|---|---|
| 08/27/12 | 2.00 | Revise draft of second Rule 4(m) motion to MDL Court. |
| 08/28/12 | 0.50 | Review J. Sottile's revision of draft opposition to Zell Rule 11 motion. |
| 08/28/12 | 0.30 | Email J. Sottile comments re draft opposition to Zell Rule 11 motion. |
| 08/28/12 | 0.20 | Call with R. Cobb (LRC) re Rule 4(m) motion. |
| 08/28/12 | 0.20 | Email J. Green (LRC) re Invesco/Morgan Stanley funds in FitzSimons. |
| 08/29/12 | 0.20 | Call with R. Cobb (LRC) re Rule 4(m) extension motion. |
| 08/29/12 | 1.80 | Revise Zell Rule 11 motion opposition. |
| 08/29/12 | 0.30 | Confer with J. Sottile re arguments and revisions for Zell Rule 11 motion opposition. |
| 08/29/12 | 0.70 | Meet with document review team re Litigation Trustee transfer materials. |
| 08/29/12 | 0.10 | Initial review of revised Rule 4(m) motion. |
| 08/29/12 | 0.80 | Draft and revise declaration for second omnibus Rule 4(m) extension motion. |
| 08/29/12 | 0.10 | Review Akin Gump revisions to draft Rule 4(m) motion. |
| 08/30/12 | 1.70 | Revise Zell Rule 11 motion draft opposition. |
| 08/30/12 | 0.10 | Call with J. Green (LRC) re filing of Rule 4(m) motion. |
| 08/30/12 | 0.60 | Review draft Rule 4(m) motion and supporting declaration. |
| 08/30/12 | 0.10 | Confer with J. Sottile re Rule 11 motion opposition. |
| 08/30/12 | 0.10 | Call with R. Cobb (LRC) re coordination of developing next draft of opposition to Zell Rule 11 motion. |
| 08/30/12 | 0.20 | Call with G. Moss (FitzSimons defendant) re status as defendant. |
| 08/30/12 | 0.10 | Emails with R. Cobb (LRC) re substance of aiding and abetting section of opposition on Rule 11 motion. |
| 08/30/12 | 0.20 | Review SDNY ECF and Local Rules in connection with filing of Rule 4(m) motion. |
| 08/31/12 | 2.00 | Revise draft of opposition to Zell Rule 11 motion. |
| 08/31/12 | 0.20 | Email revised draft opposition to Zell Rule 11 motion to R. Cobb, D. Rath, T. O'Connell (LRC) and J. Sottile. |
| 08/31/12 | 1.00 | Review and edit draft of opposition to Zell Rule 11 motion. |

| 08/31/12 | 0.50 | Confer with J. Green (LRC) re strategy for alleged conduit defendants in FitzSimons. |
| 08/31/12 | 0.10 | Review Tribune trading records sent by G. Moss (FitzSimons defendant). |
| 08/31/12 | 0.20 | Email draft of opposition to Zell Rule 11 motion to Chadbourne for review. |
| 08/31/12 | 0.30 | Review documents for Litigation Trustee transfers and respond to K. Gainey questions re same. |

Graeme W. Bush

| 08/02/12 | 0.20 | E-mail with J. Sottile regarding UCC memorandum on Zell Rule 11 motion. |
| 08/03/12 | 0.60 | Review and comment on draft UCC memorandum regarding Zell Rule 11 motion. |
| 08/06/12 | 0.20 | E-mail debtors' counsel regarding Tribune hearing. |
| 08/22/12 | 0.40 | Review opinion denying stay of confirmation pending appeal. |
| 08/24/12 | 0.30 | Review stay and emergency appeal papers. |
| 08/27/12 | 0.30 | Review e-mail and attachment regarding District Court denial of Aurelius motions. |
| 08/28/12 | 0.30 | Review e-mail from Chadbourne & Parke regarding FCC approval process. |
| 08/29/12 | 0.30 | Report on appeal by Aurelius. |

Andrew Caridas

| 08/13/12 | 3.00 | Review Litigation Trustee transfer agreement and document sets. |
| 08/13/12 | 0.60 | Discuss review assignments with reviewers. |
| 08/14/12 | 0.90 | Discuss questions regarding documents for potential transfer to Litigation Trustee arising from review assignments. |
| 08/16/12 | 0.40 | Discuss questions regarding documents for potential transfer to Litigation Trustee arising from review assignments. |
| 08/17/12 | 1.30 | Monitor review status; Answer reviewer questions regarding documents for potential transfer to Litigation Trustee. |
| 08/27/12 | 1.20 | Meetings regarding transfer review progress regarding documents for potential transfer to Litigation Trustee. |
| 08/30/12 | 4.10 | Conduct spot-check of reviewed documents tagged in connection with transfer to Litigation Trustee. |

| 08/31/12 | 2.60 | Continue spot-check of reviewed documents tagged in connection with transfer to Litigation Trustee. |

