# Exhibit B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
37th Monthly Fee Application
Period 8/1/12 - 8/31/12

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| **TRAVEL** | | | | |
| | $ 460.00 | 8/13/2012 | ANG | |
| | $ 441.00 | 8/13/2012 | ANG | |
| | $ 234.00 | 8/13/2012 | ANG | |
| | $ 302.00 | 8/24/2012 | JS | |
| Total | $ 1,437.00 | | | $ 1,437.00 |
| **MEALS** | | | | |
| | $ 10.50 | 8/13/2012 | ANG | |
| | $ 8.00 | 8/13/2012 | ANG | |
| | $ 8.25 | 8/13/2012 | ANG | |
| Total | $ 26.75 | | | $ 26.75 |
| **TAXI** | | | | |
| | $ 9.00 | 8/13/2012 | ANG | |
| Total | $ 9.00 | | | $ 9.00 |
| **COURIER** | | | | |
| Urban Express | $ 33.60 | 8/14/2012 | | |
| Urban Express | $ 28.70 | 8/14/2012 | | |
| Total | $ 62.30 | | | $ 62.30 |
| **POSTAGE** | | | | |
| | $ 1.30 | 8/6/2012 | | |
| | $ 0.45 | 8/10/2012 | | |
| | $ 1.50 | 8/24/2012 | | |
| Total | $ 3.25 | | | $ 3.25 |
| **EXPRESS DELIVERY** | | | | |
| Federal Express | $ 54.71 | 8/13/2012 | | |
| Total | $ 54.71 | | | $ 54.71 |
| **DOCKET RESEARCH** | | | | |
| Pacer Service Center | $ 18.10 | 8/24/2012 | | |
| Pacer Service Center | $ 22.10 | 8/24/2012 | | |
| Westlaw Research | $ 93.52 | 7/31/2012 | | |
| Westlaw Research | $ 351.01 | | | |
| Total | $ 484.73 | | | $ 484.73 |
| **E-DISCOVERY** | | | | |
| Native File Processing | $ 1,450.00 | 8/31/2012 | | |
| Native File Processing | $ 3,722.50 | 8/31/2012 | | |
| Total | $ 5,172.50 | | | $ 5,172.50 |
| **TELEPHONE CONFERENCING** | | | | |
| Soundpath | $ 7.67 | 8/24/2012 | | |
| Soundpath | $ 15.97 | 8/24/2012 | | |
| Soundpath | $ 6.14 | 8/24/2012 | | |
| Total | $ 29.78 | | | $ 29.78 |
| **LONG DISTANCE** | | | | |
| | $ 0.72 | 8/1/2012 | | |
| | $ 0.24 | 8/2/2012 | | |
| | $ 0.36 | 8/2/2012 | | |
| | $ 0.12 | 8/2/2012 | | |
| | $ 0.24 | 8/3/2012 | | |

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
|  | $ 1.20 | 8/3/2012 |  |
|  | $ 1.44 | 8/3/2012 |  |
|  | $ 0.24 | 8/3/2012 |  |
|  | $ 1.80 | 8/6/2012 |  |
|  | $ 0.12 | 8/6/2012 |  |
|  | $ 1.92 | 8/7/2012 |  |
|  | $ 0.24 | 8/7/2012 |  |
|  | $ 0.12 | 8/8/2012 |  |
|  | $ 1.32 | 8/8/2012 |  |
|  | $ 0.12 | 8/9/2012 |  |
| Total | $ 10.20 |  | $ 10.20 |
|  |  |  |  |
| GRAND TOTAL |  |  | $ 7,290.22 |