# EXHIBIT A

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 17, 2012

**Invoice No. 1413902**

Client/Matter: 09721775-0005

Bruce Smith

Payment Due Upon Receipt

---

Total This Invoice                                   $        1,177.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 17, 2012

**Invoice No. 1413902**

Client/Matter:  09721775-0005

Bruce Smith

For Professional Services Rendered through August 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/17/12 | N. Spears | 0.50 | L120 | | Review pro se complaint (.20); review docket for same (.20); email K. Flax re: same (.10). |
| 08/20/12 | N. Spears | 0.80 | L120 | | Read pleadings file from Court and prior emails from June 2011 and Lit Hold (.50); phone conference w/K. Flax re: case (.10); email to T. Amlot re: motion to dismiss on SOL (.20). |
| 08/22/12 | T. Amlot | 0.30 | L120 | | Review materials and meet with N. Spears re: defense strategy (.2); review certificate of service, calendar and docket answer deadline (.1). |
| 08/22/12 | N. Spears | 0.40 | L120 | | Review potential motion to dismiss grounds (.2); meeting w/T. Amlot re: background and motion to dismiss (.2). |
| 08/28/12 | T. Amlot | 0.20 | L120 | | Conference with N. Spears re litigation background and strategy for dismissal. |

Total Hours      2.20

Fee Amount      $1,177.50

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.70 | $977.50 |
| T. Amlot | $400.00 | 0.50 | $200.00 |
| Totals | | 2.20 | $1,177.50 |

Bruce Smith

September 17, 2012

Matter: 09721775-0005
Invoice No.: 1413902

|  |  |  |
|---|---|---|
| Fee Total | $ | 1,177.50 |
| Invoice Total | $ | 1,177.50 |

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 17, 2012

**Invoice No. 1413903**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

---

Total This Invoice                                    $        22,753.20

Please return this page with your payment

In the case of mail deliveries to:          In the case of overnight deliveries to:
SNR Denton US LLP                              SNR Denton US LLP
Dept. 3078                    OR                 Attention: Accounting
Carol Stream, IL 60132-3078                  233 South Wacker Drive
                                             Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 17, 2012

**Invoice No. 1413903**

Client/Matter:  09721775-0007

Roberto Rivera

For Professional Services Rendered through August 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/03/12 | G. Bent | 0.50 | L110 | | Research re statutes requested by J. Klenk. |
| 07/31/12 | J. Klenk | 4.40 | L240 | | Draft chronology re: publications (.8); review court file re: ▮▮▮▮▮ (.3); ▮▮▮▮▮ (.1); review depositions and case file re: ▮▮▮▮▮ (.8); teleconference with G. Naron re: ▮▮▮▮▮ (.3); legal research re: (2.1). |
| 08/01/12 | J. Klenk | 2.20 | L120 | | Legal research re: ▮▮▮▮▮ (1.8); teleconference with G. Naron re: ▮▮▮▮▮ brief (.3); ▮▮▮▮▮ (.1). |
| 08/02/12 | J. Klenk | 0.60 | L120 | | Emails G. Naron re: criminal dockets, retraction issues (.4); ▮▮▮▮▮ (.2). |
| 08/02/12 | G. Naron | 3.20 | L240 | | Research re: ▮▮▮▮▮ (2.0); draft arguments re: same (1.1); emails J. Klenk re: same (.1). |
| 08/03/12 | G. Naron | 5.00 | L240 | | Research, review cases ▮▮▮▮▮ (1.9); review pleadings (.2); draft arguments re: ▮▮▮▮▮ (2.8); emails J. Klenk re: same (.1). |
| 08/03/12 | J. Klenk | 1.10 | L110 | | Teleconference with K. Flax ▮▮▮▮▮ (.2); emails K. Flax re: ▮▮▮▮▮ (.1); email G. Naron re: Rivera/▮▮▮▮▮ (.2); review G. Naron ▮▮▮▮▮ outline (.2); research re: ▮▮▮▮▮ (.4). |

