## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered<br>**Hearing Date:  October 4, 2012 at 10:00 a.m.** |

## EXHIBIT A TO NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON OCTOBER 4, 2012 AT 10:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

1.    Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Eleventh Interim Fee Period (Filed September 13, 2012) (Docket No. 12422)

**Fee Applications**:

A.    Cole, Schotz, Meisel, Forman & Leonard, P.A.

1.    Eleventh Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from June 1, 2011 through August 31, 2011 (Filed September 23, 2011) (Docket No. 9810)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (5306); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.      Certification of No Objection Regarding Docket No. 9810 (Filed
        October 17, 2011) (Docket No. 10004)

3.      Thirtieth Monthly Fee Application of Cole, Schotz, Meisel, Forman
        & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of
        Compensation and Reimbursement of Expenses for the Period from
        June 1, 2011 through June 30, 2011 (Filed July 27, 2011) (Docket
        No. 9556)

4.      Certification of No Objection Regarding Docket No. 9556 (Filed
        August 18, 2011) (Docket No. 9675)

5.      Thirty-First Monthly Fee Application of Cole, Schotz, Meisel, Forman
        & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of
        Compensation and Reimbursement of Expenses for the Period from
        July 1, 2011 through July 31, 2011 (Filed September 2, 2011) (Docket
        No. 9745)

6.      Certification of No Objection Regarding Docket No. 9745 (Filed
        September 26, 2011) (Docket No. 9823)

7.      Thirty-Second Monthly Fee Application of Cole, Schotz, Meisel, Forman
        & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of
        Compensation and Reimbursement of Expenses for the Period from
        August 1, 2011 through August 31, 2011 (Filed September 22, 2011)
        (Docket No. 9808)

8.      Certification of No Objection Regarding Docket No. 9808 (Filed
        October 14, 2011) (Docket No. 9993)

9.      Fee Examiner's Final Report Regarding the Eleventh Interim Fee
        Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed
        August 29, 2012) (Docket No. 12348)

B.      <u>Sidley Austin LLP</u>

1.      Eleventh Quarterly Fee Application of Sidley Austin LLP for
        Compensation for Services Rendered and Reimbursement of Expenses as
        Counsel to the Debtors and Debtors in Possession for the Period of June 1,
        2011 through August 31, 2011 (Filed June 4, 2012) (Docket No. 11752)

2.      Certification of No Objection Regarding Docket No. 11752 (Filed
        June 27, 2012) (Docket No. 11911)

3.      Thirtieth Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of June 1, 2011 through June 30, 2011 (Filed August 4, 2011) (Docket No. 9613)

4.      Certification of No Objection Regarding Docket No. 9613 (Filed August 26, 2011) (Docket No. 9722)

5.      Thirty-First Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of July 1, 2011 through July 31, 2011 (Filed September 6, 2011) (Docket No. 9749)

6.      Certification of No Objection Regarding Docket No. 9749 (Filed September 28, 2011) (Docket No. 9842)

7.      Thirty-Second Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of August 1, 2011 through August 31, 2011 (Filed October 6, 2011) (Docket No. 9917)

8.      Certification of Counsel Regarding Docket No. 9917 (Filed October 28, 2011) (Docket No. 10087)

9.      Fee Examiner's Final Report Regarding Eleventh Quarterly Fee Application of Sidley Austin LLP (Filed September 26, 2012) (Docket No. 12468)

C.      Alvarez & Marsal North America

1.      Eleventh Interim Fee Application of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period June 1, 2011 through August 31, 2011 (Filed October 12, 2011) (Docket No. 9965)

2.      Certification of No Objection Regarding Docket No. 9965 (Filed November 3, 2011) (Docket No. 10156)

3.      Thirtieth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period June 1, 2011 through June 30, 2011 (Filed August 4, 2011) (Docket No. 9611)

4.      Certification of No Objection Regarding Docket No. 9611 (Filed August 26, 2011) (Docket No. 9721)

5.      Thirty-First Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period July 1, 2011 through July 31, 2011 (Filed August 26, 2011) (Docket No. 9720)

