# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $590.00 | 15.10 | $8,909.00 |
| Geiger, Laura M. | Counsel. Joined firm in 2008. Member of IL bar since 1999 | $555.00 | 40.80 | $23,460.00 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003. | $550.00 | 39.40 | $21,670.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $490.00 | 12.80 | $6,272.00 |
| Yassemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 | 30.80 | $13,860.00 |
| Forster, Paige H. | Associate. Joined firm as associate in 2008. Member of PA bar since 2007. | $410.00 | .90 | $369.00 |
| Lord, Lord | Paralegal. Joined firm as paralegal in 2000. | $280.00 | 1.40 | $392.00 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $180.00 | 10.30 | $1,854.00 |
| Somoza, Silvia | Paralegal. Joined firm in 2007. | $140.00 | 1.20 | $168.00 |
| Todd, Michelle G. | Paralegal. Joined firm in 2008. | $140.00 | 11.30 | $1,582.00 |
| **Grand Total:** | | | 164.00 | $78,536.00 |
| Blended Rate: | | | | $478.88 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $533.19 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | 27.00 | $8,998.00 |
| Insurance Counseling – 00005 | 104.60 | $56,922.00 |
| Fee Applications – 00009 | 32.40 | $12,616.00 |
| **TOTAL:** | **164.00** | **$78,536.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2318183
Invoice Date: October 1, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through August 31, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Reliance/Times Mirror 503842.00004 | $8,998.00 | $3,659.62 | $12,657.62 |
| RE: Insurance Counseling 503842.00005 | $281.00 | $0.00 | $281.00 |
| **Current Invoice Total:** | **$9,279.00** | **$3,659.62** | **$12,938.62** |
| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
| RE: Fee Applications 503842.00009 | $12,616.00 | $224.45 | $12,840.45 |
| RE: Insurance Counseling 503842.00005 | $56,641.00 | $23.20 | $56,664.20 |
| **Current Invoice Total:** | **$69,257.00** | **$247.65** | **$69,504.65** |
|  | Current Fees | Current Costs | Totals |
| Non-Bankruptcy/Reorganization | $9,279.00 | $3,659.62 | $12,938.62 |
| Bankruptcy/Reorganization | $69,257.00 | $247.65 | $69,504.65 |
| **GRAND TOTAL:** | **$78,536.00** | **$3,907.27** | **$82,443.27** |

## REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2293773)

## NON-BANKRUPTCY/REORGANIZATION
### RE:　Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/01/12 | TPL | Drafted P A Supreme Court brief, adding sections required by rules of appellate procedure. | 3.80 |
| 08/02/12 | PHF | Edited Supreme Court appellant's brief. | 0.90 |
| 08/02/12 | SS | Reviewed and catalogued case correspondence and pleadings. | 0.20 |
| 08/02/12 | TPL | Revised PA Supreme Court brief and sent to client for comments. | 4.00 |
| 08/02/12 | JDS | Analyzed and revised draft PA Supreme Court brief on appeal of Liquidation Court's ruling on LPT claims. | 1.10 |
| 08/06/12 | TPL | Edited and revised PA Supreme Court brief. | 2.10 |
| 08/06/12 | MT | Added record cites to Supreme Court brief and cite checked brief. | 5.30 |
| 08/07/12 | TPL | Finalized P A Supreme Court brief. | 2.90 |
| 08/07/12 | MT | Prepared table of authorities for PA Supreme Court brief. | 1.40 |
| 08/08/12 | MT | Prepared Brief of Appellant and Reproduced Record for filing with PA Supreme Court. | 2.70 |
| 08/13/12 | SS | Reviewed and catalogued case pleadings and correspondence. | 0.30 |
| 08/14/12 | MT | Revised reproduced record and filed with court. | 1.90 |
| 08/17/12 | SS | Reviewed and catalogued case correspondence and pleadings. | 0.30 |
| 08/29/12 | SS | Reviewed and catalogued case correspondence. | 0.10 |

