# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Outside Duplicating | IKON/DLS | $512.60 |
| Printing, Duplicating, Scanning | | $3,168.20 |
| Courier | Parcels/DLS | $45.65 |
| Postage | | $120.82 |
| **TOTAL:** | | **$3,907.27** |

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Outside Duplicating | IKON/DLS | $372.35 | | | $200.25 | | $572.60 |
| Printing/Duplicating & Scanning | | $3,120.80 | $23.20 | | $24.20 | | $3,168.20 |
| Courier | | $45.65 | | | | | $45.65 |
| Postage | | $120.82 | | | | | $120.82 |
| TOTAL: | | $3,659.62 | $23.20 | $0.00 | $224.25 | $0.00 | $3,907.27 |

**NON-BANKRUPTCY/REORGANIZATION**
**RE:    Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/01/12 | TPL | Drafted P A Supreme Court brief, adding sections required by rules of appellate procedure. | 3.80 |
| 08/02/12 | PHF | Edited Supreme Court appellant's brief. | 0.90 |
| 08/02/12 | SS | Reviewed and catalogued case correspondence and pleadings. | 0.20 |
| 08/02/12 | TPL | Revised PA Supreme Court brief and sent to client for comments. | 4.00 |
| 08/02/12 | JDS | Analyzed and revised draft PA Supreme Court brief on appeal of Liquidation Court's ruling on LPT claims. | 1.10 |
| 08/06/12 | TPL | Edited and revised PA Supreme Court brief. | 2.10 |
| 08/06/12 | MT | Added record cites to Supreme Court brief and cite checked brief. | 5.30 |
| 08/07/12 | TPL | Finalized P A Supreme Court brief. | 2.90 |
| 08/07/12 | MT | Prepared table of authorities for PA Supreme Court brief. | 1.40 |
| 08/08/12 | MT | Prepared Brief of Appellant and Reproduced Record for filing with PA Supreme Court. | 2.70 |
| 08/13/12 | SS | Reviewed and catalogued case pleadings and correspondence. | 0.30 |
| 08/14/12 | MT | Revised reproduced record and filed with court. | 1.90 |
| 08/17/12 | SS | Reviewed and catalogued case correspondence and pleadings. | 0.30 |
| 08/29/12 | SS | Reviewed and catalogued case correspondence. | 0.10 |

                                         TOTAL FEES:         **$8,998.00**

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---:|
| 08/31/2012 | Duplicating/Printing/Scanning | 3,120.80 |
| 08/31/2012 | Postage Expense | 120.82 |
| 08/31/2012 | Courier Service - Outside | 45.65 |
| 08/31/2012 | Outside Duplicating | 372.35 |
| | Total Disbursements | 3,659.62 |
| | Fees & Disbursements | $12,657.62 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/27/12 | A.Y. | Drafted response to Fee Examiner's objections to 11th Fee Application. | 5.70 |
| 08/27/12 | JDS | Drafted text for inclusion in 42nd Monthly Fee Application (1.3); analyzed and revised draft response to Fee Examiner questions and issues regarding 11th Interim Fee Application (.5). | 1.80 |
| 08/28/12 | LL | Revisions to RS's 41st Monthly Fee Application. | 1.10 |
| 08/28/12 | JDS | Analyzed, revised and drafted additional portions of memorandum to Fee Examiner regarding issues and questions regarding 11th Interim Fee Application. | 2.40 |
| 08/29/12 | LL | Conferred with J. Lord regarding 8/31 deadline to respond to fee auditor's report for 10/4 hearing (.4); revisions and calculations to 42nd Monthy Fee Application (1.9). | 2.30 |
| 08/29/12 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 08/29/12 | A.Y. | Email correspondence with client and J. Shugrue regarding response to fee examiner's objections to 11th fee application | 0.20 |
| 08/29/12 | JDS | Analyzed and revised draft email to Fee Examiner regarding issues and questions concerning 11th Interim Fee Application (.7); analyzed and revised 42nd Monthly Fee Application (.4). | 1.10 |
| 08/30/12 | JBL | Revised and finalized RS July Monthly Fee Application (1.3); communicated with C. Falgowski regarding same (.1). | 1.40 |
| 08/30/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 08/30/12 | JDS | Emails with client and J. Lord regarding 42nd Monthly Fee Application. | 0.20 |

TOTAL FEES:     <u>$12,616.00</u>

### CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 08/31/2012 | Duplicating/Printing/Scanning | 24.20 |
| 08/31/2012 | Outside Duplicating | 200.25 |
| | Total Disbursements | 224.25 |
| | Fees & Disbursements | $12,840.45 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/29/12 | AJM | Conferred with J. Shugrue and L. Geiger regarding revisions to emergence policy review memorandum (.5); reviewed and revised emergence policy review memorandum (2.1); conferred with client regarding emergence policy review memorandum (.3). | 2.90 |
| 08/29/12 | JDS | Analyzed status of policy review project in connection with emergence from bankruptcy and considered next steps with regards to same. | 0.30 |
| 08/29/12 | LMG | Drafted manuscript endorsements for policies in connection with policy review related to emergence from bankruptcy. | 3.60 |
| 08/30/12 | AJM | Drafted revised spreadsheet of proposed policy changes with respect to emergence issues (1.3); analyzed fiduciary liability policies and claim materials in connection with policy review related to emergence from bankruptcy (.5); drafted correspondence to insurer regarding coverage for third party claim (1.2). | 3.00 |
| 08/31/12 | AJM | Reviewed and analyzed third party complaint with respect to insurance coverage (1.1); reviewed and analyzed coverage correspondence from insurers (.4); worked on substantive correspondence to insurer regarding coverage denial for third party lawsuit (2.6); communications with client regarding review of liability policies in connection with policy review related to emergence from bankruptcy (.2); worked on list of proposed revisions to existing coverages in connection with policy review related to emergence from bankruptcy (1.4). | 6.20 |
| 08/31/12 | LMG | Drafted manuscript endorsements for domestic liability policies in connection with policy review related to emergence from bankruptcy. | 3.80 |

|  |  |  |
|---|---|---|
|  | TOTAL FEES: | $56,641.00 |
| 08/31/2012 | Duplicating/Printing/Scanning | 23.20 |
|  | Total Disbursements | 23.20 |
|  | Fees & Disbursements | $56,664.20 |