# TRIBUNE COMPANY, et al.
## Case No. 08-13141 (KJC)
### Exhibit A to Omnibus Order Approving Fee Applications
### for the Compensation Period June 1, 2011 - August 31, 2011

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 9810 | $262,875.00 | $8,360.81 | $271,235.81 |
| Sidley Austin LLP (Counsel to Debtors) | 11752 | $5,063,659.56 | $442,659.63 | $5,506,319.19 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 9965 | $943,586.00 | $1,509.91 | $945,095.91 |
| Campbell & Levine, LLC (Special Litigation Counsel) | 9975 | $1,312.50 | $188.27 | $1,500.77 |
| Davis Wright Tremaine LLP (Special Counsel for Domestic Legal Matters) | 11130 | $330,558.51 | $9,199.59 | $339,758.10 |
| Dow Lohnes PLLC (Special Regulatory Counsel) | 9974 | $205,448.50 | $1,505.41 | $206,953.91 |
| Jenner & Block LLP (Special Counsel for Certain Litigation Matters for Debtors) | 9980 | $45,506.75 | $2,778.19 | $48,284.94 |
| Jones Day (Special Counsel for Certain Litigation Matters - Antitrust) | 9992 | $27,672.50 | $140.46 | $27,812.96 |
| Jones Day (Counsel for Special Committee of Board of Directors of Tribune Company) | 9991 | $42,799.00 | $1,658.80 | $44,457.80 |
| Lazard Frères & Co. LLC (Investment Bankers to Debtors) | 9973 | $600,000.00 | $299.72 | $600,299.72 |
| Levine Sullivan Koch & Schulz, L.L.P. (Counsel re Certain Litigation Matters) | 9966 | $144,855.50 | $7,065.09 | $151,920.59 |
| McDermott Will & Emery LLP (Special Counsel for General Domestic Legal Matters for Debtors) | 10182 | $1,926,695.75 | $20,555.38 | $1,947,251.13 |
| Mercer (US) Inc. (Compensation Consultants to Debtors) | 9979 | $14,082.42 | $7,407.24 | $21,489.66 |
| Paul Hastings LLP (Special Counsel for General Real Estate for Debtors) | 9951 | $2,185.00 | $13.58 | $2,198.58 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 9981 | $564,981.00 | $1,250.00 | $566,231.00 |
| Reed Smith LLP (Special Counsel for Certain Litigation Matters for Debtors) | 9969 | $151,608.50 | $1,748.91 | $153,357.41 |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) | 9987 | $423,769.90 | $11,980.86 | $435,750.76 |
| Sitrick And Company Inc. (Corporate Communications Consultants) | 10014 | $716.00 | $786.07 | $1,502.07 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 9962 | $237,397.50 | $1,315.95 | $238,713.45 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Counsel to Committee) | 9982 | $1,803,125.75 | $206,780.69 | $2,009,906.44 |
| Landis Rath & Cobb LLP (Co-Counsel to Committee) | 9983 | $639,103.00 | $76,138.54 | $715,241.54 |
| AlixPartners, LLP (Financial Advisor to Committee) | 9984 | $389,951.00 | $2,263.31 | $392,214.31 |
| Moelis & Company LLC (Financial Advisor and Investment Banker to Committee) | 10005 | $600,000.00 | $47,753.49 | $647,753.49 |
| Zuckerman Spaeder LLP (Special Counsel to Committee) | 9985 | $415,823.75 | $19,501.46 | $435,325.21 |

1

#8848502v1