UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  
   TRIBUNE COMPANY, et al  
   Debtors.  
_____/

Chapter 11  
CASE NO. 08-13141  
JOINTLY ADMINISTERED

## PALM BEACH COUNTY TAX COLLECTOR'S WITHDRAWAL OF CLAIM NUMBERS 3580, 3582 AND 3584

ANNE M. GANNON, Tax Collector, Palm Beach County ("GANNON"), by and through her undersigned attorney, files this withdrawal of Claim Numbers 3580, 3582 and 3584 for the 2008 tangible, personal property taxes. The 2008 taxes are now paid in full.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Palm Beach County Tax Collector's Withdrawal of Claim Numbers 3580, 3582 and 3584* has been provided this 1st day of October 2012, by U.S. Mail, postage prepaid to **Bryan Krakauer, Esq.**, Sidley Austin, LLP, One South Dearborn Street, Chicago, Illinois 60603; **Carl D. Neff, Esq.**, Ciaardi Ciardi & Astin, 919 N. Market Street, Suite 700, Wilmington, DE 19801; **J. Kate Stickles, Esq.**, Cole, Schotz, Meisel, Forman & Leonard, 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801; **Michael A. Henry, Esq.**, Gross, McGinley, Labarre & Eaton, LLP, 33 S. 7th Street, P.O. Box 4060, Allentown, Pennsylvania 18105-4060; **Patrick Theodore Garvey, Esq.**, Johnson & Bell, Ltd., 33 W. Monroe Suite 2700, Chicago, Illinois 60603; **William S. Brody, Esq.**, Buchalter Nemer, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017 and **U.S. Trustee**, 844 King Street, Room 2207, Lockbox #35, Wilmington, Delaware 19899-0035.

Respectfully submitted,
James M. Brako, Esq.
Florida Bar No. 493211
Office of the Tax Collector
Post Office Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2142
Facsimile:  (561) 355-1110
JBrako@pbcgov.org

By: _____
Attorney for Anne M. Gannon
Constitutional Tax Collector,
Serving Palm Beach County