# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

DISTRICT OF COLUMBIA

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.       I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.       I have read the forgoing Thirty-Ninth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period August 1, 2012 through August 31, 2012 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.       I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Thirty-Ninth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

46429/0001-8895803v1

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C., this 2d day of October, 2012.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## AUGUST 1 - AUGUST 31, 2012

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 11.6 | 6,380.00 |
| Scott D. Dailard | Member (since 2003); Media and I.P.; 1994 (CA) & 1995 (DC) | 590 | 0.9 | 531.00 |
| J. Parker Erkmann | Senior Counsel (since 2009); Litigation; 1999 (AK) & 2005 (DC) | 470 | 3.3 | 1,551.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 760 | 48.1 | 36,556.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 390 | 47.6 | 18,564.00 |
| Michael D. Hays | Member (since 1988); Litigation; 1977 (DC) & 1991 (MD) | 680 | 0.9 | 612.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 31.0 | 20,150.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 280 | 16.9 | 4,732.00 |
| Christopher L. Meazell | Of Counsel (since 2012); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 450 | 17.8 | 8,010.00 |
| Maureen M. Nagle | Senior Counsel (since 2008); Corporate; 2000 (NY) & 2011 (DC) | 450 | 0.8 | 360.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 470 | 20.1 | 9,447.00 |
| Kerry E. Stotler | Associate (since 2010); Communications; 2009 (VA) & 2010 | 310 | 11.3 | 3,503.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 650 | 31.5 | 20,475.00 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC | 350 | 9.1 | 3,185.00 |

| | | | | |
|---|---|---|---|---|
| David J. Wittenstein | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 700 | 5.6 | 3,920.00 |
| **TOTALS** | | | **256.5** | **137,976.00** |
| **BLENDED RATE** | | | | **537.9181287** |

timekeepers working on this matter as follows:  Dailard (2012 rate is $590, up from 2011 rate of $540); Erkman (2012 rate is $470, up from 2011 rate of $450); the Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became

### COMPENSATION BY PROJECT CATEGORY
### FOR THE PERIOD FROM
### AUGUST 1 - AUGUST 31, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 147.4 | 88,700.00 |
| Fee Applications 08656.0101 | 17.8 | 8,010.00 |
| Broadcast Contracts 08656.0104 | 90.4 | 40,867.00 |
| Fox and Network Agreements 08656.0104:001 | 0.9 | 399.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **256.5** | **137,976.00** |

# ☵ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

September 25, 2012                                                              Page 1

Tribune Company                                                    Invoice 562050
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100              For Services Through August 31, 2012
FCC/Broadcast Matters

| | | |
|---|---|---|
| 08/01/12 | Telephone conference with co-proponents' FCC counsel re timing updates (0.4); review status re same (0.3). | |
| | C. Burrow | 0.70 hrs. |
| 08/01/12 | Telephone conference with J. Stenger re FCC application issues (0.3); telephone conference with R. Wiley re follow-up to FCC meeting (0.6); telephone conference with D. Eldersveld re FCC timing and processing issues (0.3); review warrant and Class B stock FCC issues (0.6); review possible challenges to pending FCC applications (0.8). | |
| | J. Feore | 2.60 hrs. |
| 08/01/12 | Prepare for telephone conference with FCC counsel to co-proponents (0.3); telephone conference with JPMorgan, Oaktree and Angelo Gordon counsel re status of application processing, timing of hearing on appeals, and potential for adverse filings (0.6); review issues re FCC certification for conversion notice (0.5); telephone call with K. Kensinger (FCC International Bureau) re pending applications for restructuring (0.6); prepare draft FCC certifications for conversion notice (0.7). | |
| | J. Logan | 2.70 hrs. |
| 08/01/12 | Telephone conference with FCC staff to clarify and correct minor technical inconsistency for earth station E030207. | |
| | L. McCarty (Practice Group Professional) | 0.70 hrs. |
| 08/01/12 | Prepare for and telephone conference with Wiley and Akin attorneys re FCC application status and prosecution. | |
| | M. Swanson | 0.60 hrs. |
| 08/02/12 | Telephone conference with FCC staff re update on applications | |

Tribune Company

|  |  |  |
|---|---|---|
|  | (0.3); telephone conference with R. Wiley re processing issues at FCC (0.3); telephone conference with S. Sheehan re coordination on FCC and court decisions (0.4); review FCC statutory clock letter and update (0.5); review additional warrant and Class B stock issues and revised drafts (0.6). |  |
|  | J. Feore | 2.10 hrs. |
| 08/02/12 | Prepare correspondence to Alvarez and Marsal and to K. Mills (Sidley) re Class B election and results of allotment for JPMorgan (0.4); telephone conference with W. Johnsen (FCC counsel to JPMorgan) re compliance issues in connection with Class B election and proposed allotment (0.3); review and analyze preliminary allotment figures from Alvarez and Marsal re conformity with prior representations in Exit Application (0.9); complete revised FCC certification for draft conversion notice for J. Langdon (Sidley) (1.1). |  |
|  | J. Logan | 2.70 hrs. |
| 08/02/12 | Prepare correspondence to FCC Satellite Bureau staff re FCC action on 2011 regulatory fee waiver request (0.8); telephone conference with FCC Satellite Bureau Chief re pro forma assignment applications (0.8). |  |
|  | L. McCarty (Practice Group Professional) | 1.60 hrs. |
| 08/02/12 | Email client re online public file implementation (0.1); telephone conference with K. Mills (Sidley) re Sidley's proof of claim research (0.1); telephone conference with S. Stone (FCC) re FCC proofs of claim (0.1). |  |
|  | M. Swanson | 0.30 hrs. |
| 08/03/12 | Review warrant and conversion notices re FCC issues (0.4); conference with J. Stenger re timing on FCC actions (0.2); telephone conference with FCC staff re processing issues (0.2) |  |
|  | J. Feore | 0.80 hrs. |
| 08/03/12 | Telephone conference with J. Boelter re post-emergence trading issues and pre-emergence trade commitments in light of FCC certification process (0.3); prepare correspondence to J. Langdon (Sidley) re status of restructuring consents (0.3). |  |
|  | J. Logan | 0.60 hrs. |
| 08/04/12 | Research re FCC tolling agreements and use re pending Tribune complaints and timing to coordinate FCC action. |  |
|  | J. Feore | 0.70 hrs. |
| 08/06/12 | Telephone conference with J. Stenger (counsel for Committee) re FCC next steps (0.2); telephone conference with S. Sheehan re FCC meetings (0.2); review further ownership certifications and possible FCC impact (0.5). |  |
|  | J. Feore | 0.90 hrs. |
| 08/06/12 | Review and analyze FCC implications of pre-emergence proposed |  |

