# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** October 4, 2012

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew McGuirk | Landis Rath & Cobb | Committee |
| Jeff Gossig | Bouchard Margules | Chadler Bigelow |
| Steve Flossheim | Sperling + Slater | Chadler Bigelow |
| Mark Minuti | Saul Ewing LLP | Kenneth N. Klee, Examiner |
| Norman Pernick | Cole Schotz | Debtor |
| Games Bendernagel | Sidley | " |
| Kevin Lantry | " | " |
| Ka??? Mayer | McCarter & English | DBTCA |
| Leigh-Anne Raport | Ashby & Geddes | Aurelius |
| David Klauder | U.S. Trustee | U.S. Trustee |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey

#5

Calendar Date: 10/04/2012
Calendar Time: 10:00 AM ET

2nd Revision 10/04/2012 06:09 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 5197663 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5200556 | Martin R. Barash | 310-407-4005 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5199007 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5201322 | Randall Chase | (302) 674-3037 | Associated Press | Interested Party, Associated Press / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5195802 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5199063 | Lawrence J Crain | 312-987-4002 | Greer Burns & Crain | Interested Party, Lawrence Crain / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5197572 | Douglas Deutsch | (212) 408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5198956 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5199039 | Michael Distefano | (212) 408-5539 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5096427 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5181577 | Devon J. Eggert | (312) 360-6378 | Freeborn & Peters LLP | Interested Party, Mercer US, Inc. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5194829 | Laura J. Eisele | (248) 204-0675 | AlixPartners, LLC ( ALL OFFICES ) | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5196089 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |

Peggy Drasal ext. 802                                CourtConfCal2012                                Page 1 of 5

| Tribune Company | 08-13141 | Hearing | 5195886 | Matthew Frank | 312-371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5197676 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5196465 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 5199004 | Evan Jones | (213) 430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 5197061 | Kenneth N. Klee | (310) 407-4080 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth N. Klee / LIVE |
| Tribune Company | 08-13141 | Hearing | 5196065 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5197586 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5196827 | Angela Libby | (212) 450-4433 | Davis Polk & Wardwell LLP | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5196080 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5197657 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5196312 | Deborah J. Newman | (212) 872-7481 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 5196070 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5197592 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5197557 | Howard Seife | (212) 408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5199000 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 5201298 | Kenneth Smalley | (212) 616-7763 | The Seaport Group | Non-Party, The Seaport Group / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 5197673 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5181361 | David M. Stern | 310-407-4025 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LIVE |
| Tribune Company | 08-13141 | Hearing | 5196181 | Andrew M. Thau | 212-692-5178 | GMP Securities, LLC | Interested Party, GMP Securities, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5093907 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 5197683 | Jason Warsavsky | (212) 883-3832 | Moelis & Company LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5196093 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13171 | Hearing | 5199065 | Andrew Zatz | (212) 819-7825 | White & Case LLP | Creditor, Wells Fargo Bank / LISTEN ONLY |