# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>Chapter 11 |

## NOTICE TO BE REMOVED FROM SERVICE AND ELECTRONIC NOTICE LISTS

PLEASE TAKE NOTICE that the undersigned hereby requests to be removed from all notice, service and electronic filing lists in this case.

Please remove the following email address: jfiorella@archerlaw.com.

Dated: October 3, 2012  
       Wilmington, Delaware

By: /s/ John V. Fiorella  
John V. Fiorella (DE No. 4330)  
ARCHER & GREINER  
A Professional Corporation  
300 Delaware Avenue, Suite 1370  
Wilmington, DE 19801  
Telephone: 302-777-4350  
Facsimile: 302-777-4352  
Email: jfiorella@archerlaw.com

8944038v1