# Schedule 1

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 60: SCHEDULE I

|   | NAME | EXHIBIT |
|---|------|---------|
| 1 | CARBONARA, KAREN A<br>2356 RIDGE DRIVE<br>HELLERTOWN, PA 18055 | D |
| 2 | INDY RADIO LLC<br>201 DEER TRACE CT<br>PITTSBORO, IN 46167-9194 | B |
| 3 | MESA CONSOLIDATED WATER DISTRICT<br>PAYMENT PROCESSING CENTER<br>P O BOX 515474<br>LOS ANGELES, CA 90051-6774 | B |
| 4 | PABLO ALVAREZ<br>3409 HOLLYDALE DRIVE<br>LOS ANGELES, CA 90039 | A |
| 5 | REY & REY PRODUCE INC - MANUEL AND<br>ELIZABETH REYNOSO, H&W, JT,<br>POBOX 21304<br>LOS ANGELES, CA 90021 | E |
| 6 | SINGH, SATNAM<br>P.O. BOX 305<br>LA PUENTE, CA 91747 | C |
| 7 | ST MARTIN, CHRISTIE<br>40 GREENCROFT CRESCENT<br>MARKHAM, ON L3R 3Y5<br>CANADA | A |
| 8 | STEEL CITY CORPORATION<br>195 E. PARK AVE.<br>NILES, OH 44446 | E |
| 9 | TECHNAVIA PRESS, INC<br>14055 GRAND AVE SOUTH, SUITE G<br>BURNSVILLE, MN 55337 | A |
| 10 | THOMAS, LENORA<br>2040 BROWNING BLVD.<br>LOS ANGELES, CA 90062 | B |
| 11 | THOMAS, MARK F.<br>301 DOVER CIRCLE<br>PALATINE, IL 60067 | A |
| 12 | UNCLAIMED MONIES UNIT  AUSTRALIAN<br>SECURITIES & INVESTMENTS COMMISSION<br>GPO BOX 9827<br>BRISBANE, 4001<br>AUSTRALIA | E |