# EXHIBIT A

## Modified Amount Claims

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 60: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON |
|---|---|---|---|---|---|---|---|---|
| 1 | PABLO ALVAREZ 3409 HOLLYDALE DRIVE LOS ANGELES, CA 90039 | 2709 | 05/11/2009 | KTLA Inc. | Unsecured | Undetermined* | $21,325.90 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors' books and records. |
| 2 | ST MARTIN, CHRISTIE 40 GREENCROFT CRESCENT MARKHAM, ON L3R 3Y5 CANADA | 2012 | 04/28/2009 | † Los Angeles Times Communications LLC | Unsecured | $1,500.00 | $1,000.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 3 | TECHNAVIA PRESS, INC 14055 GRAND AVE SOUTH, SUITE G BURNSVILLE, MN 55337 | 6045 | 07/09/2009 | Chicagoland Publishing Company | Unsecured | $3,378.00 | $357.08 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 4 | THOMAS, MARK F. 301 DOVER CIRCLE PALATINE, IL 60067 | 1801 | 04/27/2009 | Tribune Publishing Company | Unsecured | $5,000.00 | $3,000.00 | Claim reduced to reflect maximum amount allowed by Debtors for outplacement services. |
| | | | | | TOTAL | $9,878.00 | $25,682.98 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit