# EXHIBIT D

## Reclassified Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 60: EXHIBIT D – RECLASSIFIED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASSIFICATION STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|
| 1 CARBONARA, KAREN A<br>2356 RIDGE DRIVE<br>HELLERTOWN, PA 18055 | 3650 | 06/08/2009 | The Morning Call, Inc. | Secured | $125.00 | Unsecured | $125.00 | No evidence of perfected lien or security interest provided. |
| | | | | TOTAL | $125.00 | TOTAL | $125.00 | |

Page 1 of 1