# EXHIBIT E

## No Liability Claims

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 60: EXHIBIT E – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | REY & REY PRODUCE INC - MANUEL AND ELIZABETH REYNOSO, H&W, JT, POBOX 21304 LOS ANGELES, CA 90021 | 08-13185 | Los Angeles Times Communications LLC | 04/27/2009 | 1795 | $22,560.00 | No liability is owed for the security deposit described in the claim because such deposit was offset entirely against outstanding rental amounts owed by claimant after termination of the sub-lease. |
| 2 | STEEL CITY CORPORATION 195 E. PARK AVE. NILES, OH 44446 | 08-13208 | Sun-Sentinel Company | 02/21/2012 | 7095 | $13,224.32 | No liability owed to claimant per Debtors books and records and duplicates liability asserted in Claim Number 3348. |
| 3 | UNCLAIMED MONIES UNIT AUSTRALIAN SECURITIES & INVESTMENTS COMMISSION GPO BOX 9827 BRISBANE, 4001 AUSTRALIA | 08-13152 | Chicago Tribune Company | 05/04/2009 | 2358 | Undetermined* | Claimant indicated no amounts owed on claim. |
| | | | | | TOTAL | $35,784.32 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts