**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. ____ |

### ORDER SUSTAINING DEBTORS' SIXTIETH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' Sixtieth Omnibus (Substantive) Objection to Claims, by which the Debtors[2] request entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, modifying or expunging the Disputed Claims set forth on Exhibit A, Exhibit B, Exhibit C, Exhibit D, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347);Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

46429/0001-8904992V1

Exhibit E, attached hereto; and upon consideration of the Rodden Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the value of the Modified Amount Claims set forth on the attached Exhibit A is modified to the dollar value listed under the column heading "Modified Amount;" and it is further

ORDERED that the priority of the Modified Priority Claims set forth on the attached Exhibit B is modified to the priority as indicated under the column heading "Modified Priority Status;" and it is further

ORDERED that the priority of the Modified Priority, Modified Debtor Claim set forth on the attached Exhibit C is modified to the priority as indicated under the column heading "Modified Priority Status;" and that such claim is reassigned to the Debtor specified under the column heading "Modified Debtor;" and it is further

ORDERED that the classification of the Reclassified Claim set forth on the attached Exhibit D is modified to the classification and priority as indicated under the column heading "Modified Classification Status;" and it is further

ORDERED that the No Liability Claims set forth on the attached Exhibit E are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       November \_\_\_\_\_, 2012

                                                         The Honorable Kevin J. Carey
                                                         United States Bankruptcy Judge

# EXHIBIT A

## Modified Amount Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 60: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|
| 1 | PABLO ALVAREZ<br>3409 HOLLYDALE DRIVE<br>LOS ANGELES, CA 90039 | 2709 | 05/11/2009 | KTLA Inc. | Unsecured | Undetermined* | $21,325.90 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors' books and records. |
| 2 | ST MARTIN, CHRISTIE<br>40 GREENCROFT CRESCENT<br>MARKHAM, ON L3R 3Y5<br>CANADA | 2012 | 04/28/2009 | † Los Angeles Times Communications LLC | Unsecured | $1,500.00 | $1,000.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 3 | TECHNAVIA PRESS, INC<br>14055 GRAND AVE SOUTH, SUITE G<br>BURNSVILLE, MN 55337 | 6045 | 07/09/2009 | Chicagoland Publishing Company | Unsecured | $3,378.00 | $357.08 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 4 | THOMAS, MARK F.<br>301 DOVER CIRCLE<br>PALATINE, IL 60067 | 1801 | 04/27/2009 | Tribune Publishing Company | Unsecured | $5,000.00 | $3,000.00 | Claim reduced to reflect maximum amount allowed by Debtors for outplacement services. |
| | | | | | TOTAL | $9,878.00 | $25,682.98 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

# EXHIBIT B

## Modified Priority Claims

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 60: EXHIBIT B – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 1 | INDY RADIO LLC<br>201 DEER TRACE CT<br>PITTSBORO, IN<br>46167-9194 | 946 | 04/13/2009 | Tribune Television Company | 503(b)(9) | $680.00 | Unsecured | $680.00 | Claim included services or other non-goods. |
| 2 | MESA CONSOLIDATED WATER DISTRICT PAYMENT PROCESSING CENTER<br>P O BOX 515474<br>LOS ANGELES, CA 90051-6774 | 2957 | 05/18/2009 | Los Angeles Times Communications LLC | 503(b)(9) | $14,241.50 | 503(b)(9)<br>Unsecured<br>Subtotal | $6,216.50<br>$8,025.00<br>$14,241.50 | Goods were received by the Debtor more than 20 days before the Petition Date. |
| 3 | THOMAS, LENORA<br>2040 BROWNING BLVD.<br>LOS ANGELES, CA 90062 | 1525 | 04/23/2009 | KTLA Inc. | Priority | $4,449.18 | Unsecured | $4,449.18 | Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claim is not on account of wages earned within 180 days of Petition Date. |
| | | | | | TOTAL | $19,370.68 | TOTAL | $19,370.68 | |

Page 1 of 1

# EXHIBIT C

## Modified Priority, Modified Debtor Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 60: EXHIBIT C – MODIFIED PRIORITY, MODIFIED DEBTOR CLAIMS

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SINGH, SATNAM P.O. BOX 305 LA PUENTE, CA 91747 | 1676 | Tribune Company | Priority | $1,222.32 | Los Angeles Times Communications LLC | Unsecured | $1,222.32 | Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claim is not on account of wages earned within 180 days of Petition Date. |
| | | | | TOTAL | $1,222.32 | | | $1,222.32 | |

# EXHIBIT D

## Reclassified Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 60: EXHIBIT D – RECLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASSIFICATION STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CARBONARA, KAREN A<br>2356 RIDGE DRIVE<br>HELLERTOWN, PA 18055 | 3650 | 06/08/2009 | The Morning Call, Inc. | Secured | $125.00 | Unsecured | $125.00 | No evidence of perfected lien or security interest provided. |
| | | | | | TOTAL | $125.00 | TOTAL | $125.00 | |

# EXHIBIT E

## No Liability Claims

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 60: EXHIBIT E – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | REY & REY PRODUCE INC - MANUEL AND ELIZABETH REYNOSO, H&W, JT, POBOX 21304 LOS ANGELES, CA 90021 | 08-13185 | Los Angeles Times Communications LLC | 04/27/2009 | 1795 | $22,560.00 | No liability is owed for the security deposit described in the claim because such deposit was offset entirely against outstanding rental amounts owed by claimant after termination of the sub-lease. |
| 2 | STEEL CITY CORPORATION 195 E. PARK AVE. NILES, OH 44446 | 08-13208 | Sun-Sentinel Company | 02/21/2012 | 7095 | $13,224.32 | No liability owed to claimant per Debtors books and records and duplicates liability asserted in Claim Number 3348. |
| 3 | UNCLAIMED MONIES UNIT AUSTRALIAN SECURITIES & INVESTMENTS COMMISSION GPO BOX 9827 BRISBANE, 4001 AUSTRALIA | 08-13152 | Chicago Tribune Company | 05/04/2009 | 2358 | Undetermined* | Claimant indicated no amounts owed on claim. |
| | | | | | TOTAL | $35,784.32 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts