## EXHIBIT A

## New York State Amended Claims

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 61: EXHIBIT A -- AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13142 | 6588 | $12,029.31* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/27/2012 | 08-13142 | 7141 | $1,771.84 |
| 2 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 09/26/2011 | 08-13143 | 6818 | $275.04 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08/13/2012 | 08-13143 | 7145 | $36.17* |
| 3 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/19/2010 | 08-13143 | 6595 | $9,454.86 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08/03/2012 | 08-13143 | 7143 | $382.32 |
| 4 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13154 | 6585 | $1,020.28* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08/14/2012 | 08-13154 | 7146 | $20.28* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 61: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/16/2010 | 08-13161 | 6680 | $1,348.22* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08/27/2012 | 08-13161 | 7149 | $348.22* |
| 6 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 04/26/2011 | 08-13165 | 6750 | $30,276.15* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08/27/2012 | 08-13165 | 7148 | $29,276.15* |
| 7 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/19/2010 | 08-13195 | 6596 | $13,446.26 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08/14/2012 | 08-13195 | 7147 | $1,308.06* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 61: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 8 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 04/12/2012 | 08-13225 | 7105 | $3,102.46* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08/03/2012 | 08-13225 | 7142 | $2,833.93 |
| | | | | TOTAL | $70,952.58 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts