**EXHIBIT A**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2415845 |
| Invoice Date: | 08/31/2012 |

## Remittance Copy
### Billing for services rendered through 07/31/2012

Total by Matter
    0021 Post Closing Matters          $ 4,926.54

Total Services          $ 4,915.00

Total Costs and Other Charges Posted Through Billing Period          11.54

**Total This Invoice**          **$ 4,926.54**

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 119.97 |
| 2202007 | 12/08/2010 | 119.97 |
| 2286424 | 07/28/2011 | 5,015.90 |
| 2294690 | 08/29/2011 | 15,134.50 |
| 2297302 | 09/30/2011 | 4,570.60 |
| 2308368 | 10/31/2011 | 128.90 |
| 2314995 | 11/10/2011 | 948.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:          022182
Invoice:        2415845
Invoice Date:   08/31/2012

| Invoice | Date | |
|---------|------|---|
| 2338737 | 01/30/2012 | 540.40 |
| 2349783 | 02/29/2012 | 230.00 |
| 2370651 | 04/30/2012 | 1,752.68 |
| 2380795 | 05/30/2012 | 9,502.79 |
| 2392472 | 06/27/2012 | 219.00 |
| 2402398 | 07/25/2012 | 16,131.39 |

Total Outstanding Balance                                    55,148.60

Total Balance Due                                            $ 60,075.14

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2415845 |
| Invoice Date: | 08/31/2012 |

---

## Client Copy
### Billing for services rendered through 07/31/2012

---

Total by Matter
    0021 Post Closing Matters      $ 4,926.54

Total Services      $ 4,915.00

Total Costs and Other Charges Posted Through Billing Period      11.54

**Total This Invoice**      **$ 4,926.54**

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 119.97 |
| 2202007 | 12/08/2010 | 119.97 |
| 2286424 | 07/28/2011 | 5,015.90 |
| 2294690 | 08/29/2011 | 15,134.50 |
| 2297302 | 09/30/2011 | 4,570.60 |
| 2308368 | 10/31/2011 | 128.90 |
| 2314995 | 11/10/2011 | 948.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:         022182
Invoice:       2415845
Invoice Date:  08/31/2012

| Invoice | Date | |
|---|---|---|
| 2338737 | 01/30/2012 | 540.40 |
| 2349783 | 02/29/2012 | 230.00 |
| 2370651 | 04/30/2012 | 1,752.68 |
| 2380795 | 05/30/2012 | 9,502.79 |
| 2392472 | 06/27/2012 | 219.00 |
| 2402398 | 07/25/2012 | 16,131.39 |

Total Outstanding Balance                 55,148.60

Total Balance Due                      $ 60,075.14

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

08/31/2012

Invoice: 2415845
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021        Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/01/12 | B. Gruemmer | 1.50 | Reviewing Non-Disclosure Agreement (.9); call to D. Eldersveld on same (.3); comments to C. Lin regarding same (.3). |
| 07/03/12 | C. Lin | 0.30 | Revise confidentiality agreement. |
| 07/05/12 | C. Parker | 0.30 | Review final confidentiality agreement (.2); email correspondence with Tribune re final version of confidentiality agreement (.1). |
| 07/10/12 | C. Lin | 0.30 | Review comments to NDA. |
| 07/11/12 | C. Lin | 0.70 | Review and revise NDA. |
| 07/13/12 | B. Gruemmer | 1.00 | Reviewing and revising marked NDA received from Cubs. |
| 07/17/12 | B. Gruemmer | 1.80 | Prepare for and attend call with D. Eldersveld regarding NDA (.6); revising same (1.2). |
| 07/19/12 | B. Gruemmer | 0.50 | Further changes to Cubs NDA. |

|  | **Total Hours** | **6.40** | **Total For Services** | **$4,915.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| B. Gruemmer | 4.80 | 840.00 | 4,032.00 |
| C. Lin | 1.30 | 595.00 | 773.50 |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:    022182
Invoice:   2415845
Invoice Date:  08/31/2012

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| C. Parker | 0.30 | 365.00 | 109.50 |
| **Totals** | **6.40** | | **$4,915.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 06/22/12 | Express Mail<br>FedEx #794009426 - 473762061782, CHICAGO | 11.54 |

**Total Costs and Other Charges**   **$11.54**

**Total This Invoice**   **$4,926.54**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2415845

08/31/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| B. Gruemmer | 4.80 | 840.00 | 4,032.00 |
| C. Lin | 1.30 | 595.00 | 773.50 |
| C. Parker | 0.30 | 365.00 | 109.50 |
| **Totals** | **6.40** | | **$4,915.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415871 |
| Invoice Date: | 08/31/2012 |

---

## Remittance Copy
### Billing for services rendered through 07/31/2012

---

Total by Matter
    0041 Welfare Plans                                  $ 4,817.50
    Client/Reference Number: 0000000848

Total Services                                                  $ 4,817.50

Total Costs and Other Charges Posted Through Billing Period          0.00

**Total This Invoice**                                        **$ 4,817.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 119.97 |
| 2193507 | 11/19/2010 | 119.97 |
| 2225163 | 02/28/2011 | 7.74 |
| 2276793 | 07/28/2011 | 142.00 |
| 2286482 | 08/29/2011 | 302.20 |
| 2288726 | 09/30/2011 | 482.80 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

Tribune Company

Client:       020336
Invoice:     2415871
Invoice Date:  08/31/2012

| Invoice | Date | |
|---------|------|--------|
| 2308359 | 10/31/2011 | 852.00 |
| 2314991 | 11/10/2011 | 795.20 |
| 2329287 | 12/21/2011 | 2,450.50 |
| 2338727 | 01/30/2012 | 2,479.50 |
| 2349836 | 02/29/2012 | 1,363.00 |
| 2360516 | 03/29/2012 | 125.40 |
| 2368149 | 04/30/2012 | 11,600.00 |
| 2380790 | 05/30/2012 | 3,335.00 |
| 2392465 | 06/27/2012 | 9,860.00 |
| 2402391 | 07/25/2012 | 3,262.50 |

Total Outstanding Balance          71,945.08

Total Balance Due          $ 76,762.58

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415871 |
| Invoice Date: | 08/31/2012 |

## Client Copy
### Billing for services rendered through 07/31/2012

Total by Matter
    0041 Welfare Plans                                                  $ 4,817.50
    Client/Reference Number: 0000000848

Total Services                                                      $ 4,817.50

Total Costs and Other Charges Posted Through Billing Period          0.00

**Total This Invoice**                                       **$ 4,817.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 119.97 |
| 2193507 | 11/19/2010 | 119.97 |
| 2225163 | 02/28/2011 | 7.74 |
| 2276793 | 07/28/2011 | 142.00 |
| 2286482 | 08/29/2011 | 302.20 |
| 2288726 | 09/30/2011 | 482.80 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers).