**Kimberly Guiney**

| 08/01/12 | 0.70 | Confer with A. Goldfarb, A. Hodge, and S. Shahidi regarding document review for transfer of material to Litigation Trustee. |
| 08/03/12 | 2.20 | Document review for transfer of material to Litigation Trustee. |
| 08/06/12 | 7.90 | Document review for transfer of material to Litigation Trustee. |
| 08/07/12 | 8.40 | Document review for transfer of material to Litigation Trustee. |
| 08/08/12 | 0.70 | Confer with A. Goldfarb and S. Shahidi regarding document review for transfer of material to Litigation Trustee. |
| 08/08/12 | 1.30 | Document review for transfer of material to Litigation Trustee. |
| 08/09/12 | 7.50 | Document review for transfer of material to Litigation Trustee. |
| 08/10/12 | 8.20 | Document review for transfer of material to Litigation Trustee. |
| 08/13/12 | 8.60 | Document review for transfer of material to Litigation Trustee. |
| 08/14/12 | 7.60 | Document review for transfer of material to Litigation Trustee. |
| 08/15/12 | 7.80 | Document review for transfer of material to Litigation Trustee. |
| 08/16/12 | 8.20 | Document review for transfer of material to Litigation Trustee. |
| 08/17/12 | 7.10 | Document review for transfer of material to Litigation Trustee. |
| 08/20/12 | 7.70 | Document review for transfer of material to Litigation Trustee. |
| 08/21/12 | 7.50 | Document review for transfer of material to Litigation Trustee. |
| 08/22/12 | 6.70 | Document review for transfer of material to Litigation Trustee. |

| 08/27/12 | 0.50 | Confer with A. Goldfarb, A. Caridas, L. Gehlbach, A. Hodge, and S. Shahidi regarding document review for transfer of material to Litigation Trustee. |
| 08/27/12 | 6.10 | Document review for transfer of material to Litigation Trustee. |
| 08/28/12 | 7.80 | Document review for transfer of material to Litigation Trustee. |
| 08/29/12 | 0.80 | Confer with A. Goldfarb, L. Gehlbach, A. Hodge, and S. Shahidi regarding document review for transfer of material to Litigation Trustee. |
| 08/29/12 | 7.10 | Document review for transfer of material to Litigation Trustee. |
| 08/30/12 | 8.10 | Document review for transfer of material to Litigation Trustee. |
| 08/31/12 | 6.40 | Document review for transfer of material to Litigation Trustee. |

Sepaass Shahidi

| 08/01/12 | 0.70 | Meeting with A. Goldfarb to discuss the document review for the transfer of material to the Litigation Trustee. |
| 08/03/12 | 7.20 | Document review for the transfer of material to the Litigation Trustee. |
| 08/05/12 | 4.30 | Document review for the transfer of material to the Litigation Trustee. |
| 08/06/12 | 4.60 | Document review for the transfer of material to the Litigation Trustee. |
| 08/07/12 | 4.30 | Document review for the transfer of material to the Litigation Trustee. |
| 08/08/12 | 0.70 | Meeting with A. Goldfarb to discuss the document review for the transfer of material to the Litigation Trustee. |
| 08/09/12 | 4.80 | Document review for the transfer of material to the Litigation Trustee. |
| 08/10/12 | 2.00 | Document review for the transfer of material to the Litigation Trustee. |
| 08/11/12 | 5.80 | Document review for the transfer of material to the Litigation Trustee. |
| 08/12/12 | 5.40 | Document review for the transfer of material to the Litigation Trustee. |

| 08/13/12 | 4.80 | Document review for the transfer of material to the Litigation Trustee. |
| 08/14/12 | 4.40 | Document review for the transfer of material to the Litigation Trustee. |
| 08/15/12 | 1.60 | Document review for the transfer of material to the Litigation Trustee. |
| 08/16/12 | 3.00 | Document review for the transfer of material to the Litigation Trustee. |
| 08/18/12 | 5.00 | Document review for the transfer of material to the Litigation Trustee. |
| 08/19/12 | 4.20 | Document review for the transfer of material to the Litigation Trustee. |
| 08/20/12 | 3.30 | Document review for the transfer of material to the Litigation Trustee. |
| 08/21/12 | 3.00 | Document review for the transfer of material to the Litigation Trustee. |
| 08/25/12 | 5.10 | Document review for the transfer of material to the Litigation Trustee. |
| 08/26/12 | 5.50 | Document review for the transfer of material to the Litigation Trustee. |
| 08/27/12 | 0.40 | Meeting with A. Goldfarb to discuss the document review for the transfer of material to the Litigation Trustee. |
| 08/27/12 | 4.20 | Document review for the transfer of material to the Litigation Trustee. |
| 08/28/12 | 4.70 | Document review for the transfer of material to the Litigation Trustee. |
| 08/29/12 | 0.70 | Conference with counsel to discuss document review and status of other assignments. |
| 08/29/12 | 3.50 | Document review for the transfer of material to the Litigation Trustee. |
| 08/30/12 | 4.60 | Document review for the transfer of material to the Litigation Trustee. |
| 08/31/12 | 3.50 | Document review for the transfer of material to the Litigation Trustee. |