2

Roberto Rivera

September 17, 2012

Matter: 09721775-0007
Invoice No.: 1413903

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/04/12 | J. Klenk | 2.80 | L120 | | Go through Rivera files and interview notes ███ (1.4); research re ████████ (.7); outline Hal Dardick affidavit (.7). |
| 08/06/12 | J. Klenk | 1.10 | L120 | | Revise ██████ (.3); teleconference with P. Kendall re: ██████████ and health of client for deposition (.1); teleconference ██ on status (.2); work on ███ █████ (.5). |
| 08/07/12 | J. Klenk | 0.10 | L110 | | Teleconference with T. Kost re: certified documents. |
| 08/08/12 | J. Klenk | 0.90 | L110 | | Draft ████████ (.4); review ████ files (.5). |
| 08/09/12 | J. Klenk | 1.10 | L240 | | Revise ████████ (.4); email P. Kendall re: ████████ (.1); email ██████ (.1); finish review of ██████ files (.3); teleconference K. Rodriguez re: ███ (.2). |
| 08/09/12 | K. Rodriguez | 0.20 | L120 | | Call with ████████ ████ and correspondence with J. Klenk regarding same. |
| 08/10/12 | J. Klenk | 1.20 | L240 | | Teleconference with █████ ████ and case facts (.4); email ██ (.2); teleconference with ████████ (.2); emails G. Naron re: ████ ██.2); conference re: court records/indictments (.2). |
| 08/11/12 | G. Naron | 0.50 | L240 | | Review file and affidavits ████ ██████ (.3), emails J. Klenk re: same (.2). |
| 08/13/12 | G. Naron | 6.00 | L240 | | Review file (.1); draft affidavits (.8); research ████████ (1.7); draft ████ (3.3); emails J. Klenk re: same (.1). |
| 08/13/12 | J. Klenk | 0.10 | L240 | | Emails G. Naron re: ████ ████ (.1). |

3

Roberto Rivera

September 17, 2012

Matter: 09721775-0007
Invoice No.: 1413903

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/14/12 | J. Klenk | 0.50 | L240 | | Review G. Naron draft ████ .4); message re: certified copies of indictments (.1). |
| 08/14/12 | G. Naron | 3.20 | L240 | | Further research ████ (1.1); draft ████ (1.8); review and edit affidavits (.2); emails J. Klenk re: revisions to affidavit (.1). |
| 08/15/12 | J. Klenk | 0.20 | L120 | | Meeting with K. Flax on status/ ████ (.2). |
| 08/21/12 | J. Klenk | 0.20 | L120 | | Teleconference with ████ re: status of case and briefing (.2). |
| 08/21/12 | G. Naron | 0.10 | L240 | | Teleconferences J. Klenk re: draft ████ . |
| 08/22/12 | K. Rodriguez | 0.20 | L240 | | Call ████ (.10); correspondence with J. Klenk regarding same (.10). |
| 08/22/12 | J. Klenk | 0.20 | L110 | | Emails to K. Rodriguez re: certified copies of indictment (.2). |
| 08/23/12 | G. Naron | 0.10 | L240 | | Review draft ████ , exhibits, indictment. |
| 08/27/12 | J. Klenk | 0.20 | L110 | | Conference with docket re: certified records (.2). |
| 08/28/12 | K. Rodriguez | 0.10 | L240 | | Call ████ . |
| 08/29/12 | K. Rodriguez | 0.20 | L240 | | Conference with J. Klenk regarding strategy ████ (.1); call to plaintiff's counsel regarding same (.1). |
| 08/30/12 | G. Naron | 0.40 | L240 | | Review Rivera indictment (.2); further consideration of arguments ████ (.2). |
| 08/30/12 | J. Klenk | 0.10 | L330 | | Teleconference with K. Rodriguez re: Rivera deposition (.1). |

4

Roberto Rivera

September 17, 2012

Matter: 09721775-0007
Invoice No.: 1413903

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/31/12 | N. Spears | 1.00 | L120 | | Review ███████ and potential trial issues/strategy for case (.50); discuss same w/J. Klenk (.20); research re: ██████████ (.30). |
| 08/31/12 | J. Klenk | 1.20 | L240 | | Conference with N. Spears re: ███████ (.2); teleconference with K. Rodriguez re █████████ (.1); review Chicago Tribune disclosures and file (.5); teleconference with ████ (.2); revise █████ (.2). |
| 08/31/12 | K. Rodriguez | 0.10 | L240 | | Call with J. Klenk regarding strategy ████████. |