6.      Certification of No Objection Regarding Docket No. 9720 (Filed September 20, 2011) (Docket No. 9796)

7.      Thirty-Second Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period August 1, 2011 through August 31, 2011 (Filed September 20, 2011) (Docket No. 9794)

8.      Certification of No Objection Regarding Docket No. 9794 (Filed October 13, 2011) (Docket No. 9971)

9.      Fee Examiner's Final Report Regarding the Eleventh Interim Fee Application of Alvarez & Marsal North America, LLC (Filed September 19, 2012) (Docket No. 12435)

D.      Campbell & Levine, LLC

1.      Third Interim Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period June 1, 2011 through August 31, 2011 (Filed October 13, 2011) (Docket No. 9975)

2.      Certification of No Objection Regarding the Third Interim Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period June 1, 2011 through August 31, 2011 (Filed November 7, 2011) (Docket No. 10168)

3.      Third Monthly Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period June 1, 2011 through August 31, 2011 (Filed October 3, 2011) (Docket No. 9872)

4.      No Order Required Certification of No Objection Regarding the Third Monthly Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period June 1, 2011 through August 31, 2011 (Filed October 26, 2011) (Docket No. 10072)

5.      Fee Examiner's Final Report Regarding the Third Interim Fee Application of Campbell & Levine, LLC (Filed August 24, 2012) (Docket No. 12328)

E.    Davis Wright Tremaine LLP

    1.    Fourth Quarterly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2011 through August 31, 2011 (Filed March 9, 2012) (Docket No. 11130)

    2.    Certification of No Objection Regarding Docket No. 11130 (Filed April 2, 2012) (Docket No. 11296)

    3.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2011 through June 30, 2011 (Filed November 11, 2011) (Docket No. 10213)

    4.    Certification of No Objection Regarding Docket No. 10213 (Filed December 5, 2011) (Docket No. 10357)

    5.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2011 through July 31, 2011 (Filed November 17, 2011) (Docket No. 10249)

    6.    Certification of No Objection Regarding Docket No. 10249 (Filed December 9, 2011) (Docket No. 10403)

    7.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2011 through August 31, 2011 (Filed November 17, 2011) (Docket No. 10250)

    8.    Certification of No Objection Regarding Docket No. 10250 (Filed December 9, 2011) (Docket No. 10404)

    9.    Fee Examiner's Final Report Regarding the Fourth Quarterly Fee Application of Davis Wright Tremaine LLP (Filed September 24, 2012) (Docket No. 12451)

F.    Dow Lohnes PLLC

    1.    Ninth Interim Fee Application of Dow Lohnes PLLC, Special Regulatory Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from June 1, 2011 through August 31, 2011 (Filed October 13, 2011) (Docket No. 9974)

2.      Certification of No Objection Regarding Docket No. 9974 (Filed November 4, 2011) (Docket No. 10161)

3.      Twenty-Fifth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of June 1, 2011 through June 30, 2011 (Filed August 9, 2011) (Docket No. 9648)

4.      Certification of No Objection Regarding Docket No. 9648 (Filed August 31, 2011) (Docket No. 9736)

5.      Twenty-Sixth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of July 1, 2011 through July 31, 2011 (Filed September 6, 2011) (Docket No. 9751)

6.      Certification of No Objection Regarding Docket No. 9751 (Filed September 28, 2011) (Docket No. 9843)

7.      Twenty-Seventh Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of August 1, 2011 through August 31, 2011 (Filed September 29, 2011) (Docket No. 9846)

8.      Certification of No Objection Regarding Docket No. 9846 (Filed October 21, 2011) (Docket No. 10049)

9.      Fee Examiner's Final Report Regarding the Ninth Interim Fee Application of Dow Lohnes PLLC (Filed August 31, 2012) (Docket No. 12360)

G.    Jenner & Block LLP

1.      Eleventh Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2011 through August 31, 2011 (Filed October 14, 2011) (Docket No. 9980)