　　　　　　　　　　　　　　　　　TOTAL FEES:　　　　$8,998.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 08/31/2012 | Duplicating/Printing/Scanning | 3,120.80 |
| 08/31/2012 | Postage Expense | 120.82 |
| 08/31/2012 | Courier Service - Outside | 45.65 |
| 08/31/2012 | Outside Duplicating | 372.35 |
| | Total Disbursements | 3,659.62 |
| | Fees & Disbursements | $12,657.62 |

October 1, 2012
Case 08-13141-BLS    Doc 12499-3    Filed 10/02/12    Page 6 of 17
Invoice: 2318183
RE:    Reliance/Times Mirror
       (503842.00004)
Page 3

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Reliance/Times Mirror

| ID  | Names         | Hours | Rate   | Amount   |
|-----|---------------|-------|--------|----------|
| JDS | J.D. Shugrue  | 1.10  | 590.00 | 649.00   |
| TPL | T.P. Law      | 12.80 | 490.00 | 6,272.00 |
| PHF | P.H. Forster  | 0.90  | 410.00 | 369.00   |
| SS  | S. Somoza     | 0.90  | 140.00 | 126.00   |
| MT  | M. Todd       | 11.30 | 140.00 | 1,582.00 |
|     |               | 27.00 |        | 8,998.00 |

US_ACTIVE-110706736.1

**NON-BANKRUPTCY/REORGANIZATION**
**RE:     Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/08/12 | JDS | Emails to client regarding environmental claim notice to insurers. | 0.20 |
| 08/14/12 | JDS | Analyzed insurer correspondence regarding class action suit against LA Times. | 0.20 |
| 08/29/12 | A.Y. | Email correspondence with J. Shugrue and P. Walker-Bright regarding status of environmental claim. | 0.10 |

TOTAL FEES:                                                                $281.00

Fees & Disbursements                                              $281.00

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.40 | 590.00 | 236.00 |
| A.Y. | A. Yassemedis | 0.10 | 450.00 | 45.00 |
| | | | | $ 281.00 |

US_ACTIVE-110706736.1

**BANKRUPTCY/REORGANIZATION**
**RE:     Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/02/12 | JDS | Analyzed and revised draft of 41st Monthly Fee Application. | 0.40 |
| 08/03/12 | LL | Reviewed and revised 41st Monthly Fee Application. | 0.70 |
| 08/06/12 | JDS | Analyzed issues concerning response to Fee Examiner preliminary report on 11th Interim Fee Application. | 0.20 |
| 08/08/12 | JDS | Drafted and revised 42nd Monthly Fee Application. | 0.30 |
| 08/09/12 | JDS | Drafted materials for inclusion in 42nd Monthly Fee Application. | 0.30 |
| 08/10/12 | LL | Additional revisions to 41st Monthly Fee Application. | 0.80 |
| 08/10/12 | A.Y. | Reviewed fee examiner's report regarding 11th Interim Fee Application and considered response to issues raised in same. | 1.90 |
| 08/10/12 | JDS | Prepared narrative text for 41st Monthly Fee Application. | 0.60 |
| 08/13/12 | LL | Reviewed and edited RS's 41st Monthly Fee Application. | 0.90 |
| 08/14/12 | LL | Revisions and calculations toRS's 41st Monthly Fee Application (.9); revised CNO toRS's 39th Monthly Fee Application (.3); drafted CNO's toRS's 40th Monthly & 14th Interim Fee Applications (.6). | 1.80 |
| 08/14/12 | JDS | Reviewed and approved CNOs for 39th and 40th Monthly and 14th Interim Fee Applications. | 0.20 |
| 08/15/12 | LL | Conferred with C. Falgowski regarding fee application documents (.1); revised and finalized CNO's toRS's 39th & 40th Monthly Fee Applications and 14th Interim Fee Applications (.6); revised and finalized RS's 41st Monthly Fee Application (.5). | 1.20 |
| 08/20/12 | LL | Drafted RS's 42nd Monthly Fee Application. | 0.70 |
| 08/21/12 | JDS | Analyzed issues raised by Fee Examiner regarding 11th Interim Fee Application. | 0.20 |
| 08/22/12 | LL | Researched regarding fee auditor report for 10/4 fee hearing and calendar hearing and deadline. | 0.40 |
| 08/24/12 | A.Y. | Drafted response to Fee Examiner's objections to 11th Fee Application. | 4.40 |
| 08/24/12 | JDS | Analyzed issues in connection with 11th Interim Fee Application and response to Fee Examiner report on same (.3); reviewed draft of 42d Monthly Fee Application (.2). | 0.50 |
| 08/27/12 | LL | E-mail correspondence with J. Shugrue regarding 41st Monthly Fee Application and reviewed same. | 0.40 |