September 25, 2012                                        Page 3

Tribune Company                                          Invoice 562050

| | trading program. | |
|---|---|---|
| | J. Logan | 0.50 hrs. |
| 08/06/12 | Telephone conference with K. Mills re bankruptcy principles governing FCC proofs of claim (0.3); exchange emails with K. Mills re same (0.1); review FCC materials and facts for S. Stone (FCC) call (1.9); telephone conference with E. Washburn to prepare for same (0.3); email 2007 tolling agreements to K. Mills (0.1); telephone conference with S. Stone re FCC Enforcement Bureau complaints list, FCC's pending proofs of claim and tolling agreement principles (0.7); voicemails to E. Washburn and K. Mills re same (0.1). | |
| | M. Swanson | 3.50 hrs. |
| 08/07/12 | Telephone conference with R. Wiley re FCC application and status (0.3); telephone conference with FCC Media Bureau re application amendments (0.5); review proposals for tolling FCC review of complaints (0.5). | |
| | J. Feore | 1.30 hrs. |
| 08/07/12 | Prepare Form 602 draft filing and review and incorporate information from co-proponents (1.4); revise draft Form 602 (0.6). | |
| | J. Logan | 2.00 hrs. |
| 08/07/12 | Edit draft Form 602 for Tribune Company (0.6); prepare exhibits for same (0.8). | |
| | L. McCarty (Practice Group Professional) | 1.40 hrs. |
| 08/08/12 | Revise FCC Form 602. | |
| | C. Burrow | 0.60 hrs. |
| 08/08/12 | Telephone status call with counsel for JPMorgan and Oaktree regarding FCC applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.40 hrs. |
| 08/08/12 | Review filings with FCC re cross-ownership and Tribune waiver requests (0.4); review FCC proposal re resolution of complaints and follow-up procedures (0.4). | |
| | J. Feore | 0.80 hrs. |
| 08/08/12 | Prepare for telephone conference with FCC counsel to co-proponents re review by General Counsel's office and timing of FCC Media Bureau review (0.4); telephone conference with FCC counsel to co-proponents re same (0.5); prepare memorandum re conference with co-counsel  and ex parte from public interest group coalition (0.4); prepare exhibits to draft Form 602 ownership filing (1.2); prepare correspondence to FCC counsel to co-proponents re draft Form 602 filing (0.4). | |
| | J. Logan | 2.90 hrs. |
| 08/08/12 | Edit draft exhibits on Form 602 (Wireless Ownership Report) (1.1); | |

September 25, 2012                                      Page 4

Tribune Company                                        Invoice 562050

| | | |
|---|---|---|
| | edit draft Form 602 (0.8). | |
| | L. McCarty (Practice Group Professional) | 1.90 hrs. |
| 08/08/12 | Email to K. Mills (Sidley) and E. Washburn re S. Stone (FCC) telephone conference (0.2); prepare for and participate in conference call with Wiley and Akin attorneys re FCC applications and status (0.3). | |
| | M. Swanson | 0.50 hrs. |
| 08/09/12 | Work on updates re warrants, Class B stock and FCC reporting (0.5); review FCC proposal re complaints and timing of resolution (0.3); telephone conference with FCC staff re amendment on court action (0.3). | |
| | J. Feore | 1.10 hrs. |
| 08/09/12 | Telephone conference with E. Reed re Form 602 filing and revise information for JPMorgan (0.4); revise Form 602 filing and related exhibits (0.9). | |
| | J. Logan | 1.30 hrs. |
| 08/09/12 | Edit draft Form 602 (0.4); edit exhibits for same (0.5). | |
| | L. McCarty (Practice Group Professional) | 0.90 hrs. |
| 08/09/12 | Telephone conference with E. Washburn re public file issues related to FCC-forwarded closed captioning complaint (0.1); review research re same (0.2). | |
| | M. Swanson | 0.30 hrs. |
| 08/10/12 | Review restructuring applications/FCC grants and issue of further amendments for exit applications (0.4); review issue of further ownership certifications and updates for FCC (0.4). | |
| | J. Feore | 0.80 hrs. |
| 08/10/12 | Review FCC Form 602 filing issues. | |
| | J. Logan | 0.50 hrs. |
| 08/10/12 | Review research re public files/cc issue (0.1); telephone conference with E. Washburn re same (0.1). | |
| | M. Swanson | 0.20 hrs. |
| 08/13/12 | Email with Sidley re open FCC issues. | |
| | C. Burrow | 0.40 hrs. |
| 08/13/12 | Telephone conference with FCC Media Bureau re application processing issues (0.3); review proposed agreement for FCC pending complaint process (0.3); review remaining ungranted applications for restructuring (0.2). | |
| | J. Feore | 0.80 hrs. |
| 08/13/12 | Prepare correspondence to FCC counsel to co-proponents re confirmation of information for Form 602 submission (0.4); prepare correspondence to J. Langdon (Sidley) responding to questions re application status (0.2); review issues re status of satellite | |