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2415871
Invoice Date: 08/31/2012

| Invoice | Date | |
|---------|------|---|
| 2308359 | 10/31/2011 | 852.00 |
| 2314991 | 11/10/2011 | 795.20 |
| 2329287 | 12/21/2011 | 2,450.50 |
| 2338727 | 01/30/2012 | 2,479.50 |
| 2349836 | 02/29/2012 | 1,363.00 |
| 2360516 | 03/29/2012 | 125.40 |
| 2368149 | 04/30/2012 | 11,600.00 |
| 2380790 | 05/30/2012 | 3,335.00 |
| 2392465 | 06/27/2012 | 9,860.00 |
| 2402391 | 07/25/2012 | 3,262.50 |

Total Outstanding Balance                                71,945.08

Total Balance Due                                        $ 76,762.58

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

08/31/2012

Invoice: 2415871
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041      Welfare Plans
                  Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/02/12 | A. Gordon | 1.00 | Review message from K. Dansart regarding payroll issue [.1]; conference call with K. Dansart regarding error in enrollment [.2]; draft e-mail response to K. Dansart regarding payroll error for enrollment [.6]; review withholding research for K. Dansart [.1]. |
| 07/03/12 | S. Erf | 0.70 | Conference with Gordon and preliminary research regarding medical plan pay deduction issue (.4); conference with Trenholm regarding further research (.3). |
| 07/03/12 | A. Gordon | 0.20 | Discuss state payroll laws with S. Erf. |
| 07/05/12 | S. Erf | 0.50 | Conference with Gordon (.2); e-mail to and from client regarding medical plan pay deduction issue (.3). |
| 07/05/12 | A. Gordon | 0.20 | Review and respond to e-mails from S. Erf regarding state withholding. |
| 07/12/12 | S. Erf | 0.20 | Conference with Gordon regarding medical plan deduction issue. |
| 07/12/12 | A. Gordon | 0.10 | Discuss payroll withholding issue with K. Dansart. |
| 07/26/12 | A. Gordon | 2.30 | Review the Blue Cross Blue Shield Administrative Agreement [1.0]; conference call with R. Deboer and S. O'Connor regarding the Blue Cross Blue Shield Agreement edits [1.3] |
| 07/27/12 | A. Gordon | 0.30 | Draft response to S. O'Connor regarding Protected Health Information. |
| 07/30/12 | A. Gordon | 1.00 | Redline the Blue Cross Blue Shield Administrative Services Agreement for S. O'Connor [.80]; redline the issues list for S. O'Connor [.2]. |

|  | **Total Hours** | **6.50** | **Total For Services** | **$4,817.50** |
|--|-----------------|----------|------------------------|---------------|

# McDermott
# Will & Emery

Tribune Company

Client:    020336
Invoice:    2415871
Invoice Date:    08/31/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| S. Erf | 1.40 | 800.00 | 1,120.00 |
| A. Gordon | 5.10 | 725.00 | 3,697.50 |
| **Totals** | **6.50** | | **$4,817.50** |
| | | **Total This Invoice** | **$4,817.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415872 |
| Invoice Date: | 08/31/2012 |

## Remittance Copy
### Billing for services rendered through 07/31/2012

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---:|
| Total Services | $ 1,476.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,476.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415872 |
| Invoice Date: | 08/31/2012 |

---

## Client Copy
### Billing for services rendered through 07/31/2012

---

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---|
| Total Services | $ 1,476.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,476.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

08/31/2012

Invoice: 2415872
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0042          Non-Qualified Plans
                      Client/Reference Number: 0000000849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/16/12 | P. Compernolle | 0.50 | Review status of documentation of nonqualified plans. |
| 07/17/12 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding nonqualified plans. |
| 07/18/12 | P. Compernolle | 1.00 | Telephone conference with K. Dansart regarding non-qualified plans (.40); review documents regarding non-qualified plan and benefits (.60). |

| | Total Hours | 1.80 | Total For Services | $1,476.00 |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 1.80 | 820.00 | 1,476.00 |
| **Totals** | **1.80** | | **$1,476.00** |
| | Total This Invoice | | **$1,476.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415873 |
| Invoice Date: | 08/31/2012 |

## Remittance Copy
### Billing for services rendered through 07/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0515 Chapter 11 Restructuring | $ 194,503.10 | |
| Total Services | | $ 194,471.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 31.60 |
| **Total This Invoice** | | **$ 194,503.10** |

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |
| 2200564 | 12/08/2010 | 119.97 |
| 2276795 | 07/28/2011 | 67,686.90 |
| 2286485 | 08/29/2011 | 64,882.40 |
| 2297300 | 09/30/2011 | 40,521.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | | |
|---|---|---|---|
| Client: | 020336 |
| Invoice: | 2415873 |
| Invoice Date: | 08/31/2012 |

| Invoice | Date | |
|---------|------------|-------------|
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 34,397.70 |
| 2338729 | 01/30/2012 | 48,348.10 |
| 2349838 | 02/29/2012 | 29,426.60 |
| 2360519 | 03/29/2012 | 35,325.20 |
| 2370648 | 04/30/2012 | 98,294.95 |
| 2380794 | 05/30/2012 | 255,353.82 |
| 2392469 | 06/27/2012 | 187,742.65 |
| 2402396 | 07/25/2012 | 255,081.81 |

Total Outstanding Balance                                    1,368,914.92

Total Balance Due                                         $ 1,563,418.02

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415873 |
| Invoice Date: | 08/31/2012 |

## Client Copy
### Billing for services rendered through 07/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0515 Chapter 11 Restructuring | $ 194,503.10 | |
| Total Services | | $ 194,471.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 31.60 |
| **Total This Invoice** | | **$ 194,503.10** |

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |
| 2200564 | 12/08/2010 | 119.97 |
| 2276795 | 07/28/2011 | 67,686.90 |
| 2286485 | 08/29/2011 | 64,882.40 |
| 2297300 | 09/30/2011 | 40,521.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2415873
Invoice Date:    08/31/2012

| Invoice | Date | |
|---------|------|---|
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 34,397.70 |
| 2338729 | 01/30/2012 | 48,348.10 |
| 2349838 | 02/29/2012 | 29,426.60 |
| 2360519 | 03/29/2012 | 35,325.20 |
| 2370648 | 04/30/2012 | 98,294.95 |
| 2380794 | 05/30/2012 | 255,353.82 |
| 2392469 | 06/27/2012 | 187,742.65 |
| 2402396 | 07/25/2012 | 255,081.81 |