Ashley C. Voss

| 08/02/12 | 1.50 | Run date and search term filters on extracted emails and documents pulled from document management system in preparation for document review for transfer to Litigation Trustee. |
|----------|------|------|
| 08/03/12 | 2.30 | Run date and search term filters on extracted emails and documents pulled from document management system in preparation for document review for transfer to Litigation Trustee. |
| 08/06/12 | 2.60 | Run date and search term filters on extracted emails and documents pulled from document management system in preparation for document review for transfer to Litigation Trustee. |
| 08/07/12 | 3.20 | Discuss amendments to original search terms, with A. Goldfarb; run date and search term filters on extracted emails and documents pulled from document management system in preparation for document review for transfer to Litigation Trustee. |
| 08/08/12 | 1.30 | Load additional emails, previously marked as privileged, into concordance document database for attorney online review. |
| 08/10/12 | 2.80 | Run date and search term filters on extracted emails and documents pulled from document management system in preparation for document review for transfer to Litigation Trustee. |
| 08/13/12 | 2.50 | Run date and search term filters on extracted emails and documents pulled from document management system in preparation for document review for transfer to Litigation Trustee. |
| 08/13/12 | 2.10 | Load documents pulled from documents management system into a Concordance document database for attorney online review. |
| 08/15/12 | 3.70 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 08/17/12 | 1.90 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 08/20/12 | 3.60 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |

| 08/21/12 | 1.20 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 08/22/12 | 4.30 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 08/23/12 | 3.50 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 08/24/12 | 2.90 | Load post 10/2010 relevant emails into a Concordance document database for attorney online review. |
| 08/28/12 | 1.60 | Run additional date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 08/31/12 | 1.60 | Modify and append Concordance document database for attorney online review and draft correspondence re same with K. Gainey. |

**Jer-Wei (Jay) Chen**

| 08/14/12 | 1.50 | Assist J. Sottile with preparing and submitting letter re briefing and argument schedule re Zell Rule 11 motion to Judge Pauley. |
| 08/15/12 | 0.10 | Telephone call to chambers re filing of letter. |
| 08/21/12 | 0.50 | Telephone calls with T. O'Connell (Landis Rath) re procedural issue concerning opposition brief; telephone call to Judge Pauley's chambers re same. |

**Lisa Gehlbach**

| 08/09/12 | 3.20 | Document review for transfer of material to Litigation Trustee. |
| 08/10/12 | 4.70 | Document review for transfer of material to Litigation Trustee. |
| 08/20/12 | 2.00 | Document review for transfer of material to Litigation Trustee. |
| 08/21/12 | 0.50 | Document review for transfer of materials to litigation trustee. |
| 08/23/12 | 4.20 | Document review for transfer of materials to Litigation Trustee. |

| 08/24/12 | 6.00 | Document review for transfer of materials to Litigation Trustee. |
|---|---|---|
| 08/27/12 | 0.50 | Document review for transfer of materials to Litigation Trustee. |
| 08/27/12 | 0.40 | Meet and confer with A. Goldfarb regarding review of materials for transfer to Litigation Trustee. |
| 08/29/12 | 2.50 | Document review for transfer of materials to Litigation Trustee. |
| 08/29/12 | 0.80 | Meet and confer with A. Goldfarb and document review team regarding document review for transfer of materials to Litigation Trustee. |
| 08/30/12 | 3.50 | Document review for transfer of materials to Litigation Trustee. |