| | | | | | |
|------|-----------|-------|------|----------|-----------|
| Total Hours | | 39.00 | | | |
| Fee Amount | | | | | $22,368.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 18.20 | $11,830.00 |
| N. Spears | $575.00 | 1.00 | $575.00 |
| G. Naron | $520.00 | 18.50 | $9,620.00 |
| K. Rodriguez | $335.00 | 0.80 | $268.00 |
| G. Bent | $150.00 | 0.50 | $75.00 |
| Totals | | 39.00 | $22,368.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 8/22/2012 | Outside Duplicating - - | DOCKET PETTY CASH Check #12741 | 10.00 |
| 8/30/2012 | Outside Duplicating - - | DOCKET PETTY CASH Check #12781 | 9.00 |
| | | SUBTOTAL | 19.00 |

Roberto Rivera

September 17, 2012

Matter: 09721775-0007
Invoice No.: 1413903

| Date | Description | | Amount |
|------|-------------|---|--------|
| 7/18/2012 | Outside Professional Services - - MCCORKLE COURT REPORTERS, INC. Inv#467672 Appearane fee re: Depo of Roberto Rivera | | 139.00 |
| 7/6/2012 | Outside Professional Services - - MCCORKLE COURT REPORTERS, INC. inv#470891 Depo transcript of Roberto Rivera taken 7/06/12 | | 227.20 |
| | | SUBTOTAL | 366.20 |
| | Total Disbursements | | $385.20 |

| | | |
|---|---|---|
| Fee Total | $ | 22,368.00 |
| Disbursement Total | $ | 385.20 |
| Invoice Total | $ | 22,753.20 |

6

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 17, 2012

**Invoice No. 1413904**

Client/Matter: 09721775-0009

Cheryl Naedler

Payment Due Upon Receipt

---

Total This Invoice                                $        2,936.10

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 17, 2012

**Invoice No. 1413904**

Client/Matter:  09721775-0009

Cheryl Naedler

For Professional Services Rendered through August 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/03/12 | J. Klenk | 0.20 | L120 | | Teleconference with K. Flax re: meeting with T. Hunter (.1); email from K. Flax re: same (.1). |
| 08/08/12 | J. Klenk | 0.40 | L120 | | Review second amended complaint (.1); email to M. Weinstein re: same (.1), email to K. Staba re: same (.2). |
| 08/08/12 | K. Staba | 0.50 | L120 | | Review Second Amended Complaint (.3); send comments on same to J. Klenk (.2). |
| 08/15/12 | J. Klenk | 1.70 | L110 | | Teleconference with K. Flax re: meeting with Tony Hunter and Vince Cassanova (.2); meeting with K. Flax (.3); meeting with T. Hunter re: all issues in case (.9); email Naedler chronology (.3). |
| 08/20/12 | J. Klenk | 0.40 | L110 | | Teleconference with K. Flax ████ ████████ (.3); email K. Flax re: same (.1). |
| 08/29/12 | J. Klenk | 0.60 | L160 | | Teleconference with D. Edelman about meeting (.2); emails K. Flax re: same (.2); teleconference with M. Weinstein re: meeting with D. Edelman (.2). |
| 08/30/12 | K. Staba | 0.30 | L430 | | Call M. Teggelaar regarding Agreed Order. |
| 08/31/12 | K. Staba | 0.90 | L250 | | Prepare and file motion for extension of time to file answer. |
| 08/31/12 | J. Klenk | 0.20 | L230 | | Teleconference with K. Staba re: continuance (.1); emails re: same (.1). |

| Total Hours | | 5.20 | | | |

Fee Amount                                                                $2,921.00

2

Cheryl Naedler

September 17, 2012

Matter: 09721775-0009
Invoice No.: 1413904

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 3.50 | $2,275.00 |
| K. Staba | $380.00 | 1.70 | $646.00 |
| Totals | | 5.20 | $2,921.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 0.10 |
| | | SUBTOTAL | 0.10 |
| 8/15/2012 | Ground Transportation JAMES A KLENK CABS TO/FROM TRIBUNE TOWER | | 15.00 |
| | | SUBTOTAL | 15.00 |
| 7/23/2012 | WESTLAW | | 0.00 |
| | Total Disbursements | | $15.10 |

| | | |
|---|---|---|
| Fee Total | $ | 2,921.00 |
| Disbursement Total | $ | 15.10 |
| Invoice Total | $ | 2,936.10 |