2.      Certification of No Objection Regarding Docket No. 9980 (Filed November 7, 2011) (Docket No. 10169)

3.      Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2011 through August 31, 2011 (Filed October 11, 2011) (Docket No. 9950)

4.      Certification of No Objection Regarding Docket No. 9950 (Filed
         November 2, 2011) (Docket No. 10152)

5.      Fee Examiner's Final Report Regarding the Eleventh Quarterly
         Application of Jenner & Block LLP (Filed September 7, 2012) (Docket
         No. 12394)

H.      <u>Jones Day</u> (Special Counsel for Certain Litigation Matters - Antitrust)

1.      Eighth Interim Fee Application of Jones Day for Allowance of
         Compensation and Reimbursement of Expenses in Connection with
         Antitrust Related Matters for the Period from June 1, 2011 through
         August 31, 2011 (Filed October 14, 2011) (Docket No. 9992)

2.      Certification of No Objection Regarding Docket No. 9992 (Filed
         November 7, 2011) (Docket No. 10176)

3.      Twelfth Application of Jones Day for Allowance of Compensation and
         Reimbursement of Expenses for the Period from June 1, 2011 through
         August 31, 2011 (Filed October 12, 2011) (Docket No. 9963)

4.      Certification of No Objection Regarding Docket No. 9963 (Filed
         November 3, 2011) (Docket No. 10154)

5.      Fee Examiner's Final Report Regarding the Eighth Interim Fee
         Application of Jones Day (Filed September 24, 2012) (Docket No. 12448)

I.      <u>Jones Day</u> (Counsel for Special Committee of Board of Directors of Tribune
         Company)

1.      Fourth Interim Fee Application of Jones Day for Allowance of
         Compensation and Reimbursement of Expenses for Services Performed on
         Behalf of the Special Committee of the Board of Directors of Tribune
         Company for the Period from June 1, 2011 through August 31, 2011
         (Filed October 14, 2011) (Docket No. 9991)

2.      Certification of No Objection Regarding Docket No. 9991 (Filed
         November 7, 2011) (Docket No. 10175)

3.      Tenth Monthly Application of Jones Day for Allowance of Compensation
         and for Reimbursement of Expenses for Services Performed on Behalf of
         the Special Committee of the Board of Directors of Tribune Company for
         the Period from June 1, 2011 through June 30, 2011 (Filed August 1,
         2011) (Docket No. 9587)

4.      Certification of No Objection Regarding Docket No. 9587 (Filed
         August 25, 2011) (Docket No. 9707)

5.      Eleventh Monthly Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from July 1, 2011 through July 31, 2011 (Filed September 1, 2011) (Docket No. 9740)

6.      Certification of No Objection Regarding Docket No. 9740 (Filed September 23, 2011) (Docket No. 9809)

7.      Twelfth Monthly Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from August 1, 2011 through August 31, 2011 (Filed October 12, 2011) (Docket No. 9964)

8.      Certification of No Objection Regarding Docket No. 9964 (Filed November 3, 2011) (Docket No. 10155)

9.      Fee Examiner's Final Report Regarding the Fourth Interim Fee Application of Jones Day for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company (Filed September 14, 2012) (Docket No. 12428)

J.    Lazard Freres & Co. LLC

1.      Eleventh Interim Fee Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2011 through August 31, 2011 (Filed October 13, 2011) (Docket No. 9973)

2.      Thirtieth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2011 through June 30, 2011 (Filed August 18, 2011) (Docket No. 9676)

3.      Certification of No Objection Regarding Docket No. 9676 (Filed September 12, 2011) (Docket No. 9769)

4.      Thirty-First Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2011 through July 31, 2011 (Filed October 5, 2011) (Docket No. 9895)

5.      Certification of No Objection Regarding Docket No. 9895 (Filed October 27, 2011) (Docket No. 10080)

6.      Thirty-Second Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2011 through August 31, 2011 (Filed October 5, 2011) (Docket No. 9896)