October 1, 2012
RE: Fee Applications
(503842.00009)

Case 08-13141-BLS    Doc 12499-3    Filed 10/02/12    Page 9 of 17

Invoice: 2318183
Page 6

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/27/12 | A.Y. | Drafted response to Fee Examiner's objections to 11th Fee Application. | 5.70 |
| 08/27/12 | JDS | Drafted text for inclusion in 42nd Monthly Fee Application (1.3); analyzed and revised draft response to Fee Examiner questions and issues regarding 11th Interim Fee Application (.5). | 1.80 |
| 08/28/12 | LL | Revisions to RS's 41st Monthly Fee Application. | 1.10 |
| 08/28/12 | JDS | Analyzed, revised and drafted additional portions of memorandum to Fee Examiner regarding issues and questions regarding 11th Interim Fee Application. | 2.40 |
| 08/29/12 | LL | Conferred with J. Lord regarding 8/31 deadline to respond to fee auditor's report for 10/4 hearing (.4); revisions and calculations to 42nd Monthy Fee Application (1.9). | 2.30 |
| 08/29/12 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 08/29/12 | A.Y. | Email correspondence with client and J. Shugrue regarding response to fee examiner's objections to 11th fee application | 0.20 |
| 08/29/12 | JDS | Analyzed and revised draft email to Fee Examiner regarding issues and questions concerning 11th Interim Fee Application (.7); analyzed and revised 42nd Monthly Fee Application (.4). | 1.10 |
| 08/30/12 | JBL | Revised and finalized RS July Monthly Fee Application (1.3); communicated with C. Falgowski regarding same (.1). | 1.40 |
| 08/30/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 08/30/12 | JDS | Emails with client and J. Lord regarding 42nd Monthly Fee Application. | 0.20 |

TOTAL FEES: <u>$12,616.00</u>

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 08/31/2012 | Duplicating/Printing/Scanning | 24.20 |
| 08/31/2012 | Outside Duplicating | 200.25 |
| | Total Disbursements | 224.25 |
| | Fees & Disbursements | $12,840.45 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID   | Names         | Hours | Rate   | Amount    |
|------|---------------|-------|--------|-----------|
| JDS  | J.D. Shugrue  | 8.20  | 590.00 | 4,838.00  |
| A.Y. | A. Yassemedis | 12.20 | 450.00 | 5,490.00  |
| JBL  | J.B. Lord     | 1.40  | 280.00 | 392.00    |
| SS   | S. Somoza     | 0.30  | 140.00 | 42.00     |
| LL   | L. Lankford   | 10.30 | 180.00 | 1,854.00  |
|      |               | 32.40 |        | 12,616.00 |

US_ACTIVE-110706736.1

October 1, 2012
RE: Insurance Counseling
(503842.00005)