September 25, 2012                                          Page 5

Tribune Company                                                      Invoice 562050

|            | applications and FCC partial grants (0.3). | |
|------------|---------------------------------------------|---|
|            | J. Logan | 0.90 hrs. |
| 08/13/12   | Research FCC actions on pro forma earth station licenses (2.7); prepare documentation re same (2.8); review and respond to client correspondence re regulatory fees (0.2). | |
|            | L. McCarty (Practice Group Professional) | 5.70 hrs. |
| 08/14/12   | Review FCC application filing for wireless licenses and JPMorgan update (0.4); work on issues relating to FCC claims and pending programming complaints against Tribune (0.6). | |
|            | J. Feore | 1.00 hrs. |
| 08/14/12   | Review discrepancies in satellite grants and draft chart for FCC (0.5); telephone conference with K. Kensinger (FCC) re apparent discrepancies in satellite grants (0.2); prepare follow-up correspondence to K. Kensinger (FCC) re apparent discrepancies in satellite grants received to date (0.4). | |
|            | J. Logan | 1.10 hrs. |
| 08/14/12   | Edit draft ES chart (0.9); telephone conference with FCC staff re FCC action on Step 1 pro forma applications (0.6). | |
|            | L. McCarty (Practice Group Professional) | 1.50 hrs. |
| 08/14/12   | Telephone conference with M. Stern (K&L Gates) re status of exit applications (0.1); email to client re regulatory fee deadline (0.1). | |
|            | M. Swanson | 0.20 hrs. |
| 08/15/12   | Telephone conference with counsel for JPMorgan and Oaktree Capital Partners regarding progress of FCC applications to assign broadcast licenses in bankruptcy. | |
|            | J. Rademacher | 0.50 hrs. |
| 08/15/12   | Telephone conference with counsel for JPMorgan re follow-up at FCC (0.2); review further amendments re restructuring and updates to non-broadcast licenses (0.6). | |
|            | J. Feore | 0.80 hrs. |
| 08/15/12   | Prepare for telephone conference with FCC counsel to co-proponents (0.3); telephone conference with FCC counsel to co-proponents re status of General Counsel's Office review of proposed order and potential for further adverse filings (0.3); telephone conference with E. Reed (FCC counsel to JPMorgan) re further changes in portions of Form 602 filing relating to JPMorgan (0.5). | |
|            | J. Logan | 1.10 hrs. |
| 08/15/12   | Edit draft Form 602. | |
|            | L. McCarty (Practice Group Professional) | 0.30 hrs. |
| 08/15/12   | Email exchange with S. Stone (FCC) re status of her draft of tolling agreement (0.1); prepare for and participate in conference call with Akin and Wiley attorneys re status of FCC processing of exit applications (0.3). | |

Tribune Company                                                 Invoice 562050

| | | |
|---|---|---|
| | M. Swanson | 0.40 hrs. |
| 08/16/12 | Review final FCC applications and non-broadcast filings re restructuring efforts (0.4); telephone conference with FCC Media Bureau re status report (0.2); review possible updates to ownership waiver requests (0.7). | |
| | J. Feore | 1.30 hrs. |
| 08/16/12 | Perform final review of and file FCC Form 602 application. | |
| | J. Logan | 0.40 hrs. |
| 08/16/12 | Edit draft Form 602 (0.2); finalize and submit form 602 (0.2); research status of pro forma satellite license applications (0.8). | |
| | L. McCarty (Practice Group Professional) | 1.20 hrs. |
| 08/17/12 | Review status of FCC grants for restructuring (0.7); email with Sidley re FCC process (0.5). | |
| | C. Burrow | 1.20 hrs. |
| 08/17/12 | Telephone conference with counsel for creditors re court hearing and decision re Plan approval (0.2); telephone conference with FCC staff re court hearing (0.2). | |
| | J. Feore | 0.40 hrs. |
| 08/17/12 | Research re status of pending pro forma earth station applications (0.8); telephone conference with FCC staff re same (0.3). | |
| | L. McCarty (Practice Group Professional) | 1.10 hrs. |
| 08/17/12 | Telephone conference with S. Stone (FCC) re Enforcement Bureau status. | |
| | M. Swanson | 0.20 hrs. |
| 08/20/12 | Review issues re outstanding FCC restructuring transaction approvals (0.4); telephone conference and correspondence with Sidley re same (0.5). | |
| | C. Burrow | 0.90 hrs. |
| 08/20/12 | Telephone conference with R. Wiley re FCC application processing and timing updates (0.2); review remaining issues on FCC complaint resolution and timing of tolling agreements (0.4). | |
| | J. Feore | 0.60 hrs. |
| 08/21/12 | Review re bankruptcy court status and effect on FCC timeline. | |
| | M. Swanson | 0.20 hrs. |
| 08/22/12 | Review court order on stay for impact on FCC decision process (0.9); email with Sidley re same (0.7). | |
| | C. Burrow | 1.60 hrs. |
| 08/22/12 | Analysis of FCC issues regarding Bankruptcy Court order granting stay and requiring posting of $1.5 billion bond. | |
| | J. Rademacher | 0.50 hrs. |
| 08/22/12 | Review court order and impact re FCC action and timing (0.9); | |

Tribune Company                                                    Invoice 562050