Total Outstanding Balance                          1,368,914.92

Total Balance Due                              $ 1,563,418.02

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

08/31/2012

Invoice: 2415873
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/02/12 | G. Chan | 4.20 | Draft memo regarding cancellation of indebtedness income and guarantors (4.2). |
| 07/02/12 | J. Finkelstein | 1.70 | Review litigation trust tax issues memos. |
| 07/03/12 | B. Rubin | 2.10 | Review and edit opinion memo (2.1). |
| 07/03/12 | G. Kopacz | 0.90 | Work on May Fee Application. |
| 07/03/12 | M. Wilder | 0.30 | Discuss restructuring memos with G. Chan. |
| 07/03/12 | J. Robert | 5.50 | Began outlining memo regarding basis reductions pursuant to 108 and 1017 of the IRC. |
| 07/05/12 | N. Hazan | 0.80 | Review orders for 9th and 10th quarterly fee applications, discuss same with G. Kopacz (0.20), review May fee statement (0.60). |
| 07/05/12 | G. Chan | 2.30 | Draft memo regarding cancellation of indebtedness income and guarantors (2.3). |
| 07/05/12 | B. Rubin | 2.80 | Research and analysis regarding emergence tax issues (1.8); correspondence with co-counsel regarding same (.4); review and comment on client document (.6). |
| 07/05/12 | A. Whiteway | 6.80 | Conference with co-counsel regarding basis reduction issue (.4); research and analysis of allocation of basis reduction on account of COD exclusion (6.4). |
| 07/05/12 | G. Kopacz | 4.50 | Work on May Fee Application (4.1); email local counsel regarding orders regarding compensation for the 9th and 10th interim periods (.4). |
| 07/05/12 | J. Robert | 9.00 | Researched basis allocations under 108 and 117 of the IRC (4.9); drafted memo reflecting research (4.1). |
| 07/06/12 | G. Chan | 0.30 | Discuss bankruptcy plan restructuring with J. Robert (0.3). |
| 07/06/12 | A. Whiteway | 3.60 | Research and analysis of allocation of basis reduction on account of COD exclusion (3.6). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2415873
Invoice Date:  08/31/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/06/12 | G. Kopacz | 0.60 | Incorporate comments of N. Hazan into May fee application and email B. Rubin regarding same (.2); begin reviewing June pre-bills to ensure compliance with applicable guidelines (.4). |
| 07/06/12 | J. Robert | 8.80 | Expanded research of 108 and 1017 of the IRC, focusing on 1.1017-1(b)(4) and possible application of 381 to Tribune's restructuring transactions (5.3); continued memo drafting (3.5). |
| 07/09/12 | N. Hazan | 0.50 | Review final examiner report for 9th and 10th quarterly periods (0.50) |
| 07/09/12 | B. Rubin | 5.10 | Correspondence with Sidley and clients regarding restructuring transaction (.8); review and edit memo regarding basis reduction issues (1.8); conference with co-counsel regarding comments on memo (.6); conference with opinion committee regarding settlement tax issues (1.9). |
| 07/09/12 | A. Whiteway | 4.70 | Review memo regarding basis allocation (2.1); conference with co-counsel regarding basis allocation issues (.6); correspondence with Sidley regarding restructuring entities on emergence tax issues (.4); analysis of proposed restructuring at emergence (1.6). |
| 07/09/12 | J. Finkelstein | 5.40 | Conference with co-counsel regarding restructuring transactions and planning for call with creditors regarding same (1.1); analysis regarding tax consequences of global settlement and review memo regarding same (3.1); review and revise memos regarding tax consequences of transfers to litigation trust (1.2). |
| 07/09/12 | G. Kopacz | 4.60 | Email local counsel regarding filing May fee application (.1); review June pre-bills to ensure compliance with applicable guidelines (4.2); review final report of Fee Examiner with respect to McDermott's 9th and 10th Interim Fee Applications (.2); review agenda for up-coming hearing (.1). |
| 07/09/12 | M. Wilder | 0.80 | Discuss restructuring issues with B. Rubin and A. Whiteway. |
| 07/09/12 | J. Robert | 6.30 | Completed draft of memo addressing 108 and 1017 treatment of Tribune's basis (6.0); discussed memo with B. Rubin and A. Whiteway (.3). |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2415873 |
| Invoice Date: | 08/31/2012 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/10/12 | B. Rubin | 4.60 | Preparation for and conference call with clients regarding restructuring issues (1.1); preparation for and conference call with creditor representatives regarding restructuring issues (1.2); research and analysis regarding basis reduction issues (1.4); conference with co-counsel regarding basis reduction issues (.9). |
| 07/10/12 | A. Whiteway | 1.90 | Preparation for and telephone conference with creditor's counsel and Tribune and Sidley regarding COD planning issues. |
| 07/10/12 | J. Finkelstein | 5.40 | Analysis regarding tax consequences of global settlement and conference with co-counsel regarding restructuring transactions and tax consequences of global settlement (1.4); conference with Tribune regarding planning for call with creditors (1.1); conference with Tribune and creditors regarding restructuring transactions (1.3); review and revise memos regarding tax consequences of transfers to litigation trust (1.6). |
| 07/11/12 | G. Chan | 3.20 | Review additional authorities and revise COD income and guarantors memo (3.2). |
| 07/11/12 | B. Rubin | 4.40 | Review and edit memo regarding emergence issues (1.9); conference call with client regarding possible transaction (1.3); research and analysis regarding same (1.2). |
| 07/11/12 | J. Finkelstein | 3.10 | Review and revise memos regarding tax consequences of transfers to litigation trust (3.1). |
| 07/11/12 | G. Kopacz | 1.90 | Prepare for and attend hearing regarding 9th and 10th interim fee applications (1.3); emails to B. Rubin regarding orders with respect to 9th and 10th interim fee applications (.5); email local counsel regarding fee examiner reports (.1). |
| 07/11/12 | J. Robert | 4.00 | Reviewed Tribune Credit agreement and updated facts section of basis reduction memo. |
| 07/12/12 | B. Rubin | 3.20 | Preparation for and conference call with client regarding emergence issues (.9); research and analysis regarding issues raised by possible transaction (2.3). |
| 07/12/12 | A. Whiteway | 1.60 | Preparation for and telephone conference with client regarding emergence tax planning issues. |
| 07/12/12 | J. Finkelstein | 3.30 | Conference with Tribune regarding emergence tax issues (.9); review and revise memos regarding tax |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2415873
Invoice Date:  08/31/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | consequences of transfers to litigation trust (2.4). |
| 07/12/12 | G. Kopacz | 4.90 | Work on 14th interim fee application. |
| 07/12/12 | J. Robert | 6.00 | Edit and rewrite memo regarding 108 & 1017 of the IRC. |
| 07/13/12 | N. Hazan | 0.60 | Review and correct 14th fee application (0.60). |
| 07/13/12 | B. Rubin | 3.40 | Research and analysis regarding issues raised by possible transaction (2.1); review and edit memo regarding transaction issues (1.3). |
| 07/13/12 | A. Whiteway | 0.80 | Review and analysis of disgorgement claim tax position. |
| 07/13/12 | J. Finkelstein | 2.60 | Review and revise memos regarding tax consequences of transfers to litigation trust. |
| 07/13/12 | G. Kopacz | 1.60 | Work on 14th quarterly fee application (1.2); attention to email from M. Simons regarding wire transfer (.4) |
| 07/13/12 | M. Wilder | 0.30 | Discuss status of memos with G. Chan. |
| 07/14/12 | M. Wilder | 0.90 | Review new bankruptcy private letter ruling and provide comments to team regarding same (.4); review G. Chan memo on springing liabilities (.5). |
| 07/15/12 | G. Chan | 0.60 | Review email and comments on intercompany springing liabilities memo from M. Wilder (0.6). |
| 07/15/12 | M. Wilder | 3.10 | Revise G. Chan memo on springing liabilities and provide comments regarding same (2.3); review guarantor memo (.8). |
| 07/16/12 | G. Chan | 7.90 | Review M. Wilder comments on intercompany springing liabilities memo (0.3); revise memo regarding same (5.3); discuss guarantor cancellation of indebtedness memo with M. Wilder (0.2); research and review additional authorities regarding same (2.1). |
| 07/16/12 | B. Rubin | 4.20 | Preparation for and conference call with client regarding possible transaction (1.2); research and analysis regarding tax issues (1.6); review and edit memorandum regarding tax issues (1.4). |