Afton B. Hodge

| 08/01/12 | 0.70 | Attend document review meeting with A. Goldfarb, K. Gaincy and S. Shahidi. |
|---|---|---|
| 08/13/12 | 3.30 | Document review of materials for transfer to Litigation Trustee. |
| 08/13/12 | 0.20 | Confer with K. Gaincy regarding tagging protocol. |
| 08/14/12 | 6.70 | Document review of material for transfer to Litigation Trustee. |
| 08/15/12 | 4.60 | Document review of material for transfer to Litigation Trustee. |
| 08/16/12 | 5.90 | Document review of material for transfer to Litigation Trustee. |
| 08/16/12 | 0.10 | E-mail to A. Caridas regarding Tolling Agreement, Confirmation Hearing and Rule 4(m) motion documents. |
| 08/17/12 | 7.20 | Document review of material for transfer to Litigation Trustee. |
| 08/20/12 | 7.20 | Document review of material for transfer to Litigation Trustee. |
| 08/21/12 | 7.20 | Document review of material for transfer to Litigation Trustee. |
| 08/22/12 | 6.50 | Document review of material for transfer to Litigation Trustee. |

September 28, 2012                                                                                       Page 24

| 08/23/12 | 6.50 | Document review of material for transfer to Litigation Trustee. |
|----------|------|-----------------------------------------------------------------|
| 08/24/12 | 6.50 | Document review of material for transfer to Litigation Trustee. |
| 08/24/12 | 0.10 | Confer with L. Gehlbach regarding same. |
| 08/24/12 | 0.10 | E-mail to A. Caridas regarding disclosure statement e-mails. |
| 08/27/12 | 6.80 | Document review of material for transfer to Litigation Trustee. |
| 08/27/12 | 0.40 | Attend team meeting with A. Goldfarb, A. Caridas, S. Shahidi and meet with K. Gainey and L. Gehlbach re review of material for transfer to Litigation Trustee. |
| 08/28/12 | 5.50 | Document review of material for transfer to Litigation Trustee. |
| 08/29/12 | 5.40 | Document review of material for transfer to Litigation Trustee. |
| 08/29/12 | 0.70 | Attend team meeting with A. Goldfarb, S. Shahidi, K. Gainey and L. Gehlbach. |
| 08/30/12 | 7.30 | Document review of material for transfer to Litigation Trustee. |
| 08/31/12 | 3.00 | Document review of material for transfer to Litigation Trustee. |

Kimberley Wilson

| 08/01/12 | 0.50 | Set up a track and alert for the MDL 2296 and SDNY dockets for Tribune Official Committee of Unsecured Creditors. |
|----------|------|-----------------------------------------------------------------|
| 08/06/12 | 0.20 | Check Tribune MDL docket and alert A. Goldfarb with new activity. |
| 08/08/12 | 0.20 | Check Tribune MDL and alert A. Goldfarb with new activity. |
| 08/13/12 | 0.20 | Check Tribune docket for new activity and alert A. Goldfarb. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

September 28, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:285382
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through August 31, 2012.

By Andrew N. Goldfarb
    5.40 hours at $640.00 per hour

| | |
|---|---|
| | $    3,456.00 |
| TOTAL FEES | $    3,456.00 |
| TOTAL EXPENSES | $    0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $    3,456.00 |

September 28, 2012

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0002

Andrew N. Goldfarb

| Date | Hours | Description |
|------|-------|-------------|
| 08/01/12 | 0.20 | Emails to J. Theil with native format files for 4 monthly fee applications. |
| 08/03/12 | 0.10 | Email V. Garlati (Tribune) re payment based on CNO for 34th monthly fee app. |
| 08/06/12 | 0.20 | Call with J. Sottile and emails re Zuckerman 6th and 7th supplemental fee application. |
| 08/27/12 | 1.40 | Begin drafting response to Fee Examiner re preliminary report on 8th interim fee application. |
| 08/28/12 | 1.50 | Continue drafting response to preliminary report of Fee Examiner re Zuckerman 8th interim fee application. |
| 08/29/12 | 0.30 | Review timesheets for 36th monthly to ensure compliance with Local Rules. |
| 08/30/12 | 1.20 | Draft and revise response to Fee Examiner preliminary report on 8th interim fee application. |
| 08/31/12 | 0.50 | Review, finalize, and send Zuckerman response to preliminary report of Fee Examiner on 8th interim fee application. |



ZUCKERMAN SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

September 28, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:285383
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through August 31, 2012.

By James Sottile
   3.00 hours at $790.00 per hour            $     2,370.00

|  |  |  |
|---|---|---|
| TOTAL FEES | $ | 2,370.00 |
| Less Professional Courtesy | $ | -1,185.00 |
| TOTAL FEES | $ | 1,185.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 1,185.00 |

September 28, 2012                                                        Page 3

DESCRIPTION OF SERVICES                                    CLIENT: 12464
                                                           MATTER: 0003


James Sottile

| 08/17/12 | 1.00 | Travel to Wilmington for hearing on motion for stay and direct certification motion. |
| 08/17/12 | 2.00 | Travel to NY following hearing on motion for stay and direct certification motion. |