3

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

September 17, 2012

**Invoice No. 1413905**

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504

Payment Due Upon Receipt

---

Total This Invoice                                      $        2,470.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

September 17, 2012

**Invoice No. 1413905**

Client/Matter:  09721775-0018

EDDIE JOHNSON
0000001504

For Professional Services Rendered through August 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 08/01/12 | J. Klenk | 1.10 | L120 | | Obtain briefs from Pippen case (.3); gather athlete/public figure cases (.6); teleconference with G. Naron re: summary judgment (.2). |
| 08/01/12 | G. Naron | 0.20 | L240 | | Research re: dispositive motions in Pippen case for possible summary judgment argument. |
| 08/02/12 | G. Naron | 1.30 | L240 | | Research and analyze dispositive motions in Pippen case for possible summary judgment arguments (1.1); emails J. Klenk re: same (.2). |
| 08/02/12 | J. Klenk | 1.30 | L120 | | Review public figure/athlete cases (.4); emails G. Naron re: corrections, mistakes, regulations and summary judgment (.4); review MLRC articles on point with cases (.5). |
| 08/03/12 | J. Klenk | 0.20 | L240 | | Email G. Naron re: Eddie Johnson and actual malice cases (.2). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 4.10 | | |
| Fee Amount | | | | $2,470.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 2.60 | $1,690.00 |
| G. Naron | $520.00 | 1.50 | $780.00 |
| Totals | | 4.10 | $2,470.00 |

EDDIE JOHNSON
0000001504

September 17, 2012

Matter: 09721775-0018
Invoice No.: 1413905

| | | | |
|---|---|---|---|
| Fee Total | | $ | 2,470.00 |
| Invoice Total | | $ | 2,470.00 |

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 17, 2012

**Invoice No. 1413906**

Client/Matter: 09721775-0076

Quintin Sharp - Subpoena to Annie Sweeney & William Lee

Payment Due Upon Receipt

Total This Invoice                                     $        2,920.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

September 17, 2012

**Invoice No. 1413906**

Client/Matter:  09721775-0076

Quintin Sharp - Subpoena to Annie Sweeney & William Lee

For Professional Services Rendered through August 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/31/12 | T. Amlot | 0.10 | L250 | | Review and respond to correspondence from L. Penn re anticipated motion to show cause. |
| 08/01/12 | N. Spears | 0.80 | L120 | | Email w/T. Amlot re: service of motion (.20); brief review of motion for rule to show cause (.40); collect prior briefing in Horstman (similar case) (.20). |
| 08/01/12 | T. Amlot | 0.30 | L210 | | Phone and email communications to opposing counsel re: filing (.1); initial review of motion for rule to show cause and correspondence re: same (.2). |
| 08/02/12 | N. Spears | 0.30 | L120 | | Phone conference w/T. Amlot and K. Flax re: motion for rule to show cause. |
| 08/08/12 | T. Amlot | 1.60 | L240 | | Analyze motion for rule to show cause (.4); prepare for hearing by analyzing arguments and relevant case law to outline response brief (.9); telephone conference with opposing counsel re: briefing schedule (.3). |
| 08/09/12 | T. Amlot | 2.00 | L120 | | Attend court hearing re: motion for rule to show cause (1.4); draft summary of hearing and order (.5); review and respond to correspondence re: same (.1). |
| 08/09/12 | N. Spears | 0.30 | L120 | | Email update from T. Amlot. |
| 08/15/12 | N. Spears | 0.40 | L120 | | Conference w/T. Amlot re: issues and brief on motion to quash. |
| 08/15/12 | T. Amlot | 0.10 | L250 | | Consult with N. Spears re: brief. |
| 08/16/12 | N. Spears | 0.20 | L120 | | Read correspondence re: dismissal of case. |