7.      Certification of No Objection Regarding Docket No. 9896 (Filed October 27, 2011) (Docket No. 10081)

8.      Fee Examiner's Final Report Regarding the Eleventh Interim Fee Application of Lazard Freres & Co. LLC (Filed September 24, 2012) (Docket No. 12452)

K.    <u>Levine Sullivan Koch & Schulz, L.L.P.</u>

1.      Fifth Quarterly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of June 1, 2011 through August 31, 2011 (Filed October 12, 2011) (Docket No. 9966)

2.      Certification of No Objection Regarding Docket No. 9966 (Filed November 3, 2011) (Docket No. 10157)

3.      Eleventh Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of June 1, 2011 through June 30, 2011 (Filed August 1, 2011) (Docket No. 9588)

4.      Certification of No Objection Regarding Docket No. 9588 (Filed August 25, 2011) (Docket No. 9708)

5.      Twelfth Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of July 1, 2011 through July 31, 2011 (Filed September 8, 2011) (Docket No. 9767)

6.      Certification of No Objection Regarding Docket No. 9767 (Filed September 30, 2011) (Docket No. 9857)

7.      Thirteenth Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of August 1, 2011 through August 31, 2011 (Filed October 6, 2011) (Docket No. 9919)

8.      Certification of No Objection Regarding Docket No. 9919 (Filed October 28, 2011) (Docket No. 10088)

9.    Fee Examiner's Final Report Regarding the Fifth Quarterly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. (Filed September 24, 2012) (Docket No. 12450)

L.    McDermott Will & Emery

1.    Eleventh Quarterly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2011 through August 31, 2011 (Filed November 8, 2011) (Docket No. 10182)

2.    Certification of No Objection Regarding Docket No. 10182 (Filed November 30, 2011) (Docket No. 10333)

3.    Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2011 through June 30, 2011 (Filed September 27, 2011) (Docket No. 9837)

4.    Certification of No Objection Regarding Docket No. 9837 (Filed October 20, 2011) (Docket No. 10039)

5.    Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2011 through July 31, 2011 (Filed September 27, 2011) (Docket No. 9838)

6.    Certification of No Objection Regarding Docket No. 9838 (Filed October 20, 2011) (Docket No. 10040)

7.    Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2011 through August 31, 2011 (Filed October 21, 2011) (Docket No. 10050)

8.    Certification of No Objection Regarding Docket No. 10050 (Filed November 14, 2011) (Docket No. 10219)

9.    Fee Examiner's Final Report Regarding the Eleventh Quarterly Fee Application of McDermott Will & Emery LLP (Filed September 21, 2012) (Docket No. 12447)

M.    Paul Hastings LLP

    1.    Notice of Eleventh Interim Fee Application Request of Paul Hastings LLP for the Period June 1, 2011 through August 31, 2011 (Filed October 11, 2011) (Docket No. 9951)

    2.    Certification of No Objection Regarding Docket No. 9951 (Filed November 2, 2011) (Docket No. 10153)

    3.    Twentieth Monthly Application of Paul Hastings LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Combined Period from June 1, 2011 through August 31, 2011 (Filed October 5, 2011) (Docket No. 9897)

    4.    Certification of No Objection Regarding Docket No. 9897 (Filed October 27, 2011) (Docket No. 10082)

    5.    Fee Examiner's Final Report Regarding the Eleventh Interim Fee Application of Paul Hastings LLP (Filed August 24, 2012) (Docket No. 12329)

N.    PricewaterhouseCoopers LLP

    1.    Eleventh Interim Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period June 1, 2011 through August 31, 2011 (Filed October 14, 2011) (Docket No. 9981)

    2.    Certification of No Objection Regarding Docket No. 9981 (Filed November 7, 2011) (Docket No. 10170)

    3.    Twenty-Sixth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period June 1, 2011 through June 30, 2011 (Filed July 28, 2011) (Docket No. 9562)

    4.    Certification of No Objection Regarding Docket No. 9562 (Filed August 19, 2011) (Docket No. 9680)

    5.    Twenty-Seventh Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period July 1, 2011 through July 31, 2011 (Filed August 30, 2011) (Docket No. 9729)