Case 08-13141-BLS   Doc 12499-3   Filed 10/02/12   Page 11 of 17

Invoice: 2318183
Page 8

**BANKRUPTCY/REORGANIZATION**
**RE:   Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/01/12 | AJM | Analyzed email from client regarding insurer non-disclosure agreements (.1); analyzed and commented on proposed insurer NDAs (.2). | 0.30 |
| 08/01/12 | A.Y. | Analyzed media liabilities insurance policies in connection with policy review related to emergence from bankruptcy. | 0.60 |
| 08/01/12 | LMG | Corresponded with A. Y assemedis regarding media liability analysis for bankruptcy emergence (.3); analyzed foreign and domestic CGL policies in connection with policy review related to emergence from bankruptcy (3.4); and drafted memorandum regarding foreign and domestic CGL policies in connection with policy review related to emergence from bankruptcy (1.2). | 4.90 |
| 08/02/12 | A.Y. | Drafted memorandum analyzing media liability insurance policies in connection with policy review related to emergence from bankruptcy. | 3.70 |
| 08/02/12 | LMG | Analyzed foreign and domestic CGL policies to develop strategies for coverage post-bankruptcy emergence. | 2.90 |
| 08/03/12 | AJM | Reviewed email from client regarding insurer non-disclosure agreement (.1); reviewed insurer non-disclosure agreement and provide substantive comments to client (.2); reviewed updated expiring policy list from client (.1). | 0.40 |
| 08/03/12 | LMG | Drafted memorandum regarding effect of bankruptcy emergence on foreign liability coverage, proposed changes to same. | 2.30 |
| 08/06/12 | A.Y. | Drafted memoranda analyzing general liability and media coverages in connection with policy review related to emergence from bankruptcy. | 1.50 |
| 08/06/12 | JDS | Analyzed and exchanged emails with client regarding insurance policy review project in connection with emergence from bankruptcy. | 0.30 |
| 08/06/12 | LMG | Analyzed all-risk property policy (2.6) and workers' compensation and employers liability policies (2.3) in connection with policy review related to emergence from bankruptcy. | 4.90 |
| 08/07/12 | A.Y. | Revised and expanded analysis of Tribune's media liability insurance policies in connection with policy review related to emergence from bankruptcy. | 5.70 |
| 08/07/12 | LMG | Drafted memoranda regarding post-emergence insurance coverage issues. | 1.80 |