|  |  |  |
|---|---|---|
|  | telephone conference with counsel for creditors re next steps (0.5). | |
|  | J. Feore | 1.40 hrs. |
| 08/23/12 | Prepare FCC notice re court decision on stay. | |
|  | C. Burrow | 1.30 hrs. |
| 08/23/12 | Telephone conferences with S. Sheehan and D. Liebentritt re FCC actions and filings in light of court order (0.9); work on FCC filing letter and update (0.8). | |
|  | J. Feore | 1.70 hrs. |
| 08/23/12 | Review Bankruptcy Court order and memorandum re timing and FCC-related issues (0.7); prepare and revise letter to FCC staff as ex parte presentation re bankruptcy court action (0.9); prepare correspondence to FCC staff re Bankruptcy Court order and memorandum (0.4); prepare correspondence to counsel to petitioners to deny re ex parte presentation concerning Bankruptcy Court order (0.3). | |
|  | J. Logan | 2.30 hrs. |
| 08/24/12 | Review and analysis of issues regarding public interest groups' supplement to opposition to Tribune applications to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 0.80 hrs. |
| 08/24/12 | Telephone conference with FCC staff re FCC applications and processing issues (0.3); review status of FCC proofs of claim and complaint procedures (0.4); research re FCC applications and follow-up meetings (0.4); review petition to deny supplement and memorandum (0.8). | |
|  | J. Feore | 1.90 hrs. |
| 08/24/12 | Review issues re resolution of pending complaints to permit grant of exit applications (0.6); review and analyze supplement from public interest proponents (1.4); prepare summary and analysis of public interest group supplement (1.1). | |
|  | J. Logan | 3.10 hrs. |
| 08/24/12 | Email to S. Stone (FCC) re Tribune ex parte filing re bankruptcy decision (0.1); review re J. Stenger (Chadbourne) interest in Enforcement Bureau complaints (0.3); telephone conference with E. Washburn re Enforcement Bureau status (0.2); review public interest party filing (1.0); voicemail to E. Washburn re same (0.1). | |
|  | M. Swanson | 1.70 hrs. |
| 08/25/12 | Review renewed petition filed at FCC re exit applications (1.0); research re possible outline of response to FCC (0.6); review court filings and briefing schedules re FCC timelines (0.5). | |
|  | J. Feore | 2.10 hrs. |
| 08/26/12 | Review public interest parties' 2010 petition to deny to craft response to their updated filing. | |

Tribune Company                                                              Invoice 562050

|  |  |  |
|---|---|---|
|  | M. Swanson | 0.20 hrs. |

| 08/27/12 | Telephone conference with co-proponent's FCC counsel re response to objectors' additional FCC filing (0.5); prepare response re same (0.9); prepare FCC update re court order on Aurelius request for stay (0.9). | |
|  | C. Burrow | 2.30 hrs. |

| 08/27/12 | Telephone conference with D. Wiley, E. Reed, J. Bayes, W. Johnsen (counsel for JPMorgan) and T. Davidson (counsel for Oaktree) regarding public interest groups' renewed opposition to FCC applications to assign broadcast licenses in bankruptcy (0.7); preparation of reply to public interest groups' renewed opposition to FCC applications to assign broadcast licenses in bankruptcy (3.2); research regarding same (1.8). | |
|  | J. Rademacher | 5.70 hrs. |

| 08/27/12 | Telephone conference with R. Wiley and T. Davidson re FCC application and processing issues (0.5); telephone conference with J. Stenger re petitioner's letter and response (0.5); telephone conference with S. Sheehan and D. Liebentritt re court order and FCC report (0.6); work on response to letter re waiver requests (0.9). | |
|  | J. Feore | 2.50 hrs. |

| 08/27/12 | Prepare for telephone conference with FCC counsel to co-proponents re bankruptcy court order (0.4); telephone conference with J. Bayes, E. Reed, R. Wiley and T. Davidson (FCC counsel to co-proponents) re effect of bankruptcy court order on timing of processing (0.4); review and analyze order from District Court re Aurelius emergency motion relating to deposit requirement for stay (0.6); prepare letter to FCC staff re District Court order disposing of Aurelius "emergency motion" (0.7). | |
|  | J. Logan | 2.10 hrs. |

| 08/27/12 | Email to S. Stone (FCC) re Tribune ex parte submission (0.1); email to E. Washburn and C. Sennett re court ruling (0.1); email exchange with S. Stone re tolling agreement status (0.1); research re response to public interest ex parte letter (1.4); prepare for and telephone conference with Akin and Wiley lawyers re same (0.9); telephone conference with J. Stenger (Chadbourne) re Enforcement Bureau issues (0.6). | |
|  | M. Swanson | 3.20 hrs. |

| 08/28/12 | Research re response to objectors' additional FCC filing. | |
|  | C. Burrow | 0.90 hrs. |

| 08/28/12 | Preparation of response to supplemental opposition of public interest groups to applications to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 2.10 hrs. |

| 08/28/12 | Telephone conference with J. Stenger and D. Deutsch re update on court action and FCC processes (0.5); review and revise report on | |

Tribune Company

court orders (0.6); telephone conference with FCC staff re processing issues (0.3); telephone conference with R. Wiley re court order (0.3); review FCC stipulation re FCC claims on television stations (0.8); work on draft response to letter petition (0.9).

J. Feore                                                    3.40 hrs.

08/28/12    Prepare ex parte notice re District Court order (0.7); prepare correspondence to FCC staff re ex parte filing (0.2); prepare correspondence to petitioners to deny re ex parte filing (0.4); research and analyze response to public interest group petitioners (1.3); prepare draft response to issues in supplementary response by petitioners to deny (1.2).

J. Logan                                                    3.80 hrs.

08/28/12    Review re public interest parties' ex parte letter (0.1); review re FCC draft stipulation (1.0); telephone conference with J. Gee (FCC) re Enforcement Bureau complaint status (0.2); telephone conferences with N. Ory (Lerman) re Citadel challenge to complaint statute of limitations (0.3); review and revise Wiley draft of partial response to public interest parties (1.3).

M. Swanson                                                  2.90 hrs.

08/29/12    Prepare insert to response to objectors' additional FCC filing.

C. Burrow                                                   1.70 hrs.

08/29/12    Preparation of response to supplemental opposition of public interest groups to applications to assign broadcast licenses in bankruptcy (4.4); telephone conference with counsel for lenders JPMorgan and Oaktree regarding progress of FCC proceeding addressing same(0.4).

J. Rademacher                                              4.80 hrs.

08/29/12    Telephone conference with J. Stenger re court actions and FCC follow-up (0.3); telephone conference with S. Sheehan re FCC next steps (0.3); telephone conference with D. Eldersveld re FCC processing and updates (0.3); telephone conference with FCC staff re applications (0.4); work on pleading re public interest filing (0.9); research re resolution of FCC complaints issue (0.6).