| 07/16/12 | A. Whiteway | 5.20 | Analysis of emergence tax issues and review memorandum regarding taxation of trust. |
| 07/16/12 | J. Finkelstein | 5.10 | Review and revise memos regarding tax consequences of transfers to litigation trust. |
| 07/16/12 | M. Wilder | 2.60 | Complete review of memo on guarantor issues and restructuring and discuss documents with G. Chan (1.6); revisions to springing liabilities memo (1.0). |
| 07/17/12 | G. Chan | 1.10 | Research and review additional authorities regarding |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2415873
Invoice Date:   08/31/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | cancellation of indebtedness memo for guarantors (1.1). |
| 07/17/12 | B. Rubin | 4.30 | Conference call with client regarding representation issue (.4); research and analysis regarding possible transaction (2.1); review and edit memo regarding emergence issues (1.8). |
| 07/17/12 | J. Finkelstein | 6.10 | Review and revise memos regarding tax consequences of transfers of selling shareholder claims to litigation trust. |
| 07/18/12 | G. Chan | 6.80 | Discuss cancellation of indebtedness memo for guarantors with M. Wilder (0.1); review guarantee agreements (1.2); review additional authorities regarding cancellation of indebtedness memo for guarantors (2.6); review and revise cancellation of indebtedness memo for guarantors memo (2.9). |
| 07/18/12 | B. Rubin | 3.80 | Conference with Sidley regarding disclosure issue (.4); research and analysis regarding possible transaction (3.4). |
| 07/18/12 | A. Whiteway | 2.80 | Draft revised emergence workplan (.6); review and analysis of tax issues regarding attribute reduction and QSub terminations (2.2). |
| 07/18/12 | J. Finkelstein | 4.60 | Review and revise memos regarding tax consequences of transfers of selling shareholder claims to litigation trust. |
| 07/18/12 | G. Kopacz | 0.20 | Email local counsel regarding filing 14th quarterly fee application. |
| 07/19/12 | N. Hazan | 1.30 | Review sample supplemental affidavit (0.20), review Rubin declaration (0.30), discuss same with G. Kopacz (0.10), calls with B. Rubin and J. Sebastian re supplemental declaration (0.70). |
| 07/19/12 | G. Chan | 5.40 | Discuss cancellation of indebtedness memo for guarantors with M. Wilder (0.3); discuss springing liability and guarantor memos with B. Rubin, A. Whiteway and M. Wilder (0.7); revise memos (4.4). |
| 07/19/12 | B. Rubin | 3.30 | Preparation for and conference call with clients regarding emergence issues (.8); review and analyze potential guarantee exposures for lender call (1.3); conference call with Sidley regarding representation issues (.4); review and edit memo regarding possible transaction (.8). |
| 07/19/12 | A. Whiteway | 2.90 | Preparation for and telephone conference with client regarding emergence tax planning issues (.8); conference with co-counsel regarding springing liability tax research |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2415873
Invoice Date: 08/31/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.9); review memo regarding trust tax treatment (1.2). |
| 07/19/12 | J. Finkelstein | 5.30 | Conference with Tribune regarding emergence tax issues (1.1); review Cubs guarantee and Newsday indemnity agreement and discuss with co-counsel in preparation for creditor conference call (1.0); review and revise memos regarding tax consequences of transfers of selling shareholder claims to litigation trust (3.2). |
| 07/19/12 | G. Kopacz | 1.10 | Various communications with N. Hazan and team regarding conflict reports and supplemental declaration (.8); email B. Rubin regarding CNO for March fee application (.3). |
| 07/19/12 | M. Wilder | 3.10 | Discussions regarding guarantee and springing liabilities issues and memos with B. Rubin, A. Whiteway and G. Chan (.8); further revisions to memos (2.3). |
| 07/20/12 | G. Chan | 5.80 | Discuss guarantor and springing liability memos with M. Wilder (0.4); review and revise memos (5.4). |
| 07/20/12 | B. Rubin | 1.80 | Review and edit memo regarding possible transaction structures (1.8). |
| 07/20/12 | A. Whiteway | 3.40 | Analysis of impact of plan changes on tax issues in emergence and tax treatment of claims. |
| 07/20/12 | J. Finkelstein | 2.70 | Review and revise memos regarding tax consequences of transfers of selling shareholder claims to litigation trust. |
| 07/20/12 | G. Kopacz | 0.20 | Email M. Simons regarding wire transfer (.1); email team regarding CNO for April fee application (.1). |
| 07/20/12 | M. Wilder | 0.80 | Discuss guarantee and springing liability issues with G. Chan and follow up regarding same. |
| 07/23/12 | N. Hazan | 0.40 | Email exchange with team re: supplemental affidavit (.2); start draft same supplemental affidavit for MWE retention (.2). |
| 07/23/12 | B. Rubin | 3.20 | Review and update workplan status (.8); research and analysis regarding possible transaction (1.3); review and edit memo regarding tax issues (1.1). |
| 07/23/12 | A. Whiteway | 0.80 | Analysis of tax issues associated with emergence plan. |
| 07/24/12 | B. Rubin | 2.30 | Review and edit memo regarding emergence issues (2.3). |
| 07/24/12 | A. Whiteway | 1.90 | Analysis of names on conflict list (.8); prepare Exhibit to supplemental affidavit (.8); conference with co-counsel regarding same (.3). |
| 07/25/12 | N. Hazan | 1.50 | Review supplemental declaration from Sidley and |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2415873
Invoice Date:  08/31/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | original declaration from B. Rubin (.4); draft supplemental declaration (1.1). |
| 07/25/12 | B. Rubin | 3.90 | Prepare memo for rating agencies (1.6); conference with co-counsel regarding same (.3); correspondence with client regarding same (.3); conference call with clients regarding emergence issues (.6); review and edit memo regarding emergence issue (1.1). |
| 07/25/12 | A. Whiteway | 1.80 | Telephone conference with Mr. Gruemmer regarding rating agency issues (.3); telephone conference with Mr. Bigelow regarding rating agency issues (.3); review and revise memo regarding status of Cubs and Newsday structures for senior term loan lenders (1.2). |
| 07/25/12 | J. Finkelstein | 4.30 | Draft memo regarding Newsday and Cubs indemnities for rating agency review. |
| 07/26/12 | N. Hazan | 0.80 | Call with B. Rubin and A. Whiteway re: supplemental affidavit (0.20), redraft same (0.60). |
| 07/26/12 | B. Rubin | 3.60 | Preparation for and conference call with clients regarding rating agency memo (.4); revise memo (.6); preparation for and conference call with clients regarding workplan issues (1.3); correspondence with client regarding workplan (.2); conference call with client regarding further comments on rating agency memo (.4); revise memo (.7). |
| 07/26/12 | A. Whiteway | 1.60 | Preparation for and telephone conference with client regarding emergence tax issues (1.2); review memo regarding Cubs and Newsday for lenders and rating agencies (.4). |
| 07/26/12 | A. Whiteway | 0.40 | Correspond with Mr. Bigelow regarding rating agency issues (.2); revise memo regarding status of Cubs and Newsday structures for senior term loan lenders (.2). |
| 07/26/12 | J. Finkelstein | 2.60 | Conference with Tribune regarding emergence tax issues (1.3); revise draft memo regarding Newsday and Cubs indemnities for rating agency review (1.3). |
| 07/26/12 | G. Kopacz | 0.30 | Attention to query of N. Hazan regarding supplemental affidavit. |
| 07/27/12 | N. Hazan | 0.20 | Email exchange re: supplemental declaration with A. Whiteway, B. Rubin and Sidley. |
| 07/27/12 | B. Rubin | 3.30 | Review and edit supplemental Declaration (1.2); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2415873
Invoice Date:  08/31/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | correspondence with client and Sidley regarding same (.3); research and analysis regarding possible transaction (1.8). |
| 07/30/12 | G. Kopacz | 0.10 | Email local counsel regarding supplemental affidavit. |
| 07/31/12 | N. Hazan | 1.10 | Review 11th examiner report. |
| 07/31/12 | B. Rubin | 3.20 | Correspondence with client regarding JPM slides (3); review and comment on slides (.8); review and edit draft opinion regarding tax issues (2.1). |
| 07/31/12 | J. Finkelstein | 0.60 | Review diagrams related to Newsday and Cubs structures from JP Morgan. |
| 07/31/12 | G. Kopacz | 0.10 | Email team regarding supplemental declaration. |