2

Quintin Sharp - Subpoena to Annie Sweeney & William Lee

September 17, 2012

Matter: 09721775-0076
Invoice No.: 1413906

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/16/12 | T. Amlot | 0.30 | L120 | | Review correspondence from opposing counsel re: case dismissal (.1); draft summary communication to K. Flax re: same (.2). |

| | | | |
|---|---|---|---|
| Total Hours | 6.40 | | |
| Fee Amount | | | $2,910.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 2.00 | $1,150.00 |
| T. Amlot | $400.00 | 4.40 | $1,760.00 |
| Totals | | 6.40 | $2,910.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 10.50 |
| | | SUBTOTAL | 10.50 |
| 8/8/2012 | WESTLAW | | 0.00 |
| | Total Disbursements | | $10.50 |

| | | |
|---|---|---|
| Fee Total | $ | 2,910.00 |
| Disbursement Total | $ | 10.50 |
| Invoice Total | $ | 2,920.50 |

3

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 17, 2012

**Invoice No. 1413907**

Client/Matter: 09721775-0078

Ordinance Violation re Advertising

Payment Due Upon Receipt

---

Total This Invoice                                          $            332.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

September 17, 2012

**Invoice No. 1413907**

Client/Matter:  09721775-0078

Ordinance Violation re Advertising

For Professional Services Rendered through August 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/15/12 | T. Amlot | 0.40 | L120 | | Analyze citation (.2); review pertinent ordinances, including communications re: same (.2). |
| 08/27/12 | N. Spears | 0.30 | L120 | | Email w/ K. Flax and T. Amlot re: administration hearing. |
| Total Hours | | 0.70 | | | |
| Fee Amount | | | | | $332.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.30 | $172.50 |
| T. Amlot | $400.00 | 0.40 | $160.00 |
| Totals | | 0.70 | $332.50 |

| | | |
|---|---|---|
| Fee Total | $        332.50 | |
| Invoice Total | $        332.50 | |

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

September 17, 2012

**Invoice No. 1413911**

Client/Matter: 20010074-0001

Christopher Buchanan

Payment Due Upon Receipt

---

Total This Invoice                                    $         13,988.37

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

September 17, 2012

**Invoice No. 1413911**

Client/Matter:  20010074-0001

Christopher Buchanan

For Professional Services Rendered through August 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/01/12 | J. Klenk | 0.40 | L310 | | Revise discovery responses (.4). |
| 08/02/12 | J. Klenk | 0.10 | L110 | | Email C. Sennet re: discovery responses(.1). |
| 08/03/12 | J. Klenk | 1.70 | L310 | | Conference call C. Sennet re: draft interrogatories and document responses (.7); begin revisions to same (.3); conference K. Staba re: documents (.2); message to C. Sennet (.1); research ▇▇▇▇▇▇▇ (.4). |
| 08/04/12 | J. Klenk | 2.20 | L110 | | Review Buchanan files and notes (.6); draft affidavit for L.J. Tabano (1.6). |
| 08/06/12 | J. Klenk | 1.10 | L310 | | Revise written discovery responses and draft L.J. Tabano affidavit (.8); message C. Sennet re same (.1); email C. Sennet re: same (.2). |
| 08/07/12 | J. Klenk | 0.30 | L230 | | Emails C. Sennet re: discovery/L.J. Tabano (.1); prepare for status (.2). |
| 08/08/12 | J. Klenk | 1.40 | L230 | | Status before Judge Flanagan (.7); conference plaintiff's attorney (.2); emails C. Sennet (.3); teleconference with C. Sennet (.2). |
| 08/09/12 | J. Klenk | 0.10 | L120 | | Email for C. Sennet (.1). |
| 08/15/12 | J. Klenk | 0.10 | L310 | | Teleconference with C. Sennet re: discovery (.1). |
| 08/16/12 | J. Klenk | 0.10 | L310 | | Emails C. Sennet re: Buchanan discovery (.1). |
| 08/16/12 | K. Staba | 0.10 | L310 | | Respond to J. Klenk email regarding discovery responses. |