6.  Certification of No Objection Regarding Docket No. 9729 (Filed September 22, 2011) (Docket No. 9807)

7.  Twenty-Eighth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period August 1, 2011 through August 31, 2011 (Filed September 27, 2011) (Docket No. 9839)

8.  Certification of No Objection Regarding Docket No. 9839 (Filed October 20, 2011) (Docket No. 10041)

9.  Fee Examiner's Final Report Regarding the Eleventh Interim Fee Application of PricewaterhouseCoopers LLP (Filed September 7, 2012) (Docket No. 12393)

O.  Mercer (US) Inc.

1.  Eleventh Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of June 1, 2011 through August 31, 2011 (Filed October 14, 2011) (Docket No. 9979)

2.  Thirtieth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from June 1, 2011 through June 30, 2011 (Filed October 14, 2011) (Docket No. 9976)

3.  Thirty-First Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from July 1, 2011 through July 31, 2011 (Filed October 14, 2011) (Docket No. 9977)

4.  Thirty-Second Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from August 1, 2011 through August 31, 2011 (Filed October 14, 2011) (Docket No. 9978)

5.  Fee Examiner's Final Report Regarding the Eleventh Quarterly Application of Mercer (US) Inc. (Filed September 25, 2012) (Docket No. 12455)

P.    Reed Smith LLP

    1.    Eleventh Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period June 1, 2011 through August 31, 2011 (Filed October 13, 2011) (Docket No. 9969)

    2.    Certificate of No Objection to Eleventh Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period June 1, 2011 through August 31, 2011 (Filed November 10, 2011) (Docket No. 10190)

    3.    Twenty-Ninth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period June 1, 2011 through June 30, 2011 (Filed August 10, 2011) (Docket No. 9651)

    4.    No Order Required Certificate of No Objection to Twenty-Ninth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period June 1, 2011 through June 30, 2011 (Filed September 8, 2011) (Docket No. 9761)

    5.    Thirtieth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period July 1, 2011 through July 31, 2011 (Filed September 6, 2011) (Docket No. 9750)

    6.    No Order Required Certificate of No Objection to Thirtieth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period July 1, 2011 through July 31, 2011 (Filed October 10, 2011) (Docket No. 9939)

    7.    Thirty-First Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period August 1, 2011 through August 31, 2011 (Filed October 13, 2011) (Docket No. 9968)

8.    No Order Required Certificate of No Objection to Thirty-First Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period August 1, 2011 through August 31, 2011 (Filed November 10, 2011) (Docket No. 10189)

9.    Fee Examiner's Final Report Regarding the Eleventh Interim Fee Application of Reed Smith LLP (Filed September 25, 2012) (Docket No. 12457)

Q.    Seyfarth Shaw LLP

1.    Eighth Quarterly Fee Application of Seyfarth Shaw LLP for Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of June 1, 2011 through August 31, 2011 (Filed October 14, 2011) (Docket No. 9987)

2.    Certification of No Objection Regarding Docket No. 9987 (Filed November 7, 2011) (Docket No. 10172)

3.    Twenty-First Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of June 1, 2011 through June 30, 2011 (Filed August 15, 2011) (Docket No. 9660)

4.    Certification of No Objection Regarding Docket No. 9660 (Filed September 8, 2011) (Docket No. 9762)

5.    Twenty-Second Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of July 1, 2011 through July 31, 2011 (Filed September 26, 2011) (Docket No. 9824)

6.    Certification of No Objection Regarding Docket No. 9824 (Filed October 20, 2011) (Docket No. 10037)

7.    Twenty-Third Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of August 1, 2011 through August 31, 2011 (Filed October 14, 2011) (Docket No. 9986)

8.    Certification of No Objection Regarding Docket No. 9986 (Filed November 7, 2011) (Docket No. 10171)

9.      Fee Examiner's Final Report Regarding the Eighth Quarterly Fee
        Application of Seyfarth Shaw LLP (Filed September 17, 2012) (Docket
        No. 12430)