October 1, 2012 Case 08-13141-BLS   Doc 12499-3   Filed 10/02/12   Page 12 of 17 Invoice: 2318183
RE:     Insurance Counseling                                                      Page 9
        (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/08/12 | AJM | Conferred with J. Shugrue regarding demand correspondence, response to insurer (.3); conferred with client regarding policy review project and emergence issues (.1); worked on demand correspondence to insurance carriers (.5). | 0.80 |
| 08/08/12 | A.Y. | Revised and expanded analysis of Tribune's general liability and excess programs in connection with policy review related to emergence from bankruptcy. | 3.30 |
| 08/08/12 | JDS | Analyzed status, progress and next steps regarding insurance policy review project in connection with emergence from bankruptcy. | 0.30 |
| 08/09/12 | A.Y. | Revised policy analyses in connection with policy review related to emergence from bankruptcy (2.8); email correspondence with A. Moss and L. Geiger regarding project scope and format (.4). | 3.20 |
| 08/09/12 | JDS | Analyzed and exchanged emails with client regarding insurance policy erosion report submitted to creditors' committee. | 0.20 |
| 08/10/12 | JDS | Analyzed and exchanged emails with client regarding status of insurer claim payments regarding Neil lawsuit settlement. | 0.20 |
| 08/13/12 | AJM | Reviewed and analyzed media liability policy and worked on substantive comments to same in connection with policy review related to emergence from bankruptcy. | 1.00 |
| 08/13/12 | LMG | Analyzed foreign and domestic CGL policies (1.5) and drafted memoranda addressing bankruptcy emergence issues (2.1). | 3.60 |
| 08/14/12 | AJM | Reviewed correspondence from insurer regarding claim payments (.1); conferred with J. Shugrue regarding policy review memoranda (.2); conferred with L. Geiger and A. Yassemedis regarding analysis of individual policies in connection with policy review related to emergence from bankruptcy (.5); drafted cover memorandum regarding analysis of individual policies in connection with policy review related to emergence from bankruptcy (1.1); reviewed CGL and umbrella policies in connection with policy review related to emergence from bankruptcy (.4); worked on policy review memoranda regarding analysis of individual policies in connection with policy review related to emergence from bankruptcy (.5). | 2.80 |
| 08/14/12 | A.Y. | Revised memoranda summarizing analysis of general liability, excess, and media programs in connection with policy review related to emergence from bankruptcy. | 0.50 |
| 08/14/12 | JDS | Emails with insurer counsel regarding policy limits erosion. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/14/12 | LMG | Analyzed insurance policies and draft memoranda regarding necessary endorsements in connection with bankruptcy emergence, including aviation ground (1.0) and non-owned (1.1), camera (.9), borrowed property (.8), DIC (.8), property (.7), commercial crime primary (.3) and excess (.2), travel DIC (.7), workers compensation (.3), special events (.4), AD&D (.3), US CGL (.2), Foreign EL (.4), Foreign accident (.3), Foreign CGL (.2) and auto (.3). | 8.90 |
| 08/15/12 | AJM | Drafted memoranda regarding property, GL, aviation, business auto, foreign liability and workers comp insurance policy reviews for post-emergence issues (3.5); conferred with J. Shugrue regarding property, GL, aviation, business auto, foreign liability and workers comp insurance policy reviews for post-emergence issues (.2); conferred with client regarding property, GL, aviation, business auto, foreign liability and workers comp insurance policy reviews for post-emergence issues (.1); reviewed underlying complaint and filings for purpose of responding to insurer on claim issues (1.1 ); drafted claim correspondence to insurer (.5). | 5.40 |
| 08/15/12 | JDS | Analyzed emails with client regarding policy review project in connection with emergence from bankruptcy. | 0.30 |
| 08/16/12 | AJM | Continued drafting and revisions to memoranda in connection with policy review related to emergence from bankruptcy (2.1); conferred with J. Shugrue regarding substantive comments on policy review memorandum (.5); reviewed media liability, property and aircraft liability policies in connection with policy review related to emergence from bankruptcy (.6); drafted cover memorandum and revised memoranda in connection with policy review related to emergence from bankruptcy (3.6); corresponded with client regarding memoranda in connection with policy review related to emergence from bankruptcy (.2); drafted non-privileged list of recommended revisions to going forward policies (1.1). | 8.10 |
| 08/16/12 | JDS | Analyzed and revised memoranda to client concerning insurance policy and coverage issues arising from and related to emergence from bankruptcy. | 2.10 |
| 08/17/12 | AJM | Drafted non-privileged list of comments regarding proposed changes to insurance policies in connection with emergence from bankruptcy (2.5); communications with client regarding proposed changes to insurance policies in connection with emergence from bankruptcy (.1); reviewed documents and correspondence from client regarding renewed policies, updated list of policies (.2). | 2.80 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/21/12 | AJM | Reviewed policies and information from client in response to emergence policy review memorandum (.6); reviewed substantive comments from client on list of proposed changes to provide to broker, underwriters in connection with policy review related to emergence from bankruptcy (.6); conferred with J. Shugrue regarding same (.2); conferred with L. Geiger and A. Yassemedis regarding revisions to emergence policy review memorandum (.1); reviewed and analyzed third party complaint, insurer correspondence disclaiming coverage for same (1.6); drafted correspondence to insurer regarding coverage denial (.8); reviewed comments and proposed revisions on non-disclosure agreements from insurers (.3). | 4.20 |
| 08/21/12 | JDS | Analyzed emails from client regarding policy review project in connection with emergence from bankruptcy. | 0.20 |
| 08/21/12 | LMG | Analyzed questions raised by client regarding coverage and draft endorsement language in connection with policy review related to emergence from bankruptcy. | 0.20 |
| 08/22/12 | LMG | Analyzed current policies regarding borrowed property (.3), camera property (.3), business travel (.2), commercial crime primary and excess (.9) and DIC/Excess Terrorism (.7) in connection with policy review related to emergence from bankruptcy; revised memoranda regarding workers compensation (.6) and property (.9) coverage in connection with policy review related to emergence from bankruptcy. | 3.90 |
| 08/23/12 | AJM | Reviewed and analyzed comments and proposed revisions on non-disclosure agreements from insurers (.9); email to client regarding comments and proposed revisions to insurers' nondisclosure agreements (.4); conferred with L. Geiger regarding revised memoranda and drafting of proposed endorsements in connection with policy review related to emergence from bankruptcy (.2). | 1.50 |
| 08/23/12 | JDS | Analyzed status and next steps in connection with insurance policy review project in connection with emergence from bankruptcy. | 0.20 |
| 08/27/12 | JDS | Analyzed reports regarding appeal efforts regarding plan confirmation (.2); telephone conference with insurer counsel regarding erosion of policy limits due to Neil settlement payments (.2); analyzed and exchanged emails with client regarding status of notice and insurer responses regarding fraudulent conveyance actions (.2). | 0.60 |
| 08/28/12 | JDS | Analyzed status and next steps regarding policy review project in connection with emergence from bankruptcy (.3); telephone conference with client regarding policy review project in connection with emergence from bankruptcy (.2). | 0.50 |