J. Feore                                                    2.80 hrs.

08/29/12    Revise draft section for response to public interest group filing to supplement petitions to deny (1.2); prepare for telephone conference with FCC counsel to co-proponents (0.3); telephone conference with FCC counsel to co-proponents re status of FCC processing, prospect of further adverse findings and response to public interest group filing (0.5).

J. Logan                                                    2.00 hrs.

08/29/12    Research re July amendments.

L. McCarty (Practice Group Professional)                   0.60 hrs.

08/29/12    Telephone conference with Wiley and Akin attorneys re response to

September 25, 2012                                     Page 10

Tribune Company                                       Invoice 562050

|  |  |  |
|---|---|---|
|  | public interest ex parte letter, status of FCC applications and status of bankruptcy challenges (0.3); research re Journatic (0.5); telephone conference with C. Sennett, K. Flax and V. Cassanova re same (0.6); research and revise Tribune's response to public interest ex parte letter (10.3); email to E. Washburn re draft ex parte response letter (0.3). |  |
|  | M. Swanson | 12.00 hrs. |
| 08/30/12 | Preparation of response to supplemental opposition of public interest groups to applications to assign broadcast licenses in bankruptcy (3.8); preparation of correspondence with lenders' counsel regarding same (0.2); preparation of correspondence with C. Sennett and E. Washburn regarding same (0.1). |  |
|  | J. Rademacher | 4.10 hrs. |
| 08/30/12 | Telephone conference with J. Stenger re FCC application processing (0.4); telephone conference with S. Sheehan re FCC timing issues (0.4); telephone conference re court proceedings and update with FCC (0.2); work on response to petitioner's letter at FCC (0.9); research re FCC action following court action (0.6). |  |
|  | J. Feore | 2.50 hrs. |
| 08/30/12 | Review draft response to filing of public interest group. |  |
|  | J. Logan | 0.70 hrs. |
| 08/30/12 | Revise pleading responsive to public interest ex parte filing (3.8); review re stipulation issues (0.6); exchange emails with C. Sennett re ex parte draft pleading (0.1). |  |
|  | M. Swanson | 4.50 hrs. |
| 08/30/12 | Review and analyze draft FCC stipulation regarding claims. |  |
|  | M. Hays | 0.60 hrs. |
| 08/31/12 | Telephone conference with J. Bayes (counsel for lenders) regarding changes to response to supplemental opposition of public interest groups to applications to assign broadcast licenses in bankruptcy (0.4); analysis of issues regarding proposed revisions by lenders counsel regarding same (0.8). |  |
|  | J. Rademacher | 1.20 hrs. |
| 08/31/12 | Telephone conference with FCC staff re update on court decisions (0.3); revise response petitioners' letter to FCC (0.8). |  |
|  | J. Feore | 1.10 hrs. |
| 08/31/12 | Telephone conference with and prepare correspondence to T. Davidson (Akin Gump) re current ownership disclosures in FCC filings. |  |
|  | J. Logan | 0.30 hrs. |
| 08/31/12 | Review re stipulation changes required by litigation (0.3); review re creditors' suggested changes to pleading (0.3). |  |
|  | M. Swanson | 0.60 hrs. |

September 25, 2012                                              Page 11

Tribune Company                                        Invoice 562050
08/31/12        Analyze issues regarding draft FCC stipulation.
                M. Hays                                  0.30 hrs.

### BILLING SUMMARY

|              | Hours  |
|--------------|--------|
| BURROW       | 11.60  |
| FEORE        | 35.40  |
| HAYS         | 0.90   |
| LOGAN        | 31.00  |
| SWANSON      | 31.50  |
| RADEMACHER   | 20.10  |
| MCCARTY      | 16.90  |
| TOTAL        | 147.40 |

Fees for Professional Services ............................................................ $        88,700.00

|          |                                          |   |        |
|----------|------------------------------------------|---|--------|
|          | COURIER SERVICE                          | $ | 91.50  |
|          | REPRODUCTION                             | $ | 10.50  |
|          | TELEPHONE                                | $ | 7.68   |
| 07/27/12 | John Feore inv#ERJRF072712 - parking     | $ | 18.00  |

Total Reimbursable Costs ................................................................ $        127.68
Total Current Billing for This File ..................................................... $      88,827.68

Our File # 08656.0101          For Services Through August 31, 2012
Retention and Fee Applications

08/01/12          Research and preparation of response to fee examiner's preliminary
                  report regarding ninth interim fee application.
                  C. Meazell                              1.60 hrs.

08/02/12          Research and preparation of response to fee examiner's preliminary
                  report regarding ninth interim fee application (3.2); correspondence
                  with fee examiner regarding same (0.2).
                  C. Meazell                              3.40 hrs.

08/03/12          Review and update projections for Alvarez.
                  C. Meazell                              0.60 hrs.

08/06/12          Preparation of 38th monthly fee application (1.9); review docket for
                  CONO and related filings (0.2); research regarding final fee
                  application (0.9).

September 25, 2012                                                                                    Page 12

Tribune Company                                                                          Invoice 562050

|            |                                                                                     |           |
|------------|-------------------------------------------------------------------------------------|-----------|
|            | C. Meazell                                                                          | 3.00 hrs. |
| 08/07/12   | Correspondence with E. Washburn regarding 38th monthly fee application.             |           |
|            | C. Meazell                                                                          | 0.20 hrs. |
| 08/17/12   | Preparation of 38th monthly fee application.                                        |           |
|            | C. Meazell                                                                          | 1.80 hrs. |
| 08/24/12   | Preparation of 38th monthly fee application.                                        |           |
|            | C. Meazell                                                                          | 2.60 hrs. |
| 08/27/12   | Finalize 38th monthly fee application (2.5); correspondence with Delaware counsel regarding filing of same (0.2). |           |
|            | C. Meazell                                                                          | 2.70 hrs. |
| 08/28/12   | Revise final 38th monthly fee application (0.6); correspondence with Delaware counsel regarding filing of same (0.2). |           |
|            | C. Meazell                                                                          | 0.80 hrs. |
| 08/29/12   | Revise and confidentiality review for fee application materials.                    |           |
|            | C. Meazell                                                                          | 0.80 hrs. |
| 08/31/12   | Correspondence with fee examiner regarding 38th monthly fee application.            |           |
|            | C. Meazell                                                                          | 0.30 hrs. |