|  | **Total Hours** | **272.80** | **Total For Services** | **$194,471.50** |
|---|---|---|---|---|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| G. Chan | 37.60 | 500.00 | 18,800.00 |
| J. Finkelstein | 52.80 | 765.00 | 40,392.00 |
| N. Hazan | 7.20 | 645.00 | 4,644.00 |
| G. Kopacz | 21.00 | 435.00 | 9,135.00 |
| J. Robert | 39.60 | 365.00 | 14,454.00 |
| B. Rubin | 62.50 | 995.00 | 62,187.50 |
| A. Whiteway | 40.20 | 885.00 | 35,577.00 |
| M. Wilder | 11.90 | 780.00 | 9,282.00 |
| **Totals** | **272.80** | | **$194,471.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 06/14/12 | Telecommunications VENDOR: Conference Plus, Incorporated; INVOICE #31301949; INVOICE DATE: 07/02/12; Call Date: 06/14/12; Order #32706787; Host NAME: Andrea Whiteway | 4.95 |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2415873
Invoice Date: 08/31/2012

| Date | Description | Amount |
|------|-------------|--------|
| 06/19/12 | Transportation/Parking<br>6/19/2012 - Taxi home (Worked late for Client) = Total $7.50 | 7.50 |
| 06/21/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #31351244; INVOICE DATE: 07/02/12; Call Date: 06/21/12; Order #32756798; Host NAME: Andrea Whiteway | 5.81 |
| 07/20/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 832-4549. | 0.60 |
| 07/25/12 | Transportation/Parking<br>7/25/12 - taxi from office to home (worked late). | 12.74 |

**Total Costs and Other Charges**    **$31.60**

**Total This Invoice**    **$194,503.10**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415874 |
| Invoice Date: | 08/31/2012 |

---

## Remittance Copy
### Billing for services rendered through 07/31/2012

---

Total by Matter
    0516 Perfect Market, Inc.          $ 2,251.20

Total Services        $ 2,250.00

Total Costs and Other Charges Posted Through Billing Period      1.20

**Total This Invoice**        **$ 2,251.20**

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 119.97 |
| 2297301 | 09/30/2011 | 34.50 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 1,687.00 |
| 2338730 | 01/30/2012 | 2,139.70 |
| 2349839 | 02/29/2012 | 300.50 |
| 2360520 | 03/29/2012 | 561.70 |
| 2370649 | 04/30/2012 | 737.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2415874
Invoice Date:  08/31/2012

| Invoice | Date | | |
|---------|------|---|---|
| 2392471 | 06/27/2012 | 11,567.50 | |
| 2402397 | 07/25/2012 | 3,190.75 | |

Total Outstanding Balance                              70,838.22

Total Balance Due                                      $ 73,089.42

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415874 |
| Invoice Date: | 08/31/2012 |

## Client Copy
### Billing for services rendered through 07/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0516 Perfect Market, Inc. | $ 2,251.20 | |
| Total Services | | $ 2,250.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 1.20 |
| **Total This Invoice** | | **$ 2,251.20** |