2

Christopher Buchanan

September 17, 2012

Matter: 20010074-0001
Invoice No.: 1413911

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|------------|-------|------|----------|-----------|
| 08/17/12 | K. Staba | 1.10 | L310 | | Review and revise discovery responses (1.0); send same to C. Sennet for review (.1). |
| 08/17/12 | J. Klenk | 0.40 | L310 | | Emails C. Sennet re: our discovery responses (.2); conferences K. Staba re: responses (.2). |
| 08/18/12 | J. Klenk | 0.80 | L310 | | Revise discovery responses (.4); email K. Staba (.2); email G. Naron (.2). |
| 08/20/12 | J. Klenk | 0.60 | L310 | | Teleconference with C. Sennet re: discovery revisions (.3); email C. Sennet re: revisions (.1); meeting K. Staba re: discovery filings (.2). |
| 08/20/12 | K. Staba | 0.20 | L310 | | Meeting with J. Klenk regarding discovery responses. |
| 08/21/12 | K. Staba | 0.10 | L310 | | Correspond with C. Sennet regarding verification of discovery responses. |
| 08/21/12 | J. Klenk | 0.40 | L240 | | Teleconference with G. Naron re: ▓▓▓▓▓▓ (.2); email G. Naron re: same (.1); email C. Sennet with interrogatory revisions (.1). |
| 08/21/12 | G. Naron | 0.20 | L240 | | Teleconferences J. Klenk ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. |
| 08/23/12 | G. Naron | 6.50 | L240 | | Review background materials, affidavit (.3); research and review precedents ▓▓▓▓▓▓▓▓▓▓▓▓▓ (1.8); draft motion ▓▓▓▓▓▓ (4.4). |
| 08/23/12 | K. Staba | 0.10 | L310 | | Finalize responses for filing and send filed documents to C. Sennet. |
| 08/24/12 | G. Naron | 0.30 | L240 | | Edit ▓▓▓▓▓▓▓▓▓▓ motion. |
| 08/25/12 | G. Naron | 0.20 | L240 | | Review draft ▓▓▓▓▓ affidavits (.1), emails to C. Sennett and J. Klenk re: same (.1). |
| 08/26/12 | J. Klenk | 0.20 | L310 | | Email C. Sennet re: plaintiff's interrogatory responses (.1); email C. Sennet and G. Naron (.1). |

3

Christopher Buchanan

September 17, 2012

Matter: 20010074-0001
Invoice No.: 1413911

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/27/12 | G. Naron | 2.00 | L240 | | Review file (.1); teleconferences and emails with J. Klenk re: ███████, litigation strategy (.2); research re: same (.4); draft ███████ (1.3). |
| 08/27/12 | J. Klenk | 0.90 | L240 | | Teleconference with C. Sennet re: ███████ (.2); teleconference with C. Sennet re: C. Sennet's emails (.2); review G. Naron brief (.3); deposition notices to plaintiffs (.2). |
| 08/28/12 | J. Klenk | 0.20 | L240 | | Teleconference with C. Sennett (.1); teleconference with G. Naron (.1). |
| 08/28/12 | G. Naron | 0.50 | L240 | | Draft motion ███████ (.3); emails to J. Klenk and C. Sennett re: same (.2). |
| 08/29/12 | K. Staba | 0.70 | L450 | | Attend case management hearing. |
| 08/29/12 | J. Klenk | 0.20 | L120 | | Email K. Staba re: Buchanan status (.2). |
| 08/30/12 | J. Klenk | 0.40 | L160 | | Emails K. Staba (.2); email M. Weinstein re: meeting with plaintiff's counsel (.2). |
| 08/31/12 | K. Staba | 0.10 | L120 | | Discuss responses to opposing counsel's requests with J. Klenk. |

Total Hours                     23.70

Fee Amount                                                      $13,496.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 11.60 | $7,540.00 |
| G. Naron | $520.00 | 9.70 | $5,044.00 |
| K. Staba | $380.00 | 2.40 | $912.00 |
| Totals | | 23.70 | $13,496.00 |

4

Christopher Buchanan

September 17, 2012

Matter: 20010074-0001
Invoice No.: 1413911

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Document reproduction | | 25.90 |
| | | SUBTOTAL | 25.90 |
| 6/18/2012 | WESTLAW | | 183.54 |
| 7/20/2012 | WESTLAW | | 240.16 |
| 7/20/2012 | WESTLAW | | 42.77 |
| | | SUBTOTAL | 466.47 |
| | Total Disbursements | | $492.37 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 13,496.00 | |
| Disbursement Total | $ | 492.37 | |
| Invoice Total | $ | 13,988.37 | |