R.    Sitrick And Company Inc.

1.      Fourth Interim Fee Application of Sitrick And Company for
        Compensation for Services Rendered and Reimbursement of Expenses as
        Corporate Communications Consultants to Debtors and Debtors-in-
        Possession for the Period from June 1, 2011 through August 31, 2011
        (Filed October 18, 2011) (Docket No. 10014)

2.      Certification of No Objection Regarding Docket No. 10014 (Filed
        November 9, 2011) (Docket No. 10188)

3.      Sixth Monthly Application of Sitrick And Company for Compensation for
        Services Rendered and Reimbursement of Expenses as Corporate
        Communications Consultants to Debtors and Debtors in Possession for the
        Period from June 1, 2011 through June 30, 2011 (Filed October 18, 2011)
        (Docket No. 10013)

4.      Certification of No Objection Regarding Docket No. 10013 (Filed
        November 9, 2011) (Docket No. 10187)

5.      Fee Examiner's Final Report Regarding the Fourth Interim Fee
        Application of Sitrick And Company (Filed September 12, 2012) (Docket
        No. 12408)

S.    Stuart Maue

1.      Tenth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to
        the Court, for Allowance of Compensation and Reimbursement of
        Expenses for the Period from June 1, 2011 through August 31, 2011 (Filed
        October 12, 2011) (Docket No. 9962)

2.      Certification of No Objection Regarding the Tenth Interim Quarterly Fee
        Application of Stuart Maue, Fee Examiner to the Court, for Allowance of
        Compensation and Reimbursement of Expenses for the Period of June 1,
        2011 through August 31, 2011 (Filed November 2, 2011) (Docket No.
        10145)

3.      Twenty-Seventh Monthly Application of Stuart Maue as Fee Examiner for
        Allowance of Compensation and Reimbursement of Expenses for the
        Period June 1, 2011 through June 30, 2011 (Filed July 27, 2011) (Docket
        No. 9557)

4.      Certificate of No Objection Regarding the Twenty-Seventh Monthly
        Application of Stuart Maue (Regarding Docket No. 9557) (Filed
        August 18, 2011) (Docket No. 9673)

5.     Twenty-Eighth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2011 through July 31, 2011 (Filed August 26, 2011) (Docket No. 9714)

6.     Certificate of No Objection Regarding the Twenty-Eighth Monthly Application of Stuart Maue (Regarding Docket No. 9714) (Filed September 16, 2011) (Docket No. 9781)

7.     Twenty-Ninth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2011 through August 31, 2011 (Filed September 26, 2011) (Docket No. 9826)

8.     Certificate of No Objection Regarding the Twenty-Ninth Monthly Application of Stuart Maue (Related to Docket No. 9826) (Filed November 2, 2011) (Docket No. 10144)

T.     Chadbourne & Parke LLP

1.     Eleventh Interim Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2011 through August 31, 2011 (Filed October 14, 2011) (Docket No. 9982)

2.     Thirtieth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2011 through June 30, 2011 (Filed July 28, 2011) (Docket No. 9561)

3.     Certificate of No Objection to Application Re: Docket No. 9561 (Filed August 22, 2011) (Docket No. 9686)

4.     Thirty-First Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2011 through July 31, 2011 (Filed August 25, 2011) (Docket No. 9701)

5.     Certificate of No Objection to Application Re: Docket No. 9701 (Filed September 16, 2011) (Docket No. 9783)

6.     Thirty-Second Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2011 through August 31, 2011 (Filed September 28, 2011) (Docket No. 9840)

7.   Certificate of No Objection to Application Re: Docket No. 9840 (Filed October 20, 2011) (Docket No. 10034)

8.   Fee Examiner's Final Report Regarding the Eleventh Interim Application of Chadbourne & Parke LLP (Filed September 5, 2012) (Docket No. 12384)