October 1, 2012
Case 08-13141-BLS   Doc 12499-3   Filed 10/02/12   Page 15 of 17
RE:   Insurance Counseling
      (503842.00005)
Invoice: 2318183
Page 12

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/29/12 | AJM | Conferred with J. Shugrue and L. Geiger regarding revisions to emergence policy review memorandum (.5); reviewed and revised emergence policy review memorandum (2.1); conferred with client regarding emergence policy review memorandum (.3). | 2.90 |
| 08/29/12 | JDS | Analyzed status of policy review project in connection with emergence from bankruptcy and considered next steps with regards to same. | 0.30 |
| 08/29/12 | LMG | Drafted manuscript endorsements for policies in connection with policy review related to emergence from bankruptcy. | 3.60 |
| 08/30/12 | AJM | Drafted revised spreadsheet of proposed policy changes with respect to emergence issues (1.3); analyzed fiduciary liability policies and claim materials in connection with policy review related to emergence from bankruptcy (.5); drafted correspondence to insurer regarding coverage for third party claim (1.2). | 3.00 |
| 08/31/12 | AJM | Reviewed and analyzed third party complaint with respect to insurance coverage (1.1); reviewed and analyzed coverage correspondence from insurers (.4); worked on substantive correspondence to insurer regarding coverage denial for third party lawsuit (2.6); communications with client regarding review of liability policies in connection with policy review related to emergence from bankruptcy (.2); worked on list of proposed revisions to existing coverages in connection with policy review related to emergence from bankruptcy (1.4). | 6.20 |
| 08/31/12 | LMG | Drafted manuscript endorsements for domestic liability policies in connection with policy review related to emergence from bankruptcy. | 3.80 |

|  |  | TOTAL FEES: | $56,641.00 |
|---|---|---|---|
| 08/31/2012 | Duplicating/Printing/Scanning |  | 23.20 |
|  |  | Total Disbursements | 23.20 |
|  |  | Fees & Disbursements | $56,664.20 |

US_ACTIVE-110706736.1

## BANKRUPTCY/REORGANIZATION
**Fee Summary: Insurance Counseling**

| ID  | Names         | Hours | Rate   | Amount      |
|-----|---------------|-------|--------|-------------|
| JDS | J.D. Shugrue  | 5.40  | 590.00 | 3,186.00    |
| AJM | A.J. Moss     | 39.40 | 550.00 | 21,670.00   |
| LMG | L.M. Geiger   | 40.80 | 555.00 | 23,460.00   |
| A.Y.| A. Yassemedis | 18.50 | 450.00 | 8,325.00    |
|     |               |       |        | $ 56,641.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2318183
Invoice Date: October 1, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through August 31, 2012

| | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| **NON-BANKRUPTCY/REORGANIZATION** | | | | |
| RE: | Reliance/Times Mirror 503842.00004 | $8,998.00 | $3,659.62 | $12,657.62 |
| RE: | Insurance Counseling 503842.00005 | $281.00 | $0.00 | $281.00 |
| | **Current Invoice Total:** | **$9,279.00** | **$3,659.62** | **$12,938.62** |

| | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| **BANKRUPTCY/REORGANIZATION** | | | | |
| RE: | Fee Applications 503842.00009 | $12,616.00 | $224.45 | $12,840.45 |
| RE: | Insurance Counseling 503842.00005 | $56,641.00 | $23.20 | $56,664.20 |
| | **Current Invoice Total:** | **$69,257.00** | **$247.64** | **$69,504.65** |

| | Current Fees | Current Costs | Totals |
|---|---|---|---|
| Non-Bankruptcy/Reorganization | $9,279.00 | $3,659.62 | $12,938.62 |
| Bankruptcy/Reorganization | $69,257.00 | $247.65 | $69,504.65 |
| **GRAND TOTAL:** | **$78,536.00** | **$3,907.27** | **$82,443.27** |

**INVOICE IS PAYABLE UPON RECEIPT**

US_ACTIVE-110706736.1