BILLING SUMMARY

|          | Hours  |
|----------|--------|
| MEAZELL  | 17.80  |
| TOTAL    | 17.80  |

Fees for Professional Services ........................................................................ $        8,010.00

Total Current Billing for This File................................................................ $        8,010.00


Our File # 08656.0104            For Services Through August 31, 2012
Broadcast Contracts


| 08/01/12 | Analysis regarding MFN issues in connection with rates charged to Canadian cable operators. |           |
|----------|---------------------------------------------------------------------------------------------|-----------|
|          | D. Wittenstein                                                                              | 0.20 hrs. |
| 08/01/12 | Analyze retransmission agreements with Canadian cable operators and MFNs with Charter and Cablevision re potential violation of |           |

September 25, 2012                                                                Page 13

Tribune Company                                                          Invoice 562050

| | | |
|---|---|---|
| | MFN (1.3); prepare email to K. Connor re unresponsive cable operators (0.3); conference call with K. Connor re MFN issues with Canadian cable operators and Cablevision negotiations (1.1); telephone call with counsel for Univision re FCC retransmission complaint against TV Max (0.4); prepare extension of Cablevision agreement for carriage of WGN America on Bresnan systems (0.5). | |
| | R. Folliard III | 3.60 hrs. |
| 08/02/12 | Analyze retransmission consent complaint filed by Post-Newsweek against TV Max. | |
| | R. Folliard III | 0.10 hrs. |
| 08/06/12 | Prepare chart regarding provisions of affiliation and retransmission consent agreements. | |
| | D. Teslik | 0.60 hrs. |
| 08/06/12 | Telephone conference with L. Gardner regarding possible programming strategies. | |
| | D. Wittenstein | 0.40 hrs. |
| 08/06/12 | Review Hart Cable channel position change proposal (0.4); draft letter to Hart re same (0.9); email same to K. Connor (0.2). | |
| | K. Stotler | 1.50 hrs. |
| 08/06/12 | Revise letter to Hart Cable re channel position rights for WGN America. | |
| | R. Folliard III | 0.20 hrs. |
| 08/07/12 | Prepare chart regarding provisions of affiliation and retransmission consent agreements. | |
| | D. Teslik | 1.70 hrs. |
| 08/08/12 | Prepare chart regarding provisions of affiliation and retransmission consent agreements. | |
| | D. Teslik | 2.00 hrs. |
| 08/08/12 | Prepare retransmission without consent complaint against TVMax. | |
| | K. Stotler | 4.50 hrs. |
| 08/09/12 | Prepare chart regarding provisions of affiliation and retransmission consent agreements. | |
| | D. Teslik | 1.20 hrs. |
| 08/09/12 | Review letter from Cablevision asserting tying claim (0.3); prepare email response re sane (0.7). | |
| | J. Erkmann | 0.50 hrs. |
| 08/09/12 | Review status of Cablevision carriage negotiations (0.3); review letter from Cablevision counsel (0.2). | |
| | J. Feore | 0.50 hrs. |
| 08/09/12 | Revise retransmission without consent complaint against TVMax. | |
| | K. Stotler | 1.00 hrs. |

Tribune Company                                                           Invoice 562050

| 08/09/12 | Analyze letter from Cablevision re tying claim for WPIX(TV) and WTIC-TV. | |
| | R. Folliard III | 0.20 hrs. |

| 08/09/12 | Review cease and desist letter regarding alleged tying conduct in retransmission consent negotiations (0.4); analysis of related antitrust issues (0.5). | |
| | S. Dailard | 0.90 hrs. |

| 08/10/12 | Prepare correspondence regarding KWGN/CenturyLink retransmission consent agreement. | |
| | D. Teslik | 0.90 hrs. |

| 08/10/12 | Review tying issues (0.3); research regarding application of tying precedent to retransmission consent (1.5); telephone conference with N. Larsen, G. Mazzaferri, J. Marenghi, et al. regarding Cablevision strategy (1.0). | |
| | J. Erkmann | 2.80 hrs. |

| 08/10/12 | Telephone conference with N. Larsen and Tribune counsel re Cablevision letter and retransmission issues (0.6); review issues of tying and retransmission for multiple program streams (0.3). | |
| | J. Feore | 0.90 hrs. |

| 08/10/12 | Revise complaint against TVMax for retransmission without consent. | |
| | K. Stotler | 1.80 hrs. |

| 08/10/12 | Conference call with N. Larsen, G. Mazzaferri, J. Marenghi, et al. re antitrust claim by Cablevision and status of Cablevision negotiations (1.3); research re antitrust claims of tying in prior retransmission proceedings at the FCC (1.0); research re tactics used in Cablevision/Fox retransmission dispute (0.8); prepare FCC complaint against TV Max for carriage of KIAH(TV) without consent (0.2); prepare email to FCC re failure to settle retransmission dispute with Crystal Cable and request to process complaint (0.5); prepare email to K. Connor re status of retransmission complaints against operators that are carrying Tribune stations without consent (0.6). | |
| | R. Folliard III | 4.40 hrs. |

| 08/11/12 | Review issues of retransmission and tying claims of Cablevision and appropriate response (0.4); research re court decisions on issue (0.4). | |
| | J. Feore | 0.80 hrs. |

| 08/12/12 | Revise chart regarding provisions of affiliation and retransmission agreements. | |
| | D. Teslik | 1.70 hrs. |

| 08/13/12 | Research and analysis regarding retransmission consent dispute and allegations of antitrust and tying arrangements (0.6); prepare letter to Cablevision Systems regarding retransmission consent dispute and | |