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 119.97 |
| 2297301 | 09/30/2011 | 34.50 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 1,687.00 |
| 2338730 | 01/30/2012 | 2,139.70 |
| 2349839 | 02/29/2012 | 300.50 |
| 2360520 | 03/29/2012 | 561.70 |
| 2370649 | 04/30/2012 | 737.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2415874
Invoice Date:  08/31/2012

| Invoice | Date | | |
|---------|------|---|---|
| 2392471 | 06/27/2012 | 11,567.50 | |
| 2402397 | 07/25/2012 | 3,190.75 | |
| Total Outstanding Balance | | | 70,838.22 |
| Total Balance Due | | | $ 73,089.42 |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

08/31/2012

Invoice: 2415874
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0516        Perfect Market, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/02/12 | P. McCurry | 0.30 | Call with Art Rinsky re profits interest issuance. (0.3) |
| 07/03/12 | P. McCurry | 0.90 | Call with Art Rinsky and WTAS re finalizing TKG and Topix LLC Agreement (.3); revise LLC Agreements (.6). |
| 07/20/12 | P. McCurry | 0.60 | Calls with Nixon Peabody and DL re profits interests agreements (0.6). |
| 07/24/12 | P. McCurry | 0.40 | Conference re profits interest issuance. |
| 07/27/12 | P. McCurry | 0.30 | Review comments from Nixon Peabody re profits interest issuance. |
| 07/30/12 | P. McCurry | 2.00 | Various calls regarding profits interest issuance (1.3); review Nixon Peabody's proposed changes to TKG Operating Agreement (0.7). |

|  | **Total Hours** | **4.50** | **Total For Services** | **$2,250.00** |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2415874
Invoice Date:  08/31/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. McCurry | 4.50 | 500.00 | 2,250.00 |
| **Totals** | **4.50** | | **$2,250.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 07/20/12 | Telecommunications<br>Ext. 42191 called PALO ALTO, (650) 833-2017. | 1.20 |

**Total Costs and Other Charges**    **$1.20**

**Total This Invoice**    **$2,251.20**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415875 |
| Invoice Date: | 08/31/2012 |

## Remittance Copy
### Billing for services rendered through 07/31/2012

Total by Matter
    0527 2009 Audit           $ 38,363.87

Total Services                $ 24,581.00

Total Costs and Other Charges Posted Through Billing Period      13,782.87

**Total This Invoice**             **$ 38,363.87**

| Invoice | Date | |
|---|---|---|
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |
| 2297306 | 09/30/2011 | 32,819.00 |
| 2308371 | 10/31/2011 | 20,943.30 |
| 2314998 | 11/10/2011 | 583.70 |
| 2329293 | 12/21/2011 | 563.50 |
| 2338733 | 01/30/2012 | 1,645.60 |
| 2349842 | 02/29/2012 | 66,149.92 |
| 2360522 | 03/29/2012 | 85,574.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2415875
Invoice Date:  08/31/2012

| Invoice | Date | |
|---------|------|---|
| 2370653 | 04/30/2012 | 129,703.89 |
| 2380796 | 05/30/2012 | 22,916.00 |
| 2392476 | 06/27/2012 | 93,262.95 |
| 2402401 | 07/25/2012 | 174,091.09 |

Total Outstanding Balance                 711,137.45

Total Balance Due                      $ 749,501.32

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415875 |
| Invoice Date: | 08/31/2012 |

## Client Copy
### Billing for services rendered through 07/31/2012

| | |
|---|---|
| Total by Matter | |
| 0527 2009 Audit | $ 38,363.87 |
| Total Services | $ 24,581.00 |
| Total Costs and Other Charges Posted Through Billing Period | 13,782.87 |
| **Total This Invoice** | **$ 38,363.87** |

| Invoice | Date | |
|---|---|---|
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |
| 2297306 | 09/30/2011 | 32,819.00 |
| 2308371 | 10/31/2011 | 20,943.30 |
| 2314998 | 11/10/2011 | 583.70 |
| 2329293 | 12/21/2011 | 563.50 |
| 2338733 | 01/30/2012 | 1,645.60 |
| 2349842 | 02/29/2012 | 66,149.92 |
| 2360522 | 03/29/2012 | 85,574.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2415875
Invoice Date:  08/31/2012

| Invoice | Date | |
|---------|------|--|
| 2370653 | 04/30/2012 | 129,703.89 |
| 2380796 | 05/30/2012 | 22,916.00 |
| 2392476 | 06/27/2012 | 93,262.95 |
| 2402401 | 07/25/2012 | 174,091.09 |

Total Outstanding Balance                               711,137.45

Total Balance Due                                    $ 749,501.32

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

08/31/2012

Invoice: 2415875
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0527        2009 Audit

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/02/12 | B. Rubin | 0.80 | Correspondence with Foley and client regarding follow up issues (.8). |
| 07/09/12 | A. Whiteway | 0.20 | Correspondence with Foley regarding follow up issues. |
| 07/10/12 | B. Rubin | 0.30 | Correspondence with Foley and client regarding follow up issues. |
| 07/10/12 | A. Whiteway | 0.30 | Correspondence with Mr. Goldberg regarding summons. |
| 07/17/12 | B. Rubin | 0.30 | Correspondence with client regarding National Office issues (.3). |
| 07/17/12 | A. Whiteway | 0.60 | Review LMSB materials regarding audit protocols. |
| 07/19/12 | P. McCurry | 1.80 | Review electronic database documents requested by IRS in connection with audit of Cubs transaction. |
| 07/19/12 | B. Rubin | 2.20 | Review documents requested by IRS (1.8); correspondence with client regarding same (.4). |
| 07/19/12 | A. Whiteway | 0.40 | Correspondence from Foley regarding IRS document request. |
| 07/20/12 | R. Greenhouse | 2.00 | Review IRS document request (.6); review Installment Sale agreement (.7); meeting with B. Rubin and A. Whiteway and call to client about same (.5); telephone call with P. Goldberg regarding same (.2). |
| 07/20/12 | P. McCurry | 0.00 | Obtain documents on electronic database in response to IRS requests. (0.5) |
| 07/20/12 | B. Rubin | 4.80 | Review and analyze documents requested by IRS (1.7); conference calls with Foley regarding date discrepancy (1.1); preparation for and conference call with clients regarding IRS issues (.8); memo to IRS regarding response (.8); conference call with Foley regarding response to IRS (4). |
| 07/20/12 | A. Whiteway | 2.40 | Analysis of possible IRS challenges based on Operating |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2415875
Invoice Date:  08/31/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Support Agreement/Installment Sale Agreement (1.9); correspondence with Foley regarding IRS document request (.3); telephone conference with client regarding same (.2). |
| 07/20/12 | B. Newgard | 4.30 | Run targeted searches for documents requested by the IRS regarding the Cubs transaction. |
| 07/23/12 | R. Greenhouse | 0.30 | Review IRS correspondence regarding Newsday transaction. |
| 07/23/12 | B. Rubin | 1.80 | Correspondence with client regarding transcript (.2); review and analyze transcript (.9); correspondence with client, Foley and IRS National Office regarding submission (.7). |
| 07/24/12 | B. Rubin | 0.60 | Correspondence with National Office regarding submission (.6). |
| 07/24/12 | A. Whiteway | 0.30 | Correspondence with IRS National office regarding position of taxpayer. |
| 07/25/12 | B. Rubin | 0.30 | Correspondence with IRS and client regarding position of taxpayer (.3). |
| 07/25/12 | A. Whiteway | 1.60 | Retention - Analysis of names on conflict list (.4); prepare Exhibit to supplemental affidavit (.8); conference with co-counsel regarding same (.4). |
| 07/25/12 | A. Whiteway | 0.20 | Correspondence with IRS National office regarding position of taxpayer. |
| 07/26/12 | B. Rubin | 0.60 | Conference call with  client regarding IRS National Office issues (.3); correspondence with IRS National Office regarding tax issues (.3). |
| 07/26/12 | A. Whiteway | 0.20 | Conference with client regarding audit. |
| 07/26/12 | A. Whiteway | 2.40 | Retention - Analysis of names on conflict list (.3); prepare Exhibit to supplemental affidavit (.9); conference with co-counsel regarding same and revisions to affidavit (.9); correspond with Sidley regarding audit (.3). |
| 07/27/12 | B. Rubin | 0.60 | Conference call with IRS National Office personnel (.4); memo to clients regarding same (.2). |
| 07/27/12 | A. Whiteway | 0.40 | Telephone conference with IRS regarding audit. |
| 07/27/12 | A. Whiteway | 0.40 | Retention - Revise affidavit and correspond with co-counsel regarding filing. |