U.   Landis Rath & Cobb LLP

1.   Eleventh Interim Fee Application of Landis Rath & Cobb LLP (Filed October 14, 2011) (Docket No. 9983)

2.   Thirtieth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed July 25, 2011) (Docket No. 9545)

3.   Certificate of No Objection to Application Re: Docket No. 9545 (Filed August 17, 2011) (Docket No. 9668)

4.   Thirty-First Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed August 25, 2011) (Docket No. 9702)

5.   Certificate of No Objection to Application Re: Docket No. 9702 (Filed September 16, 2011) (Docket No. 9782)

6.   Thirty-Second Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed September 26, 2011) (Docket No. 9818)

7.   Certificate of No Objection to Application Re: Docket No. 9818 (Filed October 19, 2011) (Docket No. 10017)

8.   Fee Examiner's Final Report Regarding the Eleventh Interim Fee Application of Landis Rath & Cobb LLP (Filed September 24, 2012) (Docket No. 12449)

V.   AlixPartners, LLP

1.   Eleventh Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period June 1, 2011 through August 31, 2011 (Filed October 14, 2011) (Docket No. 9984)

46429/0001-8884410v1

2.      Thirtieth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed July 26, 2011) (Docket No. 9555)

3.      Certificate of No Objection to Application Re: Docket No. 9555 (Filed August 18, 2011) (Docket No. 9674)

4.      Thirty First Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed August 30, 2011) (Docket No. 9725)

5.      Certificate of No Objection to Application Re: Docket No. 9725 (Filed September 21, 2011) (Docket No. 9800)

6.      Thirty Second Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed September 28, 2011) (Docket No. 9841)

7.      Certificate of No Objection to Application Re: Docket No. 9841 (Filed October 20, 2011) (Docket No. 10035)

8.      Fee Examiner's Final Report Regarding the Eleventh Interim Fee Application of AlixPartners, LLP (Filed August 31, 2012) (Docket No. 12359)

W.      Moelis & Company LLC

1.      Eleventh Interim Fee Application of Moelis & Company LLC for Compensation as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period June 1, 2011 through August 31, 2011 (Filed October 17, 2011) (Docket No. 10005)

2.      Thirtieth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period June 1, 2011 through June 30, 2011 (Filed July 25, 2011) (Docket No. 9546)

3.      Certificate of No Objection to Application Re: Docket No. 9546 (Filed August 17, 2011) (Docket No. 9669)

4.      Thirty-First Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period July 1, 2011 through July 31, 2011 (Filed August 25, 2011) (Docket No. 9710)

46429/0001-8884410v1

5.    Certificate of No Objection to Application Re: Docket No. 9710 (Filed September 16, 2011) (Docket No. 9784)

6.    Thirty-Second Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period August 1, 2011 through August 31, 2011 (Filed October 3, 2011) (Docket No. 9873)

7.    Certificate of No Objection to Application Re: Docket No. 9873 (Filed October 26, 2011) (Docket No. 10071)

8.    Fee Examiner's Final Report Regarding the Eleventh Interim Fee Application of Moelis & Company LLC (Filed September 25, 2012) (Docket No. 12454)

X.    Zuckerman Spaeder LLP

1.    Eighth Interim Fee Application of Zuckerman Spaeder LLP for Interim Approval and Allowance of Compensation and Reimbursement of Expenses (Filed October 14, 2011) (Docket No. 9985)

2.    Twenty-Third Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed August 1, 2011) (Docket No. 9582)

3.    Certificate of No Objection to Application Re: Docket No. 9582 (Filed August 24, 2011) (Docket No. 9696)

4.    Twenty-Fourth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed September 2, 2011) (Docket No. 9746)

5.    Certificate of No Objection to Application Re: Docket No. 9746 (Filed September 26, 2011) (Docket No. 9819)

6.    Twenty-Fifth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed October 5, 2011) (Docket No. 9900)

7.    Certificate of No Objection to Application Re: Docket No. 9900 (Filed October 27, 2011) (Docket No. 10079)

8.    Fee Examiner's Final Report Regarding the Eighth Interim Fee Application of Zuckerman Spaeder LLP (Filed September 17, 2012) (Docket No. 12433)