Tribune Company                                                              Invoice 562050

|  | allegations of antitrust and tying arrangements (0.4). | |
|---|---|---|
|  | D. Wittenstein | 1.00 hrs. |
| 08/13/12 | Review and revise draft letter response to Cablevision claim re retransmission negotiations (0.6); review status of retransmission negotiations and issues re network exclusivity (0.3). | |
|  | J. Feore | 0.90 hrs. |
| 08/13/12 | Finalize complaint against TVMax for retransmission without consent. | |
|  | K. Stotler | 2.50 hrs. |
| 08/13/12 | Research re network non-duplication requirements for MyNetwork affiliates (0.1); prepare email to J. Roberts re same (0.1); analyze letter to Cablevision re tying claims (0.3); revise letter to Cablevision re same (0.3). | |
|  | R. Folliard III | 0.80 hrs. |
| 08/14/12 | Prepare correspondence regarding KWGN-Cablevision retransmission consent agreement. | |
|  | D. Teslik | 0.20 hrs. |
| 08/14/12 | Review Cablevision counter-offer and comparison with retransmission proposal (0.5); conference with N. Larsen re perfecting of exclusivity rights (0.3). | |
|  | J. Feore | 0.80 hrs. |
| 08/14/12 | Telephone call with J. Marenghi re counter-offer by Cablevision (0.1); analyze Cablevision counter-offer (0.4); prepare summary of Tribune offer and Cablevision counter-offer (2.1). | |
|  | R. Folliard III | 2.60 hrs. |
| 08/15/12 | Prepare form syndicated exclusivity notices. | |
|  | D. Teslik | 0.50 hrs. |
| 08/15/12 | Telephone conference with N. Larsen and G. Mazzaferri re Cablevision counter-offer, open issues and likely extension. | |
|  | J. Feore | 0.80 hrs. |
| 08/15/12 | Conference call with FCC staff re complaint against Crystal Cable (0.3); conference call with Tribune re Cablevision counter offer (0.7); conference call with Tribune re response to Cablevision counter (1.2); prepare counter proposal for Cablevision (1.2). | |
|  | R. Folliard III | 3.40 hrs. |
| 08/15/12 | Prepare email to J. Roberts re syndication request for Tribune stations. | |
|  | R. Folliard III | 0.10 hrs. |
| 08/16/12 | Review proposals and counterproposals re Cablevision carriage and FCC issues re taking signals off the systems. | |
|  | J. Feore | 0.40 hrs. |

Tribune Company                                                                      Invoice 562050

| 08/16/12 | Revise Cablevision term sheet (2.1); telephone call with G. Mazzaferri re Cablevision term sheet (0.3); conference call with working group re Cablevision negotiations (1.2); prepare extension letter for Cablevision (0.8). | |
|---|---|---|
| | R. Folliard III | 4.40 hrs. |
| 08/17/12 | Telephone conference with N. Larsen and Tribune officials re response to Cablevision, note to FCC and possible counter-offers (0.7); review draft email and message to FCC (0.3). | |
| | J. Feore | 1.00 hrs. |
| 08/17/12 | Conference call with N. Larsen, G. Mazzaferri, J. Marenghi, et al. re Cablevision dispute (1.5); telephone call with K. Connor re retransmission disputes with smaller operators (0.2); research re Cablevision responses to Tribune re dropping stations (1.1); prepare email to FCC staff re status of retransmission dispute with Cablevision (0.8); analyze Cablevision counter offer (0.5); analyze extension offers for Cablevision and continued carriage of WTIC-TV and WGN America (0.5). | |
| | R. Folliard III | 4.60 hrs. |
| 08/18/12 | Review resolution of FCC complaints re tolling agreements and updates re FCC sign-off (0.5); review timing issues for FCC Media Bureau order (0.2). | |
| | J. Feore | 0.70 hrs. |
| 08/19/12 | Prepare email to K. Connor analyzing response from Hart Cable re carriage of WGN America. | |
| | R. Folliard III | 0.10 hrs. |
| 08/20/12 | Telephone conference with T. Davidson re Oaktree and Angelo Gordon contracts re Cablevision dispute (0.4); review offers and counter-offers re carriage (0.4); telephone conference with N. Larsen and G. Mazzaferri re Cablevision negotiations (0.6). | |
| | J. Feore | 1.40 hrs. |
| 08/20/12 | Conference call re Cablevision strategy and responding to counterproposal (1.3); analyze Cablevision second counterproposal (0.5); prepare new offer for Cablevision (1.9); revise Cablevision proposal to reflect second Cablevision offer (1.0); research re status of potential FCC complaint against Tribune by Cablevision (0.2); prepare email to Crystal Cable re settlement with Tribune (0.1); analyze letter from Wave Broadband re sale of systems (0.2). | |
| | R. Folliard III | 5.20 hrs. |
| 08/21/12 | Review Cablevision proposal and possible FCC issues. | |
| | J. Feore | 0.50 hrs. |
| 08/21/12 | Prepare letters terminating autorenewals for various WGN America agreements (0.2); analyze payment obligations to Fox for Cablevision subscribers under the new retransmission agreement (0.2); conference call re revised term sheet for Cablevision (0.9); | |