| | **Total Hours** | **30.10** | **Total For Services** | **$24,581.00** |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2415875
Invoice Date:  08/31/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Greenhouse | 2.30 | 900.00 | 2,070.00 |
| P. McCurry | 1.80 | 500.00 | 900.00 |
| B. Newgard | 4.30 | 245.00 | 1,053.50 |
| B. Rubin | 12.30 | 995.00 | 12,238.50 |
| A. Whiteway | 9.40 | 885.00 | 8,319.00 |
| **Totals** | **30.10** | | **$24,581.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 06/26/12 | Travel Expenses<br>Travel to Chicago for client meetings. | 8.51 |
| 06/26/12 | Travel Expenses<br>Travel to Chicago for client meetings. | 520.14 |
| 06/26/12 | Travel Expenses<br>Travel to Chicago for client meetings. | 7.60 |
| 06/26/12 | Travel Expenses<br>Travel to Chicago for client meetings. | 440.60 |
| 06/29/12 | Travel Expenses<br>IRS Interview with T. Ricketts | 1,003.68 |
| 06/29/12 | Travel Expenses<br>Client meetings in Chicago. | 1,165.91 |
| 06/29/12 | Travel Expenses<br>Travel to Chicago for client meetings. | 11.33 |
| 06/29/12 | Travel Expenses<br>Travel to Chicago for client meetings. | 1,196.70 |
| 06/30/12 | Computer Hosting Fees<br>June monthly charge for data storage and hosting, Relativity Hosting, 305.0 GBs. | 9,150.00 |
| 07/23/12 | Telecommunications<br>Ext. 68427 called CHICAGO  3, (773) 774-6367. | 0.15 |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2415875
Invoice Date:    08/31/2012

| Date | Description | Amount |
|------|-------------|--------|
| 07/24/12 | Miscellaneous<br>Transcript of Thomas Ricketts interview with IRS on June 29, 2012. | 278.25 |

**Total Costs and Other Charges**     **$13,782.87**

**Total This Invoice**     **$38,363.87**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415876 |
| Invoice Date: | 08/31/2012 |

## Remittance Copy
### Billing for services rendered through 07/31/2012

0535 Block Shopper/Journatic

| | |
|---|---:|
| Total Services | $ 1,892.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,892.00** |

| Invoice | Date | |
|---|---|---:|
| 2349844 | 02/29/2012 | 5,326.70 |
| 2360524 | 03/29/2012 | 16,929.20 |
| 2370655 | 04/30/2012 | 77,518.70 |
| 2380797 | 05/30/2012 | 28,284.03 |
| 2392477 | 06/27/2012 | 5,269.29 |
| 2402402 | 07/25/2012 | 720.70 |

| | |
|---|---:|
| Total Outstanding Balance | 134,048.62 |
| Total Balance Due | $ 135,940.62 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415876 |
| Invoice Date: | 08/31/2012 |

## Client Copy
### Billing for services rendered through 07/31/2012

0535 Block Shopper/Journatic

| | |
|---|---|
| Total Services | $ 1,892.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,892.00** |

| Invoice | Date | |
|---|---|---|
| 2349844 | 02/29/2012 | 5,326.70 |
| 2360524 | 03/29/2012 | 16,929.20 |
| 2370655 | 04/30/2012 | 77,518.70 |
| 2380797 | 05/30/2012 | 28,284.03 |
| 2392477 | 06/27/2012 | 5,269.29 |
| 2402402 | 07/25/2012 | 720.70 |

| | |
|---|---|
| Total Outstanding Balance | 134,048.62 |
| Total Balance Due | $ 135,940.62 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

08/31/2012

Invoice: 2415876
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0535        Block Shopper/Journatic

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/09/12 | R. Harris | 0.60 | Confer with D. Kazan regarding a variety of governance issues and issues relating to equity issuances (.3); follow-up regarding same (.3). |
| 07/10/12 | R. Harris | 0.50 | Review Sidley transfer memorandum (.2); review LLC Agreement regarding same (.2); confer with J.Langdon regarding same (.1). |
| 07/12/12 | R. Harris | 0.50 | Review Journatic LLC Agreement regarding issues regarding Tribune issuance of incentive equity and governance issues. |
| 07/12/12 | J. Finkelstein | 0.80 | Review correspondence regarding potential phantom equity plan (.1); review operating agreement (.4); discuss potential phantom equity plan with R. Harris (.3). |
| 07/13/12 | R. Harris | 0.40 | Confer with D. Kazan regarding issues regarding equity incentive plan. |

|  |  |  |  |
|---|---|---|---|
| **Total Hours** | **2.80** | **Total For Services** | **$1,892.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Finkelstein | 0.80 | 765.00 | 612.00 |
| R. Harris | 2.00 | 640.00 | 1,280.00 |
| **Totals** | **2.80** | | **$1,892.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415877 |
| Invoice Date: | 08/31/2012 |