Tribune Company

|  |  |  |
|---|---|---|
|  | prepare revised term sheet for Cablevision (2.0); prepare email to FCC re settlement with Crystal Cable (0.1). |  |
|  | R. Folliard III | 3.40 hrs. |
| 08/22/12 | Telephone conference with L. Gardner regarding programming strategies (0.3; analysis regarding programming strategies (0.3); analysis regarding retransmission consent dispute with Cablevision (0.3). |  |
|  | D. Wittenstein | 0.90 hrs. |
| 08/22/12 | Review Cablevision carriage issues and report to FCC (0.4); review possible advertisements and promotional announcements re Cablevision issues (0.5). |  |
|  | J. Feore | 0.90 hrs. |
| 08/22/12 | Prepare emails to FCC staff re retransmission consent complaint against Crystal Cable (0.2); analyze counter-offer from Crystal for WXMI(TV) (0.1); prepare email to K. Connor re Crystal Cable (0.1); analyze proposed commercial urging Cablevision subscribers to switch (0.3); prepare email re Cablevision commercial (0.3); research re statements by Cablevision re Tribune negotiations (0.1). |  |
|  | R. Folliard III | 1.10 hrs. |
| 08/23/12 | Prepare correspondence regarding Alaska MVPDs and KCPQ. |  |
|  | D. Teslik | 0.30 hrs. |
| 08/23/12 | Review Cablevision matter and draft press release (0.5); review possible FCC filings and letter re carriage and extension (0.5). |  |
|  | J. Feore | 1.00 hrs. |
| 08/23/12 | Conference call with K. Connor re revised system language and divestiture language for retransmission agreement (0.7); prepare revised system and divestiture language in term sheet (0.4); prepare chart of impact of affiliation changes on all retransmission agreements paying fees (2.6); prepare email re strategy for negotiating with Crystal Cable (0.1); telephone call with K. Connor re unresolved retransmission agreements (1.0); review and revise press release for Cablevision dropping WTIC-TV (0.3); research re status of negotiations and unresolved issues with Cablevision (0.1). |  |
|  | R. Folliard III | 5.20 hrs. |
| 08/24/12 | Analysis regarding programming options (0.5); analysis regarding Cablevision retransmission consent agreement (0.6). |  |
|  | D. Wittenstein | 1.10 hrs. |
| 08/24/12 | Review draft releases and counter-proposals re Cablevision carriage. |  |
|  | J. Feore | 0.50 hrs. |
| 08/24/12 | Conference call with working group re preparations for going dark on Cablevision (0.8); telephone call with G. Mazziferri re Dish Network agreement (0.2); review Cablevision counter-proposal (0.2); conference call re response to Cablevision counter proposal (1.5); prepare revised offer for Cablevision (2.7); telephone call with |  |

September 25, 2012                                                    Page 18

Tribune Company                                                    Invoice 562050

|  |  |  |
|---|---|---|
|  | K. Connor re Cablevision negotiations and other retransmission issues (0.6); prepare letter extending retransmission consent grant for Cablevision (0.3). |  |
|  | R. Folliard III | 6.30 hrs. |
| 08/25/12 | Review status actions re Cablevision and FCC next steps (0.6); research re possible counter-offer and FCC impact (0.4). |  |
|  | J. Feore | 1.00 hrs. |
| 08/27/12 | Analysis regarding possible programming arrangement. |  |
|  | D. Wittenstein | 0.20 hrs. |
| 08/27/12 | Prepare email to FCC staff re status of Cablevision retransmission negotiations. |  |
|  | R. Folliard III | 0.20 hrs. |
| 08/28/12 | Telephone conference with N. Larson and L. Gardner regarding programming (1.1); analysis regarding programming deal (0.5). |  |
|  | D. Wittenstein | 1.60 hrs. |
| 08/28/12 | Analyze issues with superstation (0.2); prepare term sheet for Dish Network (1.1). |  |
|  | R. Folliard III | 1.30 hrs. |
| 08/29/12 | Review programming deal. |  |
|  | D. Wittenstein | 0.20 hrs. |
| 08/29/12 | Review Cablevision response to counterproposal (0.2); research re issues in a possible bad faith negotiating complaint (0.4). |  |
|  | J. Feore | 0.60 hrs. |
| 08/29/12 | Analyze letter from Cablevision accusing Tribune of illegally tying retransmission consent for WTIC-TV with Tribune stations (0.1); prepare email to C. Sennett re responding to Cablevision for purposes of potential good faith complaint against Cablevision (0.2). |  |
|  | R. Folliard III | 0.30 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| DAILARD | 0.90 |
| FEORE | 12.70 |
| WITTENSTEIN | 5.60 |
| ERKMANN | 3.30 |
| FOLLIARD III | 47.50 |
| STOTLER | 11.30 |
| TESLIK | 9.10 |
| TOTAL | 90.40 |

Fees for Professional Services .......................................................................... $        40,867.00

September 25, 2012                                                            Page 19

Tribune Company                                                    Invoice 562050

    TELEPHONE                                    $          34.32

Total Reimbursable Costs ............................................................... $          34.32
Total Current Billing for This File ................................................... $     40,901.32

Our File # 08656.0104:001          For Services Through August 31, 2012
Fox and Network Agreements

| 08/01/12 | Prepare email to C. Sennet re network non-duplication requirements for Fox stations. | |
| | R. Folliard III | 0.10 hrs. |
| 08/10/12 | Telephone call with G. Mazzaferri re Fox out-of-market letter. | |
| | M. Nagle | 0.40 hrs. |
| 08/11/12 | Revise and distribute revised out-of-market letter. | |
| | M. Nagle | 0.40 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| NAGLE | 0.80 |
| FOLLIARD III | 0.10 |
| TOTAL | 0.90 |

Fees for Professional Services ......................................................... $         399.00
Total Current Billing for This File ................................................... $         399.00

Total Current Billing for This Invoice ............................................. $     138,138.00

# ☒ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

---

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

September 25, 2012

Tribune Company                                                    Invoice 562050
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through August 31, 2012
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................ $          88,827.68

Our File # 08656.0101          For Services Through August 31, 2012
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................ $            8,010.00

Our File # 08656.0104          For Services Through August 31, 2012
Broadcast Contracts
    Total Current Billing for This Invoice ............................................................ $          40,901.32

Our File # 08656.0104:001      For Services Through August 31, 2012
Fox and Network Agreements
    Total Current Billing for This Invoice ............................................................ $               399.00

    Total Current Billing for This Invoice ............................................................ $        138,138.00

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## AUGUST 1 - AUGUST 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---:|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 10.50 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 91.50 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 18.00 |
| Lexis Research Service | Lexis | 0.00 |
| Research Service | Westlaw | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | Lasership - FCC | 0.00 |
| Messenger Services | Washington Express | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | BIA | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 0.00 |
| Telephone Tolls | | 42.00 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |

**Total**                                                                    **162.00**

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.