## Remittance Copy
## Billing for services rendered through 07/31/2012

Total by Matter
    0507 Newsday                                 $ 3,892.10
    Client/Reference Number: 0000001849

Total Services                                           $ 2,578.00

Total Costs and Other Charges Posted Through Billing Period     1,314.10

**Total This Invoice**                                 **$ 3,892.10**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415877 |
| Invoice Date: | 08/31/2012 |

## Client Copy
### Billing for services rendered through 07/31/2012

Total by Matter
    0507 Newsday                                                    $ 3,892.10
    Client/Reference Number: 0000001849

Total Services                                                      $ 2,578.00

Total Costs and Other Charges Posted Through Billing Period          1,314.10

**Total This Invoice**                                             **$ 3,892.10**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

08/31/2012

Invoice: 2415877
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/19/12 | M. Bilut | 1.30 | Review and respond to R. DeBoer regarding tank problem in NY (.9); review M. Anderson's e-mail and existing lease (.4). |
| 07/20/12 | M. Bilut | 1.50 | Review prior e-mails and correspondence from team regarding lease obligation (.7); prepare for and attend conference call with R. DeBoer and M. Anderson re tank release issue (.6); review R. DeBoer's email re call with J. Verscaj (.2). |
| 07/25/12 | B. Gruemmer | 0.50 | Calls with D. Eldersveld and A. Whiteway regarding Indemnity and Guarantee terms. |
| 07/25/12 | P. McCurry | 0.20 | Review documents from database for Monica Melgarejo (0.2). |

|  | **Total Hours** | **3.50** | **Total For Services** | **$2,578.00** |
|--|--|--|--|--|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Bilut | 2.80 | 735.00 | 2,058.00 |
| B. Gruemmer | 0.50 | 840.00 | 420.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2415877
Invoice Date:  08/31/2012

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. McCurry | 0.20 | 500.00 | 100.00 |
| **Totals** | **3.50** | | **$2,578.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 06/30/12 | Computer Hosting Fees<br>June monthly charge for data storage and hosting, Relativity<br>Hosting, 154.6 GBs. | 1,314.10 |

**Total Costs and Other Charges**    **$1,314.10**

**Total This Invoice**    **$3,892.10**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415878 |
| Invoice Date: | 08/31/2012 |

## Remittance Copy
### Billing for services rendered through 07/31/2012

Total by Matter
    0512 LA Times                                     $ 10,815.01
    Client/Reference Number: 0000001854

Total Services                                           $ 10,792.00

Total Costs and Other Charges Posted Through Billing Period     23.01

**Total This Invoice**                                     **$ 10,815.01**

| Invoice | Date | | |
|---|---|---|---|
| 2276802 | 07/28/2011 | 502.90 | |
| 2402404 | 07/25/2012 | 5,325.00 | |

Total Outstanding Balance                              5,827.90

Total Balance Due                                  $ 16,642.91

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2415878 |
| Invoice Date: | 08/31/2012 |

---

## Client Copy
### Billing for services rendered through 07/31/2012

---

Total by Matter
  0512 LA Times                                      $ 10,815.01
  Client/Reference Number: 0000001854

Total Services                                                   $ 10,792.00

Total Costs and Other Charges Posted Through Billing Period          23.01

**Total This Invoice**                                          **$ 10,815.01**

| Invoice | Date | | |
|---|---|---|---|
| 2276802 | 07/28/2011 | 502.90 | |
| 2402404 | 07/25/2012 | 5,325.00 | |

Total Outstanding Balance                                          5,827.90

Total Balance Due                                              $ 16,642.91


To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

08/31/2012

Invoice: 2415878
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0512       LA Times
                   Client/Reference Number: 0000001854

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/06/12 | M. Lee | 0.70 | Multiple emails with J. Xanders regarding HDS agreement (.3); attend conference call with team regarding same (.4). |
| 07/11/12 | M. Lee | 0.00 | Emails with J. Xanders regarding HDS agreement.  (NC) |
| 07/16/12 | M. Lee | 1.20 | Review revisions to Master License and Service Agreement (.9); conference call with J. Xanders and R. Newton regarding same (.3). |
| 07/17/12 | M. Lee | 2.50 | Revise HDS license and service agreement (1.9); emails with J. Xanders regarding same (.6). |
| 07/18/12 | M. Lee | 1.80 | Conference call with J. Xanders and R. Newton regarding HDS agreement (.3); revise License and Services Agreement and prepare email to J. Xanders and R. Newton regarding same (1.5). |
| 07/19/12 | M. Lee | 0.10 | Review email from R. Newton regarding HDS. |
| 07/23/12 | M. Lee | 0.80 | Review multiple emails from team regarding comments to License Agreement (.3); review comments to License Agreement (.5). |
| 07/24/12 | M. Lee | 3.20 | Review proposed changes and open issues to HDS agreement (.6); conference call with R. Newton and J. Xanders regarding HDS agreement (.9); revise HDS license agreement and prepare email to R. Newton and J. Xanders regarding same (1.7). |
| 07/25/12 | M. Lee | 0.10 | Review email from J. Xanders regarding HDS agreement; review email from R. Newton regarding same. |
| 07/26/12 | M. Lee | 2.50 | Review revised License and Service Agreement with HDS (.3); emails with J. Xanders regarding same (.4); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2415878
Invoice Date:  08/31/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | prepare for and attend telephone conference with J. Xanders regarding same (.5); multiple revisions to HDS agreement (.9); conference call with J. Xanders and R. Newton regarding same (.4). |
| 07/27/12 | M. Lee | 2.00 | Review revised HDS agreement (.5); multiple emails to team regarding same (.4); conference call with J. Xanders and R. Newton regarding open issues related to HDS agreement (.4); conference call with R. Newton and HDS to discuss same (.3); follow up call with R. Newton and J. Xanders (.4). |
| 07/30/12 | M. Lee | 0.00 | Review email from R. Newton regarding status.  (NC) |
| 07/31/12 | M. Lee | 0.30 | Review email from R. Newton regarding proposed insurance (.1); review HDS agreement regarding same (.1); prepare email to R. Newton regarding same and review email from J. Xanders regarding same (.1). |

|  | **Total Hours** | **15.20** | | **Total For Services** | **$10,792.00** |
|---|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Lee | 15.20 | 710.00 | 10,792.00 |
| **Totals** | **15.20** | | **$10,792.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Telecommunications | 23.01 |
| **Total Costs and Other Charges** | **$23.01** |
| **Total This Invoice** | **$10,815.01** |